UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

       Plaintiff,

v.

CORELLIUM, LLC,

       Defendant.

## APPLE INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Apple Inc. ("Apple") respectfully submits the following disclosure:

Apple states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  August 15, 2019        Respectfully submitted,

        By:  */s/ Martin B. Goldberg*
             Martin B. Goldberg
             Florida Bar No. 0827029
             *mgoldberg@lashgoldberg.com*
             *rdiaz@lashgoldberg.com*
             LASH & GOLDBERG LLP
             100 Southeast Second Street
             Miami, FL  33131
             (305) 347-4040 / (305) 347-4050 Fax

Kathryn Ruemmler*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*pro hac vice applications to be submitted*

*Attorneys for Plaintiff*
APPLE INC.