**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 19-CV-81160-RS

Plaintiff:
**APPLE, INC.**

vs.

Defendant:
**CORELLIUM, LLC**

SOP2019001836

For:
Martin B. Goldberg, Esq.
LASH & GOLDBERG LLP
100 S.E Second Street
Suite 1200
Miami, FL 33131

Received by SERVICE OF PROCESS on the 15th day of August, 2019 at 5:34 pm to be served on **CORELLIUM, LLC BY SERVING ITS REGISTERED AGENT AMANDA GORTON, 16 E. OCEAN AVENUE, OCEAN RIDGE, FL 33435.**

I, ENIL CERRANO, do hereby affirm that on the **16th day of August, 2019** at **10:50 am**, I:

served a **CORPORATE - REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL; CIVIL COVER SHEET AND EXHIBIT A** with the date and hour of service endorsed thereon by me, to: **Amanda Gorton** as Registered Agent at the address of: **16 E. OCEAN AVENUE, OCEAN RIDGE, FL 33435** on behalf of **CORELLIUM, LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Description** of Person Served: Age: 33, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 120, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true pursuant to Florida Statute 92.525(2).

ENIL CERRANO
2083

SERVICE OF PROCESS
P.O. BOX 653653
MIAMI, FL 33265
(305) 226-6809

Our Job Serial Number: SOP-2019001836

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1o

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| APPLE, INC.<br><br>*Plaintiff(s)*<br>v.<br>CORELLIUM, LLC<br><br>*Defendant(s)* | Date: 8/16/19  Time: 10:50AM<br>Served: Amanda Gorton<br>Registered Agent<br>PS: EC ___ Service of Process, Inc.<br>2083<br><br>19-cv-81160-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CORELLIUM, LLC
By Serving Registered Agent:
Amanda Gorton
16 E. Ocean Avenue,
Ocean Ridge, FL 33435

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Martin B. Goldberg, Esq.
Lash & Goldberg, LLP
100 S.E. 2nd Street, Suite 1200
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    08/15/2019

Angela E. Noble
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts