# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

## ORDER ON MOTIONS TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court on Motions to Appear *Pro Hac Vice* and Requests to Electronically Receive Notices of Electronic Filing [DE 8, 9, 10, 11 & 12], filed on August 26, 2019.   Upon consideration, it is

**ORDERED** that

1.	The Motions are **GRANTED**.  Jessica Stebbins Bina, Andrew M. Gass, Kathryn H. Ruemmler, Sarang Vijay Damle, and Elana Nightingale Dawson are specially admitted to appear and participate *pro hac vice* on behalf of Plaintiff, Apple Inc., in all aspects of this case; and

2.	Counsel's requests to receive Notices of Electronic Filing pursuant to section 2B of CM/ECF Administrative Procedures are **GRANTED**.  The Clerk shall permit Jessica Stebbins Bina to receive Notices of Electronic Filing at email address Jessica.stebbinsbina@lw.com; Andrew M. Gass to receive Notices of

Electronic Filing at email address Andrew.gass@lw.com; Kathryn H. Ruemmler to receive Notices of Electronic Filing at email address Kathryn.ruemmler@lw.com; Sarang Vijay Damle to receive Notices of Electronic Filing at email address sy.damle@lw.com; and Elana Nightingale Dawson to receive Notices of Electronic Filing at email address Elana.NightingaleDawson@lw.com.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of August, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record