UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

_____/

**DEFENDANT CORELLIUM, LLC's RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Corellium, LLC states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: August 30, 2019          Respectfully submitted,

                                      By: s/ Gavin C. Gaukroger
                                          Gavin C. Gaukroger
                                          Florida Bar No. 76489
                                          Geoffrey A. Lottenberg
                                          Florida Bar No. 56240
                                          ggaukroger@bergersingerman.com
                                          glottenberg@bergersingerman.com
                                          drt@bergersingerman.com
                                          BERGER SINGERMAN LLP
                                          350 East Las Olas Boulevard, Suite 1000
                                          Fort Lauderdale, Florida 33301
                                          Telephone: (954) 525-9900
                                          Facsimile:  (954) 523-2872

                                          *Attorneys for Defendant, Corellium, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF which will generate and serve a Notice of Electronic Filing to the following:

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff, Apple Inc.*

                                              */s/ Gavin Gaukroger*
                                              Gavin Gaukroger

9293398-2