UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 19-81160-CIV-SMITH**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

### DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME

Defendant Corellium, LLC (the "Defendant"), pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. Rule 7.1, files this Unopposed Motion for Extension of Time to Respond to the Complaint ECF No. 1] (the "Complaint") and in support thereof states as follows:

1. On August 15, 2019, Plaintiff Apple Inc. (the "Plaintiff") filed the Complaint against Defendant.

2. On August 16, 2019, the Defendant was served with the Complaint as reflected by the Affidavit of Service filed on August 20, 2019 [ECF No. 6].

3. Defendant's response to the Complaint is due on September 6, 2019.

4. Defendant recently retained counsel to represent it in this case.

5. Undersigned counsel for Defendant promptly spoke with counsel for Plaintiff last week about the need for additional time to prepare Defendant's response to the Complaint.

6. Counsel for Plaintiff agreed to Defendant's request for an extension, through September 27, 2019, for Defendant's response to be filed.

7. Accordingly, Defendant requests an extension of time, through and including, September 27, 2019, within which to file its response to the Complaint.

8. The request contained herein is not intended for purposes of delay and will cause no prejudice to the Court or any party to this action.

**WHEREFORE**, for good cause shown, Defendant, Corellium, LLC respectfully requests the Court enter an Order extending the time to file its response to Plaintiff's Complaint through and including, September 27, 2019, together with such other and further relief as this Court deems just and proper.

### MEET AND CONFER CERTIFICATE PURSUANT TO S.D. FLA. L.R. 7.1(A)(3)

I hereby certify that counsel for the movant has conferred with counsel for Plaintiff telephonically in a good faith effort to resolve the issues raised in the motion and states the Plaintiff agreed to all of the relief requested herein. This motion is therefore unopposed.

Dated: August 30, 2019

Respectfully submitted,

By: s/ *Gavin C. Gaukroger*
Gavin C. Gaukroger
Florida Bar No. 76489
Geoffrey A. Lottenberg
Florida Bar No. 56240
ggaukroger@bergersingerman.com
glottenberg@bergersingerman.com
drt@bergersingerman.com
BERGER SINGERMAN LLP
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Telephone: (954) 525-9900
Facsimile: (954) 523-2872

*Attorneys for Defendant, Corellium, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF which will generate and serve a Notice of Electronic Filing to the following:

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff, Apple Inc.*

                                         */s/ Gavin Gaukroger*
                                          Gavin Gaukroger

9293432-1