UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

THIS CAUSE came before the Court on the Defendant's Unopposed Motion for Extension of Time to Respond to the Complaint (the "Motion") filed on August 29, 2018.  The Court has considered the Motion, noting that it is unopposed and agreed to by Plaintiff, that good cause is shown, and being otherwise fully advised in the premises.  Accordingly, it is hereby:

    **ORDERED and ADJUDGED:**

1.    The Motion is **GRANTED**.

2.    Defendant shall file its response to the Complaint on or before September 27, 2018.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this _____ day of August, 2019.

_____
RODNEY SMITH
United States District Judge

cc:  All counsel of record