UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

**JOINT CONFERENCE REPORT**

Plaintiff Apple Inc. and Defendant Corellium, LLC, hereby submit their Joint Conference Report pursuant to Southern District of Florida Local Rule 16.1(b), Federal Rule of Civil Procedure 26(f)(3), and the Court's Order dated August 22, 2019 (D.E. 7). In accordance with the Local Rules and the Court's Order, the parties met telephonically on September 12, 2019 and September 19, 2019, and report as follows:

**Local Rule 16.1 Conference Report Issues**

**(A) Likelihood of Settlement**. The parties intend to discuss options for resolution in good faith. At this early stage, the parties are unable to provide an estimate of the probability of settlement.

**(B) Likelihood of Appearance in Action of Additional Parties**. At this time, the parties do not anticipate the addition of additional parties, but reserve the right to do so depending on facts learned in discovery.

**(C) Proposed Time Limits and Discovery Schedule.** The parties agree to the discovery deadlines included in the attached Proposed Scheduling Order. The agreed schedule

is listed below. The parties further agree that any party may move the Court to modify the schedule upon a showing of good cause, only after first attempting to mutually agree upon modification through negotiation.

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **January 18, 2021**. The **Calendar Call** will be held at **9:00 a.m. on Tuesday, January 12, 2021**. Pursuant to Local Rule 16.1, the parties also recommend that the Court assign the case to the "standard track" case management track as described in Local Rule 16.1(a)(2)(B). The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motion to amend the complaint by | 02/28/2020 (parties)<br>04/30/2020 (claims) |
| 2. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | 12/01/2020 |
| 3. | Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | 05/31/2020 |
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | 06/10/2020 |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | 06/30/2020 |
| 6. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | 12/01/2019 |
| 7. | Fact discovery shall be completed by | 05/15/2020 |
| 8. | Expert discovery shall be completed by | 07/15/2020 |
| 9. | Dispositive motions, including summary judgment and *Daubert*, shall be filed by<br>**[at least four months before the date for filing the Pretrial Stipulation]** | 07/31/2020 |

| | | |
|---|---|---|
| 11. | Mediation shall be completed by<br>**[at least three months before Trial date]**<br>The parties intend to complete mediation by 01/31/2020. | **02/15/2020** |
| 12. | All pretrial motions and memoranda of law, including motions in limine, shall be filed by<br>**[at least one month before Trial date]**<br>All motions in limine and the responses shall be limited to one page per issue. | **12/01/2020** |
| 13. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by<br>**[at least one month before Trial date]**<br>When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction. | **12/01/2020** |
| 14. | Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by<br>**[no later than 48 hours prior to Calendar Call]** | **01/10/2021** |

**(D) Proposals For The Formulation and Simplification of Issues, Etc.** The parties will work in good faith to eliminate the presence of any frivolous issues and, if necessary, will seek to reach agreement on the number and timing of motions for summary judgment or partial summary judgment. At present, both Apple and Corellium anticipate that they are likely to bring motions for summary judgment. Apple understands that Corellium may bring counterclaims, which it cannot comment on at this time as they have not yet been filed.

**(E) Necessity or Desirability of Amendments To the Pleadings.** Apple may amend its complaint to add additional claims based on facts learned in discovery. Corellium has not yet filed its answer, and may file counterclaims. Corellium likewise reserves the right to amend its answer to add additional defenses and/or counterclaims based on facts learned in discovery. The parties will amend their pleadings in accordance with and on the timetable in the Proposed Scheduling Order.

**(F)  Possibility of Obtaining Admissions, Electronic Discovery, Etc.**  The parties will stipulate to facts or admissibility where possible, and will cooperate in good faith to avoid unnecessary disputes or undue enlargement of the issues.  The parties anticipate that a protective order will be needed and are conferring regarding an appropriate protective order, which will hopefully be entered by stipulation.  The parties anticipate entering into a stipulation regarding ESI as well.

**(G) Suggestions for the Avoidance of Unnecessary Proof and Cumulative Evidence**.  Counsel will cooperate in good faith to eliminate unnecessary proof and cumulative evidence, but have no suggestions for the Court at this time.

**(H) Advisability of Referring Matters to A Magistrate Judge**.  At this time, the parties do not wish to refer any matters to a Magistrate Judge or master.

**(I) Preliminary Estimate of Time Required for Trial.**  The parties' estimate of time for trial is 7 days.

**(J) Requested Trial And Pretrial Dates**.  The parties' requested dates are included in the Proposed Scheduling Order and reproduced below.

The parties request that this cause be set for trial during the Court's two-week trial calendar beginning on January 18, 2021. The Calendar Call will be held at 9:00 a.m. on Tuesday, January 12, 2021.

**(K) Other information Helpful to Court In Setting the Case for Status.**  The parties do not believe that any other information would be helpful to the Court at this time.

**Federal Rule of Civil Procedure Section 26(f)(3) Discovery Plan**

**(A) What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made**.

Pursuant to the Court's Order, the parties exchanged initial disclosures on September 11, 2019, and will supplement their disclosures in accordance with F.R.C.P. 26(a).

**(B) The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to particular issues**.

The parties anticipate conducting discovery appropriate to the Federal Rules, the Local Rules, and the Court's orders concerning Apple's claims and any counterclaims filed by Corellium. The parties have agreed on a schedule for discovery as outlined in the Proposed Scheduling Order.

**(C) Any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced**.

The parties anticipate entering into a stipulation regarding ESI. Apple has provided Corellium with a proposed protocol for ESI, and the parties are actively negotiating regarding the same.

**(D) Any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502.**

The parties anticipate that a protective order will be needed and are conferring regarding an appropriate protective order, which will hopefully be entered by stipulation.

**(E) What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.**

At this time, the parties do not propose any modifications to the limitations on discovery imposed under the rules, and do not propose any additional limitations.

**(F) Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c)**.

As stated above, the parties will submit a proposed Confidentiality and Protective Order for the Court's approval. At this time the parties do not anticipate the need for any further orders under Rule 26(c) or Rule 16(b) and (c).

Dated:  September 20, 2019

Respectfully submitted,

| | |
|---|---|
| By:  /s/ *Martin B. Goldberg*<br>Martin B. Goldberg<br>Florida Bar No. 0827029<br>*mgoldberg@lashgoldberg.com*<br>*rdiaz@lashgoldberg.com*<br>Emily L. Pincow<br>Florida Bar No. 1010370<br>*epincow@lashgoldberg.com*<br>*gizquierdo@lashgoldberg.com*<br>LASH & GOLDBERG LLP<br>100 Southeast Second Street<br>Miami, FL  33131<br>(305) 347-4040 / (305) 347-4050 Fax<br><br>Kathryn Ruemmler\*<br>*kathryn.ruemmler@lw.com*<br>Sarang Vijay Damle\*<br>*sy.damle@lw.com*<br>Elana Nightingale Dawson\*<br>*elana.nightingaledawson@lw.com*<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004<br>(202) 637-2200 / (202) 637-2201 Fax<br><br>Andrew M. Gass\*<br>*andrew.gass@lw.com*<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 391-0600 / (415) 395-8095 Fax<br><br>Jessica Stebbins Bina\*<br>*jessica.stebbinsbina@lw.com*<br>LATHAM & WATKINS LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500 / (424) 653-5501 Fax<br><br>\*pro hac vice<br><br>*Attorneys for Plaintiff*<br> APPLE INC. | By:   /s/ *Gavin C. Gaukroger*<br>Gavin C. Gaukroger[+]<br>Florida Bar No. 76489<br>Geoffrey A. Lottenberg<br>Florida Bar No. 56240<br>*ggaukroger@bergersingerman.com*<br>*glottenberg@bergersingerman.com*<br>*drt@bergersingerman.com*<br>BERGER SINGERMAN LLP<br>350 East Las Olas Boulevard, Suite 1000<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 525-9900<br>Facsimile:  (954) 523-2872<br><br>Brett C. Govett\*<br>Texas Bar No. 08235900<br>*brett.govett@nortonrosefulbright.com*<br>Robert L. Greeson\*<br>Texas Bar No. 24045979<br>*robert.greeson@nortonrosefulbright.com*<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 855-8000<br>Facsimile:  (214) 855-8200<br><br>[+] *Counsel for Corellium LLC has consented to the filing of this document with counsel's electronic signature.*<br><br>\* *pro hac vice forthcoming*<br><br>*Attorneys for Defendant*<br> CORELLIUM, LLC |