UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

## PROPOSED SCHEDULING ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **January 18, 2021**. The **Calendar Call** will be held at **9:00 a.m. on Tuesday, January 12, 2021**. Pursuant to Local Rule 16.1, the parties also recommend that the Court assign the case to the "standard track" case management track as described in Local Rule 16.1(a)(2)(B). The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motion to amend the complaint by | **02/28/2020** (parties)<br>**04/30/2020** (claims) |
| 2. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **12/01/2020** |
| 3. | Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **05/31/2020** |
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **06/10/2020** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **06/30/2020** |

| | | |
|---|---|---|
| 6. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **12/01/2019** |
| 7. | Fact discovery shall be completed by | **05/15/2020** |
| 8. | Expert discovery shall be completed by | **07/15/2020** |
| 9. | Dispositive motions, including summary judgment and *Daubert*, shall be filed by **[at least four months before the date for filing the Pretrial Stipulation]** | **07/31/2020** |
| 11. | Mediation shall be completed by **[at least three months before Trial date]** The parties intend to complete mediation by 01/31/2020. | **02/15/2020** |
| 12. | All pretrial motions and memoranda of law, including motions in limine, shall be filed by **[at least one month before Trial date]** All motions in limine and the responses shall be limited to one page per issue. | **12/01/2020** |
| 13. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by **[at least one month before Trial date]** When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction. | **12/01/2020** |
| 14. | Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by **[no later than 48 hours prior to Calendar Call]** | **01/10/2021** |

Dated:  September 20, 2019

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Martin B. Goldberg*<br>Martin B. Goldberg<br>Florida Bar No. 0827029<br>*mgoldberg@lashgoldberg.com*<br>*rdiaz@lashgoldberg.com*<br>Emily L. Pincow<br>Florida Bar No. 1010370<br>*epincow@lashgoldberg.com*<br>*gizquierdo@lashgoldberg.com*<br>LASH & GOLDBERG LLP<br>100 Southeast Second Street<br>Miami, FL  33131<br>(305) 347-4040 / (305) 347-4050 Fax<br><br>Kathryn Ruemmler*<br>*kathryn.ruemmler@lw.com*<br>Sarang Vijay Damle*<br>*sy.damle@lw.com*<br>Elana Nightingale Dawson*<br>*elana.nightingaledawson@lw.com*<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004<br>(202) 637-2200 / (202) 637-2201 Fax<br><br>Andrew M. Gass*<br>*andrew.gass@lw.com*<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 391-0600 / (415) 395-8095 Fax<br><br>Jessica Stebbins Bina*<br>*jessica.stebbinsbina@lw.com*<br>LATHAM & WATKINS LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500 / (424) 653-5501 Fax<br><br>*pro hac vice<br><br>*Attorneys for Plaintiff*<br>APPLE INC. | By: /s/ *Gavin C. Gaukroger*<br>Gavin C. Gaukroger[+]<br>Florida Bar No. 76489<br>Geoffrey A. Lottenberg<br>Florida Bar No. 56240<br>*ggaukroger@bergersingerman.com*<br>*glottenberg@bergersingerman.com*<br>*drt@bergersingerman.com*<br>BERGER SINGERMAN LLP<br>350 East Las Olas Boulevard, Suite 1000<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 525-9900<br>Facsimile:  (954) 523-2872<br><br>Brett C. Govett*<br>Texas Bar No. 08235900<br>*brett.govett@nortonrosefulbright.com*<br>Robert L. Greeson*<br>Texas Bar No. 24045979<br>*robert.greeson@nortonrosefulbright.com*<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue<br>Dallas, Texas 75201<br>Telephone: (214) 855-8000<br>Facsimile:  (214) 855-8200<br><br>[+] *Counsel for Corellium LLC has consented to the filing of this document with counsel's electronic signature.*<br><br>* *pro hac vice forthcoming*<br><br>*Attorneys for Defendant*<br>CORELLIUM, LLC |