UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cv-81160-RS

APPLE INC.,

   Plaintiff,

 v.

CORELLIUM, LLC,

   Defendant.

## APPLE INC.'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Apple Inc. ("Apple"), by and through its undersigned attorneys, and pursuant to the Court's August 22, 2019 Order (D.E. 7), respectfully files the following Certificate of Interested Parties. Apple certifies that the following legal entities have, or may have, a financial interest in the outcome of this case:

1. **Plaintiff**

   Apple Inc.

2. **Plaintiff's Counsel**

   a) Lash & Goldberg LLP
   Miami Tower
   100 S.E. 2nd Street, Suite 1200
   Miami, FL 33131

   b) Latham & Watkins LLP
   555 11th Street NW, Suite 1000
   Washington, DC 20004

3. **Defendant**

   Corellium, LLC

4. **Defendant's Counsel**

1

    a) Berger Singerman LLP
       350 East Las Olas Boulevard, Suite 1000
       Fort Lauderdale, FL 33301

    b) Norton Rose Fulbright US LLP
       2200 Ross Avenue
       Dallas, TX 75201

**5. Defendant's Insurer**

    First Community Insurance Company
    11101 Roosevelt Blvd N
    Saint Petersburg, FL 33716

Dated: September 20, 2019

Respectfully submitted,

By: */s/* Martin B. Goldberg
     Martin B. Goldberg
     Florida Bar No. 0827029
     *mgoldberg@lashgoldberg.com*
     *rdiaz@lashgoldberg.com*
     LASH & GOLDBERG LLP
     100 Southeast Second Street
     Miami, FL 33131
     (305) 347-4040 / (305) 347-4050 Fax

Kathryn Ruemmler (*pro hac vice*)
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle (*pro hac vice*)
*sy.damle@lw.com*
Elana Nightingale Dawson (*pro hac vice*)
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass (*pro hac vice*)
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina (*pro hac vice*)
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Attorneys for Plaintiff*
APPLE INC.

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 20, 2019, a true and correct copy of the foregoing Certificate of Interested Parties was filed electronically via CM/ECF and served by the same means on all counsel of record.

/s/ *Martin B. Goldberg*
Martin B. Goldberg