UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 9:19-cv-81160-RS**

APPLE INC.,

   Plaintiff,

 v.

CORELLIUM, LLC,

   Defendant.

**ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE
FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| # | Motion | Yes | No |
|---|---|---|---|
| 1. | **Motions to Dismiss** | Yes ___ | No  X  |
| 2. | **Motions for Summary Judgment** | Yes ___ | No  X  |
| 3. | **Motions for Attorneys' Fees** | Yes ___ | No  X  |
| 4. | **Motions for Costs** | Yes ___ | No  X  |
| 5. | **Motions for Sanctions** | Yes ___ | No  X  |
| 6. | **All Pretrial Motions** | Yes ___ | No  X  |
| 7. | **Discovery** | Yes ___ | No  X  |
| 8. | **Other** *(explain below)* | Yes ___ | No  X  |

Dated:  September 20, 2019

Respectfully submitted,

By: /s/ *Martin B. Goldberg*
    Martin B. Goldberg
    Florida Bar No. 0827029
    *mgoldberg@lashgoldberg.com*
    *rdiaz@lashgoldberg.com*
    Emily L. Pincow
    Florida Bar No. 1010370
    *epincow@lashgoldberg.com*
    *gizquierdo@lashgoldberg.com*
    LASH & GOLDBERG LLP
    100 Southeast Second Street
    Miami, FL  33131
    (305) 347-4040 / (305) 347-4050 Fax

    Kathryn Ruemmler*
    *kathryn.ruemmler@lw.com*
    Sarang Vijay Damle*
    *sy.damle@lw.com*
    Elana Nightingale Dawson*
    *elana.nightingaledawson@lw.com*
    LATHAM & WATKINS LLP
    555 Eleventh Street NW, Suite 1000
    Washington, DC 20004
    (202) 637-2200 / (202) 637-2201 Fax

    Andrew M. Gass*
    *andrew.gass@lw.com*
    LATHAM & WATKINS LLP
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    (415) 391-0600 / (415) 395-8095 Fax

    Jessica Stebbins Bina*
    *jessica.stebbinsbina@lw.com*
    LATHAM & WATKINS LLP
    10250 Constellation Blvd., Suite 1100
    Los Angeles, CA 90067
    (424) 653-5500 / (424) 653-5501 Fax

    *pro hac vice

    *Attorneys for Plaintiff*
    APPLE INC.

By: /s/ *Gavin C. Gaukroger*
    Gavin C. Gaukroger[+]
    Florida Bar No. 76489
    Geoffrey A. Lottenberg
    Florida Bar No. 56240
    *ggaukroger@bergersingerman.com*
    *glottenberg@bergersingerman.com*
    *drt@bergersingerman.com*
    BERGER SINGERMAN LLP
    350 East Las Olas Boulevard, Suite 1000
    Fort Lauderdale, Florida 33301
    Telephone: (954) 525-9900
    Facsimile:  (954) 523-2872

    Brett C. Govett*
    Texas Bar No. 08235900
    *brett.govett@nortonrosefulbright.com*
    Robert L. Greeson*
    Texas Bar No. 24045979
    *robert.greeson@nortonrosefulbright.com*
    NORTON ROSE FULBRIGHT US LLP
    2200 Ross Avenue
    Dallas, Texas 75201
    Telephone: (214) 855-8000
    Facsimile:  (214) 855-8200

[+] *Counsel for Corellium LLC has consented to the filing of this document with counsel's electronic signature.*

* *pro hac vice forthcoming*

*Attorneys for Defendant*
CORELLIUM, LLC