UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Brett C. Govett, Esq. of the law firm of Norton Rose Fulbright US LLP, 2200 Ross Avenue, Suite 3600, Dallas, TX 75201, (214) 855-8118 for purposes of appearance as co-counsel on behalf of Corellium, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Brett C. Govett, Esq. to receive electronic filings in this case, and in support thereof states as follows:

    1.    Brett C. Govett, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Texas; the United States Court of Appeals for the Federal Circuit, Firth Circuit, Second Circuit, and the United States Supreme Court.

    2.    Movant, Gavin Gaukroger, Esq., of the law firm of Berger Singerman LLP, 350 East Las Olas Blvd., Suite 1000, Fort Lauderdale, FL 33301, (954) 525-9900, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida

and is authorized to file through the Court's electronic filing system. Mr. Gaukroger consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Brett Govett's required payment of this Court's $75.00 admission fee will be made electronically with the filing of this Motion. A certification in accordance with Rule 4(b) is attached hereto.

4. Brett Govett, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Brett Govett at email address: brett.govett@nortonrosefulbright.com.

WHEREFORE, Gavin Gaukroger, Esq., moves this Court to enter an Order permitting Brett Govett, Esq. to appear before this Court on behalf of Corellium, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Brett Govett, Esq.

Date: September 25, 2019

Respectfully submitted,

*/s/ Gavin C. Gaukroger*
Gavin C. Gaukroger
Florida Bar No. 76489
Berger Singerman LLP
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301
Tel: (954) 525-9900
Fax: (954) 523-2872
Email: ggaukroger@bergersingerman.com

Attorney for CORELLIUM, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**CERTIFICATION OF BRETT C. GOVETT**

Brett C. Govett, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the State Bar of Texas; and (3) my payment of the required admission fee will be made with the filing of the foregoing motion

/s/ *Brett C. Govett*
Brett C. Govett

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2019, a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was filed with the Clerk of Court using CM/ECF which will generate and serve a Notice of Electronic Filling to the following:

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Attorneys for Plaintiff, Apple Inc.

                                                          */s/ GavinC. Gaukroger*
                                                            Gavin C. Gaukroger