UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
**_PRO HAC VICE_, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear _Pro Hac Vice_ for Jacqueline G. Baker, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Jacqueline G. Baker, Esq., may appear and participate in this action on behalf of Corellium, LLC. The Clerk shall provide electronic notification of all electronic filings to Jacqueline G. Baker, Esq., at Jackie.baker@nortonrosefulbright.com.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida this_____ day of September, 2019.

 

                                                               **RODNEY SMITH**
                                                                United States District Judge

Copies furnished to:

Counsel of Record