UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR SECOND EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

    Pursuant to Federal Rules of Civil Procedure 6(b) and Southern District of Florida Local Rule 7.1, Defendant Corellium, LLC ("Defendant") hereby files this Unopposed Motion for Second Extension of Time to Respond to Plaintiff's Complaint (the "Motion") and in support thereof states as follows:

    1.    Plaintiff Apple Inc. ("Plaintiff") filed the Complaint on August 15, 2019.  [DE 1].

    2.    On August 30, 2019, Defendant filed an unopposed motion seeking an extension of time to answer or otherwise respond to Plaintiff's Complaint to September 27, 2019.  [DE 15]. That motion was granted.  [DE 16].

    3.    Defendant requests a second extension to file its responsive pleading from September 27, 2019 to October 28, 2019.

    4.    The extension will serve the interest of justice by providing Defendant and its recently retained counsel time to investigate and respond to the Complaint.

    5.    Counsel for the parties have conferred and Plaintiff does not oppose Defendant's request for this extension of time.

6. Further, the relief requested will not affect any other Court deadlines.

7. The relief requested is for good cause shown. It will not result in undue delay and it will not prejudice Plaintiff.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion, extend the deadline to answer or otherwise respond to Plaintiff's Complaint to October 28, 2019, and provide for any other relief the Court deems necessary and proper.

### LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), I hereby certify that counsel for the movant has conferred with counsel for Plaintiff in a good faith effort to resolve the issues raised in the motion and state **Plaintiff does not oppose** the relief requested herein. This motion is therefore unopposed.

Date: September 25, 2019

Respectfully submitted,

By: */s/ Gavin C. Gaukroger*
Gavin C. Gaukroger
Florida Bar No. 76489
Geoffrey A. Lottenberg
Florida Bar No. 56240
ggaukroger@bergersingerman.com
glottenberg@bergersingerman.com
drt@bergersingerman.com
BERGER SINGERMAN LLP
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Telephone: (954) 525-9900
Facsimile: (954) 523-2872

and

Brett C. Govett*
Texas Bar No. 08235900
brett.govett@nortonrosefulbright.com
Robert L. Greeson*
Texas Bar No. 24045979
robert.greeson@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile:  (214) 855-8200

*pro hac vice forthcoming

*Attorneys for Defendant,
Corellium, LLC*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 25, 2019 a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF which will generate and serve a Notice of Electronic Filing to the following:

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler *(pro hac vice)*
kathryn.ruemmler@lw.com
Sarang Vijay Damle *(pro hac vice)*
sy.damle@lw.com
Elana Nightingale Dawson *(pro hac vice)*
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass *(pro hac vice)*
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina *(pro hac vice)*
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*

                                                  */s/ Gavin C. Gaukroger*
                                                     Gavin C. Gaukroger

9338449-1