UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR SECOND
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

THIS CAUSE came before the Court on the Defendant's Unopposed Motion for Second Extension of Time to Respond to Plaintiff's Complaint (the "Motion") filed on September 25, 2019. The Court has considered the Motion, noting that it is unopposed and agreed to by Plaintiff, that good cause is shown, and being otherwise fully advised in the premises. Accordingly, it is hereby:

        **ORDERED and ADJUDGED:**

1.     The Motion is **GRANTED**.

2.     Defendant shall file its response to the Complaint [DE 1] on or before October 28, 2019.

        **DONE and ORDERED**, in Fort Lauderdale, Florida this __ day of September, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record