UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

### ORDER ON MOTIONS TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court on Motions to Appear *Pro Hac Vice* and Requests to Electronically Receive Notices of Electronic Filing [DE 20, 21 & 22], filed on September 25, 2019.   Upon consideration, it is

**ORDERED** that

1.   The Motions are **GRANTED**.  Brett C. Govett, Robert Greeson, and Jacqueline G. Baker are specially admitted to appear and participate *pro hac vice* on behalf of Defendant, Corellium, LLC, in all aspects of this case; and

2.   Counsel's requests to receive Notices of Electronic Filing pursuant to section 2B of CM/ECF Administrative Procedures are **GRANTED**.  The Clerk shall permit Brett C. Govett to receive Notices of Electronic Filing at email address brett.govett@nortonrosefulbright.com; Robert Greeson to receive Notices of Electronic Filing at email address robert.greeson@nortonrosefulbright.com; and

Jacqueline G. Baker to receive Notices of Electronic Filing at email address jackie.baker@nortonrosefulbright.com.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of September 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record