UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

## NOTICE OF APPEARANCE

Jonathan Vine, Esq., Justin Levine, Esq. and Lizza Constantine, Esq. of COLE, SCOTT & KISSANE, P.A. hereby give notice of their appearance on behalf of Defendant, CORELLIUM, LLC, and request that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause also be furnished to the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of September, 2019, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

    COLE, SCOTT & KISSANE, P.A.
    *Counsel for Defendant*
    Esperante Building
    222 Lakeview Avenue, Suite 120
    West Palm Beach, Florida 33401
    Telephone (561) 383-9222
    Facsimile (561) 683-8977
    Primary e-mail: jonathan.vine@csklegal.com
    Primary e-mail: justin.levine@csklegal.com
    Primary e-mail: lizza.constantine@csklegal.com

CASE NO.: 9:19-CV-81160-RS

        Alternate e-mail: donna.scott@csklegal.com
        Alternate e-mail: stephanie.best@csklegal.com

By:   s/ *Justin B. Levine*
       JONATHAN VINE
       Florida Bar No.: 10966
       JUSTIN LEVINE
       Florida Bar No.: 106463
       LIZZA CONSTANTINE
       Florida Bar No.: 1002945

0151.0230-00/13997864