UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

## ORDER SETTING CIVIL TRIAL DATE, PRETRIAL DEADLINES, AND REFERRAL TO MAGISTRATE JUDGE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **October 13, 2020**. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on Tuesday, October 6, 2020**. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | 10/24/2019 |
| 2. | Joinder of any additional parties and filing of motion to amend the complaint by | 11/22/2019 |
| 3. | Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | 01/10/2020 |
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | 02/10/2020 |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | 03/02/2020 |
| 6. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | 03/13/2020 |
| 7. | Fact discovery shall be completed by | 04/13/2020 |
| 8. | Expert discovery shall be completed by | 04/13/2020 |

| | |
|---|---:|
| 9. Mediation shall be completed by | 04/30/2020 |
| 10. Dispositive motions, including summary judgment and *Daubert*, shall be filed by | 05/11/2020 |
| 11. All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by<br><br>All motions *in limine* and the responses shall be limited to one page per issue. | 08/17/2020 |
| 12. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by<br><br>When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction. | 09/11/2020 |
| 13. Electronic versions of documentary exhibits and Certificates of Compliance re: Admitted Evidence shall be filed on CM/ECF by | 09/30/2020 |

**REFERRAL TO MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 1 of the Magistrate Rules of the Southern District of Florida, **ALL NON-DISPOSITIVE PRETRIAL MOTIONS,** including all discovery and all motions for attorney's fees, costs, and sanctions, are **REFERRED** to Magistrate Judge Matthewman for appropriate resolution.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 3rd day of October, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of Record