UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

## DEFENDANT'S NOTICE FOR CONTINUANCE OF TRIAL PERIOD

Defendant, CORELLIUM, LLC ("Corellium"), by and through its undersigned counsel, and pursuant to Southern District of Florida Local Rule 7.6 and this Court's Order Setting Civil Trial Date, Pretrial Deadlines, and Referral to Magistrate Judge [D.E. 32] (the "Order"), hereby serves and files this Notice for Continuance of Trial Period, and in support thereof state:

1.    On October 3, 2019, this Court issued it's Order, setting "the Court's two-week trial calendar beginning on **October 13, 2020**."

2.    Counsel for Defendant, Brett Govett, is also counsel of record in a matter currently pending in the Eastern District of Texas[1] that is set for trial beginning **October 19, 2020**. *See*, Affidavit of Brett Govett, attached hereto as **Exhibit 1**.

3.    The two trial periods conflict.

---

[1] *GroupChatter, LLC v. AT&T Mobility, LLC and AT&T Services, Inc.*, Case No.: 18-CV-590 –JDK-KNM.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

4. Local Rule 7.6 states "upon written notice served and filed at the earliest practical date prior to the trial, pretrial conference, or other hearing, and supported by affidavit setting forth a full showing of good cause, a continuance may be granted by the Court."

5. Mr. Govett and the undersigned counsel hereby provide this Notice and attached Affidavit of Mr. Govett's conflict and request that this Court's trial period be continued in accordance with the Court's Order.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of October, 2019, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

> COLE, SCOTT & KISSANE, P.A.
> *Counsel for Defendant*
> Esperante Building
> 222 Lakeview Avenue, Suite 120
> West Palm Beach, Florida 33401
> Telephone (561) 383-9222
> Facsimile (561) 683-8977
> E-mail: jonathan.vine@csklegal.com
> E-mail: justin.levine@csklegal.com
> E-mail: lizza.constantine@csklegal.com
>
> By:   s/ *Justin B. Levine*
>       JONATHAN VINE
>       Florida Bar No.: 10966
>       JUSTIN LEVINE
>       Florida Bar No.: 106463
>       LIZZA CONSTANTINE
>       Florida Bar No.: 1002945
>
>       *and*
>
> NORTON ROSE FULBRIGHT
> *Counsel for Defendant*

CASE NO.: 9:19-CV-81160-RS

        2200 Ross Ave.
Dallas, Texas 75201
Telephone (214) 855-8000
Facsimile (214) 855-8200
Brett Govett, *Pro hac vice*
E-mail: brett.govett@nortonrosefulbright.com
Robert Greeson, *Pro hac vice*
E-mail: robert.greeson@ nortonrosefulbright.com