UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

## NOTICE OF SCHEDULING MEDIATION

The Parties, by and through their undersigned attorneys, agree that the mediation in the above-styled cause shall be scheduled to commence on January 22, 2020, at 10:00 a.m., in the office of COLE, SCOTT & KISSANE, P.A., 222 Lakeview Ave., Suite 120, West Palm Beach, Florida 33401, with Mediator Vaughn Walker.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of October, 2019, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

    COLE, SCOTT & KISSANE, P.A.
    *Counsel for Defendant*
    Esperante Building
    222 Lakeview Avenue, Suite 120
    West Palm Beach, Florida 33401
    Telephone (561) 612-3459
    Facsimile (561) 683-8977
    Primary e-mail:    jonathan.vine@csklegal.com
                          justin.levine@csklegal.com
                          lizza.constantine@csklegal.com

CASE NO.: 19-CV-81160-RS

By: s/ *Lizza C. Constantine*
S. JONATHAN VINE
FBN: 10966
JUSTIN B. LEVINE
FBN: 106463
LIZZA C. CONSTANTINE
FBN: 1002945

*and*

NORTON ROSE FULBRIGHT
*Counsel for Defendant*
2200 Ross Ave.
Dallas, TX 75201
Telephone (214) 855-8000
Facsimile (214) 855-8200
Brett Govett, *Pro hac vice*
E-mail: brett.govett@nortonrosefulbright.com
Robert Greeson, *Pro hac vice*
E-mail:robert.greeson@nortonrosefulbright.com