UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:19-cv-81160-RS

APPLE INC.,

    *Plaintiff,*

v.

CORELLIUM, LLC,

    *Defendant.*

_____/

## CORELLIUM'S MOTION TO FILE ITS ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS UNDER SEAL

Pursuant to Federal Rule of Civil Procedure 26(c), Local Rules 5.4 and 7.1 of the United States District Court for the Southern District of Florida, and Sections 5A and 9 of the Southern District of Florida's CM/ECF Administrative Procedures, Defendant Corellium, LLC ("Defendant" or "Corellium") submits this Motion to File its Answer, Affirmative Defenses, and Counterclaims Under Seal ("Motion"), and in support thereof, states as follows:

## MEMORANDUM OF LAW

Corellium files its Motion contemporaneously with a redacted version of its Answer, Affirmative Defenses, and Counterclaims ("Answer") to Plaintiff Apple, Inc.'s ("Plaintiff" or "Apple") Complaint and Demand for Jury Trial. As explained herein, while Corellium believes its Answer should be made publicly available under applicable law, it files its Motion to avoid the possibility of expanding this litigation (i.e., requiring more of the Court's and the Parties' resources). Therefore, if the Court grants this Motion after considering the applicable factual and legal issues and arguments made by the Parties (if any), Corellium anticipates that it will move to unseal its Answer.

I.      **LEGAL STANDARD**

"Unless otherwise provided by law, Court rule, or Court order, proceedings in the United States District Court are public and Court filings are matters of public record." S.D. Fla. L.R. 5.4(a). However, this right of access is not absolute and "requires a balancing of competing interests." *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir. 2001) (citations omitted). In determining whether to seal a document, "courts must consider, among other factors, 'whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents.'" *Huenefeld v. Nat'l Beverage Corp.*, No. 16-62881-CIV, 2017 WL 4864594, at *1 (S.D. Fla. Oct. 25, 2017) (quoting *Romero v. Drummond Co.*, 480 F.3d 1234, 1245 (11th Cir. 2007)).

II.     **GOOD CAUSE EXISTS FOR THE COURT TO SEAL CORELLIUM'S ANSWER AT THIS TIME**

In this instance, while Corellium believes that its Answer should be made publicly available under applicable law, certain of Corellium's defenses and their factual predicates are based, at least in part, upon information the parties previously designated as confidential. On one hand, Corellium must disclose the information at issue to fully defend itself in this lawsuit. On the other hand, Corellium does not want to expand the scope of litigation by disclosing arguably confidential information without first obtaining permission from the Court.

Ultimately, Corellium believes that disclosure of the information at issue will not harm either party's privacy interests, will not impact the privacy interests of third parties, and is necessary to fully articulate Corellium's defenses. Also, there is no question regarding the

reliability of the information at issue and Apple will be afforded a full and fair opportunity to respond.

### III. PROPOSED DURATION OF REQUESTED SEALING

The requested duration is no longer than the time required by the Court to consider Corellium's un-redacted Answer in view of applicable law and any arguments made by the parties with respect to unsealing Corellium's Answer should (1) it be sealed by the Court, and (2) Apple oppose unsealing same.

### IV. CONCLUSION

Corellium respectfully requests that the Court enter the proposed Order, attached hereto, permitting it to file its Notice of Filing Corellium's Answer, Affirmative Defenses, and Counterclaims Under Seal and ordering that the materials remain under seal until such time as the Court orders the materials to be unsealed.

### LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Defendant conferred via telephone calls with counsel for Plaintiff on October 28, 2019, regarding the relief sought herein. Plaintiff does take a position on opposition at this time.

Dated: October 28, 2019

Respectfully submitted,

/s/ *Justin B. Levine*
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.: 106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945

NORTON ROSE FULBRIGHT US LLP
*Counsel for Defendant Corellium, LLC*
2200 Ross Ave. Suite 3600

        Dallas, Texas 75201
        Telephone: (214) 855-8000
        Facsimile: (214) 855-8200
        Brett Govett, *Pro hac vice*
        E-mail: brett.govett@nortonrosefulbright.com
        Robert Greeson, *Pro hac vice*
        E-mail: robert.greeson@ nortonrosefulbright.com
        Jackie Baker, *Pro hac vice*
        E-mail: jackie.baker@nortonrosefulbright.com

        COLE, SCOTT & KISSANE, P.A.
        *Counsel for Defendant Corellium, LLC*
        Esperante Building
        222 Lakeview Avenue, Suite 120
        West Palm Beach, Florida 33401
        Telephone: (561) 383-9222
        Facsimile: (561) 683-8977
        E-mail: jonathan.vine@csklegal.com
        E-mail: justin.levine@csklegal.com
        E-mail: lizza.constantine@csklegal.com

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on October 28, 2019, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

Dated:  October 28, 2019        */s/ **Justin B. Levine***
                                                  JUSTIN B. LEVINE
                                                  Florida Bar No.: 106463

- 5 -

**SERVICE LIST**

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler *(pro hac vice)*
kathryn.ruemmler@lw.com
Sarang Vijay Damle *(pro hac vice)*
sy.damle@lw.com
Elana Nightingale Dawson *(pro hac vice)*
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass *(pro hac vice)*
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina *(pro hac vice)*
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:19-cv-81160-RS

APPLE INC.,

   *Plaintiff,*

v.

CORELLIUM, LLC,

   *Defendant*.

_____/

## ORDER GRANTING CORELLIUM'S MOTION TO FILE ITS ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS UNDER SEAL

**THIS CAUSE** is before the Court on Defendant Corellium, LLC's ("Defendant" or "Corellium") Motion to File its (unredacted) Answer, Affirmative Defenses, and Counterclaims Under Seal, filed on October 28, 2019 [D.E. 40] ("Motion"). The Court has carefully reviewed the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Motion is hereby **GRANTED**; and

2. Corellium's (unredacted) Answer, Affirmative Defenses, and Counterclaims shall remain under seal until the Court orders Corellium's (unredacted) Answer, Affirmative Defenses, and Counterclaims unsealed.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this _____ day of _____, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record