UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    *Plaintiff*,

v.

CORELLIUM, LLC,

    *Defendant*.

_____/

## JOINT MOTION TO MODIFY PRETRIAL DEADLINES

Plaintiff, Apple Inc. ("Apple") and Defendant, Corellium, LLC ("Corellium"), by and through undersigned counsel, hereby jointly move for entry of an order modifying the Court's Order Setting Civil Trial Date, Pretrial Deadlines, and Referral to Magistrate Judge entered on October 3, 2019 ("Order") [D.E. 32], and as ground therefore, state as follows:

1. Pursuant to the Order, the following pretrial deadlines apply to the above-captioned matter:

| Scheduling Event | Deadline |
|---|---|
| Motion to amend the complaint / joinder of additional parties | November 22, 2019 |
| Plaintiff's expert disclosures/reports | January 10, 2020 |
| Defendant's expert disclosures/reports | February 10, 2020 |
| Exchange of rebuttal expert witness/ reports | March 2, 2020 |

The Order also set this case for trial during the two-week trial calendar beginning on October 13, 2020. [D.E. 32].

2.       Federal Rule of Civil Procedure 16(b)(4) provides that a scheduling order "may be modified only for good cause and with the judge's consent." However, district courts enjoy broad discretion in managing their cases. *See Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002); *see also Chudasam v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th 1997). As such, this Court has ample discretion to grant the relief requested in this motion.

3.       The requested relief sought herein is predicated upon good cause based on the following facts. On August 15, 2019, Apple filed its complaint. [D.E. 1]. Corellium requested two extensions of time to respond to the complaint, which Apple agreed not to oppose. The Court granted both of Corellium's motions. [D.E. 16] [D.E.25].

4.       On October 28, 2019, Corellium filed its answer and counterclaims. [D.E. 41].

5.       Apple served written discovery on Corellium on October 9, 2019. On November 6, 2019, Corellium asked Apple for additional time to respond to that discovery, citing burden and scheduling conflicts, including that Corellium's local counsel is set for a seven (7) day trial before Judge Robin Rosenberg, in the case styled *McAteer, et al. v. Ciardi Ciardi & Astin, P.C., et al.*, Case No. 18-cv-81264-RLR, in the Southern District. Trial in the matter is set to begin November 14 and last through 22, 2019.

6.       Apple expressed concern that allowing an extension of time would be problematic given certain current deadlines in this case; namely, the November 22, 2019 deadline to amend the complaint or join additional parties; the January 10, 2019 deadline for Apple's expert reports; the February 10, 2019 deadline for Corellium's expert reports; and the March 2, 2019 deadline for rebuttal expert reports.

7.       After discussion, the Parties agreed that Apple would consent to the requested extension, and the Parties would jointly move the Court to modify the pertinent deadlines.

8. The extensions requested in this motion are not sought for purposes of delay, and both parties continue to engage in discovery.

9. Thus, in order to allow the Parties sufficient time to conduct discovery, including expert discovery, the Parties respectfully request this Court enter an order extending the foregoing deadlines as follows:

| Scheduling Event | *Former Deadline* | New Deadline |
|---|---|---|
| Motion to amend the complaint / joinder of additional parties | *November 22, 2019* | December 22, 2019 |
| Plaintiff's expert disclosures/reports | *January 10, 2020* | January 31, 2020 |
| Defendant's expert disclosures/reports | *February 10, 2020* | March 2, 2020 |
| Exchange of rebuttal expert witness/ reports | *March 2, 2020* | March 16, 2020 |

10. The slight modification of the foregoing deadlines should allow the Parties sufficient time to complete fact and expert discovery and to fully brief the key issues in dispositive motions, if such motion practice ultimately is appropriate.

11. This request will not affect any other deadlines in this case, and the motion is made in good faith and not for any improper purpose, nor will it prejudice any Party.

WHEREFORE, the Parties respectfully request that the Court enter an order extending the deadline to file a motion to amend the Complaint to December 22, 2019, the deadline for Plaintiff to disclose its experts and serve expert reports to January 31, 2020, the deadline for Defendant to disclose its experts and serve expert reports to March 2, 2020, and the deadline to exchange rebuttal reports to March 16, 2020, together with such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: November 13, 2019 | Respectfully Submitted, |
| | |
| | *s/ Jessica Stebbins Bina* |
| Kathryn Ruemmler* | Martin B. Goldberg |
| *kathryn.ruemmler@lw.com* | Florida Bar No. 0827029 |
| Sarang Vijay Damle* | *mgoldberg@lashgoldberg.com* |
| *sy.damle@lw.com* | *rdiaz@lashgoldberg.com* |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| *elana.nightingaledawson@lw.com* | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL  33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |
| | |
| Andrew M. Gass* | |
| *andrew.gass@lw.com* | |
| LATHAM & WATKINS LLP | |
| 505 Montgomery Street, Suite 2000 | |
| San Francisco, CA 94111 | |
| (415) 391-0600 / (415) 395-8095 Fax | |
| | |
| Jessica Stebbins Bina* | |
| *jessica.stebbinsbina@lw.com* | |
| LATHAM & WATKINS LLP | |
| 10250 Constellation Blvd., Suite 1100 | |
| Los Angeles, CA 90067 | |
| (424) 653-5500 / (424) 653-5501 Fax | |
| | |
| *Admitted pro hac vice* | |
| | |
| | |
| *Attorneys for Plaintiff* APPLE INC. | |

*-and-*

CASE NO: 9:19-cv-81160-RS

By: s/ *Justin B. Levine*
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.: 106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

and

NORTON ROSE FULBRIGHT
Counsel for Defendant
2200 Ross Ave.
Dallas, Texas 75201
Telephone (214) 855-8000
Facsimile (214) 855-8200
Brett Govett, Pro hac vice
E-mail: brett.govett@nortonrosefulbright.com
Robert Greeson, Pro hac vice
E-mail: robert.greeson@nortonrosefulbright.com
Jackie Baker, Pro hac vice
E-mail: jackie.baker@nortonrosefulbright.com

*Attorneys for Corellium, LLC.*