UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**ORDER GRANTING JOINT MOTION TO MODIFY**
**PRETRIAL DEADLINGS**

**THIS CAUSE** came before the Court upon the Parties' Joint Motion to Modify Pretrial Deadlines ("Motion") [D.E.   ]. Upon Consideration of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that said Motion is GRANTED.

1. The deadline to file a motion to amend the complaint and/or joinder of additional parties is December 22, 2019.

2. Plaintiff shall disclose its experts and provide its summaries/reports on January 31, 2020.

3. Defendant shall disclose its experts and provide its summaries/reports on March 2, 2020.

4. The Parties shall exchange their rebuttal expert summaries/reports on March 16, 2020.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this ____ day of November, 2019.

                                              _____
                                              RODNEY SMITH
                                              UNITED STATES DISTRICT JUDGE

Copies to: Counsel of record