UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,
    Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS**

Defendant, Corellium, LLC ("Corellium") files this Unopposed Motion for Extension of Time to Respond to Plaintiff Apple Inc.'s ("Apple") Motion to Dismiss Corellium's Counterclaims and Supporting Memorandum of Law ("Motion to Dismiss"), and respectfully shows the Court as follows:

1. Apple filed its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) on November 18, 2019 [D.E. 44].

2. Pursuant to Local Rule 7.1(c)(1), the deadline for Corellium to respond to Apple's Motion to Dismiss is December 2, 2019.

3. Because Corellium's deadline to respond to Apple's Motion to Dismiss falls directly after the Thanksgiving holiday, Corellium seeks additional time to respond to Apple's Motion to Dismiss. Counsel responsible for responding to the Apple Motion to Dismiss are out of the office due to the short holiday week with family commitments. Respectfully, good cause exists as the normal period is shortened due to the federal Thanksgiving holiday along with the anticipated travel and family commitments associated therewith.

4. Corellium therefore seeks a seven (7) day extension of the deadline to respond to Apple's Motion to Dismiss. Corellium's new deadline to respond to Apple's Motion to Dismiss would therefore be December 9, 2019.

5. Counsel for Corellium promptly conferred with counsel for Apple on Friday, November 22, 2019, about the need for additional time to prepare Corellium's response to Apple's Motion to Dismiss.

6. Counsel for Apple does not oppose Corellium's request to extend Corellium's deadline to respond to Apple's Motion to Dismiss from December 2, 2019 to December 9, 2019.

7. Accordingly, Corellium requests an extension of time up to and including December 9, 2019 to file its response to Apple's Motion to Dismiss.

8. The request contained herein is not intended for purposes of delay and will not cause any prejudice to the Court or any party to this action.

WHEREFORE, for good cause shown, Defendant Corellium, LLC respectfully requests the Court enter an Order extending the time to file its response to Plaintiff's Motion to Dismiss to December 9, 2019.

**MEET AND CONFER CERTIFICATE PURSUANT TO S.D. FLA. L. R. 7.1(A)(3)**

I hereby certify that counsel for the movant has conferred with counsel for Plaintiff telephonically in a good faith effort to resolve the issues raised in the motion and states the Plaintiff agreed to all of the relief requested herein. This motion is therefore unopposed.

Dated: November 25, 2019

NORTON ROSE FULBRIGHT US LLP
*Counsel for Defendant Corellium, LLC*
2200 Ross Ave., Suite 3600
Dallas, Texas 75201
Telephone (214) 855-8000
Facsimile (214) 855-8200
Brett Govett, *Pro hac vice*

E-mail: brett.govett@nortonrosefulbright.com
Robert Greeson, *Pro hac vice*
E-mail: robert.greeson@
nortonrosefulbright.com
Jackie Baker, *Pro hac vice*
E-mail: jackie.baker@nortonrosefulbright.com

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant Corellium*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

By: s/ *Justin B. Levine*
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.: 106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 25, 2019, a true and correct copy of the foregoing has been transmitted by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

*s/ Justin B. Levine*
Justin Levine
Florida Bar No.:  106463
