UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

     Plaintiff,
v.

CORELLIUM, LLC,
     Defendant.

_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS**

THIS CAUSE came before the Court on the Defendant Corellium, LLC's ("Corellium") Unopposed Motion for Extension of Time to Respond to Plaintiff Apple Inc.'s Motion to Dismiss Corellium's Counterclaims and Supporting Memorandum of Law (the "Motion") filed on November 18, 2019 [D.E. 44]. The Court has considered the Motion, noting that it is unopposed by Plaintiff, that good cause is shown, and being otherwise fully advised in the premises. Accordingly, it is hereby:

     **ORDERED and ADJUDGED:**

1.     The Motion is **GRANTED**.

2.     Defendant shall file its response to Plaintiff's Motion to Dismiss [D.E. 44] on or before December 9, 2019.

     **DONE AND ORDERED** in Fort Lauderdale, Florida, this _____ day of November, 2019.

                                                                          _____
                                                                          RODNEY SMITH
                                                                          United States District Judge

cc: All counsel of record