UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,
    Defendant.

_____/

### JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER GOVERNING THE DISCLOSURE AND USE OF DISCOVERY MATERIALS

Plaintiff, APPLE INC. ("Apple") and Defendant, CORELLIUM, LLC ("Corellium" and collectively with Apple, the "Parties"), by and through their undersigned counsel and pursuant to Rule 37 of the Federal Rules of Civil Procedure and S.D. Fla. L.R. 26.1(g)(3), hereby jointly submit their Joint Motion for Entry of Stipulated Protective Order Governing Disclosure and Use of Discovery Materials, and as grounds in support thereof state as follows:

1. The need for the requested protective order arises out of the Parties' respective discovery requests seeking trade secrets, business confidential information, commercially sensitive information and proprietary information relating to the product subject to the instant litigation.

2. "Rule 26(c)(1) authorize[s] protective orders concerning the dissemination of sensitive information." *Wreal LLC v. Amazon.Com, Inc.*, No. 14-cv-21385, 2014 WL 7273852, at *3 (S.D. Fla. Dec. 19, 2014). District courts have "'broad discretion' to decide when a protective order is appropriate and what degree of protection is required." *Id.* (quoting *Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 36 (1984)). In evaluating the basis for entry of a protective order, courts

1

"balance the interests of those requesting the order." *Id*. (quoting *McCarthy v. Barnett Bank of Polk City*, 876 F.2d 89, 91 (11th Cir. 1989)).  "Once a party demonstrates good cause for the entry of a Rule 26(c) protective order, the burden shifts to the party opposing the protection to explain why it is not warranted." *Id*.

3. In the instant matter, the Parties have come to an agreement with regard to, *inter alia*, the procedure for designating discovery material as "confidential," "confidential attorney's eyes only" and/or "confidential – outside attorney's eyes only – source code," and the procedure for challenging the designation of same.

4. For this Court's convenience, the Parties jointly attach their proposed Stipulated Protective Order Governing the Disclosure and Use of Discovery Materials hereto as **Exhibit 1**.

**WHEREFORE**, Plaintiff, APPLE INC. and Defendant, CORELLIUM, LLC, respectfully request this Court to enter the proposed Stipulated Protective Order Governing the Disclosure and Use of Discovery Materials, and grant any other relief as the Court deems necessary and proper.

| | |
|---|---|
| By:    */s/ Martin B. Goldberg*<br>Martin B. Goldberg<br>Florida Bar No. 0827029<br>mgoldberg@lashgoldberg.com<br>rdiaz@lashgoldberg.com<br>LASH & GOLDBERG LLP<br>100 Southeast Second Street<br>Miami, FL 33131<br>(305) 347-4040 / (305) 347-4050 Fax<br><br>Kathryn Ruemmler*<br>kathryn.ruemmler@lw.com<br>Sarang Vijay Damle*<br>sy.damle@lw.com<br>Elana Nightingale Dawson*<br>elana.nightingaledawson@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004<br>(202) 637-2200 / (202) 637-2201 Fax<br><br>Andrew M. Gass*<br>andrew.gass@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 391-0600 / (415) 395-8095 Fax<br><br>Jessica Stebbins Bina*<br>jessica.stebbinsbina@lw.com<br>LATHAM & WATKINS LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500 / (424) 653-5501 Fax<br><br>*Admitted pro hac vice<br><br>*Attorney for Plaintiff Apple Inc.*<br><br>Dated: December 13, 2019 | By:    */s/ Justin B. Levine*<br>JONATHAN VINE<br>Florida Bar No.: 10966<br>JUSTIN B. LEVINE<br>Florida Bar No.: 106463<br>LIZZA C. CONSTANTINE<br>Florida Bar No.: 1002945<br>**COLE, SCOTT & KISSANE, P.A.**<br>Esperante Building<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, Florida 33401<br>Tel.: (561) 383-9200<br>Primary Email: jonathan.vine@csklegal.com<br>Primary Email: justin.levine@csklegal.com<br>Primary Email: lizza.constantine@csklegal.com<br>Alt.:    donna.scott@csklegal.com<br>         patricia.martel@csklegal.com<br><br>*Counsel for Defendant Corellium, LLC*<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>   Brett Govett, *Pro hac vice*<br>   Robert Greeson, *Pro hac vice*<br>   Jacqueline Baker, *Pro hac vice*<br>   2200 Ross Ave., Suite 3600<br>   Dallas, TX 75201<br>   Tel: (214) 855-8000<br>   Email: brett.govett@nortonrosefulbright.com<br>         robert.greeson@nortonrosefulbright.com<br>         jackie.baker@nortonrosefulbright.com<br><br>*Counsel for Defendant Corellium, LLC*<br><br>Respectfully submitted, |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 13, 2019, a true and correct copy of the foregoing has been transmitted by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

*s/ Justin B. Levine*
Justin Levine
Florida Bar No.:  106463
