## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160-RS

APPLE INC.,

                 Plaintiff,

    v.

CORELLIUM, LLC,

                 Defendant.

### MOTION TO FILE APPLE'S AMENDED COMPLAINT UNDER SEAL

Plaintiff, Apple Inc. ("Apple"), by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of Apple's First Amended Complaint (the "Amended Complaint"). On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order (the "Protective Order"), ECF No. 50. The Protective Order permits the parties to designate material as confidential, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." The Amended Complaint contains material that Corellium designated as "Confidential – Attorneys' Eyes Only." This material pertains to how the Corellium Apple Product works and what the Corellium Apple Product does.

Although the Protective Order appears to provide for the filing of such information under seal without an accompanying motion, Apple submits this motion in an abundance of caution. In addition, Apple does not take a position on (a) whether the material that Corellium has designated

as "Confidential – Attorneys' Eyes Only" is properly designated under the Protective Order, or (b) whether such material should be sealed in a court filing.  Apple reserves all rights to challenge Corellium's designation of this and other material as "Confidential – Attorneys' Eyes Only."

**WHEREFORE** Apple respectfully requests that, unless and until Corellium's confidentiality designations of the portions of Apple's amended complaint are removed or rejected, the Amended Complaint remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law.  A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via telephone calls with counsel for Defendant on December 20, 2019, regarding the relief sought herein.  Defendant does not oppose.

Dated: December 20, 2019                    Respectfully Submitted,


Kathryn Ruemmler*                           _s/ Martin B. Goldberg_
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*                         Martin B. Goldberg
*sy.damle@lw.com*                           Florida Bar No. 0827029
Elana Nightingale Dawson*                   *mgoldberg@lashgoldberg.com*
*elana.nightingaledawson@lw.com*            *rdiaz@lashgoldberg.com*
LATHAM & WATKINS LLP                        LASH & GOLDBERG LLP
555 Eleventh Street NW, Suite 1000          100 Southeast Second Street
Washington, DC 20004                        Miami, FL  33131
(202) 637-2200 / (202) 637-2201 Fax         (305) 347-4040 / (305) 347-4050 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Admitted pro hac vice*


*Attorneys for Plaintiff* APPLE INC.