# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

## PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff's Unopposed Motion to File Under Seal the Amended Complaint. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this __ of December, 2019.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**