UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**NOTICE OF CONSENT FOR APPLE INC. TO FILE FIRST AMENDED COMPLAINT**

Plaintiff Apple Inc. ("Apple" or "Plaintiff") by and through its undersigned counsel and pursuant to Rule 15 of the Federal Rules of Civil Procedure, hereby notifies the Court that Corellium has provided its consent, in writing, to the filing of an amended complaint by Apple Inc., and states the following in support thereof:

1. Apple filed its Complaint and Demand for Jury Trial against Corellium, LLC ("Corellium" or "Defendant") on August 15, 2019. ECF No. 1. On October 28, 2019, Corellium filed its Redacted Answer, Affirmative Defenses and Counterclaims and a related Motion to Seal, ECF Nos. 40, 41. Corellium filed its unredacted Answer, Affirmative Defenses and Counterclaims ten days later, on November 8, 2019, ECF No. 42.

2. On November 13, 2019, Apple and Corellium filed a Joint Motion to Modify Pretrial Deadlines, ECF No. 43, which this Court granted on November 22, 2019, ECF No. 45.

The Court's order granting the motion set the deadline for a motion to amend the complaint and/or joinder of additional parties on December 22, 2019. ECF No. 45.

3. Apple filed its Motion to Dismiss Corellium's Counterclaims on November 18, 2019. ECF No. 44. In response to that motion, Corellium filed its First Amended Answer, Affirmative Defenses, and Counterclaims on December 9, 2019. ECF No. 48.

4. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) and 15(a)(2), Apple intends to file a First Amended Complaint.

5. Federal Rule of Civil Procedure 15(a)(1)(B) provides that, a pleading "to which a responsive pleading is required" may be amended "once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." As Corellium filed "a responsive pleading" to the complaint—its Amended Answer, Affirmative Defenses, and Counterclaims on December 9, 2019, Apple is within the time wherein it may file an amendment to its complaint as of right.

6. Federal Rule of Civil Procedure 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." In an abundance of caution, pursuant to Rule 15(a)(2), on December 20, 2019, Apple sought and received Corellium's written consent to the filing of an amended complaint by Apple.

Dated: December 20, 2019                                  Respectfully Submitted,

Kathryn Ruemmler*                                         *s/ Martin B. Goldberg*
kathryn.ruemmler@lw.com
Sarang Vijay Damle*                                       Martin B. Goldberg
sy.damle@lw.com                                           Florida Bar No. 0827029
Elana Nightingale Dawson*                                 mgoldberg@lashgoldberg.com
elana.nightingaledawson@lw.com                            rdiaz@lashgoldberg.com
LATHAM & WATKINS LLP                                      LASH & GOLDBERG LLP
555 Eleventh Street NW, Suite 1000                        100 Southeast Second Street
Washington, DC 20004                                      Miami, FL  33131
(202) 637-2200 / (202) 637-2201 Fax                       (305) 347-4040 / (305) 347-4050 Fax

Andrew M. Gass*
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.