UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**PROPOSED ORDER GRANTING
MOTION TO EXTEND DISCOVERY MOTION DEADLINE**

    **THIS CAUSE** comes before the Court on the Parties' Joint Motion to Extend Discovery Motion Deadline. Being fully advised, it is

    **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this __ of December, 2019.

_____
**RODNEY SMITH
UNITED STATES DISTRICT JUDGE**