UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

## NOTICE OF APPEARANCE

Please take notice that Emily L. Pincow, Esq. of the law firm of LASH & GOLDBERG LLP enters her appearance as counsel for Plaintiff Apple Inc. in the above-captioned matter. All future correspondence, pleadings, and other papers in this matter directed to Apple Inc., should be served on the undersigned counsel at Lash & Goldberg LLP, 2500 Weston Road, Suite 220, Weston, Florida 33331 and via email at epincow@lashgoldberg.com.

Dated: December 27, 2019        Respectfully submitted,

        By:   */s/ Emily L. Pincow*
              Emily L. Pincow
              Florida Bar No. 1010370
              *epincow@lashgoldberg.com*
              *gizquierdo@lashgoldberg.com*
              LASH & GOLDBERG LLP
              2500 Weston Road, Suite 220
              Weston, Florida 33331
              (305) 347-4040 / (305) 347-4050 Fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of December, 2019, a true and correct copy of the foregoing has been transmitted by electronic filing with the Clerk of Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

*/s/ Emily L. Pincow*
Emily L. Pincow