## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO: 9:19-cv-81160-RS

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,
      Defendant.

_____/


## DEFENDANT'S MOTION TO EXTEND THE TIME TO FILE A RESPONSE TO PLAINTIFF'S UNREDACTED AMENDED COMPLAINT

Defendant, Corellium, LLC ("Corellium"), by and through undersigned counsel pursuant to Federal Rule of Civil Procedure 6 and 15 hereby move for a brief extension of time of seven-days to file a response to Plaintiff Apple Inc.'s ("Apple") Unredacted Amended Complaint.  In support hereof, Defendants state as follows:

1.      Apple served its First Amended Complaint Unredacted ("Amended Complaint") on December 23, 2019. A true and correct copy of the email correspondence of service of the Amended Complaint is attached hereto as **Exhibit 1**.

2.      Pursuant to Federal Rule of Civil Procedure 15(a)(3), the deadline for Corellium to respond to Apple's Amended Complaint is January 6, 2020.

3.      Corellium has been preparing a response to the Amended Complaint.  However, due to Holidays, counsel responsible for responding to Apple's Amended Complaint were out of the office with family commitments, which extend through the weekend of January 3-6, 2019. Respectfully, good cause exists as the standard period to respond falls directly within the federal Holidays period, and counsel has prior planned family commitments.

1

4.      Corellium therefore seeks a seven (7) day extension of the deadline to respond to Apple's Amended Complaint. Corellium's new deadline to respond to Apple's Amended Complaint would therefore be January 13, 2020.

5.      Counsel for Corellium conferred with counsel for Apple on January 3, 2020, about the need for additional time to prepare Corellium's response to Apple's Amended Complaint.

6.      Counsel for Apple opposes Corellium's request to extend Corellium's deadline to respond to Apple's Amended Complaint from January 6, 2020 to January 13, 2020.

7.      Accordingly, Corellium requests an extension of time up to and including January 13, 2020 to file its response to Apple's Amended Complaint.

8.      The request contained herein is not intended for purposes of delay and will not cause any prejudice to the Court or any party to this action.

**WHEREFORE**, for good cause shown, Defendant Corellium, LLC respectfully requests the Court enter an Order extending the time to file its response to Plaintiff's Amended Complaint to January 13, 2020.

## MEET AND CONFER CERTIFICATE PURSUANT TO S.D. FLA. L. R. 7.1(A)(3)

I hereby certify that counsel for the movant has conferred with counsel for Plaintiff by email in a good faith effort to resolve the issues raised in the motion and states the Plaintiff objects to the relief requested herein.

Dated: January 3, 2020                  NORTON ROSE FULBRIGHT US LLP
                                        *Counsel for Defendant Corellium, LLC*
                                        2200 Ross Ave., Suite 3600
                                        Dallas, Texas 75201
                                        Telephone (214) 855-8000
                                        Facsimile (214) 855-8200
                                        Brett Govett, *Pro hac vice*
                                        E-mail: brett.govett@nortonrosefulbright.com
                                        Robert Greeson, *Pro hac vice*

2

E-mail: robert.greeson@
nortonrosefulbright.com
Jackie Baker, *Pro hac vice*
E-mail: jackie.baker@nortonrosefulbright.com

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant Corellium, LLC*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

By:

    s/  *Lizza C. Constantine*
_____
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.:  106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2020, a true and correct copy of the foregoing has been transmitted by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

*s/ Lizza C. Constantine*
Lizza C. Constantine
Florida Bar No.:  1002945
