| | |
|---|---|
| From: | Elana.NightingaleDawson@lw.com |
| To: | Justin B. Levine; Jessica.StebbinsBina@lw.com; mgoldberg@lashgoldberg.com |
| Cc: | brett.govett@nortonrosefulbright.com; Jonathan Vine; Lizza C. Constantine; jackie.baker@nortonrosefulbright.com; robert.greeson@nortonrosefulbright.com; Patricia M. Martel; epincow@lashgoldberg.com; Jeremiah.Egger@lw.com |
| Subject: | RE: Apple"s Unredacted Amended Complaint |
| Date: | Monday, December 23, 2019 5:53:43 PM |
| Attachments: | image003.png<br>Apple - First Amended Complaint [Unredacted].pdf<br>Apple - Ex. A to Complaint.pdf |

Justin,

Please find attached an unredacted copy Apple's amended complaint.

Best,
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**

555 Eleventh St., NW Suite 1000 | Washington, DC 20004
Tel: 202-637-2303 | Fax: 202-637-2201 | http://www.lw.com

---

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Monday, December 23, 2019 5:28 PM
**To:** Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; 'mgoldberg@lashgoldberg.com' <mgoldberg@lashgoldberg.com>
**Cc:** 'Govett, Brett' <brett.govett@nortonrosefulbright.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; 'Baker, Jackie' <jackie.baker@nortonrosefulbright.com>; 'Greeson, Robert' <robert.greeson@nortonrosefulbright.com>; Patricia M. Martel <Patricia.Martel@csklegal.com>
**Subject:** Apple's Unredacted Amended Complaint

Jessica and Elana, can you please provide a copy of Apple's unredacted Amended Complaint. Thanks.

www.csklegal.com

Best Lawyers
BEST LAW FIRMS
U.S.News
2020

**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
Justin.Levine@csklegal.com
Cole, Scott & Kissane, P.A.
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

Confidentiality Notice: This communication is covered by the Electronic Communications Privacy Act, 18

EXHIBIT 1

U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

EXHIBIT 1