# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                    Plaintiff,

    v.

CORELLIUM, LLC,

                    Defendant.

## PLAINTIFF APPLE INC.'S OPPOSITION TO DEFENDANT CORELLIUM, LLC'S MOTION FOR EXTENSION

Plaintiff, Apple Inc. ("Apple"), by and through undersigned counsel, hereby submits this brief in opposition to Defendant Corellium, LLC's ("Corellium") Motion for Extension. In support of this opposition, Apple states the following:

1.    Apple filed and served its First Amended Complaint on December 20, 2019, in which it added one additional claim for unlawful trafficking in violation of 17 U.S.C. §§ 1201(a)(2), (b), and 1203. ECF No. 53. Corellium's deadline to respond to the First Amended Complaint was thus January 3, 2020, not January 6, 2020, as it claims in its motion.

2.    Apple's First Amended Complaint contained a small amount of information from Corellium's discovery responses that Corellium had marked as Confidential—Attorneys' Eyes Only pursuant to the parties' Protective Order. As a result, before filing the First Amended Complaint, Apple provided Corellium with all of the text that was based on Corellium's discovery responses to determine whether Corellium would require such material to be filed under seal.

Corellium refused to allow Apple to publicly file that text on Friday, December 20, 2019. Apple therefore redacted those portions of its First Amended Complaint prior to filing and service. On Monday, December 23, 2019, Apple sent Corellium a full copy of the unredacted version of the First Amended Complaint, including the small portions of text it had previously sent by email.

3. On Thursday, December 26, 2019, Corellium informed Apple that it no longer objected to the filing of an unredacted version of Apple's First Amended Complaint. Thus, on Friday, December 27, 2019, Apple filed the unredacted version of its First Amended Complaint. ECF No. 56.

4. On Tuesday, December 31, 2019, Corellium informed Apple that it intended to file a Motion for Clarification, in which it would take the position that any Answer or response to Apple's First Amended Complaint from Corellium was due on January 10, 2020 (14 days after the unredacted First Amended Complaint was filed), rather than on January 3, 2020 (14 days after the redacted First Amended Complaint was filed). Corellium further informed Apple that it intended to seek an extension for its Answer or response to Monday, January 13, 2020.

5. Apple informed Corellium that it did not intend to take a position on Corellium's (apparently now recanted) position that its response was due January 10, 2020, but that it opposed an extension to January 13, 2020. Apple explained that because the parties' 15-20 page mediation briefs are due to the mediator on Tuesday, January 14, 2020, extending to the day before would leave Apple an unreasonably short amount of time to incorporate Corellium's response into its mediation brief. Apple also explained that the First Amended Complaint added only a single count to the original Complaint, requiring minimal additional work, and that if time were extended to January 10, 2020, Corellium would already have a full seven-day extension.

6. Although Apple consented to an extension of time to January 10, 2020, Apple

opposes Corellium's request for an extension to Monday, January 13, 2020. Given the impending due date for the parties' mediation briefs, a delay of the filing of Corellium's Answer or response to Apple's First Amended Complaint to Monday, January 13, will significantly limit the amount of time Apple has to address Corellium's Answer or response in its mediation brief and will thereby prejudice Apple. Corellium, in contrast, will not be prejudiced by having to file any Answer or response to Apple's First Amended Complaint by Friday, January 10, 2020. Corellium has had the First Amended Complaint and all unredacted text since Friday, December 20, 2019, and has had the fully unredacted version of the First Amended Complaint since Monday, December 23, 2019. In addition, the amendment to Apple's complaint was modest, with only one claim being added. Apple therefore respectfully requests that this Court deny the requested extension and set the due date for Corellium's Answer or response to Apple's First Amended Complaint no later than Friday, January 10, 2020.

Dated: January 3, 2020

Kathryn Ruemmler*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.