UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION FOR EXTENSION**

Defendant, Corellium, LLC ("Defendant" or "Corellium"), by and through undersigned counsel, hereby submits this Reply to Plaintiff's Response in Opposition to Defendant Corellium, LLC's ("Corellium") Motion for Extension ("Reply"). In support of this Reply, Corellium states the following:

1. Two days prior to Christmas, on December 23, 2019, Apple first served its Unredacted First Amended Complaint [D.E. 53] ("Amended Complaint").

2. Pursuant to Federal Rule of Civil Procedure 15, Corellium's response to the Amended Complaint is due January 6, 2019. Fed.R.Civ.P. 15(a)(3).

3. On January 3, 2020, Corellium filed its Motion to Extend the Time to File a Response to Plaintiff's Unredacted Amended Complaint [D.E. 59] ("Motion").

4. The same day, January 3, 2020, Apple filed its Opposition to Corellium's Motion for Extension [D.E. 60] ("Response").

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

5. Apple opposes Corellium's Motion to extend the deadline to respond to the Amended Complaint through January 13, 2020, despite being amenable to extending the time to respond until January 10, 2020—only three days prior to the extension Corellium now seeks.

6. While Apple argues the additional three days requested by Corellium in its Motion will significantly limit its ability to prepare mediation briefs, Corellium's ensuing response to the Amended Complaint will have little, if any, bearing on Mediation.

7. Mediation is currently scheduled for January 22, 2019.

8. Significantly, Corellium has already fully answered the entirety of Apple's original Complaint. Indeed, as Apple highlights in its Response, the Amended Complaint merely adds one additional cause of action. Accordingly, Apple already has notice of Corellium's positions and litigation strategies, as well as its Answers, and therefore, no prejudice exists in granting the sought after extension.

9. Moreover, as Corellium states in its Motion, the reason for the extension was pre-existing plans that interfered with counsel's ability to timely respond. It is important to note that Corellium was served the Amended Complaint on December 23, merely two days before Christmas. Accordingly, the Motion is founded on good cause and is not merely for delay. Therefore, the Court should grant Corellium's Motion. *Poindexter v. Zacharzewski*, No. 2:18-CV-14155, 2018 WL 6179482, at *1 (S.D. Fla. Nov. 27, 2018) (granting plaintiff's motion for extension of time in light of the intervening Thanksgiving holiday); *Reardon v. Lake Worth Enterprises, LLC*, No. 12-20829-CIV, 2012 WL 4369523, at *2 (S.D. Fla. Sept. 24, 2012) (finding no prejudice to the plaintiff in providing defendants with a short extension of time to respond to the Amended Complaint"); *Cabrera v. Gov't Employees Ins. Co.*, No. 12-61390-CIV, 2015 WL

464237, at *2 (S.D. Fla. Jan. 16, 2015) (granting brief motion for extension of time due to upcoming holiday).

Dated: December 4, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By:　s/ *Justin B. Levine*
　　　　　　　　　　　　　　　　　　　JONATHAN VINE
　　　　　　　　　　　　　　　　　　　Florida Bar No.: 10966
　　　　　　　　　　　　　　　　　　　JUSTIN LEVINE
　　　　　　　　　　　　　　　　　　　Florida Bar No.: 106463
　　　　　　　　　　　　　　　　　　　LIZZA CONSTANTINE
　　　　　　　　　　　　　　　　　　　Florida Bar No.: 1002945

　　　　　　　　　　　　　　　　　　　COLE, SCOTT & KISSANE, P.A.
　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　Esperante Building
　　　　　　　　　　　　　　　　　　　222 Lakeview Avenue, Suite 120
　　　　　　　　　　　　　　　　　　　West Palm Beach, Florida 33401
　　　　　　　　　　　　　　　　　　　Telephone (561) 383-9222
　　　　　　　　　　　　　　　　　　　Facsimile (561) 683-8977
　　　　　　　　　　　　　　　　　　　E-mail: jonathan.vine@csklegal.com
　　　　　　　　　　　　　　　　　　　E-mail: justin.levine@csklegal.com
　　　　　　　　　　　　　　　　　　　E-mail: lizza.constantine@csklegal.com

　　　　　　　　　　　　　　　　　　　　　　*and*

　　　　　　　　　　　　　　　　　　　NORTON ROSE FULBRIGHT
　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　2200 Ross Ave.
　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　Telephone (214) 855-8000
　　　　　　　　　　　　　　　　　　　Facsimile (214) 855-8200
　　　　　　　　　　　　　　　　　　　Brett Govett, *Pro hac vice*
　　　　　　　　　　　　　　　　　　　E-mail: brett.govett@nortonrosefulbright.com
　　　　　　　　　　　　　　　　　　　Robert Greeson, *Pro hac vice*
　　　　　　　　　　　　　　　　　　　E-mail: robert.greeson@ nortonrosefulbright.com
　　　　　　　　　　　　　　　　　　　Jackie Baker, *Pro hac vice*
　　　　　　　　　　　　　　　　　　　E-mail: jackie.baker@nortonrosefulbright.com

CASE NO.: 9:19-CV-81160-RS

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on December 4, 2019, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

CASE NO.: 9:19-CV-81160-RS

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*