UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                      Plaintiff,

   v.

CORELLIUM, LLC,

                      Defendant.

**JOINT MOTION TO MODIFY PRETRIAL DEADLINES**

Plaintiff, Apple Inc. ("Apple") and Defendant Corellium, LLC ("Corellium"), collectively, the "Parties," by and through undersigned counsel, hereby jointly move for entry of an order modifying the Court's Order Setting Civil Trial Date, Pretrial Deadlines, and Referral to Magistrate Judge entered on October 3, 2019 ("Scheduling Order"), as previously modified by the order entered on November 20, 2019. In support of this request, the Parties state as follows:

1. On October 3, 2019, this Court issued the Scheduling Order, setting the schedule in this case. ECF No. 32.

2. On November 13, 2019, the Parties submitted a Joint Motion to Modify Pretrial Deadlines. ECF No. 43. The Court granted that joint motion on November 20, 2019. ECF No. 45.

3. Pursuant to the Scheduling Order, as modified by the November 20, 2019 order, the following pretrial deadlines currently apply to the above-captioned matter:

| Scheduling Event | Current Deadline |
|---|---|
| Plaintiff's expert disclosures/reports | January 31, 2020 |
| Defendant's expert disclosures/reports | March 2, 2020 |
| Trial fact witness lists due | March 13, 2020 |
| Exchange of rebuttal expert witness summaries/reports | March 16, 2020 |
| Fact discovery cutoff | April 13, 2020 |
| Expert discovery cutoff | April 13, 2020 |
| Dispositive motions, including summary judgment and *Daubert* motions, due | May 11, 2020 |
| Pretrial motions and *motions in limine* due | August 17, 2020 |
| Joint pretrial stipulation, proposed jury instructions, proposed verdict form, and proposed findings of fact and conclusions of law due | September 11, 2020 |
| Electronic versions of exhibits and certificates of complaints re: admitted evidence due | September 30, 2020 |
| Calendar call | October 6, 2020 |
| Trial | Sometime in the two-week period beginning October 13, 2020 |

4. Federal Rule of Civil Procedure 16(b)(4) provides that a scheduling order "may be modified only for good cause and with the judge's consent." However, district courts enjoy broad discretion in managing their cases. *See Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002); *see also Chudasam v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997). As such, this Court has ample discretion to grant the relief requested in this motion.

5. The requested relief sought herein is predicated upon good cause based on the following facts.

**Status of Pleadings**

6. On August 15, 2019, Apple filed its complaint, which alleged three counts of federal copyright infringement in violation of 17 U.S.C. § 501. ECF No. 1. Corellium requested two extensions of time to respond to the complaint, which Apple agreed not to oppose so long as Corellium agreed not to allow its delayed responses to delay its compliance with any discovery requests. The Court granted both of Corellium's motions. ECF Nos. 16, 25.

7. On October 28, 2019, Corellium filed its initial answer and counterclaims. ECF Nos. 41, 48.

8. On November 18, 2019, Apple filed a motion to dismiss each of Corellium's counterclaims. ECF No. 44.

9. On November 25, 2019, Corellium filed an unopposed motion for extension of time to respond to Apple's motion to dismiss. ECF No. 46. The Court granted Corellium's motion. ECF No. 47.

10. On December 9, 2019, Corellium filed its first amended answer, affirmative defenses, and counterclaims. ECF No. 48. In its first amended answer, Corellium replaced the two counterclaims in its original answer with twelve separately styled counterclaims. *Compare* ECF No. 41 at 21-27 *with* ECF No. 48 at 22-51.

11. On December 20, 2019, Apple filed its first amended complaint, in which it added one additional claim for unlawful trafficking in violation of 17 U.S.C. §§ 1201(a)(2), (b), and 1203. ECF Nos. 53, 56. Corellium has not yet filed its response to Corellium's first amended complaint.

**Status of Discovery**

12. On October 9, 2019, Apple served Corellium with Apple's first set of requests for production ("RFPs") as well as other discovery. Corellium served responses and objections to

this discovery on November 18, 2019 and made its initial production on November 29, 2019.  On December 9, 2019, Corellium informed Apple that due to issues with its e-discovery vendor, it was unable to complete production by the originally contemplated timetable, and that it was in the process of onboarding a new vendor.  On Friday, January 10, 2020, Corellium re-initiated its rolling production, and is in the process of continuing to review and produce documents responsive to Apple's initial requests for production.

13. Corellium served initial requests for production, interrogatories, and requests for admission to Apple on November 8, 2019.  Apple served responses and objections to those requests on December 19, 2019.  On Friday, January 10, 2020, Apple made its initial production of documents, and is continuing to review and produce documents responsive to Corellium's initial requests for production on a rolling basis.

14. On December 5, 2019, Apple sent a letter documenting concerns with Corellium's initial discovery responses, and the Parties are meeting and conferring regarding the same.

15. The Parties jointly requested, and received, additional time from the Court for Apple to file any needed motion to compel.  ECF No. 55.

16. On January 6, 2020, Corellium sent a letter documenting concerns with Apple's initial discovery responses, and the Parties are meeting and conferring regarding the same.

17. Apple served its Second Set of Requests for Production and Second Set of Requests for Admission to Corellium on December 20, 2019.  Corellium's responses to those requests are due January 21, 2020.

18. The parties are engaged in comprehensive fact discovery.  Thousands, if not hundreds of thousands, of documents must be and are currently being reviewed by both parties. No depositions have taken place.  When depositions do take place, many will be out of state.

## Interaction With Current Deadlines

19. Apple's expert disclosures and reports are currently due on January 31, 2020. Because of the delay in Corellium's production, due to technical difficulties faced by Corellium's e-discovery vendor, Apple has not and will not have the ability to review and address any of Corellium's documents until—at the earliest—January 10, 2020, and will likely not receive most of Corellium's production until after its expert disclosures and reports are currently due.

20. In addition, the case has expanded from a single claim for copyright infringement to a case involving two claims and twelve counterclaims. The pleadings are not yet settled, as Corellium must respond to Apple's First Amended Complaint, and—assuming Corellium repleads its counterclaims—Apple must respond to Corellium's counterclaims. Apple had previously moved to dismiss Corellium's prior-pleaded counterclaims, and anticipates that it may do so again. It thus appears likely that the pleadings will not be settled in this matter until March 2020 at the earliest.

21. After discussion, the Parties agreed to jointly move the Court to modify the deadlines in this case to accommodate the discovery delay and the unsettled state of the pleadings.

22. The extensions requested in this motion are not sought for purposes of delay, and both Parties continue to engage in discovery.

## Proposed Changes To Scheduling Order

23. The Parties have agreed on most proposed changes, but differ with respect to six dates—the end dates for fact and expert discovery, the due dates for dispositive and trial motions, and the due dates for pretrial forms and exhibits. The Parties' proposed modification of the current schedule, along with the dates where the Parties differ, are set forth below:

5

| Scheduling Event | Current Deadline | Agreed Dates | Apple Proposal | Corellium Proposal |
|---|---|---|---|---|
| **Plaintiff's expert disclosures/reports** | January 31, 2020 | **March 13, 2020** | | |
| **Defendant's expert disclosures/reports** | March 2, 2020 | **April 17, 2020** | | |
| **Exchange of rebuttal expert witness/ reports** | March 16, 2020 | **May 1, 2020** | | |
| **Trial fact witness lists** | March 13, 2020 | **April 24, 2020** | | |
| **Fact discovery cutoff** | April 13, 2020 | | May 25, 2020 | June 5, 2020 |
| **Expert discovery cutoff** | April 13, 2020 | | May 25, 2020 | June 12, 2020 |
| **S.J. and *Daubert* Motions** | May 11, 2020 | | June 22, 2020 | August 14, 2020 |
| **Pretrial motions and MILs** | August 17, 2020 | | September 30, 2020 | October 9, 2020 |
| **Pretrial stipulation, jury instructions, verdict form** | September 11, 2020 | | October 23, 2020 | October 16, 2020 |
| **Exhibits** | September 30, 2020 | | November 11, 2020 | October 23, 2020 |
| **Calendar Call** | October 6, 2020 | **November 23, 2020** *(based on a Dec. 1 trial date)* | | |
| **Trial** | Sometime in two-week period beginning October 13, 2020 | **Period beginning December 1, 2020** | | |

24. **Basis for Apple's Proposed Dates.** Apple respectfully submits that, per this Court's August 22, 2019 Order Requiring Joint Scheduling Report, the due date for Summary Judgment and *Daubert* must be at least four months before the date for the filing of the pretrial stipulation. *See* ECF No. 7 at 4. As such, the latest such motions could be filed pursuant to the proposed schedule above is mid-June 2020. Apple therefore proposes a deadline for such motions

6

for June 22, 2020. Apple's proposals for the close of fact and expert discovery are based on the proposed June 22, 2020 due date for summary judgment and *Daubert* motions. Apple's proposals for pretrial motions and for exhibits are designed to provide timetables similar to those adopted by the Court in its initial Scheduling Order (ECF No. 30) and to allow the Parties and Court ample time to finalize all these materials in the lead-up to trial.

25. **Basis for Corellium's Proposed Dates.** Corellium respectfully requests that slight modifications to the Court's initial Scheduling Order (ECF No. 30) be made to account for the November 2, 2020 Eastern District of Texas trial setting[1] of Brett Govett, counsel of record for Corellium in this matter, which conflicts with the current trial setting in this matter. Therefore, Corellium joins Apple in requesting that this case be set for trial during the two-week period beginning December 1, 2020. Corellium, however, submits separate proposed intermediate deadlines for fact and expert discovery, and for dispositive, Daubert, and pretrial motion deadlines, as Apple's proposed intermediate deadlines conflict with intermediate deadlines scheduled in Mr. Govett's Eastern District of Texas case. As such, Corellium's requested deadlines vary only slightly from Apple's proposed dates and are suggested only for the purpose of staggering deadlines between cases. Notably, Corellium's proposed deadlines do not add more length to the case than those proposed by Apple.

26. In light of the foregoing, the Parties respectfully request that this Court enter an order extending the deadlines in this case as set forth above as to the agreed dates, and adopt appropriate dates for the disputed dates as the Court prefers.

27. The Parties anticipate that the modification of the foregoing deadlines will allow the Parties sufficient time to complete fact and expert discovery and to fully brief the key issues in

---

[1] *Cellular Evolution LLC v. AT&T Mobility LLC et al.*, Cause No. 2:19-cv-00228.

any dispositive motions. Despite the technical difficulties Corellium has faced with its e-discovery vendor, the Parties have been "diligent in attempting to meet the pretrial scheduling order deadlines." *Fla. Pediatric Soc. v. Sec'y of Fla. Agency for Health Care Admin.*, No. 05-23037CIV-JORDAN/M, 2008 WL 4072805, at *6 (S.D. Fla. July 30, 2008), *report and recommendation adopted in part sub nom. Fla. Pediatric Soc. v. Benson*, No. 05-23037-CIV-JORDAN, 2008 WL 4072605 (S.D. Fla. Aug. 28, 2008).

28. This motion is made in good faith and not for any improper purpose, nor will it prejudice either party.

**WHEREFORE** the Parties respectfully request that the Court enter an order extending the pretrial and trial deadlines as detailed in this motion, together with any such other and further relief as the Court deems just and proper. A proposed order is submitted herewith.

Dated: January 10, 2020                          Respectfully Submitted,

Kathryn Ruemmler*                                *s/ Martin B. Goldberg*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*                              Martin B. Goldberg
*sy.damle@lw.com*                                Florida Bar No. 0827029
Elana Nightingale Dawson*                        *mgoldberg@lashgoldberg.com*
*elana.nightingaledawson@lw.com*                 *rdiaz@lashgoldberg.com*
LATHAM & WATKINS LLP                             LASH & GOLDBERG LLP
555 Eleventh Street NW, Suite 1000               100 Southeast Second Street
Washington, DC 20004                             Miami, FL  33131
(202) 637-2200 / (202) 637-2201 Fax              (305) 347-4040 / (305) 347-4050 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.

Respectfully submitted,

*s/ Justin Levine*
Justin Levine

NORTON ROSE FULBRIGHT US LLP
*Counsel for Defendant Corellium*
2200 Ross Ave., Suite 3600
Dallas, Texas 75201
Telephone (214) 855-8000
Facsimile (214) 855-8200
Brett Govett, *Pro hac vice*
E-mail: brett.govett@nortonrosefulbright.com
Robert Greeson, *Pro hac vice*
Email:robert.greeson@nortonrosefulbright.com
Jackie Baker, *Pro hac vice*
E-mail: jackie.baker@nortonrosefulbright.com

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant Corellium*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
Jonathan Vine
Florida Bar No.: 10966
E-mail: jonathan.vine@csklegal.com
Justin Levine
Florida Bar No.: 106463
E-mail: justin.levine@csklegal.com
Lizza Constantine
Florida Bar No.: 1002945
E-mail: lizza.constantine@csklegal.com


*Attorneys for Defendant Corellium, LLC*

[+] *Counsel for Corellium LLC has consented to the filing of this document with counsel's electronic signature.*