UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

**PROPOSED ORDER RESETTING CIVIL TRAIL DATE AND PRETRIAL DEADLINES**

**THIS CAUSE** comes before the Court on Plaintiff's Motion to Modify Pretrial Deadlines. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Trial is set during the Court's two-week trial calendar beginning on **December 1, 2020**. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on November 23, 2020**. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **03/13/2020** |
| 2. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **04/17/2020** |
| 3. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **05/01/2020** |
| 4. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **04/24/2020** |
| 5. | Mediation shall be completed by | **04/30/2020** |

2

| | | |
|---|---|---|
| 6. | Fact discovery shall be completed by | **[5/25/2020 / 06/05/2020]** |
| 7. | Expert discovery shall be completed by | **[05/25/2020 / 06/12/2020]** |
| 8. | Dispositive motions, including summary judgment and *Daubert*, shall be filed by | **[06/22/2020 / 08/14/2020]** |
| 9. | All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by<br><br>All motions *in limine* and the responses shall be limited to one page per issue. | **[09/30/2020 / 10/09/2020]** |
| 10. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by<br><br>When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction. | **[10/23/2020 / 10/16/2020]** |
| 11. | Electronic versions of documentary exhibits and Certificates of Compliance re: Admitted Evidence shall be filed on CM/ECF by | **[11/11/2020 / 10/23/2020]** |

**DONE AND ORDERED** in Fort Lauderdale, Florida, this __ of January, 2020.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record