# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 19-81160-CIV-SMITH**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

## ORDER GRANTING IN PART MOTION TO MODIFY PRETRIAL DEADLINES

THIS MATTER is before the Court on the parties' Joint Motion to Modify Pretrial Deadlines [DE 65]. The Motion is **GRANTED IN PART AND DENIED IN PART**, as indicated below. Considering the number of requests for extension of time previously filed in this case, the Court cautions the parties that <u>no further extensions will be granted</u>, and the Court expects strict compliance with this Order. Further, <u>the trial date will not be changed</u>. The parties shall adhere to the following amended pretrial schedule:

| # | Deadline | Date |
|---|---|---|
| 1. | Mediation Report shall be filed by | **01/29/2020** |
| 2. | The parties shall exchange expert witness summaries or reports | **03/03/2020** |
| 3. | The parties shall exchange rebuttal expert witness summaries or reports | **04/03/2020** |
| 4. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **04/06/2020** |
| 5. | Fact discovery shall be completed by | **04/20/2020** |
| 6. | Expert discovery shall be completed by | **04/20/2020** |
| 7. | Dispositive motions, including summary judgment and *Daubert*, shall be filed by | **05/11/2020** |
| 8. | Deposition designations and counter designations shall be filed by | **08/17/2020** |

The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with the deadline and the meet and confer may result in objections being stricken or other appropriate sanctions.

9. All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by            **08/17/2020**

   All motions *in limine* and the responses shall be limited to one page per issue.

10. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by            **09/11/2020**

    When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction.

## NOTICE OF SETTLEMENT

If the parties settle this matter before trial, the parties must notify the Court no later than **3 p.m. on the Friday before trial is set to commence** in order to avoid paying the costs of the jury. If the parties do not notify the Court of settlement by that time, the parties shall jointly reimburse the Court for the cost of the jury.

*   *   *

**Failure to comply with any provision of this order may result in the imposition of sanctions.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of January, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE