UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                     Plaintiff,

   v.

CORELLIUM, LLC,

                     Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL
EXHIBITS ATTACHED TO APPLE INC.'S MOTION TO COMPEL
DEFENDANT CORELLIUM, LLC TO PRODUCE RESPONSIVE
DOCUMENTS AND PROVIDE COMPLETE DISCOVERY RESPONSES**

Plaintiff, Apple Inc. ("Apple"), by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of Exhibit C (Dec. 5, 2019 Letter from Apple to Corellium) and Exhibit E (Jan. 8, 2020 Letter from Corellium to Apple) to Apple's Motion to Compel Defendant Corellium, LLC to Produce Responsive Documents and Provide Complete Discovery Responses (the "Motion to Compel"). In support of this request, Apple states as follows:

1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this

Order." Protective Order ¶ 15(b).

2. On November 18, 2019, Corellium ("Corellium," and, together with Apple, the "Parties") served its answers to Apple's first set of interrogatories (the "Interrogatory Responses") and Apple's first set of requests for production of documents (the "RFP Responses"). Corellium designated the entirety of its Interrogatory Responses as "Confidential – Attorneys' Eyes Only" ("AEO"). While Corellium did not designate any information in the RFP Responses as Protected Material under the Protective Order, subsequent correspondence between the parties referenced information contained in both Corellium's RFP Responses and Corellium's AEO-designated Interrogatory Responses. As a result, Exhibits C and E to the Motion to Compel regarding Corellium's RFP Responses contain information that Corelluim has designated AEO.

3. To date, Corellium has not served any updated responses to Apple's first set of interrogatories. Apple anticipates the vast majority of what Corellium designated as AEO in the Interrogatory Responses—including Corellium's objections to the propounded interrogatories—does not qualify for such designation because it does not "contain[] or reflect[] information that is extremely confidential and/or sensitive in nature and . . . likely to cause economic harm or significant competitive disadvantage to the Producing Party." Protective Order ¶ 9(a).

4. On or about December 10, 2019, Apple asked Corellium to de-designate at least the portion of Corellium's Interrogatory Responses that constituted objections, as there was no basis, in Apple's view, for a legal objection to be designated AEO. Corellium stated it would consider this request, but did not thereafter modify its designations.

5. On January 13, 2020, prior to filing the Motion to Compel and this Motion to Seal, Apple notified counsel for Corellium that it intended to file this Motion to Seal and again requested Corellium's confirmation that it does not consider the objections stated in Corellium's

Interrogatory Responses to be Protected Material under the Protective Order. In response, counsel for Corellium confirmed its position that the entirety of its Interrogatory Responses remains designated AEO at present and must be filed under seal at the present time.

6. Apple lacks the ability to independently de-designate any of the information in Corellium's Interrogatory Responses, all of which Corellium designated AEO, even that information which Apple strongly believes does not and cannot possibly constitute extremely confidential or sensitive material.

7. Consistent with the Protective Order and Corellium's standing designations, therefore, Apple moves to file under seal the entirety of Exhibit C—Apple's Dec. 5, 2019 letter to Corellium—and Exhibit E—Corellium's Jan. 8, 2020 letter to Apple. Although the Protective Order appears to provide for the filing of such information under seal without an accompanying motion, Apple submits this motion in an abundance of caution. Apple reserves all rights to challenge Corellium's designation of this and other material as AEO.

**WHEREFORE** Apple respectfully requests that, unless and until Corellium's AEO confidentiality designations of Corellium's Interrogatory Responses are removed or rejected, the following documents remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

    a. Letter from Apple counsel to Corellium counsel regarding Corellium's Interrogatory Responses, which contains information designated by Corellium as AEO, dated December 5, 2019, Exhibit C to the Motion to Compel; and

    b. Letter from Corellium counsel to Apple counsel regarding Corellium's Interrogatory Responses, which contains information designated by Corellium as

AEO, dated January 8, 2020, Exhibit E to the Motion to Compel.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on January 13, 2020, regarding the relief sought herein.  Defendant does not oppose.

Dated: January 13, 2020

Respectfully Submitted,

| | |
|---|---|
| Kathryn Ruemmler* <br> *kathryn.ruemmler@lw.com* <br> Sarang Vijay Damle* <br> *sy.damle@lw.com* <br> Elana Nightingale Dawson* <br> *elana.nightingaledawson@lw.com* <br> LATHAM & WATKINS LLP <br> 555 Eleventh Street NW, Suite 1000 <br> Washington, DC 20004 <br> (202) 637-2200 / (202) 637-2201 Fax | *s/ Martin B. Goldberg* <br><br> Martin B. Goldberg <br> Florida Bar No. 0827029 <br> *mgoldberg@lashgoldberg.com* <br> *rdiaz@lashgoldberg.com* <br> LASH & GOLDBERG LLP <br> 100 Southeast Second Street <br> Miami, FL  33131 <br> (305) 347-4040 / (305) 347-4050 Fax |

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.