UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

### PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to File Under Seal Exhibits Attached to Apple Inc.'s Motion to Compel Defendant Corellium, LLC to Produce Responsive Documents and Provide Complete Discovery Responses. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.

**DONE AND ORDERED** this __ of January, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**