UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

       Plaintiff,

v.

CORELLIUM, LLC,

       Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S MOTION TO COMPEL DEFENDANT CORELLIUM, LLC TO PRODUCE RESPONSIVE DOCUMENTS AND PROVIDE COMPLETE DISCOVERY RESPONSES**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to Compel Defendant Corellium, LLC to Produce Responsive Documents and Provide Complete Discovery Responses.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.**

Corellium is ordered to provide complete discovery responses and complete production of responsive documents by February 10, 2020.

**DONE AND ORDERED** this __ of January, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**