# Exhibit E

| | |
|---|---|
| **From:** | Nightingale Dawson, Elana (DC) |
| **Sent:** | Friday, January 3, 2020 3:09 PM |
| **To:** | Jonathan Vine; Justin B. Levine |
| **Cc:** | Lizza C. Constantine; Patricia M. Martel; brett.govett@nortonrosefulbright.com; robert.greeson@nortonrosefulbright.com; jackie.baker@nortonrosefulbright.com; Korban, Chloe (CC); Egger, Jeremiah (DC); mgoldberg@lashgoldberg.com; Stebbins Bina, Jessica (CC); epincow@lashgoldberg.com; Michael Boehringer; Victorson, Holly (DC) |
| **Subject:** | RE: Apple, Inc. vs. Corellium |

Jonathan and Justin,

This email is to confirm that, as you represented on our call today, Corellium will provide Apple with a letter by Wednesday, January 8, 2020, that explains how it intends to respond to the deficiencies identified in Apple's December 5, 2019 letter.  You also represented that, by Friday, January 10, 2020, Corellium will provide Apple with supplemental responses to its November 18, 2019 written responses to Apple's October 9, 2019 discovery requests.  The supplemental responses will contain any changes Corellium intends to make to its November 18, 2019 responses.  Finally, you stated that Corellium will begin its rolling production on Friday, January 10, 2020 as well.

With respect to Apple's production, we informed you that we will provide an updated timetable regarding our production early next week when our client reopens after its holiday closure.

Best,
Elana


**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
555 Eleventh St., NW Suite 1000 | Washington, DC 20004
Tel: 202-637-2303 | Fax: 202-637-2201 | http://www.lw.com

---

**From:** Jonathan Vine <Jonathan.Vine@csklegal.com>
**Sent:** Thursday, January 2, 2020 4:38 PM
**To:** Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>
**Cc:** Justin B. Levine <Justin.Levine@csklegal.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Patricia M. Martel <Patricia.Martel@csklegal.com>; brett.govett@nortonrosefulbright.com; robert.greeson@nortonrosefulbright.com; jackie.baker@nortonrosefulbright.com; Korban, Chloe (CC) <Chloe.Korban@lw.com>; Egger, Jeremiah (DC) <Jeremiah.Egger@lw.com>; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Michael Boehringer <Michael.Boehringer@csklegal.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>
**Subject:** Re: Apple, Inc. vs. Corellium


That shouldn't be a problem. I look forward to speaking with you. Have a great day!


> On Jan 2, 2020, at 4:35 PM, "Jessica.StebbinsBina@lw.com" <Jessica.StebbinsBina@lw.com> wrote:

1

2 p.m. EST tomorrow is fine.  Please be prepared to also discuss Corellium's deficient responses, when its production will begin, and whether it will be amending any responses as discussed with Justin on December 20.

Best regards,

**Jessica Stebbins Bina**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.424.653.5525
Fax: +1.424.653.5501
Email: jessica.stebbinsbina@lw.com
http://www.lw.com



www.csklegal.com

**Jonathan Vine**
*Partner*
Tel: 561-383-9203 │ Fax: 561-683-8977
**Jonathan.Vine@csklegal.com**
**Cole, Scott & Kissane, P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401



---

**From:** Jonathan Vine <Jonathan.Vine@csklegal.com>
**Sent:** Thursday, January 2, 2020 1:32 PM
**To:** Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>
**Cc:** Justin B. Levine <Justin.Levine@csklegal.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Patricia M. Martel <Patricia.Martel@csklegal.com>; brett.govett@nortonrosefulbright.com; robert.greeson@nortonrosefulbright.com; jackie.baker@nortonrosefulbright.com; Korban, Chloe (CC) <Chloe.Korban@lw.com>; Egger, Jeremiah (DC) <Jeremiah.Egger@lw.com>; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Michael Boehringer <Michael.Boehringer@csklegal.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>
**Subject:** Re: Apple, Inc. vs. Corellium

Thanks Jessica for the email. How is tomorrow at 2:00 pm EST for a comprehensive call to discuss the issues in these email?

On Jan 2, 2020, at 4:26 PM, "Jessica.StebbinsBina@lw.com" <Jessica.StebbinsBina@lw.com> wrote:

Counsel,

I'm happy to meet and confer with you any time during business hours; however, I fail to see any reason for the sudden urgency. We timely responded to your discovery requests and noted therein that we would begin a rolling production promptly thereafter, which we will do. We did not provide a specific date by which production would begin, and thus have not missed any such deadline. That said, our document review is well underway, many thousands of documents have been preliminarily reviewed, and I will have an updated timetable for our initial production—which will be far more substantial than Corellium's initial production--no later than Monday.

I note, however, that I find your suddenly urgent demands rather incredulous given Corellium's own extremely deficient discovery responses. Corellium has yet to produce a single meaningful document production despite its own deadline to begin production taking place two months ago and its deadline to *complete* production lapsing nearly a month ago. Indeed, Corellium's behavior is especially inappropriate and discourteous given the repeated extensions provided by counsel for Apple and the grace extended thereto. For instance, when counsel for Corellium completely missed its deadline to begin production of documents, counsel for Apple agreed to extend that deadline. And when counsel for Corellium missed its deadline to complete production, without asking for any kind of extension, Apple agreed not to immediately move to compel but rather give Corellium time to work with its new vendor to complete its promised production. Similarly, when Apple raised deficiencies in Corellium's responses on December 5, 2019, counsel for Corellium insisted they could not meet and confer regarding that discovery until December 20, 2019, and then on December 20, 2019 counsel failed to allow time for a meaningful meet and confer. Then, Corellium has failed to follow up as promised with respect to that meet and confer. As a result, we are now more three months out from Apple's service of discovery on Corellium, and do not yet even know what documents Corellium has *agreed* to produce, let alone having any documents from Corellium's actual production.

Rather than engaging in insincere and inappropriate email saber-rattling, please give me a call if you'd like to discuss anything not answered in this email.

Best regards,

**Jessica Stebbins Bina**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.424.653.5525
Fax: +1.424.653.5501
Email: jessica.stebbinsbina@lw.com
http://www.lw.com

3

&lt;image001.png&gt;

**Jonathan Vine**
*Partner*
Tel: 561-383-9203 | Fax: 561-683-8977
**Jonathan.Vine@csklegal.com**
**Cole, Scott & Kissane, P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

www.csklegal.com

&lt;image002.png&gt;

---

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Thursday, January 2, 2020 1:13 PM
**To:** Jonathan Vine <Jonathan.Vine@csklegal.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Patricia M. Martel <Patricia.Martel@csklegal.com>; brett.govett@nortonrosefulbright.com; robert.greeson@nortonrosefulbright.com; jackie.baker@nortonrosefulbright.com; Korban, Chloe (CC) <Chloe.Korban@lw.com>; Egger, Jeremiah (DC) <Jeremiah.Egger@lw.com>; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Michael Boehringer <Michael.Boehringer@csklegal.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>
**Subject:** Apple, Inc. vs. Corellium

Counsel,

Please be advised that we are also requesting documents in response to Interrogatories Responses Nos. 3 and 7. The responses to those requests explained that documents will be produce in lieu of a narrative response pursuant to Fed. Rule of Civ. R. 33(d). Please produce these responsive documents by COB tomorrow.

Additionally, we would like to schedule a meet and confer about Apple's responses to discovery. There are a number of objections that need to be addressed. We will need about an hour of your time tomorrow or Saturday to address the objections raised in Apple's responses to discovery. Please let us know a time that works for you. Unfortunately, we cannot wait until next week to have an initial meet and confer as our deadline to file a motion to compel is quickly approaching.

We are working on a letter addressing Apple's responses to Corellium's discovery requests and this will be provided by separate cover.

Please confirm that documents relating to Corellium's request for production and Interrogatories will be provided and whether tomorrow or Saturday works for a conferral call.

Best Regards,

www.csklegal.com

<image001.png>

**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**
**Cole, Scott & Kissane, P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

**Confidentiality Notice:** This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.