UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

       Plaintiff,

v.

CORELLIUM, LLC,

       Defendant.

### PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S MOTION TO COMPEL DEFENDANT CORELLIUM, LLC TO PROVIDE COMPLETE RESPONSES TO INTERROGATORIES

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to Compel Defendant Corellium, LLC to Provide Complete Responses to Interrogatories. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.**

Corellium is ordered to provide complete discovery responses to Apple's First Set of Interrogatories.

**DONE AND ORDERED** this __ of January, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**