UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.



## ORDER GRANTING MOTION TO FILE UNDER SEAL [DE 67]

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to File Under Seal Exhibits Attached to Apple Inc.'s Motion to Compel Defendant Corellium, LLC to Produce Responsive Documents and Provide Complete Discovery Responses ("Motion") [DE 67]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion [DE 67] is hereby **GRANTED**. Plaintiff is given leave to file Exhibit C and Exhibit E attached to Plaintiff's Motion to Compel Defendant Corellium, LLC to Produce Responsive Documents and Provide Complete Discovery Responses [DE 68] under seal.[1] The exhibits shall remain under seal until further Court order. The Court may consider unsealing some or all of the documents after it has had the opportunity to review them.

---

[1] Plaintiff questioned the necessity of filing motions to seal in its Motion [DE 67, p. 3] because the "Protective Order appears to provide for the filing of such information under seal without an accompanying motion." In response, the Court emphasizes that both parties in this case are required to file motions to seal in compliance with the Local Rules in order to have docket entries sealed, regardless of any agreement between the parties in the Protective Order. It is the Court who decides whether a motion or document should be sealed—not the parties.

**DONE AND ORDERED** this 14th of January, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE