UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

 Plaintiff,

v.

CORELLIUM, LLC,

 Defendant.
_____/

**PROPOSED ORDER GRANTING CORELLIUM'S MOTION TO FILE UNDER SEAL**

THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), Motion to File Under Seal Exhibit 1 to Corellium's Response to Plaintiff's Motion to Compel Defendant to Provide Complete Responses to Interrogatories and Incorporated Memorandum of Law (the "Motion"). The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is GRANTED.

2. This Court finds good cause to authorize the filing under seal of Exhibit 1 to Corellium's Response to Plaintiff's Motion to Compel Defendant to Provide Complete Responses to Interrogatories and Incorporated Memorandum of Law.

**DONE AND ORDERED** this __ of January, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**