**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S MOTION TO FILE UNDER SEAL**

THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), Motion to File Under Seal Corellium's Motion for Protective Order. Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.

**DONE AND ORDERED** this \_\_ of January, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                              _____
                                              **WILLIAM MATTHEWMAN**
                                              **UNITED STATES MAGISTRATE JUDGE**