UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.



## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO FILE UNDER SEAL [DE 75]

**THIS CAUSE** comes before the Court on Defendant Corellium LLC's Motion to File Under Seal Exhibit 1 to Corellium's Response to Plaintiff's Motion to Compel to Provide Complete Responses to Interrogatories ("Motion") [DE 75]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion [DE 75] is hereby **GRANTED**. Defendant is given leave to file Exhibit 1 to Defendant's Response to Plaintiff's Motion to Compel to Provide Complete Responses to Interrogatories under seal. The sealed materials shall remain under seal until further Court order. The Court may consider unsealing some or all of the documents after it has had the opportunity to review them.

**DONE AND ORDERED** this 22nd of January, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE