UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.
_____/



FILED BY _____ D.C.

JAN 22 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER SETTING HEARING ON PENDING DISCOVERY MOTIONS [DEs 68, 70, 81]

THIS CAUSE is before the Court on Plaintiff Apple Inc.'s ("Plaintiff") Motion to Compel Defendant Corellium, LLC to Produce Response Documents and Provide Complete Discovery Responses [DE 68], Plaintiff's Motion to Compel Defendant Corellium, LLC to Provide Complete Responses to Interrogatories [DE 70], and Defendant Corellium, LLC's ("Defendant") Motion for Protective Order [DE 81]. These matters were referred to the undersigned by United States District Judge Rodney Smith. *See* DE 30. Because the parties are unable to resolve these matters without Court intervention, it is hereby **ORDERED** that a hearing on the motions [DEs 68, 70, 71] shall be held as follows:

    DATE:    Wednesday, February 12, 2020
    TIME:    1:30 P.M.
    PLACE:   United States District Court
               701 Clematis Street
               West Palm Beach, Florida
               Courtroom Six, Third Floor

Counsel for the parties shall appear in person at the hearing. Further, in advance of the scheduled hearing, the Court directs that counsel for the parties shall further confer, either in person or by telephone, in good faith and for as long as necessary to address the pending discovery disputes. Thereafter, the parties shall file, on or before **Thursday, February 6, 2020**, a Joint Notice

advising whether the discovery disputes have been resolved, and if not, what specific issues remain for determination by the Court and a brief recitation of the position of each party on each specific dispute. The parties and their counsel are advised that the Court will impose sanctions and/or cost-shifting under Federal Rule of Civil Procedure 37 if any party or counsel fails to personally confer in good faith, takes an unreasonable discovery position, or otherwise fails to comply with any applicable rules.

**DONE and ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 22nd day of January 2020.

WILLIAM MATTHEWMAN
United States Magistrate Judge

advising whether the discovery disputes have been resolved, and if not, what specific issues remain for determination by the Court and a brief recitation of the position of each party on each specific dispute. The parties and their counsel are advised that the Court will impose sanctions and/or cost-shifting under Federal Rule of Civil Procedure 37 if any party or counsel fails to personally confer in good faith, takes an unreasonable discovery position, or otherwise fails to comply with any applicable rules.

**DONE and ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 22nd day of January 2020.

WILLIAM MATTHEWMAN
United States Magistrate Judge