**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S MOTION TO FILE UNDER SEAL**

THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), Motion to File Under Seal Exhibits 2, 3 and 4 to Corellium's Motion to Compel Plaintiff to Provide Better and Complete Answers to Interrogatories (the "Motion"). The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.
2. This Court finds good cause to authorize the filing under seal of Exhibits 2, 3 and 4 attached to Corellium's Motion to Compel Plaintiff to Provide Better and Complete Answers to Interrogatories.

**DONE AND ORDERED** this \_\_ of January, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                          _____
                                          **WILLIAM MATTHEWMAN**
                                          **UNITED STATES MAGISTRATE JUDGE**