**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL
PORTIONS OF APPLE INC.'S REPLY REGARDING ITS MOTION TO
COMPEL DEFENDANT CORELLIUM, LLC TO PRODUCE RESPONSIVE
DOCUMENTS AND PROVIDE COMPLETE DISCOVERY RESPONSES**

Plaintiff, Apple Inc. ("Apple"), by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of Apple's Reply Regarding Its Motion to Compel Defendant Corellium, LLC to Produce Responsive Documents and Provide Complete Discovery Responses ("Reply").  In support of this request, Apple states as follows:

1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 ("Protective Order").  The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order."  Protective Order ¶ 15(b).

2. On November 18, 2019, Corellium, LLC ("Corellium") served its answers to Apple's first set of interrogatories ("Interrogatory Responses"). Corellium designated the entirety of its Interrogatory Responses as "Confidential – Attorneys' Eyes Only" ("AEO").

3. On January 16, 2020, Corellium served amended answers to Apple's first set of interrogatories ("Amended Interrogatory Responses"). This time, Corellium designated only certain portions of its Amended Interrogatory Responses as "Confidential" and "Confidential – Attorneys' Eyes Only."

4. The Reply includes information Corellium designated as AEO in its Amended Interrogatory Responses.

5. On January 23, 2020, Apple notified counsel for Corellium that it intended to file this Motion to Seal. Counsel for Corellium stated that Corellium does not oppose the relief sought herein.

6. Apple lacks the ability to independently de-designate any of the information Corellium designated AEO in its Amended Interrogatory Responses.

7. Consistent with the Protective Order and Corellium's standing designations, therefore, Apple moves to file under seal portions of its Reply. Apple reserves all rights to challenge Corellium's designation of this and other material as AEO.

**WHEREFORE** Apple respectfully requests that, unless and until Corellium's AEO confidentiality designations of Corellium's Amended Interrogatory Responses are removed or rejected, the following documents remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

  a. Portions of the Reply that contain information designated by Corellium as AEO, a

redacted version of which is submitted herewith.

A proposed order is submitted herewith.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on January 23, 2020, regarding the relief sought herein. Defendant does not oppose.

Dated: January 24, 2020

Respectfully Submitted,

Kathryn Ruemmler*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Admitted pro hac vice

*/s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

## CERTIFICATE OF SERVICE

I, Emily L. Pincow, do hereby certify that on January 24, 2020, I caused a copy of the foregoing Plaintiff Apple Inc.'s Motion to File Under Seal Portions of Apple Inc.'s Reply Regarding its Motion to Compel Defendant Corellium, LLC to Produce Responsive Documents and Provide Complete Discovery Responses to be served via email upon:

Brett Govett
Robert Greeson
Jackie Baker
NORTON FULBRIGHT US LLP
2200 Ross Ave., Suite 3600
Dallas, Texas 75201
brett.govett@nortonrosefulbright.com
robert.greeson@nortonrosefulbright.com
jackie.baker@nortonrosefulbright.com

Jonathan Vine
Justin Levine
Lizza Constantine
COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
jonathan.vine@csklegal.com
justin.levine@csklegal.com
lizza.constantine@csklegal.com

                                                                                    *s/ Emily L. Pincow*
                                                                                     Emily Pincow