# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

## PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to File Under Seal Portions of Apple Inc.'s Reply Regarding Its Motion to Compel Defendant Corellium, LLC to Produce Responsive Documents and Provide Complete Discovery Responses.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.

**DONE AND ORDERED** this __ of January, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I, Emily L. Pincow, do hereby certify that on January 24, 2020, I caused a copy of the foregoing Proposed Order Granting Motion to File Under Seal to be served via email upon:

Brett Govett
Robert Greeson
Jackie Baker
NORTON FULBRIGHT US LLP
2200 Ross Ave., Suite 3600
Dallas, Texas 75201
brett.govett@nortonrosefulbright.com
robert.greeson@nortonrosefulbright.com
jackie.baker@nortonrosefulbright.com

Jonathan Vine
Justin Levine
Lizza Constantine
COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
jonathan.vine@csklegal.com
justin.levine@csklegal.com
lizza.constantine@csklegal.com

                                                                *s/ Emily L. Pincow*
                                                                 Emily Pincow