**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S MOTION TO FILE UNDER SEAL**

THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), Motion to File Under Seal Corellium's Motion to Compel Plaintiff to Provide Further Responses to Defendant's First Request for Admissions (the "Motion") and attached exhibits. The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. This Court finds good cause to authorize the filing under seal Corellium's Motion to Compel Plaintiff to Provide Further Responses to Defendant's First Request for Admissions and attached exhibits.

**DONE AND ORDERED** this __ of January, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

 

_____

**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**