UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S MOTION TO FILE UNDER SEAL**

THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), Motion to File Under Seal Portions of Corellium's Motion to Compel Plaintiff to Provide Better Responses to Defendant's First Set of Requests for Production and Exhibits 2, 3, and 4 (the "Motion"). The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. This Court finds good cause to authorize the filing under seal portions of Corellium's Motion to Compel Plaintiff to Provide Better Responses to Defendant's First Set of Requests for Production and Exhibits 2, 3 and 4.

**DONE AND ORDERED** this ___ of January, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                **WILLIAM MATTHEWMAN**
                                                **UNITED STATES MAGISTRATE JUDGE**