# EXHIBIT 5

**Response:**

Apple objects to this Request as it appears to call entirely for information or documents requested are protected by attorney-client privilege, the work-product doctrine, or any other available privilege under applicable law. Any inadvertent production by Apple shall not constitute a waiver of any such privilege or protection. Apple reserves the right to request the return of such non-discoverable documents that are inadvertently produced.

After a reasonable search, Apple responds as follows: Apple does not believe that there are any relevant, non-privileged documents and communications in Apple's possession that are responsive to this Request. Apple expressly reserves the right to amend this response, and all others, at a later time.

**REQUEST FOR PRODUCTION NO. 33:**

Documents and communications sufficient to identify every person and entity that Apple believes offers virtualization services similar to those provided by Corellium or Corellium's Products.

**Response:**

Apple objects to this Request to the extent the information or documents requested are protected by attorney-client privilege, the work-product doctrine, or any other available privilege under applicable law. Any inadvertent production by Apple shall not constitute a waiver of any such privilege or protection. Apple reserves the right to request the return of such non-discoverable documents that are inadvertently produced.

Apple objects to this Request on the ground that the phrase "virtualization services similar to those provided by Corellium or Corellium's Products" renders it vague and ambiguous.

Apple also objects to this Request to the extent that such documents contain confidential or proprietary information pertaining to Apple's business, trade secrets, and/or economic relationships.

Apple objects to this Request as overly broad, unduly burdensome, and seeking the discovery of information or documents that are neither relevant to a claim or defense of any party, nor to the subject matter of this litigation, nor reasonably calculated to lead to the discovery of admissible evidence, and as seeking information of which the burden and expense of discovering overwhelmingly outweighs its likely benefit. "Documents and communications sufficient to identify every person and entity that Apple believes offers virtualization services similar to those provided by Corellium or Corellium's Products" are not relevant to Apple's claims of direct and contributory copyright infringement listed in the Complaint, or Corellium's affirmative defenses and counterclaims listed in its Answer.

Apple does not believe that any person or entity offers virtualization services similar to those provided by Corellium or Corellium's Products. Accordingly, Apple will not produce documents in response to this Request.

### REQUEST FOR PRODUCTION NO. 34:

All cease and desist letters sent by Apple to any of the companies that Apple believes offer virtualization services similar to those provided by Corellium or Corellium's Products.

**Response:**

Apple objects to this Request on the ground that the phrase "virtualization services similar to those provided by Corellium or Corellium's Products" renders it vague and ambiguous.