# EXHIBIT 6

## Michael Boehringer

| | |
|---|---|
| **From:** | Justin B. Levine |
| **Sent:** | Friday, January 24, 2020 11:07 AM |
| **To:** | Michael Boehringer; Lizza C. Constantine |
| **Subject:** | FW: Claim No. 19-2672 (Apple, Inc. vs. Corellium, LLC) CSK File: 7002.0017-00: Apple v. Corellium - MTC |



*The Florida Law Firm*

**www.csklegal.com**



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott, & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

---

**From:** Jessica.StebbinsBina@lw.com <Jessica.StebbinsBina@lw.com>
**Sent:** Wednesday, January 15, 2020 4:29 PM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Holly.Victorson@lw.com; Jeremiah.Egger@lw.com; Chloe.Korban@lw.com
**Cc:** Elana.NightingaleDawson@lw.com; brett.govett@nortonrosefulbright.com; Jonathan Vine <Jonathan.Vine@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; jackie.baker@nortonrosefulbright.com; robert.greeson@nortonrosefulbright.com; Patricia M. Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Claim No. 19-2672 (Apple, Inc. vs. Corellium, LLC) CSK File: 7002.0017-00: Apple v. Corellium - MTC

Justin – no issue with an extension to January 27.

Best,


**Jessica Stebbins Bina**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.424.653.5525

Fax: +1.424.653.5501
Email: jessica.stebbinsbina@lw.com
http://www.lw.com

---

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Wednesday, January 15, 2020 1:18 PM
**To:** Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Egger, Jeremiah (DC) <Jeremiah.Egger@lw.com>; Korban, Chloe (CC) <Chloe.Korban@lw.com>
**Cc:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; brett.govett@nortonrosefulbright.com; Jonathan Vine <Jonathan.Vine@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; jackie.baker@nortonrosefulbright.com; robert.greeson@nortonrosefulbright.com; Patricia M. Martel <Patricia.Martel@csklegal.com>
**Subject:** Apple v. Corellium - MTC

Counsel,

We are writing regarding the 30-days to file Corellium's discovery motions to compel. In an abundance of caution, and per the option provided by Local Rule 26.1(g)(1), we would like to extend the 1/18/2020 deadline 7 days to 1/25/2020.  Jan. 25th is a Saturday so that would make the deadline Jan. 27 (a Monday). We do not believe we will be using all of this time, but again, in an abundance of caution.  Please advise if Apple has an objection.

Best Regards,



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 │ Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott, & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
☐ ☐ ☐ ☐

---

**Confidentiality Notice:** This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. **Thank you for your cooperation.**

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.