UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.



FILED BY _____ D.C.

JAN 27 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL [DE 87]

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s ("Plaintiff") Motion to File Under Seal Portions of Apple Inc.'s Reply Regarding Its Motion to Compel Defendant Corellium, LLC to Produce Responsive Documents and Provide Complete Discovery Responses ("Motion") [DE 87]. Plaintiff represents in the Motion that Defendant Corellium does not oppose the relief sought. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion [DE 87] is hereby **GRANTED**. Plaintiff is given leave to file portions of its Reply Regarding Its Motion to Compel Defendant Corellium, LLC to Produce Responsive Documents and Provide Complete Discovery Responses under seal. The sealed materials shall remain under seal until further Court order. The Court may consider unsealing some or all of the documents after it has had the opportunity to review them.

**DONE AND ORDERED** this 27th of January, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE