UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.



FILED BY _____ D.C.

JAN 27 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO FILE UNDER SEAL [DE 91]

**THIS CAUSE** comes before the Court on Defendant Corellium LLC's Unopposed Motion to File Under Seal Corellium's Motion to Compel Plaintiff to Provide Further Responses to Defendant's First Request for Admissions ("Motion") [DE 91]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion [DE 91] is hereby **GRANTED**. Defendant is given leave to file its Motion to Compel Plaintiff to Provide Further Responses to Defendant's First Request for Admissions under seal. The sealed materials shall remain under seal until further Court order. The Court may consider unsealing some or all of the documents after it has had the opportunity to review them.

**DONE AND ORDERED** this 27th of January, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE
