UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

FILED BY ____ D.C.
JAN 27 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO FILE UNDER SEAL [DE 92]

**THIS CAUSE** comes before the Court on Defendant Corellium LLC's Unopposed Motion to File Under Seal Corellium's Motion to Compel Plaintiff to Provide Better Responses to Defendant's First Set of Requests for Production ("Motion") [DE 92]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion [DE 92] is hereby **GRANTED**. Defendant is given leave to file its Motion to Compel Plaintiff to Provide Better Responses to Defendant's First Set of Requests for Production under seal. The sealed materials shall remain under seal until further Court order. The Court may consider unsealing some or all of the documents after it has had the opportunity to review them.

**DONE AND ORDERED** this 27th of January, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE