# EXHIBIT 2 PLACEHOLDER