# EXHIBIT 4 PLACEHOLDER