UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

_____/



## ORDER ADDING MOTIONS TO FEBRUARY 12, 2020 DISCOVERY HEARING AND CHANGING TIME OF HEARING

THIS CAUSE is before the Court on Defendant Corellium, LLC's ("Defendant") Motion to File Correlium's Motion for Protective Order Under Seal [DE 78], Defendant's Motion to Compel Plaintiff to Provide Better and Complete Answers to Interrogatories [DE 93], Defendant's Motion to Compel Plaintiff to Provide Proper Responses to Defendant's First Request for Admissions [DE 100], and Defendant's Motion to Compel Plaintiff to Properly Respond to Defendant's First Request for Production, Produce Responsive Documents and to Overrule Plaintiff's Objections [DE 103]. These matters were referred to the undersigned by United States District Judge Rodney Smith. *See* DE 30.

After careful review of the motions, it is hereby **ORDERED** that that additional discovery motions [DEs 78, 93, 100, 103] shall be heard at the discovery hearing previously scheduled for February 12, 2020. The Court is also concerned about the extensive requests to seal documents in this case, especially the requests to seal entire discovery motions. *See Emess Capital, LLC v. Rothstein*, 841 F. Supp. 2d 1251, 1254 (S.D. Fla. 2012) ("All court filings are presumptively a matter of public record and cannot be sealed absent specific legal authority or court order."); *see also Guide to Judiciary Policy* § 730 (emphasizing that the burden is on the litigants to establish

why materials should remain sealed). The Court will address this matter as well at the February 12, 2020 hearing. The Court shall not permit the unnecessary sealing of documents or motions in this case.

Given the plethora of discovery motions that have been filed, the Court also finds it necessary to change the time of the February 12, 2020 discovery hearing to earlier in the day.[1] Therefore, it is hereby **ORDERED** that the discovery hearing on all pending discovery motions [DEs 68, 70, 78, 81, 93, 100, 103] shall be held as follows:

>    DATE:  Wednesday, February 12, 2020
>    TIME:  10:00 A.M.
>    PLACE: United States District Court
>           701 Clematis Street
>           West Palm Beach, Florida
>           Courtroom Six, Third Floor

Counsel for the parties shall appear in person at the hearing. Further, in advance of the scheduled hearing, the Court directs that counsel for the parties shall further confer, either in person or by telephone, in good faith and for as long as necessary to address the pending discovery disputes. Thereafter, the parties shall file, on or before **Thursday, February 6, 2020**, a Joint Notice advising whether the discovery disputes have been resolved, and if not, what specific issues remain for determination by the Court and a brief recitation of the position of each party on each specific dispute. The parties and their counsel are advised that the Court will impose sanctions and/or cost-shifting under Federal Rule of Civil Procedure 37 if any party or counsel fails to personally confer in good faith, takes an unreasonable discovery position, or otherwise fails to comply with any applicable rules.

---

[1] The parties are hereby notified that, in light of the multitude of motions filed, the Court has set aside the entire day for the discovery hearing and intends to hear argument on, and resolve all of the discovery motions, at that time.

**DONE and ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 28th day of January 2020.

WILLIAM MATTHEWMAN
United States Magistrate Judge