UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

           Plaintiff,

v.

CORELLIUM, LLC,

           Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER
SEAL APPLE INC.'S RESPONSE TO DEFENDANT
CORELLIUM, LLC'S MOTION FOR PROTECTIVE ORDER**

Plaintiff, Apple Inc. ("Apple"), by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of Apple's Response to Defendant Corellium, LLC's Motion for Protective Order ("Response"). In support of this request, Apple states as follows:

1. On January 21, 2020, Corellium, LLC ("Corellium") filed its Motion for Protective Order ("PO Motion"). ECF Nos. 79, 81. That same day, Corellium filed a Motion to File Corellium's Motion for Protective Order Under Seal ("Motion to Seal"). ECF No. 78.

2. On January 24, 2020, Apple filed an opposition to Corellium's Motion to Seal because Corellium's PO Motion does not contain any information that should be kept from public view, and Corellium failed to carry its burden to show otherwise. ECF No. 85. Corellium's Motion to Seal remains pending.

3. Apple's response to Corellium's PO Motion contains and references information from

Corellium's PO Motion.

4. On January 28, 2020, Apple notified counsel for Corellium that it intended to file its response to Corellium's PO Motion, and that the response contains and references information from Corellium's PO Motion.  Counsel for Corellium instructed Apple to seek to file its response to the PO Motion under seal as well, and further informed Apple that it would not oppose a Motion to Seal filed by Apple.  Counsel for Corellium also instructed Apple to redact the substantive portion of the publicly filed response.  Apple represented to counsel for Corellium that it would do so, but was reserving all rights to continue to challenge the propriety of Corellium's request to seal its PO Motion, and any responses thereto.

5. In light of the foregoing, Apple now submits this motion to file its response to Corellium's PO Motion under seal.  In the event the Court denies Corellium's Motion to Seal, Apple requests that the Court deny this motion as well.

**WHEREFORE** Apple respectfully requests that, unless and until the Motion to File Corellium's Motion for Protective Order Under Seal, ECF No. 78, is denied, the following document remains under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

    a. The Response to Corellium's Motion for Protective Order.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on January 28, 2020, regarding the relief sought herein.  Defendant does not oppose.

Dated: January 28, 2020                                    Respectfully Submitted,

Kathryn Ruemmler*                                          */s/ Martin B. Goldberg*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*                                        Martin B. Goldberg
*sy.damle@lw.com*                                          Florida Bar No. 0827029
Elana Nightingale Dawson*                                  *mgoldberg@lashgoldberg.com*
*elana.nightingaledawson@lw.com*                           *rdiaz@lashgoldberg.com*
LATHAM & WATKINS LLP                                       Emily L. Pincow
555 Eleventh Street NW, Suite 1000                         Florida Bar. No. 1010370
Washington, DC 20004                                       *epincow@lashgoldberg.com*
(202) 637-2200 / (202) 637-2201 Fax                        LASH & GOLDBERG LLP
                                                           100 Southeast Second Street
Andrew M. Gass*                                            Miami, FL  33131
*andrew.gass@lw.com*                                       (305) 347-4040 / (305) 347-4050 Fax
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.