UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S RESPONSE TO DEFENDANT
CORELLIUM, LLC'S MOTION FOR PROTECTIVE ORDER**

Plaintiff Apple Inc. ("Apple") by and through undersigned counsel, hereby submits this brief in opposition to Defendant Corellium, LLC's ("Corellium") Motion for Protective Order ("Motion"). ECF No. 81. ■■■

## INTRODUCTION

## ARGUMENT



3





4

Case 9:19-cv-81160-RS   Document 108   Entered on FLSD Docket 01/28/2020   Page 6 of 7



**CONCLUSION**

The Court should deny the Motion and order Corellium to respond forthwith to the Requests.

For the foregoing reasons, Apple respectfully requests that this Court deny Corellium's Motion for Protective Order.

5

| | |
|---|---|
| Dated: January 28, 2020 | Respectfully Submitted, |
| | /s/ Martin B. Goldberg |
| Kathryn Ruemmler* | Martin B. Goldberg |
| kathryn.ruemmler@lw.com | Florida Bar No. 0827029 |
| Sarang Vijay Damle* | mgoldberg@lashgoldberg.com |
| sy.damle@lw.com | rdiaz@lashgoldberg.com |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| elana.nightingaledawson@lw.com | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL  33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.