# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

## **MEDIATION REPORT**

Pursuant to the Court's October 3, 2019 order (ECF No. 31), a mediation conference was held before me on January 22, 2020. The results of the mediation are indicated below:

1. The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:

    __X__  Plaintiff's representatives and its outside counsel

    __X__  Defendant's representatives and its outside counsel

2. The matter was not resolved and the mediation resulted in an impasse.

_____
Judge Vaughn R. Walker
Federal Arbitration, Inc.
4083 Transport St., Suite B
Palo Alto, CA 94303