# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:19-CV-81160-RS**

| | |
|---|---|
| **APPLE INC.,** | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § |
| | § |
| **CORELLIUM, LLC,** | § |
| | § |
| *Defendant*. | § |

## DEFENDANT'S FIRST SET OF REQUEST FOR ENTRY AND INSPECTION

TO:  Plaintiff Apple Inc., by and through its counsel of record, Martin B. Goldberg, Lash & Goldberg LLP, 100 Southeast Second Street, Miami, Florida 33131, Kathryn Ruemmler, Sarang Vijay Damle, Elana Nightingale Dawson, Latham & Watkins LLP, 555 Eleventh Street NW, Suite 1000, Washington, DC 20004, Andrew M. Gass, Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, California 94111, and Jessica Stebbins Bina, Latham & Watkins LLP, 10250 Constellation Blvd., Suite 1100, Los Angeles, California, 90067.

Pursuant to Federal Rules of Civil Procedure 26 and 34, Defendant Corellium, LLC ("Corellium" or "Defendant") requests Plaintiff Apple Inc. ("Apple" or "Plaintiff") permit Corellium's entry onto Apple's property or other property possessed or controlled by Apple so that Corellium may inspect, measure, survey, photograph, test, or sample Apple's testing of devices for software bugs, errors, malware and other software defects as well as the associated hardware. This should be found in an Apple testing center or laboratory.  Apple shall serve a written response to Corellium within thirty (30) days of the date of this Request for Inspection.

Dated: November 8, 2019

**NORTON ROSE FULBRIGHT US LLP**

by:  /s/  *Brett C. Govett*
    Brett C. Govett (*Attorney in Charge*)
    brett.govett@nortonrosefulbright.com
    Texas Bar No. 08235900
    Robert L. Greeson
    robert.greeson@nortonrosefulbright.com
    Texas Bar No. 24045979
    Jacqueline G. Baker
    Jackie.baker@nortonrosefulbright.com
    Texas Bar No. 24109609
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-2784
Telephone:  (214) 855-8000
Facsimile:  (214) 855-8200

**BERGER SINGERMAN LLP**

    Gavin C. Gaukroger
    Florida Bar No. 76489
    Geoffrey A. Lottenberg
    Florida Bar No. 56240
    ggaukroger@bergersingerman.com
    glottenberg@bergersingerman.com
    drt@bergersingerman.com
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL  33301
Telephone:  (954) 525-9900
Facsimile:  (954) 523-2872

**COLE, SCOTT AND KISSANE, P.A.**

    S. Jonathan Vine
    Florida Bar No. 10966
    Justin B. Levine
    Florida Bar No. 106463
    Lizza Carola Constantine
    Florida Bar No. 1002945
    justin.levine@csklegal.com
    lizza.constantine@csklegal.com
    jonathan.vine@csklegal.com
222 Lakeview Ave., Suite 120
West Palm Beach, FL 33401
Telephone: (561) 383-9200
Facsimile: (561) 683-8977

**COUNSEL FOR DEFENDANT CORELLIUM, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document through e-mail on the following counsel of record on November 8, 2019:

Martin B. Goldberg
mgoldberg@lashgoldberg.com
Lash & Goldberg LLP
100 Southeast Second Street
Miami, FL  33131

Kathryn Ruemmler
Sarang Vijay Damle
Elana Nightingale Dawson
Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004

Andrew M. Gass
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111

Jessica Stebbins Bina
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA  90067

 

/s/ *Justin B. Levine*
Justin B. Levine
FBN:106463