# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 9:19-cv-81160-RS**

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> CORELLIUM, LLC, <br><br> Defendant. | |

**APPLE INC.'S RESPONSE AND OBJECTIONS TO**
**CORELLIUM, LLC'S REQUEST FOR ENTRY AND INSPECTION**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff Apple, Inc. ("Apple") hereby provides its responses and objections to Defendant Corellium, LLC's ("Corellium") First Set of Request for Entry and Inspection ("Request").

**PRELIMINARY STATEMENT**

Apple has and attempted in good faith to respond to Corellium's Request herein to the extent reasonably practicable at this stage of these proceedings, based on information now known, as well as Apple's present analysis of the case. Apple has not completed its discovery and investigation in this action, and has not completed its preparation for trial. As a result, the response and objections to this Request, while based on diligent factual exploration, reflect only Apple's current state of knowledge, understanding, and belief with regard to the matters about which requests have been made been made. Apple's response and objections are given without

1

prejudice to its right to amend or supplement its response and objections after considering information obtained or reviewed through further discovery and investigation.

Notwithstanding responses to these requests or the production of any information, documents, or things in response to a Request, Apple expressly reserves all objections to the authenticity, relevance, materiality, and admissibility of any such information, documents, or things. Further, Apple's response herein, and its disclosure of information, shall not in any way be construed as an admission that any definition of words or phrases provided by Corellium is either factually correct or legally binding upon Apple.

**REQUEST FOR ENTRY AND INSPECTION NO. 1:**

Pursuant to Federal Rules of Civil Procedure 26 and 34, Defendant Corellium, LLC ("Corellium" or "Defendant") requests Plaintiff Apple Inc. ("Apple" or "Plaintiff") permit Corellium's entry onto Apple's property or other property possessed or controlled by Apple so that Corellium may inspect, measure, survey, photograph, test, or sample Apple's testing of devices for software bugs, errors, malware and other software defects as well as the associated hardware. This should be found in an Apple testing center or laboratory. Apple shall serve a written response to Corellium within thirty (30) days of the date of this Request for Inspection.

**RESPONSE TO REQUEST FOR ENTRY AND INSPECTION**

Apple objects to this Request as overly broad, unduly burdensome, and seeking the discovery of information or documents that are not relevant to a claim or defense of any party, nor to the subject matter of this litigation, nor reasonably calculated to lead to the discovery of admissible evidence, and as seeking information of which the burden and expense of discovering overwhelmingly outweighs its likely benefit. Apple further objects because the Request is not proportional to the needs of the case. Specifically, this Request is not relevant to Apple's claims

of direct and contributory copyright infringement listed in the Complaint, nor is it relevant to Corellium's affirmative defenses or its counterclaims listed in its Answer.  Apple's internal testing of devices for software bugs, errors, malware and other software defects and associated hardware is not relevant to this litigation as none of the facts alleged in Apple's complaint or in Corellium's affirmative defenses or counterclaims concern Apple's internal development and testing of software or devices.

Apple also objects to this Request to the extent it calls for disclosing confidential or proprietary information pertaining to Apple's business, trade secrets, and/or economic relationships.  The Request is a blatant attempt by Corellium to attempt to obtain proprietary business information outside the proper scope of discovery, and is an improper use of the discovery mechanism allowed by Federal Rule of Civil Procedure 34(a)(2).  The property Corellium seeks to enter is not at issue in this litigation; rather, Corellium seeks to gain entry into and access to highly sensitive areas of Apple's business that are beyond the purview of this litigation.

Apple will not permit entry and inspection as requested.

Dated: December 19, 2019 Respectfully Submitted,

*s/ Martin B. Goldberg*

| | |
|---|---|
| Kathryn Ruemmler* | Martin B. Goldberg |
| *kathryn.ruemmler@lw.com* | Florida Bar No. 0827029 |
| Sarang Vijay Damle* | *mgoldberg@lashgoldberg.com* |
| *sy.damle@lw.com* | *rdiaz@lashgoldberg.com* |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| *elana.nightingaledawson@lw.com* | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL  33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*\*Admitted pro hac vice*

*Attorneys for Plaintiff* APPLE INC.

4

## CERTIFICATE OF SERVICE

    I, Elana Nightingale Dawson, do hereby certify that on December 19, 2019, I caused a copy of the foregoing Apple Inc.'s Response and Objections to Corellium's Request for Entry and Inspection to be served via email upon:

Brett Govett
Robert Greeson
Jackie Baker
NORTON FULBRIGHT US LLP
2200 Ross Ave., Suite 3600
Dallas, Texas 75201
brett.govett@nortonrosefulbright.com
robert.greeson@nortonrosefulbright.com
jackie.baker@nortonrosefulbright.com

Jonathan Vine
Justin Levine
Lizza Constantine
COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
jonathan.vine@csklegal.com
justin.levine@csklegal.com
lizza.constantine@csklegal.com

                     *s/ Elana Nightingale Dawson*
                     Elana Nightingale Dawson

5