UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

### PROPOSED ORDER GRANTING CORELLIUM'S MOTION TO FILE UNDER SEAL

THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), Motion to File Under Seal Corellium's Reply to Apple's Response in Opposition [D.E. 108] to Corellium's Motion for Protective Order [D.E. 78]. Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion to File Under Seal is hereby **GRANTED**.

**DONE AND ORDERED** this __ of January, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                            **WILLIAM MATTHEWMAN**
                                                            **UNITED STATES MAGISTRATE JUDGE**