**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

     Plaintiff,

v.                                                                          **FILED UNDER SEAL**

CORELLIUM, LLC,

     Defendant.

_____/

**DEFENDANT CORELLIUM, LLC'S REPLY**
**IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER**

Defendant Corellium, LLC ("Corellium") files this Reply in Support of its Motion for Protective Order.  The Court should grant a protective order because Apple Inc.'s ("Apple") Second Set of Requests for Production[1] and Request Nos. 66-73 and 83-95 of Apple's Second Set of Requests for Admission[2] (collectively, Apple's "discovery requests") seek information and documents that are clearly beyond the scope of proper discovery and intended to harass.



---

[1]   Apple Inc.'s Second Set of Requests for Production of Documents to Defendant Corellium, LLC ("Apple's Second Set of RFPs") (Nos. 88-89).

[2]   Apple Inc.'s Second Set of Requests for Admission to Defendant Corellium, LLC ("Apple's Second Set of RFAs") (Nos. 66-95).

[3]   Apple's Second Set of RFAs, No. 86.

[4]   Apple's Second Set of RFAs, No. 89.

██ ████████████████████████████████████████████████████████████████
███████████████████████████

████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████

█████████████████████████

███████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████

---

5   Apple's First Amended Complaint, ECF No. 56, ¶¶ 35, 41, 46.

6   Apple's Response to Corellium's Motion for Protective Order, ECF No. 108, at 1.

7   Apple's Second Set of RFAs, No. 75 (emphasis added).



Corellium's affirmative defenses, like fair use, do not change the impermissible nature of Apple's discovery requests.  Corellium's product operates in the manner described in Corellium's discovery responses and production—irrespective of the end user.  Corellium's fair use of iOS remains the same.  In addition to discovery provided by Corellium, Apple's experts will have access to Corellium's technology to conduct a full technical review.

**CONCLUSION**

Corellium respectfully requests that the Court issue a protective order protecting Corellium from Apple's Second Set of Requests for Production and from Request Nos. 66-73 and 83-95 of

---

8   Apple's Second Set of RFAs No. 68 (emphasis added).

9   Apple's Second Set of RFPs, No. 88 (emphasis added).

10   Apple's Second Set of RFPs, No. 89 (emphasis added).

Apple's Second Set of Requests for Admission, prohibiting the parties from propounding future discovery on this topic, and granting such other relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2020, a true and correct copy of the foregoing has been transmitted by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

NORTON ROSE FULBRIGHT US LLP
*Counsel for Defendant Corellium*
2200 Ross Ave., Suite 3600
Dallas, Texas 75201
Telephone (214) 855-8000
Facsimile (214) 855-8200

Brett Govett, *Pro hac vice*
brett.govett@nortonrosefulbright.com
Robert Greeson, *Pro hac vice*
robert.greeson@ nortonrosefulbright.com
Jackie Baker, *Pro hac vice*
jackie.baker@nortonrosefulbright.com

*and*

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant Corellium*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977

Jonathan Vine
Florida Bar No.: 10966
jonathan.vine@csklegal.com
Justin Levine
Florida Bar No.:  106463
justin.levine@csklegal.com
Lizza Constantine
Florida Bar No.: 1002945

lizza.constantine@csklegal.com

*Attorneys for Defendant, Corellium, LLC*

By:

/s/ *Justin B. Levine*

Justin B. Levine