UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

_____/



FILED BY _____ D.C.

FEB 03 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER ADDING TWO ADDITIONAL MOTIONS TO FEBRUARY 12, 2020 DISCOVERY HEARING

THIS CAUSE is before the Court on Defendant Corellium, LLC's ("Defendant") Motion to Compel Entry and Inspection [DE 112] and Defendant's Motion to File Corellium's Reply to Apple's Response to Corellium's Motion for Protective Order Under Seal [DE 113]. These matters were referred to the undersigned by United States District Judge Rodney Smith. *See* DE 30.

After careful review of the motions, it is hereby **ORDERED** that that additional discovery-related motions [DEs 112, 113] shall be heard at the hearing previously scheduled for February 12, 2020, at 10:00 a.m. Plaintiff, Apple Inc., shall file a response to Defendant's Motion to Compel Entry and Inspection [DE 112] and a response to Defendant's Motion to File Corellium's Reply to Apple's Response to Corellium's Motion for Protective Order Under Seal [DE 113] on or before **February 6, 2020**. If Defendant chooses to file replies to the two motions, it shall do so on or before **February 10, 2020**.

**DONE and ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 3rd day of February, 2020.

WILLIAM MATTHEWMAN
United States Magistrate Judge