## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

## NOTICE OF APPEARANCE

Michael Boehringer, Esq. of COLE, SCOTT & KISSANE, P.A,. hereby gives notice of his appearance on behalf of Defendant, CORELLIUM, LLC, and request that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause also be furnished to the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February 2020, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

    COLE, SCOTT & KISSANE, P.A.
    *Counsel for Defendant*
    Esperante Building
    222 Lakeview Avenue, Suite 120
    West Palm Beach, Florida 33401
    Telephone (561) 383-9222
    Facsimile (561) 683-8977
    Primary e-mail: jonathan.vine@csklegal.com
    Primary e-mail: justin.levine@csklegal.com
    Primary e-mail: lizza.constantine@csklegal.com

CASE NO.: 9:19-CV-81160-RS

Alternate e-mail: donna.scott@csklegal.com
Alternate e-mail: courtney.dean@csklegal.com

By:   s/ *Michael Boehringer*
    JONATHAN VINE
    Florida Bar No.: 10966
    JUSTIN LEVINE
    Florida Bar No.: 106463
    LIZZA CONSTANTINE
    Florida Bar No.: 1002945
    MICHAEL BOEHRINGER
    Florida Bar No.: 1018486