UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to File Under Seal Portions of Apple Inc.'s Response to Defendant Corellium, LLC's Motion to Compel Plaintiff to Properly Respond to Defendant's First Set of Requests for Production, Produce Responsive Documents and to Overrule Plaintiff's Objections ("Motion"). Being fully advised, and noting that Plaintiff represents in the Motion that Defendant does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Plaintiff is given leave to file portions of its Response to Defendant's Motion to Compel Plaintiff to Properly Respond to Defendant's First Set of Requests for Production, Produce Responsive Documents and to Overrule Plaintiff's Objections and Exhibit B thereto under seal. The sealed materials shall remain under seal until further Court order. The Court may consider unsealing some or all of the documents after it has had the opportunity to review them.

**DONE AND ORDERED** this __ of February, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

 

                                                                _____
                                                                **WILLIAM MATTHEWMAN**
                                                                 **UNITED STATES MAGISTRATE JUDGE**