UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                    Plaintiff,

v.

CORELLIUM, LLC,

                    Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S RESPONSE TO DEFENDANT CORELLIUM'S MOTION TO COMPEL PLAINTIFF TO PROVIDE PROPER RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION**

Plaintiff, Apple Inc. ("Apple"), by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple's Response to Defendant Corellium, LLC's ("Corellium") Motion to Compel Plaintiff to Provide Proper Responses to Defendant's First Set of Requests for Admissions ("Response"), as well as Exhibit A thereto. In support of this request, Apple states as follows:

1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 ("Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. On December 19, 2019, Apple served its responses to Corellium's First Set of Interrogatories, Requests for Production, and Requests for Admission. Apple's responses contained information designated "Confidential" and "Confidential – Attorneys' Eyes Only" ("AEO") under the Protective Order.

3. On January 6, 2020, Corellium sent Apple a letter addressing Apple's responses to Corellium's first set of written discovery requests. That letter contains information from Apple's responses that Apple had designated Confidential. The letter is Exhibit A to Apple's Response to Defendant Corellium's Motion to Compel Plaintiff to Provide Proper Responses to Defendant's First Set of Requests for Admission.

4. On January 22, 2020, Apple served its first amended responses to Corellium's first set of Requests for Admission ("Amended RFA Responses"). ECF No. 100-3. Apple designated the Amended RFA Responses "Confidential" under the Protective Order.

5. The Response contains quotations of and paraphrases portions of the Amended RFA Responses designated by Apple as "Confidential" under the Protective Order.

6. On February 3, 2020, Apple notified counsel for Corellium that it intended to file this Motion to Seal. Counsel for Corellium stated that Corellium does not oppose the relief sought herein.

7. Consistent with the Protective Order and Apple's standing designations, Apple moves to file under seal portions of its Response.

**WHEREFORE** Apple respectfully requests that, unless and until Apple's confidentiality designations pursuant to the Protective Order are removed or rejected, portions of the following document remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced

Protective Order, as ordered by this Court, or required by law:

    a. Portions of the Response that contain quotes or descriptions of Apple's Responses to Corellium's Requests for Admission that have been designated as Confidential, a redacted version of which is submitted herewith; and

    b. Exhibit A to the Response.

A proposed order is submitted herewith.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on February 3, 2020, regarding the relief sought herein. Defendant does not oppose.

Dated: February 3, 2020      Respectfully Submitted,

| | |
|---|---|
| Kathryn Ruemmler* <br> *kathryn.ruemmler@lw.com* <br> Sarang Vijay Damle* <br> *sy.damle@lw.com* <br> Elana Nightingale Dawson* <br> *elana.nightingaledawson@lw.com* <br> LATHAM & WATKINS LLP <br> 555 Eleventh Street NW, Suite 1000 <br> Washington, DC 20004 <br> (202) 637-2200 / (202) 637-2201 Fax <br><br> Andrew M. Gass* <br> *andrew.gass@lw.com* <br> LATHAM & WATKINS LLP <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br> (415) 391-0600 / (415) 395-8095 Fax <br><br> Jessica Stebbins Bina* <br> *jessica.stebbinsbina@lw.com* <br> LATHAM & WATKINS LLP <br> 10250 Constellation Blvd., Suite 1100 <br> Los Angeles, CA 90067 <br> (424) 653-5500 / (424) 653-5501 Fax <br><br> *Admitted pro hac vice | */s/ Martin B. Goldberg* <br><br> Martin B. Goldberg <br> Florida Bar No. 0827029 <br> *mgoldberg@lashgoldberg.com* <br> *rdiaz@lashgoldberg.com* <br> Emily L. Pincow <br> Florida Bar. No. 1010370 <br> *epincow@lashgoldberg.com* <br> LASH & GOLDBERG LLP <br> 100 Southeast Second Street <br> Miami, FL 33131 <br> (305) 347-4040 / (305) 347-4050 Fax |

*Attorneys for Plaintiff* APPLE INC.