# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

## PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S RESPONSE TO DEFENDANT CORELLIUM'S MOTION TO COMPEL PLAINTIFF TO PROVIDE BETTER AND COMPLETE ANSWERS TO INTERROGATORIES

Plaintiff, Apple Inc. ("Apple"), by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple's Response to Defendant Corellium's Motion to Compel Plaintiff to Provide Better and Complete Answers to Interrogatories ("Response"), as well as Exhibit A thereto. In support of this request, Apple states as follows:

1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 ("Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. On February 3, 2020, Apple served its second amended answers to Corellium's first set of interrogatories ("Amended Interrogatory Responses"), which contain responses designated by Apple as both "Confidential" as well as "Confidential – Attorneys' Eyes Only" ("AEO"). The Amended Interrogatory Responses are Exhibit A to Apple Inc.'s Response to Defendant Corellium's Motion to Compel Plaintiff to Provide Better and Complete Answers to Interrogatories.

3. The Response includes information Apple designated as "Confidential" and AEO in its Amended Interrogatory Responses.

4. On February 3, 2020, Apple notified counsel for Corellium that it intended to file this Motion to Seal. Counsel for Corellium stated that Corellium does not oppose the relief sought herein.

5. Consistent with the Protective Order and Apple's standing designations, Apple moves to file under seal portions of its Response.

**WHEREFORE** Apple respectfully requests that, unless and until Apple's confidentiality designations pursuant to the Protective Order are removed or rejected, the following documents remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

    a. Portions of the Response that contain information designated by Apple as AEO or Confidential, a redacted version of which is submitted herewith; and

    b. Exhibit A to the Response.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on February 3, 2020, regarding the relief sought herein. Defendant does not oppose.

Dated: February 3, 2020

Respectfully Submitted,

Kathryn Ruemmler*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Admitted pro hac vice

*/s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.