UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.



## ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL [DE 119]

**THIS CAUSE** comes before the Court on Plaintiff Apple, Inc's Motion to File Under Seal Portions of Apple Inc.'s Response to Defendant Corellium's Motion to Compel Plaintiff to Provide Proper Responses to Defendant's First Set of Requests for Admission ("Motion") [DE 119]. Being fully advised, and noting that Plaintiff represents in the Motion that Defendant does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion [DE 119] is hereby **GRANTED**. Plaintiff is given leave to file portions of its Response to Defendant Corellium's Motion to Compel Plaintiff to Provide Proper Responses to Defendant's First Set of Requests for Admission under seal. The sealed materials shall remain under seal until further Court order. The Court may consider unsealing some or all of the documents after it has had the opportunity to review them.

**DONE AND ORDERED** this 4th of February, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE