# EXHIBIT B

| | |
|---|---|
| **From:** | Justin B. Levine <Justin.Levine@csklegal.com> |
| **Sent:** | Wednesday, January 15, 2020 4:18 PM |
| **To:** | Stebbins Bina, Jessica (CC); mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Victorson, Holly (DC); Egger, Jeremiah (DC); Korban, Chloe (CC) |
| **Cc:** | Nightingale Dawson, Elana (DC); brett.govett@nortonrosefulbright.com; Jonathan Vine; Lizza C. Constantine; jackie.baker@nortonrosefulbright.com; robert.greeson@nortonrosefulbright.com; Patricia M. Martel |
| **Subject:** | Apple v. Corellium - MTC |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Counsel,

We are writing regarding the 30-days to file Corellium's discovery motions to compel. In an abundance of caution, and per the option provided by Local Rule 26.1(g)(1), we would like to extend the 1/18/2020 deadline 7 days to 1/25/2020. Jan. 25th is a Saturday so that would make the deadline Jan. 27 (a Monday). We do not believe we will be using all of this time, but again, in an abundance of caution. Please advise if Apple has an objection.

Best Regards,



*The Florida Law Firm*

**www.csklegal.com**



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott, & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

**Confidentiality Notice:** This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.