# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**DECLARATION OF PETER BENTLEY IN SUPPORT OF PLAINTIFF APPLE INC.'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL ENTRY AND INSPECTION**

1. My name is Peter Bentley. I am over the age of 21. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am Senior Manager, New Product Security at Apple Inc. ("Apple").

3. Since 1976, Apple has been a pioneer in the consumer electronics and telecommunications industries. Apple is a world leader in creating innovative technologies in software, hardware, user interfaces, and other components of personal technologies. Today, the results of Apple's innovations, including iPhone, iPad, Mac, Apple Watch, AirPods, and AppleTV, are used all around the world. Apple's products are powered by its software platforms, including iOS, iPadOS, macOS, watchOS, and tvOS.

4. Because Apple is consistently innovating, creating new products, and updating existing products, Apple's testing of its devices for software and hardware bugs, errors, and defects is a critical part of the design, development, and manufacturing of Apple's products.

5. Apple takes significant steps to limit access to the facilities where Apple's software and hardware testing occurs. These facilities are not open to the public, and access to them is carefully monitored and controlled.

1

6. Apple's internal testing approaches and methodologies are highly guarded, even within Apple. That is because Apple's testing facilities often contain both unannounced iOS devices as well as pre-release versions of iOS, which are highly confidential. Examples of Apple's security measures include the following:

- All employees are required to agree to a Confidentiality and Intellectual Property Agreement, which prohibits the disclosure of trade secrets.
- All employees must attend a Business Conduct course at least once a year to educate and refresh themselves regarding the requirements for handling of Apple confidential information.
- All Apple contractors and vendors are contractually obligated not to disclose confidential information, and confidential information is provided to such entities on a need-to-know basis only.
- All buildings and computer systems containing confidential information have security measures restricting access only to those employees with a need to access such building or information. For example, not all Apple employees can access every Apple building, or even every part of the building where they work.
- All persons with building access, including vendors and contractors, must receive a photographed identification keycard or be escorted by a keycard-bearing employee and checked into the reception system in the building.
- Security measures including locks, cameras, guards, and other measures, are employed to protect physical facilities and ensure compliance with the above.

7. Allowing otherwise unauthorized individuals entry into all of Apple's buildings for inspection of all testing facilities would be significantly disruptive to Apple's highly sensitive regular business operations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 06, 2020.

Peter Bentley