UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.



FILED BY _____ D.C.

FEB 11 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER GRANTING JOINT MOTION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM [DE 136]

**THIS CAUSE** comes before the Court on the parties' Joint Motion to Bring Electronic Equipment into the Courtroom [DE 136]. The Court has considered the motion and the pertinent portions of the record.

Accordingly, it is hereby ORDERED AND ADJUDGED that the Motion is **GRANTED as follows:**

1. Apple Inc., through Jessica Stebbins, Elana Nightingale and Emily Pincow, may bring the following equipment into the courtroom for use at the hearing scheduled for February 12, 2020 at 10:00 a.m.:

    - Laptops, along with associated external drives/discs and cords
    - Cell phones

2. Corellium, LLC, through Jonathan Vine, Justin Levine and Lizza Constantine, may bring the following equipment into the courtroom for use at the hearing scheduled for February 12, 2020 at 10:00 a.m.:

    - Laptops, along with associated external drives/discs and cords

- Cell phones

**ORDERED AND ADJUDGED** in chambers at West Palm Beach, Palm Beach County, Florida, this 11th day of February, 2020.

WILLIAM MATTHEWMAN
United States Magistrate Judge