UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____

**ORDER GRANTING MOTION TO APPEAR
PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for Marc R. Lewis, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Marc R. Lewis, Esq., may appear and participate in this action on behalf of Plaintiff Apple Inc. The Clerk shall provide electronic notification of all electronic filings to Marc R. Lewis, Esq., at MLewis@lewisllewellyn.com.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida, this _____ day of February, 2020.

_____
**RODNEY SMITH**
United States District Judge

Copies furnished to:
Counsel of Record