UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 19-81160-CV-Smith/Matthewman

APPLE INC.,

    Plaintiff,

vs.

CORELLIUM, LLC,

    Defendant.
_____/

FILED BY _____ D.C.

FEB 13 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER DENYING CORELLIUM'S MOTION TO COMPEL ENTRY AND INSPECTION [DE 112]

THIS CAUSE is before the Court upon Defendant, Corellium, LLC's ("Corellium") Motion to Compel Entry and Inspection ("Motion") [DE 112]. This matter was referred to the undersigned by United States District Judge Rodney Smith. *See* DE 32. Plaintiff, Apple Inc. ("Apple") has filed a response [DE 134] to the Motion, and Corellium has filed a reply [DE 137]. The Court held a hearing on the Motion on February 12, 2020, and on February 13, 2020.

The Court incorporates its Preliminary Statement Regarding Discovery Problems in This Case contained in its prior Order at DE 144.

Upon careful review of Corellium's Motion [DE 112], Apple's response [DE 134], Corellium's reply [DE 137], counsel's argument at the February 12, 2020 and February 13, 2020 discovery hearing, the relevancy and proportionality requirements of Rule 26(b)(1), and the entire docket in this case, and as stated in open court, it is hereby **ORDERED** that Corellium's Motion to Compel Entry and Inspection [DE 112] is **DENIED**. The Motion is untimely pursuant

1

to Local Rule 26.1(g)(1), and Corellium has failed to make a showing of good cause for the delay. Additionally, the inspection sought by Corellium is neither relevant nor proportionate to the claims and defenses in this case under Federal Rule of Civil Procedure 26(b)(1). Finally, there is so much protected information at issue here that the type of inspection sought by Corellium would be unduly intrusive and cause a great risk of harm to Apple's proprietary software and products.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 13th day of February, 2020.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE