UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 19-81160-CV-Smith/Matthewman

APPLE INC.,

    Plaintiff,

vs.

CORELLIUM, LLC,

    Defendant.
_____/



## ORDER GRANTING IN PART AND DENYING IN PART CORELLIUM'S MOTION TO COMPEL PLAINTIFF TO PROVIDE BETTER AND COMPLETE ANSWERS TO INTERROGATORIES [DEs 93, 101]

THIS CAUSE is before the Court upon Defendant, Corellium, LLC's ("Corellium") Motion to Compel Plaintiff to Provide Better and Complete Answers to Interrogatories ("Motion") [DEs 93,101[1]]. This matter was referred to the undersigned by United States District Judge Rodney Smith. *See* DE 32. Plaintiff, Apple Inc. ("Apple") has filed a response [DEs 122, 127[2]] to the Motion, and Corellium has filed a reply [DE 130]. The Court held a hearing on the Motion on February 12, 2020, and on February 13, 2020.

The Court incorporates its Preliminary Statement Regarding Discovery Problems in This Case contained in its prior Order at DE 144.

Upon careful review of Corellium's Motion [DEs 93, 101], Apple's response [DEs 122, 127], Corellium's reply [DE 130], counsel's argument at the February 12, 2020 and February 13,

---

[1] Docket Entry 101 is the sealed version of the Motion, and Docket Entry 93 is the public version of the Motion.
[2] Docket Entry 127 is the sealed version of the response, and Docket Entry 122 is the public version of the response.

1

2020 discovery hearing, the relevancy and proportionality requirements of Rule 26(b)(1), and the entire docket in this case, and as stated in open court, it is hereby **ORDERED** as follows:

1. Corellium's Motion to Compel Plaintiff to Provide Better and Complete Answers to Interrogatories [DEs 93,101] is **GRANTED IN PART AND DENIED IN PART**.

2. The Motion is denied as to Interrogatories #6, 8, 9, 10, 11, and 12 from Corellium's First Set of Interrogatories.

3. The Motion is granted as to Interrogatories #3, 4, 5, and 7 from Corellium's First Set of Interrogatories to the extent that Apple is required to provide amended responses that are clearer and omit any unnecessary language and/or objections. For Interrogatory #4, "Corellium" is defined as its officers, directors, or employees acting in their scope of employment for Corellium. Apple shall provide Corellium with amended responses on or before February 24, 2020.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 13th day of February, 2020.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE