UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 19-81160-CV-Smith/Matthewman

APPLE INC.,

    Plaintiff,

vs.

CORELLIUM, LLC,

    Defendant.

_____/

## ORDER REGARDING APPLE'S MOTION TO COMPEL DEFENDANT CORELLIUM, LLC TO PRODUCE RESPONSIVE DOCUMENTS AND PROVIDE COMPLETE DISCOVERY RESPONSES [DE 68]

THIS CAUSE is before the Court upon Plaintiff, Apple Inc.'s ("Apple") Motion to Compel Defendant Corellium, LLC to Produce Responsive Documents and Provide Complete Discovery Responses ("Motion") [DE 68]. This matter was referred to the undersigned by United States District Judge Rodney Smith. *See* DE 32. Defendant, Corellium, LLC's ("Corellium") has filed a response [DE 76] to the Motion, and Apple has filed a reply [DEs 88, 105[1]]. The Court held a hearing on the Motion on February 12, 2020, and on February 13, 2020.

The Court incorporates its Preliminary Statement Regarding Discovery Problems in This Case contained in its prior Order at DE 144.

Upon careful review of Apple's Motion [DE 68], Corellium's response [DE 76], Apple's reply [DEs 88, 105], counsel's argument at the February 12, 2020 and February 13, 2020 discovery hearing, pursuant to the relevancy and proportionality requirements of Rule 26(b)(1),

---

[1] Docket Entry 105 is the sealed version of the reply, and Docket Entry 88 is the public version of the reply.

1

and as stated in open court, it is hereby **ORDERED** as follows:

1. Several Requests for Production from Apple's First Set of Requests for Production are at issue in Apple's Motion. As per the parties' agreement, on or before **February 24, 2020**, Corellium shall apply its definition, as stated in open court, of the Corellium Apple Product to each of these Requests for Production and then shall amend its responses and produce all responsive documents. Corellium's definition of the Corellium Apple Product is that it "includes only those components of the Corellium platform that are responsible for handling iOS."

2. On or before **February 24, 2020**, Corellium has also agreed to provide Apple's expert with the necessary credentials so that Apple's expert can interact with the Corellium Apple Product as if the expert were a customer of Corellium.

3. Upon receipt of the additional documents, and after its expert advises Apple of his or her interaction with the Corellium Apple Product, Apple will be permitted to seek additional discovery based on a broader definition of the Corellium Apple Product if Apple believes in good faith that Corellium's production based on its narrower definition is insufficient. This must be done in a timely manner and in accordance with the pretrial deadlines in this case.

4. As part of the parties' agreement and because Apple's expert report is due on March 3, 2020, Corellium will not object if Apple files a motion requesting 10 days from the date Apple receives any additional production from Corellium to file a supplemental expert report. Apple similarly will not object if Corellium files a motion seeking an additional 10 days to file its expert report or its rebuttal report, if necessary. The

parties understand that any requested extension is ultimately subject to approval by the District Judge.

5. The Court made certain preliminary rulings at the February 12, 2020 and February 13, 2020 hearings, and Corellium shall abide by them when amending its responses to the Requests for Production and producing documents to Apple. Corellium shall also review its privilege log and determine if certain documents should be taken off the log and produced to Apple in light of the Court's preliminary rulings.

6. The Court will re-address any remaining issues regarding Apple's Motion at the February 27, 2020 discovery hearing.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 13th day of February, 2020.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE