UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

## CORELLIUM'S NOTICE OF FILING REDACTED BRIEFINGS RELATED TO CORELLIUM'S MOTION FOR PROTECTIVE ORDER

Defendant, Corellium, LLC ("Corellium") by and through the undersigned counsel, and pursuant to the Court's verbal order on February 13, 2020, hereby files this Notice of Filing Redacted Briefings Related to Corellium's Motion for Protective Order [D.E. 81].

1. On January 21, 2020, Corellium filed its Motion to Seal Corellium's Motion for Protective Order [D.E. 78].

2. Corellium's Motion for Protective Order [D.E. 81] ("Motion") was filed and served in unredacted form upon Plaintiff, Apple Inc. ("Apple").

3. On January 28, 2020, Apple filed its Motion to Seal its Response to Corellium's Motion for Protective Order [D.E. 107] and contemporaneously filed its Redacted Response to Corellium's Motion for Protective Order [D.E. 108] ("Response").

4. On January 31, 2020, Corellium filed its Motion to Seal its Reply to Apple's Response [D.E. 113] and contemporaneously filed its Reply to Apple's Response [D.E. 114] ("Reply").

5. On February 13, 2020, the Court instructed Corellium to file proposed redacted versions of the following briefings:

   a. Corellium's Motion [D.E. 81],

   b. Apple's Response [D.E. 108],

   c. Corellium's Reply [D.E. 114].

6. Pursuant to the Court's February 13, 2020 instruction, the proposed redacted versions of the Motion (and its exhibits), Response, and Reply are attached hereto as Exhibits 1, 2, and 3, respectively.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on February 14, 2020, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

Dated: February 14, 2020                    Respectfully submitted,

                                                   COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant CORELLIUM, LLC*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail: justin.levine@csklegal.com
Secondary e-mail: lizza.constantine@csklegal.com

By:   *s/ Justin B. Levine*
      JONATHAN VINE

          Florida Bar. No.: 10966
          JUSTIN B. LEVINE
          Florida Bar No.: 106463
          LIZZA C. CONSTANTINE
          Florida Bar No.: 1002945

*and*

NORTON ROSE FULBRIGHT
*Counsel for Defendant*
2200 Ross Ave.
Dallas, Texas 75201
Telephone (214) 855-8000
Facsimile (214) 855-8200
Brett Govett, *Pro hac vice*
E-mail: brett.govett@nortonrosefulbright.com
Robert Greeson, *Pro hac vice*
E-mail: robert.greeson@ nortonrosefulbright.com
Jackie Baker, *Pro hac vice*
E-mail: jackie.baker@nortonrosefulbright.com

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)

andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000 San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

Marc R. Lewis (*pro hac vice pending*)
mlewis@lewisllewellyn.com
LEWIS AND LLEWELLYN LLP
601 Montgomery St., Ste. 2000
San Francisco, CA 94111

*Attorneys for Plaintiff, Apple Inc.*