UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 19-81160-CV-Smith/Matthewman

APPLE INC.,

    Plaintiff,

vs.

CORELLIUM, LLC,

    Defendant.
_____/



FILED BY _____ D.C.

FEB 14 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER GRANTING IN PART AND DENYING IN PART CORELLIUM'S MOTION TO COMPEL PLAINTIFF TO PROVIDE PROPER RESPONSES TO DEFENDANT'S FIRST REQUEST FOR ADMISSIONS [DE 100]

THIS CAUSE is before the Court upon Defendant, Corellium, LLC's ("Corellium") Motion to Compel Plaintiff to Provide Proper Responses to Defendant's First Request for Admissions ("Motion") [DE 100]. This matter was referred to the undersigned by United States District Judge Rodney Smith. *See* DE 32. Plaintiff, Apple Inc. ("Apple") has filed a response [DEs 120, 128[1]] to the Motion, and Corellium has filed a reply [DE 131]. The Court held a hearing on the Motion on February 12, 2020, and on February 13, 2020.

The Court incorporates its Preliminary Statement Regarding Discovery Problems in This Case contained in its prior Order at DE 144.

Upon careful review of Corellium's Motion [DE 100], Apple's response [DEs 120, 128], Corellium's reply [DE 131], and counsel's argument at the February 12, 2020 and February 13, 2020 discovery hearing, pursuant to the relevancy and proportionality requirements of Rule

---

[1] Docket Entry 128 is the sealed version of the response, and Docket Entry 120 is the public version of the response.

26(b)(1), and as stated in open court, it is hereby **ORDERED** as follows:

1. Corellium's Motion to Compel Plaintiff to Provide Proper Responses to Defendant's First Request for Admissions [DE 100] is **GRANTED IN PART AND DENIED IN PART**.

2. Apple objected, in part, to Requests for Admission 44, 68, 70-71, 73-76, 78, 80-84, 91-94, 96-108, 111, 112, 115, 116, 167, 168, 188, 189 on the basis that the documents referenced in the Requests for Admission speak for themselves. Corellium's Motion is DENIED as to Requests for Admission 44, 68, 70-71, 73-76, 78, 80-84, 91-94, 96-108, 111, 112, 115, 116, 167, 168, 188, 189. The Court finds that Apple's objection has merit.

3. Corellium's Motion is also DENIED as to Requests for Admission 88 and 89. The Court finds that Apple's objection that the information requested is within Corellium's possession, custody, and/or control and not in Apple's possession, custody and/or control to have merit.

4. Corellium's Motion is GRANTED IN PART as to Requests for Admission 4, 7, 9, 91, 94, 169, 173-179, 186, and 196. On or before **February 24, 2020**, Apple shall file amended responses to those Requests for Admission that make Apple's response clearer, as discussed in open court.

5. Corellium's Motion is GRANTED IN PART as all other Requests for Admission for which Apple objected on the basis that the Requests were vague and/or ambiguous. At the February 13, 2020 hearing, the parties represented that Apple asserted that objection to approximately 70 Requests for Admission. On or before **February 24,**

**2020**, Apple shall file amended responses to those Requests for Admission that make Apple's response clearer, as discussed in open court.

6. Finally, the parties resolved their dispute regarding several other Requests for Admission on their own. Per their agreement, on or before **February 24, 2020**, Apple shall file amended responses to certain Requests for Admission. Apple shall also add language to the amended responses stating that it has completed a reasonable inquiry.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 14th day of February, 2020.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE