UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 19-81160-CV-Smith/Matthewman

APPLE INC.,

    Plaintiff,

vs.

CORELLIUM, LLC,

    Defendant.
_____/



FILED BY _____ D.C.

FEB 14 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING IN PART AND DENYING IN PART CORELLIUM'S MOTION FOR PROTECTIVE ORDER [DEs 81, 150-1]

THIS CAUSE is before the Court upon Defendant, Corellium, LLC's ("Corellium") Motion for Protective Order ("Motion") [DEs 81, 150-1[1]]. This matter was referred to the undersigned by United States District Judge Rodney Smith. *See* DE 32. Plaintiff, Apple Inc. ("Apple") has filed a response [DEs 108, 110[2]] to the Motion, and Corellium has filed a reply [DE 114]. The Court held a hearing on the Motion on February 12, 2020, and February 13, 2020.

The Court incorporates its Preliminary Statement Regarding Discovery Problems in This Case contained in its prior Order at DE 144.

Because the parties resolved a portion of the dispute amongst themselves, at the time of the hearing, the only remaining discovery requests at issue were Requests for Admission 83-95 from Apple's Second Set of Requests for Admission to Defendant Corellium, LLC and Requests

---

[1] Docket Entry 150-1 is the sealed version of the response, and Docket Entry 81 is the public version of the response.
[2] Docket Entry 110 is the sealed version of the response, and Docket Entry 108 is the public version of the response.

1

for Production 88-89 from Apple's Second Set of Requests for Production of Documents to Defendant Corellium, LLC. *See* DE 140.

Upon careful review of Corellium's Motion [DEs 81, 150-1], Apple's response [DEs 108, 110], Corellium's reply [DE 114], counsel's argument at the February 12, 2020, and February 13, 2020 discovery hearing, the relevancy and proportionality requirements of Rule 26(b)(1), and the entire docket in this case, and as stated in open court, it is hereby **ORDERED** as follows:

1. Corellium's Motion for Protective Order [DE 81] is **GRANTED IN PART AND DENIED IN PART**.

2. On February 12, 2020, the parties agreed to a stipulation regarding Chris Wade which limited this discovery dispute. The parties can address at the February 27, 2020 hearing whether or not the stipulation needs to be filed with the Court.

3. The parties agree that the dispute as to Request for Production 89 from Apple's Second Set of Requests for Production of Documents to Defendant Corellium, LLC, is resolved in light of the stipulation and that the dispute as to Requests for Admission 83-95 from Apple's Second Set of Requests for Admission to Defendant Corellium, LLC, is resolved in light of the stipulation.

4. With regard to Request for Production 88 from Apple's Second Set of Requests for Production of Documents to Defendant Corellium, LLC, on or before **February 24, 2020**, Corellium shall file an amended response and produce all documents related to any contract, arrangement, agreement, or informal understanding between Corellium and the United States Government relating to or concerning the sale, commercialization, or use of the Corellium Apple Product as defined on the record at

the February 12, 2020 hearing[3].

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 14th day of February, 2020.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[3] Corellium defined the Corellium Apple Product as including only those components of the Corellium Platform that are responsible for handling iOS.