UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.



FILED BY \_\_\_\_\_ D.C.

FEB 14 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### ORDER GRANTING IN PART AND DENYING IN PART CORELLIUM'S MOTIONS TO SEAL [DES 78, 113] AND REQUIRING THE PARTIES TO REVIEW THE SEALED MATERIALS ON THE DOCKET AND PROPOSE TO THE COURT WHAT PREVIOUSLY SEALED MATERIALS SHOULD BE FULLY OR PARTIALLY UNSEALED

**THIS CAUSE** comes before the Court on Defendant Corellium LLC's Motion to File Corellium's Motion ("Corellium") for Protective Order Under Seal [DE 78] and Corellium's Motion to File Corellium's Reply to Apple's Response to Corellium's Motion for Protective Order under Seal [DE 113] (collectively, the "Motions"). These matters were referred to the undersigned by United States District Judge Rodney Smith. *See* DE 32. Plaintiff, Apple Inc. ("Apple") has filed responses [DEs 85, 123] to the Motions. The Court held a hearing on the Motions on February 12, 2020, and February 13, 2020.

First, the Court notes, as it did on the record at the February 12-13, 2020 hearing, that the parties are seeking to seal too much material. The Court will not allow unnecessary sealing of any portions of the record.

Upon careful review of Corellium's Motions [DEs 78, 113], Apple's responses [DEs 85, 123], counsel's argument at the February 12, 2020, and February 13, 2020 discovery hearing, and the entire docket in this case, it is hereby **ORDERED** as follows:

1. Corellium's Motion to File Corellium's Motion for Protective Order Under Seal [DE 78] and Corellium's Motion to File Corellium's Reply to Apple's Response to Corellium's Motion for Protective Order under Seal [DE 113] are both **GRANTED IN PART AND DENIED IN PART**.

2. The Motions are granted in part. Corellium is given leave to file its Motion for Protective Order and its Reply to Apple's Response to Corellium's Motion for Protective Order under seal, subject to a redacted motion and reply being filed on the public record. The sealed materials shall remain under seal until further Court order. The Court may consider unsealing some or all of the documents in the future.

3. The Motions are also denied in part. On February 13, 2020, the Court directed Corellium in open court to file a public, redacted version of the Motion for Protective Order, which Corellium did file on February 24, 2020, but as an exhibit to Notice of Filing rather than as a motion. [DE 150]. Corellium is directed to file a redacted, public version of the motion as an actual motion (and not as an exhibit to a Notice of Filing) on or before **February 21, 2020**, so that the docket is complete.

4. In the future, the Court does not expect to see motions to seal entire motions, responses or replies unless justified under the Local Rules and federal law. The parties are required to file a public, redacted version of any motion or other paper they also want to file under seal unless the filing party can legally and factually justify why every single sentence of the motion or other paper must be sealed. The public, redacted version of the motion should be filed as an actual motion and not as an exhibit to a Notice of Filing.

5. Additionally, in open court on February 13, 2020, at the Court's instruction, counsel

for both parties represented that they will review all of the previously sealed materials in this case and propose to the Court whether some or all of the previously sealed materials can be unsealed. The parties shall report back to the Court at the February 27, 2020 hearing as to their position on whether any previously sealed materials can be unsealed in whole or in part. The Court will make the final decision as to any proposed sealing or unsealing.

6. Finally, Corellium's Motion to Compel Plaintiff to Provide Proper Responses to Defendant's First Request for Admissions [DE 100] was filed entirely under seal. Corellium is directed to file a redacted, public version of the motion on or before **February 21, 2020**, so that the docket is complete. The Court will review the redacted version to determine if the redactions are appropriate.

**DONE AND ORDERED** this 14th of February, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE