UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.



## ORDER REQUIRING THE PARTIES TO FILE A JOINT DISCOVERY NOTICE

**THIS CAUSE** comes before the Court *sua sponte*. As stated in open court on February 12, 2020, and February 13, 2020, a further discovery hearing will be held in this case on Thursday, February 27, 2020, at 10:00 a.m. in Courtroom 6, Third Floor, of the United States District Courthouse located at 701 Clematis Street, West Palm Beach, Florida.

In advance of the scheduled hearing, the Court directs that counsel for both Apple Inc. and Corellium, LLC, shall further confer, either in person or by telephone, in good faith and for as long as necessary to attempt to agree on any remaining discovery disputes. On or before noon on February 26, 2020, the parties shall then file a concise Joint Notice advising of the parties' progress in this regard. If any discovery disputes remain, the parties should list them and provide their brief positions on each issue.

**DONE AND ORDERED** this 14th of February, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE