UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

## PROPOSED ORDER GRANTING JOINT MOTION TO ADD DATES TO SCHEDULE

**THIS MATTER** is before the Court on the parties' Joint Motion to Add Dates to Schedule [DE ___]. The Court has considered the motion and the pertinent portions of the record.

Accordingly, it is hereby ORDERED AND ADJUDGED that the Motion is **GRANTED**.

The parties shall adhere to the following amended pretrial schedule:

| | | |
|---|---|---|
| 1. | The parties shall exchange expert witness summaries or reports | 03/03/2020 |
| 2. | The parties shall exchange rebuttal expert witness summaries or reports | 04/03/2020 |
| 3. | Apple shall serve any supplemental expert witness reports<br><br>Apple may serve a supplemental expert witness report only if Corellium produces additional documents after February 24, 2020 pursuant to a broader definition of the "Corellium Apple Product." | Ten (10) days after Corellium produces additional documents |
| 4. | Corellium shall serve any supplemental rebuttal expert witness reports<br><br>Corellium may serve a supplemental rebuttal expert witness report only if Apple serves a supplemental expert witness report due to the production of additional documents addressing a broader definition of the "Corellium Apple Product." | **The earlier of**: ten (10) days after service of Apple's supplemental expert report **or** 04/10/2020 |

| | |
|---|---|
| 5. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | 04/06/2020 |
| 6. Fact discovery shall be completed by | 04/20/2020 |
| 7. Expert discovery shall be completed by | 04/20/2020 |
| 8. Dispositive motions, including summary judgment and *Daubert*, shall be filed by | 05/11/2020 |
| 9. Deposition designations and counter designations shall be filed by<br><br>The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with the deadline and the meet and confer may result in objections being stricken or other appropriate sanctions. | 08/17/2020 |
| 10. All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by<br><br>All motions *in limine* and the responses shall be limited to one page per issue. | 08/17/2020 |
| 11. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by<br><br>When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction. | 09/11/2020 |

## NOTICE OF SETTLEMENT

If the parties settle this matter before trial, the parties must notify the Court no later than 3 p.m. on the Friday before trial is set to commence in order to avoid paying the costs of the jury. If the parties do not notify the Court of settlement by that time, the parties shall jointly reimburse the Court for the cost of the jury.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this ___ of February, 2020.

                                                        _____
                                                        **RODNEY SMITH**
                                                        **United States District Judge**