# EXHIBIT B

**Apple Leadership**

## Executive Profiles



**Tim Cook**
CEO



**Katherine Adams**
Senior Vice President and
General Counsel



**Eddy Cue**
Senior Vice President
Internet Software and
Services



**Craig Federighi**
Senior Vice President
Software Engineering



**John Giannandrea**
Senior Vice President
Machine Learning and
AI Strategy



**Sabih Khan**
Senior Vice President
Operations



**Luca Maestri**
Senior Vice President and
Chief Financial Officer



**Deirdre O'Brien**
Senior Vice President
Retail + People



**Dan Riccio**
Senior Vice President
Hardware Engineering



**Philip W. Schiller**
Senior Vice President
Worldwide Marketing



**Johny Srouji**
Senior Vice President
Hardware Technologies



**Jeff Williams**
Chief Operating Officer



**Lisa Jackson**
Vice President
Environment, Policy and
Social Initiatives



**Isabel Ge Mahe**
Vice President and Managing
Director of Greater China



**Tor Myhren**
Vice President
Marketing Communications



**Adrian Perica**
Vice President
Corporate Development

## Board of Directors

**Arthur D. Levinson, Ph.D.**
Chairman of the Board, Apple
Former Chairman and CEO
Genentech

**James A. Bell**
Former CFO and Corporate
President
The Boeing Company

**Tim Cook**
CEO
Apple

**Albert Gore Jr.** ↗
Former Vice President of
the United States

**Andrea Jung** ↗
President and CEO
Grameen America, Inc.

**Ronald D. Sugar, Ph.D.**
Former Chairman and CEO
Northrop Grumman

**Susan L. Wagner**
Co-Founder and Director
BlackRock

### Apple Media Helpline

(408) 974-2042
media.help@apple.com