# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

APPLE INC.,

    *Plaintiff*,

v().                                                                CASE NO. 9:19-cv-81160-RS

CORELLIUM, LLC,

    *Defendant*.

## CORELLIUM, LLC'S RULE 26(a)(1) INITIAL DISCLOSURES

Defendant Corellium, LLC ("Corellium") submits the following disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule for the Southern District of Florida, Rule 26.1(b).

These disclosures are based upon information presently available and known to Corellium and represent a good faith effort to identify information Corellium reasonably believes is relevant to this lawsuit.  Corellium, by making these disclosures, is not representing that it is identifying every possible witness, document, data compilation, or tangible thing that it may use to support its claims or defenses in this action.  Because Corellium's investigation is ongoing, it makes these disclosures without prejudice to its rights under the Federal Rules of Civil Procedure, the Local Rules for the Southern District of Florida, and/or the Court's Orders to: (i) further modify or supplement these disclosures; (ii) identify and introduce additional witnesses, documents, data compilations, tangible things, and/or other evidence of any kind; and/or (iii) present testimony by disclosed witnesses on additional and/or different topics.

In making these disclosures, Corellium also does not waive and expressly reserves its right to object to the examination of any witness and/or the production and/or admission of any

document, data compilation, or tangible thing, including without limitation on the basis of the attorney-client privilege, the work product doctrine, relevancy, undue burden, hearsay, and/or any other applicable privilege, protection, or objection.

## I.     Rule 26(a)(1)(A)(i) Disclosures

The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

**RESPONSE:**

Subject to and without waiving the above qualifications, pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), Corellium identifies the following individuals as likely to have discoverable information that Corellium may use to support its claims or defenses in this action, other than solely for impeachment. All Corellium employees should be contacted through Corellium's attorneys at Norton Rose Fulbright US LLP (214-855-8000) or Berger Singerman LLP (954-525-9900).

| Person | Subject of Discoverable Information |
|---|---|
| **Larry Brown**<br><br>Former General Counsel, Corellium<br><br>*Contact through counsel for Corellium only.* | Corellium's defenses to Apple's claims, including information relating to the alleged copyright infringement;<br>Corellium's business and operations;<br>Corellium's pricing and contracts. |
| **Stephen Dyer**<br>1301 N. Congress Ave. Suite 410<br>Boynton Beach, FL 33426<br><br>Vice President of Sales and Business Development, Corellium<br><br>*Contact through counsel for Corellium only.* | Corellium's defenses to Apple's claims, including information relating to the alleged copyright infringement;<br>Corellium's use and testing of Corellium software;<br>Corellium's business and operations;<br>Corellium's pricing and contracts;<br>Corellium's business purpose, customers, potential customers, and sales. |

| | |
|---|---|
| **Amanda Gorton**<br>1301 N. Congress Ave. Suite 410<br>Boynton Beach, FL 33426<br><br>Chief Executive Officer &<br>Co-Founder, Corellium<br><br>*Contact through counsel for Corellium only.* | Corellium's defenses to Apple's claims, including information relating to the alleged copyright infringement;<br>Corellium's negotiations with Apple in respect of potential acquisition by Apple;<br>Corellium's use and testing of Corellium software;<br>Corellium's founders' meetings and discussion with Apple's corporate representatives in respect of Corellium's software;<br>Apple's prior attempts to purchase companies formed by Ms. Gorton;<br>Corellium's finances;<br>Corellium's business and operations;<br>Corellium's pricing and contracts;<br>Corellium's business purpose, customers, potential customers, and sales. |
| **Alexander Hude**<br><br>Principal Engineer, Corellium<br><br>*Contact through counsel for Corellium only.* | Corellium's defenses to Apple's claims, including information relating to the alleged copyright infringement;<br>Corellium's software code;<br>Corellium's research and development;<br>Corellium's use and testing of Corellium software. |
| **Stanislaw Skowronek**<br>1301 N. Congress Ave. Suite 410<br>Boynton Beach, FL 33426<br><br>Chief Architect & Co-Founder, Corellium<br><br>*Contact through counsel for Corellium only.* | Corellium's defenses to Apple's claims, including information relating to the alleged copyright infringement; Corellium's negotiations with Apple in respect of potential acquisition by Apple;<br>Corellium's use and testing of Corellium software;<br>Corellium's founders' meetings and discussion with Apple's corporate representatives in respect of Corellium's software;<br>Corellium's development of Corellium's software;<br>Corellium's software code;<br>Corellium's product and services portfolio;<br>Corellium's research and development;<br>Corellium's use and testing of Corellium software;<br>Corellium's business purpose, customers, and potential customers. |
| **Christopher Wade**<br>1301 N. Congress Ave. Suite 410<br>Boynton Beach, FL 33426<br><br>Chief Technical Officer &<br>Co-Founder, Corellium<br><br>*Contact through counsel for Corellium only.* | Corellium's defenses to Apple's claims, including information relating to the alleged copyright infringement;<br>Corellium's development of Corellium's software;<br>Corellium's software code;<br>Corellium's product and services portfolio;<br>Corellium's research and development;<br>Corellium's competitors' virtualization software; |

| | | |
|---|---|---|
| | | Corellium's negotiations with Apple in respect of potential acquisition by Apple; <br> Corellium's use and testing of Corellium software; <br> Corellium's founders' meetings and discussion with Apple's corporate representatives in respect of Corellium's software; <br> Apple's payments/non-payment of bug bounty submissions; <br> Apple's prior attempts to purchase companies formed by Mr. Wade; <br> Corellium's business purpose, customers, potential customers, and sales. |
| | **David Wang** <br> 1301 N. Congress Ave. Suite 410 <br> Boynton Beach, FL 33426 <br><br> Chief of Platform & Co-Founder, Corellium <br><br> *Contact through counsel for Corellium only.* | Corellium's defenses to Apple's claims, including information relating to the alleged copyright infringement; <br> Corellium's founders' meetings and discussion with Apple's corporate representatives in respect of Corellium's software; <br> Corellium's negotiations with Apple in respect of potential acquisition by Apple; <br> Corellium's development of Corellium's software; <br> Corellium's software code; <br> Corellium's product and services portfolio; <br> Corellium's research and development; <br> Corellium's use and testing of Corellium software; <br> Corellium's business purpose, customers, potential customers, and sales. |
| **Plaintiff/Plaintiff's Employees** | | |
| | **Jon Andrews** <br> One Apple Park Way <br> Cupertino, CA 95014 | Corellium's defenses to Apple's claims, including Apple's consent, authorization, encouragement, and acknowledgment of Corellium's business purpose, software, uses and potential uses, bugs submitted by Christopher Wade and/or Corellium, and Apple's potential acquisition of Corellium. |
| | **Chris Betz** <br> One Apple Park Way <br> Cupertino, CA 95014 | Corellium's defenses to Apple's claims, including Apple's consent, authorization, encouragement, and acknowledgment of Corellium's business purpose, software, uses and potential uses, bugs submitted by Christopher Wade and/or Corellium, and Apple's potential acquisition of Corellium. |
| | **Craig Federighi** <br> One Apple Park Way <br> Cupertino, CA 95014 | Corellium's defenses to Apple's claims, including Apple's consent, authorization, encouragement, and acknowledgment of Corellium's business purpose, software, uses and potential uses, bugs submitted by |

| | |
|---|---|
| | Christopher Wade and/or Corellium, and Apple's potential acquisition of Corellium. |
| **Jacques Fortier**<br>One Apple Park Way<br>Cupertino, CA 95014 | Corellium's defenses to Apple's claims, including Apple's consent, authorization, encouragement, and acknowledgment of Corellium's business purpose, software, uses and potential uses, bugs submitted by Christopher Wade and/or Corellium, and Apple's potential acquisition of Corellium. |
| **Ivan Krstic**<br>One Apple Park Way<br>Cupertino, CA 95014 | Corellium's defenses to Apple's claims, including Apple's consent, authorization, encouragement, and acknowledgment of Corellium's business purpose, software, uses and potential uses, bugs submitted by Christopher Wade and/or Corellium, and Apple's potential acquisition of Corellium. |
| **Sebastien Merineau**<br>One Apple Park Way<br>Cupertino, CA 95014 | Corellium's defenses to Apple's claims, including Apple's consent, authorization, encouragement, and acknowledgment of Corellium's business purpose, software, uses and potential uses, bugs submitted by Christopher Wade and/or Corellium, and Apple's potential acquisition of Corellium. |
| **Jason Shirk**<br>One Apple Park Way<br>Cupertino, CA 95014 | Corellium's defenses to Apple's claims, including Apple's consent, authorization, encouragement, and acknowledgment of Corellium's business purpose, software, uses and potential uses, bugs submitted by Christopher Wade and/or Corellium, and Apple's potential acquisition of Corellium. |
| **Steve Smith**<br>One Apple Park Way<br>Cupertino, CA 95014 | Corellium's defenses to Apple's claims, including Apple's consent, authorization, encouragement, and acknowledgment of Corellium's business purpose, software, uses and potential uses, bugs submitted by Christopher Wade and/or Corellium, and Apple's potential acquisition of Corellium. |

Corellium reserves the right to call these and other witnesses to testify regarding any matter relevant to this action.

## II. Rule 26(a)(1)(A)(ii) Disclosures

A copy or a description by category and location of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

**RESPONSE:**

Subject to and without waiving the above qualifications, pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), Corellium states that the following location contains documents, electronically-stored information, data compilations, and tangible things in the possession, custody, or control of Corellium that Corellium may use to support its claims or defenses in this action, other than documents it may use solely for impeachment.

| Location | Description of Documents |
|---|---|
| Corellium, LLC<br>1301 N. Congress Ave.<br>Suite 410<br>Boynton Beach, FL 33426 | Documents relating to Apple's claims against Corellium and Corellium's defenses to the claims, including the following categories of documents:<br><br>1. Documents or data regarding Corellium's code.<br><br>2. Documents or data regarding communications with Apple regarding the prospective acquisition of Corellium by Apple, Apple's knowledge of and access to Corellium's software and/or underlying software and firmware; meetings with Apple representatives; disclosure of bugs and bug-related write-ups to Apple; participation in the bug bounty program; Corellium's reliance on Apple's statements;<br><br>3. Documents or data regarding Corellium's sales of its iOS module.<br><br>4. Documents or data regarding communications with purchasers and potential purchasers of Corellium's software.<br><br>5. Documents or data regarding the functionality and operation of Corellium's products. |

| Apple Inc.<br>One Apple Park Way<br>Cupertino, CA 95014 | Documents relating to Corellium's defenses to Apple's claims. |
|---|---|
| TBD | Documents or data regarding the design, functionality and operation of virtualization software and/or products offered by third parties. |

Corellium reserves the right to supplement this disclosure through discovery. In addition, Corellium expects to rely upon documents and other tangible things in the possessions, custody or control of Apple, Inc., and/or other third parties. Investigation continues.

### III.    Rule 26(a)(1)(A)(iii) Disclosures

A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE:**

Pursuant to Rule 26(a)(1)(A)(iii) of the Federal Rules of Civil Procedure, Corellium seeks all damages caused by Apple Inc.'s unlawful conduct, including unclean hands, including but not limited the fees, costs, and expenses Corellium has incurred and will incur, to defend against the claims in Apple Inc.'s Complaint. Corellium reserves the right to amend this disclosure as additional damages are identified and incurred.

### IV.    Rule 26(a)(1)(A)(iv) Disclosures

For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

Subject to and without waiving the above qualifications, and pursuant to Rule 26(a)(1)(A)(iv), Corellium states that it will make available for inspection and copying the following relevant insurance agreement: First Community Insurance Company, Business Owners Policy, Policy No. 09 0005813592 6 00.

Date: September 11, 2019

Respectfully submitted,

By: /s/ *Gavin C. Gaukroger*
Gavin C. Gaukroger
Florida Bar No. 76489
Geoffrey A. Lottenberg
Florida Bar No. 56240
ggaukroger@bergersingerman.com
glottenberg@bergersingerman.com
drt@bergersingerman.com
BERGER SINGERMAN LLP
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Telephone: (954) 525-9900
Facsimile: (954) 523-2872

NORTON ROSE FULBRIGHT US LLP
Brett C. Govett (*pro hac vice anticipated*)
Texas Bar No. 08235900
brett.govett@nortonrosefulbright.com
Robert L. Greeson (*pro hac vice anticipated*)
Texas Bar No. 24045979
robert.greeson@nortonrosefulbright.com
Norton Rose Fulbright US LLP
2200 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

**ATTORNEYS FOR DEFENDANT, CORELLIUM, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2019, a true and correct copy of the foregoing was served via email on the following:

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff, Apple Inc.*

                                                  */s/ Gavin C. Gaukroger*
                                                    Gavin C. Gaukroger

9314722-1