# EXHIBIT F

| | |
|---|---|
| **From:** | Lizza C. Constantine <Lizza.Constantine@csklegal.com> |
| **Sent:** | Wednesday, February 5, 2020 8:32 AM |
| **To:** | Nightingale Dawson, Elana (DC); Stebbins Bina, Jessica (CC) |
| **Cc:** | brett.govett@nortonrosefulbright.com; jackie.baker@nortonrosefulbright.com; Justin B. Levine; robert.greeson@nortonrosefulbright.com; Jonathan Vine; Michael Boehringer; epincow@lashgoldberg.com; mgoldberg@lashgoldberg.com; Gass, Andrew (Bay Area); Stebbins Bina, Jessica (CC); Damle, Sy (DC); Donna Scott |
| **Subject:** | RE: Apple v. Corellium, 9:19-cv-81160 - Service of Deposition Notices |
| **Attachments:** | Notice of Deposition - Jason Shirk.pdf; Notice of Deposition - Craig Federighi.pdf |

Elana,

Enclosed you will find updated notices of deposition for Mr. Shirk and Mr. Federighi. Mr. Shirk's deposition has been moved to March 23 and a correction was made to Mr. Federighi's name. We will move forward with Mr. Federighi's deposition on March 3.

Please provide the address in Seattle where Mr. Shirk will be available for his deposition on March 23.

Best Regards,



*The Florida Law Firm*

**www.csklegal.com**

**Lizza C. Constantine**
*Associate*
Tel: 561-612-3476 | Fax: 561-683-8977
**Lizza.Constantine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

---

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Tuesday, February 4, 2020 10:29 PM
**To:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jessica.StebbinsBina@lw.com
**Cc:** brett.govett@nortonrosefulbright.com; jackie.baker@nortonrosefulbright.com; Justin B. Levine <Justin.Levine@csklegal.com>; robert.greeson@nortonrosefulbright.com; Jonathan Vine <Jonathan.Vine@csklegal.com>; Michael Boehringer <Michael.Boehringer@csklegal.com>; epincow@lashgoldberg.com; mgoldberg@lashgoldberg.com; Andrew.Gass@lw.com; Jessica.StebbinsBina@lw.com; Sy.Damle@lw.com
**Subject:** RE: Apple v. Corellium, 9:19-cv-81160 - Service of Deposition Notices

Lizza,

As I noted in my second email earlier today regarding deposition availability, Mr. Shirk is not available on March 19, but he is available on March 23. In addition, as we previously conveyed, we are continuing to work to identify available dates in March for Mr. Krstić and Mr. Andrews, and we continue to believe that Mr. Federighi does not have unique knowledge and should be deferred pending the completion of the other noticed depositions.

Best,
Elana


**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Tel: 202-637-2303 | Fax: 202-637-2201

**From:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>
**Sent:** Tuesday, February 4, 2020 10:14 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>
**Cc:** brett.govett@nortonrosefulbright.com; jackie.baker@nortonrosefulbright.com; Justin B. Levine <Justin.Levine@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; robert.greeson@nortonrosefulbright.com; Jonathan Vine <Jonathan.Vine@csklegal.com>; Michael Boehringer <Michael.Boehringer@csklegal.com>; epincow@lashgoldberg.com; mgoldberg@lashgoldberg.com; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Damle, Sy (DC) <Sy.Damle@lw.com>
**Subject:** Apple v. Corellium, 9:19-cv-81160 - Service of Deposition Notices

Counsel,

Please see attached deposition notices for the following individuals:

-Jason Shirk
-Craig Fererigui
-Ivan Krstic
-Steve Smith
-Jon Andrews

Additionally, enclosed you will find an updated 30(b)(6) notice pursuant to the Parties' last conferral.

Best Regards,



**Lizza C. Constantine**
*Associate*
Tel: 561-612-3476 | Fax: 561-683-8977
Lizza.Constantine@csklegal.com

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

☐  ☐  ☐  ☐

**Confidentiality Notice:** This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.