# EXHIBIT G

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

     Plaintiff,

v.

CORELLIUM, LLC,

     Defendant.

_____/

## NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that the undersigned attorneys will take the deposition of:

| | |
|---|---|
| **Name:** | **Craig Federighi** |
| **Date:** | **March 3, 2020** |
| **Time:** | **10:00 a.m.** |
| **Place of Taking:** | **Latham & Watkins, LLP**<br>**140 Scott Drive**<br>**Menlo Park, CA 94025** |

upon oral examination for purpose of discovery or use as evidence in this action, and at trial or for such other purposes as authorized under applicable statutes and/or the Federal Rules of Civil Procedure 30, before a Notary Public, or before some other officer authorized by law to administer oaths, who is not a relative, employee, attorney, or counsel of any of the parties, or a relative, or employee of such attorney or counsel, or financially interested in the action, and pursuant to adjournments, if any, by said office until said testimony shall be completed.  If the deposition is not completed on the date set out above, the taking of the deposition will continue from day to day thereafter until completed.

CASE NO.: 9:19-CV-81160-RS

Dated: February 4, 2020.                    Respectfully submitted,


By:   s/ Lizza C. Constantine
      JONATHAN VINE
      Florida Bar No.: 10966
      JUSTIN LEVINE
      Florida Bar No.:  106463
      LIZZA CONSTANTINE
      Florida Bar No.: 1002945

      COLE, SCOTT & KISSANE, P.A.
      *Counsel for Defendant*
      Esperante Building
      222 Lakeview Avenue, Suite 120
      West Palm Beach, Florida 33401
      Telephone (561) 383-9222
      Facsimile (561) 683-8977
      E-mail: jonathan.vine@csklegal.com
      E-mail: justin.levine@csklegal.com
      E-mail: lizza.constantine@csklegal.com


      *and*

      NORTON ROSE FULBRIGHT
      *Counsel for Defendant*
      2200 Ross Ave.
      Dallas, Texas 75201
      Telephone (214) 855-8000
      Facsimile (214) 855-8200
      Brett Govett, *Pro hac vice*
      E-mail: brett.govett@nortonrosefulbright.com
      Robert Greeson, *Pro hac vice*
      E-mail: robert.greeson@ nortonrosefulbright.com
      Jackie Baker, *Pro hac vice*
      E-mail: jackie.baker@nortonrosefulbright.com

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

## <u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that on February 4, 2020, the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

## <u>SERVICE LIST</u>

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com

CASE NO.: 9:19-CV-81160-RS

LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*