# EXHIBIT H

| | |
|---|---|
| **From:** | Lizza C. Constantine <Lizza.Constantine@csklegal.com> |
| **Sent:** | Wednesday, February 5, 2020 3:32 PM |
| **To:** | Nightingale Dawson, Elana (DC); Stebbins Bina, Jessica (CC) |
| **Cc:** | brett.govett@nortonrosefulbright.com; jackie.baker@nortonrosefulbright.com; Justin B. Levine; robert.greeson@nortonrosefulbright.com; Jonathan Vine; Michael Boehringer; epincow@lashgoldberg.com; mgoldberg@lashgoldberg.com; Gass, Andrew (Bay Area); Stebbins Bina, Jessica (CC); Damle, Sy (DC) |
| **Subject:** | Apple, Inc. vs. Corellium, LLC - Subpoenas and Deposition Notices |
| **Attachments:** | Notice of Deposition - Chris Betz.pdf; Notice of Deposition - Jason Shirk.pdf; Subpoena - Steve Smith.pdf; Subpoena - Jon Andrews.pdf; Subpoena - Ivan Krstic.pdf; Subpoena - Jason Shirk.pdf; Subpoena - Craig Federighi.pdf |

Counsel,

Please advise if you will accept service for the following individuals (subpoenas attached):

-Craig Federighi
-Jason Shirk
-Ivan Krstic
-Jon Andrews
-Steve Smith

Additionally, please see attached updated notice of deposition for Jason Shirk (updating place of deposition) and a notice of deposition for Chris Betz.

Best Regards,



*The Florida Law Firm*

**www.csklegal.com**

**Lizza C. Constantine**
*Associate*
Tel: 561-612-3476 | Fax: 561-683-8977
**Lizza.Constantine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

**Confidentiality Notice:** This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under

applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.