# EXHIBIT M

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

### NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that the undersigned attorney will take the 30(b)(6) deposition, of the following person/entity:

| DEPONENT | DATE | TIME | LOCATION |
|---|---|---|---|
| APPLE INC's designated corporate representative pursuant to Fed. R. Civ. P. 30(b)(6) with knowledge of the areas of inquiry reflected in **Schedule "A"** attached hereto. | March 5, 2019 | 10:00 a.m. | **Latham & Watkins, LLP**<br>140 Scott Drive<br>Menlo Park, CA 94025 |

upon oral examination for purpose of discovery or use as evidence in this action, and at trial or for such other purposes as authorized under applicable statutes and/or the Federal Rules of Civil Procedure, before a Notary Public, or before some other officer authorized by law to administer oaths, who is not a relative, employee, attorney, or counsel of any of the parties, or a relative, or employee of such attorney or counsel, or financially interested in the action, and pursuant to

adjournments, if any, by said office until said testimony shall be completed. You are hereby notified to be present at the time and place stated above.

Dated: February 4, 2020.                                          Respectfully submitted,

                                            By:   s/ *Lizza C. Constantine*
                                                  JONATHAN VINE
                                                  Florida Bar No.: 10966
                                                  JUSTIN LEVINE
                                                  Florida Bar No.: 106463
                                                  LIZZA CONSTANTINE
                                                  Florida Bar No.: 1002945

                                                  COLE, SCOTT & KISSANE, P.A.
                                                  *Counsel for Defendant*
                                                  Esperante Building
                                                  222 Lakeview Avenue, Suite 120
                                                  West Palm Beach, Florida 33401
                                                  Telephone (561) 383-9222
                                                  Facsimile (561) 683-8977
                                                  E-mail: jonathan.vine@csklegal.com
                                                  E-mail: justin.levine@csklegal.com
                                                  E-mail: lizza.constantine@csklegal.com

*and*

NORTON ROSE FULBRIGHT
*Counsel for Defendant*
2200 Ross Ave.
Dallas, Texas 75201
Telephone (214) 855-8000
Facsimile (214) 855-8200
Brett Govett, *Pro hac vice*
E-mail: brett.govett@nortonrosefulbright.com
Robert Greeson, *Pro hac vice*
E-mail: robert.greeson@ nortonrosefulbright.com
Jackie Baker, *Pro hac vice*
E-mail: jackie.baker@nortonrosefulbright.com

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on February 4, 2020, the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com

Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*

## SCHEDULE "A"
## AREAS OF INQUIRY

The designated witness(es) of Plaintiff APPLE INC. ("Apple"), shall be prepared to testify regarding the following:

1. All legal and factual positions, arguments, and averments set forth by Apple in the Amended Complaint [D.E. 56].

2. Corellium's facts and claims asserted in its Answer to the Amended Complaint, Affirmative Defenses and Counterclaim [D.E. 64].

3. Apple's knowledge of Corellium and Corellium's product and services.

4. Apple's communications with Corellium and Corellium's employees.

5. Apple's license policies and practices relating to its copyrights.

6. Apple's effort to protect and/or enforce its copyright against Corellium.

7. Apple's consideration of acquiring Corellium, including the entering of a non-disclosure agreement, demonstrations and meetings with Corellium, Apple's valuation of Corellium's products and services.

8. Apple's communications with Christopher Wade regarding Corellium, Virtual LLC and iEmu.

9. Apple's knowledge of Christopher Wade and technologies he has developed including Corellium, Virtual LLC and iEmu.

10. Apple's knowledge of third-party companies that provide iOS emulation and/or virtualization products and services.

11. Apple's knowledge of websites that allow for the downloading of the iOS.

12. Apple's Bug Bounty Program.

13. The use of Dev-Fused iPhones and/or jailbroken iOS Devices to perform security testing and research.

14. Apple's virtualization or emulation products.

15. Apple's damages, whether statutory, actual, or other, and the composition thereof and that pertain sought in this action against Corellium.

16. All documents and/or materials produced by Apple in this action.