UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

       Plaintiff,

v.

CORELLIUM, LLC,

       Defendant.

## PROPOSED ORDER GRANTING MOTION FOR PROTECTIVE ORDER

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee ("Motion"). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.

The deposition of Craig Federighi noticed for March 3, 2020 shall not proceed.

**DONE AND ORDERED** this __ of February, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                              **WILLIAM MATTHEWMAN**
                                              **UNITED STATES MAGISTRATE JUDGE**