UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

**MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Gabriel S. Gross of the law firm of Latham & Watkins LLP, 140 Scott Drive, Menlo Park, California 94025, (650) 463-2628, for purposes of appearance as co-counsel on behalf of Apple Inc., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Gabriel S. Gross, to receive electronic filings in this case, and in support thereof states as follows:

1. Gabriel S. Gross, is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California; the United States District Courts for the Central, Southern, and Northern Districts of California; and the United States Courts of Appeals for the Seventh Circuit and Federal Circuits.

2. Movant, Martin B. Goldberg, of the law firm of Lash & Goldberg LLP, 2500 Weston Road, Suite 220, Weston, Florida 33331, (305) 347-4040, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Mr. Goldberg consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may

readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Gabriel S. Gross's required payment of this Court's $75 admission fee will be made electronically with the filing of this Motion. A certification in accordance with Rule 4(b) is attached hereto.

4. Gabriel S. Gross, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Gabriel S. Gross at email address: gabe.gross@lw.com.

WHEREFORE, Martin B. Goldberg moves this Court to enter an Order permitting Gabriel S. Gross to appear before this Court on behalf of Apple Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Gabriel S. Gross.

Dated:  February 20, 2020

                                      **LASH & GOLDBERG LLP**

By: s/ *Martin B. Goldberg*
     Martin B. Goldberg
     Florida Bar No. 0827029
     *mgoldberg@lashgoldberg.com*
     *rdiaz@lashgoldberg.com*

     LASH & GOLDBERG LLP
     100 Southeast Second Street
     Miami, FL  33131
     (305) 347-4040 / (305) 347-4050 Fax

     *Counsel for Plaintiff Apple, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____

**CERTIFICATION OF GABRIEL S. GROSS**

Gabriel S. Gross, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of California; and (3) my payment of the required admission fee will be made with the filing of the foregoing motion.

*/s/ Gabriel S. Gross*
GABRIEL S. GROSS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2020, a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served electronically through the CM/ECF system, which will cause the following parties or counsel to be served.

/s/ *Martin B. Goldberg*
Martin B. Goldberg