**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

APPLE, INC.,

      Plaintiff,

      v.

CORELLIUM, LLC

      Defendants.

Civil Action No. 19-cv-81160

Jury Trial Demanded

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Melody L. McGowin of the law firm of Pierce Bainbridge Beck Price & Hecht LLP, 277 Park Ave 45th Floor, New York, NY 10172, tel: (212) 484-9866. for purposes of appearance as co-counsel on behalf of Defendant Corellium, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Melody L. McGowin to receive electronic filings in this case, and in support thereof states as follows:

    1.    Melody L. McGowin is not admitted to practice in the Southern District of Florida. She is a member in good standing of the Bar of the State of New York, bar number 5323704, the United States District Court for the Southern District of New York, bar number MM3437; the Eastern District of New York, MM3538, the Western District of New York, bar number not

assigned in this Court, the Eastern District of Michigan, bar number not assigned in this Court, and the Eastern District of Texas, bar number not assigned in this Court.

2.      Movant, Justin Levine, Esquire, of the law firm of Cole, Scott & Kissane, P.A., 222 Lakeview Avenue, Suite 120 West Palm Beach, Florida 33401, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Melody L. McGowin has made payment of this Court's $75 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Melody L. McGowin, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Melody L. McGowin at email address: mmcgowin@piercebainbridge.com

WHEREFORE, Justin Levine, moves this Court to enter an Order for Melody L. McGowin, to appear before this Court on behalf of Defendant Corellium, LLC for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Melody L. McGowin.

Dated: February 20, 2020                          Respectfully submitted,

                                              COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant CORELLIUM, LLC*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail: jonathan.vine@csklegal.com
Primary e-mail: justin.levine@csklegal.com
Primary e-mail: lizza.constantine@csklegal.com

By:   *s/ Justin B. Levine*
JONATHAN VINE
Florida Bar. No.: 10966
JUSTIN B. LEVINE
Florida Bar No.:  106463
LIZZA C. CONSTANTINE
Florida Bar No.:  1002945
MICHAEL A. BOEHRINGER
Florida Bar No.: 1018486

*Counsel for Defendant Corellium, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

APPLE, INC.,

     Plaintiff,

     v.

CORELLIUM, LLC

     Defendants.

Civil Action No. 19-cv-81160

<u>Jury Trial Demanded</u>

## <u>CERTIFICATION OF MELODY L. MCGOWIN</u>

Melody L. McGowin, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of the States of New York and the United States District Court for the Southern District of New York, the Eastern District of New York, the Western District of New York, the Eastern District of Michigan, and the Eastern District of Texas (3) I have not filed three or more motions for *pro hac vice* admission in the District within the last 365 days.

 

_____
Melody L. McGowin

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this February 20, 2020, a copy of the forgoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's CM/ECF system.

/s/ *Justin B. Levine*
Justin Levine