UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| APPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORELLIUM, LLC <br><br> Defendants. | Civil Action No. 19-cv-81160 <br><br> <u>Jury Trial Demanded</u> |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Yi Wen Wu of the law firm of Pierce Bainbridge Beck Price & Hecht LLP, 277 Park Ave 45th Floor, New York, NY 10172, tel: (212) 484-9866, for purposes of appearance as co-counsel on behalf of Defendant, Corellium, LLC, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Yi Wen Wu to receive electronic filings in this case, and in support thereof states as follows:

1.　　Yi Wen Wu is not admitted to practice in the Southern District of Florida.  He is a member in good standing of the Bar of the State of New York, bar number 5294475 and the United States District Courts for the Southern District of New York, bar number YW1313; the Eastern District of New York, bar number YW1313, and the Eastern District of Texas, bar number not assigned in this Court.

2.       Movant, Justin Levine, Esquire, of the law firm of Cole, Scott & Kissane, P.A., 222 Lakeview Avenue, Suite 120 West Palm Beach, Florida 33401, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.       In accordance with the local rules of this Court, Yi Wen Wu has made payment of this Court's $75 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.       Yi Wen Wu, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Yi Wen Wu at email address: wwu@piercebainbridge.com.

WHEREFORE, Justin Levine, moves this Court to enter an Order for Yi Wen Wu to appear before this Court on behalf of Defendant Corellium, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Yi Wen Wu.

Dated: February 20, 2020                                         Respectfully submitted,

                                                                COLE, SCOTT & KISSANE, P.A.
                                                                *Counsel for Defendant CORELLIUM, LLC*
                                                                Esperante Building
                                                                222 Lakeview Avenue, Suite 120

        West Palm Beach, Florida 33401
        Telephone (561) 612-3459
        Facsimile (561) 683-8977
        Primary e-mail: jonathan.vine@csklegal.com
        Primary e-mail: justin.levine@csklegal.com
        Primary e-mail: lizza.constantine@csklegal.com

By:  *s/ Justin B. Levine*
     JONATHAN VINE
     Florida Bar. No.: 10966
     JUSTIN B. LEVINE
     Florida Bar No.: 106463
     LIZZA C. CONSTANTINE
     Florida Bar No.: 1002945
     MICHAEL A. BOEHRINGER
     Florida Bar No.: 1018486

*Counsel for Defendant Corellium, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| APPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORELLIUM, LLC <br><br> Defendants. | Civil Action No. 19-cv-81160 <br><br> Jury Trial Demanded |

**CERTIFICATION OF YI WEN WU**

Yi Wen Wu, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of the State of New York and the United States District Courts for the Southern District of New York, Eastern District of New York, and Eastern District of Texas; and (3) I have not filed three or more motions for *pro hac vice* admission in the District within the last 365 days.

_____
Yi Wen Wu

CERTIFICATE OF SERVICE

I hereby certify that on this February 20, 2020, a copy of the forgoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's CM/ECF system.

/s/ Justin B. Levine
Justin Levine