UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

     Plaintiff,

v.

CORELLIUM, LLC,

     Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S MOTION FOR ENLARGEMENT
OF PAGE LIMIT FOR DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF
APPLE INC.'S MOTION FOR PROTECTIVE ORDER BARRING DEPOSITION OF
CRAIG FEDERIGHI AND INCORPORATED MEMORANDUM OF LAW**

THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), Motion for Enlargement of Page Limit For Defendant's Response In Opposition to Plaintiff Apple Inc.'s Motion for Protective Order Barring Deposition of Craig Federighi and Incorporated Memorandum of Law ("Motion") [D.E. 158]. The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. This Court enlarges Corellium's page limit for its Motion from five pages to eight.

**DONE AND ORDERED** this ___ of February, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE**