UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**ORDER ON MOTIONS TO APPEAR *PRO HAC VICE***

This cause came before the Court on Motions to Appear *Pro Hac Vice* and Requests to Electronically Receive Notices of Electronic Filing [DE 163-167]. It is

**ORDERED** that

1. The Motions are **GRANTED**. David L. Hecht, Melody L. McGowin, Maxim Price, and Yi Wen Wu are specially admitted to appear and participate *pro hac vice* on behalf of Defendant Corellium, LLC in all aspects of this case.

2. Counsel's requests to receive Notices of Electronic Filing pursuant to section 2B of CM/ECF Administrative Procedures are **GRANTED**. The Clerk shall permit the attorneys to receive Notices of Electronic Filing at the following email addresses: David L. Hecht, dhecht@piercebainbridge.com; Melody L. McGowin, mmcgowin@piercebainbridge.com; Maxim Price,

mprice@piercebainbridge.com; and Yi Wen Wu, wwu@piercebainbridge.com.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of February 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record