UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S UNOPPOSED MOTION TO FILE EXHIBIT 1 TO CORELLIUM'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER TO ANSWER INTERROGATORY AND PRODUCE DOCUMENTS**

THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), Unopposed Motion to File Exhibit 1 to Corellium's Motion for Reconsideration of the Court's Order to Answer Interrogatory and Produce Documents ("Motion"). The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. This Court finds good cause to authorize the filing under seal Exhibit 1 of Corellium's Motion.

**DONE AND ORDERED** this 21 of February, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                                         _____
                                                                         **WILLIAM MATTHEWMAN**
                                                                         **UNITED STATES MAGISTRATE JUDGE**