```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                WEST PALM BEACH DIVISION
                CASE NO. 19-81160-CIVIL-SMITH
 3

 4   APPLE, INC.,                    West Palm Beach, Florida

 5            Plaintiff,             February 12, 2020
                                          -and-
 6        vs.                        February 13, 2020

 7   CORELLIUM, LLC,

 8            Defendant.             Pages 1 to 368
     _____
 9

10                     MOTION HEARING
          BEFORE THE HONORABLE WILLIAM MATTHEWMAN,
11              UNITED STATES MAGISTRATE JUDGE
         (TRANSCRIBED FROM THE DIGITAL AUDIO RECORDING)
12
     APPEARANCES:
13

14   FOR THE PLAINTIFF:     JESSICA STEBBINS BINA, ESQ.
                            LATHAM & WATKINS, LLP
15                          10250 Constellation Boulevard
                            Suite 1100
16                          Los Angeles, California 90067

17
                            ELANA NIGHTINGALE DAWSON, ESQ.
18                          LATHAM & WATKINS, LLP
                            555 Eleventh Street, Northwest
19                          Suite 100
                            Washington, DC 20004

20

21                          EMILY PINCOW, ESQ.
                            LASH & GOLDBERG, LLP
22                          100 Southeast Second Street
                            Suite 1200
23                          Miami, Florida 33131

24

25
```

1  the record just a few moments ago.
2          MR. LEVINE:  Your Honor --
3          THE COURT:  Yes.
4          MR. LEVINE:  -- may I ask a question?
5          THE COURT:  Sure.
6          MR. LEVINE:  As far as Interrogatory 15, can Corellium
7  request that it's granted without prejudice and in that regard,
8  if Corellium can provide an affidavit or some form of record as
9  to frankly how burdensome this may be --
10         THE COURT:  Well, I mean, first of all, Corellium
11 should have already done this if it was burdensome, because
12 under -- as you know, under the rule, if something is
13 burdensomeness, it's not just enough to say, "It's
14 burdensomeness"; you have to do an affidavit.
15         What I would suggest you do in that regard:  I will
16 always reconsider any ruling that I make.  I suggest you confer
17 with opposing counsel.  I want both sides to be reasonable.  I
18 don't know what the result would be.
19         And if another motion has to be filed, you can do that.
20 I'm not saying I would grant it or not.  I would consider it if
21 there was proper conferral and if the Court felt that it was
22 fair and appropriate to do.
23         But at this point, I'm not really inclined to find
24 burdensomeness when I really have no facts supporting that --
25         MR. LEVINE:  Okay.