# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-CV-81160-RS**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

## CONFIDENTIAL DECLARATION OF AMANDA GORTON

1. I am over the age of 18, and otherwise *sui juris* in all respects. I make this declaration based upon my personal knowledge.

2. I reside at 16 E. Ocean Ave., Ocean Ridge, FL 33435.

3. I am the Chief Executive Officer of Corellium, LLC ("Corellium"), which has been named as a Defendant in the above-captioned case ("Lawsuit") as alleged in the Plaintiff Apple Inc.'s ("Apple") operative Complaint.

4. In my capacity as Chief Executive Officer of Corellium, I have in-depth knowledge as to the sale of Corellium's product to prospective customers.

5. On October 9, 2019, Apple Inc. ("Apple") served Corellium Apple's First Set of Interrogatories ("Interrogatories") as well as Apple's First Set of Requests for Production ("Requests" and collectively with Interrogatories "Discovery Requests").

6. Included in Apple's Discovery Requests are requests that pertain to potential customers of Corellium.

7. Specifically, Interrogatory No. 15 asks Corellium to "[i]dentify all Persons who have requested purchase of, license to, or any other access to, the Corellium Apple Product to whom Corellium has refused to sell, license, or give access."

8. Additionally, Request Nos. 14, 34, 35, 37, 62, 70, and 71 all seek documents relating to potential customers of Corellium.

9. Responding and answering Apple's Discovery Requests concerning Corellium's potential or denied customers would be a tremendous undertaking and completely disproportional to the case. Indeed, there are likely more than ten thousand (10,000) inquiries relative to these discovery requests.

10. Due to the fact that more than ten thousand (10,000) inquiries are likely to exist that are relative to these Discovery Requests, Corellium's potential obligation to identify such responsive documents and to answer the corresponding interrogatory will be extremely time-consuming with little, if any, benefit provided to Apple.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of February, 2020.

_____
Amanda Gorton