## EXHIBIT 17

>>>>>
>>>>> Regards,
>>>>>
>>>>> Chris Wade
>>>>>
>>>>>> On Jun 4, 2014, at 11:00 PM, Sebastien Marineau-Mes <smarineaumes@apple.com> wrote:
>>>>>>
>>>>>> Hi Chris,
>>>>>>
>>>>>> I hope you're enjoying the show!
>>>>>>
>>>>>> Wanted to follow-up after the meeting with Craig. We debriefed and believe there are a number of avenues for your technology within Apple. Steve and I would like to have a call or meeting with you before you leave the valley - when do you leave and/or are you available for a call tomorrow?
>>>>>>
>>>>>> Thanks,
>>>>>>
>>>>>> Sebastien
>>