**EXHIBIT 19**

| | |
|---|---|
| **Subject:** | apple debrief / strategy call |
| **Location:** | https://global.gotomeeting.com/join/253893157 |
| **Organizer:** | amanda@corellium.com |
| **Start time:** | Tuesday, July 24, 2018 at 3:00 PM |
| **End time:** | Tuesday, July 24, 2018 at 3:30 PM |

## Founders Strategy Call
Tue, Jul 24, 2018 3:00 PM - 3:30 PM EDT

**Please join my meeting from your computer, tablet or smartphone.**
https://global.gotomeeting.com/join/253893157

**You can also dial in using your phone.**
United States: +1 (224) 501-3412

**Access Code: 253-893-157**

First GoToMeeting? Let's do a quick system check: https://link.gotomeeting.com/system-check