# EXHIBIT 20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-CV-81160-RS**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.
_____/

### DECLARATION OF GUS PINTO IN SUPPORT OF CORELLIUM'S RESPONSE TO APPLE'S MOTION FOR PROTECTIVE ORDER

1. My name is Gus Pinto and I am over the age of 18, and otherwise *sui juris* in all respects. I make this declaration based upon my personal knowledge.

2. I am the Chief Product Officer of Bellhop.

3. Chris Wade ("Mr. Wade") approached me in spring 2018 about an opportunity to join Corellium as SVP of Engineering.

4. I recall that part of the excitement was both to work with Mr. Wade as well as the potentially imminent acquisition of Corellium by Apple.

5. At the time, Mr. Wade had recently met with Craig Federighi ("Mr. Federighi") in March, and another meeting with Mr. Federighi was scheduled for July 2018.

6. In preparation for this meeting, Mr. Wade and I developed some unique ideas to demonstrate how Corellium could help the developer community test and develop their

applications using iCloud. Mr. Wade and I created some slides for a slide deck around this concept, which we called "Swift in the Cloud."

7. I recall that Corellium already had some form of an offer or letter of intent from Apple.

8. The intent of the follow up meeting with Mr. Federighi was to help him further understand the broad value and application of Corellium's virtualization technology across multiple Apple product lines.

9. The expected outcome of the meeting was to have a higher counter valuation than what had been previously offered by Apple.

10. Immediately after the meeting, Mr. Wade called me to inform that the meeting had been extremely positive.

11. Mr. Wade conveyed to me that Mr. Federighi appeared impressed with Corellium's readiness. Mr. Wade also conveyed that they had discussed at length the ways iOS virtualization could help accelerate development, debugging and threat analysis within Apple. Two specific items that were discussed were baking the Corellium Product into the product release process and making it available as a software platform to many groups within Apple.

12. I recall the entire Corellium team felt confident that the outcome of the meeting between Apple and Corellium's leadership would lead to newly agreeable terms and help accelerate the acquisition talks.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this

24 day of February, 2020.

_____
Gus Pinto