**EXHIBIT 21**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-CV-81160-RS

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

_____/

**DECLARATION OF DAVID WANG IN SUPPORT OF CORELLIUM'S RESPONSE TO APPLE'S MOTION FOR PROTECTIVE ORDER**

1. My name is Yiduo (David) Wang and I am over the age of 18, and otherwise *sui juris* in all respects. I make this declaration based upon my personal knowledge.

2. I am a principal and the Chief of Platform of Corellium, LLC ("Corellium"), which has been named as a Defendant in the above-captioned case ("Lawsuit") as alleged in Plaintiff Apple Inc.'s ("Apple") operative Complaint.

3. In 2018, I assisted in Corellium's preparation of Chris Wade ("Mr. Wade") for Mr. Wade, on behalf of Corellium, to travel to Cupertino, CA to meet with Craig Federighi ("Mr. Federighi") one-on-one, to discuss Apple's purchase of Corellium.

4. The purpose of the meeting was to try and convince Mr. Federighi to increase his valuation of Corellium to encourage a more palatable purchase offer from Apple.

5. Part of Corellium's preparation was the development of a slide deck,[1] prepared specifically for Mr. Federighi's consideration, which discussed Corellium's technology capabilities and Corellium's value potential so that Mr. Federighi may continue his consideration to approve the purchase of Corellium.

6. The meeting occurred on July 24, 2018.

7. I recall that same day, after the meeting had concluded, that Corellium held a debrief telephone call regarding the meeting. I recall that Mr. Wade stated that he attempted to demonstrate Corellium's continued ability to improve our emulation model to Mr. Federighi and demonstrated new emulation support for features that were not present in the earlier meeting we had at Apple with Mr. Federighi present. I also recall that Mr. Wade stated that he attempted to demonstrate that there is value in the technology of Corellium to Apple rather than just Corellium's talent.

8. I recall Mr. Wade informing me that he performed a video demonstration for Mr. Federighi to show Corellium's video playback support wherein he played a video featuring Mr. Federighi from the WWDC 2018 conference. I recall Mr. Wade commenting that Mr. Federighi stated, in response to the demonstration, that he does not like to see himself on video.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this __23__ day of February, 2020.

---

[1] I did not personally assist with the development of the slide deck.

                                                                      _____
Yiduo Wang
Chief of Platform & Co-Founder
Corellium, LLC