**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

## PROPOSED ORDER GRANTING MOTION FOR PROTECTIVE ORDER

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to Sustain Objection to Disclosure of Designated Material Pursuant to Protective Order ("Motion"). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.

Apple Inc.'s objection to Chris Wade pursuant to paragraph 12 of the Agreed Protective Order Regarding the Disclosure and Use of Discovery Materials, ECF No. 50, is sustained.

**DONE AND ORDERED** this __ of February, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

 

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**