UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S MOTION TO SUSTAIN OBJECTION TO DISCLOSURE OF DESIGNATED MATERIAL PURSUANT TO PROTECTIVE ORDER AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Apple Inc. ("Apple"), by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple's Motion to Sustain Objection to Disclosure of Designated Material Pursuant to Protective Order and Incorporated Memorandum of Law ("Motion") and Exhibit A thereto. In support of this request, Apple states as follows:

Corellium has represented to Apple that Exhibit A to the Motion, which is Chris Wade's *curriculum vitae*, contains confidential information, and Corellium has requested that Apple treat it as such. The Motion contains references to and a discussion of content in Mr. Wade's CV that Corellium has represented is confidential.

**WHEREFORE** Apple respectfully requests that, unless and until this Court determines that the information sought to be filed under seal does not merit such protection, portions of the

following documents remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case, as ordered by this Court, or required by law:

    a. Portions of the Motion that contain quotations of, paraphrases of, or references to content that Corellium has represented is confidential, a redacted version of which is submitted herewith; and

    b. Exhibit A to the Motion.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff made reasonable efforts to confer with Defendant's counsel regarding the relief sought herein. Counsel for Defendant represented to Counsel for Plaintiff during the meet and confer for the underlying Motion to Sustain Objection that Defendant wanted the content that is the subject of this sealing motion to be sealed.  In addition, counsel for Plaintiff informed counsel for Defendant via telephone at approximately 2:30pm ET of Plaintiff's intent to file this motion to seal, and further informed counsel for Defendant that Plaintiff would send the final version of the underlying motion with proposed redactions to counsel for Defendant later in the day and would need confirmation from Defendant regarding Defendant's position today.  At 7:40pm ET, counsel for Plaintiff attempted to call counsel for Defendant regarding the relief sought herein on the same mobile telephone number on which counsel for Defendant was available earlier in the day, but received no answer.  At 8:40pm ET, counsel for Plaintiff sent counsel for Defendant the underlying motion with proposed redactions.  Counsel for Defendant has not responded and has not advised as to Defendant's position with respect to this motion.  With no answer and no response, this Motion seeks to seal the general categories of information identified by Defendant to Plaintiff as

confidential during the meet and confer with Defendant for the underlying motion.

Dated: February 24, 2020

Kathryn Ruemmler*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Admitted pro hac vice

Respectfully Submitted,

*/s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL  33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.