**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to File Under Seal Portions of Apple Inc.'s Motion to Sustain Objection to Disclosure of Designated Material Pursuant to Protective Order and Incorporated Memorandum of Law ("Motion"). Being fully advised, and noting that Plaintiff represents in the Motion that Defendant does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Plaintiff is given leave to file portions of its Motion and Exhibit A thereto under seal. The sealed materials shall remain under seal until further Court order. The Court may consider unsealing some or all of the documents after it has had the opportunity to review them.

**DONE AND ORDERED** this ___ of February, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                                   _____
                                                                   **WILLIAM MATTHEWMAN**
                                                                   **UNITED STATES MAGISTRATE JUDGE**