UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S AMENDED MOTION TO FILE PORTIONS OF EXHIBIT 3 AND 18, AND EXHIBITS 4-16 TO CORELLIUM'S RESPONSE IN OPPOSITION TO PLAINTIFF APPLE INC.'S MOTION FOR PROTECTIVE ORDER BARRING DEPOSITION OF PLAINTIFF'S APEX <u>EMPLOYEE UNDER SEAL</u>**

    THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), Motion to File Portions of Exhibit 3 and 18, and Exhibits 4-16 to Corellium's Response in Opposition to Plaintiff Apple Inc.'s Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee and Incorporated Memorandum of Law ("Motion") under seal. The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. This Court finds good cause to file portions of Exhibit 3 and 18 under seal, and Exhibits 4-16 to Corellium's Motion under seal.

**DONE AND ORDERED** this 24 of February, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                              _____
                                              **WILLIAM MATTHEWMAN**
                                              **UNITED STATES MAGISTRATE JUDGE**