UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.



FILED BY _____ D.C.

FEB 25 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER GRANTING CORELLIUM'S AMENDED MOTION TO FILE UNDER SEAL [DE 179]

**THIS CAUSE** comes before the Court on Defendant, Corellium, LLC's ("Corellium") Amended Motion to File Portions of Exhibit 3 and Other Exhibits to Corellium's Response in Opposition to Plaintiff Apple Inc.'s Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee under Seal ("Motion") [DE 179]. Being fully advised, noting the representations made in the Local Rule 7.1(a)(3) Certification, and noting that Corellium has redacted certain exhibits in good faith, it is

**ORDERED AND ADJUDGED** that the Motion [DE 179] is hereby **GRANTED**. Corellium is given leave to file portions of Exhibit 3 and Exhibit 18 to Corellium's Response in Opposition to Plaintiff Apple Inc.'s Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee under seal. Corelllum is also given leave to file Exhibits 4-16 to Corellium's Response in Opposition to Plaintiff Apple Inc.'s Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this 25th of February, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                         WILLIAM MATTHEWMAN
                                         UNITED STATES MAGISTRATE JUDGE