UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.



### ORDER GRANTING APPLE'S UNOPPOSED MOTION TO FILE UNDER SEAL [DE 178]

**THIS CAUSE** comes before the Court on Plaintiff, Apple Inc.'s ("Apple") Motion to File under Seal Portions of Apple Inc.'s Motion to Sustain Objection to Disclosure of Designated Material Pursuant to Protective Order ("Motion") [DE 178]. Being fully advised in the premises, noting the representations made in the Local Rule 7.1(a)(3) Certification, and noting that Apple is only seeking to seal limited portions of motion at issue, it is

**ORDERED AND ADJUDGED** that Apple's Motion [DE 178] is hereby **GRANTED**. Apple is given leave to file portions of its Motion to Sustain Objection to Disclosure of Designated Material Pursuant to Protective Order under seal. Apple is also given leave to file Exhibit A to its Motion to Sustain Objection to Disclosure of Designated Material Pursuant to Protective Order under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this 25th of February, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE