UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

## JOINT MOTION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

Plaintiff Apple Inc. ("Apple") and Defendant Corellium, LLC ("Corellium," and collectively, the "Parties") respectfully move this Court for an order allowing the Parties to bring electronic equipment into the courtroom for use at the hearing scheduled for February 27, 2020 at 10:00 a.m. In support of this motion, the Parties state as follows:

1. This case is set for a hearing on February 27, 2020 at 10:00 a.m. *See* Court's Order Setting Hearing on Pending Discovery Motions, ECF No. 155.

2. In order to facilitate their presentation at the hearing, the Parties would like to use electronic equipment, including:

- Laptops, along with associated external drives/discs and cords
- Cell Phones

3. The attorneys who will be bringing the electronic equipment into the court on behalf of Apple will be:

- Jessica Stebbins Bina
- Emily Pincow

4. The attorneys who will be bringing the electronic equipment into the court on behalf of Corellium will be:

- Justin Levine
- Lizza Constantine
- David Hecht

5. If the Court grants the Parties' request to use electronic equipment, representatives from undersigned counsel will consult with the U.S. Marshal's office regarding the logistics of bringing the electronic equipment into the courtroom.

6. A proposed order granting this motion is attached.

WHEREFORE, the Parties respectfully move this Court to enter the attached proposed order, allowing the Parties to use electronic equipment during the February 27, 2020 hearing.

Dated: February 26, 2020

Respectfully Submitted,

Kathryn Ruemmler*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Admitted pro hac vice

*s/ Martin B. Goldberg*
Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar No. 1010370
*epincow@lashgoldberg.com*
*gizquierdo@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL  33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

By: /s/ *Lizza Constantine*
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.:  106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945
COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

*and*

NORTON ROSE FULBRIGHT
*Counsel for Defendant*
2200 Ross Ave.
Dallas, Texas 75201
Telephone (214) 855-8000
Facsimile (214) 855-8200
Brett Govett, *Pro hac vice*
E-mail: brett.govett@nortonrosefulbright.com
Robert Greeson, *Pro hac vice*
E-mail: robert.greeson@nortonrosefulbright.com
Jackie Baker, *Pro hac vice*
E-mail: jackie.baker@nortonrosefulbright.com

*Attorneys for Defendant* CORELLIUM, LLC.