UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

     Plaintiff,

v.

CORELLIUM, LLC,

     Defendant.

**JOINT MOTION TO FILE SELECT PORTIONS OF JOINT NOTICE REGARDING DISCOVERY DISPUTES AND EXHIBIT B THERETO UNDER SEAL AND INCORPORATED MEMORANDUM OF LAW**

    Plaintiff, Apple Inc. ("Apple"), and Defendant, Corellium, LLC ("Corellium"), through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully move this Court for an order authorizing the filing under seal of portions of the Parties' Joint Notice Regarding Discovery Disputes and Exhibit B Thereto. In support of this request, the Parties state as follows:

    1.  On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 ("Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

    2.  The portions of the Joint Notice and Exhibit B that are the subject of this sealing motion have been designated by Corellium as Confidential or Confidential – Attorneys' Eyes Only

in Corellium's Second Amended Interrogatory Responses under the Protective Order.

3. Consistent with the Protective Order and Corellium's standing designations, therefore, the Parties moves to file under seal portions of the Joint Notice and Exhibit B.

4. Apple reserves all rights to challenge Corellium's designation of this and other material as Confidential or Confidential - Attorneys' Eyes Only.

**WHEREFORE** the Parties respectfully requests that, unless and until Corellium's Confidential and Confidential - Attorneys' Eyes Only designations of Corellium's Second Amended Interrogatory Responses are removed or rejected, the following documents remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

   a. Portions of the Joint Notice that contain quotations of, paraphrases of, or references to content that Corellium has designated Confidential or Confidential – Attorneys' Eyes Only, a redacted version of which is submitted herewith; and

   b. Portions of Exhibit B to the Joint Notice.

A proposed order is submitted herewith.

Dated: February 26, 2020 Respectfully Submitted,

*/s/ Martin B. Goldberg*

| | |
|---|---|
| Kathryn Ruemmler* | Martin B. Goldberg |
| *kathryn.ruemmler@lw.com* | Florida Bar No. 0827029 |
| Sarang Vijay Damle* | *mgoldberg@lashgoldberg.com* |
| *sy.damle@lw.com* | *rdiaz@lashgoldberg.com* |
| Elana Nightingale Dawson* | Emily L. Pincow |
| *elana.nightingaledawson@lw.com* | Florida Bar No. 1010370 |
| LATHAM & WATKINS LLP | *epincow@lashgoldberg.com* |
| 555 Eleventh Street NW, Suite 1000 | LASH & GOLDBERG LLP |
| Washington, DC 20004 | 100 Southeast Second Street |
| (202) 637-2200 / (202) 637-2201 Fax | Miami, FL 33131 |
| | (305) 347-4040 / (305) 347-4050 Fax |

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.

3

By:  s/ *Lizza Constantine*
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.:  106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

 and

NORTON ROSE FULBRIGHT
*Counsel for Defendant*
2200 Ross Ave.
Dallas, Texas 75201
Telephone (214) 855-8000
Facsimile (214) 855-8200
Brett Govett, *Pro hac vice*
E-mail: brett.govett@nortonrosefulbright.com
Robert Greeson, *Pro hac vice*
E-mail: robert.greeson@ nortonrosefulbright.com
Jackie Baker, *Pro hac vice*
E-mail: jackie.baker@nortonrosefulbright.com

*Attorneys for Defendant* CORELLIUM, LLC.