**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

               Plaintiff,

     v.

CORELLIUM, LLC,

               Defendant.

**PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL**

**THIS CAUSE** comes before the Court on Joint Motion to File Select Portions of Joint Notice Regarding Discovery Disputes and Exhibit B Thereto Under Seal and Incorporated Memorandum of Law ("Motion").  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.  The Parties are given leave to file portions of their Joint Notice Regarding Discovery Disputes and Exhibit B thereto under seal.  The sealed materials shall remain under seal until further Court order.  The Court may consider unsealing some or all of the documents after it has had the opportunity to review them.

**DONE AND ORDERED** this __ of February, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                               _____

                               **WILLIAM MATTHEWMAN**
                               **UNITED STATES MAGISTRATE JUDGE**