## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.



FILED BY _____ D.C.

FEB 26 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### ORDER GRANTING CORELLIUM'S MOTION TO FILE
### UNDER SEAL [DE 171]

    **THIS CAUSE** comes before the Court on Defendant, Corellium, LLC's ("Corellium") Unopposed Motion to File Exhibit 1 to Corellium's Motion for Reconsideration of the Court's Order to Answer Interrogatory and Produce Documents ("Motion") [DE 171]. The Court previously added the Motion to the February 27, 2020 discovery hearing because the certificate of conferral stated that Plaintiff, Apple Inc. ("Apple") opposed the relief sought. In the Parties' Joint Notice, however, Apple states that it "takes no position as the material Corellium seeks to seal is Corellium material that Corellium claims is confidential." [DE 188, p. 2]. The Court has carefully reviewed the Motion and finds that a hearing on the Motion is no longer necessary. Being fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that the Motion [DE 171] is hereby **GRANTED**. Corellium is given leave to file Exhibit 1 to Corellium's Motion for Reconsideration of the Court's Order to Answer Interrogatory and Produce Documents under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this 26th of February, 2020, at West Palm Beach, Palm Beach

County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE