UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.



## ORDER GRANTING JOINT MOTION TO FILE UNDER SEAL [DE 189]

**THIS CAUSE** comes before the Court on the Parties' Joint Motion to File Select Portions of Joint Notice Regarding Discovery Disputes and Exhibit B Thereto under Seal ("Motion") [DE 189]. Being fully advised and noting that the Parties have publicly filed the Joint Notice and exhibits with limited redactions, it is

**ORDERED AND ADJUDGED** that the Motion [DE 189] is hereby **GRANTED**. The Parties are given leave to file select portions of Joint Notice Regarding Discovery Disputes and Exhibit B thereto under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this 26th of February, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE