# *EXHIBIT 2*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**DECLARATION OF ELANA NIGHTINGALE DAWSON
IN SUPPORT OF PLAINTIFF APPLE INC.'S OPPOSITION
TO DEFENDANT CORELLIUM, LLC'S MOTION FOR RECONSIDERATION**

1. My name is Elana Nightingale Dawson. I am over the age of 21. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am an attorney at Latham & Watkins LLP and counsel for Apple Inc. ("Apple") in this matter. I handled the communications with counsel for Corellium related to its motion for reconsideration. Dkt. 172.

3. On February 20, 2020, counsel for Corellium LLC ("Corellium") emailed to request a telephonic meet and confer regarding potential customer records. We scheduled the call for the morning of February 21, 2020.

4. On the call, Corellium informed me that it was standing on its claim of undue burden with respect to potential customer records. Corellium re-asserted that producing potential customer records would require searching over 10,000 documents. Corellium did not propose or discuss any narrowing compromises with Apple. Rather, its stated intention was to simply reverse the Court's prior order granting Apple's motion to compel.

5. To date, Apple has reviewed more than 162,000 documents and produced more

1

than 30,000 pages of documents in response to Corellium's requests for production.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2020
in Washington, DC.

                                          Elana Nightingale Dawson
                                          Associate, Latham & Watkins LLP
                                          *Counsel for Plaintiff* APPLE INC.