UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-81160-RS

APPLE INC.,

       Plaintiff,

v.

CORELLIUM, LLC,

       Defendant.
_____/

## MOTION TO FILE DECLARATION UNDER SEAL

Non-party L3Harris Technologies, Inc. ("L3Harris") moves the Court to allow the filing under seal of L3Harris' Declaration in Support of its Motion to Quash Plaintiff's Subpoena to Produce Documents and for Deposition (DE 184).

Federal Rule of Civil Procedure 5.2(d) provides that courts may order certain filings to be sealed. *See* Fed. R. Civ. P. 5.2(d). Local Rule 5.4(b) provides that a motion to seal must include the factual and legal basis for the sealed filing and describe the proposed sealed filing with as much particularity as possible without revealing the confidential information. When deciding whether an interest warrants sealing part of the record, the district court must consider, among other factors, (1) whether public access would impair the court's functions or harm legitimate privacy interests, (2) the degree and likelihood of injury if the information were released, (3) the reliability of the information, (4) whether there will be an opportunity to respond to the information, (5) whether the information is relevant to public interests, and (6) the availability of less onerous alternatives to sealing. *U.S. v. Castillo*, 730 Fed. Appx. 893, 893 (11th Cir. 2018).

The exhibit to be sealed with this motion is a Declaration in Support of L3Harrs' Motion to Quash Plaintiff's Subpoena to Produce Documents and for Deposition. The reasons for sealing the Declaration are as follows: The declarant is an employee with responsibility for management of sensitive matters involving national security and law enforcement. The declarant frequently travels internationally for work, and as a security measure, her identity should not be divulged. Furthermore, certain information regarding L3Harris' customers, the customer profile, and anything that discloses the number of customers, who procures products and who does not procure products could harm customer security interests. L3Harris has contractual confidentiality obligations with the customers. There is no prejudice to the parties to have the declaration filed under seal. The specific information in the declaration is of little public interest and any possible public interest is outweighed by the sensitive nature of the information.

The information L3Harris seeks to protect is very limited. The identity of the affiant and a more specific description of L3Harris customers is not of major importance in this matter or of public interest. L3Harris is not a party to this dispute and it has a strong legitimate privacy interest in promoting the safety of its employees and protecting the security goals of its customers. The information being withheld is reliable and of no controversy and there is no alternative to sealing the declaration being filed to support its motion to quash. The motion is public and sealing the declaration allows L3Harris to protect the security and privacy interests of its employees and customers.

L3Harris' requests that the Court maintain the declaration under seal during the pendency of L3Harris' limited involvement in the litigation and that the Court return the Declaration to L3Harris or destroy the Declaration at the conclusion of L3Harris' limited involvement in the

litigation.

WHEREFORE, the Parties respectfully request that this Court enter an Order: (1) granting this Motion to File Declaration Under Seal (2) permitting L3Harris to file the Declaration under seal; and (3) granting any other relief that the Court deems appropriate.

Dated:  February 26, 2020               Respectfully submitted,

**HOLLAND & KNIGHT LLP**
*Attorneys for L3Harris Technologies, Inc.*
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Tel: (305) 374-8500
Fax: (305) 789-7799

By: *s/Benjamin Taormina*
Adolfo E. Jimenez (FBN: 869295)
Adolfo.jimenez@hklaw.com
Benjamin A. Taormina (FBN: 106731)
Benjamin.taormina@hklaw.com

### CERTIFICATE OF GOOD FAITH CONFERENCE

In accordance with Local Rule 7.1(a)(3), L3Harris' undersigned counsel certifies that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so.  Specifically, Plaintiff indicated that it does not take a position on the relief sought in this Motion.  Defendant, however, supports the relief sought in this Motion.

*s/Benjamin Taormina*

### CERTIFICATE OF SERVICE

I certify that on February 26, 2020, I filed this document with the Clerk of Court using CM/ECF, which will serve this document on all counsel of record.

*s/ Benjamin Taormina*