UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-81160-RS

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.
_____/

**ORDER GRANTING MOTION TO FILE DECLARATION UNDER SEAL**

THIS CAUSE came before the Court on Non-party L3Harris Technologies, Inc.'s ("L3Harris") Motion to File Declaration Under Seal, and the Court, having reviewed the Motion, and being otherwise advised in the premises, it is hereby:

ORDERED and ADJUDGED

1. Non-party L3Harris Technologies, Inc.'s Motion to File Declaration Under Seal is hereby GRANTED.

2. _____
_____.

DONE and ORDERED in chambers in Broward County, Florida, on this ____ day of February, 2020.

                                                    MAGISTRATE JUDGE WILLIAM MATTHEWMAN
                                                    UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

#73259615_v1