**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

              Plaintiff,

     v.

CORELLIUM, LLC,

              Defendant.

## PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to File Under Seal Exhibits B and C to Plaintiff Apple Inc.'s Reply In Support Of Its Motion For Protective Order Barring Deposition Of Plaintiff's Apex Employee.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.  Plaintiff is given leave to file Exhibits B and C to its Reply under seal.  The sealed materials shall remain under seal until further Court order.  The Court may consider unsealing some or all of the documents after it has had the opportunity to review them.

**DONE AND ORDERED** this __ of February, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**