**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

                              Plaintiff,

       v.

CORELLIUM, LLC,

                              Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL**
**PORTIONS OF PLAINTIFF APPLE INC.'S OPPOSITION TO**
**DEFENDANT CORELLIUM, LLC'S MOTION FOR RECONSIDERATION**

Plaintiff, Apple Inc. ("Apple"), by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple's Opposition to Defendant Corellium, LLC's Motion for Reconsideration ("Opposition"), ECF No. 192. In support of this request, Apple states as follows:

1.     On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 ("Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2.     On February 26, 2020, Apple filed its Opposition to Defendant Corellium, LLC's Motion for Reconsideration, ECF No. 192.

3.      Footnote one of the Opposition contains a phrase that refers to material Corellium has designated Confidential – Attorneys' Eyes Only pursuant to the Protective Order.  Footnote one also contains a phrase that refers to content in Exhibit 3 to Corellium's Opposition to Plaintiff Apple Inc.'s Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee that Corellium has described as "highly confidential, proprietary, and trade secret information."  ECF No. 179 ¶ 5; *see also* ECF No. 175-3.

4.      On February 26, 2020, the Court granted Corellium's motion to seal the portions of Exhibit 3, including the portions Apple refers to in footnote one of the Opposition.  ECF No. 182.

5.      Corellium has represented to Apple that the information contained in footnote one of the Opposition that is the subject of this motion relates to information Corellium has deemed confidential.

6.      Consistent with the Protective Order and Corellium's prior representation to Apple regarding the information contained in footnote one of the Opposition, Apple moves to file under seal two short phrases in footnote one of the opposition.  Apple reserves all rights to challenge Corellium's designation of this and other material as Confidential and/or Confidential – Attorneys' Eyes Only.

**WHEREFORE** Apple respectfully requests that, unless and until Corellium's Confidential – Attorneys' Eyes Only designations or its confidentiality representations are changed or rejected, the portions of the following document remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

a. Portions of Apple's Opposition to Defendant Corellium, LLC's Motion for Reconsideration.

A proposed order is submitted herewith.

## <u>LOCAL RULE 7.1(A)(3) CERTIFICATION</u>

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff

conferred via email with counsel for Defendant on February 26, 2020, regarding the relief sought

herein.  Defendant does not oppose.


Dated: February 26, 2020                                              Respectfully Submitted,


Kathryn Ruemmler*                                            */s/ Martin B. Goldberg*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*                                          Martin B. Goldberg
*sy.damle@lw.com*                                            Florida Bar No. 0827029
Elana Nightingale Dawson*                                    *mgoldberg@lashgoldberg.com*
*elana.nightingaledawson@lw.com*                             *rdiaz@lashgoldberg.com*
LATHAM & WATKINS LLP                                         Emily L. Pincow
555 Eleventh Street NW, Suite 1000                           Florida Bar. No. 1010370
Washington, DC 20004                                         *epincow@lashgoldberg.com*
(202) 637-2200 / (202) 637-2201 Fax                          LASH & GOLDBERG LLP
                                                             100 Southeast Second Street
Andrew M. Gass*                                              Miami, FL 33131
*andrew.gass@lw.com*                                         (305) 347-4040 / (305) 347-4050 Fax
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*\*Admitted pro hac vice*


*Attorneys for Plaintiff* APPLE INC.

3