UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.



FILED BY _____ D.C.

FEB 27 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER GRANTING NON-PARTY L3 HARRIS TECHNOLOGIES, INC.'S MOTION TO FILE UNDER SEAL [DE 194]

**THIS CAUSE** comes before the Court on Non-party, L3Harris Technologies, Inc.'s Motion to File Declaration under Seal ("Motion") [DE 194]. Being fully advised in the premises and noting the parties' positions on the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion [DE 194] is hereby **GRANTED**. L3Harris Technologies, Inc., is given leave to file its Declaration in Support of its Motion to Quash Plaintiff's Subpoena to Produce Documents and for Deposition under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this 27th of February, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                  WILLIAM MATTHEWMAN
                                  UNITED STATES MAGISTRATE JUDGE