UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.



## ORDER GRANTING APPLE'S MOTION TO FILE UNDER SEAL [DE 196]

**THIS CAUSE** comes before the Court on Plaintiff, Apple Inc.'s ("Apple") Motion to File under Seal Exhibits B and C to Plaintiff Apple Inc.'s Reply in Support of Its Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee ("Motion") [DE 196]. Being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Apple's Motion [DE 196] is hereby **GRANTED**. Apple is given leave to file Exhibits B and C to Plaintiff Apple Inc.'s Reply in Support of Its Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this 27th of February, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE