UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.



## ORDER GRANTING APPLE'S MOTION TO FILE UNDER SEAL [DE 197]

**THIS CAUSE** comes before the Court on Plaintiff, Apple Inc.'s ("Apple") Motion to File under Seal Portions of Plaintiff Apple Inc.'s Opposition to Defendant Corellium, LLC's Motion for Reconsideration ("Motion") [DE 197]. Being fully advised in the premises, noting that Corellium does not oppose the relief sought, and noting that Apple is only moving to seal portions of the document, it is

**ORDERED AND ADJUDGED** that Apple's Motion [DE 197] is hereby **GRANTED**. Apple is given leave to file portions of its Opposition to Defendant Corellium, LLC's Motion for Reconsideration under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this 27th of February, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE