## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 9:19-CV-81160-RS

Plaintiff:
**APPLE INC.**

vs.

Defendant:
**CORELLIUM, LLC**

For:
JUSTIN LEVINE
COLE SCOTT & KISSANE PA
222 LAKEVIEW AVE, STE 120
WEST PALM BEACH, FL 33401

Received by Denver Attorney Services, LLC on the 7th day of February, 2020 at 3:51 pm to be served on **CHRIS BETZ, 5325 ZUNI ST, CENTURYLINK, DENVER, CO 80221**.

I, Joshua M Weatherill, being duly sworn, depose and say that on the **17th day of February, 2020** at **12:43 pm, I:**

**PERSONALLY** served **CHRIS BETZ** by delivering a true copy of the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION and WITNESS / MILEAGE FEE CHECK IN THE AMOUNT OF $52.07 (WITH A DEPOSITION DATE OF 3/6/20 @ 10:00 AM)** at **6780 EAGLE MOUNTAIN ROAD, MANITOU SPRINGS, CO 80829** usual place of **Abode** with the date and hour of service endorsed thereon by me, and informed **CHRIS BETZ** of the contents therein, in compliance with state statutes. Actual service location: (38.8377,-104.9367) accuracy 65 m.

**Additional Information pertaining to this Service:**
2/10/2020  3:45 pm  Attempted service at 5325 ZUNI ST, CENTURYLINK, DENVER, CO 80221, not at this office. There was an investigator looking for him here not to long ago. She gave me a contact number and email for him (720)888-0188 and chris.betz@centurylink.com he is security I guess?  Attempt location: (39.7937,-105.0166) accuracy 14 m.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: White, Height: 5'6", Weight: 165, Hair: Black, Glasses: N



## AFFIDAVIT OF SERVICE For 9:19-CV-81160-RS

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

Subscribed and Sworn to me in Denver County, State of Colorado on the 18th day of February, 2020.

NOTARY PUBLIC

RACHEL LUCERO MENCHACA
Notary Public
State of Colorado
Notary ID # 20184013756
My Commission Expires 03-27-2022

Joshua M Weatherill
CO PI License: PI2.0000557

Denver Attorney Services, LLC
1660 South Albion Street, Suite 204
Denver, CO 80222
(800) 477-8522

Our Job Serial Number: DVA-2020000581

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g