UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.



FILED BY _____ D.C.

FEB 28 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER SETTING DISCOVERY HEARING AND HEARING ON NON-PARTY'S MOTION TO QUASH, SETTING BRIEFING SCHEDULE ON NON-PARTY'S MOTION, AND REQUIRING THE FILING OF A JOINT DISCOVERY NOTICE

**THIS CAUSE** comes before the Court upon Non-party L3Harris Technologies, Inc.'s ("Non-party") Motion to Quash Plaintiff's Subpoenas to Produce Documents and for Deposition ("Motion") [DE 184]. This matter was referred to the undersigned by United States District Judge Rodney Smith. *See* DE 32. A hearing on the Non-party's Motion and a further discovery hearing on any outstanding discovery issues in this case shall be held as follows:

    DATE:     Monday, March 16, 2020
    TIME:     10:00 A.M.
    PLACE:   United States District Court
                  701 Clematis Street
                  West Palm Beach, Florida
                  Courtroom Six, Third Floor

Plaintiff Apple Inc. shall respond to the Non-party's Motion [DE 184] on or before **March 5, 2020**. If the Non-party chooses to file a reply, it shall do so on or before **March 9, 2020**.

In advance of the scheduled hearing, the Court directs that counsel for Apple Inc., counsel for Corellium, LLC, and counsel for the Non-party shall further confer, either in person or by telephone, in good faith and for as long as necessary to attempt to agree on any remaining discovery

disputes. On or before **5:00 p.m. on March 11, 2020**, the parties shall then file a concise Joint Notice advising of the parties' progress in this regard. If any discovery disputes remain, the parties should list them and provide their brief positions on each issue.

If any counsel for the parties or non-party wish to appear telephonically at the hearing, they may do so, as long as there is an attorney present in court who will be primarily arguing each party and non-party's position. Any counsel who wish to appear telephonically shall contact Courtroom Deputy Ken Zuniga at (561)803-3407 on or before **March 12, 2020**.

**DONE AND ORDERED** this 28th of February, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE