UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 19-81160-CV-Smith/Matthewman

APPLE INC.,

    Plaintiff,

vs.

CORELLIUM, LLC,

    Defendant.
_____/



FILED BY _____ D.C.

FEB 28 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## **ORDER DENYING CORELLIUM'S MOTION FOR RECONSIDERATION [DE 172]**

THIS CAUSE is before the Court upon Defendant, Corellium, LLC's ("Corellium") Motion for Reconsideration of the Court's Order to Answer Interrogatory and Produce Documents ("Motion") [DE 172]. This matter was referred to the undersigned by United States District Judge Rodney Smith. *See* DE 32. Plaintiff, Apple Inc. ("Plaintiff") has filed a response [DE 192]. The Court held a hearing on the Motion on February 27, 2020.

Upon careful review of Corellium's Motion [DE 172], Apple's response [DE 192], counsel's argument at the February 27, 2020 discovery hearing, the Court's prior Orders on which this Motion is based, and the entire docket in this case, and as stated in open court, it is hereby **ORDERED** as follows:

1. Corellium's Motion for Reconsideration of the Court's Order to Answer Interrogatory and Produce Documents [DE 172] is **DENIED**. The Declaration of Amanda Gorton filed in support the Motion is insufficient to establish burdensomeness and is conclusory. Furthermore, the Court has already provided Corellium with one

additional chance to establish burdensomeness, and it is too late in the discovery process—given that the discovery cutoff date is April 20, 2020—to permit Corellium yet another opportunity to establish burdensomeness. Additionally, the information and documents sought by Apple are relevant and proportionate the allegations of both Corellium and Apple in this case.

2. On or before **March 9, 2020**, Corellium shall provide Apple with a better response to Interrogatory 15. On or before **March 9, 2020**, Corellium shall also provide Apple with better responses to Requests for Production 14, 34, 35, 37, 62, 70, and 71 and shall provide all responsive, non-privileged documents for those Requests. Specifically, as discussed at the February 27, 2020 hearing, Corellium is required to provide information and documents regarding potential customers who were affirmatively rejected by Corellium. Additionally, to the extent it has no already done so, Corellium is required to provide its entire list of, and responsive information regarding, Corellium's actual customers, including trial customers, to Apple.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 28th day of February, 2020.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE