# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> CORELLIUM, LLC, <br><br> Defendant. | |

### APPLE INC.'S SECOND SET OF REQUESTS FOR ADMISSION TO DEFENDANT CORELLIUM, LLC (NOS. 66-95)

Pursuant to Federal Rule of Civil Procedure 26 and 36, Plaintiff, Apple Inc. ("Apple") submits its Second Set of Requests for Admission to Defendant Corellium, LLC ("Corellium"). Defendant Corellium shall respond to these Requests for Admission (the "Requests" or, individually, each "Request") in writing, in accordance with the Definitions and Instructions contained herein, within thirty (30) days of service, or such other time as the parties may agree, pursuant to the Federal Rules of Civil Procedure. Corellium shall timely supplement all responses to the Requests as required by the Federal Rules of Civil Procedure.

**DEFINITIONS**

The terms herein shall be given the broadest meaning allowed under the Federal Rules of Civil Procedure and the Local Rules. Additionally, as used herein, the terms set forth below shall have the following meanings:

1. "Corellium," "Defendant," "You," and "Your" means Corellium, LLC and any of its predecessors, successors, divisions, direct or indirect subsidiaries, parent entities, or other affiliated corporate entities, including any agents or Persons acting on their behalf or under their control.

2. "Plaintiff" means Apple.

3. This "Action" means the present lawsuit, *Apple Inc. v. Corellium, LLC,* No. 9:19-cv-81160-RS, pending in the United States District Court for the Southern District of Florida.

4. "Complaint" means the Complaint and Demand for Jury Trial that Plaintiff filed on August 15, 2019 (ECF No. 1).

5. The term "iOS" or "iOS operating system" means Apple's iOS mobile operating system and other Apple operating systems, including iPadOS™, macOS®, watchOS®, and tvOS® operating systems. Unless otherwise specified, this term includes any and all versions of iOS, separately or inclusively.

6. The term "iOS Device" means any Apple device or hardware that runs any version of iOS, including but not limited to the iPhone®, Mac®, iPad®, Apple Watch®, AirPods®, AppleTV®, HomePod™, and iPod Touch®.

7. The term "iTunes" refers to the iTunes application that Apple pre-installs on its iOS devices.

8. "Virtual Device" means software that mimics the physical hardware, functionality, and/or look and feel of an iOS Device.

9. "Corellium Apple Product" means all products developed, produced, or sold by Corellium that can enable creation of at least one Virtual Device. Unless otherwise specified, this term includes any and all versions of such products, separately or inclusively.

10. "GUI Elements" means the visual design elements, or graphical user interface elements, displayed in iOS Devices, including background wallpaper images, icons, and other visual features, and all other visual design elements that appear substantially similar to those displayed in iOS Devices.

11. "Security Measures" means all features of iOS and iOS Devices designed to prevent access to the software or other material stored on the iOS device, including any measures used to protect, encrypt, or otherwise secure applications used by the iOS operating system.

12. "dev-fused iPhones" means one or more iOS Devices not sold to the public that have one or more Security Measures disabled.

13. "Person" means any natural person or any legal entity, including, without limitation, any business or governmental entity or association.

14. "Foreign" means any country except the United States of America.

15. The use of the singular term of any word includes the plural and vice versa.

16. The connectives "and" and "or" shall be construed either disjunctively or conjunctively, as necessary, to bring within the scope of the Request all responses that might otherwise be construed to be outside the scope.

17. The past tense includes the present tense, and vice versa, when the clear meaning is not distorted by changing the tense.

18. "Including" shall be construed to mean "including without limitation."  "Including" is used to emphasize certain examples and should not be construed as limiting the request in any way.

## INSTRUCTIONS

1. Pursuant to Federal Rule of Civil Procedure 26(e), Your obligation to respond to these Requests is continuing in nature, such that if after answering or responding You subsequently obtain information that changes the nature of Your response, You shall promptly update Your response.

2. Each Request shall operate and be responded to independently and, unless otherwise indicated, no Request limits the scope of any other Request.

3. In answering the following Requests, You shall furnish all available information, including information in the possession, custody, or control of any of Your attorneys, directors, officers, agents, employees, representatives, associates, investigators, or division affiliates, partnerships, parents, subsidiaries, and Persons otherwise under Your control, who have the best knowledge, not merely information known to one individual based on his or her personal knowledge.  If You cannot fully respond to the following Requests after exercising due diligence to secure the information requested thereby, so state, and specify the portion of each Request that cannot be responded to fully and completely.

4. If any objection is made to any Request herein, the objection shall state with particularity the basis therefore, and the Request shall be answered to the extent not objected to.

5. If a matter is not admitted, the answer must specifically deny it or state in detail why the answering party cannot truthfully admit or deny it.  A denial must fairly respond to the

substance of the matter; a qualified answer or partial denial of a matter must specify the part admitted and qualify or deny the rest.

      6.   If You withhold information on the grounds of privilege (including work product immunity), You are directed to furnish the following information with respect to the information as to which the claim of privilege is asserted: (1) the nature of the privilege (including work product) that is being claimed, (2) the type of information, document, or thing withheld, (3) the general subject matter of any documents or information, (4) the date of any documents, and (5) such other information as is sufficient to identify any withheld material, information, or communication, including, where applicable, the author(s) or source(s) of any document, information, or communication, the addressee(s) and recipient(s) of any document, information, or communication, and where not apparent, the relationship of the author(s) or source(s) and addressee(s) or recipient(s) to each other.

      7.   If in response to a Request You do not know all of the facts necessary to provide a complete and specific answer, You should provide an answer to such portion of the Request as You can, and provide such facts as are known to You and any estimates, approximations, or beliefs that You consider reliable.  Any such estimates, approximations, or beliefs should be clearly denoted as such, and the basis for Your belief in their reliability should be explained.

      8.   If in answering any of these Requests You encounter any ambiguity in construing the Request or any definitions or instruction relevant to the Request, set forth the matter deemed ambiguous and the construction selected or used in answering the Request.

## REQUESTS FOR ADMISSION

**REQUEST NO. 66:** Admit that Corellium is a U.S. Government contractor.

**REQUEST NO. 67:** Admit that Corellium does work directly for a United States federal agency.

**REQUEST NO. 68:** Admit that Corellium does work directly for the National Security Agency.

**REQUEST NO. 69:** Admit that Corellium does work directly for the Central Intelligence Agency.

**REQUEST NO. 70:** Admit that Corellium does work directly for the Federal Bureau of Investigation.

**REQUEST NO. 71:** Admit that Corellium does work directly for the United States Department of Homeland Security.

**REQUEST NO. 72:** Admit that Corellium does work directly for the United States Department of Justice.

**REQUEST NO. 73:** Admit that the Australian Department of Defence is a customer of Corellium.

**REQUEST NO. 74:** Admit that the United Kingdom Secret Intelligence Service is a customer of Corellium.

**REQUEST NO. 75:** Admit that Facebook is a customer of Corellium.

**REQUEST NO. 76:** Admit that LinkedIn is a customer of Corellium.

**REQUEST NO. 77:** Admit that the National Aeronautics and Space Administration is a customer of Corellium.

**REQUEST NO. 78:** Admit that Square is a customer of Corellium.

**REQUEST NO. 79:** Admit that Microsoft is a customer of Corellium.

**REQUEST NO. 80:**  Admit that MacStadium is a customer of Corellium.

**REQUEST NO. 81:**  Admit that Citrix is a customer of Corellium.

**REQUEST NO. 82:**  Admit that Amazon Web Services is a customer of Corellium.

**REQUEST NO. 83:**  ███████████████████████████████████████████████████
███████████████████████████████████████████████.

**REQUEST NO. 84:**  ███████████████████████████████████████████████████
███████████████████████████████████████████████.

**REQUEST NO. 85:**  ███████████████████████████████████████████████████
████████.

**REQUEST NO. 86:**  ████████████████████████████████████████
██████.

**REQUEST NO. 87:**  ███████████████████████████████████████████████████
████████████████████████████████████████.

**REQUEST NO. 88:**  ███████████████████████████████████████████████████
██████████████████████████████████████.

**REQUEST NO. 89:**  ███████████████████████████████████████████████████
███.

**REQUEST NO. 90:**  ███████████████████████████████████████████████████.

**REQUEST NO. 91:**  ███████████████████████████████████████████████████
███████████████████████████████████████████████.

**REQUEST NO. 92:**  ███████████████████████████████████████████████
███████████████████████████████████████████████████.

**REQUEST NO. 93:** ███████████████████████████████████████ ███.

**REQUEST NO. 94:** ███████████████████████████████████████.

**REQUEST NO. 95:** ███████████████████████████████████████ ███████████████████████████████.

Dated: December 20, 2019                Respectfully Submitted,

                                        /s/ Martin B. Goldberg

Kathryn Ruemmler*                       Martin B. Goldberg
kathryn.ruemmler@lw.com                 Florida Bar No. 0827029
Sarang Vijay Damle*                     mgoldberg@lashgoldberg.com
sy.damle@lw.com                         rdiaz@lashgoldberg.com
Elana Nightingale Dawson*               LASH & GOLDBERG LLP
elana.nightingaledawson@lw.com          100 Southeast Second Street
LATHAM & WATKINS LLP                    Miami, FL  33131
555 Eleventh Street NW, Suite 1000      (305) 347-4040 / (305) 347-4050 Fax
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.

## CERTIFICATE OF SERVICE

I, Elana Nightingale Dawson, do hereby certify that on December 20, 2019, I caused a copy of the foregoing Apple Inc.'s Second Set of Requests for Admission to Defendant Corellium, LLC (Nos. 66-95) to be served via email upon:

Brett Govett
Robert Greeson
Jackie Baker
NORTON FULBRIGHT US LLP
2200 Ross Ave., Suite 3600
Dallas, Texas 75201
brett.govett@nortonrosefulbright.com
robert.greeson@nortonrosefulbright.com
jackie.baker@nortonrosefulbright.com

Jonathan Vine
Justin Levine
Lizza Constantine
COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
jonathan.vine@csklegal.com
justin.levine@csklegal.com
lizza.constantine@csklegal.com

                *s/ Elana Nightingale Dawson*
                Elana Nightingale Dawson