UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 19-81160-CV-Smith/Matthewman

APPLE INC.,

    Plaintiff,

vs.

CORELLIUM, LLC,

    Defendant.

_____/

FILED BY ___ D.C.
FEB 28 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER REGARDING APPLE'S MOTION FOR PROTECTIVE ORDER BARRING DEPOSITION OF APPLE'S APEX EMPLOYEE [DE 158]

THIS CAUSE is before the Court upon Plaintiff, Apple Inc.'s ("Apple") Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee ("Motion") [DE 158]. This matter was referred to the undersigned by United States District Judge Rodney Smith. *See* DE 32. Defendant, Corellium, LLC ("Defendant") has filed a response [DE 175], and Apple has filed a reply [DE 195]. The Court held a hearing on the Motion on February 27, 2020.

Upon careful review of Apple's Motion [DE 177], Corellium's response [DE 175], Apple's reply [DE 195], the attachments thereto, counsel's argument at the February 27, 2020 discovery hearing, and the entire docket in this case, and as stated in open court, it is hereby **ORDERED** as follows:

1. The parties shall confer on or before **March 3, 2020**, and select a date within the time period of April 6, 2020, to April 20, 2020, for the possible deposition of Craig Federighi. The parties shall also confer regarding the time and location of the

1

deposition. Mr. Federighi shall set aside approximately seven hours for the deposition.

2. The Court RESERVES RULING on Apple's Motion [DE 158] at this time. Corellium is scheduled to take the depositions of other Apple employees between March 17, 2020, and April 3, 2020. The Court will permit the parties to address the issue of whether Mr. Federighi's deposition should be taken, and, if so, the scope and topics of the deposition after Corellium has taken the depositions of other Apple employees. The Court will enter a further order as to whether Mr. Federighi shall have to sit for a deposition in this case after receiving further information from the parties.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 28th day of February, 2020.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE