UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 19-81160-CV-Smith/Matthewman

APPLE INC.,

    Plaintiff,

vs.

CORELLIUM, LLC,

    Defendant.

_____/

### ORDER GRANTING APPLE'S MOTION TO SUSTAIN OBJECTION TO DISCLOSURE OF DESIGNATED MATERIAL PURSUANT TO PROTECTIVE ORDER [DE 177]

THIS CAUSE is before the Court upon Plaintiff, Apple Inc.'s ("Apple") Motion to Sustain Objection to Disclosure of Designated Material Pursuant to Protective Order ("Motion") [DE 177]. This matter was referred to the undersigned by United States District Judge Rodney Smith. *See* DE 32. Defendant, Corellium, LLC ("Defendant") filed no response. The Court held a hearing on the Motion on February 27, 2020.

Upon careful review of Apple's Motion [DE 177], counsel's argument at the February 27, 2020 discovery hearing, and the entire docket in this case, and as stated in open court, it is hereby **ORDERED** that Apple's Motion to Sustain Objection to Disclosure of Designated Material Pursuant to Protective Order [DE 177] is **GRANTED**. This ruling is without prejudice to Corellium seeking to re-address this matter as it deems appropriate.

1

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 28th day of February, 2020.

*[signature]*
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE