**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-CV-81160-RS**

**APPLE INC.,**

    **Plaintiff**

**vs.**

**CORELLIUM, LLC,**

    **Defendant.**

_____/

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD AND
REQUEST FOR WITHDRAWAL FROM THE COURT'S CM/ECF NOTICES OF
FILING FOR THIS ACTION**

Brett C. Govett, Esquire, Robert Greeson, Esquire, Jacqueline G. Baker, Esquire and the law firm of Norton Rose Fulbright US LLP, (collectively "Movants"), move, pursuant to S.D. Local Rule 11.1(d)(3)(A), to withdraw as counsel for Defendant Corellium, LLC ("Corellium") and to withdraw from receiving Notices of Electronic Filing from the Court's CM/ECF filing system for this action and in support thereof state as follows:

1.    Movants currently represent Corellium in this action.

2.    On August 20, 2019 Gavin C. Gaukroger of the law firm of Berger Singerman, LLP entered his appearance on behalf of Corellium with the filing of Defendant's Unopposed Motion for Extension of Time on behalf of Corellium. (D.E. 15). Berger Singerman is located at 350 E. Las Olas Blvd., Suite 1000, Ft. Lauderdale, FL 33301.

3.      On September 30, 2019, Justin B. Levine, of the law firm of Cole Scott & Kissane, P.A. filed a Notice of Appearance on behalf of Corellium (D.E. 27). Cole Scott & Kissane, P.A. is located at 222 Lakeview Ave., Suite 120, West Palm Beach, FL 33401.

4.      On February 21, 2020, the Court granted several Pro Hac Vices for the law firm of Pierce Bainbridge Beck Price & Hecht LLP. on behalf of Corellium (D.E. 170). Pierce Bainbridge Beck Price & Hecht LLP is located at 277 Park Ave. 45th Floor, New York, NY 10172.

5.      Corellium has determined that representation by four law firms is no longer necessary, and the services of Movants are no longer required.

6.      As stated above, Corellium will continue to have representation provided by the law firms of Berger Singerman, LLP, Cole Scott & Kissane, P.A. and Pierce Bainbridge Beck Price & Hecht LLP.

7.      No party will be prejudiced by the requested withdrawal given the current status of the proceedings.

8.      Corellium acknowledges and consents to the withdrawal of Movants.

9.      Movants respectfully request that they be withdrawn from receiving the Notices of Electronic Filing from the Court's CM/ECF filing system for this action.

10.     A Proposed Order granting Movants' Unopposed Motion to Withdraw as Counsel of Record and withdrawal from receiving Notices of Electronic Filing from the Court's CM/ECF filing system for this action is attached hereto as **Exhibit A**.

**WHEREFORE**, Brett C. Govett, Esquire, Robert Greeson, Esquire, Jacqueline G. Baker, Esquire and the law firm of Norton Rose Fulbright US LLP, respectfully request that this Court enter an order permitting their withdrawal as counsel of record and withdrawal as recipients of the Notices of Electronic Filing from the Court's CM/ECF filing system for this action.

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel for Corellium has conferred with Plaintiff's counsel, who has advised that Plaintiff does not oppose this motion on the condition that Corellium does not seek to modify the case schedule, including the trial date or the discovery deadlines in connection with the withdrawal of Norton Rose. Corellium seeks no such relief.

## <u>CERTIFICATE OF SERVICE</u>

I HERBY CERTIFY that on March 3, 2020, a true and correct copy of the foregoing has been transmitted by electronic filing with the Clerk of the court via CM/ECF which will send notice of electronic filing to all counsel of record.

NORTON ROSE FULBRIGHT US LLP
*Counsel for Defendant Corellium*
2200 Ross Ave., Suite 3600
Dallas, Texas 75201
Telephone (214) 855-8000
Facsimile (214) 855-8200
Brett Govett, *Pro hac vice*
E-mail: brett.govett@nortonrosefulbright.com
Robert Greeson, *Pro hac vice*
E-mail: robert.greeson@ nortonrosefulbright.com
Jackie Baker, *Pro hac vice*
E-mail: jackie.baker@nortonrosefulbright.com

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant Corellium*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

By:

*s/ Justin B. Levine*

JONATHAN VINE
Florida Bar No.: 10966
JUSTIN B. LEVINE
Florida Bar No.:  106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945