**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-CV-81160-RS**

**APPLE INC.,**

    **Plaintiff**

vs.

**CORELLIUM, LLC,**

    **Defendant.**

_____/

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL AND WITHDRAWAL FROM THE COURT'S CM/ECF NOTICES OF FILING FOR THIS ACTION**

**THIS CAUSE** is before the Court on the Unopposed Motion to Withdraw as Counsel of Record and Withdrawal as recipients of the Notices of Electronic Filing from the Court's CM/ECF filing system for this action by Brett C. Govett, Esquire, Robert Greeson, Esquire, Jacqueline G. Baker, Esquire and the law firm of Norton Rose Fulbright US LLP for the Defendant Corellium, LLC [D.E. 213].

The Court having considered the Motion and all other relevant factors, it is hereby

    **ORDERED AND ADJUDGED** that:

    The Motion is **GRANTED**.

[THE REST OF THE PAGE INTENTIONALLY LEFT BLANK]

*Brett C. Govett, Esquire, Robert Greeson, Esquire, Jacqueline G. Baker, Esquire and the law firm of Norton Rose Fulbright US LLP* are **HEREBY** relieved of all responsibility from this civil action; are hereby discharged as counsel of record for Defendant Corellium, LLC., and will be removed from the Court's CM/ECF system for receiving Electronic Filing Notices for this civil action.

        **RODENY SMITH**
        **UNITED STATES DISTRICT JUDGE**