# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff

v.

CORELLIUM, LLC,

    Defendant.

_____/

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

This matter is before the Court on the Unopposed Motion to Withdraw as Counsel of Record and Request for Withdrawal from the Court's CM/ECF Notices of Filing for this Action [DE 213], filed by Brett C. Govett, Robert Greeson, Jacqueline G. Baker, and the law firm of Norton Rose Fulbright US LLP for Defendant, Corellium, LLC.  It is

**ORDERED** that:

    1) The Motion is **GRANTED**.  Brett C. Govett, Robert Greeson, Jacqueline G. Baker, and the law firm of Norton Rose Fulbright US LLP are relieved of all responsibility from this civil action and are discharged as counsel of record for Defendant Corellium, LLC.

2) The Clerk shall remove Brett C. Govett, Robert Greeson, Jacqueline G. Baker, and the law firm of Norton Rose Fulbright US LLP from the Court's CM/ECF system for receiving Notices of Electronic Filing for this civil action.

3) Corellium, LLC will continue to be represented by the law firms of Berger Singerman, LLP, Cole Scott & Kissane, P.A., and Pierce Bainbridge Beck Price & Hecht LLP.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of March 2020.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All parties of record