UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMIT FOR APPLE INC.'S RESPONSE TO MOTION TO QUASH BY L3HARRIS TECHNOLOGIES, INC. AND SUPPORTING MEMORANDUM OF LAW**

  Plaintiff Apple Inc. ("Apple"), by and through undersigned counsel, and pursuant to S.D. Fla. Local Rules 7.1, respectfully moves this Court for an order authorizing the enlargement of the page limit set forth in the Court's Order Setting Discovery Procedure (ECF No. 34) by two pages for Apple's response to the Motion to Quash Plaintiff's Subpoenas to Produce Documents and for Deposition filed by L3Harris Technologies, Inc., ECF No. 184.  In support thereof, Apple states the following:

  1. On October 4, 2019, the Court issued an Order Setting Discovery Procedure.  That order limits responses to discovery motions to five pages.  ECF No. 34 at 2.

  2. On Tuesday, February 25, 2020, non-Party L3Harris Technologies, Inc. ("L3Harris") filed a Motion to Quash Plaintiff's Subpoenas to Produce Documents and for Deposition ("Motion to Quash").  ECF No. 184.  L3Harris's motion is eight pages long.

  3. On Thursday, February 27, 2020, L3Harris filed under seal and served on Apple a

two-page declaration in support of its Motion to Quash.

4. This Court set the due date for responses to the Motion to Quash as Thursday, March 5, 2020. ECF No. 205.

5. Apple has been diligently working on a response to the Motion to Quash since the Motion and supporting declaration were filed and served. The issues implicated by the Motion—who is using the Corellium Apple Product and what it is being used for—are critical to both Apple's claim for contributory infringement and Corellium's defense of fair use. In addition to addressing the substantive reasons why the information sought is critical and discussing the related legal authorities in support thereof, Apple is also addressing the arguments L3Harris has raised regarding the subpoena's compliance with Rule 45.

6. In order to adequately address the arguments and issues implicated by L3Harris's Motion to Quash, Apple respectfully submits that an additional two pages for its response brief are necessary. Apple is aware and remains cognizant of the need to be as efficient and judicious as possible in its response, and has and will continue to endeavor to do so. Despite those continued efforts, a two-page enlargement of the pages permitted for the response remains necessary.

7. Counsel for Corellium and counsel for L3Harris have represented that neither opposes the relief sought herein.

8. In light of the foregoing, Apple requests that this Court grant this motion and permit Apple to file a response to the Motion to Quash of up to seven pages.

**WHEREFORE** Apple respectfully requests that the Court enter the proposed order submitted herewith permitting Apple to file a response to L3Harris Technology, Inc.'s Motion to Quash Plaintiff's Subpoenas to Produce Documents and for Depositions of up to seven pages, and grant any further relief this Court deems proper.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3)(A), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant and counsel for non-party L3Harris Technologies, Inc. on March 4, 2020, regarding the relief sought herein. Defendant and L3Harris do not oppose the relief sought.

Dated: March 4, 2020

Kathryn Ruemmler*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.