## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

   v.

CORELLIUM, LLC,

        Defendant.

---

### PROPOSED ORDER GRANTING MOTION FOR ENLARGEMENT OF PAGE LIMIT

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion for Enlargement of Page Limit for Apple Inc.'s Response to Motion to Quash by L3Harris Technologies, Inc.  Being fully advised, and noting the representations made in the Local Rule 7.1(a)(3) Certification that Defendant Corellium, LLC and non-party L3Harris Technologies, Inc., do not oppose, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.  Plaintiff is given leave to file a response to the Motion to Quash Plaintiff's Subpoenas to Produce Documents and for Deposition filed by L3Harris Technologies, Inc., ECF No. 184, of up to seven pages.

**DONE AND ORDERED** this __ of March, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**