UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 19-81160-CV-Smith/Matthewman

APPLE INC.,

    Plaintiff,

vs.

CORELLIUM, LLC,

    Defendant.
_____/



FILED BY _____ D.C.

MAR 05 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER AFTER *IN CAMERA* REVIEW

THIS CAUSE was previously before the Court upon Plaintiff, Apple Inc.'s ("Apple") Motion to Compel Defendant Corellium, LLC to Produce Responsive Documents and Provide Complete Discovery Responses ("Motion") [DE 68]. This matter was referred to the undersigned by United States District Judge Rodney Smith. *See* DE 32.

The Court held a hearing on the Motion on February 27, 2020. The Court then promptly entered an Order [DE 211] on the Motion and required, in relevant part, that Defendant, Corellium, LLC ("Defendant"), submit for *in camera* review Corellium's form nondisclosure agreement used for employees. The Court further explained that, upon review of the nondisclosure agreement, it would determine the relevancy and proportionality of the agreement and whether the agreement should be produced to Apple.

Corellium submitted its form nondisclosure agreement as required, and the Court has carefully reviewed it. The Court finds that the form nondisclosure agreement used for Corellium's employees is neither relevant nor proportionate pursuant to Federal Rule of Civil Procedure

1

26(b)(1). Therefore, the Court sustains Corellium's objection to producing the documents and finds that Corellium need not produce the document to Apple.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 5th day of March, 2020.

                                                    WILLIAM MATTHEWMAN
                                                    United States Magistrate Judge