UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

## CORELLIUM'S NOTICE TO JOIN NON-PARTY L3HARRIS TECHNOLOGIES, INC.'S MOTION TO QUASH PLAINTIFF'S SUBPOENA TO PRODUCE DOCUMENTS AND FOR DEPOSITION

Defendant, Corellium, LLC ("Defendant" or "Corellium"), by and through its undersigned counsel, gives notice to the Court and all Parties that Corellium joins non-party L3Harris Technologies, Inc.'s February 25, 2020 Motion to Quash Plaintiff's Subpoena to Produce Documents and for Deposition ("Motion to Quash") [D.E. 184] and hereby adopts the arguments and authority cited therein. Corellium additionally files its Notice of Objections to Apple's Third Party Subpoenas in support of the Motion to Quash, served to Apple's counsel on February 13, 2020, attached hereto as **Exhibit 1**.

Dated: March 5, 2020                  Respectfully submitted,

                               By:   s/ *Lizza C. Constantine*
                                    JONATHAN VINE
                                    Florida Bar No.: 10966
                                    JUSTIN LEVINE
                                    Florida Bar No.:  106463

CASE NO.: 9:19-CV-81160-RS

LIZZA CONSTANTINE
Florida Bar No.: 1002945

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

*and*

PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
*Counsel for Defendant*
277 Park Avenue, 45th Floor
New York, NY 10172
Telephone (646) 779-5315
Facsimile (646) 968-4125
David Hecht, *Pro hac vice*
E-mail: dhecht@nortonrosefulbright.com
Maxim Price, *Pro hac vice*
E-mail: mprice@piercebainbridge.com
Melody McGowin, *Pro hac vice*
E-mail: mmcgowin@pierbainbridge.com
Wen Wu, *Pro hac vice*
E-mail: wwu@pierbainbridge.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@pierbainbridge.com

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on March 5, 2020, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or

by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

**SERVICE LIST**

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*