UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**CORELLIUM'S NOTICE OF OBJECTIONS
TO APPLE'S THIRD PARTY SUBPOENAS**

Defendant, Corellium, LLC ("Corellium") by and through the undersigned counsel, serves this Notice of Objections to Plaintiff, Apple Inc.'s ("Apple") Third Party Subpoenas directed at Non-Parties Azimuth Security, LLC ("Azimuth") and L3Harris Technologies, Inc. ("Harris"), and in support thereof, states as follows:

1. On February 13, 2020, Corellium received the following four Notices of Third Party Subpoenas (collectively "Notices"):

    a. Notice of Subpoena to Testify at Deposition to Azimuth,

    b. Notice of Subpoena to Testify at Deposition to Harris,

    c. Notice of Subpoena to Produce Documents to Azimuth,

    d. Notice of Subpoena to Produce Documents to Harris.

2. Corellium asserts the following objections to the Notices:

As it relates to the Notices to Testify for Deposition for both Azimuth and Harris:

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

EXHIBIT 1

A. All topics that include the phrase "Corellium Apple Product," as the parties recently agreed, and the Court approved on February 12, 2020, a new definition for this phrase. If Apple applies the new definition, Corellium will withdraw this objection.

B. Topic No. 4 on the grounds of relevance, privacy, and overbroad. Mr. Wade is not a party to this lawsuit, nor are his actions in an individual capacity at issue in this lawsuit.

C. Topic No. 5 on the ground that the use of the phrase "or any of its technology." That phrase is vague and confusing as it is not clear what technology is sought in addition to the Corellium Apple Product. If that phrase relates to any technical information outside of the new definition for Corellium Apple Product, then Corellium maintains this objection. Alternatively, if the subject phrase relates to only technical information within the new definition of Corellium Product, then Corellium will withdraw this objection. If the phrase has a different meaning, then Corellium maintains this objection.

D. Corellium objects to any topics seeking technical information on Corellium's proprietary technology, should such information be included in Apple's use of the phrase "technology" throughout the Notice. Such technology may have been shared or access to same been provided to customers to the extent such limited sharing is necessary for the customer to access and purchase, but Corellium maintains its proprietary expectation of privacy related to same.

As it relates to the Notices to Testify for Deposition for both Azimuth and Harris:

1) All requests that include the phrase "Corellium Apple Product," as the parties recently agreed, and the Court approved on February 12, 2020, a new definition for this phrase. If Apple applies the new definition, Corellium will withdraw this objection.

2) Request No. 4 on the grounds of relevance, privacy, and overbroad. Mr. Wade is not a party to this lawsuit, nor are his actions in an individual capacity at issue in this lawsuit.

3) Corellium objects to any topics seeking technical information on Corellium's proprietary technology, should such information be included in Apple's use of the phrase "technology" throughout the Notice. Such technology may have been shared or access to same been provided to customers to the extent such limited sharing is necessary for the customer to access and purchase, but Corellium maintains its proprietary expectation of privacy related to same.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February, 2020, a true and correct copy of the foregoing has been furnished by electronic mail to each of the counsel listed on the below Service List.

Dated: February 13, 2020               Respectfully submitted,

                                       COLE, SCOTT & KISSANE, P.A.
                                       *Counsel for Defendant CORELLIUM, LLC*
                                       Esperante Building
                                       222 Lakeview Avenue, Suite 120
                                       West Palm Beach, Florida 33401
                                       Telephone (561) 612-3459
                                       Facsimile (561) 683-8977
                                       Primary e-mail: justin.levine@csklegal.com
                                       Secondary e-mail: lizza.constantine@csklegal.com

                                By:    *s/ Justin B. Levine*
                                       JONATHAN VINE
                                       Florida Bar. No.: 10966
                                       JUSTIN B. LEVINE
                                       Florida Bar No.: 106463
                                       LIZZA C. CONSTANTINE
                                       Florida Bar No.: 1002945

3
**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

EXHIBIT 1

*and*

NORTON ROSE FULBRIGHT
*Counsel for Defendant*
2200 Ross Ave.
Dallas, Texas 75201
Telephone (214) 855-8000
Facsimile (214) 855-8200
Brett Govett, *Pro hac vice*
E-mail: brett.govett@nortonrosefulbright.com
Robert Greeson, *Pro hac vice*
E-mail: robert.greeson@ nortonrosefulbright.com
Jackie Baker, *Pro hac vice*
E-mail: jackie.baker@nortonrosefulbright.com

**SERVICE LIST**

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000 San
Francisco, CA 94111

**«FIRM_NAME_LINE_1»**
1645 PALM BEACH LAKES BOULEVARD  - 2ND FLOOR  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

EXHIBIT 1

CASE NO.: 9:19-CV-81160-RS

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

Marc R. Lewis (*pro hac vice pending*)
mlewis@lewisllewellyn.com
LEWIS AND LLEWELLYN LLP
601 Montgomery St., Ste. 2000
San Francisco, CA 94111

*Attorneys for Plaintiff, Apple Inc.*

5
**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

EXHIBIT 1