## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

     v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL
PORTIONS OF PLAINTIFF APPLE INC.'S OPPOSITION TO
NON-PARTY L3HARRIS'S MOTION TO QUASH AND EXHIBIT 1
ATTACHED THERETO AND SUPPORTING MEMORANDUM OF LAW**

Plaintiff, Apple Inc. ("Apple"), by and through undersigned counsel, pursuant to S.D. Fla.

Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of

portions of Apple's Opposition ("Opposition") to non-party L3Harris Technologies, Inc.'s

("L3Harris") Motion to Quash Apple's document and deposition subpoenas, ECF No. 184

("Motion to Quash").  In support of this request, Apple states as follows:

1.     On December 13, 2019, the Court entered a Stipulated Confidentiality and

Protective Order, ECF No. 50 ("Protective Order").  The Protective Order permits the parties to

designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny

Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal

with the Court any brief, document or materials that are designated as Protected Material under

this Order."  Protective Order ¶ 15(b).

2.	On February 25, 2020, L3Harris filed its Motion to Quash.  ECF No. 184.  On February 26, 2020, L3Harris filed a motion to file under seal a declaration supporting its Motion to Quash.  ECF No. 194.  The Court granted L3Harris's motion to file its supporting declaration under seal.  ECF No. 198.

3.	On February 27, 2020, Corellium served Apple with its Third Amended Answers to Apple's First Set of Interrogatories ("Third Amended Interrogatory Responses").

4.	On March 5, 2020, Apple will be filing its Opposition to L3Harris's Motion to Quash.

5.	Certain portions of the Opposition contain material from the declaration by L3Harris in support of its Motion to Quash, which was filed under seal pursuant to this Court's order, ECF No. 198.

6.	Certain portions of the Opposition contain material from Corellium's Third Amended Interrogatory Responses that Corellium has designated Confidential – Attorneys' Eyes Only ("AEO") pursuant to the Protective Order.  Portions of Corellium's Third Amended Interrogatory Responses are attached to Apple's Opposition as Exhibit 1.

7.	Consistent with the Protective Order (ECF No. 50) and the Court's order permitting the filing under seal the declaration in support of L3Harris's Motion to Quash (ECF No. 198), Apple moves to file under seal designated portions of its Opposition referring to or quoting 1) material contained in the declaration filed by L3Harris under seal in support of its Motion to Quash, and 2) portions of Corellium's Third Amended Interrogatory Responses that Corellium has designated AEO.  Apple further moves to file under seal portions of Exhibit 1 to its Opposition, which contains excerpts of Corellium's Third Amended Interrogatory Responses that Corellium has designated AEO.

8.      Apple reserves all rights to challenge Corellium's designations of this and other material as Confidential and/or AEO.  Apple further reserves all rights to challenge L3Harris's contention that the material in the declaration supporting its Motion to Quash should be sealed.

**WHEREFORE** Apple respectfully requests that, unless and until Corellium's and L3Harris's Confidential – Attorneys' Eyes Only designations are changed or rejected, and unless and until the Court modifies its order (ECF No. 198) permitting the sealing of the declaration filed in support of L3Harris's Motion to Quash, certain portions of the following document and supporting exhibit should remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

a.  Portions of Apple's Opposition to Non-Party L3Harris's Motion to Quash.

b.  Portions of Exhibit 1 to Apple's Opposition to Non-Party L3Harris's Motion to Quash.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant and counsel for non-party L3Harris Technologies, Inc. on March 5, 2020, regarding the relief sought herein.  Defendant and L3Harris do not oppose.

Dated: March 5, 2020                                    Respectfully Submitted,


Kathryn Ruemmler*                                       */s/ Martin B. Goldberg*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*                                     Martin B. Goldberg
*sy.damle@lw.com*                                       Florida Bar No. 0827029
Elana Nightingale Dawson*                               *mgoldberg@lashgoldberg.com*
*elana.nightingaledawson@lw.com*                        *rdiaz@lashgoldberg.com*
LATHAM & WATKINS LLP                                    Emily L. Pincow
555 Eleventh Street NW, Suite 1000                      Florida Bar. No. 1010370
Washington, DC 20004                                    *epincow@lashgoldberg.com*
(202) 637-2200 / (202) 637-2201 Fax                     LASH & GOLDBERG LLP
                                                        100 Southeast Second Street
Andrew M. Gass*                                         Miami, FL 33131
*andrew.gass@lw.com*                                    (305) 347-4040 / (305) 347-4050 Fax
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax


Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax


*\*Admitted pro hac vice*


*Attorneys for Plaintiff* APPLE INC.