# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

## PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to File Under Seal Portions of Apple's Opposition to Non-Party L3Harris Technologies, Inc.'s Motion to Quash Apple's Subpoenas. Being fully advised, and noting the representations made in the Local Rule 7.1(a)(3) Certification, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Plaintiff is given leave to file portions of Apple's Opposition to Non-Party L3Harris Technologies, Inc.'s Motion to Quash, and portions of Exhibit 1 thereto, under seal. The sealed materials shall remain under seal until further Court order. The Court may consider unsealing some or all of the documents after it has had the opportunity to review them.

**DONE AND ORDERED** this __ of March, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                              _____
                                              **WILLIAM MATTHEWMAN**
                                              **UNITED STATES MAGISTRATE JUDGE**