# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 9:19-CV-81160-RS

| | |
|---|---|
| **APPLE INC.,** | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § |
| | § |
| **CORELLIUM, LLC,** | § |
| | § |
| *Defendant*. | § |

**DEFENDANT'S NOTICE OF RULE 30(B)(6)
DEPOSITION OF L3HARRIS TECHNOLOGIES, INC.**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b)(6), Defendant Corellium, LLC ("Corellium" or "Defendant"), by its undersigned counsel, will take the deposition of L3Harris Technologies, Inc. ("L3Harris") on [date], commencing at 9:00 a.m. at [location], or such other date, place, and time as agreed upon by counsel, and lasting day-to-day until completed.

Pursuant to Rule 30(b)(6), L3Harris must designate one or more officers, directors, agents, or other persons who will testify on its behalf as to all information known or reasonably available to L3Harris regarding the subject matters listed below. On or before the close of business on [date], L3Harris shall identify in writing each person who will testify on its behalf, and shall specifically set forth, for each person designated, the subject matter on which each person will testify. The deposition of additional designees shall proceed consecutively after the conclusion of each deposition and continue day to day as necessary, unless otherwise agreed upon by counsel.

The deposition will be taken before a notary public or other officer authorized by law to administer oaths, will be recorded by stenographic and audiovisual means, and will continue from

day to day until completed. The deposition will be used for discovery purposes and may be introduced as evidence on the trial of this action.

| | |
|---|---|
| Dated: November 8, 2019 | **BERGER SINGERMAN LLP** |

                                              Gavin C. Gaukroger
                                              Florida Bar No. 76489
                                              Geoffrey A. Lottenberg
                                              Florida Bar No. 56240
                                              ggaukroger@bergersingerman.com
                                              glottenberg@bergersingerman.com
                                              drt@bergersingerman.com
                              350 East Las Olas Boulevard, Suite 1000
                              Fort Lauderdale, FL  33301
                              Telephone:  (954) 525-9900
                              Facsimile:  (954) 523-2872

                              **COLE, SCOTT AND KISSANE, P.A.**

                                              S. Jonathan Vine
                                              Florida Bar No. 10966
                                              Justin B. Levine
                                              Florida Bar No. 106463
                                              Lizza Carola Constantine
                                              Florida Bar No. 1002945
                                              justin.levine@csklegal.com
                                              lizza.constantine@csklegal.com
                                              jonathan.vine@csklegal.com
                              222 Lakeview Ave., Suite 120
                              West Palm Beach, FL 33401
                              Telephone: (561) 383-9200
                              Facsimile: (561) 683-8977

                              **COUNSEL FOR DEFENDANT**
                              **CORELLIUM, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing document through e-mail on the following counsel of record on November 8, 2019:

Martin B. Goldberg
mgoldberg@lashgoldberg.com
Lash & Goldberg LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler
Sarang Vijay Damle
Elana Nightingale Dawson
Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004

Andrew M. Gass
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina
Latham & Watkins LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

L3Harris Technologies, Inc.
1025 W. Nasa Boulevard
Melbourne, FL 32919

/s/ *Justin B. Levine*_____
Justin B. Levine
Florida Bar No. 106463

## LIST OF TOPICS

1. Non-confidential information regarding L3Harris's acquisition of Azimuth Security.

2. Non-confidential information regarding Corellium, LLC and the products and services Corellium, LLC offers.

3. Non-confidential information regarding Azimuth Security's status as a customer of Corellium, LLC.

4. Non-confidential information regarding the products and services that Corellium provides Azimuth Security.

5. Non-confidential information regarding the value provided by Azimuth Security to L3Harris, Azimuth Security's customers, and the public.