# EXHIBIT 5



# Locations



# Harris Corporate Headquarters

1025 W. NASA Boulevard
Melbourne, FL 32919

Tel: +1 321-727-9100

### FIND BY REGION

## North America

## Central and Latin America

## Europe

Asia Pacific

Middle East and Africa

Canada

Alaska, U.S.

California, U.S.

Colorado, U.S.

District of Columbia, U.S.

Florida, U.S.

**\*Corporate Headquarters and Global Innovation Center**

> LEARN MORE

1025 W. NASA Boulevard

Melbourne, Florida 32919

United States

Tel
+1 800 442 7747

**High Technology Center - Palm Bay**

> LEARN MORE

1395 Troutman Blvd.

Palm Bay, Florida

United States

Tel
+1 800 442 7747

HTC Conference Center
+1 321 727 5500

High Technology Center Event Planning Website
http://htc.harris.com/

**Malabar**

2800 Jordan Blvd.

Malabar, Florida

United States

**Miami**

7508 NW 54th St

Miami, Florida

United States

### Orlando

7022 TPC Blvd.

Orlando, Florida

United States

### Palm Bay

1710 Main Street N.E.

Palm Bay, Florida

United States

### Rodes Campus

407 N. John Rodes Blvd.

Melbourne, Florida

United States

### Sunrise

1000 Sawgrass Corporate Parkway

Sunrise, Florida 33323

United States

### Tallahassee

3800 Esplanade Way

Tallahassee, Florida

United States

### Tampa

4890 West Kennedy Boulevard

Tampa, Florida

United States

### Wickham Campus

150 Wickham Road

Melbourne, Florida

United States

3/2/2020 Case 9:19-cv-81160-RS   Document 220-5   Entered on FLSD Docket 03/05/2020   Page 5 of 5
Locations | Harris

Georgia, U.S.

Illinois, U.S.

Indiana, U.S.

Massachusetts, U.S.

Maryland, U.S.

Michigan, U.S.

North Carolina, U.S.

New Hampshire, U.S.

New Jersey, U.S.

Nevada, U.S.

New York, U.S.

Ohio, U.S.

Oregon, U.S.

Pennsylvania, U.S.

Texas, U.S.

Utah, U.S.

Virginia, U.S.

© 2020 Harris Corporation