UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

## ORDER GRANTING APPLE'S MOTION TO FILE UNDER SEAL [DE 219]

**THIS CAUSE** comes before the Court on Plaintiff, Apple Inc.'s ("Apple") Motion to File under Seal Portions of Plaintiff Apple Inc.'s Opposition to Non-Party L3Harris's Motion to Quash and Exhibit 1 Attached Thereto ("Motion") [DE 219]. Being fully advised in the premises, noting that Corellium LLC and L3Harris Technologies, Inc., do not oppose the relief sought, and noting that Apple is only moving to seal portions of the documents, it is

**ORDERED AND ADJUDGED** that Apple's Motion [DE 219] is hereby **GRANTED.** Apple is given leave to file portions of its Opposition to Non-Party L3Harris's Motion to Quash, and portions of Exhibit 1 attached thereto, under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this 6th of March, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE