# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160-RS

|  |  |
|---|---|
| APPLE INC., | |
| | Plaintiff, |
| v. | |
| CORELLIUM, LLC, | |
| | Defendant. |

### JOINT MOTION TO FILE UNDER SEAL
### PORTIONS OF PARTIES' JOINT NOTICE
### REGARDING OUTSTANDING DISCOVERY DISPUTES

Plaintiff Apple Inc. ("Apple") and Defendant Corellium LLC ("Corellium"), by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, jointly and respectfully move this Court for an order authorizing the filing under seal of portions of their Joint Notice Regarding Outstanding Discovery Disputes, ECF No. 224 ("Joint Notice").  In support of this request, the Parties state as follows:

1.     On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 ("Protective Order").  The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order."  Protective Order ¶ 15(b).

2.     On March 8, 2020, Corellium served Apple with a meet and confer letter regarding

discovery deficiencies.  This letter references content from Apple's Response to Interrogatory No. 14 which Apple designated Confidential.

3.      On March 9, 2020, Apple served Corellium with a meet and confer letter regarding discovery deficiencies.   This letter references content from Corellium's privilege log and Corellium's interrogatory responses which Corellium designated either Confidential or Confidential – Attorneys' Eyes Only ("AEO").

4.      Certain portions of the Joint Notice reference material from these letters that has been designated either Confidential or AEO by either Apple or Corellium.

5.      Other portions of the Joint Notice reference Corellium's interrogatory responses with information designated Confidential – Attorneys' Eyes Only.

6.      Consistent with the Protective Order (ECF No. 50), the Parties jointly move to file under seal 1) designated portions of their Joint Notice referring to or quoting material contained in the March 8 and March 9 discovery letters that refer to discovery materials either Apple or Corellium previously designated as Confidential or AEO; and 2) portions of the March 8 and March 9 discovery letters attached as exhibits to the Joint Notice.

7.      Apple reserves all rights to challenge Corellium's designations of this and other material as Confidential and/or AEO.   Corellium reserves all rights to challenge Apple's designations of this and other material as Confidential and/or AEO.

**WHEREFORE** the Parties respectfully request that, unless and until Corellium's and/or Apple's designations are changed or rejected, certain portions of the following document and supporting exhibits should remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

   a.   Portions of the Parties' Joint Notice

   b.   Portions of Exhibit A and Corellium's Exhibit to the Joint Notice

A proposed order is submitted herewith.

### <u>LOCAL RULE 7.1(A)(3) CERTIFICATION</u>

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant and counsel for non-party L3Harris Technologies, Inc. on March 11, 2020, regarding the relief sought herein.  Defendant Corellium joins in this motion and non-party L3Harris does not oppose.

Dated: March 12, 2020                          Respectfully Submitted,


Kathryn Ruemmler*                              /s/ Martin B. Goldberg
kathryn.ruemmler@lw.com                        Martin B. Goldberg
Sarang Vijay Damle*                            Florida Bar No. 0827029
sy.damle@lw.com                                mgoldberg@lashgoldberg.com
Elana Nightingale Dawson*                      rdiaz@lashgoldberg.com
elana.nightingaledawson@lw.com                 Emily L. Pincow
LATHAM & WATKINS LLP                           Florida Bar. No. 1010370
555 Eleventh Street NW, Suite 1000             epincow@lashgoldberg.com
Washington, DC 20004                           LASH & GOLDBERG LLP
(202) 637-2200 / (202) 637-2201 Fax            100 Southeast Second Street
                                               Miami, FL 33131
Andrew M. Gass*                                (305) 347-4040 / (305) 347-4050 Fax
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Admitted pro hac vice



                    Attorneys for Plaintiff APPLE INC.



                    By:   s/ Lizza Constantine
                          JONATHAN VINE
                          Florida Bar No.: 10966
                          JUSTIN LEVINE
                          Florida Bar No.:  106463
                          LIZZA CONSTANTINE
                          Florida Bar No.: 1002945

                          COLE, SCOTT & KISSANE, P.A.
                          Counsel for Defendant
                              4

Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

    *and*

PIERCE BAINBRIDGE BECK PRICE & HECHT
LLP
277 Park Avenue, 45th Floor
New York, NY 10172
Telephone (646) 779-5315
Facsimile (646) 968-4125
David Hecht, *Pro hac vice*
E-mail: dhecht@nortonrosefulbright.com
Maxim Price, *Pro hac vice*
E-mail: mprice@piercebainbridge.com
Melody McGowin, *Pro hac vice*
E-mail: mmcgowin@pierbainbridge.com
Wen Wu, *Pro hac vice*
E-mail: wwu@pierbainbridge.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@pierbainbridge.com

*Attorneys for Defendant* CORELLIUM, LLC.