**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

       Plaintiff,

  v.

CORELLIUM, LLC,

       Defendant.

**PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL**

**THIS CAUSE** comes before the Court on the Parties' Joint Motion to File Under Seal Portions of the Joint Notice regarding outstanding discovery disputes. Being fully advised, and noting the representations made in the Local Rule 7.1(a)(3) Certification, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. The Parties are given leave to file portions of the Joint Notice, and portions of Exhibits A and Corellium's Exhibit thereto, under seal. The sealed materials shall remain under seal until further Court order. The Court may consider unsealing some or all of the documents after it has had the opportunity to review them.

**DONE AND ORDERED** this __ of March, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                     **WILLIAM MATTHEWMAN**
                                                     **UNITED STATES MAGISTRATE JUDGE**