UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.



### ORDER GRANTING THE PARTIES' JOINT MOTION TO FILE UNDER SEAL [DE 225]

**THIS CAUSE** comes before the Court on the parties' Joint Motion to File under Seal Portions of the Parties' Joint Notice Regarding Outstanding Discovery Disputes ("Motion") [DE 225]. Being fully advised in the premises, noting that the parties are in agreement, and noting that the parties are only moving to seal portions of the Joint Notice, it is

**ORDERED AND ADJUDGED** that the Joint Motion [DE 225] is hereby **GRANTED**. The parties are given leave to file portions of there Joint Notice Regarding Outstanding Discovery Disputes under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this 12th of March, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE