UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

         Plaintiff,

  v.

CORELLIUM, LLC,

         Defendant.

## JOINT MOTION TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

Plaintiff Apple Inc. ("Apple") and Defendant Corellium, LLC ("Corellium," and collectively, the "Parties") respectfully move this Court for an order allowing the Parties to bring electronic equipment into the courtroom for use at the hearing scheduled for March 16, 2020 at 10:00 a.m. In support of this motion, the Parties state as follows:

1. This case is set for a hearing on March 16, 2020 at 10:00 a.m. *See* Court's Order Setting Hearing on Pending Discovery Motions, ECF No. 205.

2. In order to facilitate their presentation at the hearing, the Parties would like to use electronic equipment, including:

- Laptops, along with associated external drives/discs and cords
- Cell Phones

3. The attorneys who will be bringing the electronic equipment into the court on behalf of Apple will be:

- Jessica Stebbins Bina
- Emily Pincow

4. The attorneys who will be bringing the electronic equipment into the court on behalf of Corellium will be:

- Justin Levine
- Lizza Constantine
- David Hecht

5. If the Court grants the Parties' request to use electronic equipment, representatives from undersigned counsel will consult with the U.S. Marshal's office regarding the logistics of bringing the electronic equipment into the courtroom.

6. A proposed order granting this motion is attached.

WHEREFORE, the Parties respectfully move this Court to enter the attached proposed order, allowing the Parties to use electronic equipment during the March 16, 2020 hearing.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant and counsel for non-party L3Harris Technologies, Inc. on March 12, 2020, regarding the relief sought herein. Defendant Corellium joins in this motion and non-party L3Harris does not oppose.

Dated: March 12, 2020                                  Respectfully Submitted,

| | |
|---|---|
| Kathryn Ruemmler* | *s/ Martin B. Goldberg* |
| *kathryn.ruemmler@lw.com* | Martin B. Goldberg |
| Sarang Vijay Damle* | Florida Bar No. 0827029 |
| *sy.damle@lw.com* | *mgoldberg@lashgoldberg.com* |
| Elana Nightingale Dawson* | *rdiaz@lashgoldberg.com* |
| *elana.nightingaledawson@lw.com* | Emily L. Pincow |
| LATHAM & WATKINS LLP | Florida Bar No. 1010370 |
| 555 Eleventh Street NW, Suite 1000 | *epincow@lashgoldberg.com* |
| Washington, DC 20004 | *gizquierdo@lashgoldberg.com* |
| (202) 637-2200 / (202) 637-2201 Fax | LASH & GOLDBERG LLP |
| | 100 Southeast Second Street |
| Andrew M. Gass* | Miami, FL  33131 |
| *andrew.gass@lw.com* | (305) 347-4040 / (305) 347-4050 Fax |
| LATHAM & WATKINS LLP | |
| 505 Montgomery Street, Suite 2000 | |
| San Francisco, CA 94111 | |
| (415) 391-0600 / (415) 395-8095 Fax | |

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.


                        By:  s/ *Jonathan Vine*
                             JONATHAN VINE
                             Florida Bar No.: 10966
                             JUSTIN LEVINE
                             Florida Bar No.:  106463
                             LIZZA CONSTANTINE
                             Florida Bar No.: 1002945

3

        COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

    *and*

PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
277 Park Avenue, 45th Floor
New York, NY 10172
Telephone (646) 779-5315
Facsimile (646) 968-4125
David Hecht, *Pro hac vice*
E-mail: dhecht@nortonrosefulbright.com
Maxim Price, *Pro hac vice*
E-mail: mprice@piercebainbridge.com
Melody McGowin, *Pro hac vice*
E-mail: mmcgowin@pierbainbridge.com
Wen Wu, *Pro hac vice*
E-mail: wwu@pierbainbridge.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@pierbainbridge.com