**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**PROPOSED ORDER GRANTING JOINT MOTION**
**TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**

**THIS CAUSE** comes before the Court on the parties' Joint Motion to Bring Electronic Equipment into the Courtroom (ECF No. ___). The Court has considered the motion and the pertinent portions of the record.

Accordingly, it is hereby ORDERED AND ADJUDGED that the Motion is **GRANTED**:

1. Apple Inc., through Jessica Stebbins Bina and Emily Pincow, may bring the following equipment into the courtroom for use at the hearing scheduled for March 16, 2020 at 10:00 a.m.:

    - Laptops, along with associated external drives/discs and cords
    - Cell phones

2. Corellium, LLC, through Justin Levine, Lizza Constantine, and David Hecht, may bring the following equipment into the courtroom for use at the hearing scheduled for March 16, 2020 at 10:00 a.m.:

    - Laptops, along with associated external drives/discs and cords
    - Cell phones

2

**DONE AND ORDERED** in West Palm Beach, Florida, this __ of March, 2020.

                                                                _____
                                                                **WILLIAM MATTHEWMAN**
                                                                **United States Magistrate Judge**