UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.



FILED BY _____ D.C.

MAR 13 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER GRANTING JOINT MOTION
## TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM [DE 228]

**THIS CAUSE** comes before the Court on the parties' Joint Motion to Bring Electronic Equipment into the Courtroom ("Motion") [DE 228]. The Court has considered the Motion and the pertinent portions of the record.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [DE 228] is **GRANTED**:

1. Jessica Stebbins Bina, Esq., and Emily Pincow, Esq., counsel for Apple Inc., may bring the following equipment into the courtroom for use at the hearing scheduled for March 16, 2020 at 10:00 a.m.:

   - Laptops, along with associated external drives/discs and cords
   - Cell phones

2. Justin Levine, Esq., Lizza Constantine, Esq., and David Hecht, Esq., counsel for Corellium, LLC, may bring the following equipment into the courtroom for use at the hearing scheduled for March 16, 2020 at 10:00 a.m.:

   - Laptops, along with associated external drives/discs and cords

- Cell phones

**DONE AND ORDERED** in West Palm Beach, Florida, this 13th of March, 2020.

WILLIAM MATTHEWMAN
United States Magistrate Judge