# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> CORELLIUM, LLC, <br><br> Defendant. | |

## MOTION TO APPEAR TELEPHONICALLY

Plaintiff Apple Inc. ("Apple") respectfully moves this Court for an order allowing counsel for Apple Inc. to appear telephonically for the hearing scheduled for March 16, 2020 at 10:00 a.m. In support of this motion, Apple state as follows:

1. This case is set for a discovery hearing on March 16, 2020 at 10:00 a.m. *See* Court's Order Setting Hearing on Pending Discovery Motions, ECF No. 205.

2. Jessica Stebbins Bina, counsel for Apple, has primarily handled argument on discovery motions in this case, and has planned to attend the March 16 hearing in-person.

3. Ms. Bina works out of Latham & Watkins LLP's Century City office in Los Angeles, California. In order to attend the March 16, 2020 hearing in person, Ms. Bina will need to fly to Florida on Sunday, March 15.

4. On March 13, 2020, the Southern District of Florida issued Administrative Order 2020-18 in light of the COVID-19 epidemic, which states "Judges are strongly encouraged to conduct court proceedings by telephone or video conferencing where practicable."

5. On March 13, 2020, counsel for Apple was instructed by the clerk that the Court's preference is that Ms. Bina not travel to Florida from California, and instead appear by telephone and argue remotely, despite the Court's ordinary preference for counsel to appear in person if they will be primarily handling argument.

6. Accordingly, Ms. Bina requests permission to appear and argue telephonically for the March 16, 2020 at 10:00 a.m. She further requests permission that other counsel for Apple be permitted to be present on the same telephone line.

7. Apple's local counsel, Emily Pincow, still intends to attend the hearing in person. However, Ms. Bina will conduct the primary arguments on Apple's behalf.

8. A proposed order granting this motion is attached.

WHEREFORE, Apple respectfully moves this Court to enter the attached proposed order, allowing counsel to appear telephonically during the March 16, 2020 hearing.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant and counsel for non-party L3Harris Technologies, Inc. on March 13, 2020, regarding the relief sought herein.  Defendant Corellium and non-party L3Harris do not oppose.

| | |
|---|---|
| Dated: March 13, 2020 | Respectfully Submitted, |
| | |
| Kathryn Ruemmler* | *s/ Martin B. Goldberg* |
| *kathryn.ruemmler@lw.com* | Martin B. Goldberg |
| Sarang Vijay Damle* | Florida Bar No. 0827029 |
| *sy.damle@lw.com* | *mgoldberg@lashgoldberg.com* |
| Elana Nightingale Dawson* | *rdiaz@lashgoldberg.com* |
| *elana.nightingaledawson@lw.com* | Emily L. Pincow |
| LATHAM & WATKINS LLP | Florida Bar No. 1010370 |
| 555 Eleventh Street NW, Suite 1000 | *epincow@lashgoldberg.com* |
| Washington, DC 20004 | *gizquierdo@lashgoldberg.com* |
| (202) 637-2200 / (202) 637-2201 Fax | LASH & GOLDBERG LLP |
| | 100 Southeast Second Street |
| Andrew M. Gass* | Miami, FL 33131 |
| *andrew.gass@lw.com* | (305) 347-4040 / (305) 347-4050 Fax |
| LATHAM & WATKINS LLP | |
| 505 Montgomery Street, Suite 2000 | |
| San Francisco, CA 94111 | |
| (415) 391-0600 / (415) 395-8095 Fax | |

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.