# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

## PROPOSED ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY

**THIS CAUSE** comes before the Court on Apple's Motion to Appear Telephonically for the discovery hearing on March 16, 2020 at 10:00 a.m. See Court's Order Setting Hearing on Pending Discovery Motions, ECF No. 205.  Being fully advised, and noting the representations made in the Local Rule 7.1(a)(3) Certification, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.  Counsel for Apple is permitted to appear and argue telephonically for the March 16, 2020 discovery hearing.

**DONE AND ORDERED** this __ of March, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**