**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL PORTIONS OF DECLARATION OF JASON NIEH IN SUPPORT OF PLAINTIFF APPLE INC.'S MOTION TO COMPEL TECHNICAL DISCOVERY FOR THE ENTIRE CORELLIUM APPLE PRODUCT (ECF NO. 68) AND SUPPORTING MEMORANDUM OF LAW**

Plaintiff, Apple Inc. ("Apple"), by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of the Declaration of Jason Nieh ("Declaration") in Support of Apple's Motion to Compel Technical Discovery for the Entire Corellium Apple Product, ECF No. 68 ("Motion to Compel"). In support of this request, Apple states as follows:

1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 ("Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. On January 13, 2020, Apple filed a Motion to Compel Defendant Corellium, LLC ("Corellium") to Produce Responsive Documents and Provide Complete Discovery Responses. ECF No. 68. After full briefing and two hearings, the Court ruled that "[b]oth Apple's and Corellium's experts shall submit affidavits on or before noon on March 15, 2020, stating their respective positions and rationale as to whether Apple requires additional discovery on Corellium's hypervisor." ECF No. 211 at 2.

3. On March 15, 2020, Apple will be filing the Declaration of Jason Nieh in Support of its Motion to Compel.

4. Certain portions of the Declaration contain discovery material from Corellium that Corellium has designated "Confidential," "Confidential – Attorneys' Eyes Only" ("AEO"), and "Confidential – AEO – Source Code" ("Source Code") pursuant to the Protective Order. Exhibit B to the Declaration contains descriptions of documents produced by Corellium that Corellium has designated Confidential, AEO, or Source Code.

5. Exhibit C to the Declaration contains an image that counsel for Corellium emailed to counsel for Apple on March 10, 2020. Although Corellium did not designate the image as Confidential, AEO, or Source Code under the Protective Order, Apple is nevertheless seeking leave to file it under seal because the content of the document addresses technical aspects of Corellium's product.

6. Consistent with the Protective Order (ECF No. 50), Apple moves to file under seal designated portions of the Declaration referring to or quoting discovery material from Corellium that Corellium has designated Confidential, AEO, or Source Code. Apple also moves to file under seal certain portions of Exhibit B containing general descriptions of the contents of documents Corellium has designated Confidential, AEO, or Source Code. Apple further moves to file under

seal the entirety of Exhibit C to the Declaration, which contains a figure sent by Corellium to Apple that pertains to technical aspects of Corellium's product.

7. Apple reserves all rights to challenge Corellium's designations of this and other material as Confidential, AEO, and/or Source Code.

**WHEREFORE** Apple respectfully requests that, unless and until Corellium's designations are changed or rejected, certain portions of the following document and supporting exhibit should remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

a. Portions of the Declaration of Jason Nieh in Support of Apple's Motion to Compel Technical Discovery for the Entire Corellium Apple Product.

b. Portions of Exhibit B to the Declaration.

c. The entirety of Exhibit C to the Declaration.

A proposed order is submitted herewith.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on March 14, 2020, regarding the relief sought herein. Defendant does not oppose.

Dated: March 15, 2020

Kathryn Ruemmler*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Admitted pro hac vice

Respectfully Submitted,

*/s/ Emily L. Pincow*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.