UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s ("Apple") Motion to File Under Seal Portions of its Expert's Declaration ("Motion").  Being fully advised in the premises, noting that Corellium, LLC does not oppose the relief sought, and noting that Apple is only moving to seal portions of the declaration and Exhibit B attached thereto, and a single image that constitutes Exhibit C, it is

**ORDERED AND ADJUDGED** that Apple's Motion is hereby **GRANTED**.  Apple is given leave to file portions of its expert's declaration and Exhibit B, and the entirety of Exhibit C, under seal.  The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this __ of March, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                              _____
                                                              **WILLIAM MATTHEWMAN**
                                                              **UNITED STATES MAGISTRATE JUDGE**