# EXHIBIT A

# Jason Nieh - Curriculum Vitae

Columbia University
Department of Computer Science
1214 Amsterdam Ave. MC0401
New York, NY 10027-7003

Office: (212) 939-7160
Fax: (212) 666-0140
nieh@cs.columbia.edu
http://www.cs.columbia.edu/~nieh

**RESEARCH INTERESTS**

Mobile computing, operating systems, distributed systems, web and multimedia systems, computer architecture, computer security, and performance evaluation.

**EDUCATION**

Ph.D. Electrical Engineering, **Stanford University**, Stanford, CA, June 1999. Dissertation: "The Design, Implementation, and Evaluation of SMART: A Scheduler for Multimedia Applications", advisor Monica S. Lam.

M.S. Electrical Engineering, **Stanford University**, Stanford, CA, June 1990.

B.S. Electrical Engineering, **Massachusetts Institute of Technology**, Cambridge, MA, June 1989. Dissertation: "Using Special-Purpose Computing to Examine Chaotic Behavior in Nonlinear Mappings", advisor Gerald J. Sussman.

**HONORS**

*IEEE Fellow,* 2019.

*Google Research Award,* 2009, 2010, 2012, 2013, 2014, 2015.

*Kenneth C. Sevcik Outstanding Student Paper Award,* 2014.

*IBM Faculty Award,* 2004, 2006, 2008, 2011, 2012.

*SIGCSE Best Paper Award,* 2012.

*SOSP Best Paper Award,* 2011.

*LISA Best Student Paper Award,* 2005.

*Sigma Xi Young Investigator Award,* 2004. Awarded biennially to one individual for scientific achievement in the physical sciences and engineering. First computer scientist to receive this national award.

*ACM MobiCom Best Student Paper Award,* 2004.

*Distinguished Faculty Teaching Award, Columbia Engineering School Alumni Association,* 2004. Awarded to the top two instructors in the School of Engineering and Applied Science at Columbia University.

*IBM Shared University Research (SUR) Award,* 2000, 2004.

*IBM Performance Modeling and Analysis PIC Best Paper Award,* 2004.

*Department of Energy Early Career Principal Investigator Award,* 2003.

*National Science Foundation Faculty Early Career Development (CAREER) Award,* 2001.

*Sun Microsystems SAM Award,* 1994.

*GE Foundation Fellowship,* 1989.

*California Microelectronics Fellowship,* 1989 (declined).

*AT&T Engineering Scholarship,* 1986-1989.

*Member, Eta Kappa Nu,* 1988.

*Member, Sigma Xi,* 1988.

*Member, Tau Beta Pi,* 1988.

**PROFESSIONAL EXPERIENCE**

Professor of Computer Science, **Columbia University,** New York, NY, 2014 - present.

Co-Director, Software Systems Laboratory, **Columbia University,** New York, NY, 2011 **-** present.

Expert Witness, *Yahoo! v. Facebook*, *Nokia v. Apple*, etc., **DLA Piper**, **Wilmer Hale**, etc., 2005 - present.

Technical Advisor, *Bazaarvoice Consent Decree*, **US Dept. of Justice**, Washington DC, 2014 - 2018.

Chief Scientist, **Cellrox**, Tel Aviv, Israel, 2011 - 2017.

Associate Professor of Computer Science, **Columbia University,** New York, NY, 2003 - 2013.

Founder, **Guitar Notes, Inc.**, New York, NY, 1996 - 2012.

Director, Network Computing Laboratory, **Columbia University,** New York, NY, 2000 - 2011.

Chief Scientist, **DeskTone**, Chelmsford, MA, 2006 - 2007.

1st Scholar in Residence, **VMware**, Palo Alto, CA, 2006 - 2007.

Technical Advisor, *Microsoft Consent Decree*, **States of NY, OH, IL, KY, LA, MD, MI, NC, and WI**, 2003 - 2006.

Assistant Professor of Computer Science, **Columbia University,** New York, NY, 1999 - 2003.

Chairman of Technology Office and Director, **TrueMetrix,** New York, NY, 1999 - 2000.

Technical Consultant, **Vertex Management**, Redwood Shores, CA, 1996 - 1997.

Academic Consultant, **Sun Microsystems Laboratories**, Mountain View, CA, 1993 - 1998.

Research Assistant, Dept. of Electrical Engineering, **Stanford University**, Stanford, CA, 1990 - 1998.

Undergraduate Researcher, **Massachusetts Institute of Technology**, Cambridge, MA, 1987 - 1989.

Summer Intern, **AT&T Bell Laboratories**, Lincroft, Middletown, and Murray Hill, NJ, 1986 - 1988.

**RESEARCH SUPPORT** (all co-principal investigators at Columbia University unless otherwise noted)

1.  Principal Investigator, "Software Systems Laboratory Grant", **Two Sigma**, $10,000, Sept. 1, 2018 - Aug. 31, 2019.

2.  Co-Principal Investigator, "SaTC: TTP: Easy Email Encryption", Secure and Trustworthy Cyberspace Program, **National Science Foundation**, CNS-1717801, $499,999, Sept. 1, 2017 - Aug. 31, 2020, with Steven M. Bellovin.

3.  Principal Investigator, "Software Systems Laboratory Grant", **Two Sigma**, $10,000, Sept. 1, 2017 - Aug. 31, 2018.

4.  Principal Investigator, "ARM VHE Optimization", **Huawei Technologies**, $100,000, June 1, 2017 - May 31, 2018.

5.  Co-Principal Investigator, "TWC: Medium: Toward Trustworthy Mutable Replay for Security Patches", Secure and Trustworthy Cyberspace Program, **National Science Foundation**, CNS-1563555, $1,200,000, Sept. 1, 2016 - Aug. 31, 2020, with Gail E. Kaiser.

6.  Principal Investigator, "ARM Nested Virtualization", **ARM**, $30,000, June 1, 2016 - May 31, 2017.

7.  Principal Investigator, "Software Systems Laboratory Grant", **Two Sigma**, $10,000, Sept. 1, 2016 - Aug. 31, 2017.

8.  Principal Investigator, "Multi-Mobile Computing", Google Research Award, **Google**, $94,063, Sept. 1, 2015 - Aug. 31, 2016.

9.  Principal Investigator, "Software Systems Laboratory Grant", **Two Sigma**, $10,000, Sept. 1, 2015 - Aug. 31, 2016.

10. Principal Investigator, "TWC: TTP Option: Small: A Linux ARM Hypervisor for System Security", Secure and Trustworthy Cyberspace Program, **National Science Foundation**, CNS-1422909, $635,103, Oct. 1, 2014 - Sept. 30, 2017.

11. Principal Investigator, "Heterogeneous Migration Across Android Devices", Google Research Award, **Google**, $91,460, Sept. 1, 2014 - Aug. 31, 2015.

12. Principal Investigator, "KVM/ARM Virtualization", **Huawei Technologies**, $100,000, Sept. 1, 2014 - Aug. 31, 2015.

13. Co-Principal Investigator, "Promiscuous: Scalable, Consistent Firehose for Data-Driven Web Service Integrations", Google Research Award, **Google**, $74,000, Sept. 1, 2013 - Aug. 31, 2014, with Roxana Geambasu.

14. Principal Investigator, "A KVM/ARM Microserver Virtualization Architecture II", **ARM**, $100,000, Aug. 5, 2013 - Aug. 4, 2014.

15. Principal Investigator, "CSR:Medium: A Virtual Smartphone and Tablet System Architecture", Computer Systems Research Program, **National Science Foundation**, CNS-1162447, $783,000, Sept. 1, 2012 - Aug. 31, 2016.

16. Principal Investigator, "SHF:Medium: RacePro: Automatically Detecting API Races in Deployed Systems", Software and Hardware Foundations Program, **National Science Foundation**, CCF-1162021, $800,000, Sept. 1, 2012 - Aug. 31, 2016, with Junfeng Yang.

17. Principal Investigator, "Virtual Smartphone Computing Using Android", Google Research Award, **Google**, $50,000, Sept. 1, 2012 - Aug. 31, 2013.

18. Principal Investigator, "Mutable Replay for Enabling IT Transformation", IBM Faculty Award, **IBM Research**, $20,000, July 1, 2012 - June 30, 2013.

19. Co-Principal Investigator, "Programming the Internet of Things, Android Mobile Phone Virtualization, and Location-based Dynamic Spectrum Management", Center for Advanced Technology in Telecommunications (CATT), **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $95,000, July 1, 2012 - June 30, 2013, with Henning Schulzrinne.

20. Principal Investigator, "A KVM/ARM Microserver Virtualization Architecture", **ARM**, $100,000, Mar. 13, 2012 - Mar. 12, 2013.

21. Principal Investigator, "Android Nexus S Phone Equipment Grant", **Google**, $11,376, Sept. 2011.

22. Principal Investigator, "Heterogeneous Replay Debugging for Enabling IT Transformation", IBM Faculty Award, **IBM Research**, $20,000, July 1, 2011 - June 30, 2012.

23. Co-Principal Investigator, "Disruption-Tolerant Network Applications and Android Mobile Phone Virtualization", Center for Advanced Technology in Telecommunications (CATT), **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $80,000, July 1, 2011 - June 30, 2012, with Henning Schulzrinne.

24. Principal Investigator, "Student Travel Support for the 2011 USENIX Annual Technical Conference", Computer Systems Research Program, **National Science Foundation**, CNS-1137962, $10,000, June 2011.

25. Principal Investigator, "TC:Small: Improving System Security through Virtual Layered File Systems", Trustworthy Computing Program, **National Science Foundation**, CNS-1018355, $499,998, Sept. 1, 2010 - Aug. 31, 2014.

26. Principal Investigator, "Android Mobile Phone Virtualization", Google Research Award, **Google**, $67,200, Sept. 1, 2010 - Aug. 31, 2011.

27. Principal Investigator, "TC:Small: Exploiting Software Elasticity for Automatic Software Self-Healing", Trustworthy Computing Program, **National Science Foundation**, CNS-0914845, $450,000, Sept. 1, 2009 - Aug. 31, 2013, with Angelos D. Keromytis.

28. Co-Principal Investigator, "CSR: Medium: Guanyin: a Thousand hands with a Thousand eyes for Distributed Software Checking", Computer Systems Research Program, **National Science Foundation**, CNS-0905246, $1,102,000, Sept. 1, 2009 - Aug. 31, 2014, with Junfeng Yang and Gail E. Kaiser.

29. Principal Investigator, "Google Desktop Meets DejaView: Display-Centric Desktop Search", Google Research Award, **Google**, $70,000, Sept. 1, 2009 - Aug. 31, 2010, with Luis Gravano.

30. Principal Investigator, "Android G1 Dev Phone Equipment Grant", **Google**, $23,940, Sept. 2009.

31. Principal Investigator, "DejaView / Android Development", Center for Advanced Technology in Telecommunications (CATT), **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $20,000, Sept. 1, 2009 - Feb. 28, 2010.

32. Principal Investigator, "GOALI Supplement to CSR-VSM: Autonomic Mechanisms for Reducing System Downtime due to Maintenance and Upgrades", Grant Opportunities for Academic Liaison with Industry Program, **National Science Foundation**, CNS-0950434, $66,675, Sept. 1, 2009 - Aug. 31, 2010.

33. Principal Investigator, "CIFellow: Michael Hines", Subaward through Computing Community Consortium and Computing Research Association, **National Science Foundation**, CNS-0937060, $140,000, Sept. 1, 2009 - Aug. 31, 2010.

34. Principal Investigator, "An Open Standard for Advanced Display and Application Remoting", IBM Faculty Award, **IBM Research**, $20,000, July 1, 2008 - June 30, 2009.

35. Principal Investigator, "Remote 3D Gaming Research", **Deutsche Telekom AG Laboratories**, $70,930, Sept. 1, 2007 - Aug. 31, 2008.

36. Principal Investigator, "Virtualization Mechanisms for Security", Center for Advanced Technology in Telecommunications (CATT), **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $38,559, July 1, 2007 - June 30, 2008.

37. Principal Investigator, "Virtualization Curriculum Equipment Grant", **VMware**, $40,000, Sept. 2007.

38. Co-Principal Investigator, "CSR-VSM: Autonomic Mechanisms for Reducing System Downtime due to Maintenance and Upgrades", Computer Systems Research Program, **National Science Foundation**, CNS-0717544, $350,000, Aug. 1, 2007 - July 31, 2009, with Gail E. Kaiser.

39. Co-Principal Investigator, "Autonomic Recovery of Enterprise-Wide Systems After Attack or Failure with Forward Correction", Multidisciplinary University Research Initiative (MURI), **Air Force Office of Scientific Research (AFOSR)**, USAF/AFRL FA9550-07-1-0527, $4,826,940, May 1, 2007 - June 30, 2012, with Anup K. Ghosh (George Mason University), Sushil Jajodia, (George Mason University), Angelos D. Keromytis, Salvatore J. Stolfo, and Peng Liu (Pennsylvania State University).

40. Principal Investigator, "Thin-Client Computing Research", **Advanced Micro Devices**, $50,000, Jan. 1, 2007 - Dec. 31, 2007.

41. Principal Investigator, "Secure Isolation Mechanisms for Untrusted Network Applications", Center for Advanced Technology in Telecommunications (CATT), **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $10,000, July 1, 2006 - June 30, 2007.

42. Co-Principal Investigator, "Security Escorts For Not-Yet Trusted Software", Small Business Technology Transfer Research Program (STTR), **Office of the Secretary of Defense**, O064-SP2-1001, $99,981, Aug. 15, 2006 - May 15, 2007, with Charles Earl (Stottler Henke Associates).

43. Principal Investigator, "Virtualization Mechanisms for Security", Center for Advanced Technology in Telecommunications (CATT), **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $38,559, July 1, 2006 - June 30, 2007.

44. Principal Investigator, "An Application Streaming Service for Ubiquitous Computing Access", IBM Faculty Award, **IBM Research**, $20,000, July 1, 2006 - June 30, 2007.

45. Principal Investigator, "BPC Supplement to ITR: Secure Remote Computing Services", Broadening Participation in Computing Program, **National Science Foundation**, CNS-0543869, $133,565, Sept. 15, 2005 - Sept. 14, 2007.

46. Principal Investigator, "US-Japan Cyber Trust Supplement to ITR: Secure Remote Computing Services", Cyber Trust Program, **National Science Foundation**, CNS-0535343, $77,280, July 1, 2005 - June 30, 2007.

47. Principal Investigator, "Secure Isolation Mechanisms for Untrusted Network Applications", Center for Advanced Technology in Telecommunications (CATT), **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $12,500, July 1, 2005 - June 30, 2006.

48. Principal Investigator, "Sun Ray Software Performance", Collaborative Research Program, **Sun Microsystems**, $45,142, Feb. 2005.

49. Principal Investigator, "ITR: Secure Remote Computing Services", Information Technology Research (ITR) for National Priorities Program, **National Science Foundation**, CNS-0426623, $1,200,000, Sept. 15, 2004 - Aug. 31, 2009, with Gail E. Kaiser and Angelos D. Keromytis.

50. Principal Investigator, "Secure Isolation Mechanisms for Untrusted Network Applications", Center for Advanced Technology in Telecommunications (CATT), **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $12,500, July 1, 2004 - June 30, 2005.

51. Principal Investigator, "Secure Isolation and Transparent Migration of Legacy Applications", IBM Faculty Award, **IBM Research**, $40,000, July 1, 2004 - June 30, 2005.

52. Principal Investigator, "Secure Isolation and Migration of Linux Applications", Center for Advanced Technology (CAT) in Information Management, **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $70,000, Apr. 19, 2004 - June 30, 2004.

53. Principal Investigator, "Linux Virtualization Phase I", IBM Shared University Research (SUR) Award, **IBM Research**, $503,027, Mar. 2004.

54. Principal Investigator, "Migration Mechanisms for Large-Scale Parallel Applications", Early Career Principal Investigator Program in Applied Mathematics, Collaboratory Research, Computer Science, and High-Performance Networks, Office of Science, **US Department of Energy**, $299,589, Aug. 15, 2003 - Aug. 14, 2006.

55. Principal Investigator, "Sun Microsystems Equipment Grant", Collaborative Research Program, **Sun Microsystems**, $6,195, July 2003.

56. Principal Investigator, "Network Virtualization Mechanisms for Mobile Communication", Networking Research Program, **National Science Foundation**, ANI-0240525, $249,999, June 1, 2003 - May 31, 2007.

57. Principal Investigator, "Apple Computer Powerbook Award", Apple Developer Connection and Hardware Seed Program, **Apple Computer**, $7,433, May 2003.

58. Principal Investigator, "ITR: An Experimental Study of Thin-Client Computing Architectures", Information Technology Research (ITR) Program, **National Science Foundation**, CCR-0219943, $250,000, Sept. 1, 2002 - July 31, 2007.

59. Senior Personnel, "Pervasive Pixels", CISE Research Infrastructure Program, **National Science Foundation**, EIA-0202063, $1,485,098, Sept. 1, 2002 - Aug. 31, 2007, with Henning Schulzrinne, Steven K. Feiner, Gail E. Kaiser, John R. Kender, Kathleen R. McKeown, Peter K. Allen, Angelos D. Keromytis, Shree K. Nayar, William Noble, Steven M. Nowick, and Kenneth A. Ross.

60. Principal Investigator, "Migration Mechanisms for Autonomic Computing", Center for Advanced Technology (CAT) in Information Management, **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $70,000, July 1, 2002 - June 30, 2003.

61. Principal Investigator, "Inferring Mean Client Response Time at the Web Server", Center for Advanced Technology (CAT) in Information Management, **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $25,000, Apr. 1, 2002 - June 30, 2002.

62. Co-Principal Investigator, "The Columbia Hot Spot Rescue Service", Advanced Networking Infrastructure and Research (ANIR) Special Projects in Networking Program, **National Science Foundation**, ANI-0117738, $1,399,999, Sept. 15, 2001 - Aug. 30, 2006, with Edward G. Coffman, Predrag R. Jelenkovic, Dan Rubenstein, and Henning Schulzrinne.

63. Principal Investigator, "Scalability Issues in Linux", Collaborative Research Program, **IBM Linux Technology Center**, $33,029, July 1, 2001 - June 30, 2002.

64. Principal Investigator, "Thin-Client Benchmarking", **National Semiconductor**, $25,000, July 1, 2001 - June 30, 2002.

65. Principal Investigator, "Server-Based Computing Technologies for Application Service Providers", Center for Advanced Technology (CAT) in Information Management, **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $75,000, July 1, 2001 - June 30, 2002.

66. Principal Investigator, "Scalable Linux Cluster Utilities", Center for Advanced Technology (CAT) in Information Management, **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $50,000, Apr. 16, 2001 - June 30, 2001.

67. Principal Investigator, "CAREER: Delivering Computational Services over the Internet", Faculty Early Career Development (CAREER) Award, Operating Systems and Compilers Program, **National Science Foundation**, CCR-0093047, $250,000, Feb. 15, 2001 - Feb. 28, 2007.

68. Principal Investigator, "Scalable Linux Cluster Computer Utilities", IBM Shared University Research (SUR) Award, **IBM Research**, $128,162, Dec. 2000.

69. Co-Principal Investigator, "Adaptive Internet Interactive Team Video", Experimental Systems Program, **National Science Foundation**, EIA-0071954, $1,590,000, Sept. 15, 2000 - Sept. 30, 2004, with John R. Kender and Gail E. Kaiser.

70. Principal Investigator, "Columbia University Computer Utility", Collaborative Research Program, **Sun Microsystems**, $51,178, Sept. 1, 2000 - Oct. 31, 2001.

71. Principal Investigator, "Lucent Grant in Science and Engineering", University Program, **Lucent Technologies**, $20,000, July 2000.

5

72. Principal Investigator, "Sun Microsystems Equipment Grant", Collaborative Research Program, **Sun Microsystems**, $83,562, Dec. 1999.

73. Co-Principal Investigator, "Microsoft Research and Education Grant", Microsoft University Program, **Microsoft Research**, $1,208,163, July 1, 1999 - June 30, 2001, with Kathleen R. McKeown, Luis Gravano, John R. Kender, Andrew Kosoresow, Shree K. Nayar, and Henning Schulzrinne.

# PUBLICATIONS

Student co-authors are underlined. Papers are available online at `http://systems.cs.columbia.edu/publications`.

## BOOKS

1. Edouard Bugnion, Jason Nieh, and Dan Tsafrir, *Hardware and Software Support for Virtualization*, Synthesis Lectures on Computer Architecture, Morgan & Claypool Publishers, Feb, 2017.

## REFEREED AWARD PAPERS

1. Nicolas Viennot, Edward Garcia, and Jason Nieh, "A Measurement Study of Google Play", *Proceedings of the ACM International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2014)*, Austin, TX, June 16-20, 2014, pp. 221-233. (17% accepted, 40/238, Kenneth C. Sevcik Outstanding Student Paper Award)

2. Jeremy Andrus and Jason Nieh, "Teaching Operating Systems Using Android", *Proceedings of the 43rd ACM Technical Symposium on Computer Science Education (SIGCSE 2012)*, Raleigh, NC, Feb.29-Mar. 3, 2012, pp. 613-618. (35% accepted, 100/289, Best Paper Award)

3. Jeremy Andrus, Christoffer Dall, Alexander Van't Hof, Oren Laadan, and Jason Nieh, "Cells: A Virtual Mobile Smartphone Architecture", *Proceedings of the 23rd ACM Symposium on Operating Systems Principles (SOSP 2011)*, Cascais, Portugal, Oct. 23-26, 2011, pp. 173-187. (18% accepted, 28/157, Best Paper Award)

4. Shaya Potter and Jason Nieh, "Reducing Downtime Due to System Maintenance and Upgrades", *Proceedings of the 19th Large Installation System Administration Conference (LISA 2005)*, San Diego, CA, Dec. 4-9, 2005, pp. 47-62. (46% accepted, 24/52, Best Student Paper Award)

5. Ricardo Baratto, Shaya Potter, Gong Su, and Jason Nieh, "MobiDesk: Mobile Virtual Desktop Computing", *Proceedings of the 10th International Conference on Mobile Computing and Networking (MobiCom 2004)*, Philadelphia, PA, Sept. 29-Oct. 1, 2004, pp. 1-15. (8% accepted, 26/327, Best Student Paper Award)

## REFEREED JOURNAL ARTICLES

6. Alex Sherman, Jason Nieh, and Clifford Stein, "FairTorrent: A Deficit-based Distributed Algorithm to Ensure Fairness in Peer-to-Peer Systems", *IEEE/ACM Transactions on Networking (ToN)*, 20(5), Oct. 2012, pp. 1361-1374. (invited paper)

7. Christoffer Dall, Jeremy Andrus, Alexander Van't Hof, Oren Laadan, and Jason Nieh, "The Design, Implementation, and Evaluation of Cells: A Virtual Mobile Smartphone Architecture", *ACM Transactions on Computer Systems (TOCS)*, 30(3), Aug. 2012, pp. 9:1-31. (invited paper)

8. Shaya Potter, Ricardo Baratto, Oren Laadan, Leonard Kim, and Jason Nieh, "MediaPod: A Pocket-sized and Personalized Multimedia Desktop", *International Journal of Semantic Computing (IJSC)*, 4(2), June 2010, pp. 181-202. (invited paper)

9. Albert M. Lai, Justin B. Starren, David R. Kaufman, Eneida A. Mendonca, Walter Palmas, Jason Nieh, and Steven Shea, "The Remote Patient Education in a Telemedicine Environment Architecture (REPETE)", *Telemedicine and e-Health*, 14(5), May 2008, pp. 355-361.

10. Albert Lai and Jason Nieh, "On the Performance of Wide-Area Thin-Client Computing", *ACM Transactions on Computer Systems (TOCS)*, 24(2), May 2006, pp. 175-209.

11. David P. Olshefski, Jason Nieh, and Dakshi Agarwal, "Using Certes to Infer Client Response Times at the Web Server", *ACM Transactions on Computer Systems (TOCS)*, 22(1), Feb. 2004, pp. 49-93. (2004 Best Paper, Performance Modeling and Analysis PIC, IBM Research; nominated for the 2004 Pat Goldberg Memorial Best Paper Awards in Computer Science, Electrical Engineering and Mathematics)

12. Jason Nieh and Monica S. Lam, "A SMART Scheduler for Multimedia Applications", *ACM Transactions on Computer Systems (TOCS)*, 21(2), May 2003, pp. 117-163.

13. Jason Nieh, S. Jae Yang, and Naomi Novik, "Measuring Thin-Client Performance Using Slow-Motion Benchmarking", *ACM Transactions on Computer Systems (TOCS)*, 21(1), Feb. 2003, pp. 87-115.

**REFEREED CONFERENCE PAPERS**

14. Naser AlDuaij, Alexander Van't Hof, and Jason Nieh, "Heterogeneous Multi-Mobile Computing", *Proceedings of the 17th ACM International Conference on Mobile Systems, Applications, and Services (MobiSys 2019)*, Seoul, South Korea, June 17-21, 2019. (23% accepted, 40/172)

15. Alexander Van't Hof and Jason Nieh, "AnDrone: Virtual Drone Computing in the Cloud", *Proceedings of the 11th European Conference on Computer Systems (EuroSys 2019)*, Dresden, Germany, Mar. 25-28, 2019. (22% accepted, 45/207)

16. John S. Koh, Steven M. Bellovin, and Jason Nieh, "Why Joanie Can Encrypt: Easy Email Encryption with Easy Key Management", *Proceedings of the 11th European Conference on Computer Systems (EuroSys 2019)*, Dresden, Germany, Mar. 25-28, 2019. (22% accepted, 45/207)

17. Jeremy Andrus, Naser AlDuaij, and Jason Nieh, "Binary Compatible Graphics Support in Android for Running iOS Apps", *Proceedings of the 2017 ACM/IFIP/USENIX Middleware Conference (Middleware 2017)*, Las Vegas, NV, Dec. 11-15, 2017, pp. 55-67. (24% accepted, 20/85)

18. Jintack Lim, Christoffer Dall, Shih-Wei Li, Jason Nieh, and Marc Zyngier, "NEVE: Nested Virtualization Extensions for ARM", *Proceedings of the 26th ACM Symposium on Operating Systems Principles (SOSP 2017)*, Shanghai, China, Oct. 28-31, 2017, pp. 201-217. (17% accepted, 39/232)

19. Christoffer Dall, Shih-Wei Li, and Jason Nieh, "Optimizing the Design and Implementation of the Linux ARM Hypervisor", *Proceedings of the 2017 USENIX Annual Technical Conference (USENIX ATC 2017)*, Santa Clara, CA, July 12-14, 2017, pp. 221-234. (21% accepted, 60/283)

20. Christoffer Dall, Shih-Wei Li, Jintack Lim, Jason Nieh, and Georgios Koloventzos, "ARM Virtualization: Performance and Architectural Implications", *Proceedings of the 43rd International Symposium on Computer Architecture (ISCA 2016)*, Seoul, South Korea, June 18-22, 2016, pp. 304-316. (19% accepted, 54/288)

21. Vaggelis Atlidakis, Jeremy Andrus, Roxana Geambasu, Dimitris Mitropoulos, and Jason Nieh, "POSIX Abstractions in Modern Operating Systems: The Old, the New, and the Missing", *Proceedings of the 8th European Conference on Computer Systems (EuroSys 2016)*, London, UK, Apr. 18-21, 2016, pp. 19:1-17. (21% accepted, 38/180)

22. Alexander Van't Hof, Hani Jamjoom, Jason Nieh, and Dan Williams, "Flux: Multi-Surface Computing in Android", *Proceedings of the 7th European Conference on Computer Systems (EuroSys 2015)*, Bordeaux, France, Apr. 21-24, 2015, pp. 24:1-17. (21% accepted, 32/150)

23. Nicolas Viennot, Mathias Lecuyer, Jonathan Bell, Roxana Geambasu, and Jason Nieh, "Synapse: A Microservices Architecture for Heterogeneous-Database Web Applications", *Proceedings of the 7th European Conference on Computer Systems (EuroSys 2015)*, Bordeaux, France, Apr. 21-24, 2015, pp. 21:1-16. (21% accepted, 32/150)

24. Christoffer Dall and Jason Nieh, "Teaching Operating Systems Using Code Review", *Proceedings of the 45th ACM Technical Symposium on Computer Science Education (SIGCSE 2014)*, Atlanta, GA, Mar. 5-8, 2014, pp. 549-554. (39% accepted, 108/274)

25. Jeremy Andrus, Alexander Van't Hof, Naser AlDuaij, Christoffer Dall, Nicolas Viennot, and Jason Nieh, "Cider: Native Execution of iOS Apps on Android", *Proceedings of the 19th International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS 2014)*, Salt Lake City, UT, Mar. 1-5, 2014, pp. 367-381. (23% accepted, 49/217)

26. Christoffer Dall and Jason Nieh, "KVM/ARM: The Design and Implementation of the Linux ARM Hypervisor", *Proceedings of the 19th International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS 2014)*, Salt Lake City, UT, Mar. 1-5, 2014, pp. 333-347. (23% accepted, 49/217)

27. Nicolas Viennot, Sid Nair, Jason Nieh, "Transparent Mutable Replay for Multicore Debugging and Patch Validation", *Proceedings of the 18th International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS 2013)*, Houston, TX, Mar. 16-20, 2013, pp. 127-138. (23% accepted, 44/191)

28. Joshua Reich, Oren Laadan, Eli Brosh, Alex Sherman, Vishal Misra, Jason Nieh, and Dan Rubenstein, "VMTorrent: Scalable P2P Virtual Machine Streaming", *Proceedings of the 8th ACM Conference on emerging Networking EXperiments and Technologies, (CoNEXT 2012)*, Nice, France, Dec. 10-12, 2012, pp. 289-300. (18% accepted, 31/177)

29. Oren Laadan, Andrew Shu, and Jason Nieh, "Capture: A Desktop Display-Centric Text Recorder", *Proceedings of the 14th International ACM SIGACCESS Conference on Computers and Accessibility (ASSETS 2012)*, Boulder, CO, Oct 22-24, 2012, pp. 9-16. (28% accepted, 25/88)

30. Shaya Potter and Jason Nieh, "Improving Virtual Appliance Management through Virtual Layered File Systems", *Proceedings of the 25th Large Installation System Administration Conference (LISA 2011)*, Boston, MA, Dec. 4-9, 2011, pp. 25-38. (46% accepted, 29/63)

31. Oren Laadan, Nicolas Viennot, Chia-Che Tsai, Chris Blinn, Junfeng Yang, and Jason Nieh, "Pervasive Detection of Process Races in Deployed Systems", *Proceedings of the 23rd ACM Symposium on Operating Systems Principles (SOSP 2011)*, Cascais, Portugal, Oct. 23-26, 2011, pp. 353-367. (18% accepted, 28/157)

32. Dinesh Subhraveti and Jason Nieh, "Record and Transplay: Partial Checkpointing for Replay Debugging Across Heterogeneous Systems", *Proceedings of the ACM International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2011)*, San Jose, CA, June 7-11, 2011, pp. 109-120. (15% accepted, 26/177)

33. Oren Laadan, Jason Nieh, and Nicolas Viennot, "A Structured Approach to Linux Kernel Projects for Teaching Operating Systems", *Proceedings of the 42nd ACM Technical Symposium on Computer Science Education (SIGCSE 2011)*, Dallas, TX, Mar. 9-12, 2011, pp. 287-292. (34% accepted, 107/315)

34. Joshua Reich, Oren Laadan, Eli Brosh, Alex Sherman, Vishal Misra, Jason Nieh, and Dan Rubenstein, "VMTorrent: Virtual Appliances On-Demand", *Proceedings of the ACM SIGCOMM 2010 Conference, (SIGCOMM 2010)*, New Delhi, India, Aug. 30-Sept. 3, 2010, p. 453. (33% accepted, 42/129, demo paper, nominated for best demo award)

35. Christoffer Dall and Jason Nieh, "KVM for ARM", *Proceedings of the 12th Annual Linux Symposium*, Ottawa, Canada, July 13-16, 2010, pp. 45-56.

36. Shaya Potter and Jason Nieh, "Apiary: Easy-to-use Desktop Application Fault Containment on Commodity Operating Systems", *Proceedings of the 2010 USENIX Annual Technical Conference (USENIX 2010)*, Boston, MA, June 23-25, 2010, pp. 103-116. (15% accepted, 22/147)

37. Oren Laadan, Nicolas Viennot, and Jason Nieh, "Transparent, Lightweight Application Execution Replay on Commodity Multiprocessor Operating Systems", *Proceedings of the ACM International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2010)*, New York, NY, June 14-18, 2010, pp. 155-166. (16% accepted, 29/184)

38. Haoqiang Zheng and Jason Nieh, "RSIO: Automatic User Interaction Detection and Scheduling", *Proceedings of the ACM International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2010)*, New York, NY, June 14-18, 2010, pp. 263-274. (16% accepted, 29/184)

39. Oren Laadan and Jason Nieh, "Operating System Virtualization: Practice and Experience", *Proceedings of the 3rd Annual Haifa Experimental Systems Conference (SYSTOR 2010)*, Haifa, Israel, May 24-26, 2010. (58% accepted, 18/31)

40. Oren Laadan, Jason Nieh, and Nicolas Viennot, "Teaching Operating Systems Using Virtual Appliances and Distributed Version Control", *Proceedings of the 41st ACM Technical Symposium on Computer Science Education (SIGCSE 2010)*, Milwaukee, WI, Mar. 10-13, 2010, pp. 480-484. (34% accepted, 103/303)

41. Shaya Potter, Ricardo Baratto, Oren Laadan, Leonard Kim, and Jason Nieh, "MediaPod: A Personalized Multimedia Desktop In Your Pocket", *Proceedings of the 11th IEEE International Symposium on Multimedia (ISM 2009)*, San Diego, CA, Dec. 14-16, 2009, pp. 219-226. (20% accepted, 30/153, nominated for best paper award, fast tracked to *International Journal of Semantic Computing*)

42. Alex Sherman, Jason Nieh, and Clifford Stein, "FairTorrent: Bringing Fairness to Peer-to-Peer Systems", *Proceedings of the 5th ACM Conference on emerging Networking EXperiments and Technologies (CoNEXT 2009)*, Rome, Italy, Dec. 1-4, 2009, pp. 133-144. (17% accepted, 29/170, one of the top three papers submitted, fast tracked to *IEEE/ACM Transactions on Networking*)

43. Shaya Potter, Steven M. Bellovin, and Jason Nieh, "Two-Person Control Administration: Preventing Administration Faults Through Duplication", *Proceedings of the 23rd Large Installation System Administration Conference (LISA 2009)*, Baltimore, MD, Nov. 1-6, 2009, pp. 15-27. (32% accepted, 12/38)

44. Shaya Potter, Ricardo Baratto, Oren Laadan, and Jason Nieh, "GamePod: Persistent Gaming Sessions on Pocketable Storage Devices", *Proceedings of the 3rd International Conference on Mobile Ubiquitous Computing, Systems, Services, and Technologies (UBICOMM 2009)*, Sliema, Malta, Oct. 11-16, 2009. (32% accepted)

45. Angelos Stavrou, <u>Ricardo Baratto</u>, Angelos Keromytis, and Jason Nieh, "A2M: Access-Assured Mobile Desktop Computing", *Proceedings of the 12th Information Security Conference (ISC 2009)*, Pisa, Italy, Sept. 7-9, 2009, pp. 186-201. (28% accepted, 29/105)

46. <u>Alex Sherman</u>, Angelos Stavrou, Jason Nieh, Angelos Keromytis, and Clifford Stein, "Adding Trust to P2P Distribution of Paid Content", *Proceedings of the 12th Information Security Conference (ISC 2009)*, Pisa, Italy, Sept. 7-9, 2009, pp. 459-474. (28% accepted, 29/105)

47. <u>Haoqiang Zheng</u> and Jason Nieh, "WARP: Enabling Fast CPU Scheduler Development and Evaluation", *Proceedings of the 2009 IEEE International Symposium on Performance Analysis of Systems and Software (ISPASS 2009)*, Boston, MA, Apr. 19-21, 2009, pp. 101-112. (28% accepted, 24/86)

48. <u>Stelios Sidiroglou</u>, <u>Oren Laadan</u>, <u>Carlos R. Pérez</u>, <u>Nicolas Viennot</u>, Jason Nieh, and Angelos D. Keromytis, "ASSURE: Automatic Software Self-healing Using REscue points", *Proceedings of the 14th International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS 2009)*, Washington, DC, Mar. 7-11, 2009, pp. 37-48. (26% accepted, 29/113)

49. <u>Shaya Potter</u>, Jason Nieh, and <u>Matthew Selsky</u>, "Secure Isolation of Untrusted Legacy Applications", *Proceedings of the 21st Large Installation System Administration Conference (LISA 2007)*, Dallas, TX, Nov. 11-16, 2007, pp. 117-130. (40% accepted, 22/55)

50. <u>Albert Lai</u>, Jason Nieh, and Justin Starren, "REPETE2: A Next Generation Home Telemedicine Architecture", *Proceedings of the American Medical Informatics Association (AMIA) 2007 Annual Symposium*, Chicago, IL, Nov. 10-14, 2007, p. 1020. (poster paper)

51. <u>Oren Laadan</u>, <u>Ricardo Baratto</u>, <u>Shaya Potter</u>, <u>Dan Phung</u>, and Jason Nieh, "DejaView: A Personal Virtual Computer Recorder", *Proceedings of the 21st ACM Symposium on Operating Systems Principles (SOSP 2007)*, Stevenson, WA, Oct. 14-17, 2007. pp. 279-292. (19% accepted, 25/130)

52. <u>Oren Laadan</u> and Jason Nieh, "Transparent Checkpoint/Restart of Multiple Processes on Commodity Operating Systems", *Proceedings of the 2007 USENIX Annual Technical Conference (USENIX 2007)*, Santa Clara, CA, June 17-22, 2007, pp. 323-336. (21% accepted, 24/117)

53. <u>Stelios Sidiroglou</u>, <u>Oren Laadan</u>, Angelos D. Keromytis, and Jason Nieh, "Using Rescue Points to Navigate Software Recovery (Short Paper)", *Proceedings of the 2007 IEEE Symposium on Security and Privacy (SP 2007)*, Oakland, CA, May 20-23, 2007, pp. 273-280. (short paper, 12% accepted, 28/243, 8 short papers, 20 full papers)

54. <u>Joeng Kim</u>, <u>Ricardo Baratto</u>, and Jason Nieh, "An Application Streaming Service for Mobile Handheld Devices", *Proceedings of the IEEE International Conference on Services Computing (SCC 2006)*, Chicago, IL, Sept. 18-22, 2006, pp. 323-326. (short paper, 13% accepted, 22 short papers, 29 full papers)

55. <u>Shaya Potter</u> and Jason Nieh, "Highly Reliable Mobile Desktop Computing in Your Pocket", *Proceedings of the IEEE Computer Society Signature Conference on Software Technology and Applications (COMPSAC 2006)*, Chicago, IL, Sept. 18-21, 2006, pp. 247-254. (29% accepted, 54/184)

56. <u>Bogdan Caprita</u>, Jason Nieh, and Clifford Stein, "Grouped Distributed Queues: Distributed Queue, Proportional Share Multiprocessor Scheduling", *Proceedings of the 25th Annual ACM SIGACT-SIGOPS Symposium on Principles of Distributed Computing (PODC 2006)*, Denver, CO, July 23-26, 2006, pp. 72-81. (22% accepted, 30/136)

57. <u>David P. Olshefski</u> and Jason Nieh, "Understanding the Management of Client Perceived Pageview Response Time", *Proceedings of the Joint International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS/Performance 2006)*, St. Malo, France, June 26-30, 2006, pp. 240-251. (14% accepted, 30/217)

58. <u>Joeng Kim</u>, <u>Ricardo Baratto</u>, and Jason Nieh, "pTHINC: A Thin-Client Architecture for Mobile Wireless Web", *Proceedings of the 15th International World Wide Web Conference (WWW2006)*, Edinburgh, Scotland, May 23-26, 2006, pp. 143-152. (10% accepted, 70/673)

59. <u>Bogdan Caprita</u>, Jason Nieh, and <u>Wong Chun Chan</u>, "Group Round Robin: Improving the Fairness and Complexity of Packet Scheduling", *Proceedings of the 1st ACM/IEEE Symposium on Architectures for Networking and Communications Systems (ANCS 2005)*, Princeton, NJ, Oct. 26-28, 2005, pp. 29-40. (32% accepted, 23/71)

60. <u>Ricardo Baratto</u>, <u>Leonard Kim</u>, and Jason Nieh, "THINC: A Virtual Display Architecture for Thin-Client Computing", *Proceedings of the 20th ACM Symposium on Operating Systems Principles (SOSP 2005)*, Brighton, United Kingdom, Oct. 23-26, 2005, pp. 277-290. (13% accepted, 20/155)

61. Oren Laadan, Dan Phung, and Jason Nieh, "Transparent Checkpoint-Restart of Distributed Applications on Commodity Clusters", *Proceedings of the 2005 IEEE International Conference on Cluster Computing (Cluster 2005)*, Boston, MA, Sept. 27-30, 2005, 13 pages. (35% accepted, 45/130)

62. Shaya Potter and Jason Nieh, "AutoPod: Unscheduled System Updates with Zero Data Loss", *Proceedings of the 2nd IEEE International Conference on Autonomic Computing (ICAC 2005)*, Seattle, WA, June 13-16, 2005, pp. 367-368. (poster paper, 38% accepted, 64/170, 39 poster papers, 25 full papers)

63. Shaya Potter and Jason Nieh, "WebPod: Persistent Web Browsing Sessions with Pocketable Storage Devices", *Proceedings of the 14th International World Wide Web Conference (WWW2005)*, Chiba, Japan, May 10-14, 2005, pp. 603-612. (14% accepted, 77/550, nominated for Best Presentation Award)

64. Bogdan Caprita, Wong Chun Chan, Jason Nieh, Clifford Stein, and Haoqiang Zheng, "Group Ratio Round Robin: O(1) Proportional Share Scheduling for Uniprocessor and Multiprocessor Systems", *Proceedings of the 2005 USENIX Annual Technical Conference (USENIX 2005)*, Anaheim, CA, Apr. 10-15, 2005, pp. 337-352. (20% accepted, 24/118)

65. Jason Nieh and Chris Vaill, "Experiences Teaching Operating Systems Using Virtual Platforms and Linux", *Proceedings of the 36th ACM Technical Symposium on Computer Science Education (SIGCSE 2005)*, St. Louis, MO, Feb. 23-27, 2005, pp. 520-524. (32% accepted, 104/330)

66. Angelos Stavrou, Angelos D. Keromytis, Jason Nieh, Vishal Misra, and Dan Rubenstein, "MOVE: An End-to-End Solution To Network Denial of Service", *Proceedings of the 12th Annual Network and Distributed System Security Symposium (NDSS 2005)*, San Diego, CA, Feb. 2-4, 2005, pp. 81-96. (13% accepted, 16/124)

67. David P. Olshefski, Jason Nieh, and Erich Nahum, "ksniffer: Determining the Remote Client Perceived Response Time from Live Packet Streams", *Proceedings of the 6th Symposium on Operating System Design and Implementation (OSDI 2004)*, San Francisco, CA, Dec. 6-8, 2004, pp. 333-346. (14% accepted, 27/193)

68. Albert Lai, Jason Nieh, Andrew Laine, and Justin Starren, "Remote Display Performance for Wireless Healthcare Computing", *Proceedings of the 11th World Conference on Medical Informatics (Medinfo 2004)*, San Francisco, CA, Sept. 7-11, 2004, pp. 1438-1442. (42% accepted, 300/711)

69. Albert Lai, Jason Nieh, Bhagyashree Bohra, Vijayarka Nandikonda, Abhishek P. Surana, and Suchita Varshneya, "Improving Web Browsing on Wireless PDAs Using Thin-Client Computing", *Proceedings of the 13th International World Wide Web Conference (WWW2004)*, New York, NY, May 17-22, 2004, pp. 143-154. (15% accepted, 74/506)

70. Erez Zadok, Jeffrey Osborn, Ariye Shater, Charles Wright, Kiran-Kumar Muniswamy-Reddy, and Jason Nieh, "Reducing Storage Management Costs via Informed User-Based Policies", *Proceedings of the 12th NASA / 21st IEEE Conference on Mass Storage Systems and Technologies (MSST)*, College Park, MD, Apr. 13-16, 2004, pp. 193-198. (short paper, 43% accepted, 32/75, 14 short papers, 18 full papers)

71. Haoqiang Zheng and Jason Nieh, "SWAP: A Scheduler with Automatic Process Dependency Detection", *Proceedings of the 1st USENIX/ACM Symposium on Networked Systems Design and Implementation (NSDI 2004)*, San Francisco, CA, Mar. 29-31, 2004, pp. 183-196. (< 23% accepted, 27/120+)

72. Albert Lai, Jason Nieh, Andrew Laine, and Justin Starren, "Thin Client Performance for Remote 3-D Image Display", *Proceedings of the American Medical Informatics Association (AMIA) 2003 Annual Symposium*, Washington, DC, Nov. 8-12, 2003, p. 904. (poster paper)

73. S. Jae Yang, Jason Nieh, Shilpa Krishnappa, Aparna Mohla, and Mahdi Sajjadpour, "Web Browsing Performance of Wireless Thin-Client Computing", *Proceedings of the 12th International World Wide Web Conference (WWW2003)*, Budapest, Hungary, May 20-24, 2003, pp. 68-79. (< 13% accepted, 77/600+)

74. Steven Osman, Dinesh Subhraveti, Gong Su, and Jason Nieh, "The Design and Implementation of Zap: A System for Migrating Computing Environments", *Proceedings of the 5th Symposium on Operating System Design and Implementation (OSDI 2002)*, Boston, MA, Dec. 9-11, 2002, pp. 361-376. (18% accepted, 27/150)

75. Albert Lai and Jason Nieh, "Limits of Wide-Area Thin-Client Computing", *Proceedings of the ACM International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2002)*, Marina del Rey, CA, June 15-19, 2002, pp. 228-239. (13% accepted, 23/170)

76. David P. Olshefski, Jason Nieh, and Dakshi Agarwal, "Inferring Client Response Times at the Web Server", *Proceedings of the ACM International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2002)*, Marina del Rey, CA, June 15-19, 2002, pp. 160-171. (13% accepted, 23/170)

77. <u>S. Jae Yang</u>, Jason Nieh, <u>Matthew Selsky</u>, and <u>Nikhil Tiwari</u>, "The Performance of Remote Display Mechanisms for Thin-Client Computing", *Proceedings of the 2002 USENIX Annual Technical Conference (USENIX 2002)*, Monterey, CA, June 10-15, 2002, pp. 131-146. (23% accepted, 25/107)

78. <u>Fei Li</u> and Jason Nieh, "Optimal Linear Interpolation Coding for Server-Based Computing", *Proceedings of the IEEE International Conference on Communications (ICC) 2002*, New York, NY, Apr. 28-May 2, 2002, pp. 2542-2546. (42% accepted, 655/1568)

79. <u>Fei Li</u> and Jason Nieh, "Low-complexity Interpolation Coding for Server-Based Computing", *Proceedings of the Data Compression Conference (DCC) 2002*, Snowbird, UT, Apr. 2-4, 2002, p. 461. (poster paper)

80. Jason Nieh, <u>Chris Vaill</u>, and <u>Hua Zhong</u>, "Virtual-Time Round-Robin: An O(1) Proportional Share Scheduler", *Proceedings of the 2001 USENIX Annual Technical Conference (USENIX 2001)*, Boston, MA, June 25-30, 2001, pp. 245-259. (29% accepted, 24/82, nominated for Best Paper Award)

81. <u>S. Jae Yang</u>, Jason Nieh, and <u>Naomi Novik</u>, "Measuring Thin-Client Performance Using Slow-Motion Benchmarking", *Proceedings of the 2001 USENIX Annual Technical Conference (USENIX 2001)*, Boston, MA, June 25-30, 2001, pp. 35-49. (29% accepted, 24/82)

82. <u>Erez Zadok</u>, <u>Johan M. Andersen</u>, <u>Ion Badulescu</u>, and Jason Nieh, "Fast Indexing: Support for Size-Changing Algorithms in Stackable File Systems", *Proceedings of the 2001 USENIX Annual Technical Conference (USENIX 2001)*, Boston, MA, June 25-30, 2001, pp. 289-304. (29% accepted, 24/82)

83. <u>Erez Zadok</u> and Jason Nieh, "FiST: A Language for Stackable File Systems", *Proceedings of the 2000 USENIX Annual Technical Conference (USENIX 2000)*, San Diego, CA, June 18-23, 2000, pp. 55-70. (30% accepted; 27/90)

84. <u>Jason Nieh</u> and Monica S. Lam, "The Design, Implementation and Evaluation of SMART: A Scheduler for Multimedia Applications", *Proceedings of the 16th ACM Symposium on Operating Systems Principles (SOSP 1997)*, St. Malo, France, Oct. 5-8, 1997, pp. 184-197. (< 20% accepted, 23/110+)

85. <u>Jason Nieh</u> and Monica S. Lam, "SMART UNIX SVR4 Support for Multimedia Applications", *Proceedings of the IEEE International Conference on Multimedia Computing and Systems (ICMCS 1997)*, Ottawa, Ontario, Canada, June 3-6, 1997, pp. 404-414. (~35% accepted)

86. <u>Jason Nieh</u> and Monica S. Lam, "SMART: A Processor Scheduler for Multimedia Applications", *Proceedings of the 15th Symposium on Operating Systems Principles (SOSP 1995)*, Copper Mountain Resort, CO, Dec. 3-5, 1995, p. 233. (poster paper, 40% accepted, 33/82, 11 poster papers, 22 full papers)

**REFEREED WORKSHOP PUBLICATIONS**

87. <u>Oren Laadan</u>, <u>Chia-Che Tsai</u>, <u>Nicolas Viennot</u>, <u>Chris Blinn</u>, <u>Peter Senyao Du</u>, Junfeng Yang, and Jason Nieh, "Finding Concurrency Errors in Sequential Code—OS-level, In-vivo Model Checking of Process Races", *Proceedings of the 13th Workshop on Hot Topics in Operating Systems (HotOS XIII)*, Napa, CA, May 9-11, 2011. (25% accepted, 33/133)

88. <u>Alex Sherman</u>, Jason Nieh, and Clifford Stein, "Fair Distributed Scheduling Algorithm for a P2P System", *9th Workshop on Models and Algorithms for Planning and Scheduling Problems (MAPSP 2009)*, Abbey Rolduc, The Netherlands, June 29-July 3, 2009.

89. Alfred Aho, Angelos D. Keromytis, Vishal Misra, Jason Nieh, Kenneth A. Ross, and Yechiam Yemini, "FlowPuter: A Cluster Architecture Unifying Switch, Server and Storage Processing", *Proceedings of the 1st International Workshop on Data Processing and Storage Networking: Towards Grid Computing (DPSN 2004)*, Athens, Greece, May 14, 2004, pp. 2/1-2/7. (60% accepted, 6/10)

90. Angelos D. Keromytis, <u>Janak Parekh</u>, <u>Philip N. Gross</u>, Gail Kaiser, Vishal Misra, Jason Nieh, Dan Rubenstein, and Sal Stolfo, "A Holistic Approach to Service Survivability", *Proceedings of the 2003 ACM Workshop on Survivable and Self-Regenerative Systems*, Fairfax, VA, Oct. 31, 2003, pp. 11-22. (38% accepted, 10/26)

91. Ed Coffman, Predrag Jelenkovic, Jason Nieh, Dan Rubenstein, and Henning Schulzrinne, "The Columbia Hotspot Rescue Service", *Internet2 Network Research Workshop Spring 2001*, Chicago, IL, Apr. 18-19, 2001.

92. Jason Nieh and <u>S. Jae Yang</u>, "Measuring the Multimedia Performance of Server-Based Computing", *Proceedings of the 10th Workshop on Network and Operating System Support for Digital Audio and Video (NOSSDAV 2000)*, Chapel Hill, NC, June 26-28, 2000, pp. 55-64. (45% accepted, 32/70)

93. <u>Jason Nieh</u> and Monica S. Lam, "Multimedia on Multiprocessors: Where's the OS When You Really Need It?", *Proceedings of the 8th Workshop on Network and Operating System Support for Digital Audio and Video (NOSSDAV 1998)*, Cambridge, UK, July 8-10, 1998, pp. 103-106. (45% accepted, 36/80)

94. <u>Jason Nieh</u> and Monica S. Lam, "Integrated Processor Scheduling for Multimedia", *Proceedings of the 5th Workshop on Network and Operating System Support for Digital Audio and Video (NOSSDAV 1995)*, Durham, NH, Apr. 18-22, 1995, *Lecture Notes in Computer Science*, 1018, Springer-Verlag, pp. 215-218. (40% accepted, 40/101)

95. <u>Jason Nieh</u>, James G. Hanko, J. Duane Northcutt, and Gerard A. Wall, "SVR4 UNIX Scheduler Unacceptable for Multimedia Applications", *Proceedings of the 4th Workshop on Network and Operating System Support for Digital Audio and Video (NOSSDAV 1993)*, Lancaster, United Kingdom, Nov. 3-5, 1993, *Lecture Notes in Computer Science*, 846, Springer-Verlag, pp. 35-48. (24% accepted, 24/100)

96. <u>Jason Nieh</u> and Marc Levoy, "Volume Rendering on Scalable Shared-Memory MIMD Architectures", *Proceedings of the Boston Workshop on Volume Visualization*, Boston, MA, Oct. 19-20, 1992, pp. 17-24.

## INVITED BOOK CHAPTERS AND CONTRIBUTIONS

97. <u>Albert Lai</u> and Jason Nieh, "Web Content Delivery Using Thin-Client Computing", *Web Content Delivery*, ed. Samuel Chanson, Xueyan Tang, and Jianliang Xu, Springer, 2005, pp. 325-345.

98. Jason Nieh and Monica S. Lam, "The Design, Implementation and Evaluation of SMART: A Scheduler for Multimedia Applications", *Readings in Multimedia Computing and Networking*, ed. Kevin Jeffay and HongJiang Zhang, Morgan Kaufmann Publishers, 2002, pp. 506-519.

## INVITED MAGAZINE ARTICLES

99. <u>Christoffer Dall</u>, <u>Shih-Wei Li</u>, <u>Jintack Lim</u>, and Jason Nieh, "ARM Virtualization: Performance and Architectural Implications", *Operating Systems Review*, 52(1), July 2018, pp. 45-56.

100. <u>Vaggelis Atlidakis</u>, Jeremy Andrus, Roxana Geambasu, Dimitris Mitropoulos, and Jason Nieh, "POSIX Has Become Outdated", *;login*, USENIX Association, 41(3), Fall 2016, pp. 6-12.

101. <u>Christoffer Dall</u> and Jason Nieh, "Supporting KVM on the ARM Architecture", *LWN Weekly Edition*, Eklektix, July 4, 2013, pp. 18-22.

102. <u>Shaya Potter</u> and Jason Nieh, "Breaking the Ties that Bind: Process Isolation and Migration", *;login*, USENIX Association, 30(6), Dec. 2005, pp. 14-17.

103. <u>S. Jae Yang</u> and Jason Nieh, "MetaFrame XP Extends the Citrix Platform", *PC Magazine*, Ziff-Davis Media, 21(9), May 7, 2002, p. 48.

104. Jason Nieh and <u>Ozgur C. Leonard</u>, "Examining VMware", *Dr. Dobb's Journal*, 315, Miller Freeman, San Mateo, CA, Aug. 2000, pp. 70-76.

105. <u>S. Jae Yang</u> and Jason Nieh, "Thin Is In", *PC Magazine*, 19(13), Ziff-Davis Media, July 1, 2000, p. 68.

## INVITED CONFERENCE PAPERS

106. <u>Jeremy Andrus</u>, <u>Christoffer Dall</u>, <u>Alexander Van't Hof</u>, <u>Oren Laadan</u>, and Jason Nieh, "Cells: A Virtual Mobile Smartphone Architecture", *Proceedings of the 5th Annual Haifa Experimental Systems Conference (SYSTOR 2012)*, Haifa, Israel, June 4-6, 2012.

107. Kenneth Ocheltree, Steven Millman, David Hobbs, Martin McDonnell, Jason Nieh, and <u>Ricardo Baratto</u>, "Net2Display: A Proposed VESA Standard for Remoting Displays and I/O Devices over Networks", *Proceedings of the 2006 Americas Display Engineering and Applications Conference (ADEAC 2006)*, Atlanta, Georgia, Oct. 23-26, 2006.

## INVITED WORKSHOP PUBLICATIONS

108. Jason Nieh, "A Virtual Smartphone Architecture", *DIMACS Workshop on Systems and Networking Advances in Cloud Computing*, Piscataway, NJ, Dec. 2011.

109. Jason Nieh, "Resource Management Issues for Streaming Multimedia Applications", *MIT Workshop on Streaming Systems*, Dedham, MA, Aug. 2003.

110. Jason Nieh, <u>Chris Vaill</u>, and <u>Hua Zhong</u>, "Virtual-Time Round-Robin: An O(1) Proportional Share Scheduler", *NMADS-3: NYC Metro Area Distributed Systems*, New York, NY, Apr. 13, 2001.

**OTHER PUBLICATIONS**

111. <u>John S. Koh</u>, Steven M. Bellovin, and Jason Nieh, "Easy Email Encryption with Easy Key Management", Technical Report CUCS-004-18, Dept. of Computer Science, Columbia University, Oct. 2018.

112. <u>Naser AlDuaij</u>, <u>Alexander Van't Hof</u>, and Jason Nieh, "Heterogeneous Multi-Mobile Computing", Technical Report CUCS-008-16, Dept. of Computer Science, Columbia University, Aug. 2016.

113. <u>Christoffer Dall</u>, <u>Shih-Wei Li</u>, <u>Jintack Lim</u>, and Jason Nieh, "A Measurement Study of ARM Virtualization Performance", Technical Report CUCS-021-15, Dept. of Computer Science, Columbia University, Nov. 2015.

114. <u>Naser AlDuaij</u>, <u>Alexander Van't Hof</u>, and Jason Nieh, "M2: Multi-Mobile Computing", Technical Report CUCS-005-15, Dept. of Computer Science, Columbia University, Mar. 2015.

115. <u>Jeremy Andrus</u>, <u>Naser AlDuaij</u>, and Jason Nieh, "Binary Compatible Graphics Support in Android for Running iOS Apps", Technical Report CUCS-015-14, Dept. of Computer Science, Columbia University, May 2014.

116. <u>Jeremy Andrus</u>, <u>Alexander Van't Hof</u>, <u>Naser AlDuaij</u>, <u>Christoffer Dall</u>, <u>Nicolas Viennot</u>, and Jason Nieh, "Chameleon: Multi-Persona Binary Compatibility for Mobile Devices", Technical Report CUCS-011-13, Dept. of Computer Science, Columbia University, Apr. 2013.

117. <u>Christoffer Dall</u> and Jason Nieh, "KVM/ARM: Experiences Building the Linux ARM Hypervisor", Technical Report CUCS-010-13, Dept. of Computer Science, Columbia University, Apr. 2013.

118. <u>Jeremy Andrus</u>, <u>Christoffer Dall</u>, <u>Alexander Van't Hof</u>, <u>Oren Laadan</u>, and Jason Nieh, "Cells: A Virtual Mobile Smartphone Architecture", Technical Report CUCS-022-11, Dept. of Computer Science, Columbia University, May 2011.

119. Keith I. Farkas, Chandra Narayanaswami, and Jason Nieh, "Guest Editors' Introduction: Virtual Machines," *IEEE Pervasive Computing*, 8(4), Oct.-Dec. 2009, pp. 6-7.

120. <u>Dinesh Subhraveti</u> and Jason Nieh, "Record and Transplay: Partial Checkpointing for Replay Debugging", Technical Report CUCS-050-09, Dept. of Computer Science, Columbia University, Nov. 2009.

121. <u>Shaya Potter</u> and Jason Nieh, "Apiary: Easy-to-use Desktop Application Fault Containment on Commodity Operating Systems", Technical Report CUCS-034-09, Dept. of Computer Science, Columbia University, Aug. 2009.

122. <u>Alex Sherman</u> and Jason Nieh, "FairStream: Improving Peer-to-Peer Streaming Performance through Fairness", Technical Report CUCS-018-09, Dept. of Computer Science, Columbia University, Apr. 2009.

123. <u>Nicolas Viennot</u>, <u>Oren Laadan</u>, and Jason Nieh, "Transparent, Lightweight Application Execution Replay on Commodity Multiprocessor Operating Systems", Technical Report CUCS-017-09, Dept. of Computer Science, Columbia University, Apr. 2009.

124. <u>Alex Sherman</u>, Jason Nieh, and Cliff Stein, "FairTorrent: Bringing Fairness to Peer-to-Peer Systems", Technical Report CUCS-011-09, Dept. of Computer Science, Columbia University, Mar. 2009.

125. <u>Shaya Potter</u> and Jason Nieh, "Improving Virtual Appliance Management through Virtual Layered File Systems", Technical Report CUCS-008-09, Dept. of Computer Science, Columbia University, Jan. 2009.

126. <u>Oren Laadan</u> and Jason Nieh, "Operating System Virtualization: Practice and Experience", Technical Report CUCS-058-08, Dept. of Computer Science, Columbia University, Dec. 2008.

127. <u>Leon L. Wu</u>, Gail E. Kaiser, Jason Nieh, and <u>Christian Murphy</u>, "Deux: Autonomic Testing System for Operating System Upgrades", Technical Report CUCS-037-08, Dept. of Computer Science, Columbia University, Aug. 2008.

128. <u>Alex Sherman</u>, Jason Nieh, and Clifford Stein, "FairTorrent: Bringing Fairness to Peer-to-Peer Systems", Technical Report CUCS-029-08, Dept. of Computer Science, Columbia University, May 2008.

129. <u>Haoqiang Zheng</u> and Jason Nieh, "Automatic User Interaction Detection and Scheduling with RSIO", Technical Report CUCS-028-08, Dept. of Computer Science, Columbia University, May 2008.

130. <u>Alex Sherman</u>, <u>Angelos Stavrou</u>, Jason Nieh, and Clifford Stein, "Mitigating the Effect of Free-Riders in BitTorrent using Trusted Agents", Technical Report CUCS-005-08, Dept. of Computer Science, Columbia University, Jan. 2008.

131. Alex Sherman, Angelos Stavrou, Jason Nieh, Clifford Stein, and Angelos D. Keromytis, "Can P2P Replace Direct Download for Content Distribution?", Technical Report CUCS-020-07, Dept. of Computer Science, Columbia University, Mar. 2007.

132. Alex Sherman, Japinder Chawla, Jason Nieh, Clifford Stein, and Justin Sarma, "Aequitas: A Trusted P2P System for Paid Content Delivery", Technical Report CUCS-019-07, Dept. of Computer Science, Columbia University, Mar. 2007.

133. Shaya Potter and Jason Nieh, "Improving Virtual Appliances through Virtual Layered File Systems", Technical Report CUCS-003-07, Dept. of Computer Science, Columbia University, Jan. 2007.

134. Alex Sherman, Angelos Stavrou, Jason Nieh, Clifford Stein, and Angelos D. Keromytis, "A Case for P2P Delivery of Paid Content", Technical Report CUCS-042-06, Dept. of Computer Science, Columbia University, Nov. 2006.

135. Alex Sherman, Jason Nieh, and Yoav Freund, "Feasibility of Voice over IP on the Internet", Technical Report CUCS-027-06, Dept. of Computer Science, Columbia University, June 2006.

136. Jason Nieh and Chris Vaill, "Experiences Teaching Operating Systems Using Virtual Platforms and Linux", *ACM Operating Systems Review (OSR)*, 40(2), Apr. 2006, pp. 100-104. (Reprint from *Proceedings of the 36th ACM Technical Symposium on Computer Science Education*, Feb. 2005.)

137. Bogdan Caprita, Jason Nieh, and Clifford Stein, "Grouped Distributed Queues: Distributed Queue, Proportional Share Multiprocessor Scheduling", Technical Report CUCS-004-06, Dept. of Computer Science, Columbia University, Feb. 2006.

138. Jonathan Lennox, Henning Schulzrinne, Jason Nieh, and Ricardo A. Baratto, "Protocols for Application and Desktop Sharing", Internet Draft draft-lennox-avt-app-sharing, IETF, Dec. 2004. Work in progress.

139. Henning Schulzrinne, Jonathan Lennox, Jason Nieh, and Ricardo A. Baratto, "Sharing and Remote Access to Applications", Internet Draft draft-schulzrinne-mmusic-sharing, IETF, Sept. 2004. Work in progress.

140. Shaya Potter and Jason Nieh, "WebPod: Persistent Web Browsing Sessions with Pocketable Storage Devices", Technical Report CUCS-047-04, Dept. of Computer Science, Columbia University, Nov. 2004.

141. Bogdan Caprita, Wong Chun Chan, Jason Nieh, Clifford Stein, and Haoqiang Zheng, "Group Ratio Round Robin: O(1) Proportional Share Scheduling for Uniprocessor and Multiprocessor Systems", Technical Report CUCS-028-04, Dept. of Computer Science, Columbia University, July 2004.

142. Ricardo Baratto, Jason Nieh, and Leo Kim, "THINC: A Remote Display Architecture for Thin-Client Computing", Technical Report CUCS-027-04, Dept. of Computer Science, Columbia University, July 2004.

143. Ricardo Baratto, Shaya Potter, Gong Su, and Jason Nieh, "MobiDesk: Mobile Virtual Desktop Computing", Technical Report CUCS-014-04, Dept. of Computer Science, Columbia University, Mar. 2004.

144. Shaya Potter, Jason Nieh, and Dinesh Subhraveti, "Secure Isolation and Migration of Untrusted Legacy Applications", Technical Report CUCS-005-04, Dept. of Computer Science, Columbia University, Jan. 2004.

145. Angelos D. Keromytis, Janak Parekh, Philip N. Gross, Gail Kaiser, Vishal Misra, Jason Nieh, Dan Rubenstein, and Sal Stolfo, "A Holistic Approach to Service Survivability", Technical Report CUCS-021-03, Dept. of Computer Science, Columbia University, July 2003.

146. Bogdan Caprita, Wong Chun Chan, and Jason Nieh, "Group Round Robin: Improving the Fairness and Complexity of Packet Scheduling", Technical Report CUCS-018-03, Dept. of Computer Science, Columbia University, June 2003.

147. Wong Chun Chan and Jason Nieh, "Group Ratio Round-Robin: An O(1) Proportional Share Scheduler", Technical Report CUCS-012-03, Dept. of Computer Science, Columbia University, Apr. 2003.

148. Haoqiang Zheng and Jason Nieh, "SWAP: A Scheduler With Automatic Process Dependency Detection", Technical Report CUCS-005-03, Dept. of Computer Science, Columbia University, Apr. 2003.

149. Erez Zadok, Jeffrey Osborn, Ariye Shater, Charles Wright, Kiran-Kumar Muniswamy-Reddy, and Jason Nieh, "Reducing Storage Management Costs via Informed User-Based Policies", Technical Report FSL-03-01, Dept. of Computer Science, Stony Brook University, Mar. 2003.

150. Ozgur Can Leonard, Jason Nieh, Erez Zadok, Jeffrey Osborn, Ariye Shater, and Charles Wright, "The Design and Implementation of Elastic Quotas: A System for Flexible File System Management", Technical Report CUCS-014-02, Dept. of Computer Science, Columbia University, June 2002.

151. Ed Coffman, Predrag Jelenkovic, Jason Nieh, and Dan Rubenstein, "The Columbia Hot Spot Rescue Service: A Research Plan", Technical Report EE2002-005-131, Dept. of Electrical Engineering, Columbia University, May 2002.

152. Gong Su and Jason Nieh, "Mobile Communication with Virtual Network Address Translation", Technical Report CUCS-003-02, Dept. of Computer Science, Columbia University, Feb. 2002.

153. Hua Zhong and Jason Nieh, "CRAK: Linux Checkpoint / Restart As a Kernel Module", Technical Report CUCS-014-01, Dept. of Computer Science, Columbia University, Nov. 2001.

154. Erez Zadok, Johan M. Andersen, Ion Badulescu, and Jason Nieh, "Performance of Size-Changing Algorithms in Stackable File Systems", Technical Report CUCS-023-00, Dept. of Computer Science, Columbia University, Nov. 2000.

155. Jason Nieh, S. Jae Yang and Naomi Novik, "A Comparison of Thin-Client Computing Architectures", Technical Report CUCS-022-00, Dept. of Computer Science, Columbia University, Nov. 2000.

156. Erez Zadok and Jason Nieh, "FiST: A Language for Stackable File Systems", Technical Report CUCS-034-99, Dept. of Computer Science, Columbia University, Dec. 1999.

157. Jason Nieh, "The Design, Implementation, and Evaluation of SMART: A Scheduler for Multimedia Applications", Ph.D. Thesis, Dept. of Electrical Engineering, Stanford University, June 1999.

158. Jason Nieh and Monica S. Lam, "The Design, Implementation and Evaluation of SMART: A Scheduler for Multimedia Applications", Technical Report CSL-TR-97-721, Computer Systems Laboratory, Stanford University, Apr. 1997.

159. Jason Nieh and Monica S. Lam, "The SMART Scheduler", Project Technical Report SML-96-0213, Sun Microsystems Laboratories, July 1996.

160. Jason Nieh and Monica S. Lam, "The Design of SMART: A Scheduler for Multimedia Applications", Technical Report CSL-TR-96-697, Computer Systems Laboratory, Stanford University, June 1996.

161. Jason Nieh, Monica S. Lam, and J. Duane Northcutt, "A Practical Unified Approach to Processor Scheduling", Project Technical Report SML-94-0488, Sun Microsystems Laboratories, Dec. 1994.

162. Jason Nieh and Marc Levoy, "Volume Rendering on Scalable Shared-Memory MIMD Architectures", Technical Report CSL-TR-92-537, Computer Systems Laboratory, Stanford University, Aug. 1992.

163. Brian LaMacchia and Jason Nieh, "The Standard Map Machine", AI Memo 1165, AI Laboratory, Massachusetts Institute of Technology, Sept. 1989.

164. Jason Nieh, "Using Special-Purpose Computing to Examine Chaotic Behavior in Nonlinear Mappings", AI Technical Report 1139, AI Laboratory, Massachusetts Institute of Technology, Sept. 1989.

165. Jason Nieh, "DMI Mode 3 Throughput Analysis", Technical Memorandum, AT&T Information Systems, Dec. 1987.

166. Jason Nieh, "Delay and Throughput", Memorandum for File, AT&T Information Systems, Oct. 1986.

**ISSUED PATENTS**

167. Joshua Reich, Oren Laadan, Vishal Misra, Eliahu Brosh, Jason Nieh, Daniel Stuart Rubenstein, and Alexander Sherman, "Methods, Systems, and Media for Stored Content Distribution and Access", US Patent 9,930,105. Filed Feb. 17, 2017. Issued Mar. 27, 2018.

168. Jeremy Andrus, Naser AlDuaij, and Jason Nieh, "Methods, Systems, and Media for Binary Compatible Graphics Support in Mobile Operating Systems", US Patent 9,830,176. Filed May 21, 2015. Issued Nov. 28, 2017.

169. Joshua Reich, Oren Laadan, Vishal Misra, Eliahu Brosh, Jason Nieh, Daniel Stuart Rubenstein, and Alexander Sherman, "Methods, Systems, and Media for Stored Content Distribution and Access", US Patent 9,609,044. Filed Nov. 5, 2010. Issued Mar. 28, 2017.

170. Jason Nieh, Alexander Sherman, and Clifford Stein, "Systems and Methods for Peer-to-Peer Bandwidth Allocation", US Patent 9,037,657. Filed May 22, 2009. Issued May 19, 2015.

171. Shaya Potter and Jason Nieh, "Methods, Systems, and Media for Application Fault Containment", US Patent 8,589,947. Filed May 10, 2011. Issued Nov. 19, 2013.

172. Angelos Stavrou, Angelos D. Keromytis, Jason Nieh, Vishal Misra, and Daniel Rubenstein, "Methods, Media, and Systems for Responding to a Denial of Service Attack", US Patent 8,549,646. Filed Oct. 20, 2006. Issued Oct. 1, 2013.

173. Jason Nieh, <u>Nicolas Viennot</u>, and <u>Oren Laadan</u>, "Systems and Methods for Recording and Replaying Application Execution", US Patent 8,402,318. Filed Mar. 23, 2010. Issued Mar. 19, 2013.

174. <u>Oren Laadan</u>, Jason Nieh, and <u>Dan Phung</u>, "Methods, Media, and Systems for Managing a Distributed Application Running in a Plurality of Digital Processing Devices", US Patent 8,280,944. Filed Oct. 20, 2006. Issued Oct. 2, 2012.

175. <u>Ricardo Baratto</u>, <u>Oren Laadan</u>, <u>Dan Phung</u>, <u>Shaya Potter</u>, and Jason Nieh, "Systems, Methods, Means, and Media for Recording, Searching, and Outputting Display Information", US Patent 8,214,367. Filed Feb. 27, 2008. Issued July 3, 2012.

176. <u>Michael E. Locasto</u>, Angelos D. Keromytis, Salvatore J. Stolfo, <u>Angelos Stavrou</u>, <u>Gabriela Cretu</u>, <u>Stylianos Sidiroglou</u>, Jason Nieh, and <u>Oren Laadan</u>, "Methods, Systems, and Media for Software Self-Healing", US Patent 7,962,798. Filed Apr. 17, 2007. Issued June 14, 2011.

177. <u>Ricardo Baratto</u> and Jason Nieh, "Methods, Media, and Systems for Displaying Information on a Thin-Client in Communication with a Network", US Patent 7,730,157. Filed Sept. 8, 2005. Issued June 1, 2010.

**KEYNOTE ADDRESSES AND DISTINGUISHED LECTURES**

*Keynote Address, 9th IEEE Annual Ubiquitous Computing, Electronics & Mobile Communication Conference (UEMCON 2018)*, New York, NY, Nov. 2018.

*1st CERES Unstoppable Speaker, Department of Computer Science, University of Chicago*, Chicago, IL May 2015.

*Keynote Address, 7th ACM International Systems and Storage Conference (SYSTOR 2014)*, Haifa, Israel, June 2014.

*Distinguished Lecture, Department of Computer Sciences, University of Wisconsin-Madison*, Madison, WI, Dec. 2013.

*Distinguished Lecture, Department of Electrical and Computer Engineering, University of Toronto*, Toronto, Ontario, Canada, Dec. 2013.

*Distinguished Lecture, NEC Labs America*, Princeton, NJ, Nov. 2013.

*Keynote Address, 8th Annual International Conference on Virtual Execution Environments (VEE 2012)*, London, UK, Mar. 2012.

*Distinguished Lecture, School of Computing and Information Sciences, Florida International University*, Miami, FL, Feb. 2009.

*Keynote Address, VMAP Summit, VMworld 2008*, Las Vegas, NV, Sept. 2008.

*Keynote Panel, VMworld 2006*, Los Angeles, CA, Nov. 2006.

*Young Investigator Lecture, 2004 Sigma Xi Annual Meeting*, Montreal, Quebec Canada, Nov. 2004.

**SELECTED MEDIA APPEARANCES**

Julie Bort, "Researchers Have Solved A Big Security Problem With Android Apps On Google Play", *Business Insider*, June 23, 2014.

Michael Roppolo, "Secret keys hidden in Google Play apps pose security risk, researchers find", *CBS News*, June 20, 2014.

Richard Chirgwin, "Columbia U boffins HACK GOOGLE PLAY to check apps", *The Register*, June 19, 2014.

Antone Gonsalves, "Companies warned of major security flaw in Google Play apps", *Network World*, June 20, 2014.

Dan Goodin, "Secret keys stashed in Google Play apps pose risk to Android users, developers", *Ars Technica*, June 19, 2014.

Wang Wei, "PlayDrone Reveals Thousands of Secret Keys in Android apps", *The Hacker News*, June 19, 2014.

Michelle Starr, "Thousands of secret keys found in Android apps", *CNET*, June 18, 2014.

David Gilbert, "Researchers Show iOS Apps Running on Nexus 7 Android Tablet", *International Business Times*, May 20, 2014.

"Apple apps made to run on Android devices", *BBC News*, May 19, 2014.

Simon Sharwood, "Boffins run iOS apps on Android hardware", *The Register*, May 16, 2014.

"This software allows iOS apps to run on Android", *CNBC*, May 15, 2014.

Melanie Ehrenkranz, "Run iOS Apps On Android: OS Compatibility Architecture Cider Demos Apple Remote, iBooks And More On Nexus 7", *International Digital Times*, May 14, 2014.

Jon Fingas, "Students get iOS apps running (slowly) on Android", *Engadget*, May 14, 2014.

Emil Protalinski, "Research project Cider brings iOS apps to Android devices", *The Next Web*, May 13, 2014.

Rebecca Grant, "Cellrox treats employee multiple phone personality disorder", *VentureBeat*, January 2013.

Steve O'Hear, "Cellrox Secures $4.7M Led by Runa Capital For Its BYOD Virtualization Solution", *TechCrunch*, January 2013.

Robin Wauters, "One Android phone, multiple 'personas': Cellrox secures $4.7m round to ride the BYOD wave", *The Next Web*, January 2013.

John Cox, "MWC: New software virtualizes multiple Android instances on smartphone", *Computerworld*, February 2012.

Timothy Morgan, "Xen hypervisor ported to ARM chips", *The Register*, November 2011.

"iPhone and Android Apps 101", *Forbes.com*, November 2008.

"Efforts pursue separate paths to streamlined PCs", *EE Times*, June 2007.

Mark Gibbs, "Open source opens opportunities", LinuxWorld, April 22, 2005.

Paul Kotapish, "How Beginners and Pros Alike Find Community on the Web: Selected On-Line Communities", *Acoustic Guitar Magazine*, June 2001.

Charles Babcock, "VMware Welcomes Guest OSes", *Inter@ctive Week*, 7(17), Ziff-Davis Media, May 1, 2000.

Elizabeth Papapetrou, "The Acoustic Web: How Pro Players are Promoting Their Music on the World Wide Web", *Acoustic Guitar Magazine*, June 1997.

# PROFESSIONAL ACTIVITIES

## CONFERENCE PROGRAM CHAIRMANSHIPS

Co-Chair, Program Committee, *2011 USENIX Annual Technical Conference (USENIX 2011)*, Portland, OR, June 15-17, 2011.

Co-Chair, Program Committee, *Joint International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS / Performance 2009)*, Seattle, WA, June 15-19, 2009.

Co-Chair, Program Committee, *1st ACM Workshop on Virtual Machine Security (VMSec 2008)*, Fairfax, VA, Oct. 31, 2008.

Vice Chair, Program Committee, *16th International World Wide Web Conference (WWW2007)*, Banff, Alberta, Canada, May 8-12, 2007.

Deputy Vice Chair, Program Committee, *15th International World Wide Web Conference (WWW2006)*, Edinburgh, UK, May 22-26, 2006.

Co-Chair, Program Committee, *1st ACM Workshop on Operating System and Architectural Support for the On Demand IT Infrastructure (OASIS 2004)*, Boston, MA, Oct. 9, 2004.

Deputy Vice Chair, Program Committee, *13th International World Wide Web Conference (WWW2004)*, New York, New York, May 17-22, 2004.

Co-Chair, Program Committee, *11th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV 2001)*, New York, NY, June 25-26, 2001.

## CONFERENCE PROGRAM AND EXTERNAL REVIEW COMMITTEES

Member, Program Committee, *ACM Symposium on Cloud Computing (SoCC 2019)*, Santa Cruz, CA, Nov. 17-19, 2019.

Member, Extended Review Committee, *2019 USENIX Annual Technical Conference (USENIX 2019)*, Renton, WA, July 10-12, 2019.

Member, Program Committee, *13th European Conference on Computer Systems (EuroSys 2018)*, Porto, Portugal, Apr. 23-26, 2018.

Member, Program Committee, *23rd International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS 2018)*, Istanbul, Turkey, Mar. 24-28, 2018.

Member, Program Committee, *23rd International Conference on Mobile Computing and Networking (MobiCom 2017)*, Salt Lake City, UT, Oct. 9-13, 2017.

Member, Program Committee, *USENIX Symposium on Networked Systems Design and Implementation (NSDI 2017)*, Boston, MA, Mar. 27-29, 2017.

Member, Program Committee, *22nd International Conference on Mobile Computing and Networking (MobiCom 2016)*, New York, NY, Oct. 3-7, 2016.

Member, Program Committee, *International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2016)*, Antibes-Juans les Pins, France, June 14-18, 2016.

Member, Program Committee, *25th ACM Symposium on Operating Systems Principles (SOSP 2015)*, Monterey, CA, Oct. 4-7, 2015.

Member, Program Committee, *International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2015)*, Portland, OR, June 15-19, 2015.

Member, Program Committee, *20th International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS 2015)*, Istanbul, Turkey, Mar. 14-18, 2015.

Member, Program Committee, *13th USENIX Conference on File and Storage Technologies (FAST 2015)*, Santa Clara, CA, Feb. 16-19, 2015.

Member, External Review Committee, *11th Symposium on Operating System Design and Implementation (OSDI 2014)*, Broomfield, CO, Oct. 6-8, 2014.

Member, Program Committee, *20th International Conference on Mobile Computing and Networking (MobiCom 2014)*, Maui, HI, Sept. 7-11, 2014.

Member, Program Committee, *International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2014)*, Austin, TX, June 16-20, 2014.

Member, Program Committee, *19th International Conference on Mobile Computing and Networking (MobiCom 2013)*, Miami, FL, Sept. 30-Oct. 4, 2013.

Member, Program Committee, *25th International Teletraffic Congress (ITC 25)*, Shanghai, China, Sept. 10-12, 2013.

Member, Program Committee, *4th ACM SIGOPS Asian-Pacific Workshop on Systems (APSys 2013)*, Singapore, July 29-30, 2013.

Member, Program Committee, *2013 ACM/USENIX International Conference on Mobile Systems, Applications, and Services (MobiSys 2013)*, Taipei, Taiwan, June 25-28, 2013.

Member, Program Committee, *International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2013)*, Pittsburgh, PA, June 17-21, 2013.

Member, Program Committee, *32nd Annual IEEE Conference on Computer Communications (Infocom 2013)*, Torino, Italy, Apr. 14-19, 2013.

Member, Program Committee, *7th European Conference on Computer Systems (EuroSys 2012)*, Bern, Switzerland, Apr. 11-13, 2012.

Member, Program Committee, *31st Annual IEEE Conference on Computer Communications (Infocom 2012)*, Orlando, FL, Mar. 25-30, 2012.

Member, External Review Committee, *17th International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS 2012)*, London, England, Mar. 3-7, 2012.

Member, Program Committee, *2012 ACM SIGPLAN/SIGOPS International Conference on Virtual Execution Environments (VEE 2012)*, London, England, Mar. 3-4, 2012.

Member, Program Committee, *30th Annual IEEE Conference on Computer Communications (Infocom 2011)*, Shanghai, China, Apr. 10-15, 2011.

Member, Program Committee, *16th International Conference on Mobile Computing and Networking (MobiCom 2010)*, Chicago, IL, Sept. 20-24, 2010.

Member, Program Committee, *International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2010)*, New York, NY, June 14-18, 2010.

Member, Program Committee, *3rd Annual Haifa Experimental Systems Conference (SYSTOR 2010)*, Haifa, Israel, May 24-26, 2010.

Member, Program Committee, *29th Annual IEEE Conference on Computer Communications (Infocom 2010)*, San Diego, CA, Mar. 15-19, 2010.

Member, Program Committee, *8th USENIX Conference on File and Storage Technologies (FAST 2010)*, San Jose, CA, Feb. 23-26, 2010.

Member, Program Committee, *2nd Workshop on Hot Topics in Software Upgrades (HotSWUp 2009)*, Orlando, FL, Oct. 2009.

Member, Program Committee, *1st Workshop on Networking, Systems, and Applications for Mobile Handhelds (MobiHeld 2009)*, Barcelona, Spain, Aug. 17, 2009.

Member, Program Committee, *2nd Workshop on Mobile Computing and Virtualization (MobiVirt 2009)*, Kraków, Poland, June 22, 2009.

Member, Program Committee, *28th Annual IEEE Conference on Computer Communications (Infocom 2009)*, Rio de Janeiro, Brazil, Apr. 19-25, 2009.

Member, Program Committee, *2009 ACM SIGPLAN/SIGOPS International Conference on Virtual Execution Environments (VEE 2009)*, Washington, DC, Mar. 11-13, 2009.

Member, Program Committee, *5th Annual International Conference on Mobile and Ubiquitous Systems: Computing, Networking and Services (MobiQuitous 2008)*, Dublin, Ireland, July 21-25, 2008.

Member, Program Committee, *1st Workshop on Mobile Computing and Virtualization (MobiVirt 2008)*, Breckenridge, CO, June 17, 2008.

Member, Program Committee, *International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2008)*, Annapolis, MD, June 2-6, 2008.

Member, Program Committee, *27th Annual IEEE Conference on Computer Communications (Infocom 2008)*, Phoenix, AZ, Apr. 13-18, 2008.

Member, Program Committee, *VMworld 2007*, San Francisco, Sept. 11-13, 2007.

Member, Program Committee, *13th International Conference on Mobile Computing and Networking (MobiCom 2007)*, Montreal, Quebec, Canada, Sept. 9-14, 2007.

Member, Program Committee, *2007 USENIX Annual Technical Conference (USENIX 2007)*, Santa Clara, CA, June 17-22, 2007.

Member, Program Committee, *International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2007)*, San Diego, CA, June 12-16, 2007.

Member, Program Committee, *2007 ACM/USENIX International Conference on Mobile Systems, Applications, and Services (MobiSys 2007)*, Puerto Rico, June 11-14, 2007.

Member, Program Committee, *12th International Conference on Mobile Computing and Networking (MobiCom 2006)*, Los Angeles, CA, Sept. 24-29, 2006.

Member, Program Committee, *2006 IEEE International Conference on Cluster Computing (Cluster 2006)*, Barcelona, Spain, Sept. 25-27, 2006.

Member, Program Committee, *2006 USENIX Annual Technical Conference (USENIX 2006)*, Boston, MA, May 30-June 3, 2006.

Member, Program Committee, *International Conference on E-business and Telecommunication Networks (ICETE 2005)*, Reading, UK, Oct. 3-7, 2005.

Member, Program Committee, *International Work Conference on Next Generation Web Services Practices (NWeSP 2005)*, Seoul, Korea, Aug. 23-26, 2005.

Member, Program Committee, *IASTED International Conference on Web Technologies, Applications and Services (WTAS 2005)*, Calgary, Canada, July 4-6, 2005.

Member, Program Committee, *International Conference on Communications, Circuits and Systems (ICCCAS 2005)*, Hong Kong, China, May 27-30, 2005.

Member, Program Committee, *2005 USENIX Annual Technical Conference (USENIX 2005)*, Anaheim, CA, Apr. 10-15, 2005.

Member and WiPs Chair, Program Committee, *6th Symposium on Operating System Design and Implementation (OSDI 2004)*, San Francisco, CA, Dec. 6-8, 2004.

Member, Program Committee, *Multimedia Interactive Protocols and Systems (MIPS 2004)*, Grenoble, France, Nov. 16-19, 2004.

Member, Program Committee, *2nd International Conference on Service Oriented Computing (ICSOC 2004)*, New York, NY, Nov. 15-19, 2004.

Member, Program Committee, *33rd International Conference on Parallel Processing (ICPP 2004)*, Montreal, Canada, Aug. 13-19, 2004.

Member, Program Committee, *International Conference on Communications, Circuits and Systems (ICCCAS 2004)*, Chengdu, China, June 27-29, 2004.

Member, Program Committee, *Joint International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS / PERFORMANCE 2004)*, New York, NY, June 12-16, 2004.

Member, Program Committee, *Multimedia Interactive Protocols and Systems (MIPS 2003)*, Napoli, Italy, Nov. 18-21, 2003.

Member, Program Committee, *13th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV 2003)*, Monterey, CA, June 1-3, 2003.

Member, Program Committee, *12th International World Wide Web Conference (WWW2003)*, Budapest, Hungary, May 20-24, 2003.

Member, Program Committee, *Joint International Workshop on Interactive Distributed Multimedia Systems / Protocols for Multimedia Systems (IDMS / PROMS 2002)*, Coimbra, Portugal, Nov. 26-29, 2002.

Member, Program Committee, *16th International Conference on Supercomputing (ICS 2002)*, New York, NY, June 22-26, 2002.

Member, Program Committee, *1st Workshop on Self-Healing, Adaptive and Self-MANaged Systems (SHAMAN 2002)*, New York, NY, June 23, 2002.

Member, Program Committee, *2002 USENIX Annual Technical Conference (USENIX 2002)*, Monterey, CA, June 9-14, 2002.

Member, Program Committee, *12th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV 2002)*, Miami Beach, FL, May 12-14, 2002.

Member, Program Committee, *8th International Workshop on Interactive Distributed Multimedia Systems (IDMS 2001)*, Lancaster, UK, Sept. 4-7, 2001.

Member, Program Committee, *1st New York Metro Area Networking Workshop (NYMAN 2001)*, Hawthorne, NY, Mar. 12, 2001.

Member, Program Committee, *10th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV 2000)*, Chapel Hill, NC, June 26-28, 2000.

Member, Program Committee, *9th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV 1999)*, Basking Ridge, NJ, June 23-25, 1999.

## CONFERENCE STEERING AND ORGANIZING COMMITTEES

Member, Organizing Committee, *24th International Symposium on Computer Architecture and High Performance Computing (SBAC-PAD)*, New York, NY, Oct. 24-26, 2012.

Member, Steering Committee, *15th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV 2005)*, Skamania, WA, June 12-14, 2005.

Local Organization Co-Chair, Organizing Committee, *2nd International Conference on Service Oriented Computing (ICSOC 2004)*, New York, NY, Nov. 15-19, 2004.

Co-Chair, Organizing Committee, *1st ACM Workshop on Operating System and Architectural Support for the On Demand IT Infrastructure (OASIS 2004)*, Boston, MA, Oct. 9, 2004.

Member, Steering Committee, *14th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV 2004)*, Cork, Ireland, June 16-18, 2004.

Publicity Chair, Organizing Committee, *Joint International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS / PERFORMANCE 2004)*, New York, NY, June 12-16, 2004.

Member, Steering Committee, *13th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV 2003)*, Monterey, CA, June 1-3, 2003.

University Liaison, Organizing Committee, *16th International Conference on Supercomputing (ICS 2002)*, New York, NY, June 22-26, 2002.

Member, Steering Committee, *12th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV 2002)*, Miami Beach, FL, May 12-14, 2002.

Co-Chair, Organizing Committee, *11th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV 2001)*, New York, NY, June 25-26, 2001.

**EDITORIAL BOARDS**

Member, Editorial Board, *IEEE Internet Computing*, 2008 - 2010.

Guest Editor, Special Issue on Virtual Machines, *IEEE Pervasive Computing*, Oct.-Dec. 2009.

Member, Editorial Board, *Computer Networks Journal (COMNET)*, 2006 - 2008.

**JOURNAL AND CONFERENCE REFEREEING** (in addition to conference program committees)

*ACM Computing Surveys.*

*ACM Computer Communication Journal.*

*ACM Multimedia Conference.*

*ACM Multimedia Systems Journal.*

*ACM SIGGRAPH.*

*ACM SIGPLAN Conference on Programming Language Design and Implementation (PLDI).*

*ACM Symposium on Parallelism in Algorithms and Architectures (SPAA).*

*ACM Transactions on Computer Systems (TOCS).*

*ACM Transactions on Multimedia Computing, Communication, and Applications (TOMCCAP).*

*ACM Transactions on Internet Technology (TOIT).*

*The Computer Journal.*

*IEEE GLOBECOM Technical Conference.*

*IEEE International Parallel and Distributed Processing Symposium (IPDPS).*

*IEEE Internet Computing.*

*IEEE Journal of Selected Areas in Communications.*

*IEEE Multimedia.*

*IEEE Spectrum.*

*IEEE Transactions on Computers.*

*IEEE Transactions on Circuits and Systems for Video Technology.*

*IEEE Transactions on Mobile Computing.*

*IEEE Transactions on Multimedia.*

*IEEE Transactions on Parallel and Distributed Systems.*

*IEEE/ACM Transactions on Networking.*

*IEEE Transactions on Knowledge and Data Engineering.*

*IEEE Transactions on Software Engineering.*

*IEEE Wireless Communications and Networking Conference (WCNC).*

*International Conference on Dependable Systems and Networks (DSN).*

*International Workshop on Volume Visualization.*

*Journal of Parallel and Distributed Computing.*

*The Journal of Systems and Software.*

*Software Practice and Experience.*

*USENIX Security Symposium.*

**FUNDING AGENCIES**

Panelist, *Partnerships for Enhanced Engagement in Research (PEER) Program, National Academy of Sciences*, Washington DC, 2016.

Invited Panelist, *2nd NSF Workshop on Technology Transfer to Practice in Cyber Security*, Rosslyn, VA, 2015.

Grant Review Panelist, *National Science Foundation*, Arlington, VA, 2000 - 2005, 2009 - 2010.

Participant, *NSF Cyber Trust PI Workshop*, New Haven, CT, 2008.

Participant, *NSF CISE PI Workshop*, Urbana, IL, 2005.

Participant, *NSF Cyber Trust PI Workshop*, Newport Beach, CA, 2005.

Participant, *DARPA ISAT "Law of Large Numbers System Design" Study Group*, 2005.

Participant, *NSF CISE PI Workshop*, Las Cruces, NM, 1999.

## STANDARDIZATION COMMITTEES

Member, Net2Display Task Group, *Video Electronics Standards Association (VESA)*, 2005 - 2009.

Member, DPVL Task Group, *Video Electronics Standards Association (VESA)*, 2005 - 2006.

## OUTREACH ACTIVITIES

Evaluator, IEEE Computer Society Fellows Evaluating Committee, *Institute of Electrical and Electronics Engineers*, 2019 - present.

Educational Counselor, *MIT Education Council, Massachusetts Institute of Technology*, 2018 - present.

Member, Executive Advisory Committee, *Harlem Children Society*, 2007 - 2018.

Member, Search Committee, Editor in Chief, *IEEE Letters of the Computer Society*, 2017.

Member, *VMware Academic Program Advisory Board*, VMware, 2009 - 2013.

Mentor, Computing Innovation Fellows Project, 2009 - 2010.

Advisor, Online Membership Services Strategy, *Association for Computing Machinery*, 2007 - 2008.

Invitee, Infoscape Charrette, *Lincoln Center for the Performing Arts*, 2007.

Board Member, Membership Services Board, *Association for Computing Machinery*, 2004 - 2007.

Managing Group Member, Security and Infrastructure Standing Committee, *Financial Services Technology Consortium (FSTC)*, 2006 - 2007.

Examiner, Graduate Record Examinations (GRE) Computer Science Test, *Educational Testing Service*, 2004 - 2005.

Judge, New York City Science and Engineering Fair (NYCSEF), *New York Academy of Sciences*, 2004.

Mentor, Harlem Children Society Internship Program, *Harlem Children Society*, 2006.

Mentor, Science Research Training Program, *New York Academy of Sciences*, 2001 - 2003, 2006.

Faculty Mentor, Summer Research Program for Historically Underrepresented Groups, *Leadership Alliance,* 2000.

# UNIVERSITY ACTIVITIES

(all activities at Columbia University unless otherwise noted)

## DOCTORAL DISSERTATIONS SUPERVISED

1. Christoffer Dall, "The Design, Implementation, and Evaluation of the Linux ARM Hypervisor", Ph.D. Computer Science, Feb. 2018, currently Principal Engineer, ARM.

2. Nicolas Viennot, "Deterministic, Mutable, and Distributed Record-Replay Mechanisms for Operating Systems and Database Systems", Ph.D. Computer Science, Feb. 2017, currently Systems Researcher, Two Sigma.

3. Jeremy Andrus, "Multi-Persona Mobile Computing", Ph.D. Computer Science, Feb. 2015, currently Kernel Engineering Manager, Apple.

4. Dinesh Subhraveti, "Record and vPlay: Problem Determination with Virtual Replay Across Heterogeneous Systems", Ph.D. Computer Science, Feb. 2012, currently Founder and CTO, appOrbit.

5. Oren Laadan, "A Personal Virtual Computer Recorder", Ph.D. Computer Science, May 2011, currently Chief Technical Officer and Co-Founder, Cellrox.

6. Ricardo Baratto, "THINC: A Virtual and Remote Display Architecture for Desktop Computing", Ph.D. Computer Science, May 2011 (with distinction), currently Chief Architect, NeuroScouting.

7. Alex Sherman, "Guaranteeing Performance through Fairness in Peer-to-Peer File Sharing and Streaming Systems", Ph.D. Computer Science, Oct. 2010, currently Senior Software Engineer, Google.

8. Shaya Potter, "Virtualization Mechanisms for Mobility, Security, and System Administration", Ph.D. Computer Science, May 2010, currently Research Scientist, appOrbit.

9. Haoqiang Zheng, "CPU Scheduling with Automatic Interactivity and Dependency Detection", Ph.D. Computer Science, Oct. 2010, currently Principal Engineer, VMware.

10. Albert M. Lai, "A Remote Training Approach for Teaching Seniors to Use a Telehealth System", Ph.D. Biomedical Informatics, Feb. 2007 (with distinction, co-advised with Justin Starren), currently Chief Research Information Officer, School of Medicine and Associate Professor of Medicine, Division of General Medical Sciences, School of Medicine, Washington University in St. Louis.

11. David P. Olshefski, "Measuring and Managing the Remote Client Perceived Response Time for Web Transactions using Server-side Techniques", Ph.D. Computer Science, Oct. 2006 (with distinction), currently Independent Tech Consultant.

12. Gong Su, "MOVE: Mobility with Persistent Network Connections", Ph.D. Computer Science, Oct. 2004, currently Research Staff Member, IBM T. J. Watson Research Center.

13. Erez Zadok, "FiST: A System for File System Code Generation", Ph.D. Computer Science, May 2001, currently Professor, Department of Computer Science, Stony Brook University.

## OTHER DOCTORAL DISSERTATION COMMITTEES

1. Emilio G. Cota, "Scalable Emulation of Heterogeneous Systems", Ph.D. Computer Science, defended Mar. 2019.

2. Gang Hu, "Techniques for Effective and Efficient Mobile Testing", Ph.D. Computer Science, May 2018.

3. Jonathan Bell, "Making Software More Reliable by Uncovering Hidden Dependencies", Ph.D. Computer Science, May 2016.

4. Heming Cui, "Stable Multithreading: A New Paradigm for Reliable and Secure Threads", Ph.D. Computer Science, May 2015.

5. Owen S. Hofmann, "Rethinking Operating System Trust", Ph.D. Computer Science, The University of Texas at Austin, Dec. 2013.

6. Omer Boyaci, "High-Performance Multimedia Collaboration Tools for Application Sharing, Measuring Capture-to-display Latency, and User Created Services", Ph.D. Computer Science, Feb. 2012.

7. Joshua Reich, "Minimally Invasive Solutions to Challenges Posed by Mobility Changes", Ph.D. Computer Science, Oct. 2011.

8. Rean Griffith, "Evaluating Software Systems via Runtime Fault-Injection and Reliability, Availability and Serviceability (RAS) Metrics and Models", Ph.D. Computer Science, Oct. 2008.

9. Stelios Sidiroglou, "Software Self-Healing Using Error Virtualization", Ph.D. Computer Science, May 2008.

10. Jacob Gorm Hansen, "Virtual Machine Mobility with Self-Migration", Ph.D. Computer Science, University of Copenhagen, Feb. 2008.

11. Hanhua Feng, "Scheduling: From Optimality to Configurability", Ph.D. Computer Science, Feb. 2008.

12. Sangho Shin, "Towards the Quality of Service for VoIP traffic in IEEE 802.11 Wireless Networks", Ph.D. Computer Science, Feb. 2008.

13. Aniruddha Bohra, "System Architectures Based on Functionality Offloading", Ph.D. Computer Science, Rutgers University, Jan. 2008.

14. Hoon Chang, "Incorporating Physical Layer Capture in the Modeling, Analysis and Design of Wireless Access Mechanisms", Ph.D. Computer Science, May 2007.

15. Xiaotao Wu, "Ubiquitous Programmable Internet Telephony End System Services", Ph.D. Computer Science, May 2007.

16. Weibin Zhao, "Towards Autonomic Computing: Service Discovery and Web Hotspot Service", Ph.D. Computer Science, May 2006.

17. Daniel Villela, "Resource Management in Large-Scale Services: Models and Algorithms", Ph.D. Electrical Engineering, Feb. 2006.

18. Yong Wang, "Resource Constrained Video Coding/Adaptation", Ph.D. Electrical Engineering, Feb. 2006.

19. Giuseppe Valetto, "Orchestrating the Dynamic Adaptation of Distributed Software with Workflow Technology", Ph.D. Computer Science, May 2004.

20. Lisa Amini, "Models and Algorithms for Resource Management in Distributed Computing Cooperatives", Ph.D. Computer Science, Feb. 2004.

21. Jonathan Lennox, "Services for Internet Telephony", Ph.D. Computer Science, Feb. 2004.

22. Raymond Liao, "Utility-Based Adaptation, Dynamic Provisioning and Incentive Engineering Techniques for Internet and its Wireless Extensions", Ph.D. Electrical Engineering, May 2003.

23. Sushil da Silva, "Netscript: A Language System for Active Networks", Ph.D. Computer Science, May 2003.

24. Maria Papadopouli, "Resource Sharing in Mobile Wireless Networks", Ph.D. Computer Science, Oct. 2002.

25. Denes Molnar, "Classical Transport Theory and Its Applications in Heavy-ion Physics", Ph.D. Physics, July 2002.

26. Apostolos Dailianas, "MarketNet: A Survivable, Market-Based Architecture for Large-Scale Information Systems", Ph.D. Computer Science, Jan. 2001.

27. Steve Dossick, "A Virtual Environment Framework for Software Engineering", Ph.D. Computer Science, Nov. 2000.

**MASTERS DISSERTATIONS SUPERVISED**

1. Raghavan Santhanam, "Enabling the Virtual Phones to Sense the Real Phones in Real-time", M.S. Computer Science, Feb. 2014.

2. Lei Zhang, "Implementing A Windows Remote Display Architecture", M.S. Computer Science, Feb. 2006.

3. Bogdan Caprita, "Grouped Distributed Queues: Distributed Queue, Proportional Share Multiprocessor Scheduling", M.S. Computer Science, May 2005.

4. V. Guruprasad, "Canonical Simplification and Automation of the Internet", M.S Computer Science, May 2005.

5. Wong Chun Chan, "Group Ratio Round-Robin: An O(1) Proportional Share Scheduler", M.S. Computer Science, June 2004.

6. Erik Hogstedt, "Implementing ALM: an Application-level Multicast Protocol for Group Work and Group Study", M.S. Media Technology, Royal Institute of Technology, Stockholm, Sweden, June 2002.

**OTHER MASTERS DISSERTATION COMMITTEES**

1. Rui Gu, "Reliable Synchronization in Multithreaded Servers", M.S. Computer Science, May 2017.

2. Stephen Boyd, "Practical Randomization Techniques For Combatting Code-Injection Attacks", M.S. Computer Science, May 2004.

**UNIVERSITY SERVICE**

*Reviewer, Research Initiatives in Science & Engineering (RISE) Competition*, Office of the Executive Vice President for Research, 2018.

*Reviewer, Research Initiatives in Science & Engineering (RISE) Competition*, Office of the Executive Vice President for Research, 2016.

*Member, Shared Research Computing Policy Advisory Committee*, Office of the Executive Vice President for Research, 2011 - 2013.

*Egleston Faculty Mentor,* School of Engineering and Applied Science, 2012 - 2013.

*Member, Faculty Focus Group on Digital Measures*, School of Engineering and Applied Science, 2011.

*Member, Faculty Advisory Committee for Entrepreneurship*, School of Engineering and Applied Science, 2007 - 2010.

*Faculty Advisor, Society for Entrepreneurship and Technological Innovation at Columbia University (SETI)*, 2008 - 2009.

*Member, SEAS Nominating Committee*, School of Engineering and Applied Science, 2005 - 2007.

*Member, Senate Committee on Athletic Eligibility*, 2001 - 2008.

*Member, Faculty Focus Group on Child Care*, Office of Planning and Institutional Research, 2005.

*Faculty Volunteer, Urban New York*, Office of Student Activities, 2003 - 2007, 2010 - 2013.

*Member, RASCAL Project Advisory Committee*, 1999 - 2001.

*Undergraduate Associate Advisor*, Massachusetts Institute of Technology, 1987 - 1988.

**DEPARTMENTAL SERVICE** (Dept. of Computer Science unless otherwise noted)

*Member and Chair, Facilities Committee*, 1999 - 2006, 2010 - present (Chair, 2002 - 2003).

*Member, Academic Committee*, 2003 - 2006, 2008 - 2010, 2014 - present.

*Member, PhD Admissions Committee*, 2016 - present.

*Member, M.S. Admissions Committee*, 2010 - 2012, 2014 - present.

*M.S. Academic Advisor*, 1999 - 2001, 2010 - present.

*USENIX Campus Liaison*, USENIX Association, 2004 - present.

*Member, Faculty Recruiting Committee*, 2003 - 2008, 2011 - 2012, 2014 - 2016.

*Chair, Student Nominations Committee*, 2011 - 2013.

*Member and Chair, Ph.D. Committee*, 2010 - 2013 (Chair, 2012 - 2013).

*Operating Systems Comprehensive Examiner*, 1999 - 2004, 2007 - 2012.

*Member and Chair, Visibility Committee*, 2009 - 2010 (Chair, 2009).

*Faculty Organizer and Speaker, Professional Preparation Seminar Series,* 2008 - 2009.

*Co-Chair, Faculty Retreat,* 2008.

*Lab Demonstrations, Undergraduate and MS Research Project Fair*, 2008.

*Member and Chair, Strategic Planning Committee*, 2005 - 2008 (Chair, 2007 - 2008).

*Speaker, ACM Luncheon and Research Series*, 2008.

*Faculty Advisor, Columbia Mainframe Computing Group*, 2005 - 2006.

*Member, Bill Campbell Visit Organizing Committee*, 2005.

*Member, Faculty Retreat Organizing Committee*, 2005.

*Department Representative*, NSF CISE Workshop, 1999, 2005.

*Member, Academic Honesty Task Force*, 2004 - 2005.

*Editor-in-Chief, 25th Anniversary of the Department of Computer Science Newsletter*, 2004 - 2005.

*Speaker Host, 25th Anniversary Distinguished Lecture Series*, 2004.

*Lab Demonstrations, 25th Anniversary of the Department of Computer Science*, 2004.

*Speaker, 25th Anniversary of the Department of Computer Science*, 2004.

*Columbia College Academic Advisor (Seniors)*, 2003 - 2004.

*Lab Demonstrations, ACM Computer Science Research Fair*, 2003.

*Ph.D. Funding Survey, Ph.D. Committee*, 2003.

*Chair, CRF Director Search Committee*, 2003.

*Columbia College Academic Advisor (Juniors)*, 2002 - 2003.

*Departmental Infrastructure and Systems Area Speaker, External Review*, 2003.

*Research Demonstration, CAP Computer Science Research Fair*, 2002.

*Speaker, ACM Computer Science Research Fair*, 2002.

*Speaker, Faculty Research Colloquia*, 2002.

*Faculty Assistant Manager*, 2000 - 2002.

*Columbia College Academic Advisor (Freshman and Sophomores)*, 2001 - 2002.

*Member, Ph.D. Admissions Committee*, 1999 - 2002.

*Speaker, ACM Computer Science Research Fair*, 2001.

*Speaker, Faculty Research Colloquia*, 2001.

*Department Faculty Representative,* SEAS Engineering Council, 2001.

*Speaker, ACM Computer Science Research Fair*, 2000.

*SEAS New Graduate Student Orientation*, 2000.

*Computer Science Colloquium Chair*, 1999 - 2000.

*SEAS Alumni Faculty-Student Dinners*, 1999.

*Graduate Admissions Committee*, Dept. of Electrical Engineering, Stanford University, 1996.

*Graduate Mentor*, Dept. of Electrical Engineering, Stanford University, 1993 - 1995.

## CURRICULUM AND TEACHING
(all activities at Columbia University unless otherwise noted)

**NEW CURRICULUM DEVELOPMENT**

**COMS W4118 Operating Systems (with Android**), 2009 - 2015. Developed and taught a revamped advanced undergraduate / graduate course in operating systems, which integrates operating system concepts with Android.

**COMS E6998 Mobile Computing with iPhone and Android**, 2008 - 2009. Developed and taught a new course on smartphone mobile computing that explores the technologies and convergence of computing, telephony, and sensors in the physical world. Course has also been profiled in:

Elizabeth Woyke, "iPhone and Android Apps 101", *Forbes.com*, New York, NY, Nov. 2008.

**COMS E6998 Virtual Machines**, 2007 - 2008. Co-developed and taught a new advanced graduate course on virtual machines.

**COMS E6998 Topics in Computer Systems**, 2005 - 2006. Developed and taught a new advanced graduate course on topics in computer systems which focuses on a different technical area of interest each semester.

**COMS W4118 Operating Systems**, 1999 - 2004. Developed and taught a new advanced undergraduate / graduate course in operating systems, which integrates operating system concepts with real-world operating system design and implementation. First course in the world to employ novel virtual machine technology to provide hands-on operating system design and implementation instruction in a real commercial operating system for both on-campus and distance learning students. Approach has been emulated at several other universities, including Calvin College, Clarkson University, John Hopkins University, SUNY Stony Brook, Swarthmore College, University of Illinois, University of Rochester, University of Virginia, University of Washington, Worcester Polytechnic Institute, etc. "The best CS class of my college career, both in terms of how much I learned and how valuable the information turned out to be in the real world. Writing new system calls, device drivers, schedulers... Mention to an interviewer that you know how to do this and they drool...", *Slashdot*, Dec. 2000. Course has also been profiled in:

"Software Doubles as Insurance Policy for Columbia University", *College Planning and Management*, Apr. 2001.

Charles Babcock, "VMware Welcomes Guest OSes", *Inter@ctive Week*, 7(17), Ziff-Davis Media, New York, NY, May 1, 2000, p. 86.

Mara Velasco Sweet, "Columbia Students Gain Valuable Experience in Operating System Design Using VMware", *VMware Customer Success Stories*, VMware, Palo Alto, CA, Oct. 1999.

**COMS E6118 Advanced Operating Systems**, 2000 - 2004. Developed and taught a new advanced graduate course in operating systems. New classroom and lab course materials were developed on recent research developments in operating systems. Course also develops research skills by emphasizing classroom discussion, student presentation skills, and in-depth programming projects.

**COMS W3157 Advanced Programming**, 2001. Helped formulate and develop an undergraduate advanced programming course with an emphasis on systems programming principles and tools.

**COMS W3139 Data Structures and Algorithms in Java**, 1999. Developed and taught a new undergraduate course in data structures and algorithms using Java. Previous versions of the course were taught in C, but a department decision to move the core undergraduate computer science curriculum to Java created a critical need for this course. New Java-based course materials were developed and have been subsequently been used by other faculty for this course.

**TEACHING EXPERIENCE**

**COMS W3998 Projects in Computer Science**, Fall 2000 - present. Enrollment 2 (Fall 2000), 1 (Spring 2001), 1 (Fall 2001), 2 (Spring 2002), 1 (Fall 2002), 2 (Spring 2003), 2 (Fall 2003), 3 (Spring 2004), 2 (Fall 2004), 1 (Fall 2005), 2 (Spring 2013).

**COMS W4901 Projects in Computer Science**, Summer 1999 - present. Enrollment 1 (Summer 1999), 3 (Spring 2000), 2 (Summer 2000), 3 (Spring 2001), 1 (Fall 2001), 2 (Spring 2002), 3 (Spring 2003), 2 (Fall 2003), 2 (Fall 2005), 1 (Fall 2006), 4 (Fall 2008), 3 (Spring 2009), 1 (Fall 2010), 1 (Spring 2016).

**COMS E6901 Projects in Computer Science**, Spring 1999 - present. Enrollment 1 (Spring 1999), 8 (Fall 1999), 7 (Spring 2000), 2 (Summer 2000), 4 (Fall 2000), 4 (Spring 2001), 6 (Fall 2001), 6 (Spring 2002), 10 (Fall 2002), 5 (Spring 2003), 11 (Fall 2003), 2 (Spring 2004), 6 (Fall 2004), 6 (Spring 2005), 1 (Fall 2005), 3 (Spring 2006), 7 (Fall 2006), 2 (Spring 2007), 2 (Fall 2007), 6 (Spring 2008), 5 (Fall 2008) 4 (Spring 2009), 1 (Summer 2009), 1 (Fall 2009), 2 (Spring 2010), 1 (Fall 2010), 8 (Spring 2011), 3 (Fall 2011), 3 (Spring 2012), 4 (Fall 2012), 1 (Spring 2013), 1 (Fall 2014), 1 (Spring 2016), 1 (Spring 2017), 1 (Fall 2017).

**COMS E6118 Advanced Operating Systems**, Spring 2019. Enrollment 12 (1 CVN).

**COMS W4118 Operating Systems**, Fall 2018. Enrollment 59 (6 CVN), instructor rating 4.2/5.0.

**COMS E6998 Virtual Machines**, Spring 2018. Enrollment 7, instructor rating 4.7/5.0.

**COMS W4118 Operating Systems**, Fall 2017. Enrollment 94 (12 CVN), instructor rating 4.4/5.0.

**COMS E6118 Advanced Operating Systems**, Spring 2017. Enrollment 14, instructor rating 4.8/5.0.

**COMS W4118 Operating Systems**, Fall 2016. Enrollment 105, instructor rating 4.5/5.0.

**COMS E6118 Advanced Operating Systems**, Spring 2016. Enrollment 6, instructor rating 4.8/5.0.

**COMS W4118 Operating Systems**, Fall 2015. Enrollment 65, instructor rating 4.6/5.0.

**COMS E6118 Advanced Operating Systems**, Spring 2015. Enrollment 24, instructor rating 4.9/5.0.

**COMS W4118 Operating Systems**, Fall 2014. Enrollment 116, instructor rating 4.7/5.0.

**COMS E6998 Topics in Mobile Computing**, Spring 2013. Enrollment 18 (6 CVN), instructor rating 4.6/5.0.

**COMS W4118 Operating Systems**, Fall 2012. Enrollment 140 (5 CVN), instructor rating 4.2/5.0.

**COMS E6118 Advanced Operating Systems**, Spring 2012. Enrollment 14 (5 CVN), instructor rating 4.6/5.0.

**COMS W4118 Operating Systems**, Fall 2011. Enrollment 107 (11 CVN), instructor rating 4.2/5.0.

**COMS E6998 Mobile Computing with iPhone and Android**, Summer 2011. Enrollment 6 (CVN pre-taped).

**COMS W4118 Operating Systems**, Fall 2010. Enrollment 92 (10 CVN), instructor rating 4.2/5.0.

**COMS E6118 Advanced Operating Systems**, Spring 2010. Enrollment 5 (2 CVN), instructor rating 4.4/5.0.

**COMS W4118 Operating Systems**, Fall 2009. Enrollment 65 (7 CVN), instructor rating 4.1/5.0.

**COMS E6998 Mobile Computing with iPhone and Android**, Summer 2009. Enrollment 4 (CVN pre-taped).

**COMS W4118 Operating Systems**, Summer 2009. Enrollment 8 (CVN pre-taped).

**COMS E6998 Mobile Computing with iPhone and Android**, Spring 2009. Enrollment 70 (14 CVN), instructor rating 3.9/5.0.

**COMS W4118 Operating Systems**, Fall 2008. Enrollment 74 (13 CVN), instructor rating 4.5/5.0.

**COMS E6998 Virtual Machines**, Spring 2008. Enrollment 24 (6 CVN), instructor rating 4.8/5.0.

**COMS W4118 Operating Systems**, Fall 2007. Enrollment 42, instructor rating 4.1/5.0.

**COMS E6998 Topics in Computer Systems**, Spring 2006. Enrollment 7, instructor rating 5.0/5.0.

**COMS E6118 Advanced Operating Systems**, Fall 2005. Enrollment 13, instructor rating 4.4/5.0.

**COMS W4118 Operating Systems**, Fall 2004. Enrollment 100 (16 CVN), instructor rating 4.3/5.0.

**COMS W4118 Operating Systems**, Summer 2004. Enrollment 4 (CVN pre-taped).

**COMS E6118 Advanced Operating Systems**, Spring 2004. Enrollment 22, instructor rating 4.3/5.0.

**COMS W4118 Operating Systems**, Fall 2003. Enrollment 83 (10 CVN), instructor rating 4.2/5.0.

**COMS W4118 Operating Systems**, Summer 2003. Enrollment 2 (CVN pre-taped).

**COMS W4118 Operating Systems**, Spring 2003. Enrollment 75 (5 CVN), instructor rating 4.2/5.0.

**G22.3813 Advanced Laboratory in Computer Science**, New York University, Spring 2003. Enrollment 1.

**COMS W4118 Operating Systems**, Fall 2002. Enrollment 84 (14 CVN), instructor rating 4.2/5.0.

**COMS W4118 Operating Systems**, Summer 2002. Enrollment 7 (CVN pre-taped).

**COMS E6118 Advanced Operating Systems**, Spring 2002. Enrollment 17, instructor rating 4.4/5.0.

**COMS W4118 Operating Systems**, Spring 2002. Enrollment 6 (CVN pre-taped).

**COMS W4118 Operating Systems**, Fall 2001. Enrollment 102 (16 CVN), instructor rating 4.1/5.0.

**COMS W4118 Operating Systems**, Summer 2001. Enrollment 8 (CVN pre-taped).

**COMS E6118 Advanced Operating Systems**, Spring 2001. Enrollment 5, instructor rating 4.4/5.0.

**COMS W4118 Operating Systems**, Fall 2000. Enrollment 127 (19 CVN), instructor rating 3.8/5.0.

**COMS E6118 Advanced Operating Systems**, Spring 2000. Enrollment 23, instructor rating 3.9/5.0.

**COMS W4118 Operating Systems**, Fall 1999. Enrollment 119 (11 CVN), instructor rating 3.8/5.0.

**COMS E6901 Operating Systems and Networking Reading Seminar**, Fall 1999.

**COMS W3139 Data Structures and Algorithms in Java**, Spring 1999. Enrollment 52, instructor rating 4.2/5.0. (nominated for Columbia Great Teacher Award)

**Intermediate Guitar**, Christian Guitarist Conference, Apr. 1996, 1997, 1998.

## SELECTED STUDENT COURSE EVALUATION COMMENTS

"...most valuable course I had at Columbia and Jason is the greatest professor..." (Fall 2018)

"So so so so high quality. Cannot recommend higher. Brilliant, engaging professor." (Fall 2018)

"...learned more from this class than any other class I have taken at Columbia." (Spring 2018)

"...the best course I've taken..." (Fall 2017)

"I really really loved this class. I learned a lot from this class. I mean, I didn't even know what an operating system was...I wish I could take another class like this!" (Fall 2017)

"The teaching is amazing and you certainly get your money's worth..." (Fall 2017)

"I am having the time of my life in this class." (Fall 2016)

"...single most rewarding class I've taken..." (Fall 2016)

"A benchmark course." (Fall 2016)

"Jason is by far the most inspiring professor I've ever met." (Fall 2016)

"Greatest course in the CS department..." (Fall 2016)

"The closest to an ideal professor I have seen..." (Fall 2016)

"...best professor I have ever had." (Fall 2015)

"...a truly great class." (Fall 2015)

"This was easily the best course I've taken in my life." (Fall 2014)

"Jason is the best pro[f]essor in CS department!" (Fall 2014)

"The class tagged as the 'hardest CS course at Columbia' upholds its status, but it can easily uphold to the 'coolest CS course at Columbia' as well." (Fall 2014)

"...the best OS course offered around the world." (Fall 2014)

"There is nothing compared to this course that Columbia can offer...Prof Nieh is THE best person to teach operating system course." (Fall 2012)

"Highly addictive assignments with awesome educational quality...Simply out of the world experience..." (Fall 2012)

"Prof. Nieh explains the OS concepts very well and is very approachable. I appreciate his funny-side while teaching at times. Majorly, I admire the selection/design of the assignments from 1-6: they are simply mind-blowing..." (Fall 2012)

"It is without a doubt the most difficult and challenging course I've ever taken. But I've also learned more in the past month and a half than I've probably learned in entire semesters in other classes...The projects are stimulating and engaging, if arduous and occasionally excruciating in their difficulty. Yet I can't help but feel accomplished, proud, and superior as a thinker/student/person after finishing them." (Fall 2012)

"OS class was the best class I took at CU!" (Fall 2011)

"I learned more from the class than an entire year's worth of classes." (Fall 2011)

"Painful as it may be (not only to endure, but also to admit) this is hands down the best CS course offered by the department." (Fall 2011)

"Probably the best course I've taken at Columbia. Certainly the best instructor I've had at Columbia." (Fall 2011)

"I never had such good course before. Top 1." (Fall 2010)

"In my opinion this is one of the best, if not the best, courses in CS department..." (Fall 2010)

"changed my schedule to take this class with you on the recommendation of numerous faculty members, and it has been a terrific experience..." (Fall 2010)

"a great professor...the best professor I've had so far at Columbia..." (Spring 2010)

"Great teaching and organization, the best CS course." (Fall 2009)

"I got to learn the most out of any course in my 2 years at Columbia." (Fall 2009)

"I'm so glad I took this course. It was so much fun...amazing course." (Spring 2009)

"Professor Nieh is the best professor I've studied under at Columbia University. His high standards boundless energy and ability to draw students into the lecture are amazing. His class is known for being the toughest and most demanding in our program. Yet I looked forward each day to attending his lectures and attacked the difficult problem sets with motivation and vigor unlike any other class. He inspires students to do the tough work not unlike the manner in which an athletic coach pushes and motivates his or her players. I wanted to do well in this class wanted to pull the countless all nighters if for no other reason then having the pride and incredible sense of accomplishment that comes with being able to hang with Jason Nieh. We need more professors like this who are able to set incredibly high standards while also inspiring students to achieve them while at the same time leaving the student with a very solid understanding of theory and very marketable skills." (Fall 2008)

"This course is the best CS course I have ever taken...Jason is an excellent teacher, who is very approachable and answers any question with insight and dedication, so take this course with him if you have the chance." (Fall 2008)

"This is by far the most demanding and rewarding class I have taken as a CS grad student at Columbia." (Fall 2008)

"Prof. Nieh is amazingly knowledgeable in this area and is able to communicate the material in an effective interesting manner that truly captivates students attention. Undoubtedly the best CS lecturer I have come across at Columbia." (Fall 2008)

"The best instructor I've encountered at CU." (Fall 2008)

"OS is the most thorough classes I've taken and has taught me the most." (Fall 2008)

"...the best course I have taken. So much to learn and the hands-on Linux kernel development is fantastic." (Fall 2008)

"Great course. I actually look forward to going to class each lecture. The instructor is very engaging -- by far the best lecturer I've had at CU...The class is tough but I really feel like I am getting a ton of value out of it." (Fall 2008)

"The professor and TAs definitely know the material inside-out and the lectures are excellent and far more educational than other classes I've taken in the CS dept." (Fall 2008)

"...I really enjoyed OS...(undoubtedly) the most challenging course I've taken, but it was the most interesting and I believe will be the most useful." (Fall 2008)

"One of the best courses taken..." (Spring 2008)

"This class was the class I have learned the most from, and has also been the class from which I have gained the most marketable skills I have and have at least indirectly landed me job offers." (Fall 2007)

"I probably learned more in this course than my last three CS courses combined." (Fall 2007)

"Prof. Nieh is the greatest teacher I ever met." (Fall 2004)

"Best CS teacher at Columbia hands down." (Fall 2004)

"The best lecturer I have ever." (Fall 2004)

"The best one (course) I have ever taken..." (Fall 2004)

"There's nothing he can't do." (Fall 2004)

"...my favorite. Being able to hack the Linux kernel is awesome. I am learning a lot. And Professor Nieh's delivery is second to none...I really do love the course." (Fall 2004)

"Best teacher I have had so far." (Fall 2003)

"Great teacher, great course. Extremely clear about why things are how they are. Challenges the students to think through the answer instead of just stating it, which too few professors in CS do." (Fall 2003)

"...a master in his field...a brilliant orator, presenter and well a learned man all in one." (Fall 2003)

"Professor Nieh runs a class that is orders of magnitude more organized and more thoughtfully planned. He's structured unbelievably dense material extremely well so that I'm able to follow the course of the subject easily." (Fall 2003)

"...the most enjoyable, informative, and well-structured course...every CS student at Columbia should not miss out the opportunity to learn under him." (Fall 2003)

"Best lecturer in Computer Science in my academic career." (Fall 2003)

"The best CS class I've had, combines very well theory and practice." (Fall 2003)

"Professor Nieh is very approachable and extremely knowledgeable. He exudes everything that a teacher should be." (Fall 2003)

"Knows the subject inside out...very approachable and friendly...strives to provide a quality class, makes no compromises." (Fall 2003)

"...knows his subject so well...amongst the best professors I have met." (Fall 2003)

"...a very good professor who knows how to relate a difficult subject in a very easy to understand manner." (Fall 2003)

"Great teacher...you'll get a lot out from this class, in terms of programming skills and systems knowledge in general...definitely one of the best CS classes I took at Columbia." (Spring 2003)

"The best CS professor I have taken a class with." (Spring 2003)

"A tremendous amount of thought was clearly put into the course design. One of the best organized classes I've been in." (Spring 2003)

"Best organized class I've taken so far. Professor Nieh really cares about what people learn, and he takes his job seriously." (Spring 2003)

"I'm really impressed...never had a course like this..." (Spring 2003)

"Nieh is a terrific instructor. He has a gift for selecting just the right details to demonstrate a particular point so that the rest of the material falls into place..." (Fall 2002)

"I have not come across a professor as good as he is in my life." (Fall 2002)

"Professor Nieh takes what is possibly the most difficult topic in Computer Science and explains it in a way that makes difficult topics seem almost common-sense. His classroom delivery is impeccable, and the amount learned is incredible." (Fall 2002)

"Nieh is gifted; he has an ability to communicate ideas both colloquially but also with appropriate technical precision." (Fall 2002)

"Great professor, knows his stuff." (Fall 2002)

"...made the Linux kernel accessible to students to a degree I wouldn't have imagined possible." (Fall 2002)

"It's a great, great class." (Fall 2002)

"Highly recommended..." (Spring 2002)

"This class was fun. It's laid back and very instructive..." (Spring 2002)

"This is an excellent class." (Spring 2002)

"Prof. Nieh is by far the best professor I have encountered in this school." (Fall 2001)

"Must-take class for all CS majors." (Fall 2001)

"The best CS class of my college career, both in terms of how much I learned and how valuable the information turned out to be in the real world. Writing new system calls, device drivers, schedulers... Mention to an interviewer that you know how to do this and they drool..." (Fall 2000)

"Hardest, but best class I've taken so far at Columbia..." (Fall 2000)

"This is the best course I have taken in 6 years at the CS dept." (Spring 2000)

"I love that we're working with a real OS like Linux. Doing the homework was fun, particularly so because it felt like really accomplishing something of practical value." (Fall 1999)

"Best course I've taken at Columbia thus far." (Spring 1999)