# EXHIBIT B

## MATERIALS CONSIDERED BY DR. JASON NIEH

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | Defendant's Second Amended Answers to Plaintiff's First Set of Interrogatories, dated February 24, 2020. | |
| | Defendant's Third Amended Answers to Plaintiff's First Set of Interrogatories, dated February 27, 2020. | |
| | Defendant's Amended Answers to Plaintiff's First Set of Interrogatories, dated January 16, 2020. | |
| | Apple's First Amended Complaint | Docket No. 56 |
| | Appendix A of Apple's First Amended Complaint and Demand for Jury Trial in *Apple Inc. v. Corellium, LLC.*, Case No. 9:19-cv-81160-RS | Docket No. 56-1 |
| | Corellium's Answer, Affirmative Defenses, and Counterclaims to Apple's First Amended Complaint, filed on January 10, 2020. | Docket No. 64 |
| | IPSW Files for Various Asserted Versions of iOS. | |
| | Erik Sandberg-Diment, *Personal Computers; Hardware Review: Apple Weighs in with Macintosh*, THE NEW YORK TIMES (January 24, 1984), https://www.nytimes.com/1984/01/24/science/personal-computers-hardware-review-apple-weighs-in-with-macintosh.html | |
| | Siri Team, *Deep Learning for Siri's Voice: On-device Deep Mixture Density Networks for Hybrid Unit Selection Synthesis*, Machine Learning Journal, Vol. 1, Issue 4 · (August 2017), https://machinelearning.apple.com/2017/08/06/siri-voices.html | |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | Software License Agreements, https://www.apple.com/legal/sla/ | |
| | Install iOS 12 – How to Update iOS 12 iPhone, iPad, iPod Touch, September 17, 2018, https://www.youtube.com/watch?v=AYeJvDQ34N8 | |
| | iPhone Virtualisation Demo/Preview Using Corellium, Platform Demo from Chris Wade, February 22, 2018, https://www.youtube.com/watch?v=6rmTfmdUIVY | |
| | Live Kernel Debugging on iOS 12, Virtualised iPhones,  Corellium Hands-on Demo, June 25, 2018, https://www.youtube.com/watch?v=9sZZZhPnunY | |
| | Update Your iPhone, iPad, or iPod Touch, https://support.apple.com/en-us/HT204204 | |
| | Jonathan Levin, *Taking Apart iOS OTA Updates, Peeking Into Over-The-Air Update Bundles in iOS,* March 18, 2014, http://newosxbook.com/articles/OTA.html | |
| | The iPhone Wiki, OTA Updates, https://www.theiphonewiki.com/wiki/OTA_Updates | |
| | Update Software on iOS and iPadOS Devices in iTunes on PC - Apple Support, https://support.apple.com/guide/itunes/update-device-device-software-itns3235/windows | |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | Sync iPhone Using iTunes on Your Computer - Apple Support, https://support.apple.com/guide/iphone/sync-iphone-using-itunes-iph3c796484/12.0/ios/12.0 | |
| | OSXDaily, *How to Use IPSW Files*, November 23, 2010, files https://osxdaily.com/2010/11/23/how-to-use-ipsw-files/ | |
| | iOS 10: Apple Wallet Updates, Lock Screen, and Native Apps, June 14, 2016, https://blog.passkit.com/ios-10-apple-wallet-lock-screen-native-apps/ | |
| | Apple Unveils iOS 7 Software Designed by Jonathan Ive, June 10, 2013, https://www.dezeen.com/2013/06/10/new-apple-ios-software-flat-design-jonathan-rive-wwdc/ | |
| | Wikipedia, iOS 7, https://en.wikipedia.org/wiki/IOS_7 | |
| | Wikipedia, iOS 8, https://en.wikipedia.org/wiki/IOS_8 | |
| | Wikipedia, iOS 9, https://en.wikipedia.org/wiki/IOS_9 | |
| | Wikipedia, iOS 10, https://en.wikipedia.org/wiki/IOS_10 | |
| | Wikipedia, iOS 11, https://en.wikipedia.org/wiki/IOS_11 | |
| | Wikipedia, iOS 12, https://en.wikipedia.org/wiki/IOS_12 | |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | Wikipedia, iOS 13,<br>https://en.wikipedia.org/wiki/IOS_13 | |
| | Unicode, Full Emoji List, v13.0,<br>https://unicode.org/emoji/charts/full-emoji-list.html | |
| | Use Message Effects with iMessage on Your iPhone, iPad, and iPod Touch,<br>https://support.apple.com/en-us/HT206894 | |
| | Enjoy your Memories in Photos - Apple Support, https://support.apple.com/en-us/HT207023 | |
| | Send and receive money with Apple Pay - Apple Support,<br>https://support.apple.com/en-us/HT207875 | |
| | How to Use Memoji on Your iPhone or iPad Pro - Apple Support,<br>https://support.apple.com/en-us/HT208986. | |
| | iPhone User Guide, Take a Live Photo in FaceTime on iPhone,<br>https://support.apple.com/guide/iphone/take-a-live-photo-iph9b4b11222/ios | |
| | Twitter, Corellium HQ Status, January 10, 2018,<br>https://twitter.com/CorelliumHQ/status/951277835095871489 | |
| | Xen Project,<br>https://xenproject.org/ | |
| | Chris Wade Twitter, February 2, 2018,<br>https://twitter.com/cmwdotme/status/959640937562624000 | |

4

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | Twitter, Corellium HQ, September 27, 2018,<br>https://twitter.com/CorelliumHQ/status/1045433096944979968 | |
| | Twitter, Corellium HQ, January 22, 2019,<br>https://twitter.com/CorelliumHQ/status/1087817867431739392 | |
| | Twitter, Corellium HQ, April 27, 2019,<br>https://twitter.com/CorelliumHQ/status/1122295380761305088 | |
| | Thomas Brewster, *This Super Stealth Startup Has Built An Apple Hacker's Paradise*, Forbes, Feb. 15, 2018,<br>https://www.forbes.com/sites/thomasbrewster/2018/02/15/corellium-virtual-apple-iphones-for-hacking/#528d87564a3b | |
| | VMware vSphere Basics - ESXi 5.0 vCenter Server 5.0 Basics-Guide,<br>https://pubs.vmware.com/vsphere-50/topic/com.vmware.ICbase/PDF/vsphere-esxi-vcenter-server-50-basics-guide.pdf | |
| | iOS 7 License Agreement,<br>https://www.apple.com/legal/sla/docs/iOS7.pdf | |
| | iOS 8 License Agreement,<br>https://www.apple.com/legal/sla/docs/iOS8.pdf | |
| | iOS 8.1 License Agreement,<br>https://www.apple.com/legal/sla/docs/iOS81.pdf | |
| | Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research Apple's Most Sensitive Code*, Motherboard Vice (Mar. 6, 2019), | |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | https://www.vice.com/en_us/article/gvakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-research-apple-zero-days | |
| Ex. 1 | Abraham Silberschatz et al., Operating System Concepts Essentials 4 (2d ed. 2014) | |
| Ex. 2 | Edouard Bugnion, Jason Nieh, & Dan Tsafrir, Hardware and Software Support for Virtualization 1 (Margaret Martonosi ed., 2017), | |
| | Apple Wallpaper – Abstract Ink Spot in Blue and Green (iOS 8) | APL-CORELLIUM_00004291 |
| | Apple Bokeh (bubble) Wallpaper iOS 7 | APL-CORELLIUM_00004292 |
| | Apple Inc. Confidential: Contains Trade Secret Material Source Code Deposit, iOS 9.0 | APL-CORELLIUM_00004299 - APL-CORELLIUM_00004349 |
| | Apple Inc. Confidential: Contains Trade Secret Material Source Code Deposit, iOS 9.1 | APL-CORELLIUM_00004350 - APL-CORELLIUM_00004403 |
| | Apple Inc. Confidential: Contains Trade Secret Material Source Code Deposit, iOS 10.0 | APL-CORELLIUM_00004412 - APL-CORELLIUM_00004462 |
| | Apple Inc. Source Code Sidebar View Controller, Copyright date 2015-2016 | APL-CORELLIUM_00004463 - APL-CORELLIUM_00004482 |
| | Apple Inc. Confidential: Contains Trade Secret Material Source Code Deposit, iOS 11.0 | APL-CORELLIUM_00004489 - APL-CORELLIUM_00004539 |
| | Apple Inc. Source Code Activity View Controller, Copyright date 2012-2015 | APL-CORELLIUM_00004540 - APL-CORELLIUM_00004559 |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | Apple Inc. Source Code Mini Player, Copyright date 2011-2017 | APL-CORELLIUM_00004560 - APL-CORELLIUM_00004579 |
| | Apple Inc. Source Code Store Artist Artwork Handler, Copyright date 2016 | APL-CORELLIUM_00004580 - APL-CORELLIUM_00004591 |
| | Apple Inc. Source Code Lyrics Support, Copyright date 2016 | APL-CORELLIUM_00004592 - APL-CORELLIUM_00004598 |
| | Apple Inc. Source Code Lyrics View Controller, Copyright date 2016 | APL-CORELLIUM_00004599 - APL-CORELLIUM_00004604 |
| | Apple Inc. Confidential: Contains Trade Secret Material Source Code Deposit, iOS 11.3 | APL-CORELLIUM_00004611 - APL-CORELLIUM_00004661 |
| | Apple Inc. Confidential: Contains Trade Secret Material Source Code Deposit, iOS 11.4 | APL-CORELLIUM_00004668 - APL-CORELLIUM_00004718 |
| | Apple Inc. Confidential: Contains Trade Secret Material Source Code Deposit, iOS 11.0.1 | APL-CORELLIUM_00004719 - APL-CORELLIUM_00004769 |
| | Apple Inc. Confidential: Contains Trade Secret Material Source Code Deposit, iOS 12.0 | APL-CORELLIUM_00004776 - APL-CORELLIUM_00004826 |
| | Certificate of Registration for Apple iOS 11.0.1 Software, Effective Date of Registration August 8, 2018. | APL-CORELLIUM_00004827 - APL-CORELLIUM_00004828 |
| | Memoji Assets deposit | APL-CORELLIUM_00004829 - APL-CORELLIUM_00004873 |

7

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | Certificate of Registration for Apple iOS 10.0 Software, Effective Date of Registration November 10, 2016. | APL-CORELLIUM_00004844 - APL-CORELLIUM_00004845 |
| | Certificate of Registration for Apple iOS 11.0 Software, Effective Date of Registration December 22, 2017. | APL-CORELLIUM_00004846 - APL-CORELLIUM_00004847 |
| | Certificate of Registration for Apple iOS 11.3 Software, Effective Date of Registration August 8, 2018. | APL-CORELLIUM_00004848 - APL-CORELLIUM_00004849 |
| | Certificate of Registration for Apple iOS 9.0 Software, Effective Date of Registration June 20, 2016. | APL-CORELLIUM_00004850 - APL-CORELLIUM_00004851 |
| | Certificate of Registration for Apple iOS 9.1 Software, Effective Date of Registration June 21, 2016. | APL-CORELLIUM_00004852 - APL-CORELLIUM_00004853 |
| | Certificate of Registration for Apple Icons - iOS 11 Compilation - iPhone 8 Built-in Apps, Effective Date of Registration December 8, 2017. | APL-CORELLIUM_00004854 - APL-CORELLIUM_00004855 |
| | Certificate of Registration for Apple Icons - iOS 9 Compilation - iPhone 6s Built-in Apps, Effective Date of Registration October 19, 2016. | APL-CORELLIUM_00004856 - APL-CORELLIUM_00004857 |
| | Apple Inc. Confidential: Contains Trade Secret Material Source Code Deposit, iOS 11.2 | APL-CORELLIUM_00004858 - APL-CORELLIUM_00004908 |
| | Apple Inc. Confidential: Contains Trade Secret Material Source Code Deposit, iOS 11.2.5 | APL-CORELLIUM_00004909 - APL-CORELLIUM_00004959 |
| | Certificate of Registration for Apple iOS 11.4 Software, Effective Date of Registration July 23, 2018. | APL-CORELLIUM_00004960 - APL-CORELLIUM_00004961 |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | Certificate of Registration for Apple Bokeh (bubble) Wallpaper iOS 7, Effective Date of Registration March 27, 2014. | APL-CORELLIUM_00004962 - APL-CORELLIUM_00004969 |
| | Certificate of Registration for Apple Wallpaper - Flower Chrysanthemum Purple (iOS 8), Effective Date of Registration August 19, 2015. | APL-CORELLIUM_00004970 - APL-CORELLIUM_00004971 |
| | Certificate of Registration for Apple Wallpaper  - Abstract Ink Spot in Blue and Green (iOS 8), Effective Date of Registration August 19, 2015. | APL-CORELLIUM_00004984 - APL-CORELLIUM_00004985 |
| | Certificate of Registration for Apple iTunes 12.3 Software, Effective Date of Registration December 14, 2017. | APL-CORELLIUM_00004986 - APL-CORELLIUM_00004987 |
| | Certificate of Registration for Apple iTunes 12.4 Software, Effective Date of Registration December 21, 2017. | APL-CORELLIUM_00004988 - APL-CORELLIUM_00004989 |
| | Certificate of Registration for Apple iTunes 12.5.1 Software, Effective Date of Registration December 21, 2017. | APL-CORELLIUM_00004990 - APL-CORELLIUM_00004991 |
| | Certificate of Registration for Apple iTunes 12.6 Software, Effective Date of Registration December 21, 2017. | APL-CORELLIUM_00004992 - APL-CORELLIUM_00004993 |
| | Certificate of Registration for Apple Wallpaper - Flower Magenta (iOS 8), Effective Date of Registration August 19, 2015. | APL-CORELLIUM_00004994 - APL-CORELLIUM_00004995 |
| | Certificate of Registration for Apple iOS 11.2 Software, Effective Date of Registration November 9, 2018. | APL-CORELLIUM_00005020 - APL-CORELLIUM_00005021 |
| | Certificate of Registration for Apple iOS 12.0 Software, Effective Date of Registration December 4, 2018. | APL-CORELLIUM_00005022 - APL-CORELLIUM_00005023 |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | Certificate of Registration for Apple iOS 11.2.5 Software, Effective Date of Registration November 9, 2018. | APL-CORELLIUM_00005024 - APL-CORELLIUM_00005025 |
| | Source Code Deposit | APL-CORELLIUM_00005026 - APL-CORELLIUM_00005078 |
| | Certificate of Registration for Apple iOS 12.1.1 Software, Effective Date of Registration January 25, 2019. | APL-CORELLIUM_00005079 - APL-CORELLIUM_00005080 |
| | Source Code Deposit | APL-CORELLIUM_00005081 - APL-CORELLIUM_00005142 |
| | Certificate of Registration for Apple iOS 12.2 Software, Effective Date of Registration June 25, 2019. | APL-CORELLIUM_00005149 - APL-CORELLIUM_00005150 |
| | Video Deposit for iOS 11.0.1 | APL-CORELLIUM_00005182 |
| | Video Deposit for iOS 9.0 | APL-CORELLIUM_00005183 |
| | Video Deposit for iOS 11.0.1 | APL-CORELLIUM_00005184 |
| | Video Deposit for iOS 11.0.1 | APL-CORELLIUM_00005185 |
| | Video Deposit for iOS 11.0.1 | APL-CORELLIUM_00005186 |
| | Video Deposit for iOS 11.0.1 | APL-CORELLIUM_00005187 |
| | Video Deposit for iOS 11.0.1 | APL-CORELLIUM_00005188 |
| | Video Deposit for iOS 11.0.1 | APL-CORELLIUM_00005189 |
| | Video Deposit for iOS 11.0.1 | APL-CORELLIUM_00005190 |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | Video Deposit for iOS 11.0.1 | APL-CORELLIUM_00005191 |
| | Video Deposit for iOS 11.0.1 | APL-CORELLIUM_00005192 |
| | Video Deposit for iOS 11.0.1 | APL-CORELLIUM_00005193 |
| | Video Deposit for iOS 11.0.1 | APL-CORELLIUM_00005194 |
| | Video Deposit for iOS 11.0.1 | APL-CORELLIUM_00005195 |
| | Video Deposit for iOS 12.0 | APL-CORELLIUM_00005196 |
| | Video Deposit for iOS 11.0 | APL-CORELLIUM_00005197 |
| | Video Deposit for iOS 11.3 | APL-CORELLIUM_00005198 |
| | Video Deposit for iOS 12.0 | APL-CORELLIUM_00005199 |
| | Video Deposit for iOS 12.0 | APL-CORELLIUM_00005200 |
| | Corellium Company Overview, April 2018 | APL-CORELLIUM_00006643 - APL-CORELLIUM_00006664 |
| | Apple Platform Security White Paper, Fall 2019 | APL-CORELLIUM_00039722 - APL-CORELLIUM_00039878 |
| | Human Interface Guidelines | APL-CORELLIUM_00039879 - APL-CORELLIUM_00039880 |
| | iOS 9 License Agreement | APL-CORELLIUM_00040672 - APL-CORELLIUM_00041081 |

MAY CONTAIN CORELLIUM CONFIDENTIAL OR CONFIDENTIAL - ATTORNEYS' EYES ONLY MATERIAL

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | iOS 9.1 License Agreement | APL-CORELLIUM_00041082 - APL-CORELLIUM_00041499 |
| | iOS 10 License Agreement | APL-CORELLIUM_00041736 - APL-CORELLIUM_00042141 |
| | iOS 11 License Agreement | APL-CORELLIUM_00042142 - APL-CORELLIUM_00042562 |
| | iOS 11.2 License Agreement | APL-CORELLIUM_00042563 - APL-CORELLIUM_00043011 |
| | iOS 12 License Agreement | APL-CORELLIUM_00043167 - APL-CORELLIUM_00043617 |
| | About iOS 12 Updates - Apple Support | APL-CORELLIUM_00044053 - APL-CORELLIUM_00044068 |
| | About iOS 9 Updates - Apple Support, | APL-CORELLIUM_00044069 - APL-CORELLIUM_00044083 |
| | About iOS 11 Updates - Apple Support | APL-CORELLIUM_00044084 - APL-CORELLIUM_00044098 |
| | About iOS 10 Updates - Apple Support | APL-CORELLIUM_00044099 - APL-CORELLIUM_00044110 |
| | | Corellium-001670 - Corellium-001672 |
| | | Corellium-001673 - Corellium-001676 |
| | | Corellium-002623 - Corellium-002626 |

MAY CONTAIN CORELLIUM CONFIDENTIAL OR CONFIDENTIAL – ATTORNEYS' EYES ONLY MATERIAL

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-003696 - Corellium-003697 |
| | | Corellium-014360 - Corellium-014363 |
| | | Corellium-014463 - Corellium-014469 |
| | | Corellium-014473 - Corellium-014474 |
| | | Corellium-014476 - Corellium-014481 |
| | | Corellium-014482 |
| | | Corellium-014484 - Corellium-014487 |
| | | Corellium-014490 - Corellium-014492 |
| | | Corellium-014495 - Corellium-014497 |
| | | Corellium-014499 - Corellium-014501 |
| | | Corellium-014503 - Corellium-014505 |
| | | Corellium-014508 - Corellium-014509 |
| | Various Source Code | Corellium-014510 - Corellium-014511; Corellium-014513 - Corellium-014514; Corellium-014519; Corellium-019663; Corellium-019664 - Corellium-019665; Corellium-019666 - Corellium-019669; |

13

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-019670;<br>Correllium-019671 - Correllium-019676;<br>Correllium-019677;<br>Correllium-019678 - Correllium-019681;<br>Correllium-019682 - Correllium-019683;<br>Correllium-019684 - Correllium-019687;<br>Correllium-019688 - Correllium-019691;<br>Correllium-019692;<br>Correllium-019693;<br>Correllium-019694;<br>Correllium-019695;<br>Correllium-019696 - Correllium-019697;<br>Correllium-019698 - Correllium-019699;<br>Correllium-019700 - Correllium-019705;<br>Correllium-019706 - Correllium-019754;<br>Correllium-019755;<br>Correllium-019756 - Correllium-019759;<br>Correllium-019760;<br>Correllium-019761;<br>Correllium-019762;<br>Correllium-019763 - Correllium-019764;<br>Correllium-019765;<br>Correllium-019766;<br>Correllium-019767 - Correllium-019768;<br>Correllium-019769;<br>Correllium-019770 - Correllium-019771;<br>Correllium-019772;<br>Correllium-019773 - Correllium-019779;<br>Correllium-019780;<br>Correllium-019781 - Correllium-019785;<br>Correllium-019786 - Correllium-019788; |

14

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-019789 - Correllium-019796;<br>Correllium-019797;<br>Correllium-019798 - Correllium-019799;<br>Correllium-019800;<br>Correllium-019801 - Correllium-019802;<br>Correllium-019803 - Correllium-019812;<br>Correllium-019813;<br>Correllium-019814 - Correllium-019818;<br>Correllium-019819 - Correllium-019820;<br>Correllium-019821 - Correllium-019849;<br>Correllium-019850 - Correllium-019851;<br>Correllium-019852 - Correllium-019859;<br>Correllium-019860 - Correllium-019861;<br>Correllium-019862 - Correllium-019864;<br>Correllium-019865;<br>Correllium-019866 - Correllium-019873;<br>Correllium-019874;<br>Correllium-019875 - Correllium-019877;<br>Correllium-019878;<br>Correllium-019879 - Correllium-019880;<br>Correllium-019881 - Correllium-019882;<br>Correllium-019883;<br>Correllium-019884 - Correllium-019885;<br>Correllium-019886 - Correllium-019887;<br>Correllium-019888 - Correllium-019894;<br>Correllium-019895;<br>Correllium-019896 - Correllium-019903;<br>Correllium-019904;<br>Correllium-019905 - Correllium-019935;<br>Correllium-019936;<br>Correllium-019937 - Correllium-019943; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-019944 - Correllium-019958;<br>Correllium-019959;<br>Correllium-019960 - Correllium-019974;<br>Correllium-019975;<br>Correllium-019976 - Correllium-019990;<br>Correllium-019991 - Correllium-019992;<br>Correllium-019993 - Correllium-020018;<br>Correllium-020019;<br>Correllium-020020 - Correllium-020030;<br>Correllium-020031;<br>Correllium-020032 - Correllium-020042;<br>Correllium-020043 - Correllium-020045;<br>Correllium-020046;<br>Correllium-020047;<br>Correllium-020048;<br>Correllium-020049 - Correllium-020055;<br>Correllium-020056 - Correllium-020057;<br>Correllium-020058;<br>Correllium-020059 - Correllium-020060;<br>Correllium-020061;<br>Correllium-020062;<br>Correllium-020063 - Correllium-020074;<br>Correllium-020075 - Correllium-020076;<br>Correllium-020077;<br>Correllium-020078 - Correllium-020085;<br>Correllium-020086;<br>Correllium-020087;<br>Correllium-020088 - Correllium-020090;<br>Correllium-020091 - Correllium-020093;<br>Correllium-020094 - Correllium-020372;<br>Correllium-020373 - Correllium-020376; |

16

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-020377 - Correllium-020389;<br>Correllium-020390;<br>Correllium-020391 - Correllium-020403;<br>Correllium-020404 - Correllium-020408;<br>Correllium-020409 - Correllium-020412;<br>Correllium-020413 - Correllium-020414;<br>Correllium-020415;<br>Correllium-020416;<br>Correllium-020417 - Correllium-020418;<br>Correllium-020419 - Correllium-020420;<br>Correllium-020421 - Correllium-020424;<br>Correllium-020425 - Correllium-020429;<br>Correllium-020430 - Correllium-020434;<br>Correllium-020435;<br>Correllium-020436 - Correllium-020437;<br>Correllium-020438 - Correllium-020439;<br>Correllium-020440 - Correllium-020441;<br>Correllium-020442 - Correllium-020444;<br>Correllium-020445 - Correllium-020446;<br>Correllium-020447 - Correllium-020448;<br>Correllium-020449 - Correllium-020450;<br>Correllium-020451;<br>Correllium-020452;<br>Correllium-020453 - Correllium-020462;<br>Correllium-020463;<br>Correllium-020464 - Correllium-020473;<br>Correllium-020474;<br>Correllium-020475;<br>Correllium-020476 - Correllium-020477;<br>Correllium-020478;<br>Correllium-020479; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-020480;<br>Correllium-020481;<br>Correllium-020482;<br>Correllium-020483;<br>Correllium-020484;<br>Correllium-020485;<br>Correllium-020486;<br>Correllium-020487;<br>Correllium-020488;<br>Correllium-020489;<br>Correllium-020490;<br>Correllium-020491;<br>Correllium-020492 - Correllium-020528;<br>Correllium-020529 - Correllium-020565;<br>Correllium-020566 - Correllium-020576;<br>Correllium-020577;<br>Correllium-020578 - Correllium-020588;<br>Correllium-020589;<br>Correllium-020590 - Correllium-020591;<br>Correllium-020592 - Correllium-020598;<br>Correllium-020599 - Correllium-020602;<br>Correllium-020603 - Correllium-020605;<br>Correllium-020606 - Correllium-020608;<br>Correllium-020609 - Correllium-020610;<br>Correllium-020611 - Correllium-020613;<br>Correllium-020614 - Correllium-020622;<br>Correllium-020623 - Correllium-020626;<br>Correllium-020627 - Correllium-020634;<br>Correllium-020635 - Correllium-020637;<br>Correllium-020638 - Correllium-020640;<br>Correllium-020641 - Correllium-020643; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-020644 - Correllium-020647;<br>Correllium-020648 - Correllium-020650;<br>Correllium-020651 - Correllium-020655;<br>Correllium-020656 - Correllium-020658;<br>Correllium-020659 - Correllium-020661;<br>Correllium-020662 - Correllium-020664;<br>Correllium-020665 - Correllium-020667;<br>Correllium-020668 - Correllium-020669;<br>Correllium-020670 - Correllium-020672;<br>Correllium-020673 - Correllium-020675;<br>Correllium-020676 - Correllium-020677;<br>Correllium-020678 - Correllium-020882;<br>Correllium-020883;<br>Correllium-020884 - Correllium-020888;<br>Correllium-020889 - Correllium-020897;<br>Correllium-020898;<br>Correllium-020899;<br>Correllium-020900 - Correllium-020913;<br>Correllium-020914;<br>Correllium-020915 - Correllium-020928;<br>Correllium-020929 - Correllium-020942;<br>Correllium-020943 - Correllium-020944;<br>Correllium-020945;<br>Correllium-020946 - Correllium-020954;<br>Correllium-020955;<br>Correllium-020956;<br>Correllium-020957 - Correllium-020963;<br>Correllium-020964;<br>Correllium-020965;<br>Correllium-020966 - Correllium-020971;<br>Correllium-020972; |

19

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-020973;<br>Correllium-020974 - Correllium-020976;<br>Correllium-020977;<br>Correllium-020978;<br>Correllium-020979 - Correllium-020980;<br>Correllium-020981;<br>Correllium-020982;<br>Correllium-020983 - Correllium-020985;<br>Correllium-020986;<br>Correllium-020987;<br>Correllium-020988 - Correllium-021002;<br>Correllium-021003 - Correllium-021004;<br>Correllium-021005;<br>Correllium-021006 - Correllium-021023;<br>Correllium-021024;<br>Correllium-021025;<br>Correllium-021026;<br>Correllium-021027;<br>Correllium-021028;<br>Correllium-021029 - Correllium-021054;<br>Correllium-021055;<br>Correllium-021056;<br>Correllium-021057 - Correllium-021060;<br>Correllium-021061;<br>Correllium-021062;<br>Correllium-021063 - Correllium-021067;<br>Correllium-021068;<br>Correllium-021069; Correllium-021070 -<br>Correllium-021074;<br>Correllium-021075;<br>Correllium-021076; |

20

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
|  |  | Correllium-021077 - Correllium-021082;<br>Correllium-021083;<br>Correllium-021084;<br>Correllium-021085 - Correllium-021090;<br>Correllium-021091;<br>Correllium-021092;<br>Correllium-021093 - Correllium-021103;<br>Correllium-021104;<br>Correllium-021105;<br>Correllium-021106 - Correllium-021110;<br>Correllium-021111;<br>Correllium-021112;<br>Correllium-021113 - Correllium-021116;<br>Correllium-021117;<br>Correllium-021118;<br>Correllium-021119 - Correllium-021124;<br>Correllium-021125;<br>Correllium-021126;<br>Correllium-021127 - Correllium-021130;<br>Correllium-021131;<br>Correllium-021132;<br>Correllium-021133 - Correllium-021135;<br>Correllium-021136;<br>Correllium-021137;<br>Correllium-021138 - Correllium-021140;<br>Correllium-021141;<br>Correllium-021142;<br>Correllium-021143 - Correllium-021145;<br>Correllium-021146;<br>Correllium-021147; |

21

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-021148 - Correllium-021151; Correllium-021152; Correllium-021153; Correllium-021154 - Correllium-021179; Correllium-021180 - Correllium-021181; Correllium-021182 - Correllium-021207; Correllium-021208 - Correllium-021210; Correllium-021211 - Correllium-021213; Correllium-021214 - Correllium-021216; Correllium-021217 - Correllium-021238; Correllium-021239 - Correllium-021241; Correllium-021242 - Correllium-021279; Correllium-021280 - Correllium-021282; Correllium-021283 - Correllium-021289; Correllium-021290 - Correllium-021292; Correllium-021293 - Correllium-021296; Correllium-021297 - Correllium-021299; Correllium-021300 - Correllium-021306; Correllium-021307 - Correllium-021309; Correllium-021310 - Correllium-021314; Correllium-021315 - Correllium-021317; Correllium-021318 - Correllium-021323; Correllium-021324 - Correllium-021326; Correllium-021327 - Correllium-021328; Correllium-021329 - Correllium-021331; Correllium-021332 - Correllium-021338; Correllium-021339 - Correllium-021341; Correllium-021342 - Correllium-021345; Correllium-021346 - Correllium-021348; Correllium-021349 - Correllium-021350; Correllium-021351 - Correllium-021353; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-021354 - Correllium-021357;<br>Correllium-021358 - Correllium-021360;<br>Correllium-021361 - Correllium-021364;<br>Correllium-021365 - Correllium-021367;<br>Correllium-021368 - Correllium-021377;<br>Correllium-021378 - Correllium-021380;<br>Correllium-021381 - Correllium-021383;<br>Correllium-021384 - Correllium-021386;<br>Correllium-021387 - Correllium-021390;<br>Correllium-021391;<br>Correllium-021392 - Correllium-021393;<br>Correllium-021394;<br>Correllium-021395 - Correllium-021398;<br>Correllium-021399;<br>Correllium-021400 - Correllium-021402;<br>Correllium-021403;<br>Correllium-021404;<br>Correllium-021405 - Correllium-021445;<br>Correllium-021446;<br>Correllium-021447 - Correllium-021454;<br>Correllium-021455;<br>Correllium-021456;<br>Correllium-021457;<br>Correllium-021458;<br>Correllium-021459;<br>Correllium-021460 - Correllium-021461;<br>Correllium-021462;<br>Correllium-021463 - Correllium-021464;<br>Correllium-021465;<br>Correllium-021466 - Correllium-021473;<br>Correllium-021474 - Correllium-021475; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-021476 - Corellium-021477; |
| | | Corellium-021478; |
| | | Corellium-021479 - Corellium-021480; |
| | | Corellium-021481 - Corellium-021484; |
| | | Corellium-021485; |
| | | Corellium-021486; |
| | | Corellium-021487 - Corellium-021506; |
| | | Corellium-021507; |
| | | Corellium-021508 - Corellium-021514; |
| | | Corellium-021515 - Corellium-021518; |
| | | Corellium-021519 - Corellium-021523; |
| | | Corellium-021524 - Corellium-021529; |
| | | Corellium-021530; |
| | | Corellium-021531 - Corellium-021534; |
| | | Corellium-021535; |
| | | Corellium-021536; |
| | | Corellium-021537; |
| | | Corellium-021538; |
| | | Corellium-021539 - Corellium-021542; |
| | | Corellium-021543; |
| | | Corellium-021544 - Corellium-021545; |
| | | Corellium-021546; |
| | | Corellium-021547; |
| | | Corellium-021548; |
| | | Corellium-021549; |
| | | Corellium-021550; |
| | | Corellium-021551; |
| | | Corellium-021552; |
| | | Corellium-021553; |
| | | Corellium-021554; |

24

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-021555 - Correllium-021567; |
| | | Correllium-021568; |
| | | Correllium-021569; |
| | | Correllium-021570 - Correllium-021571; |
| | | Correllium-021572 - Correllium-021573; |
| | | Correllium-021574 - Correllium-021575; |
| | | Correllium-021576 - Correllium-021588; |
| | | Correllium-021589; |
| | | Correllium-021590 - Correllium-021591; |
| | | Correllium-021592; |
| | | Correllium-021593 - Correllium-021594; |
| | | Correllium-021595; |
| | | Correllium-021596 - Correllium-021608; |
| | | Correllium-021609; |
| | | Correllium-021610 - Correllium-021611; |
| | | Correllium-021612 - Correllium-021613; |
| | | Correllium-021614; |
| | | Correllium-021615; |
| | | Correllium-021616; |
| | | Correllium-021617 - Correllium-021626; |
| | | Correllium-021627; |
| | | Correllium-021628; |
| | | Correllium-021629; |
| | | Correllium-021630; |
| | | Correllium-021631 - Correllium-021634; |
| | | Correllium-021635 - Correllium-021657; |
| | | Correllium-021658; |
| | | Correllium-021659; |
| | | Correllium-021660; |
| | | Correllium-021661 - Correllium-021679; |
| | | Correllium-021680; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-021681; |
| | | Corellium-021682; |
| | | Corellium-021683; |
| | | Corellium-021684; |
| | | Corellium-021685; |
| | | Corellium-021686 - Corellium-021691; |
| | | Corellium-021692 - Corellium-021696; |
| | | Corellium-021697; |
| | | Corellium-021698; |
| | | Corellium-021699; |
| | | Corellium-021700 - Corellium-021701; |
| | | Corellium-021702; |
| | | Corellium-021703; |
| | | Corellium-021704; |
| | | Corellium-021705 - Corellium-021708; |
| | | Corellium-021709; |
| | | Corellium-021710 - Corellium-021718; |
| | | Corellium-021719 - Corellium-021721; |
| | | Corellium-021722; |
| | | Corellium-021723 - Corellium-021741; |
| | | Corellium-021742; |
| | | Corellium-021743 - Corellium-021745; |
| | | Corellium-021746; |
| | | Corellium-021747; |
| | | Corellium-021748; |
| | | Corellium-021749 - Corellium-021750; |
| | | Corellium-021751; |
| | | Corellium-021752; |
| | | Corellium-021753; |
| | | Corellium-021754 - Corellium-021760; |
| | | Corellium-021761 - Corellium-021763; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-021764 - Correllium-021766; |
| | | Correllium-021767 - Correllium-021771; |
| | | Correllium-021772 - Correllium-021774; |
| | | Correllium-021775; |
| | | Correllium-021776 - Correllium-021777; |
| | | Correllium-021778; |
| | | Correllium-021779; |
| | | Correllium-021780 - Correllium-021783; |
| | | Correllium-021784; |
| | | Correllium-021785 - Correllium-021788; |
| | | Correllium-021789; |
| | | Correllium-021790 - Correllium-021792; |
| | | Correllium-021793; |
| | | Correllium-021794 - Correllium-021807; |
| | | Correllium-021808 - Correllium-021843; |
| | | Correllium-021844 - Correllium-021845; |
| | | Correllium-021846 - Correllium-021849; |
| | | Correllium-021850 - Correllium-021852; |
| | | Correllium-021853; |
| | | Correllium-021854 - Correllium-021856; |
| | | Correllium-021857; |
| | | Correllium-021858 - Correllium-021861; |
| | | Correllium-021862 - Correllium-021863; |
| | | Correllium-021864; |
| | | Correllium-021865; |
| | | Correllium-021866; |
| | | Correllium-021867; |
| | | Correllium-021868 - Correllium-021872; |
| | | Correllium-021873; |
| | | Correllium-021874 - Correllium-021879; |
| | | Correllium-021880 - Correllium-021891; |

27

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-021892;<br>Correllium-021893 - Correllium-021894;<br>Correllium-021895 - Correllium-021898;<br>Correllium-021899;<br>Correllium-021900 - Correllium-021901;<br>Correllium-021902;<br>Correllium-021903 - Correllium-021917;<br>Correllium-021918;<br>Correllium-021919 - Correllium-021925;<br>Correllium-021926;<br>Correllium-021927 - Correllium-021942;<br>Correllium-021943;<br>Correllium-021944 - Correllium-021945;<br>Correllium-021946;<br>Correllium-021947 - Correllium-021961;<br>Correllium-021962 - Correllium-021968;<br>Correllium-021969;<br>Correllium-021970 - Correllium-021975;<br>Correllium-021976;<br>Correllium-021977 - Correllium-021994;<br>Correllium-021995;<br>Correllium-021996 - Correllium-021999;<br>Correllium-022000 - Correllium-022001;<br>Correllium-022002 - Correllium-022008;<br>Correllium-022009 - Correllium-022010;<br>Correllium-022011;<br>Correllium-022012;<br>Correllium-022013;<br>Correllium-022014;<br>Correllium-022015;<br>Correllium-022016; |

28

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-022017;<br>Correllium-022018;<br>Correllium-022019 - Correllium-022021;<br>Correllium-022022 - Correllium-022025;<br>Correllium-022026;<br>Correllium-022027;<br>Correllium-022028 - Correllium-022029;<br>Correllium-022030;<br>Correllium-022031;<br>Correllium-022032 - Correllium-022041;<br>Correllium-022042;<br>Correllium-022043 - Correllium-022050;<br>Correllium-022051;<br>Correllium-022052;<br>Correllium-022053;<br>Correllium-022054;<br>Correllium-022055;<br>Correllium-022056;<br>Correllium-022057;<br>Correllium-022058 - Correllium-022067;<br>Correllium-022068;<br>Correllium-022069 - Correllium-022072;<br>Correllium-022073;<br>Correllium-022074;<br>Correllium-022075;<br>Correllium-022076 - Correllium-022090;<br>Correllium-022091;<br>Correllium-022092;<br>Correllium-022110;<br>Correllium-022111;<br>Correllium-022112 - Correllium-022113; |

MAY CONTAIN CORELLIUM CONFIDENTIAL OR CONFIDENTIAL – ATTORNEYS' EYES ONLY MATERIAL

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-022114; Corellium-022115 - Corellium-022119; Corellium-022120; Corellium-022121 - Corellium-022126; Corellium-022127 - Corellium-022137; Corellium-022138 - Corellium-022142; Corellium-022143 - Corellium-022146; Corellium-022147 - Corellium-022162; Corellium-022163 - Corellium-022166; Corellium-022167 - Corellium-022217; Corellium-022218; Corellium-022219 - Corellium-022229; Corellium-022230 - Corellium-022240; Corellium-022241 - Corellium-022244; Corellium-022245 - Corellium-022246; Corellium-022247; Corellium-022248 - Corellium-022256; Corellium-022257 - Corellium-022259; Corellium-022260 - Corellium-022268; Corellium-022269 - Corellium-022276; Corellium-022277; Corellium-022278 - Corellium-022287; Corellium-022288 |
| | | Corellium-014520 |
| | | Corellium-014662 |
| | | Corellium-014914 - Corellium-014992 |
| | | Corellium-015423 |

MAY CONTAIN CORELLIUM CONFIDENTIAL OR CONFIDENTIAL – ATTORNEYS' EYES ONLY MATERIAL

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-015447 |
| | | Corellium-015681 |
| | | Corellium-016734 |
| | | Corellium-017021 - Corellium-017024 |
| | | Corellium-017164 |
| | | Corellium-017716 |
| | | Corellium-017886 |
| | | Corellium-018598 |
| | | Corellium-019651 - Corellium-019652 |
| | | Corellium-022344 |
| | | Corellium-022345 |
| | | Corellium-022346 |
| | | Corellium-022347 |
| | | Corellium-022349 |
| | | Corellium-022350 |



MAY CONTAIN CORELLIUM CONFIDENTIAL OR CONFIDENTIAL - ATTORNEYS' EYES ONLY MATERIAL

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-022351 |
| | | Corellium-022352 |
| | | Corellium-022353 |
| | | Corellium-022354 |
| | Various Source Code | Corellium-022717; Corellium-022718 - Corellium-022719; Corellium-022720 - Corellium-022723; Corellium-022724; Corellium-022725 - Corellium-022730; Corellium-022731; Corellium-022732 - Corellium-022735; Corellium-022736 - Corellium-022737; Corellium-022738 - Corellium-022741; Corellium-022742 - Corellium-022745; Corellium-022746; Corellium-022747; Corellium-022748; Corellium-022749; Corellium-022750 - Corellium-022751; Corellium-022752 - Corellium-022753; Corellium-022754 - Corellium-022759; Corellium-022760 - Corellium-022808; Corellium-022809; Corellium-022810 - Corellium-022813; Corellium-022814; Corellium-022815; Corellium-022816; |

32

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-022817 - Corellium-022818;<br>Corellium-022819;<br>Corellium-022820;<br>Corellium-022821 - Corellium-022822;<br>Corellium-022823;<br>Corellium-022824 - Corellium-022825;<br>Corellium-022826;<br>Corellium-022827 - Corellium-022833;<br>Corellium-022834;<br>Corellium-022835 - Corellium-022839;<br>Corellium-022840 - Corellium-022842;<br>Corellium-022843 - Corellium-022850;<br>Corellium-022851;<br>Corellium-022852 - Corellium-022853;<br>Corellium-022854;<br>Corellium-022855 - Corellium-022856;<br>Corellium-022857 - Corellium-022866;<br>Corellium-022867;<br>Corellium-022868 - Corellium-022872;<br>Corellium-022873 - Corellium-022874;<br>Corellium-022875 - Corellium-022903;<br>Corellium-022904 - Corellium-022905;<br>Corellium-022906 - Corellium-022913;<br>Corellium-022914 - Corellium-022915;<br>Corellium-022916 - Corellium-022918;<br>Corellium-022919;<br>Corellium-022920 - Corellium-022927;<br>Corellium-022928;<br>Corellium-022929 - Corellium-022931;<br>Corellium-022932; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-022933 - Corellium-022934; Corellium-022935 - Corellium-022936; Corellium-022937; Corellium-022938 - Corellium-022939; Corellium-022940 - Corellium-022941; Corellium-022942 - Corellium-022948; Corellium-022949; Corellium-022950 - Corellium-022957; Corellium-022958; Corellium-022959 - Corellium-022989; Corellium-022990; Corellium-022991 - Corellium-022997; Corellium-022998 - Corellium-022999; Corellium-023000 - Corellium-023001; Corellium-023002; Corellium-023003 - Corellium-023017; Corellium-023018; Corellium-023019 - Corellium-023033; Corellium-023034; Corellium-023035 - Corellium-023049; Corellium-023050 - Corellium-023051; Corellium-023052 - Corellium-023077; Corellium-023078; Corellium-023079 - Corellium-023089; Corellium-023090; Corellium-023091 - Corellium-023101; Corellium-023102 - Corellium-023104; Corellium-023105; Corellium-023106; Corellium-023107; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-023108 - Correllium-023114;<br>Correllium-023115 - Correllium-023116;<br>Correllium-023117;<br>Correllium-023118 - Correllium-023119;<br>Correllium-023120;<br>Correllium-023121;<br>Correllium-023122 - Correllium-023133;<br>Correllium-023134 - Correllium-023135;<br>Correllium-023136;<br>Correllium-023137 - Correllium-023144;<br>Correllium-023145;<br>Correllium-023146;<br>Correllium-023147 - Correllium-023149;<br>Correllium-023150 - Correllium-023152;<br>Correllium-023153 - Correllium-023431;<br>Correllium-023432 - Correllium-023435;<br>Correllium-023436 - Correllium-023448;<br>Correllium-023449;<br>Correllium-023450 - Correllium-023462;<br>Correllium-023463 - Correllium-023467;<br>Correllium-023468 - Correllium-023471;<br>Correllium-023472 - Correllium-023473;<br>Correllium-023474;<br>Correllium-023475;<br>Correllium-023476 - Correllium-023477;<br>Correllium-023478 - Correllium-023479;<br>Correllium-023480 - Correllium-023483;<br>Correllium-023484 - Correllium-023488;<br>Correllium-023489 - Correllium-023493;<br>Correllium-023494; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-023495 - Correllium-023496;<br>Correllium-023497 - Correllium-023498;<br>Correllium-023499 - Correllium-023500;<br>Correllium-023501 - Correllium-023503;<br>Correllium-023504 - Correllium-023505;<br>Correllium-023506 - Correllium-023507;<br>Correllium-023508 - Correllium-023509;<br>Correllium-023510;<br>Correllium-023511;<br>Correllium-023512 - Correllium-023521;<br>Correllium-023522;<br>Correllium-023523 - Correllium-023532;<br>Correllium-023533;<br>Correllium-023534;<br>Correllium-023535 - Correllium-023536;<br>Correllium-023537;<br>Correllium-023538;<br>Correllium-023539;<br>Correllium-023540;<br>Correllium-023541;<br>Correllium-023542;<br>Correllium-023543;<br>Correllium-023544;<br>Correllium-023545;<br>Correllium-023546;<br>Correllium-023547;<br>Correllium-023548;<br>Correllium-023549;<br>Correllium-023550;<br>Correllium-023551 - Correllium-023587;<br>Correllium-023588 - Correllium-023624; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-023625 - Correllium-023635; Correllium-023636; Correllium-023637 - Correllium-023647; Correllium-023648; Correllium-023649 - Correllium-023650; Correllium-023651 - Correllium-023657; Correllium-023658 - Correllium-023661; Correllium-023662 - Correllium-023664; Correllium-023665 - Correllium-023667; Correllium-023668 - Correllium-023669; Correllium-023670 - Correllium-023672; Correllium-023673 - Correllium-023681; Correllium-023682 - Correllium-023685; Correllium-023686 - Correllium-023693; Correllium-023694 - Correllium-023696; Correllium-023697 - Correllium-023699; Correllium-023700 - Correllium-023702; Correllium-023703 - Correllium-023706; Correllium-023707 - Correllium-023709; Correllium-023710 - Correllium-023714; Correllium-023715 - Correllium-023717; Correllium-023718 - Correllium-023720; Correllium-023721 - Correllium-023723; Correllium-023724 - Correllium-023726; Correllium-023727 - Correllium-023728; Correllium-023729 - Correllium-023731; Correllium-023732 - Correllium-023734; Correllium-023735 - Correllium-023736; Correllium-023737 - Correllium-023941; Correllium-023942; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-023943 - Correllium-023947;<br>Correllium-023948 - Correllium-023956;<br>Correllium-023957;<br>Correllium-023958;<br>Correllium-023959 - Correllium-023972;<br>Correllium-023973;<br>Correllium-023974 - Correllium-023987;<br>Correllium-023988 - Correllium-024001;<br>Correllium-024002 - Correllium-024003;<br>Correllium-024004;<br>Correllium-024005 - Correllium-024013;<br>Correllium-024014;<br>Correllium-024015;<br>Correllium-024016 - Correllium-024022;<br>Correllium-024023;<br>Correllium-024024;<br>Correllium-024025 - Correllium-024030;<br>Correllium-024031;<br>Correllium-024032;<br>Correllium-024033 - Correllium-024035;<br>Correllium-024036;<br>Correllium-024037;<br>Correllium-024038 - Correllium-024039;<br>Correllium-024040;<br>Correllium-024041;<br>Correllium-024042 - Correllium-024044;<br>Correllium-024045;<br>Correllium-024046;<br>Correllium-024047 - Correllium-024061;<br>Correllium-024062 - Correllium-024063;<br>Correllium-024064; |

| Exhibit No. | Documents | Reference/Bates Number |
| --- | --- | --- |
| | | Correllium-024065 - Correllium-024082;<br>Correllium-024083;<br>Correllium-024084;<br>Correllium-024085;<br>Correllium-024086;<br>Correllium-024087;<br>Correllium-024088 - Correllium-024113;<br>Correllium-024114;<br>Correllium-024115;<br>Correllium-024116 - Correllium-024119;<br>Correllium-024120;<br>Correllium-024121;<br>Correllium-024122 - Correllium-024126;<br>Correllium-024127;<br>Correllium-024128;<br>Correllium-024129 - Correllium-024133;<br>Correllium-024134;<br>Correllium-024135;<br>Correllium-024136 - Correllium-024141;<br>Correllium-024142;<br>Correllium-024143;<br>Correllium-024144 - Correllium-024149;<br>Correllium-024150;<br>Correllium-024151;<br>Correllium-024152 - Correllium-024162;<br>Correllium-024163;<br>Correllium-024164;<br>Correllium-024165 - Correllium-024169;<br>Correllium-024170;<br>Correllium-024171; |

39

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-024172 - Corellium-024175;<br>Corellium-024176;<br>Corellium-024177;<br>Corellium-024178 - Corellium-024183;<br>Corellium-024184;<br>Corellium-024185;<br>Corellium-024186 - Corellium-024189;<br>Corellium-024190;<br>Corellium-024191;<br>Corellium-024192 - Corellium-024194;<br>Corellium-024195;<br>Corellium-024199;<br>Corellium-024197 - Corellium-024199;<br>Corellium-024200;<br>Corellium-024201;<br>Corellium-024202 - Corellium-024204;<br>Corellium-024205;<br>Corellium-024206;<br>Corellium-024207 - Corellium-024210;<br>Corellium-024211;<br>Corellium-024212;<br>Corellium-024213 - Corellium-024238;<br>Corellium-024239 - Corellium-024240;<br>Corellium-024241 - Corellium-024266;<br>Corellium-024267 - Corellium-024269;<br>Corellium-024270 - Corellium-024272;<br>Corellium-024273 - Corellium-024275;<br>Corellium-024276 - Corellium-024297;<br>Corellium-024298 - Corellium-024300;<br>Corellium-024301 - Corellium-024338;<br>Corellium-024339 - Corellium-024341; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-024342 - Corellium-024348;<br>Corellium-024349 - Corellium-024351;<br>Corellium-024352 - Corellium-024355;<br>Corellium-024356 - Corellium-024358;<br>Corellium-024359 - Corellium-024365;<br>Corellium-024366 - Corellium-024368;<br>Corellium-024369 - Corellium-024373;<br>Corellium-024374 - Corellium-024376;<br>Corellium-024377 - Corellium-024382;<br>Corellium-024383 - Corellium-024385;<br>Corellium-024386 - Corellium-024387;<br>Corellium-024388 - Corellium-024390;<br>Corellium-024391 - Corellium-024397;<br>Corellium-024398 - Corellium-024400;<br>Corellium-024401 - Corellium-024404;<br>Corellium-024405 - Corellium-024407;<br>Corellium-024408 - Corellium-024409;<br>Corellium-024410 - Corellium-024412;<br>Corellium-024413 - Corellium-024416;<br>Corellium-024417 - Corellium-024419;<br>Corellium-024420 - Corellium-024423;<br>Corellium-024424 - Corellium-024426;<br>Corellium-024427 - Corellium-024436;<br>Corellium-024437 - Corellium-024439;<br>Corellium-024440 - Corellium-024442;<br>Corellium-024443 - Corellium-024445;<br>Corellium-024446 - Corellium-024449;<br>Corellium-024450;<br>Corellium-024451 - Corellium-024452;<br>Corellium-024453; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-024454 - Correllium-024457;<br>Correllium-024458;<br>Correllium-024459 - Correllium-024461;<br>Correllium-024462;<br>Correllium-024463;<br>Correllium-024464 - Correllium-024504;<br>Correllium-024505;<br>Correllium-024506 - Correllium-024513;<br>Correllium-024514;<br>Correllium-024515;<br>Correllium-024516;<br>Correllium-024517;<br>Correllium-024518;<br>Correllium-024519 - Correllium-024520;<br>Correllium-024521;<br>Correllium-024522;<br>Correllium-024523 - Correllium-024524;<br>Correllium-024525;<br>Correllium-024526 - Correllium-024533;<br>Correllium-024534 - Correllium-024535;<br>Correllium-024536 - Correllium-024537;<br>Correllium-024538;<br>Correllium-024539 - Correllium-024540;<br>Correllium-024541 - Correllium-024544;<br>Correllium-024545;<br>Correllium-024546 - Correllium-024554;<br>Correllium-024555;<br>Correllium-024556 - Correllium-024575;<br>Correllium-024576;<br>Correllium-024577 - Correllium-024583;<br>Correllium-024584 - Correllium-024587; |

42

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-024588 - Correllium-024592; Correllium-024593 - Correllium-024598; Correllium-024599; Correllium-024600 - Correllium-024603; Correllium-024604; Correllium-024605; Correllium-024606; Correllium-024607; Correllium-024608 - Correllium-024611; Correllium-024612; Correllium-024613 - Correllium-024614; Correllium-024615; Correllium-024616; Correllium-024617; Correllium-024618; Correllium-024619; Correllium-024620; Correllium-024621; Correllium-024622; Correllium-024623; Correllium-024624 - Correllium-024636; Correllium-024637; Correllium-024638; Correllium-024639 - Correllium-024640; Correllium-024641 - Correllium-024642; Correllium-024643 - Correllium-024644; Correllium-024645 - Correllium-024657; Correllium-024658; Correllium-024659 - Correllium-024660; Correllium-024661; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-024662 - Correllium-024663;<br>Correllium-024664;<br>Correllium-024665 - Correllium-024677;<br>Correllium-024678;<br>Correllium-024679 - Correllium-024680;<br>Correllium-024681 - Correllium-024682;<br>Correllium-024683;<br>Correllium-024684;<br>Correllium-024685;<br>Correllium-024686 - Correllium-024695;<br>Correllium-024696;<br>Correllium-024697;<br>Correllium-024698;<br>Correllium-024699;<br>Correllium-024700 - Correllium-024703;<br>Correllium-024704 - Correllium-024726;<br>Correllium-024727;<br>Correllium-024728;<br>Correllium-024729;<br>Correllium-024730 - Correllium-024748;<br>Correllium-024749;<br>Correllium-024750;<br>Correllium-024751;<br>Correllium-024752;<br>Correllium-024753;<br>Correllium-024754;<br>Correllium-024755 - Correllium-024760;<br>Correllium-024761 - Correllium-024765;<br>Correllium-024766;<br>Correllium-024767;<br>Correllium-024768; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-024769 - Correllium-024770; |
| | | Correllium-024771; |
| | | Correllium-024772; |
| | | Correllium-024773; |
| | | Correllium-024774 - Correllium-024777; |
| | | Correllium-024778; |
| | | Correllium-024779 - Correllium-024787; |
| | | Correllium-024788 - Correllium-024790; |
| | | Correllium-024791; |
| | | Correllium-024792 - Correllium-024810; |
| | | Correllium-024811; |
| | | Correllium-024812 - Correllium-024814; |
| | | Correllium-024815; |
| | | Correllium-024816; |
| | | Correllium-024817; |
| | | Correllium-024818 - Correllium-024819; |
| | | Correllium-024820; |
| | | Correllium-024821; |
| | | Correllium-024822; |
| | | Correllium-024823 - Correllium-024829; |
| | | Correllium-024830 - Correllium-024832; |
| | | Correllium-024833 - Correllium-024835; |
| | | Correllium-024836 - Correllium-024840; |
| | | Correllium-024841 - Correllium-024843; |
| | | Correllium-024844; |
| | | Correllium-024845 - Correllium-024846; |
| | | Correllium-024847; |
| | | Correllium-024848; |
| | | Correllium-024849 - Correllium-024852; |
| | | Correllium-024853; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-024854 - Corellium-024857;<br>Corellium-024858;<br>Corellium-024859 - Corellium-024861;<br>Corellium-024862;<br>Corellium-024863 - Corellium-024876;<br>Corellium-024877 - Corellium-024912;<br>Corellium-024913 - Corellium-024914;<br>Corellium-024915 - Corellium-024918;<br>Corellium-024919 - Corellium-024921;<br>Corellium-024922;<br>Corellium-024923 - Corellium-024925;<br>Corellium-024926;<br>Corellium-024927 - Corellium-024930;<br>Corellium-024931 - Corellium-024932;<br>Corellium-024933;<br>Corellium-024934;<br>Corellium-024935;<br>Corellium-024936;<br>Corellium-024937 - Corellium-024941;<br>Corellium-024942;<br>Corellium-024943 - Corellium-024948;<br>Corellium-024949 - Corellium-024960;<br>Corellium-024961;<br>Corellium-024962 - Corellium-024963;<br>Corellium-024964 - Corellium-024965;<br>Corellium-024966;<br>Corellium-024967 - Corellium-024970;<br>Corellium-024971;<br>Corellium-024972 - Corellium-024973;<br>Corellium-024974; |

46

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-024975 - Correllium-024989; |
| | | Correllium-024990; |
| | | Correllium-024991 - Correllium-024997; |
| | | Correllium-024998; |
| | | Correllium-024999 - Correllium-025014; |
| | | Correllium-025015; |
| | | Correllium-025016 - Correllium-025017; |
| | | Correllium-025018; |
| | | Correllium-025019 - Correllium-025033; |
| | | Correllium-025034 - Correllium-025040; |
| | | Correllium-025041; |
| | | Correllium-025042 - Correllium-025047; |
| | | Correllium-025048; |
| | | Correllium-025049 - Correllium-025066; |
| | | Correllium-025067; |
| | | Correllium-025068 - Correllium-025071; |
| | | Correllium-025072 - Correllium-025073; |
| | | Correllium-025074 - Correllium-025080; |
| | | Correllium-025081 - Correllium-025082; |
| | | Correllium-025083; |
| | | Correllium-025084; |
| | | Correllium-025085; |
| | | Correllium-025086; |
| | | Correllium-025087; |
| | | Correllium-025088; |
| | | Correllium-025089; |
| | | Correllium-025090 - Correllium-025092; |
| | | Correllium-025093 - Correllium-025096; |
| | | Correllium-025097; |
| | | Correllium-025098; |

47

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-025099 - Correllium-025100;<br>Correllium-025101;<br>Correllium-025102;<br>Correllium-025103 - Correllium-025112;<br>Correllium-025113;<br>Correllium-025114 - Correllium-025121;<br>Correllium-025122;<br>Correllium-025123;<br>Correllium-025124;<br>Correllium-025125;<br>Correllium-025126;<br>Correllium-025127;<br>Correllium-025128 - Correllium-025137;<br>Correllium-025138;<br>Correllium-025139 - Correllium-025142;<br>Correllium-025143;<br>Correllium-025144;<br>Correllium-025145;<br>Correllium-025146 - Correllium-025160;<br>Correllium-025161;<br>Correllium-025162 - Correllium-025179;<br>Correllium-025180;<br>Correllium-025181;<br>Correllium-025182 - Correllium-025183;<br>Correllium-025184;<br>Correllium-025185 - Correllium-025189;<br>Correllium-025190;<br>Correllium-025191 - Correllium-025196;<br>Correllium-025197 - Correllium-025207;<br>Correllium-025208 - Correllium-025212;<br>Correllium-025213 - Correllium-025216; |

MAY CONTAIN CORELLIUM CONFIDENTIAL OR CONFIDENTIAL - ATTORNEYS' EYES ONLY MATERIAL

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-025217 - Corellium-025232; Corellium-025233 - Corellium-025236; Corellium-025237 - Corellium-025287; Corellium-025288; Corellium-025289 - Corellium-025299; Corellium-025300 - Corellium-025310; Corellium-025311 - Corellium-025314; Corellium-025315 - Corellium-025316; Corellium-025317; Corellium-025318 - Corellium-025326; Corellium-025327 - Corellium-025329; Corellium-025330 - Corellium-025338; Corellium-025339 - Corellium-025346; Corellium-025347; Corellium-025348 - Corellium-025357; Corellium-025358 |
| | | Corellium-025366 |
| | | Corellium-025370 |
| | | Corellium-025432 |

49