# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

## ORDER GRANTING APPLE'S MOTION TO FILE UNDER SEAL [DE 232]

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s ("Apple") Motion to File under Seal Portions of Declaration of Jason Nieh in Support of Plaintiff Apple Inc.'s Motion to Compel Technical Discovery for the Entire Corellium Apple Product ("Motion") [DE 232]. Being fully advised in the premises, noting Corellium does not approve the relief sought, and noting that the parties are only moving to seal portions of the Declaration, it is

**ORDERED AND ADJUDGED** that Apple's Motion [DE 232] is hereby **GRANTED**. Apple is given leave to file portions of the Declaration of Jason Nieh in Support of Plaintiff Apple Inc.'s Motion to Compel Technical Discovery for the Entire Corellium Apple Product under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this 15th of March, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

*William Matthewman*

WILLIAM MATTHEWMAN
United States Magistrate Judge