**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| APPLE, INC., | Civil Action No. 9:19-cv-81160-RS |
| Plaintiff, | Jury Trial Demanded |
| v. | |
| CORELLIUM, LLC | |
| Defendant. | |

**DECLARATION OF JAMES OLIVIER Ph.D.**
**REGARDING CORELLIUM'S HYPERVISOR**

I, James Olivier, Ph. D., being of lawful age, hereby declare on oath, under penalty of perjury, depose, say, and hereby declare as follows:

1. I am currently Program Lead for Transformational Technologies at the Hunt Institute for Engineering and Humanity, which is part of the Lyle School Engineering at Southern Methodist University, 'SMU', in Dallas, Texas. I am also currently an Adjunct Professor in the Telecommunications and Network Engineering Program at Southern Methodist University's Graduate School of Electrical Engineering, where I teach MPLS networked enabled applications. I am also the owner of Olivier Consulting, where I provide consulting services for advanced network/product design along with Intellectual Property consulting.

2. I have been retained by counsel for Defendant Corellium LLC, (hereinafter referred to as "Corellium" or "Defendant"). I make this declaration based upon my own personal knowledge of the facts asserted herein, and if called to testify, I could and would testify competently thereto.

3. I have reviewed the Court's March 2, 2020 Order (Dkt. 211) requesting an declaration setting forth my position on whether Corellium's hypervisor is relevant to the claims related to iOS asserted in this litigation by Apple. I submit this declaration in support of my

conclusion that Apple does not require any additional discovery on Corellium's hypervisor because it is not relevant. I also conclude that the Court's proposed definition of the "Corellium Apple product"[1] does not include the Corellium hypervisor component.

4. A hypervisor allows a physical computer to run more than one operating system (OS) at a time. ████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████ The Corellium hypervisor does not make modifications to the intellectual property being asserted in Apple's amended complaint, including: copyrights in (i) each version of iOS, (ii) each version of iTunes, and (iii) the GUI Elements, including different versions of graphic icons and preinstalled background wallpaper images. See Dkt. 56 (Amended Complaint) at 17.

5. I also reviewed the source code for the Corellium hypervisor and verify that, consistent with my experience with hypervisors, ████████████████████████████. Corellium would have no reason to ████████████████████████████ ████████████████████ in its hypervisor nor have I seen any indication that Corellium has used any of Apple's allegedly copyrighted code in its hypervisor. While Apple and its expert, Dr. Nieh, may wish to have access to Corellium's hypervisor source code, there is no reason for them to be able to study and learn the operation of Corellium's hypervisor given Apple's specific copyright and DMCA claims in this litigation.

6. The Corellium hypervisor is similar to a Video Cassette Recorder ("VCR"). The Corellium "VCR" is able to load an operating system, which in the example is similar to a VHS tape. Just as a VCR does not include any of the copyright content of a VHS tape (e.g. a movie), the Corellium hypervisor does not include iOS code. The Corellium hypervisor is also not iOS-

---

[1] "All products developed, offered for sale, or sold by Corellium that create virtual versions of iOS-operated devices."

specific, as it is able to ▮ as well as other ▮ ▮.

7. Corellium has provided the following block diagram of its system to Apple:

▮

8. As can be seen in the diagram above, the ▮, shown ▮ ▮ which appears as a long rectangle above the ▮, does not look to contain ▮. This makes sense as the ▮ ▮ shown above. What Apple makes publicly available is mostly just ▮ code, sometimes referred to as ▮ code, along with some ▮. Object code is just a set of ones and zeros, not recognizable as source code.

9. Apple expert seems to agree. Dr. Nieh states that object code is not source code, since source code is translated into object code ▮ ▮ ▮ ▮.

████[2] Dr. Nieh goes on to explain that object code is just ones and zeros, stating that ████ ████████████████████████████████████████████████████████████████████████████ ████████████"[3] Dr. Nieh then goes on to explain that the IPSW file does not contain source code stating that ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████[4]

    10.    Since the Corellium hypervisor is operating system agnostic and Apple's allegedly copyrighted material is freely available to the public and unencrypted (*i.e.* without any access control), the Corellium hypervisor would not have any role in avoiding, bypassing, removing, deactivating, or otherwise impairing any technological measures (see Dkt. 56 (Amended Complaint) at 50 and Fourth Claim for Relief re: Unlawful Trafficking). Thus, it is my opinion that Corellium's hypervisor is not relevant to any of Apple's claims in this litigation.

    11.    I understand that the Court has proposed the following definition of the Corellium Apple product: "All products developed, offered for sale or sold by Corellium that create virtual versions of iOS-operated devices." Transcript of February 27, 2020 ("Tr.") at 45:1-3, 19-20. The Court specifically excluded Corellium products that are based on other mobile operating systems, like Android. Id. at 3-5, 20-22. Corellium's hypervisor does not fit within this definition as it does not create any versions of iOS devices, it only executes operating system commands and is not iOS specific. ████████████████████████████████████████████████████ ████████████████████████████████████ As such there is no reason for Apple to obtain discovery on it. Apple should only be entitled to obtain and/or inspect code relating to ████████████████████████████████, which it has already received. It is this portion of Corellium's system that meets the definition proposed by the Court.

---

[2] Expert Report of Dr. Jason Nieh para. 32.
[3] Expert Report of Dr. Jason Nieh para. 33.
[4] Expert Report of Dr. Jason Nieh para. 68.

12. Throughout this litigation, Apple appears to conflate the hypervisor and other portions of Corellium's system because it does not seem to understand how the system works. For example, in its complaint Apple alleges that the "virtual" iOS devices created by Corellium include fully functioning versions of iOS and iTunes. See e.g. Dkt. 56 at 32. Apple is wrong. Again, much like a VCR does not contain a movie, ████████████████████████████████████████████████████████████████████████████████████████████████████. Again, Apple's argument makes no sense when using the VCR analogy—a VCR does not contain a movie.

I declare under penalty of perjury under the laws of the United States and the State of Texas that the foregoing is true and correct and that it was executed on March 14th, 2020.

Dated: March 14th, 2020

_James Olivier Ph.D._

James Olivier, Ph.D.