**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-Smith/Matthewman**

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

___

### ORDER GRANTING CORELLIUM'S MOTION TO FILE UNDER SEAL [DE 236]

**THIS CAUSE** comes before the Court on Defendant Corellium, LLC's ("Corellium") Motion to File Portions of the Declaration of Professor James Olivier under Seal ("Motion") [DE 236]. Being fully advised in the premises, noting that Plaintiff Apple Inc. does not approve the relief sought, and noting that the parties are only moving to seal portions of the Declaration, it is

**ORDERED AND ADJUDGED** that Corellium's Motion [DE 236] is hereby **GRANTED**. Corellium is given leave to file portions of the Declaration of Professor James Olivier under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this 15th of March, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

*William Matthewman* (signature)

WILLIAM MATTHEWMAN
United States Magistrate Judge