UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

## PROPOSED ORDER GRANTING CORELLIUM'S UNOPPOSED MOTION TO FILE CORELLIUM'S PATCHES LIST UNDER SEAL

THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), Motion to File Corellium's Patches List Under Seal ("Motion"). The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

**DONE AND ORDERED** this ___ day of March, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**