UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.



## ORDER GRANTING CORELLIUM'S MOTION TO FILE UNDER SEAL [DE 241]

**THIS CAUSE** comes before the Court on Defendant Corellium, LLC's ("Corellium") Unopposed Motion to File Corellium's Patches List under Seal ("Motion") [DE 241]. Being fully advised in the premises and noting that Plaintiff Apple Inc. does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that Corellium's Motion [DE 241] is hereby **GRANTED**. Corellium is given leave to file its Patches List under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this 16th of March, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
United States Magistrate Judge