# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

## PROPOSED ORDER GRANTING MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES

**THIS CAUSE** comes before the Court on Apple's Motion to Extend Discovery and Dispositive Motion Deadlines.  Being advised of the global COVID-19 pandemic, with good cause being shown, and noting the representations made in the Local Rule 7.1(a)(3) Certification, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.  The current discovery and dispositive motion deadlines are reset as follows:

| Deadline | Current | Adjusted |
| --- | --- | --- |
| Rebuttal expert reports | 4/3/2020 | 5/1/2020 |
| Exchange of trial witnesses | 4/6/2020 | 5/4/2020 |
| Fact Discovery cutoff | 4/20/2020 | 5/18/2020 |
| Expert Discovery cutoff | 4/20/2020 | 5/18/2020 |
| Dispositive motions, including Daubert and summary judgment motions | 5/11/2020 | 6/8/2020 |

**DONE AND ORDERED** this ___ of March, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**