UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.
_____/

**NON-PARTY L3HARRIS TECHNOLOGIES, INC.'S AND AZIMUTH SECURITY, LLC'S NOTICE REGARDING MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO PRODUCE DOCUMENTS AND FOR DEPOSITION**

Non-party L3Harris Technologies, Inc. and Azimuth Security, LLC, pursuant to this Court's request during the March 16, 2020 hearing on their Motion to Quash Apple's Subpoena [DE 184], hereby provide notice to the Court that L3Harris and Azimuth agree to identify the relevant countries as discussed on the record during the hearing.

Dated: March 17, 2020

                                         Respectfully submitted,

                                         **HOLLAND & KNIGHT LLP**
                                         *Attorneys for L3Harris Technologies, Inc.*
                                         701 Brickell Avenue, Suite 3300
                                         Miami, Florida 33131
                                         Tel: (305) 374-8500
                                         Fax: (305) 789-7799

                                         By: *s/Benjamin Taormina*
                                         Adolfo E. Jimenez (FBN: 869295)
                                         Adolfo.jimenez@hklaw.com
                                         Benjamin A. Taormina (FBN: 106731)
                                         Benjamin.taormina@hklaw.com

## CERTIFICATE OF SERVICE

I certify that on March 17, 2020, I filed this document with the Clerk of Court using CM/ECF, which will serve this document on all counsel of record.

*s/ Benjamin Taormina*
Benjamin A. Taormina
Florida Bar No. 106731
