UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S MOTION
TO FILE UNDER SEAL PORTIONS OF DECLARATION OF
GABRIEL G. GROSS IN SUPPORT OF JOINT MOTION TO EXTEND TWO
DISCOVERY DEADLINES AND SUPPORTING MEMORANDUM OF LAW**

Plaintiff, Apple Inc. ("Apple"), by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of the Declaration of Gabriel Gross ("Declaration") in Support of Apple and Corellium, LLC's Motion to Extend Two Discovery Deadlines.  In support of this request, Apple states as follows:

1.      On March 18, 2020, this Court entered an order stating that any motion for an extension of pretrial deadlines must "be signed by both parties" and "outline the obstacles faced by counsel."

2.      On March 24, 2020, the parties intend to file a Joint Motion to Extend Two Discovery Deadlines along with a supporting declaration from Gabriel S. Gross, counsel for Apple, outlining the obstacles faced by counsel for Apple.

3. Mr. Gross's declaration contains details about the medical conditions of Apple's counsel and their family members.

4. In light of the sensitive nature of the medical information contained in Mr. Gross's declaration, Apple moves to file under seal the portions of the Declaration that refer to such medical information.

**WHEREFORE** Apple respectfully requests that certain portions of the declaration of Gabriel S. Gross in support of the parties' Joint Motion to Extend Two Discovery Deadlines remain permanently under seal, unless otherwise ordered by this Court or required by law.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on March 24, 2020, regarding the relief sought herein. Defendant does not oppose.

Dated: March 24, 2020

Respectfully Submitted,

Kathryn Ruemmler*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600

*Admitted pro hac vice

*/s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.