# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

## PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s ("Apple") Motion to File Under Seal Portions of Declaration of Gabriel S. Gross In Support of Joint Motion to Extend Two Discovery Deadlines ("Motion"). Being fully advised in the premises, noting that Corellium, LLC does not oppose the relief sought, and noting that Apple is only moving to seal portions of the declaration, it is

**ORDERED AND ADJUDGED** that Apple's Motion is hereby **GRANTED**. Apple is given leave to file portions of Mr. Gross's declaration under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this __ day of March, 2020.

                                          _____
                                          **RODNEY SMITH**
                                          **UNITED STATES DISTRICT JUDGE**