UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**JOINT MOTION TO EXTEND TWO DISCOVERY DEADLINES
AND SUPPORTING MEMORANDUM OF LAW**

Plaintiff Apple Inc. ("Apple") and Defendant Corellium, LLC ("Corellium") respectfully and jointly move the Court for an order extending by ten and seven days, respectively, the deadlines for (1) the exchange of rebuttal expert witness summaries and reports and (2) the close of expert discovery.  Neither deadline extension would affect a filing with the Court or require action by the Court, but instead the extensions would provide necessary time for the parties to complete discovery in light of Magistrate Judge Matthewman's March 20, 2020 Omnibus Order Providing Discovery Rulings and other issues described more fully herein.  The parties describe below and in the attached declaration the extenuating circumstances necessitating these extensions, the hardship faced by the parties if such extensions are not granted, and the difficulties they would face in complying with these deadlines absent the requested extensions.

Specifically, the parties propose the following change to two deadlines in this case:

| Deadline | Current | Proposed |
|---|---|---|
| Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | 4/3/2020 | 4/13/2020 |
| Expert discovery shall be completed by | 4/20/2020 | 4/27/2020 |

In further support of this joint motion, the parties state as follows:

1. On March 20, 2020, Magistrate Judge Matthewman issued an Omnibus Order Providing Discovery Rulings After March 16, 2020 Discovery Hearing (ECF No. 249 (the "Omnibus Order")).

2. The Omnibus Order,[1] among other things, requires Corellium to provide discovery related to its Corellium Apple Product, or "CAP," which Apple accuses of infringing various copyrights in this action and violating other laws. The Omnibus Order requires, for example, that by March 31, 2020, Corellium produce to Apple the following discovery:

- "the native source code files for [] all versions of the CAP" via an appropriate "software repository" platform (*id.* at 4-5);

- "all code and technical documentation regarding the CAP" (*id.* at 7);

- "Corellium shall produce on or before March 31, 2020 an on-premises version of the CAP to Apple" (*id.* at 7-8);

- "Corellium is ORDERED to review its privilege log, remove any documents that are not subject to any legitimate privilege and then produce them to Apple" (*id.* at 9-10); and

- "any additional documents that are responsive to Apple's Request for Productions in light of the Court's expanded definition of the Corellium Apple Product" (*id.* at 10.).

---

[1] Corellium intends to move for reconsideration of and/or appeal portions of the Omnibus Order. Apple expects full compliance with the order and reserves all of its rights and remedies.

3. The parties anticipate that certain of Corellium's fact witnesses have knowledge relevant to the materials that are the subject of the Omnibus Order. The parties had previously scheduled several of these witnesses to be deposed before March 31, i.e., before the deadline for compliance with the Omnibus Order. To avoid the need to depose witnesses more than once, and to enable Apple to question these witnesses about the materials that are the subject of the Omnibus Order, the parties have agreed to postpone certain depositions until after Corellium has completed providing the discovery that is the subject of the Omnibus Order. Corellium reserves the right to file its motion for reconsideration of and/or to appeal of the Omnibus Order; Apple reserves all rights on these issues as well. But both parties agree that the extensions requested in this motion are necessary.

4. The parties also recognize that Apple and its counsel and expert witnesses will need sufficient time to review the materials produced pursuant to the Omnibus Order prior to the depositions of certain Corellium witnesses, before rebuttal expert reports are due, and before the expert witnesses are deposed.

5. Further impacting the parties' ability to meet the current deadlines is the fact that certain of the parties' attorneys and their expert witnesses have been restrained in their business and travel activities by individual and family health issues and by legal and practical constraints stemming from the spread of the COVID-19 virus nationally, as explained more fully in the accompanying declaration. Despite the parties' diligent efforts to comply with the existing deadlines set by this Court, the parties agree that the two extensions sought herein are necessary.

6. Pursuant to this Court's prior order regarding the schedule in this case, this motion is being submitted by both parties and is supported by the declaration of Gabriel S. Gross.

7. The changes proposed herein will not affect any filing deadlines this Court has set for this case or the trial date set by this Court.

WHEREFORE, the Parties respectfully move this Court to enter the attached proposed order, extending the deadlines for service of any rebuttal expert reports and for the close of expert discovery.

Dated: March 24, 2020

Kathryn Ruemmler*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600


*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*
Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar No. 1010370
*epincow@lashgoldberg.com*
*gizquierdo@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL  33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

5

By: s/ *Jonathan Vine*
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.: 106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945
COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

*and*

PIERCE BAINBRIDGE BECK PRICE & HECHT LLP
277 Park Avenue, 45th Floor
New York, NY 10172
Telephone (646) 779-5315
Facsimile (646) 968-4125
David Hecht, *Pro hac vice*
E-mail: dhecht@nortonrosefulbright.com
Maxim Price, *Pro hac vice*
E-mail: mprice@piercebainbridge.com
Melody McGowin, *Pro hac vice*
E-mail: mmcgowin@pierbainbridge.com
Wen Wu, *Pro hac vice*
E-mail: wwu@pierbainbridge.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@pierbainbridge.com


*Attorneys for Defendant* CORELLIUM, LLC.