UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

**PROPOSED ORDER GRANTING**
**JOINT MOTION TO EXTEND TWO DISCOVERY DEADLINES**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc. and Defendant Corellium, LLC's Joint Motion to Extend Two Discovery Deadlines ("Joint Motion"). Being fully advised in the premises and noting that the parties jointly submitted the request, it is

**ORDERED AND ADJUDGED** that the parties' Joint Motion is hereby **GRANTED**. The following two deadlines shall be adjusted as noted. All other case deadlines shall remain the same.

| Deadline | Current | New Deadline |
|---|---|---|
| Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | 4/3/2020 | 4/13/2020 |
| Expert discovery shall be completed by | 4/20/2020 | 4/27/2020 |

**DONE AND ORDERED** in Fort Lauderdale, Florida, this ___ day of March, 2020.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**