**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

     Plaintiff,

v.

CORELLIUM, LLC,

     Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S UNOPPOSED MOTION TO FILE PORTIONS OF CORELLIUM'S *EXPEDITED CERTIFIED* MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S OMNIBUS ORDER PROVIDING DISCOVERY RULINGS AFTER THE MARCH 16, 2020 DISCOVERY HEARING <u>UNDER SEAL</u>**

THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), Motion to File Portions of its *Expedited Certified* Motion for Partial Reconsideration of the Court's Omnibus Order Providing Discovery Rulings After the March 116, 2020 Discover Hearing Under Seal. The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

**DONE AND ORDERED** this ___ day of March, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**