**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

| | |
|---|---|
| APPLE INC., | |
|         Plaintiff, | |
|   v. | |
| CORELLIUM, LLC, | |
|         Defendant. | |

**NOTICE OF INTENT TO FILE OPPOSITION TO CORELLIUM'S EXPEDITED CERTIFIED MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S OMNIBUS DISCOVERY ORDER PROVIDING DISCOVERY <u>RULINGS AFTER THE MARCH 16, 2020 DISCOVERY HEARING</u>**

Plaintiff Apple Inc. ("Apple") hereby provides notice to this Court of its intent to file an opposition to Defendant Corellium, LLC's Expedited Certified Motion for Partial Reconsideration of the Court's Omnibus Discovery Order Providing Discovery Rulings After the March 16, 2020 Discovery Hearing, ECF No. 255, on Monday, March 30, 2020 by 12:00 p.m. EDT.

Dated: March 29, 2020

Kathryn Ruemmler*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600


*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*
Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar No. 1010370
*epincow@lashgoldberg.com*
*gizquierdo@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.