UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

               Plaintiff,

v.

CORELLIUM, LLC,

               Defendant.

**DECLARATION OF ELANA NIGHTINGALE DAWSON
IN SUPPORT OF APPLE INC.'S OPPOSITION TO CORELLIUM'S
EXPEDITED MOTION TO STAY PARTIAL COMPLIANCE WITH THE
MAGISTRATE JUDGE'S MARCH 20, 2020 OMNIBUS ORDER PROVIDING
DISCOVERY RULINGS AFTER MARCH 16, 2020 DISCOVERY HEARING,
OR, IN ALTERNATIVE, MOTION FOR EXTENSION OF TIME**

    1.    My name is Elana Nightingale Dawson. I am over the age of 18. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

    2.    I am an attorney at Latham & Watkins LLP and counsel for Apple Inc. ("Apple") in this matter.

    3.    Since March 17, 2020, Apple has taken the depositions of Amanda Gorton (on March 25, 2020) and Steve Dyer (March 27, 2020) and has defended the depositions of Steve Smith (March 17, 2020), Ivan Krstic (March 19, 2020), and Jason Shirk (March 23, 2020).

    4.    During the remaining sixteen business days remaining for fact discovery, Apple is preparing to defend at least four fact depositions (Sebsatien Marineau-Mes, Chris Betz, Jon Andrews, and Jacques Vidrine) and to take at least five others (David Wang, Stan Skowrenek,

1

Chris Wade, Mark Templeton, and an employee of Azimuth, LLC (subject to meet and confers with Azimuth, LLC's counsel)).  The depositions of David Wang, Stan Skowronek, and Chris Wade have already been postponed as a result of Corellium's failure to produce source code and other necessary technical information.

5. Apple is also anticipating the preparation of both rebuttal expert reports and then, along with Corellium, it will need to take or defend seven expert depositions prior to the close of expert discovery on April 27, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 29, 2020
in Silver Spring, MD                                    Elana Nightingale Dawson