# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

## PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL PORTIONS OF OPPOSITION TO CORELLIUM'S EXPEDITED CERTIFIED MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S OMNIBUS DISCOVERY ORDER PROVIDING DISCOVERY RULINGS AFTER THE MARCH 16, 2020 DISCOVERY HEARING AND EXHIBITS

Plaintiff, Apple Inc. ("Apple"), by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of its Opposition to Defendant Corellium LLC's Expedited Certified Motion for Partial Reconsideration of the Court's Omnibus Discovery Order Providing Discovery Rulings After the March 16, 2020 Discovery Hearing. In support of this request, Apple states as follows:

1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 ("Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. On February 28, 2020, Corellium produced to Apple a document titled dated October 30, 2019 with bates number Corellium-025432 [sic]. Corellium designated this document "Confidential – Attorneys' Eyes Only" ("AEO") pursuant to the Protective Order.

3. On March 9, 2020, Corellium served Apple with its Fourth Amended Answers to Apple's First Set of Interrogatories ("Fourth Amended Interrogatory Responses"). Corellium designated portions of its Fourth Amended Interrogatory Responses as Confidential or AEO pursuant to the Protective Order.

4. On March 25, 2020, Apple took the deposition of Corellium Chief Executive Officer Amanda Gorton. The deposition was provisionally designated AEO pursuant to the Protective Order, pending further review.

5. On March 28, 2020, Corellium filed a redacted version of its Expedited Certified Motion for Partial Reconsideration of the Court's Omnibus Order Providing Discovery Rulings After The March 16, 2020 Discovery Hearing ("Motion"). ECF No. 255. The same day, Corellium provided an unredacted copy of the Motion to Apple and represented that it intended to seek to file the redacted portions of the filed Motion under seal.

6. On March 30, 2020, Apple will be filing its Opposition to Corellium's Expedited Certified Motion for Partial Reconsideration of the Court's Omnibus Order Providing Discovery Rulings After the March 16, 2020 Discovery Hearing ("Opposition").

7. The Opposition references and quotes discovery material that Corellium has designated "Confidential" or AEO pursuant to the Protective Order. The Opposition also references portions of Corellium's Motion that Corellium represented it intends to seek to file under seal. In addition, certain exhibits attached to the Opposition contain discovery material Corellium has designated "Confidential" or AEO pursuant to the Protective Order. Specifically,

Exhibit A to the Opposition is excerpts of Corellium's Fourth Amended Interrogatory Responses that Corellium has designated Confidential or AEO; Exhibit B is the document Corellium produced with bates number Correllium-025432, which Corellium designated as AEO; and Exhibit F is excerpts from the transcript of the deposition of Amanda Gorton, which is currently designated AEO. The Opposition also cites to sealed portions of the March 15, 2020 Expert Declarations of Dr. Nieh and Dr. Olivier, which the Court previously granted permission to seal.

8. Consistent with the Protective Order (ECF No. 50), Apple moves to file under seal certain portions of the Opposition referring to or quoting discovery material from Corellium that Corellium has designated Confidential or AEO as well as portions of the Opposition that refer to material in Corellium's Motion that Corellium intends to seek leave to file under seal. Apple further moves to file under seal portions of Exhibit A, B, and F to its Opposition, which contain information Corellium has designated Confidential or AEO.

9. Apple reserves all rights to challenge Corellium's designations of this and other material as Confidential or AEO under the Protective Order.

**WHEREFORE** Apple respectfully requests that, unless and until Corellium's designations are changed or rejected, certain portions of the following document and supporting exhibits should remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

   a. Portions of the Opposition to Corellium's Expedited Certified Motion for Partial Reconsideration of the Court's Omnibus Order Providing Discovery Rulings After the March 16, 2020 Discovery Hearing;

   b. Exhibits A, B, and F to Apple's Opposition to Corellium's Expedited Certified

Motion for Partial Reconsideration of the Court's Omnibus Order Providing Discovery Rulings After the March 16, 2020 Discovery Hearing.

A proposed order is submitted herewith.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on March 29, 2020, regarding the relief sought herein.  Defendant does not oppose.

Dated: March 30, 2020

Respectfully Submitted,

Kathryn Ruemmler*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*/s/ Martin G. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.