# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

## PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s ("Apple") Motion to File Under Seal Portions of Apple's Opposition to Corellium's Expedited Certified Motion for Partial Reconsideration of the Court's Omnibus Order Providing Discovery Rulings After the March 16, 2020 Discovery Hearing and Exhibits ("Motion"). Being fully advised in the premises, noting that Corellium, LLC does not oppose the relief sought, and noting that Apple is only moving to seal portions of the opposition and certain exhibits thereto, it is

**ORDERED AND ADJUDGED** that Apple's Motion is hereby **GRANTED**. Apple is given leave to file portions of its opposition, and Exhibits A, B, and F thereto, under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this __ day of March, 2020.

                                                **RODNEY SMITH**
                                                **UNITED STATES DISTRICT JUDGE**