**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**DECLARATION OF JESSICA STEBBINS BINA
IN SUPPORT OF PLAINTIFF APPLE INC.'S OPPOSITION TO CORELLIUM'S
EXPEDITED CERTIFIED MOTION FOR PARTIAL RECONSIDERATION OF THE
COURT'S OMNIBUS DISCOVERY ORDER PROVIDING DISCOVERY
RULINGS AFTER THE MARCH 16, 2020 DISCOVERY HEARING**

1. My name is Jessica Stebbins Bina. I am over the age of 18. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am a partner at Latham & Watkins LLP and counsel for Apple Inc. ("Apple") in this matter.

3. Since March 17, 2020, Apple has taken the depositions, by remote video deposition, of Amanda Gorton (March 25, 2020) and Steve Dyer (March 27, 2020), and has defended, also by remote video deposition, the depositions of Steve Smith (March 17, 2020), Ivan Krstić (March 19, 2020), and Jason Shirk (March 23, 2020).

4. On March 22, 2020, counsel for Defendant Corellium LLC ("Corellium") informed counsel for Apple that it intended to move for reconsideration of the Omnibus Order Providing

1

Discovery Rulings After The March 16, 2020 Discovery Hearing that was issued on March 20, 2020, ECF No. 249. Specifically, counsel noted that Corellium intended to move with respect to the requirement that it produce materials related to the hypervisor portion of the Corellium Apple Product ("CAP") as well as the requirement to produce an on-premises version of the CAP.

5. During the remaining sixteen business days for fact discovery, Apple is preparing to defend at least four fact depositions (Sebastien Marineau-Mes, Jon Andrews, Jacques Vidrine, and former Apple employee Chris Betz) and to take at least five others (David Wang, Stanislaw Skowrenek, Chris Wade, Mark Templeton, and an employee of Azimuth, LLC (subject to meet and confers with Azimuth, LLC's counsel)). The depositions of David Wang, Stanislaw Skowronek, and Chris Wade have already been postponed pending production of Corellium's source code and other necessary technical information pursuant to the March 20, 2020 Omnibus Order.

6. Apple is also anticipating the preparation of rebuttal expert reports and then, along with Corellium, it will need to take or defend seven expert depositions prior to the close of expert discovery on April 27, 2020.

7. Given the respective relevance of the deponents' testimony, the depositions of David Wang, Stanislaw Skowrenek, Chris Wade, and of Corellium's and Apple's technical experts are all on hold pending the production of the evidence that Corellium was ordered to produce.

8. As of the date of this filing (March 30, 2020), Corellium continues to withhold more than 3,400 documents as purported "trade secrets" or on the asserted basis of "client privacy."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2020
in Culver City, CA                                              Jessica Stebbins Bina