**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

          Plaintiff,

v.

CORELLIUM, LLC,

          Defendant.

## CORELLIUM'S NOTICE OF CLARIFICATION

Defendant, Corellium, LLC ("Corellium"), by and through its undersigned counsel, and pursuant to the Court's March 30, 2020 Paperless Order [D.E. 261], hereby files this Notice of Clarification in connection with Corellium's *Expedited* Motion Stay Partial Compliance with Omnibus Order [D.E. 253] and *Expedited Certified* Motion For Partial Reconsideration of the Court's Omnibus Order Providing Discovery Rulings After the March 16, 2020 Discovery Hearing [D.E. 255].

1. *Expedited* Motion Stay Partial Compliance with Omnibus Order [D.E. 253]:
    a. This Motion is was intended to be submitted to the Honorable Magistrate Matthewman.
2. *Expedited Certified* Motion For Partial Reconsideration of the Court's Omnibus Order Providing Discovery Rulings After the March 16, 2020 Discovery Hearing [D.E. 255]:
    a. This Motion is was intended to be submitted as a partial appeal of the Court's Omnibus Order [D.E. 249] to the Honorable Judge Smith.

**COLE, SCOTT & KISSANE, P.A.**

ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

9:19-cv-81160-RS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2020, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

DATED: March 30, 2020

Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant CORELLIUM, LLC*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail: justin.levine@csklegal.com
Secondary e-mail: lizza.constantine@csklegal.com

By:  *s/ Justin B. Levine*
JONATHAN VINE
Florida Bar. No.: 10966
JUSTIN B. LEVINE
Florida Bar No.: 106463
LIZZA C. CONSTANTINE
Florida Bar No.: 1002945

 *and*

PIERCE BAINBRIDGE BECK PRICE & HETCH, LLP
*Counsel for Defendant*
277 Park Avenue, 45th Floor
New York, NY 10172
Telephone (646) 779-5315
Facsimile (646) 968-4125
David Hecht, *Pro hac vice*
E-mail: dhecht@nortonrosefulbright.com
Maxim Price, *Pro hac vice*

2

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

9:19-cv-81160-RS

      E-mail: mprice@piercebainbridge.com
      Melody McGowin, *Pro hac vice*
      E-mail: mmcgowin@pierbainbridge.com
      Wen Wu, *Pro hac vice*
      E-mail: wwu@pierbainbridge.com
      Minyao Wang, *Pro hac vice*
      E-mail: mwang@pierbainbridge.com

3

**COLE, SCOTT & KISSANE, P.A.**

ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX