**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

| | |
|---|---|
| APPLE INC., | |
|                 Plaintiff, | |
| v. | |
| CORELLIUM, LLC, | |
|                 Defendant. | |

**DECLARATION OF ELANA NIGHTINGALE DAWSON
IN SUPPORT OF PLAINTIFF APPLE INC.'S OPPOSITION TO NON-PARTIES
L3HARRIS TECHNOLOGIES INC.'S AND AZIMUTH SECURITY, LLC'S
MOTION FOR TWO-DAY EXTENSION TO PRODUCE DOCUMENTS IN
COMPLIANCE WITH THIS COURT'S MARCH 17, 2020 ORDER [DE 247]**

1. My name is Elana Nightingale Dawson. I am over the age of 18. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am an attorney at Latham & Watkins LLP and counsel for Apple Inc. ("Apple") in this matter.

3. On March 30, 2020, counsel for L3Harris Technologies, Inc. ("L3Harris") and Azimuth Security, LLC ("Azimuth") contacted counsel for Apple in this matter, including myself, by email to request a three-day extension on the production of documents ordered by this Court on March 17, 2020. This is the first time counsel for L3Harris and Azimuth contacted counsel for Apple since the Court's March 17, 2020 order requiring them to produce documents by today—March 30, 2020.

1

4. During a telephone call to discuss L3Harris and Azimuth's request for an extension, counsel for L3Harris and Azimuth represented that they could not produce documents today and needed until April 2, 2020.

5. Counsel for L3Harris and Azimuth estimated that they would be producing approximately 1,000 pages of documents in response to Apple's subpoenas.

6. During the telephone call, I told counsel for L3Harris and Azimuth that Apple was willing to agree the requested extension, as long as L3Harris and Azimuth would confer with Apple today regarding a deposition of an Azimuth representative. I explained that Apple, since the March 16, 2020 hearing, discovery has revealed the existence of hundreds of communications between Corellium and Azimuth, and Apple has also learned that Azimuth's co-founder had a Corellium email address (@corellium.com). I further explained that, in light of what discovery has revealed, Apple believes a deposition of an Azimuth designee will be necessary. Finally, I explained that Apple's position was being driven by the imminent close of fact discovery.

7. Counsel for L3Harris and Azimuth refused to confer regarding a deposition of an Azimuth designee until after they completed their production.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2020
in Silver Spring, MD

_____
Elana Nightingale Dawson