UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

          Plaintiff,

v.

CORELLIUM, LLC,

          Defendant.

**CORELLIUM'S NOTICE OF UPDATE OF
CONFERRAL PURSUANT TO LOCAL RULE 7.1(a)(3)**

    Defendant, Corellium, LLC ("Corellium"), by and through its undersigned counsel, and pursuant to Southern District Of Florida Local Rule 7.1(a)(3), hereby files this Notice of Update of Conferral pursuant to Local Rule 7.1(a)(3), and states as follows:

    Since the issuance of the Court's Omnibus Order [D.E. 249] ("Order") and the filing of Corellium's *Expedited Certified* Motion for Partial Reconsideration [D.E. 255], the Parties have been diligently working to come to a resolution on the portion of the Order that instructs Corellium to produce the On-Premises version of the Corellium Apple Product to Plaintiff, Apple Inc. ("Apple") via on-site production. *See*, Order, ¶3(d). The Parties have conferred frequently over the course of the last several days, via telephone and email, and are close to an agreement. The agreement would provide for, *inter alia*, a production of the complete On-Premises version of the Corellium Apple Product via remote access on a server dedicated to that task. The agreement between the Parties would further relieve the necessity of the Court's involvement in this complex issue. Once an agreement is reached, the Parties will be reducing the terms to a series of documents and notifying the Court. The Parties will continue to work through the day towards an agreement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of March, 2020, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

DATED: March 31, 2020

Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant CORELLIUM, LLC*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Email: jonathan.vine@csklegal.com
Email: justin.levine@csklegal.com
Email: lizza.constantine@csklegal.com

By: *s/ Justin B. Levine*
JONATHAN VINE
Florida Bar. No.: 10966
JUSTIN B. LEVINE
Florida Bar No.:  106463
LIZZA C. CONSTANTINE
Florida Bar No.:  1002945

and

PIERCE BAINBRIDGE BECK PRICE & HETCH, LLP
*Counsel for Defendant CORELLIUM, LLC*
277 Park Avenue, 45th Floor
New York, NY 10172
Telephone (646) 779-5315
Facsimile (646) 968-4125
David Hecht, *Pro hac vice*
E-mail: dhecht@nortonrosefulbright.com
Maxim Price, *Pro hac vice*
E-mail: mprice@piercebainbridge.com
Wen Wu, *Pro hac vice*
E-mail: wwu@pierbainbridge.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@pierbainbridge.com