UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

       Plaintiff,

v.

CORELLIUM, LLC,

       Defendant.

### PLAINTIFF APPLE INC.'S RESPONSE TO CORELLIUM'S NOTICE OF PARTIAL COMPLIANCE WITH OMNIBUS ORDER DATED MARCH 20, 2020

Plaintiff Apple Inc. respectfully submits its Response to Corellium's Notice of Partial Compliance with Omnibus Order Dated March 20, 2020, ECF No. 278 ("Notice"). Apple states as follows:

1.    Defendant Corellium, LLC represented in its Notice that it has partially complied with the Court's Omnibus Order Providing Discovery Rulings After March 16, 2020 Discovery Hearing (ECF No. 249). Corellium did not advise Apple of its intent to file the Notice or of the representations it intended to make therein. Since Corellium's Notice does not accurately convey the facts, Apple files this Response to correct the record.

2.    On March 31, 2020, Corellium produced documents to Apple. Apple is continuing to review the production. Based on Apple's preliminary review to date, however, Apple does not believe that Corellium has come close to fulfilling its production obligations. On March 31, 2020, Corellium also served Apple with an amended privilege log. Apple has reviewed the log and does not believe that it complies with the Local Rules, and further believes that Corellium continues to improperly withhold thousands of discoverable documents.

3. As a result, Apple disputes the representations made by Corellium in its Notice. Nonetheless, Apple will continue to meet and confer in good faith with Corellium regarding these issues in an attempt to resolve them and avoid bringing additional disputes before the Court.

| | |
|---|---|
| Dated: April 2, 2020 | Respectfully Submitted, |
| Kathryn Ruemmler* | |
| *kathryn.ruemmler@lw.com* | |
| Sarang Vijay Damle* | *s/ Martin B. Goldberg* |
| *sy.damle@lw.com* | Martin B. Goldberg |
| Elana Nightingale Dawson* | Florida Bar No. 0827029 |
| *elana.nightingaledawson@lw.com* | *mgoldberg@lashgoldberg.com* |
| LATHAM & WATKINS LLP | *rdiaz@lashgoldberg.com* |
| 555 Eleventh Street NW, Suite 1000 | Emily L. Pincow |
| Washington, DC 20004 | Florida Bar No. 1010370 |
| (202) 637-2200 / (202) 637-2201 Fax | *epincow@lashgoldberg.com* |
| | *gizquierdo@lashgoldberg.com* |
| Andrew M. Gass* | LASH & GOLDBERG LLP |
| *andrew.gass@lw.com* | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL  33131 |
| 505 Montgomery Street, Suite 2000 | (305) 347-4040 / (305) 347-4050 Fax |
| San Francisco, CA 94111 | |
| (415) 391-0600 / (415) 395-8095 Fax | |
| | |
| Jessica Stebbins Bina* | |
| *jessica.stebbinsbina@lw.com* | |
| LATHAM & WATKINS LLP | |
| 10250 Constellation Blvd., Suite 1100 | |
| Los Angeles, CA 90067 | |
| (424) 653-5500 / (424) 653-5501 Fax | |
| | |
| Gabriel S. Gross* | |
| *gabe.gross@lw.com* | |
| LATHAM & WATKINS LLP | |
| 140 Scott Drive | |
| Menlo Park, CA 94025 | |
| (650) 463-2628 / (650) 463-2600 Fax | |
| | |
| *Admitted pro hac vice | |

*Attorneys for Plaintiff* APPLE INC.