UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| APPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORELLIUM, LLC <br><br> Defendant. | Civil Action No. 19-cv-81160 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to the Federal Rules of Civil Procedure and Local Rule 11.1(d)(3), the undersigned respectfully moves to withdraw Melody L. McGowin as counsel for Defendant Corellium, LLC, as she has disassociated from Pierce Bainbridge Beck Price & Hecht LLP. Counsel of record for Defendant will not otherwise change in the above-referenced matter, and Melody L. McGowin is not asserting a related or charging lien in this action. The undersigned hereby requests that McGowin's name and email address be removed from the case docket. All papers should be served upon the Defendants c/o Justin Levine, Cole, Scott & Kissane, P.A. Esperante Building 222 Lakeview Avenue, Suite 120, West Palm Beach, Florida 33401.

Dated: April 3, 2020

Respectfully Submitted,

/s/     Justin B. Levine
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.: 106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945

COLE, SCOTT & KISSANE, P.A.
Esperante Building

222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

*Counsel for Defendant Corellium, LLC*
