UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| APPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORELLIUM, LLC <br><br> Defendant. | Civil Action No. 19-cv-81160 |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

This matter came before the Court on the motion to withdraw Yi Wen Wu as counsel for Defendant Corellium, LLC. The Court, having reviewed the motion and being otherwise duly advised,

IT IS HEREBY ORDERED AND ADJUDGED:

1. The motion to withdraw as counsel is GRANTED.

2. Counsel is relieved of all further responsibilities in this action.

3. All further pleadings and documents shall be served on Defendants c/o Justin Levine, Cole, Scott & Kissane, P.A. Esperante Building 222 Lakeview Avenue, Suite 120, West Palm Beach, Florida 33401

DONE AND ORDERED in Chambers at Miami Florida, this _____ day of _____, 2020

_____
UNITED STATES DISTRICT COURT JUDGE