# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| APPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORELLIUM, LLC <br><br> Defendant. | Civil Action No. 19-cv-81160 |

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 11.1(g), please take notice that David L. Hecht, Maxim Price and Minyao Wang's address and firm affiliation have changed to the following:

David L. Hecht
Hecht Partners LLP
20 West 23rd St. Fifth Floor
New York, NY 10010
Tel: (212) 851-6821
Email: dhecht@hechtpartnersllp.com

Minyao Wang
Hecht Partners LLP
20 West 23rd St. Fifth Floor
New York, NY 10010
Tel: (212) 851-6821
Email: mwang@hechtpartnersllp.com

Dated: April 3, 2020                    Respectfully Submitted,

/s/      Justin B. Levine
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.: 106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945

COLE, SCOTT & KISSANE, P.A.
Esperante Building

222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

DAVID L. HECHT (admitted *pro hac vice*)
MINYAO WANG (admitted *pro hac vice*)

HECHT PARTNERS LLP
20 West 23rd Street Fifth Floor
New York, NY 10010
Telephone: (212) 851-6821
E-mail: dhecht@hechtpartnersllp.com
E-mail: mwang@hechtpartnersllp.com

*Counsel for Defendant Corellium, LLC*