## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

### JOINT MOTION FOR ENTRY OF STIPULATED ORDER
### REGARDING CORELLIUM'S COMPLIANCE WITH OMNIBUS ORDER

Plaintiff Apple Inc. and Defendant Corellium, LLC, by and through their undersigned counsel, respectfully and jointly move the Court for a stipulated order reflecting their agreement and resolution of a dispute regarding certain aspects of Corellium's compliance with the Court's Omnibus Order Providing Discovery Rulings After March 16, 2020 Discovery Hearing.  (Omnibus Order, ECF No. 249).  In support of this motion, the parties state as follows:

1.      The Court on March 20, 2020 issued its Omnibus Order compelling Corellium to provide to Apple certain discovery by March 31, 2020, (ECF No. 249), and the Court subsequently granted Corellium "a brief extension of time until Thursday, April 2, 2020 for compliance" with the Omnibus Order.  (ECF No. 274.)

2.      The parties have met and conferred at length since March 22, 2020 and reached an agreement regarding (1) Corellium's compliance with paragraph 3.d. of the Omnibus Order that would allow Apple's counsel and expert witness remote access to, rather than a physical production of, a fully functioning version of Corellium's on-premises version of the Corellium Apple Product, and (2) enabling Apple's counsel and expert witness to remotely review and inspect

Corellium's source code, rather than inspecting it in-person as otherwise contemplated by the Protective Order.

3.      The parties' stipulation also reflects certain accommodations they have agreed upon in view of legal and practical restrictions arising from the COVID-19 pandemic on the parties', their counsel's, and their experts' ability to travel and work in regular places of business, which restrictions have impeded the in-person or on-site review of Corellium's products and source code.

4.      With this joint motion, the parties are providing the Court with (1) the parties' Stipulation and [Proposed] Order Regarding Corellium's Compliance with Omnibus Order, and (2) the Declaration of Chris Wade on Behalf of Corellium Concerning the Stipulation and [Proposed] Order Regarding Corellium's Compliance with Omnibus Order.

**WHEREFORE**, the Parties jointly and respectfully move the Court to enter the accompanying Stipulation and [Proposed] Order Regarding Corellium's Compliance with Omnibus Order, and grant any other relief the Court deems necessary and proper.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email and teleconference with counsel for Defendant on March 22 through April 3, 2020, regarding the relief sought herein.  Defendant Corellium joins in this motion.

Dated: April 3, 2020                                         Respectfully Submitted,

*s/ Martin B. Goldberg*

Kathryn Ruemmler*                                           Martin B. Goldberg
*kathryn.ruemmler@lw.com*                                   Florida Bar No. 0827029
Sarang Vijay Damle*                                         *mgoldberg@lashgoldberg.com*
*sy.damle@lw.com*                                           *rdiaz@lashgoldberg.com*
Elana Nightingale Dawson*                                   Emily L. Pincow
*elana.nightingaledawson@lw.com*                            Florida Bar No. 1010370
LATHAM & WATKINS LLP                                        *epincow@lashgoldberg.com*
555 Eleventh Street NW, Suite 1000                          *gizquierdo@lashgoldberg.com*
Washington, DC 20004                                        LASH & GOLDBERG LLP
(202) 637-2200 / (202) 637-2201 Fax                         100 Southeast Second Street
                                                            Miami, FL  33131
Andrew M. Gass*                                             (305) 347-4040 / (305) 347-4050 Fax
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Admitted pro hac vice*


*Attorneys for Plaintiff* APPLE INC.

3

By:   s/ *Justin Levine*

JUSTIN LEVINE
Florida Bar No.: 106463
JONATHAN VINE
Florida Bar No.: 10966
LIZZA CONSTANTINE
Florida Bar No.: 1002945

COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

*and*

DAVID L. HECHT (admitted *pro hac vice*)
MINYAO WANG (admitted *pro hac vice*)

HECHT PARTNERS LLP
20 West 23rd Street Fifth Floor
New York, NY 10010
Telephone: (212) 851-6821
E-mail: dhecht@hechtpartnersllp.com
E-mail: mwang@hechtpartnersllp.com

*Counsel for Defendant Corellium, LLC*