UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-CV-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.
_____/

**DECLARATION OF CHRIS WADE ON BEHALF OF CORELLIUM CONCERNING THE STIPULATION AND [PROPOSED] ORDER REGARDING CORELLIUM'S COMPLIANCE WITH OMNIBUS ORDER**

1. My name is Chris Wade and I am over the age of 18, and otherwise *sui juris* in all respects. I make this declaration based upon my personal knowledge.

2. I am the Chief Technology Officer for the Defendant, Corellium, LLC ("Corellium") in the above-captioned matter.

3. I have knowledge regarding any changes that Corellium made to the on-premises version of the Corellium Apple Product, or "CAP" as the Court has defined that term, for the sole purposes of making the product remotely accessible to Apple's expert and outside counsel.

4. Corellium and Apple have reached an agreement with respect to Corellium's compliance with paragraph 3.d. of the Court Omnibus Order [D.E. 249].

5. Corellium and Apple have also reached an agreement relative to the remote viewing of Corellium's Source Code in light of the COVID-19 pandemic.

6. Pursuant to the Parties' stipulation, I attest to the following:

a.      First, pursuant to paragraph I.H of the parties' Stipulation and [Proposed] Order Regarding Corellium's Compliance with Omnibus Order (the "Stipulation"), I confirm that Corellium has not made, and is not making, any changes to the on-premises version of the CAP in order to provide remote access to it to Apple. Corellium is providing Apple with access to the latest released version of the on-premises version of the CAP that Corellium has sold to customers, and it is exactly the same version of the product as it was released to customers, with the sole exception that Corellium has implemented one patch to fix a bug in the current ███████ ████████████████████████████████████████ █████████████████. In the product Corellium is making available to Apple, the patch has been implemented to ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████.

b.      Second, Corellium and its representatives and attorneys will not monitor, observe, or otherwise track in any way Apple's review of the remote on-premises version of the Corellium Apple Product.

c.      Third, pursuant to paragraph II.H. of the Stipulation, aside from the permitted visual monitoring as outlined in the Stipulation and/or Protective Order [D.E. 50], Corellium and its representatives and attorneys will not monitor, observe, or otherwise track in any way Apple's review of Corellium's source code.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of April, 2020.

_____
Chris Wade, CTO
Corellium, LLC
1301 N Congress Ave Ste 410
Boynton Beach, FL 33426