# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                  Plaintiff,

    v.

CORELLIUM, LLC,

                  Defendant.

**JOINT MOTION TO FILE UNDER SEAL PORTIONS OF STIPULATION AND [PROPOSED] ORDER REGARDING CORELLIUM'S COMPLIANCE WITH OMNIBUS ORDER AND DECLARATION OF CHRIS WADE ON BEHALF OF CORELLIUM CONCERNING THE STIPULATION AND [PROPOSED] ORDER REGARDING CORELLIUM'S COMPLIANCE WITH OMNIBUS ORDER**

Plaintiff Apple Inc. ("Apple") and Defendant Corellium LLC ("Corellium"), by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, jointly and respectfully move this Court for an order authorizing the filing under seal of portions of the parties' jointly requested Stipulation and [Proposed] Order regarding Corellium's Compliance with Omnibus Order ("Stipulation and [Proposed] Order"), as well as the Declaration of Chris Wade on Behalf of Corellium Concerning the Stipulation and [Proposed] Order ("Wade Declaration").  Both the Stipulation and [Proposed] Order and the Wade Declaration are attached as exhibits to the parties' Joint Motion for Entry of a Stipulated Order Regarding Corellium's Compliance with Omnibus Order.

1.    On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 ("Protective Order").  The Protective Order permits the parties the

designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. Both the designated portions of the Stipulation and [Proposed] Order and the designated portions of the Wade Declaration contain information that is Corellium Confidential per the Protective Order because it reflects confidential, proprietary, and/or commercially sensitive information about Corellium's technology.

3. Consistent with the Protective Order (ECF No. 50), the parties jointly move to file under seal 1) designated portions of the Stipulation and [Proposed] Order that contain Corellium Confidential material, and 2) designated portions of the Wade Declaration that contain Corellium Confidential material.

4. Apple reserves all rights to challenge Corellium's designations of this and other material as Confidential.

**WHEREFORE** the parties respectfully request that, unless and until Corellium's designations are changed or rejected, the following remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

    a. Portions of the Stipulation and [Proposed] Order.

    b. Portions of the Wade Declaration.

A proposed order is submitted herewith.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email and teleconference with counsel for Defendant on April 1 through April 3, 2020, regarding the relief sought herein. Defendant Corellium joins in this motion.

| | |
|---|---|
| Dated: April 3, 2020 | Respectfully Submitted, |

Kathryn Ruemmler*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*\*Admitted pro hac vice*

*/s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

By: s/ *Justin Levine*
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.: 106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945

COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

    *and*

DAVID L. HECHT (admitted *pro hac vice*)
MINYAO WANG (admitted *pro hac vice*)

HECHT PARTNERS LLP
20 West 23rd Street Fifth Floor
New York, NY 10010
Telephone: (212) 851-6821
E-mail: dhecht@hechtpartnersllp.com
E-mail: mwang@hechtpartnersllp.com

*Counsel for Defendant Corellium, LLC*