UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

       Plaintiff,

v.

CORELLIUM, LLC,

       Defendant.

## [PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on the Parties' Joint Motion to File Under Seal Portions of Portions of Stipulation and [Proposed] Order Regarding Corellium's Compliance with Omnibus Order and Declaration of Chris Wade on Behalf of Corellium Concerning the Stipulation and [Proposed] Order Regarding Corellium's Compliance with Omnibus Order ("Motion"). Being fully advised, and noting the representations made in the Local Rule 7.1(a)(3) Certification, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. The parties are given leave to file 1) portions of the Stipulation and [Proposed] Order Regarding Corelllium's Compliance with Omnibus Order and 2) portions of the Declaration of Chris Wade, under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in West Palm Beach, Florida, this __ day of April, 2020.

                                              _____
                                              **WILLIAM MATTHEWMAN**
                                              **UNITED STATES MAGISTRATE JUDGE**