UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| APPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORELLIUM, LLC <br><br> Defendant. | Civil Action No. 19-cv-81160 |

**DEFENDANT CORELLIUM, LLC'S MOTION TO FILE UNDER
SEAL PORTIONS OF CORELLIUM, LLC'S REPLY IN SUPPORT OF ITS
MOTION FOR PARTIAL RECONSIDERATION AND PORTIONS OF THE
DECLARATION OF CHRIS WADE IN SUPPORT**

Defendant Corellium, LLC, ("Corellium"), by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Corellium, LLC's Reply In Support of its Motion For Partial Reconsideration ("Reply") and portions of the Declaration Of Chris Wade in Support ("Declaration of Chris Wade"). In support of this request, Corellium states as follows:

1. On December 13, 2019, the Court entered into a Stipulated Confidentiality and Protective Order, ECF No. 50 ("Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. The Reply and Declaration include information designated by Corellium as "Confidential – Attorneys' Eyes Only" ("AEO"). Specifically, the Reply and Declaration include

technical discussion of hypervisor functionality and proprietary specifications that should not be released to the public.

3. On April 3, 2020, Corellium notified counsel of its intention to file under seal. Counsel for Apple stated that Apple does not oppose the relief sought herein.

4. Consistent with the Protective Order, Corellium moves to file under seal portions of its Reply and Declaration.

5. **WHEREFORE**, Corellium respectfully requests that the following documents remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

   a. Portions of the Reply that contain information designated by Corellium as AEO, a redacted version of which is submitted herewith.

   b. Portions of the Declaration that contain information designated by Corellium as AEO, a redacted version of which is submitted herewith.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Defendant conferred via email with counsel for Plaintiff on April 3, 2020, regarding the relief sought herein. Plaintiff does not oppose.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2020, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

Dated: April 4, 2020	Respectfully submitted,

        COLE, SCOTT & KISSANE, P.A.
        *Counsel for Defendant CORELLIUM, LLC*
        Esperante Building
        222 Lakeview Avenue, Suite 120
        West Palm Beach, Florida 33401
        Telephone (561) 612-3459
        Facsimile (561) 683-8977
        Primary e-mail: justin.levine@csklegal.com
        Secondary e-mail:
        lizza.constantine@csklegal.com

By:	*s/ Justin B. Levine*
        JONATHAN VINE
        Florida Bar. No.: 10966
        JUSTIN B. LEVINE
        Florida Bar No.: 106463
        LIZZA C. CONSTANTINE
        Florida Bar No.: 1002945
        MICHAEL A. BOEHRINGER
        Florida Bar No.: 1018486

        *and*

        DAVID L. HECHT (admitted *pro hac vice*)
        MINYAO WANG (admitted *pro hac vice*)

        HECHT PARTNERS LLP
        20 West 23rd Street Fifth Floor
        New York, NY 10010
        Telephone: (212) 851-6821
        E-mail: dhecht@hechtpartnersllp.com
        E-mail: mwang@hechtpartnersllp.com

        *Counsel for Defendant Corellium, LLC*