## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APPLE, INC.,

     Plaintiff,

     v.

CORELLIUM, LLC

     Defendant.

Civil Action No. 19-cv-81160

### [PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL

This matter came before the Court on the Motion to File Under Seal portions of Corellium, LLC's Reply In Support of its Motion For Partial Reconsideration and portions of the Declaration Of Chris Wade In Support. The Court, having reviewed the motion and being otherwise duly advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.

**DONE AND ORDERED** this __ of_____, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**