UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:19-cv-81160-RS

APPLE INC.,

Plaintiff,

v.

CORELLIUM, LLC,

Defendant.

_____/

**DECLARATION OF CHRIS WADE IN SUPPORT OF DEFENDANT CORELLIUM,
LLC'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL RECONSIDERATION**

I, Chris Wade, declare as follows:

1. I am the Chief Technical Officer of Defendant Corellium, LLC. The facts set forth herein are of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. My role at Corellium involves, among other things, the oversight, design, and development of Corellium's products, including those that Apple accuses of infringement in this matter. I have direct and in-depth technical knowledge regarding the design, development and operation of Corellium's product at issue in this matter, which I will refer to throughout as the "Corellium Product."

3. The Corellium Product is composed of several components, and can be represented schematically in the following block diagram (which I understand has been provided to the expert witnesses for each party):



4. In the diagram above, the various boxes represent components of the product.

5. As is indicated in the block diagram, there are four main components: "Hardware", "Hypervisor", "Dom0" (pronounced "dom-zero"), and the Virtual Machines (*i.e.* "VM running iOS" or "VM running Android").

6. 

7. 

8. I understand that the parties dispute whether the code comprising the "hypervisor" component and should be made available to Apple in discovery. To aid the Court in resolving this dispute, I will

explain the function and operation of the "Dom0" component generally, the function of the unshaded boxes in the "Dom0" component, the "hypervisor" component generally, and the general function of the components within the hypervisor. I have also reproduced portions of the above block diagram below to aid in reference to the explanations.

9. █████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████

10. ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████



17. █████████████████████████████████████████████

18. **Device hardware model**: The hypervisor contains models of each of the device's hardware components. Together, they are collected into the device hardware model, which approximates operation of the device hardware as a whole. The models behave towards the software running inside the VM as the hardware would towards software running on a physical device. The level of accuracy and completeness of hardware models varies depending on utility for Corellium purposes and availability of information. This component does not contain Apple code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 3, 2020

_____

Chris Wade

CTO, Corellium LLC