# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

### PLAINTIFF APPLE INC.'S NOTICE OF OBJECTION TO DEFENDANT CORELLIUM, LLC'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL RECONSIDERATION

Plaintiff Apple Inc. respectfully submits this Notice of Objection to Defendant Corellium, LLC's Reply in Support of Its Motion for Partial Reconsideration, ECF No. 292.

1. Under Southern District of Florida Local Rule 7.1(c), a reply memorandum may not raise new arguments or present new, non-rebuttal evidence, particularly where such evidence was available when the underlying motion was filed and the movant was aware (or should have been aware) of the necessity of the evidence. *See TCC Air Servs., Inc. v. Schlesinger*, No. 05-80543-CIV, 2009 565516, at *7 (S.D. Fla. Mar. 5, 2009).

2. With its Reply, Defendant provides and cites to a new declaration from Chris Wade. (ECF No. 292-1.) The information in this declaration (a) has always been available to Corellium during this lawsuit, including when it filed its underlying motion for partial reconsideration; (b) was not provided by Corellium with that motion; and (c) is not offered to rebut anything in Apple's opposition to that motion. Apple therefore objects to Corellium's Reply insofar as it relies on this new evidence and to the new declaration itself. If the Court is inclined to consider Defendant's new evidence and arguments on reply, Apple respectfully requests that it be permitted to file a sur-reply.

<div style="display: flex;">

<div>

Dated: April 4, 2020

Kathryn Ruemmler*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

</div>

<div>

Respectfully Submitted,

*s/ Martin B. Goldberg*
Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar No. 1010370
*epincow@lashgoldberg.com*
*gizquierdo@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL  33131
(305) 347-4040 / (305) 347-4050 Fax

</div>

</div>

*Attorneys for Plaintiff* APPLE INC.