**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-Smith/Matthewman**

APPLE INC.,

      Plaintiff,

  v.

CORELLIUM, LLC,

      Defendant.

**ORDER DIRECTING CLERK OF COURT TO SEAL COURT'S ORDER DATED APRIL 4, 2020 [DE 290]**

**THIS CAUSE** comes before the Court SUA SPONTE. Being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Clerk of Court is DIRECTED to seal the Stipulation and Order Regarding Corellium's Compliance with Omnibus Order [DE 290] entered on April 4, 2020. The document shall remain under seal until further Court order.

**DONE AND ORDERED** this 6th of April, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

WILLIAM MATTHEWMAN
United States Magistrate Judge