UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

## APPLE INC.'S FACT WITNESS LIST

Pursuant to the Order Granting in Part Motion to Modify Scheduling Order (ECF No. 66), Apple hereby submits the following written list containing the names and addresses of all fact witnesses Apple intends to call or may call at trial.[1]

| Name | Address |
|---|---|
| Ivan Krstić | c/o Martin B. Goldberg<br>Lash & Goldberg LLP<br>100 S.E. 2nd Street, Suite 1200<br>Miami, FL 33131 |
| Jon Andrews | c/o Martin B. Goldberg<br>Lash & Goldberg LLP<br>100 S.E. 2nd Street, Suite 1200<br>Miami, FL 33131 |
| Sebastien Marineau-Mes | c/o Martin B. Goldberg<br>Lash & Goldberg LLP<br>100 S.E. 2nd Street, Suite 1200<br>Miami, FL 33131 |
| Akila Srinivasan | c/o Martin B. Goldberg<br>Lash & Goldberg LLP<br>100 S.E. 2nd Street, Suite 1200<br>Miami, FL 33131 |

---

[1] As contemplated by the Scheduling Order in this case, the list provided herein only includes fact witnesses. Apple intends to, and reserves the right to, call expert witnesses as well.

| Name | Address |
|---|---|
| Jason Shirk | c/o Martin B. Goldberg<br>Lash & Goldberg LLP<br>100 S.E. 2nd Street, Suite 1200<br>Miami, FL 33131 |
| Matthew Firlik | c/o Martin B. Goldberg<br>Lash & Goldberg LLP<br>100 S.E. 2nd Street, Suite 1200<br>Miami, FL 33131 |
| Lee Peterson | c/o Martin B. Goldberg<br>Lash & Goldberg LLP<br>100 S.E. 2nd Street, Suite 1200<br>Miami, FL 33131 |
| Chris Betz | c/o Martin B. Goldberg<br>Lash & Goldberg LLP<br>100 S.E. 2nd Street, Suite 1200<br>Miami, FL 33131 |
| Chris Wade | Corellium, LLC<br>630 George Bush Blvd.<br>Delray Beach, FL 33483 |
| Amanda Gorton | Corellium, LLC<br>630 George Bush Blvd.<br>Delray Beach, FL 33483 |
| David Wang | Corellium, LLC<br>630 George Bush Blvd.<br>Delray Beach, FL 33483 |
| Stanislaw Skowronek | Corellium, LLC<br>630 George Bush Blvd.<br>Delray Beach, FL 33483 |
| Steve Dyer | Corellium, LLC<br>630 George Bush Blvd.<br>Delray Beach, FL 33483 |
| Mark Templeton | c/o Corellium, LLC<br>630 George Bush Blvd.<br>Delray Beach, FL 33483 |
| Mark Dowd | Azimuth Security, LLC<br>c/o L3 Technologies, Inc.<br>600 3rd Ave, Floor 34<br>New York, NY 10016 |
| Azimuth Security, LLC Corporate Designee | Azimuth Security, LLC<br>c/o L3 Technologies, Inc.<br>600 3rd Ave, Floor 34<br>New York, NY 10016 |

In light of ongoing fact discovery and the parties' continued discovery obligations, Apple reserves the right to identify additional witnesses for trial as contemplated by Southern District

2

of Florida Local Rule 16.1.  Apple also reserves the right to call any fact witness listed on the witness list filed by Corellium, LLC.

| | |
|---|---|
| Dated: April 6, 2020 | Respectfully Submitted, |
| | *s/ Martin B. Goldberg* |
| Kathryn Ruemmler* | |
| *kathryn.ruemmler@lw.com* | Martin B. Goldberg |
| Sarang Vijay Damle* | Florida Bar No. 0827029 |
| *sy.damle@lw.com* | *mgoldberg@lashgoldberg.com* |
| Elana Nightingale Dawson* | *rdiaz@lashgoldberg.com* |
| *elana.nightingaledawson@lw.com* | LASH & GOLDBERG LLP |
| LATHAM & WATKINS LLP | 100 Southeast Second Street |
| 555 Eleventh Street NW, Suite 1000 | Miami, FL  33131 |
| Washington, DC 20004 | (305) 347-4040 / (305) 347-4050 Fax |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.