UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**CORELLIUM'S FACT WITNESS LIST**

Pursuant to the Order Granting in Part Motion to Modify Scheduling Order (ECF No. 66), Corellium hereby submits the following written list containing the names and addresses of all fact witnesses Apple intends to call or may call at trial.[1]

| Fact Witness |
| --- |
| **Larry Brown**<br>Former General Counsel, Corellium |
| **Stephen Dyer**<br>1301 N. Congress Ave. Suite 410 Boynton Beach, FL 33426<br>Vice President of Sales and Business Development, Corellium |
| **Amanda Gorton**<br>1301 N. Congress Ave. Suite 410 Boynton Beach, FL 33426<br>Chief Executive Officer & Co-Founder, Corellium |
| **Alexander Hude**<br>Principal Engineer, Corellium |
| **Stanislaw Skowronek**<br>1301 N. Congress Ave. Suite 410 Boynton Beach, FL 33426 |

---

[1] As contemplated by the Scheduling Order in this case, the list provided herein only includes fact witnesses. Corellium intends to, and reserves the right to, call expert witnesses as well.

| |
|---|
| Chief Architect & Co-Founder, Corellium |
| **Christopher Wade**<br>1301 N. Congress Ave. Suite 410 Boynton Beach, FL 33426<br>Chief Technical Officer & Co-Founder, Corellium. |
| **David Wang**<br>1301 N. Congress Ave. Suite 410 Boynton Beach, FL 33426<br>Chief of Platform & Co-Founder, Corellium |
| **Mark Templeton**<br>c/o Cole, Scott & Kissane, P.A.<br>222 Lakeview Ave.<br>Suite 120<br>West Palm Beach, FL 33401 |
| **Jon Andrews**<br>One Apple Park Way Cupertino, CA 95014 |
| **Chris Betz**<br>One Apple Park Way Cupertino, CA 95014 |
| **Craig Federighi**<br>One Apple Park Way Cupertino, CA 95014 |
| **Jacques Fortier**<br>One Apple Park Way Cupertino, CA 95014 |
| **Ivan Krstic**<br>One Apple Park Way Cupertino, CA 95014 |
| **Sebastien Merineau**<br>One Apple Park Way Cupertino, CA 95014 |
| **Jason Shirk**<br>One Apple Park Way Cupertino, CA 95014 |
| **Steve Smith**<br>One Apple Park Way Cupertino, CA 95014 |

In light of ongoing fact discovery and the parties' continued discovery obligations, Corellium reserves the right to identify additional witnesses for trial as contemplated by Southern District of Florida Local Rule 16.1. Corellium also reserves the right to call any fact witness listed on the witness list filed by Apple Inc.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on April 6, 2020, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

Dated: April 6, 2020  Respectfully submitted,

        COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant CORELLIUM, LLC*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail:
Primary e-mail: justin.levine@csklegal.com
Primary e-mail: lizza.constantine@csklegal.com

By:  *s/ Lizza C. Constantine*
JONATHAN VINE
Florida Bar. No.: 10966
JUSTIN B. LEVINE
Florida Bar No.:  106463
LIZZA C. CONSTANTINE
Florida Bar No.:  1002945


        *and*

HECHT PARTNERS LLP
*Counsel for Defendant*
20 West 23rd St. Fifth Floor
New York, NY 10010
Telephone (212) 851-6821

David Hecht, *Pro hac vice*
E-mail: dhecht@hechtpartnersllp.com
Maxim Price, *Pro hac vice*
E-mail: mprice@hechtpartnersllp.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@hechtpartnersllp.com

### **SERVICE LIST**

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000 San
Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

Marc R. Lewis (*pro hac vice pending*)
mlewis@lewisllewellyn.com

LEWIS AND LLEWELLYN LLP
601 Montgomery St., Ste. 2000
San Francisco, CA 94111

*Attorneys for Plaintiff, Apple Inc.*