## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

_____/

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD AND REQUEST FOR WITHDRAWAL FROM THE COURT'S CM/ECF NOTICES OF FILING FOR THIS ACTION

Pursuant to S.D. Local Rule 11.1(d)(3)(A), Gavin C. Gaukroger, Esquire and the law firm of Berger Singerman LLP, (collectively "Movants"), move to withdraw as counsel for Defendant Corellium, LLC ("Corellium") and to withdraw from receiving Notices of Electronic Filing from the Court's CM/ECF filing system for this action and in support thereof state as follows:

1.      Movants are counsel of record for Corellium in this action.

2.      On September 30, 2019, Justin B. Levine, of the law firm of Cole Scott & Kissane, P.A. filed a Notice of Appearance on behalf of Corellium (D.E. 27). Cole Scott & Kissane, P.A. is located at 222 Lakeview Ave., Suite 120, West Palm Beach, FL 33401.

3.      On February 21, 2020, the Court granted several motions for *Pro Hac Vice* admission for the law firm of Pierce Bainbridge Beck Price & Hecht LLP on behalf of Corellium (D.E. 170).  Pursuant to Notice of Change of Address (D.E. 283), attorneys David L. Hecht, Maxim Price, and Minyao Wang, previously associated the law firm of Pierce Bainbridge Beck Price & Hecht LLP, are now affiliated with Hecht Partners LLP, located at 20 West 23rd St. Fifth Floor,

1

New York, NY 10010, (212) 851-6821.  Attorneys Hecht, Price, and Wang and the law firm Hecht Partners LLP will remain as counsel for Corellium.

4.      Corellium has determined that representation by three law firms is no longer necessary, and the services of Movants are no longer required.

5.      As stated above, Corellium will continue to have representation provided by the law firms of Cole Scott & Kissane, P.A. and Hecht Partners LLP.

6.      No party will be prejudiced by the requested withdrawal given the current status of the proceedings.

7.      Corellium acknowledges and consents to the withdrawal of Movants.

8.      Movants respectfully request that they be withdrawn from receiving the Notices of Electronic Filing from the Court's CM/ECF filing system for this action.

9.      A Proposed Order granting Movants' Unopposed Motion to Withdraw as Counsel of Record and withdrawal from receiving Notices of Electronic Filing from the Court's CM/ECF filing system for this action is attached hereto as **Exhibit A**.

**WHEREFORE**, Gavin C. Gaukroger, Esquire and the law firm of Berger Singerman LLP, respectfully request that this Court enter an order permitting their withdrawal as counsel of record and withdrawal as recipients of the Notices of Electronic Filing from the Court's CM/ECF filing system for this action.

<u>**CERTIFICATE OF LOCAL RULE 7.1 CONFERENCE**</u>

Pursuant to Local Rule 7.1(a)(3), counsel for Corellium has conferred with Plaintiff's counsel, who has advised that Plaintiff does not oppose this motion.

9680509-1

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that on April 7, 2020, a true and correct copy of the foregoing has been transmitted by electronic filing with the Clerk of the court via CM/ECF which will send notice of electronic filing to all counsel of record.

BERGER SINGERMAN LLP
350 E. Las Olas Blvd., Suite 1000
Fort Lauderdale, Florida 33301
Telephone (954) 525-9900
Facsimile (954) 523-2872

By: s/ *Gavin C. Gaukroger*
Gavin C. Gaukroger
Florida Bar No. 76489
E-mail: ggaukroger@bergersingerman.com
E-mail: DRT@bergersingerman.com

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail: justin.levine@csklegal.com
Secondary e-mail: lizza.constantine@csklegal.com
JONATHAN VINE
Florida Bar. No.: 10966
JUSTIN B. LEVINE
Florida Bar No.: 106463
LIZZA C. CONSTANTINE
Florida Bar No.: 1002945
MICHAEL A. BOEHRINGER
Florida Bar No.: 1018486

*and*

HECHT PARTNERS LLP
*Counsel for Defendant*
David L. Hecht (*pro hac vice*)
Minyao Wang (*pro hac vice*)
20 West 23rd Street Fifth Floor
New York, NY 10010

3

Telephone: (212) 851-6821
E-mail: dhecht@hechtpartnersllp.com
E-mail: mwang@hechtpartnersllp.com