UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 19-81160-CIV-SMITH**

APPLE INC.,

    Plaintiff,
v.

CORELLIUM, LLC,

    Defendant.

_____/

**ORDER GRANTING MOTION TO WITHDRAW**

This cause came before the Court on the Unopposed Motion to Withdraw as Counsel of Record and Request for Withdrawal from the Court's CM/ECF Filing System for this Action filed by Gavin C. Gaukroger, Esquire and the law firm of Berger Singerman LLP [DE __]. It is

**ORDERED** that:

1. The Motion is **GRANTED**. Gavin C. Gaukroger, Esquire and the law firm of Berger Singerman LLP are relieved of all responsibility from this civil action and discharged as counsel of record for Defendant Corellium, LLC.

2. The Clerk shall remove Gavin C. Gaukroger and the law firm of Berger Singerman LLP from the Court's CM/ECF system for receiving Electronic Filing Notices for this civil action.

3. Corellium, LLC will continue to be represented by Cole Scott & Kissane, P.A., and Hecht Partners LLP.

1

**DONE AND ORDERED** in Fort Lauderdale, Florida, this ___ day of _____ 2020.

_____
**RODNEY SMITH
UNITED STATES DISTRICT JUDGE**

Cc: All parties of record