**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-81160-CIV-SMITH**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**ORDER GRANTING MOTIONS TO WITHDRAW**

This matter is before the Court on Melody L. McGowin's and Yi Wen Wu's Motions to Withdraw as Counsel for Defendant Corellium, LLC [DE 281 & 282]. It is

**ORDERED** that:

1. The Motions [DE 281 & 282] are **GRANTED**.

2. Melody L. McGowin and Yi Wen Wu are relieved of all further responsibilities in this action.

3. All further pleadings and documents shall be served on Defendants c/o Justin Levine, Cole, Scott & Kissane, P.A. Esperante Building 222 Lakeview Avenue, Suite 120, West Palm Beach, Florida 33401; justin.levine@csklegal.com.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of April 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record