UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**JOINT NOTICE OF UPCOMING SUPPLEMENTAL BRIEFING PERTAINING TO THE COURT'S ORDER RESERVING RULING ON APPLE'S MOTION FOR PROTECTIVE ORDER BARRING DEPOSITION OF APPLE'S APEX EMPLOYEE**

Plaintiff, APPLE INC. ("Apple"), and Defendant, CORELLIUM, LLC ("Corellium") (collectively the "Parties"), by and through their undersigned counsel, hereby jointly provide the Court with the following notice regarding upcoming supplemental briefing pertaining to the Court's Order Reserving Ruling on Apple's Motion for Protective Order Barring Deposition of Apple's Apex Employee [D.E. 208] (the "Order").

1. On February 18, 2020, Apple Inc. ("Apple") filed its Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee and Incorporated Memorandum of Law ("MPO") [D.E. 158]. On February 24, 2020, Corellium filed its Response in Opposition to Plaintiff Apple Inc.'s Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee and Incorporated Memorandum of Law ("Opposition") [D.E. 175]. On February 26, 2020, Apple filed its Reply in Support of Its Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee ("Reply"). [D.E. 195].

2. On February 27, 2020, this Court held a discovery hearing to address, *inter alia*, Apple's MPO relating to the deposition of Craig Federighi and any arguments related thereto.

3. On February 28, 2020, this Court issued an order regarding Apple's MPO [D.E. 208]. The Order stated that the Court was reserving ruling on the MPO and that "[t]he Court will permit the parties to address the issue of whether Mr. Federighi's deposition should be taken, and, if so, the scope and topics of the deposition after Corellium has taken the depositions of other Apple employees." *Id.* at 2.

4. The Order also stated that the parties shall confer and "select a date within the time period of April 6, 2020, to April 20, 2020 for the possible deposition of Craig Federighi." Pursuant to the Order, the Parties mutually agreed that Craig Federighi's deposition will take place, if ordered, on April 17, 2020.

5. On April 9, 2020, the Parties had a meaningful conferral in good faith to address whether the Parties could resolve the issues raised in Apple's MPO and Corellium's Response without necessitating the Court's intervention. The Parties made proposals to narrow the issues to be addressed by the Court but were unable to resolve the issue of whether Mr. Federighi's deposition should be taken.

6. In light of the Parties' reasonable disagreements as to whether Mr. Federighi's deposition should be taken, the Parties have agreed to file supplemental briefs with the Court, as contemplated by the Court's Order reserving ruling on Apple's Motion for Protective Order Barring Deposition of Apple's Apex Employee [D.E. 208] no later than **3 p.m. on April 10, 2020**. In order to fully address the evidence each party believes is relevant to the Court's consideration, each party intends to submit an unopposed Motion for Enlargement of Pages in connection with its respective briefing.

Dated: April 9, 2020                       Respectfully submitted,

                                          COLE, SCOTT & KISSANE, P.A.
                                          *Counsel for Defendant CORELLIUM, LLC*
                                          Esperante Building
                                          222 Lakeview Avenue, Suite 120
                                          West Palm Beach, Florida 33401
                                          Telephone (561) 612-3459
                                          Facsimile (561) 683-8977
                                          Primary e-mail: justin.levine@csklegal.com
                                          Secondary e-mail: lizza.constantine@csklegal.com

By:    *s/ Lizza C. Constantine*
                                          JONATHAN VINE
                                          Florida Bar. No.: 10966
                                          JUSTIN B. LEVINE
                                          Florida Bar No.:  106463
                                          LIZZA C. CONSTANTINE
                                          Florida Bar No.:  1002945


                                                       *and*

                                          HECHT PARTNERS LLP
                                          *Counsel for Defendant*
                                          20 West 23rd St. Fifth Floor
                                          New York, NY 10010
                                          Telephone (212) 851-6821
                                          David Hecht, *Pro hac vice*
                                          E-mail: dhecht@hechtpartnersllp.com
                                          Maxim Price, *Pro hac vice*
                                          E-mail: mprice@hechtpartnersllp.com
                                          Minyao Wang, *Pro hac vice*
                                          E-mail: mwang@hechtpartnersllp.com

CASE NO.: 9:19-CV-81160-RS

Kathryn Ruemmler*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*\*Admitted pro hac vice*

*/s/ Jessica Stebbins Bina*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.