UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

**PLAINTIFF APPLE INC.'S MOTION FOR ENLARGEMENT OF PAGE LIMIT FOR APPLE INC.'S SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF MOTION FOR PROTECTIVE ORDER BARRING DEPOSITION OF PLAINTIFF'S APEX EMPLOYEE AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Apple Inc. ("Apple"), by and through undersigned counsel, and pursuant to S.D. Fla. Local Rules 7.1, respectfully moves this Court for an order authorizing the enlargement of the page limit set forth in the Court's Order Setting Discovery Procedure (ECF No. 34) by five pages for Apple's Supplemental Brief In Further Support of its Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee. In support thereof, Apple states as follows:

1. On October 4, 2019, the Court issued an Order Setting Discovery Procedure. That order limits responses to discovery motions to five pages. ECF No. 34 at 2.

2. On February 18, 2020, Apple filed its Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee ("Motion"). ECF No. 158.

3. On February 24, 2020, Corellium filed its Response in Opposition to Plaintiff Apple Inc.'s Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee

("Opposition"). ECF No. 175.

4. On February 26, 2020, Apple filed its Reply in Support of Its Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee ("Reply"). ECF No. 195.

5. On February 28, 2020, this Court issued an order regarding Plaintiff's Motion ("Order"). ECF No. 208. The Order stated that "[t]he Court will permit the parties to address the issue of whether Mr. Federighi's deposition should be taken, and, if so, the scope and topics of the deposition after Corellium has taken the depositions of other Apple employees." *Id.* at 2.

6. Apple has been diligently working on a supplemental brief to address the issue of whether Mr. Federighi's deposition should be taken, as contemplated by this Court's Order. That brief addresses, *inter alia*, the deposition testimony given by the six Apple witnesses Corellium has deposed since March 17, 2020.

7. In order to adequately address the arguments and issues implicated by Apple's Motion and Corellium's Opposition, along with the relevant facts that have been developed since the parties' prior briefing, Apple respectfully submits that an additional five pages for its brief are necessary. Apple is aware and remains cognizant of the need to be as efficient and judicious as possible in its supplemental brief, and has and will continue to endeavor to do so. Despite those continued efforts, a five-page enlargement of the pages permitted for the supplemental brief remains necessary.

8. Corellium has represented to Apple that it, too, intends to seek a five-page enlargement of pages permitted for its supplemental brief addressing Apple's Motion for a Protective Order. Apple does not oppose Corellium's request, and Corellium has represented that it does not oppose Apple's request.

9. Accordingly, Apple requests that this Court grant the instant motion to enlarge the

page limit by five pages for Apple's supplemental brief so that the Court may review and consider all of the relevant information necessary to issue a ruling on Apple's Motion.

**WHEREFORE** Apple respectfully requests that the Court enlarge the pages allowed for Apple's supplemental brief as requested herein and grant any further relief this Court deems proper.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on April 9, 2020, regarding the relief sought herein. Defendant does not oppose.

Dated: April 9, 2020

Kathryn Ruemmler*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax


*Admitted pro hac vice

Respectfully Submitted,

*/s/ Emily L. Pincow*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.