**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

       Plaintiff,

  v.

CORELLIUM, LLC,

       Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S MOTION FOR ENLARGEMENT OF PAGE LIMIT FOR APPLE INC.'S SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF MOTION FOR PROTECTIVE ORDER BARRING DEPOSITION OF PLAINTIFF'S APEX EMPLOYEE**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s ("Apple") Motion for Enlargement of Page Limit for Apple Inc.'s Supplemental Brief in Further Support of Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee ("Motion"). Being fully advised in the premises, noting that Corellium, LLC does not oppose the relief sought, and having considered the Motion and the circumstances, it is

**ORDERED AND ADJUDGED** that Apple's Motion is hereby **GRANTED**. This Court enlarges Apple's page limit for its supplemental brief from five pages to ten pages.

**DONE AND ORDERED** this ___ day of April, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                  **WILLIAM MATTHEWMAN**
                                                  **UNITED STATES MAGISTRATE JUDGE**