UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S *UNOPPOSED* MOTION FOR ENLARGEMENT OF PAGE LIMIT FOR DEFENDANT'S SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF ITS RESPONSE IN OPPOSITION TO PLAINTIFF APPLE INC.'S MOTION FOR PROTECTIVE ORDER BARRING DEPOSITION OF PLAINTIFF'S APEX EMPLOYEE AND INCORPORATED MEMORANDUM OF LAW**

    THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium"), Motion for Enlargement of Page Limit For Defendant's Supplemental Brief in Further Support of its Response In Opposition to Plaintiff Apple Inc.'s Motion for Protective Order Barring Deposition of Craig Federighi and Incorporated Memorandum of Law ("Motion") [D.E. 310]. The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

    **ORDERED AND ADJUDGED** that Corellium's Motion is **GRANTED**. This Court enlarges Corellium's page limit for its Supplemental Brief from five pages to ten pages.

    **DONE AND ORDERED** this ___ of April, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                            _____
                                                             **WILLIAM MATTHEWMAN**
                                                             **UNITED STATES MAGISTRATE JUDGE**