UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING DEFENDENT CORELLIUM, LLC'S *UNOPPOSED*
MOTION TO FILE PORTIONS OF CORELLIUM'S SUPPLEMENTAL
BRIEF AND EXHIBITS IN SUPPORT OF ITS RESPONSE IN OPPOSITION TO
APPLE'S MOTION FOR PROTECTIVE ORDER BARRING DEPOSITION
OF PLAINTIFF'S APEX EMPLOYEE UNDER SEAL**

THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), Motion to File Portions of its Supplemental Brief and to File Exhibits in Support of its Response in Opposition to Apple's Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee Under Seal [D.E. 312] ("Motion"). The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

**DONE AND ORDERED** this ___ day of April, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                    WILLIAM MATTHEWMAN
                                                    UNITED STATES MAGISTRATE JUDGE