**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL
PORTIONS OF SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF
MOTION FOR PROTECTIVE ORDER BARRING
DEPOSITION OF PLAINTIFF'S APEX EMPLOYEE**

Plaintiff, Apple Inc. ("Apple"), by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of its Opposition to Defendant Corellium LLC's Expedited Certified Motion for Partial Reconsideration of the Court's Omnibus Discovery Order Providing Discovery Rulings After the March 16, 2020 Discovery Hearing and the entirety of Exhibits A, B, C, D, E, F, G, H, I, J, K, L, M, and N attached thereto. In support of this request, Apple states as follows:

1.      On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 ("Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under

this Order." Protective Order ¶ 15(b).

2. On January 10, 2020, Apple produced to Corellium the documents with the beginning Bates numbers of APL-CORELLIUM_00000080, APL-CORELLIUM_00000103, APL-CORELLIUM_00000251, PL-CORELLIUM_00000368. Apple designated these documents "Confidential" pursuant to the Protective Order.

3. On January 10, 2020, Apple produced to Corellium the document with the beginning Bates number of APL-CORELLIUM_00000081. Apple designated this document "Confidential – Attorneys' Eyes Only" ("AEO") pursuant to the Protective Order.

4. On February 14, 2020, Apple produced to Corellium the documents with the beginning Bates numbers of APL-CORELLIUM_00008528 and CORELLIUM_00008529. Apple designated these documents AEO pursuant to the Protective Order.

5. On March 9, 2020, Corellium served Apple with its Fourth Amended Answers to Apple's First Set of Interrogatories ("Fourth Amended Interrogatory Responses"). Corellium designated portions of its Fourth Amended Interrogatory Responses as Confidential or AEO pursuant to the Protective Order.

6. On March 16, 2020, Apple produced to Corellium the document with the beginning Bates number of APL-CORELLIUM_00044283. Apple designated this document AEO pursuant to the Protective Order.

7. On March 17, 2020, Corellium took the deposition of Steve Smith, a Senior Director in Apple's corporate development team. The deposition transcript was provisionally designated AEO pursuant to the Protective Order, pending further review. Under the Protective Order, neither party may publicly file any portion of the transcript absent the other party's consent, until the time for review has lapsed.

8. On March 19, 2020, Corellium took the deposition of Ivan Krstić, the Head of Security Engineering and Architecture at Apple. The deposition transcript was provisionally designated AEO pursuant to the Protective Order. Under the Protective Order, neither party may publicly file any portion of the transcript absent the other party's consent, until the time for review has lapsed.

9. On March 25, 2020, Apple took the deposition of Corellium Chief Executive Officer Amanda Gorton. The deposition transcript was provisionally designated AEO pursuant to the Protective Order, pending further review. Under the Protective Order, neither party may publicly file any portion of the transcript absent the other party's consent, until the time for review has lapsed.

10. On April 6, 2020, Corellium took the deposition of Chris Betz, who formerly led security for Apple. The deposition transcript was provisionally designated AEO pursuant to the Protective Order. Under the Protective Order, neither party may publicly file any portion of the transcript absent the other party's consent, until the time for review has lapsed.

11. On April 7, 2020, Corellium took the deposition of Jon Andrews, Vice President, Core OS Software Engineering at Apple. The deposition transcript was provisionally designated AEO pursuant to the Protective Order. Under the Protective Order, neither party may publicly file any portion of the transcript absent the other party's consent, until the time for review has lapsed.

12. On April 10, 2020, Apple will be filing its Supplemental Brief in Further Support of Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee ("Supplemental Brief") and its Declaration of Jessica Stebbins Bina in Support of Plaintiff Apple Inc.'s Supplemental Brief in Further Support of Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee ("Bina Declaration").

13.     The Supplemental Brief references and quotes discovery material that Apple has designated "Confidential" or AEO pursuant to the Protective Order.  In addition, the exhibits attached to the Supplemental Brief contain or reference discovery material Apple has designated "Confidential" or AEO pursuant to the Protective Order.  Specifically,

- Exhibit A to the Supplemental Brief is excerpts from the transcript of the deposition of Jon Andrews, which is currently designated as AEO in its entirety, pursuant to the Protective Order's requirements for provisional designation pending review;
- Exhibit B to the Supplemental Brief consists of the documents Apple produced with the beginning Bates numbers of APL-CORELLIUM_00008528 and CORELLIUM_00008529, which are designated as AEO;
- Exhibit C to the Supplemental Brief is excerpts from the transcript of the deposition of Ivan Krstić, which is currently designated as AEO in its entirety, pursuant to the Protective Order's requirements for provisional designation pending review;
- Exhibit D to the Supplemental Brief is excerpts from the transcript of the deposition of Steve Smith, which is currently designated as AEO it its entirety, pursuant to the Protective Order's requirements for provisional designation pending review;
- Exhibit E to the Supplemental Brief consists of the document Apple produced with the beginning Bates number of APL-CORELLIUM_00000103, which is currently designated Confidential;
- Exhibit F to the Supplemental Brief is excerpts from the transcript of the deposition of Chris Betz, which is currently designated as AEO in its entirety, pursuant to the Protective Order's requirements for provisional designation pending review;
- Exhibit G to the Supplemental Brief consists of the document Apple produced with the beginning Bates number of APL-CORELLIUM_00000080, which is designated as Confidential;
- Exhibit H to the Supplemental Brief consists of the document Apple produced with the beginning Bates number of CORELLIUM_00000081, which is designated as AEO;
- Exhibit I to the Supplemental Brief consists of the document Apple produced with the beginning Bates number of APL-CORELLIUM_00000368, which is designated as Confidential;
- Exhibit J to the Supplemental Brief consists of the document Apple produced with the beginning Bates number of CORELLIUM_00000251, which is designated as Confidential;
- Exhibit K to the Supplemental Brief consists of the document Apple produced with the beginning Bates number of CORELLIUM_00044283, which is designated as AEO;

- Exhibit L to the Supplemental Brief is excerpts from the transcript of the deposition of Amanda Gorton, which is currently designated AEO in its entirety, pursuant to the Protective Order's requirements for provisional designation pending review;

- Exhibit M to the Supplemental Brief is excerpts of Corellium's Fourth Amended Interrogatory Responses that Corellium has designated Confidential or AEO; and

- Exhibit N to the Supplemental Brief consists of the Bina Declaration, which references discovery material that Apple has designated "Confidential" or AEO pursuant to the Protective Order, including deposition testimony that is provisionally designated AEO pursuant to the Protective Order's requirements for provisional designation of deposition testimony pending review.

14. Consistent with the Protective Order (ECF No. 50), Apple moves to file under seal certain portions of the Supplemental Brief referring to or quoting discovery material that Apple has designated Confidential or AEO. Apple further moves to file under seal Exhibits A, B, C, D, E, F, G, H, I, J, K, L, M, and N to its Supplemental Brief, which contain information that Apple has designated Confidential or AEO.

**WHEREFORE** Apple respectfully requests that, unless and until Apple's designations are changed or rejected, certain portions of the following document and supporting exhibits should remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

a. Portions of the Supplemental Brief in Further Support of Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee referencing the below Exhibits;

b. Exhibits A, B, C, D, E, F, G, H, I, J, K, L, M, and N to Apple's Supplemental Brief in Further Support of Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee.

A proposed order is submitted herewith.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on April 9, 2020, regarding the relief sought herein. Defendant does not oppose.

Dated: April 10, 2020

Kathryn Ruemmler*
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*/s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

7