# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

### PROPOSED ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s ("Apple") Unopposed Motion to File Under Seal Portions of Apple's Supplemental Brief in Further Support of Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee ("Motion"). Being fully advised in the premises, noting that Corellium, LLC does not oppose the relief sought, and noting that Apple is only moving to seal portions of the brief and certain exhibits thereto, it is

**ORDERED AND ADJUDGED** that Apple's Motion is hereby **GRANTED**. Apple is given leave to file portions of its supplemental brief, and Exhibits A, B, C, D, E, F, G, H, I, J, K, L, M, and N thereto, under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this __ day of April, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                              _____
                                              **WILLIAM MATTHEWMAN**
                                              **UNITED STATES MAGISTRATE JUDGE**