# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

   v.

CORELLIUM, LLC,

                Defendant.

## APPLE INC.'S MOTION TO WITHDRAW AS COUNSEL

Plaintiff Apple Inc. ("Apple"), by and through its undersigned counsel, and pursuant to S.D. Fla. Local Rule 11.1(d)(3), respectfully moves to withdraw Kathryn Ruemmler as counsel for Apple, as she has ceased association with Latham & Watkins LLP. Counsel of record for Plaintiff will not otherwise change in the above referenced matter. The undersigned hereby requests that Kathryn Ruemmler's name and email address be removed from the case docket. All papers should be served upon Plaintiff c/o Martin B. Goldberg, Lash & Goldberg LLP, 100 Southeast Second Street, Miami, FL 33131.

Apple consents to this withdrawal and, pursuant to Local Rule 11.1(d)(3)(A) received notice from the undersigned counsel.

**WHEREFORE** Apple, by and through its undersigned counsel, respectfully requests that the Court enter an Order allowing Kathryn Ruemmler to withdraw as counsel of record in this matter.

A proposed order is submitted herewith.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on April 10, 2020, and Defendant does not object to the relief sought herein.

| | |
|---|---|
| Dated: April 10, 2020 | Respectfully Submitted, |

Sarang Vijay Damle*  
*sy.damle@lw.com*  
Elana Nightingale Dawson*  
*elana.nightingaledawson@lw.com*  
LATHAM & WATKINS LLP  
555 Eleventh Street NW, Suite 1000  
Washington, DC 20004  
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*  
*andrew.gass@lw.com*  
LATHAM & WATKINS LLP  
505 Montgomery Street, Suite 2000  
San Francisco, CA 94111  
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*  
*jessica.stebbinsbina@lw.com*  
LATHAM & WATKINS LLP  
10250 Constellation Blvd., Suite 1100  
Los Angeles, CA 90067  
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*  
*gabe.gross@lw.com*  
LATHAM & WATKINS LLP  
140 Scott Drive  
Menlo Park, CA 94025  
(650) 463-2628 / (650) 463-2600 Fax

*\*Admitted pro hac vice*

*/s/ Emily L. Pincow*

Martin B. Goldberg  
Florida Bar No. 0827029  
*mgoldberg@lashgoldberg.com*  
*rdiaz@lashgoldberg.com*  
Emily L. Pincow  
Florida Bar. No. 1010370  
*epincow@lashgoldberg.com*  
LASH & GOLDBERG LLP  
100 Southeast Second Street  
Miami, FL 33131  
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.