**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

               Plaintiff,

  v.

CORELLIUM, LLC,

               Defendant.

**PROPOSED ORDER GRANTING APPLE INC.'S MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE having come before the Court on the Motion to Withdraw as Counsel for Plaintiff Apple Inc. (the "Motion"), pursuant to S.D. Fla. Local Rule 11.1(d)(3). This Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Counsel Kathryn Ruemmler is relieved of all further responsibilities in this action. All further pleadings and documents shall be served on Plaintiffs c/o Martin B. Goldberg, Lash & Goldberg LLP, 100 Southeast Second Street, Miami, FL 33131.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida, this _____ day of April, 2020.

 

                                                           **HON. RODNEY SMITH**
                                                           United States District Judge