| | |
|---|---|
| **From:** | Elana.NightingaleDawson@lw.com |
| **To:** | Lizza C. Constantine; Jonathan Vine; Justin B. Levine; Michael Boehringer; dhecht@piercebainbridge.com; mmcgowin@piercebainbridge.com; mprice@piercebainbridge.com; wwu@piercebainbridge.com |
| **Cc:** | epincow@lashgoldberg.com; mgoldberg@lashgoldberg.com; Jessica.StebbinsBina@lw.com; Andrew.Gass@lw.com; Gabe.Gross@lw.com; Sy.Damle@lw.com; Carolyn.Homer@lw.com |
| **Subject:** | Apple Inc. v. Corellium, LLC - Date for Possible Deposition of Craig Federighi |
| **Date:** | Monday, March 2, 2020 2:22:10 PM |

**[CAUTION: This email originated from outside of the firm. Do not click links or open attachments unless you recognize the sender.]**

Counsel,

Pursuant to the Court's order regarding a date for a possible deposition of Mr. Federighi (ECF No. 208), Mr. Federighi is available on April 17, 2020 in Menlo Park, CA should the Court determine that a deposition of Mr. Federighi shall proceed.  Apple continues to reserve all rights and remedies with respect to this potential deposition.

Thank you.
Elana


**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**

555 Eleventh St., NW Suite 1000 | Washington, DC 20004

Tel: 202-637-2303 | Fax: 202-637-2201 | http://www.lw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.