# EXHIBIT 5 PLACEHOLDER