# EXHIBIT 7 PLACEHOLDER