## **CERTIFICATE OF SERVICE**

I, Emily L. Pincow, do hereby certify that on April 10, 2020 I caused a copy of the foregoing sealed version of Plaintiff Apple Inc.'s Supplemental Brief in Further Support of Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee and accompanying sealed Exhibits A–N  to be served via email upon:

| | |
|---|---|
| S. Jonathan Vine<br>Justin B. Levine<br>Lizza C. Constantine<br>COLE, SCOTT & KISSANE, P.A.<br>Esperante Building<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, Florida 33401<br>jonathan.vine@csklegal.com<br>justin.levine@csklegal.com<br>lizza.constantine@csklegal.com | David L. Hecht<br>Minyao Wang<br>Maxim Price<br>HECHT PARTNERS LLP<br>20 West 23rd St. Fifth Floor<br>New York, NY 10010<br>dhecht@hechtparntersllp.com<br>mwang@hechtpartnersllp.com<br>mprice@hechtpartnersllp.com |
| Michael Alexander Boehringer<br>COLE, SCOTT & KISSANE, P.A.<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, FL 33401<br>michael.boehringer@csklegal.com | |

                                                  *s/ Emily L. Pincow*
                                                  Emily L. Pincow