# EXHIBIT N

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**DECLARATION OF JESSICA STEBBINS BINA
IN SUPPORT OF PLAINTIFF APPLE INC.'S SUPPLEMENTAL BRIEF IN FURTHER
SUPPORT OF MOTION FOR PROTECTIVE ORDER BARRING
DEPOSITION OF PLAINTIFF'S APEX EMPLOYEE**

1. My name is Jessica Stebbins Bina. I am over the age of 18. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am a partner at Latham & Watkins LLP and counsel for Apple Inc. ("Apple") in this matter.

3. On March 23, 2020, Defendant Corellium, LLC ("Corellium") took the deposition of Jason Shirk, who is an Engineering Program Manager responsible for the Apple Security Bounty and general outreach to the global security research community. I represented Apple and defended Mr. Shirk during this deposition. Of note, Mr. Shirk was employed by Apple at the time but has since left the company.

4. As of this filing, the parties have only received a rough transcript of Mr. Shirk's

1

deposition, which we cannot submit to the Court because the utilization of the rough transcript is limited: "We further agree not to share, give, copy, scan, fax, or in any way distribute this rough draft in any form (written or computerized) to any party.  However, our own experts, co-counsel, and staff may have limited internal use of same, with the understanding that we agree to destroy our rough draft and/or any computerized form, if any, and replace it with the final transcript upon its completion."  Apple will submit the relevant portions of the final transcript as soon as possible once it is ready.

5. Based on my personal knowledge attending the deposition, and my review of the relevant portions of the rough transcript, Mr. Shirk gave the following testimony at his deposition:

   a. Mr. Shirk explained that he was an Engineering Program Manager responsible for the Apple Security Bounty and general outreach to the global security research community.

   b. Mr. Shirk provided testimony regarding the Apple Security Bounty program, the subject of Corellium's counterclaims.

   c. Mr. Shirk testified ███████████████████████████████████████████████████████████████████████████

   d. ███████████████████████████████████████████████████████████████

   e. ███████████████████████████████████████████████████████████████████████████████████████████████████

   f. ███████████████████████████████████████████████████████████████

6. On April 3, 2020, Corellium took the deposition of Sebastien Marineau-Mes, who is Vice President, Software at Apple. I represented Apple and defended Mr. Marineau during this deposition.

7. As of this filing, the parties have only received a rough transcript from of Mr. Marineau's deposition, which we cannot submit to the Court because the utilization of the rough transcript is limited: "Due to the need for the reporter to correct entries prior to certification, it is agreed this draft will be used solely for the purpose of augmenting counsel's notes and not for use, including citation, in any court proceeding or distribution to any of party(s)" and "When prepared as a rough draft transcript, the transcript of the deposition may not be certified and may not be used, cited, or transcribed as the certified transcript of the deposition proceedings. The rough draft transcript may not be cited or used in any way or at any time to rebut or contradict the certified transcript of deposition proceedings as provided by the deposition officer." Apple will submit the relevant portions of the final transcript as soon as possible once it is ready.

8. Based on my personal knowledge attending the deposition, and my review of the relevant portions of the rough transcript, Mr. Marineau gave the following testimony at his deposition:

    a. Mr. Marineau's title at Apple is Vice President, Software, and he reports directly to Mr. Federighi.

    b. Mr. Marineau testified ███████████████████████

    c. ███████████████████████

3

d. ███

e. ███

f. ███

g. ███

h. ███

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2020
in Culver City, CA

_____
Jessica Stebbins Bina

4