UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL SUPPLEMENTAL EXHIBIT O TO SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF MOTION FOR PROTECTIVE ORDER BARRING
DEPOSITION OF PLAINTIFF'S APEX EMPLOYEE**

Plaintiff, Apple Inc. ("Apple"), by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of the entirety of supplemental Exhibit O to its Supplemental Brief in Further Support of Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee.  In support of this request, Apple states as follows:

       1.      On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 ("Protective Order").  The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order."  Protective Order ¶ 15(b).

2. On April 3, 2020, Corellium took the deposition of Sebastien Marineau-Mes, Vice President, Software at Apple. The deposition transcript was provisionally designated "Confidential – Attorneys' Eyes Only" ("AEO") pursuant to the Protective Order, pending further review. Under the Protective Order, neither party may publicly file any portion of the transcript absent the other party's consent, until the time for review has lapsed.

3. On April 10, 2020, Apple filed its Supplemental Brief in Further Support of Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee ("Supplemental Brief") and its Declaration of Jessica Stebbins Bina in Support of Plaintiff Apple Inc.'s Supplemental Brief in Further Support of Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee ("Bina Declaration").

4. The Bina Declaration specifically provided that Apple would submit the relevant portions of the final transcript as soon as possible once it is ready.

5. Supplemental Exhibit O to the Supplemental Brief is excerpts from the transcript of the deposition of Sebastien Marineau-Mes, which is currently designated as AEO in its entirety, pursuant to the Protective Order's requirements for provisional designation pending review.

6. Consistent with the Protective Order (ECF No. 50), and the Court's prior order sealing the exhibits filed in support of Apple's Supplemental Brief (ECF No. 314), Apple moves to file under seal supplemental Exhibit O to its Supplemental Brief, which contains information that Apple has designated AEO and which the Court has previously ordered sealed.

**WHEREFORE** Apple respectfully requests that, unless and until Apple's designations are changed or rejected, the entirety of the following document should remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or

required by law:

    a. Supplemental Exhibit O to Apple's Supplemental Brief in Further Support of Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on April 9, 2020, regarding the relief sought herein (*i.e.*, the filing of exhibits to the Supplemental Brief under seal), and Defendant does not oppose. Given that this is a supplemental filing, counsel contacted Defendant by email at approximately 8:45 p.m. on Friday, April 10, 2020. Counsel has not heard back from Defendant; thus, while counsel believes that Defendant does not oppose sealing of Supplemental Exhibit O based on Defendant's prior representations that it did not oppose sealing of any exhibits that were Confidential under the Protective Order, counsel cannot at the present time certify Defendant's non-opposition.

Dated: April 10, 2020

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*\*Admitted pro hac vice*

Respectfully Submitted,

*/s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

4