# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

## PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s ("Apple") Motion to File Under Seal Supplemental Exhibit O to its Supplemental Brief in Further Support of Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee ("Motion"). Being fully advised in the premises, and noting that Apple is only moving to seal an exhibit, it is

**ORDERED AND ADJUDGED** that Apple's Motion is hereby **GRANTED**. Apple is given leave to file Exhibit O to its Supplemental Brief in Further Support of Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this __ day of April, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**