UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING DEFENDENT CORELLIUM, LLC'S *UNOPPOSED* MOTION TO FILE EXHIBITS 9 AND 10 OF CORELLIUM'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS RESPONSE IN OPPOSITION TO APPLE'S MOTION FOR PROTECTIVE ORDER BARRING DEPOSITION OF PLAINTIFF'S APEX EMPLOYEE AS NOTED IN FOOTNOTE 16 UNDER SEAL**

THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), Motion to File under seal Exhibits 9 and 10 of its Supplemental Briefing in Support of its Response in Opposition to Apple's Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee [D.E. 326] ("Motion"). The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

**DONE AND ORDERED** this ___ day of April, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

 

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE