UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**NOTICE OF FILING SUPPLEMENTAL EXHIBITS 9 & 10**

Defendant, Corellium, LLC, respectfully submits supplemental Exhibits 9 and 10 to its Supplemental Brief in Further Support of Corellium's Response in Opposition to Plaintiff's Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee [D.E. 317] ("Supplemental Brief").

1. At the time Corellium filed its Supplemental Brief, the final transcript of witness Sebastien Marineau-Mes and Jon Andrews were not yet available, as noted in footnote 16 of the Supplemental Brief. Both transcripts are now available and Corellium provides excerpts of those depositions in support of its Supplemental Brief. Accordingly, Corellium submits supplemental Exhibit 9—excerpts of Sebastien Marineau-Mes's deposition and Exhibit 10—excerpts of Jon Andrew's deposition.

2. The depositions taken of Apple's employees are suggestive of coaching to provide a view of minimal appearance of knowledge by Mr. Federighi to the extent that Mr. Marineau-Mes provided unsolicited information by stating that certain information could be provided by Jon Andrews or Ivan Krstic. Absent specific coaching in this issue, it is unlikely a lay person would make those unsolicited statements. It is also worth noting that Mr. Federighi is Mr. Marineau-Mes's direct supervisor.

3. The deposition of Chris Wade has not yet taken place. Mr. Wade's deposition is imperative to show the involvement of Mr. Federighi. Mr. Wade's deposition will take place on Monday April 13, 2020.

Dated: April 11, 2020                                Respectfully submitted,

                                           COLE, SCOTT & KISSANE, P.A.
                                           *Counsel for Defendant CORELLIUM, LLC*
                                           Esperante Building
                                           222 Lakeview Avenue, Suite 120
                                           West Palm Beach, Florida 33401
                                           Telephone (561) 612-3459
                                           Facsimile (561) 683-8977
                                           Primary e-mail: justin.levine@csklegal.com
                                           Secondary e-mail: lizza.constantine@csklegal.com

By:   *s/ Lizza C. Constantine*
                                             JONATHAN VINE
                                             Florida Bar. No.: 10966
                                             JUSTIN B. LEVINE
                                             Florida Bar No.:  106463
                                             LIZZA C. CONSTANTINE
                                             Florida Bar No.:  1002945

                                                       *and*

                                           HECHT PARTNERS LLP
                                           *Counsel for Defendant*
                                           20 West 23rd St. Fifth Floor
                                           New York, NY 10010
                                           Telephone (212) 851-6821
                                           David Hecht, *Pro hac vice*
                                           E-mail: dhecht@hechtpartnersllp.com
                                           Maxim Price, *Pro hac vice*
                                           E-mail: mprice@hechtpartnersllp.com
                                           Minyao Wang, *Pro hac vice*
                                           E-mail: mwang@hechtpartnersllp.com

                                                   **SERVICE LIST**

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com

LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000 San
Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

Marc R. Lewis (*pro hac vice pending*)
mlewis@lewisllewellyn.com
LEWIS AND LLEWELLYN LLP
601 Montgomery St., Ste. 2000
San Francisco, CA 94111

*Attorneys for Plaintiff, Apple Inc.*