## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

### PLAINTIFF APPLE INC.'S RESPONSE TO DEFENDANT CORELLIUM, LLC'S NOTICE OF FILING SUPPLEMENTAL EXHIBITS 9 & 10

Plaintiff Apple Inc. is again compelled to submit a short statement to correct the record, in response to Defendant Corellium, LLC's submission today of its Notice of Filing Supplemental Exhibits 9 & 10 (ECF No. 328). Corellium's Notice should have simply been a form notice submitting supplemental exhibits (as Apple's was). Instead, Corellium accuses Apple and its counsel—with no evidence whatsoever—of coaching witnesses in their depositions. This is false and Apple and its counsel categorically deny it. As each Apple witness has testified, his testimony is his own truthful testimony. The Court should disregard Corellium's baseless and inappropriate statement.

| | |
|---|---|
| Dated: April 11, 2020 | Respectfully Submitted, |
| | *s/ Emily L. Pincow* |
| Sarang Vijay Damle* | |
| *sy.damle@lw.com* | Martin B. Goldberg |
| Elana Nightingale Dawson* | Florida Bar No. 0827029 |
| *elana.nightingaledawson@lw.com* | *mgoldberg@lashgoldberg.com* |
| LATHAM & WATKINS LLP | *rdiaz@lashgoldberg.com* |
| 555 Eleventh Street NW, Suite 1000 | Emily L. Pincow |
| Washington, DC 20004 | Florida Bar. No. 1010370 |
| (202) 637-2200 / (202) 637-2201 Fax | *epincow@lashgoldberg.com* |
| | LASH & GOLDBERG LLP |
| Andrew M. Gass* | 100 Southeast Second Street |
| *andrew.gass@lw.com* | Miami, FL  33131 |
| LATHAM & WATKINS LLP | (305) 347-4040 / (305) 347-4050 Fax |
| 505 Montgomery Street, Suite 2000 | |
| San Francisco, CA 94111 | |
| (415) 391-0600 / (415) 395-8095 Fax | |

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.