**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-81160-CIV-SMITH**

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

_____/

**ORDER GRANTING MOTION TO WITHDRAW**

      This matter is before the Court on Kathryn Ruemmler's Motion to Withdraw as Counsel for Plaintiff, Apple Inc. [DE 315].  It is

      **ORDERED** that:

      1.  The Motion [DE 315] is **GRANTED**.

      2.  Kathryn Ruemmler is relieved of all further responsibilities in this action and shall be removed from the case docket.

      3.  All papers shall be served on Plaintiff c/o Martin B. Goldberg, Lash & Goldberg LLP, 100 Southeast Second Street, Miami, FL 33131; mgoldberg@lashgoldberg.com.

      **DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of April 2020.

_____

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: All counsel of record