UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

### ORDER GRANTING MOTION TO WITHDRAW

This matter is before the Court on Gavin C. Gaukroger's and the law firm of Berger Singerman LLP's Motion to Withdraw as Counsel for Defendant, Corellium, LLC [DE 304]. It is

**ORDERED** that:

1. The Motion [DE 304] is **GRANTED**.

2. Gavin C. Gaukroger and the law firm of Berger Singerman LLP are relieved of all further responsibilities in this action.

3. The Clerk shall remove Gavin C. Gaukroger and the law firm of Berger Singerman LLP from the case docket and they shall no longer receive Notices of Electronic Filing for this case.

4. Corellium, LLC will continue to be represented by Cole Scott & Kissane, P.A., and Hecht Partners LLP.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of April 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE