**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

APPLE, INC.,

      Plaintiff,

      v.

CORELLIUM, LLC

      Defendants.

Civil Action No. 19-cv-81160

<u>Jury Trial Demanded</u>

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
<u>**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**</u>

      In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Conor B. McDonough of the law firm of Hecht Partners LLP, 20 West 23rd Street Fifth Floor, New York, NY 10010, tel: (212) 851-6821, for purposes of appearance as co-counsel on behalf of Defendant, Corellium, LLC, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Conor B. McDonough to receive electronic filings in this case, and in support thereof states as follows:

      1.      Conor B. McDonough is not admitted to practice in the Southern District of Florida. He is a member in good standing of the Bar of the States of New York, bar number 4811949; and Massachusetts, Bar number 704140.

      2.      Movant, Justin Levine, Esquire, of the law firm of Cole, Scott & Kissane, P.A., 222 Lakeview Avenue, Suite 120 West Palm Beach, Florida 33401, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is

authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Conor B. McDonough has made payment of this Court's $75 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Conor B. McDonough, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Conor B. McDonough at email address: cmcdonough@hechtpartners.com

**WHEREFORE**, Justin Levine, moves this Court to enter an Order for Conor B. McDonough to appear before this Court on behalf of Defendant Corellium, LLC,., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Conor B. McDonough.

Date: April 17, 2020                             Respectfully submitted,

                              /s/ *Justin B. Levine*
                              Justin Levine
                              Florida Bar ID # 106463
                              justin.levine@csklegal.com
                              Cole, Scott & Kissane, P.A.
                              222 Lakeview Avenue, Suite 120
                              West Palm Beach, Florida 33401
                              Tel: 561-383-9222

                              *Attorney for Defendant Corellium, LLC*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APPLE, INC.,

     Plaintiff,

     v.

CORELLIUM, LLC

     Defendants.

Civil Action No. 19-cv-81160

<u>Jury Trial Demanded</u>

## <u>CERTIFICATION OF CONOR B. MCDONOUGH</u>

Conor B. McDonough, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bars of the State of New York and Massachusetts; and (3) I have not filed three or more motions for *pro hac vice* admission in the District within the last 365 days.

Conor B. McDonough

## CERTIFICATE OF SERVICE

I hereby certify that on this April 17, 2020, a copy of the forgoing was filed electronically.

Notice of this filing will be sent by email to all parties by operation of the Court's Electronic Filing

System. Parties may access this filing through the Court's CM/ECF system.

/s/ *Justin B. Levine*
Justin B. Levine