**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

   v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL
PORTIONS OF APPLE INC.'S MOTION TO COMPEL
DEFENDANT CORELLIUM, LLC TO PRODUCE DOCUMENTS AND TO ALLOW A
90-MINUTE CONTINUANCE OF THE DEPOSITION OF
CHRISTOPHER WADE AND EXHIBITS ATTACHED THERETO
AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple Inc.'s Motion to Compel Defendant Corellium, LLC to Produce Documents and to Allow a 90-Minute Continuance of the Deposition of Christopher Wade (the "Motion to Compel"), as well as portions of Exhibits F and G attached thereto, and Exhibits C, E, and H attached thereto, in their entirety. In support of this request, Apple states as follows:

1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal

with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. On April 13, 2020, Apple took the deposition of Christopher Wade. Pursuant to the Protective Order, Mr. Wade's deposition is provisionally designated as "Confidential – Attorneys' Eyes Only" ("AEO"). Exhibit C to the Motion to Compel contains excerpts of the transcript of Mr. Wade's April 13, 2020 deposition.

3. Exhibit E to the Motion to Compel is a copy of Exhibit 17 to Mr. Wade's April 13, 2020 deposition. Apple has designated Exhibit 17 as Confidential pursuant to the Protective Order.

4. Exhibit F to the Motion to Compel contains two documents produced by Corellium in this action with Bates numbers Correllium-001933 and Correllium-014709. Corellium has designated Correllium-014709 as AEO.

5. Exhibit G to the Motion to Compel contains excerpts of the transcript of the February 12, 2020 discovery hearing in this action. During the hearing, the Court ordered portions of the transcript sealed.

6. Exhibit H to the Motion to Compel is a document produced by Apple in this action with Bates number APL-CORELLIUM_00004171, which Apple has designated as Confidential pursuant to the Protective Order.

7. Apple's Motion to Compel Defendant Corellium, LLC to Produce Documents and to Allow a 90-Minute Continuance of the Deposition of Christopher Wade refers to and quotes portions of Mr. Wade's deposition as well as material contained in Exhibits E, F, G, and H.

8. Consistent with the Protective Order and the parties' standing designations, Apple moves to file under seal the portions of its Motion to Compel Exhibits C, E, F, G, and H, as well as the entirety of Exhibits C, E, and H, and portions of Exhibits F and G.

3

**WHEREFORE** Apple respectfully requests that, unless and until Apple's or Corellium's designations are changed or rejected, the following documents should remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

    a. Portions of Apple's Motion to Compel Defendant Corellium, LLC to Produce Documents and to Allow a 90-Minute Continuance of the Deposition of Christopher Wade;

    b. Portions of Exhibits F and G to Apple's Motion to Compel;

    c. Exhibits C, E, and H to Apple's Motion to Compel.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on April 20, 2020, regarding the relief sought herein.  Defendant does not oppose.

<table>
<tr><td>

Dated: April 20, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

</td><td>

Respectfully Submitted,


*s/ Emily L. Pincow*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

</td></tr>
</table>

*Attorneys for Plaintiff* APPLE INC.