UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

## PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to File Under Seal Portions of Apple Inc.'s Motion to Compel Defendant Corellium, LLC to Produce Documents and to Allow a 90-Minute Continuance of the Deposition of Christopher Wade and Exhibits Attached Thereto ("Motion"). Being fully advised in the premises and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Apple is given leave to file under seal portions of its Motion and Exhibits F and G attached thereto, as well as Exhibits C, E, and H to the Motion, in their entirety. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this ___ of April, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                        _____
                                        **WILLIAM MATTHEWMAN**
                                        **UNITED STATES MAGISTRATE JUDGE**