**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

   v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO COMPEL
DEFENDANT CORELLIUM, LLC TO PRODUCE
DOCUMENTS AND TO ALLOW A 90-MINUTE CONTINUANCE OF THE
DEPOSITION OF CHRISTOPHER WADE
AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Apple Inc. respectfully moves the Court for an order compelling Defendant Corellium, LLC (1) to produce documents that corroborate or refute its co-founder Christopher Wade's claim ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, (2) to produce all documents responsive to Apple's Request for Production No. 20, and (3) to provide Mr. Wade for a limited, 90-minute continuance of his deposition on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

## I.    RELEVANT BACKGROUND

On October 9, 2019, Apple propounded Request No. 20 seeking "[a]ll Documents and Communications relating to Your obtaining any of Apple's products, including but not limited to Your acquisition of one or more dev-fused iPhones." Ex. A at 12. "Your," in turn, was defined to include "Corellium, LLC . . . including any agents or Person acting on their behalf or under their control." *Id.* at 2. "Dev-fused iPhones" are highly confidential versions of Apple's iPhones that are not sold to the public and lack certain security restrictions, and are intended for Apple's internal testing and development purposes only.[1]  *Id.*  Corellium agreed to produce "all non-privileged responsive documents relating to obtaining Apple's products that were used for development/testing which include the purchase of iPhones, Mac laptops and a Mac Mini."  Ex. B at 11.  Corellium further affirmatively stated, "[t]o be clear, Corellium *did not acquire a dev-fused iPhone* and does not have any responsive documents to that portion of the request."[2]  *Id.*

Last week Apple deposed Corellium's co-founder and Chief Technology Officer, Christopher Wade.  Apple's counsel ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Mr. Wade explained ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. C at 75:5–10.  He likewise testified ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[1] As one technology journalist has put it, dev-fused iPhones "are essentially phones that have not finished the production process, or have been reverted to a development state.  In other words, they are pre-jailbroken devices," which one hacker described as "kind of the golden egg to a jailbreaker." Ex. D at 2–3 (Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research Apple's Most Sensitive Code*, Vice (Mar. 6, 2019), https://www.vice.com/en_us/article/gyakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-research-apple-zero-days).

[2] All emphasis in quotes added unless otherwise indicated.

1

██████ *Id.* 162:15–20. Mr. Wade ██████

██████. *Id.* at 148:1–6. He went on to state that, ██████

██████ *Id.* at 148:8–15. He further testified that, ██████

██████ *Id.* at 162:24–163:5, 164:2–23. He ██████

██████ *Id.* at 263:15–264:18. And Mr. Wade testified that ██████

██████ *Id.* at 170:6–172:21; ██████.[3]

After ██████

██████ Ex. C at 272:23-273:1; Ex. E; Ex. F. Apple's counsel ██████.[4] Mr. Wade ██████

██████. Ex. C at 273:9–275:7. Mindful of the Court's ██████ Ex. G at 310:11–12, 311:13–18, counsel did ██████

After the deposition, Apple followed up with Corellium explaining the problems caused by ██████ Apple explained that, because Corellium has

---

[3] Mr. Wade testified ██████

[4] While the records of Mr. Wade' ██████

██████████████████████████████████████████████████████████████████████

██████████████████████████  Apple thus requested evidence regarding ████████████

████████████████████████████████████████████████. Apple explained that additional evidence is particularly important because: ████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████  *See* Ex. F.

The parties have met and conferred on this issue. Corellium disputes that it has any obligation to provide further information and disputes that ████████████

████████████████████████████████████████████████

████████████████████████████  Neither Mr. Wade nor Corellium has provided any corroborating information, leaving this dispute unresolved. In light of the close of fact discovery and the parties' inability to resolve this dispute to date, Apple moves to compel the production of all documents responsive to Request No. 20, ████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

## II.   ARGUMENT

Throughout discovery, Corellium has frequently declared its positions on disputed factual issues, expecting Apple to simply accept them as "gospel" without evidence, and without the ability to test their veracity. Ex. G at 114:4–5. As the Court has recognized, that is "not the way it works." *Id.* at 114:9. Apple is entitled to test ████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

All Apple has is ████████████

████████████████████████████████████████████████

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Apple should not have to accept as gospel Mr. Wade's claim t▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ First, ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Ex. C at 148:1–15, 162:24–163:5, 164:2–23. Second, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *Compare* ECF No. 64 (Counterclaims) ¶ 27(a), *with* Ex. H (email from cmw@cmw.me about one of the bugs at issue in Corellium's counterclaims, persona race condition). Third, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *Compare* Ex. C at 271:18–20; 272:23–273:1 (▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *with* Ex. F (showing address Corellium used in Nov. 2018).

Apple had hoped ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ But the opposite happened: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Given Mr. Wade's ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

**WHEREFORE**, for the reasons set forth above, Apple respectfully requests that this Court grant this Motion to Compel and (1) order Defendant Corellium, LLC to produce documents that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓; (2) order Defendant Corellium, LLC to produce all documents responsive to Apple's Request for Production No. 20; and (3) grant a limited, 90-minute continuance of Mr. Wade's deposition ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

**I HEREBY CERTIFY**, pursuant to Local Rule 7.1(a)(3)(A), that counsel for the movant conferred with all parties or non-parties who may be affected by the relief sought in this Motion in a good faith effort to resolve the issues via email and by telephone on April 17–20, 2020. Despite these efforts, the parties have been unable to resolve the issues described herein.

| | |
|---|---|
| Dated: April 20, 2020 | Respectfully Submitted,<br><br>*s/ Martin B. Goldberg* |
| Michele D. Johnson*<br>*michele.johnson@lw.com*<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>(714) 540-1235 / (714) 755-8290 Fax | Martin B. Goldberg<br>Florida Bar No. 0827029<br>*mgoldberg@lashgoldberg.com*<br>*rdiaz@lashgoldberg.com*<br>Emily L. Pincow<br>Florida Bar No. 1010370 |
| Sarang Vijay Damle*<br>*sy.damle@lw.com*<br>Elana Nightingale Dawson*<br>*elana.nightingaledawson@lw.com*<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004<br>(202) 637-2200 / (202) 637-2201 Fax | *epincow@lashgoldberg.com*<br>*gizquierdo@lashgoldberg.com*<br>LASH & GOLDBERG LLP<br>100 Southeast Second Street<br>Miami, FL  33131<br>(305) 347-4040 / (305) 347-4050 Fax |
| Andrew M. Gass*<br>*andrew.gass@lw.com*<br>Joseph R. Wetzel*<br>*joe.wetzel@lw.com*<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 391-0600 / (415) 395-8095 Fax | |
| Jessica Stebbins Bina*<br>*jessica.stebbinsbina@lw.com*<br>LATHAM & WATKINS LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>(424) 653-5500 / (424) 653-5501 Fax | |
| Gabriel S. Gross*<br>*gabe.gross@lw.com*<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>(650) 463-2628 / (650) 463-2600 Fax | |
| *Admitted pro hac vice | |

*Attorneys for Plaintiff* APPLE INC.