# EXHIBIT F

**From:** Amanda Gorton <amanda@corellium.com>
**To:** Vivian Tshabalala <vivian.g@rockdesign.com>
**Subject:** Re: Thank you for your interest in a reorder
**Date:** 2018-06-26 14:52:31 -0400
**Importance:** Normal

---

Hi Vivian,

Ground shipping will be perfect for us this time.

Just a slight correction – it looks like you may have accidentally copied the old address, just want to confirm they'll go to our Florida office rather than the California location:
Amanda Gorton
16 E Ocean Ave
Ocean Ridge, FL 33435
United States
8167283352

The Ground option is still good for that though :)

Thanks very much!
Amanda

---

**From:** Vivian Tshabalala <vivian.g@rockdesign.com>
**Date:** Tuesday, June 26, 2018 at 14:38
**To:** Amanda Gorton <amanda@corellium.com>
**Subject:** Re: Thank you for your interest in a reorder

Hello Amanda;

Thank you for providing us with your shipping address; please select a shipping method from the options below.

Shipping 100 cards (2 sets of 50) to:

Amanda Gorton
2825 Sand Hill Rd.
Menlo Park, California 94025
United States
8167283352

- FedEx Ground (3-5 business days): Free* for orders over $199 USD (*paid for within the month of promotion)
- FedEx Economy (2 business days): $55.98
- FedEx Priority (1 business day): $94.13

Order Details:

Paper/Material: Stainless Steel w/ Anodized Black

Thickness: 0.5mm

Size: 3.5 x 2

Finishings 1st Side: laser engraving

Finishings 2nd Side: laser engraving

Additional: n/a

Qty: 50 Sets: 2

**SALE 5% OFF**
DISCOUNTED TOTAL

$ 456.00 USD

REGULAR PRICE
~~$ 480.00 USD~~

We look forward to hearing from you.

Best,

Vivian Tshabalala
Design Coordinator

We are open from Monday - Friday 9am - 4pm Pacific Time.
How do you find our service? Please help us improve by filling out a 2 minute survey here.

**Please note that RockDesign will be closed on Monday, July 2nd for Canada Day.** We will reopen with regular business hours on Tuesday, July 3rd. For the purposes of production time, July 2nd is not considered a business day.

RockDesign
Quality offset printing + design company
www.rockdesign.com

The contents of this communication, including any attachment(s), are confidential and may be privileged. If you are not the intended recipient (or are not receiving this communication on behalf of the intended recipient), please notify the sender immediately and delete or destroy this communication without reading it, and without making, forwarding, or retaining any copy or record of it or its contents. Thank you. NOTE: We have taken precautions against viruses, but take no responsibility for loss or damage caused by any virus present.

On Tue, Jun 26, 2018 at 10:41 AM, Amanda Gorton <amanda@corellium.com> wrote:

Hi Vivian,

Thank you! For this order, the shipping address will be:

Amanda Gorton
16 E Ocean Ave
Ocean Ridge, FL 33435
United States
8167283352

Best regards,
Amanda

---

**From:** Vivian Tshabalala <vivian.g@rockdesign.com>
**Date:** Tuesday, June 26, 2018 at 13:37
**To:** Amanda Gorton <amanda@corellium.com>
**Subject:** Re: Thank you for your interest in a reorder

Hello Amanda;

Thank you for contacting RockDesign regarding your reorder. I am happy to assist you moving forward.
Please let us know which shipping address you would like to use for this order, so that we can provide you with accurate shipping rates

Paper/Material: Stainless Steel w/ Anodized Black

Thickness: 0.5mm

Size: 3.5 x 2

Finishings 1st Side: laser engraving

Finishings 2nd Side: laser engraving

Additional: n/a

Qty: 50 Sets: 2

**SALE 5% OFF**
DISCOUNTED TOTAL

# $ 456.00 USD

**REGULAR PRICE**
~~$ 480.00 USD~~

According to our records, we have your billing/shipping address as (please confirm):

Amanda Gorton
2825 Sand Hill Rd.
Menlo Park, California 94025
United States
8167283352

Correllium-001934

We look forward to hearing from you.

Best,

Vivian Tshabalala
Design Coordinator

We are open from Monday - Friday 9am - 4pm Pacific Time.
How do you find our service? Please help us improve by filling out a 2 minute survey here.

**Please note that RockDesign will be closed on Monday, July 2nd for Canada Day.** We will reopen with regular business hours on Tuesday, July 3rd. For the purposes of production time, July 2nd is not considered a business day.

RockDesign
Quality offset printing + design company
www.rockdesign.com

The contents of this communication, including any attachment(s), are confidential and may be privileged. If you are not the intended recipient (or are not receiving this communication on behalf of the intended recipient), please notify the sender immediately and delete or destroy this communication without reading it, and without making, forwarding, or retaining any copy or record of it or its contents. Thank you. NOTE: We have taken precautions against viruses, but take no responsibility for loss or damage caused by any virus present.

On Tue, Jun 26, 2018 at 8:33 AM, Amanda Gorton <amanda@corellium.com> wrote:

> Hi Vivian,
>
> I hope you are having a great week!
>
> I would love to place a re-order for the two sets of cards in the proof I've attached here, one set for Chris Wade and the other set for myself.
>
> Could you please quote us for a set of 50 of each?
>
> Thank you so much, and best regards,
> Amanda
>
> ---
>
> **From:** Vivian Tshabalala <vivian.g@rockdesign.com>
> **Sent:** Thursday, April 5, 2018 1:41:37 PM
> **To:** Amanda Gorton
> **Subject:** Re: Thank you for your interest in a reorder
>
> Hi Amanda;
>
> Thank you for approving your proof!
>
> Our Orders Department will facilitate moving your order into Production and will be your contact point for status updates. Please keep in mind that our estimated production time does not include weekends or holidays.
> Once your order has been shipped - you will receive a tracking number from our Shipping Department.
>
> Thanks again for choosing RockDesign.com; we look forward to creating your order.
>
> Best,
>
> Vivian Tshabalala
> Design Coordinator
>
> Please note that RockDesign was closed on Friday, March 30 for Good Friday. We reopened with regular business hours on Monday, April 2nd. For the purposes of production time, March 30th is not considered a business day.
>
> Please note that Vivian will be away from the office from April 13 - 20. During this time, all email correspondence will be managed by an Associate Design Coordinator.
>
> We are open from Monday - Friday 9am - 4pm Pacific Time.
> How do you find our service? Please help us improve by filling out a 2 minute survey here.
>
> RockDesign
> Quality offset printing + design company
> www.rockdesign.com
>
> The contents of this communication, including any attachment(s), are confidential and may be privileged. If you are not the intended recipient (or are not receiving this communication on behalf

Correllium-001935

of the intended recipient), please notify the sender immediately and delete or destroy this communication without reading it, and without making, forwarding, or retaining any copy or record of it or its contents. Thank you. NOTE: We have taken precautions against viruses, but take no responsibility for loss or damage caused by any virus present.

On Thu, Apr 5, 2018 at 10:25 AM, Amanda Gorton <amanda@corellium.com> wrote:

> Hi Vivian,
>
> Thanks so much! This looks perfect. I've attached a signed copy of the proof here.
>
> Best regards,
>
> Amanda
>
> **From:** Vivian Tshabalala <vivian.g@rockdesign.com>
> **Date:** Thursday, April 5, 2018 at 12:43
> **To:** Amanda Gorton <amanda@corellium.com>
> **Subject:** Re: Thank you for your interest in a reorder
>
> Hello Amanda;
>
> Thank you for your order. Your payment has been processed. Moving forward, please take a moment to review the official PDF proof (attached below) to ensure that your order specifications are correct - including design, quantity, and shipping address; RockDesign will not be responsible for errors after the client has approved the proof.
>
> If all looks acceptable, please acknowledge such by signing the proof (you will notice there is a place for your signature on the last page of the PDF), either digitally or manually, and send it back to us. Once we have received your signed confirmation, production of your cards will begin.
>
> Best,
>
> Vivian Tshabalala
> Design Coordinator
>
> Please note that RockDesign was closed on Friday, March 30 for Good Friday.  We reopened with regular business hours on Monday, April 2nd.  For the purposes of production time,  March 30th is not considered a business day.
>
> Please note that Vivian will be away from the office from April 13 - 20. During this time, all email correspondence will be managed by an Associate Design Coordinator.
>
> We are open from Monday - Friday 9am - 4pm Pacific Time.
>
> How do you find our service? Please help us improve by filling out a 2 minute survey here.
>
> RockDesign
>
> Quality offset printing + design company
>
> www.rockdesign.com
>
> The contents of this communication, including any attachment(s), are confidential and may be privileged. If you are not the intended recipient (or are not receiving this communication on behalf of the intended recipient), please notify the sender immediately and delete or destroy this communication without reading it, and without making, forwarding, or retaining any copy or record of it or its contents. Thank you. NOTE: We have taken precautions against viruses, but take no responsibility for loss or damage caused by any virus present.

Correllium-001936

On Wed, Apr 4, 2018 at 11:44 AM, Vivian Tshabalala <vivian.g@rockdesign.com> wrote:

Hello Amanda;

Thank you for selecting your preferred shipping method. Moving forward with your order, you will receive a payment link directly from PayPal. Please check your spam/junk mail as it may have been filed there by mistake.

- Note: An existing PayPal account is not required for this transaction; when prompted you may enter your credit card details.

Once we have processed your payment, an official Sales Receipt will be sent to you to confirm your payment. You will then receive an email with a final PDF proof for approval prior to Production.

Order Details:

Paper/Material: Stainless Steel w/ Anodized Black

Thickness: 0.5mm

Size: 3.5 x 2

Finishings 1st Side: laser engraving

Finishings 2nd Side: laser engraving

Additional: n/a

Qty: 25 Sets:3

SALE 5% OFF

DISCOUNTED TOTAL

$ 262.20 USD

REGULAR PRICE

$ 276.00 USD

Shipping:

Nikias Bassen
Bramweg 29A
22589 Hamburg
Germany

- FedEx Economy (3 business days): $73.68
- Rob Turner

8425 Summerdale Road Unit A
San Diego, CA, 92126

- FedEx Ground (3-6 business days): $29.48

Alex Hude
50 Golden Ave
Bonbeach, VIC
3196 Australia

- FedEx Economy (6 business days): $97.26

Order total: $462.62

Correllium-001937

Vivian Tshabalala
Design Coordinator

Please note that RockDesign was closed on Friday, March 30 for Good Friday.  We reopened with regular business hours on Monday, April 2nd.  For the purposes of production time,  March 30th is not considered a business day.

Please note that Vivian will be away from the office from April 13 - 20. During this time, all email correspondence will be managed by an Associate Design Coordinator.

We are open from Monday - Friday 9am - 4pm Pacific Time.

How do you find our service? Please help us improve by filling out a 2 minute survey here.

RockDesign

Quality offset printing + design company

www.rockdesign.com

The contents of this communication, including any attachment(s), are confidential and may be privileged. If you are not the intended recipient (or are not receiving this communication on behalf of the intended recipient), please notify the sender immediately and delete or destroy this communication without reading it, and without making, forwarding, or retaining any copy or record of it or its contents. Thank you. NOTE: We have taken precautions against viruses, but take no responsibility for loss or damage caused by any virus present.

On Wed, Apr 4, 2018 at 11:07 AM, Amanda Gorton <amanda@corellium.com> wrote:

> Hi Vivian,
>
> Understood -- let's do Fedex Economy for the international sets, and Ground for the US address.
>
> Thanks very much!
>
> Best regards,
> Amanda

On April 4, 2018 at 13:20:08, Vivian Tshabalala (vivian.g@rockdesign.com) wrote:

Hello Amanda;

Thank you for your email. Please note that FedEx Ground Shipping is not available for International shipping as it must travel by air to reach it's location. Please see the shipping rates for each individual set below:

Nikias Bassen
Bramweg 29A
22589 Hamburg
Germany

- FedEx Economy (3 business days): $73.68
- FedEx Priority (2 business days): $81.29

Rob Turner
8425 Summerdale Road Unit A
San Diego, CA, 92126

- FedEx Ground (3-6 business days): $29.48
- FedEx Economy (2 business days): $50.62
- FedEx Priority (1 business day): $81.64

-

Alex Hude

50 Golden Ave

Bonbeach, VIC

3196 Australia

Correllium-001938

- FedEx Economy (6 business days): $97.26
- FedEx Priority (4 business days): $107.23

Please let us know how you would like to proceed.

Best,

Vivian Tshabalala
Design Coordinator

Please note that RockDesign will be closed on Friday, March 30 for Good Friday.  We will reopen with regular business hours on Monday, April 2nd.  For the purposes of production time,  March 30th is not considered a business day.

Please note that Vivian will be away from the office from April 13 - 20. During this time, all email correspondence will be managed by an Associate Design Coordinator.

We are open from Monday - Friday 9am - 4pm Pacific Time.

How do you find our service? Please help us improve by filling out a 2 minute survey here.

RockDesign

Quality offset printing + design company

www.rockdesign.com

The contents of this communication, including any attachment(s), are confidential and may be privileged. If you are not the intended recipient (or are not receiving this communication on behalf of the intended recipient), please notify the sender immediately and delete or destroy this communication without reading it, and without making, forwarding, or retaining any copy or record of it or its contents. Thank you. NOTE: We have taken precautions against viruses, but take no responsibility for loss or damage caused by any virus present.

On Tue, Apr 3, 2018 at 11:40 AM, Amanda Gorton <amanda@corellium.com> wrote:

> Hi Vivian,
>
> I hope you had a lovely Easter weekend! Thanks so much for getting back to us so quickly!
>
> All of the information for the sets looks perfect. For shipping, I was wondering if you might be able to ship these sets directly to each individual? If so, here is the shipping information for each employee:
>
> Nikias Bassen
>
> Bramweg 29A
>
> 22589 Hamburg
>
> Germany
>
>
> Rob Turner
>
> 8425 Summerdale Road Unit A
>
> San Diego, CA, 92126
>
>
> Alex Hude
>
> 50 Golden Ave
>
> Bonbeach, VIC
>
> 3196 Australia

Correllium-001939

We could do Ground for each of them.

If you're not able to ship the sets to each individual, you can ship them to me at this address:

Amanda Gorton

16 E Ocean Ave

Ocean Ridge, FL 33435

United States

8167283352


Sincerest regards,

Amanda

---

**From:** Vivian Tshabalala <vivian.g@rockdesign.com>
**Date:** Monday, April 2, 2018 at 14:31
**To:** Amanda Gorton <amanda@corellium.com>
**Subject:** Re: Thank you for your interest in a reorder


Hello Amanda;

Thank you for your patience as RockDesign was closed for the long weekend. Please see your order details and shipping rates below:

**Set #1**

Nikias Bassen

VP Platform & Security

+49 152 53 57 15 86

nikias@corellium.com

corellium.com


**Set #2**

Alexander Hude

Principal Engineer

+61 4 2396 2212

alex@corellium.com

corellium.com


**Set #3**

Rob Turner

Principal Engineer

1-858-231-2478

rob@corellium.com

5BEE 361F 6074 1DA2 0A98
F335 DA4F 4B3B AD5B 33E8


Paper/Material: Stainless Steel w/ Anodized Black

Thickness: 0.5mm

Size: 3.5 x 2

Finishings 1st Side: laser engraving

Finishings 2nd Side: laser engraving

Additional: n/a

Qty: 25 Sets:3

**SALE 5% OFF**

DISCOUNTED TOTAL

**$ 262.20 USD**

REGULAR PRICE

~~$ 276.00 USD~~

According to our records, we have your billing/shipping address as (please confirm):

Amanda Gorton

2825 Sand Hill Rd.

Menlo Park, California 94025

United States

8167283352

Please select a shipping method from the options below:

- FedEx Ground (3-6 business days): $29.48
- FedEx Economy (2 business days): $50.62
- FedEx Priority (1 business day): $81.64

We look forward to hearing from you.

Best,

Vivian Tshabalala
Design Coordinator

Please note that RockDesign will be closed on Friday, March 30 for Good Friday.  We will reopen with regular business hours on Monday, April 2nd.  For the purposes of production time,  March 30th is not considered a business day.

Please note that Vivian will be away from the office from April 13 - 20. During this time, all email correspondence will be managed by an Associate Design Coordinator.

We are open from Monday - Friday 9am - 4pm Pacific Time.

How do you find our service? Please help us improve by filling out a 2 minute survey here.

RockDesign

Quality offset printing + design company

www.rockdesign.com

Correllium-001941

The contents of this communication, including any attachment(s), are confidential and may be privileged. If you are not the intended recipient (or are not receiving this communication on behalf of the intended recipient), please notify the sender immediately and delete or destroy this communication without reading it, and without making, forwarding, or retaining any copy or record of it or its contents. Thank you. NOTE: We have taken precautions against viruses, but take no responsibility for loss or damage caused by any virus present.

On Fri, Mar 30, 2018 at 5:52 AM, Amanda Gorton <amanda@corellium.com> wrote:

Hi Vivian!

I was wondering if I might be able to place another re-order based on the same proof for our new employees? We would do the same as before with 25 cards per set.

**Set #1**

Nikias Bassen

VP Platform & Security

+49 152 53 57 15 86

nikias@corellium.com

corellium.com

**Set #2**

Alexander Hude

Principal Engineer

+61 4 2396 2212

alex@corellium.com

corellium.com

**Set #3**

Rob Turner

Principal Engineer

1-858-231-2478

rob@corellium.com

5BEE 361F 6074 1DA2 0A98  F335 DA4F 4B3B AD5B 33E8

For the last set, the employee was wondering if we could put his "PGP key" on the card, which is that long series of numbers and letters. This could go in place of "corellium.com". Will this fit on the card? It could wrap to the next line, if that's an option. If it won't fit, it's not critical.

Thank you so much!

Best regards,

Amanda

---

**From:** Vivian Tshabalala <vivian.g@rockdesign.com>
**Date:** Thursday, February 15, 2018 at 14:02
**To:** Amanda Gorton <amanda@corellium.com>
**Subject:** Thank you for your interest in a reorder

Corellium-001942

Hello Amanda;

Thank you for contacting RockDesign regarding your reorder. I am happy to assist you moving forward.
I have attached your previous Design File below for reference.

Qty: 25

Sets: 2

Set #1

Stan Skowronek

Co-Founder

[408-338-9454](#)

[stan@corellium.com](#)

[corellium.com](#)

Set #2

David Wang

Co-Founder

[503-501-9000](#)

[david@corellium.com](#)
[corellium.com](#)

Paper/Material: Stainless Steel w/ Anodized Black

Thickness: 0.5mm

Size: 3.5 x 2

Finishings 1st Side: laser engraving

Finishings 2nd Side: laser engraving

Additional: n/a

Qty: 25 Sets: 2

## SALE 5% OFF

DISCOUNTED TOTAL

# $ 237.50 USD

REGULAR PRICE

~~$ 250.00 USD~~

According to our records, we have your billing/shipping address as (please confirm):

Amanda Gorton

[2825 Sand Hill Rd.](#)

[Menlo Park, California 94025](#)

[United States](#)

8167283352

Please select a shipping method from the options below:

- FedEx Ground (3-6 business days): $29.48
- FedEx Economy (2 business days): $50.62
- FedEx Priority (1 business day): $81.64

We look forward to hearing from you.

Best,

---

**From:** Amanda Gorton <amanda@corellium.com>
**Date:** February 14, 2018 at 6:55:11 PM PST
**To:** RockDesign Orders <orders@rockdesign.com>
**Subject: Re: #22168 Order**

Hi!

I was wondering if I might be able to place an order based on our previous proof? We really love this design, we just wanted to order sets for two additional employees. We'd like to keep the layout and format the same, just the individual's information would change. We'd like to order a set of 25 for each employee (just like last time).

For the first set, it would be:

Stan Skowronek

Co-Founder

408-338-9454

stan@corellium.com

corellium.com

For the second set, it would be:

David Wang

Co-Founder

503-501-9000

david@corellium.com
corellium.com

Let me know if it's OK to order this way or if we should order through the website, it's no problem.

Thanks so much!

Amanda

---

Vivian Tshabalala
Design Coordinator

We are open from Monday - Friday 9am - 4pm Pacific Time.

How do you find our service? Please help us improve by filling out a 2 minute survey here.

**RockDesign**

Quality offset printing + design company

www.rockdesign.com

The contents of this communication, including any attachment(s), are confidential and may be privileged. If you are not the intended recipient (or are not receiving this

Corellium-001944

communication on behalf of the intended recipient), please notify the sender immediately and delete or destroy this communication without reading it, and without making, forwarding, or retaining any copy or record of it or its contents. Thank you.
NOTE: We have taken precautions against viruses, but take no responsibility for loss or damage caused by any virus present.

Correllium-001945

Confidential-Attorneys Eyes Only

Corellium-014709