# EXHIBIT G

```
                     UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
                       WEST PALM BEACH DIVISION
                     CASE NO. 19-81160-CIVIL-SMITH


 APPLE, INC.,                            West Palm Beach, Florida

              Plaintiff,                 February 12, 2020
                                                -and-
         vs.                             February 13, 2020

 CORELLIUM, LLC,

              Defendant.                 Pages 1 to 368
 _____


                           MOTION HEARING
            BEFORE THE HONORABLE WILLIAM MATTHEWMAN,
                UNITED STATES MAGISTRATE JUDGE
           (TRANSCRIBED FROM THE DIGITAL AUDIO RECORDING)

 APPEARANCES:


 FOR THE PLAINTIFF:        JESSICA STEBBINS BINA, ESQ.
                           LATHAM & WATKINS, LLP
                           10250 Constellation Boulevard
                           Suite 1100
                           Los Angeles, California 90067


                           ELANA NIGHTINGALE DAWSON, ESQ.
                           LATHAM & WATKINS, LLP
                           555 Eleventh Street, Northwest
                           Suite 100
                           Washington, DC 20004


                           EMILY PINCOW, ESQ.
                           LASH & GOLDBERG, LLP
                           100 Southeast Second Street
                           Suite 1200
                           Miami, Florida 33131
```

1         MR. LEVINE:  We can probably put that in the affidavit,
2    sir.
3         THE COURT:  I mean, if they're concerned about that.
4         But the problem I'm having is you seem to accept your
5    client's position as gospel and your argument seems to be:
6    This is the way it is.  Therefore, Apple has no right to
7    discover into any other alternative explanation of what
8    Corellium is doing.
9         And that's not the way it works.  Apple has a right to
10   find out this product that they're alleging is infringing on
11   their copyright.  They have a right to understand what
12   Corellium has done by taking their iOS or utilizing their
13   files, their proprietary information and what they've done with
14   this inside Corellium that violated copyright.
15        And I understand you're saying that this is a virtue --
16   a visualization project or a virtualization product.  But they
17   need to get sufficient discovery in order for them to determine
18   if that argument is correct or not.
19        MR. LEVINE:  Right.
20        So I think the point that I've made consistent
21   throughout today's proceedings as well as through our
22   conferrals is that we concede that code, function, design, use
23   as it relates to the virtualization of iOS would be -- would be
24   discoverable.
25        Anything relating to their core product, hypervisor,

```
 1   involved on Defendant's side had said something that made it a
 2   very central issue in our view to understand more fully the
 3   nature of this relationship or alleged relationship, because it
 4   would have been potentially impairing all of our requested
 5   relief in the action.
 6           And so we had to seek discovery on it.
 7           THE COURT:  Okay.  So let me just --
 8           MS. STEBBINS BINA:  So that --
 9           THE COURT:  Let me tell you what my position is on
10   this, because I did look at this.
11   ████████████████████████████████████████████████████████████  I
12   don't think matters in this case.
13           However, the only thing that might matter is whether
14   ██████ uses the allegedly infringed product by giving it to
15   ██████   or selling it to  ██████   or allowing ██ to use
16   it.
17           I think that could be relevant in this case.
18           MR. LEVINE:  I can clarify that.  I'll go on the record
19   right now and say that is not the case and that does not
20   happen.
21           MR. GAUKROGER:  And we agreed to that yesterday.
22           MS. STEBBINS BINA:  And, your Honor, in terms of the
23   sealing motion, obviously, ████████████████████████████████
24   ████████████████████████████████████████████████████████  or
25   anything along those lines.
```

```
 1              THE COURT:  Sure.
 2              MS. STEBBINS BINA:  But counsel was so careful in
 3    writing it, I'm not sure there's actually anything in there
 4    that does that.  It's -- and they filed the whole thing under
 5    seal.
 6              THE COURT:  Right.  And again, I don't think whole
 7    motions and replies should be filed under seal.  So --
 8              MR. LEVINE:  We'll redact.
 9              THE COURT:  I'll let you work on it.  But I do agree
10    with you that I don't want to get into anything about his
11    alleged involvement one way or the other, ███████████████
12    ███████████████████████████████████████.
13              If in fact he has this Apple product -- Corellium Apple
14    product, however you all define it, and ▓ has not given it to
15    ████████████████ or sold it to ████████████, then I just
16    don't see how it comes into play at all.
17              So I don't think discovery into that whole area is
18    appropriate.
19              MS. STEBBINS BINA:  And we agree, your Honor.  Again,
20    we had sought the discovery based on a different representation
21    by another defendant's law firms.
22              THE COURT:  Okay.  So why don't you do -- on the
23    sealing issues, if you could go back and work on those and
24    then --
25              MR. LEVINE:  Perfect.
```

```
 1   soon as we get them all done.
 2           And then just keep in mind we need to be back here --
 3   we need to have all this production done by the 24th and then
 4   we'll be back here on the 27th at 10:00 a.m.  All right?
 5           MR. LEVINE:  Thank you, your Honor.
 6           MS. STEBBINS BINA:  Your Honor, thank you.
 7           THE COURT:  Have a good day.
 8           MS. STEBBINS BINA:  Thank you.
 9           THE COURT:  Court's in recess.
10           (Proceedings concluded.)
11
12
13
                          C E R T I F I C A T E
14
15       I hereby certify that the foregoing is an
16   accurate transcription of the proceedings in the
17   above-entitled matter to the best of my ability.
18
19
                           /s/Lisa Edwards
20      _____       LISA EDWARDS, RDR, CRR
            DATE           (305) 439-7168
21                         Reporterlisaedwards@gmail.com
22
23
24
25
```