UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S MOTION TO COMPEL DEFENDANT CORELLIUM, LLC TO PRODUCE DOCUMENTS AND TO ALLOW A 90-MINUTE CONTINUANCE OF THE DEPOSITION OF CHRISTOPHER WADE**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to Compel Defendant Corellium, LLC to Produce Documents and to Allow a 90-Minute Continuance of the Deposition of Christopher Wade.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.**

By April 27, 2020, Corellium must produce to Apple all documents sought by Apple in the Motion to Compel.  Corellium is further ordered to make Christopher Wade available for an additional deposition, not to exceed 90 minutes, on the topics identified in Apple's Motion to Compel.

**DONE AND ORDERED** this ___ of April, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE**