UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING DEFENDANT CORELLIUM, LLC'S *UNOPPOSED* MOTION TO FILE UNDER SEAL PORTIONS OF AND EXHIBITS 1-23 TO CORELLIUM'S MOTION TO COMPEL PLAINTIFF APPLE INC. TO PRODUCE PURPORTEDLY PRIVILEGED DOCUMENTS AND INCORPORATED MEMORANDUM OF LAW**

THIS CAUSE came before the Court upon Defendant Corellium, LLC's ("Corellium" or "Defendant"), Motion to File Under Seal Portions of and Exhibits 1-23 to Corellium's Motion to Compel Plaintiff Apple Inc. to Produce Purportedly Privileged Documents ("Motion"). The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**GRANTS** the Motion and **ORDERS** as follows:

    **1.**    The Motion is **GRANTED.**

    **2.**    Exhibits 1-23 are filed under seal; and

    **3.**    Redacted portions of Corellium's Motion to Compel are filed under seal.

**DONE AND ORDERED** this ___ day of April, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

 

_____
**WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE**