# **Exhibit 1**

## (Filed Under Seal)

# **Exhibit 2**

(Filed Under Seal)

# **Exhibit 3**

(Filed Under Seal)

# **Exhibit 4**

## (Filed Under Seal)

# **Exhibit 5**

## (Filed Under Seal)

# **Exhibit 6**

(Filed Under Seal)

# Exhibit 7

(Filed Under Seal)

# **Exhibit 8**

(Filed Under Seal)

# **Exhibit 9**

(Filed Under Seal)

# **Exhibit 10**

## (Filed Under Seal)

# __Exhibit 11__

(Filed Under Seal)

# **Exhibit 12**

(Filed Under Seal)

# __Exhibit 13__

## (Filed Under Seal)

# **<u>Exhibit 14</u>**

## (Filed Under Seal)

# **<u>Exhibit 15</u>**

(Filed Under Seal)

# **<u>Exhibit 16</u>**

(Filed Under Seal)

# **Exhibit 17**

(Filed Under Seal)

# **Exhibit 18**

(Filed Under Seal)