# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

## PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on the Parties' Joint Motion to File Under Seal Portions of Joint Stipulation Regarding Copies Made on Disk Images of the Corellium Apple Product ("Motion"). Being fully advised and noting the representations made in the Local Rule 7.1(a)(3) Certification, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. The parties are given leave to file portions of the Joint Stipulation Regarding Copies Made on Disk Images of the Corellium Apple Product under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this __ of April, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**