**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

                Plaintiff,

    v.

CORELLIUM, LLC,

                Defendant.

**STIPULATION REGARDING**
**RESOLUTION OF APPLE'S RFPS RELATING TO CORELLIUM'S DISK IMAGES**

Plaintiff Apple Inc. and Defendant Corellium, LLC respectfully and jointly request that the Court enter this stipulation reflecting their agreement regarding agreed upon facts.

WHEREAS, the parties have conferred and agreed to stipulate to facts in lieu of providing certain discovery regarding Apple's RFP Nos. 90, 91, 92, 99, and 100;

NOW, THEREFORE, the following facts are hereby STIPULATED AND AGREED by the parties:

1. ██████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████

2. ██████████████████████████████████████
██████████████████████████████████████████
████████████████████

3. The ██████████████████████████████████
██████████████████████████████ have ████████████████████████

██████████████████████████████████████████████████

████████████████████████

4.      ████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████

5.      Testing versions of the Corellium Apple Product ████████████████████

██████████████████████████████████████████████████

██████████████████████████

6.      The ███████████ for ██████████████████████████████

█████████████ of the Corellium Apple Product have ████████████████

██████████████████████████████████████████████████

████████████████████████

7.      On March 28, 2020, as stated in Interrogatory No. 22, ████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████

8.      On April 20, 2020, ██████████████████████████████████

██████████████████ owned or controlled by Corellium. ████████████████

██████████████████████████████████████████████████

**IT IS SO STIPULATED:**

Dated: April 20, 2020

Respectfully Submitted,

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

*s/ Martin B. Goldberg*
Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar No. 1010370
*epincow@lashgoldberg.com*
*gizquierdo@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel*
*joe.wetzel@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice*

*Attorneys for Plaintiff* APPLE INC.

4

By:
    s/ *Lizza Constantine*
    JONATHAN VINE
    Florida Bar No.: 10966
    JUSTIN LEVINE
    Florida Bar No.:  106463
    LIZZA CONSTANTINE
    Florida Bar No.: 1002945
    COLE, SCOTT & KISSANE, P.A.
    *Counsel for Defendant*
    Esperante Building
    222 Lakeview Avenue, Suite 120
    West Palm Beach, Florida 33401
    Telephone (561) 383-9222
    Facsimile (561) 683-8977
    E-mail: jonathan.vine@csklegal.com
    E-mail: justin.levine@csklegal.com
    E-mail: lizza.constantine@csklegal.com

    *and*

    HECHT PARTNERS LLP
    20 West 23rd St. Fifth Floor
    New York, NY 10010
    Telephone (212) 851-6821
    David Hecht, *Pro hac vice*
    E-mail: dhecht@hechtpartnersllp.com
    Maxim Price, *Pro hac vice*
    E-mail: mprice@hechtpartnersllp.com
    Minyao Wang, *Pro hac vice*
    E-mail: mwang@hechtpartnersllp.com

*Attorneys for Defendant* CORELLIUM, LLC.