UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**DEFENDANT CORELLIUM'S *UNOPPOSED* MOTION FOR ENLARGEMENT OF PAGE LIMIT FOR CORELLIUM'S RESPONSE IN OPPOSITION TO PLAINTIFF APPLE INC.'S MOTION TO COMPEL DEFENDANT CORELLIUM, LLC TO PRODUCE DOCUMENTS AND TO ALLOW A 90-MINUTE CONTINUANCE OF THE DEPOSITION OF CHRISTOPHER WADE**

Defendant, CORELLIUM, LLC ("Corellium"), by and through the undersigned counsel, and pursuant to Local Rules 7.1 respectfully moves the Court for leave to enlarge the page limit imposed by the Court's Order Setting Discovery Procedure [D.E. 34] by one (1) page for Corellium's Response In Opposition to Plaintiff Apple Inc.'s Motion to Compel Defendant Corellium, LLC to Produce Documents and to Allow a 90-Minute Continuance of the Deposition of Christopher Wade ("Response"). In support thereof, Corellium states as follows:

    1.    On October 4, 2019, this Court issued an Order Setting Discovery Procedure wherein it promulgated a five-page limit for all discovery motions and responses filed in the above-captioned case. [D.E. 34].

    2.    On April 20, 2020, Plaintiff, APPLE INC. ("Apple"), filed its Motion to Compel Defendant Corellium, LLC to Produce Documents and to Allow a 90-Minute Continuance of the Deposition of Christopher Wade [D.E. 342] ("Motion").

3. On April 21 2020, this Court issued an order setting forth the deadline for a response and reply [D.E. 347] ("Order"). The Order stated that

> PAPERLESS ORDER: The Court has carefully reviewed [342] Plaintiff's Motion to Compel Defendant to Produce Documents and to Allow a 90-Minute Continuance of the Deposition of Christopher Wade, as well as the sealed version of the motion at DE 346, which motion relates to a deposition of Corellium's founder, Mr. Wade, taken last week on April 13, 2020. Because the fact discovery cutoff date was yesterday, April 20, 2020 [DEs 66, 248], and because dispositive motions are due by May 11, 2020 [DEs 66, 252], the Court ORDERS Corellium to file a response to Plaintiff's motion on or before Thursday, April 23, 2020, and Apple to file a reply to Corellium's response on or before Friday, April 24, 2020. Upon review of the response and reply, the Court shall issue a further Order. Signed by Magistrate Judge William Matthewman on 4/21/2020. (no00)

*Id*.

4. While Corellium has made every effort to condense the issues and succinctly explain in five pages the dispute in its Response, it has become clear that Corellium needs one additional page to provide the Court with the argument and factual information the Court needs to make a proper determination on the issues. Accordingly, Corellium respectfully submits that the relief sought in this instant motion requesting an enlargement of the Court's five-page limit on discovery responses is necessary to fully set out the bases upon which the Court should deny Apple's Motion.

5. Apple has taken the deposition of Mr. Christopher Wade and has addressed issues relating to his testimony in its Motion.

6. In order to adequately address the arguments and issues implicated by Apple's Motion, along with the testimony provided by Mr. Wade and relevant facts, Corellium respectfully submits that an additional one-page for its Response is necessary. Corellium intends to present some of the evidence to the Court reflecting that Apple is not seeking any relevant information for

additional production or for the continuance of Mr. Wade's deposition, but five pages has shown to be too restrictive, even after Corellium's efforts to trim the draft Response.

7. Corellium is fully cognizant of the latitude is seeking in light of the page-limit instructed by the Court's Order Setting Discovery Procedure. However, an enlargement of the Court's five page-limit for discovery responses is warranted so that Corellium may accurately and comprehensively depict the facts and issues, as well as applicable law relevant to Corellium's Response.

8. Apple has represented to Corellium that it, too, intends to seek a one-page enlargement of pages permitted for its reply. Corellium does not oppose Apple's request, and Apple has represented that it does not oppose Corellium's request.

9. Accordingly, Corellium requests this Court to grant this instant motion to enlarge the page limit by one-page for Corellium's Response so that the Court may receive and take into consideration all pertinent information necessary to make a sound judgment on Apple's Motion.

**WHEREFORE**, Defendant Corellium, LLC respectfully requests the Court enter the proposed Order, attached hereto, permitting the one enlarged page for Corellium's Response as requested herein, and grant any further relief this Court deems proper.

### CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY, pursuant to Local Rule 7.1(a)(3)(A), that counsel for the movant conferred via email with counsel for the Plaintiff on April 22, 2020 regarding the relief sought herein. Apple does not oppose Corellium's request. Apple has represented to Corellium that it, too, intends to seek a one-page enlargement of pages permitted for its reply. Corellium does not oppose Apple's request.

Dated: April 23, 2020                          Respectfully submitted,

                                   COLE, SCOTT & KISSANE, P.A.
                                   *Counsel for Defendant CORELLIUM, LLC*
                                   Esperante Building
                                   222 Lakeview Avenue, Suite 120
                                   West Palm Beach, Florida 33401
                                   Telephone (561) 612-3459
                                   Facsimile (561) 683-8977
                                   Primary e-mail: justin.levine@csklegal.com
                                   Secondary e-mail: lizza.constantine@csklegal.com

By:  *s/ Lizza C. Constantine*
                                   JONATHAN VINE
                                   Florida Bar. No.: 10966
                                   JUSTIN B. LEVINE
                                   Florida Bar No.: 106463
                                   LIZZA C. CONSTANTINE
                                   Florida Bar No.: 1002945

                                             *and*

                                   HECHT PARTNERS LLP
                                   *Counsel for Defendant*
                                   20 West 23rd St. Fifth Floor
                                   New York, NY 10010
                                   Telephone (212) 851-6821
                                   David Hecht, *Pro hac vice*
                                   E-mail: dhecht@hechtpartnersllp.com
                                   Maxim Price, *Pro hac vice*
                                   E-mail: mprice@hechtpartnersllp.com
                                   Minyao Wang, *Pro hac vice*
                                   E-mail: mwang@hechtpartnersllp.com

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com

CASE NO.: 9:19-CV-81160-RS

LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000 San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

Marc R. Lewis (*pro hac vice pending*)
mlewis@lewisllewellyn.com
LEWIS AND LLEWELLYN LLP
601 Montgomery St., Ste. 2000
San Francisco, CA 94111

*Attorneys for Plaintiff, Apple Inc.*