**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S *UNOPPOSED* MOTION FOR**
**ENLARGEMENT OF PAGE LIMIT FOR CORELLIUM'S RESPONSE IN**
**OPPOSITION TO PLAINTIFF APPLE INC.'S MOTION TO COMPEL DEFENDANT**
**CORELLIUM, LLC TO PRODUCE DOCUMENTS AND TO ALLOW A 90-MINUTE**
**CONTINUANCE OF THE DEPOSITION OF CHRISTOPHER WADE**

THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium"), Motion for Enlargement of Page Limit For Corellium's Response In Opposition to Plaintiff Apple Inc.'s Motion to Compel Defendant Corellium, LLC to Produce Documents and to Allow a 90-Minute Continuance of the Deposition of Christopher Wade ("Motion") [D.E. 356]. The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

      **ORDERED AND ADJUDGED** that Corellium's Motion is **GRANTED**.  This Court enlarges Corellium's page limit for its Response from five pages to six pages.

      **DONE AND ORDERED** this ___ of April, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**