Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING DEFENDANT CORELLIUM, LLC'S *UNOPPOSED* MOTION TO FILE PORTIONS OF CORELLIUM'S RESPONSE IN OPPOSITION TO PLAINTIFF APPLE INC.'S MOTION TO COMPEL DEFENDANT CORELLIUM, LLC TO PRODUCE DOCUMENTS AND TO ALLOW A 90-MINUTE CONTINUANCE OF THE DEPOSITION OF CHRISTOPHER WADE AS WELL AS EXHIBITS 1–7 ATTACHED THERETO UNDER SEAL**

THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), Motion to File Portions of of Corellium's Response in Opposition to Plaintiff Apple Inc.'s Motion to Compel Defendant Corellium, LLC to Produce Documents and to Allow a 90-Minute Continuance of the Deposition of Christopher Wade as well as Exhibits 1–7 Attached Thereto ("Motion") Under Seal. The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

**DONE AND ORDERED** this ___ day of April, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

 

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**