**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

_____/

**CORELLIUM'S RESPONSE IN OPPOSITION TO PLAINTIFF APPLE INC.'S**
**MOTION TO COMPEL DEFENDANT CORELLIUM, LLC TO PRODUCE**
**DOCUMENTS AND TO ALLOW A 90-MINUTE CONTINUANCE OF THE**
**DEPOSITION OF CHRISTOPHER WADE**

      Defendant, Corellium, LLC ("Corellium") pursuant to Local Rules 7.1 and 26.1 and by and through the undersigned counsel, files this Response in Opposition to Plaintiff Apple Inc.'s ("Apple") Motion to Compel Defendant Corellium, LLC to Produce Documents and to Allow a 90-Minute Continuance of the Deposition of Christopher Wade and Incorporated Memorandum of Law [D.E. 342] ("Motion"), and in support thereof, states as follows:

## I. __Introduction and Background__

On Monday, April 13, 2020, Apple took the deposition of Chris Wade ("Mr. Wade").[1] ██ ████████████████████████████████████████████████████████████ Ex. 1, 146:7-12. He explained that he is ████████████████████████████████████████ ████████████████████████████████████████. *Id*. at 152:6-9. Mr. Wade maintained his position that he, ██████████████████████████████████████████████ ██████████████████████████. *Id*., at 146:10-12.

Despite Mr. Wade's consistent testimony, Apple improperly mischaracterizes Mr. Wade's testimony by stating that ██████████████████████████████████████████ ████████████████.[2] Motion, pg. 2. In fact, ████████████████████████ ████████ Rather, ██████████████████████████████████████████████ ████████████████████████████████████████████████████ ██████████████████████████. Ex. 1, 272:10-12. Importantly, ██████████████ ████████████████████████████████████████████████████████████ *Id*., 272:11-12. ████████████████████████████████████ Ex. 1, 269:20-21. Moreover, ██████████████████████████████████████████████████ ████████████████████████████████████████████████████████████. Motion, pg. 2. ██████████████████████████████████████████████ ████████████████████████████.

Importantly, it was Corellium, not Apple that requested a meet and confer to address ██████████████████████████, along with any other documents that Apple withheld, despite being responsive to Corellium's RFP No. 86, Rule 26 disclosures, and the Court's Order that ██ ██████████████████████████████████████████ *See*, Ex. 2, 273:3-9. In that regard, Corellium sent an email to Apple on April 14 to engage in conferral to ████████ ██████████████████████████████████████ *See*, Ex. 3. Corellium and Apple

---

[1] The deposition went beyond the seven-hour limit as provided by Rule 30.
[2] ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ *See*, Motion, Ex. E. ████████████████████████████████████████████████████ ████████████████

engaged in a meaningful conferral on April 15, ███████████████████████████████
████████████████████, in response to the issues addressed by Corellium in its April
14 email.[3]  It wasn't until April 17, four days after Mr. Wade's deposition and three days before
the end of fact discovery, that Apple raised for the first time ██████ ████████████████
████████████████████████████████████████ *See*, Ex. 3.  In the same email,
████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████.[4]

      That same day, ████████████████████████████████████████████
██████████████████████████[5]████████████████████████████████████
████████████████████████████████.  The next day, April 18, Corellium and Apple
had a second conferral to ██████████████████████████████████████████████.
During the second conferral, ███████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
█████████████████████████████████.

      On April, 20, at 4:38 p.m., ████████████████████████████████
██████████████████████████████████████, it would be filing a motion with the
Court.  Ex. 3.  ████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████.  *Id.*

      On the same day, Corellium and Apple had a third conferral call in which Corellium agreed,
in an effort to reach a compromise and avoid burdening the Court, ██████████████████████

---

[3] ████████████████████████████████████ Composite Ex. 4.
[4] ████████████████████████████████████████████████████████████
█████████████████████████████████████.  *See*, Ex. 2, 309:20-22
██████████████████████████████████
[5] Ex. 2, 311:9-12 ███████████████████████████████████████████████████

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████████ *See*, Ex 3. ████████

███████████████████████████████████████████████████████

███████████████████████████████ *Id.*  After receiving Apple's response, ████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████ *Id.*  Moreover, ████████

███████████████████████████████████████████████████████

██████████████████████████████████ However, Apple continued

to decline Corellium's alternative proposals and remained steadfast in its request for more

documents and the continuation of Mr. Wade's deposition.  *See*, Ex. 3.  Apple filed its Motion

shortly after.

Lastly, █████████████████████████████████████████████████

██████████████████████████████████ For example, █████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████ *See*, Ex.

5. █████████████████████████████████████████████████████

████████████████████████████████████████████████

**II.**  ███████████████████████████████████████

████████

██████████████████████████████████████████████ Contrary to

Apple's position that ███████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████████████ ███████████████

███████████████████████████████████████████████████████

█████████████████████████████ Indeed, █████████████████████████

██████████████████████████████: 

████████████████████████████████████████

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

█████████████████████ ████████████████████████████████
██████████████████████████████████████

Ex. 1, 146:7-12.  Repeatedly, ██████████████████████████████████
████████████████████████████████████ *Id.*, Ex. 1, at 146:17-19;
152:5-9; 168:20.  Moreover, ████████████████████████████████████
██████████████████████████████████████████████████████████████████
██████████ Ex. 3.

    Mr. Wade maintained his testimony ██████████████████████████
█████████████████████████████████████ Ex. 1,  at  268:10-22. ██████████
██████████████████████████████████████████████████████████████████
██████████████████████████████████████ Ex. 1, at 270:20-25.  Mr.
Wade continued that ████████████████████████████████████████████████
████████████ Ex. 1, at 272:10-12.  Nowhere, in the more than seven hours of deposition taken
from Mr. Wade, ███████████████████.  Further, ████████████████████████████
███████████████████████████

    Apple has already taken more than seven hours of deposition from Mr. Wade, when only
seven hours are allowed under Rule 30.  FED. R. CIV. P. 30(d)(1).  Indeed, after the seven hours
allotted  for  the  deposition  had  expired, ██████████████████████████████████
██████████████████████████████████████████████████████████████████
██████████████████████████████████████ Ex. 1, at 295:20-25. ██████████
████████████████████████ ██████████████████████████████████
████████████████████████████████████

**III.**    **Corellium  Timely  Provided  Documents  That  Reflect** ████████████
██████████████████████████████████████████

    Apple asserts that it needs a continued 90-minute deposition of Mr. Wade to address ██████
██████████████████████████████████████████████████████████████████
██████████████████████████████████████ Motion, at pg. 4.
Notwithstanding the fact that Apple already received more than seven hours of deposition from
Mr. Wade, ████████████████████████████████████████████████████████████

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

███████████████████████████████████████████████████████
██████████████████████████████████████ Indeed, ██████████████████
███████████████████████████████████████████████████████
████████████████████████[6] Moreover, ██████████████████████████[7]
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████████ In this regard, ████████████████████████████
███████████████████████████████████████████████████████
████████████████████████████████████

## IV.    Apple Failed to Timely Produce Documents Under Rule 26, Corellium's Request for Production No. 86, and the Court's Order Dated February 13, 2020

Apple failed to produce ████████████████████████████████████
████████████████████ even when this document is responsive under Rule 26, Corellium's Request for Production No. 86[8], and the Court's order to produce ████████████████████████
██████████████████.[9] *See*, Ex. 2, 273:3-7. ████████████████████████████
███████████████████████████████████████████████████████
████████████████████████████████████ Ex. 1, at 265:4-24.

Apple withheld documents that were responsive to the Court's Order and has refused to provide any information as to ████████████████████████████████████████
████████████████████████████████████ Similarly, Apple has failed to produce █████████████████████████████████████████████████
██████ Given these circumstances, Corellium cannot be sure what other responsive documents Apple has withheld from production, or if Apple has ████████████████████████████
████████████████████████████ discovery. Thus, Apple's Motion should be denied.

---

[6] ████████████████████████████████████████████ Upon the Court's request, Corellium can provide a copy of the pertinent pages in the source code.
[7] Corellium-028454, Ex. 6.
[8] ███████████████████████████████████████████████████████
████████ Apple's 2nd Amended Response to Corellium's First Request for Production, Ex. 7.
[9] ██████████████████████████████████████ Ex. 2, 273:9.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

**V.   Corellium Has Timely and Fully Complied With The Production of Documents in Response to Apple's Request of Production No. 20**

Corellium has in fact provided a complete and accurate response to Apple's RFP No. 20, and it has provided all non-privileged documents that are responsive to that Request. Corellium maintains its position that ███████ ████████████████ ████████████████████████████████ Motion, Exh. B.  Thus, there any no responsive documents to be produced. Accordingly, Apple's Motion should be denied.

**VI.   The Court Should Not Permit The Continuance of Chris Wade's Deposition**

Apple has already taken more than seven hours of deposition from Mr. Wade.  *See Hughes v GEICO General Ins. Co.*, 2016 WL 9559910, at *4 (M.D. Fla. June 16, 2016) ("Absent leave of Court or stipulation by the parties, each deposition is limited to one day of seven hours.").  ████ ███████████████████████████████████████████████████████████████████ [10]  *See Nankivil v. Lockheed Martin Corp.*, 216 F.R.D. 689, 691 (M.D. Fla. 2003) (denying extension of 7-hour limit on a deposition because "Plaintiff has not supplied the Court with adequate reason to require depositions exceed the presumptive time limitation of seven hours.").  ████████ ████████████████████  Ex. 1, 272:11-12. ████████████████████████████████████ ██████  *See Whetstone Indus., Inc. v. Yowie Grp., Ltd.*, 2019 WL 5102817, at *2 (M.D. Fla. Oct. 11, 2019) ("The party seeking to change the time limitations must show good cause.").  Likewise, Apple has not provided any information as to how it will be unduly prejudiced if it does not receive the continued deposition.

WHEREFORE, Corellium respectfully requests that this Court deny Apple's Motion to Compel to prevent Apple's untimely request for additional irrelevant discovery and to prevent the continuance of the deposition of Christopher Wade.

---

[10] ████████████████████████████████████████████

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

## REQUEST FOR A HEARING

Defendant, Corellium, pursuant to Local Rule 7.1(b)(2), Corellium respectfully moves for a hearing on Apple's Motion to Compel Defendant Corellium, LLC to Produce Documents and to Allow a 90-Minute Continuance of the Deposition of Christopher Wade and Incorporated Memorandum of Law [D.E. 342]. Given the legal issues and highly sensitive material in this matter, Corellium request the opportunity to be heard and believes the Court's decision-making process would be significantly aided by oral argument. Corellium estimates that one hour would be sufficient time to provide the Court with a full argument on the issues presented.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April, 2020, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

Dated: April 23, 2020

Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant CORELLIUM, LLC*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail: justin.levine@csklegal.com
Secondary e-mail: lizza.constantine@csklegal.com

By:  *s/ Lizza C. Constantine*
JONATHAN VINE
Florida Bar. No.: 10966
JUSTIN B. LEVINE
Florida Bar No.: 106463
LIZZA C. CONSTANTINE
Florida Bar No.: 1002945
MICHAEL A. BOEHRINGER
Florida Bar No.: 1018486
*and*

HECHT PARTNERS LLP

8

*Counsel for Defendant*
20 West 23rd St. Fifth Floor
New York, NY 10010
Telephone (212) 851-6821
David Hecht, *Pro hac vice*
E-mail: dhecht@hechtpartnersllp.com
Maxim Price, *Pro hac vice*
E-mail: mprice@hechtpartnersllp.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@hechtpartnersllp.com

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX