**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

                Plaintiff,

  v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL**
**PORTIONS OF EXHIBITS A AND B TO APPLE INC.'S RESPONSE**
**TO DEFENDANT CORELLIUM, LLC'S MOTION TO COMPEL PLAINTIFF APPLE**
**INC. TO PRODUCE PURPORTEDLY PRIVILEGED DOCUMENTS**
**AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Apple Inc. ("Apple"), by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of Exhibits A and B to Apple's Response to Defendant Corellium LLC's Motion to Compel Plaintiff Apple Inc. to Produce Purportedly Privileged Documents. In support of this request, Apple states as follows:

1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. On April 17, 2020, Apple served its operative, amended Privilege Log on Corellium, LLC ("Corellium"). That privilege log reveals the participants in and general nature of communications and documents that are highly sensitive and confidential.

3. On April 19, 2020, Corellium served its operative, amended privilege log. Although Corellium did not designate this document under the Protective Order, it contains information Corellium has otherwise designated as Confidential or Confidential – Attorneys' Eyes Only under the Protective Order, such as customer names.

4. On April 20, 2020, Corellium filed its Motion to Compel Plaintiff Apple Inc. to Produce Purportedly Privileged Documents ("Motion to Compel").

5. On April 23, 2020, Apple will be filing its Response to Corellium's Motion to Compel ("Response"), along with the attached Exhibits A and B.

6. The exhibits attached to Apple's Response contain material that Apple or Corellium has designated "Confidential" or AEO pursuant to the Protective Order. Specifically, Exhibit A to the Response contains excerpts from Apple's First Amended Privilege Log, which includes confidential and highly sensitive Apple information. Exhibit B to the Response contains excerpts from Corellium's Amended Privilege Log, the contents of which Corellium has designated as Confidential or AEO during this litigation.

7. Consistent with the Protective Order (ECF No. 50) and the nature of the content in Exhibits A and B, Apple moves to file under seal Exhibits A and B to Apple's Response under seal.

**WHEREFORE** Apple respectfully requests that, unless and until Apple's or Corellium's designations are changed or rejected, the following document should remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this

case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

    a. Exhibits A and B to Apple's Response to Defendant Corellium, LLC's Motion to Compel Plaintiff Apple Inc. to Produce Purportedly Privileged Documents.

A proposed order is submitted herewith.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on April 23, 2020, regarding the relief sought herein.  Defendant does not oppose.

Dated: April 23, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel*
*joe.wetzel@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Emily L. Pincow*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

Emily L. Pincow
Florida Bar No. 1010370
*epincow@lashgoldberg.com*
*gizquierdo@lashgoldberg.com*
LASH & GOLDBERG LLP
Weston Corporate Center I
2500 Weston Road, Suite 220
Weston, FL 33331
(954) 859-5180 / (954) 384-2510 Fax

*Attorneys for Plaintiff* APPLE INC.