UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

**PROPOSED ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s ("Apple") Unopposed Motion to File Under Seal Exhibits A and B to Apple's Response to Defendant Corellium LLC's Motion to Compel Plaintiff Apple Inc. to Produce Purportedly Privileged Documents ("Motion"). Being fully advised in the premises, noting that Corellium, LLC ("Corellium") does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that Apple's Motion is hereby **GRANTED**. Apple is given leave to file Exhibits A and B to its Response to Corellium's Motion to Compel Apple to Produce Purportedly Privileged Documents under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this __ day of April, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                                  _____
                                                                  **WILLIAM MATTHEWMAN**
                                                                  **UNITED STATES MAGISTRATE JUDGE**