UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                  Plaintiff,

    v.

CORELLIUM, LLC,

                  Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S RESPONSE TO DEFENDANT CORELLIUM LLC'S MOTION TO COMPEL INFORMATION REGARDING COMPETITIVE TECHNOLOGY OR, IN THE ALTERNATIVE, TO EXCLUDE SUCH INFORMATION AND EXHIBITS ATTACHED THERETO AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Apple Inc. ("Apple"), by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple's Response to Defendant Corellium LLC's Motion to Compel Information Regarding Competitive Technology or, in the Alternative, to Exclude Such Information and Exhibits B, F, G, J, and T attached thereto, as well as Exhibits C, H, I, K, L, M, N, O, P, Q, and S attached there to, in their entirety.  In support of this request, Apple states as follows:

1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order").  The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this

Order." Protective Order ¶ 15(b).

2. On April 20, 2020, Corellium filed its Motion to Compel Information Regarding Competitive Technology or, in the Alternative, to Exclude Such Information ("Motion to Compel").

3. On April 23, 2020, Apple will be filing its Response to Corellium's Motion to Compel ("Response"), along with the attached Exhibits A–T.

4. Exhibit B to the Response contains a list of the titles documents that Apple has produced relating to one of the technologies at issue in the Motion to Compel. The title of the document references highly confidential, sensitive, and proprietary Apple information.

5. Exhibit C to the Response contains excerpts from the transcript of Ivan Krstić's March 19, 2020 deposition, which is provisionally designated as AEO pursuant to the Protective Order.

6. Exhibit F to the Response contains Apple's April 6, 2020 Verified Second Amended Responses and Objections to Corellium's Second Set of Interrogatories, which contains information that Apple has designated as Confidential and AEO pursuant to the Protective Order.

7. Exhibit G to the Response contains a declaration from Donald Matthew Firlik, an employee at Apple, that discusses the technologies at issue in Corellium's Motion to Compel. Mr. Firlik's declaration references highly confidential, sensitive, and proprietary Apple information, which Apple has designated AEO.

8. Exhibit H to the Response contains excerpts from the transcript of Mr. Firlik's April 16, 2020 deposition, which is provisionally designated as AEO pursuant to the Protective Order.

9. Exhibit I to the Response contains excerpts from the transcript of Jon Andrews' April 7, 2020 deposition, which is provisionally designated as AEO pursuant to the Protective Order.

10. Exhibit J to the Response contains a list of documents that Apple has produced relating

to both of the technologies at issue in the Motion to Compel. The title of the document references highly confidential, sensitive, and proprietary Apple information.

11. Exhibit K to the Response is a document produced by Apple in this action with Bates number APL-CORELLIUM_00000249, which Apple has designated as AEO pursuant to the Protective Order.

12. Exhibit L to the Response is a document produced by Apple in this action with Bates number APL-CORELLIUM_00000519, which Apple has designated as AEO pursuant to the Protective Order.

13. Exhibit M is a copy of Exhibit 13 to Mr. Andrews' April 7, 2020 deposition. Apple has designated Exhibit 13 as AEO pursuant to the Protective Order.

14. Exhibit N is a copy of Exhibit 18 to Mr. Andrews' April 7, 2020 deposition. Apple has designated Exhibit 18 as AEO pursuant to the Protective Order.

15. Exhibit O is a copy of Exhibit 31 to Mr. Andrews' April 7, 2020 deposition. Apple has designated Exhibit 31 as AEO pursuant to the Protective Order.

16. Exhibit P is a copy of Exhibit 2 to Mr. Firlik's April 16, 2020 deposition. Apple has designated Exhibit 2 as AEO pursuant to the Protective Order.

17. Exhibit Q is a copy of Exhibit 3 to Mr. Firlik's April 16, 2020 deposition. Apple has designated Exhibit 3 as AEO pursuant to the Protective Order.

18. Exhibit S to the Response contains excerpts from the transcript of Sebastien Marineau-Mes' April 3, 2020 deposition, which is provisionally designated as AEO pursuant to the Protective Order.

19. Exhibit T to the Response is a declaration from Jessica Stebbins Bina, an attorney for Apple in this matter. Ms. Stebbins Bina's declaration refers to the contents of Mr. Andrews' April

7, 2020 deposition and Mr. Firlik's April 16, 2020 deposition, both of which are provisionally designated as AEO.

20. Apple's Response refers to and quotes the materials contained in Exhibits B, C, F, G, H, I, J, K, L, M, N, O, P, Q, S, and T throughout the brief.

21. Consistent with the Protective Order and the parties' standing designations, Apple moves to file under seal the Response, portions of Exhibits B, F, G, J, and T, and the entirety of Exhibits C, H, I, K, L, M, N, O, P, Q, and S.

**WHEREFORE** Apple respectfully requests that, unless and until Apple's or Corellium's designations are changed or rejected, the following documents should remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

   a. Portions of Apple's Response to Defendant Corellium LLC's Motion to Compel Information Regarding Competitive Technology or, in the Alternative, to Exclude Such Information;

   b. Portions of Exhibits B, F, G, J, and T to Apple's Response; and

   c. Exhibits C, H, I, K, L, M, N, O, P, Q, and S to Apple's Response.

A proposed order is submitted herewith.

### **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on April 23, 2020, regarding the relief sought herein. Defendant does not oppose.

Dated: April 23, 2020

Michele D. Johnson*
michele.johnson@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
sy.damle@lw.com
Elana Nightingale Dawson*
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
andrew.gass@lw.com
Joseph R. Wetzel*
joe.wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
gabe.gross@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Emily L. Pincow*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

Emily L. Pincow
Florida Bar No. 1010370
*epincow@lashgoldberg.com*
*gizquierdo@lashgoldberg.com*
LASH & GOLDBERG LLP
Weston Corporate Center I
2500 Weston Road, Suite 220
Weston, FL 33331
(954) 859-5180 / (954) 384-2510 Fax

*Attorneys for Plaintiff* APPLE INC.

5