**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

   Plaintiff,

 v.

CORELLIUM, LLC,

   Defendant.

**PROPOSED ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL**

  **THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to File Under Seal Apple Inc.'s Response to Defendant Corellium LLC's Motion to Compel Information Regarding Competitive Technology or, in the Alternative, to Exclude Such Information and Exhibits Attached Thereto ("Motion").  Being fully advised in the premises and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

  **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.  Apple is given leave to file under seal portions of its Response to Defendant Corellium LLC's Motion to Compel Information Regarding Competitive Technology or, in the Alternative, to Exclude Such Information, portions of Exhibits B, F, G, J, and T attached thereto, and Exhibits C, H, I, K, L, M, N, O, P, Q, and S attached thereto, in their entirety.  The sealed materials shall remain under seal until further Court order.

  **DONE AND ORDERED** this ___ of April, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

              _____
              **WILLIAM MATTHEWMAN**
              **UNITED STATES MAGISTRATE JUDGE**