# EXHIBIT B

# FILED UNDER SEAL

**List of Apple's Produced Documents Relating to** █████

| Bates Number | Production Volume No. | Date of Production |
|---|---|---|
| APL-CORELLIUM_00000023 | Production001 | Jan. 10, 2020 |
| APL-CORELLIUM_00000874 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000802 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000809 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000519 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00002428 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000521 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00002432 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00002435 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000530 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00002438 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00002441 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000533 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000536 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000540 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000544 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000548 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000552 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000555 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000559 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000562 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00002445 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000566 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000569 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000573 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00002448 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000576 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000580 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000584 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00003920 | Production003 | Feb. 7, 2020 |

**RED UNDERLINE – CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**List of Apple's Produced Documents Relating to** ▮

| Bates Number | Production Volume No. | Date of Production |
|---|---|---|
| APL-CORELLIUM_00006416 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00006428 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00036199 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00036237 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00036228 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00006636 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00006674 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00006665 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00006366 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00006405 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00006396 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00036252 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00008529 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00044749 | Production008 | Apr. 2, 2020 |
| APL-CORELLIUM_00044386 | Production008 | Apr. 2, 2020 |
| APL-CORELLIUM_00045484 | Production009 | Apr. 14, 2020 |
| APL-CORELLIUM_00045401 | Production009 | Apr. 14, 2020 |
| APL-CORELLIUM_00046937 | Production011 | Apr. 20, 2020 |
| APL-CORELLIUM_00046939 | Production011 | Apr. 20, 2020 |

**RED UNDERLINE – CONFIDENTIAL – ATTORNEYS' EYES ONLY**