# EXHIBIT G

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

Plaintiff,

v.

CORELLIUM, LLC,

Defendant.

**DECLARATION OF DONALD MATTHEW FIRLIK**
**IN SUPPORT OF PLAINTIFF APPLE INC.'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL INFORMATION REGARDING COMPETITIVE TECHNOLOGY OR, IN THE ALTERNATIVE, TO EXCLUDE SUCH INFORMATION**

1. My name is Donald Matthew Firlik. I am over the age of 18. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am the Director of Development Technologies at Apple Inc. ("Apple").

3. As part of the responsibilities of my job, my team and I perform internal testing of Apple's hardware devices and operating systems. This includes testing of iPhones and iOS.

[redacted]

CONTAINS CONFIDENTIAL –
ATTORNEYS' EYES ONLY INFORMATION

[redacted]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 23, 2020
in Cupertino, CA

Donald Matthew Firlik

CONTAINS CONFIDENTIAL –
ATTORNEYS' EYES ONLY INFORMATION