# EXHIBIT J

**List of Documents Produced by Apple**
**Related to** █████████████████

| Bates Number | Production Volume No. | Date of Production |
|---|---|---|
| APL-CORELLIUM_00000023 | Production001 | Jan. 10, 2020 |
| APL-CORELLIUM_00000249 | Production001 | Jan. 10, 2020 |
| APL-CORELLIUM_00000331 | Production001 | Jan. 10, 2020 |
| APL-CORELLIUM_00000468 | Production001 | Jan. 10, 2020 |
| APL-CORELLIUM_00000470 | Production001 | Jan. 10, 2020 |
| APL-CORELLIUM_00000472 | Production001 | Jan. 10, 2020 |
| APL-CORELLIUM_00000474 | Production001 | Jan. 10, 2020 |
| APL-CORELLIUM_00000476 | Production001 | Jan. 10, 2020 |
| APL-CORELLIUM_00000479 | Production001 | Jan. 10, 2020 |
| APL-CORELLIUM_00000519 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000521 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000530 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000533 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000536 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000540 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000544 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000548 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000552 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000555 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000559 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000562 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000566 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000569 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000573 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000576 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000580 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000584 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000604 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000607 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000609 | Production002 | Jan. 24, 2020 |

**RED UNDERLINE – CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**List of Documents Produced by Apple**
**Related to** ███████████████████

| Bates Number | Production Volume No. | Date of Production |
|---|---|---|
| APL-CORELLIUM_00000611 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000613 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000615 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000617 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000619 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000621 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000744 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000747 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000750 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000802 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000809 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000817 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000818 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000863 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000874 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000882 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000885 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000886 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000887 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00000890 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00002400 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00002406 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00002428 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00002432 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00002435 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00002438 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00002441 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00002445 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00002448 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00002464 | Production002 | Jan. 24, 2020 |

**List of Documents Produced by Apple**
**Related to** ▮

| Bates Number | Production Volume No. | Date of Production |
|---|---|---|
| APL-CORELLIUM_00002470 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00002476 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00002478 | Production002 | Jan. 24, 2020 |
| APL-CORELLIUM_00002782 | Production003 | Feb. 7, 2020 |
| APL-CORELLIUM_00002784 | Production003 | Feb. 7, 2020 |
| APL-CORELLIUM_00003920 | Production003 | Feb. 7, 2020 |
| APL-CORELLIUM_00006089 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00006366 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00006396 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00006405 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00006416 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00006428 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00006636 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00006665 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00006674 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00008529 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00017216 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00017948 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00017961 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00018016 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00018022 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00018043 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00018477 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00018575 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00018944 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00021311 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00021314 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00021317 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00021343 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00032311 | Production004 | Feb. 14, 2020 |

**List of Documents Produced by Apple Related to** ▬▬▬▬▬▬▬

| Bates Number | Production Volume No. | Date of Production |
|---|---|---|
| APL-CORELLIUM_00036199 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00036228 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00036237 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00036248 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00036252 | Production004 | Feb. 14, 2020 |
| APL-CORELLIUM_00044283 | Production007 | Mar. 16, 2020 |
| APL-CORELLIUM_00044287 | Production007 | Mar. 16, 2020 |
| APL-CORELLIUM_00044290 | Production007 | Mar. 16, 2020 |
| APL-CORELLIUM_00044293 | Production007 | Mar. 16, 2020 |
| APL-CORELLIUM_00044297 | Production007 | Mar. 16, 2020 |
| APL-CORELLIUM_00044386 | Production008 | Apr. 2, 2020 |
| APL-CORELLIUM_00044749 | Production008 | Apr. 2, 2020 |
| APL-CORELLIUM_00045401 | Production009 | Apr. 14, 2020 |
| APL-CORELLIUM_00045484 | Production009 | Apr. 14, 2020 |
| APL-CORELLIUM_00046937 | Production011 | Apr. 20, 2020 |
| APL-CORELLIUM_00046939 | Production011 | Apr. 20, 2020 |
| APL-CORELLIUM_00047084 | Production011 | Apr. 20, 2020 |
| APL-CORELLIUM_00047306 | Production011 | Apr. 20, 2020 |
| APL-CORELLIUM_00050741 | Production011 | Apr. 20, 2020 |
| APL-CORELLIUM_00052630 | Production011 | Apr. 20, 2020 |