# EXHIBIT T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**DECLARATION OF JESSICA STEBBINS BINA
IN SUPPORT OF PLAINTIFF APPLE INC.'S RESPONSE TO DEFENDANT'S
MOTION TO COMPEL INFORMATION REGARDING COMPETITIVE
TECHNOLOGY OR, IN THE ALTERNATIVE, TO EXCLUDE SUCH INFORMATION**

1. My name is Jessica Stebbins Bina. I am over the age of 18. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am a partner at Latham & Watkins LLP and counsel for Apple Inc. ("Apple") in this matter.

3. On April 7, 2020, I attended and defended Corellium LLC's ("Corellium") deposition of Jon Andrews, who Apple designated to testify pursuant to Federal Rule of Civil Procedure 30(b)(6).

4. During Mr. Andrews' deposition, [REDACTED]

1

████████████████████████████████████████

5. On April 16, 2020, I attended and defended Corellium's deposition of Apple employee Donald Matthew Firlik.

6. During Mr. Firlik's deposition, ███████████████████████████████ ███████████████████████████████████████████████ ████████

7. On redirect, ██████████████████████████████████████████

8. Mr. Firlik's deposition had been agreed in advance to take place over four hours, from 8 a.m. to 12 p.m. After my redirect ended, Corellium's counsel wished to further examine Mr. Firlik ████████████████. Corellium's counsel had 20 minutes left in the time allotted for the deposition.

9. After counsel for Corellium and I discussed Corellium's request to ask further questions, we agreed to extend Mr. Firlik's deposition and defer a deposition that had been scheduled to begin at 12:30 to 1:30 so that Mr. Firlik's time could be extended. Counsel for Corellium spent several minutes ████████████████████████████ ███████████████ However, he did not take the full time offered, instead closing the deposition at approximately 12:50 p.m.

Executed on April 23, 2020
in Culver City, CA

Jessica Stebbins Bina

2