UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

     Plaintiff,

v.

CORELLIUM, LLC,

     Defendant.

_____/

**PROPOSED ORDER GRANTING DEFENDANT CORELLIUM, LLC'S *UNOPPOSED* MOTION TO FILE PORTIONS OF CORELLIUM'S REPLY TO ITS MOTION TO COMPEL PLAINTIFF APPLE INC. TO PRODUCE ALL RELEVENT INFORMATION PERTAINING TO SPECIFIC APPLE INTERNAL PRODUCTS AND ANY OTHER SIMILAR, PARALLEL, AND/OR COMPETIVE TECHNOLOGY APPLE INC. HAS DEVELOPED OR IS CURRENTLY DEVELOPING AS WELL AS EXHIBITS 2–3 ATTACHED THERETO UNDER SEAL**

THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), Motion to File Portions of Corellium's Reply to its Motion to Compel Plaintiff Apple Inc. to Produce all Relevant Information Pertaining to Specific Apple Internal Products and any other Similar, Parallel, and/or Competitive Technology Apple has Developed or is Currently Developing and Exhibits 2–3 Attached Thereto ("Motion") Under Seal [D.E. 371]. The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

    1.  The Motion is **GRANTED**.

**DONE AND ORDERED** this ___ day of April, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**