**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

  v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL DEFENDANT CORELLIUM, LLC TO PRODUCE DOCUMENTS AND TO ALLOW A 90-MINUTE CONTINUANCE OF THE DEPOSITION OF CHRISTOPHER WADE, AND THE EXHIBITS ATTACHED THERETO, AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple Inc.'s Reply in Support of Its Motion to Compel Defendant Corellium, LLC to Produce Documents and to Allow a 90-Minute Continuance of the Deposition of Christopher Wade ("Reply"), as well as portions of Exhibits A, F, M, and Q attached thereto, and Exhibits B, C, D, E, G, H, I, J, K, L, N, O, and P attached thereto, in their entirety. In support of this request, Apple states as follows:

    1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal

with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. Exhibit A to the Reply contains excerpts of the transcript of the February 12, 2020 discovery hearing in this action. During the hearing, the Court ordered portions of the transcript sealed.

3. On March 25, 2020, Apple took the deposition of Amanda Gorton. Pursuant to the Protective Order, Ms. Gorton's deposition is provisionally designated as "Confidential – Attorneys' Eyes Only" ("AEO"). Exhibit I to the Reply contains excerpts of the transcript of Ms. Gorton's deposition.

4. Exhibits B, C, D, E, G, H, J, K, L, M, O, and P contain documents Corellium has produced and designated as either Confidential or AEO under the Protective Order.

5. Exhibit F contains excerpts of Corellium's Fifth Amended Answers to Apple's First Set of Interrogatories, served on April 18, 2020. Corellium has designated portions of these excerpts Confidential.

6. Exhibit N contains data that Corellium has produced and designated AEO.

7. Exhibit Q is Apple's Motion to Compel Defendant Corellium, LLC to Produce Documents and to Allow a 90-Minute Continuance of the Deposition of Christopher Wade, portions of which were filed under seal.

8. Apple's Reply refers to and quotes material filed under seal in this Action, including ECF Nos. 346-1, 346-2, 346-5, and 360, as well as the materials Apple seeks to seal herein.

9. Consistent with the Protective Order and the parties' standing designations, Apple moves to file under seal the portions of its Reply and Exhibits A, F, M, and Q, as well as the entirety of Exhibits B, C, D, E, G, H, I, J, K, L, N, O, and P.

**WHEREFORE** Apple respectfully requests that, unless and until Apple's or Corellium's designations are changed or rejected, the following documents remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

a. Portions of Apple's Reply in Support of Its Motion to Compel Defendant Corellium, LLC to Produce Documents and to Allow a 90-Minute Continuance of the Deposition of Christopher Wade;

b. Portions of Exhibits A, F, M, and Q to Apple's Reply;

c. Exhibits B, C, D, E, G, H, I, J, K, L, N, O, and P to Apple's Reply.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on April 24, 2020, regarding the relief sought herein.  Defendant does not oppose.

Dated: April 24, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Emily L. Pincow*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.