# EXHIBIT M

**From:** Sales <Sales@ShowMeCables.com>
**To:** Christopher Wade <chris@corellium.com>
**Subject:** Your ShowMeCables order confirmation. Order #986435
**Date:** 2019-02-27 11:29:24 -0500
**Importance:** Normal

---



Christopher Wade,

Thank you for your order from ShowMeCables. Once your package ships we will send an email with a link to track your order. If you have questions about your order, you can email us at CustomerService@ShowMeCables.com or call us at 1-888-519-9505. Our hours are Monday-Friday 7:30am-7:00pm CST, Saturday 9:00am-3:00pm CST.

# Your Order #986435

Placed on Feb 27, 2019, 10:29:24 AM

## Billing Info

Christopher Wade
16 E Ocean Ave
Ocean ridge, Florida, 33435
United States
T: 5612213899
chris@corellium.com

## Shipping Info

Christopher Wade
16 E Ocean Ave
Ocean ridge, Florida, 33435
United States
T: 5612213899

## Payment Method

PayPal Express
**Payer Email**  cmw@cmw.me

## Shipping Method

FedEx - Home Delivery

| Additional Information: | |
|---|---|
| Sales Representative | None<br>Customer.Service@showmecables.com<br>888-519-9505 |
| | |

Correllium-017417

| Items Ordered | Price | Qty | Extended |
|---|---|---|---|
| **BS 1363 to C15 International Power Cord - 10 Amp - 2.5 M**<br>SKU: 44-330-2.5M | $14.99 | 7 | $104.93 |
| | | Subtotal | $104.93 |
| | | Shipping & Handling | $17.12 |
| | | **Grand Total** | **$122.05** |

Thank you, ShowMeCables!

Correllium-017418



Confidential



Confidential-Attorneys Eyes Only



Confidential-Attorneys Eyes Only

Correllium-014672



Confidential-Attorneys Eyes Only

Correllium-014673



Confidential-Attorneys Eyes Only

Correllium-014674



Confidential-Attorneys Eyes Only

Correllium-014691