# EXHIBIT R

**From:** Turbo's Aquatics Support <support@turbosaquatics.com>
**To:** "chris@corellium.com" <chris@corellium.com>
**Cc:** "support@turbosaquatics.com" <support@turbosaquatics.com>
**Subject:** Re:[## 1043 ##] Turbo Algae Scrubber Ordering Information
**Date:** 2018-09-11 17:07:09 -0400
**Importance:** Normal

---

Hello Chris, thanks for contacting me

First things first: let's make sure this message doesn't end up in a junk/spam folder - Please reply to this message to let me know you received it

**Even if this message makes it directly into your Inbox**, I highly recommend "whitelisting" this email address - refer to the "Did you find this in a Junk or Spam folder?" link in my signature for link to step-by-step instructions

Bud Carlson
Turbo's Aquatics LLC

*I don't run a junk/spam filter. If you are expecting a reply and don't get one in 48 hours (and it's not in your junk/spam folder), shoot me another message!*

Like & Follow Turbo's Aquatics on Facebook: https://www.facebook.com/Turbos.Aquatics/
Join the Turbo's Aquatics Facebook Support Group: https://www.facebook.com/groups/turbosaquatics/
Join the Algae Scrubbing Forum: https://www.algaescrubbing.com/

**Did you find this in a Junk or Spam folder?**
Please click here & read the appropriate thread for your email service: https://www.algaescrubbing.com/forums/site-announcements.18/

Sent from the Turbo's Aquatics Helpdesk & Support System
Unsubscribe from Turbo's Aquatics

---

---- On Mon, 10 Sep 2018 09:55:18 -0500 **chris@corellium.com** wrote ----

Full Name: **Chris Wade**
Forum User Name(s) & where used:**cmw/cmwdotme**
Physical Address: **16 e ocean ave, ocean ridge FL 33435**
Phone Number (for shipping): **561-221-3899**
Preferred e-mail address: **cmw@cmw.me**
*Payment:* **Paypal**
Which size Algae Scrubber are you interested in?  i.e. L2, L4, L8 or L16?
**L8**
What would you consider your priority level and/or need to be?
**1 / High**
A pump is not included, but I do stock Rio pumps - **do you need one?**
**No**
Mounting brackets are not included, but I now offer self-customizable mounting rails for $30/set - **do you need a set of these?**
**Yes**
I do offer a military discount.  Are you a Veteran or Active Military?
**No**
How did you find out about Turbo's Aquatics?
**Forum**
Comments/questions?
**Looking forward to trying this out :)**

Regards,

Chris Wade

Correllium-002604