UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 19-81160-cv-Smith/Matthewman

APPLE INC.,

    Plaintiff,

vs.

CORELLIUM, LLC,

    Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART CORELLIUM'S MOTION TO COMPEL [DEs 341, 348]

THIS CAUSE is before the Court upon Defendant, Corellium, LLC's ("Corellium") Motion to Compel Plaintiff Apple Inc. to Produce All Relevant Information Pertaining to Specific Apple Internal Products and Any Other Similar, Parallel, and/or Competitive Technology Apple Inc. Has Developed or Is Currently Developing ("Motion") [DEs 341, 348]. This matter was referred to the undersigned by United States District Judge Rodney Smith. *See* DE 32.

On April 27, 2020, the Court entered a Sealed Order [DE 379] on the Motion. The Court's Order was sealed pursuant to the authority of Southern District of Florida Local Rule 5.4 because of the confidential, proprietary, and trade secret nature of the information contained in the Sealed Order. Although the Court favors full public disclosure of cases, the Sealed Order deals with a discovery issue, and, therefore, a lesser standard to justify the sealing is applicable. *See Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1312–13 (11th Cir.

1

2001) (noting that documents relating to motions to compel discovery are not subject to the common-law right of access and that the sealing standard is harder to meet for substantive motions than for discovery motions). The Court is filing this public Order to explain the Court's decision and its reason for sealing.

Corellium's Motion [DEs 341, 348] is **GRANTED IN PART AND DENIED IN PART** for the reasons stated in DE 379. Apple is required to produce certain information specified in the Sealed Order on or before **May 4, 2020**. This public Order is being entered to ensure clarity of the docket.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 27th day of April, 2020.

WILLIAM MATTHEWMAN
United States Magistrate Judge