UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 19-81160-cv-Smith/Matthewman

APPLE INC.,

    Plaintiff,

vs.

CORELLIUM, LLC,

    Defendant.
_____/

### ORDER GRANTING IN PART AND DENYING IN PART APPLE'S MOTION TO COMPEL [DEs 342, 346] AND REQUIRING ADDITIONAL BRIEFING FROM THE PARTIES ABOUT WHETHER DOCKET ENTRY 380 SHOULD REMAIN SEALED

THIS CAUSE is before the Court upon Plaintiff, Apple Inc.'s ("Apple") Motion to Compel Defendant Corellium, LLC to Produce Documents and to Allow a 90-Minute Continuance of the Deposition of Christopher Wade ("Motion") [DEs 342, 346]. This matter was referred to the undersigned by United States District Judge Rodney Smith. *See* DE 32.

On April 27, 2020, the Court entered a Sealed Order [DE 380] on the Motion. The Court's Order was sealed pursuant to the authority of Southern District of Florida Local Rule 5.4 based upon an unopposed motion to seal filed by Defendant Corellium [DEs 342, 345]. Although the Court favors full public disclosure of cases, the Sealed Order deals with a discovery issue, and, therefore, a lesser standard to justify the sealing is applicable. *See Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1312–13 (11th Cir. 2001) (noting that documents relating to motions to compel discovery are not subject to the common-law right of access and that the sealing standard is harder to meet for substantive motions than for discovery motions).

1

The Court is filing this public Order to explain the Court's decision and its reason for sealing. However, the Court wants further briefing from the parties as to whether the Court's Sealed Order [DE 380] should remain sealed. Accordingly, counsel for Corellium shall file a memorandum on or before **May 18, 2020**, discussing why DE 380 should remain sealed or should be unsealed. Apple shall file a response on or before **June 1, 2020**, and Corellium shall file a reply on or before **June 8, 2020**. To the extent that any party's counsel believes that all or part of the papers need to be filed under seal, they may make such request along with supporting argument and authorities.

Apple's Motion [DEs 342, 346] is **GRANTED IN PART AND DENIED IN PART** for the reasons stated in DE 380. Corellium and Mr. Wade are required to produce certain documents specified in the Sealed Order on or before **April 29, 2020 at 5:00 p.m.** The Court also requires that Christopher Wade sit for an additional deposition of no more than 40 minutes on limited issues specified in the Sealed Order on or before **May 4, 2020**. If the parties cannot agree on the specific date and time of this continued deposition, the Court hereby **ORDERS** that the deposition of Mr. Wade shall take place on **Friday, May 1, 2020 at 2:00 p.m.**, in the same manner as his prior deposition was taken.

This Order is being entered in the public record to ensure clarity of the docket.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 27th day of April, 2020.

_William Matthewman_
WILLIAM MATTHEWMAN
United States Magistrate Judge