UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH/MATTHEWMAN

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.
_____/

## NOTICE OF APPEARANCE

The United States Attorney's Office for the Southern District of Florida, on behalf of the United States, respectfully notifies the Court, Plaintiff, and Defendant, that the above-captioned case has been assigned to Department of Justice Trial Attorney Serena Orloff, with Assistant United States Attorney Dexter A. Lee as local counsel. All further pleadings and orders should be addressed to the undersigned counsel.

Dated: April 28, 2020

Respectfully submitted,

Joseph H. Hunt
Assistant Attorney General
U.S. Department of Justice, Civil Division

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida

ANTHONY J. COPPOLINO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

By:   */s/ Serena M. Orloff*
SERENA ORLOFF
Trial Attorney

Court Assigned No. A5502652
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, D.C. 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
Email: serena.m.orloff@usdoj.gov

  *Dexter A. Lee*  
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

*Attorneys for the United States*