UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

|  |  |
|---|---|
| APPLE INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CORELLIUM, LLC, | ) ) |
| Defendant. | ) ) |

**NOTICE BY THE UNITED STATES OF POTENTIAL PARTICIPATION**

On April 20, 2020, Plaintiff Apple Inc. filed a Motion to Compel Defendant Corellium, LLC to Produce Documents and Allow a 90-Minute Continuance of the Deposition of Christopher Wade, ECF No. 342 (the "Motion"). Briefing on the Motion was complete on April 25, 2020. *See* ECF No. 347. On April 27, 2020, the Court issued a public order indicating that it had issued a sealed order, ECF No. 380, granting-in-part and denying-in-part the Motion and seeking additional information as to whether the order at ECF No. 380 should remain sealed. *See* ECF No. 383 (collectively, with ECF No. 380, the "Orders").

The United States is presently considering whether to participate in this litigation, pursuant to 28 U.S.C. § 517,[1] to address issues raised by the Motion that may implicate the interests of the United States. The process for deciding whether and how to attend to the

---

[1] 28 U.S.C. § 517 provides in relevant part that any officer of the Department of Justice "may be sent by the Attorney General to any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States . . . or to attend to any other interest of the United States."

interests of the United States in this case requires consultation with interested agencies and the approval of the U.S. Department of Justice through the Assistant Attorney General for the Civil Division.  Because the Motion was only recently brought to the attention of the United States, and the Motion and related filings are heavily redacted (if not entirely sealed), the United States has not yet had a sufficient opportunity to consider the matter fully.  Assuming those materials are made available to the Government immediately, the United States expects to complete a preliminary review by May 6, 2020 and, by that date, advise the Court whether it has an interest in the matter, and if so propose further steps the Government may take to address and protect that interest.  The United States respectfully requests that the Court extend the deadlines for compliance with its Orders at least until after the United States has had the opportunity to assess its interest in the matter, if any, and report back to the Court on May 6 as described herein.

Dated: April 28, 2020                              Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida

ANTHONY J. COPPOLINO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

  */s/ Serena M. Orloff*
SERENA ORLOFF
S.D. Fla. Special Bar I.D. No. A5502652
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, D.C. 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
Email: serena.m.orloff@usdoj.gov

                                             *Dexter A. Lee*
                                             DEXTER A. LEE
                                             Assistant U.S. Attorney
                                             Fla. Bar No. 0936693
                                             United States Attorney's Office
                                             99 N.E. 4th Street, Suite 300
                                             Miami, Florida 33132
                                             Tel: (305) 961-9320
                                             Fax: (305) 530-7139
                                             E-mail: dexter.lee@usdoj.gov

*Attorneys for the United States*