UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH/MATTHEWMAN

APPLE INC.,

   Plaintiff,

v.

CORELLIUM, LLC,

   Defendant.
_____/

**[PROPOSED] ORDER**

Upon consideration of the Notice by the United States of Potential Participation, and the entire record herein, it is hereby ORDERED, that the deadlines in the Court's prior orders, ECF Nos. 380 and 383, which granted-in-part and denied-in-part Plaintiff Apple Inc.'s Motion to Compel (ECF No. 342), and required additional briefing from the parties about whether docket entry 380 should remain sealed, are hereby extended until such further time as the Court may direct after the United States has had the opportunity to assess its interest in the matter, if any, and report back to the Court on May 6, 2020.

_____
Date

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE