UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**JOINT MOTION FOR ENTRY OF
STIPULATED COVID-19 ADDENDUM TO PROTECTIVE ORDER**

Plaintiff Apple Inc. ("Apple") and Defendant Corellium, LLC ("Corellium") (collectively, the "Parties"), by and through their undersigned counsel and pursuant to Rule 37 of the Federal Rules of Civil Procedure and S.D. Fla. L.R. 26.1(g)(3), hereby submit this Joint Motion for Entry of Stipulated Covid-19 Addendum to Protective Order. As grounds in support thereof, the Parties state:

1. On December 13, 2019, the Court entered a Protective Order on December 13, 2019 (ECF No. 50) (the "Protective Order").

2. Since the Parties entered into the Protective Order, the outbreak of the novel coronavirus ("COVID-19") has been declared a global pandemic by the World Health Organization, and the Centers for Disease Control and Prevention has described the outbreak of COVID-19 in the United States as a "rapidly evolving situation" and has recommended social distancing to limit further community spread of COVID-19.

1

3. Because of the COVID-19 outbreak, Apple's normal and necessary security procedures for the treatment of computer source code used as part of litigation are not possible given the public health orders and advisories that have been issued as a result.

4. Solely in this period of national—and international—public health emergency, Apple is willing to sacrifice certain important security precautions to allow discovery in this action to continue while the public health restrictions are in place.

5. Corellium acknowledges the exceptional exigencies presented by the international health emergency and will not later argue that Apple's accommodations during this emergency constitute a proper approach in any other circumstances.

6. With this joint motion, the Parties are providing the Court with the Parties' [Proposed] Covid-19 Addendum to the Protective Order.

**WHEREFORE**, the Parties jointly and respectfully move the Court to enter the accompanying Stipulation and [Proposed] Covid-19 Addendum to the Protective Order, and grant any other relief the Court deems necessary and proper.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff Apple Inc. conferred via email and teleconference with counsel for Defendant Corellium, LLC on April 22 through April 28, 2020, regarding the relief sought herein.  Defendant Corellium, LLC joins in this motion.

Dated: April 29, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel*
*joe.wetzel@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar No. 1010370
*epincow@lashgoldberg.com*
*gizquierdo@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

By:

s/ *Lizza Constantine*
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.: 106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945
COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

*and*

HECHT PARTNERS LLP
20 West 23rd St. Fifth Floor
New York, NY 10010
Telephone (212) 851-6821
David Hecht, *Pro hac vice*
E-mail: dhecht@hechtpartnersllp.com
Maxim Price, *Pro hac vice*
E-mail: mprice@hechtpartnersllp.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@hechtpartnersllp.com

*Attorneys for Defendant* CORELLIUM, LLC.