UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,
v.

CORELLIUM, LLC,

    Defendant.
_____/

**DEFENDANT CORELLIUM, LLC'S MOTION FOR FIVE-HOUR EXTENSION OF TIME TO PROVIDE DOCUMENTS IN COMPLIANCE WITH THE COURT'S ORDER DATED APRIL 27, 2020**

    Defendant, Corellium, LLC ("Defendant" or "Corellium"), pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. Rule 7.1, files this Motion for a Five-Hour Extension of Time to Provide Documents in Compliance with the Court's Order dated Monday, April 27, 2020 [D.E. 380] ("Motion"), and in support states as follows:

    1.    On April 27, 2020, this Court entered a sealed order mandating Corellium to produce certain responsive documents relating to Christopher Wade by 5 p.m. on April 29, 2020 [D.E. 380] (the "Order").

    2.    As such, responsive documents are to be provided to Apple by 5 p.m. today. Corellium requests a brief five-hour extension to provide the documents to Apple.

    3.    On April, 28, 2020, the United States Government ("Government") filed a Notice of Potential Participation in this litigation. *See* D.E. 385.

    4.    Corellium has compiled potentially responsive documents to comply with the Order; however, the Government is currently reviewing those documents to determine whether it

will be asserting any privilege. On a meet and confer earlier today, the Government informed counsel for both Parties that it intended to redact some documents relative to at least one privilege.

5.  The Government is currently reviewing the documents and may need a few more hours to complete that review at which point Corellium will need to receive and process the documents for production.

6.  Corellium is requesting up to five additional hours, but will only use the time necessary to complete the production. Corellium will produce the documents as soon as it can and intends and hopes not to need to full five hours.

7.  Counsel for Corellium has conferred with counsel for Plaintiff and counsel for the Government about the need for additional five hours to produce the responsive documents to Plaintiff in compliance with the Order.

8.  Counsel for the Government does not oppose the relief sought.  Counsel for Plaintiff did not oppose the relief sought, but only upon certain enumerated conditions that Corellium has informed it cannot control. These conditions include:

    (1) the documents will be produced substantially in full, with only minimal redactions, given that the United States is not a party in this case and Corellium has not sought leave to redact responsive materials; and
    (2) Corellium will provide a log detailing the basis for any redactions in today's production when it makes the production today.

9.  Corellium informed Apple that it cannot control the redactions made by the Government. The Government informed Apple during the meet and conferral that it will address any redacts made by it. Corellium cannot produce a log for the Government's assertions of privilege because Corellium is not privy as to what grounds the Government is redacting on. Corellium has agreed to provide a log detailing any redactions it makes.

10. Accordingly, Corellium requests a brief extension of time, through 10 p.m. on April 29, 2020, within which to produce responsive documents to Plaintiff.

11. The requests contained herein is not intended for purposes of delay and will cause no prejudice to the Court or any party to this action.

**WHEREFORE**, for good cause shown, Defendant, Corellium, LLC respectfully requests the Court enter an order extending the time to produce responsive documents to Plaintiff from 5 p.m. on April 29, 2020 to 10 p.m. on April 29, 2020, together with such other and further relief as this Court deems just and proper.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Defendant conferred via email with counsel for Plaintiff and counsel for the Government on April 29, 2020, regarding the relief sought herein. Paragraphs 7-9 outline the status of that conferral.

Dated: April 29, 2020            Respectfully submitted,

                                       COLE, SCOTT & KISSANE, P.A.
                                       *Counsel for Defendant CORELLIUM, LLC*
                                       Esperante Building
                                       222 Lakeview Avenue, Suite 120
                                       West Palm Beach, Florida 33401
                                       Telephone (561) 612-3459
                                       Facsimile (561) 683-8977
                                       Primary e-mail: justin.levine@csklegal.com
                                       Secondary e-mail: lizza.constantine@csklegal.com

                   By:  *s/ Lizza C. Constantine*
                          JONATHAN VINE
                          Florida Bar. No.: 10966
                          JUSTIN B. LEVINE

CASE NO.: 9:19-CV-81160-RS

    Florida Bar No.: 106463
    LIZZA C. CONSTANTINE
    Florida Bar No.: 1002945
    MICHAEL A. BOEHRINGER
    Florida Bar No.: 1018486

    *and*

    HECHT PARTNERS LLP
    *Counsel for Defendant*
    20 West 23rd St. Fifth Floor
    New York, NY 10010
    Telephone (212) 851-6821
    David Hecht, *Pro hac vice*
    E-mail: dhecht@hechtpartnersllp.com
    Maxim Price, *Pro hac vice*
    E-mail: mprice@hechtpartnersllp.com
    Minyao Wang, *Pro hac vice*
    E-mail: mwang@hechtpartnersllp.com

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on April 29, 2020, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

## **SERVICE LIST**

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com

LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*


Serena M. Orloff
Serena.m.orloff@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, DC 20005

Dexter A. Lee
Dexter.lee@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, FL 33132

*Attorneys for the United States*