UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING DEFENDANT CORELLIUM, LLC'S MOTION FOR FIVE-HOUR EXTENSION OF TIME TO PROVIDE DOCUMENTS IN COMPLIANCE WITH THE COURT'S ORDER DATED APRIL 27, 2020**

THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), Motion for Five-Hour Extension of Time to Provide Documents in Compliance with the Court's Order dated Monday, April 27, 2020 [D.E. 380] ("Motion"). The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**. Corellium shall produce documents in compliance with the Court's Order dated April 27, 2020 [D.E. 380] by 10 p.m. on April 29, 2020.

**DONE AND ORDERED** this \_\_\_ day of April, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                              _____
                                                              **WILLIAM MATTHEWMAN**
                                                              **UNITED STATES MAGISTRATE JUDGE**