UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH/MATTHEWMAN

|  |  |
|---|---|
| APPLE INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| CORELLIUM, LLC, | ) |
|  | ) |
| Defendant. | ) |

**THE UNITED STATES' MOTION TO SEAL**

The United States, by and through its undersigned counsel, pursuant to Local Rule 5.4, moves for permission to file under seal the Emergency Motion by the United States to Stay the Further Deposition of Christopher Wade and for Additional Relief Related to Plaintiff's Motion to Compel (ECF No. 342) ("Emergency Motion"), filed contemporaneously herewith.  In the Emergency Motion, the United States explains that it recently became aware of Plaintiff Apple Inc.'s Motion to Compel Defendant Corellium, LLC to Produce Documents and Allow a 90-Minute Continuance of the Deposition of Christopher Wade, ECF No. 342 (the "Discovery Motion"), and the Court's April 27, 2020 disposition of the Discovery Motion, which may implicate certain interests of the United States. The relevant portions of the Discovery Motion and related filings discussing those potential interests have themselves been sealed or redacted pursuant to the parties' protective order. *See, e.g.*, ECF Nos. 340, 358.  Furthermore, the Emergency Motion explains that the United States has determined that the Discovery Motion implicates potential privileges and interests of the United States, which may independently

warrant sealing certain information discussed in the Emergency Motion. However, in light of the expedited nature of the Emergency Motion and logistical difficulties arising from the COVID-19 pandemic, the United States has not yet had an opportunity to fully assess those interests. Thus, consistent with the established practice of the parties in litigating the Discovery Motion, and so as not to prejudice any equities of the parties or the United States while the United States completes its assessments of the matters at issue, the United States respectfully requests leave to file its Emergency Motion under seal until further order of the Court. The United States intends to file a partially-redacted version of the Emergency Motion on the public docket.

The undersigned has conferred with counsel for the parties as to the relief requested. Corellium does not oppose, and Apple takes no position on, the requested relief.

Dated: April 29, 2020                                   Respectfully submitted,

                                                        JOSEPH H. HUNT
                                                        Assistant Attorney General

                                                        ARIANA FAJARDO ORSHAN
                                                        United States Attorney
                                                        Southern District of Florida

                                                        ANTHONY J. COPPOLINO
                                                        Deputy Director
                                                        U.S. Department of Justice
                                                        Civil Division, Federal Programs Branch

                                                         */s/ Serena M. Orloff*
                                                        SERENA ORLOFF
                                                        S.D. Fla. Special Bar I.D. No. A5502652
                                                        Trial Attorney
                                                        United States Department of Justice
                                                        Civil Division, Federal Programs Branch
                                                        1100 L Street NW, Room 12512
                                                        Washington, D.C. 20005
                                                        Tel: (202) 305-0167
                                                        Fax: (202) 616-8470
                                                        Email: serena.m.orloff@usdoj.gov

   *Dexter A. Lee*
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

*Attorneys for the United States*