## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-81160-CIV-SMITH/MATTHEWMAN

**APPLE INC.,**

    **Plaintiff,**

**v.**

**CORELLIUM, LLC,**

    **Defendant.**

_____/

### **[PROPOSED] ORDER**

Upon consideration of the United States' Motion to Seal, and the entire record herein, it is **HEREBY ORDERED**, that the Motion to Seal is **GRANTED**, and the Emergency Motion by the United States to Stay the Further Deposition of Christopher Wade and for Additional Relief Related to Plaintiff's Motion to Compel shall be sealed until further order of the Court.

_____  
Date

_____  
WILLIAM MATTHEWMAN  
UNITED STATES MAGISTRATE JUDGE