UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 9:19-cv-81160**

|  |  |
|---|---|
| APPLE INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| CORELLIUM, LLC, | ) |
| Defendant. | ) |

**MOTION BY THE UNITED STATES FOR AN EXTENSION OF TIME TO RESPOND TO THE COURT'S ORDER TO MAKE AN EX PARTE SUBMISSION OF DOCUMENT**

By order dated April 29, 2020, the Court granted Defendant Corellium, LLC's Motion for Five-Hour Extension of Time to Provide Documents in Compliance with the Court's Order Dated April 27, 2020. The Court granted Corellium until 10:00 p.m. on April 29, 2020 to produce the documents to Apple. The Court also ordered that, in light of the upcoming deposition in this case of Corellium CEO Christopher Wade, if any redactions to the documents produced by the Defendant are made by the United States, the United States shall submit the unredacted documents on an in camera, ex parte basis to the Court on Thursday, April 30, 2020.

The Court further ordered that the United States shall file a memorandum, under seal if necessary, addressing its statutory and legal entitlement to make redactions in the documents ordered produced in this civil case and why the specific redactions, if any, were made.

By this motion, the United States requests an extension of time to make the ex parte, in camera submission of documents ordered by the Court until Friday, May 1, 2020, at 12 noon.

(The Government intends to file a brief in response to the Court's order on April 30, 2020 as directed.)

The United States understands that only a single responsive document containing redactions made by the Government was produced by the Defendant on April 29, 2020. The Government further understands the Court's order to require ex parte, in camera submission of only that document. With respect to that document, the United States requires additional time to make an ex parte submission to the Court. The submission of the document for ex parte review presents logistical issues that required additional time to resolve. First, the handling and preparation of that document to the Court requires the assistance of personnel who were not in government work space today due to remote working policies during the COVID-19 pandemic. In addition, the Government is still in the process of resolving the logistics of hand-delivery to the Court, which will be necessary. For these reasons, the Government requests that the ex parte submission of this document required by the Court be extended to 12 noon on May 1, 2020 (although the Government will seek to deliver the document sooner if possible).

Counsel for the Government has conferred with counsel for the parties regarding this motion. Corellium does not object to, and Apple takes no position on, the relief requested herein.

Dated: April 30, 2020                   Respectfully submitted,

                                        JOSEPH H. HUNT
                                        Assistant Attorney General
                                        U.S. Department of Justice
                                        Civil Division


                                        ARIANA FAJARDO ORSHAN
                                        United States Attorney
                                        Southern District of Florida

ANTHONY J. COPPOLINO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch


  /s/ Serena M. Orloff
SERENA ORLOFF
Special Bar No. A5502652
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, D.C. 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
Email: serena.m.orloff@usdoj.gov

  Dexter A. Lee
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

*Attorneys for the United States*