# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-81160-CIV-SMITH/MATTHEWMAN

**APPLE INC.,**

    **Plaintiff,**

v.

**CORELLIUM, LLC,**

    **Defendant.**

_____/

### [PROPOSED] ORDER

Upon consideration of the United States' Motion for an Extension of Time to Respond to the Court's Order to Make an Ex Parte Submission of Document, and the entire record herein, it is **HEREBY ORDERED**, that the Motion is **GRANTED**. The United States' deadline to make its ex parte, in camera submission to the Court is hereby extended until May 1, 2020, at 12 noon.

_____  
Date

                                                     _____  
                                                     William Matthewman  
                                                     United States Magistrate Judge