UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**DEFENDANT CORELLIUM, LLC'S *UNOPPOSED* MOTION TO FILE PORTIONS OF CORELLIUM'S RESPONSE TO EMERGENCY MOTION BY THE UNITED STATES TO STAY THE FURTHER DEPOSITION OF CHRISTOPHER WADE AND FOR ADDITIONAL RELIEF RELATED TO PLAINTIFF'S MOTION TO COMPEL (ECF 342) UNDER SEAL UNDER SEAL**

Defendant, Corellium, LLC ("Defendant" or "Corellium"), pursuant Federal Rule of Civil Procedure 26(c), Local Rules 5.4 and 7.1 of the United States District Court for the Southern District of Florida, and Section 9 of the Southern District of Florida's CM/ECF Administrative Procedures, respectfully moves this Court for an order authorizing the filing under seal of portions of Corellium's Response to Emergency Motion by the United States to Stay the Further Deposition of Christopher Wade and for Additional Relief Related to Plaintiff's Motion to Compel (ECF 342) ("Response"), and in support thereof, states as follows:

## BACKGROUND

1. On December 13, 2019, this Court entered a Stipulated Confidentiality and Protective Order [D.E. 50] (the "Protective Order"). The Protective Order exists to allow the parties to designate Protected Material pursuant to Protective Order ¶ 7.

2. On April 30, 2020, the United States filed an Emergency Motion to Stay the Further Deposition of Christopher Wade and for Additional Relief Related to Plaintiff's Motion to Compel (ECF 342) [D.E. 397] (the "Motion to Stay"). Portions of the United States' Motion have been redacted and contain information that have been designated as confidential by the United States.

3. In its Response, Corellium addresses the portions that have been designated as confidential by the United States in its Motion to Stay. Moreover, Corellium refers to exhibits attached to Apple's Motion to Compel Defendant to Produce Documents and to Allow a 90-Minute Continuance of the Deposition of Christopher Wade [D.E. 342] ("Motion to Compel") and Corellium's Response in Opposition to the Motion to Compel [D.E. 360] ("Opposition") that have been designated by Apple as "Confidential."

4. Counsel for Apple has informed counsel for Corellium that Apple does not oppose Corellium's Motion to File portions of its Response Under Seal. Similarly, Counsel for the United States does not oppose the relief sought herein.

5. Consistent with the Protective Order and Plaintiff's and the United States confidentiality designations, Corellium moves to file under seal portions of its Response Under Seal.

**MEMORANDUM OF LAW**

**I.  Legal Standard**

"Unless otherwise provided by law, Court rule, or Court order, proceedings in the United States District Court are public and Court filings are matters of public record." S.D. Fla. L.R. 5.4(a). However, this right of access is not absolute and "requires a balancing of competing interests." *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir.

2001) (citations omitted). In determining whether to seal a document, "courts must consider, among other factors, 'whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents.'" *Huenefeld v. Nat'l Beverage Corp.*, No. 16-62881-CIV, 2017 WL 4864594, at *1 (S.D. Fla. Oct. 25, 2017) (quoting *Romero v. Drummond Co.*, 480 F.3d 1234, 1245 (11th Cir. 2007)).

## II. Good Cause Exists for the Court to Seal Portions of Corellium's Response

In this instance, good cause exists for this Court to seal portions of Corellium's Response. In particular, Corellium's Response detail highly-confidential information relating to the United States potential interest in this matter and Corellium further responds to redacted portions of the Unites States' Motion to Stay, portions that contain highly-sensitive information to the United States. Lastly, Apple has designated certain exhibits in its Motion to Compel and in Corellium's Opposition as confidential. Corellium refers to these exhibits in its Response. Accordingly, the same precautions are required of this Court to keep this sensitive information from the public's reach. Therefore, due to the confidential, highly-sensitive information contained therein, this Court must seal portions of Corellium's Response.

## CONCLUSION

Corellium respectfully requests the Court enter the proposed Order, attached hereto, permitting it to file portions of Corellium's Response to Emergency Motion by the United States to Stay the Further Deposition of Christopher Wade and for Additional Relief Related to Plaintiff's

CASE NO.: 9:19-CV-81160-RS

Motion to Compel (ECF 342) under seal and ordering that the materials remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above referenced Protective Order, as ordered by this Court, or required by law:

### **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Defendant conferred via email with counsel for Plaintiff and counsel for the United States on April 30, 2020, regarding the relief sought herein. Plaintiff and the United States do not oppose the Motion and the relief requested herein. The United States reserves its rights to take a different position at a later date after it reviews the Response.

Dated: April 30, 2020                    Respectfully submitted,

                                                        COLE, SCOTT & KISSANE, P.A.
                                                        *Counsel for Defendant CORELLIUM, LLC*
                                                        Esperante Building
                                                        222 Lakeview Avenue, Suite 120
                                                        West Palm Beach, Florida 33401
                                                        Telephone (561) 612-3459
                                                        Facsimile (561) 683-8977
                                                        Primary e-mail: justin.levine@csklegal.com
                                                        Secondary e-mail: lizza.constantine@csklegal.com

                                            By:   *s/ Lizza C. Constantine*
                                                        JONATHAN VINE
                                                        Florida Bar. No.: 10966
                                                        JUSTIN B. LEVINE
                                                        Florida Bar No.:  106463
                                                        LIZZA C. CONSTANTINE
                                                        Florida Bar No.:  1002945
                                                        MICHAEL A. BOEHRINGER
                                                        Florida Bar No.: 1018486

                                                        *and*

CASE NO.: 9:19-CV-81160-RS

> HECHT PARTNERS LLP
> *Counsel for Defendant*
> 20 West 23rd St. Fifth Floor
> New York, NY 10010
> Telephone (212) 851-6821
> David Hecht, *Pro hac vice*
> E-mail: dhecht@hechtpartnersllp.com
> Maxim Price, *Pro hac vice*
> E-mail: mprice@hechtpartnersllp.com
> Minyao Wang, *Pro hac vice*
> E-mail: mwang@hechtpartnersllp.com

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on April 30, 2020, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)

sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*


Serena M. Orloff
Serena.m.orloff@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, DC 20005

Dexter A. Lee
Dexter.lee@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, FL 33132

*Attorneys for the United States*