UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING DEFENDANT CORELLIUM, LLC'S *UNOPPOSED* MOTION TO FILE PORTIONS OF CORELLIUM'S RESPONSE TO EMERGENCY MOTION BY THE UNITED STATES TO STAY THE FURTHER DEPOSITION OF CHRISTOPHER WADE AND FOR ADDITIONAL RELIEF RELATED TO PLAINTIFF'S MOTION TO COMPEL (ECF 342) UNDER SEAL**

    THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), *Unopposed* Motion to File Portions of Corellium's Response to Emergency Motion by the United States to Stay the Further Deposition of Christopher Wade and for Additional Relief Related to Plaintiff's Motion to Compel (ECF 342) ("Motion") Under Seal [D.E. 399]. The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

    1.  The Motion is **GRANTED**.

**DONE AND ORDERED** this \_\_\_ day of April, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                            **WILLIAM MATTHEWMAN**
                                            **UNITED STATES MAGISTRATE JUDGE**