UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 9:19-cv-81160**

|  |  |
|---|---|
| APPLE INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| CORELLIUM, LLC, | ) |
|  | ) |
| Defendant. | ) |

**THE UNITED STATES' MOTION TO SEAL**

The United States, by and through its undersigned counsel, pursuant to Local Rule 5.4, moves for permission to file under seal the Response by the United States to the Court's April 29, 2020 order ("Response"), filed contemporaneously herewith. In the Response, the United States addresses the Court's inquiry concerning the Government's statutory and legal authority to make redactions in the documents ordered to be produced by Defendant Corellium, LLC in this civil case and why any specific redactions were made. Addressing those issues requires the Government to refer to matters raised by Apple's Motion to Compel Defendant Corellium, LLC to Produce Documents and Allow a 90-Minute Continuance of the Deposition of Christopher Wade, ECF No. 342 (the "Discovery Motion") and related filings, which have themselves been sealed or redacted pursuant to the parties' protective order. *See, e.g.*, ECF Nos. 340, 358. Furthermore, the Response addresses potential privileges and interests of the United States, which may independently warrant sealing certain information discussed in the Response. However, in light of the expedited nature of these matters and logistical difficulties arising from the COVID-19 pandemic, the United States has not yet had an opportunity to fully assess those

interests. Thus, consistent with the established practice of the parties in litigating the Discovery Motion, and so as not to prejudice any equities of the parties or the United States while the United States completes its assessments of the matters at issue, the United States respectfully requests leave to file the Response under seal until further order of the Court. The United States intends to file a partially-redacted version of the Response on the public docket.

The undersigned has conferred with counsel for the parties to this litigation, who report that they do not oppose the relief requested but reserve the right to challenge any confidentiality designation at a later date.

Dated: April 30, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida

ANTHONY J. COPPOLINO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

 */s/ Serena M. Orloff*
SERENA ORLOFF
S.D. Fla. Special Bar I.D. No. A5502652
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, D.C. 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
Email: serena.m.orloff@usdoj.gov

 *Dexter A. Lee*
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
United States Attorney's Office

3

99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

*Attorneys for the United States*