UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH/MATTHEWMAN

**APPLE INC.,**

    **Plaintiff,**

v.

**CORELLIUM, LLC,**

    **Defendant.**

_____/

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion to Seal, and the entire record herein, it is

**HEREBY ORDERED**, that the Motion to Seal is **GRANTED**, and the Response by the United States to the Court's April 29, 2020 order shall be sealed until further order of the Court.

_____
Date

_____
William Matthewman
United States Magistrate Judge