UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**DEFENDANT CORELLIUM, LLC'S RESPONSE TO EMERGENCY MOTION BY THE UNITED STATES TO STAY THE FURTHER DEPOSITION OF CHRISTOPHER WADE AND FOR ADDITIONAL RELIEF RELATED TO PLAINTIFF'S MOTION TO COMPEL (ECF 342)**

Defendant Corellium, LLC ("Defendant" or "Corellium") submits this response to the Emergency Motion by the United States to Stay the Further Deposition of Christopher Wade and for Additional Relief Related to Plaintiff's Motion to Compel (the "Emergency Motion") [D.E. 393], and, pursuant to the Sealed Order ▮▮▮▮▮▮▮▮▮▮ (the "Sealed Order") [D.E. 396], states as follows:

In the Emergency Motion, the United States ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ As it expressed to the United States prior to the filing of the Motion, DE 393 at 2, Corellium does not oppose the relief sought by the United States, but notes that it only specifically responds to the second issue here, ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

████████████████████████████████████ Despite this, Apple objects to the production of these central records ████████████. ████████████████████████████████████████████ "absent certain detailed conditions," including "acceptance of a 30-page protective order . . . as well as additional terms that appear to conflict with federal records law." *Id.* As an initial matter, it is not clear to Corellium why the ██████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

████████████████████████████████████

Notwithstanding Apple's bases to subject the United States to "certain detailed conditions," ██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████ DE 393 at 2. ████████████████████████████████████████████████████████

██████████████████████████████████
██████████████████████[1]

Dated: April 30, 2020

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant CORELLIUM, LLC*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail: justin.levine@csklegal.com
Secondary e-mail: lizza.constantine@csklegal.com

By: s/ *Justin B. Levine*
JONATHAN VINE
Florida Bar. No.: 10966
JUSTIN B. LEVINE
Florida Bar No.: 106463
LIZZA C. CONSTANTINE
Florida Bar No.: 1002945
MICHAEL A. BOEHRINGER
Florida Bar No.: 1018486

and

HECHT PARTNERS LLP
20 West 23rd St. Fifth Floor
New York, NY 10010
Tel: (212) 851-6821
David L. Hecht *pro hac vice*
Email: dhecht@hechtpartners.com
Minyao Wang *pro hac vice*
Email: mwang@hechtpartners.com

---

[1] Corellium is not privy to the "additional terms," DE 393 at 2, that Apple is seeking to impose on the United States here. ████████████████████████
████████████████████████████████████████████████████

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on April 30, 2020, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)

jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*


Serena M. Orloff
Serena.m.orloff@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, DC 20005

Dexter A. Lee
Dexter.lee@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, FL 33132

*Attorneys for the United States*