UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

          Plaintiff,

v.

CORELLIUM, LLC,

          Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF APPLE INC.'S RESPONSE TO EMERGENCY MOTION BY THE UNITED STATES TO STAY THE FURTHER DEPOSITION OF CHRISTOPHER WADE AND FOR ADDITIONAL RELIEF RELATED TO PLAINTIFF'S MOTION TO COMPEL
AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple Inc.'s Response in Opposition to the Government's Emergency Motion to Stay the Further Deposition of Christopher Wade and for Additional Relief Related to Plaintiff's Motion to Compel ("Response") as well as portions of Exhibit B and the entirety of Exhibits C, D, E, F, G, H, and J attached thereto.  In support of this request, Apple states as follows:

1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order").  The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal

with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. Exhibit B to the Response is the Declaration of Elana Nightingale Dawson which references information Corellium has designated as "Confidential – Attorneys' Eyes Only" ("AEO") under the Protective Order.

3. Exhibits C, D, E, F, G, and H to the Response are the documents Corellium produced on April 29, 2020 and April 30, 2020 in response to the Court's Sealed Order on Apple's Motion to Compel, ECF No. 380. Corellium designated these documents as AEO under the Protective Order.

4. Exhibit J to the Response is Corellium's redaction log provided on April 29, 2020. in response to the Court's Sealed Order on Apple's Motion to Compel, ECF No. 380. Corellium designated the documents listed on this redaction log as AEO under the Protective Order.

5. Apple's Response refers to and quotes material filed under seal in this Action, including ECF Nos. 380 (sealed Order), 393 (sealed Emergency Motion to Stay), 396 (sealed Order), as well as the material Apple seeks to seal herein.

6. Consistent with the Protective Order and the parties' standing designations, Apple moves to file under seal portions of Apple Inc.'s Response in Opposition to the Government's Emergency Motion to Stay as well as portions of Exhibit B and the entirety of Exhibits C, D, E, F, G, H, and J.

**WHEREFORE** Apple respectfully requests that, unless and until Apple's or Corellium's designations are changed or rejected, or until any asserted privileges or protections of the U.S. Government are changed or rejected, the following documents remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case

except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

    a. Portions of Apple's Response in Opposition to the Emergency Motion to Stay;

    b. Portions of Exhibit B to Apple's Response;

    c. The entirety of Exhibits C, D, E, F, G, H, and J to Apple's Response.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant and counsel for the United States on April 30, 2020, regarding the relief sought herein. Defendant and the United States do not oppose, although the United States reserved the right to revisit the sealing designations at a later date.

| | |
|---|---|
| Dated: May 1, 2020 | Respectfully Submitted, |
| Michele D. Johnson*<br>*michele.johnson@lw.com*<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>(714) 540-1235 / (714) 755-8290 Fax | <u>*s/ Martin B. Goldberg*</u><br><br>Martin B. Goldberg<br>Florida Bar No. 0827029<br>*mgoldberg@lashgoldberg.com*<br>*rdiaz@lashgoldberg.com* |
| Sarang Vijay Damle*<br>*sy.damle@lw.com*<br>Elana Nightingale Dawson*<br>*elana.nightingaledawson@lw.com*<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004<br>(202) 637-2200 / (202) 637-2201 Fax | Emily L. Pincow<br>Florida Bar. No. 1010370<br>*epincow@lashgoldberg.com*<br>LASH & GOLDBERG LLP<br>100 Southeast Second Street<br>Miami, FL 33131<br>(305) 347-4040 / (305) 347-4050 Fax |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.