# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

## PROPOSED ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Under Seal Portions of Apple Inc.'s Response in Opposition to the Government's Emergency Motion to Stay the Further Deposition of Christopher Wade and for Additional Relief Related to Plaintiff's Motion to Compel ("Motion").  Being fully advised in the premises, and noting that Defendant Corellium, LLC and the United States do not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.  Apple is given leave to file under seal portions of Apple's response in opposition to the Emergency Motion to Stay, portions of Exhibit B to Apple's response, and the entirety of Exhibits C, D, E, F, G, H, and J to Apple's response.

The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this __ of May, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                  _____
                                                  **WILLIAM MATTHEWMAN**
                                                  **UNITED STATES MAGISTRATE JUDGE**