# EXHIBIT A

1

```
 1                   UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                     WEST PALM BEACH DIVISION
                     CASE NO. 19-81160-CIVIL-SMITH
 3

 4   APPLE, INC.,                       West Palm Beach, Florida

 5              Plaintiff,              February 12, 2020
                                              -and-
 6        vs.                           February 13, 2020

 7   CORELLIUM, LLC,

 8              Defendant.              Pages 1 to 368
     _____
 9

10                          MOTION HEARING
             BEFORE THE HONORABLE WILLIAM MATTHEWMAN,
11                UNITED STATES MAGISTRATE JUDGE
          (TRANSCRIBED FROM THE DIGITAL AUDIO RECORDING)
12
     APPEARANCES:
13

14   FOR THE PLAINTIFF:     JESSICA STEBBINS BINA, ESQ.
                            LATHAM & WATKINS, LLP
15                          10250 Constellation Boulevard
                            Suite 1100
16                          Los Angeles, California 90067

17
                            ELANA NIGHTINGALE DAWSON, ESQ.
18                          LATHAM & WATKINS, LLP
                            555 Eleventh Street, Northwest
19                          Suite 100
                            Washington, DC 20004
20

21                          EMILY PINCOW, ESQ.
                            LASH & GOLDBERG, LLP
22                          100 Southeast Second Street
                            Suite 1200
23                          Miami, Florida 33131

24

25
```

```
 1   APPEARANCES, CONT'D:

 2   FOR THE DEFENDANT:      S. JONATHAN VINE, ESQ.
                             JUSTIN B. LEVINE, ESQ.
 3                           LIZZA CAROLA CONSTANTINE, ESQ.
                             COLE, SCOTT & KISSANE
 4                           222 Lakeview Avenue
                             Suite 120
 5                           West Palm Beach, Florida 33401

 6
                             GAVIN GAUKROGER, ESQ.
 7                           BERGER SINGERMAN, LLP
                             350 East Las Olas Boulevard
 8                           Suite 1000
                             Fort Lauderdale, Florida 33301
 9

10   TRANSCRIBED BY:         LISA EDWARDS, RDR, CRR
                             (305) 439-7168
11                           Reporterlisaedwards@gmail.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  production.  It really -- that stipulation's going to cover
2  that for the first answer, we essentially -- which is about, Do
3  we have any contracts, documents, agreements?  We've told them
4  we wanted that limited to related to contracts, arrangements
5  and agreements.  And we can answer none.
6  　　　　　But when they say understanding and interaction, a
7  person's -- a person's understanding -- I mean, I don't know
8  how that would be defined.  But the answer's going to be none.
9  We don't have documents or -- relating to contracts and
10 agreements with the Federal Government regarding -- regarding
11 the sale of the Corellium product.
12 　　　　　THE COURT:  All right.  So what RFP are you talking
13 about?
14 　　　　　MR. VINE:  It's the second request for production,
15 Request No. 88.
16 　　　　　MS. STEBBINS BINA:  And I do want to be heard on the
17 RFPs, your Honor.
18 　　　　　THE COURT:  All right.  Hold on a second.
19 　　　　　MR. VINE:  I thought we had an agreement.
20 　　　　　MS. STEBBINS BINA:  We're close, but there's one issue,
21 as I flagged to you, outside that I --
22 　　　　　THE COURT:  So let me -- you're talking about Request
23 For Production No. 88?
24 　　　　　MR. VINE:  Correct.
25 　　　　　THE COURT:  All right.  Hold on just a second.

1          And it says now -- the request is now:  All documents
2  related to any contract, arrangement, agreement, understanding
3  or interaction between Corellium and the United States
4  Government relating to or concerning the Corellium Apple
5  product.
6          For purposes of this request, the United States
7  Government includes United States Government employees and
8  United States Government agencies.
9          So how are you proposing to modify that?
10         MR. VINE:  I -- we would answer it as follows:  All
11 documents relating to any contract, arrangement or agreement
12 between Corellium and the United States Government related to
13 or concerning the sale, commercial use of the -- the
14 commercialization -- sorry -- of the Apple -- Corellium Apple
15 product as we define it.
16         THE COURT:  Hold on just a second.
17         MS. STEBBINS BINA:  And that issue I do want to be
18 heard on, your Honor, just with respect to that RFP.
19         The other one I think will be covered by our
20 stipulation.
21         MR. VINE:  Correct.
22         THE COURT:  All right.  So as far as 88, what the
23 Defendant is proposing is a stipulation that changes the way
24 it's currently read so that it reads:  All documents related to
25 any contract, arrangement or agreement between Corellium and

```
 1   soon as we get them all done.
 2           And then just keep in mind we need to be back here --
 3   we need to have all this production done by the 24th and then
 4   we'll be back here on the 27th at 10:00 a.m.  All right?
 5           MR. LEVINE:  Thank you, your Honor.
 6           MS. STEBBINS BINA:  Your Honor, thank you.
 7           THE COURT:  Have a good day.
 8           MS. STEBBINS BINA:  Thank you.
 9           THE COURT:  Court's in recess.
10           (Proceedings concluded.)
11
12
13
                         C E R T I F I C A T E
14
15       I hereby certify that the foregoing is an
16   accurate transcription of the proceedings in the
17   above-entitled matter to the best of my ability.
18
19
     _____           /s/Lisa Edwards
20      DATE                LISA EDWARDS, RDR, CRR
                            (305) 439-7168
21                          Reporterlisaedwards@gmail.com
22
23
24
25
```