# EXHIBIT B

# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**DECLARATION OF ELANA NIGHTINGALE DAWSON IN SUPPORT OF PLAINTIFF APPLE INC.'S RESPONSE TO EMERGENCY MOTION BY THE UNITED STATES TO STAY THE FURTHER DEPOSITION OF CHRISTOPHER WADE AND FOR ADDITIONAL RELIEF RELATED TO PLAINTIFF'S MOTION TO COMPEL**

1. My name is Elana Nightingale Dawson. I am over the age of 18. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am an attorney at Latham & Watkins LLP and counsel for Apple Inc. in this matter.

3. On April 20, 2020, I discussed by telephone with counsel for Corellium, Jonathan Vine, Apple's intent to file a motion ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2020
in Silver Spring, MD

                                                  Elana Nightingale Dawson

1