**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

                Plaintiff,

    v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL
ADDITIONAL PORTIONS OF PLAINTIFF APPLE INC.'S RESPONSE TO
EMERGENCY MOTION BY THE UNITED STATES TO STAY THE FURTHER
DEPOSITION OF CHRISTOPHER WADE AND FOR ADDITIONAL RELIEF
RELATED TO PLAINTIFF'S MOTION TO COMPEL
AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule

5.4, respectfully moves this Court for an order authorizing the filing under seal of an additional

portion of Apple Inc.'s Response to the Government's Emergency Motion to Stay the Further

Deposition of Christopher Wade and for Additional Relief Related to Plaintiff's Motion to Compel.

In support of this request, Apple states as follows:

1.      On May 1, 2020, counsel for Defendant Corellium, LLC, informed counsel for

Apple that it believed an additional portion of Apple's Response should be filed under seal and

therefore redacted from the publicly filed version of the response, ECF No. 404.  Attached hereto

as Exhibit A is a redacted version of Apple's response that includes the additional redaction

requested by Corellium.

2.      Counsel for Corellium has also requested that the Court remove from the docket the public version of Apple's Response that is currently available (ECF No. 404) and replace it with the newly redacted version of Apple's response, attached hereto as Exhibit A, which Apple will file if this motion is granted.

3.      Pursuant to Corellium's request, Apple moves to file under seal an additional portion of Apple's Response to the Government's Emergency Motion to Stay and further moves for the version of its response that is currently available at ECF No. 404 to be removed from the docket and replaced with the newly redacted version that Apple will file.

**WHEREFORE** Apple respectfully requests that, unless and until Corellium's designations are changed or rejected, or until any asserted privileges or protections of the U.S. Government are changed or rejected, the following documents remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

a.  Portions of Apple's Response to the Emergency Motion to Stay;

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant and counsel for the United States on May 1, 2020, regarding the relief sought herein.  Defendant affirmatively requested the relief requested herein and the United States does not oppose, although the United States reserved the right to revisit the sealing designations at a later date.

Dated: May 1, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice*

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.