UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

|  |  |
|---|---|
| APPLE INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| CORELLIUM, LLC, | ) |
| Defendant. | ) |

**THE UNITED STATES' MOTION TO SEAL**

The United States, by and through its undersigned counsel, pursuant to Local Rule 5.4, moves for permission to file under seal its Statement of Interest pursuant to 28 U.S.C. § 517, filed contemporaneously herewith. In the Statement of Interest, the United States responds to the Court's May 1, 2020, sealed order directing the Government notify the Court "whether or not it is going to actually assert an interest in this case" and addresses the subject matter in which the Government is asserting an interest in this case. That subject matter pertains to certain relief sought by Plaintiff Apple Inc. in its Motion to Compel Defendant Corellium, LLC to Produce Documents and Allow a 90-Minute Continuance of the Deposition of Christopher Wade, ECF No. 342 (the "Discovery Motion") and related filings, which have themselves been sealed or redacted pursuant to the parties' protective order. *See, e.g.*, ECF Nos. 340, 358. Furthermore, the Statement of Interest addresses certain interests of the United States in Apple's Discovery Motion that independently warrant the sealing of certain information, as discussed in the Statement of Interest and in the Government's prior submissions to the Court. Thus, consistent with the established practice of the parties in litigating the Discovery Motion and issues

pertaining to the Government's interests in this lawsuit, and so as not to prejudice any equities of the parties or the United States, the United States respectfully requests leave to file its Statement of Interest under seal until further order of the Court. The United States intends to file a partially-redacted version of the Statement of Interest on the public docket.

The undersigned has conferred with counsel for the parties to this litigation. Defendant does not oppose, and Plaintiff takes no position on, the requested relief.

Dated: May 5, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida

ANTHONY J. COPPOLINO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

  /s/ Serena M. Orloff
SERENA ORLOFF
S.D. Fla. Special Bar I.D. No. A5502652
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, D.C. 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
Email: serena.m.orloff@usdoj.gov

  *Dexter A. Lee*
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
United States Attorney's Office

99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

*Attorneys for the United States*