UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 9:19-cv-81160**

|  |  |
|---|---|
| APPLE INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| CORELLIUM, LLC, | ) |
| Defendant. | ) |

**THE UNITED STATES' MOTION TO SEAL**

The United States, by and through its undersigned counsel, pursuant to Local Rule 5.4, moves for permission to file under seal the Second Statement of Interest of the United States; Expedited Motion to Vacate or, Alternatively, to Further Defer the Deposition Scheduled for May 7, 2020, or to Stay the Deposition Pending the Submission of Objections to the District Court ("Second Statement and Motion"), filed contemporaneously herewith.  In the Second Statement and Motion, the United States addresses certain issues raised by Plaintiff Apple Inc. in its Motion to Compel Defendant Corellium, LLC to Produce Documents and Allow a 90-Minute Continuance of the Deposition of Christopher Wade, ECF No. 342 (the "Discovery Motion") and related filings, which have themselves been sealed or redacted pursuant to the parties' protective order.  *See, e.g.*, ECF Nos. 340, 358.  Furthermore, the Second Statement and Motion addresses certain interests of the United States that independently warrant the sealing of certain information, as discussed therein and in the Government's prior submissions to the Court.  Thus, consistent with the established practice of the parties in litigating the Discovery Motion and issues pertaining to the Government's interests in this lawsuit, and so as

2

not to prejudice any equities of the parties or the United States, the United States respectfully requests leave to file its Second Statement and Motion under seal until further order of the Court. The United States intends to file a partially-redacted version of the Second Statement and Motion on the public docket.

The undersigned has conferred with counsel for the parties as to the relief requested. Corellium does not oppose, and Apple takes no position on, the requested relief.

Dated: May 6, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida

ANTHONY J. COPPOLINO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

 */s/ Serena M. Orloff*
SERENA ORLOFF
S.D. Fla. Special Bar I.D. No. A5502652
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, D.C. 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
Email: serena.m.orloff@usdoj.gov

 *Dexter A. Lee*
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
United States Attorney's Office

        99 N.E. 4th Street, Suite 300
        Miami, Florida 33132
        Tel: (305) 961-9320
        Fax: (305) 530-7139
        E-mail: dexter.lee@usdoj.gov

*Attorneys for the United States*