UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH/MATTHEWMAN

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.
_____/

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion to Seal, and the entire record herein, it is **HEREBY ORDERED**, that the Motion to Seal is **GRANTED**, and the Second Statement of Interest of the United States; Expedited Motion to Vacate or, Alternatively, to Further Defer the Deposition Scheduled for May 7, 2020, or to Stay the Deposition Pending the Submission of Objections to the District Court shall be sealed until further order of the Court.

_____
Date

_____
William Matthewman
United States Magistrate Judge