UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF APPLE INC.'S RESPONSE TO THE UNITED STATES' EXPEDITED MOTION TO VACATE OR, ALTERNATIVELY, FURTHER DEFER THE DEPOSITION SCHEDULED FOR MAY 7, 2020, OR TO STAY THE DEPOSITION PENDING THE SUBMISSION OF OBJECTIONS TO THE DISTRICT COURT AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Apple Inc. ("Apple"), by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple's Response to the United States' Expedited Motion to Vacate or, Alternatively, Further Delay the Deposition Scheduled for May 7, 2020, or to Stay the Deposition Pending the Submission of Objections to the District Court. In support of this request, Apple states as follows:

1. On May 6, 2020, this Court granted the United States' motion to seal its Second Statement of Interest along with its Expedited Motion to Vacate or, Alternatively, Further Delay the Deposition Scheduled for May 7, 2020, or to Stay the Deposition Pending the Submission of Objections to the District Court. ECF No. 423.

2. Apple's Response quotes and refers to material contained the United States' Second

Statement of Interest and Expedited Motion, which remain under seal.

3. Apple's Response also refers to material that has previously been filed under seal, including this Court's order at ECF No. 380.

4. Apple therefore moves to file under seal the portions of Apple's Response to the United States Expedited Motion to Vacate or, Alternatively, Further Delay the Deposition Scheduled for May 7, 2020, or to Stay the Deposition Pending the Submission of Objections to the District Court that reference or discuss material that has previously been filed under seal.

**WHEREFORE** Apple respectfully requests that, unless and until the material previously filed under seal in this case and referenced in Apple's response is unsealed, portions of the following document remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

  a. Portions of Apple's Response to the United States Expedited Motion to Vacate or, Alternatively, Further Delay the Deposition Scheduled for May 7, 2020, or to Stay the Deposition Pending the Submission of Objections to the District Court.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant and counsel for the United States on May 6 and 7, 2020, regarding the relief sought herein. Defendant and the United States do not oppose the relief requested herein.

| | |
|---|---|
| Dated: May 7, 2020 | Respectfully Submitted, |
| Michele D. Johnson* <br> *michele.johnson@lw.com* <br> LATHAM & WATKINS LLP <br> 650 Town Center Drive, 20th Floor <br> Costa Mesa, CA 92626 <br> (714) 540-1235 / (714) 755-8290 Fax | *s/ Martin B. Goldberg* <br><br> Martin B. Goldberg <br> Florida Bar No. 0827029 <br> *mgoldberg@lashgoldberg.com* <br> *rdiaz@lashgoldberg.com* |
| Sarang Vijay Damle* <br> *sy.damle@lw.com* <br> Elana Nightingale Dawson* <br> *elana.nightingaledawson@lw.com* <br> LATHAM & WATKINS LLP <br> 555 Eleventh Street NW, Suite 1000 <br> Washington, DC 20004 <br> (202) 637-2200 / (202) 637-2201 Fax | Emily L. Pincow <br> Florida Bar. No. 1010370 <br> *epincow@lashgoldberg.com* <br> LASH & GOLDBERG LLP <br> 100 Southeast Second Street <br> Miami, FL 33131 <br> (305) 347-4040 / (305) 347-4050 Fax |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.