**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

       Plaintiff,

  v.

CORELLIUM, LLC,

       Defendant.

### PROPOSED ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Under Seal Portions of Apple's Response to the United States' Expedited Motion to Vacate or, Alternatively, Further Delay the Deposition Scheduled for May 7, 2020, or to Stay the Deposition Pending the Submission of Objections to the District Court ("Motion"). Being fully advised in the premises, and noting that Defendant Corellium, LLC and the United States do not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Apple is given leave to file under seal portions of Apple's Response to the United States' Expedited Motion to Vacate or, Alternatively, Further Delay the Deposition Scheduled for May 7, 2020, or to Stay the Deposition Pending the Submission of Objections to the District Court.

The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this __ of May, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**