**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

   v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S RESPONSE TO THE UNITED STATES'
EXPEDITED MOTION TO VACATE OR, ALTERNATIVELY,
FURTHER DEFER THE DEPOSITION SCHEDULED FOR MAY 7, 2020, OR
TO STAY THE DEPOSITION PENDING THE SUBMISSION OF
<u>OBJECTIONS TO THE DISTRICT COURT</u>**

Both Corellium and Mr. Wade have had every opportunity to tell the whole truth about ▮ ▮ *See* ECF Nos. 361, 380.  Now, on the eve of Mr. Wade's rescheduled continued deposition on that topic, the Government seeks to prevent Apple from discovering that whole truth.  Apple still has nothing more than ▮ ▮[1]  There is still no evidence ▮ or that it was ▮ ; or that ▮ ; or that he ▮ or that ▮ the security-measure-circumventing, copyright-infringing technology at the heart of this case.

And, according to the Government, Apple should be barred from discovering such evidence.  Even ▮ ▮ the Government says.  Yet at the same time, ▮ ▮  Just two days ago, Corellium's counsel was quoted in Forbes saying that Apple is going "down a rabbit hole" in its pursuit of Mr. Wade's deposition, that "Corellium and its employees" "are patriots," and that "[t]he truth is that [they] have always done the right thing" and "are respectful of this country's intellectual property laws."[2] ▮ ▮

---

[1] Although Corellium ▮ ▮  The Government states that ▮ Mot. at 4 n.5.  It thus appears that Corellium ▮

[2] Thomas Brewster, *Apple Fights U.S. Government Intervention In iPhone Copyright Case*, Forbes (May 4, 2020), https://www.forbes.com/sites/thomasbrewster/2020/05/04/apple-fights-us-government-intervention-in-iphone-copyright-case/#5a54cab9681a.

I.  **APPLE WILL BE SEVERELY PREJUDICED IF THE GOVERNMENT'S MOTION IS GRANTED.**

The prejudice to Apple from canceling or delaying Mr. Wade's deposition even further is self-evident. Summary judgment motions are due this coming Monday, and "the Honorable Rodney Smith, United States District Judge, has previously ruled that the May 11, 2020 deadline will not be moved." ECF No. 386 (citing ECF No. 159). Trial is less than six months away. ECF Nos. 32, 66. Apple has nothing beyond ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Even the Government ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Notwithstanding the clear and documented prejudice Apple will suffer from any further delay, the Government makes a number of incorrect and unsubstantiated claims in support of its motion. First, the Government "▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Mot. at 13. Not so. As this Court has already held, the subject of Mr. Wade's deposition—▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ECF No. 380 at 6. If anything, it is even more important now, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Ex. C to Apple Mot. to Compel (ECF No. 346) at 272:7–21. But if that were the case, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ a product Corellium has claimed has no relationship to the Government whatsoever.

The Government also asserts that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ECF No. 380 at 8 (emphasis added). The "▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓." *Id.*

Basic fairness requires that Apple be permitted full discovery into these facts. Corellium and Mr. Wade put them at issue ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2

███████████████████████████ the technology Corellium is accused of unlawfully taking from Apple in this case. Foreclosing Apple's ability to depose Mr. Wade would lead only to more protracted, disputed motion practice, not just in discovery, but on the appropriate remedy when Corellium inevitably tries, in motions or at trial, to selectively rely on facts and evidence that it failed to fully disclose to Apple. Apple will have no choice but to seek appropriate inferences or evidentiary restrictions to prevent Corellium and Mr. Wade from portraying him as ███ ████████████████████ after blocking Apple from discovering the truth about why █ ███████████████████████████.

## II.    THE GOVERNMENT'S MOTION IS UNTIMELY.

The timing about which the Government complains is a problem of the Government's and Corellium's making. Corellium has known since August 2019 that this case ████████ ████████████████████████████████████████████████████ By October 2019, Corellium knew that █████ █████████████████████ was implicated in this case. And in December 2019, Corellium was again on notice that any arrangements ████████████████ ████████████████████████████████████████████████████ ████████████████ which culminated in a hearing before this Court in February 2020, ████████████████ To the contrary, Corellium has fought tooth and nail ███ ████████████████████████ *see, e.g.*, ECF No. 81—that is, until ██████ ████████████████████████████████████████████████████ ████████████ Assuming Corellium ████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████.

## III.    ████████████████████████

The only thing that has changed since █████████████████████ ████████████ ████████████████████ Yet the Government has neither ████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████

3

███████████████████████████████████████████████████████████
████████████████████████████████████████████████████ The Government is asking the Court to simply take its word that the extraordinary relief of canceling or indefinitely delaying Mr. Wade's deposition is warranted, ██████████████████████
██████████████████████████████████████████  The Court has already concluded that Apple not only needs but also "████████████████████████
█████████████████." ECF No. 380 at 5.  It is thus far from given that ████████████
████████████████████████████ would warrant precluding the limited deposition of Mr. Wade this Court authorized.

Finally, the Government █████████████████████████████████████████
███████████████████████████████████████████████████████████████████
█████████████████████████ Mot. at 15.  This Court has done just that by holding █████
████████████ hearing last week, ███████████████████████████████████ █
██████████████████████████████████████████████████, and █████████
█████████████████████████████████████████." ECF No. 415 at 4.  The Court has provided ███████████████████████████████████████████████
No further relief is warranted.

In light of the foregoing, Apple respectfully requests that the Government's motion (ECF No. 424) be denied and that Mr. Wade's deposition proceed, as scheduled and ordered, at 3:00 p.m. ET on Thursday, May 7, 2020.

4

| | |
|---|---|
| Dated: May 7, 2020 | Respectfully Submitted, |
| | /s/ Martin B. Goldberg |
| Michele D. Johnson* | |
| michele.johnson@lw.com | Martin B. Goldberg |
| LATHAM & WATKINS LLP | Florida Bar No. 0827029 |
| 650 Town Center Drive, 20th Floor | mgoldberg@lashgoldberg.com |
| Costa Mesa, CA 92626 | rdiaz@lashgoldberg.com |
| (714) 540-1235 / (714) 755-8290 Fax | LASH & GOLDBERG LLP |
| | 100 Southeast Second Street |
| Sarang Vijay Damle* | Miami, FL 33131 |
| sy.damle@lw.com | (305) 347-4040 / (305) 347-4050 Fax |
| Elana Nightingale Dawson* | |
| elana.nightingaledawson@lw.com | Emily L. Pincow |
| LATHAM & WATKINS LLP | Florida Bar No. 1010370 |
| 555 Eleventh Street NW, Suite 1000 | epincow@lashgoldberg.com |
| Washington, DC 20004 | gizquierdo@lashgoldberg.com |
| (202) 637-2200 / (202) 637-2201 Fax | LASH & GOLDBERG LLP |
| | Weston Corporate Center I |
| Andrew M. Gass* | 2500 Weston Road, Suite 220 |
| andrew.gass@lw.com | Weston, FL 33331 |
| Joseph R. Wetzel* | (954) 859-5180 / (954) 384-2510 Fax |
| joe.wetzel@lw.com | |
| LATHAM & WATKINS LLP | |
| 505 Montgomery Street, Suite 2000 | |
| San Francisco, CA 94111 | |
| (415) 391-0600 / (415) 395-8095 Fax | |
| | |
| Jessica Stebbins Bina* | |
| jessica.stebbinsbina@lw.com | |
| LATHAM & WATKINS LLP | |
| 10250 Constellation Blvd., Suite 1100 | |
| Los Angeles, CA 90067 | |
| (424) 653-5500 / (424) 653-5501 Fax | |
| | |
| Gabriel S. Gross* | |
| gabe.gross@lw.com | |
| LATHAM & WATKINS LLP | |
| 140 Scott Drive | |
| Menlo Park, CA 94025 | |
| (650) 463-2628 / (650) 463-2600 Fax | |

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.