UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

**NOTICE OF FILING OF UNDER SEAL**

Plaintiff Apple Inc. hereby gives notice that portions of Plaintiff Apple Inc.'s Response to the United States' Expedited Motion to Vacate or, Alternatively, Further Delay the Deposition Scheduled for May 7, 2020, or to Stay the Deposition Pending the Submission of Objections to the District Court have been filed under seal at ECF No. 427.  Portions of the Response have been filed under seal as permitted by this Court's Order (ECF No. 428), entered on May 7, 2020.

| | |
|---|---|
| Dated: May 7, 2020 | Respectfully Submitted, |
| | |
| Michele D. Johnson* | |
| *michele.johnson@lw.com* | *s/ Martin B. Goldberg* |
| LATHAM & WATKINS LLP | |
| 650 Town Center Drive, 20th Floor | Martin B. Goldberg |
| Costa Mesa, CA 92626 | Florida Bar No. 0827029 |
| (714) 540-1235 / (714) 755-8290 Fax | *mgoldberg@lashgoldberg.com* |
| | *rdiaz@lashgoldberg.com* |
| Sarang Vijay Damle* | Emily L. Pincow |
| *sy.damle@lw.com* | Florida Bar. No. 1010370 |
| Elana Nightingale Dawson* | *epincow@lashgoldberg.com* |
| *elana.nightingaledawson@lw.com* | LASH & GOLDBERG LLP |
| LATHAM & WATKINS LLP | 100 Southeast Second Street |
| 555 Eleventh Street NW, Suite 1000 | Miami, FL 33131 |
| Washington, DC 20004 | (305) 347-4040 / (305) 347-4050 Fax |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.