UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**THE UNITED STATES' MOTION TO SEAL**

The United States, by and through its undersigned counsel, pursuant to Local Rule 5.4, moves for permission to file under seal the Response by the United States to Court Order (DE 421) and Motion to Defer May 8 Deposition by Seven Days or, Alternatively, to Stay Proceedings Pending District Court Review ("Response and Motion"), filed contemporaneously with this motion to seal.  In the Response and Motion, the United States addresses certain issues raised by Plaintiff Apple Inc. in its Motion to Compel Defendant Corellium, LLC to Produce Documents and Allow a 90-Minute Continuance of the Deposition of Christopher Wade, ECF No. 342 (the "Discovery Motion") and related filings, which have themselves been sealed or redacted pursuant to the parties' protective order.  *See, e.g.*, ECF Nos. 340, 358.  Furthermore, the Response and Motion respond to questions posed in the Court's Order of May 7, 2020, ECF No. 431, which is itself sealed in light of those circumstances and to protect certain interests of the United States that independently warrant the sealing of certain information, as discussed in the Government's prior submissions to the Court.  Thus, consistent with the established practice of the parties in litigating the Discovery

Motion and issues pertaining to the Government's interests in this lawsuit, and so as not to prejudice any equities of the parties or the United States, the United States respectfully requests leave to file its Response and Motion under seal until further order of the Court. The United States intends to file a partially-redacted version of the Response and Motion on the public docket.

The undersigned has attempted to confer with counsel for the parties as to the relief requested. Corellium does not oppose the requested relief. Counsel for Apple did not respond in time for this filing.

Dated: May 8, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida

ANTHONY J. COPPOLINO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

  /s/ Serena M. Orloff
SERENA ORLOFF
S.D. Fla. Special Bar I.D. No. A5502652
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, D.C. 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
Email: serena.m.orloff@usdoj.gov

  Dexter A. Lee
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
United States Attorney's Office

3

>99 N.E. 4th Street, Suite 300
>Miami, Florida 33132
>Tel: (305) 961-9320
>Fax: (305) 530-7139
>E-mail: dexter.lee@usdoj.gov
>
>*Attorneys for the United States*