UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH/MATTHEWMAN

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.
_____/

### [PROPOSED] ORDER

Upon consideration of the United States' Motion to Seal, and the entire record herein, it is **HEREBY ORDERED**, that the Motion to Seal is **GRANTED**, and the Response by the United States to Court Order (DE 421) and Motion to Defer May 8 Deposition by Seven Days or, Alternatively, to Stay Proceedings Pending District Court Review shall be sealed until further order of the Court.

_____                             _____
Date                                                                         William Matthewman
                                                                                  United States Magistrate Judge