# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> CORELLIUM, LLC, <br><br> Defendant. | |

### PLAINTIFF APPLE INC.'S NOTICE OF OPPOSITION TO RESPONSE BY THE UNITED STATES TO COURT ORDER (DE 421) AND MOTION TO DEFER MAY 8 DEPOSITION BY SEVEN DAYS OR, ALTERNATIVELY, TO STAY PROCEEDINGS PENDING DISTRICT COURT REVIEW

Plaintiff Apple Inc. respectfully submits this Notice of Opposition to Response by the United States to Court Order (DE 421) and Motion to Defer May 8 Deposition by Seven Days or, Alternatively, to Stay Proceedings Pending District Court Review, ECF No. 433.

1. On May 8, 2020, at 11:09am ET, counsel for the Government contacted counsel for Apple regarding Apple's position on the Government's Motion to Defer. At 11:19am ET, counsel for Apple responded to counsel for the Government and stated that Apple opposes the Government's Motion to Defer.

2. At approximately, 12:55pm ET, the Government filed its Motion to Defer but did not include Apple's position in the Motion, instead stating that counsel for Apple had not responded in time.

3. Apple submits this notice to inform the Court that it opposes the relief requested in the Motion to Defer for the reasons stated in its prior papers (ECF Nos. 405, 427) and before this Court.

Dated: May 8, 2020                                              Respectfully Submitted,

Michele D. Johnson*                                             *s/ Martin B. Goldberg*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP                                            Martin B. Goldberg
650 Town Center Drive, 20th Floor                               Florida Bar No. 0827029
Costa Mesa, CA 92626                                            *mgoldberg@lashgoldberg.com*
(714) 540-1235 / (714) 755-8290 Fax                             *rdiaz@lashgoldberg.com*
                                                                Emily L. Pincow
Sarang Vijay Damle*                                             Florida Bar No. 1010370
*sy.damle@lw.com*                                               *epincow@lashgoldberg.com*
Elana Nightingale Dawson*                                       *gizquierdo@lashgoldberg.com*
*elana.nightingaledawson@lw.com*                                LASH & GOLDBERG LLP
LATHAM & WATKINS LLP                                            100 Southeast Second Street
555 Eleventh Street NW, Suite 1000                              Miami, FL 33131
Washington, DC 20004                                            (305) 347-4040 / (305) 347-4050 Fax
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel*
*joe.wetzel@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.