UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PLAINTIFF APPLE INC.'S NOTICE PURSUANT TO THE COURT'S ORDER AT ECF NO. 438 AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of Plaintiff Apple Inc.'s Notice Pursuant to the Court's Order at ECF No. 438. In support of this request, Apple states as follows:

1. During a hearing on May 8, 2020, the Court ordered Apple to a submit a filing under seal by Monday, May 11, 2020. The Court memorialized that Order on May 11, 2020 at ECF No. 438.

2. Pursuant to the Court's Order at ECF No. 438, Apple moves to file under seal Plaintiff Apple Inc.'s Notice Pursuant to the Court's Order at ECF No. 438.

**WHEREFORE** Apple respectfully requests that the following documents remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered

by this Court, or required by law:

      a. Plaintiff Apple Inc.'s Notice Pursuant to the Court's Order at ECF No. 438.

A proposed order is submitted herewith.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant and counsel for the United States on May 11, 2020, regarding the relief sought herein. Defendant and the United States do not oppose.

| | |
|---|---|
| Dated: May 11, 2020 | Respectfully Submitted, |
| Michele D. Johnson* | |
| *michele.johnson@lw.com* | *s/ Martin B. Goldberg* |
| LATHAM & WATKINS LLP | |
| 650 Town Center Drive, 20th Floor | Martin B. Goldberg |
| Costa Mesa, CA 92626 | Florida Bar No. 0827029 |
| (714) 540-1235 / (714) 755-8290 Fax | *mgoldberg@lashgoldberg.com* |
| | *rdiaz@lashgoldberg.com* |
| Sarang Vijay Damle* | Emily L. Pincow |
| *sy.damle@lw.com* | Florida Bar. No. 1010370 |
| Elana Nightingale Dawson* | *epincow@lashgoldberg.com* |
| *elana.nightingaledawson@lw.com* | LASH & GOLDBERG LLP |
| LATHAM & WATKINS LLP | 100 Southeast Second Street |
| 555 Eleventh Street NW, Suite 1000 | Miami, FL 33131 |
| Washington, DC 20004 | (305) 347-4040 / (305) 347-4050 Fax |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.