# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CORELLIUM, LLC,<br><br>　　　　Defendant. | Case No. 9:19-cv-81160-RS |

**EXPERT REPORT OF MICHAEL D. SIEGEL, PH.D**

**MARCH 3, 2020**

**<u>RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY</u>**

### C. Assignment

16. Provide an overview of the security research industry and opine on what constitutes "good-faith" security research, referencing industry examples and regulations.

17. Provide a high-level overview of Corellium's business and, in particular, the Corellium Apple Product, with attention to agreements with its customers and any restrictions on use put in place, and opine on whether Corellium is ensuring that the Corellium Apple Product is used specifically for "good-faith" security research.

### D. Materials Relied Upon

18. In preparation for this report, I have reviewed the materials listed in Appendix B.

### E. Substantial Limitations Of Report

19. I have prepared this report to the best of my ability, based on the documents provided to me by Apple. I note, however, that there are a number of documents about Corellium and its business practices that I have not been provided with and that, if made available by Corellium, may be relevant to and inform my opinion.

20. In particular, I have been provided with few, if any, of the following materials: (1) Corellium's agreements with its customers; (2) Corellium's communications with its customers; (3) Corellium's agreements with the resellers of its product; (4) Corellium's communications with the resellers; and (5) Corellium's marketing and pitch materials for potential customers. These materials, if provided, would likely shed substantial light on Corellium's practices with respect to good-faith security research, including Corellium's endorsed uses of its product, and its lack of restrictions regarding the use of its product.

21. The opinions I have given herein are thus necessarily limited to the materials I have had available to me. I thus reserve the right to amend or supplement this report based on additional documents produced by Corellium or to the extent such further materials are otherwise made available for my review.

## II.   SUMMARY OF OPINIONS

22. Based on my expertise, review of Corellium's business practices, and the materials described in Appendix B, I have reached the following opinions:

    a. It is my opinion that, for security research to be considered "good-faith security research," it must be done solely for the purpose of testing, investigating, and/or correcting a security flaw or vulnerability; it must be carried out in an environment designed to avoid any harm to individuals or the public; the information derived from the research must not be used or maintained in a manner that facilitates illegal activity; and finally, and most critically, the information derived from the research must be properly and responsibly disclosed to the vendor of the product that contains the software flaw or vulnerability.

    b. Security research that does not result in responsible disclosure of security flaws or vulnerabilities to the researched company would not be considered good-faith security research.

    c. I have considered Corellium's business practices and concluded that the do not ensure good-faith security research. Specifically, Corellium recognizes the potential for bad-faith uses of the Corellium Apple Product but has chosen to do nothing to stop such bad-faith uses, either contractually or through other restrictions. To the