Exhibit C

| Cited, Non-Public Source | Date of Production/Availability |
|---|---|
| Correllium-011344.000001 | 2/11/20 |
| Correllium-013602.000001 | 2/11/20 |
| Correllium-008023 | 2/11/20 |
| Correllium-008024 | 2/11/20 |
| Correllium-004639 | 2/11/20 |
| Correllium-005829 | 2/11/20 |
| Correllium-04655 | 2/11/20 |
| Correllium-004667 | 2/11/20 |
| Correllium-004778.000002 | 2/11/20 |
| Correllium-004772 | 2/11/20 |
| Correllium-010164.000001 | 2/11/20 |
| Correllium-007329 | 2/11/20 |
| Correllium-007327 | 2/11/20 |
| Correllium-014152 | 2/11/20 |
| Correllium-026362 | 2/24/20 |
| Correllium-015318 | 2/11/20 |
| Expert Report and Declaration of Alexander Stamos | 3/3/20 |
| Expert Report of Clark Asay | 3/3/20 |
| Expert Report of James Olivier Ph.D. | 3/3/20 |
| Expert Report of Michael D. Siegel, Ph.D. | 3/3/20 |
| Expert Report/Disclosure of James Olivier Ph.D. RE: Corellium's Bug Submissions to Apple | 3/2/20 |
| DEFENDANT'S NOTICE OF SERVING FOURTH AMENDED ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES | 3/9/20 |
| Deposition of Amanda Gorton | 3/25/20 |
| Deposition of David Wang | 4/9/20 |
| Deposition of Stephen Dyer | 3/27/20 |
| Order Granting in Part and Denying in Part Non-party L3 Harris Technology, Inc.'s Motion to Quash | 3/17/20 |
| Trial Transcript, United States of America v. Joshua Adam Schulte | 2/6/20 |
| All documents and exhibits cited in Appendix B to the Expert Report of Dr. Siegel, March 3, 2020 | 3/3/20 |