UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,
    Defendant.

_____/

**DECLARATION OF CONOR B. MCDONOUGH IN SUPPORT OF CORELLIUM, LLC'S *DAUBERT* MOTION TO PRECLUDE CERTAIN TESTIMONY BY DR. MICHAEL D. SIEGEL**

I, Conor B. McDonough, am an attorney admitted *pro hac vice*, and am counsel for Defendant Corellium, LLC ("Defendant" or "Corellium"). I have personal knowledge of the facts contained herein, and could competently testify to these facts if called as a witness.

1. Attached as Exhibit A is a true and correct copy of excerpted portions of the Opening Report of Dr. Michael Siegel.

2. Attached as Exhibit B is a true and correct copy of excerpted portions of the transcript of the deposition of Dr. Michael Siegel.

3. Attached as Exhibit C is a table setting forth the dates of production and/or availability of the materials Dr Siegel cites in Appendix B of his Second Supplemental Report.

4. I have conducted a search for the word "fair" in of the PDF versions of each of Dr. Siegel's Opening, Rebuttal, and Second Supplemental Reports, and did not locate any instances of this word in any of these three documents.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 11, 2020

_____
Conor Brew McDonough