UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING DEFENDANT CORELLIUM, LLC'S *DAUBERT* MOTION TO PRECLUDE CERTAIN TESTIMONY BY DR. MICHAEL SIEGEL AND INCORPORATED MEMORANDUM OF LAW**

THIS CAUSE came before the Court upon Defendant CORELLIUM, LLC'S ("Corellium" or "Defendant") *Daubert* Motion to Preclude Certain Testimony by Dr. Michael Siegel and Incorporated Memorandum of Law ("Motion"). The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.
2. Dr. Siegel is precluded from offering any testimony at trial regarding "good faith security research".
3. The entirety of Dr. Siegel's Second Supplemental Report is stricken from further use in this litigation.

**DONE AND ORDERED** this ___ day of May, 2020, at Fort Lauderdale, Broward County in the Southern District of Florida.

                                                       **RODNEY SMITH**
                                                       **UNITED STATES DISTRICT JUDGE**