UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S MOTION TO EXCLUDE LEGAL OPINION AND CORRESPONDING TESTIMONY OF CORELLIUM'S EXPERT STEWART APPELROUTH AND EXHIBITS ATTACHED THERETO AND INCORPORATED MEMORANDUM OF LAW**

    Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple Inc.'s Motion to Exclude Legal Opinion Testimony of Corellium's Expert Stewart Appelrouth (the "Motion to Exclude"), as well as portions of Exhibits A, B, C, D, E, and F thereto. In support of this request, Apple states as follows:

    1.    On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. Exhibit A to the Motion to Exclude is a copy of the April 13, 2020 Second Expert Report of Stewart L. Appelrouth. Corellium has designated portions of Exhibit A as "CONFIDENTIAL" and "CONFIDENTIAL – ATTORNEYS' EYES ONLY" ("AEO") pursuant to the Protective Order.

3. Exhibit B to the Motion to Exclude is a copy of the April 20, 2020 Third Expert Report of Stewart L. Appelrouth. Corellium has designated portions of Exhibit B as "CONFIDENTIAL" and AEO pursuant to the Protective Order.

4. Exhibit C to the Motion to Exclude is a copy of the April 27, 2020 Fourth Expert Report of Stewart L. Appelrouth. Corellium has designated portions of Exhibit C as "CONFIDENTIAL" and AEO pursuant to the Protective Order.

5. Exhibit D to the Motion to Exclude is a copy of excerpts of the transcript of the April 22, 2020 deposition of Stewart L. Appelrouth. The deposition transcript is provisionally designated AEO pursuant to the Protective Order, pending further review. Corellium has requested that Apple seek to seal any portions of Mr. Appelrouth's deposition transcript that address Corellium's finances, customers, potential customers, or proprietary business information or decisions be sealed.

6. Exhibit E to the Motion to Exclude is a copy of "Defendant's Fourth Amended Answers to Plaintiff's First Set of Interrogatories,"[1] served April 18, 2020. Corellium has designated portions of Exhibit E as "CONFIDENTIAL" and AEO pursuant to the Protective Order.

7. Exhibit F to the Motion to Exclude is a copy of the March 3, 2020 Expert Report of David B. Connelly. Exhibit F contains material that Corellium has designated as AEO pursuant to

---

[1] Although Corellium titled this document "Defendant's Fourth Amended Answers to Plaintiff's First Set of Interrogatories," the amended answers Corellium served on April 18, 2020 were the fifth set of amended answers Corellium provided.

the Protective Order.

8. Apple's Motion to Exclude refers to and quotes portions of Exhibits A, B, C, D, E, and F.

9. Corellium has requested that Apple seek to file under seal all material designated by Corellium as Confidential or AEO.

10. Consistent with the Protective Order and Corellium's standing designations, Apple moves to file under seal the portions of its Motion to Exclude that contain material designated as "CONFIDENTIAL" or AEO, as well as the portions of Exhibits A, B, C, D, E, and F that contain material designated as "CONFIDENTIAL" or AEO.

**WHEREFORE** Apple respectfully requests that, unless and until Corellium's designations are changed or rejected, the following documents should remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

   a. Portions of Apple's Motion to Exclude;
   b. Portions of Exhibits A, B, C, D, E, and F.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on May 11, 2020, regarding the relief sought herein. Defendant does not oppose.

Dated: May 11, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.