# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

   v.

CORELLIUM, LLC,

                Defendant.

## PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S MOTION TO EXCLUDE CERTAIN OPINIONS AND CORRESPONDING TESTIMONY OF CORELLIUM'S EXPERT JAMES OLIVIER AND EXHIBITS ATTACHED THERETO AND INCORPORATED MEMORANDUM OF LAW

      Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple Inc.'s Motion to Exclude Certain Opinions and Corresponding Testimony of Corellium's Expert James Olivier (the "Motion to Exclude"), as well as portions of Exhibits A, B, and C, and the entirety of Exhibit D thereto. In support of this request, Apple states as follows:

      1.    On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. Exhibit A to the Motion to Exclude is a copy of the March 3, 2020 Expert Report of James Olivier Ph.D.  Corellium has designated portions of Exhibit A as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" ("AEO") pursuant to the Protective Order.

3. Exhibit B to the Motion to Exclude is a copy of the April 13, 2020 Rebuttal Expert Report of James Olivier Ph.D.  Corellium has designated portions of Exhibit B as AEO pursuant to the Protective Order.

4. Exhibit C to the Motion to Exclude is a copy of excerpts of the transcript of the April 24, 2020 deposition of James Olivier, Ph.D.  The deposition transcript is provisionally designated AEO pursuant to the Protective Order, pending further review.  Corellium has requested that Apple seek to seal any portions of Dr. Olivier's deposition transcript that address Corellium's finances, customers, potential customers, or proprietary business information or decisions be sealed.

5. Exhibit D to the Motion to Exclude is a copy of excerpts of the transcript of the April 13, 2020 deposition of Chris Wade.  Corellium failed to timely designate Mr. Wade's deposition pursuant to paragraph 7(d) of the Protective Order.  Corellium has nevertheless requested that Apple file any portions of Mr. Wade's deposition transcript under seal, and has further represented that it will provide designations for Mr. Wade's deposition transcript by Wednesday, May 13, 2020.

6. Apple's Motion to Exclude refers to and quotes portions of Exhibits A, B, C, and D.

7. Corellium has requested that Apple seek to file under seal all material designated by Corellium as Confidential or AEO.

8. Consistent with the Protective Order and Corellium's standing designations, Apple

moves to file under seal the portions of its Motion to Exclude that contain material designated as "CONFIDENTIAL" or AEO, as well as the portions of Exhibits A, B, and C, and the entirety of Exhibit D, that contain material designated as "CONFIDENTIAL" or AEO.

**WHEREFORE** Apple respectfully requests that, unless and until Corellium's designations are changed or rejected, the following documents should remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

    a. Portions of Apple's Motion to Exclude;

    b. Portions of Exhibits A, B, and C;

    c. The entirety of Exhibit D.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on May 11, 2020, regarding the relief sought herein. Defendant does not oppose.

| | |
|---|---|
| Dated: May 11, 2020 | Respectfully Submitted, |
| Michele D. Johnson* | |
| *michele.johnson@lw.com* | *s/ Martin B. Goldberg* |
| LATHAM & WATKINS LLP | |
| 650 Town Center Drive, 20th Floor | Martin B. Goldberg |
| Costa Mesa, CA 92626 | Florida Bar No. 0827029 |
| (714) 540-1235 / (714) 755-8290 Fax | *mgoldberg@lashgoldberg.com* |
| | *rdiaz@lashgoldberg.com* |
| Sarang Vijay Damle* | Emily L. Pincow |
| *sy.damle@lw.com* | Florida Bar. No. 1010370 |
| Elana Nightingale Dawson* | *epincow@lashgoldberg.com* |
| *elana.nightingaledawson@lw.com* | LASH & GOLDBERG LLP |
| LATHAM & WATKINS LLP | 100 Southeast Second Street |
| 555 Eleventh Street NW, Suite 1000 | Miami, FL 33131 |
| Washington, DC 20004 | (305) 347-4040 / (305) 347-4050 Fax |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.