**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL PORTIONS
OF APPLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT,
STATEMENT OF MATERIAL FACTS IN SUPPORT THEREOF,
AND EXHIBITS ATTACHED THERETO,
AND INCORPORATED MEMORANDUM OF LAW**

      Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple Inc.'s Motion for Partial Summary Judgment (the "Summary Judgment Motion"), as well as portions of Apple Inc.'s Statement of Material Facts in Support of the Summary Judgment Motion, portions of Apple Inc.'s Index of Exhibits in Support of the Summary Judgment Motion and certain exhibits attached thereto. In support of this request, Apple states as follows:

      1.     On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under

this Order." Protective Order ¶ 15(b).

2. Corellium has requested that Apple seek to file under seal all material designated by Corellium as "CONFIDENTIAL," "CONFIDENTIAL – ATTORNEYS-EYES ONLY," or "CONFIDENTIAL – SOURCE CODE" under the Protective Order. Most of this sealing motion relates to Corellium's designations. Discrete pieces of information have also been designated as CONFIDENTIAL - ATTORNEYS-EYES ONLY ("AEO") by Apple and third-party Azimuth, as indicated below.

3. Plaintiffs' Motion for Summary Judgment Exhibit ("PEX") 3 is the Declaration of Dr. Jason Nieh. Apple has designated some of the information in this Declaration as AEO. These portions relate to Apple's proprietary technological control measures for its iOS software, the disclosure of which could harm Apple or its customers. Other information in this Declaration has been designated by Corellium as AEO. Apple seeks to file these portions of the Declaration under seal.

4. PEX 36 is a copy of the Apple Inc. Confidentiality Agreement for Possible Transaction between Apple Inc. and Corellium, LLC, produced in this action with the bates range APL-CORELLIUM_00040652–APL-CORELLIUM_00040656. This document contains confidential information about a non-disclosure agreement between Apple and Corellium, and cannot be filed publicly without Corellium's consent.

5. PEX 39 is a copy of an iMessage conversation between Ivan Krstić and Chris Wade from September 2018, produced in this action with the bates range CORELLIUM_00018121–APL-CORELLIUM_00018122. This document contains confidential information relating to discussions between Apple and Corellium, and cannot be filed publicly without Corellium's consent.

6. PEX 41 is a copy of Corellium's Responses to Apple's First Set of Requests for Admission, served November 18, 2019. Corellium designated this document as AEO pursuant to the Protective Order.

7. PEX 44 is a copy of Corellium's Fifth Amended Answers to Apple's First Set of Interrogatories, served April 18, 2020. Corellium designated portions of this document as "Confidential" and AEO.

8. PEX 45 is a copy of Corellium's Answers to Plaintiff's Second Set of Interrogatories, served April 2, 2020. Corellium designated portions of this document as "Confidential" and AEO.

9. PEX 46 is a copy of a previously sealed Stipulation Regarding Resolution of Apple's RFPs Relating to Corellium's Disk Images, ECF No. 354-1.

10. PEX 47 is a copy of the transcript of the March 25, 2020 deposition of Amanda Gorton, Corellium 30(b)(6) Designee. This document contains material Corellium designated "Confidential" or AEO pursuant to the Protective Order.

11. PEX 48 is a copy of the transcript of the April 9, 2020 deposition of David (Yiduo) Wang. This document contains material Corellium designated "Confidential" or AEO pursuant to the Protective Order.

12. PEX 49 is a copy of the transcript of the April 10, 2020 deposition of Stanislaw Skowronek, Corellium 30(b)(6) Designee. This document contains material Corellium designated "Confidential" or AEO pursuant to the Protective Order.

13. PEX 50 is a copy of the transcript of the April 13, 2020 deposition of Chris Wade. This document contains material Corellium provisionally designated as AEO pursuant to the Protective Order, pending further review. Under the Protective Order, neither party may publicly

file any portion of the transcript absent the other party's consent, until the time for review has lapsed.

14. PEX 51 is a copy of the transcript of the April 24, 2020 deposition of James Olivier, Ph.D. The deposition transcript was provisionally designated AEO pursuant to the Protective Order, pending further review. Under the Protective Order, neither party may publicly file any portion of the transcript absent the other party's consent, until the time for review has lapsed.

15. PEX 53 is a copy of the transcript of the April 15, 2020 deposition of Mark Templeton. This document contains material Corellium provisionally designated as AEO pursuant to the Protective Order, pending further review. Under the Protective Order, neither party may publicly file any portion of the transcript absent the other party's consent, until the time for review has lapsed.

16. PEX 54 is a copy of the transcript of the April 2, 2020 deposition of Azimuth Security. The deposition transcript was provisionally designated AEO pursuant to the Protective Order, pending further review. Under the Protective Order, neither party may publicly file any portion of the transcript absent the other party's consent, until the time for review has lapsed.

17. PEX 55 is a copy of a slide deck from January 2018 entitled, "Corellium Company Overview January 2018," produced in this action with the bates range Correllium-026295–Correllium-026323. Corellium designated this document AEO pursuant to the Protective Order.

18. PEX 56 is a copy of a slide deck from June 2019 entitled, "Corellium ARM Virtualization Company Overview June 2019," produced in this action with the bates range Correllium-009255.000001–Correllium-009255.000020. Corellium designated this document AEO pursuant to the Protective Order.

19. PEX 57 is a copy of a slide deck from August 2019 entitled, "Corellium The Hidden

Gems Blackhat 2019," produced in this action with the bates range Corellium-013465.000001–Corellium-013465.000023. Corellium designated this document AEO and "Confidential – Source Code" pursuant to the Protective Order.

20. PEX 58 is a copy of a document entitled, "CORSEC iOS Cloud Security Solution Datasheet," produced in this action with the bates range Corellium-008130.000001–Corellium-008119.000003. Corellium designated this document AEO pursuant to the Protective Order.

21. PEX 59 is a copy of a document entitled, "Corellium Sales Strategy Q1 2019," produced in this action with the bates range Corellium-009105.000001–Corellium-009105.000008. Corellium designated this document AEO pursuant to the Protective Order.

22. PEX 60 is a copy of a document entitled, "Corellium Mobile Device Virtualization – CORSEC iOS On Premise Security Solution Datasheet," produced in this action with the bates range AZI000582–AZI000585. Azimuth designated this document AEO pursuant to the Protective Order.

23. PEX 61 is a copy of a document entitled, "Corellium Mobile Device Virtualization CORSEC iOS Security Research Solution Datasheet," produced in this action with the bates range Corellium-008539.000001–Corellium-008539.000004. Corellium designated this document AEO pursuant to the Protective Order.

24. PEX 62 is a copy of a document entitled, "Corellium Mobile Device Virtualization CORSEC Advanced Mobile Security Research Datasheet," produced in this action with the bates range Corellium-011235.000001–Corellium-011235.000004. Corellium designated this document AEO pursuant to the Protective Order.

25. PEX 63 is a copy of a document entitled, "Corellium Sales FAQs Last Updated: April 2019," produced in this action with the bates range Corellium-009106.000001–Corellium-

009106.000004. Corellium designated this document AEO pursuant to the Protective Order.

26. PEX 64 is a copy of a document entitled, "Corellium CORSEC: A Revolution in Mobile Security Research," produced in this action with the bates range Correllium-004711.000001–Correllium-004711.000007. Corellium designated this document AEO pursuant to the Protective Order.

27. PEX 65 is a copy of a document entitled, "Corellium Mobile Device Virtualization CORSEC Mobile Security Research," produced in this action with the bates range Correllium-004708.00001–Correllium-004708.00004. Corellium designated this document AEO pursuant to the Protective Order.

28. PEX 66 is a copy of a document entitled, "Corellium Product Sheet Classification: Commercial in Confidence Version 1.2," produced in this action with the bates range AZI000594–AZI000603. Azimuth designated this document AEO pursuant to the Protective Order.

29. PEX 67 is a copy of a document entitled, "Corellium UK Demo Unit Setup Instructions June 2018," produced in this action with the bates range AZI001062–AZI001068. Azimuth designated this document AEO pursuant to the Protective Order.

30. PEX 68 is a copy of a document entitled, "PAC Emulation on Apple A12 Platforms," produced in this action with the bates range Correllium-008031.00001–Correllium-008031.00002. Corellium designated this document AEO pursuant to the Protective Order.

31. PEX 69 is a copy of a document entitled, "Corellium User Guide April 2019," produced in this action with the bates range Correllium-028510–Correllium-028524. Corellium designated this document AEO pursuant to the Protective Order.

32. PEX 70 is a copy of a January 19, 2018 email from Chris Wade to Azimuth Security, produced in this action with the bates number Correllium-015681. Corellium designated

this document "Confidential," AEO, and "Confidential – Source Code" pursuant to the Protective Order.

33. PEX 71 is a copy of a September 8, 2018 email from Azimuth to David Wang, produced in this action with the bates range AZI001542–AZI001550. Azimuth designated this document AEO pursuant to the Protective Order.

34. PEX 72 is a copy of an August 13, 2019 email to Corellium, produced in this action with the bates range Corellium-014009.000001–Corellium-014009.000003. Corellium designated this document AEO and "Confidential – Source Code" pursuant to the Protective Order.

35. PEX 73 is a February 15, 2019 email from Amanda Gorton, produced in this action with the bates range Corellium-008562.000001–Corellium-008562.000003. Corellium designated this document AEO pursuant to the Protective Order.

36. PEX 74 is an April 24, 2019 email from Amanda Gorton to Steve Dyer, produced in this action with the bates range Corellium-009047.000001–Corellium-009047.000003. Corellium designated this document AEO pursuant to the Protective Order.

37. PEX 75 is an August 28, 2019 email from Steve Dyer, produced in this action with the bates range Corellium-013612.000001–Corellium-013612.000008. Corellium designated this document AEO pursuant to the Protective Order.

38. PEX 76 is a copy of a January 30, 2018 email to Amanda Gorton, produced in this action with the bates range Corellium-005043.000001–Corellium-005043.000002. Corellium designated this document AEO pursuant to the Protective Order.

39. PEX 77 is a copy of a July 18, 2018 email from Amanda Gorton to Azimuth, produced in this action with the bates range Corellium-007941.000001–Corellium-007941.000002. Corellium designated this document AEO pursuant to the Protective Order.

40. PEX 78 is a copy of an October 25, 2018 email from Corellium to a customer, produced in this action with the bates range Correllium-010172.000001–Correllium-010172.000002. Corellium designated this document AEO pursuant to the Protective Order.

41. PEX 79 is a copy of a February 1, 2019 email to Amanda Gorton, produced in this action with bates number Correllium-005632. Corellium designated this document AEO pursuant to the Protective Order.

42. PEX 80 is a copy of a March 1, 2019 email from Corellium's sales email account, produced in this action with the bates range Correllium-011322.000001–Correllium-011322.000003. Corellium designated this document AEO pursuant to the Protective Order.

43. PEX 81 is a copy of an April 10, 2019 email from Amanda Gorton, produced in this action with the bates range Correllium-008932.000001–Correllium-008932.000004. Corellium designated this document AEO pursuant to the Protective Order.

44. PEX 82 is a copy of a July 15, 2019 email from Steve Dyer, produced in this action with the bates range Correllium-013280.000001–Correllium-013280.000004. Corellium designated this document AEO pursuant to the Protective Order.

45. PEX 83 is a copy of Exhibit E to the Supplement & Rebuttal report of David B. Connelly. This document contains material Corellium has designated Confidential or AEO pursuant to the Protective Order.

46. Apple's Summary Judgment Motion, Statement of Material Facts in Support of the Summary Judgment Motion, and Index of Exhibits in Support of the Summary Judgment Motion refer to and quote portions of PEX 3, 36, 39, 41, 44–51, and 53–83.

47. Consistent with the Protective Order and Corellium's standing designations, Apple moves to file under seal the portions of its Summary Judgment Motion, Statement of Material

Facts, and Index of Exhibits that contain material designated as "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE." Apple also moves to file under seal the portions of PEX 3, 44, and 45, that contain material designated as "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE." Apple further moves to file under seal the entirety of PEX 36–39, 41 and 45–84 because those exhibits contain material designated "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE."

**WHEREFORE** Apple respectfully requests that, unless and until the parties' designations are changed or rejected, the following documents should remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

   a. Portions of Apple's Summary Judgment Motion that contain material designated "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE";

   b. Portions of Apple's Statement of Material Facts in Support of Apple's Summary Judgment Motion and the Index of Exhibits that contain material designated "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE";

   c. Portions of PEX 3, 44, 45, that contain material designated as "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE."

   d. The entirety of PEX 36–39, 41 and 45–84 because those exhibits contain material designated "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE."

A proposed order is submitted herewith.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on May 11, 2020, regarding the relief sought herein.  Defendant does not oppose.

| | |
|---|---|
| Dated: May 11, 2020 | Respectfully Submitted, |
| Michele D. Johnson* | |
| *michele.johnson@lw.com* | s/ Martin B. Goldberg |
| LATHAM & WATKINS LLP | |
| 650 Town Center Drive, 20th Floor | Martin B. Goldberg |
| Costa Mesa, CA 92626 | Florida Bar No. 0827029 |
| (714) 540-1235 / (714) 755-8290 Fax | *mgoldberg@lashgoldberg.com* |
| | *rdiaz@lashgoldberg.com* |
| Sarang Vijay Damle* | Emily L. Pincow |
| *sy.damle@lw.com* | Florida Bar. No. 1010370 |
| Elana Nightingale Dawson* | *epincow@lashgoldberg.com* |
| *elana.nightingaledawson@lw.com* | LASH & GOLDBERG LLP |
| LATHAM & WATKINS LLP | 100 Southeast Second Street |
| 555 Eleventh Street NW, Suite 1000 | Miami, FL 33131 |
| Washington, DC 20004 | (305) 347-4040 / (305) 347-4050 Fax |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.