**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

**PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to File Under Seal Portions of Apple Inc.'s Motion for Partial Summary Judgment, Statement of Material Facts in Support Thereof, and Exhibits Attached Thereto ("Motion"). Being fully advised in the premises and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Apple is given leave to file under seal the following documents:

a. Portions of Apple's Summary Judgment Motion that contain material designated "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE";

b. Portions of Apple's Statement of Material Facts in Support of Apple's Summary Judgment Motion and the Index of Exhibits that contain material designated "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE";

c. Portions of PEX 3, 44, 45, that contain material designated as "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE."

d. The entirety of PEX 36–39, 41 and 45–84 because those exhibits contain material designated "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE."

The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this ___ of May, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**