**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

       Plaintiff,

  v.

CORELLIUM, LLC,

       Defendant.

**PROPOSED ORDER GRANTING MOTION TO EXCLUDE**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to Exclude Certain Opinions and Corresponding Testimony of Corellium's Expert James Olivier ("Motion"). Being fully advised, and for the reasons set forth in the Motion, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. The Court excludes the testimony of James Olivier that is subject to Apple's Motion to Exclude in its entirety.

**DONE AND ORDERED** this __ of May, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**