# EXHIBIT A

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Apple Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CA No.  9:19-cv-81160-RS |
| | § | |
| Corellium, LLC., | § | |
| | § | |
| Defendant and Counterclaimant | § | |

---

# EXPERT REPORT OF JAMES OLIVIER Ph.D.

---

**CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

# TABLE OF CONTENTS

1   **INTRODUCTION**_____**1**

2   **SUMMARY OF OPINIONS** _____**1**

3   **QUALIFICATIONS** _____**2**

4   **OTHER CASES** _____**7**

5   **COMPENSATION** _____**7**

6   **REVIEW AND USE OF DOCUMENTS, DEPOSITIONS, AND OTHER MATERIALS** _____**7**

7   **LEGAL CONTEXT FOR OPINIONS FORMED**_____**8**

8   **Overview of Apple and Apple iPhones** _____**9**

    **8.1   The iOS System** _____**10**

    **8.2   Research in iOS Software Testing** _____**13**

    **8.3   Research into Virtualizing ARM Hardware** _____**18**

9   **The Overview of Corellium System**_____**20**

10  **Factors for Fair Use** _____**31**

    **10.1 Preamble and First Factor: "The purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes"** _____**32**

        **10.1.1 Corellium's Transformative Use** _____**35**

        **10.1.2 Second Factor: "The nature of the copyrighted work"** _____**38**

        **10.1.3 Third Factor: "The amount and substantiality of the portion used in relation to the copyrighted work as a whole"**_____**39**

        **10.1.4 Fourth Factor: "The effect of the use upon the potential market for or value of the copyrighted work"** _____**39**

11  **Digital Millennium Copyright Act (DMCA)** _____**40**

12  **Conclusion** _____**42**

# 1      INTRODUCTION

1.  I have been retained by counsel for the Defendant Corellium LLC,  (hereinafter referred to as "Corellium" or "Defendant") to review the facts relating to a copyright infringement complaint brought against the Defendant by Apple, Inc., (hereinafter referred to collectively as "Apple" or "Plaintiff").

2.  I was requested to review Apple's Complaint and related documents and to provide my expert opinions regarding aspects of fair use by Corellium of the alleged copyrighted material and the use of Corellium of Apple's alleged copyrighted material under the DMCA. I was also asked to review certain other materials and to provide my opinions regarding those materials as described later in my report.

3.  I expect to be called to provide expert testimony regarding my opinions and any other matters set forth in this report.  Documents reviewed and considered are identified throughout my Report and also in **Attachment B**.  I understand that I may be asked to further elaborate on these positions and to provide opinions on other issues (such as any additional opinions offered by Apple), and I reserve the right to form and report such additional opinions as permitted by the Court. I may also be asked to provide a technical tutorial at trial to assist the Court or the jury in understanding the technology and the opinions in my report. Further, I may prepare demonstratives reflecting my opinions for use at the trial, technology tutorial, or other hearings.

# 2      SUMMARY OF OPINIONS

4.  I am not a lawyer, but in in my opinion, Corellium's use of Apple's publicly available unencrypted iOS object code constitutes fair use for a number of factors described

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

below. In addition, because Corellium's product falls outside the scope of the DMCA's exclusions, Corellium is free from liability under the DMCA.

## 3    QUALIFICATIONS

5.    I am currently Adjunct Executive in Residence in the Hunt Institute for Engineering and Humanity, which is part of the Lyle School Engineering at Southern Methodist University ("SMU"), in Dallas, Texas. Here I serve as the Program Lead for Transformational Technology. The SMU's Hunt Institute's mission is to "partner with leaders in business, academia, NGOs and government, in order to develop and scale sustainable and affordable technologies and solutions to the challenges facing people locally and globally."[1]

6.    I am also currently an Adjunct Professor in the Telecommunications and Network Engineering Program at Southern Methodist University's Graduate School of Electrical Engineering, where I teach MPLS networked enabled applications. I am also the owner of Olivier Consulting, where I provide consulting services for advanced network/product design along with Intellectual Property consulting.

7.    I have a Ph.D. from The Ohio State University in Electrical Engineering with minors in Discrete Mathematics, Computer Science, and Microelectronics, a Master's degree in Electrical Engineering with a minor in Robotics and Artificial Intelligence, and a Bachelor of Science degree in Electrical Engineering. I have published papers in the areas of coding theory and multiprocessor computer systems.

--------

[1] https://www.smu.edu/Lyle/Institutes/HuntInstitute

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

8.  I have been working in the field of software research and development since my academic career began. I personally have studied, conducted research, and worked in the area of software development and testing since my graduate school days at The Ohio State University. My Master's Thesis was on Artificial intelligence (AI) for software written in Pascal for a multi-processor autonomous vehicle, and my Ph.D. dissertation was based on Mathematica software and was entitled, "Concurrent Error Detection in Arithmetic Processors using GAN Codes."

9.  After I finished my dissertation at The Ohio State University, I went to work at Harris Communications conducting research and development into innovative computer systems for use in military space systems. Harris Communications is one of the largest defense contractors in the U.S. and is trusted by the U.S. government to design and build a number of very sensitive projects. A number of the people I worked with at Harris held secret or top-secret clearances. After Harris Communications, I went on to conduct research in computer systems and software at General Motors Research Laboratory.

10. After my work at General Motors Research Laboratory, I went to work at. AT&T Bell Laboratories. There I worked on software research development of several networked-based computer database systems.  Notably, at Bell Laboratories, I developed software for a retargetable software operating system which provided an additional layer of software between the hardware and the operating system, much like a virtual machine. This allowed the introduction of new software features and functionality without halting the currently running operating system. This approached greatly increased the reliability of the underlining computer systems and therefore the overall reliability of AT&T's Telecommunication System.

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

11. Later at DSC, I was the Senior Manager of the ATM Systems Engineering Group developing software for ATM packet switches, and I later became the Senior Manager for DSC's Broadband Intelligent Network products. At that time, I conducted software research and development for backend server processes that used CGI Perl scripts and Hypertext Markup Language (HTML) to control ATM switches.

12. At Samsung, I was a Principal Engineer for wireless broadband services for Samsung's new Universal Mobile Telecommunications Service ("UMTS") switch. I mandated the use of Java and the Java virtual machine in the portion of the UMTS switch that I was responsible for. Though I received significant pushback from more conservative members of Samsung's Engineering team, I understood from my work at Bell Laboratories the many advantages of using a virtual machine in software development and testing. Because of these advantages of software development and testing, my small team routinely outperformed many larger software teams at Samsung.

13. At Marconi, I worked on a number of computer systems for the access market, such as DSL modems and DSLAMs. While at Marconi, I was also the system software architect for Element Management Systems ("EMS"), which provisioned services and subscribers for various networks. This EMS controlled the services that a single subscriber was allowed to access and made use of a web portal to control a backend object-oriented database.

14. At Navini Networks, I was responsible for the software research and development for Layer 2 and Layer 3 network protocols for their Code-division multiple access ("CDMA") broadband modems. While at Navini Networks, I also developed the software for a sign-on system that managed and authorized users for different services

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

in a broadband CDMA network. This system made use of a personalized web portal that allowed users to have access to personalized network keys that allowed them to access different levels of service within the broadband CDMA Network. This system also made use of a backend SQL database residing on a Cisco Authentication, Authorization, and Accounting ("AAA") Server.

15. My work as Program Lead for Transformational Technologies at SMU's Hunt Institute involves identifying transformational technologies and developing programs to make use of transformation technologies to serve impoverished and underserved communities not just in Dallas but worldwide. I also provided education on transformational technologies to communities outside of SMU, speaking for example at Dallas Startup Week and at SMU's ImpactNights on transformational technologies. One of the software projects I am leading at the Hunt Institute is the Map4Good Project, which makes use of SMU's virtualized servers to provide mapping applications to help underserved communities find free or low-cost services nearby. As result of this work, I am very familiar with the many benefits virtualization and virtual servers provide when used in a cloud environment. This project conducts software research and development in software known as JavaScript, which makes use of the JavaScript engine, a type of virtual machine.

16. As an Adjunct Professor teaching Multiprotocol Label Switching ("MPLS"), Enabled Applications, I am familiar with the benefits of virtualization. In my class, I teach the benefits and effects of large-scale virtualized servers, such as those servers in cloud data centers, have on network protocols and architectures. I instruct my students on the various ways in which virtualized servers can be interconnected using MPLS

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

technology. Also, the labs I teach in my class make extensive use of virtualized switches and routers. These labs use VirtualBox, which is an open source hypervisor developed by Oracle, to provide virtual machines on which the students run different virtual routers for their lab experiments. The development of virtualized switches and routers has revolutionized the educational experience in my class. Gone are the days when a group of students huddled around and shared a single physical router as they conducted their lab experiments. With the virtualization of routers and switches, not only can each student have their own "virtual lab", but these virtual labs can have any number of routers in them. With virtualization, I can also teach the students about many different routers, and not just those physically in SMU's labs. For example, my students are required to learn to use both Cisco and Juniper routers, though we may not have any physically Cisco or Juniper routers available in our lab facilities. With virtualization, I can have the students create a variety of lab setups, with different configurations, by just typing in commands to the virtual router's command line interface.

17. Moreover, remote students, *e.g.* distance learning students, can also have access to the same lab experience as those attending class in person. As an example, a number of remote students in my Spring 2019 class were servicemen and women at the Space and Naval Warfare System Command in Charleston South Carolina. These students could take part in all of the labs in my class without having to travel to SMU because of the advantages provided by virtualization. One of these students was redeployed to Afghanistan while taking my class. He was still able to complete his labs assignments while redeployed because of the benefits of virtualization.

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

18. More details on my education and work experience, as well as a list of all major publications that I have authored or co-authored, are contained in my CV, attached to this report as **Attachment A**.

## 4    OTHER CASES

19. A list of the cases during at least the last four years in which I have signed a Protective Order, have testified as an expert either at a trial, hearing, or deposition, or have submitted statements/opinions is also included in **Attachment A** to this report.

## 5    COMPENSATION

20. Compensation to Olivier Consulting Inc. ("OCI") for services I provide is at the rate of $550 per hour, plus out-of-pocket expenses. That compensation and reimbursement are not contingent in any way upon my opinions, my performance, the outcome of this case, or any other issues involved in or related to this case. I have no financial interest in the outcome of this case.

## 6    REVIEW AND USE OF DOCUMENTS, DEPOSITIONS, AND OTHER MATERIALS

21. In preparing this report, I have considered all of the documents referenced in my report as well as those listed in **Attachment B**. I have also relied on my own extensive education and experience in the relevant areas in forming the opinions in this report.

22. Furthermore, to confirm my understanding of the operation of the Accused Product, I have discussed the Accused Product with Chris Wade of Corellium on 3 occasions.

23. I anticipate using some of the above referenced documents and items, or other information and material that may be produced during the course of this proceeding (such as deposition testimony), as well as representative charts, graphs, diagrams,

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

schematics, or models that will be based on those documents, items, information, and material to support, summarize, and explain my testimony before the Court. I also reserve the right to supplement this report as permitted to address any information obtained, or positions taken, based on any new information that comes to light prior to trial. I may be asked to provide a walk-through demonstration of the Accused Product for the Court. This walk-through for the Court may use a live test environment, a pre-recorded walk-through in a test environment, screenshots from a walk-through in a test-environment, or a combination of these.

## 7    LEGAL CONTEXT FOR OPINIONS FORMED

24. I am not an attorney, but Defendants' attorneys have provided me with the Declaration and Expert Report of Clark Asay Professor of the Law School at Brigham Young University, which I have attached as **Attachment C**. I have used and applied this in forming my opinions set forth in this report.

25. I also have had a discussion with Mr. Asay, Professor on the law regarding fair use in copyright law on February 14th. I understand Mr. Asay is an expert in this area. I understand from his CV that Mr. Asay teaches classes in Patents, Copyrights, IP Survey and IP and Entrepreneurship Law Colloquiums. See the attached CV of Mr. Asay also included in **Attachment C**.

26. Mr. Asay explained to me that the use of copyrighted material is permitted if the use is "fair use". I have some familiarity of this concept as I use textbooks and videos downloaded from the Internet in teaching my graduate level class at SMU. I understand from my teaching at SMU that there are situations where works can be used without permission of the author, for example for the purpose of research or education.

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

## 8        OVERVIEW OF APPLE AND APPLE IPHONES

27. Apple as a business "designs, manufactures and markets smartphones, personal computers, tablets, wearables and accessories, and sells a variety of related services."[2]

28. Apple manufacturers iPhones, Macs, iPads, Wearables, Home and Accessories. For services Apples markets Digital Content Stores and Streaming Services, AppleCare, iCloud, Licensing, and other services "including Apple Arcade™, a game subscription service; Apple Card™, a co- branded credit card; Apple News+, a subscription news and magazine service; and Apple Pay, a cashless payment service."[3]

29. Apple manufacturers a variety of different iPhones to market, these include at present the iPhone 11 Pro, the iPhone 11, iPhone XR, and iPhone 8. Apple touts the features of its iPhone for example the iPhone 11 Pro for having a camera, being water resistant, and having a Super Retina XDR display, all of which attributes of the physical hardware of an iPhone.

30. Some of the more common uses or built in features of an iPhone are, making a phone call, send a text, taking a picture with the built-in camera, surfing the Internet, sending an email, accessing iTunes, and using the built-in mapping app.

31. Notably, Apple has discontinued selling a number of older iPhone models, these include the iPhone, iPhone 3G, iPhone 3GS, iPhone 4, iPhone 4S, iPhone 5, iPhone 5C iPhone 5S, iPhone 6, and iPhone 6 plus, iPhone 6S, iPhone 6S Plus, iPhone SE, iPhone 7, Phone 7 Plus, iPhone X, iPhone XS, and iPhone XS Max.

---

[2] Apple FORM 10-K For the fiscal year ended September 28, 2019, page 4

[3] Apple FORM 10-K For the fiscal year ended September 28, 2019, page 5

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

### 8.1    The iOS System

32. Apple devices making use of the iOS operating system are known as iOS devices. Apple also continues to introduce new iOS devices. For example, on September 24, 2019, Apple released iPadOS, a derivative of iOS specifically developed for the iPad, with an emphasis on multitasking. For purposes of my report, any reference to iOS also includes iPadOS. At present there are there are more one billion, 400 million iOS devices actively running iOS.[4] The iOS architecture consists of a number of layers, as shown below.[5]

Figure I-1     Layers of iOS



33. The bottom Core OS layer contains the system software which contains the kernel which is based on Mach.[6] The Mach kernel was developed by Carnegie Mellon University from 1985 to 1994 which provides its source code and object code unlicensed.[7] According to Apple's web site Mach is "The lowest level of the OS X

---

[4] https://www.apple.com/newsroom/2019/01/apple-reports-first-quarter-results/

[5] iOS Technology Overview, Apple Inc. 2012 p. 8

[6] iOS Technology Overview, Apple Inc. 2012 p. 45

[7] https://www.cs.cmu.edu/afs/cs/project/mach/public/www/mach.html

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

kernel. Mach provides such basic services and abstractions as threads, tasks, ports, IPC, scheduling, physical and virtual address space management, VM, and timers."[8]

34. According to Apple's web site the kernel for OS X is "The complete OS X core operating-system environment that includes Mach, BSD, the I/O Kit, file systems, and networking components."[9] BSD stands for Berkeley Software Distribution, which developed and distributed by University of California, Berkeley. Also, according to Apple's web site, Darwin is "The core of OS X, Darwin is an Open Source project that includes the Darwin kernel, the BSD commands and C libraries, and several additional features. The Darwin kernel is synonymous with the OS X kernel."[10]

35. In 2007 Steve Jobs introduced the iPhone at Macworld stating, "iPhone runs OS X!"[11] It is for these reasons that many believe that Apple uses open source software in its kernel. See for example:

"iOS (previously iPhone OS) is an operating system used on mobile devices by Apple. iOS is derived from Apple's desktop operating system OS X. **While some components of the iOS kernel are open-source, due to historical reasons**, the main parts of the iOS operating system are closed and information on it is not publicly available. "[12]

and

"Lately, Apple has been warming to more visible involvement in open source projects. Though the company has **long used open source software within its**

---

[8] https://developer.apple.com/library/archive/documentation/Darwin/Conceptual/KernelProgramming/Glossary/Glossary.html#//apple_ref/doc/uid/TP30000905-CH224-TPXREF1

[9] https://developer.apple.com/library/archive/documentation/Darwin/Conceptual/KernelProgramming/Glossary/Glossary.html#//apple_ref/doc/uid/TP30000905-CH224-TPXREF1

[10] https://developer.apple.com/library/archive/documentation/Darwin/Conceptual/KernelProgramming/Glossary/Glossary.html#//apple_ref/doc/uid/TP30000905-CH224-TPXREF1

[11] https://www.engadget.com/2007/01/09/live-from-macworld-2007-steve-jobs-keynote/

[12] Andreas Kurtz, Andreas Weinlein, Christoph Settgast, Felix Freiling, "DiOS: Dynamic Privacy Analysis of iOS Applications," Friedrich-Alexander-Universität Erlangen-Nürnberg, Dept. of Computer Science, Technical Reports, CS-2014-03, June 2014

**CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

**proprietary products**, it is now starting to contribute back, hosting projects on GitHub and on its own (like Swift).[13]

36. Evidence that Darwin is still part of the iOS kernel can be found on any iPhone in the JetsamEvent files which are log files for iOS. These logs files provide evidence that Darwin is still part of the iOS kernel.[14,15]

```
●●●○○ Verizon  LTE   10:35 AM        ⊛ 87% ▬▬
   ‹        JetsamEvent-2016-10-28-10...

"crashReporterKey" :
"b5c185325a17a8f5799028749b2c6daff71d453d",
 "kernel" : "Darwin Kernel Version 16.0.0: Sun Aug 28 20:36:54
PDT 2016; root:xnu-3789.2.4~3\/RELEASE_ARM64_S8000",
 "product" : "iPhone8,4",
 "incident" : "6CCB9B9E-54FC-4A35-9DA4-D8BF85EE2E95",
 "date" : "2016-10-28 10:52:25.20 -0400",
 "build" : "iPhone OS 10.0.2 (14A456)",
 "timeDelta" : 4,
 "memoryStatus" : {
 "compressorSize" : 0,
 "pageSize" : 16384,
 "compressions" : 0,
 "memoryPages" : {
   "active" : 62486,
   "throttled" : 0,
   "fileBacked" : 47672,
   "wired" : 10571,
   "anonymous" : 43651,
   "purgeable" : 969,
   "inactive" : 4040,
   "free" : 30755,
   "speculative" : 24797
  },
  "uncompressed" : 0,
  "decompressions" : 0
 },
  "largestProcess" : "SpringBoard",
  "genCounter" : 0,
  "processes" : [
  {
   "uuid" : "d6f94521-bfc4-36b6-bfef-ed1497a9482b",
   "states" : [
    "daemon",
    "idle"
   ],
   "lifetimeMax" : 398,
   "age" : 3738784096,
   "purgeable" : 0,
   "fds" : 50,
   "coalition" : 78,
   "rpages" : 105,
```

---

[13] https://www.techrepublic.com/article/apple-is-doubling-down-on-open-source/

[14] https://discussions.apple.com/thread/6743151?answerId=28550619022#28550619022

[15] I reviewed JetsanEvent files on my personal iPhone and it identifies the kernel as Darwin based on 12/19/2018

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

37. Xcode is Apple's software developer toolset for creating apps for Mac, iPhone, iPad, Apple Watch and Apple TV.[16] Apple does not mention Xcode in its 10-K nor does it charge for Xcode in its App Store.[17] In addition, Apple's Xcode only supplies a "simulator" for debugging and testing code. Notably, neither Xcode nor Apple supply a virtual machine for iOS software research, developing or testing.

## 8.2    Research in iOS Software Testing

38. Because of the restrictions and drawbacks in using Xcode for software research, developing or testing, researchers have looked to other techniques for studying iOS software. A number of research papers have been written on the importance of performing research, developing or testing of iOS software outside of the constrains of Xcode. This research has important societal benefits since there are more than 1.4 billion iOS devices actively running iOS[18], and there are approximately  2 million applications "apps" for iOS written, and over 180 billion downloads of these 'apps' by iOS users.[19] As more and more millions of people use iOS software, the security of these "apps" and iOS, the underlining operating system are an important societal issue.

39. It was believed by some that Apple's internal vetting of these "apps" was sufficient to ensure they were secure, but disclosures of security breaches of iOS "apps" has shown this is not true. This has been reported in conferences, journal papers and technical

---

[16] https://developer.apple.com/support/xcode/

[17] ibid

[18] https://www.apple.com/newsroom/2019/01/apple-reports-first-quarter-results/

[19] Network Forensics Analysis of iOS Social Networking and Messaging Apps, A. Bhatt et.al Proceedings of 2018 Eleventh International Conference on Contemporary Computing (IC3), 2-4 August, 2018, Noida, India

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

reports. For example, the Journal of Information Security and Applications stated: "However past attacks due to third-party applications which were capable to bypass Apple's code review process as well as attack non-jailbroken devices have demonstrated that **Apple's security measures are insufficient to secure its devices**."[20]

40. The Eighth International Conference on Networks & Communications stated: "To prevent third-party applications from performing malicious activities, Apple does review each app submission. And any violations of the App Store Review guidelines lead to rejection. It is generally believed that App Review is quite effective. **However**, **recent work** [3,4] shows that by constructing the names of Private APIs at runtime, **it is possible to invoke Private APIs** in third- party applications and **still be able to pass the vetting process**."[21]

41. The technical report "DiOS: Dynamic Privacy Analysis of iOS Applications" states: "From the beginning, every app has to pass through an approval process by Apple. Among other tests, this vetting process attempts to spot malicious apps and to admit only those apps that are not harmful to users' privacy. Although, this **vetting process is a good security design decision at a first glance**, there have been reported **several cases in which it failed to reveal apps that intentionally accessed personal data**

---

[20] iABC: Towards a hybrid framework for analyzing and classifying behaviour of iOS applications using static and dynamic analysis, Journal of Information Security and Applications 41 (2018) p. 145

[21] Liang, Hongliang & Xie, Yilun & Song, Yan. (2016). DMIA : A Malware Detection System on IOS Platform. Computer Science & Information Technology. 6. P 63. 10.5121/csit.2016.61506.

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

[18]".[22] *See also* "Network Forensics Analysis of iOS Social Networking and Messaging Apps" at Introduction[23] and "Sources Say China Used iPhone Hacks to Target Uyghur Muslims."[24]

42. One of the issues of research and testing iOS and "apps" is the lack of a virtual machine to run the tests on as opposed to the Google Android OS which is built on a virtual machine. This lack of a virtual machine for the iOS object code has hampered testing of the iOS system. This lack is described in The Journal of Information Security and Applications, which states:

"As code used **by iOS device is executed directly on the hardware without any virtual machine** (Dalvik virtual machine for android) or any abstraction layer, hence **it is difficult to detect large number of malicious applications dynamically**."[25] [emphasis added]

43. This lack of a virtual machine is also described in a technical report from Friedrich-Alexander-Universität Erlangen-Nürnberg entitled "DiOS: Dynamic Privacy Analysis of iOS Applications*"*, which states:

"As code in **iOS is directly executed on the hardware without any** abstraction layer or **virtual machine**, those **existing solutions are not applicable for iOS-based**

_____

[22] Andreas Kurtz, Andreas Weinlein, Christoph Settgast, Felix Freiling, "DiOS: Dynamic Privacy Analysis of iOS Applications," Friedrich-Alexander-Universität Erlangen-Nürnberg, Dept. of Computer Science, Technical Reports, CS-2014-03, June 2014, p. 5

[23] Network Forensics Analysis of iOS Social Networking and Messaging Apps, A. Bhatt et.al Proceedings of 2018 Eleventh International Conference on Contemporary Computing (IC3), 2-4 August, 2018, Noida, India

[24] Zach Whittaker, Sources Say China Used iPhone Hacks to Target Uyghur Muslims, TECHCRUNCH (Aug. 31, 2019), https://techcrunch.com/2019/08/31/china-google-iphone-uyghur/.

[25] iABC: Towards a hybrid framework for analyzing and classifying behaviour of iOS applications using static and dynamic analysis, Journal of Information Security and Applications 41 (2018) p. 146

**CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

dynamic analysis."[26]

44. This problem is again illustrated in "Automated Binary Analysis on iOS – A Case Study on Cryptographic Misuse in iOS Applications", which states:

> "In contrast to the Android platform [12, 20], such an **analysis represents a challenging task on the iOS platform**. For instance, Android applications are provided in a reversible bytecode format, whereas iOS applications are compiled to machine code that is tailored to a particular CPU architecture."[27]

45. As described above, the lack of being able to run iOS software on a virtual machine has hampered research into security vulnerabilities in iOS software. Because of Apple's policy of using encryption of apps, researchers are often reduced to using actual physical jailbroken iPhones on which to conduct their security research and analysis. See for example "One general limitation of all existing approaches to perform **large-scale analysis of iOS apps** from the official App Store is its **jailbreak dependency**. Regardless if an app is analyzed statically [16] or dynamically, a **jailbreak is** required to defeat Apple's FairPlay digital right management technology in order to decrypt an app's code at runtime."[28]. *See also* "After fetching them via iTunes, we used the tool

---

[26] Andreas Kurtz, Andreas Weinlein, Christoph Settgast, Felix Freiling, "DiOS: Dynamic Privacy Analysis of iOS Applications," Friedrich-Alexander-Universität Erlangen-Nürnberg, Dept. of Computer Science, Technical Reports, CS-2014-03, June 2014

[27] Johannes Feichtner, David Missmann, Raphael Spreitzer "Automated Binary Analysis on iOS: A Case Study on Cryptographic Misuse in iOS Applications" WiSec '18: Proceedings of the 11th ACM Conference on Security & Privacy in Wireless and Mobile Networks, June 18–20, Pages 236–247 2018, Stockholm, Sweden

[28] Andreas Kurtz, Andreas Weinlein, Christoph Settgast, Felix Freiling, "DiOS: Dynamic Privacy Analysis of iOS Applications," Friedrich-Alexander-Universität Erlangen-Nürnberg, Dept. of Computer Science, Technical Reports, CS-2014-03, June 2014, p. 16

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

Clutch [35] on **a jail-broken iPhone** to decrypt the applications."[29] *See also* in "DMIA : A Malware Detection System on IOS Platform" which states "In this paper, the monitor Layer runs between **the jail-broken iOS system and applications**."[30]

46. This restriction to having to use actual physical jailbroken devices to perform some types of security research and testing has hampered research into security of iOS devices in other ways. Since Apple has decided to discontinue a large number of iPhones, a software researcher no longer has access to these physical phones from Apple on which to perform research. This is important as these unavailable phones are still being used by a large number of members of society. The graphics below makes this point clear, the largest market share belongs to iPhone 7 as of the end of Q3'2018, even though Apple discontinued this model in 2017.[31]

---

[29] Johannes Feichtner, David Missmann, Raphael Spreitzer "Automated Binary Analysis on iOS: A Case Study on Cryptographic Misuse in iOS Applications" WiSec '18: Proceedings of the 11th ACM Conference on Security & Privacy in Wireless and Mobile Networks, June 18–20, Pages 236–247 2018, Stockholm, Sweden

[30] Liang, Hongliang & Xie, Yilun & Song, Yan. (2016). DMIA : A Malware Detection System on IOS Platform. Computer Science & Information Technology. 6. P 63. 10.5121/csit.2016.61506.

[31] https://bitbar.com/blog/how-does-your-mobile-device-coverage-look-at-the-end-of-q318/

**CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**



### 8.3    Research into Virtualizing ARM Hardware

47. Virtualization is a key technology in the computing world today.[32] Virtualization makes use of a "hypervisor", also known as a virtual machine monitor, which creates and runs virtual machines. Virtualization "decouples the hardware from the operating system (OS) by inserting an additional layer of software, the hypervisor, between the hardware and the OS."[33] Before the advent of hypervisors, physical computers typically only ran one operating system at a time. With a hypervisor, one can create multiple "guest

---

[32] The Design, Implementation, and Evaluation of Software and Architectural Support for ARM Virtualization, Dissertation of Christoffer Dall, COLUMBIA UNIVERSITY, page 2

[33] The Design, Implementation, and Evaluation of Software and Architectural Support for ARM Virtualization, Dissertation of Christoffer Dall, COLUMBIA UNIVERSITY, page 2

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

machines" running "guest operating systems" and execute them all on a single or multiple host machines. As shown below in Figure 1, the execution of a kernel in a physical device is shown on the left and its execution in a virtual machine is shown on the right.[34]



**Figure 1**

48. Virtualization provides many advantages over running software and software tests on actual physical hardware. Some of these advantages are reduced hardware cost and power costs, as computer such as servers can be consolidated, rapid provisioning, high availability, and the capability of being put into a cloud *e.g.* a datacenter.[35] Other advantages are the ability to access the software from any location with an Internet connection and the support to run legacy software. Another major advantage is in the

---

[34] http://www.cs.colostate.edu/~cs470/s17/Chapter_05MemoryC.pdf.

[35] Hardware and Software Support for Virtualization, Edouard Bugnion, Jason Nieh, and Dan Tsafrir, 2017; page 13

**CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

area of security research. Virtualization "allows detailed inspection of the behavior of the operating system, perform intrusion analysis or attest its provenance."[36]

49. Another great advantage of virtual machines is in testing of software. This is due to the fact that the tester gets to test the original software even though it has already been compiled for a hardware: "The same OS software, originally written to run directly on the hardware, can then run inside VMs."[37] Yet another advantage virtual machines in software testing is that the state of the virtual machine is "much easier to manipulate the state of a virtual machine than the state of a physical machine. The state of the virtual machine can be saved, cloned, encrypted, moved, or restored, none of which is easy to do with physical machines."[38]  But software researchers have found difficult problems with trying to run iOS on a virtual machine. See for example

"Running a proprietary operating system like iOS in a VM would require **emulating the devices expected by the guest OS** or **would require being able to configure the guest OS for the virtual emulated platform by for example installing custom drivers**, similar to what users do with Microsoft Windows on PCs."[39]

**9      THE OVERVIEW OF CORELLIUM SYSTEM**

50. Corellium is a software tool for developing, testing, analyzing and researching iOS software. Because Corellium provides a virtualized environment, it solves many of the

---

[36] Hardware and Software Support for Virtualization, Edouard Bugnion, Jason Nieh, and Dan Tsafrir, 2017; page 13

[37] The Design, Implementation, and Evaluation of Software and Architectural Support for ARM Virtualization, Dissertation of Christoffer Dall, Columbia University, page 2

[38] Peter M. Chen and Brian D. Noble. When Virtual Is Better Than Real, HOTOS '01: Proceedings of the Eighth Workshop on Hot Topics in Operating Systems May 2001

[39] The Design, Implementation, and Evaluation of Software and Architectural Support for ARM Virtualization, Dissertation of Christoffer Dall, Columbia University, page 144

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

issues with performing iOS software testing, as described above in sections "Research in iOS Software Testing" and "Research into Virtualizing ARM Hardware."

51. With Corellium's virtualized test environment, a software researcher can execute the freely available downloaded iOS object code from Apple for the iOS kernel in a virtual machine.[40]

52. Corellium provides two different systems, an on-premise version and a web-based version. Though the user interface for both systems is substantially the same for both systems, they differ in that for the web-based version the virtualization takes place in a <u>cloud-based</u> server while for the on-premise version the virtualization takes place in a local appliance server.

53. Though Corellium is relatively new, already software researchers and developers reading a technical book entitled "Apple Device Management: A Unified Theory of Managing Macs, iPads, iPhones, and AppleTVs" are encouraged to use it in the testing software of Apple devices. In this book by Charles Edge and Rich Trouton, the authors encourage their readers to make use of Corellium state that Corellium "makes **generating test instances quick and more scalable than can be from using Xcode** running on 3 or 4 old iPhones have sitting around your house.… Corellium also comes with a **full API** that allows you to programmatically spin up new instances and then automate connecting to and running tests."[41] Another advantage described in this book

---

[40] Apple provides for iPhone 10 iOS object code for example from its web site updates-http.cdn-apple.com/2018/ios/091-74595-20180709-81322D10-7C1C-11E8-B233-9E5B544C24EB/iPhone10,3,iPhone10,6_11.4.1_15G77_Restore.ipsw

[41] Apple Device Management: A Unified Theory of Managing Macs, iPads, iPhones, and AppleTVs; C. Edge and R. Trouton pages 532 – 533 December 19, 2019

**CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

of using Corellium is that a software developer can create dozens of virtual iPhones for example to conduct software load testing of web service.

54.

**CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**



55. 

**CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**



56. 

57.

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION



**CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

58. 

59.

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION



60.

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION



61.

62.

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

63.



64.

65.

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION



66.

67. As stated above, what makes Corellium so exceptional is that the system provides a virtual environment for developing, testing, analyzing and researching iOS software. This removes many of the drawbacks that security researchers have described when researching iOS security vulnerabilities. See section "Research in iOS Software Testing" above.

68.

**CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**



## 10   FACTORS FOR FAIR USE

70. I understand that Copyright Act's Section 107 states

Notwithstanding the provisions of sections 106 and 106A , the fair use of a copyrighted work, including such use by reproduction in copies or phonorecords or by any other means specified by that section, for purposes such as criticism, comment, news reporting, teaching (including multiple copies for classroom use), scholarship, or research, is not an infringement of copyright. In determining whether the use made of a work in any particular case is a fair use the factors to be considered shall include--

(1) "the purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes"

(2) "the nature of the copyrighted work,"

(3) "the amount and substantiality of the portion used in relation to the copyrighted work as a whole,"

(4) "the effect of the use upon the potential market for or value of the copyrighted work."

71. I understand from counsel that the above section allows for a fair use defense of

copyrighted material and specifies factors which courts should address when

---

[42] Based on conversation with Chris Wade CTO of Corellium.

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

determining whether a use of copyrighted work constitute fair use. I will address each of these factors below.

## 10.1    Preamble and First Factor: "The purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes"

72. I understand from counsel that one of the issues to be considered in analysis of this factor is whether the purpose of the use is a so called "favored purpose". Favored purposes include criticism, comment, news reporting, teaching, scholarship, or research and are recited in the preamble of the statue.

73. In my opinion, Apple's iOS firmware is used by Corellium and its customers for the purpose of reporting, research and teaching. As described in the section above entitled "Research in iOS software testing." numerous papers have been written about the need for researching iOS software and the different ways that this can be accomplished. Corellium is a revolutionary and transformative way of performing this beneficial testing. Corellium has even been cited by Apple as having researched, discovered and reported important security breaches in its operating system. For example, Apple publishes security updates on its support website describing security issues in its operating systems. Apple's security update at https://support.apple.com/en-us/HT210918, dated January 28, 2020, describes security issues in iOS 13.3.1 and iPadOS 13.3.1, shown below:

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

# About the security content of iOS 13.3.1 and iPadOS 13.3.1

This document describes the security content of iOS 13.3.1 and iPadOS 13.3.1.

## About Apple security updates

For our customers' protection, Apple doesn't disclose, discuss, or confirm security issues until an investigation has occurred and patches or releases are available. Recent releases are listed on the Apple security updates page.

Apple security documents reference vulnerabilities by CVE-ID when possible.

For more information about security, see the Apple Product Security page.

74. At this update page, Apple describes a security flaw in the kernel of iPhones 6s and later, iPad Air 2 and later, iPad mini 4 and later and iPod touch 7 generation. As presented in the graph in the section above entitled "Research in iOS Software Testing", this security flaw affects almost all iPhones users in 3Q 2018. This security flaw allows an application, *e.g.*, an "app" to execute any code it would like with kernel privileges. This discovery of this bug was attributed to Corellium, among others.

Kernel

Available for: iPhone 6s and later, iPad Air 2 and later, iPad mini 4 and later, and iPod touch 7th generation

Impact: An application may be able to execute arbitrary code with kernel privileges

Description: A race condition was addressed with improved locking.

CVE-2020-3831: Corellium, Proteas of Qihoo 360 Nirvan Team

75. In a similar manner, Apple has published information about security issues in iOS 13.3 and iPadOS 13.3. In a December 10th, 2019 security update https://support.apple.com/en-us/HT210785, Apple describes a security flaw in an object IOSurfaceAccelerator for iPhone 6s and later, iPad Air 2 and later, iPad mini 4 and later and iPod touch 7 generation. As presented in the graph in the section above entitled "Research in iOS Software Testing", this security flaw affects the vast majority of

**CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

iPhones users. This security flaw allows an application, *e.g.*, an "app" to execute any code it would like with kernel privileges. This discovery is attributed to Corellium by Apple.

IOSurfaceAccelerator

> Available for: iPhone 6s and later, iPad Air 2 and later, iPad mini 4 and later, and iPod touch 7th generation
>
> Impact: An application may be able to execute arbitrary code with kernel privileges
>
> Description: An information disclosure issue was addressed by removing the vulnerable code.
>
> CVE-2019-8841: Corellium

76. Corellium's identification of these bugs and reporting of them to Apple benefits society as recognized by various security organizations. For example, CERT, the Computer Emergency Response Team, summarized the IOSurfaceAcelleratorth vulnerability: "Apple iOS and iPadOS could allow a local attacker to gain elevated privileges on the system, caused by an information disclosure in the IOSurfaceAccelerator component. An attacker could exploit this vulnerability to execute arbitrary code on the system with kernel privileges" and categorized it with a "High" severity.[43]

---

[43] https://cert.civis.net/en/index.php?action=alert&param=CVE-2019-8841

**CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**



77. The Office of Information Technology Services of New York State and IBM have also reported information on this security flaw.[44],[45]

78. By reporting software issues, as Corellium has done and its platform enables, makes Apple's devices safer for Apple's customers.

### 10.1.1 Corellium's Transformative Use

79. I understand another of the considerations in the analysis of this factor is whether the purpose of the use is transformative. I also understand that a transformative use takes the original copyrighted work and transforms its appearance, purpose, or nature or otherwise adds enough new value that the use no longer qualifies as infringing.

---

[44] https://its.ny.gov/security-advisory/multiple-vulnerabilities-109

[45] https://exchange.xforce.ibmcloud.com/vulnerabilities/172898

**CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

80. Corellium's use of the alleged copyrighted iOS object code (i.e. for each version of iOS), and related GUI elements allegedly protected by copyright, is a transformative use for a number of reasons. First, the nature of Apple's alleged copyrighted iOS object code has changed. Apple directly executes the alleged copyrighted iOS object code on physical Apple hardware, *e.g.* the physical iPhone. Its purpose is to control Apple hardware. In Corellium, the nature of Apple's alleged copyrighted iOS object code has changed to now interfacing with software, that is the hypervisor controlling a virtual machine. The nature of the alleged copyrighted iOS object code has been changed from controlling hardware to now interfacing with software. This software, the hypervisor exists as software running in a virtual server somewhere in the cloud or in an on-premise appliance server. This use is not a substitute for an iPhone. Because of the transformation of the purpose of the alleged copyrighted iOS object code and related GUI elements, the Corellium system is not and cannot operate as an iPhone. Below is a partial list of things a software developer or security researcher cannot do with the Corellium system demonstrating how much the nature of the alleged copyrighted iOS object code has changed.

81. 

**CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

82.

83.

84.

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

████████████████████████████████████████

████████████████████

85. In addition, Corellium itself has been recongized by Apple and others as having researched, discovered and reported important security breaches in Apple's kernel and other portions of Apple's iOS, as described above.

86. Because Corellium has expressed the alleged copyrighted iOS object code in a way that Apple has chosen not to-- that is interfacing with a virtual machine instead of an actual physical devic-- it has enabled research and investigation into Apple's iOS kernel and its interactions with applications running on it that was not possible before. Because of the widespread adoption of Apple's iOS devices in our society, this research and investigation is of great societal benefit.

### 10.1.2                     Second Factor: "The nature of the copyrighted work"

87. The nature of the copyright work in this instance is that it is iOS object code, which is a downloaded IPSW file from Apple, and the associated GUI expressed within. I understand one of the issues to be considered in analysis of this factor is whether the work is unpublished or not.

88. Apple's alleged copyrighted iOS object code is published freely and available on the Internet from Apple, see for example updates-http.cdn-apple.com/2018/ios/091-74595-20180709-81322D10-7C1C-11E8-B233-

---

[46] Conversation with Chris Wade CTO of Corellium

[47] https://support.apple.com/en-us/HT210549

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

9E5B544C24EB/iPhone10,3,iPhone10,6_11.4.1_15G77_Restore.ipsw, which contains the object code for an iPhone X, version 11.4.1. (accessed 2/21/2020)

89. In addition, it is not clear how much of the alleged copyrighted work is Apple's own creation. As described above in section "The iOS System" many researchers believe that Apple uses open source software in its kernel. Because of this it is difficult to what portions of the alleged copyrighted iOS object code was developed by Apple and what is open source software.

**10.1.3      Third Factor: "The amount and substantiality of the portion used in relation to the copyrighted work as a whole"**

90.

[49]

**10.1.4      Fourth Factor: "The effect of the use upon the potential market for or value of the copyrighted work"**

91. I understand one of the issues to be considered in analysis of this factor is whether the use will decrease the demand for the original work. Apple is not in the market of selling a virtual machine for executing their iOS. Apple is a huge company with almost limitless

---

[48] Conversation with Chris Wade CTO of Corellium

[49] Conversation with Chris Wade CTO of Corellium

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

resources and has great expertise in the area of software research and development. If Apple wished to it could have developed a virtual machine for executing their iOS software and made it available to software researchers and developers.  Instead Apple makes available a simulator in Xcode for developing software for their iOS system, as described above, which it makes freely available. Apple only provides a simulator even though many software researchers feel that a simulator is inferior to a virtual machine environment for software research and development, as described in the section entitled "Research in iOS Software Testing." above.

92. 

93. I am informed that Apple may argue that the Corellium System is a substitute for the "pre-hacked" program they have recently introduced. But as described above in section "Research in iOS Software Testing", prehacked or jail broken devices are no substitute for a virtualized software research and development system such as Corellium.

## 11      DIGITAL MILLENNIUM COPYRIGHT ACT (DMCA)

94. I have reviewed Apple's amended complaint and I understand that Apple has also accused Corellium of violating DMCA Sections 1201(a)(2) (A) "No person shall …. that is primarily designed or produced for the purpose of circumventing a technological measure that effectively **controls access to a work protected under this title** or

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

1201(b) "(B) has only limited commercially significant purpose or use other than to circumvent protection afforded by a **technological measure that effectively protects a right of a copyright owner** under this title in a work or a portion thereof;"

95. I also understand that several circuit court decisions have found that alleged violations of the Digital Millennium Copyright Act must include a right protected under the Copyright Act, which for the reasons I described above, Corellium has not violated in my opinion.

96. Section 1201(b) and Section 102(a)(2) prohibits third parties from trafficking in tools that allow others to circumvent copy controls of copyrighted works by outlawing 'black boxes'.[50]  In my opinion, Corellium is not is violation of these statue for the simple reason that the alleged copyrighted iOS object code (including its underlying GUI elements) is freely available unencrypted from Apple over the Internet and therefore there are no copy controls, access controls or technology measures such as encryption on the alleged copyrighted iOS object to circumvent.

97. Apple itself freely provides over the Internet (*e.g.* at https://itunes.com/versions), an xml file which contains links to individual Apple iOS object code for each version of iOS. In this file Apple provides links, for example for the iPhone X, version 11.4.1 object code in unencrypted form.[51] Each version of iOS is publicly available in an "IPSW"

---

[50] H.R. Rep. 105-551, pt. 2, at 38 (1998) ('The Committee believes it is very important to emphasize that Section 102(a)(2) [now codified as 17 U.S.C. § 1201(a)(2)] is aimed fundamentally at outlawing so-called 'black boxes' that are expressly intended to facilitate circumvention of technological protection measures for purposes of gaining access to a work…) Id. at 40

[51] web site updates-http://cdn-apple.com/2018/ios/091-74595-20180709-81322D10-7C1C-11E8-B233-9E5B544C24EB/iPhone10,3,iPhone10,6_11.4.1_15G77_Restore.ipsw

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

container, a file format used in iTunes to install iOS firmware.  Apple does not charge for iOS downloads.

98. Moreover, the Corellium system does not provide tools to circumvent access or copy controls, it only provides a virtual machine environment on which software research and development can take place. Corellium does not provide decryption technology to allow access to Apple products.

99. In its amended complaint, Apple makes the claim that it provides "technological measures, among other things, include **encryption**, hardware checks, and server checks that prevent iOS from being installed and executed on non-Apple-authorized hardware, and prevent unfettered access to the iOS operating system."[52] But this statement is incorrect, Apple does not encrypt the alleged copyrighted iOS object code. Moreover, Apple used to encrypt the alleged copyrighted iOS object code, but since 2016 has turned off the encryption. It is not clear what Apple means by "hardware checks, and server checks" but these alleged "checks" are not copy controls, access controls or technology measures such as encryption decryption technology under the normal understanding of these words.

## 12      CONCLUSION

100.    I may rely on visual aids and demonstrative exhibits to illustrate the basis of my opinions for the Court or the jury.  Examples of these visual aids and demonstrative exhibits may include, for example, excerpts from the documents cited in my report,

---

[52] Apple First Amended Complaint, ¶ 49.

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

excerpts from depositions or other testimony, and diagrams or animations describing the Accused Product, including perhaps a live or taped demonstration.

101.    My opinions are based upon the information that I have considered to date.  I reserve the right to supplement or amend my opinions as permitted in response to opinions expressed by Apples' experts, any new claims that Apple is permitted to add into this litigation, in light of any additional evidence, testimony, or other information that may be provided to me after the date of this report.  In addition, I expect that I may be asked to testify in rebuttal as to issues that may be raised by Apple's fact witnesses and technical experts.

102.    I hereby declare under the penalty of perjury under the laws of the United States of America that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true.

103.    Executed on March 3rd 2020 in Dallas, Texas.

_____

Dr. James Olivier