UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM, LLC'S MOTION TO FILE PORTIONS OF CORELLIUM'S MOTION FOR SUMMARY JUDGMENT, ACCOMPANYING STATEMENT OF MATERIAL FACTS, DAUBERT MOTIONS TO EXCLUDE OR LIMIT THE REPORTS AND TESTIMONY OF ROBERT CONNELLY AND DR. JAMES NIEH AS WELL AS EXHIBITS ATTACHED THERETO UNDER <u>SEAL</u>**

THIS CAUSE came before the Court upon the Defendant, CORELLIUM, LLC's ("Corellium"), Motion to File Under Seal Portions of Corellium's Motion for Summary Judgment, Statement of Material Facts, Daubert Motion to Exclude Robert Connelly, and Daubert Motion to Exclude Dr. James Nieh, as well as certain Exhibits and Deposition Transcripts attached thereto ("Motion to File Under Seal"). Being fully advised, it is:

    **ORDERED AND ADJUDGED** that the Motion to File Under Seal is hereby **GRANTED**.

    **DONE AND ORDERED** this ___ of May, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                      **WILLIAM MATTHEWMAN**
                                                      **UNITED STATES MAGISTRATE JUDGE**