EXHIBIT A

PLACEHOLDER

FILED UNDER SEAL