# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**REBUTTAL EXPERT REPORT OF DR. JASON NIEH**

**APRIL 13, 2020**

**CONTAINS CORELLIUM ATTORNEYS' EYES ONLY MATERIAL**

**CONTAINS APPLE ATTORNEYS' EYES ONLY MATERIAL**

**CONTAINS APPLE CONFIDENTIAL MATERIAL**

> If you download an iOS Software Update to your computer, you may make one copy of the iOS Software Updates stored on your computer in machine readable form *for backup purposes only*, provided that *the backup copy must include all copyright or other proprietary notices contained on the original*.[144]

58. 

In short, Dr. Olivier's suggestion that Apple makes its iOS code freely available to anyone to use in any manner, and without any restrictions, cannot be squared with the facts.

59.   Second, as explained in my opening report, Apple implements a number of technological protection measures designed to prevent unauthorized uses of iOS.[147] 

---

[144] *Id*. at ¶ 2(b) (emphasis added).

[145] *See, e.g.*, Correllium-008932

[146] Correllium-011119.000009 (emphasis added).

[147] Nieh Rpt. at ¶¶ 69–79.

███████████████ ████████████████████████████████
████████████████████████████████████████████████
█████████████████████████

60. In sum, Apple has implemented both licensing and technological protection measures for preventing unauthorized copying, modification, distribution, and display of iOS. The fact that Apple makes IPSW files publicly available for its customers to download and use in compliance with their licenses does not indicate that Corellium's use of iOS object code in its commercial endeavor is in any way authorized or sanctioned by Apple.

61. Dr. Olivier suggests that some portions of the iOS object code may not have been developed by Apple and/or may be open source software.[150] But as explained in Section V.A above, whether components of the kernel may be open source does not change the fact that iOS as a whole—including proprietary additions that Apple made to the iOS kernel—reflects Apple's own creative expression, including the overall OS environment, the libraries on top of the kernel, and the default software installed with iOS. Notably, Dr. Olivier does not contend that iOS as a whole is not entitled to copyright protection. Nor does anything in his report undermine the conclusion that the creative features of iOS highlighted in my opening report—such as contextual improvements to Siri, intelligent sensing for live photos and video recording, new emoji characters, expressive messaging, photo memories, new Siri voices, Animojis, paying others using

---

[148] *Id.*; *see also* ████████████████████████████████

[149] *See, e.g.*, Krstić Tr. at 128:2–129:9 ████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

[150] Olivier Rpt. at ¶ 89.