# Exhibit D

CONFIDENTIAL – ATTORNEYS' EYES ONLY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

## SUPPLEMENTAL EXPERT REPORT OF DR. JASON NIEH

## MAY 1, 2020

CONTAINS CORELLIUM ATTORNEYS' EYES ONLY MATERIAL

CONTAINS CORELLIUM CONFIDENTIAL MATERIAL

CONTAINS CORELLIUM SOURCE CODE MATERIAL

CONTAINS APPLE ATTORNEYS' EYES ONLY MATERIAL

1

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**I.     INTRODUCTION**

1. I submitted an Opening Expert Report on March 3, 2020 ("Nieh Rpt.") which I incorporate by reference herein. I provided information about my education, qualifications, publications, compensation, and scope of retention in my Opening Report. I also submitted a Rebuttal Expert Report, a corrected version of which was served April 20, 2020 ("Nieh Rebuttal Rpt."), which I incorporate by reference herein.[1]

2. I may prepare and use demonstrative exhibits at trial to illustrate my opinions and the information contained in this report. All emphasis in quotations in this report has been added unless indicated otherwise.

**II.    INFORMATION RELIED UPON**

3. The opinions stated in this report are based on information currently available to me. In preparing this supplemental report, I considered the materials listed in Appendix A and all materials referenced in this report. I considered the information in my Opening Report served on March 3, 2020 and the materials listed in Appendix B thereto. I also considered the information in my corrected Rebuttal Report served on April 20, 2020 and the materials listed in Appendix A thereto. I also considered information provided during discussions that I had with certain Apple employees, namely, Jon Andrews, Pierre-Olivier Martel, Lee Peterson, and Eric Brown. Appendix B to this report contains a summary of certain information I learned from conversations with Lee Peterson. This report is also based on my knowledge and experience with operating systems, virtualization, mobile computing, cloud computing, and computer architecture.

---

[1] Unless otherwise specified, all references to "Nieh Rebuttal Rpt." refer to the corrected version served on April 20, 2020.

to what Corellium represented was an "old" version of the cloud version of the CAP, prior to changes made around February 2020.[9] I inspected both products during my March 12, 2020 visit.

- On March 19, 2020, Corellium deposed Ivan Krstić, Head of Security Engineering and Architecture at Apple. I reviewed a transcript of the deposition.

- On March 20, 2020, the Court issued an "Omnibus Order Providing Discovery Rulings After March 16, 2020 Discovery Hearing," which ordered Corellium to produce all source code for the CAP, an on-premises version of the CAP, and all technical documents that would enable me to "fully evaluate whether and, if so, how, the CAP copies, modifies, or displays Apple's copyrighted works and/or circumvents all of Apple-implemented technical measures," to include all aspects of the CAP, including the hypervisor.[10]

- Between March 20, 2020 and April 20, 2020, Corellium produced certain technical documentation regarding the design and operation of the Corellium Apple Product. The documents I have considered are listed in Appendix A to this report.

- On April 3, 2020, I received credentials to remotely inspect the on-premises version of the CAP. Corellium represented that these credentials enable full administrator access and privileges to the on-premises version of CAP, just as one of Corellium's customers would have.[11]

---

[9] *Id.*

[10] ECF. No. 249.

[11] ECF No. 290 at 4; ECF No. 285-2 (Wade Decl.) ¶ 6.a.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

- On April 6, 2020, Corellium made available ███████████████████████████ ███████████████████████████████████████████████████████ ███████████████████████████████████████████. At various times between April 6, 2020 and the date of this report, I remotely reviewed this source code.

- On April 7, 2020, Corellium deposed Jonathan Andrews, Vice President of Core OS, Software Engineering at Apple. I reviewed a transcript of the deposition.

- On April 9, 2020, Apple deposed David Wang, co-founder and Chief of Platform[13] of Corellium.[14] I attended part of the deposition and reviewed a transcript of the deposition.[15]

- On April 10, 2020, Apple deposed Stanislaw Skowronek, co-founder and Chief Architect[16] of Corellium, and a 30(b)(6) witness for Corellium designated to speak on various technical aspects of Corellium's product.[17] I attended part of the deposition and reviewed a transcript of the deposition.[18]

---

[12] ECF No. 290 at 7.

[13] *See* Correllium-009105 at 3 (Sales Strategy Q1 2019).

[14] *See* Wang Tr. at 38:19–39:20.

[15] *Id.* at 2:15.

[16] *See* Correllium-009105 at 3 (Sales Strategy Q1 2019).

[17] *See* Topic Nos. 1–12 listed in Corellium's Responses and Objection to Apple Inc.'s Notice of Rule 30(b)(6) Deposition of Defendant Corellium, Inc.; Skowronek Tr. at 46:19–21.

[18] *Id.* at 6:15.

7

tied to that version of iOS, and they do not contain any open source code.[129]

39.     In my opening report, I explained that each registered version of iOS at issue in this case "introduced numerous new features that required the authors who wrote the code to apply high levels of creativity."[130] Additional evidence produced since my opening report supports this statement.[131] As I detailed in my rebuttal report, Dr. Olivier's identification of certain aspects of the iOS kernel or certain libraries in the root file system that may contain some open-source code is immaterial in view of the undisputed originality and innovation reflected in each registered version of iOS, including the features I identified in my opening and rebuttal reports.[132] Dr. Olivier has never disputed that the features I described in my opening report were original, creative, and protected. Therefore, Dr. Olivier has certainly not identified any unprotected aspect of any creative feature or image I have identified for any version of iOS asserted in this case.

40.     In his rebuttal report, Dr. Olivier applied "commands on an IPSW file for iOS 11 for the iPhone 7" that he claimed "shows functions that are part of the open source code in 'libiconv'" and purportedly "conclusively shows that the IPSW files contain open source

---

[129] *See id.* at 30:4–31:12; 33:20–34:3; 115:11–19 (confirming that each of the source code deposits for iOS 9.0 through iOS 12.2 consists of code created by Apple).

[130] Nieh Rpt. at ¶¶ 90, 97, 102, 107, 114, 119, 124, 129, 135, 140, 147, 152.

[131] Peterson Tr. at 28:5–10 ("[T]he [50-page copyright] deposits that my team creates . . . is intended to be a subset, right, not **the very large list of all the changes that went into every build or every release** that we did."); *see* Nieh Rebuttal Rpt. ¶¶ 18–31.

[132] *See* Nieh Rpt. at Section VIII; Nieh Rebuttal Rpt. at ¶¶ 11–31; Olivier Rpt. at ¶¶ 32–37; Olivier Rebuttal Rpt. at ¶¶ 54–56.

result of his commands shows any open source code at all, much less open source code specifically from libiconv version 51.50.1.

41. Even if Dr. Olivier's exercise does show some open source aspects contained in the IPSW for iOS 11.0, he has not shown (and cannot show) that such aspects are relevant in any way to the issues in this case, i.e., in showing that iOS as a whole is not protected, or that any of the creative features and code I have identified for each version of iOS are not in fact original or creative, or in showing that Corellium copies, modifies, or displays *only* the open source or unprotected parts of iOS.[139]

## VI. THE CORELLIUM APPLE PRODUCT (CAP)

42. Since I submitted my Opening Report, I have received access to what I understand is a representative version of the on-premises version of the CAP ("On-Prem Product") and have been given technical documentation and source code relevant to its operations.[140] Based on my review of the On-Prem Product and cloud version of the CAP ("Cloud Product"), and upon reviewing a relevant factual stipulation by the parties, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ In particular, the parties have stipulated[142] to the following:

- 

---

[139] *See* Nieh Rebuttal Rpt. at ¶¶ 11–31.

[140] *See* Section II, *supra*.

[141] ECF No. 354-1 (Stipulation Regarding Resolution of Apple's RFPs Relating to Corellium's Disk Images) at 1–2; *see, e.g.*, Wang Tr. at 104:10–15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[142] ECF No. 354-1.

33

CONFIDENTIAL – ATTORNEYS' EYES ONLY



---

[285] *See, e.g.,* ███████████████████████████████████
████████████████████████

[286] *See* ████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████; *see also* Skowronek Tr. at 244:1–245:7.

[287] ████████████████████

[288] ████████████████████████████████████

[289] ██████████████████████████████████████████

[290] ████████████████████

[291] ██████████████████████

[292] *See, e.g.,* ████████████████████████████████████
████████████████████████████

11.3, and 11.4.  The following screenshot shows the same wallpaper displayed in Corellium's user interface on an iOS 10.3 virtual machine:



144.    Similarly, I understand from my discussions with Lee Peterson that the contextual improvements to Siri feature identified in my opening report and represented by the new source code reviewed in my rebuttal report is compiled into the "assistantd" daemon, which is an executable file located in the "/System/Library/ PrivateFrameworks/ AssistantServices.framework/" folder in the root file system.[534]  Because each version of iOS builds on the last,[535] most, if not all, of the code added for this feature in iOS 9.0 likely persists in later versions of iOS.  For example, I was able to verify that a compiled version of the assitantd daemon executable still exists in the same folder in a CAP virtual machine running iOS 11.0:

---

[534] *See* Appendix B.

[535] *See* Nieh Rpt. at ¶¶ 67, 87.



158. Similarly, I understand from my discussions with Lee Peterson that the Photo Memories identified in my opening report and represented by the new source code reviewed in my rebuttal report is compiled into the "photoanalysisd" daemon, which is an executable file located in the "/System/Library/PrivateFrameworks/PhotoAnalysis.framework/Support/" folder in the root file system.[553] Because each version of iOS builds on the last,[554] most, if not all, of the code added for this feature in iOS 10.0 likely persists in later versions of iOS. I was able to verify that a compiled version of the photoanalysisd daemon executable still exists in the same folder in a CAP virtual machine running iOS 10.3:

---

[553] *See* Appendix B.

[554] *See* Nieh Rpt. ¶¶ 67, 87.

CONFIDENTIAL – ATTORNEYS' EYES ONLY



172. I understand from my discussions with Lee Peterson that the improved Siri voice feature identified in my opening report and represented by the new source code reviewed in my rebuttal report is compiled into the "assistantd" daemon, which is an executable file located in the "/System/Library/PrivateFrameworks/AssistantServices.framework/assistantd" folder in the root file system for iOS 11.0.[568] I was able to verify that a copy of the assistant daemon executable exists in the same folder in CAP virtual machine running iOS 11.0:



---

[568] *See* Appendix B.

153

CONFIDENTIAL – ATTORNEYS' EYES ONLY



191. I understand from my discussions with Lee Peterson that the Apple Pay feature identified in my opening report and represented by the new source code reviewed in my rebuttal report is compiled into the "passd" daemon, which is an executable file located in the "/System/Library/PrivateFrameworks/PassKitCore.framework/" folder in the root file system for iOS 11.2, and the MobileSMS app, which is an application located in the "Applications/MobileSMS.app/" folder in the root file system for iOS 11.2.[596] I was able to verify that a copy of these files exist in the same folders in CAP virtual machine running iOS 11.2:

---

[596] *See* Appendix B; Nieh Rebuttal Rpt. at ¶ 24.

169

CONFIDENTIAL – ATTORNEYS' EYES ONLY



Moreover, because each version of iOS builds on the last,[610] most, if not all, of the code added for this feature in iOS 11.2.5 likely persists in later-released versions of iOS supported by CAP.

201. Dr. Olivier suggests that the new and creative feature identified in my opening report ("Siri can read the news") is somehow not part of iOS 11.2.5 devices on CAP because CAP "cannot make use of Siri."[611] However, the fact that CAP does not currently support audio recording peripherals does not show that CAP does not copy, modify, distribute or display the copyrightable aspects of iOS 11.2.5—or even just the news-reading feature added in this version of iOS—in the ways detailed above. As just one example, CAP necessarily copies this feature when it initially copies *all* iOS components contained in the IPSW file to the "misc" partition. CAP does not pick and choose the parts of the IPSW to copy to disk based on the peripherals it

---

[610] *See* Nieh Rpt. at ¶¶ 67, 87.

[611] Olivier Rebuttal Rpt. at ¶ 133.

CONFIDENTIAL – ATTORNEYS' EYES ONLY



210. I understand from my discussions with Lee Peterson that the context-based privacy notifications feature identified in my opening report and represented by the new source code reviewed in my rebuttal report is compiled into the "askpermissiond" daemon, which is an executable file located in the "/System/Library/PrivateFrameworks/AskPermission.framework/" folder in the root file system for iOS 11.3.[623] I was able to verify that a copy of this file exists in the same folder in a CAP virtual machine running iOS 11.3:

---

[623] *See* Appendix B; Nieh Rebuttal Rpt. at ¶ 26.



220. I understand from my discussions with Lee Peterson that the iCloud storage feature identified in my opening report and represented by the new source code reviewed in my rebuttal report is compiled into the "assistantd" daemon, which is an executable file located in the "/System/Library/PrivateFrameworks/AssistantServices.framework/" folder in the root file system for iOS 11.4.[638] I was able to verify that a copy of this file exists in the same folder in a CAP virtual machine running iOS 11.4:

---

[638] *See* Appendix B; Nieh Rebuttal Rpt. at ¶ 27.

browser, I could download "License-en.html," which was a web page with a "Last Modified" date of August 29, 2018[652] containing the SLA.



234. I understand from my discussions with Lee Peterson that the Memoji feature identified in my opening report and represented by the new source code reviewed in my rebuttal report is compiled into the "memoji" library, which is located at "/System/Library/ PrivateFrameworks/ AvatarKit.framework/memoji/" in the root file system for iOS 12.0.[653] I was able to verify that a copy of this library exists in the same folder in a CAP virtual machine running iOS 12.0:

---

[652] iOS 12.0 was first released to the public on September 17, 2018. APL-CORELLIUM_00005022.

[653] *See* Appendix B; Nieh Rebuttal Rpt. at ¶ 28.

Using the file browser, I could download "License-en.html," which was a web page with a "Last Modified" date of November 13, 2018[667] containing the SLA.



244. I understand from my discussions with Lee Peterson that the LivePhoto capture feature identified in my opening report and represented by the new source code reviewed in my rebuttal report is compiled into the "CoreMedia" library, located at "/System/Library/Frameworks/CoreMedia.framework/" in the root file system for iOS 12.1.1.[668] I was able to verify that a copy of this library exists in the same location in a CAP virtual machine running iOS 12.1.1:

---

[667] iOS 12.1.1 was first released to the public on December 5, 2018. APL-CORELLIUM_00005079.

[668] *See* Appendix B; Nieh Rebuttal Rpt. at ¶ 29.