# Exhibit E

| | |
|---|---|
| **Subject:** | RE: Apple v. Corellium - Depositions of David, Chris and Stan |
| **Date:** | Friday, April 3, 2020 at 2:17:44 PM Eastern Daylight Time |
| **From:** | Elana.NightingaleDawson@lw.com |
| **To:** | Jonathan Vine, Gabe.Gross@lw.com, Jessica.StebbinsBina@lw.com |
| **CC:** | Justin B. Levine, Michael Boehringer, Lizza C. Constantine, ggaukroger@bergersingerman.com, dhecht@piercebainbridge.com, mprice@piercebainbridge.com, mmcgowin@piercebainbridge.com, mwang@piercebainbridge.com, wwu@piercebainbridge.com, mgoldberg@lashgoldberg.com, epincow@lashgoldberg.com, Andrew.Gass@lw.com, Sy.Damle@lw.com, Carolyn.Homer@lw.com, applecorelliumcaseteam.lwteam@lw.com, Patty Martel |
| **Attachments:** | image001.jpg, image002.png, image005.jpg, image006.jpg |

**[CAUTION: EXTERNAL EMAIL]**

That is correct; we are not proposing any changes related to when expert depositions can occur. Our proposal pertains only to when supplemental reports are due. Do we have Corellium's agreement to the supplemental report approach we proposed?

Thank you.
Elana


**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Tel: 202-637-2303 | Fax: 202-637-2201


**From:** Jonathan Vine <Jonathan.Vine@csklegal.com>
**Sent:** Friday, April 3, 2020 2:16 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>
**Cc:** Justin B. Levine <Justin.Levine@csklegal.com>; Michael Boehringer <Michael.Boehringer@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; ggaukroger@bergersingerman.com; dhecht@piercebainbridge.com; mprice@piercebainbridge.com; mmcgowin@piercebainbridge.com; mwang@piercebainbridge.com; wwu@piercebainbridge.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Damle, Sy (DC) <Sy.Damle@lw.com>; Homer, Carolyn (DC) <Carolyn.Homer@lw.com>; #C-M APPLE - CORELLIUM - CASE TEAM - LW TEAM <applecorelliumcaseteam.lwteam@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple v. Corellium - Depositions of David, Chris and Stan

Ok. I just want to clarify that expert depositions can occur after 4/20 through 4/27.



**Jonathan Vine**
*Partner*
Tel: 561-383-9203 | Fax: 561-683-8977
Jonathan.Vine@csklegal.com

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

www.csklegal.com

---

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Friday, April 3, 2020 2:14 PM
**To:** Jonathan Vine <Jonathan.Vine@csklegal.com>; Gabe.Gross@lw.com; Jessica.StebbinsBina@lw.com
**Cc:** Justin B. Levine <Justin.Levine@csklegal.com>; Michael Boehringer <Michael.Boehringer@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; ggaukroger@bergersingerman.com; dhecht@piercebainbridge.com; mprice@piercebainbridge.com; mmcgowin@piercebainbridge.com; mwang@piercebainbridge.com; wwu@piercebainbridge.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Andrew.Gass@lw.com; Sy.Damle@lw.com; Carolyn.Homer@lw.com; applecorelliumcaseteam.lwteam@lw.com; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple v. Corellium - Depositions of David, Chris and Stan

[CAUTION: EXTERNAL EMAIL]

Jonathan,

Thanks for your response. I'm not sure I understand your sentence regarding expert discovery through 4/20, and so wanted to clarify what we proposed. We proposed the following:

First, supplemental reports from all experts addressing material produced between 3/3 and 4/13 and fact-witness depositions that occur through 4/17 would be due by Monday, April 20.

Second, supplemental reports and supplemental rebuttal reports for all material produced after 4/13 would be due by Monday 4/27.

Finally, we would meet and confer over the need for any further supplemental reports.

These proposals do not contemplate a change to the end of expert discovery, which the Court set for April 27.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Tel: 202-637-2303 | Fax: 202-637-2201

**From:** Jonathan Vine <Jonathan.Vine@csklegal.com>
**Sent:** Friday, April 3, 2020 2:09 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>
**Cc:** Justin B. Levine <Justin.Levine@csklegal.com>; Michael Boehringer <Michael.Boehringer@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; 'ggaukroger@bergersingerman.com' <ggaukroger@bergersingerman.com>; 'dhecht@piercebainbridge.com' <dhecht@piercebainbridge.com>; 'mprice@piercebainbridge.com' <mprice@piercebainbridge.com>; 'mmcgowin@piercebainbridge.com' <mmcgowin@piercebainbridge.com>; 'mwang@piercebainbridge.com' <mwang@piercebainbridge.com>; 'wwu@piercebainbridge.com' <wwu@piercebainbridge.com>; 'mgoldberg@lashgoldberg.com' <mgoldberg@lashgoldberg.com>; 'epincow@lashgoldberg.com' <epincow@lashgoldberg.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Damle, Sy (DC) <Sy.Damle@lw.com>; Homer, Carolyn (DC) <Carolyn.Homer@lw.com>; #C-M APPLE - CORELLIUM - CASE TEAM - LW TEAM <applecorelliumcaseteam.lwteam@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple v. Corellium - Depositions of David, Chris and Stan

Elana –

You proposed the following:

- Supplemental reports due 4/20 for all material produced between 3/3 and 4/13 and depositions that occur through 4/17.
- Supplemental reports and supplemental rebuttal reports for materials produced after 4/13 due 4/27.
- Parties to meet and confer over need for any further supplemental reports.

I think we should expert discovery through 4/20 with the understanding that we may need to do expert depositions over the weekend. Please advise if this is acceptable.

Next, as there are a number of upcoming depositions coming up and various start times exchanged, please confirm the depositions scheduled for next week and their start times. Thank you.



*The Florida Law Firm*

www.csklegal.com

**Jonathan Vine**
*Partner*
Tel: 561-383-9203 | Fax: 561-683-8977
Jonathan.Vine@csklegal.com

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

**From:** Jonathan Vine
**Sent:** Friday, April 3, 2020 1:09 PM
**To:** 'Elana.NightingaleDawson@lw.com' <Elana.NightingaleDawson@lw.com>; Gabe.Gross@lw.com; Jessica.StebbinsBina@lw.com
**Cc:** Justin B. Levine <Justin.Levine@csklegal.com>; Michael Boehringer <Michael.Boehringer@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; ggaukroger@bergersingerman.com; dhecht@piercebainbridge.com; mprice@piercebainbridge.com; mmcgowin@piercebainbridge.com; mwang@piercebainbridge.com; wwu@piercebainbridge.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Andrew.Gass@lw.com; Sy.Damle@lw.com; Carolyn.Homer@lw.com; applecorelliumcaseteam.lwteam@lw.com; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple v. Corellium - Depositions of David, Chris and Stan

Elana –

I am waiting on confirmation from our client that the expert deadline is acceptable. I believe it will not be an issue but cannot commit at this point. I will have answer later today or tomorrow.

As for your request for locations, please note the following:

David:
david@corellium.com
2933 SE 20th Ave
Portland, OR 97202

Stan:
stan@corellium.com
450 E 83rd St, 5H
New York, NY 10028

Chris:
chris@corellium.com
16 E Ocean Ave
Ocean Ridge FL 33435

---

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Thursday, April 2, 2020 2:05 PM
**To:** Jonathan Vine <Jonathan.Vine@csklegal.com>; Gabe.Gross@lw.com; Jessica.StebbinsBina@lw.com
**Cc:** Justin B. Levine <Justin.Levine@csklegal.com>; Michael Boehringer <Michael.Boehringer@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; ggaukroger@bergersingerman.com; dhecht@piercebainbridge.com; mprice@piercebainbridge.com; mmcgowin@piercebainbridge.com; mwang@piercebainbridge.com; wwu@piercebainbridge.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Andrew.Gass@lw.com; Sy.Damle@lw.com; Carolyn.Homer@lw.com; applecorelliumcaseteam.lwteam@lw.com; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple v. Corellium - Depositions of David, Chris and Stan

**[CAUTION: EXTERNAL EMAIL]**

Jonathan,

Please confirm that Corellium agrees to the expert schedule outlined in my email below.  Please also provide the location where Mr. Wang will be located for the deposition which, as noted in my email below, we can agree to begin at 8am PT / 11am ET.

Thank you.
Elana


**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Tel: 202-637-2303 | Fax: 202-637-2201

**From:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Sent:** Wednesday, April 1, 2020 3:38 PM
**To:** Jonathan Vine <Jonathan.Vine@csklegal.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>
**Cc:** Justin B. Levine <Justin.Levine@csklegal.com>; Michael Boehringer <Michael.Boehringer@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; ggaukroger@bergersingerman.com; dhecht@piercebainbridge.com; mprice@piercebainbridge.com; mmcgowin@piercebainbridge.com; mwang@piercebainbridge.com; wwu@piercebainbridge.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Damle, Sy (DC) <Sy.Damle@lw.com>; Homer, Carolyn (DC) <Carolyn.Homer@lw.com>; #C-M APPLE - CORELLIUM - CASE TEAM - LW TEAM <applecorelliumcaseteam.lwteam@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple v. Corellium - Depositions of David, Chris and Stan

Jonathan,

Given the scheduling constraints on our team, we can start David's deposition at 8am PT / 11am ET.  Please confirm that this will work.  Also, can you please let us know what state David is in so we can find an appropriate court reporter?

Thank you.
Elana


**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Tel: 202-637-2303 | Fax: 202-637-2201

**From:** Jonathan Vine <Jonathan.Vine@csklegal.com>

**Sent:** Wednesday, April 1, 2020 2:21 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>
**Cc:** Justin B. Levine <Justin.Levine@csklegal.com>; Michael Boehringer <Michael.Boehringer@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; ggaukroger@bergersingerman.com; dhecht@piercebainbridge.com; mprice@piercebainbridge.com; mmcgowin@piercebainbridge.com; mwang@piercebainbridge.com; wwu@piercebainbridge.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Damle, Sy (DC) <Sy.Damle@lw.com>; Homer, Carolyn (DC) <Carolyn.Homer@lw.com>; #C-M APPLE - CORELLIUM - CASE TEAM - LW TEAM <applecorelliumcaseteam.lwteam@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple v. Corellium - Depositions of David, Chris and Stan

Elana – quick correction of what I said below. We need to start David at 12 pm EST (9:00 am EST) as he is on the West Coast. Justin will handle in lieu of me.



**Jonathan Vine**
*Partner*
Tel: 561-383-9203 | Fax: 561-683-8977
**Jonathan.Vine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Wednesday, April 1, 2020 12:00 PM
**To:** Jonathan Vine <Jonathan.Vine@csklegal.com>; Gabe.Gross@lw.com; Jessica.StebbinsBina@lw.com
**Cc:** Justin B. Levine <Justin.Levine@csklegal.com>; Michael Boehringer <Michael.Boehringer@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; ggaukroger@bergersingerman.com; dhecht@piercebainbridge.com; mprice@piercebainbridge.com; mmcgowin@piercebainbridge.com; mwang@piercebainbridge.com; wwu@piercebainbridge.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Andrew.Gass@lw.com; Sy.Damle@lw.com; Carolyn.Homer@lw.com; applecorelliumcaseteam.lwteam@lw.com; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple v. Corellium - Depositions of David, Chris and Stan

[CAUTION: EXTERNAL EMAIL]

Jonathan,

Thank you for your email.  Given the need to end Mr. Wang's deposition at 6pm ET, we will need to begin at 9am ET to ensure we have enough time.

For Mr. Skowronek and Mr. Wade, we will have an attorney on the west coast taking the depositions and, as such, will need to begin at 11am ET.

We look forward to your response on the other items raised in my email, which could affect the deposition scheduling.

Thank you.
Elana


**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Tel: 202-637-2303 | Fax: 202-637-2201

**From:** Jonathan Vine <Jonathan.Vine@csklegal.com>
**Sent:** Wednesday, April 1, 2020 8:58 AM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>
**Cc:** Justin B. Levine <Justin.Levine@csklegal.com>; Michael Boehringer <Michael.Boehringer@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; ggaukroger@bergersingerman.com; dhecht@piercebainbridge.com; mprice@piercebainbridge.com; mmcgowin@piercebainbridge.com; mwang@piercebainbridge.com; wwu@piercebainbridge.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Damle, Sy (DC) <Sy.Damle@lw.com>; Homer, Carolyn (DC) <Carolyn.Homer@lw.com>; #C-M APPLE - CORELLIUM - CASE TEAM - LW TEAM <applecorelliumcaseteam.lwteam@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple v. Corellium - Depositions of David, Chris and Stan

Elana –

I can confirm that the depositions as follows:

- David Wang – Wednesday 4/8/20 – 10:00 am – As I am defending this deposition and Wednesday is the first evening of Passover, we must to be completed by 6:00 pm.
- Stanislaw Skowronek – Friday 4/10/20 - 9:00 am
- Chris Wade – Monday 4/13/20 -9:00 am

As it relates to the expert schedule you propose, I will confirm later today.

Regards,

Jonathan Vine



**Jonathan Vine**
*Partner*
Tel: 561-383-9203 | Fax: 561-683-8977
Jonathan.Vine@csklegal.com

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

www.csklegal.com

---

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Tuesday, March 31, 2020 4:43 PM
**To:** Jonathan Vine <Jonathan.Vine@csklegal.com>; Gabe.Gross@lw.com; Jessica.StebbinsBina@lw.com
**Cc:** Justin B. Levine <Justin.Levine@csklegal.com>; Michael Boehringer <Michael.Boehringer@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; ggaukroger@bergersingerman.com; dhecht@piercebainbridge.com; mprice@piercebainbridge.com; mmcgowin@piercebainbridge.com; mwang@piercebainbridge.com; wwu@piercebainbridge.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Andrew.Gass@lw.com; Sy.Damle@lw.com; Carolyn.Homer@lw.com; applecorelliumcaseteam.lwteam@lw.com; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple v. Corellium - Depositions of David, Chris and Stan

[CAUTION: EXTERNAL EMAIL]

---

Jonathan,

Thank you for your email. In light of the relationship between Corellium's forthcoming productions, deposition scheduling, and expert reports, we are proposing dates based on the following.

First, other than with respect to the access to Corellium's on-premises product and the production of source code, we expect Corellium will be complying with its production obligations in light of the March 20 Omnibus Order today.

Second, the parties agree to the following schedule for supplemental expert reports (this is needed to ensure we're scheduling the depositions with sufficient time to address follow-on expert discovery):
- Supplemental reports due 4/20 for all material produced between 3/3 and 4/13 and depositions that occur through 4/17.
- Supplemental reports and supplemental rebuttal reports for materials produced after 4/13 due 4/27.
- Parties to meet and confer over need for any further supplemental reports.

With that understanding and agreement, we propose the following dates for the outstanding depositions of Corellium fact witnesses:

- David Wang – Wednesday 4/8/20
- Stanislaw Skowronek – Friday 4/10/20
- Chris Wade – Monday 4/13/20

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Tel: 202-637-2303 | Fax: 202-637-2201

---

**From:** Jonathan Vine <Jonathan.Vine@csklegal.com>
**Sent:** Tuesday, March 31, 2020 2:00 PM
**To:** Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Cc:** Justin B. Levine <Justin.Levine@csklegal.com>; Michael Boehringer <Michael.Boehringer@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; ggaukroger@bergersingerman.com; dhecht@piercebainbridge.com; mprice@piercebainbridge.com; mmcgowin@piercebainbridge.com; mwang@piercebainbridge.com; wwu@piercebainbridge.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Damle, Sy (DC) <Sy.Damle@lw.com>; Homer, Carolyn (DC) <Carolyn.Homer@lw.com>; #C-M APPLE - CORELLIUM - CASE TEAM - LW TEAM <applecorelliumcaseteam.lwteam@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple v. Corellium - Depositions of David, Chris and Stan

Gabe/Elana/Jessica – I am following up on my prior emails. Can you please advise of new dates in which you would like to schedule the depositions of these witnesses?



**Jonathan Vine**
*Partner*
Tel: 561-383-9203 | Fax: 561-683-8977
Jonathan.Vine@csklegal.com

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

**Confidentiality Notice:** This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at [www.lw.com](www.lw.com).