# Exhibit F

**Subject:** RE: Siegel supplemental report
**Date:** Saturday, May 9, 2020 at 2:31:30 PM Eastern Daylight Time
**From:** Elana.NightingaleDawson@lw.com
**To:** Conor McDonough
**CC:** Justin.Levine@csklegal.com, David Hecht, Jessica.StebbinsBina@lw.com, Carolyn.Homer@lw.com

Conor,

Thank you for your email.  We would like to make sure we understand the basis for your motion to strike Dr. Siegel's second supplemental report as untimely.   The agreement we reached with regard to Dr. Siegel's reports was that his supplemental and supplemental rebuttal report that was due on Tuesday, April 28 would cover "all material produced after 4/13."  The agreed-upon scope of that final report was memorialized prior to your appearance in this case.  It was agreed to by Mr. Vine on April 3, in an email exchange that Mr. Hecht, Mr. Price, and Mr. Wang were CC'd on.  Consistent with that agreement, Dr. Siegel's April 28 report relies upon deposition testimony that occurred after April 13.

In light of the foregoing, we do not see a good-faith basis to move to exclude Dr. Siegel's final supplemental report on the grounds set forth in your email.  If you could clarify the basis for such a motion, we would appreciate it.

Thank you.
Elana



**Elana Nightingale Dawson | LATHAM & WATKINS LLP**
Tel: 202-637-2303 | Fax: 202-637-2201

**From:** Conor McDonough <cmcdonough@hechtpartners.com>
**Sent:** Friday, May 8, 2020 5:59 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Cc:** Justin.Levine@csklegal.com; David Hecht <dhecht@hechtpartners.com>
**Subject:** Siegel supplemental report

For purposes of the meet and confer, we also note that Corellium intends to move to strike the second supplemental report of Dr. Siegel in its entirety as untimely, as it relies solely on information that was available to Dr. Siegel as of at least his rebuttal report, if not as of his opening report.  We understand that Apple opposes.

Best,

Conor

**Conor Brew McDonough, Ph.D.**
Hecht Partners LLP

125 Park Ave, 25th Floor
New York, NY 10017
P: (215) 888-6226

This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.