# Exhibit G

| Reference/Bates Number | Date Produced |
|---|---|
| Correllium-004708.000001 – Correllium-004708.000004 | 2/11/20 |
| Correllium-004711.000001 – Correllium-004711.000007 | 2/11/20 |
| Correllium-004949.000001 – Correllium-004949.000013 | 2/11/20 |
| Correllium-006240.000001- Correllium-006240.000008 | 2/11/20 |
| Correllium-006471.000001- Correllium-006471.000002 | 2/11/20 |
| Correllium-007487.000001- Correllium-007487.000005 | 2/11/20 |
| Correllium-007488.000001- Correllium-007488.000006 | 2/11/20 |
| Correllium-007644.000001- Correllium-007644.000002 | 2/11/20 |
| Correllium-008031.000001- Correllium-008031.000002 | 2/11/20 |
| Correllium-008293.000001- Correllium-008293.000002 | 2/11/20 |
| Correllium-008722.000001- Correllium-008722.000002 | 2/11/20 |
| Correllium-008754.000001- Correllium-008754.000017 | 2/11/20 |
| Correllium-008882.000001- Correllium-008882.000012 | 2/11/20 |
| Correllium-008963.000001- Correllium-008963.000004 | 2/11/20 |
| Correllium-009105.000001- Correllium-009105.000008 | 2/11/20 |

| | |
|---|---|
| Correllium-009106.000001- Correllium-009106.000004 | 2/11/20 |
| Correllium-010172.000001- Correllium-010172.000002 | 2/11/20 |
| Corellium-010830 | 2/11/20 |
| Correllium-012524.000001- Correllium-012524.000002 | 2/11/20 |
| Correllium-013273.000001- Correllium-013273.000004 | 2/11/20 |
| Correllium-013465.000001- Correllium-013465.000023 | 2/11/20 |
| Correllium-013555.000001- Correllium-013555.000002 | 2/11/20 |
| Correllium-013894.000001- Correllium-013894.000003 | 2/11/20 |
| Correllium-013931 | 2/11/20 |
| Correllium-013932 | 2/11/20 |
| Correllium-013933 | 2/11/20 |
| Correllium-013934 | 2/11/20 |
| Correllium-014386- Correllium-014390 | 2/24/20 |
| Correllium-014463- Correllium-014469 | 2/24/20 |
| Correllium-014520 | 2/24/20 |
| Correllium-017164 | 2/24/20 |
| Correllium-017716 | 2/24/20 |

| | |
|---|---|
| Correllium-021794 – Correllium-021807 | 2/24/20 |
| Correllium-022027 | 2/24/20 |
| Correllium-022712 | 2/24/20 |
| Correllium-022714 - Correllium-022715 | 2/24/20 |
| Correllium-024593 – Correllium-024598 | 2/28/20 |
| Correllium-025098 | 2/28/20 |
| Correllium-025217 – Correllium-025232 | 2/28/20 |
| Correllium-025300 – Correllium-025310 | 2/28/20 |
| Correllium-025311 – Correllium-025314 | 2/28/20 |
| Correllium-025414 | 2/28/20 |
| Correllium-025415 | 2/28/20 |
| Correllium-026842 | 3/31/20 |
| Correllium-026851 | 3/31/20 |
| Correllium-027388 | 3/31/20 |
| Correllium-028769 | 4/8/20 |
| Correllium-030082 | 4/15/20 |