UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING DEFENDANT CORELLIUM, LLC'S *DAUBERT* MOTION TO PRECLUDE CERTAIN TESTIMONY BY DR. JASON NIEH AND INCORPORATED MEMORANDUM OF LAW**

THIS CAUSE came before the Court upon Defendant CORELLIUM, LLC'S ("Corellium" or "Defendant") *Daubert* Motion to Preclude Certain Testimony by Dr. Jason Nieh and Incorporated Memorandum of Law ("Motion"). The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.
2. Dr. Nieh is precluded from offering any testimony at trial.

**DONE AND ORDERED** this ___ day of May, 2020, at Fort Lauderdale, Broward County in the Southern District of Florida.

                                                    **RODNEY SMITH**
                                                    **UNITED STATES DISTRICT JUDGE**