**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING DEFENDANT CORELLIUM, LLC'S *DAUBERT* MOTION TO PRECLUDE CERTAIN TESTIMONY BY DAVID B. CONNELLY AND INCORPORATED MEMORANDUM OF LAW**

THIS CAUSE came before the Court upon Defendant CORELLIUM, LLC'S ("Corellium" or "Defendant") *Daubert* Motion to Preclude Certain Testimony by David B. Connelly and Incorporated Memorandum of Law ("Motion"). The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.
2. David B. Connelly is precluded from offering any testimony at trial.
3. The entirety of Mr. Connelly's Reports are stricken from further use in this litigation.

**DONE AND ORDERED** this ___ day of May, 2020, at Fort Lauderdale, Broward County in the Southern District of Florida.

 

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**