UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON 17 U.S.C. § 1201**

      Plaintiff Apple Inc. ("Apple") submits the following Statement of Material Facts in support of its Motion for Partial Summary Judgment on Apple's 17 U.S.C. § 1201 claims.

**TABLE OF CONTENTS**

    **Page**

| | | |
|---|---|---|
| I. | APPLE'S COPYRIGHTS AND LICENSES FOR iOS ........................................ 1 | |
| II. | APPLE'S TECHNICAL CONTROL MEASURES FOR iOS .............................. 2 | |
| III. | THE CORELLIUM APPLE PRODUCT'S UNAUTHORIZED PROVISION OF APPLE'S COPYRIGHTED WORKS TO CORELLIUM'S CUSTOMERS ............................................................................... 3 | |
| | A. Apple Did Not Authorize Corellium To Sell Virtual iOS Devices ............. 4 | |
| | B. Corellium Provides Customers Apple's Copyrighted iOS Operating System ............................................................................................. 4 | |
| | C. The Corellium Apple Product Works By Circumventing Apple's TCMs ............................................................................................................. 5 | |
| | D. Corellium Uses Apple-Created Copies of iOS To Power Its Virtual Devices ........................................................................................................... 7 | |
| | E. Marketing And Sale of the Corellium Apple Product ................................ 8 | |
| IV. | CORELLIUM'S KNOWLEDGE OF iOS LICENSING RESTRICTIONS ......... 10 | |

## I.  APPLE'S COPYRIGHTS AND LICENSES FOR iOS

1. Introduced in 2007 to critical acclaim, the iPhone was one of the world's first smartphones and remains one of the most popular consumer electronic devices in the world. Plaintiffs' Exhibit ("PEX") 1, Andrews Decl. ¶ 3.

2. An operating system is the software that manages a computer's most basic functions, including the user's interaction with the device. iOS is Apple's operating system for iPhone, iPad (until 2019), and iPod Touch mobile devices ("iOS Devices"). PEX 1, Andrews Decl. ¶ 4.

3. Apple has sold more than 2 billion iOS Devices. PEX 1, Andrews Decl. ¶ 5.

4. iOS encompasses the source code and object code representing the processes managing the execution of applications and utilization of device resources. It also includes the default software applications; underlying graphics, images and other files that help create the dynamic iOS displays; and the dynamic graphical user interface elements installed on Apple's mobile devices. The dynamic visual display that the software generates is referred to as the graphical user interface (or "GUI"). PEX 1, Andrews Decl. ¶ 6; PEX 2, Peterson Decl. ¶ 4.

5. iOS contains original, creative content developed by Apple. Apple continuously improves upon and releases new versions of iOS. PEX 1, Andrews Decl. ¶ 7; PEX 2, Peterson Decl. ¶ 5–6; PEX 3, Nieh Decl. ¶ 4.

6. Apple holds registered copyrights in the iOS source code, object code, and graphical user interface elements created by Apple and asserted in this case. Apple obtains new copyright registrations for the additional elements it adds to each successive version of iOS. PEX 5, ECF No. 53-1; PEX 6–27 (registrations); PEX 2, Peterson Decl. ¶¶ 2, 9.

7. Apple bundles all components of each version of iOS together into "iPod/iPhone Software" files known as "IPSW files." Each IPSW file contains a version of iOS (e.g., iOS 12.0) tailored to the hardware set of a particular Apple mobile device (e.g., iPhone X). PEX 1, Andrews Decl. ¶ 7; PEX 2, Peterson Decl. ¶ 8; PEX 3, Nieh Decl. ¶ 6.

8. Apple distributes IPSW files on iOS Devices and over the internet. When Apple releases new IPSW files, it makes those files publicly available. PEX 1, Andrews Decl. ¶ 8.

9. iOS is not packaged, licensed, or sold as independent software that can be installed on any device. iOS is designed to run only on authorized Apple hardware, *e.g.,* iPhones. This means that although anyone can download IPSW files from Apple, they cannot run, execute, or dynamically interact with those IPSW files as iOS unless and until the files are installed on an

approved Apple device. PEX 1, Andrews Decl. ¶ 9; *see also* PEX 48, Wang Tr. at 59:24–60:16.

## II.     APPLE'S TECHNICAL CONTROL MEASURES FOR iOS

10.   Apple designs its iOS Devices and iOS as an integrated hardware/software system. PEX 1, Andrews Decl. ¶ 11; PEX 3, Nieh Decl. ¶ 5

11.   Apple does not provide the functionality to "clone" or copy the complete contents of an iPhone. PEX 1, Andrews Decl. ¶ 10.

12.   iOS and Apple's iOS Devices are known in the industry for their strong security features. PEX 48, Wang Tr. at 36:16–38:5; PEX 38, Wade Security Text.

13.   iOS achieves its security objectives through its hardware/software design, including various technical control measures ("TCMs") which ensure that iOS runs only on Apple devices, and that Apple devices run only an authentic, unmodified version of iOS. As described below, these TCMs limit the ability of users to access, copy, distribute, modify, or display iOS once it has been installed. PEX 1, Andrews Decl. ¶ 12–22; PEX 3, Nieh Decl. ¶ 8.

14.   ***Authorization Server.***  Apple prevents installation of iOS on non-Apple devices. In order to install iOS, an iOS Device must first communicate with Apple's "authorization server" for approval. The device sends information to Apple about the physical iPhone and the version of iOS the user seeks to install. PEX 1, Andrews Decl. ¶ 14; PEX 3, Nieh Decl. ¶ 9.

15.   The authorization server checks this information, and if the information presented checks out, returns a cryptographic signature (known as an "AP Ticket") authorizing installation on the device. The signed AP Ticket is saved to the device and is required to be checked every time the device tries to run iOS. PEX 1, Andrews Decl. ¶ 14; PEX 3, Nieh Decl. ¶ 9.

16.   iOS will not install unless it has a valid signature from Apple's authorization server. PEX 1, Andrews Decl. ¶ 15; PEX 3, Nieh Decl. ¶ 9.

17.   ***Secure boot chain.***  When iOS is "booted up" on an iPhone, it goes through a series of steps known as the "secure boot chain" that confirm the device is authorized to run the exact version of the software that it is about to load. That is, one where the iPhone is a legitimate iPhone and the software is a legitimate copy of iOS that is currently offered. These series of steps are known as "signature checks." The boot chain is "secure" because each step must be verified before the next step can proceed. In the ordinary course of operation, the secure boot chain prevents iOS from loading unless each step is verified as Apple-authenticated code. PEX 1, Andrews Decl. ¶ 16; PEX 3, Nieh Decl. ¶¶ 10–11.

18. Apple's trusted boot chain is "an extremely well-meaning and well-designed feature that is intended to safeguard the privacy and security of Apple iPhone users[.]" PEX 49, Skowronek Tr. at 269:9–16.

19. ***Buddy program***. When iOS is freshly installed, a program called "Buddy" presents a copy of Apple's Software License Agreement ("SLA") on the device's screen. A user must accept the SLA before the user can continue to interact with any other part of iOS. If the user does not accept the SLA, the Buddy program prevents the user from further accessing iOS. PEX 1, Andrews Decl. ¶ 17; PEX 3, Nieh Decl. ¶ 12; *see also* PEX 51, Olivier Tr. at 174:20–175:22.

20. Apple's SLAs permit users to install one copy of an IPSW file per iOS Device they own, and also to create one backup copy "provided that the backup copy must include all copyright or other proprietary notices contained on the original." The SLAs prohibit distributing or making iOS "available over a network." PEX 1, Andrews Decl. ¶ 18; PEX 28–33, iOS SLAs ¶ 2(a)–(b).

21. ***Trust Cache***. The trust cache is a list of trusted applications that Apple has approved for execution on iOS. The trust cache prevents users from installing and operating unapproved applications on iOS. PEX 1, Andrews Decl. ¶ 19; PEX 3, Nieh Decl. ¶ 13; *see also* PEX 48, Wang Tr. at 186:24–187:4; PEX 49, Skowronek Tr. at 257:12–258:19. The trust cache prevents the installation of rogue software, and ensures that only-Apple-verified applications can be run on iOS. PEX 49, Skowronek Tr. at 261:4–262:5.

22. ***Pointer Authentication Codes***. Apple began implementing custom pointer authentication codes ("PAC") with the release of iOS 12.0 for the iPhone XR, XS, and XS Max in September 2018. A PAC is a cryptographic signature Apple inserts and stores in various places in iOS code to ensure that the code is executed as intended, without modification or distortion. When the device processor receives certain instructions, it generates the cryptographic measurement for the next instruction it has been asked to execute. If the measurement does not match the stored PAC, the processor will halt execution. PEX 1, Andrews Decl. ¶¶ 20–21; PEX 3, Nieh Decl. ¶ 14.

23. Apple employs PACs to protect against execution of iOS code in an unintended way. The repeated verification PACs require makes it much more difficult to craft working exploits of iOS. PEX 48, Wang Tr. at 242:17–243:3; PEX 54, Azimuth Tr. at 215:12–24; PEX 38.

**III. THE CORELLIUM APPLE PRODUCT'S UNAUTHORIZED PROVISION OF APPLE'S COPYRIGHTED WORKS TO CORELLIUM'S CUSTOMERS**

24. Corellium was founded in August 2017 by Amanda Gorton, Christopher Wade, David Wang, and Stan Skowronek. PEX 47, Gorton Tr. at 18:8–11, 20:7–8.

25. Corellium licenses and sells access to virtualized iOS Devices, which it asserts are ███████████████████████████████████████. PEX 41, RFA Nos. 48, 58, 59, 60, 62; PEX 64, ███████████ at 2.

### A. Apple Did Not Authorize Corellium To Sell Virtual iOS Devices

26. Apple did not authorize Corellium to sell virtual iOS Devices. PEX 1, Andrews Decl. ¶ 24.

27. Corellium agreed to the terms of the Apple Enterprise Developer Program. PEX 4, Srinivasan Decl. ¶ 3. The agreement provides "[a]ll licenses not expressly granted in this Agreement are reserved and no other licenses, immunity or rights, express or implied are granted by Apple, by implication, estoppel, or otherwise." PEX 34, Dev. Enterprise Agr. ¶ 2.6.

28. Apple and Corellium engaged in talks regarding the potential acquisition of Corellium by Apple between January and July 2018. During multiple meetings with Apple employees, Chris Wade demonstrated the Corellium Apple Product without showing Apple how the underlying technology worked or the specifics of how it circumvented Apple's TCMs. PEX 1, Andrews Decl. ¶ 23.

29. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ PEX 36, Acquisition NDA ¶ 3.

30. In addition to the agreements between Apple and Corellium, Chris Wade also agreed to the terms of the Apple Developer Program. PEX 43, RFA Nos. 128–130. These terms forbid reverse-engineering of Apple software and do "not grant you any right or license to incorporate or make use of any Apple intellectual property" including copyrights. PEX 35, Dev. Agr. ¶¶ 3, 6.

31. The acquisition talks between Apple and Corellium ended when ██████████ ████████████████████████████████████████ PEX 1, Andrews Decl. ¶ 23.

32. After the acquisition talks ended, Chris Wade ████████████████████  ██████████████████████████████████████████ PEX 39, ████████████ Text.

### B. Corellium Provides Customers Apple's Copyrighted iOS Operating System

33. Corellium's iOS virtualization product is marketed as "CORSEC." All versions enable the virtualization of iOS; Corellium's marketing materials have referred to it as ███████ ████ *See, e.g.*, PEX 61, ██████████████ at 1; PEX 60, ██████████████ at 1. CORSEC is

referred to in this case as the "Corellium Apple Product." *See* PEX 47, Gorton Tr. at 64:19–65:13. The Corellium Apple Product encompasses "All products developed, offered for sale, or sold by Corellium that create virtual versions of iOS-operated devices." PEX 40, ECF No. 249 ¶ 3(e).

34. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The first is a server installed on-site at a customer location, known as the "on-premises" version. The second is a Cloud version, where users can log-in through an internet-connected computer and access virtual devices running on cloud servers controlled by Corellium. *See, e.g.,* PEX 44, Resp. No. 2 at 11.

35. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. PEX 46, Disk Image Stip., ECF No. 354-1 ¶ 1.

36. The Corellium Apple Product supports virtual iOS Devices, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ PEX 50, Wade Tr. at 189:14–12; PEX 65, ▓▓▓▓▓▓▓▓ at 2. It supports virtualization of all iOS operating systems versions beginning ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. PEX 50, Wade Tr. at 191:3–20; PEX 44, Resp. No. 1 at 4–10.

37. When a new iOS virtual device is created, Corellium ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ PEX 41, RFA No. 51.

38. Corellium's virtual iOS Devices permit users to view the iOS graphical user interface (including the iOS home screen), browse the internet, and use other iOS applications. *See, e.g.,* PEX 49, Skowronek Tr. at 134:5–12, 137:8–13; PEX 51, Olivier Tr. at 128:19–131:8; PEX 50, Wade Tr. at 249:5–14, 252:17–253:24.

39. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. *See* PEX 42, RFA Nos. 111, 112; PEX 48, Wang Tr. at 128:9–17; PEX 62, ▓▓▓▓▓▓▓▓▓▓ at 3.

C. **The Corellium Apple Product Works By Circumventing Apple's TCMs**

40. The Corellium Apple Product "▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ PEX 41, RFA Nos. 55–57 (incorporating PEX 41A ▓▓▓▓▓▓▓▓ Definition ¶ 11); *see also* PEX 51, Olivier Tr. at 246:19–247:1; PEX 3, Nieh Decl. ¶ 27.

41. To provide iOS to Corellium's customers, Corellium ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

██████████████████████████████████████████████████████████████

██████████████████████████████████████████ PEX 48, Wang Tr. at 164:15–165:6; 166:12–167:3; PEX 49, Skowronek Tr. at 244:6–245:7.

42. Because Corellium's virtual iOS Devices ████████████████████████

████████████████████████████████████████████████████████████████

████████████████ PEX 48, Wang Tr. at 164:15–166:1, 197:3–22; PEX 3, Nieh Decl. ¶ 21.

43. To provide iOS to Corellium's customers, Corellium ████████████

████████████████████████████████████████████████████████████████

████████████████████ PEX 49, Skowronek Tr. at 234:9–235:2, 250:21–253:13, 269:8–273:17; PEX 44, Resp. No. 3 at 17–18; PEX 3, Nieh Decl. ¶ 22–23.

44. ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████
PEX 48, Wang Tr. at 49:23–51:6.

45. ████████████████████████████████████████████████████████████

████████████████████████████████ PEX 62, April 2019 Datasheet at 1. ████

████████████████████████████████████████████████████████████████

██████████████████████████ PEX 3, Nieh Decl. ¶ 24.

46. ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████ PEX 49, Skowronek Tr. at 288:3–7, 257:12–258:18; PEX 48, Wang Tr. at 186:17–187:4; 187:18–188:11; PEX 69, ████████ at 5; PEX 3, Nieh Decl. ¶ 25.

47. ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████ PEX 49, Skowronek Tr. at 260:21–261:3.

48. After Apple introduced **Pointer Authentication Code** in September 2018 (SOF ¶ 22) ████████████████████████████████████████████████████████

████████████████████████████ PEX 3, Nieh Decl. ¶ 26. ████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

6

▉ PEX 68, ▉ at 1–2; PEX 48, Wang Tr. at 244:12–15.
▉
▉
▉ PEX 68, ▉ at 1.

49. According to Corellium's co-founders, the Corellium Apple Product ▉ ▉ PEX 48, Wang Tr. at 64:2–15, 64:25–65:12, 259:19–24; PEX 50, Wade Tr. at 191:21–192:23.

### D. Corellium Uses Apple-Created Copies of iOS To Power Its Virtual Devices

50. Corellium uses Apple's IPSW files to virtualize iOS Devices. ▉ ▉ PEX 49, Skowronek Tr. at 223:7– 224:17; PEX 51, Olivier Tr. at 286:1–21.

51. ▉ ▉ PEX 44, Resp. No. 2 at 13; PEX 49, Skowronek Tr. at 340:22–341:9; PEX 48, Wang Tr. at 112:11–113:15; PEX 46, Disk Image Stip., ECF No. 354-1 ¶ 8, Attachment A.

52. From early 2019 until February 2020, Corellium's cloud interface included a "drop-down" menu that enabled its customers to select from a prepopulated list of iOS versions and iOS Devices. The customer would pick a version of iOS and device from that menu (*e.g.*, iPhone 11 Max running iOS 13), and the Corellium Apple Product would automatically download the associated IPSW file ▉. PEX 47, Gorton Tr. at 102:22–104:14, 189:6–23; PEX 63, ▉ at 4; PEX 44, Resp. No. 2(b)(3)(b) at 13.

53. Corellium also ▉
▉ PEX 44, Resp. No. 2 at 11–14; PEX 63, ▉ at 3–4; PEX 72, ▉ at 2; PEX 48, Wang Tr. at 109:12–111:11.

54. Corellium has also ▉
▉ PEX 67, ▉ at 2–3 ("▉
▉."); PEX 54, Azimuth Tr. at 44:2–7, 175:4–19, 184:22–185:2; *see also* PEX 63, ▉ at 4; PEX 70 – 72, ▉.

55. Corellium uses Apple IPSW files to create new virtual iOS Devices. This entails

7

███████████████████████████████████████████████████████████████

██████████████████ *See, e.g.*, PEX 45, Resp. 21 at 6–7; PEX 49, Skowronek Tr. at 273:6–274:11; PEX 3, Nieh Decl. ¶¶ 8, 18, 27.

56. The Corellium Apple Product also contains a "snapshot feature, which takes a snapshot of the whole device" and then permits users to "clone" the device. ████████████████████████████████████████████████████████ PEX 73, ████████ at 1; PEX 44, Resp. No. 2 at 14–15; *id.* No. 5 at 21; PEX 3, Nieh Decl. ¶ 18.

### E. Marketing And Sale of the Corellium Apple Product

57. ████████████████████████████████████████████████████████████████████████████████████████ A greater number of cores mean a greater number of virtual devices. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████ *See, e.g.*, PEX 58, ████████ at 3; PEX 62, ████████████ at 2, 4; PEX 47, Gorton Tr. at 91:25–94:23.

58. Corellium advertises its product as ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

- ████████████████████████████████████████████████████████████████████████████

- ████████████████████████████████████████████████████████████████████████████████████████████████

- ████████████████████████████████████████████████████████████████

PEX 55, ████████████ at 8, 14, 16.

59. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████ PEX 64, ████████████ at 2–3.

60. Corellium markets the Corellium Apple Product as ████████████████████████████████████████████████████

8

███████████████ PEX 62, ███████████ at 1, 3; *see also* PEX 60, ███████ at 1, 3; PEX 69, ███████████ at 7.

61. ████████████████████████████████████████████ PEX 74, ████████████; *see also* PEX 75 at 4; PEX 58, ████████████; PEX 62, ████████ at 3; PEX 42, RFA Nos. 111–112.

62. ████████████████████████████████████████████████████████████████ PEX 62, ████████████ at 1; PEX 60, ████████████ at 1; PEX 49, Skowronek Tr. at 322:12–323:15; PEX 51, Olivier Tr. at 101:10–25.

63. Corellium's presentation from an industry-leading security conference states "[w]e run real iOS—with real bugs that have real exploits." PEX 57, ████████████ at 2; *see* PEX 49, Skowronek Tr. at 98:21–99:13.

64. Corellium markets its ability to evade Apple's TCMs. "Corellium is marketed as allowing you to emulate iOS. In doing so, they have to circumvent what you might call security protections since Apple has designed their systems to make it very much – very difficult to run iOS except on authorized Apple hardware." PEX 52, Stamos Tr. at 211:24–212:6.

65. Corellium markets its product as ████████████████████████████████████ ████████████████████████████████████████████████████████████████ PEX 64, ████████████ at 6.

66. Corellium does not limit the Corellium Apple Product to any particular use or categories of use. *See* PEX 47, Stamos Tr. at 204:20–205:25. ████████████████████ ████████████████████████████████████████ *Id.* at 97:23–98:18; PEX 50, Wade Tr. at 206:22–207:9; 207:23–208:3; *see also* PEX 54, Azimuth Tr. 87:21–23, 123:9–18.

67. ████████████████████████████████████████████████████████████ ████████████████████████████████ PEX 47, Gorton Tr. at 128:16–129:8, 130:7–16. ████████████████████████████████████████████████████████ ████████████, PEX 50, Wade Tr. at 207:23–208:3.

68. ████████████████████████████████████████████████████ PEX 44, Resp. No. 9 at 24–34; PEX 54, Azimuth Tr. at 119:3–6; PEX 47, Gorton Tr. at 107:21–108:3.

69. Corellium's self-reported revenue for the sale or licensing of the Corellium Apple Product totaled ████████ for the period from Corellium's formation in August 2017 through March 9, 2020. PEX 44, Resp. No. 10 at 34–35.

70. Corellium has sold at least ▇ on-premises editions of the Corellium Apple Product and at least ▇ cloud accounts. PEX 44, Resp. No. 9 at 24–34.

71. Corellium issued at least ▇▇▇▇▇▇▇▇ trial accounts for the Corellium Apple Product. PEX 83, Connelly Supp. Rpt. Ex. E3.

72. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ PEX 55, ▇▇▇▇▇▇▇▇ at 4, 16, 21–24; PEX 56, ▇▇▇▇▇▇▇ at 14; PEX 64, ▇▇▇▇▇▇▇ at 2. "▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ PEX 59, ▇▇▇▇ at 5.

## IV. CORELLIUM'S KNOWLEDGE OF iOS LICENSING RESTRICTIONS

73. In 2014, Corellium co-founders Chris Wade, Amanda Gorton, and Stanislaw Skowronek founded a prior venture, Virtual. PEX 47, Gorton Tr. at 22:25–23:4. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ PEX 53, Templeton Tr. at 101:3–5. Citrix Systems, Inc. acquired Virtual in August 2014. PEX 45, Resp. No. 20 at 5; PEX 47, Gorton Tr. at 23:21–23.

74. Mark Templeton, the CEO of Citrix Systems, Inc., and Chris Wade, as Templeton's technical advisor, discussed potential partnerships with Apple for use of the Virtual technology. PEX 50, Wade Tr. at 112:7–114:3; PEX 53, Templeton Tr. at 40:4–19. In February 2015, Templeton emailed Apple OS Vice President Sebastien Marineau-Mes, copying Wade. The email recognized Citrix's "commercialization of the Virtual technology presents a challenge" because "Citrix can't host the technology because Apple does not license iOS." PEX 37, Citrix Email.

75. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. PEX 50, Wade Tr. at 107:17–24. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. PEX 53, Templeton Tr. 28:3–11; 100:18–101:8; PEX 45, Resp. No. 20 at 5. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ PEX 47, Gorton Tr. at 28:16–21.

76. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ PEX 77, ▇▇▇▇▇▇▇ at 2.

77. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ PEX 47, Gorton Tr. at 184:9–23; PEX 76–82, ▇▇▇▇▇▇▇

78. Apple never affirmatively authorized Corellium's use of iOS. PEX 47, Gorton Tr. at 175:5–178:18; *accord* PEX 50, Wade Tr. at 280:3–16.

10

Dated: May 11, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel*
*joe.wetzel@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

Emily L. Pincow
Florida Bar No. 1010370
*epincow@lashgoldberg.com*
*gizquierdo@lashgoldberg.com*
LASH & GOLDBERG LLP
Weston Corporate Center I
2500 Weston Road, Suite 220
Weston, FL 33331
(954) 859-5180 / (954) 384-2510 Fax

*Attorneys for Plaintiff* APPLE INC.