# Plaintiff Exhibit 1

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

   Plaintiff,

 v.

CORELLIUM, LLC,

   Defendant.

**DECLARATION OF JONATHAN ANDREWS IN SUPPORT OF
APPLE INC.'S STATEMENT OF FACTS AND
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

1. My name is Jonathan Andrews. I am over the age of 18. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am the Vice President of Software Engineering at Apple Inc. ("Apple"). As part of my job, I focus on the development and testing of Apple's various operating systems, including iOS.

 A. **iPhones, iOS, iOS Devices, and IPSWs**

3. Apple introduced the iPhone in 2007. The iPhone was one of the world's first "smartphones" and remains one of the most popular consumer electronic devices in the world.

1

4. An operating system is the software that manages a computer's most basic functions, including the user's interaction with the device. iOS is Apple's operating system for multiple Apple hardware devices (the "iOS Devices"). This includes all versions of the iPhone device, all versions of the iPod Touch device, and until September 25, 2019, all versions of the iPad devices.

5. The iPhone uses Apple's iOS operating system. Apple has sold more than 2 billion iOS Devices.

6. iOS encompasses the source code and object code representing the processes managing the execution of applications and utilization of device resources. It also includes the default software applications; underlying graphics, images and other files that help create the dynamic iOS displays; and the dynamic graphical user interface elements installed on Apple's mobile devices. The dynamic visual display that the software generates is referred to as the graphical user interface (or "GUI").

7. Apple continuously improves upon and releases new versions of iOS. Each version of iOS is bundled together into what is known as an IPSW file. Each IPSW file contains a version of iOS (e.g., iOS 12.0) tailored to the hardware set of a particular Apple mobile device (e.g., iPhone X).

8. When Apple releases a new version of iOS, Apple makes available new IPSW files for the convenience of iOS Device users. Apple makes those IPSW files publicly available for download by iOS Device users over the internet.

9. iOS is not packaged, licensed, or sold as independent software that can be installed on any device. iOS is designed to run only on authorized Apple iOS Devices. This means that although anyone can download IPSW files from Apple, they cannot run, execute, or dynamically interact with those IPSW files as iOS unless and until the files are installed on an iOS Device.

10. Apple does not provide the functionality to "clone" or copy the complete contents of an iPhone, including iOS code.

**B.      Technical Control Measures for iOS Devices and iOS**

11. Apple designs its mobile devices and iOS as an integrated hardware/software system.

12. Apple's iOS Devices, and the iOS software itself, contain features that reinforce the security of Apple's integrated hardware and software products and ensure that users cannot use Apple's products in unapproved and unsecure ways. These "technical control measures" ensure that iOS runs only on Apple's iOS Devices, and that Apple devices run only an authentic, unmodified version of iOS.

13. I am familiar with Apple's technical control measures for iOS and describe some of them below.

### Apple's Authorization Server

14. In order to install iOS software on Apple iOS Device hardware, the device must first communicate with Apple's "authorization server" for approval. The device sends the Apple server certain information, including information about the version of iOS to be installed and the iOS device's Exclusive Chip Identification ("ECID") number, which is baked into the device when it is manufactured. The authorization server checks to see if the version of iOS sent from the device represents an authorized build of iOS. If the authorization server finds a match, it returns a personalized "signature" (sometimes called an "AP Ticket") authorizing iOS's installation on that particular iOS Device. The signed AP Ticket is then stored on the device itself and is required to be checked every time the device turns on and tries to load iOS.

15. iOS will not install unless it has a valid signature from Apple's authorization server. If the authorization server's check fails, the authorization server does not return a signed AP Ticket

3

and iOS will not install.

### Secure Boot Chain

16. When iOS is "booted up" on an iPhone, it goes through a series of steps known as the "secure boot chain" that confirm the device is authorized to run the exact version of the software that it is about to load. That is, one where the iPhone is a legitimate iPhone and the software is a legitimate copy of iOS that is currently offered. These series of steps are known as "signature checks." The boot chain is "secure" because each stage must be verified before the next stage can proceed. If, at any point along this boot chain, the verification for the next stage fails, iOS will not load or boot.

    a.    The secure boot chain starts in the "Secure ROM," or read-only memory, which contains code that is implicitly trusted because it is "baked in" to the device when it is manufactured and cannot be changed. This code is the "hardware root of trust" that forms the basis of the secure boot chain. Whenever an iOS Device is turned on, the Secure ROM code executes first.

    b.    The Secure ROM ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and compares the cryptographic "signature" of the next stage in the boot chain with the measurement of the same stage ▓▓▓▓▓▓▓▓▓▓▓▓▓▓. If they match, the Secure ROM will hand off control of the processor to the next stage in the boot chain (typically a low-level bootloader, or "LLB"). The LLB will similarly check the signature for the next stage in the boot chain (typically a process called "iBoot") ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ If they match, the LLB will hand off control to iBoot. If the "signatures" do not match at any step along the way, iOS will fail to load.

    c.    Similarly, iBoot compares the signatures before handing off control to the next

stage, loading the "kernel." The kernel is the "core" of any operating system and manages all the resources of, and processes running on, the device. iBoot compares the signature of the kernel with the ▮▮▮▮▮, again ensuring the two match. If they do not, iOS will fail to load.

### The "Buddy" Program and Apple's Software License Agreements

17. When iOS is freshly installed on an Apple device, a program called "Buddy" runs. The "Buddy" program helps the user set up iOS on the device. One portion of the "Buddy" program presents Apple's Software Licensing Agreement ("SLA") governing that version of iOS to the user on the iOS device screen. A user must accept the SLA before the user can continue to interact with any other part of iOS. If the user does not accept the SLA, the Buddy program prevents the user from further accessing iOS.

18. Apple's Software Licensing Agreements for each version of iOS are available at https://www.apple.com/legal/sla/.

### The "Trust Cache"

19. Apple's trust cache extends the secure boot chain's "chain-of-trust" concept to each application that runs in iOS. iOS assigns cryptographic signatures to every application approved to run in iOS. The trust cache contains a list of those cryptographic signatures. Before iOS launches any application, it will check the trust cache to make sure the application is on the approved list. If iOS finds a match between the application's signature and the trust cache list, iOS will allow the program to run. Otherwise, that application will not execute on iOS.

### Pointer Authentication Codes

20. Pointer authentication codes ("PAC") in iOS are cryptographic signatures generated by a proprietary Apple algorithm. Starting with the release of iOS 12.0 for the iPhone XR, XS, and

5

XS Max in 2018, Apple implemented PACs for iOS Devices containing hardware known as ARM A12 system-on-a-chip processors. Although ARM processor manufacturers have developed a public standard for PACs, Apple implements its own propriety, customized version of PACs.

21. PACs ensure that code is executed as intended, without modification or distortion. PACs are cryptographic signatures stored in some otherwise unused bits in a "pointer," which tells the processor the memory location of the next instruction to execute.  Because only Apple's processor knows how to authenticate the PAC, unauthorized code attempting to redirect the processor would have to correctly guess the correct PAC for the desired location in order to redirect the code executed on the device.  If the processor determines the PAC does not match the pointer location, the authentication will fail and the processor will halt execution.  In other words, the program will "crash."

22. All of the above-described features, in their normal course of operation, function to prevent the user from accessing and using iOS unless iOS is installed on an approved Apple device and used in ways anticipated and approved by Apple, without modification or distortion.

C. **Apple's Interactions with Corellium**

23. I was involved in Apple's discussions to acquire Corellium, LLC ("Corellium") between January and July 2018.  During multiple meetings and communications with Apple employees, Corellium demonstrated the Corellium Apple Product without revealing Corellium's source code or details about how the technology underlying the Corellium Apple Product worked.

24. Neither I, nor anyone else at Apple to my knowledge, affirmatively authorized Corellium to sell virtual iOS Devices.

I declare under penalty of perjury that the foregoing is true and correct.

6

Executed on May  11 , 2020
in    Los Altos Hills         , CA

Jonathan Andrews

7