# Plaintiff Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**DECLARATION OF LEE PETERSON IN SUPPORT OF
APPLE INC.'S STATEMENT OF FACTS AND
MOTION FOR PARTIAL SUMMARY JUDGMENT**

1. My name is Lee Peterson. I am over the age of 18. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am the Manager of the Build Engineering Project Managers team at Apple Inc. ("Apple"). As part of my job, I have been involved in selecting and compiling iOS source code snippets for deposits as part of Apple's copyright registrations.

3. iOS is Apple's operating system for iPhone, iPad (until 2019), and iPod Touch mobile devices ("iOS Devices").

4. iOS encompasses the source code and object code representing the processes managing the execution of applications and utilization of device resources. It also includes the default software applications; underlying graphics, images and other files that help create the dynamic iOS displays; and the dynamic graphic user interface elements installed on Apple's mobile devices. The dynamic visual display that the software generates is referred to as the graphical user interface (or "GUI").

5. Apple engineers and employees create iOS. iOS does contain some open-source components, which Apple incorporates into iOS but Apple did not create.

6. Apple continuously improves upon and releases new versions of iOS. These new versions serve many purposes, including adding additional code and features, upgrading existing code and features, updating iOS to fix bugs and improve security, and ensuring iOS compatibility with different iOS Devices.

7. When Apple releases new versions of iOS that Apple determines should be submitted to the U.S. Copyright Office for registration, my team and I are responsible for selecting the excerpts of new or revised source code that Apple submits with that registration.

8. Apple bundles all components of each version of iOS together into "iPod/iPhone Software" files known as "IPSW files." Each IPSW file contains a version of iOS (e.g., iOS 12.0) tailored to the hardware set of a particular Apple mobile device (e.g., iPhone X).

9. For each version of iOS submitted for copyright registration, the excerpts of source code submitted with that registration embody iOS features that are bundled into the IPSW files for that iOS version.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 11, 2020
in _____San Jose_____, CA

Lee Peterson