# Plaintiff Exhibit 3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

    v.

CORELLIUM, LLC,

        Defendant.

### DECLARATION OF JASON NIEH IN SUPPORT OF
### APPLE INC.'S STATEMENT OF FACTS AND
### MOTION FOR PARTIAL SUMMARY JUDGMENT

1.  My name is Jason Nieh.  I am over the age of 21.  I have personal knowledge of the facts contained herein, which are true and correct.  If called as a witness, I could competently testify to these statements.

2.  I have previously stated my qualifications in a filing before this Court.  ECF No. 233-1 at ¶¶ 2–8; *see* ECF No. 233-2 (curriculum vitae).  Those statements remain an accurate summary of my qualifications.

3.  I have prepared three reports in connection with this matter.  I prepared an opening report, served March 3, 2020; a rebuttal report, served April 13, 2020 (corrected April 20, 2020); and a supplemental report, served May 1, 2020.  The full bases for my opinions are contained in

those reports.  This declaration serves as a high-level summary of some of my opinions expressed in those reports.

4.   I have reviewed the certificates of registration, source code deposits, and other material deposited with the Copyright Office for the copyrighted versions of iOS asserted in this matter. Separate and apart from these registration materials, I have also reviewed summaries of new features in each version of iOS asserted, and source code associated with certain new features. Based on my experience and my review of that material, each version of iOS asserted in this matter contains original, creative features and code developed by Apple.

**iOS and IPSW files**

5.   iOS is part of an integrated product sold to consumers.  Apple does not sell iOS separately from the devices that run iOS, and Apple does not sell its iOS-compatible devices separately from iOS.

6.   Apple delivers iOS software to its users through what are called "IPSW files," which allow users to install, update, or restore versions of iOS.  An IPSW file contains a copy of a particular version of iOS tailored to a particular Apple hardware device, and it includes all files necessary to install and run iOS, including the graphical user interface elements.

**Technical Control Measures for iOS**

7.   Apple implements various security features in the design of its products, including iOS. Below, I summarize some of the features, or technical control measures, that ordinarily function to control access to, and use of, iOS.  More detailed descriptions of these features are contained in the reports I have filed in this matter.

8.   These "technical control measures" ensure that iOS can only be run on Apple's iOS Devices, and that Apple devices run only an authentic, unmodified version of iOS.  These measures

**Apple Attorneys' Eyes Only Information**

also prevent certain forms of copying, modification, and display of iOS in whole and in part, including by preventing iOS from being loaded into random access memory (RAM) and executed, and from displaying the interactive graphical user interface of iOS to users on non-Apple hardware.

9. ***Authorization Server.***   When a device first seeks to install iOS, the device must communicate with Apple's authorization servers, which check to ensure the device is an authorized Apple device.  The device sends data about the version of iOS to be installed and the device itself, and only if the authentication server can confirm the authenticity of the device, then the server returned a cryptographically signed reply back to the device, known as an "AP Ticket," which authorizes installation of a specific iOS version on a specific device.  The signed AP ticket is saved to the device and is checked when the device tries to run iOS.  iOS will not install or load on a device without a valid AP ticket, absent some circumvention of this measure.

10. ***Secure Boot Chain.***   Whenever an iOS device is powered on, the device enters a "secure boot chain" to load iOS.  The boot chain involves a series of stages, each of which must be verified before the next can proceed by comparing the cryptographic "signature" of the next stage against the "signature" of the same stage authorized by Apple's server ███████████. The boot chain ensures that each stage in the boot chain is authorized by Apple for that device ███ ██████████████, and that nothing has tampered with the software or hardware that was approved by Apple's authorization server.

11. The secure boot chain begins with the secure read-only memory ("Secure ROM"), which is hard-coded in the iOS device at the time of manufacturing.  It cannot change and is always trusted because it comes from Apple's factories.  This code is called the "hardware root of trust" as it forms the basis of the entire secure boot chain process.  When an iOS Device is turned on, the code contained in the Secure ROM executes, ███████████████████████████████

Apple Attorneys' Eyes Only Information

██████████ and compares the cryptographic signature of the next stage in the boot chain with the measurement of the same stage ████████████. If they match, the Secure ROM will hand control to the low-level bootloader ("LLB"), which will also check the signature of the next step ██████████. If they match, the LLB will hand off control to a program known as iBoot. iBoot will perform a check ██████████ for the next step, and then hand control to the iOS kernel. If at any of these stages, the signature of the next step in the chain does not match ████████████, iOS will fail to load, absent some manner of circumvention of this measure.

12. **Buddy Program.** When iOS is freshly installed on a device, a program called "Buddy" presents a copy of Apple's Software License Agreement ("SLA") to the user on the device's screen. A user must accept the SLA before the user can continue to interact with any part of iOS, otherwise the user will not be able to use iOS.

13. **Trust Cache.** iOS's "trust cache" is a list of all applications that have been signed and approved by Apple to run in the iOS environment. When a user seeks to run or install an application in iOS, iOS will check to see if the application is listed in the "trust cache" before launching the application. If the application does not match any listing in the trust cache, iOS will not install or launch the application.

14. **Pointer Authentication Codes.** Apple has also implemented custom pointer authentication codes, also known as "PACs," since the release of iOS 12.0 for devices with Apple's A12 processor and later (including the iPhone XR, XS, and XS Max). These versions of iOS use PACs to determine the authenticity of code executed by the processor. Apple's custom implementation of PAC ensures that only an Apple platform can execute iOS code.

**Corellium Attorneys' Eyes Only Information**

**The Corellium Apple Product's Evasion of the Technical Control Measures**

15. The Corellium Apple Product provides the ability to virtualize a variety of Apple devices that run iOS, ███████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

████████████████████

16. Below are screenshots from the Corellium Apple Product that depict some of the devices that it virtualizes.



**<u>Corellium Attorneys' Eyes Only Information</u>**



17. I have reviewed ███████████████████████████████ the Corellium Apple Product.  I have also reviewed source code ███████████████████████████████ ████████████████████████████████. I have also reviewed various technical documents produced by Corellium that describe the operation and design of the Corellium Apple Product.  My review of these materials demonstrates that the Corellium Apple Product functions to bypass or evade each one of the technical control measures described above.

18. The Corellium Apple Product enables users to create a virtual iPhone (or other iOS-compatible) device running a user-specified version of iOS.  The Corellium Apple Product uses Apple's IPSW files to create new virtual iOS devices. ███████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ███████████████████████████. Once the Corellium Apple Product has created a

**<u>Corellium Attorneys' Eyes Only Information</u>**

virtual iOS device, the user can interact with the version of iOS installed on the virtual device as if it were an actual iPhone. ███████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████

19. ████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

20. ████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

**<u>Corellium Attorneys' Eyes Only Information</u>**

21.

22.

23.

24.

**Corellium Attorneys' Eyes Only Information**

25.

26

27. The Corellium Apple Product is thus a tool to circumvent technological protection measures on iOS and provide Corellium's users with access to a functional version of iOS operating on non-Apple hardware, and to copy, modify, and display iOS in a manner that Apple itself does not permit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 11, 2020
in New York, NY

Jason Nieh