# Plaintiff Exhibit 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

          Plaintiff,

v.

CORELLIUM, LLC,

          Defendant.

**DECLARATION OF AKILA SRINIVASAN IN SUPPORT OF
APPLE INC.'S STATEMENT OF FACTS AND
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

1. My name is Akila Srinivasan. I am over the age of 18. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am the Product Manager of the Product Security Response, Investigations, and Partnerships team at Apple Inc. ("Apple"). As part of my job, I focus on the intake, internal investigation, and adjudication of all externally-submitted bugs of all Apple software. This includes any external submissions of security bugs of iOS through the Apple Security Bug Bounty Program and the Apple Enterprise Developer Program.

3. Corellium LLC ("Corellium") is a member of the Apple Enterprise Developer Program.

1

In order to become a member, Corellium agreed to the terms that Apple sets out for the Apple Enterprise Developer Program.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 8, 2020
in San Francisco, CA                                      Akila Srinivasan