# Plaintiff Exhibit 5

# **EXHIBIT A**

**APPLE U.S. COPYRIGHT REGISTRATIONS**

| Title of Work | Registration Date | Registration No. |
|---|---|---|
| iOS 9.0 | June 20, 2016 | TX 8-205-229 |
| iOS 9.1 | June 21, 2016 | TX 8-205-204 |
| iOS 10.0 | November 10, 2016 | TX 8-344-158 |
| iOS 11.0 | December 22, 2017 | TX 8-609-048 |
| iOS 11.0.1 | August 8, 2018 | TX 8-584-724 |
| iOS 11.2 | November 9, 2018 | TX 8-634-702 |
| iOS 11.2.5 | November 9, 2018 | TX 8-647-053 |
| iOS 11.3 | August 8, 2018 | TX 8-584-722 |
| iOS 11.4 | July 23, 2018 | TX 8-611-420 |
| iOS 12.0 | December 4, 2018 | TX 8-651-122 |
| iOS 12.1.1 | January 25, 2019 | TX 8-668-993 |
| iOS 12.2 | June 25, 2019 | TX 8-759-263 |
| iTunes 12.3 | December 14, 2017 | TX 8-507-283 |
| iTunes 12.4 | December 21, 2017 | TX 8-512-431 |
| iTunes 12.5.1 | December 21, 2017 | TX 8-545-238 |
| iTunes 12.6 | December 21, 2017 | TX 8-546-291 |
| Apple icons - iOS 9 compilation - iPhone 6s Built-in Apps | October 19, 2016 | VA 2-061-057 |
| Apple icons - iOS 11 compilation - iPhone 8 Built-in Apps | December 8, 2017 | VA 2-100-045 |
| Apple Bokeh (bubble) Wallpaper iOS 7 | March 27, 2014 | VA 1-922-660 |
| Apple Wallpaper - Flower magenta (iOS 8) | August 19, 2015 | VA 1-967-209 |
| Apple Wallpaper - Flower Chrysanthemum purple (iOS 8) | August 19, 2015 | VA 1-967-206 |
| Apple Wallpaper - Abstract ink spot in blue and green (iOS 8) | August 19, 2015 | VA 1-967-208 |