# Plaintiff Exhibit 6

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-922-660**

Effective date of registration:

March 27, 2014

---

## Title
- **Title of Work:** Apple Bokeh (bubble) Wallpaper iOS 7

## Completion/Publication
- **Year of Completion:** 2013
- **Date of 1st Publication:** September 18, 2013
- **Nation of 1st Publication:** United States

## Author
- **Author:** Apple Inc.
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Apple Inc.
  1 Infinite Loop, Cupertino, CA, 95014

## Certification
- **Name:** John N. Jennison
- **Date:** March 27, 2014

---

APL-CORELLIUM_00004962



APL-CORELLIUM_00004963



APL-CORELLIUM_00004964



APL-CORELLIUM_00004965



APL-CORELLIUM_00004966



APL-CORELLIUM_00004967



APL-CORELLIUM_00004968

