# Plaintiff Exhibit 7

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-967-206**

**Effective Date of Registration:**
August 19, 2015

## Title
       **Title of Work:** Apple Wallpaper - Flower Chrysanthemum purple (iOS 8)

## Completion/Publication
      **Year of Completion:** 2014
    **Date of 1st Publication:** September 17, 2014
  **Nation of 1st Publication:** United States

## Author
              **Author:** Apple Inc.
        **Author Created:** 2-D artwork
     **Work made for hire:** Yes
          **Domiciled in:** United States

## Copyright Claimant
    **Copyright Claimant:** Apple Inc.
                        1 Infinite Loop, Cupertino, CA, 95014

## Certification
                  **Name:** John N. Jennison
                    **Date:** August 19, 2015
  **Applicant's Tracking Number:** CR008253

APL-CORELLIUM_00004970



APL-CORELLIUM_00004971