# Plaintiff Exhibit 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-967-208**

**Effective Date of Registration:**
August 19, 2015

## Title

| | |
|---|---|
| Title of Work: | Apple Wallpaper - Abstract ink spot in blue and green (iOS 8) |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2014 |
| Date of 1st Publication: | September 17, 2014 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Apple Inc. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Apple Inc.<br>1 Infinite Loop, Cupertino, CA, 95014 |

## Certification

| | |
|---|---|
| Name: | John N. Jennison |
| Date: | August 19, 2015 |
| Applicant's Tracking Number: | CR008261 |

APL-CORELLIUM_00004984

APL-CORELLIUM_00004985