# Plaintiff Exhibit 9

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**VA 1-967-209**
Effective Date of Registration:
August 19, 2015

## Title
    Title of Work:   Apple Wallpaper - Flower magenta (iOS 8)

## Completion/Publication
    Year of Completion:     2014
    Date of 1st Publication:  September 17, 2014
    Nation of 1st Publication: United States

## Author
•   Author:              Apple Inc.
    Author Created:      2-D artwork
    Work made for hire:  Yes
    Domiciled in:        United States

## Copyright Claimant
    Copyright Claimant:  Apple Inc.
                         1 Infinite Loop, Cupertino, CA, 95014

## Certification
    Name:  John N. Jennison
    Date:  August 19, 2015
    Applicant's Tracking Number:  CR008256

Page 1 of 1

APL-CORELLIUM_00004994



APL-CORELLIUM_00004995