# Plaintiff Exhibit 12

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-061-057**

**Effective Date of Registration:**
October 19, 2016

---

## Title

**Title of Work:** Apple icons - iOS 9 compilation - iPhone 6s Built-in Apps

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 15, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Apple Inc.
  **Author Created:** Compilation
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Apple Inc.
1 Infinite Loop, Cupertino, CA, 95014

## Limitation of copyright claim

**Material excluded from this claim:** Preexisting 2-d icon artwork
**New material included in claim:** Compilation

## Certification

**Name:** John N. Jennison
**Date:** October 19, 2016
**Applicant's Tracking Number:** CR009813

---

**Correspondence:** Yes

Page 1 of 1

APL-CORELLIUM_00004856

# iPhone 6s

3D Touch    Design    Cameras    Technology    iOS 9    Tech Specs    Buy

## Built-in Apps

Built-in apps are an essential part of your iPhone experience and are efficiently designed to use less than 150MB of storage.

 Camera
 Photos
 Health
 Messages
 Phone
 FaceTime
 Mail

 Music
 Wallet
 Safari
 Maps
 Calendar
 iTunes Store
 App Store

 Notes
 News
 Contacts
 iBooks
 Game Center
 Weather
 Reminders

 Clock
 Videos
 Stocks
 Calculator
 Voice Memos
 Compass
 Podcasts

 Watch
 Tips
 iCloud Drive
 Find My iPhone
 Find My Friends

APL-CORELLIUM_00004857