# Plaintiff Exhibit 13

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-344-158**

**Effective Date of Registration:**
November 10, 2016

## Title

| | |
|---|---|
| Title of Work: | iOS 10.0 |
| Previous or Alternate Title: | Apple iOS 10.0 Software |
| | Apple iOS 10.0 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2016 |
| Date of 1st Publication: | September 23, 2016 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Apple Inc. |
| Author Created: | New and revised computer program |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Apple Inc.<br>1 Infinite Loop, Cupertino, CA, 95014, United States |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | Previously published Apple material (iOS 9.1 and prior versions of iOS software) |
| Previous registration and year: | TX 8-205-204, 2016<br>TX 8-205-229, 2016 |
| New material included in claim: | New and revised computer program |

## Certification

| | |
|---|---|
| Name: | Susan D. Carroll, Senior Copyright Manager, Apple Inc. (CR009770) |
| Date: | November 10, 2016 |
| Applicant's Tracking Number: | 21259-89097 |

APL-CORELLIUM_00004844

Registration #: TX0008344158
Service Request #: 1-4159215362

Apple Inc.
Susan D. Carroll
1 Infinite Loop
MS: 169-3IPL
Cupertino, CA 95014 United States

APL-CORELLIUM_00004845