# Plaintiff Exhibit 14

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-100-045**

**Effective Date of Registration:**
December 08, 2017

---

### Title
| | |
|---|---|
| **Title of Work:** | Apple icons - iOS 11 compilation - iPhone 8 Built-in Apps |

### Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | September 19, 2017 |
| **Nation of 1st Publication:** | United States |

### Author
| | |
|---|---|
| • **Author:** | Apple Inc. |
| **Author Created:** | Compilation |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

### Copyright Claimant
| | |
|---|---|
| **Copyright Claimant:** | Apple Inc. |
| | 1 Infinite Loop, Cupertino, CA, 95014 |

### Limitation of copyright claim
| | |
|---|---|
| **Material excluded from this claim:** | Preexisting 2-d icon artwork |
| **New material included in claim:** | Compilation |

### Certification
| | |
|---|---|
| **Name:** | John N. Jennison |
| **Date:** | December 08, 2017 |
| **Applicant's Tracking Number:** | CR011260 |

Page 1 of 1

APL-CORELLIUM_00004854



APL-CORELLIUM_00004855