# Plaintiff Exhibit 15

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

# TX 8-507-283

**Effective Date of Registration:**
December 14, 2017

## Title

**Title of Work:** iTunes 12.3

**Previous or Alternate Title:** Apple iTunes 12.3 Software

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 16, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Apple Inc.
  **Author Created:** New and revised computer program.
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Apple Inc.
1 Infinite Loop, Cupertino, CA, 95014

## Limitation of copyright claim

**Material excluded from this claim:** Previous Apple iTunes versions. Licensed third party source code: Gracenote.
**Previous registration and year:** TX 8-253-135, 2016

**New material included in claim:** New and revised computer program.

## Certification

**Name:** John N. Jennison
**Date:** December 14, 2017
**Applicant's Tracking Number:** CR011270

Page 1 of 2

APL-CORELLIUM_00004986



Page 2 of 2

APL-CORELLIUM_00004987