# Plaintiff Exhibit 16

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-512-431**

**Effective Date of Registration:**
December 21, 2017

## Title

| | |
|---|---|
| **Title of Work:** | iTunes 12.4 |
| **Previous or Alternate Title:** | Apple iTunes 12.4 Software |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | May 16, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Apple Inc. |
| **Author Created:** | New and revised computer program. |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Apple Inc.<br>1 Infinite Loop, Cupertino, CA, 95014 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previous Apple iTunes versions. Licensed third party source code: Gracenote. |
| **Previous registration and year:** | TX 8-253-135, 2016 |
| **New material included in claim:** | New and revised computer program. |

## Certification

| | |
|---|---|
| **Name:** | John N. Jennison |
| **Date:** | December 21, 2017 |
| **Applicant's Tracking Number:** | CR011271 |

Page 1 of 2

APL-CORELLIUM_00004988

APL-CORELLIUM_00004989