# Plaintiff Exhibit 18

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-546-291**

**Effective Date of Registration:**
December 21, 2017

---

## Title

        **Title of Work:** iTunes 12.6

    **Previous or Alternate Title:** Apple iTunes 12.6 Software

## Completion/Publication

     **Year of Completion:** 2017
    **Date of 1st Publication:** March 20, 2017
  **Nation of 1st Publication:** United States

## Author

        •    **Author:** Apple Inc.
      **Author Created:** New and revised computer program.
    **Work made for hire:** Yes
        **Domiciled in:** United States

## Copyright Claimant

     **Copyright Claimant:** Apple Inc.
                                1 Infinite Loop, Cupertino, CA, 95014

## Limitation of copyright claim

  **Material excluded from this claim:** Previous Apple iTunes versions. Licensed third party source code: Gracenote.
    **Previous registration and year:** TX 8-253-135, 2016

    **New material included in claim:** New and revised computer program.

## Certification

                    **Name:** John N. Jennison
                      **Date:** December 21, 2017
  **Applicant's Tracking Number:** CR011273

APL-CORELLIUM_00004992

Page 2 of 2

APL-CORELLIUM_00004993