# Plaintiff Exhibit 19

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary A. Lyle*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-609-048

**Effective Date of Registration:**
December 22, 2017

## Title

| | |
|---|---|
| **Title of Work:** | iOS 11.0 |
| **Previous or Alternate Title:** | Apple iOS 11.0 |
| | Apple iOS 11.0 Software |
| | Apple iOS 11 |
| | Apple iOS 11 Software |
| | iOS 11 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | September 19, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Apple Inc. |
| **Author Created:** | New and revised computer program; new and revised animation; new and revised audiovisual elements |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Apple Inc. |
| | 1 Infinite Loop, Cupertino, CA, 95014-2083, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previously published Apple material (iOS 10.3.3 and prior versions of iOS software); third party material that appears as exemplars in video deposit |
| **Previous registration and year:** | TX 8-205-204, 2016 |
| | TX 8-344-158, 2016 |

APL-CORELLIUM_00004846

**New material included in claim:**  New and revised computer program; new and revised animation; new and revised audiovisual elements

## Certification

**Name:**  Susan D. Carroll, Senior Copyright Manager, Apple Inc. (CR011164)
**Date:**  December 22, 2017
**Applicant's Tracking Number:**  21259-89134

APL-CORELLIUM_00004847