# Plaintiff Exhibit 21

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Teyla*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-584-724**

**Effective Date of Registration:**
August 08, 2018

## Title

| | |
|---|---|
| **Title of Work:** | iOS 11.0.1 |
| **Previous or Alternate Title:** | Apple iOS 11.0.1 |
| | Apple iOS 11.0.1 Software |
| | iOS 11.0.1 Software |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | September 26, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Apple Inc. |
| **Author Created:** | New and revised computer program; new and revised artwork; animation |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Apple Inc. |
| | One Apple Park Way, Cupertino, CA, 95014, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previously published Apple material (iOS 11.0 and prior versions of iOS software) |
| **Previous registration and year:** | TX 8-344-158, 2016 |
| | Pending, 2017 |
| **New material included in claim:** | New and revised computer program; new and revised artwork; animation |

## Certification

Page 1 of 2

APL-CORELLIUM_00004827

|  |  |
|---:|:---|
| **Name:** | Susan D. Carroll, Senior Copyright Manager, Apple Inc. (CR011424) |
| **Date:** | August 08, 2018 |
| **Applicant's Tracking Number:** | 21259-89160 |



Page 2 of 2

APL-CORELLIUM_00004828