# Plaintiff Exhibit 27

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

**TX 8-759-263**

**Effective Date of Registration:**
June 25, 2019

## Title

**Title of Work:** iOS 12.2

**Previous or Alternate Title:** iOS 12.2 Software

Apple iOS 12.2

Apple iOS 12.2 Software

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 25, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Apple Inc.
  **Author Created:** New and revised computer program, audiovisual elements
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Apple Inc.
One Apple Park Way, Cupertino, CA, 95014, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published Apple material (iOS 12.1.4 and prior versions of iOS software)

**Previous registration and year:** TX 8-651-122, 2018
TX 8-668-993, 2019

**New material included in claim:** New and revised computer program, audiovisual elements

## Certification

**Name:** Susan D. Carroll, Senior Copyright Manager, Apple Inc. (CR013181)
**Date:** June 25, 2019
**Applicant's Tracking Number:** 21259-89230

---