# Plaintiff Exhibit 36
# Filed Under Seal