# Plaintiff Exhibit 37

|  |  |
|---:|:---|
| **Subject:** | Apple/Citrix partnership |
| **From:** | "Mark Templeton" <mark.templeton@citrix.com> |
| **Received(Date):** | Mon, 09 Feb 2015 16:27:24 +0000 |
| **To:** | "Sebastien Marineau-Mes" <smarineaumes@apple.com> |
| **Cc:** | "Chris Wade" <christopher.wade@citrix.com> |
| **Date:** | Mon, 09 Feb 2015 16:27:24 +0000 |

Hi, Sebastien,

I hope this finds you well. It's been a number of months since Chris Wade and I visited to further our discussions. We left the meeting feeling very positive, believing that Apple and Citrix have a common interest in bolstering our existing partnership. The primary takeaway was we need to pinpoint the most effective project(s) for moving the relationship forward.

We came away thinking commercialization of the Virtual technology presents a challenge for hosting and infrastructure: Citrix can't host the technology because Apple does not license iOS, and Apple is reluctant to host the technology because of the investment involved in creating the infrastructure. The difficulty of a co-venture, where Citrix builds the infrastructure for Apple, is that Apple may not be able to share all of the information Citrix would need to build it. This is our understanding of the situation.

A few thoughts:

1-    Apple could license the Virtual technology from Citrix purely for Apple's own internal testing use. We understand that there is a lingering aversion inside Apple to the idea of virtualization due to past experience, but perhaps we could overcome that with a proof of concept?

2-    Apple could also create an iOS version that would be locked to the Virtual technology for developer use only. We could collaborate on creating that locking mechanism.

3-    Apple and Citrix could work together on targeted security investigations (using the Virtual technology or otherwise). We've adapted the core framework of the Virtual technology and incorporated some of our own methodologies to create an automated security analysis framework. We'd love to get Apple's feedback on this and explore how that might be used to help strengthen Apple's security.

CONFIDENTIAL

So, those are some new thoughts about how we might be able to advance the partnership between Apple and Citrix, and I hope you can share your thoughts with us.

We continue to be a strong supporter of Apple in the Enterprise (and SMB) – prioritizing our iOS and OSX innovations. Our latest exciting app is called Convoi. You may want to check it out on the App Store. Looking forward to hearing from you.

Regards,

Mark

**Sent from my Citrix mobile workspace**

CONFIDENTIAL                                                                                                        APL-CORELLIUM_00000252