# Plaintiff Exhibit 38

**Chat Participants:** Ivan Krstic , Chris Wade +15612213899 , Chris Wade +15612213899
**Chat Start Date:** 09/19/18, 13:17:38 PM GMT
**Chat End Date:** 09/19/18, 15:22:41 PM GMT
**Service(s):** iMessage

September 19, 2018

Chris Wade

> was on the risky business podcast last night taking about pac and said you really knocked it out of the park with these upgrades. There is no questioning that the iPhone is the most secure mobile device (not that it wasn't already)

Sent: 09/19/18, 13:17:38 PM GMT
Service: iMessage

Chris Wade

> Nice work man 👍

Sent: 09/19/18, 13:18:09 PM GMT
Service: iMessage

Ivan Krstic

> 🙏 🙏 🙏

Sent: 09/19/18, 15:22:32 PM GMT
Service: iMessage

Ivan Krstic

> Thank you, sir!

Sent: 09/19/18, 15:22:41 PM GMT

Service: iMessage

CONFIDENTIAL

APL-CORELLIUM_00018154