# Plaintiff Exhibit 39
# Filed Under Seal