# Plaintiff Exhibit 41
# Filed Under Seal