# Plaintiff Exhibit 42

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

    *Plaintiff*,

v.

CORELLIUM, LLC,

    *Defendant*.

**DEFENDANT'S RESPONSES AND OBJECTIONS TO
PLAINTIFF'S THIRD SET OF REQUESTS FOR ADMISSION (NOS. 96–114)**

Defendant Corellium, LLC ("Corellium"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 26 and 36, hereby responds to Plaintiff Apple Inc.'s ("Apple") Second Set of Requests for Admissions.

Dated: April 2, 2020

Respectfully submitted,

By:  s/ *Justin Levine*
Jonathan Vine
Florida Bar No. 10966
jonathan.vine@csklegal.com
Justin Levine
justin.levine@csklegal.com
Florida Bar No. 106463
Lizza Constantine
lizza.constantine@csklegal.com
Florida Bar No. 1002945

COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone: (561) 383-9222
Facsimile: (561) 683-8977

and

- 1 -

        PIERCE BAINBRIDGE BECK PRICE &
HETCH, LLP
277 Park Avenue, 45th Floor
New York, NY 10172
Telephone (646) 779-5315
Facsimile (646) 968-4125
David Hecht, *Pro hac vice*
E-mail: dhecht@nortonrosefulbright.com
Maxim Price, *Pro hac vice*
E-mail: mprice@piercebainbridge.com
Melody McGowin, *Pro hac vice*
E-mail: mmcgowin@pierbainbridge.com
Wen Wu, *Pro hac vice*
E-mail: wwu@pierbainbridge.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@pierbainbridge.com

*Attorneys for Corellium, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2020 a true and correct copy of the foregoing document has been furnished via email to counsel of record identified below.

        *s/ Justin B. Levine*
        Justin B. Levine
        Florida Bar No. 106463

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com

- 3 -

LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004


Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*

**REQUEST FOR ADMISSION NO. 107:** Admit that Corellium does not have a contractual right to know whom its resellers sell the Corellium Apple Product.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 108:** Admit that resellers of the Corellium Apple Product are not contractually obliged to disclose to Corellium the identity of purchasers of the Corellium Apple Product.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 109:** Admit that Packet provides servers for the cloud-based Corellium Apple Product.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 110:** Admit that Corellium is a customer of Packet.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 111:** Admit that Corellium can give multiple users access to a single project in the cloud-based Corellium Apple Product.

**RESPONSE:** Admitted to the extent that if Corellium assigns itself as an account administrator, it can give multiple users access to a single project in the cloud-based Corellium Apple Product.

**REQUEST FOR ADMISSION NO. 112:** Admit that Corellium users with administrative privileges can give multiple users access to a single project in the on premises Corellium Apple Product.

**RESPONSE:** Admitted.

**REQUEST FOR ADMISSION NO. 113:** Admit that Corellium's hypervisor is based on the Xen hypervisor.