# Plaintiff Exhibit 43

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

　　　　　　　　*Plaintiff*,

　　　v.

CORELLIUM, LLC,

　　　　　　　　*Defendant*.

_____

**DEFENDANT'S RESPONSES AND OBJECTIONS TO
PLAINTIFF'S FOURTH SET OF REQUESTS FOR ADMISSION (NOS. 115–150)**

Defendant Corellium, LLC ("Corellium"), by and through undersigned counsel, pursuant to

Federal Rules of Civil Procedure 26 and 36, hereby responds to Plaintiff Apple Inc.'s ("Apple")

Fourth Set of Requests for Admissions.

Dated: April 20, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　By:　s/ *Justin Levine*
　　　　　　　　　　　　　　　　Jonathan Vine
　　　　　　　　　　　　　　　　Florida Bar No. 10966
　　　　　　　　　　　　　　　　jonathan.vine@csklegal.com
　　　　　　　　　　　　　　　　Justin Levine
　　　　　　　　　　　　　　　　justin.levine@csklegal.com
　　　　　　　　　　　　　　　　Florida Bar No. 106463
　　　　　　　　　　　　　　　　Lizza Constantine
　　　　　　　　　　　　　　　　lizza.constantine@csklegal.com
　　　　　　　　　　　　　　　　Florida Bar No. 1002945

　　　　　　　　　　　　　　　　COLE, SCOTT & KISSANE, P.A.
　　　　　　　　　　　　　　　　Esperante Building
　　　　　　　　　　　　　　　　222 Lakeview Avenue, Suite 120
　　　　　　　　　　　　　　　　West Palm Beach, Florida 33401
　　　　　　　　　　　　　　　　Telephone: (561) 383-9222
　　　　　　　　　　　　　　　　Facsimile: (561) 683-8977

　　　　　　　　　　　　　　　　and

- 1 -

HECHT PARTNERS LLP
*Counsel for Defendant*
20 West 23rd St. Fifth Floor
New York, NY 10010
Telephone (212) 851-6821
David Hecht, *Pro hac vice*
E-mail: dhecht@hechtpartnersllp.com
Maxim Price, *Pro hac vice*
E-mail: mprice@hechtpartnersllp.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@hechtpartnersllp.com

*Attorneys for Corellium, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of April, 2020 a true and correct copy of the

foregoing document has been furnished via email to counsel of record identified below.

*s/ Justin B. Levine*
Justin B. Levine
Florida Bar No. 106463

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

- 2 -

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*

**RESPONSE:** Deny. Chris Wade showed the "BPF race condition" and "backbroadd" bugs to Tavis Ormandy of Google Project Zero on or around March 2, 2018 during a demonstration of the Corellium Apple Product subsequent to reporting this bug to Apple on January 23, 2018. Chris Wade knew that both bugs had been reported to Apple and that Apple had taken steps to fix it.

**REQUEST FOR ADMISSION NO. 125:** Admit that Corellium has disclosed information about at least one Apple Bug to a Person other than Apple without knowledge as to whether Apple had taken action to fix the Apple Bug before Mr. Wade disclosed it.

**RESPONSE:** Deny. Chris Wade showed the "BPF race condition" and "backbroadd" bugs to Tavis Ormandy of Google Project Zero on or around March 2, 2018 during a demonstration of the Corellium Apple Product subsequent to reporting this bug to Apple on January 23, 2018. Chris Wade knew that both bugs had been reported to Apple and that Apple had taken steps to fix it.

**REQUEST FOR ADMISSION NO. 126:** Admit that Chris Wade has sold information about at least one Apple Bug to a Person other than Apple without knowledge as to whether Apple had taken action to fix the Apple Bug before Mr. Wade sold it.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 127:** Admit that Corellium has sold information about at least one Apple Bug to a Person other than Apple without knowledge as to whether Apple had taken action to fix the Apple Bug before Mr. Wade sold it.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 128:** Admit that Chris Wade created an Apple Developer Account.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 129:** Admit that Chris Wade had to agree to the terms of the Apple Security Bounty Program Policy to participate in the Apple Security Bounty Program.

**RESPONSE:** Admit that Chris Wade had agreed to the terms of the 2017 Apple Security Bounty Program Policy.

**REQUEST FOR ADMISSION NO. 130:** Admit that Chris Wade indicated his agreement to the terms in the Apple Developer Agreement in order to create an Apple Developer Account.

     **RESPONSE:**  Admit.

**REQUEST FOR ADMISSION NO. 131:**  Admit that Chris Wade had to agree to the terms of the Apple Security Bounty Program Policy to participate in the Apple Security Bounty Program.

     **RESPONSE:**  Admit that Chris Wade had agreed to the terms of the 2017 Apple Security Bounty Program Policy.

**REQUEST FOR ADMISSION NO. 132:** Admit that Chris Wade indicated his agreement to the terms of the Apple Security Bounty Program Policy to participate in the Apple Security Bounty Program.

     **RESPONSE:**  Admit that Chris Wade had agreed to the terms of the 2017 Apple Security Bounty Program Policy.

**REQUEST FOR ADMISSION NO. 133:**  Admit that Mark Dowd has used the email address mark@corellium.com.

     **RESPONSE:**  Admit. Mark Down used the email address mark@corellium.com to communicate with potential leads in his capacity as a reseller at Azimuth.

**REQUEST FOR ADMISSION NO. 134:**  Admit that Mark Dowd has used the email address mark@corellium.com to communicate about the Corellium Apple Product.

     **RESPONSE:**  Admit.

**REQUEST FOR ADMISSION NO. 135:**  Admit that Mark Dowd has used the email address mark@corellium.com to communicate about the Corellium Apple Product with at least one actual or potential Corellium customer.

     **RESPONSE:**  Deny.

- 7 -