# Plaintiff Exhibit 46
# Filed Under Seal