# Plaintiff Exhibit 47

ATTORNEYS EYES ONLY

1                    UNITED STATES DISTRICT COURT

2                      SOUTHERN DISTRICT OF FLORIDA

3       APPLE INC.

4          Plaintiff,     CASE NO. 9:19-cv-81160-RS

5       vs.

6       CORELLIUM, LLC,

7          Defendant.

8       _____/

9

10                   Zoom, Virtual Deposition

11                   Wednesday, March 25, 2020

12                    10:08 a.m.-6:17 p.m.

13

14                   ATTORNEY'S EYES ONLY

15      VIDEOTAPED 30(b)(6) AND INDIVIDUAL DEPOSITION OF

16                      AMANDA GORTON

17

18         Taken on Behalf of the Plaintiff before

19         Lisa Gerlach, Court Reporter, Notary Public

20         in and for the State of Florida at Large,

21         pursuant to Plaintiff's Notice of Taking

22         Deposition in the above cause.

23

24      Job No. 4027360

25      Pages 1-213

                                              Page 1

ATTORNEYS EYES ONLY

1       Q.  Has that always been your title since

2    Corellium's formation?

3       A.  Yes.

4       Q.  Do you have any other titles besides CEO?

5       A.  Occasionally, we refer to each other as

6    cofounders, but I don't consider that an official

7    title.

8

9

10

11

12       Q.  And how long have you known Mr. Wade?

13       A.  I've known Mr. Wade since --

14          MR. VINE:  We broke up, I think.

15          MS. BINA:  There was some noise, I think,

16       on your end.

17    BY MS. BINA:

18       Q.  You had started to say that you had known

19    Mr. Wade since -- and that was the last I heard.

20       A.  Yes.  I trailed off because I was trying to

21    remember when we met.  I believe we met in 2012.

22       Q.  Did you meet him first in a personal or

23    professional capacity?

24       A.  I met him in a professional capacity.

25       Q.  What was that capacity?

                                          Page 18

ATTORNEYS EYES ONLY

1    ███████████████

2        Q.   You were carrying on.   I didn't mean to

3    interrupt.

4        ████  ███████████████  ████████████████████

5    ██████████████████████████████████████████████████

6    ████████████████████████████

7        Q.   When was Corellium founded?

8        A.   ████████████████████████████████████

9        Q.   So turning back to your cofounders -- how

10   long have you known Mr. Skowronek?   And did I say that

11   correctly?

12       A.   █████████████████  ██████████████████████

13   ██████████████████████████████████████████████████████

14   █████

15       Q.   When, approximately, was that?

16       A.   ██████████████████████

17       Q.   Did he -- I think you testified that Virtual

18   was acquired by Citrix.   Did he also go and work with

19   you at Citrix -- or not with you -- but work at Citrix

20   when Virtual was acquired?

21       A.   ███████████████████  ████████████████████

22   ████████████████████

23       Q.   Did you and he and Mr. Wade all work at

24   Citrix for the same amount of time?   In other words,

25   did you start at the same time and leave at the same

Page 20

ATTORNEYS EYES ONLY

1       early 2000s?

2           A.  I was not involved in that project.

3           Q.  Ms. Gorton, one of the topics that's been

4       designated by Corellium as the person to speak on a

5       particular topic is the topic of agreements or

6       arrangements with purchase --

7               THE REPORTER:  I'm sorry.  Hang on.

8           Someone's got paper I can hear.  I can't hear

9           the question.

10              MR. VINE:  Can you tell us the topic

11          number first?

12              MS. BINA:  It's topic number 17.

13              MR. VINE:  Okay.

14      BY MS. BINA:

15          Q.  ███████████████████████████████████████████

16      ███████████████████████████████████████████████████

17      ████████████████████.

18              Without telling me any conversations that you

19      had with your attorneys, can you briefly tell me what

20      you did to testify on this topic?

21          A.  █████    ██████████████████████████████████

22      ██████████████████████████.

23          Q.  Anything else?

24          A.  No.  That's all.

25          Q.  █████████████████████████████████████████

Page 22

ATTORNEYS EYES ONLY



Page 23

1           Do you have any understanding outside of a

2      privileged communication?

3           A.   I do not.



Page 28

ATTORNEYS EYES ONLY

```
 1              THE WITNESS:  Yes.

 2    BY MS. BINA:

 3         Q.  So these, again, are the interrogatory

 4    responses that you verified on behalf of Corellium,

 5    LLC; correct?

 6         A.  Yes.

 7    ███  ████████████████████████████████████████

 8    ██████████████████████████████████████████████

 9              MR. VINE:  Objection.

10    ███  ███████████████████████████████████████ e

11    ████████  ██████████████████████████████████

12    ██████████

13    BY MS. BINA:

14         Q.  Do you know whether those release notes have

15    been produced to us in discovery in this case?

16         A.  I believe that Dr. Nieh indicated that he had

17    reviewed them, which would lead me to believe that

18    they have been produced.

19         Q.  Are you personally aware of how the Corellium

20    Apple product -- let me back up a second.  Do you know

21    what I mean when I say "Corellium Apple product?"

22         A.  I am aware that the definition has varied

23    through the course of discovery.  When you say

24    "Corellium Apple product," in my mind, I typically

25    substitute what we refer to as CORSEC, which is the
```

Page 64

1    product that we sell and advertise.

14         Q.   Then I'm going to refer to "Corellium Apple

15    product" today using the definition that you've just

16    provided, which is the CORSEC product that you sell to

17    customers at this time, as well as all prior versions

18    of that product.

19              So my question is, are you personally aware

20    of how the Corellium Apple product was developed

21    technically?

22              MR. VINE:   Objection.  Just so it's

23         clear, this is not on behalf of the corporate

24         rep.  Go ahead.

25         A.   In my capacity at Corellium, I am involved in

Page 65

```
 1        been attached to an e-mail.  That might be a way to
 2        ascertain if it was --
 3                  THE REPORTER:  I'm sorry.  I can't hear.
 4                  MR. VINE:  It's very hard to hear with
 5             the static.
 6                  MS. BINA:  Well, I'm having trouble
 7             hearing Ms. Gorton even without static.
 8                  THE REPORTER:  Me too.
 9                  MS. BINA:  My point is, she's inaudible.
10             I think there's a problem on her end.  I'll
11             go back to --
12                  How is the audio right now?
13                  THE REPORTER:  That's good.
14        BY MS. BINA:
15             Q.  You were describing, I think, ways we might
16        be able to tell if it was a draft or not?
17             A.  Yes.  It's possible we may be able to
18        ascertain if it was attached to an e-mail sent to a
19        customer.  That might be a way to tell.
20             Q.  Looking at this document, can you say for
21        certain that it is an uncirculated draft, or you don't
22        know whether it's a draft or a final?
23             A.  Unfortunately, I don't have a solid way to
24        say for certain.
25             Q.  Okay.  In any event, there were versions of
```

Page 91

ATTORNEYS EYES ONLY

```
 1        this data sheet that were circulated; correct?

 2             A.  Correct.
```



```
11             Can you turn to that?

12             A.  Yes.
```

```
24             Q.  So if I were a standard purchaser and I

25        wanted ███████████████, I would ████████████████
```

ATTORNEYS EYES ONLY

1  ████████████████████████████████████████

2  ████████████

3         MR. VINE:  Objection.

4     A.  That is correct, insofar as it is listed on

5  this document.

6  BY MS. BINA:

7     Q.  ████████████████████████████████████

8  ████████

9     ██  ████  ████████████████████████

10 ████████████████

11    Q.  What is the current pricing for the on-site

12 product?

13        MR. VINE:  Objection.

14    A.  It would be beneficial if I could reference a

15 document.

16 BY MS. BINA:

17    Q.  Are you referring to a document that you have

18 or are you requesting that I provide one?

19    A.  If you have a document to provide with

20 current pricing, that would be preferable.  But given

21 our previous difficulty ascertaining the draft or

22 non-draft status of the documents, I suspect that this

23 may prove a challenge.

24    Q.  Yeah -- it's not necessarily clear to me what

25 is current and what's past, as well as what was

                                        Page 93

1      official and what was unofficial.



10          Q.   Go ahead.

ATTORNEYS EYES ONLY



1

2

3

4

5

6

7

8          MR. VINE:  Objection.

9

10

11

12

13

14

15

16

17     BY MS. BINA:

18

19

20

21          A.  Correct.

22

23

24

25

Page 102

ATTORNEYS EYES ONLY

1

2

3

4

5

6          MR VINE:  Objection.

7

8

9

10     BY MS. BINA:

11

12

13          MR. VINE:  Objection.

14

15

16

17

18

19     BY MS. BINA:

20

21

22

23

24

25

Page 103

ATTORNEYS EYES ONLY



1

2

3

4

5

6

7

8

9

10

11

12

13

14        A.   That is correct.

15        Q.   Do you know when in February 2020?

16        A.   I don't recall the precise date.

17        Q.   Does the other tool that we were discussing,

18   the on-premises tool, still function as of today?

19        A.   Yes.  To the best of my knowledge, it still

20   functions today.

21

22

23

24

25

Page 104

ATTORNEYS EYES ONLY



```
 1
 2
 3
 4        Q.   Sure.
 5
 6
 7
 8
 9        A.   That is correct.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 107

ATTORNEYS EYES ONLY



Page 108

ATTORNEYS EYES ONLY

```
 1              THE VIDEOGRAPHER:  We are back on the
 2         record at 3:14 p.m.  This marks the beginning
 3         of media number seven in the deposition of
 4         Amanda Gorton.
 5              You may proceed, Counsel.
 6    BY MS. BINA:
 7         Q.  Thank you.  ███████████████████████████
 8    ███████████████████████████████████████████████
 9    ███████████████████████████████████████████████
10    ███████████████████████
11              MR. VINE:  Objection.  Do you mean
12         through the use of the Apple Corellium
13         product or the CORSEC?
14              MS. BINA:  ████████████████████████████
15    BY MS. BINA:
16    ████████████████████████████████████████████████
17    ████████████████████████████████████████████████
18    ████████████████████████████████████████████████
19    ████████████████████████████████████████████████
20    ████████████████████████████████████████████████
21    ████████████████████████████████████████████████
22    ████████████████████████████████████████████████
23    ████████████████████████████████████████████████
24    ████████████████████████████████████████████████
25    ████████████████████████████████████████████████
```

Page 128

```
 1              (Attorney Gabe Gross is now attending by
 2         telephone.)
 3     BY MS. BINA:
 4         Q.  But nothing that you impose on them?
 5         A.  Correct.  ████████████████████████
       ██████████████████████████████████████████
 6     ██████████████████████████████████████████
 7     ██████████████████████████████████████████
 8     ██████████████████████████████████████████
 9     ██████████████████████████████████████████
10     ██████████████████████████████████████████
11     ██████████████████████████████████████████
12     ██████████████████████████████████████████
13     ██████████████████████████████████████████
14         Q.  I understand.  In any event, ████████
15     ████████████, is your testimony?
16         A.  I think --
17              MR. VINE:  Objection.
18         A.  I think that might be a slight
19     oversimplification.
20              I believe my colleague, Gabe Gross of
21         Latham & Watkins, is now in our virtual room.
22         I just want to announce him.
23              Mr. Vine, did you say something?
24              MR. VINE:  I said, I don't see him.
25              MR. GROSS:  I'm on by audio.  I don't
```

Page 129

ATTORNEYS EYES ONLY

```
 1          have the bandwidth or the internet
 2          connectivity to participate by video.  I'll
 3          just be on a short amount of time.  I'll make
 4          it clear on the record when I leave.
 5               MR. VINE:  Thank you, Gabe.  No worries.
 6     BY MS. BINA:
 7          Q.  Ms. Gorton, let me just try to be clear with
 8     my question.  My question was, ███████████████
 9     ███████████████████████████████████████████████
10     ███████████████████████████████████████
11               MR. VINE:  Objection.
12     ████████████████████████████████████████████████
13     ████████████████████████████████████████████████
14     ████████████████████████████████████████████████
15     ████████████████████████████████████████████████
16     ████████████████████████████████████████████████
17     BY MS. BINA:
18          Q.  ███████████████████████████████████████
19               MR. VINE:  Objection.
20          A.  █████
21     BY MS. BINA:
22          Q.  ███████████████████████████████████████
23     ████████████████
24               MR. VINE:  Objection.  The better
25          question is, do you know?  But, by all means,
```

Page 130

ATTORNEYS EYES ONLY

```
 1        BY MS. BINA:

 2             Q.  Have you ever reviewed that agreement?

 3                 MR. VINE:  Objection.

 4             A.  I believe that I have, yes.

 5             Q.  Corellium does not have any licenses in place

 6        from Apple for the operation of the Corellium Apple

 7        product; does it?

 8                 MR. VINE:  Objection.

 9             A.  As far as I'm aware, Corellium does not have

10        any written license agreements with Apple to license

11        the iOS software.

12        BY MS. BINA:

13             Q.  In your view, does Corellium have any

14        unwritten license agreement with Apple?

15                 MR. VINE:  Objection.

16             A.  I think that that question, being of such a

17        legal nature, is one that I don't have the expertise

18        to comment upon.

19        BY MS. BINA:

20             Q.  So the answer is, you're not sure whether it

21        does or doesn't?

22                 MR. VINE:  Objection, asked and answered.

23             A.  My response was that this seems -- this is a

24        question of a legal nature, which I lack the expertise

25        to remark on.
```

Page 175

ATTORNEYS EYES ONLY

```
1        BY MS. BINA:
2            Q.  I'm not asking you for a legal opinion.  I'm
3        asking for your knowledge as the CEO of the company
4        and as the witness designated to testify on behalf of
5        Corellium's knowledge of Apple's copyrights.
6                I need to know whether Corellium understood
7        it to have a license of any kind with Apple for the
8        use and development of its product.  And the answer
9        from you would be that you didn't have such an
10       understanding, but I need to know what the answer is.
11               MR. VINE:  Amanda, before you answer, let
12           me object.  Number one, she's provided
13           answers about what Corellium's knowledge was
14           about the copyrights.
15               You're now on a licensing issue of
16           software.  She's told you, the way you
17           phrased the question -- just like Ivan
18           answered and other witnesses answered for
19           Apple, even though they were designated as
20           corporate representatives, there was
21           something of a legal question that they
22           didn't feel comfortable answering.  Amanda
23           has stated the same.
24               Amanda, if you can answer it again in any
25           other way, please, feel free to do so.
```

Page 176

ATTORNEYS EYES ONLY

1

2

3

BY MS. BINA:

Q.   Again, I understand you're not a lawyer, so
I'm not asking for the legal basis, but what facts
underpin that belief?

MR. VINE:  Objection.  You can answer.

A.   There are a couple of factors that contribute
to that belief.  In the first instance, the iOS
software files are made available freely online for
anyone to download and use.  These files can be opened
and explored upon download.  There are no restrictions
upon these files when they are downloaded.  No end
user license agreement is presented and no copyright
notice is presented and no other form of restriction
is presented.

And, so, in that regard, it indicates that
the vendor, i.e., Apple, has willingly and with
consent given the downloader the ability to do so and
to use the file upon download.

Page 177

ATTORNEYS EYES ONLY

1

2

3

4

5          Apple was aware of what we were doing at the

6     highest levels, including the SVP of software, Craig

7     Federighi; and, yet, no one at Apple ever indicated to

8     us that they had any issue with what we were doing.

9     BY MS. BINA:

10         Q.  Is that a complete answer?

11         A.  I appreciate the pause, yes.  That's the

12    extent of my answer for now.

13         Q.  Just a couple of clarification questions,

14    starting with the last point.

15

16

17

18

19

20    ███████████████████, rather than something someone

21    affirmatively said to you, like -- I don't know --

22    someone at Apple saying, "You have a license to use

23    the product" or something like that?

24         MR. VINE:  Objection.

25    BY MS. BINA:

Page 178

ATTORNEYS EYES ONLY



```
 1
 2
 3
 4
 5
 6
 7
 8
 9          Let's turn to Tab 11 -- Exhibit 11 -- which
10     is an e-mail from Ollie Whitehouse at NCC Group to
11     you.
12          Do you have that in front of you?
13          A.  I do.
14          Q.  And he has a question for you.
15
16
17          Do you remember him asking this question?
18          A.  I don't remember this e-mail specifically,
19     but I do see it on the page here.
20          Q.
21
22
23          A.
24          MS. BINA:
25
```

Page 184

ATTORNEYS EYES ONLY



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23        A.   That's correct.
24             MS. BINA:
25                     Exhibit 14.
```

Page 189

ATTORNEYS EYES ONLY

```
 1                        CERTIFICATE OF OATH

 2


 3        STATE OF FLORIDA

 4        COUNTY OF PALM BEACH

 5


 6


 7                 I, Lisa Gerlach, the undersigned Notary

 8        Public, in and for the State of Florida, hereby

 9        certify that Amanda Gorton personally appeared before

10        me and was duly sworn.

11

12                 WITNESS my hand and official seal this

13        29th day of March, 2020.

14

15

16

17                 Lisa Gerlach, Court Reporter

18                 Commission #GG023652

19                 Expires 9/8/2020

20

21

22

23

24

25

                                             Page 212
```

ATTORNEYS EYES ONLY

```
1                    CERTIFICATE OF REPORTER

2


3       STATE OF FLORIDA

4       COUNTY OF PALM BEACH

5

6               I, Lisa Gerlach, Court Reporter, do hereby

7       certify that I was authorized to and did

8       stenographically report the foregoing deposition; and

9       that the transcript is a true and correct

10      transcription of the testimony given by the witness.

11              I further certify that I am not a relative,

12      employee, attorney or counsel of any of the parties,

13      nor am I a relative or employee of any of the parties'

14      attorney or counsel connected with the action, nor am

15      I financially interested in the action.

16              Dated this 29th day of March, 2020.

17

18

19              Lisa Gerlach, Court Reporter

20

21      The foregoing certification of this transcript does

22      not apply to any reproduction of the same by any means

23      unless under the direct control and/or discretion of

24      the certifying reporter.

25
```

Veritext Legal Solutions
866 299-5127