# Plaintiff Exhibit 48

# Filed Under Seal