# Plaintiff Exhibit 49

1

2   UNITED STATES DISTRICT COURT

3   SOUTHERN DISTRICT OF FLORIDA

4   Case No. 9:19-cv-81160-RS

5   - - - - - - - - - - - - - - - - - - - - - -x

6   APPLE INC.,

7                           Plaintiff,

8           -against-

9   CORELLIUM, LLC.,

                            Defendant.

10  - - - - - - - - - - - - - - - - - - - - - -x

11

                    Zoom Virtual Deposition

12

                    April 10, 2020

13                  11:00 a.m.

14

15      VIDEOTAPED DEPOSITION of STANISLAW

16  SKOWRONEK, in the above-entitled action,

17  held at the above time and place, taken

18  before Jeremy Richman, a Shorthand

19  Reporter and Notary Public of the State of

20  New York, pursuant to the Federal Rules of

21  Civil Procedure, and stipulations between

22  Counsel.

23

24              *       *       *

25

                                    Page 1

S. SKOWRONEK



| | |
|---|---|
| 1 | 12:56:58 |
| 2 | 12:57:02 |
| 3 | 12:57:04 |
| 4 | 12:57:06 |
| 5 | 12:57:07 |
| 6 | 12:57:08 |
| 7 | 12:57:13 |
| 8 | 12:57:14 |
| 9 | 12:57:16 |
| 10 | 12:57:19 |
| 11 | 12:57:21 |
| 12 | 12:57:24 |
| 13 | 12:57:26 |
| 14 | 12:57:28 |
| 15 | 12:57:32 |
| 16 | 12:57:34 |
| 17 | 12:57:35 |
| 18 | 12:57:38 |
| 19 | 12:57:41 |
| 20 | 12:57:43 |
| 21 | 12:57:53 |
| 22 | 12:57:56 |
| 23 | 12:58:00 |
| 24 | 12:58:02 |
| 25 | 12:58:03 |

Veritext Legal Solutions
866 299-5127

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | ███ ████████████████ | 12:58:05 |
| 2 | ██████████ | 12:58:09 |
| 3 | MR. VINE:  Objection. | 12:58:10 |
| 4 | ██ ████████████████ | 12:58:11 |
| 5 | ████████████████ | 12:58:12 |
| 6 | █████████████ | 12:58:15 |
| 7 | █████████████ | 12:58:16 |
| 8 | ████ | 12:58:18 |
| 9 | ██ ████████████ | 12:58:18 |
| 10 | █████████████ | 12:58:23 |
| 11 | ██ ████████████████ | 12:58:25 |
| 12 | ████████████████ | 12:58:38 |
| 13 | ████████ | 12:58:40 |

```
14        Q.   Okay.  Mr. Skowronek, as I      12:58:42

15   think you're aware, your company          12:58:59

16   designated you to testify on some         12:59:01

17   specific topics, correct?                 12:59:04

18        A.   I am aware of that, yes.         12:59:06

19        Q.   Okay.  We're going to need to    12:59:08

20   go through these, and I just want to      12:59:10

21   give you a chance to see the topics       12:59:12

22   yourself before I ask you questions on    12:59:14

23   them.                                     12:59:16

24             So, Jeremiah, if you could      12:59:17

25   bring tab 2 into the folder, please,      12:59:19
```

Page 99

S. SKOWRONEK



| | |
|---|---|
| 1 | 13:58:26 |
| 2 | 13:58:30 |
| 3 | 13:58:32 |
| 4 | 13:58:36 |
| 5 | 13:58:37 |
| 6 | 13:58:39 |
| 7 | 13:58:41 |
| 8 | 13:58:42 |
| 9 | 13:58:43 |
| 10 | 13:58:48 |
| 11 | 13:58:51 |
| 12 | 13:58:56 |
| 13 | 13:58:56 |
| 14 | 13:59:00 |
| 15 | 13:59:03 |
| 16 | 13:59:06 |
| 17 | 13:59:08 |
| 18 | 13:59:11 |
| 19 | 13:59:15 |
| 20 | 13:59:17 |
| 21 | 13:59:22 |
| 22 | 13:59:23 |
| 23 | 13:59:26 |
| 24 | 13:59:29 |
| 25 | 13:59:31 |

Page 134

S. SKOWRONEK

| | | |
|---|---|---|
| 1 |  | 14:01:51 |
| 2 | | 14:01:53 |
| 3 | | 14:01:56 |
| 4 | | 14:01:59 |
| 5 | | 14:02:01 |
| 6 | | 14:02:05 |
| 7 | | 14:02:09 |
| 8 | | 14:02:14 |
| 9 | | 14:02:16 |
| 10 | | 14:02:19 |
| 11 | | 14:02:22 |
| 12 | | 14:02:24 |
| 13 | | 14:02:25 |
| 14 | | 14:02:30 |
| 15 | | 14:02:38 |
| 16 | | 14:02:40 |
| 17 | | 14:02:46 |
| 18 | | 14:02:49 |
| 19 | | 14:02:51 |
| 20 | | 14:02:54 |
| 21 | | 14:02:58 |
| 22 | | 14:03:01 |
| 23 | | 14:03:02 |
| 24 | | 14:03:04 |
| 25 | MR. VINE:  Objection. | 14:03:04 |

Page 137

S. SKOWRONEK



| | |
|---|---|
| 1 | 16:10:25 |
| 2 | 16:10:28 |
| 3 | 16:10:32 |
| 4 | 16:10:33 |
| 5 | 16:10:36 |
| 6 | 16:10:40 |
| 7 | 16:10:40 |
| 8 | 16:10:43 |
| 9 | 16:10:46 |
| 10 | 16:10:51 |
| 11 | 16:10:53 |
| 12 | 16:10:55 |
| 13 | 16:10:57 |
| 14 | 16:10:58 |
| 15 | 16:11:01 |
| 16 | 16:11:02 |
| 17 | 16:11:07 |
| 18 | 16:11:09 |
| 19 | 16:11:11 |
| 20 | 16:11:13 |
| 21 | 16:11:16 |
| 22 | 16:11:19 |
| 23 | 16:11:22 |
| 24 | 16:11:22 |
| 25 | 16:11:24 |

Page 223

S. SKOWRONEK



| Line | Time |
|------|------|
| 1 | 16:11:27 |
| 2 | 16:11:29 |
| 3 | 16:11:32 |
| 4 | 16:11:34 |
| 5 | 16:11:36 |
| 6 | 16:11:38 |
| 7 | 16:11:40 |
| 8 | 16:11:42 |
| 9 | 16:11:45 |
| 10 | 16:11:48 |
| 11 | 16:11:48 |
| 12 | 16:11:49 |
| 13 | 16:11:52 |
| 14 | 16:11:53 |
| 15 | 16:11:53 |
| 16 | 16:11:55 |
| 17 | 16:12:00 |
| 18 | 16:12:01 |
| 19 | 16:12:20 |
| 20 | 16:12:22 |
| 21 | 16:12:24 |
| 22 | 16:12:27 |
| 23 | 16:12:30 |
| 24 | 16:12:33 |
| 25 | 16:12:35 |

11        MR. VINE:   Objection.

Page 224

S. SKOWRONEK



| | |
|---|---|
| 1 | 16:26:30 |
| 2 | 16:26:32 |
| 3 | 16:26:35 |
| 4 | 16:26:42 |
| 5 | 16:26:44 |
| 6 | 16:26:45 |
| 7 | 16:26:49 |
| 8 | 16:26:51 |
| 9 | 16:26:52 |
| 10 | 16:26:54 |
| 11 | 16:26:56 |
| 12 | 16:27:02 |
| 13 | 16:27:07 |
| 14 | 16:27:08 |
| 15 | 16:27:21 |
| 16 | 16:27:25 |
| 17 | 16:27:30 |
| 18 | 16:27:31 |
| 19 | 16:27:35 |
| 20 | 16:27:38 |
| 21 | 16:27:42 |
| 22 | 16:27:42 |
| 23 | 16:27:45 |
| 24 | 16:27:48 |
| 25 | 16:27:52 |

Page 234

S. SKOWRONEK

| | |
|---|---|
| 1 | 16:27:54 |
| 2 | 16:27:57 |
| 3 | 16:27:58 |
| 4 | 16:28:04 |
| 5 | 16:28:06 |
| 6 | 16:28:07 |
| 7 | 16:28:13 |
| 8 | 16:28:15 |
| 9 | 16:28:21 |
| 10 | 16:28:25 |
| 11 | 16:28:27 |
| 12 | 16:28:30 |
| 13 | 16:28:36 |
| 14 | 16:28:39 |
| 15 | 16:28:46 |
| 16 | 16:28:49 |
| 17 | 16:28:51 |
| 18 | 16:28:58 |
| 19 | 16:29:02 |
| 20 | 16:29:04 |
| 21 | 16:29:06 |
| 22 | 16:29:09 |
| 23 | 16:29:10 |
| 24 | 16:29:13 |
| 25 | 16:29:15 |

Page 235

S. SKOWRONEK



```
 1                                          16:39:42
 2                                          16:39:44
 3                                          16:39:46
 4                                          16:39:47
 5                                          16:39:50
 6                                          16:39:54
 7                                          16:39:56
 8                                          16:39:58
 9                                          16:39:59
10          MR. VINE:   Objection.          16:40:00
11                                          16:40:01
12                                          16:40:07
13                                          16:40:12
14                                          16:40:13
15                                          16:40:17
16                                          16:40:19
17                                          16:40:22
18                                          16:40:25
19                                          16:40:27
20                                          16:40:30
21                                          16:40:31
22                                          16:40:40
23                                          16:40:44
24                                          16:40:46
25                                          16:40:49
```

Page 244

```
1                                                          16:40:54
2                                                          16:40:57
3                                                          16:41:00
4                                                          16:41:02
5                                                          16:41:07
6                                                          16:41:10
7                                                          16:41:12
8                                                          16:41:13
9                                                          16:41:29
10                                                         16:41:38
11                                                         16:41:38
12                                                         16:41:41
13                                                         16:41:46
14                                                         16:41:48
15                                                         16:41:51
16                                                         16:41:53
17                                                         16:42:12
18                                                         16:42:12
19                                                         16:42:14
20                                                         16:42:15
21                                                         16:42:21
22                                                         16:42:25
23                                                         16:42:27
24                                                         16:42:31
25                                                         16:42:34
```

Page 245

S. SKOWRONEK



| | |
|---|---|
| 1 | 16:46:58 |
| 2 | 16:46:59 |
| 3 | 16:47:02 |
| 4 | 16:47:04 |
| 5 | 16:47:07 |
| 6 | 16:47:09 |
| 7 | 16:47:13 |
| 8 | 16:47:15 |
| 9 | 16:47:19 |
| 10 | 16:47:22 |
| 11 | 16:47:25 |
| 12 | 16:47:28 |
| 13 | 16:47:30 |
| 14 | 16:47:33 |
| 15 | 16:47:36 |
| 16 | 16:47:40 |
| 17 | 16:47:42 |
| 18 | 16:47:45 |
| 19 | 16:47:47 |
| 20 | 16:47:49 |
| 21 | 16:48:06 |
| 22 | 16:48:10 |
| 23 | 16:48:15 |
| 24 | 16:48:17 |
| 25 | 16:48:20 |

Page 250

| | |
|---|---|
| 1 | 16:48:24 |
| 2 | 16:48:26 |
| 3 | 16:48:29 |
| 4 | 16:48:33 |
| 5 | 16:48:36 |
| 6 | 16:48:38 |
| 7 | 16:48:41 |
| 8 | 16:48:43 |
| 9 | 16:48:46 |
| 10 | 16:48:48 |
| 11 | 16:48:51 |
| 12 | 16:48:54 |
| 13 | 16:48:56 |
| 14 | 16:48:59 |
| 15 | 16:49:00 |
| 16 | 16:49:05 |
| 17 | 16:49:09 |
| 18 | 16:49:11 |
| 19 | 16:49:12 |
| 20 | 16:49:15 |
| 21 | 16:49:18 |
| 22 | 16:49:18 |
| 23 | 16:49:22 |
| 24 | 16:49:24 |
| 25 | 16:49:27 |

Page 251

| | |
|---|---|
| 1 | 16:49:28 |
| 2 | 16:49:34 |
| 3 | 16:49:37 |
| 4 | 16:49:42 |
| 5 | 16:49:44 |
| 6 | 16:49:46 |
| 7 | 16:49:50 |
| 8 | 16:49:51 |
| 9 | 16:49:53 |
| 10 | 16:49:55 |
| 11 | 16:49:57 |
| 12 | 16:50:02 |
| 13 | 16:50:03 |
| 14 | 16:50:05 |
| 15 | 16:50:06 |
| 16 | 16:50:12 |
| 17 | 16:50:13 |
| 18 | 16:50:17 |
| 19 | 16:50:18 |
| 20 | 16:50:20 |
| 21 | 16:50:22 |
| 22 | 16:50:24 |
| 23 | 16:50:25 |
| 24 | 16:50:31 |
| 25 | 16:50:33 |

Page 252



```
 1                                               16:50:36

 2                                               16:50:40

 3                                               16:50:42

 4                                               16:50:43

 5                                               16:50:50

 6                                               16:50:52

 7                                               16:50:54

 8                                               16:50:58

 9                                               16:51:00

10                                               16:51:01

11                                               16:51:03

12                                               16:51:05

13                                               16:51:07

14                                               16:51:09

15                                               16:51:12

16                                               16:51:15

17                                               16:51:19

18                                               16:51:24

19                                               16:51:29

20          MR. VINE:   Objection.              16:51:32

21                                               16:51:39

22                                               16:51:40

23                                               16:51:42

24                                               16:51:43

25          Q.    Let me start by asking you --  16:51:47
```

Page 253

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | MR. VINE:   Objection. | 16:55:13 |
| 2 | | 16:55:13 |
| 3 | | 16:55:15 |
| 4 | | 16:55:20 |
| 5 | | 16:55:23 |
| 6 | | 16:55:23 |
| 7 | | 16:55:27 |
| 8 | | 16:55:29 |
| 9 | | 16:55:36 |
| 10 | | 16:55:39 |
| 11 | | 16:55:40 |
| 12 | | 16:55:41 |
| 13 | | 16:55:43 |
| 14 | | 16:55:47 |
| 15 | | 16:55:50 |
| 16 | | 16:55:56 |
| 17 | | 16:56:03 |
| 18 | | 16:56:03 |
| 19 | | 16:56:04 |
| 20 | | 16:56:06 |
| 21 | | 16:56:08 |
| 22 | | 16:56:11 |
| 23 | | 16:56:13 |
| 24 | | 16:56:15 |
| 25 | | 16:56:18 |

Page 257

| | |
|---|---|
| 1 | 16:56:22 |
| 2 | 16:56:27 |
| 3 | 16:56:30 |
| 4 | 16:56:31 |
| 5 | 16:56:33 |
| 6 | 16:56:35 |
| 7 | 16:56:38 |
| 8 | 16:56:41 |
| 9 | 16:56:47 |
| 10 | 16:56:48 |
| 11 | 16:56:50 |
| 12 | 16:56:52 |
| 13 | 16:56:55 |
| 14 | 16:56:59 |
| 15 | 16:57:05 |
| 16 | 16:57:08 |
| 17 | 16:57:11 |
| 18 | 16:57:14 |
| 19 | 16:57:20 |
| 20 | 16:57:24 |
| 21 | 16:57:26 |
| 22 | 16:57:30 |
| 23 | 16:57:35 |
| 24 | 16:57:36 |
| 25 | 16:57:37 |

Page 258

S. SKOWRONEK

| | |
|---|---|
| 1 | 16:58:44 |
| 2 | 16:58:44 |
| 3 | 16:58:46 |
| 4 | 16:58:50 |
| 5 | 16:58:53 |
| 6 | 16:58:55 |
| 7 | 16:59:00 |
| 8 | 16:59:02 |
| 9 | 16:59:05 |
| 10 | 16:59:06 |
| 11 | 16:59:08 |
| 12 | 16:59:09 |
| 13 | 16:59:10 |
| 14 | 16:59:13 |
| 15 | 16:59:18 |
| 16 | 16:59:22 |
| 17 | 16:59:24 |
| 18 | 16:59:26 |
| 19 | 16:59:29 |
| 20 | 16:59:34 |
| 21 | 16:59:34 |
| 22 | 16:59:36 |
| 23 | 16:59:39 |
| 24 | 16:59:40 |
| 25 | 16:59:44 |

Page 260

| | |
|---|---|
| 1 | 16:59:45 |
| 2 | 16:59:47 |
| 3 | 16:59:48 |
| 4 | 16:59:48 |
| 5 | 16:59:52 |
| 6 | 16:59:55 |
| 7 | 16:59:57 |
| 8 | 16:59:57 |
| 9 | 17:00:01 |
| 10 | 17:00:03 |
| 11 | 17:00:06 |
| 12 | 17:00:09 |
| 13 | 17:00:12 |
| 14 | 17:00:15 |
| 15 | 17:00:18 |
| 16 | 17:00:26 |
| 17 | 17:00:31 |
| 18 | 17:00:36 |
| 19 | 17:00:38 |
| 20 | 17:00:42 |
| 21 | 17:00:45 |
| 22 | 17:00:46 |
| 23 | 17:00:48 |
| 24 | 17:00:51 |
| 25 | 17:00:58 |

Page 261

S. SKOWRONEK

```
 1                                          17:01:00

 2                                          17:01:02

 3                                          17:01:03

 4                                          17:01:07

 5                                          17:01:09

 6                                          17:01:16

 7     Can we get a break?                  17:01:17

 8          Q.    Let's do that.  Mine was  17:01:19

 9     starting to go on me a few minutes ago. 17:01:21

10     Shall we take five?                  17:01:24

11          A.    Yeah, what do you think?  17:01:25

12          Q.    Whatever you need.        17:01:26

13          A.    Let's do 10.              17:01:28

14          Q.    Ten minutes, no problem.  17:01:30

15                THE VIDEOGRAPHER:  It is  17:01:32

16     5:01, we're off the record.          17:01:35

17                (Recess.)                 17:01:36

18                THE VIDEOGRAPHER:  Time is 17:13:45

19     5:14, we're back on the record.      17:14:02

20                                          17:14:06

21                                          17:14:08

22                                          17:14:11

23                                          17:14:14

24                                          17:14:16

25                                          17:14:20
```

Page 262

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | | 17:21:56 |
| 2 | | 17:21:58 |
| 3 | | 17:21:59 |
| 4 | | 17:22:02 |
| 5 | | 17:22:04 |
| 6 | | 17:22:08 |
| 7 | | 17:22:13 |
| 8 | | 17:22:16 |
| 9 | | 17:22:19 |
| 10 | | 17:22:20 |
| 11 | | 17:22:22 |
| 12 | | 17:22:24 |
| 13 | | 17:22:27 |
| 14 | | 17:22:30 |
| 15 | | 17:22:32 |
| 16 | | 17:22:35 |
| 17 | | 17:22:37 |
| 18 | | 17:22:43 |
| 19 | | 17:22:45 |
| 20 | | 17:22:47 |
| 21 | | 17:22:49 |
| 22 | | 17:22:52 |
| 23 | | 17:22:54 |
| 24 | | 17:22:57 |
| 25 | | 17:22:57 |

Page 269



| | |
|---|---|
| 1 | 17:23:00 |
| 2 | 17:23:03 |
| 3 | 17:23:06 |
| 4 | 17:23:08 |
| 5 | 17:23:09 |
| 6 | 17:23:12 |
| 7 | 17:23:14 |
| 8 | 17:23:19 |
| 9 | 17:23:22 |
| 10 | 17:23:25 |
| 11 | 17:23:26 |
| 12 | 17:23:29 |
| 13 | 17:23:32 |
| 14 | 17:23:34 |
| 15 | 17:23:38 |
| 16 | 17:23:41 |
| 17 | 17:23:44 |
| 18 | 17:23:47 |
| 19 | 17:23:50 |
| 20 | 17:23:54 |
| 21 | 17:23:55 |
| 22 | 17:23:59 |
| 23 | 17:24:02 |
| 24 | 17:24:03 |
| 25 | 17:24:06 |

Page 270

S. SKOWRONEK

| | |
|---|---|
| 1 | 17:24:09 |
| 2 | 17:24:10 |
| 3 | 17:24:13 |
| 4 | 17:24:15 |
| 5 | 17:24:18 |
| 6 | 17:24:19 |
| 7 | 17:24:22 |
| 8 | 17:24:24 |
| 9 | 17:24:27 |
| 10 | 17:24:29 |
| 11 | 17:24:31 |
| 12 | 17:24:35 |
| 13 | 17:24:39 |
| 14 | 17:24:40 |
| 15 | 17:24:43 |
| 16 | 17:24:45 |
| 17 | 17:24:50 |
| 18 | 17:24:51 |
| 19 | 17:24:52 |
| 20 | 17:24:53 |
| 21 | 17:24:56 |
| 22 | 17:24:59 |
| 23 | 17:25:05 |
| 24 | 17:25:07 |
| 25 | 17:25:10 |

Page 271

S. SKOWRONEK



| | |
|---|---|
| 1 | 17:25:14 |
| 2 | 17:25:19 |
| 3 | 17:25:20 |
| 4 | 17:25:22 |
| 5 | 17:25:24 |
| 6 | 17:25:31 |
| 7 | 17:25:35 |
| 8 | 17:25:36 |
| 9 | 17:25:39 |
| 10 | 17:25:41 |
| 11 | MR. VINE:  Objection.  17:25:43 |
| 12 | 17:25:45 |
| 13 | 17:25:54 |
| 14 | 17:25:57 |
| 15 | 17:25:59 |
| 16 | 17:26:03 |
| 17 | 17:26:06 |
| 18 | 17:26:08 |
| 19 | 17:26:10 |
| 20 | 17:26:13 |
| 21 | 17:26:14 |
| 22 | 17:26:16 |
| 23 | 17:26:19 |
| 24 | 17:26:22 |
| 25 | 17:26:26 |

Page 272

1                                              17:26:30

2                                              17:26:33

3                                              17:26:35

4                                              17:26:37

5                                              17:26:39

6                                              17:26:49

7                                              17:26:51

8                                              17:26:52

9                                              17:26:56

10                                             17:26:57

11                                             17:26:58

12                                             17:27:02

13                                             17:27:06

14                                             17:27:07

15                                             17:27:10

16                                             17:27:14

17                                             17:27:18

18                                             17:27:22

19                                             17:27:24

20                                             17:27:27

21                                             17:27:28

22                                             17:27:31

23                                             17:27:35

24                                             17:27:36

25                                             17:27:40

Page  273

| | |
|---|---|
| 1 | 17:27:44 |
| 2 | 17:27:47 |
| 3 | 17:27:49 |
| 4 | 17:27:54 |
| 5 | 17:27:58 |
| 6 | 17:27:59 |
| 7 | 17:28:03 |
| 8 | 17:28:06 |
| 9 | 17:28:08 |
| 10 | 17:28:11 |
| 11 | 17:28:13 |
| 12 | 17:28:16 |
| 13 | 17:28:20 |
| 14 | 17:28:25 |
| 15 | 17:28:27 |
| 16 | 17:28:29 |
| 17 | 17:28:31 |
| 18 | 17:28:33 |
| 19 | 17:28:38 |
| 20 | 17:28:41 |
| 21 | 17:28:44 |
| 22 | 17:28:47 |
| 23 | 17:28:50 |
| 24 | 17:28:52 |
| 25 | 17:28:54 |

Page 274



| | |
|---|---|
| 1 | 17:44:40 |
| 2 | 17:44:42 |
| 3 | 17:44:50 |
| 4 | 17:44:52 |
| 5 | 17:44:55 |
| 6 | 17:44:57 |
| 7 | 17:45:01 |
| 8 | Q.    And this setting that we see | 17:45:04 |
| 9 | in page 6 of Exhibit 2, | 17:45:07 |
| 10 | 17:45:10 |
| 11 | 17:45:14 |
| 12 | 17:45:17 |
| 13 | 17:45:20 |
| 14 | 17:45:21 |
| 15 | 17:45:23 |
| 16 | 17:45:25 |
| 17 | 17:45:27 |
| 18 | 17:45:28 |
| 19 | 17:45:31 |
| 20 | 17:45:37 |
| 21 | 17:45:40 |
| 22 | 17:46:09 |
| 23 | 17:46:11 |
| 24 | 17:46:14 |
| 25 | MR. VINE:  Objection. | 17:46:15 |

Page 288



| | |
|---|---|
| 1 | 18:40:58 |
| 2 | 18:41:01 |
| 3 | 18:41:06 |
| 4 | 18:41:09 |
| 5 | 18:41:12 |
| 6 | 18:41:15 |
| 7 | 18:41:17 |
| 8 | 18:41:22 |
| 9 | 18:41:24 |
| 10 | 18:41:26 |
| 11 | 18:41:32 |
| 12 | 18:41:35 |
| 13 | 18:41:37 |
| 14 | 18:41:41 |
| 15 | 18:41:44 |
| 16 | MR. VINE:  Objection. | 18:41:45 |
| 17 | 18:41:46 |
| 18 | 18:41:49 |
| 19 | 18:41:51 |
| 20 | 18:41:53 |
| 21 | 18:41:58 |
| 22 | 18:41:59 |
| 23 | 18:42:02 |
| 24 | 18:42:04 |
| 25 | 18:42:07 |

Page 322

S. SKOWRONEK



| | |
|---|---|
| 1 | 18:42:11 |
| 2 | 18:42:19 |
| 3 | 18:42:20 |
| 4 | 18:42:22 |
| 5 | 18:42:24 |
| 6 | 18:42:25 |
| 7 | 18:42:27 |
| 8 | 18:42:30 |
| 9 | 18:42:33 |
| 10 | 18:42:38 |
| 11 | 18:42:40 |
| 12 | 18:42:40 |
| 13 | 18:42:42 |
| 14 | 18:42:46 |
| 15 | 18:42:48 |
| 16 | 18:42:51 |
| 17 | 18:42:59 |
| 18 | 18:43:04 |
| 19 | 18:43:09 |
| 20 | MR. VINE:  Objection.    18:43:11 |
| 21 | 18:43:11 |
| 22 | 18:43:13 |
| 23 | 18:43:15 |
| 24 | 18:43:17 |
| 25 | 18:43:17 |

Page 323

| | | |
|---|---|---|
| 1 | MR. GROSS:  I couldn't | 19:16:46 |
| 2 | disagree -- I could not disagree | 19:16:47 |
| 3 | more.  The speaking objection is | 19:16:49 |
| 4 | improper.  I'm going to continue | 19:16:50 |
| 5 | with my questioning. | 19:16:52 |
| 6 | MR. VINE:  What's improper is | 19:16:53 |
| 7 | you wasted 15 minutes of | 19:16:54 |
| 8 | everybody's time and said you | 19:16:56 |
| 9 | needed to look at your notes and | 19:16:58 |
| 10 | take care of things, not to go back | 19:17:00 |
| 11 | and read the transcript. | 19:17:01 |
| 12 | MR. GROSS:  Are you finished, | 19:17:03 |
| 13 | Jonathan? | 19:17:05 |
| 14 | MR. VINE:  I am. | 19:17:06 |
| 15 | MR. GROSS:  I want to make | 19:17:07 |
| 16 | sure you're done before I ask my | 19:17:08 |
| 17 | next question. | 19:17:10 |
| 18 | MR. VINE:  Go ahead, Gabe. | 19:17:11 |
| 19 | Q.    Mr. Skowronek, may I ask you | 19:17:12 |
| 20 | another question? | 19:17:13 |
| 21 | A.    Sure, yes, please. | 19:17:14 |
| 22 | | 19:17:15 |
| 23 | | 19:17:17 |
| 24 | | 19:17:21 |
| 25 | | 19:17:26 |

Page 340



1                                              19:17:32

2                                              19:17:34

3                                              19:17:37

4                                              19:17:40

5                                              19:17:45

6                                              19:17:48

7                                              19:17:55

8                                              19:17:57

9                                              19:18:00

10                                             19:18:03

11                                             19:18:05

12                                             19:18:07

13          MR. VINE:   Objection.            19:18:10

14                                             19:18:10

15                                             19:18:12

16                                             19:18:16

17                                             19:18:20

18                                             19:18:22

19                                             19:18:23

20                                             19:18:27

21                                             19:18:28

22                                             19:18:32

23                                             19:18:33

24                                             19:18:35

25                                             19:18:37

Veritext Legal Solutions
866 299-5127

CERTIFICATION

   I, JEREMY RICHMAN, a Notary Public for
and within the State of New York, do
hereby certify:

   That the witness whose testimony as
herein set forth, was duly sworn by me;
and that the within transcript is a true
record of the testimony given by said
witness.

   I further certify that I am not
related to any of the parties to this
action by blood or marriage, and that I am
in no way interested in the outcome of
this matter.

   IN WITNESS WHEREOF, I have hereunto
set my hand this 13th day of April, 2020.




                    JEREMY RICHMAN

                                          Page 352