# Plaintiff Exhibit 50

# Filed Under Seal