# Plaintiff Exhibit 51
# Filed Under Seal