# Plaintiff Exhibit 52

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF FLORIDA
 3
 4    APPLE, INC.,                    )
 5              Plaintiff,            )
 6         vs.                        ) Case NO.
 7    CORELLIUM, LLC,                 ) 9:19-cv-81160-RS
 8              Defendant.            )
 9    _____ )
10
11
12
13         CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15
16    VIDEOTAPED DEPOSITION OF ALEXANDER CHARLES STAMOS
17                    Zoom Videoconference
18                  Friday, April 24, 2020
19                9:08 a.m. (PST) - 4:13 p.m.
20
21    Reported by:
22    ASHALA TYLOR, CSR #2436, CLR, CRR, RPR
23    JOB NO. 4082355
24
25    PAGES 1 - 255
```

Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   case?                                                    02:49
 2        A.   I believe there are exemptions --              02:49
 3             MR. PRICE:  Objection.  Vague.                 02:49
 4             THE WITNESS:  I'm sorry, go ahead.             02:49
 5             MR. PRICE:  Vague.                             02:49
 6             THE WITNESS:  I believe the Library of         02:49
 7   Congress's exemptions for security and encryption        02:49
 8   research is relevant here.                               02:49
 9   BY MR. WETZEL:                                           02:49
10        Q.   You believe they apply to Corellium's          02:49
11   conduct?                                                 02:49
12        A.   I believe the --                               02:49
13             MR. PRICE:  Objection.  Calls for a legal      02:49
14   conclusion.                                              02:49
15             THE WITNESS:  My -- my best interpretation     02:49
16   of that exemption to the Corellium product is the        02:49
17   Corellium product does fit as a tool that allows for     02:49
18   security research.                                       02:49
19   BY MR. WETZEL:                                           02:49
20        Q.   You say "a tool that allows for security       02:49
21   research."  It's not the exclusive use case of the       02:49
22   Corellium product to be used for security research;      02:49
23   is that correct?                                         02:49
24        A.   No, that's not the exclusive use.  You can     02:49
25   use it for other things.                                 02:50
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q. What other things could you use it for? | 02:50 |
| 2 | A. You could use it to test an iOS app if, | 02:50 |
| 3 | say, you were an iOS developer, to test it on a | 02:50 |
| 4 | variety of different versions of iOS before you | 02:50 |
| 5 | release it. That's one -- one way I could think of | 02:50 |
| 6 | people using it. | 02:50 |
| 7 | Q. Can you think of any other ways it could | 02:50 |
| 8 | be used apart from security research or testing? | 02:50 |
| 9 | A. I mean, to form a basic understanding of | 02:50 |
| 10 | how iOS works, you know, for education. So, for | 02:50 |
| 11 | example, I teach a class in which we use virtual | 02:50 |
| 12 | operating systems to teach how operating systems | 02:50 |
| 13 | work and to teach students how to both break them | 02:50 |
| 14 | and defend them. And so Corellium -- if -- if I | 02:50 |
| 15 | added an iOS section to that class, Corellium would | 02:50 |
| 16 | be exactly the kind of product that would make it | 02:50 |
| 17 | much easier to teach that class. So I think there's | 02:50 |
| 18 | educational uses. I think there's the overall use | 02:51 |
| 19 | for understanding iOS and providing criticism, which | 02:51 |
| 20 | I think would mostly be around security. But that's | 02:51 |
| 21 | my area, so perhaps I'm overfocused on that. | 02:51 |
| 22 | Q. Any other potential uses you can think of? | 02:51 |
| 23 | A. I'm sure there's many uses of having a | 02:51 |
| 24 | virtualized iOS that you can access remotely. Those | 02:51 |
| 25 | are the ones that come to mind. | 02:51 |

Page 205

| | | |
|---|---|---|
| 1 | research.  So I'm familiar from her discussion and | 02:58 |
| 2 | the articles she cites. | 02:58 |
| 3 | Q.  In paragraph 53 you note that "Corellium's | 02:58 |
| 4 | product is not marketed for use in circumventing | 02:58 |
| 5 | protection afforded by a technological measure." | 02:58 |
| 6 | What would it look like for a product to | 02:58 |
| 7 | be marketed for use in circumventing a protection | 02:58 |
| 8 | afforded by a technological measure? | 02:58 |
| 9 | A.  So in the context of iOS, an example would | 02:58 |
| 10 | be if Corellium marketed their product in a way that | 02:59 |
| 11 | you could download games that are -- otherwise you | 02:59 |
| 12 | have to pay for on iOS, which is how some jailbreaks | 02:59 |
| 13 | are marketed. | 02:59 |
| 14 | Q.  Any other examples of how you would market | 02:59 |
| 15 | a product for use in circumventing protection | 02:59 |
| 16 | afforded by a technological measure? | 02:59 |
| 17 | A.  I'm sure there's an infinite number of | 02:59 |
| 18 | hypotheticals we could come up with here.  When I | 02:59 |
| 19 | think of this, I think of somebody marketing, for | 02:59 |
| 20 | example, you know, here is software to copyright -- | 02:59 |
| 21 | to copy your Blu-ray disks.  This will break DRM on | 02:59 |
| 22 | this game.  Here's a way to crack, you know, some | 02:59 |
| 23 | game downloader so you can get free games. | 02:59 |
| 24 | Q.  Do you know whether Corellium's marketed | 02:59 |
| 25 | to circumvent security protections on iOS itself? | 02:59 |

Page 211

| | | |
|---|---|---|
| 1 | A.   Corellium is marketed as allowing you to | 03:00 |
| 2 | emulate iOS.  In doing so, they have to circumvent | 03:00 |
| 3 | what you might call security protections since Apple | 03:00 |
| 4 | has designed their systems to make it very much -- | 03:00 |
| 5 | very difficult to run iOS except on authorized Apple | 03:00 |
| 6 | hardware. | 03:00 |
| 7 | Q.   Do you know whether Corellium is marketed | 03:00 |
| 8 | as having the capability to jailbreak iOS? | 03:00 |
| 9 | A.   Since the capability is right there on the | 03:00 |
| 10 | configuration page, I expect that that's part of | 03:00 |
| 11 | their marketing, at a minimum, is to show that | 03:00 |
| 12 | configuration, but I can't think of a specific | 03:00 |
| 13 | example right now. | 03:00 |
| 14 | Q.   Would you agree that one of the main draws | 03:00 |
| 15 | of the Corellium product is the access that a user | 03:00 |
| 16 | has to iOS without having to comply with Apple's | 03:00 |
| 17 | end-user license agreement? | 03:01 |
| 18 | A.   No.  I think the main draw is the ability | 03:01 |
| 19 | to run iOS, 1, in a -- remotely; 2, on a variety of | 03:01 |
| 20 | different pieces of virtualized hardware and with | 03:01 |
| 21 | features such as snapshotting that don't exist in | 03:01 |
| 22 | hardware environments; and, 3, with the ability to | 03:01 |
| 23 | attach debuggers in such -- in a way that's much | 03:01 |
| 24 | easier on a physical device, even one that's | 03:01 |
| 25 | jailbroken. | 03:01 |

Page 212

```
 1                CERTIFICATE OF REPORTER
 2      I, ASHALA TYLOR, CSR No. 2436, in and for the State
 3  of California, do hereby certify:
 4       That the foregoing proceedings were taken before me
 5  at the time and place herein set forth; that any
 6  witnesses in the foregoing proceedings, prior to
 7  testifying, were placed under oath; that a verbatim
 8  record of the proceedings were made by me using machine
 9  shorthand which was thereafter transcribed under my
10  direction; further that the foregoing is an accurate
11  transcription thereof.
12       That before the completion of the deposition,
13  review of the transcript was requested.
14       I further certify that I am neither financially
15  interested in this action nor a relative or employee of
16  any attorney or any of the parties hereto.
17       In compliance with Section 8016 of the Business and
18  Professions Code, I certify under penalty of perjury
19  that I am a Certified Shorthand Reporter with
20  California License No. 2436 in full force and effect.
21  WITNESS my hand this 28th day of April, 2020.
22
23
24       [signature]
25       Ashala Tylor, CSR #2436, RPR, CRR, CLR
```

Page 256