# Plaintiff Exhibit 53
# Filed Under Seal