# Plaintiff Exhibit 54
# Filed Under Seal