Case 9:19-cv-81160-RS   Document 455-55   Entered on FLSD Docket 05/11/2020   Page 1 of 1

# Plaintiff Exhibit 55

# Filed Under Seal