# Plaintiff Exhibit 56

# Filed Under Seal