# Plaintiff Exhibit 57
# Filed Under Seal