# Plaintiff Exhibit 58

# Filed Under Seal