# Plaintiff Exhibit 59
# Filed Under Seal