# Plaintiff Exhibit 60
# Filed Under Seal