# Plaintiff Exhibit 61
# Filed Under Seal