# Plaintiff Exhibit 62
# Filed Under Seal