# Plaintiff Exhibit 63
# Filed Under Seal