# Plaintiff Exhibit 64

# Filed Under Seal