# Plaintiff Exhibit 65
# Filed Under Seal