# Plaintiff Exhibit 66
# Filed Under Seal