# Plaintiff Exhibit 67

# Filed Under Seal