# Plaintiff Exhibit 68

# Filed Under Seal