# Plaintiff Exhibit 69
# Filed Under Seal