# Plaintiff Exhibit 70

# Filed Under Seal