# Plaintiff Exhibit 71
# Filed Under Seal