# Plaintiff Exhibit 72
# Filed Under Seal