# Plaintiff Exhibit 73
# Filed Under Seal