# Plaintiff Exhibit 74
# Filed Under Seal