# Plaintiff Exhibit 75
# Filed Under Seal