# Plaintiff Exhibit 76
# Filed Under Seal