# Plaintiff Exhibit 77
# Filed Under Seal