# Plaintiff Exhibit 78

# Filed Under Seal