# Plaintiff Exhibit 79
# Filed Under Seal