# Plaintiff Exhibit 80

# Filed Under Seal