# Plaintiff Exhibit 81
# Filed Under Seal