# Plaintiff Exhibit 82

# Filed Under Seal