# Plaintiff Exhibit 83
# Filed Under Seal