UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                    Plaintiff,

   v.

CORELLIUM, LLC,

                    Defendant.

**PLAINTIFF APPLE INC.'S INDEX OF EXHIBITS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

**INDEX OF EXHIBITS**

| PEX # | Title | Bates | Date | Short Cite |
|---|---|---|---|---|
| **Apple's Declarations** | | | | |
| 1 | Declaration of Jonathan Andrews, Vice President, Software Engineering at Apple Inc. | | | Andrews Decl. |
| 2 | Declaration of Lee Peterson, Manager of the Build Engineering Project Managers Team at Apple Inc. | | | Peterson Decl. |
| 3 | Declaration of Dr. Jason Nieh | | | Nieh Decl. |
| 4 | Declaration of Akila Srinivasan, Product Manager of the Product Security Response, Investigations, and Partnerships Team at Apple Inc. | | | Srinivasan Decl. |
| **Apple's Copyright Registrations** | | | | |
| 5 | Apple U.S. Copyright Registrations | ECF No. 53-1 | 12/20/2019 | |
| 6 | Certificate of Registration VA 1-922-660 Apple Bokeh (bubble) Wallpaper iOS 7 | APL-CORELLIUM_00004962-APL-CORELLIUM_00004969 | 3/27/2014 | |
| 7 | Certificate of Registration VA 1-967-206 Apple Wallpaper - Flower Chrysanthemum Purple (iOS 8) | APL-CORELLIUM_00004970-APL-CORELLIUM_00004971 | 8/19/2015 | |
| 8 | Certificate of Registration VA 1-967-208 Apple Wallpaper - Abstract Ink Spot in Blue and Green (iOS 8) | APL-CORELLIUM_00004984-APL-CORELLIUM_00004985 | 8/19/2015 | |
| 9 | Certificate of Registration VA 1-967-209 Apple Wallpaper - Flower Magenta (iOS 8) | APL-CORELLIUM_00004994-APL-CORELLIUM_00004995 | 8/19/2015 | |
| 10 | Certificate of Registration TX 8-205-229 Apple iOS 9.0 Software | APL-CORELLIUM_00004850-APL-CORELLIUM_00004851 | 6/20/2016 | |
| 11 | Certificate of Registration TX 8-205-204 Apple iOS 9.1 Software | APL-CORELLIUM_00004852-APL-CORELLIUM_00004853 | 6/21/2016 | |

| PEX # | Title | Bates | Date | Short Cite |
|---|---|---|---|---|
| 12 | Certificate of Registration VA 2-061-057 Apple Icons - iOS 9 Compilation - iPhone 6s Built-in Apps | APL-CORELLIUM_00004856-APL-CORELLIUM_00004857 | 10/19/2016 | |
| 13 | Certificate of Registration TX 8-344-158 Apple iOS 10.0 Software | APL-CORELLIUM_00004844-APL-CORELLIUM_00004845 | 11/10/2016 | |
| 14 | Certificate of Registration VA 2-100-045 Apple Icons - iOS 11 Compilation - iPhone 8 Built-in Apps | APL-CORELLIUM_00004854-APL-CORELLIUM_00004855 | 12/8/2017 | |
| 15 | Certificate of Registration TX 8-507-283 Apple iTunes 12.3 Software | APL-CORELLIUM_00004986-APL-CORELLIUM_00004987 | 12/14/2017 | |
| 16 | Certificate of Registration TX 8-512-431 Apple iTunes 12.4 Software | APL-CORELLIUM_00004988-APL-CORELLIUM_00004989 | 12/21/2017 | |
| 17 | Certificate of Registration TX 8-545-238 Apple iTunes 12.5.1 Software | APL-CORELLIUM_00004990-APL-CORELLIUM_00004991 | 12/21/2017 | |
| 18 | Certificate of Registration TX 8-546-291 Apple iTunes 12.6 Software | APL-CORELLIUM_00004992-APL-CORELLIUM_00004993 | 12/21/2017 | |
| 19 | Certificate of Registration TX 8-609-048 iOS 11.0 Software | APL-CORELLIUM_00004846-APL-CORELLIUM_00004847 | 12/22/2017 | |
| 20 | Certificate of Registration TX 8-611-420 Apple iOS 11.4 Software | APL-CORELLIUM_00004960-APL-CORELLIUM_00004961 | 7/23/2018 | |
| 21 | Certificate of Registration for TX 8-584-724 Apple iOS 11.0.1 Software | APL-CORELLIUM_00004827-APL-CORELLIUM_00004828 | 8/8/2018 | |
| 22 | Certificate of Registration TX 8-584-722 Apple iOS 11.3 Software | APL-CORELLIUM_00004848-APL-CORELLIUM_00004849 | 8/8/2018 | |
| 23 | Certificate of Registration TX 8-634-702 Apple iOS 11.2 Software | APL-CORELLIUM_00005020-APL-CORELLIUM_00005021 | 11/9/2018 | |
| 24 | Certificate of Registration TX 8-647-053 Apple iOS 11.2.5 Software | APL-CORELLIUM_00005024-APL-CORELLIUM_00005025 | 11/9/2018 | |
| 25 | Certificate of Registration TX 8-651-122 Apple iOS 12.0 Software | APL-CORELLIUM_00005022-APL-CORELLIUM_00005023 | 12/4/2018 | |

| PEX # | Title | Bates | Date | Short Cite |
|---|---|---|---|---|
| 26 | Certificate of Registration TX 8-668-993 Apple iOS 12.1.1 Software | APL-CORELLIUM_00005079-APL-CORELLIUM_00005080 | 1/25/2019 | |
| 27 | Certificate of Registration TX 8-759-263 Apple iOS 12.2 Software | APL-CORELLIUM_00005149-APL-CORELLIUM_00005150 | 6/25/2019 | |
| **Apple's Software Licensing Agreements** | | | | |
| 28 | Apple Inc. iOS 9 Software License Agreement | APL-CORELLIUM_00040672-APL-CORELLIUM_00040681 | | |
| 29 | Apple Inc. iOS 9.1 Software License Agreement | APL-CORELLIUM_00041082-APL-CORELLIUM_00041092 | | |
| 30 | Apple Inc. iOS 10 Software License Agreement | APL-CORELLIUM_00041736-APL-CORELLIUM_00041745 | | |
| 31 | Apple Inc. iOS 11 Software License Agreement | APL-CORELLIUM_00042142-APL-CORELLIUM_00042152 | | |
| 32 | Apple Inc. iOS 11.2 Software License Agreement | APL-CORELLIUM_00042563-APL-CORELLIUM_00042573 | | |
| 33 | Apple Inc. iOS 12 Software License Agreement | APL-CORELLIUM_00043167-APL-CORELLIUM_00043177 | | |
| **Apple's Developer Agreements** | | | | |
| 34 | Apple Developer Enterprise Program License Agreement | APL-CORELLIUM_00048868-APL-CORELLIUM_00048915 | | Dev. Enterprise Agr. |
| 35 | Apple Developer Agreement | Correllium-001193-Correllium-001198 | | Dev. Agr. |
| **Apple - Corellium NDA** | | | | |
| 36 | Apple Inc. Confidentiality Agreement for Possible Transaction between Apple Inc. and Corellium, LLC | APL-CORELLIUM_00040652-APL-CORELLIUM_00040656 | 1/24/2018 | Acquisition NDA |
| **Communications between Apple and Corellium Personnel** | | | | |
| 37 | Email from Mark Templeton to Sebastein Marineau-Mes re: Apple/Citrix Partnership | APL-CORELLIUM_00000251-APL-CORELLIUM_00000252 | 2/9/2015 | Citrix Email |
| 38 | iMessage between Ivan Krstic and Chris Wade | APL-CORELLIUM_00018153-APL-CORELLIUM_00018154 | 9/19/2018 | Wade Security Text |
| 39 | iMessage between Ivan Krstic and Chris Wade | APL-CORELLIUM_00018121-APL-CORELLIUM_00018122 | 9/21/2018 | Wade Blacklist Text |

| PEX # | Title | Bates | Date | Short Cite |
|---|---|---|---|---|
| **Corellium Discovery Documents** | | | | |
| 40 | Omnibus Order Providing Discovery Rulings After March 16, 2020 Discovery Hearing | | 3/20/2020 | Omnibus Order, ECF No. 249 |
| 41 | Corellium's Responses to Apple's First Set of Requests for Admission (Excerpts) | | 11/18/2019 | RFA No. |
| 41A | Apple Inc.'s First Set of Requests for Admission to Defendant Corellium, LLC (Excerpts) | | 10/9/2019 | |
| 42 | Corellium's Responses to Apple's Third Set of Requests for Admission (Excerpts) | | 4/2/2020 | RFA No. |
| 43 | Corellium's Reponses to Apple's Fourth Set of Requests for Admission (Excerpts) | | 4/20/2020 | RFA No. |
| 44 | Corellium's Fifth Amended Answers to Apple's First Set of Interrogatories (Excerpts) | | 4/18/2020 | Resp. No. |
| 45 | Corellium's Answers to Plaintiff's Second Set of Interrogatories (Excerpts) | | 4/2/2020 | Resp. No. |
| 46 | (Sealed) Stipulation Regarding Resolution of Apple's RFPs Relating to Corellium's Disk Images | | 4/21/2020 | Disk Image Stip., ECF No. 354-1 |
| **Transcripts - Corellium Witnesses** | | | | |
| 47 | Amanda Gorton Deposition Transcript, Corellium 30(b)(6) Designee (Excerpts) | | 3/25/2020 | Gorton Tr. |
| 48 | David (Yiduo) Wang Deposition Transcript (Excerpts) | | 4/9/2020 | Wang Tr. |
| 49 | Stanislaw Skowronek Deposition Transcript, Corellium 30(b)(6) Designee (Excerpts) | | 4/10/2020 | Skowronek Tr. |
| 50 | Chris Wade Deposition Transcript (Excerpts) | | 4/13/2020 | Wade Tr. |

| PEX # | Title | Bates | Date | Short Cite |
|---|---|---|---|---|
| 51 | James Olivier, Ph.D. Deposition Transcript (Excerpts) | | 4/24/2020 | Olivier Tr. |
| 52 | Alexander Stamos Deposition Transcript (Excerpts) | | 4/24/2020 | Stamos Tr. |
| **Transcripts - Third Party Witnesses** | | | | |
| 53 | Mark Templeton Deposition Transcript (Excerpts) | | 4/15/2020 | Templeton Tr. |
| 54 | Azimuth Security Deposition Transcript (Excerpts) | | 4/21/2020 | Azimuth Tr. |
| **Corellium Slide Decks** | | | | |
| 55 | Corellium Company Overview January 2018 | Correllium-026295-Correllium-026323 | January 2018 | January 2018 Slide Deck |
| 56 | Corellium ARM Virtualization Company Overview June 2019 | Correllium-009255.000001-Correllium-009255.000020 | June 2019 | June 2019 Slide Deck |
| 57 | Corellium The Hidden Gems Blackhat 2019 | Correllium-013465.000001-Correllium-013465.000023 | August 2019 | Black Hat 2019 Slide Deck |
| **Corellium Sales Brochures** | | | | |
| 58 | Corellium Mobile Device Virtualization CORSEC iOS Cloud Security Solution Datasheet | Correllium-008130.000001-Correllium-008130.000003 | December 2018 | Dec. 2018 Datasheet |
| 59 | Corellium Sales Strategy Q1 2019 | Correllium-009105.000001-Correllium-009105.000008 | January 2019 | Sales Strategy |
| 60 | Corellium Mobile Device Virtualization – CORSEC iOS On Premise Security Solution Datasheet | AZI000582-AZI000585 | 2019 | Azimuth Datasheet |
| 61 | Corellium Mobile Device Virtualization CORSEC iOS Security Research Solution Datasheet | Correllium-008539.000001-Correllium-008539.000004 | 2/13/2019 | Feb. 2019 Datasheet |
| 62 | Corellium Mobile Device Virtualization CORSEC Advanced Mobile Security Research Datasheet | Correllium-011235.000001-Correllium-011235.000004 | 4/5/2019 | April 2019 Datasheet |
| 63 | Corellium Sales FAQs Last Updated: April 2019 | Correllium-009106.000001-Correllium-009106.000004 | April 2019 | Sales FAQs |
| 64 | Corellium CORSEC: A Revolution in Mobile Security Research | Correllium-004711.000001-Correllium-004711.000007 | 5/6/2019 | May 2019 Brochure |

| PEX # | Title | Bates | Date | Short Cite |
|---|---|---|---|---|
| 65 | Corellium Mobile Device Virtualization CORSEC Mobile Security Research | Corellium-004708.00001-Corellium-004708.00004 | 12/6/2019 | Dec. 2019 Datasheet |
| | **Corellium User Guides** | | | |
| 66 | Corellium Product Sheet ▮▮▮▮▮ | AZI000594-AZI000603 | | Product Sheet |
| 67 | Corellium ▮▮▮▮ Setup Instructions June 2018 | AZI001062-AZI001068 | June 2018 | ▮▮▮▮ |
| 68 | ▮▮▮▮ Apple A12 Platforms | Corellium-008031.00001-Corellium-008031.00002 | 10/21/2018 | ▮▮▮▮ |
| 69 | Corellium User Guide April 2019 | Corellium-028510-Corellium-028524 | April 2019 | April 2019 User Guide |
| | **Communications between Corellium and Customers re: ▮▮▮** | | | |
| 70 | Email from Chris Wade to Azimuth re: ▮▮▮ | Corellium-015681 | 1/19/2018 | ▮▮▮ Email |
| 71 | Email from Azimuth to David Wang re: ▮▮▮ | AZI001542 - AZI001550 | 9/8/2018 | ▮▮▮ Email |
| 72 | Email from ▮▮▮ to Corellium Support re: Question about ▮▮▮ | Corellium-014009.000001-Corellium-014009.000003 | 8/13/2019 | ▮▮▮ Email |
| | **Communications between Corellium and Customers re: ▮▮▮** | | | |
| 73 | Email from Amanda Gorton to ▮▮▮ | Corellium-008562.000001-Corellium-008562.000003 | 2/15/2019 | ▮ Email |
| 74 | Email from Amanda Gorton to Steve Dyer re: Corellium Demo for ▮▮▮ | Corellium-009047.000001-Corellium-009047.000003 | 4/24/2019 | ▮▮▮ |
| 75 | Email from Steve Dyer ▮▮▮ re: Information and Quote | Corellium-013612.000001-Corellium-013612.000008 | 8/28/2019 | ▮▮▮ |
| | **Communications between Corellium and Customers re: ▮▮▮** | | | |
| 76 | Email from ▮▮▮ Re: Contact | Corellium-005043.000001-Corellium-005043.000002 | 1/30/2018 | |

7

| PEX # | Title | Bates | Date | Short Cite |
|---|---|---|---|---|
| 77 | Email from Amanda Gorton to ▮▮▮ | Correllium-007941.000001-Correllium-007941.000002 | 7/18/2018 | ▮▮▮ |
| 78 | Email from ▮▮▮ re: Corellium Product | Correllium-010172.000001-Correllium-010172.000002 | 10/25/2018 | |
| 79 | Email from ▮▮▮ to Amanda Gorton re Next Steps | Correllium-005632 | 2/1/2019 | |
| 80 | Email from Corellium Sales to ▮▮▮ re: Queries regarding CORSEC on Premise | Correllium-011322.000001-Correllium-011322.000003 | 3/1/2019 | |
| 81 | Email from Amanda Gorton ▮▮▮ | Correllium-008932.000001-Correllium-008932.000004 | 4/10/2019 | |
| 82 | Email from Steve Dyer to ▮▮▮ | Correllium-013280.000001-Correllium-013280.000004 | 7/15/2019 | |
| **Expert Reports - Apple** | | | | |
| 83 | Exhibit E to Supplemental & Rebuttal Report of David B. Connelly | | 4/20/2020 | Connelly Supp. Rpt. |

| | |
|---|---|
| Dated: May 11, 2020 | Respectfully Submitted, |
| Michele D. Johnson* | *s/ Martin B. Goldberg* |
| *michele.johnson@lw.com* | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | *mgoldberg@lashgoldberg.com* |
| (714) 540-1235 / (714) 755-8290 Fax | *rdiaz@lashgoldberg.com* |
| | Emily L. Pincow |
| Sarang Vijay Damle* | Florida Bar. No. 1010370 |
| *sy.damle@lw.com* | *epincow@lashgoldberg.com* |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| *elana.nightingaledawson@lw.com* | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL 33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.

9