# EXHIBIT 6

ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3

 4

 5                                    )

    APPLE, INC.,                      )

 6                                    )

           Plaintiff,                 )

 7                                    )

                 vs.                  )   Case No.

 8                                    )   9:19-cv-81160-RS

    CORELLIUM, LLC,                   )

 9                                    )

           Defendant.                 )

10                                    )

11

12

13              ATTORNEYS' EYES ONLY

14    VIDEOTAPED VIDEOCONFERENCE REMOTE DEPOSITION OF

15              YIDUO "DAVID" WANG

16          Taken in behalf of Plaintiff

17                 *   *   *

18              April 9, 2020

19              Portland, Oregon3

20

21    Job No. 4052307

22    Teresa L. Dunn,

23    Court Reporter

24    CSR, CCR, RPR

25    Pages 1-264

                                     Page 1
```

ATTORNEYS EYES ONLY

```
 1              VIRTUAL APPEARANCES THROUGH ZOOM:
 2    For the Plaintiff:
 3    MR. SARANG DAMLE
      MS. HOLLY VICTORSON
 4    MR. GABRIEL S. CROSS
      Latham & Watkins, LLP
 5    555 Eleventh Street, N.W.
      Suite 1000
 6    Washington, DC 20004
      202-637-3332
 7    sy.damle@lw.com
      holly.victorson@lw.com
 8    gabe.cross@lw.com
 9
      For the Defendant:
10
      MR. JUSTIN B. LEVINE
11    Cole, Scott & Kissane
      222 Lakeview Avenue
12    Suite 120
      West Palm Beach, FL 33401
13    561-383-9203
      justin.levine@csklegal.com
14
15    Also Present:
      Jason Nieh
16    Amanda Gorton
      Eli Hart, Videographer
17
18
19
20
21
22
23
24
25
```

Page 2

ATTORNEYS EYES ONLY

```
 1                      INDEX
 2   Examination by:                      Page
     MR. DAMLE                               5
 3   MR. LEVINE                            258
 4
 5                    EXHIBITS
 6   Exhibit       Description            Page
     Exhibit 1     ███████████ ██ ████      █
     ██           █████████████ ███ ███      █
     Exhibit 2     █████ █ █████ ████ ███     █
     █            ████████ █████ █████ ██     █
     Exhibit 3     ██████ ██ █████ █████ ██   █
     █            ████████████                █
     Exhibit 4     █████████████████          █
     ██ ████████████ █ ██████ ██ ████ ██    162
                   ████ ███ █████ █████ ███
11   Exhibit 6     ██ █ ████ █████            █
                   ██████████ ███ ███
12   Exhibit 7     E-Mail dated 10-3-18    179
     Exhibit 8     E-Mail dated 7-16-18    191
13   Exhibit 9     Source Code, Bates numbers  229
                   Corellium-028769 through
14                 Corellium-028795
     Exhibit 10    E-Mail dated 10-1-18    240
15   Exhibit 11    E-Mail dated 1-7-19     245
16
17
18
19
20
21
22
23
24
25

                                       Page 3
```

ATTORNEYS EYES ONLY

```
 1          PORTLAND, OREGON; THURSDAY, APRIL 9, 2020

 2                      8:05 a.m.

 3                    *    *    *

 4          THE COURT REPORTER:  The attorneys

 5     participating in this deposition acknowledge

 6     that I am not physically present in the

 7     deposition room and that I will be reporting

 8     this deposition remotely.  The parties and their

 9     counsel consent to this arrangement and waive

10     any objections to this manner of reporting.

11            Please indicate your agreement by

12     stating your name and agreement on the record.

13            MR. DAMLE:  Sy Damle -- go ahead,          08:06:29

14     Justin.                                           08:06:33

15            MR. LEVINE:  Justin Levine from the law    08:06:33

16     firm of Cole Scott Kissane, no objection.         08:06:36

17            MR. DAMLE:  Sy Damle from the law firm     08:06:41

18     of Latham and Watkins on behalf of Apple, Inc.,   08:06:44

19     no objection.                                     08:06:49

20                  YIDUO "DAVID" WANG

21     called as a witness in behalf of the Plaintiff,

22        having first been sworn by the Reporter,

23              testifies as follows:

24

25
```

Page  4

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | EXAMINATION | |
| 2 | BY MR. DAMLE: | 08:07:10 |
| 3 |    Q.   Good morning, Mr. Wang. | 08:07:10 |
| 4 |    A.   Good morning. | 08:07:37 |
| 5 |    Q.   So I will start with some what we call | 08:07:37 |
| 6 | admonitions.  So could you please state your | 08:07:45 |
| 7 | full name for the record? | 08:07:48 |
| 8 |    A.   My full legal name is Yiduo Wang.  I go | 08:07:48 |
| 9 | by David Wang.  First name is spelled Y-I-D-U-O. | 08:07:54 |
| 10 |    Q.   And have you been -- have you been | 08:08:08 |
| 11 | deposed before? | 08:08:10 |
| 12 |    A.   No. | 08:08:11 |
| 13 |    Q.   And do you understand that your | 08:08:12 |
| 14 | testimony today has the same force and effect as | 08:08:18 |
| 15 | if you were in a court before a judge or a jury? | 08:08:22 |
| 16 |    A.   Yes, I understand. | 08:08:25 |
| 17 |    Q.   And you understand that you are | 08:08:26 |
| 18 | testifying here under penalty of perjury, | 08:08:31 |
| 19 | correct? | 08:08:33 |
| 20 |    A.   Yes, I understand. | 08:08:33 |
| 21 |    Q.   So let me lay down some ground rules for | 08:08:34 |
| 22 | this deposition.  It is important that you let | 08:08:40 |
| 23 | me finish my questions before you answer and I | 08:08:42 |
| 24 | will try to do the same for you. | 08:08:46 |
| 25 |       Do you understand? | 08:08:47 |

Page 5

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A.   Yes. | 08:08:48 |
| 2 | Q.   And I'm going to assume that you | 08:08:48 |
| 3 | understand the questions I ask unless you tell | 08:08:53 |
| 4 | me that you don't understand them.  And if you | 08:08:56 |
| 5 | do tell me that I'm happy to clarify. | 08:08:59 |
| 6 | Do you understand that? | 08:09:01 |
| 7 | A.   Yes, I do. | 08:09:02 |
| 8 | Q.   And so after this deposition is | 08:09:04 |
| 9 | completed the court reporter is going to prepare | 08:09:09 |
| 10 | a transcript for your review and you have the | 08:09:12 |
| 11 | right to review it and make any corrections. | 08:09:15 |
| 12 | I just want to warn you that if you make | 08:09:18 |
| 13 | any substantive changes to your testimony I will | 08:09:21 |
| 14 | be able to comment on those substantive changes | 08:09:24 |
| 15 | at trial. | 08:09:27 |
| 16 | Do you understand that? | 08:09:27 |
| 17 | A.   Okay.  I understand. | 08:09:28 |
| 18 | Q.   Have you taken any medication today that | 08:09:29 |
| 19 | would affect your ability to give complete and | 08:09:35 |
| 20 | truthful testimony? | 08:09:39 |
| 21 | A.   No, I have not. | 08:09:41 |
| 22 | Q.   And any other reasons sitting here today | 08:09:42 |
| 23 | that you can think of that would stop you from | 08:09:49 |
| 24 | giving truthful or accurate testimony? | 08:09:51 |
| 25 | A.   No. | 08:09:53 |

Page 6

| | | |
|---|---|---|
| 1 | Q.   And you understand that you are | 08:09:54 |
| 2 | testifying today in connection with a lawsuit | 08:09:58 |
| 3 | between Apple, Inc., and Corellium, LLC, | 08:10:02 |
| 4 | correct? | 08:10:05 |
| 5 | A.   Yes. | 08:10:05 |
| 6 | Q.   So I want to just talk about some | 08:10:06 |
| 7 | particular ground rules given this virtual | 08:10:12 |
| 8 | setting. | 08:10:15 |
| 9 | You know, ordinarily we would be in a | 08:10:17 |
| 10 | room together.  Since we're sitting virtually | 08:10:18 |
| 11 | and you are on your computer I just want to make | 08:10:21 |
| 12 | sure you understand that during the time that | 08:10:25 |
| 13 | I'm asking you questions and we are on the | 08:10:27 |
| 14 | record my expectation is that you are not going | 08:10:28 |
| 15 | to be communicating with anyone else through | 08:10:31 |
| 16 | text messages or e-mail or chat. | 08:10:35 |
| 17 | Do you understand that? | 08:10:37 |
| 18 | A.   Yes. | 08:10:38 |
| 19 | Q.   And can I just ask whether there's | 08:10:38 |
| 20 | anyone else in the room with you physically | 08:10:41 |
| 21 | right now? | 08:10:44 |
| 22 | A.   There's no one else in the room.  My | 08:10:44 |
| 23 | girlfriend is in another room in the house. | 08:10:47 |
| 24 | Q.   Okay.  So if anyone comes in to watch | 08:10:48 |
| 25 | your testimony please let us know and we will | 08:10:52 |

Page 7

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | note that for the record. | 08:10:54 |
| 2 | Is that okay? | 08:10:55 |
| 3 | A.   Yeah, that's fine. | 08:10:56 |
| 4 | Q.   Can you explain what you did to prepare | 08:10:57 |
| 5 | for today's deposition? | 08:11:02 |
| 6 | MR. LEVINE:  Before you answer I would | 08:11:06 |
| 7 | just state that please do not advise as to any | 08:11:09 |
| 8 | communications with lawyers or consultants | 08:11:11 |
| 9 | retained by attorneys. | 08:11:15 |
| 10 | THE WITNESS:  Well, I just basically | 08:11:18 |
| 11 | looked over the source code again.  And | 08:11:20 |
| 12 | I -- that's, you know, I didn't do that much to | 08:11:27 |
| 13 | prepare for the deposition other than, you know, | 08:11:30 |
| 14 | talk about it -- talk it over with the | 08:11:32 |
| 15 | co-founders. | 08:11:38 |
| 16 | Q.   (By Mr. Damle) Did you meet with counsel | 08:11:38 |
| 17 | to prepare? | 08:11:40 |
| 18 | A.   Yes, I did, yes. | 08:11:41 |
| 19 | Q.   About how many -- how many times? | 08:11:44 |
| 20 | A.   I think we only talked -- I think we | 08:11:45 |
| 21 | only met twice about it. | 08:11:48 |
| 22 | Q.   And for -- collectively for how long did | 08:11:50 |
| 23 | you meet? | 08:11:57 |
| 24 | A.   A few hours.  Probably -- probably | 08:11:57 |
| 25 | collectively three. | 08:12:03 |

Page 8

ATTORNEYS EYES ONLY

```
1      Q.   And who other than your counsel was      08:12:06

2   present when you were preparing for the         08:12:10

3   deposition?                                      08:12:14

4          MR. LEVINE:  I would -- so I'm going to   08:12:15

5   get into -- this is getting into work product   08:12:17

6   privilege so I'm going to instruct the witness  08:12:21

7   not to answer.                                   08:12:23

8      Q.   (By Mr. Damle) Was there anybody present 08:12:27

9   other than you and your counsel?  You don't have 08:12:32

10  to say who, just whether there was anybody.      08:12:36

11         MR. LEVINE:  This is a yes or no          08:12:38

12  question.                                        08:12:40

13         THE WITNESS:  Yes.                         08:12:40

14     Q.   (By Mr. Damle) So you mentioned that you 08:12:41

15  reviewed source code in preparation for your    08:12:47

16  deposition.                                      08:12:50

17         Did you review -- let me ask about the    08:12:51

18  source code.  What source code did you review in 08:12:55

19  preparation for your deposition?                 08:12:58

20     A.   Just -- likely just the source code that 08:12:59

21  we had given to the attorneys for the production 08:13:03

22  and just particularly areas that I was more      08:13:08

23  familiar with and things that I felt might       08:13:12

24  be -- might -- people might ask questions about. 08:13:16

25     Q.   What are the areas that you are more     08:13:19
```

Page 9

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | familiar with in the source code? | 08:13:25 |
| 2 | A.   My role is the middleware portion which | 08:13:29 |
| 3 | basically is the process where we get | 08:13:34 |
| 4 | instructions from the users to create the | 08:13:38 |
| 5 | virtual device and how those instructions are | 08:13:41 |
| 6 | relayed down to the individual compute node | 08:13:43 |
| 7 | hardware and how that hardware is instructed to | 08:13:48 |
| 8 | begin the process. | 08:13:51 |
| 9 | Q.   Okay.  We will -- I will ask a few more | 08:13:52 |
| 10 | questions about that a little later. | 08:14:03 |
| 11 | Have you -- you mentioned that you | 08:14:06 |
| 12 | discussed your deposition with your co-founders. | 08:14:08 |
| 13 | Was counsel present when you had those | 08:14:13 |
| 14 | discussions? | 08:14:14 |
| 15 | A.   I believe counsel was present at some | 08:14:15 |
| 16 | points in it, but mostly not. | 08:14:22 |
| 17 | Q.   Mostly not.  And what did you -- again, | 08:14:23 |
| 18 | in the times that counsel was not present what | 08:14:27 |
| 19 | did you discuss with your co-founders about this | 08:14:30 |
| 20 | deposition? | 08:14:35 |
| 21 | MR. LEVINE:  And I would also advise -- | 08:14:35 |
| 22 | I would also advise the witness that if you are | 08:14:38 |
| 23 | receiving any information that was directly | 08:14:41 |
| 24 | received from the attorneys, then I would say | 08:14:43 |
| 25 | that this all falls into work product and I | 08:14:45 |

Page 10

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | would say don't answer as it relates to | 08:14:48 |
| 2 | communications that were derived from | 08:14:50 |
| 3 | information from the lawyers. | 08:14:51 |
| 4 | Q.    (By Mr. Damle) Yeah, I'm not interested | 08:14:55 |
| 5 | in anything about what the -- what the lawyers | 08:14:57 |
| 6 | told you or your co-founders. | 08:14:59 |
| 7 | I just want to know what you and your | 08:15:01 |
| 8 | co-founders talked about other than that. | 08:15:04 |
| 9 | MR. LEVINE:  So nothing as it relates to | 08:15:10 |
| 10 | strategy, case, anything related to the lawyers. | 08:15:12 |
| 11 | If there's anything, you know, if there's | 08:15:15 |
| 12 | anything -- yeah, all I can say is anything | 08:15:18 |
| 13 | that, you know, was derived from the lawyers, | 08:15:23 |
| 14 | those are attorney-client privileges as well. | 08:15:25 |
| 15 | Because you are a member of the entity | 08:15:28 |
| 16 | it all falls into work product and | 08:15:31 |
| 17 | attorney-client.  So anything that was derived | 08:15:34 |
| 18 | from a lawyer or discussed with a lawyer then | 08:15:36 |
| 19 | any of that should not be discussed. | 08:15:38 |
| 20 | So if you can answer this without | 08:15:40 |
| 21 | disclosing any kind of work product or | 08:15:42 |
| 22 | attorney-client privilege, then go ahead.  If | 08:15:45 |
| 23 | not then I'm instructing you not to answer. | 08:15:47 |
| 24 | THE WITNESS:  I'm not sure if I can | 08:15:51 |
| 25 | answer.  I don't recall enough of the questions | 08:15:53 |

Page 11

ATTORNEYS EYES ONLY

| 1 | to disambiguate those two. | 08:15:55 |
| 2 | Q. (By Mr. Damle) Did you speak with Amanda | 08:15:59 |
| 3 | Gorton about her deposition? | 08:16:04 |
| 4 | A. Only in that she -- only in that she had | 08:16:06 |
| 5 | a deposition, but not at any great length. | 08:16:11 |
| 6 | Q. Did she tell you anything about what she | 08:16:14 |
| 7 | was asked or the topics that came up during the | 08:16:17 |
| 8 | deposition? | 08:16:21 |
| 9 | A. No, she did not. She just told me that | 08:16:22 |
| 10 | it seemed like it went well. That was the only | 08:16:27 |
| 11 | information I have about that. | 08:16:30 |
| 12 | Q. And what about Steve Dyer, did you speak | 08:16:31 |
| 13 | with him about his deposition? | 08:16:33 |
| 14 | A. No, not directly. I was told by Chris | 08:16:35 |
| 15 | that that went well, too. | 08:16:38 |
| 16 | Q. And did Chris tell you anything about | 08:16:40 |
| 17 | the topics that came up during that deposition? | 08:16:45 |
| 18 | A. Not that I can recall. | 08:16:47 |
| 19 | Q. Have you -- in preparing for today's | 08:16:49 |
| 20 | deposition did you speak with anyone that was | 08:16:58 |
| 21 | not an employee of Corellium other than your | 08:17:00 |
| 22 | counsel? | 08:17:04 |
| 23 | A. No. | 08:17:04 |
| 24 | Q. And have you discussed this litigation | 08:17:06 |
| 25 | with anyone other than the counsel -- your | 08:17:15 |

Page 12

ATTORNEYS EYES ONLY

```
 1    counsel in this case?                        08:17:20
 2        A.   I told my girlfriend.  I'm pretty   08:17:21
 3    nervous about it so we discussed that.       08:17:30
 4        Q.   But other than the fact that you are 08:17:32
 5    nervous anything else other than that?       08:17:34
 6        A.   No.                                  08:17:36
 7        Q.   So what do you understand about the 08:17:37
 8    nature of the lawsuit that you are here for  08:17:46
 9    today?                                       08:17:49
10        A.   My understanding is that it is a    08:17:49
11    copyright infringement lawsuit largely.  And 08:17:55
12    that from what I understand Apple is accusing 08:18:01
13    Corellium of having copied iOS or trying to  08:18:03
14    create some sort of fake knock-off version of 08:18:13
15    iOS.                                         08:18:18
16        Q.   And did you understand that there is a 08:18:19
17    claim here under the Digital Millennium      08:18:21
18    Copyright Act?                               08:18:27
19        A.   Oh, about -- yes, I understand there was 08:18:28
20    another claim about circumvention of copy    08:18:32
21    protections, but I find that claim very      08:18:36
22    confusing because we did not have to circumvent 08:18:42
23    anything in the course of anything we did.   08:18:45
24        Q.   And is that something you considered as 08:18:47
25    you were developing your product, whether you 08:18:57
```

Page 13

ATTORNEYS EYES ONLY

```
 1    were either violating the copyright law by        08:19:02

 2    making unauthorized copies or modifications, or   08:19:09

 3    whether you were violating the DMCA by            08:19:13

 4    circumventing copy controls as you call them?     08:19:20

 5         MR. LEVINE:  Object to the form, calls       08:19:22

 6    for legal conclusion, expert opinion.             08:19:25
```



Page 14

ATTORNEYS EYES ONLY

1  ██  ████████████████████████████     ███████

██ ████████████████████████████████  █  ███████

██ ███████████████████████████       ███████

██ █████████████████████████████████ ███████

██ █████████████████████████████████ ███████

██ █████████████████████████████████ ███████

██ ██████████████████████████████████ ███████

██ ██████████████████████████████████ ███████

██ █████████████████████████████████ ███████

██ ████████████████████████████       ███████

██ ████████████                      ███████

12      Q.   So is it -- is it the fact that Apple        08:21:31

13   has made its code -- and here we are talking        08:21:47

14   about the IPSW files; is that correct?              08:21:50

15      A.   Yes.                                         08:21:52

16      Q.   And the fact that Apple has made its         08:21:52

17   IPSW files publicly available that is what gave      08:21:56

18   you comfort that what you were doing was legally     08:21:59

19   permissible; is that correct?                        08:22:01

20         MR. LEVINE:  Object to the form, calls         08:22:03

21   for legal conclusion.                                08:22:04

22         THE WITNESS:  Yes, partially it did            08:22:07

23   make -- make me comfortable.  And also I believe     08:22:09

24   that we initially had some discussions with          08:22:13

25   Apple employees like in earlier stages in the        08:22:17

Page 15

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | project and it felt like there was no -- they | 08:22:20 |
| 2 | did not have any particular objection to what we | 08:22:24 |
| 3 | were doing. | 08:22:29 |
| 4 | Q.   (By Mr. Damle) Any other -- any other | 08:22:29 |
| 5 | reason that you can think of that you felt that | 08:22:36 |
| 6 | what you were doing was legally permissible? | 08:22:38 |
| 7 | MR. LEVINE:  Object to the form. | 08:22:42 |
| 8 | THE WITNESS:  I can't think of any | 08:22:44 |
| 9 | specific one right now, but I was fairly | 08:22:55 |
| 10 | confident. | 08:22:58 |
| 11 | And I was also confident that if there | 08:22:59 |
| 12 | were problems Apple would, you know, ask us to | 08:23:01 |
| 13 | stop. | 08:23:04 |
| 14 | Q.   (By Mr. Damle) Do you think Apple has | 08:23:05 |
| 15 | asked you to stop by filing this lawsuit? | 08:23:10 |
| 16 | A.   Yes, but I expected something less -- a | 08:23:12 |
| 17 | notification that was less, you know, dramatic I | 08:23:20 |
| 18 | suppose than a lawsuit. | 08:23:23 |
| 19 | MR. LEVINE:  And let me get my -- I | 08:23:25 |
| 20 | didn't have a chance to get an objection in | 08:23:28 |
| 21 | there.  Objection, speculation. | 08:23:28 |
| 22 | And also, David, if you can for some of | 08:23:30 |
| 23 | these questions I'm going to be asserting | 08:23:32 |
| 24 | objections on the record. | 08:23:34 |
| 25 | Counsel didn't go through some of these | 08:23:36 |

Page 16

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | instructions in the beginning, but I just want | 08:23:38 |
| 2 | to make sure that I have an opportunity after | 08:23:40 |
| 3 | the -- after Mr. Damle asks his question to be | 08:23:42 |
| 4 | able to assert an objection on the record. | 08:23:48 |
| 5 | So if you can give me a second to assert | 08:23:50 |
| 6 | any objection after the question before you | 08:23:52 |
| 7 | answer.  Thank you. | 08:23:54 |
| 8 | THE WITNESS:  Sorry about that. | 08:23:56 |
| 9 | MR. LEVINE:  No problem. | 08:23:58 |
| 10 | Q.   (By Mr. Damle) If Apple had sent you a | 08:23:59 |
| 11 | cease and desist letter do you think Corellium | 08:24:10 |
| 12 | would have stopped using its product -- stopped | 08:24:14 |
| 13 | selling its Apple -- Corellium Apple product? | 08:24:20 |
| 14 | Sorry. | 08:24:23 |
| 15 | MR. LEVINE:  Objection, assumes facts | 08:24:23 |
| 16 | not in evidence, speculation, improper | 08:24:24 |
| 17 | hypothetical. | 08:24:28 |
| 18 | THE WITNESS:  I believe we would have | 08:24:28 |
| 19 | had a serious conversation as a company and, you | 08:24:29 |
| 20 | know, just talked to Apple about it. | 08:24:31 |
| 21 | I don't know exactly what we would have | 08:24:33 |
| 22 | done, but my personal stance is that I -- I | 08:24:35 |
| 23 | would rather not get into a legal fight with | 08:24:42 |
| 24 | Apple. | 08:24:46 |
| 25 | Q.   (By Mr. Damle) And why would you rather | 08:24:46 |

Page 17

ATTORNEYS EYES ONLY

```
 1   not get into a legal fight with Apple?          08:24:52

 2       A.   Because -- I would rather not because  08:24:55

 3   I'm a big Apple fan.  I like Apple.  I, you      08:24:57

 4   know, I wanted to work there.                    08:25:02

 5            So I don't, you know, this kind of      08:25:04

 6   conflict is something and any conflict is        08:25:11

 7   something that really bothers me.                08:25:13

 8       Q.   Do you think Apple's position in this   08:25:15

 9   litigation is reasonable?                        08:25:21

10            MR. LEVINE:  Object to the form of the  08:25:26

11   question, calls for legal opinion, speculation,  08:25:28

12   legal conclusion.                                08:25:32

13            THE WITNESS:  I don't believe Apple's   08:25:35

14   legal position in this is reasonable in the form 08:25:40

15   that they gave it to us.                          08:25:45

16            It seems to me that it focuses on -- on 08:25:47

17   things that don't -- that -- things that don't  08:25:51

18   exist such as, you know, our circumvention of    08:25:59

19   any sort of protection measures.                 08:26:05

20            It seems to me that it relies like this 08:26:06

21   flavor of us trying to create a knock-off        08:26:12

22   version of iOS when we don't.                    08:26:15

23            What we tried to do is create tools for 08:26:19

24   developers who will be buying iPhones anyway.    08:26:22

25   And I think that -- I think that, you know, I    08:26:26
```

Page 18

ATTORNEYS EYES ONLY



1    think what we do does not harm Apple at all and,    08:26:32

2    in fact, helps Apple.    08:26:35

Page 19

ATTORNEYS EYES ONLY



Page 20

ATTORNEYS EYES ONLY



Page 21

ATTORNEYS EYES ONLY



Page  22

ATTORNEYS EYES ONLY



Page 23

ATTORNEYS EYES ONLY



Page  24

ATTORNEYS EYES ONLY



Page  25

ATTORNEYS EYES ONLY



Page 26

ATTORNEYS EYES ONLY



Page  27

ATTORNEYS EYES ONLY



Page  28

ATTORNEYS EYES ONLY



Page  29

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   Okay.  We will put a pin in that and we | 08:42:25 |
| 2 | may have to revisit.  Okay. | 08:42:35 |
| 3 |       So after August of 2017 what was your | 08:42:40 |
| 4 | next position? | 08:42:46 |
| 5 | A.   Well, I came on board to Corellium.  I | 08:42:47 |
| 6 | was originally -- originally was going | 08:42:57 |
| 7 | to -- thinking about rejoining Quantum Metric, | 08:43:01 |
| 8 | but ended up -- ended up joining Corellium. | 08:43:05 |

Page  30

ATTORNEYS EYES ONLY

```
 1   ████████████████████████████████████   ████████
 ▮   ████████████████████████████           ████████
 3      Q.    And you mentioned Chris and that's Chris    08:44:30
 4   Wade?                                                08:44:36
 5      A.    That's right.                               08:44:37
 6      Q.    And you knew Chris Wade before he made      08:44:37
 7   you the offer to join Corellium?                     08:44:40
 8      A.    Yes.  I met him very long ago, back when    08:44:43
 9   I was in college in fact.                            08:44:47
10      Q.    Had you worked together with Chris Wade     08:44:52
11   before joining him at Corellium?                     08:44:54
12      A.    Yes, on a couple of occasions.  The         08:44:58
13   previous occasions -- actually, when I joined        08:45:00
14   Intelliborn he was actually recruited at the         08:45:05
15   same time or even a little bit earlier.              08:45:07
16         And, you know, it didn't end up working        08:45:11
17   out and Chris left the company pretty soon after     08:45:17
18   I joined.  I think I worked with him a total of      08:45:19
19   a month or less.                                     08:45:25
20         And the previous time Chris and I worked       08:45:26
21   on various projects together.                        08:45:28
22   ▮   ██████   ████████████████████                ████████
 ▮   ▮   ██████   ██████████████████████████████      ████████
 ▮   ████████████████████████     ████████            ████████
 ▮   ████████████████████████████████                 ████████
```

Page 31

ATTORNEYS EYES ONLY



Page 32

ATTORNEYS EYES ONLY



Page 33

ATTORNEYS EYES ONLY



Page  34

ATTORNEYS EYES ONLY



19    Q.    And who at Apple did you speak with        08:51:33

20    about the potential acquisition?                 08:51:45

21    A.    I did not directly speak to anyone at      08:51:49

22    Apple about acquisition other than the times     08:51:55

23    that I was at the Apple campus and interacting   08:51:58

24    with a lot of their engineers.                   08:52:03

25         I don't remember all of their names, but    08:52:07

Page 35

ATTORNEYS EYES ONLY

```
 1    I usually -- I think it is just I let Chris and    08:52:10

 2    others, you know, take the lead on those things.   08:52:16

 3        Q.   Do you know who Craig Federighi is?       08:52:19

 4        A.   Yes, I definitely know of him from his    08:52:27

 5    reputation and I have been in a meeting with       08:52:32

 6    him.                                               08:52:34

 7        Q.   And when were you in a meeting with him?  08:52:36

 8        A.   It was the first time that -- I think it  08:52:39

 9    was the first time we were at Apple and I think    08:52:49

10    we had an early meeting with Craig and he was in   08:52:51

11    a room, yeah, in a room with us pretty briefly     08:52:55

12    for 30 minutes.                                    08:53:01

13        We -- we -- we kind of made our pitch or       08:53:02

14    I guess Chris did and I didn't really talk at      08:53:06

15    all.                                               08:53:09

16        Q.   And you said before that you like Apple.  08:53:09

17    Why do you like Apple?                             08:53:19

18        A.   I think Apple makes great products and I  08:53:21

19    think they make really sound engineering           08:53:25

20    decisions.                                         08:53:27

21        I think that -- I think that in terms          08:53:29

22    of -- in terms of privacy they're doing a better   08:53:34

23    job than other large companies like Google.        08:53:37

24        I don't think Apple is perfect.  I don't       08:53:41

25    like, you know, everything about them or about     08:53:43
```

Page 36

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | their corporate policies, but the products | 08:53:47 |
| 2 | themselves I think are really nice, really | 08:53:50 |
| 3 | great. | 08:53:53 |
| 4 | Q.   Do you think iOS is a secure platform | 08:53:53 |
| 5 | compared to other platforms? | 08:54:01 |
| 6 | A.   I think, yes, because -- but because | 08:54:05 |
| 7 | I -- because I work primarily in iOS I may not | 08:54:17 |
| 8 | understand all of the security features of other | 08:54:22 |
| 9 | platforms, but from what I know of iOS I do | 08:54:25 |
| 10 | think that iOS security is quite strong. | 08:54:28 |
| 11 | And, you know, from the people I have | 08:54:33 |
| 12 | met who do iOS security they seem to know -- | 08:54:36 |
| 13 | treat it seriously and know what they're talking | 08:54:40 |
| 14 | about. | 08:54:44 |
| 15 | Q.   Do you think in general iOS is more | 08:54:44 |
| 16 | secure than Android? | 08:54:51 |
| 17 | A.   Yes, I do think so, but, again, I don't | 08:55:00 |
| 18 | have as much experience with the Android | 08:55:03 |
| 19 | ecosystem. | 08:55:06 |
| 20 | It does seem like the Android ecosystem | 08:55:07 |
| 21 | suffers from a bit of fragmentation both from a | 08:55:10 |
| 22 | market perspective and there's uneven -- uneven | 08:55:14 |
| 23 | application of the security measures that they | 08:55:15 |
| 24 | do have and also some degree of technical | 08:55:17 |
| 25 | fragmentation. | 08:55:21 |

Page 37

ATTORNEYS EYES ONLY

```
 1          I recall looking at their Sandbox model      08:55:22
 2   and it seemed instead of having the iOS-styled      08:55:25
 3   Sandbox framework with mandatory access controls    08:55:29
 4   they have kind of a patchwork quilt of systems      08:55:32
 5   which seems significantly less elegant to me.       08:55:36
 6          Q.   Can we turn back to your joining        08:55:40
 7   Corellium?  What was your role when you first       08:55:49
 8   joined Corellium?                                   08:55:52
 9          MR. LEVINE:  Counsel, he can absolutely      08:55:54
10   answer this question, but just after this           08:55:57
11   question before we get into a new line of           08:55:59
12   questions can we just take a quick break?  We've    08:56:01
13   been going about an hour now.                       08:56:04
14          MR. DAMLE:  A little under an hour, but,     08:56:05
15   yeah, sure.  Let me just ask you about your time    08:56:07
16   at Corellium and then we can take a break.          08:56:09
17          MR. LEVINE:  It is coming up on noon and     08:56:13
18   we started at 11 so just maybe at noon.  Thanks.    08:56:17
19          THE WITNESS:  Yeah, so I'm trying            08:56:19
20   to -- I'm trying to remember exactly what my        08:56:22
21   role would be.  Like Chris -- Chris called me       08:56:24
22   and thought that I would be really good with        08:56:28
23   the -- really good with helping out.                08:56:32
24
```

ATTORNEYS EYES ONLY

1 ██████████████████████████████   ████████

█ ████████████████████████████████████   ████████

█ █████████████████████████████████   ████████

█ ████████████████████████████   ████████

█       ███████████████████████████████████   ████████

█ ███████████████████████████████████████   ████████

█ ████████████████████████████████████   ████████

█ ██████████████████████████████████   ████████

█ █████████████████████████   ████████

10      Q.   (By Mr. Damle) And so you were a          08:57:23

11   co-founder of Corellium.  Is that fair to say?     08:57:28

12      A.   Yes.                                        08:57:31

13      Q.   And you are a member of the LLC?  You       08:57:31

14   know what that means?                               08:57:34

15      A.   I -- yes, I believe I'm a member of the     08:57:35

16   LLC.  I'm not completely clear on the meaning --    08:57:40

17   the legal meaning of it I suppose.                  08:57:43

18      Q.   But you own a piece of the company; is      08:57:45

19   that right?                                         08:57:51

20      A.   Yes.                                        08:57:51

21      Q.   And what is your current title?             08:57:52

22      A.   The title that I -- I don't really have     08:57:59

23   an official title.  Usually I just tell people      08:58:07

24   co-founder.                                         08:58:10

25           I think that the title that most matches    08:58:11

Page 39

ATTORNEYS EYES ONLY

```
1    what I do currently is just the head of        08:58:15

2    platform.  Basically all the software that's not 08:58:18

3    the hypervisor that kind of feeds stuff into the  08:58:23

4    hypervisor and managing how developers interact  08:58:28

5    with our software and those things I'm           08:58:31

6    responsible for.                                  08:58:33
```



Page 40

ATTORNEYS EYES ONLY



Page 41

ATTORNEYS EYES ONLY



1          MR. DAMLE:  We can take a break now.          09:01:17

2          (Recess from 9:01 a.m. to 9:15 a.m.)          09:01:22

Page 42

ATTORNEYS EYES ONLY



Page 43

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   And so in 2013 you won a Pwnie award for | 09:18:46 |
| 2 | Best Privilege Escalation Bug; is that correct? | 09:18:56 |
| 3 | A.   That's right. | 09:18:59 |
| 4 | MR. LEVINE:  Objection.  You can answer. | 09:19:00 |
| 5 | THE WITNESS:  Yes, that's correct. | 09:19:04 |
| 6 | Q.   (By Mr. Damle) And what was that award | 09:19:05 |
| 7 | for, what bug was it for, sorry? | 09:19:12 |
| 8 | A.   I don't recall the precise bug, but I | 09:19:15 |
| 9 | believe it was for a chain of vulnerabilities | 09:19:22 |
| 10 | that allowed us -- allowed us to jailbreak a | 09:19:25 |
| 11 | particular series of devices.  I believe it | 09:19:30 |
| 12 | could have been either iOS 6 or 7. | 09:19:35 |
| 13 | Q.   Was it called the Evasi0n jailbreak? | 09:19:38 |
| 14 | A.   Yes. | 09:19:43 |
| 15 | Q.   With the O replaced with a 0? | 09:19:43 |
| 16 | A.   Yes. | 09:19:57 |
| 17 | Q.   And I believe I have read that -- that | 09:19:57 |
| 18 | this required bypassing code signing on iOS.  Is | 09:20:12 |
| 19 | that accurate? | 09:20:24 |
| 20 | MR. LEVINE:  Objection, foundation. | 09:20:25 |
| 21 | THE WITNESS:  It required -- it required | 09:20:27 |
| 22 | the -- it required us to be able to execute | 09:20:32 |
| 23 | unsigned code.  It was a vulnerability that had | 09:20:38 |
| 24 | to be exploited so that code not signed by Apple | 09:20:41 |
| 25 | could run on a device. | 09:20:45 |

Page  44

ATTORNEYS EYES ONLY

```
 1      Q.    (By Mr. Damle) Is that a common feature    09:20:48
 2   of jailbreak exploits, that you need to run         09:20:50
 3   signed code on the device?                          09:20:56
 4      A.    Yes, because ultimately the point of       09:20:57
 5   jailbreaking is to take control of your own         09:21:01
 6   device.                                             09:21:06
 7           Apple has locked down the device so that    09:21:07
 8   no code unless they explicitly sign off on every    09:21:09
 9   single bit of it needs to -- runs.                  09:21:14
10           So on a traditional computer you are        09:21:19
11   free to write any code you want and run it right    09:21:23
12   away, but on an iOS device because of those         09:21:26
13   restrictions only code Apple signs can run.         09:21:29
14           And so what jailbreaking does is it         09:21:35
15   allows you to take control of your own device.      09:21:37
16   It allows you to -- to, you know, break open the    09:21:40
17   manufacturer seal so to speak and just -- and,      09:21:45
18   you know, tinker -- tinker and make enhancements    09:21:50
19   to your device and run whatever programs you        09:21:54
20   want on it.                                         09:21:57
21      Q.    Does jailbreaking an iPhone always         09:21:58
22   require the use of exploitable vulnerability?       09:22:10
23      A.    Jailbreaking a physical iPhone would       09:22:18
24   require some sort of vulnerability.  There's        09:22:28
25   various definitions of vulnerabilities.  In this    09:22:35
```

Page 45

ATTORNEYS EYES ONLY

```
 1   case I will define vulnerability very broadly --   09:22:37
 2      Q.   Sure.                                       09:22:40
 3      A.     -- like even if it's like something that  09:22:40
 4   is a design flaw or something like I will count     09:22:47
 5   as a vulnerability, but since the design            09:22:50
 6   specifically says all code that runs must           09:22:53
 7   be -- must be -- must be approved by Apple           09:22:57
 8   then -- then that would mean that you would need    09:23:01
 9   some sort of like aberration, some sort of --       09:23:06
10   something that goes against the design to run       09:23:11
11   code not signed by Apple in that case.              09:23:15
12      Q.   So jailbreaking an iPhone requires some     09:23:17
13   sort of vulnerability in the way that you have      09:23:24
14   defined it?                                         09:23:26
15          MR. LEVINE:  Mischaracterizes testimony,    09:23:29
16   objection.                                          09:23:32
17          THE WITNESS:  It does not in certain        09:23:34
18   cases.  So -- so jailbreaking a physical device    09:23:38
19   does require that, however -- however, you can      09:23:42
20   have a device that is not jailed in the first      09:23:47
21   place.                                              09:23:51
22   ████████████████████████████  ███████
     ████████████████████████████  ███████
     ████████████████████████████  ███████
     ██████████████████████  ███████
```

Page 46

ATTORNEYS EYES ONLY



1

2      Q.   (By Mr. Damle) And is it something that    09:24:08

3   Corellium does that means that the restrictions    09:24:13

4   are not there?                                     09:24:17

5         MR. LEVINE:  Object to the form of the       09:24:21

6   question, confusing, vague.                        09:24:25

7         THE WITNESS:  Yeah, I'm sorry, could         09:24:26

8   you -- could you clarify that?                     09:24:30

9

14        MR. LEVINE:  Objection, vague.  You          09:24:44

15   failed to clarify what restrictions.              09:24:48

16

Page 47

ATTORNEYS EYES ONLY



Page 48

ATTORNEYS EYES ONLY



Page  49

ATTORNEYS EYES ONLY



Page  50

ATTORNEYS EYES ONLY



```
 1        ████  ██████████████████████████       ████████

 █  █████████████████████████████████████████    ████████

 █  █████████████████████████████████████         ████████

 █  ███████████████████████████████████████       ████████

 █  ██████                                        ████████

 █     ████    ██████                             ████████

 7        Q.   You testified earlier as to how you were    09:29:35

 8   referring to vulnerability.                           09:29:48

 9           Is there a difference in your view            09:29:49

10   between a software bug and a vulnerability?           09:29:51

11        A.   It might be -- like it depends on the       09:29:53

12   context of the discussion.  I think that a            09:29:59

13   lot -- like broadly speaking a lot of things          09:30:04

14   could be a vulnerability, you know.                   09:30:08

15              ████████████████████████████       ████████

 █    ████████████████████████████████████         ████████

 █    ██████████████████████████████████████████   ████████

 █    ████████████████████████████████████         ████████

 █    ███████████████████████████████████████████  ████████

 █    ██████████████████████                       ████████

 █       █████████████████████████████████████     ████████

 █    ████████████████████████████████████████     ████████

 █    ████                                          ████████

 █       ██████████████████████████████            ████████

 █    ███████████████████████████████████████      ████████
```

ATTORNEYS EYES ONLY

1   ███████████████████████████████   ████████

█   ███████████████████████████████   ████████

█   ███████████████████████████████   ████████

█   ███████████████████████████████   ████████

█   ███████████████████████████████   ████████

█   ███████████████████████████████   ████████

█   ███████████████████████████████   ████████

█   ███████████████   ████████

9        And that could be exploited in a way to       09:31:07

10   introduce behavior that the original programmer     09:31:10

11   does not want.                                      09:31:13

12       Q.   And are there vulnerabilities in your     09:31:14

13   view that are not exploitable?  Sorry, let me       09:31:22

14   scratch that.                                       09:31:28

15        What is an exploit?                            09:31:28

16       A.   An exploit uses vulnerabilities to        09:31:30

17   achieve a purpose.                                  09:31:34

18       Q.   And what would that purpose be?           09:31:44

19       A.   It could be any purpose.  It could be     09:31:46

20   for -- for example, in jailbreaking the purpose     09:31:47

21   would be to enable unsigned code to run on the      09:31:50

22   device.                                             09:31:55

23       Q.   And any other examples of what the        09:31:55

24   purpose of an exploit would be?                     09:31:59

25       A.   Well, largely it would -- it could        09:32:02

Page 52

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | also -- for example, you could potentially | 09:32:06 |
| 2 | bypass a lock screen or something like that or | 09:32:13 |
| 3 | perhaps in a game you score twice instead of | 09:32:16 |
| 4 | once when you toss a basket, something like | 09:32:22 |
| 5 | that, you know, any sort of -- or not even score | 09:32:26 |
| 6 | twice, maybe you just make some interesting | 09:32:29 |
| 7 | patterns appear on the screen, basically | 09:32:31 |
| 8 | anything that kind of -- like -- a vulnerability | 09:32:34 |
| 9 | is like sort of theoretical knowledge and an | 09:32:40 |
| 10 | exploit practically applies it. | 09:32:46 |
| 11 | Q.   Any other vulnerabilities that are -- | 09:32:48 |
| 12 | that wouldn't lead to the development of | 09:32:53 |
| 13 | exploits?  Sorry. | 09:32:55 |
| 14 | Are there vulnerabilities that could | 09:32:56 |
| 15 | lead to the development of an exploit? | 09:32:58 |
| 16 | MR. LEVINE:  Object to the form of the | 09:33:00 |
| 17 | question. | 09:33:06 |
| 18 | THE WITNESS:  I think that -- I think it | 09:33:06 |
| 19 | gets tricky.  If you are saying that it is a | 09:33:09 |
| 20 | vulnerability, but it is not exploitable, then I | 09:33:14 |
| 21 | don't know if it is a vulnerability. | 09:33:18 |
| 22 | If it's a vulnerability that is | 09:33:19 |
| 23 | difficult to exploit or impractical to exploit | 09:33:23 |
| 24 | or can't be exploited yet with our current | 09:33:27 |
| 25 | understanding or knowledge, then that could | 09:33:30 |

Page 53

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | still be a vulnerability. | 09:33:32 |
| 2 | Q.   (By Mr. Damle) Okay.  Have you ever | 09:33:33 |
| 3 | heard the term white hat hacker? | 09:33:41 |
| 4 | A.   Yes. | 09:33:44 |
| 5 | Q.   What does that mean to you? | 09:33:44 |
| 6 | A.   It means someone who does -- performs | 09:33:47 |
| 7 | security research for some sort of social good. | 09:33:51 |
| 8 | Q.   And when you say social good what does | 09:33:55 |
| 9 | that mean? | 09:33:58 |
| 10 | A.   It's something that benefits society. | 09:33:59 |
| 11 | Q.   And what does a black hat hacker mean to | 09:34:06 |
| 12 | you? | 09:34:12 |
| 13 | A.   Uses security, computer security to | 09:34:12 |
| 14 | benefit themselves for some sort of selfish end | 09:34:21 |
| 15 | and usually harms other -- other people. | 09:34:25 |
| 16 | Q.   Have you heard the term grey hat hacker? | 09:34:29 |
| 17 | A.   I have. | 09:34:36 |
| 18 | Q.   And what does that mean to you? | 09:34:37 |
| 19 | A.   I am not completely sure.  These are | 09:34:40 |
| 20 | terms that I -- I don't really think about very | 09:34:46 |
| 21 | often. | 09:34:49 |
| 22 | I would suppose a grey hat hacker would | 09:34:50 |
| 23 | be someone who -- who has a mix of those | 09:34:53 |
| 24 | characteristics.  I think some people define it | 09:35:01 |
| 25 | as a white hat hacker who -- who may not follow | 09:35:04 |

Page 54

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | all the laws or something and some others say | 09:35:07 |
| 2 | that it is a -- it is a hacker who -- who -- who | 09:35:12 |
| 3 | perhaps does things for selfish ends, but not | 09:35:17 |
| 4 | necessarily harms other people. | 09:35:22 |
| 5 | I don't really -- I'm very unclear about | 09:35:23 |
| 6 | the definition of grey hat hacker and my feeling | 09:35:26 |
| 7 | is that the community also does not know really | 09:35:28 |
| 8 | what that means. | 09:35:32 |
| 9 | Q.   What is virtualization? | 09:35:32 |
| 10 | A.   Virtualization -- virtualization is the | 09:35:39 |
| 11 | ability to run software on hardware that the | 09:35:44 |
| 12 | software is not ordinarily meant to run on. | 09:35:53 |
| 13 | The software may believe that it is | 09:35:56 |
| 14 | running on the original hardware, but it is | 09:35:58 |
| 15 | actually running on different hardware. | 09:36:00 |
| 16 | And this allows you to do useful things | 09:36:02 |
| 17 | such as running the device -- running the | 09:36:06 |
| 18 | software on faster hardware or being able | 09:36:10 |
| 19 | to -- to introspect it a little bit more to be | 09:36:14 |
| 20 | able to see -- to use debugging techniques on it | 09:36:18 |
| 21 | to see how it works. | 09:36:22 |
| 22 | Q.   And what is emulation? | 09:36:28 |
| 23 | A.   Emulation -- emulation has some of the | 09:36:30 |
| 24 | same goals, however, instead of having -- | 09:36:35 |
| 25 | instead of using -- leveraging -- heavily | 09:36:39 |

Page 55

| 1 | leveraging existing hardware it would actually | 09:36:42 |
| 2 | simulate all aspects of the hardware in software | 09:36:46 |
| 3 | so it tends to be much slower, but it can be | 09:36:49 |
| 4 | more accurate. | 09:36:52 |
| 5 | Q. And why would it be more accurate? | 09:36:52 |
| 6 | A. Because you are not bound by the | 09:36:58 |
| 7 | limitations of the actual hardware that you | 09:37:01 |
| 8 | have. | 09:37:04 |
| 9 | Q. So there are situations where simulation | 09:37:04 |
| 10 | has advantages over virtualization -- sorry, | 09:37:18 |
| 11 | scratch that, where emulation -- let me just | 09:37:22 |
| 12 | start that whole question over. | 09:37:24 |
| 13 | So there are situations where emulation | 09:37:26 |
| 14 | has advantages over virtualization; is that | 09:37:29 |
| 15 | correct? | 09:37:33 |
| 16 | MR. LEVINE: Object to the form, vague, | 09:37:33 |
| 17 | hypothetical. | 09:37:35 |
| 18 | THE WITNESS: Yes, there are situations | 09:37:41 |
| 19 | where emulation might have advantages over | 09:37:43 |
| 20 | virtualization. | 09:37:47 |
| 21 | Q. (By Mr. Damle) And does simulation have | 09:37:48 |
| 22 | a different meaning to you than emulation? | 09:37:50 |
| 23 | MR. LEVINE: Object to the form. | 09:38:05 |
| 24 | THE WITNESS: Yes, I think it does, but | 09:38:06 |
| 25 | it is unclear to me the precise differentiation | 09:38:10 |

Page 56

```
1    between simulation and emulation.              09:38:18

2         It feels like simulation -- people who    09:38:21

3    say simulate likely have access to the original 09:38:24

4    hardware model and are able to -- and are more  09:38:28

5    interested in testing the behavior of the       09:38:33

6    hardware rather than trying to get a piece of   09:38:36

7    software to work.                               09:38:39

8    Q.   (By Mr. Damle) And are you familiar with  09:38:41

9    Apple's simulator program which is part of its  09:38:48

10   Xcode platform?                                 09:38:52

11   A.   You are referring to the iOS simulator?   09:38:54

12   Q.   Yes.                                       09:39:00

13   A.   Yes, I'm familiar with that.              09:39:00

14   Q.   And would you call that an emulator of    09:39:01

15   iOS?                                            09:39:07

16        MR. LEVINE:  Object to the form of the    09:39:08

17   question.                                       09:39:13

18        THE WITNESS:  I don't think it falls      09:39:13

19   into any of those three categories that I have  09:39:14

20   defined.                                        09:39:17

21        I believe it -- it really is a            09:39:19

22   compatibility layer between -- not between a    09:39:24

23   software -- software and hardware.              09:39:29

24        It's a purpose-built piece of software    09:39:33

25   that is completely different from the regular   09:39:37
```

Page 57

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | iOS and it interacts with a compatibility layer | 09:39:42 |
| 2 | that instead of having it interact with Mac | 09:39:46 |
| 3 | hardware or whatever, it allows it to be | 09:39:51 |
| 4 | compatible with a different operating system | 09:39:52 |
| 5 | which is macOS. | 09:39:55 |
| 6 | The simulator doesn't even run the iOS | 09:39:58 |
| 7 | kernel.  The simulator is suitable for a | 09:40:01 |
| 8 | high-level -- for -- basically for app | 09:40:05 |
| 9 | developers to test certain features, but it's | 09:40:09 |
| 10 | the fidelity on the binary execution level and | 09:40:14 |
| 11 | on how on the operating system level it is | 09:40:19 |
| 12 | completely not there. | 09:40:22 |
| 13 | Q.   (By Mr. Damle) What is a hypervisor? | 09:40:23 |
| 14 | A.   A hypervisor is a key piece of a | 09:40:35 |
| 15 | virtualized system.  It manages calls from -- it | 09:40:39 |
| 16 | manages requests from the software being | 09:40:43 |
| 17 | virtualized and it relays them to -- relays them | 09:40:46 |
| 18 | into hardware. | 09:40:51 |
| 19 | Q.   And so you mentioned software being | 09:40:52 |
| 20 | virtualized.  How does that -- is virtualized | 09:41:01 |
| 21 | software, is that called a virtual machine? | 09:41:09 |
| 22 | MR. LEVINE:  Object to the form of the | 09:41:12 |
| 23 | question. | 09:41:20 |
| 24 | THE WITNESS:  Not necessarily.  ■ | ■ |
| ■ | ■ | ■ |

Page 58

ATTORNEYS EYES ONLY



```
 1
```

```
24      Q.    (By Mr. Damle) Are you familiar with      09:42:49
```

```
25   what an IPSW file is?                              09:42:53
```

Page 59

ATTORNEYS EYES ONLY

```
 1        A.    Yes.                                 09:42:57

 2        Q.    What is it?                          09:42:58

 3        A.    It's the form of -- it is a file that  09:42:59

 4   Apple publishes that is eventually downloaded   09:43:03

 5   onto devices capable of updating iPhones or     09:43:07

 6   iPads to the latest iOS software.               09:43:14

 7        Q.    And what is your understanding of what  09:43:21

 8   is contained inside an IPSW file?               09:43:24

 9        A.    Code and data that are sufficient    09:43:29

10   to -- to install iOS onto -- onto hardware      09:43:39

11   devices.                                        09:43:46

12         I don't believe it contains all the       09:43:49

13   components of iOS, but -- but -- but            09:43:52

14   sufficient -- sufficient data and code          09:43:57

15   that -- that allows iPhones to be upgraded to   09:44:00

16   the latest version of iOS.                      09:44:05

17        Q.    What components of iOS do you think  09:44:07

18   it doesn't contain?                             09:44:16

19         MR. LEVINE:  If I can interject did you   09:44:17

20   say what components does it or doesn't it?      09:44:21

21         MR. DAMLE:  Doesn't it.                   09:44:23

22         MR. LEVINE:  Okay.  What components does  09:44:24

23   an IPSW not include, is that your question?     09:44:26

24         MR. DAMLE:  Yes.                          09:44:28

25         MR. LEVINE:  Thank you.                   09:44:29
```

Page 60

ATTORNEYS EYES ONLY

```
 1          THE WITNESS:  It does not include the     09:44:31
 2   bootloader and I am not completely sure, but I   09:44:35
 3   believe some firmware and carrier settings and   09:44:41
 4   things like that could be dynamically downloaded 09:44:46
 5   from Apple.                                       09:44:50
 6          And there's probably some other key        09:44:51
 7   pieces of -- key pieces of configuration or code 09:44:53
 8   that -- that is -- that is downloaded onto the   09:44:59
 9   device and activated during the -- during the    09:45:06
10   upgrade process or restore process.              09:45:12
11      Q.   (By Mr. Damle) What's the difference     09:45:16
12   between an upgrade process and a restore         09:45:20
13   process?                                         09:45:23
14      A.   The upgrade process tries to retain the  09:45:23
15   user data on the device and a restore process    09:45:26
16   tries to wipe out the user data already on the   09:45:30
17   device.                                          09:45:33
18      Q.   So just to talk about what is on the     09:45:39
19   IPSW file, that is the code that Apple provides  09:45:44
20   that is the minimum -- sorry, it contains the    09:45:53
21   minimum amount of code needed to run iOS on an   09:46:00
22   iPhone or iPad or other Apple device; is that    09:46:04
23   right?                                           09:46:08
24          MR. LEVINE:  Object to the form,          09:46:08
25   speculation, vague, confusing.                   09:46:09
```

Page 61

ATTORNEYS EYES ONLY

```
 1          THE WITNESS:  I don't believe it is the      09:46:12
 2   minimum amount of code.  I believe that they        09:46:15
 3   have -- they have stuff -- they have code on the    09:46:18
 4   device that -- that runs iOS under -- under, you    09:46:22
 5   know, Apple's definition of iOS which is the        09:46:26
 6   entire code sign chain and all of the -- all of     09:46:30
 7   the experience of iOS.                              09:46:37
 8      Q.   (By Mr. Damle) Okay.  So the IPSW file      09:46:38
 9   contains all the code under Apple's definition      09:46:44
10   of iOS which is the entire code sign chain; is      09:46:54
11   that right?                                         09:46:59
12          MR. LEVINE:  Object to the form as it        09:46:59
13   relates to Apple's definition of iOS as             09:47:01
14   speculation, vague.                                 09:47:04
15          THE WITNESS:  No, I don't really -- I        09:47:06
16   don't think so.  The code sign chain, of course,   09:47:14
17   starts with the BootROM.  And I know at the very    09:47:16
18   least the BootROM is not included in the IPSW.      09:47:20
19      Q.   (By Mr. Damle) So the BootROM is not        09:47:26
20   included in the IPSW, but the bootloader I          09:47:28
21   believe you said, is that a separate piece of       09:47:31
22   software from the BootROM?                          09:47:33
23          MR. LEVINE:  Object to the form.             09:47:35
24          THE WITNESS:  Yes.                           09:47:35
25      Q.   (By Mr. Damle) And is the bootloader        09:47:36
```

Page 62

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | included in the IPSW file or not? | 09:47:39 |
| 2 | A.   The bootloader is included in the IPSW | 09:47:41 |
| 3 | file. | 09:47:44 |
| 4 | Q.   And the kernel, iOS kernel, is included | 09:47:44 |
| 5 | in the IPSW file; is that correct? | 09:47:50 |
| 6 | A.   Yes, the iOS kernel is included in the | 09:47:51 |
| 7 | IPSW file. | 09:47:55 |
| 8 | Q.   And does it contain the images and | 09:47:55 |
| 9 | graphical assets that are necessary to display | 09:47:58 |
| 10 | the graphical user interface on an iPhone? | 09:48:03 |
| 11 | MR. LEVINE:  Object to the form of the | 09:48:07 |
| 12 | question, vague and speculation. | 09:48:09 |
| 13 | THE WITNESS:  The IPSW file | 09:48:12 |
| 14 | contains -- which graphicals?  It depends. | 09:48:28 |
| 15 | Which graphical elements are you speaking of? | 09:48:33 |
| 16 | Q.   (By Mr. Damle) Sure.  Does it include | 09:48:37 |
| 17 | the default wallpapers that get installed on an | 09:48:40 |
| 18 | iPhone? | 09:48:43 |
| 19 | A.   Yes, a form of those wallpapers are -- | 09:48:43 |
| 20 | are somewhere embedded in the IPSW file. | 09:48:50 |
| 21 | Q.   And the icons for the various default | 09:48:53 |
| 22 | apps on an iPhone are included in an IPSW file? | 09:49:08 |
| 23 | And the icons as well as -- the icons | 09:49:08 |
| 24 | for the default apps that are installed on an | 09:49:08 |
| 25 | iPhone are included in that IPSW file somewhere? | 09:49:09 |

Page 63

ATTORNEYS EYES ONLY



1      A.   Yes.                                              09:49:13

Page  64

ATTORNEYS EYES ONLY



13    MR. LEVINE:  Object to the form, asked    09:51:39

14  and answered.                                09:51:41

15    Q.   (By Mr. Damle) I want to talk a little  09:51:41

16  bit about the restore process on an iPhone.  Are  09:51:46

17  you familiar with that process?              09:51:51

18    A.   I have familiarity with that process.  I  09:51:55

19  would not say that I am an expert, but I feel   09:51:59

20  like I have more knowledge than most outside of  09:52:05

21  Apple I suppose.                             09:52:09

22    Q.   And as part of that restore process   09:52:10

23  does -- I'm just talking about on a regular   09:52:17

24  iPhone -- as part of the restore process on a  09:52:22

25  regular iPhone does it communicate with an Apple  09:52:24

Page 65

ATTORNEYS EYES ONLY

```
 1   server?                                      09:52:26

 2      A.   Yes, I believe it does.             09:52:27

 3      Q.   And how would you refer to that server?   09:52:30

 4   I'm just trying to get our nomenclature right.   09:52:33

 5          MR. LEVINE:  Object to the form of the   09:52:38

 6   question, vague.                             09:52:40

 7          THE WITNESS:  I actually believe it   09:52:41

 8   communicates with several different servers in   09:52:42

 9   various stages of the process so I will have to   09:52:45

10   ask which one are you referring to?          09:52:49

11      Q.   (By Mr. Damle) Okay.  So why don't we   09:52:51

12   just walk through the stages at which different   09:52:54

13   Apple servers are communicated with by the   09:53:04

14   iPhone as part of the restore process.       09:53:07

15          So what are the ones that you are aware   09:53:09

16   of?                                          09:53:13

17      A.   The one I'm aware of is that first some   09:53:13

18   sort of authorization needs to be given to the   09:53:15

19   device that says you are allowed -- at        09:53:18

20   least -- so this did not used to be the case at   09:53:24

21   least in 2007, but this is a new measure added   09:53:27

22   later on, but it needs to be -- the Apple -- the   09:53:30

23   device -- the hardware device needs to get   09:53:34

24   permission to -- to install, to restore, to load   09:53:37

25   that particular IPSW file.                   09:53:41
```

Page 66

ATTORNEYS EYES ONLY

```
 1            And so there's some sort of -- it gives      09:53:44

 2   some sort of token identifying yourself and I        09:53:48

 3   think some sort of anti-replay token to an Apple     09:53:52

 4   server.                                              09:53:56

 5            And the Apple server eventually comes       09:53:56

 6   back with a signed AP ticket that is -- that has     09:54:00

 7   a list of -- a list of files that the device is     09:54:06

 8   allowed to load and the hashes -- the               09:54:13

 9   cryptographic hashes of all the files.              09:54:19

10            And all this entire thing is digitally      09:54:24

11   signed with a certificate that is embedded in       09:54:25

12   all bootloader components including the BootROM.    09:54:28

13            And those components verify the AP          09:54:31

14   tickets hash, say this is a valid AP ticket, and    09:54:34

15   they later on check the hashes of each of the       09:54:38

16   components -- each of the firmware components to    09:54:42

17   make sure that they are authorized to be loaded     09:54:45

18   and to be run later on the device.                  09:54:47

19            Further on in restore I believe there's     09:54:52

20   also some sort of direct communication channel      09:54:54

21   established between the certain peripherals          09:54:58

22   inside the iPhone and with the Apple servers        09:55:01

23   themselves.                                          09:55:04

24            There seems to be code that establishes     09:55:04

25   a two-way communication channel such that the       09:55:08
```

Page 67

ATTORNEYS EYES ONLY

```
 1    intervening -- the intervening hops on that path    09:55:11

 2    including a user's laptop, for example, would        09:55:16

 3    not be able to know what the actual content of       09:55:20

 4    the communications are.                              09:55:22

 5          And I'm not familiar with the details or       09:55:24

 6    what the purpose of those -- that second             09:55:27

 7    communication is.  I believe it is to initialize    09:55:31

 8    certain hardware components or even the Secure       09:55:37

 9    Enclave Processor, but I'm not sure exactly what     09:55:43

10    happens there.                                       09:55:46

11    Q.    Any other communications with Apple            09:55:46

12    servers that happens during the restore process?    09:55:50

13    A.    Not that I can recall right now.  There        09:55:54

14    is -- after the restore process there is the        09:55:58

15    activation process, but I'm not sure if I would      09:56:00

16    say that's the restore process.                      09:56:03

17    Q.    Okay.  Let's talk about the activation         09:56:05

18    processor.  How does that work?                      09:56:09

19    A.    I'm very -- unfortunately, I know very         09:56:12

20    little about the activation process.  I know         09:56:15

21    that it involves the device sending back --          09:56:17

22    sending another sort of message to an Apple          09:56:21

23    server about its current statistic and Apple         09:56:24

24    sending back some sort of digitally-signed           09:56:28

25    information allowing the device -- allowing the      09:56:30
```

Page 68

ATTORNEYS EYES ONLY

```
 1    iOS software to activate or run or something and    09:56:33

 2    giving it information to register it to services    09:56:42

 3    like iCloud or push notifications, things of        09:56:45

 4    that nature.                                         09:56:53

 5        Q.   And is it your understanding that that     09:56:53

 6    last activation process is necessary to actually    09:56:59

 7    run the iOS on an iPhone?                            09:57:03

 8        A.   I'm not sure.                               09:57:05

 9        Q.   Let's talk about the first one, the        09:57:08

10    authorization.  The communication -- we will        09:57:12

11    call it the authorization server just to keep       09:57:16

12    things simple.                                       09:57:19

13            The communication with the authorization    09:57:20

14    server, is that necessary to run or install iOS     09:57:22

15    on an iPhone?                                        09:57:26

16        A.   I'm not sure.  I believe that -- I         09:57:27

17    believe that it is the normal case.  I believe      09:57:37

18    that it might be possible to -- to -- to install    09:57:40

19    an IPSW without meeting that authorization as       09:57:45

20    long as you kept a previous copy of it or           09:57:51

21    something.                                           09:57:53

22            I'm not sure what the literature is on       09:57:54

23    that currently.                                      09:57:56

24        Q.   But in the ordinary course of restoring    09:57:57

25    an iPhone you would have to have a connection to    09:58:02
```

Page 69

ATTORNEYS EYES ONLY

```
 1    the authorization server; is that correct?        09:58:04
 2        A.   In the ordinary course, yes.             09:58:06
 3        Q.   And you mentioned that in 2007 they       09:58:08
 4    didn't have this communication with the           09:58:17
 5    authorization server and that they added it at    09:58:18
 6    some later point.                                 09:58:22
 7             Do you know when they added it?          09:58:23
 8             MR. LEVINE:  Object to the form,         09:58:25
 9    speculation.                                      09:58:27
10             THE WITNESS:  No, I do not remember.     09:58:27
11        Q.   (By Mr. Damle) And do you have any idea  09:58:30
12    why they added that step in the restore process? 09:58:33
13             MR. LEVINE:  Same objection.             09:58:37
14             THE WITNESS:  No, I -- I -- I don't know 09:58:38
15    exactly why they did that.                        09:58:46
16        Q.   (By Mr. Damle) And so what happens if    09:58:47
17    the check with the authorization server fails in 09:59:08
18    the ordinary course?                              09:59:15
19             MR. LEVINE:  I object to the form, vague 09:59:19
20    as far as the ordinary course.                    09:59:22
21             THE WITNESS:  Could you repeat the       09:59:24
22    question?  Sorry, my headphones cut out.          09:59:25
23        Q.   (By Mr. Damle) Sure.  Sure.  What        09:59:28
24    happens -- we're talking about the restore        09:59:32
25    process and there's a -- you have testified that 09:59:35
```

Page 70

ATTORNEYS EYES ONLY

```
 1    there is this communication with the -- this      09:59:37
 2    what we're calling the authorization server; is   09:59:41
 3    that correct?                                      09:59:45
 4        A.   Yes.                                      09:59:45
 5        Q.   And the authorization server sends        09:59:45
 6    something back to the iPhone; is that right?       09:59:50
 7        A.   It sends something back to the device     09:59:54
 8    performing the restore which could be, you know,   10:00:00
 9    the iTunes, MacBook.                               10:00:03
10        Q.   Got it.  Understood.  Let's just focus    10:00:07
11    on iPhones.  So what is it exactly that it         10:00:10
12    sends, that the authorization server is sending    10:00:16
13    back?                                              10:00:18
14    ███  ██████████████████████████              ████
      █   █████████████████████████████             ████
      █   ██████████████████████████████████        ████
      █   ████████████████████████████             ████
      █   ███████████████████████████████          ████
      █   ██████████████████████████████████       ████
      █   ████████████████████████████████████     ████
      █   █████████████████████████████            ████
      █   █████████████████████████████████        ████
      █   █████████████████████████████████        ████
24        Q.   And what happens if the AP ticket is not 10:00:58
25    sent back from the authorization server during    10:01:04
```

Page 71

ATTORNEYS EYES ONLY

```
 1    the restore process?                          10:01:06
 2        A.   The software -- the software performing   10:01:09
 3    the restore would not proceed.                10:01:14
 4        Q.   So we have just been discussing this AP   10:01:16
 5    ticket.  Is that AP ticket stored on the device   10:01:29
 6    after a successful restore?                   10:01:31
 7        A.   I believe so.                        10:01:34
 8        Q.   And do you know if it's used by the   10:01:35
 9    iPhone at any point after that?               10:01:39
10        A.   I'm not sure.                        10:01:41
11        Q.   Do you need the AP ticket in order to   10:01:50
12    boot up an iPhone?                            10:01:57
13    ██       ████████████████████████        ████████
      █  ███████████████████████████████        ████████
      █  █████████████████████████████████████     ████████
      █  ██████████████████████████████████████   ████████
      █  ███████████████████████████████████     ████████
      █      ████████████████████████████████   ████████
      █  █████████████████████████████████       ████████
      █  █████████████████████████████          ████████
      █      ████████████████████████████████   ████████
      █  ██████████████████████████████████     ████████
      █  ████████████████████████████████       ████████
24        Q.   For an ordinary iPhone you believe that   10:02:52
25    the AP ticket might be read by the bootloader in   10:02:56
```

                                        Page 72

ATTORNEYS EYES ONLY

```
 1    the boot process; is that correct?              10:02:59
 2         MR. LEVINE:  Object to the form of the     10:03:00
 3    question, vague.                                10:03:01
 4         THE WITNESS:  I think on an ordinary       10:03:06
 5    iPhone the AP ticket might be read by the       10:03:09
 6    bootloader.                                     10:03:13
 7    Q.    (By Mr. Damle) And so if you didn't have  10:03:16
 8    an AP ticket on an ordinary iPhone you wouldn't 10:03:18
 9    be able to boot up your iPhone; is that correct? 10:03:23
10         MR. LEVINE:  Object to the form.           10:03:32
11         THE WITNESS:  I -- I -- I honestly don't   10:03:36
12    know at this point.                             10:03:40
13    Q.    (By Mr. Damle) You are familiar with the  10:03:40
14    Apple Secure Enclave Processor; is that right?  10:03:44
15    A.    Somewhat familiar, yes.                   10:03:48
16    Q.    And what is the Secure Enclave            10:03:51
17    Processor?                                      10:03:54
18    A.    It is a separate module chip inside       10:03:54
19    the -- inside the system that is segregated from 10:04:00
20    the rest of the system and it is responsible for 10:04:06
21    performing high-risk state that involves user   10:04:09
22    data protection.                                10:04:13
23    ████  █████████████████████████  █████████
   █████  ████████████████          █████████
   █████  ████  ████████████████  ████████████  █████████
```

Page 73

ATTORNEYS EYES ONLY



```
20       Q.   Do you know what a dev-fused iPhone is?    10:05:42

21       A.   I'm not completely sure.  I believe I     10:05:50

22  heard of the dev-fused iPhone during Ivan's talk    10:05:58

23  when he was talking about giving them to people,    10:06:05

24  to vulnerability developers.                        10:06:07

25       Q.   Right, but have you -- other than that    10:06:10
```

Page 74

ATTORNEYS EYES ONLY

```
 1    have you heard the term dev-fused iPhone?        10:06:14

 2        A.   Probably occasionally in -- in some     10:06:18

 3    places.                                          10:06:22

 4        Q.   What's your understanding of what a     10:06:23

 5    dev-fused iPhone is?                             10:06:25

 6        A.   I believe a dev-fused iPhone probably -- 10:06:26

 7    probably intrinsically is capable of running     10:06:32

 8    unsigned code.                                   10:06:36

 9        Q.   And are you aware that there is a black  10:06:36

10    market for dev-fused iPhones?                    10:06:41

11        A.   I think I have heard -- I have about the 10:06:44

12    black market, yeah.                              10:06:50

13    ██   ██████████████████████████████████    ██████████

██   █████████████████████████                   ██████████

15        MR. LEVINE:  Object to the form of the      10:07:01

16    question, vague.                                 10:07:02

17        ████████████   ██████████████              ██████████

██   ██  ████████████████████████████████          ██████████

██   ██████████████████████████████████████        ██████████

██   ██  ██████████████████████████                ██████████

██        ████████████   ██████████████            ██████████

██   ██████████████████   ████████████   ███       ██████████

██   █████████████████                             ██████████

██        ████████████   ██████████████████        ██████████

██   ████████████████████   ██████████████████     ██████████
```

ATTORNEYS EYES ONLY



Page  76

ATTORNEYS EYES ONLY



1

13        MR. DAMLE:  Why don't we take a quick      10:10:09

14   break, like a five, 10-minute break so come back   10:10:11

15   at 20 after the hour.                                 10:10:14

16        MR. LEVINE:  All right.                        10:10:19

17        MR. DAMLE:  Thanks.                            10:10:19

18        (Recess from 10:10 a.m. to 10:25 a.m.)        10:10:21

19

Page  77

ATTORNEYS EYES ONLY



Page  78

ATTORNEYS EYES ONLY



Page 79

ATTORNEYS EYES ONLY



Page 80

ATTORNEYS EYES ONLY



```
 1

 9          MR. LEVINE:  Same objection.                10:30:32

10

24          MR. LEVINE:  Yeah, I -- well, okay, go      10:31:23

25     ahead.  I'm sorry.                               10:31:28
```

Page 81

ATTORNEYS EYES ONLY



1         MR. DAMLE:  It's a yes or no question.      10:31:29

2         MR. LEVINE:  That's all right.  I'm         10:31:31

3    withdrawing that.                                 10:31:34

20        MR. LEVINE:  Asked and answered.            10:32:34

25        MR. LEVINE:  I would counsel the witness    10:32:50

Page 82

ATTORNEYS EYES ONLY

```
 1    that you are not to disclose any communications    10:32:53

 2    with his lawyers.                                  10:32:58

 3       Q.    (By Mr. Damle) You can answer.            10:33:05

 4          MR. LEVINE:  So long as you are not          10:33:08

 5    disclosing communications.                         10:33:12

 6       Q.    (By Mr. Damle) I don't want to know the   10:33:14

 7    content of communications. ████████████████        ██████

      ████████████████████████████████████████████      ██████

      ████████████████████████████                       ██████

      ██    ███    █████████████████      ████████        ██████

      ████████████████████████████████                   ██████

      ██    ███    ██████████████████████████            ██████

      ██████████████████████████████████████             ██████

      ███    ██    █████                                  ██████

15          MR. LEVINE:  And I object to the form of     10:33:50

16    that question, but...                              10:33:53

17    ██    █████████████████████████████████            ██████

      ████████████████████████████████████████████      ██████

      ██████████████                                      ██████

      ██    ███    ██████████    █████████████████        ██████

      ████████████████████████████████████████           ██████

      ██    ███    ████████████████████████               ██████

      ████████████████████████████████████████████      ██████

24          MR. LEVINE:  Any of this portion of the     10:34:29

25    conversation is certainly going to be marked as   10:34:32
```

                                    Page 83

ATTORNEYS EYES ONLY

```
1    attorneys' eyes only.                          10:34:35

2         So any -- any people from Apple that are  10:34:36

3    on the phone or on the line need to sign off or 10:34:40

4    leave the room.                                 10:34:45

5         MR. DAMLE:  Understood.  We don't have     10:34:46

6    anyone from Apple.                              10:34:47

7         MR. LEVINE:  Okay.                         10:34:49
```



Page 84

ATTORNEYS EYES ONLY

```
1    ██████████████████████████████    ████████
█    ████████████████████████████      ████████
█    ████████████████                  ████████
█         ████████████                 ████████
5         MR. LEVINE:  Object to the form, same    10:35:56
6    instruction as it relates to national security    10:35:59
7    concerns.  If you can answer, then answer, but    10:36:01
8    otherwise.                                         10:36:03
9         ██████████  ██████████████    ████████
█    ████████████████████████████      ████████
█    ████████████████████████████      ████████
█    ████████████                      ████████
█       ██  ████████████████████       ████████
█    ██████████████████████████████    ████████
█       ██   ████                      ████████
█       ██  ████████████████████████   ████████
█    ████████████████████████          ████████
█    ████████████████                  ████████
█       ██  ██████████████             ████████
█       ██  ██████  ████████████████   ████████
█    ████████   Hold on.  Mr. Wang, are you familiar    10:37:21
22   with how to look at the exhibits we are    10:38:03
23   introducing?                             10:38:05
24        A.   I'm trying to get to the site.  I had it    10:38:06
25   open earlier, but I think I may have    10:38:10
```

Page 85

ATTORNEYS EYES ONLY

```
 1    accidentally closed it at some point.          10:38:13

 2            Yeah, so I'm looking at a folder called  10:38:18

 3    marked Exhibits, but there seems to be -- it     10:38:21

 4    says folder is empty.                            10:38:24

 5            MR. LEVINE:  I don't have anything in     10:38:26

 6    mine either.                                     10:38:27

 7            MR. DAMLE:  Yeah, I think we're still     10:38:28

 8    working on introducing them.                     10:38:30

 9            MR. LEVINE:  Okay.  Counsel, while you    10:38:33

10    are doing that can we go off the record for one  10:38:54

11    second?                                          10:38:57

12            MR. DAMLE:  Yes, let's go off the         10:38:57

13    record.                                          10:39:02

14            (Recess from 10:39 a.m. to 10:40 a.m.)   10:39:03

15            (Deposition Exhibit Number 1 marked for  10:40:36

16             identification.)                        10:40:56

17    ▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮      ▮▮▮▮▮▮▮

▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮      ▮▮▮▮▮▮▮

▮▮       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮         ▮▮▮▮▮▮▮

▮▮   ▮▮▮▮▮▮                      ▮▮▮▮▮▮▮

▮▮   ▮▮   ▮▮▮                    ▮▮▮▮▮▮▮

▮▮   ▮▮   ▮▮▮▮▮▮▮▮▮▮             ▮▮▮▮▮▮▮

▮▮   ▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮       ▮▮▮▮▮▮▮

▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮         ▮▮▮▮▮▮▮

▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮         ▮▮▮▮▮▮▮
```

Page 86

ATTORNEYS EYES ONLY



Page  87

ATTORNEYS EYES ONLY



Page 88

ATTORNEYS EYES ONLY



Page 89

ATTORNEYS EYES ONLY



Page  90

ATTORNEYS EYES ONLY



Page 91

ATTORNEYS EYES ONLY



Page  92

ATTORNEYS EYES ONLY



Page  93

ATTORNEYS EYES ONLY



Page  94

ATTORNEYS EYES ONLY



Page 95



```
13        MR. LEVINE:  I will instruct the witness   10:56:09

14   not to answer.  He just said he would be         10:56:11

15   implicating national security concerns if he     10:56:14

16   answers this question.                           10:56:16
```



```
23        MR. LEVINE:  I disagree.  It is trying      10:56:33

24   to use a trick door to get the same answer out   10:56:35

25   of him.  I disagree.  If there are national      10:56:37
```

Page 96

ATTORNEYS EYES ONLY

```
 1    security concerns implicated then I'm going to     10:56:40

 2    instruct him not to answer.                        10:56:41

 3          MR. DAMLE:  Okay.  For the record I'm        10:56:43

 4    going to make the same reservation of rights.      10:56:45

 5    We may have to call the magistrate later on        10:56:50

 6    today and I will figure out how to do that from    10:56:53

 7    this environment, but for now I will reserve all   10:56:56

 8    of our rights.                                     10:56:59

 9          I'm going to introduce another exhibit.      10:57:04

10          (A discussion was held off the record.)      10:57:48

11          (Deposition Exhibit Number 2 marked for      10:57:48

12           identification.)                            10:57:49
```

13    ███ ████████████████ ███████       ██████

█ ████████████████ ██████████████    ██████

█ █████                               ██████

█    ████████████████████            ██████

█  ██ ████                           ██████

█  ██ █████████████                  ██████

█  ██ ██████████████                 ██████

█ ████████████████                   ██████

█  ██ ██████████████████             ██████

█  ██ ████████████ ████████          ██████

█ ███████████████████████████        ██████

█   ██████████████████████           ██████

█    █████████████████ ██████        ██████

ATTORNEYS EYES ONLY

1

2

3

4

5

6

7

8

9

10

11      Q.    You can close that exhibit.  I would      10:59:43

12  like to talk about your -- the Corellium product      10:59:56

13  and I'm going to focus on the Corellium -- as we      11:00:00

14  have been calling it the Corellium Apple          11:00:03

15  product.                                           11:00:05

16          Do you understand what I mean when I say   11:00:05

17  the Corellium Apple product?                       11:00:08

18      A.    I take it to mean the parts of Corellium 11:00:10

19  that deal with iOS.                                11:00:14

20      Q.    Correct.  So Corellium sells a Cloud     11:00:16

21  version of its product; is that correct?           11:00:21

22      A.    Yes.                                      11:00:22

23      Q.    And when did it begin selling access to  11:00:24

24  the Cloud product?                                 11:00:33

25      A.    I'm not sure.                            11:00:34

Page  98

ATTORNEYS EYES ONLY

```
 1        Q.    Do you have a sense of how many versions    11:00:37
 2   of the Cloud product have been released to date?       11:00:46
 3        A.    I don't have a good sense of the number     11:00:50
 4   of versions.  Our management of the versioning         11:00:55
 5   of the Cloud product has been fairly ad hoc.           11:00:59
 6        Q.    Would you say it is fewer than 30?          11:01:03
 7        A.    Yes, I would agree that it is fewer than    11:01:15
 8   30.                                                    11:01:18
 9        Q.    Corellium also sells an on-premises         11:01:18
10   version of its product; is that correct?              11:01:29
11        A.    That's correct.                            11:01:30
12        Q.    And do you know when it began selling       11:01:30
13   the on-premises version?                               11:01:37
14        A.    No, I do not.                              11:01:39
15   ██    ████████████████████████             ████
     ████████████████████████████████████       ████
     ██████████████████████████████              ████
18        MR. LEVINE:  Object to the form, vague.          11:01:54
19   Go ahead, you can answer.                              11:02:00
20        ████████████    ████████████          ████
     ████████████████████████████████████       ████
     ████████████████████████████████████████   ████
     ██████████████████████████████████████     ████
     ████████████████████████████████████       ████
     ████████████████████████████████           ████
```

Page 99

ATTORNEYS EYES ONLY



Page 100

ATTORNEYS EYES ONLY



Page 101

ATTORNEYS EYES ONLY



Page 102

ATTORNEYS EYES ONLY



Page 103

ATTORNEYS EYES ONLY



21          MR. LEVINE:  And I will go back through          11:10:31

22   and mark all of this, but any kind of          11:10:33

23   functionality questions should be deemed          11:10:36

24   attorneys' eyes only, but we will go back once          11:10:38

25   we get the transcript.          11:10:41

Page 104

ATTORNEYS EYES ONLY

```
 1          MR. DAMLE:  Yeah, I think that what we      11:10:42

 2   have been doing is marking the entire transcript   11:10:44

 3   AEO provisionally and then going back afterwards    11:10:47

 4   to specifically identify those portions that        11:10:52

 5   are, in fact, confidential at some level.           11:10:58

 6          MR. LEVINE:  Yeah, per the terms of the      11:11:00

 7   protective order that's what's going on,            11:11:02

 8   however, the protective order calls just for        11:11:05

 9   ease of convenience that if you can do it on the    11:11:08

10   record that makes it even more clearer, but I'm     11:11:10

11   just marking this as attorneys' eyes only           11:11:12

12   provisionally.  That's fine.                        11:11:16

13          Go ahead, David, I'm sorry to interrupt.    11:11:16
```

Page 105

ATTORNEYS EYES ONLY



Page 106

ATTORNEYS EYES ONLY



Page 107



Page 108

ATTORNEYS EYES ONLY



Page 109

ATTORNEYS EYES ONLY



Page 110

ATTORNEYS EYES ONLY



Page 111

ATTORNEYS EYES ONLY



Page 112

ATTORNEYS EYES ONLY



Page 113

ATTORNEYS EYES ONLY



Page  114

ATTORNEYS EYES ONLY



```
 1  ████████████████                                    █████████

 2          MR. LEVINE:   Object to the form.          11:27:16

 3       ████████████   ████████████████               █████████

 █  ██   ██████████████████████████████               █████████

 █  █████                                              █████████

 6          MR. LEVINE:   Same objection.              11:27:24

 7       ████████████   ██████████████                █████████

 █  ██   ██████████████████████████                   █████████

 █  ██   ████████████████████   ██████                █████████

 █  ████  ██████████████████████████                  █████████

 █  ██   █████   ██████████████████████                █████████

 █  ██████████████████████████████                    █████████

 █  ████████████████████████████████████              █████████

 █  ███████████████                                   █████████

15          MR. LEVINE:   Object to the form.         11:28:12

16       ████████████   ████████████████              █████████

 █  ███████████████████████   ██████████              █████████

 █  ████████████████████████████████████████         █████████

 █  ████████████████████████████████████████         █████████

 █  ██████████████                                    █████████

 █  ████  ██████████████████████████                  █████████

 █  ████████████████████████████████████              █████████

 █  ████████████████████████████████████████         █████████

 █  ████████████████████████████████                  █████████

 █  ██████████████████████████████                    █████████
```

Page 115

ATTORNEYS EYES ONLY



Page 116



Page  117

ATTORNEYS EYES ONLY



```
 1
```

```
13        MR. LEVINE:  Object to the form,              11:32:43

14   speculation.                                       11:32:45

15
```

Page 118

ATTORNEYS EYES ONLY



Page 119

ATTORNEYS EYES ONLY



Page 120

ATTORNEYS EYES ONLY



```
1
```

```
23        MR. LEVINE:  Do you need him to rephrase    11:38:39

24   the question?  Just ask him to do that.         11:38:40

25        THE WITNESS:  Yeah, can you rephrase the    11:38:42
```

Page 121

ATTORNEYS EYES ONLY



1    question?                                              11:38:44

12           MR. LEVINE:  Objection.                        11:39:25

Page 122

ATTORNEYS EYES ONLY



Page  123

ATTORNEYS EYES ONLY



Page  124

ATTORNEYS EYES ONLY



```
 1

        MR. LEVINE:   Objection, vague.          11:43:31

14

19      MR. LEVINE:   Objection, vague.          11:43:48

20

25      MR. LEVINE:   Same objection.            11:44:07
```

Page 125

ATTORNEYS EYES ONLY



1

15          MR. LEVINE:  Object to the form, vague.          11:44:59

16

Page 126

ATTORNEYS EYES ONLY



20            MR. LEVINE:  Object to the form.            11:46:47

Page 127

ATTORNEYS EYES ONLY



Page  128

ATTORNEYS EYES ONLY



Page 129

ATTORNEYS EYES ONLY

```
 1    ███   ████████████████████████              ████████

 2         MR. LEVINE:  I'm wondering if we can    11:50:16

 3    just take another quick break, five or ten   11:50:18

 4    minutes.  Go ahead and finish your line of   11:50:21

 5    questioning.                                  11:50:23

 6         MR. DAMLE:  Yeah, I don't have much more 11:50:24

 7    and we can take a break.                      11:50:26

 8    ███   ████████████████████████████           ███████

███   ████████████████████████████████            ███████

███   ████████████                                ███████

███   ███   ██████████████████████████████        ███████

███   ██████████████████████████████████████      ███████

███   ██████████████████████████████████████      ███████

███   ████████████████████████████████████        ███████

███   ██████████████████████████                  ███████

███   ███   ██████████████████████████████        ███████

███   ██████████████████████████████████████      ███████

███   ███   ██████████████████████████████        ███████

███   ████████████████████████████████            ███████

███   ███   ██████████████████████████████        ███████

███   ████████████████████                        ███████

███   ███   ████████████████████████████          ███████

███   █████████████████████████████               ███████

███   ████████████████████████████████            ███████

███   ████████████████████████████████            ███████
```

Page 130

ATTORNEYS EYES ONLY



Page 131

ATTORNEYS EYES ONLY



Page 132

ATTORNEYS EYES ONLY



Page 133

ATTORNEYS EYES ONLY



Page  134



Page 135

ATTORNEYS EYES ONLY



```
22        MR. LEVINE:  I object to the form of the      12:22:53

23  question as calling for a legal conclusion.         12:22:55

24
```

Page 136



```
 1        (Deposition Exhibit Number 4 marked for        12:23:03

 2         identification.)                              12:23:03

 3

11        MR. LEVINE:  Object to the form of the         12:24:07

12   question.                                           12:24:09

13

23        MR. LEVINE:  Object to the form of the         12:24:58

24   question.                                           12:25:03

25
```

Page 137

ATTORNEYS EYES ONLY



Page 138

ATTORNEYS EYES ONLY



Page 139

ATTORNEYS EYES ONLY



1

          MR. LEVINE:  Object to the form.      12:28:43

11

12

18          MR. LEVINE:  I was going to say I also   12:29:08

19  want to remind the witness not to guess.  You   12:29:10

20  can answer honestly and truthfully, but you are  12:29:13

21  not to guess.                        12:29:15

22          THE WITNESS:  Okay.           12:29:16

23

Page 140

ATTORNEYS EYES ONLY

```
 1         MR. LEVINE:  Objection to the form of        12:29:25

 2    the question.                                     12:29:27

 3    ████████████  ████████████         ████████

 ▮    ██  ███████████████████████████    ████████

 ▮    ███████████████████████████ ██     ████████

 ▮    ████████████████████████            ████████

 ▮    ██  ████                            ████████

 ▮    ██  ████████████████████            ████████

 ▮    ████████████                        ████████

 ▮    ██  ██████████████████████████      ████████

 ▮    ██████████████████████             ████████

12         MR. LEVINE:  Again, I would remind the       12:30:03

13    witness not to guess.                             12:30:06

14    ████████████  ████████████          ████████

 ▮    ██████████████████████              ████████

 ▮    ███████████████████████             ████████

 ▮    ██████████████                      ████████

 ▮    ██  ████████████  ████████          ████████

 ▮    █████████████████████               ████████

 ▮    ████████████████                    ████████

 ▮    ██  ████████████████                ████████

 ▮    ██  ██████████████████████          ████████

 ▮    ███████████████████                 ████████

 ▮    ████████  ████████████              ████████

 ▮    ████████  ████                      ████████
```

Page 141

ATTORNEYS EYES ONLY



ATTORNEYS EYES ONLY



8          MR. LEVINE:  Object to the form.          12:33:14

Page 143

ATTORNEYS EYES ONLY



```
 1          ████  ██████████████████████████████     ███████

 █      ████████████████████████████████████        ███████

 █      ████████████████████████████████████████    ███████

 █      ███████████████████████████████              ███████

 █          ███  ██████████████████████████████     ███████

 6          MR. LEVINE:  Object to the form of the   12:34:51

 7      question.                                     12:34:53

 8              ████████████   ████████████████████   ███████

 █      █████████████████████████████████████        ███████

 █      █████████████████████████████████████████    ███████

 █      █████████████████████████████████████        ███████

 █          ███  ██████████████████████████████      ███████

 █      █████████████████████████████████             ███████

 █      █████████████████████                          ███████

 █              █████████████████████████             ███████

 █      ██████████████████████████                    ███████

 █          ███  ████████                              ███████

18          MR. LEVINE:  I would just tell the        12:35:30

19      witness not to guess --                        12:35:32

20          THE WITNESS:  Okay.                         12:35:34

21          MR. LEVINE:  -- but you can answer.        12:35:35

22              ████████████   ████████████████████   ███████

 █      ████████████████████████████████              ███████

 █      ███████████████████████████████████           ███████

 █      ████████████████████████                       ███████
```

Page 144

ATTORNEYS EYES ONLY



```
 1              ████████████████████████  ███████

                ██████████████████████████  ███████

                █████████████████████  ███████

                ██████████████████████████  ███████

                ███████████████████████████  ███████

                ███████  ███████

                ███  ███████████  ██████  ███████

                █████████████████████  ███████

                ███  █████  ███████

                ███  █████  ██████████████████  ███████

                ████████████████  ██████████████████  ███████

                ████████████████████████████  ███████

                ██████████████████████████  ███████

                █████████████████  ███████

15         MR. LEVINE:  Object to the form.  You          12:36:48

16    can answer.  Go ahead.                              12:36:51

17              ██████████  ██████████████████  ███████

                ████████████████████████████  ███████

                ██████████  ███████

                ██████████████████████████  ███████

                ██████████████████████████  ███████

                ██████████████████████████  ███████

                ███████████████  ███████

                ██████████████████████  ███████

                ████████████████████████████  ███████
```

Page 145

ATTORNEYS EYES ONLY



Page 146

ATTORNEYS EYES ONLY



Page 147



Page 148



17         MR. LEVINE:   Object to the form.            12:42:28

ATTORNEYS EYES ONLY



1

14          MR. LEVINE:  Object to the form, lack of      12:44:06

15   foundation.                                          12:44:10

16

19          MR. LEVINE:  Object to the form,              12:44:19

20   speculation.                                         12:44:20

21

Page 150

ATTORNEYS EYES ONLY



 6          MR. LEVINE:  Object to the form,          12:45:17

 7   mischaracterizes the testimony.  You can answer.   12:45:20

16          MR. LEVINE:  Same objection.              12:45:53

24          MR. LEVINE:  Object to the form,          12:46:25

25   mischaracterizes testimony, vague, and assumes    12:46:26

                                          Page 151

ATTORNEYS EYES ONLY



1    facts not in evidence.                                          12:46:32

2         Go ahead, I'm sorry, David.                                12:46:33

Page 152

ATTORNEYS EYES ONLY



```
 1
 2          MR. LEVINE:  Object to the form.        12:48:03
 3
 4
 9          MR. LEVINE:  Object to the form, assumes  12:48:28
10   facts not in evidence, vague, hypothetical.      12:48:29
11
17          MR. LEVINE:  Object to the form, asked    12:49:06
18   and answered.                                    12:49:07
19
```

Page 153

ATTORNEYS EYES ONLY



```
 1
                                                     12:50:22
14            MR. LEVINE:   Object to the form,      12:50:22
15   compound question.                              12:50:24
16
24            MR. LEVINE:   Object to the form,      12:50:51
25   mischaracterizes testimony.                     12:50:52
```

Page 154

ATTORNEYS EYES ONLY

```
 1              And, David, let me get the objection in.    12:50:54
 2      ████████████    ████    ████                        ████████
 █   ██    ████████████████████████████████                ████████
 █   ████████████████████████████████████                  ████████
 █   █████████████████████████████████████████             ████████
 █   ███████████████████████████████████████████████       ████████
 █   ███████████████████████████████████████████           ████████
 █   ██████████                                             ████████
 █     ████   ████████████████████                         ████████
 █       ██████████████    ██████████████████████████      ████████
 █   ████████████    ████████████████████████              ████████
12              MR. LEVINE:  I was just going to say        12:52:30
13      coming up in about 10 minutes would that be a       12:52:32
14      good time for a lunch break depending on what       12:52:36
15      coast you are on?                                   12:52:38
16              MR. DAMLE:  Why don't we do that break      12:52:40
17      now and we can pick up after we have all had        12:52:44
18      something to eat.                                   12:52:51
19              MR. LEVINE:  Certainly.  I have it's        12:52:52
20      either 3:50 or 12:50.  Do you want to do 30         12:52:54
21      minutes?  45 minutes?                               12:53:00
22              MR. DAMLE:  Yeah, let's do 30 minutes.      12:53:04
23              (A lunch recess from 12:53 p.m. to          12:53:06
24               1:35 p.m.)                                 13:35:17
25              MR. DAMLE:  I'm going to introduce a new    13:35:17
```

Page 155

ATTORNEYS EYES ONLY

```
 1    exhibit.                                            13:35:32

 2          MS. VICTORSON:  Give me one second.  I'm      13:35:42

 3    having technical difficulty.                        13:35:45

 4          MR. DAMLE:  We can wait.  I can ask some       13:35:46

 5    other questions in the meantime.                    13:35:49
```



```
12          MR. LEVINE:  Object to the form of the        13:36:15

13    question.                                           13:36:17
```

Page 156

ATTORNEYS EYES ONLY



1

2          MR. LEVINE:  Object to the question,          13:37:21

3  vague and compound.                                   13:37:25

4

Page 157

ATTORNEYS EYES ONLY



1       MR. LEVINE:  Objection, asked and          13:39:07

2   answered.                                       13:39:09

3

15      MR. LEVINE:  Object to the form of the      13:40:00

16  question.                                       13:40:02

17

Page 158

ATTORNEYS EYES ONLY



```
 1                    ████████████████████████████████
    ██    █████████████████████████████████
    ██    ███████████████████████████████████████
    ██    ██████████████████████████████████
    ██    ████████████████████████████████████
    ██    ████████████████████████████████████
    ██    █████████
 8         MR. LEVINE:  Again, let me get my        13:41:08
 9    objection in.  That mischaracterizes the      13:41:11
10    testimony.  Go ahead, David.                  13:41:14
11                █████████      ███████████████
    ██    ███████████████████████████
    ██    ████████████████████████
    ██    ██████████████████████████████████
    ██    ███████████████████████████
    ██    ██████████
    ██         ██████████     █████████████████████
    ██    █████████████████
    ██         █████████     ████████████████
    ██    ██   █████████████████████████████████
    ██    ███████████████████████████
    ██    ██████████████████████
    ██         ████████████████████
    ██    ██   █████████████████████████
    ██    █████████████████     ██████████████
```

Page 159

ATTORNEYS EYES ONLY



Page 160

ATTORNEYS EYES ONLY



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10          MR. LEVINE:  Object to the form of the        13:44:23
11   question, mischaracterizes testimony.               13:44:24
12          You can answer, David.                        13:44:41
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 161

ATTORNEYS EYES ONLY



1       MR. LEVINE:  Object to the form.    13:45:22

9       MR. LEVINE:  Just give me one second,  13:46:15

10  Counsel.

17    Q.  (By Mr. Damle) Just let me know when you  13:47:41

18  are ready, Mr. Wang.                    13:47:43

Page 162

ATTORNEYS EYES ONLY



1

13          MR. LEVINE:  Object to the form.                13:48:52

14

Page 163

ATTORNEYS EYES ONLY



Page 164

ATTORNEYS EYES ONLY



Page 165

ATTORNEYS EYES ONLY



```
 1   ████████████                                    ████████
 2        MR. LEVINE:  Did you just spill            13:53:01
 3   something?                                      13:53:05
 4        THE WITNESS:  Yep, I spilled my water.     13:53:06
 5        MR. DAMLE:  Why don't we take a break      13:53:07
 6   for you to clean that up for a minute.          13:53:11
 7        (Recess from 1:53 p.m. to 1:55 p.m.)       13:53:14
 8   ██ ████████████████████████████                 ████████
██ ████████████████████████████████████             ████████
██ ██████████████████████████████                   ████████
██ ██ ██████████████████                             ████████
██ ██ ████████████████████████████████              ████████
██ ████████████████████                              ████████
██ ██ ████████████████████████████████████          ████████
██ ██████████████████████ ████████████████          ████████
██ ██ ████████████ ████████████████                  ████████
██ ██████████████████████████████████████           ████████
██ ████████████████████████████████████             ████████
██ ████████████████████████████████                  ████████
20        MR. LEVINE:  Object to the form, asked     13:56:32
21   and answered.  He already testified to this.    13:56:35
22   ████████████ ████████████████                   ████████
██ ████████████████████████████████████             ████████
██ ████████████████████████████████████             ████████
██ ████████████████████████████████████             ████████
```

Page 166

ATTORNEYS EYES ONLY



```
 1
 2
 3
 4
 5
 6          MR. LEVINE:  Don't guess.              13:57:17
 7          MR. DAMLE:  I'm sorry, you don't need to   13:57:18
 8   coach the witness.  This is a document that he    13:57:20
 9   wrote.                                            13:57:25
10          MR. LEVINE:  I don't agree with that       13:57:25
11   statement based upon his own testimony.  I'm not  13:57:26
12   coaching, but go ahead.                           13:57:29
13
```

Page 167



1          MR. LEVINE:  Object to the form of the          13:58:19

2     question.                                           13:58:20

19          MR. LEVINE:  Object to the form of the          14:00:23

20     question.                                           14:00:25

Page 168

ATTORNEYS EYES ONLY



24        MR. LEVINE:  Object to the form.        14:02:09

25

Page 169

ATTORNEYS EYES ONLY



14          MR. LEVINE:  Objection, lack of          14:03:05

15    foundation, compound question.                 14:03:07

Page 170

ATTORNEYS EYES ONLY



```
 1
                                                        14:04:52

20        MR. LEVINE:  Object.  Excuse me, object    14:04:52

21   to the form, asked and answered.                 14:04:55

22
```

Page 171

ATTORNEYS EYES ONLY

```
 1          MR. LEVINE:  Object to the form,          14:05:15
 2   mischaracterizes testimony and asked and          14:05:16
 3   answered.                                          14:05:19
```



Page 172

ATTORNEYS EYES ONLY



Page  173

ATTORNEYS EYES ONLY



```
17          MR. LEVINE:  Object to the form.  Are      14:10:28
18   you talking to me or David?  Objection to the     14:10:30
19   form.  He stated he doesn't recognize the         14:10:37
20   document.                                          14:10:39
```

Page 174

ATTORNEYS EYES ONLY



```
 1                    ██████████████████████        ████████
 ■         ████████████████                          ████████
 ■              ███      ████                         ████████
 ■              ███   ██████████████████              ████████
 ■         ████████████████████████████               ████████
 ■         ██████████████                              ████████
 ■                   ████████████                     ████████
 ■              ███      ████                          ████████
 ■              ███   ██████████████████████          ████████
 ■         ████████████████████████                   ████████
11              MR. LEVINE:   Object to the form of the   14:11:28
12         question.                                      14:11:30
13                   ████████    ████████████████     ████████
 ■              ███   ████████████████████            ████████
 ■         ██████████████████████████                 ████████
 ■         ██████████████████████                     ████████
 ■         ████████████                               ████████
 ■              ███   ██████████████████████          ████████
 ■         ████████████████████                       ████████
 ■         ████████████████  ██████████               ████████
 ■         ██████████████████████████                 ████████
 ■         ████████████████████████████               ████████
 ■         ██████████████████████████                 ████████
 ■         ██████████████████████                     ████████
 ■         ████████████████                           ████████
```

Page 175



Page 176

ATTORNEYS EYES ONLY



```
14          MR. LEVINE:  Form.  Go ahead, you can        14:15:08

15   answer.                                             14:15:13
```

ATTORNEYS EYES ONLY



Page 178

ATTORNEYS EYES ONLY



1

16          MR. LEVINE:  Object to the form.          14:20:22

17

Page 179

ATTORNEYS EYES ONLY



```
 1                                                
                                                  
                                                  
                                                  
                                                  
                                                  
                                                  
                                                  
                                                  
10          MR. LEVINE:  Object to the form, vague.    14:21:42
11                                                
                                                  
                                                  
                                                  
                                                  
                                                  
                                                  
                                                  
                                                  
                                                  
                                                  
                                                  
                                                  
                                                  
25          MR. LEVINE:  And I wanted to -- David,     14:22:41
```

Page 180

ATTORNEYS EYES ONLY



1    you didn't let me get an objection in so I want    14:22:42

2    to object to the form based upon    14:22:45

3    mischaracterization of prior testimony and this    14:22:48

4    change.    14:22:53

5

8         MR. LEVINE:  Form, lack of foundation.    14:23:02

9

Page 181

ATTORNEYS EYES ONLY



Page 182

ATTORNEYS EYES ONLY



1

25          MR. LEVINE:  Object to the form,          14:28:39

Page 183

ATTORNEYS EYES ONLY



1    mischaracterizes testimony.                          14:28:40

Page 184

ATTORNEYS EYES ONLY

1        MR. LEVINE:  Object to the form of the        14:30:17

2    question.                                          14:30:20



Page 185

ATTORNEYS EYES ONLY



Page 186

ATTORNEYS EYES ONLY



```
 1

 5        MR. LEVINE:  Counsel, if we can have a     14:33:50

 6   30-second break whenever you get to a good      14:33:52

 7   stopping point.                                 14:33:54

 8        MR. DAMLE:  Yeah, give me a couple of      14:33:55

 9   minutes.                                        14:33:58

10        MR. LEVINE:  Sure.                         14:33:59

11
```

Page 187

ATTORNEYS EYES ONLY



```
23          MR. DAMLE:  Okay.  We can take a quick      14:36:04
24     break.                                           14:36:06
25          (Recess from 2:36 p.m. to 2:46 p.m.)        14:36:07
```

Page 188

ATTORNEYS EYES ONLY



18          MR. LEVINE:  Object to the form.          14:47:15

Page 189



1        MR. LEVINE:  Object to the form,          14:47:42

2    speculation.                                   14:47:42

10       MR. LEVINE:  Object to the form.           14:48:15

25       MR. LEVINE:  Object to the form,           14:49:05

Page 190

ATTORNEYS EYES ONLY



1   speculation.                                          14:49:05

5        MR. LEVINE:   Object to the form.  He is    14:49:20

6   not here in a 30(b)(6) capacity.   Go ahead.     14:49:22

12       MR. LEVINE:   Object to the form,           14:49:43

13  speculation.                                     14:49:45

Page 191

ATTORNEYS EYES ONLY



Page 192

ATTORNEYS EYES ONLY



Page  193

ATTORNEYS EYES ONLY



Page  194

ATTORNEYS EYES ONLY



```
 1
```

```
12          MR. LEVINE:  Object to the form.          14:56:34
```

```
13
```

Page 195

ATTORNEYS EYES ONLY



Page  196

ATTORNEYS EYES ONLY



Page 197

ATTORNEYS EYES ONLY



```
11          MR. LEVINE:   Form.                    15:01:35
```

Page 198

ATTORNEYS EYES ONLY



 1                                                          

          MR. LEVINE:  Object to the form.          15:02:34

 5                                                          

                                                            

                                                            

                                                            

 9          MR. LEVINE:  Object to the form,        15:02:46

10   speculation.  You got to let me get my         15:02:49

11   objections in, David.                          15:02:53

12                                                          

Page 199

ATTORNEYS EYES ONLY



1

2

3        MR. LEVINE:   Objection, vague.                    15:04:04

4

5

6

7        MR. LEVINE:   Objection, speculation.              15:04:13

8

Page 200

ATTORNEYS EYES ONLY



1

16          MR. LEVINE:  Object to the form.          15:06:56

17

Page 201

ATTORNEYS EYES ONLY



```
 1

18        MR. LEVINE:  Object to the form,              15:09:07

19   speculation.                                       15:09:07

20
```

Page 202

ATTORNEYS EYES ONLY



14          MR. LEVINE:  Object to the form, vague.          15:10:44

15

Page  203

ATTORNEYS EYES ONLY



```
 1      ████████████████████████████     ██████

        ██████████████████████████████   ██████

        ███████████████████████████████  ██████

        █████████████████████████████████ ██████

        ███████████████████████████      ██████

            █████████████████████████████ ██████

        █████████████████████████████████ ██████

        █████████████████████████████████ ██████

        ████████████████████████████████  ██████

            █████████████████████████     ██████

        ████████████████████            ██████

        ████████████████                ██████

           ██  ████████████████████████ ██████

        ██████████████████████          ██████

15          MR. LEVINE:  Mischaracterizes testimony,    15:12:16

16      form.                                           15:12:19

17          ████████   ████████████████  ██████

        ████████████████████████████    ██████

        █████████████████████████████████ ██████

        █████████████████████████████████ ██████

        ████████████████████████        ██████

            ████████████████████████     ██████

        █████████████████████████████    ██████

        ███████████████████████         ██████

           ██  █████████████████████████ ██████
```

Page 204

ATTORNEYS EYES ONLY



Page 205

ATTORNEYS EYES ONLY



24          MR. LEVINE:   Form.                    15:16:28

25

Page 206

ATTORNEYS EYES ONLY



1          MR. LEVINE:  Objection.                    15:16:54

11         MR. LEVINE:  Object to the form of the     15:17:00

12  question.                                         15:17:02

Page  207

ATTORNEYS EYES ONLY



21          MR. LEVINE:  Object to the form, vague      15:19:29

22    and confusing.                                    15:19:31

23

Page 208

ATTORNEYS EYES ONLY



Page 209



Page 210

ATTORNEYS EYES ONLY



1          MR. LEVINE:  Form.                         15:24:01

Page 211

ATTORNEYS EYES ONLY



Page 212

ATTORNEYS EYES ONLY



22          MR. LEVINE:   Object to the form of the       15:29:35

23     question.                                          15:29:39

Page 213

ATTORNEYS EYES ONLY



Page 214

ATTORNEYS EYES ONLY



```
1

7        MR. LEVINE:  Object to the form,        15:32:34

8    speculation.                                15:32:35

9
```

Page 215

ATTORNEYS EYES ONLY



Page 216

ATTORNEYS EYES ONLY



1

25          MR. LEVINE:  Object to the form.          15:37:16

Page 217

ATTORNEYS EYES ONLY



```
1                                                          
                                                          
                                                          
                                                          
5          MR. LEVINE:   Same form or same      15:37:29
6    objection.                                  15:37:32
7                                                          
```

Page 218

ATTORNEYS EYES ONLY



Page 219

ATTORNEYS EYES ONLY



```
 1    ████████████████████████████████████    ████████

 █    ████████████████████████████████████    ████████

 █    ██████████████                          ████████

 █       ██   ███████████████████████         ████████

 █    █████████████████████████████████       ████████

 █       ██   ████                            ████████

 █       ██   █████████████████████████       ████████

 █    ██████████████████                      ████████

 9         MR. LEVINE:  Form.                 15:41:30

10       ████████████    ███████████          ████████

 █       ██   █████████████████████████████   ████████

 █    ███████████████████████████             ████████

 █    ████████████████████                    ████████

14         MR. LEVINE:  Same objection.       15:41:44

15       ████████████    ████████████████     ████████

 █    █████████████████████████████████       ████████

 █       ██   ███████████████████████████     ████████

 █    ██████████████████████████████████████  ████████

 █    ██████████████████████████████████████  ████████

 █    ████████                                ████████

 █       ██   █████████████████████████████   ████████

 █    ████████████████    ████████████████    ████████

 █    █████████████████████████████  █        ████████

 █    ██████████████████████████████          ████████

 █    ██████████████████████████████████      ████████
```

Page  220

ATTORNEYS EYES ONLY



Page 221

ATTORNEYS EYES ONLY



15          MR. LEVINE:  Form.                    15:44:59

Page 222



1

15          MR. LEVINE:   Object to the form.          15:46:34

16

Page 223

ATTORNEYS EYES ONLY



6                MR. LEVINE:   Form.                      15:48:09

Page 224

ATTORNEYS EYES ONLY



Page  225

ATTORNEYS EYES ONLY



Page 226

ATTORNEYS EYES ONLY



```
19          MR. LEVINE:  Counsel, I'm sorry, it's       15:54:37
20     that time of day, if we can take another         15:54:38
21     30-second break.                                 15:54:42
22          MR. DAMLE:  Yes, that's fine.                15:54:43
23          MR. LEVINE:  Thanks.  It will be very        15:54:44
24     quick.  Thanks.                                   15:54:46
25          (Recess from 3:54 p.m. to 4:04 p.m.)        15:54:47
```

Page  227

ATTORNEYS EYES ONLY



Page  228

ATTORNEYS EYES ONLY



Page 229

ATTORNEYS EYES ONLY



15          MR. LEVINE:   Form.                                    16:09:52

16

Page 230



Page 231

ATTORNEYS EYES ONLY



Page 232

ATTORNEYS EYES ONLY



Page 233

ATTORNEYS EYES ONLY



22   index has some snapshot --                16:17:43

23        Q.   Sorry, you are going to need to slow   16:17:43

24   down for the court reporter.  Could you repeat   16:17:45

25   that?                                      16:17:47

Page  234

ATTORNEYS EYES ONLY



Page  235

ATTORNEYS EYES ONLY



Page 236

ATTORNEYS EYES ONLY



Page 237

ATTORNEYS EYES ONLY



Page 238

ATTORNEYS EYES ONLY



Page 239

ATTORNEYS EYES ONLY



Page  240

ATTORNEYS EYES ONLY



Page 241

ATTORNEYS EYES ONLY



Page 242

ATTORNEYS EYES ONLY



Page  243

ATTORNEYS EYES ONLY



```
 1              MR. LEVINE:  Objection, argumentative,    16:35:18

 2    form.                                               16:35:20
```

Page 244



Page 245

ATTORNEYS EYES ONLY



Page 246



Page  247

ATTORNEYS EYES ONLY



```
18          MR. LEVINE:  Objection, vague, calls for        16:45:47
19   a legal conclusion.                                     16:45:53
20
```

Page  248

ATTORNEYS EYES ONLY

```
11        Q.    Do you consider yourself a security    16:47:06
12    researcher?                                       16:47:17
13        A.    I consider myself a former security    16:47:18
14    researcher right now.                             16:47:24
15        Q.    And what is a security researcher to    16:47:25
16    you?                                              16:47:28
17        A.    A security researcher is someone who is 16:47:28
18    interested in whether software has                16:47:35
19    vulnerabilities, you know, and wants to find out  16:47:38
20    about those vulnerabilities and wants to find     16:47:45
21    out how and if those vulnerabilities can be       16:47:47
22    exploited and ways to defend against them.        16:47:51
23        Q.    And have you heard the term good faith  16:47:53
24    security research before?                         16:48:01
25        A.    I have heard the term, but I do not know 16:48:02
```

Page 249

ATTORNEYS EYES ONLY

```
 1    the definition.                              16:48:07
 2        Q.    And when you were a security       16:48:08
 3    would you have described yourself as a good  16:48:18
 4    faith security researcher?                   16:48:20
 5        A.    Certainly because I certainly don't want  16:48:21
 6    to consider myself to be doing security research  16:48:26
 7    in bad faith.                                16:48:30
 8        Q.    Are you familiar with the term     16:48:36
 9    responsible disclosure?                      16:48:38
10        A.    Yes, I am familiar with that term. 16:48:38
11        Q.    What is responsible disclosure?    16:48:42
12            MR. LEVINE:   Object to the form.  Go  16:48:44
13    ahead, you can answer.                       16:48:47
14            THE WITNESS:   Responsible disclosure is  16:48:48
15    to -- is to disclose the existence of security  16:48:55
16    vulnerabilities in a way that does the least  16:49:00
17    harm.                                        16:49:03
18        Q.    (By Mr. Damle) And does responsible  16:49:04
19    disclosure require disclosure to the vendor of  16:49:09
20    the software?                                16:49:13
21            MR. LEVINE:   Form.                  16:49:16
22            THE WITNESS:   I don't think that's  16:49:16
23    necessarily true.                            16:49:20
24        Q.    (By Mr. Damle) So when would responsible  16:49:21
25    disclosure not require disclosure to the vendor  16:49:27
```

Page 250

ATTORNEYS EYES ONLY

```
 1   of the software?                              16:49:29

 2       A.   One case would be for iOS security   16:49:30

 3   researchers to be able to continue to do their  16:49:50

 4   work.                                         16:49:51

 5           Currently in order to do any          16:49:54

 6   investigation at all you are required holding  16:49:55

 7   back security vulnerabilities and exploits so  16:50:00

 8   that you can -- you can investigate the devices.  16:50:03

 9           And disclosing those vulnerabilities  16:50:07

10   will, of course, get them fixed, but it also  16:50:11

11   means that you cannot continue to do any      16:50:13

12   research.                                     16:50:17

13           And I don't believe that that         16:50:17

14   supports that that does the least harm.       16:50:22

15       Q.   Can you think of any other situation  16:50:24

16   where responsible disclosure would not require  16:50:35

17   disclosure to the vendor of the software?     16:50:39

18       A.   I think it is a very case-by-case basis.  16:50:41

19   I think it also depends on the vendor itself.  16:51:16

20           If the security researcher, for example,  16:51:22

21   feels that the vendor might retaliate then    16:51:25

22   disclosing to the vendor might not be the best  16:51:29

23   idea.                                         16:51:33

24           Some other way of notifying -- of     16:51:36

25   mitigating the risk has to be found.          16:51:38
```

Veritext Legal Solutions
866 299-5127

```
1      Q.    Is Apple the kind of vendor that would      16:51:41

2   retaliate against the security researcher who        16:51:44

3   reported a vulnerability to it?                       16:51:48

4      A.    I do not know.                               16:51:51

5            THE VIDEOGRAPHER:  We are getting at the    16:51:58

6   15-minute mark.                                       16:52:00

7            MR. LEVINE:  Thank you, Eli.                 16:52:00
```



Page 252

ATTORNEYS EYES ONLY



Page 253

ATTORNEYS EYES ONLY



```
2

                                              16:55:05

5        MR. LEVINE:  Objection.              16:55:08

6

                                              16:55:16

9

                                              16:55:24

13
```

Page  254



1          MR. LEVINE:  Object to the form.                16:56:47

19          MR. LEVINE:  Object to the form of the         16:58:08

20    question, hypothetical.                              16:58:10

                                                           16:58:05

                                                           16:58:30

                                                     Page 255

ATTORNEYS EYES ONLY



ATTORNEYS EYES ONLY

```
 1            THE WITNESS:  I have heard some news      16:59:56

 2     about it.  I don't know the details.            16:59:57

 3            MR. LEVINE:  If I can interject for one   17:00:06

 4     second, Eli, how much time are we looking at?   17:00:07

 5            THE VIDEOGRAPHER:  We have another six    17:00:11

 6     minutes.                                         17:00:13

 7            MR. LEVINE:  Thank you.  It is 8:06 on    17:00:13

 8     the East Coast.                                  17:00:17

 9     ██  ████████████████████████████████    ███████

       ███████████████████████████████████████  ███████

       ████████████████████████████████████    ███████

       ████████████                             ███████

13            MR. LEVINE:  Object to the form of the    17:00:48

14     question, assumes facts, hypothetical.          17:00:52

15         ████████████████  ██████████████    ███████

       ████████████████████████████████        ███████

       ██████████████████████████████████████  ███████

       ██████████████████████████████████████  ███████

       ██████████████████████████           ███████

       ████████████████████████████████████    ███████

       █████████████████████████████           ███████

22     Q.  (By Mr. Damle) Are you aware of any iOS      17:01:20

23     vulnerabilities, whether you found them or      17:01:30

24     someone else found them, that were not reported 17:01:32

25     to Apple but were later discovered by malicious  17:01:34
```

Page 257

ATTORNEYS EYES ONLY

```
 1    hackers?                                      17:01:40

 2       A.   I'm sorry, could you repeat the      17:01:42

 3    question?                                     17:01:44

 4       Q.   Sure, it was complicated.  Are you aware  17:01:44

 5    of any iOS vulnerabilities whether found by you  17:01:48

 6    or not that were not reported to Apple, but were  17:01:52

 7    later found by malicious hackers?            17:01:56

 8       A.   No, I'm not familiar with anything like  17:02:02

 9    that.                                         17:02:05

10            MR. DAMLE:  Okay.  That's all I have.  17:02:14

11            MR. LEVINE:  I have a few questions.  Do  17:02:18

12    you want to -- can I just move into them?  I  17:02:21

13    think I can go pretty quickly.               17:02:25

14            MR. DAMLE:  Sure.                     17:02:26

15                     EXAMINATION                  17:02:26

16    BY MR. LEVINE:                                17:02:26

17       Q.   David, at any point in time in       17:02:31

18    connection with the virtualization did you think  17:02:34

19    you were violating any rights of Apple?      17:02:36

20       A.   No.                                   17:02:38

21       Q.   You mentioned earlier that had Apple  17:02:45

22    asked you to stop you would have had a        17:02:47

23    conversation with the company possibly about  17:02:51

24    stopping.                                     17:02:55

25            Do you recall that --                 17:02:56
```

ATTORNEYS EYES ONLY

```
 1      A.   Yeah.                                 17:02:57

 2      Q.   -- that testimony?                    17:02:59

 3      A.   Yeah.                                 17:03:00

 4      Q.   Would you be -- why would you be      17:03:01

 5   stopping?                                     17:03:05

 6      A.   Well, in general I don't want to enter 17:03:05

 7   into any sort of conflict, especially not     17:03:08

 8   conflict with Apple.  I like Apple.  I'm a fan 17:03:12

 9   of their products.  I wouldn't -- even though I 17:03:14

10   think we are not doing anything wrong I would  17:03:18

11   seek to avoid conflict.                        17:03:21

12      Q.   So in essence -- I'm sorry.           17:03:24

13      A.   It's just my personality.            17:03:26

14      Q.   Okay.  So it had nothing to do with the 17:03:28

15   fact that you might -- that you were doing     17:03:30

16   anything wrong?                               17:03:32

17      A.   No, I don't believe we were doing     17:03:33

18   anything wrong.                               17:03:35

19
```

Page 259

ATTORNEYS EYES ONLY

```
 1    ███████████████████████████████        ████████████
 █    ████   ██████                           ████████████
 3       Q.   Sy spoke a little bit about good faith     17:04:19
 4    and bad faith.  Can you have good faith hackers?   17:04:37
 5       A.   Yes, certainly.                            17:04:41
 6       Q.   And can you be a good faith security       17:04:42
 7    researcher while not disclosing vulnerabilities    17:04:52
 8    back to the vendor who built the -- built the      17:04:57
 9    software?                                          17:05:02
10       A.   Yeah, certainly.  I've already discussed   17:05:02
11    several ways in which I think that could be the    17:05:06
12    case.                                              17:05:09
13    ████  ██████████████████████████████      ████████████
 █    █████████████████████████████████         ████████████
 █    ████████                                  ████████████
 █    ████████████████████████████████████████ ████████████
 █    ██████████████████████                    ████████████
 █    ████  ████████████████████████████        ████████████
 █    ████  ████  ████████████████████          ████████████
 █    ████████████████████████████              ████████████
 █    ████  ████████████████████████            ████████████
 █    ████████████████████████████████          ████████████
 █    ████  ██████████████████████████████████  ████████████
 █    ████████                                  ████████████
 █    ████  ██████████████████████████████      ████████████
```

Page 260

ATTORNEYS EYES ONLY

1

12          MR. LEVINE:  Okay.  No further questions      17:06:48

13     for me.                                           17:06:49

14          MR. DAMLE:  I'm sorry, before we go off      17:06:50

15     the record I wanted to add one reservation of     17:06:56

16     rights at the end.                                17:06:59

17          I would like to certify all of the           17:07:04

18     questions to which you have raised objections     17:07:06

19     regarding any alleged national security           17:07:08

20     privilege in anticipation of a motion to compel.  17:07:11

21          MR. LEVINE:  No problem.  And we will         17:07:14

22     read.                                             17:07:18

23          MR. DAMLE:  Yeah, we need a rough as          17:07:23

24     soon as possible and then whatever is the         17:07:28

25     fastest available for final with a transcript     17:07:32

                                            Page 261

ATTORNEYS EYES ONLY

```
 1   fee.                                                17:07:58

 2           MR. LEVINE:  We will do the same with a      17:07:58

 3   rough and the quickest possible.  You heard me      17:08:00

 4   when I said we will read, correct?  Terrific.  I    17:08:03

 5   think we're done.                                   17:08:10

 6           MR. DAMLE:  Thank you.                       17:08:13

 7           (Deposition concluded at 5:08 p.m.)          17:08:13

 8           (Signature reserved.)                        17:08:14

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 262

ATTORNEYS EYES ONLY

```
 1            C E R T I F I C A T E

 2

 3            I, Teresa L. Dunn, a Certified Court

 4    Reporter for Washington, pursuant to RCW 5.28.010

 5    authorized to administer oaths and affirmations in

 6    and for the State of Washington, do hereby certify

 7    that, DAVID WANG appeared virtually before me at the

 8    time and place set forth in the caption hereof; that

 9    at said time and place I reported in Stenotype all

10    testimony adduced and other oral proceedings had in

11    the foregoing matter; that thereafter my notes were

12    reduced to typewriting under my direction pursuant

13    to Washington Administrative Code 308-14-135, the

14    transcript preparation format guideline; and that

15    the foregoing transcript, pages 1 to 264, both

16    inclusive, constitutes a full, true and accurate

17    record of all such testimony adduced and oral

18    proceedings had, and of the whole thereof.

19            Witness my hand and CCR stamp at Vancouver,

20    Washington, this 14th day of April, 2020.

21

22

23            TERESA L. DUNN
              Certified Court Reporter
24            Certificate No. 2468
              Expiration Date:  01/13/2021

25
```

Page 263

ATTORNEYS EYES ONLY

```
 1                     YIDUO "DAVID" WANG
 2           I have read the transcript of my deposition
     taken on April 9, 2020, at Portland, Oregon, and
 3   make the following changes:

 4

 5   Subject to the foregoing changes, the transcript is
 6   correct.

 7

 8                     _____
 9                     YIDUO "DAVID" WANG
10           Subscribed and sworn to before me this
11   _____ day of _____, 2020.

12

13                     _____
14                     Notary Public for the
15                     State of _____
                       residing at _____
16                     My Commission Expires:____
17   Re:  Apple, Inc. vs. Corellium, LLC
          US District Court
18        Southern District of Florida
19        Case No. 19:9-cv-81160-RS
          TLD
20

21

22

23

24

25
                                          Page  264
```