# EXHIBIT 10 PLACEHOLDER