EXHIBIT 11 PLACEHOLDER