# EXHIBIT 12

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-205-229**

**Effective Date of Registration:**
June 20, 2016

## Title

| | |
|---|---|
| **Title of Work:** | iOS 9.0 |
| **Previous or Alternate Title:** | Apple iOS 9.0 Software |
| | Apple iOS 9.0 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | September 16, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Apple Inc. |
| **Author Created:** | New and revised computer code and animation |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Apple Inc.<br>1 Infinite Loop, MS: 169-3IPL, Cupertino, CA, 95014, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previously published Apple material (iOS 8.4 and prior versions of iOS software) |
| **Previous registration and year:** | Pending, 2016<br>Pending, 2016 |
| **New material included in claim:** | New and revised computer code and animation |

## Certification

| | |
|---|---|
| **Name:** | Susan D. Carroll, Senior Copyright Manager, Apple Inc. |
| **Date:** | June 20, 2016 |
| **Applicant's Tracking Number:** | 21259-89043 (CR008266) |

Page 1 of 2

**Registration #:**   TX0008205229
**Service Request #:**   1-3702237722

Apple Inc.
Susan D. Carroll
1 Infinite Loop
MS: 169-3IPL
Cupertino, CA 95014 United States

APL-CORELLIUM_00004851