# EXHIBIT 13

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-205-204

**Effective Date of Registration:**
June 21, 2016

---

## Title

**Title of Work:** iOS 9.1

**Previous or Alternate Title:** Apple iOS 9.1 Software

Apple iOS 9.1

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 21, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Apple Inc.
  **Author Created:** New and revised computer program
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Apple Inc.
1 Infinite Loop, MS: 169-3IPL, Cupertino, CA, 95014, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published Apple material (iOS 9.0 and prior versions of iOS software)
**Previous registration and year:** Pending, 2016
Pending, 2016

**New material included in claim:** New and revised computer program

## Certification

**Name:** Susan D. Carroll, Senior Copyright Manager, Apple Inc.
**Date:** June 21, 2016
**Applicant's Tracking Number:** 21259-89044 (CR009177)

Page 1 of 2

**Registration #:**  TX0008205204
**Service Request #:**  1-3714167342

Apple Inc.
Susan D. Carroll
1 Infinite Loop
MS: 169-3IPL
Cupertino, CA 95014 United States