# EXHIBIT 21

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-651-122**

**Effective Date of Registration:**
December 04, 2018

## Title

**Title of Work:** iOS 12.0

**Previous or Alternate Title:** Apple iOS 12.0

Apple iOS 12.0 Software

Apple iOS 12

Apple iOS 12 Software

iOS 12

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** September 17, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Apple Inc.
  **Author Created:** New and revised computer program; new and revised artwork; animation; audiovisual elements
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Apple Inc.
One Apple Park Way, Cupertino, CA, 95014, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published Apple material (iOS 11.4.1 and prior versions of iOS software); third party material that appears as exemplars in video deposit

**Previous registration and year:** TX 8-611-420, 2018
TX 8-584-722, 2018

Page 1 of 2

APL-CORELLIUM_00005022

**Registration #:** TX0008651122
**Service Request #:** 1-7195619372

Apple Inc.
Susan D. Carroll
One Apple Park Way
MS: 169-3IPL
Cupertino, CA 95014 United States

APL-CORELLIUM_00005023