# EXHIBIT 22

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay H. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-668-993**

**Effective Date of Registration:**
January 25, 2019

---

## Title

| | |
|---|---|
| Title of Work: | iOS 12.1.1 |
| Previous or Alternate Title: | iOS 12.1.1 Software |
| | Apple iOS 12.1.1 |
| | Apple iOS 12.1.1 Software |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | December 05, 2018 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Apple Inc. |
| Author Created: | New and revised computer program |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Apple Inc. |
| | One Apple Park Way, Cupertino, CA, 95014, United States |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | Previously published Apple material (iOS 12.1 and prior versions of iOS software) |
| Previous registration and year: | TX 8-651-122, 2018 |
| | TX 8-611-420, 2018 |
| New material included in claim: | New and revised computer program |

## Certification

Page 1 of 2

APL-CORELLIUM_00005079



**Name:** Susan D. Carroll, Senior Copyright Manager, Apple Inc. (CR012982)
**Date:** January 25, 2019
**Applicant's Tracking Number:** 21259-89216

Page 2 of 2

APL-CORELLIUM_00005080