# EXHIBIT 23
# PLACEHOLDER