# EXHIBIT 24 PLACEHOLDER