# EXHIBIT 26 PLACEHOLDER