# EXHIBIT 27 PLACEHOLDER