# EXHIBIT 29 PLACEHOLDER