# EXHIBIT 32 PLACEHOLDER