EXHIBIT 33
PLACEHOLDER