# EXHIBIT 34 PLACEHOLDER