# EXHIBIT 35 PLACEHOLDER