# EXHIBIT 36 PLACEHOLDER