# EXHIBIT 37 PLACEHOLDER