# EXHIBIT 38 PLACEHOLDER