# EXHIBIT 39 PLACEHOLDER