# EXHIBIT 40

**From:** Chris Wade <chris@corellium.com>
**To:** Jon Andrews <jon.andrews@apple.com>
**Subject:** Re: Intros
**Date:** 2018-05-30 13:05:05 -0400
**Importance:** Normal

---

Jon,

I thought you might like to take the product for a spin, so I set up an account for you on our demo server, which is on a fairly new version (not bleeding edge but stable). Have a play with it and we can discuss your thoughts. I mean you wouldn't buy a car without taking it out for a drive first, right? ;)

Username: jandrews
Password: ;JrtDM8J
URL : https://demo.corellium.com/devices

Regards,

Chris Wade

> On May 29, 2018, at 12:27 PM, Jon Andrews <jon.andrews@apple.com> wrote:
>
> Chris
>
> I've been thinking about Corellium for some time and now have a good idea of how your team could have a big impact and build on the core technology. There's a short term need but also some key functions we can enhance and build in the future. It was important that I got a good vision so your team would have a mission to get behind.
>
> Are you free at 9am PST on Wednesday for a quick chat? We can go over more of the details. I'd also like to hear a little more from you about the team.
>
> We can also outline an agenda for your team coming onsite.
>
>
> Jon
>
> Sent from my iPhone
>
>> On May 29, 2018, at 09:47, Steve Smith <srsmith@apple.com> wrote:
>>
>> Chris,
>>
>> Great talking to you last week and hope you had a good weekend. Wanted to introduce you over email to Jon Andrews, one of the leaders of our SW team under Craig. I believe that Jon is out today but back tomorrow and should be free in the morning to talk.
>>
>> I'll let you two take it from here.
>>
>> Steve
>>

Corellium-001479