# EXHIBIT 43 PLACEHOLDER