EXHIBIT 46
PLACEHOLDER