# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT EXHIBIT 1 TO APPLE INC.'S STATEMENT OF MATERIAL FACTS AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Plaintiffs' Motion for Summary Judgment Exhibit 1 to Apple Inc.'s Statement of Material Facts in Support of Apple's Partial Summary Judgment Motion. In support of this request, Apple states as follows:

1. On May 11, 2020, Apple filed a motion to seal portions certain exhibits to Apple's Statement of Material Facts, filed in support of Apple's Motion for Partial Summary Judgment. ECF No. 447. On May 12, 2020, this Court granted Apple's May 11 motion to seal. ECF No. 461.

2. Apple's motion to seal inadvertently omitted a request to seal Plaintiffs' Motion for Summary Judgment Exhibit 1. Exhibit 1 is the Declaration of Jon Andrews, the Vice President of

Software Engineering at Apple Inc. Apple has designated some of the information in this Declaration as Confidential and Confidential – Attorneys' Eyes Only under the Protective Order. These portions relate to Apple's proprietary technological control measures for its iOS software, the disclosure of which could harm Apple or its customers. Other information in the Declaration is the subject of an agreement with Defendant Corellium, LLC regarding the information's confidentiality. Apple seeks to file these portions of the Declaration under seal.

**WHEREFORE** Apple respectfully requests that, unless and until the Apple's designations and the Parties' agreement regarding confidentiality are changed or rejected, the following documents should remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

    a.  Portions of Plaintiffs' Motion for Summary Judgment Exhibit 1.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on May 11, 2020, regarding the relief sought herein. Defendant does not oppose.

Dated: May 12, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.