# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

## **ORDER OF REFERRAL TO MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, the following motions are **REFERRED** to Magistrate Judge William Matthewman for a Report and Recommendation:

1) [DE 444] — Defendant Corellium, LLC's *Daubert* Motion to Preclude Certain Testimony by Dr. Michael Siegel;

2) [DE 448] — Plaintiff Apple Inc.'s Motion to Exclude Legal Opinions and Corresponding Testimony of Corellium's Expert Stewart Appelrouth;

3) [DE 449] — Plaintiff Apple Inc.'s Motion to Exclude Certain Opinions and Corresponding Testimony of Corellium's Expert James Olivier;

4) [DE 451] — Plaintiff Apple Inc.'s Motion to Exclude Legal Opinions and Corresponding Testimony of Corellium's Experts Clark Asay and Alexander Stamos;

5) [DE 452] — Defendant Corellium, LLC's *Daubert* Motion to Preclude Certain Testimony of Dr. Jason Nieh; and

6) [DE 454] — Defendant Corellium, LLC's *Daubert* Motion to Preclude Certain Testimony by David B. Connelly.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 12th day of May, 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to:

Magistrate Judge W. Matthewman
Counsel of record