UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**DEFENDANT CORELLIUM, LLC'S *UNOPPOSED* MOTION REQUESTING PERMISSION TO ORDER SEALED HEARING TRANSCRIPTS**

Defendant, Corellium, LLC ("Defendant" or "Corellium"), respectfully request this Court's permission to allow Corellium to order the sealed hearing transcripts of the hearings that took place under seal on May 1, 2020, May 7, 2020 and May 8, 2020 ("Motion"), and in support states as follows:

1. The Court conducted three hearings under seal on the following dates:

    a. May 1, 2020

    b. May 7, 2020

    c. May 8, 2020

2. Similarly, the transcripts for the sealed hearings (the "Hearing Transcripts") have been sealed.

3. The Hearing Transcripts' minutes have been entered under docket entries D.E. 414, D.E. 430 and D.E. 437, respectively.

4. Due to the Hearing Transcripts being sealed, the Court must provide permission for the ordering of such transcripts.

5. Corellium is requesting this Court's permission to order a copy of the Hearing Transcripts.

6. Counsel for Corellium has conferred with counsel for Plaintiff and counsel for the Government about seeking permission from this Court to order the sealed Hearing Transcripts. Counsel for the Plaintiff and counsel for the Government have no objections to the relief sought in this Motion. Additionally, counsel for the Plaintiff and counsel for the Government have advised that they will file similar motions.

7. Accordingly, Corellium requests this Court's permission to order the sealed Hearing Transcripts.

**WHEREFORE**, Defendant, Corellium, LLC respectfully requests the Court enter an order granting Corellium's request to order the sealed hearings transcripts for the sealed hearings that took place on May 1, 2020, May 7, 2020 and May 8, 2020, together with such other and further relief as this Court deems just and proper.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Defendant conferred via email with counsel for Plaintiff and counsel for the Government on May 13, 2020, regarding the relief sought herein. Counsel for the Plaintiff and Counsel for the Government do not oppose the relief sought herein.

CASE NO.: 9:19-CV-81160-RS

Dated: May 13, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　COLE, SCOTT & KISSANE, P.A.
　　　　　　　　　　　　　　　　　　*Counsel for Defendant CORELLIUM, LLC*
　　　　　　　　　　　　　　　　　　Esperante Building
　　　　　　　　　　　　　　　　　　222 Lakeview Avenue, Suite 120
　　　　　　　　　　　　　　　　　　West Palm Beach, Florida 33401
　　　　　　　　　　　　　　　　　　Telephone (561) 612-3459
　　　　　　　　　　　　　　　　　　Facsimile (561) 683-8977
　　　　　　　　　　　　　　　　　　Primary e-mail: justin.levine@csklegal.com
　　　　　　　　　　　　　　　　　　Secondary e-mail: lizza.constantine@csklegal.com

　　　　　　　　　　　　　　By:　*s/ Lizza C. Constantine*
　　　　　　　　　　　　　　　　　　JONATHAN VINE
　　　　　　　　　　　　　　　　　　Florida Bar. No.: 10966
　　　　　　　　　　　　　　　　　　JUSTIN B. LEVINE
　　　　　　　　　　　　　　　　　　Florida Bar No.:  106463
　　　　　　　　　　　　　　　　　　LIZZA C. CONSTANTINE
　　　　　　　　　　　　　　　　　　Florida Bar No.:  1002945
　　　　　　　　　　　　　　　　　　MICHAEL A. BOEHRINGER
　　　　　　　　　　　　　　　　　　Florida Bar No.: 1018486

　　　　　　　　　　　　　　　　　　*and*

　　　　　　　　　　　　　　　　　　HECHT PARTNERS LLP
　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　20 West 23rd St. Fifth Floor
　　　　　　　　　　　　　　　　　　New York, NY 10010
　　　　　　　　　　　　　　　　　　Telephone (212) 851-6821
　　　　　　　　　　　　　　　　　　David Hecht, *Pro hac vice*
　　　　　　　　　　　　　　　　　　E-mail: dhecht@hechtpartnersllp.com
　　　　　　　　　　　　　　　　　　Maxim Price, *Pro hac vice*
　　　　　　　　　　　　　　　　　　E-mail: mprice@hechtpartnersllp.com
　　　　　　　　　　　　　　　　　　Minyao Wang, *Pro hac vice*
　　　　　　　　　　　　　　　　　　E-mail: mwang@hechtpartnersllp.com

CASE NO.: 9:19-CV-81160-RS

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on May 13, 2020, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*


Serena M. Orloff
Serena.m.orloff@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, DC 20005

Dexter A. Lee
Dexter.lee@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, FL 33132

*Attorneys for the United States*