**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING DEFENDANT CORELLIUM, LLC'S *UNOPPOSED* MOTION REQUESTING PERMISSION TO ORDER SEALED HEARING TRANSCRIPTS**

THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), *Unopposed* Motion Requesting Permission to Order Sealed Hearing Transcripts ("Motion") [D.E. 473]. The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**. Corellium is granted permission to order the hearing transcripts for the sealed hearings dated May 1, 2020, May 7, 2020 and May 8, 2020.

**DONE AND ORDERED** this \_\_\_ day of May, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                **WILLIAM MATTHEWMAN**
                                                **UNITED STATES MAGISTRATE JUDGE**