UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC., DEFENDANT CORELLIUM, LLC, AND UNITED STATES' JOINT MOTION TO FILE UNDER SEAL JOINT PROPOSED BRIEFING SCHEDULE AND PARTY AND GOVERNMENT STATEMENTS AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Apple Inc., Defendant Corellium, LLC, and the United States, by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully move this Court for an order authorizing the filing under seal of Plaintiff Apple, Inc., Defendant Corellium, LLC, and the United States' Joint Proposed Briefing Schedule and Party and Government Statements. In support of this request, the parties state as follows:

1. The Joint Proposed Briefing Schedule and Party and Government Statements references material that Corellium and the United States have previously filed under seal with this Court's permission.

2. Apple does not take a position on whether the material contained in the Joint Proposed Briefing Schedule and Party and Government Statements is properly subject to an order to seal.

3. In light of the foregoing, Apple, Corellium, and the United States move to file under seal the Joint Proposed Briefing Schedule and Party and Government Statements.

**WHEREFORE** Apple, Corellium, and the United States respectfully request that the following document remains under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as ordered by this Court or required by law:

a. Joint Proposed Briefing Schedule and Party and Government Statements.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the parties and United States state that all parties and non-parties affected by the relief sought herein have joined this Motion.

Dated: May 13, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

JOSEPH H. HUNT
Assistant Attorney General
U.S. Department of Justice
Civil Division


ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida

  /s/ Anthony J. Coppolino
ANTHONY J. COPPOLINO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch


  /s/ Serena M. Orloff
SERENA ORLOFF
Special Bar No. A5502652
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, D.C. 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
Email: serena.m.orloff@usdoj.gov

  Dexter A. Lee
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

*Attorneys for the United States*

/s/ Justin Levine
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.: 106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

   *and*

/s/ David L. Hecht
HECHT PARTNERS LLP
*Counsel for Defendant*
125 Park Ave. 25th Floor
New York, NY 10017
Telephone (212) 851-6821
David L. Hecht, *Pro hac vice*
E-mail: dhecht@hechtpartners.com
Maxim Price, *Pro hac vice*
E-mail: mprice@hechtpartners.com
Conor B. McDonough, *Pro hac vice*
E-mail: cmcdonough@hechtpartners.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@hechtpartners.com

*Attorneys for Defendant Corellium, LLC*