# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

APPLE INC.,

       Plaintiff,

  v.

CORELLIUM, LLC,

       Defendant.

### PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc., Defendant Corellium, LLC, and the United States' Joint Motion to File Under Seal Joint Proposed Briefing Schedule and Party and Government Statements. Being fully advised, and noting that the motion is being jointly filed, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. The parties and the United States are given leave to file the Joint Proposed Briefing Schedule and Party and Government Statements under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this __ of May, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                            **WILLIAM MATTHEWMAN**
                                                            **UNITED STATES MAGISTRATE JUDGE**