UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 19-81160-cv-Smith/Matthewman

APPLE INC.,

    Plaintiff,

vs.

CORELLIUM, LLC,

    Defendant.

_____

FILED BY ____KJZ____ D.C.

May 14, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

### ORDER GRANTING DEFENDANT CORELLIUM, LLC'S UNOPPOSED MOTION REQUESTING PERMISSION TO ORDER SEALED HEARING TRANSCRIPTS [DE 473]

**THIS CAUSE** is before the Court upon the Defendant, Corellium, LLC's ("Corellium") Unopposed Motion Requesting Permission to Order Sealed Hearing Transcripts ("Motion") [DE 473]. Having carefully reviewed the Motion and noting that it is unopposed, it is hereby **ORDERED** as follows:

1. Corellium's Motion [DE 473] is **GRANTED**.

2. Corellium is granted permission to order the hearing transcripts for the sealed hearings dated May 1, 2020, May 7, 2020 and May 8, 2020 [DEs 414, 430, and 437].

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 14th day of May, 2020.

*/s/ William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge