UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION REQUESTING PERMISSION TO ORDER SEALED HEARING TRANSCRIPTS**

Plaintiff Apple Inc., by and through undersigned counsel, respectfully requests this Court's permission to allow Apple to order the sealed hearing transcripts of the hearings that took place on May 1, 2020, May 7, 2020 and May 8, 2020 ("Motion"). In support of this Motion, Apple states as follows:

1. The Court conducted three hearings under seal on the following dates:

    a. May 1, 2020

    b. May 7, 2020

    c. May 8, 2020

2. The transcripts for the above-referenced hearings (the "Hearing Transcripts") have been sealed.

3. Apple respectfully requests this Court's permission to order copies of the hearing transcripts for the May 1, May 7, and May 8 hearings.

**WHEREFORE** Apple respectfully requests that the Court enter an order permitting Apple to order the sealed hearing transcripts for the hearings that took place on May 1, 2020, May 7, 2020 and May 8, 2020, together with such other and further relief as this Court deems just and proper.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant and counsel for the United States on May 13, 2020, regarding the relief sought herein.  The Defendant and United States do not oppose the relief sought herein.

| | |
|---|---|
| Dated: May 14, 2020 | Respectfully Submitted, |

| | |
|---|---|
| Michele D. Johnson* | *s/ Martin B. Goldberg* |
| *michele.johnson@lw.com* | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | *mgoldberg@lashgoldberg.com* |
| (714) 540-1235 / (714) 755-8290 Fax | *rdiaz@lashgoldberg.com* |
| | Emily L. Pincow |
| Sarang Vijay Damle* | Florida Bar. No. 1010370 |
| *sy.damle@lw.com* | *epincow@lashgoldberg.com* |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| *elana.nightingaledawson@lw.com* | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL 33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.

3