# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

APPLE INC.,

      Plaintiff,

  v.

CORELLIUM, LLC,

      Defendant.

## PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S UNOPPOSED MOTION REQUESTING PERMISSION TO ORDER SEALED HEARING TRANSCRIPTS

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s *Unopposed* Motion Requesting Permission to Order Sealed Hearing Transcripts ("Motion"). Being fully advised in the premises and noting that Defendant Corellium, LLC and the United States do not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Apple is granted permission to order the hearing transcripts for the sealed hearings dated May 1, 2020, May 7, 2020 and May 8, 2020.

**DONE AND ORDERED** this __ of May, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____

**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**