UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING DEFENDANT CORELLIUM'S MOTION TO FILE UNDER SEAL PORTIONS OF CORELLIUM'S MEMORANDUM DISCUSSING DE 380**

THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), Motion to File Under Seal Portions of Corellium's Memorandum Discussing DE 380 ("Motion") [D.E. 484]. The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

**DONE AND ORDERED** this \_\_\_ day of May, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                  **WILLIAM MATTHEWMAN**
                                                  **UNITED STATES MAGISTRATE JUDGE**