UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,
v.

CORELLIUM, LLC,

    Defendant.

_____/

**CORELLIUM'S MEMORANDUM TO SEAL
PORTIONS OF THE COURT'S ORDER D.E. 380**

Defendant, Corellium, LLC ("Corellium"), pursuant to this Court's Order, D.E. 383, files this Memorandum, discussing why portions of this Court's prior Order, D.E. 380, should remain sealed, and in support thereof, states as follows:

**BACKGROUND**

1. On April 20, 2020, Plaintiff, Apple Inc. ("Apple") filed its Motion to Compel Corellium to Produce Documents and to Allow a 90-Minute Continuance of the Deposition of Christopher Wade [D.E. 342] ("Motion").

2. On April 27, 2020, this Court issued D.E. 380, its Sealed Order ███████ ██████████████████████████████████████ ██████████████████████████████████████ [DEs 342, 346] ("Order").

3. On that same day, April 27, 2020, the Court issued D.E. 383, its Order Granting In Part And Denying In Part Apple's Motion To Compel [DEs 342, 346] And Requiring Additional

Briefing From The Parties About Whether Docket Entry 380 Should Remain Sealed ("Briefing Order").

4. The Court instructed in its Briefing Order [D.E. 383] that "counsel for Corellium shall file a memorandum on or before **May 18, 2020**, discussing why DE 380 should remain sealed or should be unsealed." *See*, Briefing Order, at 2.

5. Accordingly, Corellium submits this Memorandum as to why portions of the Court's Order shall remain sealed.

6. Corellium has attached hereto as **Exhibit 1**, a proposed redacted Order [D.E. 380], as to the redactions that Corellium believes to be appropriate for the Court's consideration to keep sealed.

## MEMORANDUM



███████████. In that regard, ██████████████████ ██████████████ ████████████████████████ Accordingly, on the ████████ ████████████████████████████████████████████ ████████████ as indicated in **Exhibit 1**, remain sealed. Primarily, ████████ ████████████████████████████████████████████ ████████████████████████

**A. In Accordance With ██████████████████████████, The Proposed Redactions In Exhibit 1 Should Remain Sealed.**

On April 28, 2020, the day following the Court's issuance of its Order [D.E. 380], █ ████████████████████████████████

2
**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

██████████████████████ Since that date, ████████████████████████████

██████ *See generally*, ████████████████████████████████████████████;

*see also*, ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████ ; *see also*, █████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

███████████████████ .

To Corellium's knowledge, ██████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████ Indeed, the ███████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████ ████████████████████████████████████████████

██████████████████████████████

████████████████████████████████████████████████████

██████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████



. 

. 

. 

Corellium recognizes that in In that regard, however, This information includes Accordingly, for the reasons stated above, the Court should keep sealed those proposed redactions as indicated by **Exhibit 1**, attached hereto.

**B. In Accordance** , **The Proposed Redactions In Exhibit 1 Should Remain Sealed.**

 *U.S. Dept. of Justice v. Reporters Committee for Freedom of Press*, 489 U.S. 749, 763 (1989). *Adelman v. Boys Scouts of America*, 276 F.R.D. 681, 694 (S.D. Fla. 2011).

Indeed, in this specific instance, ███████████████

███████████████ *See Matter of Search of Office Suites for Word and Islam Studies Enterprise*,

925 F. Supp. 738, 743 (M.D. Fla. 1996) ███████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████

███████████████████████████████████████

██ *Gubared v. Buzzfeed, Inc.*, 365 F. Supp. 3d 1250, 1260 (S.D. Fla. 2019) ███████

███████████████████████████████████████████████

███████████████████████████████████████████ ███

███████████████████████████████████████████████

██ ████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████ For these reasons, the Court should

keep sealed those proposed redactions as indicated by **Exhibit 1**, attached hereto.

## **CONCLUSION**

WHEREFORE, Corellium respectfully requests the Court keep the portions of the Order [D.E. 380] sealed as indicated in redacted form in **Exhibit 1**, for the reasons stated herein, and grant any other relief this Court deems just and proper.

Dated: May 18, 2020

Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant CORELLIUM, LLC*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail: justin.levine@csklegal.com
Secondary e-mail: lizza.constantine@csklegal.com

By: *s/ Justin B. Levine*
JONATHAN VINE
Florida Bar. No.: 10966
JUSTIN B. LEVINE
Florida Bar No.: 106463
LIZZA C. CONSTANTINE
Florida Bar No.: 1002945
MICHAEL A. BOEHRINGER
Florida Bar No.: 1018486

*and*

HECHT PARTNERS LLP
*Counsel for defendant*
20 West 23rd St. Fifth Floor
New York, NY 10010
Tel: (212) 851-6821
David L. Hecht *pro hac vice*
Email: dhecht@hechtpartners.com
Minyao Wang *pro hac vice*
Email: mwang@hechtpartners.com

CASE NO.: 9:19-CV-81160-RS

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on May 18, 2020, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com

CASE NO.: 9:19-CV-81160-RS

LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*


Serena M. Orloff
Serena.m.orloff@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, DC 20005

Dexter A. Lee
Dexter.lee@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, FL 33132

*Attorneys for the United States*