# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

### JOINT MOTION FOR CLARIFICATION REGARDING REQUESTED MATERIALS AND SUPPORTING MEMORANDUM OF LAW

    Plaintiff Apple Inc. and Defendant Corellium, LLC respectfully and jointly move the Court for clarification regarding the Order issued on May 12, 2020 requesting that the parties submit "copies of the briefs, responses, and supporting material filed in connection with" the parties' summary judgment motions to Chambers by June 1, 2020. ECF No. 463. In support of this joint motion, the parties state as follows:

    1.    Pursuant to this Court's Order Setting Civil Trial Date, Pretrial Deadlines, and Referral to Magistrate Judge (ECF No. 32), Corellium filed its Motion for Summary Judgment (ECF No. 456), and Apple filed its Motion for Partial Summary Judgment (ECF No. 453), on May 11, 2020.

    2.    Under Southern District of Florida Local Rule 7.1(c)(1), the opposing memoranda of law to the parties' motions for summary judgment are due "no later than fourteen (14) days after service" of the summary judgment motions. Fourteen days after May 11, 2020, is Monday, May 25, 2020—a legal holiday (Memorial Day). Under Federal Rule of Civil Procedure 6(a), when a deadline falls on a legal holiday, the due date is "the end of the next day that is not a Saturday, Sunday, or legal holiday," which here is Tuesday, May 26, 2020. Thus, under Local Rule 7.1(c)(1)

and Federal Rule of Civil Procedure 6(a), oppositions to the parties' motions for summary judgment are due on Tuesday, May 26, 2020.

3. Under Southern District of Florida Local Rule 7.1(c)(1), replies to motions for summary judgment are due "seven (7) days" following service of a response. Replies regarding the parties' motions for summary judgment are therefore due on Tuesday, June 2, 2020.

4. This Court ordered the parties "to submit hard copies of the briefs, responses, and supporting material filed in connection with [Corellium's] Motion for Summary Judgment [DE 456] and [Apple's] Motion for Partial Summary Judgment [DE 453] . . . no later than June 1, 2020." ECF No. 463. Given this deadline, the Court's requested submission is due before the parties' reply briefs are due on June 2, 2020.

5. In light of the deadline for the parties' reply briefs, the parties seek to clarify whether the Court prefers that the parties to submit the copies of their filings requested in the Court's May 12 Order before the reply briefs, and thus submit those copies without copies of the subsequent reply filings, or whether the Court would prefer the parties to submit such copies immediately after the parties' reply briefs are due, and thus include with those copies the parties' reply briefs and any supporting material filed therewith.

WHEREFORE, the parties respectfully move this Court to clarify whether it wants the parties to submit copies of their filings before the reply briefs related to their motions for summary judgment are due, and thus submit those copies without copies of their reply briefs, or whether, alternatively, the Court would prefer the parties to submit the copies of their filings on June 3, 2020, immediately after the reply briefs are due.

Dated: May 19, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

/s/ Justin Levine
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.: 106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

*and*

HECHT PARTNERS LLP
*Counsel for Defendant*
125 Park Ave. 25th Floor
New York, NY 10017
Telephone (212) 851-6821
David L. Hecht, *Pro hac vice*
E-mail: dhecht@hechtpartners.com
Maxim Price, *Pro hac vice*
E-mail: mprice@hechtpartners.com
Conor B. McDonough, *Pro hac vice*
E-mail: cmcdonough@hechtpartners.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@hechtpartners.com

*Attorneys for Defendant Corellium, LLC*