UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

### CORELLIUM'S NOTICE OF PARTIAL WITHDRAWAL OF TIMELINESS ARGUMENTS FROM DR. NIEH AND SIEGEL'S *DAUBERT* MOTIONS

Defendant, Corellium, LLC ("Corellium"), by and through undersigned counsel, hereby withdraws those portions of its *Daubert* Motions regarding Dr. Nieh [D.E. 452] and Dr. Siegel [D.E. 444] that raise objections based on timeliness. Specifically, Corellium is withdrawing the following sections from the above *Daubert* Motions:

- Section "D" of Corellium's *Daubert* Motion regarding Dr. Jason Nieh [D.E. 452], and

- Section "C" of Corellium's *Daubert* Motion regarding Dr. Michael Siegel's [D.E. 444].

Dated: May 20, 2020                        Respectfully submitted,

                                                  COLE, SCOTT & KISSANE, P.A.
                                                  *Counsel for Defendant CORELLIUM, LLC*
                                                  Esperante Building
                                                  222 Lakeview Avenue, Suite 120
                                                  West Palm Beach, Florida 33401
                                                  Telephone (561) 612-3459
                                                  Facsimile (561) 683-8977

CASE NO.: 9:19-CV-81160-RS

    Primary e-mail: jonathan.vine@csklegal.com
    Primary e-mail: justin.levine@csklegal.com
    Primary e-mail: lizza.constantine@csklegal.com
    Primary e-mail: michael.boehringer@csklegal.com

By:   *s/ Lizza C. Constantine*
    JONATHAN VINE
    Florida Bar. No.: 10966
    JUSTIN B. LEVINE
    Florida Bar No.: 106463
    LIZZA C. CONSTANTINE
    Florida Bar No.: 1002945
    MICHAEL A. BOEHRINGER
    Florida Bar No.: 1018486

    *and*

    HECHT PARTNERS LLP
    *Counsel for Defendant*
    125 Park Ave, 25th Floor
    New York, NY 10017
    Tel: (212) 851-6821
    David L. Hecht *pro hac vice*
    Email: dhecht@hechtpartners.com
    Maxim Price, *pro hac vice*
    Email: mprice@hechtpartners.com
    Conor McDonough, *pro hac vice*
    Email: cmcdonough@hechtpartners.com
    Minyao Wang *pro hac vice*
    Email: mwang@hechtpartners.com

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on May 20, 2020, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or

by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*