**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

   v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL PLAINTIFF APPLE INC.'S RESPONSE TO DEFENDANT CORELLIUM, LLC'S MOTION TO FILE UNDER SEAL PORTIONS OF CORELLIUM'S MEMORANDUM DISCUSSING D.E. 380 AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully move this Court for an order authorizing the filing under seal of Plaintiff Apple Inc.'s Response to Defendant Corellium, LLC's Motion to File Under Seal Portions of Corellium's Memorandum Discussing D.E. 380 ("Apple's Response"). In support of this request, Apple states as follows:

    1.    Apple's Response contains material that Corellium and the United States have previously filed under seal with this Court's permission.

    2.    Corellium and the United States each contend that Apple's Response contains material that should be filed under seal. Corellium has identified the subject matters that it believes should be filed under seal, which would result in significant portions of Apple's Response being filed under seal. The United States has not yet been able to identify the specific portions of Apple's

Response that it believes should be filed under seal, and has thus requested that Apple seek to file the entire response under seal.

3. Apple does not believe the material contained in Apple's Response is properly subject to an order to seal, for substantially the same reasons stated in the Response itself; however, Apple is filing this motion to seal at the request of Corellium and the United States.

4. In light of the foregoing, Apple moves to file under seal Plaintiff Apple Inc.'s Response to Defendant Corellium, LLC's Motion to File Under Seal Portions of Corellium's Memorandum Discussing D.E. 380.

**WHEREFORE** Apple respectfully requests that the following document be filed under seal and remain under seal until the Court has an opportunity to evaluate the United States' and Corellium's positions:

    a. Plaintiff Apple Inc.'s Response to Defendant Corellium, LLC's Motion to File Under Seal Portions of Corellium's Memorandum Discussing D.E. 380.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email and telephone with counsel for Defendant and for the United States on May 22, 2020, regarding the relief sought herein. After the meet and confer, the Government's position is that material portions of Apple's Response should be sealed, but it is unable to identify the same with precision, so the Government has requested that the entirety of Apple's Response be filed under seal. Corellium has likewise identified material that would necessitate sealing virtually all of Apple's Response. Apple is thus moving to file its response under seal pursuant to Corellium's and the United States' requests.

| | |
|---|---|
| Dated: May 22, 2020 | Respectfully Submitted, |
| Michele D. Johnson* | *s/ Martin B. Goldberg* |
| *michele.johnson@lw.com* | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | *mgoldberg@lashgoldberg.com* |
| (714) 540-1235 / (714) 755-8290 Fax | *rdiaz@lashgoldberg.com* |
| | Emily L. Pincow |
| Sarang Vijay Damle* | Florida Bar. No. 1010370 |
| *sy.damle@lw.com* | *epincow@lashgoldberg.com* |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| *elana.nightingaledawson@lw.com* | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL 33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.