# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

## PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to File Under Seal Plaintiff Apple Inc.'s Response to Defendant Corellium, LLC's Motion to File Under Seal Portions of Corellium's Memorandum Discussing D.E. 380 ("Motion"). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Apple is given leave to file Plaintiff Apple Inc.'s Response to Defendant Corellium, LLC's Motion to File Under Seal Portions of Corellium's Memorandum Discussing D.E. 380 under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this __ of May, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

 

**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**