UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 9:19-cv-81160**

|  |  |
|---|---|
| APPLE INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| CORELLIUM, LLC, | ) |
|  | ) |
| Defendant. | ) |

**THE UNITED STATES' MOTION TO SEAL**

The United States, by and through its undersigned counsel, pursuant to Local Rule 5.4, moves for permission to file under seal the Third Statement of Interest of the United States Regarding Defendant's Motion to Seal, D.E. 484, and Related Matters ("Third Statement of Interest"). In the Third Statement of Interest, the United States addresses certain issues raised by Plaintiff Apple Inc. in its Motion to Compel Defendant Corellium, LLC to Produce Documents and Allow a 90-Minute Continuance of the Deposition of Christopher Wade, D.E. 342 (the "Discovery Motion") and related filings, which have themselves been sealed or redacted pursuant to the parties' protective order, *see, e.g.*, D.E.s 340, 358, and which address matters over which the Government has until June 17 to perfect any assertion of privilege. *See generally, e.g.*, D.E. 433, 438, 476, 483.  Thus, consistent with the established practice of the parties in litigating matters pertaining to the Government's interests in this lawsuit, and so as not to prejudice any equities of the parties or the United States while the Government is presently addressing the question of privilege, the United States respectfully requests leave to file its Third Statement of Interest under seal until further order of the Court.

2

The undersigned has conferred with counsel for the parties as to the relief requested. Corellium does not oppose the requested relief. Apple states that it has no position on the sealing of matters it believes to be "directly" related to the government and its interests, but does oppose sealing of certain information it believes to fall outside of that category.

Dated: May 22, 2020                          Respectfully submitted,

                                                                 JOSEPH H. HUNT
Assistant Attorney General

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida

ANTHONY J. COPPOLINO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

*/s/ Serena M. Orloff*
SERENA ORLOFF
S.D. Fla. Special Bar I.D. No. A5502652
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, D.C. 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
Email: serena.m.orloff@usdoj.gov

*Dexter A. Lee*
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
United States Attorney's Office

3

                                                99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

*Attorneys for the United States*