UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH/MATTHEWMAN

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.
_____/

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion to Seal, and the entire record herein, it is **HEREBY ORDERED**, that the Motion to Seal is **GRANTED**, and the Third Statement of Interest of the United States Regarding Defendant's Motion to Seal, D.E. 484, and Related Matters shall be sealed until further order of the Court.

_____
Date

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE