UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

           Plaintiff,

v.

CORELLIUM, LLC,

           Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S RESPONSE TO DEFENDANT CORELLIUM, LLC'S *DAUBERT* MOTION TO PRECLUDE CERTAIN TESTIMONY OF DR. JASON NIEH AND EXHIBITS ATTACHED THERETO AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple Inc.'s Response to Defendant Corellium, LLC's *Daubert* Motion to Preclude Certain Testimony of Dr. Jason Nieh (the "Response") and portions of Exhibits C, D, G, and H attached thereto. In support of this request, Apple states as follows:

1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. Exhibit C to the Response is a copy of the March 3, 2020 Expert Report of Dr. Jason Nieh.  Corellium has designated portions of Exhibit C as "CONFIDENTIAL," "CONFIDENTIAL – ATTORNEYS' EYES ONLY" ("AEO"), and "CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" ("SOURCE CODE"), and Apple has designated portions of Exhibit C as "CONFIDENTIAL" pursuant to the Protective Order.

3. Exhibit D to the Response is an excerpt of the April 22, 2020 deposition transcript of Dr. Jason Nieh.  Apple has designated portions of Exhibit D as "CONFIDENTIAL" and AEO pursuant to the Protective Order.

4. Exhibit G to the Response is a copy of the April 13, 2020 Rebuttal Expert Report of Dr. Jason Nieh, as corrected on April 20, 2020.  Corellium has designated portions of Exhibit G as AEO and Apple has designated portions of Exhibit G as "CONFIDENTIAL" and AEO pursuant to the Protective Order.

5. Exhibit H to the Response is a copy of the May 1, 2020 Supplemental Expert Report of Dr. Jason Nieh.  Corellium has designated portions of Exhibit H as "CONFIDENTIAL," AEO, and SOURCE CODE pursuant to the Protective Order.  Apple has designated portions of Exhibit H as "CONFIDENTIAL" and AEO pursuant to the Protective Order.  Third Party Azimuth Security, LLC ("Azimuth") has also designated discrete portions of Exhibit H as AEO pursuant to the Protective Order.

6. Apple's Response refers to certain portions of the foregoing exhibits that are designated Confidential or AEO.

7. Corellium has requested that Apple seek to file under seal all material designated by Corellium as Confidential or AEO.

8. Consistent with the Protective Order and the parties' standing designations, Apple

moves to file under seal the portions its Response that contain material designated as AEO, as well as the portions of Exhibits C, D, G, and H that contain material designated as "CONFIDENTIAL," AEO, or SOURCE CODE.

**WHEREFORE** Apple respectfully requests that, unless and until Apple, Corellium, and Azimuth's designations are changed or rejected, the following documents should remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

    a. Portions of Apple's Response;

    b. Portions of Exhibits C, D, G, and H.

A proposed order is submitted herewith.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on May 26, 2020, regarding the relief sought herein. Defendant does not oppose.

Dated: May 26, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.