**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

     Plaintiff,

  v.

CORELLIUM, LLC,

     Defendant.

<u>**PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL**</u>

  **THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to File Under Seal Portions of Apple Inc.'s Response to Defendant Corellium, LLC's *Daubert* Motion to Preclude Certain Testimony of Dr. Jason Nieh and Exhibits Attached Thereto ("Motion"). Being fully advised in the premises and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

  **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Apple is given leave to file under seal portions of its Response and portions of Exhibits C, D, G, and H to Apple's Response. The sealed materials shall remain under seal until further Court order.

  **DONE AND ORDERED** this __ of May, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

           _____

           **WILLIAM MATTHEWMAN**
           **UNITED STATES MAGISTRATE JUDGE**