UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

          Plaintiff,

v.

CORELLIUM, LLC,

          Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S RESPONSE TO DEFENDANT CORELLIUM, LLC'S *DAUBERT* MOTION TO PRECLUDE CERTAIN TESTIMONY OF DR. MICHAEL SIEGEL AND EXHIBITS ATTACHED THERETO AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple Inc.'s Response to Defendant Corellium, LLC's *Daubert* Motion to Preclude Certain Testimony of Dr. Michael Siegel (the "Response"), as well as portions of Exhibits 1, 2, 4, 9, and 11 attached thereto. In support of this request, Apple states as follows:

1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under

this Order." Protective Order ¶ 15(b).

2.      Exhibit 1 to the Response is a copy of the March 3, 2020 Expert Report of Dr. Michael D. Siegel.  Corellium has designated portions of Exhibit 1 as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" ("AEO") pursuant to the Protective Order.

3.      Exhibit 2 to the Response is a copy of the April 13, 2020 Rebuttal Expert Report of Dr. Michael D. Siegel.  Corellium has designated portions of Exhibit 2 as AEO pursuant to the Protective Order.

4.      Exhibit 4 to the Response is a copy of the April 28, 2020 Second Supplemental Report of Dr. Michael D. Siegel.  Corellium has designated portions of Exhibit 4 as AEO pursuant to the Protective Order.

5.      Exhibit 9 to the Response is an excerpt of the March 19, 2020 deposition of Ivan Krstic.  Apple has designated portions of Exhibit 9 as "CONFIDENTIAL" and AEO pursuant to the Protective Order.

6.      Exhibit 11 to the Response is an excerpt of the April 3, 2020 deposition of Sebastien Marineau-Mes.  Apple has designated portions of Exhibit 11 as "CONFIDENTIAL" and AEO pursuant to the Protective Order.

7.      Apple's Response refers to and quotes portions of Exhibits 1, 2, 4, 9, and 11.

8.      Corellium has requested that Apple seek to file under seal all material designated by Corellium as Confidential or AEO.

9.      Consistent with the Protective Order and Corellium's standing designations, Apple moves to file under seal the portions of its Response that contain material designated as "CONFIDENTIAL" or AEO, as well as the portions of Exhibits 1, 2, 4, 9, and 11 that contain material designated as "CONFIDENTIAL" or AEO.

**WHEREFORE** Apple respectfully requests that, unless and until Apple and Corellium's designations are changed or rejected, the following documents should remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

   a. Portions of Apple's Response;

   b. Portions of Exhibits 1, 2, 4, 9, and 11.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on May 26, 2020, regarding the relief sought herein.  Defendant does not oppose.

| | |
|---|---|
| Dated: May 26, 2020 | Respectfully Submitted, |
| | |
| Michele D. Johnson* | *s/ Martin B. Goldberg* |
| *michele.johnson@lw.com* | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | *mgoldberg@lashgoldberg.com* |
| (714) 540-1235 / (714) 755-8290 Fax | *rdiaz@lashgoldberg.com* |
| | Emily L. Pincow |
| Sarang Vijay Damle* | Florida Bar. No. 1010370 |
| *sy.damle@lw.com* | *epincow@lashgoldberg.com* |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| *elana.nightingaledawson@lw.com* | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL 33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.