UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                    Plaintiff,

v.

CORELLIUM, LLC,

                    Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S RESPONSE TO DEFENDANT CORELLIUM'S MOTION TO EXCLUDE LEGAL OPINIONS AND CORRESPONDING TESTIMONY OF APPLE'S EXPERT DAVID CONNELLY AND EXHIBITS ATTACHED THERETO AND INCORPORATED MEMORANDUM OF LAW**

      Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple Inc.'s Response to Defendant Corellium's Motion to Exclude Legal Opinions and Corresponding Testimony of Apple's Expert David Connelly (the "Response"), as well as portions of Exhibits 1–3, 5–11, 13, 15, 16, 18, and 20, and the entirety of Exhibits 17 and 19 attached thereto. In support of this request, Apple states as follows:

      1.      On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal

with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. Exhibit 1 to the Response is a copy of the March 3, 2020 Expert Report of David Connelly. Corellium has designated portions of Exhibit 1 as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" ("AEO") pursuant to the Protective Order.

3. Exhibit 2 to the Response is a copy of the April 20, 2020 Supplemental Report of David Connelly. Corellium has designated portions of Exhibit 2 as AEO pursuant to the Protective Order.

4. Exhibit 3 to the Response is a copy of the April 27, 2020 Second Supplemental Report of David Connelly. Corellium has designated portions of Exhibit 3 as AEO pursuant to the Protective Order.

5. Exhibit 5 to the Response is a copy of Exhibit A to the April 27, 2020 Second Supplemental Report of David Connelly. Corellium has designated portions of Exhibit 5 as "Confidential" or AEO pursuant to the Protective Order.

6. Exhibit 6 to the Response is an excerpt of Corellium's November 18, 2019 Answers to Apple's First Set of Interrogatories. Corellium has designated portions of Exhibit 6 as "Confidential" or AEO pursuant to the Protective Order.

7. Exhibit 7 to the Response is an excerpt of Corellium's January 16, 2019 Answers to Apple's First Set of Interrogatories. Corellium has designated portions of Exhibit 7 as "Confidential" or AEO pursuant to the Protective Order.

8. Exhibit 8 to the Response is an excerpt of Corellium's February 24, 2020 Verified Second Amended Answers to Apple's First Set of Interrogatories. Corellium has designated portions of Exhibit 8 as "Confidential" or AEO pursuant to the Protective Order.

9. Exhibit 9 to the Response is an excerpt of Corellium's February 27, 2020 Verified Third Amended Answers to Apple's First Set of Interrogatories. Apple has designated portions of Exhibit 9 as "CONFIDENTIAL" and AEO pursuant to the Protective Order.

10. Exhibit 10 to the Response is an excerpt Corellium's March 9, 2020 Fourth Amended Answers to Apple's First Set of Interrogatories. Corellium has designated portions of Exhibit 10 as "Confidential" or AEO pursuant to the Protective Order.

11. Exhibit 11 to the Response is an excerpt Corellium's April 18, 2020 Fifth Amended Answers to Apple's First Set of Interrogatories. Apple has designated portions of Exhibit 11 as "CONFIDENTIAL" and AEO pursuant to the Protective Order.

12. Exhibit 13 to the Response is a copy of the April 27, 2020 Fourth Expert Report of Stewart Appelrouth. Corellium has designated portions of Exhibit 13 as "Confidential" or AEO pursuant to the Protective Order.

13. Exhibit 15 to the Response is excerpts of the March 25, 2020 deposition of Amanda Gorton. Corellium has designated portions of Exhibit 15 as "Confidential" or AEO pursuant to the Protective Order.

14. Exhibit 16 to the Response is a copy of the April 13, 2020 Second Expert Report of Stewart Appelrouth. Corellium has designated portions of Exhibit 16 as "Confidential" or AEO pursuant to the Protective Order.

15. Exhibit 17 to the Response is a copy of Correllium-008963, a document produced by Corellium in this case. Corellium has designated the entirety of Exhibit 17 as AEO pursuant to the Protective Order.

16. Exhibit 18 to the Response is excerpts of the March 27, 2020 deposition of Stephen Dyer. Corellium has designated portions of Exhibit 18 as "Confidential" or AEO pursuant to the

Protective Order.

17. Exhibit 19 to the Response is a copy of APL-CORELLIUM_00055806, a document produced by Apple in this case. Exhibit 19 consists entirely of information that Corellium has designated as AEO pursuant to the Protective Order.

18. Exhibit 20 to the Response is a copy of Corellium's April 2, 2020 Responses to Apple's Second Set of Interrogatories. Corellium has designated portions of Exhibit 20 as "Confidential" or AEO pursuant to the Protective Order.

19. Apple's Response refers to and quotes portions of Exhibits 1–3, 5–11, 13, and 15–20.

20. Corellium has requested that Apple seek to file under seal all material designated by Corellium as Confidential or AEO.

21. Consistent with the Protective Order and Corellium's standing designations, Apple moves to file under seal the portions of its Response that contain material designated as "CONFIDENTIAL" or AEO, portions of Exhibits 1–3, 5–11, 13, 15, 16, 18, and 20 that contain material designated as "CONFIDENTIAL" or AEO, and the entirety of Exhibits 17 and 19.

**WHEREFORE** Apple respectfully requests that, unless and until Corellium's designations are changed or rejected, the following documents should remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

    a. Portions of Apple's Response;

    b. Portions of Exhibits 1–3, 5–11, 13, 15, 16, 18, and 20.

    c. Exhibits 17 and 19.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on May 26, 2020, regarding the relief sought herein. Defendant does not oppose.

| | |
|---|---|
| Dated: May 26, 2020 | Respectfully Submitted, |
| Michele D. Johnson* | |
| *michele.johnson@lw.com* | *s/ Martin B. Goldberg* |
| LATHAM & WATKINS LLP | |
| 650 Town Center Drive, 20th Floor | Martin B. Goldberg |
| Costa Mesa, CA 92626 | Florida Bar No. 0827029 |
| (714) 540-1235 / (714) 755-8290 Fax | *mgoldberg@lashgoldberg.com* |
| | *rdiaz@lashgoldberg.com* |
| Sarang Vijay Damle* | Emily L. Pincow |
| *sy.damle@lw.com* | Florida Bar. No. 1010370 |
| Elana Nightingale Dawson* | *epincow@lashgoldberg.com* |
| *elana.nightingaledawson@lw.com* | LASH & GOLDBERG LLP |
| LATHAM & WATKINS LLP | 100 Southeast Second Street |
| 555 Eleventh Street NW, Suite 1000 | Miami, FL 33131 |
| Washington, DC 20004 | (305) 347-4040 / (305) 347-4050 Fax |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.