# EXHIBIT 4

EXPERT REPORT OF

DAVID B. CONNELLY

On Behalf of Plaintiff

Under Federal Rule of Civil Procedure 26(a)(2)(B)

In the Matter of

APPLE INC.

Plaintiff,

v.

CORELLIUM, LLC

Defendant.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:19-cv-81160-RS

The Honorable Rodney Smith, Judge Presiding

RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY

**EXHIBIT C**
**CURRICULUM VITAE**

**DAVID B. CONNELLY, CPA, JD**                                                              **Vice President**

David Connelly is a Vice President and shareholder of Freeman & Mills, a consulting firm offering services in the areas of accounting, finance, economics and business practices and procedures. Mr. Connelly is a Certified Public Accountant and attorney with more than 35 years of collective financial investigation, audit, and legal experience. For the past 27 years, he has specialized in complex forensic accounting investigations, damages analysis, and expert testimony. His combined accounting and legal expertise provides him with a unique perspective of financial litigation issues.

Mr. Connelly has extensive experience serving as a testifying expert in federal and state court, and as an internal financial litigation consultant for law firms on various financial litigation issues involving discovery, data analysis, substantiation and/or rebuttal of financial assertions, and damages analysis. He has also served as a court appointed accounting referee/neutral.

Mr. Connelly's litigation engagements have covered a wide variety of areas, including breach of contract and fiduciary duty, fraud, misappropriation, corporate and partnership disputes, contract accounting matters, intellectual property, lost profits damages, post-acquisition and earn-out disputes, construction and real estate, media and entertainment, profit participations and royalties, business interruption and insurance recovery, financial audit issues, bankruptcy and insolvency, trusts and estates, professional malpractice, false advertising, antitrust, international trade, taxation, due diligence, family law and white collar criminal matters. His financial forensic investigations have included global investigations and whistleblower investigations. In addition to litigation assignments, Mr. Connelly has continued to perform audit type services in connection with financial inspections, and film and television profit participation and royalty engagements.

Prior to joining Freeman Mills, Mr. Connelly served as a managing director at Berkeley Research Group LLC, a global litigation consulting firm; the lead partner of litigation services for SingerLewak LLP, a regional CPA firm; the founder and president of Connelly & Associates, a financial litigation consulting firm; a director of Capital Accounting, a financial litigation consulting affiliate of the international law firm of Howrey LLP; and the managing director of RJ Miranda & Company, a regional CPA firm where he directed the independent financial audits of the City of Los Angeles. Prior to these positions, Mr. Connelly served as an attorney with a civil litigation law firm, and an audit manager with a CPA firm.

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 2015 – present | Vice President & Shareholder, Freeman & Mills |
| 2014 – 2015 | Managing Director, Berkeley Research Group LLC |
| 2007 – 2014 | Lead Partner, Litigation Services, SingerLewak LLP |
| 2001 – 2007 | Founder & President, Connelly & Associates |
| 1995 – 2001 | Director, Capital Accounting, a consulting affiliate of Howrey LLP |
| 1992 – 1995 | Managing Director, R.J. Miranda & Company |
| 1990 – 1992 | Associate Attorney, LaTorraca & Goettsch |
| 1982 – 1989 | Audit Manager, Connelly, Heinsoo & Kuhns |

**DAVID B. CONNELLY, CPA, JD**                                                                                    **Vice President**

**PROFESSIONAL AFFILIATIONS AND MEMBERSHIPS**

- American Institute of Certified Public Accountants
- American Bar Association
- California Society of Certified Public Accountants
  - Forensic Services – Fraud & Economic Damages Sections
- Los Angeles County Bar Association
- San Fernando Valley Bar Association
- Woodland Hills Tax & Estate Planning Council
- The Esquire Network (TEN), Moderator

**EDUCATION AND CERTIFICATIONS/LICENSES**

David Connelly holds a Juris Doctor (*cum laude*) from the Willamette University College of Law, and a B.S. in business administration (accounting) from the University of Oregon.

Mr. Connelly is a Certified Public Accountant licensed in California since 1993 (initially licensed in Oregon in 1984), and a licensed attorney in California since 1990.

**PRESENTATIONS**

"International Telecom Litigation: 'Needle in Haystack' Slays Goliath" – American Institute of Certified Public Accountants' National Forensic Valuation Services Conference, Las Vegas (November 2017).

"Accounting for Lawyers" – Woodland Hills Tax & Estate Planning Council (December 2019); San Fernando Valley Bar Association (August 2019); The Esquire Network (TEN) (February 2017); Cal State University Northridge Alumni Attorneys Chapter (June 2016); Office of the Los Angeles County Counsel (April 2016); Culver Marina Bar Association (March 2016).

"Forensic Accounting" – The Esquire Network (TEN), Los Angeles (February 2016); TEN Executives, Encino (April 2015).

"Financial Fraud Prevention & Investigations" – Ervin Cohen & Jessup (August 2010); Sedgwick, Detert, Moran & Arnold, Los Angeles (July 2009).

"Trade Secrets & Other Damages Issues" – Steptoe & Johnson, Los Angeles (September 2009).

"Best Practices For Employee Behavior Management: Fraud & Prevention of Financial Malfeasance" – SingerLewak ERMS Panel Presentation, Los Angeles (December 2008).

"Fraud Investigations – Issues, Techniques & SAS 82"- Association of Government Accountants, Los Angeles Chapter (October 1999) & Orange County Chapter (May 1998); Los Angeles Municipal Accountants & Auditors Association (September 1997).

**DAVID B. CONNELLY, CPA, JD**                                                           **Vice President**

**PRESENTATIONS (Continued)**

"Audit Malpractice Considerations" – Annual Education Conference of the Association of Government Accountants, Los Angeles Chapter (February 1996).

"Internal Control Structure at the City of Los Angeles" – Los Angeles Municipal Accountants and Auditors Association & accounting finance personnel of the City of Los Angeles (August 1992).

**CONTACT:**

(213) 576-1812
dconnelly@freemanmills.com

**DAVID B. CONNELLY, CPA, JD**                                              Freeman & Mills, Inc.

## SIGNIFICANT ENGAGEMENTS

- **National Corporate Tax Credit Fund, et al., v. Johnson, et al.**
  *United States District Court, Central District of California*
  Financial investigation and expert testimony concerning **twenty real estate partnerships**, over ten year period, on behalf of one of the nation's largest owners and syndicators of affordable housing complexes. Investigation concerned accountings for the partnerships pursuant to various partnership agreements, and identified significant breaches of the accounting, deficit funding, and distribution provisions of the agreements. Following expert testimony, jury awarded client damages of $7.5 million.

- **Group 42, Inc. et al. v. Kesterton, et al.**
  *Court of Chancery, State of Delaware*
  Global investigation and assistance to counsel in **Special Litigation Committee** (SLC) examination concerning more than twenty five **petroleum industry** companies, based in more than six countries, over twelve year period. Investigation included complex, expedited discovery, interviews in Dubai, and submission of SLC investigation report to Delaware Court of Chancery. Court adopted reported findings and set matter for trial. Settlement for client based on identified misappropriations of at least $10 million.

- **UNAT v. Australian Mutual Provident Society, et al.**
  *Alaska Superior Court, Anchorage Judicial District*
  Investigation and assistance to counsel in **international telecommunications litigation** amongst partners in Alaskan fibre optic cable project. Investigation included extensive involvement in expedited discovery, and data base development. During discovery procedures in Australia, identified dispositive admissions in documents that resulted in multi-million dollar settlement for client. Presented case study on matter at AICPA's National Forensic Valuation Services Conference.

- **Pacific Cycle Racing, LLC v. Anschutz Entertainment Group, Inc.**
  *American Arbitration Association, Los Angeles, California*
  Financial investigation and submission of expert report concerning operations and questioned transactions of **nationally recognized bicycle tour** over eleven year period. Shortly after issuance of extensive expert report, and prior to deposition, settlement for client was reached based on identified multi-million dollar earnings due client.

- **Harmony Gold USA v. Tatsunoko Production Co**
  *Independent Film & TV Alliance Arbitration, Los Angeles, California*
  Financial investigation and expert testimony in rebuttal of **unlicensed production and merchandising royalty claims** offered by renowned entertainment accounting expert concerning Robotech television series, film and other derivative works. Identified significant deficiencies in opposing expert's purported multi-million dollar claims. Following expert testimony, arbitrator ruled for client.

**DAVID B. CONNELLY, CPA, JD**                                                      Freeman & Mills, Inc.

## SIGNIFICANT ENGAGEMENTS

- **Litton Systems, Inc. et al. v. Honeywell, Inc.** (Antitrust)
  *United States District Court, Central District of California*
  Investigation and critique of international accounting firm's expert profitability study in retrial of **substantial antitrust litigation** concerning **gyroscope navigation** products. Identified significant deficiencies in study that had served as principal defense in damages retrial. Ultimately, the subject profitability study was not offered at trial, and jury returned damages award of $250 million for client (trebled to $750 million).

- **Ocwen Loan Servicing, LLC v. Fidelity Information Services, LLC**
  *California Superior Court, County of Sacramento*
  Investigation and critique of alleged **fraud and inappropriate billing** claims concerning over $60 million in time and expense charges incurred during review of loan servicing practices, on behalf of California Department of Business Oversight. Retained as defense expert, and matter settled favorably for client before trial.

- **Wind Dancer v. Walt Disney Pictures**
  *California Superior Court, County of Los Angeles*
  Investigation and critique of alleged **profit participation** claims concerning the Home Improvement television series. Retained as defense expert, and matter settled favorably for client before trial.

- **Temple v. Venture Technologies Group, LLC**
  *California Superior Court, County of Los Angeles*
  Court appointed, independent **accounting referee investigation** concerning more than 150 television stations owned by media company. Accounting referee report findings were accepted by Court and matter settled favorably for client.

- **Fluidigm & Energy Connect Corporate Investigations**
  Separate financial investigations on behalf of Fluidigm and Energy Connect (publicly held) corporations concerning "**whistleblower**" and **corporate transaction** allegations. Investigations included extensive electronic document searches, examinations, interviews, and reporting on findings and observations.

- **Heng Ngai Jewelry, Inc. v. United States Customs Service**
  *United States Court of International Trade*
  Financial investigation and expert report in **international customs** matter concerning imported merchandise computed value. Investigation concerned Customs' computed value calculations, and involved examination of accounting records for Hong Kong manufacturer. Matter settled favorably for client.

**DAVID B. CONNELLY, CPA, JD**  **Freeman & Mills, Inc.**

### SIGNIFICANT ENGAGEMENTS - AUDIT

- **Financial Audits of the City of Los Angeles**
  *Los Angeles, California*
  Managed all aspects of independent financial audits for the City of Los Angeles for the fiscal years ended June 30, 1991 and 1992. Accomplishments included **audit of City's comprehensive GAAP financial statements** that (for first time) included all significant components of the City, and emergency audit and accurate projection of $25 million General Fund budgetary interest revenue shortfall.

- **Film & TV Profit Participation Audits**
  Film and TV distribution & production cost audits of *Disturbia, The Strangers, Balls of Fury, Doomsday, Waist Deep, Dog Whisperer* & other titles.

**DAVID B. CONNELLY, CPA, JD**                                                        **Vice President**

## RULE 26(a)(2)(B) DISCLOSURE OF DEPOSITION/TRIAL TESTIMONY

| DATE | CASE | COURT | D/T |
|---|---|---|---|
| 10/96 | City of Monrovia v. Newco Waste Systems, Inc. | LASC | D |
| 6/99 | Los Angeles Metropolitan Transportation Authority, et al. v. Parsons-Dillingham Metro Rail Construction Manager, et al. | LASC | D |
| 11/01 | National Corporate Tax Credit Fund, et al. v. Bond Purchase, L.L.C., et al. | USDC C Ca | D |
| 3/02 | National Corporate Tax Credit Fund, et al. v. Bond Purchase, L.L.C., et al. (Trial & Punitive Phase) | USDC C Ca | T |
| 11/02 | National Corporate Tax Credit Fund, et al. v. Johnson, et al. | USDC C Ca | D |
| 12/02 | National Corporate Tax Credit Fund, et al. v. Johnson, et al. | USDC C Ca | D |
| 1/03 | National Corporate Tax Credit Fund, et al. v. Johnson, et al. | USDC C Ca | T |
| 12/04 | Construction Loan Company, Inc. v. Sanders, et al. | LASC | T |
| 7/05 | United States of America v. Abolahrar, et al. | USDC C Ca | T |
| 8/05 | Construction Loan Company, Inc. v. Sanders, et al. | LASC | T |
| 10/07 | Ghodsi v. Garoosi, et al. | LASC | D |
| 3/08 | CFHS Holdings, Inc. v. Partovi, et al. | ADR | D |
| 6/08 & 8/08 | Cellular Fantasy, Inc., et al. v. Baghallian, et al. | LASC | D |
| 9/08 | Cellular Fantasy, Inc., et al. v. Baghallian, et al. | LASC | T |
| 10/08 | KHM Realty & Management, Inc. v. Kojima | AAA | D |
| 11/08 | Mircheva, et al. v. Gonzalez, et al. | LASC | T |
| 1/09 | KHM Realty & Management, Inc. v. Kojima | AAA | T |

4

**DAVID B. CONNELLY, CPA, JD**                   **Vice President**

**RULE 26(a)(2)(B) DISCLOSURE OF
DEPOSITION/TRIAL TESTIMONY**

| DATE | CASE | COURT | D/T |
|---|---|---|---|
| 7/09 | Marcus, et al. v. Vorspan Trust, et al. | JAMS | D |
| 8/09 | Wertheim, LLC v. Currency Corporation, et al. | LASC | T |
| 9/09 | Marcus, et al. v. Vorspan Trust, et al. | JAMS | T |
| 5/10 | Grover Products Company v. BB&T Insurance Services, et al. | LASC | D |
| 7/10 | Olvera v. Stotzer | LASC | T |
| 12/10 | Vu v. Ma | LASC | T |
| 4/11 | Unity Family Trust v. Hablinski | LASC | D |
| 6/11 | Owen Engineering, Inc. v. Carney & Delaney, LLP, et al. | RCSC | D |
| 6/11 | National Cash Systems v. United Oil | AAA | D |
| 5/12 | Reinsdorf v. Skechers U.S.A. | LASC | D |
| 9/12 | The People v. Waterman | RCSC | T |
| 10/13 | J & A Builders v. Kelton Ventures, LLC, et al. | LASC | D |
| 9/15 & 10/15 | USA Consolidated Enterprises v. Westrux International | LASC | D |
| 10/15 & 11/15 | USA Consolidated Enterprises v. Westrux International | LASC | T |
| 1/16 | Emery Sumner Productions v. MPH Entertainment | LASC | D |
| 5/17 | Tatsunoko Production Co v. Harmony Gold USA | Indep Film & TV Alliance | T |
| 6/19 | Buchanan Trust v. James Wier Family, LLC, et al. | LASC | D |
| 8/19 & 9/19 | Clark v. McCaul, Perry | AAA | T |

5

**DAVID B. CONNELLY, CPA, JD**  **Vice President**

### RULE 26(a)(2)(B) DISCLOSURE OF DEPOSITION/TRIAL TESTIMONY

| DATE | CASE | COURT | D/T |
|------|------|-------|-----|
| 1/20 | Corman, et al. v. New Horizons Picture Corp, et al. | LASC | D |

6