# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

      *Plaintiff*,

v.

CORELLIUM, LLC,

      *Defendant*.

**DEFENDANT'S NOTICE OF SERVING ANSWERS
TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Defendant Corellium, LLC ("Corellium"), by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure, hereby files this Notice of Serving Answers to Plaintiff, Apple Inc.'s ("Apple"), First Set of Interrogatories.

Dated: November 18, 2019

Respectfully submitted,

By:   s/Justin Levine
Jonathan Vine
Florida Bar No. 10966
jonathan.vine@csklegal.com
Justin Levine
justin.levine@csklegal.com
Florida Bar No. 106463
Lizza Constantine
lizza.constantine@csklegal.com
Florida Bar No. 1002945

COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone: (561) 383-9222
Facsimile: (561) 683-8977

and

        Brett Govett, *Pro hac vice*
        brett.govett@nortonrosefulbright.com
        Robert Greeson, *Pro hac vice*
        robert.greeson@ nortonrosefulbright.com
        Jackie Baker, *Pro hac vice*
        jackie.baker@nortonrosefulbright.com

        NORTON ROSE FULBRIGHT US LLP
        2200 Ross Ave.
        Dallas, Texas 75201
        Telephone: (214) 855-8000
        Facsimile: (214) 855-8200

        *Attorneys for Corellium, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2019, a true and correct copy of the foregoing document has been furnished via email to counsel of record identified below.

        s/ *Justin Levine*
        Justin B. Levine

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*

## DEFENDANT'S ANSWERS TO PLAINTIFF'S
## FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 1:** Identify each version, release, update, or patch, (including any alpha or beta versions) of the Corellium Apple Product, including for the cloud-based Corellium Apple Product and all private installations of the Corellium Apple Product, with a description of the changes made in each successive version.

**ANSWER:** Corellium objects to this request to the extent it seeks disclosure of proprietary, confidential and/or trade secret information regarding Corellium's product. To the extent this Interrogatory does seek such information, Corellium will respond only pursuant to a Protective Order under Fed. R. Civ. P.26(c).

Corellium further objects to this Interrogatory in that it is intended to annoy or harass Corellium and its officers, employees, agents, representatives, and other persons acting, or purporting to act on behalf of Corellium. Notwithstanding the aforementioned objections and without waiving same, Corellium states as follows:



CONFIDENTIAL
ATTORNEYS' EYES ONLY

- 23 -

**INTERROGATORY NO. 9:** Separately for each version or installation of the Corellium Apple Product Identified in Interrogatory No. 1, state the following information for the Corellium Apple Product and any license of the Corellium Apple Product for each fiscal quarter from the formation of Corellium to present: (1) the Dates of each sale or license, (2) the type of sale or license (e.g., private installation or access to Corellium Apple Product), (3) the customer for each sale or license, (4) the Person(s) billed for each sale or license (whether the same as the customer or different), (5) the address where any private installations occurred, (6) the terms of each sale or license, and (7) the price paid for each sale or license, including whether no monetary amount was paid.

> **ANSWER:** Corellium objects to this Interrogatory to the extent it seeks disclosure of proprietary, confidential and/or trade secret information regarding Corellium's business and product.
>
> Corellium also objects to this Interrogatory to the extent that it seeks private information of Corellium or Corellium's customers in violation of the parties' right to privacy under the US Constitution. Corellium further objects to this Interrogatory in that it is as it is overbroad in both time and scope.



**CONFIDENTIAL
ATTORNEYS' EYES ONLY**



- 24 -

CONFIDENTIAL
ATTORNEYS' EYES ONLY

- 25 -



- 26 -



CONFIDENTIAL
ATTORNEYS' EYES ONLY



CONFIDENTIAL
ATTORNEYS' EYES ONLY



CONFIDENTIAL
ATTORNEYS' EYES ONLY



- 29 -

CONFIDENTIAL
ATTORNEYS' EYES ONLY

**INTERROGATORY NO. 10:** Separately for each version or installation of the Corellium Apple Product Identified in Interrogatory No. 1, state the following information for the Corellium Apple Product and any license of the Corellium Apple Product for each fiscal quarter from the formation of Corellium to present: (1) revenue received by Corellium for each sale or license; (2) costs of any goods sold for each private installation of the Corellium Apple Product; (3) standard costs (and any other costs) for Corellium; (4) research and development costs attributable to the Corellium Apple Product; (5) per-sale or per-license profit, and (6) total profit for Corellium from sales of the Corellium Apple Product.

**ANSWER:** Corellium objects to this Interrogatory to the extent it seeks disclosure of proprietary or confidential information of Corellium. To the extent this Interrogatory does seek such information, Corellium will respond only pursuant to a Protective Order under Fed. R. Civ. P.26(c).



**CONFIDENTIAL
ATTORNEYS' EYES ONLY**

**INTERROGATORY NO. 11:** Separately for each version or installation of the Corellium Apple Product Identified in Interrogatory No. 1, state Your historical and currently projected revenues, projected costs, and projected per-sale profits for at least five (5) years into the future for the Corellium Apple Product.

> **ANSWER:** Corellium objects to this Interrogatory to the extent it seeks disclosure of proprietary, confidential and/or trade secret information regarding Corellium's business and product. To the extent this Interrogatory does seek such information, Corellium will respond only pursuant to a Protective Order under Fed. R. Civ. P.26(c).

**INTERROGATORY NO. 12:** Describe Your advertising, promotion, or marketing of the Corellium Apple Product, including the advertising, promotion, or marketing of (1) all features thereof; and (2) all products or services used in conjunction with the Corellium Apple Product. Include the Dates, locations, and description of all conferences at which one or more Corellium LLC employees publicly advertised or discussed the capabilities of the Corellium Apple Product, all paid advertising campaigns, all social media promotion, all advertising agencies used, all purchased media buys, all free media (including but not limited to interviews given by employees or owners of Corellium LLC), and any and all other means of advertising, promoting, or marketing the Corellium Apple Product from inception to the present.

> **ANSWER:** Corellium objects to this Interrogatory to the extent it seeks disclosure of proprietary, confidential and/or trade secret information regarding Corellium's business and product.
>
> Notwithstanding the aforementioned objections and without waiving same, Corellium states as follows:



## **DECLARATION UNDER PENALTY OF PERJURY**

I, Amanda Gorton as the authorized representative and on behalf of Corellium, LLC, declare under penalty of perjury under the laws of the United States of America that the foregoing Answers to Apple, Inc.'s First Set of Interrogatories are true and correct. Executed on November 18, 2019.

_____
AMANDA GORTON

AS THE AUTHORIZED REPRESENTATIVE
AND ON BEHALF OF CORELLIUM, LLC.

CONFIDENTIAL
ATTORNEYS' EYES ONLY