# EXHIBIT 9

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

                *Plaintiff*,

     v.

CORELLIUM, LLC,

                *Defendant*.

---

**DEFENDANT'S NOTICE OF SERVING THIRD AMENDED ANSWERS
TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

      Defendant Corellium, LLC ("Corellium"), by and through undersigned counsel, pursuant

to the Federal Rules of Civil Procedure, hereby files this Notice of Serving Third Amended

Answers to Plaintiff, Apple Inc.'s ("Apple"), First Set of Interrogatories.

Dated: February 27, 2020

                                   Respectfully submitted,

                         By:   */s/ Justin B. Levine*
                                Jonathan Vine
                                Florida Bar No. 10966
                                jonathan.vine@csklegal.com
                                Justin Levine
                                justin.levine@csklegal.com
                                Florida Bar No. 106463
                                Lizza Constantine
                                lizza.constantine@csklegal.com
                                Florida Bar No. 1002945

                                COLE, SCOTT & KISSANE, P.A.
                                Esperante Building
                                222 Lakeview Avenue, Suite 120
                                West Palm Beach, Florida 33401
                                Telephone: (561) 383-9222
                                Facsimile: (561) 683-8977

                                and

Brett Govett, *Pro hac vice*
brett.govett@nortonrosefulbright.com
Robert Greeson, *Pro hac vice*
robert.greeson@ nortonrosefulbright.com
Jackie Baker, *Pro hac vice*
jackie.baker@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
2200 Ross Ave.
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

*Attorneys for Corellium, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2020, a true and correct copy of

the foregoing document has been furnished via email to counsel of record identified below.

/s/ Justin B. Levine
Justin B. Levine

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*

**DEFENDANT'S AMENDED ANSWERS TO PLAINTIFF'S**
**FIRST SET OF INTERROGATORIES**

**XXX** = Confidential
**XXX** = Attorney's Eyes Only

**INTERROGATORY NO. 1:**  Identify each version, release, update, or patch, (including any alpha or beta versions) of the Corellium Apple Product, including for the cloud-based Corellium Apple Product and all private installations of the Corellium Apple Product, with a description of the changes made in each successive version.

> **ANSWER:**       Corellium objects to this request as it seeks disclosure of proprietary and trade secret information regarding Corellium's product.  Specifically, this Interrogatory seeks detailed and technical information that comprise portions of innovative technology that is at issue in this case. Therefore, Corellium responds only under the protection of the Protective Order under Fed. R. Civ. P.26(c).

> Corellium objects to this Interrogatory in that it is intended to annoy or harass Corellium and its officers, employees, agents, representatives, and other persons acting, or purporting to act on behalf of Corellium.  The information sought is not necessary for Plaintiff to establish any of its claims as it is Corellium's product in general and the virtual display of an iOS that Apple takes issue with.  Producing these unnecessary details to a direct competitor is intended only to annoy and harass Corellium.  Corellium states as follows:



- 4 -

**INTERROGATORY NO. 9:**  Separately for each version or installation of the Corellium Apple Product Identified in Interrogatory No. 1, state the following information for the Corellium Apple Product and any license of the Corellium Apple Product for each fiscal quarter from the formation of Corellium to present: (1) the Dates of each sale or license, (2) the type of sale or license (e.g., private installation or access to Corellium Apple Product), (3) the customer for each sale or license, (4) the Person(s) billed for each sale or license (whether the same as the customer or different), (5) the address where any private installations occurred, (6) the terms of each sale or license, and (7) the price paid for each sale or license, including whether no monetary amount was paid.

> **ANSWER:**  Corellium objects to this Interrogatory as it seeks disclosure of proprietary, confidential and/or trade secret information regarding Corellium's business and product. Specifically, Apple is seeking confidential information about clients relative to the terms of their individual purchase from Corellium.  However, individual purchase terms are neither necessary to show damages nor whether infringement or a violation of the DMCA has occurred. In that regard, notwithstanding the fact that each client's sale terms are highly sensitive, they are not relevant to any issue in this case.
>
> For the same reasons, Corellium also objects to this Interrogatory as it seeks private information of Corellium or Corellium's customers in violation of the parties' right to privacy under the US Constitution.  Similarly, again for the same reasons, Corellium further objects to this Interrogatory in that it is as it is overbroad in both time and scope.

















**INTERROGATORY NO. 10:** Separately for each version or installation of the Corellium Apple Product Identified in Interrogatory No. 1, state the following information for the Corellium Apple Product and any license of the Corellium Apple Product for each fiscal quarter from the formation of Corellium to present: (1) revenue received by Corellium for each sale or license; (2) costs of any goods sold for each private installation of the Corellium Apple Product; (3) standard costs (and any other costs) for Corellium; (4) research and development costs attributable to the Corellium Apple Product; (5) per-sale or per-license profit, and (6) total profit for Corellium from sales of the Corellium Apple Product.

**ANSWER:** Corellium objects to this Interrogatory as it seeks disclosure of proprietary and confidential information from Corellium. Corellium responds only under the protection of the Protective Order under Fed. R. Civ. P.26(c).



**INTERROGATORY NO. 11:** Separately for each version or installation of the Corellium Apple Product Identified in Interrogatory No. 1, state Your historical and currently projected revenues, projected costs, and projected per-sale profits for at least five (5) years into the future for the Corellium Apple Product.

      **ANSWER:**     Corellium objects to this Interrogatory as it seeks disclosure of proprietary, confidential and trade secret information regarding Corellium's business and product. Corellium responds only under the protection of the Protective Order under Fed. R. Civ. P.26(c).

**INTERROGATORY NO. 12:** Describe Your advertising, promotion, or marketing of the Corellium Apple Product, including the advertising, promotion, or marketing of (1) all features thereof; and (2) all products or services used in conjunction with the Corellium Apple Product. Include the Dates, locations, and description of all conferences at which one or more Corellium LLC employees publicly advertised or discussed the capabilities of the Corellium Apple Product, all paid advertising campaigns, all social media promotion, all advertising agencies used, all purchased media buys, all free media (including but not limited to interviews given by employees or owners of Corellium LLC), and any and all other means of advertising, promoting, or marketing the Corellium Apple Product from inception to the present.

      **ANSWER:** Corellium states as follows:

**Conferences**

**Black Hat 2018**
- Conference name: Black Hat USA 2018
- Date: August 4 – 9, 2018
- Location: Las Vegas
- Description of Conference: "Black Hat is the most technical and relevant information security event series in the world. For more than 20 years, Black Hat Briefings have provided attendees with the very latest in information security research, development, and trends in a strictly vendor-neutral environment. These high-profile global events and trainings are driven by the needs of the security community, striving to bring together the best minds in the industry. Black Hat inspires professionals at all career levels, encouraging growth and collaboration among academia, world-class researchers, and leaders in the public and private sectors."
- Attended by: Chris Wade, Amanda Gorton, Rob Turner, David Wang
- Description of Activity: Corellium met privately with peers, partners, and potential clients.

## **DECLARATION UNDER PENALTY OF PERJURY**

I, Amanda Gorton as the authorized representative and on behalf of Corellium, LLC,

declare under penalty of perjury under the laws of the United States of America that the foregoing

Amended Answers to Apple, Inc.'s First Set of Interrogatories are true and correct. Executed on

February 27, 2020.

                                _____
                                AMANDA GORTON

                                AS THE AUTHORIZED REPRESENTATIVE
                                AND ON BEHALF OF CORELLIUM, LLC.