# EXHIBIT 15

ATTORNEYS EYES ONLY

1                UNITED STATES DISTRICT COURT

2                 SOUTHERN DISTRICT OF FLORIDA

3          APPLE INC.

4             Plaintiff,     CASE NO. 9:19-cv-81160-RS

5          vs.

6          CORELLIUM, LLC,

7             Defendant.

8          _____/

9

10                Zoom, Virtual Deposition

11               Wednesday, March 25, 2020

12                 10:08 a.m.-6:17 p.m.

13

14                ATTORNEY'S EYES ONLY

15       VIDEOTAPED 30(b)(6) AND INDIVIDUAL DEPOSITION OF

16                    AMANDA GORTON

17

18           Taken on Behalf of the Plaintiff before

19         Lisa Gerlach, Court Reporter, Notary Public

20          in and for the State of Florida at Large,

21          pursuant to Plaintiff's Notice of Taking

22          Deposition in the above cause.

23

24       Job No. 4027360

25       Pages 1-213

                                                Page 1

ATTORNEYS EYES ONLY

1      BY MS. BINA:

2          Q.  And then for approximately a year, in your

3      best estimation, it offered only the iOS devices and

4      then others were added?

5          A.  Yes, that is correct.  Although, during that

6      time, we were actively working on adding the Android

7      device models.

8          Q.  Does Corellium currently offer a cloud-based

9      product to its users?

10         A.  Yes.

11         Q.  Is it possible at the moment for new cloud

12     users to sign up or are you only servicing existing

13     cloud accounts?

14         A.  It is possible for new users to sign up,

15     however, we generally don't enable simply anyone to

16     sign up, so all users must still go through our

17     qualification process before they're able to access or

18     sign up to the product.

19         Q.  When did you start offering the cloud-based

20     product?

21         A.  To the best of my recollection, we began

22     offering a cloud-based product in early 2019.

23         Q.  At an earlier point in 2018, did you offer

24     trial versions of a cloud-based product?

25         A.  Yes.  We initially offered beta testing

Veritext Legal Solutions
866 299-5127



1    accounts for a limited number of users.  The goal of

2    beta testing was to help us identify bugs in the

3    platform and to give feedback about the features of

4    the product and what users might like to also see.

5

12         THE REPORTER:  I'm sorry.  You're

13    breaking up.  We developed a reseller

14    relationship?

15

23    BY MS. BINA:

24

Page 53

ATTORNEYS EYES ONLY



Page 56

ATTORNEYS EYES ONLY



1

2

3

4

5

6      Q.   Yes.  I misspoke.  Apologies.

7

Page 61

ATTORNEYS EYES ONLY

1    as a company.  But I'm not confident in saying that

2    we've always adhered to that standard, particularly

3    for earlier releases.

4    BY MS. BINA:

5        Q.  Understood.  So if we could look at the 1.1,

6    January 2018, was that the first version that you

7    offered to the public?

8            MR. VINE:  Objection.

9        A.  I believe this would be the first version,

10   yes.

11   BY MS. BINA:

12       Q.  And it looks like, three months later, in

13   April 2018, there was an update where there was

14   support added for a number of Apple devices.

15           Is that correct?

16       A.  That is what the document reflects, yes.

17       Q.  Is the document accurate in your

18   understanding?

19       A.  In my understanding, it is accurate, yes.

20       Q.  When it says "support for" does that mean

21   that customers could now load virtual iPhone 6 Plus,

22   iPad Mini 4, iPod Touch 6, and so on, into the

23   Corellium Apple product?

24       A.  That is accurate.

25       Q.  At that time, did the product have a

Page 71

ATTORNEYS EYES ONLY

1       official and what was unofficial.

2       ████████████████████████████████████

■       ████████████████████████████████████████

■       ██ ██████████ ██████████████████████

■       ████████████████████████████████████████

■       ████████████████████████████████

■       ██████████ ████████████████████████████

■       ████████████████████ ████████████████

■       ██████

10      Q.  Go ahead.

11      ██ █████████████████████████████████

■       ████████████ ████████████████████████

■       ██████████████████████████████████████████

■       ████████████████████████

■       ██ ██████████████████████████████████

■       ████████████████████████████████

■       ██ ████████████████████████████████

■       ██████████████████████

■       ██ ████████ ██████ ████████████████████

■       ████████████████████████████████████████

■       ██████████████████████████████████████████

■       ████████████████████████

■       ██ ████████████

■       ██ ██████████████████████████████

■       ████████████████████████████████████



Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY



1     Q. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇     ▇ ▇▇

▇     ▇ ▇▇▇▇▇▇▇▇▇▇▇▇

▇ ▇▇▇▇▇▇

5     A.  I don't know offhand.

6     Q.  Do you know any of them offhand?

7     MR. VINE:  Objection.

8     A. ▇▇▇▇▇▇▇▇▇▇▇▇

▇ ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇

▇ ▇▇▇▇▇▇▇▇

11 BY MS. BINA:

12     Q.  Anyone else?

13     A.  Possibly, but I cannot recall offhand.

14     ▇ ▇▇▇▇▇▇▇▇▇▇▇

▇ ▇▇▇▇▇▇▇▇▇ ▇▇▇▇

▇ ▇▇▇▇▇▇▇▇

17     Is that true for all three license classes?

18     MR. VINE:  Objection.

19     ▇ ▇▇▇▇▇▇▇▇▇ ▇▇

▇ ▇▇▇▇▇▇▇▇▇▇

▇ ▇▇▇▇▇▇▇▇▇▇▇

22 BY MS. BINA:

23     ▇ ▇▇▇▇▇▇▇▇▇▇▇

▇ ▇▇▇▇▇▇▇▇▇▇

▇ ▇▇▇▇▇▇▇▇

Page 97

ATTORNEYS EYES ONLY



1    ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

7    Q.   That's for the cloud-based version?

8    A.   That's correct.

12    A.   No.

13    Q.

22    MR. VINE:   Objection.

Page 98

ATTORNEYS EYES ONLY



```
 1

 2

 3

 4

 5    BY MS. BINA:

 6

 7

 8

 9

10

11

12            MR. VINE:  Objection.

13

14

15

16

17

18    BY MS. BINA:

19

20

21

22

23

24

25
```

Page 99

ATTORNEYS EYES ONLY

1   ████████████████████████████████████████

    ████████████████████

3        Q.  Any other reasons?

4        A.  That was the primary factor.

5        Q.  Okay.  I think another topic where you're

6   designated to speak on behalf of the company is topic

7   number 27, locations of private installations of the

8   Corellium Apple product.

9            Is a private installation of Corellium the

10  same as a non-premises version or are those different

11  things?

12       A.  I take those to mean the same thing.

13       ████ ████████████████████████████████████

    ████████████████████████████████████████

15       A.  If it's all right, I'll reference the

16  interrogatory responses to ensure that we can cover

17  those comprehensively.

18       Q.  Sure.  I'll open those as well.  That's

19  Exhibit 3 to the deposition.  Let me just get them

20  open.  Let me know what page you're referencing.

21       A.  I believe that's on page 24.  ███████████

    ████████████████████████████████████ -- I'm

23  sorry.

24       ████ ████████████ ████████████ ████████████

    ████ ████████████████████████████████████

ATTORNEYS EYES ONLY



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12       Q.  Were you finished?

13       A.  Sorry.  Yes.

14
15
16       A.  I do not believe so.

17
18
19
20       Q.  Did you at some time?

21           MR. VINE:  Objection.

22       A.  No.

23   BY MS. BINA:

24
25                                        160
```

ATTORNEYS EYES ONLY



```
 1     ████████████████████████████████████████

 █     ████     ███████████████████████████████

 █     ███████████████████████████████████████████

 █     ██████████████████████████████████

 █     ████     █████████████████████████████████████

 █     █████████████████████████████████

 █     ████   ██████   ████████████████████████████

 █     ████████████████████████

 █     ████     ███████████████████████████████

 █     █████████████████████████████████████  █

 █     ██████████████████████████████

 █     ████     █████████████████████████████

13          Q.   In interrogatory number 9, when you listed

14     the sale prices for the product, █████████████████████

 █     ███████████████████████████████████████████████

 █     ████████████████████████████████

17          A.   One moment.  Let me pull up interrogatory 9

18     again.

19          Q.   Sure.  That's Exhibit 3.

20          A.   Thank you.  ███████████████████████████████

 █     ████████████████████████████████████████

 █     ████████████████████████████

23          Q.   Right.  Exactly.  Did you make any discount

24     or adjustment to the purchase price?

25          A.   We did not.
```

Page 200

1          it in a different way --

2               MS. BINA:  I'm not asking --

3               MR. VINE:  She may have received

4          instructions from counsel.

5               MS. BINA:  I'm not asking about her

6          communications with counsel.

7               MR. VINE:  You're asking her why.  And at

8          the direction of counsel, then I don't want

9          her to answer the question.  If it wasn't,

10         then she can answer the question.

11    BY MS. BINA:

12         Q.  ███████████████████████████████

    ████████████████████████████████████████████

    ██████████████████████████████████

15              MR. VINE:  Same objection.

16         A.  Sure. ███████████████████████████

    ███████████████████████████████████████

    ████████████     ████████████████████████████████

    ████████████████████████████

20              MR. VINE:  I don't want you --

21    BY MS. BINA:

22         Q.  Don't testify about communications with your

23    counsel.  If the only way to answer this question is

24    to tell about a direction you received from counsel,

25    you shouldn't answer it.

                                        Page 203

ATTORNEYS EYES ONLY



ATTORNEYS EYES ONLY

```
1                    CERTIFICATE OF OATH

2


3        STATE OF FLORIDA

4        COUNTY OF PALM BEACH

5


6


7                I, Lisa Gerlach, the undersigned Notary

8        Public, in and for the State of Florida, hereby

9        certify that Amanda Gorton personally appeared before

10       me and was duly sworn.

11

12                WITNESS my hand and official seal this

13       29th day of March, 2020.

14

15

16

17                Lisa Gerlach, Court Reporter

18                Commission #GG023652

19                Expires 9/8/2020

20

21

22

23

24

25

                                               Page 212
```

ATTORNEYS EYES ONLY

```
 1                    CERTIFICATE OF REPORTER

 2


 3        STATE OF FLORIDA

 4        COUNTY OF PALM BEACH

 5

 6                I, Lisa Gerlach, Court Reporter, do hereby

 7        certify that I was authorized to and did

 8        stenographically report the foregoing deposition; and

 9        that the transcript is a true and correct

10        transcription of the testimony given by the witness.

11                I further certify that I am not a relative,

12        employee, attorney or counsel of any of the parties,

13        nor am I a relative or employee of any of the parties'

14        attorney or counsel connected with the action, nor am

15        I financially interested in the action.

16                Dated this 29th day of March, 2020.

17

18

19                Lisa Gerlach, Court Reporter

20

21        The foregoing certification of this transcript does

22        not apply to any reproduction of the same by any means

23        unless under the direct control and/or discretion of

24        the certifying reporter.

25
```

Page 213