# EXHIBIT 18

ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

               SOUTHERN DISTRICT OF FLORIDA

2
                   CASE NO. 9:19-cv-81160-RS

3

4    APPLE INC.

5         Plaintiff,

6    vs.

7    CORELLIUM, LLC,

8         Defendant.

     _____/

9

10

11                      Zoom, Virtual Deposition

                        Friday, 9:31 a.m.-3:26 p.m.

12                      March 27, 2020

13             ATTORNEY'S EYES ONLY

14        VIDEOTAPED DEPOSITION OF STEPHEN DYER

15

16        Taken on Behalf of the Plaintiff before

17    Lisa Gerlach, Court Reporter, Notary Public

18    in and for the State of Florida at Large,

19    pursuant to Plaintiff's Notice of Taking

20    Deposition in the above cause.

21

22

23

24

25

                                        Page 1

1          THE VIDEOGRAPHER:  Counsel, can I go off

2      the record a second?  Just one moment.  Stand

3      by.  Going off the record at 11:05 a.m.

4          (Off record.)

5          THE VIDEOGRAPHER:  We are back on the

6      record at 11:07 a.m. and this marks the

7      beginning of media number four in the

8      deposition of Stephen Dyer.

9          You may proceed, Counsel.

10  BY MS. BINA:

11      Q.  Mr. Dyer, I think we had talked about the

12  next step in the process, which was to ask the

13  customer for a date in which the trial period should

14  begin.

15  ████████████████████████████████████████

██    ██  █████████████████████████████████████

██  ██████████████████████████

██    ██  ████████████████████████

██    ██  ███████████████████  █████████████████████████

██  █████████████

██    ██  ████████████████████████████████████████

██  ███████████████

██    ██  ██████

██    ██  ██████

██    ██  ████████████████████████████████████

                                        Page 53

ATTORNEYS' EYES ONLY



22          MR. VINE:   Objection.

23

25     BY MS. BINA:

Page 54



1

23        MR. VINE:  Objection.  If you know.

24

Page 58

ATTORNEYS' EYES ONLY



1    ██████████████████████████████████████████

2    BY MS. BINA:

3        ██ ████████████████████████████████

     ████████████████████████████    ████████

     ██████████████████████████████████████

     ████████████████████████████████████████

     ████████████████

8        MR. VINE:   Objection.

9        ██ ██████████████████████████████████

     ████████████    ████████████████████████

     ████████████████████████████████

12   BY MS. BINA:

13       ██ ██████████████████████████████████

     ██████████████████████████

     ██ ████████████████████████████████████

     ████████████████████

     ██ ██████████████████████████

     ██ ██ ██ ████████████████████████████████

     ██████████████████████████

     ██ ██████████████████████████████

     ████████████████████████████████████████

     ██████████████████████████

     ██ ██ ██████████████████████████████

     ██████████████████

25       Q.   Understood.  At the point that the trial

Page 59



15        MR. VINE:  Objection.

16

Page 85

ATTORNEYS' EYES ONLY



Page 86

ATTORNEYS' EYES ONLY



14          MR. VINE:  Objection.

15

18   BY MS. BINA:

19

Page 87

ATTORNEYS' EYES ONLY



Page 88

ATTORNEYS' EYES ONLY

1



Page 89

ATTORNEYS' EYES ONLY



4          MR. VINE:   Objection.

9     BY MS. BINA:

Page 90

ATTORNEYS' EYES ONLY



```
 1          ████ ████████████████████████████████

            █████████

            ████ ███████████████████████████████████

            ██████████████

            ████ ██████████████████████████

            ████ ███████████████████████████

            █████████████████████████████████████████

            ████████████████████████████████████

            ████ ██████████████████████████████████

            █████████████

            ████ ████ ██████████████████████████████

            █████████████████████████████████ ████████

            █████████████████████████████████████████

            █████████████████████████████████████████

            ████████████████ ███████████████████████████

            █████████████████████████████████████████████

            ██████████████████████████

            ████ ██████████████████████████████

            ████████████████████████

20          MR. VINE:  Objection.

21          ████ ███████████████████████████████

22   BY MS. BINA:

23          ████ ████████████████████████████████████

            █████████

25          MR. VINE:  Objection.
```

Page 91

ATTORNEYS' EYES ONLY



Page  92

ATTORNEYS' EYES ONLY



Page 93

ATTORNEYS' EYES ONLY



Page  94

ATTORNEYS' EYES ONLY



Page 95

ATTORNEYS' EYES ONLY



Page  96

ATTORNEYS' EYES ONLY



1

3          THE REPORTER:   What was that word?

4

Page 97

ATTORNEYS' EYES ONLY



Page  98

ATTORNEYS' EYES ONLY

1   ██████████████████████████████████████

2   ██████████████████████████

3           MR. VINE:  Steve, I don't want you -- I

4       just want to give him an instruction.  I

5       don't want you to make any assumptions or

6       guess.  If you recall, by all means, you have

7       to be honest and provide that testimony.  I

8       don't believe Jessica wants you to speculate

9       or assume anything.  Thanks.

10  BY MS. BINA:

11      Q.  That's true.  I don't want you to speculate

12  or assume, but I'm entitled to your best recollection.

13  If you recall something with even less than perfect

14  certainty, you can testify to what you recall and

15  provide whatever qualifications are necessary to that

16  testimony.

17          Do you understand?

18          MR. VINE:  I couldn't agree with you

19      more, Jessica.  He said the words "I'll

20      assume," which led me to believe he didn't

21      remember and he was just guessing.  If he

22      didn't, by all means, if he has a vague

23      recollection, he can provide what his vague

24      recollection is.

25      ██   ██████████████████████████████████

Page 99

ATTORNEYS' EYES ONLY



```
 1
         MR. VINE:  Objection.
25
                                        Page 100
```

ATTORNEYS' EYES ONLY



ATTORNEYS' EYES ONLY



Page 102

ATTORNEYS' EYES ONLY



```
 1       ████████████████████████
         ██        ████    ████████
         ██        ████    ██████████████████████████████████
 4               MR. VINE:   Objection.
 5               ██ ██████████████████████████████████████████████████
         ██  ██████████████
         ██  ████████████████████
         ██        ████  ██████████████████████████████████████
         ██        ████  ████████████████████████████████████████████
         ████ █████████████████████████████████████████████████
         ████ ██████████████████████████████████████████████████
         ████      ████  ██████████████████████████████████████
13               MR. VINE:   Objection.
14               ██ ██████████████████████████████████████████████
         ████ ████████████████████
         ████ ████████████████████
         ████      ████  ████████  ████████████████████████████████████
         ████ ██████████████████████████████████████████████
         ████ ████████████████
         ████      ████  ██████████████████████████████████████
         ████ ████████████████
         ████      ████  ████████████████████████████████████████
         ████ ████████████  ████████████████████████████████████████
         ████ ████████████████████████
         ████          ██████████████████████████████████
```

Page 103

ATTORNEYS' EYES ONLY



Page 104

ATTORNEYS' EYES ONLY



19          MR. VINE:  Objection.

25          MR. VINE:  Objection.

                                        Page 105

ATTORNEYS' EYES ONLY



```
 1
 2
 3
 4
 5
 6
 7          MR. VINE:  Objection.
 8
 9
10
11
12
13
14
15          MR. VINE:  Objection.  I'm not sure of
16      the relevance either.  I think this might be
17      outside of what the judge has ordered.  Over
18      objection, I'll allow him to answer if he can
19      recall.
20
21
22
23  BY MS. BINA:
24
25
```

Page 106

ATTORNEYS' EYES ONLY

```
 1                    CERTIFICATE OF OATH

 2

 3    STATE OF FLORIDA

 4    COUNTY OF PALM BEACH

 5

 6

 7              I, Lisa Gerlach, the undersigned Notary

 8    Public, in and for the State of Florida, hereby

 9    certify that Stephen Dyer personally appeared before

10    me and was duly sworn.

11

12              WITNESS my hand and official seal this

13    April 1, 2020.

14

15

16

17

18

19

20    Lisa Gerlach, Court Reporter

21    Commission #GG023652

22    Expires 9/8/2020

23

24

25

                                        Page 172
```

ATTORNEYS' EYES ONLY

```
 1                CERTIFICATE OF REPORTER

 2              I, Lisa Gerlach, Court Reporter, do hereby

 3    certify that I was authorized to and did

 4    stenographically report the foregoing deposition; and

 5    that the transcript is a true and correct

 6    transcription of the testimony given by the witness.

 7              I further certify that I am not a relative,

 8    employee, attorney or counsel of any of the parties,

 9    nor am I a relative or employee of any of the parties'

10    attorney or counsel connected with the action, nor am

11    I financially interested in the action.

12              Dated this April 1, 2020

13

14

15

16

17

18

19              Lisa Gerlach, Court Reporter

20

21    The foregoing certification of this transcript does

22    not apply to any reproduction of the same by any means

23    unless under the direct control and/or discretion of

24    the certifying reporter.

25
```

                                        Page 173