# EXHIBIT 20

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

    *Plaintiff*,

v.

CORELLIUM, LLC,

    *Defendant*.

## DEFENDANT'S NOTICE OF SERVING ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES

Defendant Corellium, LLC ("Corellium"), by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure, hereby files this Notice of Serving Answers to Plaintiff, Apple Inc.'s ("Apple"), Second Set of Interrogatories.

Dated: April 2, 2020

Respectfully submitted,

By:   */s/ Justin B. Levine*
Jonathan Vine
Florida Bar No. 10966
jonathan.vine@csklegal.com
Justin Levine
justin.levine@csklegal.com
Florida Bar No. 106463
Lizza Constantine
lizza.constantine@csklegal.com
Florida Bar No. 1002945

COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone: (561) 383-9222
Facsimile: (561) 683-8977

and

PIERCE BAINBRIDGE BECK PRICE &
HECHT LLP
277 Park Avenue, 45th Floor
New York, NY 10172
Telephone (646) 779-5315
Facsimile (646) 968-4125
David Hecht, *Pro hac vice*
E-mail: dhecht@nortonrosefulbright.com
Maxim Price, *Pro hac vice*
E-mail: mprice@piercebainbridge.com
Melody McGowin, *Pro hac vice*
E-mail: mmcgowin@pierbainbridge.com
Wen Wu, *Pro hac vice*
E-mail: wwu@pierbainbridge.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@pierbainbridge.com

*Attorneys for Corellium, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2020, a true and correct copy of the foregoing document has been furnished via email to counsel of record identified below.

      /s/ Justin B. Levine
         Justin B. Levine

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)

elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004


Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*

## DEFENDANT'S ANSWERS TO PLAINTIFF'S
## SECOND SET OF INTERROGATORIES

<mark style="background-color: yellow">XXX</mark> = **Confidential**
<mark style="background-color: red">XXX</mark> = **Attorney's Eyes Only**

**INTERROGATORY NO. 19:** Identify all third-party cloud or storage providers that you use to make the Corellium Apple Product available for use, and on a monthly basis, state the amount of storage used by Corellium for each provider from January 2018 to present.





**INTERROGATORY NO. 20:** Identify and describe any agreement or arrangement between Christopher Wade, Amanda Gorton, or Virtual, and Citrix Systems, Inc., including but not limited to any purchase, license, or buy-backs of technology developed by Christopher Wade.



**INTERROGATORY NO. 21:** Describe in detail the "virtual volume created for the device" and each partition created within the volume (including the simulated NAND, snapshot state, and boot information for the device) as identified in Corellium's response to Apple's Interrogatory No. 2, specifically including descriptions of:

    a)    the purpose and contents of each partition in a virtual volume;

    b)    how the volume and each partition therein is formatted, including an example of the specifications used when "[t]he simulated NAND is formatted to the specifications relayed from the frontend" as described in Corellium's response to Apple's Interrogatory No. 2;

    c)    the source of the data stored within the virtual volume and each partition created therein, including a detailed description of how "[t]he IPSW is . . . stored in the volume" as described in Corellium's response to Apple's Interrogatory No. 2;

    d)    approximate size ranges of virtual volumes and the partitions contained therein for iOS virtual devices supported by the Corellium Apple Product;

- 6 -

   e) the physical locations of the memory devices storing virtual volumes created for virtual devices created with the on-premises and cloud-based versions of the Corellium Apple Product; and

   f) a specific example detailing the size, format, and contents of a virtual volume, and each partition created therein, for a virtual iPhone X running iOS 12.0.

**ANSWER:**



- 7 -



- 8 -



- 8 -



**INTERROGATORY NO. 22:** Identify the total number of Virtual Devices created by every prior and current user of the Corellium Apple Product, including but not limited to every customer, trial customer, former customer, and other person authorized to use the Corellium Apple Product, stating, in summary form, (a) the total number of Virtual Devices created by each user; (b) the total number of Virtual Devices created for each version of iOS; and (c) whether those Virtual Devices created were created using the Cloud version of the Corellium Apple Product or the on-premises version of the Corellium Apple Product.

>**ANSWER:** After a diligent search, the total number of Virtual Devices created by every prior and current user of the Corellium Apple Product, including but not limited to every customer, trial customer, former customer, and other person authorized to use the Corellium Apple Product, is unknown. Corellium does not track the Virtual Devices that are created by its users, and the Corellium software does not track the number of virtual machines created and removed. Virtual machines may include virtual Android, Linux, or Raspberry Pi devices, and may include virtual devices created by Corellium for testing.

- 9 -

## DECLARATION UNDER PENALTY OF PERJURY

I, Amanda Gorton, as the authorized representative and on behalf of Corellium, LLC, declare under penalty of perjury under the laws of the United States of America that the foregoing Answers to Apple, Inc.'s Second Set of Interrogatories are true and correct. Executed on April 1, 2020.

_____
AMANDA GORTON

AS THE AUTHORIZED REPRESENTATIVE
AND ON BEHALF OF CORELLIUM, LLC.