# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

Case No. 9:19-cv-81160-RS

**EXPERT REBUTTAL REPORT OF MICHAEL D. SIEGEL, PH.D**

**APRIL 13, 2020**

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**<u>RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY</u>**

## TABLE OF CONTENTS

I.    INTRODUCTION ...........................................................................................3

     A.   ASSIGNMENT ..................................................................................4

     B.   MATERIALS RELIED UPON............................................................4

II.   SUMMARY OF OPINIONS ........................................................................4

III.  CORELLIUM'S EXPERTS SUPPORT RESPONSIBLE DISCLOSURE,
     ONE OF THE TENETS OF GOOD-FAITH SECURITY RESEARCH,
     WITHOUT ANALYZING ████████████████████████████████████.......................8

IV.  CORELLIUM'S EXPERTS MINIMIZE THE POTENTIAL HARM TO
     APPLE'S USERS, APPLE, AND SOCIETY RESULTING FROM
     CORELLIUM'S BUSINESS PRACTICES, AND THE POTENTIAL FOR
     BAD-FAITH, OFFENSIVE USES OF THE CORELLIUM APPLE
     PRODUCT ....................................................................................................11

        1.  Corellium's Experts Ignore Corellium's Lack of Controls Over The
           Uses Of The Corellium Apple Product And The Corresponding
           Potential That The Product Could Be Used For Bad-Faith, Offensive
           Purposes. ..................................................................................... 12

        2.  Corellium's Experts Fail To Address ████████████████████
           █████████████████████████████████ ............................................................. 17

        3.  Corellium's Experts Do Not Evaluate Whether Corellium and its
           Customers Actually Engage in Responsible Disclosure to Apple. ...................... 21

        4.  Corellium And Their Experts Did Not Consider Corellium's Own
           Actions In Promoting The Corellium Apple Product For Bad-Faith,
           Offensive Purposes ........................................................................ 24

V.   CORELLIUM'S EXPERTS FAIL TO ACKNOWLEDGE THAT THE
     STOCKPILING OF VULNERABILITIES MAY INCREASE RISK OF
     HARM TO APPLE'S CUSTOMERS ........................................................25

VI.  CORELLIUM'S EXPERTS FAIL TO ACKNOWLEDGE APPLE'S
     SUCCESSFUL SECURITY PRACTICES ........................................32

RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY

I.   **INTRODUCTION**

1.   I am a Principal Research Scientist in the Information Technology Group at MIT's Sloan

School of Management. I am currently Director of Cybersecurity at MIT Sloan, a research

consortium focused on management, strategy and organizational issues related to

cybersecurity. I have also been a Senior Lecturer at the Sloan School of Management.

Appendix A provides my Curriculum Vitae, which includes my publications.

2.   I am being compensated at the rate of $850 per hour for the time I incur on this matter. In

preparation of this report, I have been assisted by certain employees of Analysis Group, who

provided me support and assistance under my direction. The positions articulated herein are

my own. My payment is not contingent on my findings or on the outcome of this case.

3.   On March 3, 2020, I submitted an initial report and offered opinions on what constitutes

"good-faith" security research and whether Corellium's business practices ensure good-faith

security research.

<u>**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**</u>

### A. ASSIGNMENT

4.   I have been asked by counsel for Apple Inc. ("Apple") to evaluate the expert reports of Mr. Alexander Stamos,[1] Dr. James Olivier,[2] and Mr. Asay[3] and to opine on the experts' failure to recognize the ████ potential use of the Corellium Apple Product in bad-faith security research and the risk of harm it could cause to Apple's users, Apple, and society.

### B. MATERIALS RELIED UPON

5.   A list of materials I have relied upon for this report are listed in Appendix B. In particular, I was provided with more than 150 documents that were produced by Corellium after I submitted my initial report.

### II.   SUMMARY OF OPINIONS

6.   Based on my expertise, review of Corellium's business practices, review of Corellium's expert reports, and review of the materials described in Appendix B, I have reached the following opinions:

   a.   Corellium's experts voice support in their reports for responsible disclosure to the software vendor. I agree with Mr. Stamos and Dr. Olivier on the importance of

---

[1]   Expert Report and Declaration of Alexander Stamos, *Apple Inc. v. Corellium, LLC,* Case No. 9:19-cv-81160-RS, March 3, 2020 ("Stamos Report").

[2]   Expert Report of James Olivier Ph.D., *Apple Inc. v. Corellium, LLC,* Case No. 9:19-cv-81160-RS, March 3, 2020 ("Olivier Report"); Expert Report/Disclosure of James Olivier Ph.D. RE: Corellium's Bug Submissions to Apple, *Apple Inc. v. Corellium, LLC,* Case No. 9:19-cv-81160-RS, March 2, 2020 ("Olivier Bug Report").

[3]   Expert Report of Clark Asay, *Apple, Inc. v. Corellium, LLC*, Case No. 9:19-cv-81160 RS, March 3, 2020, Attachment C. ("Asay Report"). With respect to Mr. Asay, I do not address any of his legal framework or analysis, but only the factual basis for his description of the Corellium Apple Product as supporting good-faith security research.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

responsible disclosure. As I stated in in my opening report, "responsible disclosure" of vulnerabilities to the impacted software vendor is "a critical requirement for good-faith security research, and security research that does not include this critical requirement cannot be considered good-faith security research."[4]

b. Corellium's experts ignore the importance of ensuring that responsible disclosure of vulnerabilities actually occurs through the use of the Corellium Apple Product. Responsible disclosure, which "ensures that such companies can keep their products safe and operational, which in turn protects the users of those companies' technology" is a key tenant of good-faith security research.[5] █████████████████████████

███████████████████████[6] ████████████████████████████

███████████████████████████████████████████████████████

███████[7] As I opined in my previous report,[8] "[b]ecause Corellium does not require responsible disclosure, and indeed publicly encourages its users *not* to engage in responsible disclosure, the Corellium Apple Product cannot be considered a good-faith security research tool."[9]

c. In addition to not requiring that vulnerabilities discovered by its customers be disclosed responsibly, ████████████████████████████████████

---

[4]   Expert Report of Michael D. Siegel, PH.D., *Apple Inc. v. Corellium, LLC*, Case No. 9:19-cv-81160-RS, March 3, 2020 ("Siegel Report"), ¶ 44.

[5]   Siegel Report, ¶ 47.

[6]   Siegel Report, Section V.B.1.

[7]   Siegel Report, Section V.B.1.

[8]   Siegel Report, Section V.

[9]   Siegel Report, ¶ 58.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**



d.   Corellium's experts also ignore the potential for bad-faith, offensive uses of the Corellium Apple Product. Corellium's experts fail to examine the potential for use of Corellium's Apple Software Product to support "spam, fraud, account takeovers, the use of social media by terrorists, misinformation, child exploitation, harassment, bullying and self-harm" and for "real-world harmful behavior."[12] Furthermore, as discussed in Section IV below, Corellium ███████████████████████████████████████ ███████████████████████████████ If Corellium and their experts are accurate in assessing the effectiveness of the Corellium Apple Product in identifying vulnerabilities and exploits in iOS, it is my opinion that it would be very dangerous for Apple's users, Apple, and society if Corellium were to provide these tools to researchers who may use them for bad-faith, offensive purposes.

e.   Corellium's experts contend that the Corellium Apple Product is an important and beneficial tool for society. But they do so without considering whether customers will use

---

[10] ████████████████████████," October 3, 2018, Corellium-008023.

[11] Deposition of Amanda Gorton, *Apple Inc. v. Corellium, LLC*, 9:19-cv-81160-RS, United States District Court, Southern District of Florida, March 25, 2020 ("Gorton Deposition"), pp. 143:10-144:1; ██████████ October 13, 2017, Corellium-007327; ████████████████ ███████████" July 20, 2017, Corellium-007329.

[12] Instructors: Stamos, A. (PI), "CS 152: Trust and Safety Engineering," *Stanford Bulletin ExploreCourses*, available at https://explorecourses.stanford.edu/search?view=catalog&filter-coursestatus-Active=on&page=0&catalog=&academicYear=&q=stamos&collapse=.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

the tool solely for good-faith security research, or whether the Corellium Apple Product may negatively affect Apple's users, Apple and society if used for bad-faith, offensive purposes. ███████████████████████████████████████

████████████████████. For example, Mr. Asay's report, which Mr. Olivier relies on for his understanding of the relevant legal framework, states that Corellium provides "society with vital tools for researching and testing security risks relating to Apple's products."[13] This statement ignores the ways that the Corellium Apple Product could be used for bad-faith, offensive purposes. As I summarize below and in my prior report, I have not seen evidence that "Corellium limits the sale of the Corellium Apple Product to only those engaged in good-faith security research" or that "Corellium places meaningful restrictions on how the product is used."[14]

f.  Corellium's experts fail to consider the way that the Corellium Apple Product provides a tool that increases the likelihood that black-hat and grey-hat researchers will add vulnerabilities to their offensive stockpiles. Offensive stockpiles increase risk to Apple's users, Apple, and society, and increasing such stockpiles increases that risk. Researchers' use of a common tool such as the Corellium Apple Product can increase rediscovery rates. Higher rediscovery rates of vulnerabilities place pressure on bad actors to use the vulnerabilities in their stockpiles before others rediscover the vulnerabilities and either use them or patch them. Additionally, as has occurred in the past, stockpiles of

---

[13]  Asay Report, ¶ 7.

[14]  Siegel Report, ¶ 61.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

vulnerabilities collected by researchers but never reported to Apple can be exposed, causing significant harm.

g.  Corellium's experts suggest that Apple's closed approach to its product is a security risk, without providing evidence to support this. Apple's products are known in the industry as being secure and resistant to malware, even compared to mobile phone operating systems with an open approach such as Android (Apple iOS and Android make up the vast majority of mobile operating systems). Mr. Stamos and Dr. Olivier provide no evidence that they have superior knowledge over Apple's executive team and security researchers, such that they should make these conclusions for Apple users, Apple, and society.

h.  Corellium's experts Mr. Stamos and Dr. Olivier claim that Corellium is benefitting Apple's users, Apple, and society by providing a more open platform for security researchers. However, those in industry—including ██████████████—acknowledge that Apple users, Apple, and society have benefited greatly from ████ products and security decisions made by Apple.  Corellium's experts fail to consider Corellium's actual evidence or acknowledge the severe risk that use of the Corellium Apple Product by bad actors poses.

## III.   CORELLIUM'S EXPERTS SUPPORT RESPONSIBLE DISCLOSURE, ONE OF THE TENETS OF GOOD-FAITH SECURITY RESEARCH, WITHOUT ANALYZING ████████████████████████████

7.   In my original report, I described "good-faith security research" as security research that must satisfy at least the following criteria:

a.  "The research is done solely for the purpose of testing, investigating, and/or correcting a security flaw or vulnerability.

8

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

    b.  The research is carried out in an environment designed to avoid any harm to individuals or the public.

    c.  The information derived from the research is not used or maintained in a manner that facilitates illegal activity.

    d.  The information derived from the research is properly and responsibly disclosed to the vendor of the product that contains the software flaw or vulnerability."[15]

8.    Additionally, in my prior report, I explained that "responsible disclosure" of vulnerabilities to the impacted software vendor is "a critical requirement for good-faith security research, and security research that does not include this critical requirement cannot be considered good-faith security research."[16] Responsible disclosure is an important facet of any security research program. (I discuss this distinction and the merits of Apple's approach to security in detail in Section VI.)

9.    Mr. Stamos and Dr. Olivier echo the importance of responsible disclosure, which is a key tenet of good-faith security research. Mr. Stamos voices support for "responsible disclosure," stating that the alternative, where details of vulnerabilities are immediately announced to the world, leads to "chaos for security teams and vendors alike."[17] Dr. Olivier contends that the identification and direct reporting of bugs to the affected vendor benefits society.[18]

10.    Mr. Stamos's report claims that the role of the Corellium Apple Product in the security industry is one of great importance and provides "downstream benefits to Apple's users

---

[15]  Siegel Report, ¶ 43.

[16]  Siegel Report, ¶ 44.

[17]  Stamos Report, ¶ 17.

[18]  *See, e.g.,* Olivier Report, ¶ 76.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

globally."[19] Similarly, Dr. Olivier's report praises how "Corellium's identification of these bugs and reporting of them to Apple benefits society."[20]

11. I agree with Mr. Stamos and Dr. Olivier on the importance of responsible disclosure. However, both experts fail to acknowledge ████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████

12. To the contrary, Azimuth, ████████████████████, has admitted publicly that it has *never* reported a bug found using Corellium's product back to Apple.[24] ████████

████████████████████████████████████████████████

████████████████████████████████████████████████ [25]

[19] Stamos Report, ¶ 11.

[20] Olivier Report, ¶ 76.

[21] Siegel Report, Section V.B.1.

[22] *See, e.g.,* Gorton Deposition, pp. 130:7-16; "████████████████████████ 29 May, 2019, ████████████████ March 7, 2019, Corellium-004667; "████████████████," May 29, 2019, Corellium-004639; ████████████████████," February 25, 2019, Corellium-005829.

[23] "████████████████," Corellium-004772.

[24] Lorenzo Franceschi-Bicchierai, "iPhone Emulation Company Sued by Apple Says It's Making iPhones Safer," *Motherboard Tech by Vice*, October 29, 2019, available at https://www.vice.com/en_us/article/8xw7gx/iphoneemulation-company-sued-by-apple-says-its-making-iphones-safer.

[25] Gorton Deposition, p. 140:5-24.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

13. 

14. ███████████████████████████████████████

████████████████████████████████████

████████████████████████████████. Without this acknowledgement, these

experts cannot be sure that the Corellium Apple Product will not be used to harm Apple's

users, Apple, and society.


## IV.   CORELLIUM'S EXPERTS MINIMIZE THE POTENTIAL HARM TO APPLE'S USERS, APPLE, AND SOCIETY RESULTING FROM CORELLIUM'S BUSINESS PRACTICES, AND THE POTENTIAL FOR BAD-FAITH, OFFENSIVE USES OF THE CORELLIUM APPLE PRODUCT

15.   Corellium's experts describe the Corellium Apple Product as a purely beneficial tool for

security research of Apple's iOS. Mr. Stamos concludes that "Corellium represents one of

the few options available for *responsible* research into Apple's critical operating mobile

---

[26]   DEFENDANT'S NOTICE OF SERVING FOURTH AMENDED ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, *Apple Inc. v. Corellium, LLC*, Case 9:19-cv-81160, March 9, 2020, No. 7; "████████████ ███████████████████████" October 13, 2017, Corellium-007327; "█████████████████████████," July 20, 2017, Corellium-007329; "███████████████████████████████," October 3, 2018, Corellium-008024.

[27]   "██████████████████████ October 3, 2018, Corellium-008023; ████████████████████ ████████" October 3, 2018, Corellium-008024.

[28]   Gorton Deposition, pp. 143:10-144:1.

operating system [sic], iOS, and is an important part of the security ecosystem around Apple's iOS devices [emphasis added]."[29] Similarly, Dr. Olivier praises Corellium for "developing, testing, analyzing and researching iOS software. [Corellium] removes many of the drawbacks that security researchers have described when researching iOS security vulnerabilities."[30] Furthermore, Mr. Asay describes the purpose of the Corellium Apple Product as "enabling high-powered research of security vulnerabilities in the technologies that hundreds of millions of people use on a daily basis" and "providing society with significant benefits that it would not otherwise enjoy."[31]

16.    I disagree with their characterization and analysis of the Corellium Apple Product, as these experts do not assess the potential for the Corellium Apple Product to be used for bad-faith, offensive purposes. Nor do they consider whether Corellium's actual business practices are consistent with the tenets of good-faith security research they purport to champion. Since these experts did not consider these critical issues, their characterization of the Corellium Apple Product is incomplete and incorrect.

   1.    *Corellium's Experts Ignore Corellium's Lack of Controls Over The Uses Of The Corellium Apple Product And The Corresponding Potential That The Product Could Be Used For Bad-Faith, Offensive Purposes.*

17.    As I mention in my first report, the security research industry has many players,[32] and there exists a wide range of reasons why security researchers and entities engage in security

---

[29]   Stamos Report, ¶ 11.

[30]   Olivier Report, ¶ 67.

[31]   Asay Report, ¶ 17.

[32]   Siegel Report, Section III.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

research. Broadly, some players are looking to improve the security of software and the public (white-hat researchers); some players are interested in using vulnerabilities and exploits to do harm through cyberattacks (black-hat researchers); and some players are somewhere in between, typically focused on how they can personally benefit from their vulnerability discoveries (grey-hat researchers).[33] It is these latter two types of researchers who may use the Corellium Apple Product for bad-faith, offensive purposes.

18.   Mr. Stamos briefly acknowledges the *possibility* that security tools, in general, can be used for bad-faith, offensive purposes, stating "[i]t is certainly possible for any security tool to be misused to find flaws that are sold to oppressive regimes for profit instead of reported to the vendor."[34] However, this example—of sale and use by "oppressive regimes"—is the *only* example Mr. Stamos provides. He fails to acknowledge the full scope of bad-faith, offensive purposes that may be possible with a security tool.

19.   This is particularly surprising considering that Mr. Stamos teaches a course at Stanford University on how technology could be and has been abused. He notes in the course description how "consumer internet services are abused to cause real human harm" which might include "spam, fraud, account takeovers, the use of social media by terrorists, misinformation, child exploitation, harassment, bullying and self-harm. […] This class will cover real-world harmful behavior and expose students to potentially upsetting material."[35]

---

[33]   Siegel Report, ¶ 34.

[34]   Stamos Report, ¶ 30.

[35]   Instructors: Stamos, A. (PI), "CS 152: Trust and Safety Engineering," *Stanford Bulletin ExploreCourses*, available at https://explorecourses.stanford.edu/search?view=catalog&filter-coursestatus-Active=on&page=0&catalog=&academicYear=&q=stamos&collapse=.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Mr. Stamos clearly understands the harm that can be done by security researchers acting in bad faith. And yet in his report he fails to even mention that customers may use the Corellium Apple Product for "real-world harmful behavior."[36]

20.   This is a significant omission, because ██████████████████ Corellium does not impose sufficient controls to limit the use of the Corellium Apple Product to good-faith security researchers. ████████████████████████████████ ██████████████████████████████████████ ████████████████████ .[37]

21.   ████████████████████████████████ ████████████████████████████████ ██████████████████████████████████████ ██████████████████████████████ ██████████████████████████████ ██████████████████████████████ ██████████████████████████████████████ ██████████████████████████ .[38] ████████

---

[36]   Instructors: Stamos, A. (PI), "CS 152: Trust and Safety Engineering," *Stanford Bulletin ExploreCourses*, available at https://explorecourses.stanford.edu/search?view=catalog&filter-coursestatus-Active=on&page=0&catalog=&academicYear=&q=stamos&collapse=.

[37]   Siegel Report, Section V.B.2.

[38]   Gorton Deposition, pp. 116:7-117:19.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**



22.     Similarly, Corellium's Vice President of Sales Steve Dyer testified ███████████

23.

Mr. Dyer testified that

---

39  ████████████████████████████████████████████████████████████████████ Gorton Deposition,
p. 117:7-12.

40  Deposition of Stephen Dyer, *Apple Inc. v. Corellium, LLC*, 9:19-cv-81160-RS, United States District Court,
Southern District of Florida, March 27, 2020 ("Dyer Deposition"), pp. 35:24-40:14.

41  Dyer Deposition, pp. 43:21-44:23.

42  Dyer Deposition, pp. 22:10-23:7, 48:5-17.

43  Dyer Deposition, pp. 51:17-52:12.

**<u>RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY</u>**

24. 

26.   Overall, Corellium's experts failed to recognize that the Corellium Apple Product has the

potential to be used for bad-faith, offensive purposes and therefore not used for good-faith

security research.

---

[44]   Deposition of David Wang, *Apple Inc. v. Corellium, LLC*, 9:19-cv-81160-RS, United States District Court, Southern District of Florida, April 9, 2020, ("Wang Deposition"), pp. 117:11-17. Transcript is based on the April 9, 2020 rough draft as a final transcript was not available as of April 13, 2020.

[45]   DEFENDANT'S NOTICE OF SERVING FOURTH AMENDED ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, *Apple Inc. v. Corellium, LLC*, Case 9:19-cv-81160, March 9, 2020, No. 9.

[46]   Gorton Deposition, p. 98:13-18.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

2. *Corellium's Experts Fail To Address Corellium's* 

27.     Mr. Stamos, Dr. Olivier, and Mr. Asay also fail to consider whether the Corellium Apple Product specifically could be used or has been used for bad-faith, offensive purposes, and what the outcomes of that might be. In Mr. Asay's report, which Mr. Olivier relies upon for his understanding of the relevant legal framework, Mr. Asay states that Corellium provides "society with vital tools for researching and testing security risks relating to Apple's products."[47] This statement, once again, ignores the possibility that the Corellium Apple Product could be used for bad-faith, offensive purposes.

28.     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

29.     Mr. Stamos's report cites NSO Group as an example of "mercenaries" who engage in bad-faith research, whom Corellium and its customers need to defend against.[48] ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮.[49] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to an organization their own expert described as having

---

[47]     Asay Report, ¶ 7.

[48]     Stamos Report, ¶¶ 29, 34.

[49]     "▮▮▮▮▮▮▮▮▮▮▮▮▮▮," March 26, 2019, Corellium-014152.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

"been implicated in attacks against hundreds of members of civil society."[50] Mr. Stamos also raised concern about the use of iOS exploits by the NSO Group and their sale of software to the Kingdom of Saudi Arabia.[51]  The NSO Group has also been reported to have sold malware to Saudi Arabia, and this malware was allegedly used in the murder of journalist Jamal Khashoggi.[52]



30.

_____

[50]  Stamos Report, ¶ 29.

[51]   Stamos Report, ¶ 29.

[52]  Stamos Report, ¶ 29.

[53]  Gorton Deposition, pp. 163:8-22.

[54]  "Lord Of The Flies: An Open-Source Investigation into Saud Al-Qahtani," *bellingcat*, available at https://www.bellingcat.com/wp-content/uploads/2019/06/Lord-of-the-Flies_Redacted_6-25-19.pdf.

[55]  Gorton Deposition, pp. 163:8-164:13.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**



31.

32.

---

56  Jenna McLaughlin, "Spies for Hire," *The Intercept*, October 24, 2016, available at
https://theintercept.com/2016/10/24/darkmatter-united-arab-emirates-spies-for-hire/; Sam Biddle, Matthew
Cole, "Team of American Hackers and Emirati Spies Discussed Attacking the Intercept," *The Intercept*, June
12, 2019, available at https://theintercept.com/2019/06/12/darkmatter-uae-hack-intercept/; Christopher Bing,
Joel Scectman, "Special Report: Inside the UAE's secret hacking team of U.S. mercenaries," *Reuters,* January
30, 2019, available at https://www.reuters.com/article/us-usa-spying-raven-specialreport/special-report-inside-
the-uaes-secret-hacking-team-of-u-s-mercenaries-idUSKCN1PO19O.

57  DEFENDANT'S NOTICE OF SERVING FOURTH AMENDED ANSWERS TO PLAINTIFF'S FIRST SET
OF INTERROGATORIES, *Apple Inc. v. Corellium, LLC,* Case 9:19-cv-81160, March 9, 2020, p. 39.

58  Gorton Deposition, pp. 122:25-123:21.

59  "███████████████████████████████," October 2019, Corellium-007170.000001;
"███████████████████████████," January 2019, Corellium-011344.000001.

60  "███████████████████," 2019, Corellium-013602.000001.

61  "███████████████████," 2019, Corellium-013602; "Training," ███████, available at
https://www.randorisec.fr/categories/training/.

62  "MobileHackingCheatSheet," *Github*, available at https://github.com/randorisec/MobileHackingCheatSheet.

**<span style="color:red;">RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY</span>**



33.   ████████████████████████████████████████[63]██████████
      ██████████ Azimuth Security, who, as noted above, is known to help provide tools
      and exploits to governments.[64] ██████████████████████████████

34.   ██████████████████████████████████████████████████████████[66]██████████
      ████████████████████████████████████████████████████████████
      ████████████████████████████████████████████████████████████
      ██,"████████████████████████████████████████████████████████
      ████████████████████████████████████████████████████t.[68]
      ████████████████████████████████████████████
      ████████████████████████████████████████████
      ████████████████████████████████████████████

---

[63] ████████████████████████████████ September 9, 2019, Correllium-004778.000002.

[64] Joseph Cox, Lorenzo Frenceschi-Bicchierai, "How a Tiny Startup Became The Most Important Hacking Shop
You've Never Heard Of," *Motherboard Tech by Vice*, February 7, 2018,
https://www.vice.com/en_us/article/8xdayg/iphone-zero-days-inside-azimuth-security.

[65] Order Granting in Part and Denying in Part Non-party L3 Harris Technology, Inc.'s Motion to Quash, *Apple
Inc. v. Corellium, LLC*, Case No. 9:19-cv-81160-RS, March 17, 2020, p. 4.

[66] DEFENDANT'S NOTICE OF SERVING FOURTH AMENDED ANSWERS TO PLAINTIFF'S FIRST SET
OF INTERROGATORIES, *Apple Inc. v. Corellium*, LLC, Case 9:19-cv-81160, March 9, 2020, p. 39.

[67] ████████████████████████," September 2, 2019, Corellium-026362.

[68] Gorton Deposition, pp. 162:18-163:3.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

████████████████████████████████████████████████████████

████████████████████████████.[69]

35.    Corellium's experts never disclose or discuss who Corellium's customers and users are. Corellium's sales process allows security researchers to use the Corellium Apple Product for bad-faith, offensive purposes, which may cause harm to Apple's users, Apple, and society.

    *3.   Corellium's Experts Do Not Evaluate Whether Corellium and its Customers Actually Engage in Responsible Disclosure to Apple.*

36.    In addition to ignoring the actual and potential uses of the Corellium Apple Product, Corellium's experts discount the need for responsible disclosure to Apple. As discussed in my previous report, responsible disclosure to the software vendor, which ensures that "companies can keep their products safe and operational, which in turn protects the users of those companies' technology" is a key tenant of good-faith security research.[70] ████████

████████████████████████████████████████████████████████

████████████████████████.[71] For example, Azimuth Security has admitted publicly that it has *never* reported a bug found using the Corellium Apple Product back to

---

[69]   Dyer Deposition, pp. 43:21-46:13.

[70]   Siegel Report, ¶ 47.

[71]   Siegel Report, Section V.B.1; Gorton Deposition at 128:7-130:16.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Apple.[72] This is concerning because a lack of responsible disclosure of vulnerabilities increases the probability of harm to both a company and its users.[73]

37. Mr. Stamos contends that because "large, well-funded adversaries with financial or political motivations" can afford to build tools equivalent to the Corellium Apple Product, Corellium should be embraced by Apple.[74] Mr. Stamos also argues that these adversaries will use their hypothetical "unauthorized iOS emulation frameworks" to find vulnerabilities in Apple's software, and so Apple (apparently through Corellium's customers) should be using the Corellium Apple Product essentially as a tool of defense.[75] Mr. Stamos goes on to say that "there is no upside to Apple or its users to eliminating the ability of Azimuth and other Western research groups to perform vulnerability research. Ceding the field to intelligence services of the Russian Federation and People's Republic of China, as well as mercenaries such as NSO Group, only guarantees that any vulnerabilities they find first will be used offensively instead of being reported to Apple."[76]

38. However, this is a flawed and incomplete argument from Mr. Stamos because he has failed to do any due diligence into whether the Corellium Apple Product is being used for good-faith security research. As I opined in my previous report,[77] "[b]ecause Corellium does not

---

[72] Lorenzo Franceschi-Bicchierai, "iPhone Emulation Company Sued by Apple Says It's Making iPhones Safer," *Motherboard Tech by Vice*, October 29, 2019, available at https://www.vice.com/en_us/article/8xw7gx/iphoneemulation-company-sued-by-apple-says-its-making-iphones-safer.

[73] Siegel Report, ¶ 47.

[74] Stamos Report, ¶ 31.

[75] Stamos Report, ¶ 31.

[76] Stamos Report, ¶ 34.

[77] Siegel Report, Section V.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

require responsible disclosure, and indeed publicly encourages its users *not* to engage in responsible disclosure, the Corellium Apple Product cannot be considered a good-faith security research tool."[78] If the Corellium Apple Product is being used by entities that engage in offensive stockpiling, including those who are adverse to or in tension with the interests of the United States—███████████████████████████—then any contention that Corellium only supports good-faith defensive research is belied by Corellium's willingness to sell to bad-faith, offensive actors, ███████████████████ ████ Mr. Stamos himself provides as an example of a mercenary.[79]

39.     In addition, though Mr. Stamos recognizes that security researchers with interests adverse to those of the United States may be building tools similar to the Corellium Apple Product for offensive uses, he only briefly acknowledges that the Corellium Apple Product can and is being used by players in the offensive market, ██████████████████████ ████████. Corellium does not eliminate researchers' ability to use the Corellium Apple Product for offensive purposes.  Nor does Corellium ensure that Corellium's customers responsibly disclose vulnerabilities back to Apple.  There is no evidence that Corellium's customers actually disclose any vulnerabilities to Apple.  Corellium's experts failed to consider this evidence.

---

[78]   Siegel Report, ¶ 58.

[79]   Stamos Report, ¶¶ 29, 34.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

> *4. Corellium And Their Experts Did Not Consider Corellium's Own Actions In Promoting The Corellium Apple Product For Bad-Faith, Offensive Purposes*

40.   Corellium's experts further ignore how Corellium's own business practices negatively affect the security community. As I described in my previous report, Corellium openly advocates for uses of its product that are inconsistent with good-faith security research.[80] Specifically, Corellium's founder Chris Wade has explicitly encouraged participation in the offensive market, the place where black-hat and grey-hat researchers sell vulnerabilities and exploits to parties interested in looking for exploits to use in an attack or for building their offensive stockpile.[81] When appearing on a podcast, for example, Wade suggested that, if anyone is able to develop a particular type of exploit of iOS 12, "they might want to keep it to themselves, because it will be worth a lot of money to a lot of people."[82] In January 2019, Wade openly encouraged non-disclosure of vulnerabilities in favor of monetization on Twitter. At that time, Zerodium, a company that pays bounties for "premium zero-day exploits," tweeted: "We are increasing our bounties for almost every product. We're now paying $2,000,000 for remote iOS jailbreaks, $1,000,000 for WhatsApp/iMessage/SMS/MMS RCEs, and $500,000 for Chrome RCEs."[83] In response, Chris Wade tweeted "If you're doing vulnerability research and haven't tried [Corellium] now is a great time."[84] ███████████████████████████████

---

[80]   Siegel Report, Section V.B.3.

[81]   Siegel Report, ¶ 36.

[82]   "Risky Business feature: iOS exploits just got a lot more expensive," *Risky.Biz*, September 21, 2018, available at https://risky.biz/RB514_feature/, 13:45 - 13:55.

[83]   Twitter, "@cmwdotme Tweet", January 7, available at https://twitter.com/cmwdotme/status/1082293278840508416, Corellium-015318.

[84]   Twitter, "@cmwdotme Tweet", January 7, available at https://twitter.com/cmwdotme/status/1082293278840508416, Corellium-015318.

<u>**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**</u>

41.     Overall, Corellium's experts contend that the Corellium Apple Product is an important and

beneficial tool for society without fully considering whether customers will use the tool

solely for good-faith security research, or considering whether the Corellium Apple Product

may be used to harm Apple's users, Apple, and society, or considering materials such as

█████████████████████████. As I summarized above and in

my prior report, the available evidence does not support Corellium's claims that that

"Corellium limits the sale of the Corellium Apple Product to only those engaged in good-

faith security research" or that "Corellium places meaningful restrictions on how the product

is used." If Corellium accurately represents the technical capabilities of its product in terms

of its ability to uncover vulnerabilities, it is my opinion that it would be very dangerous for

Apple's users, Apple, and society if Corellium were to continue to provide these tools

indiscriminately to researchers who may use them for bad-faith, offensive purposes.

**V.      CORELLIUM'S EXPERTS FAIL TO ACKNOWLEDGE THAT THE
STOCKPILING OF VULNERABILITIES MAY INCREASE RISK OF HARM TO
APPLE'S CUSTOMERS**

42.     Corellium's experts also wholly fail to address the risk of harm that may come to Apple's

users, Apple and society from Corellium's customers' stockpiling of vulnerabilities. Indeed,

nowhere in the reports of Mr. Stamos and Dr. Olivier do they even consider how the

Corellium Apple Product may aid stockpiling of vulnerabilities, or how such stockpiling can

lead to harmful outcomes.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

43.     Because the Corellium Apple Product is provided without restriction or responsible disclosure requirement to a wide range of actors, the tool can be used for security researchers to augment vulnerability stockpiles. Indeed, Corellium's customers admit to stockpiling or storing these vulnerabilities for later sale or use without disclosing the vulnerability back to the software or hardware manufacturer.

44.     As discussed in my prior report, stockpiling can lead to harmful outcomes. Offensive stockpiling of vulnerabilities occurs when a security researcher saves vulnerabilities for later offensive use "against an unsuspecting party."[85] Stockpiling by *any* security researcher, (such as when done by grey-hat researchers) can lead to harm. This occurs because of the dynamics surrounding rediscovery in the security industry.

45.     In the security industry, "rediscovery" refers to the possibility that, after a security researcher discovers a vulnerability, "those same software flaws could be discovered by someone else."[86] Rediscovery is a reason why security researchers should not stockpile vulnerabilities, as it is likely they will not remain the only researcher aware of each vulnerability.  Indeed, studies have shown that rediscovery of vulnerabilities is common. For example, in 2017, RAND reported on a study that found that, for a given stockpile of zero-day vulnerabilities, approximately 5.7 percent were discovered and disclosed by others within a year.[87]  Bruce Schneier and Trey Herr completed a study in which they found a

---

[85]   Siegel Report, ¶ 34.

[86]   Trey Herr, Bruce Schneier, and Christopher Morris, "Taking Stock: Estimating Vulnerability Rediscovery," *The Harvard Kennedy School Belfer Center for Science and International Affairs*, Revised October 2017, available at https://www.schneier.com/academic/paperfiles/Vulnerability_Rediscovery.pdf.

[87]   Lillian Ablon, Andy Bogart, "Zero Days, Thousands of Nights: The Life and Times of Zero-Day Vulnerabilities and Their Exploits," *RAND Corporation* (2017), p. 43.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

rediscovery rate of 14 to 17% for vulnerabilities in browser software and 22% for vulnerabilities in Android, indicating a higher rate of rediscovery for the mobile operating system.[88] HackerOne, a bug bounty program aggregator, reported that as of mid-2017 about half of the bugs found through their programs were rediscoveries.[89]

46.   There are various factors that may increase the likelihood of a vulnerability being rediscovered. Rediscovery of vulnerabilities also tends to be more common if researchers are using the same "bug-hunting techniques."[90] When security researchers have access to the same set of security tools, the probability that multiple researchers will discover the same vulnerability increases.[91] The Corellium Apple Product provides precisely this kind of common tool that is accessible to a wide range of security researchers, and thus can increase the risk of rediscovery among bad actors.

47.   Research presented at the 2015 RSA conference describes a model used to examine the role of offensive and defensive players in stockpiling vulnerabilities. One result suggests that using common tools and techniques allows security researchers to more easily "rediscover" vulnerabilities in the stockpile.[92] Thus, for example, multiple users of the Corellium Apple

---

[88]   Riana Pfefferkorn, "Security Risks of Government Hacking," *The Center for Internet and Society*, September 2018, available at https://cyberlaw.stanford.edu/files/publication/files/2018.09.04_Security_Risks_of_Government_Hacking_Whitepaper.pdf.

[89]   "Analysis Of The RANDom Report on Zero-days and Vulnerability Rediscovery," *RiskBased Security*, July 24, 2017, available at https://www.riskbasedsecurity.com/2017/07/24/analysis-of-the-random-report-on-zero-days-and-vulnerability-rediscovery/.

[90]   Lillian Ablon, Andy Bogart, "Zero Days, Thousands of Nights: The Life and Times of Zero-Day Vulnerabilities and Their Exploits," *RAND Corporation* (2017), p. 42.

[91]   Siegel Report, ¶¶ 38, 48.

[92]   Katie Moussouris, Michael Siegel, "The Wolves of Vuln Street: The 1st System Dynamics Model of the 0day Market," *RSAConference* (2015), p. 24.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Product may rediscover the same vulnerabilities; if the first such user does not report the vulnerability to Apple, the second may use it maliciously.

48.    Moreover, the possibility of rediscovery using a common tool puts pressure on offensive players to turn vulnerabilities into exploits or sell them more quickly. This is because these "offensive players […] may be aware that other security researchers have the same tool and understand the increase in likelihood of rediscovery […, so they may] more quickly exploit those vulnerabilities so they can take advantage of the vulnerability before someone else does so."[93]

49.    There is also a risk that a stockpile itself is compromised or hacked. In May 2017 a widespread and damaging ransomware attack known as WannaCry successfully exploited a Windows server vulnerability and impacted over 200,000 people and 10,000 organizations in 150 countries. This vulnerability had been stockpiled at the NSA for some time, when a hacking group breached and leaked the vulnerability publicly. Because the vulnerability was publicly exposed, Microsoft was able to offer a patch; however many computers and servers did not receive the patch before the exploit was used, leaving them vulnerable to attack. If the hacking group had chosen to sell, rather than publicly release the vulnerability, a patch could have been further delayed and the harm may have been even greater.[94]

---

[93]    Siegel Report, ¶ 38; Bruce Schneier, "Disclosing vs. Hoarding Vulnerabilities," *Schneier on Security*, May 22, 2014, available at https://www.schneier.com/blog/archives/2014/05/disclosing_vs_h.html.

[94]    Lily Hay Newman, "Why Governments Won't Let Go of Secret Software Bugs," *Wired,* May 16, 2017, available at https://www.wired.com/2017/05/governments-wont-let-go-secret-software-bugs/; Lily Hay Newman, "The Leaked NSA Spy Tool That Hacked the World," *Wired*, March 7, 2018, available at https://www.wired.com/story/eternalblue-leaked-nsa-spy-tool-hacked-world/.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

50.     Another notable instance of a compromised stockpile is the "Vault 7" leak of 2017. In a series of documents released by WikiLeaks throughout 2017, hundreds of techniques and vulnerabilities held by the CIA were released to the public. At the time, it was considered the largest leak of CIA documents in history,[95] and the release made public at least 91 out of over 500 cybersecurity tools used by the CIA.[96]

51.     For these reasons, stockpiling by *any* security researcher, even one without offensive or malicious intent, prevents vulnerabilities from being patched and increases the pressure for those with offensive stockpiles to exploit vulnerabilities before they are patched or exploited by others. The best way to reduce the risk of harm and combat rediscovery or leaks is through responsible disclosure to the vendor, as once a vulnerability is patched it is no longer an active vulnerability in a researcher's stockpile.

52.     Corellium does not require responsible disclosure of vulnerabilities to the vendor. ██████

██████████████████████████████████████████████████████████████

██████████████. Mr. Stamos and Dr. Olivier ignore these potential negative consequences, despite acknowledging that the Corellium Apple Product can be used to stockpile vulnerabilities. For example, Mr. Stamos noted that the Corellium Apple Product is used by Azimuth Security, a research group that allegedly provides vulnerabilities to foreign governments.[97] However, Azimuth is not required by Corellium to disclose these

---

[95]     Scott Shane, Matthew Rosenberg, Andrew W. Lehren, "WikiLeaks Releases Trove of Alleged C.I.A. Hacking Documents," *New York Times*, March 7, 2017, available at https://www.nytimes.com/2017/03/07/world/europe/wikileaks-cia-hacking.html.

[96]     Trial Transcript, *United States of America v. Joshua Adam Schulte*, United States District Court, Southern District of New York, February 6, 2020, p. 115.

[97]     Stamos Report, ¶ 32.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

vulnerabilities back to Apple, and when a reporter recently asked Azimuth founder Mark Dowd whether Azimuth had ever reported a bug found using Corellium back to Apple, he answered "No."[98] Azimuth's use of the Corellium Apple Product in this fashion will increase the stockpile of vulnerabilities for the agencies with which it works, which, without being coupled with responsible disclosure, increases the risk of harm to Apple and its customers.



53.

---

[98]  Lorenzo Franceschi-Bicchierai, "iPhone Emulation Company Sued by Apple Says Its Making iPhones Safer," *Motherboard Vice*, October 29, 2019, available at https://www.vice.com/en_us/ article/8xw7gx/iphone-emulation-company-sued-by-apple-says-its-making-iphones-safer.

[99]  ▮," September 18, 2018, Corellium-010164.000001.

[100]  "Risky Business feature: iOS exploits just got a lot more expensive," *Risky.Biz*, September 21, 2018, available at https://risky.biz/RB514_feature/, 0:45 - 0:59.

[101]  "▮," October 3, 2018, Corellium-008023; ▮ October 3, 2018, Corellium-008024; "▮," October 13, 2017, Corellium-007327; "▮ July 20, 2017, Corellium-007329; Gorton Deposition, pp. 143:10-144:1.

[102]  Olivier Report, ¶ 69.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

███████████████████████████████████████████████████

███████████████████████████████████████████ ███

54.     The U.S. government itself recognizes that in most instances disclosure of vulnerabilities to

the vendor is in the national interest. The U.S. government has established what is called a

"vulnerability equities process" (VEP) to "[balance] whether to disseminate vulnerability

information to the vendor/supplier in the expectation that it will be patched, or to

temporarily restrict the knowledge of the vulnerability to the [US Government]."[104]

Notably, the official U.S. government policy puts a firm thumb on the scale in favor of

disclosure to the vendor, by "prioritiz[ing] the public's interest in cybersecurity and to

protect core Internet infrastructure, information systems, critical infrastructure systems, and

the U.S. economy *through the disclosure of vulnerabilities* discovered by the USG, absent a

*demonstrable, overriding interest* in the use of the vulnerability for lawful intelligence, law

enforcement, or national security purposes."[105] Indeed, the government acknowledges that

"[i]n the *vast majority of cases,* responsibly disclosing a newly discovered vulnerability is

clearly in the national interest."[106]

---

[103]   *See, e.g.,* Olivier Report, ¶ 67.

[104]   "Vulnerabilities Equities Policy and Process for the United States Government," *WhiteHouse.gov*, November 15, 2017, available at https://www.whitehouse.gov/sites/whitehouse.gov/files/images/External%20-%20Unclassified%20VEP%20Charter%20FINAL.PDF.

[105]   "Vulnerabilities Equities Policy and Process for the United States Government," *WhiteHouse.gov*, November 15, 2017, available at https://www.whitehouse.gov/sites/whitehouse.gov/files/images/External%20-%20Unclassified%20VEP%20Charter%20FINAL.PDF.

[106]   "Vulnerabilities Equities Policy and Process for the United States Government," *WhiteHouse.gov*, November 15, 2017, available at https://www.whitehouse.gov/sites/whitehouse.gov/files/images/External%20-%20Unclassified%20VEP%20Charter%20FINAL.PDF.

<u>**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**</u>

55.     In summary, Corellium's ███████████ does not require or encourage researchers using

the Corellium Apple Product to practice responsible disclosure and turn discovered exploits

over to Apple. Corellium itself has ████████████████████████████ple.[107]

This lack of responsible disclosure increases the likelihood that black-hat and grey-hat

researchers will add vulnerabilities to their offensive stockpiles. These vulnerabilities can

then be rediscovered by other researchers, creating a "race" to see who will use these

exploits more quickly. The likelihood of rediscovery is higher if security researchers are

using a common tool, such as the Corellium Apple Product. Mr. Stamos only passingly

acknowledges that security researchers acting in bad-faith might *also* use the Corellium

Apple Product, thereby discounting the possibility of rediscovery and its potential harms.

By failing to incorporate a critical component—the impact of stockpiling—into their

assessment of the Corellium Apple Product, Mr. Stamos and Dr. Olivier have not considered

the potential harm to Apple's users, Apple and society.

### VI.     CORELLIUM'S EXPERTS FAIL TO ACKNOWLEDGE APPLE'S SUCCESSFUL SECURITY PRACTICES

56.     Mr. Stamos and Dr. Olivier both suggest that because Apple has chosen to take a closed

approach to its code, the Corellium Apple Product is helping to protect the users of Apple

products by providing a way for security researchers to freely develop, test, analyze, and

research iOS software.[108] I disagree. As I discuss below, Apple's products are known in the

---

[107]   DEFENDANT'S NOTICE OF SERVING FOURTH AMENDED ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, *Apple Inc. v. Corellium, LLC*, Case 9:19-cv-81160, March 9, 2020, No. 7; '████████████████ October 13, 2017, Corellium-007327; ████████████████ July 20, 2017, Corellium-007329; ██████████████████ October 3, 2018, Corellium-008024; Gorton Deposition, pp. 143:10-144:1.

[108]   Olivier Report ¶ 67.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

industry as being secure and resistant to malware. The security research community has not come to the consensus that open approaches to security are always better than closed approaches, a fact which is supported by Apple's success. The merits of closed versus open security and software are hotly debated.  Mr. Stamos and Dr. Olivier's choice to ignore the evidence of Apple's success and instead assume that a more open approach to security would be better for Apple and their users is therefore incomplete.

57.   As Mr. Stamos mentions, "since the announcement of the original iPhone in 2007, Apple has utilized its tight control of both the hardware and software."[109] Apple provides its product via a closed system offering, combining hardware and software that Apple develops together. In addition, Apple's software is generally "closed-source" software. This means that "Apple doesn't release its source code to app developers, and the owners of iPhones and iPads can't modify the code on their phones themselves."[110] In contrast, "open-source" software is software made available to anyone who wishes to access it—whether a security researcher or device user, an attacker or a defender.  Apple's closed strategy for its mobile operating system is different from the largest competitor, the Android mobile operating system, which provides open-source code and allows many manufactures to create hardware to run the Android software (i.e., Apple is closed, Android is open).

58.   Dr. Olivier argues that Corellium has provided new ease to security researchers by making Apple's product more open, providing "iOS object code in a way that Apple has chosen not

---

[109] Stamos Report, ¶ 21.

[110] Dan Rafter, "Android vs. iOS: Which is more secure?," *Norton*, available at https://us.norton.com/internetsecurity-mobile-android-vs-ios-which-is-more-secure.html.

RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY

to," and therefore enabling "research and investigation into Apple's iOS."[111] He cites a claim that, "past attacks due to third-party applications which were capable to bypass Apple's code review process as well as attack non-jailbroken devices have demonstrated that Apple's security measures are insufficient to secure its devices."[112] However, Dr. Olivier has failed to recognize the success of Apple in keeping its mobile operating system secure for its users. For example, in regards to the previous quote, Dr. Olivier failed to mention that the same paragraph highlights weaknesses in the open-source Android comparison to Apple iOS: "In the past few years Android has become a major target of malicious applications and therefore most of the studies have focused on detecting malicious applications for Android OS. In case of iOS devices, Apple has designed them in such a way that it does not need antivirus to secure its devices."[113]

59.     Additionally, Dr. Olivier fails to acknowledge that Apple's choice to keep "most of its code under proprietary lock and key" is also in line "with how most companies operate, including big open source contributors like Google or Twitter."[114]  Apple has been actively contributing to open source projects, such as through GitHub, when Apple believes such contribution best fits the needs of Apple's users, Apple, and society.[115]

---

[111]   Olivier Report, ¶ 86.

[112]   "iABC: Towards a hybrid framework for analyzing and classifying behaviour of iOS applications using static and dynamic analysis," *Journal of Information Security and Applications 41* (2018), p. 145.

[113]   "iABC: Towards a hybrid framework for analyzing and classifying behaviour of iOS applications using static and dynamic analysis," *Journal of Information Security and Applications 41* (2018),, p. 145.

[114]   Matt Asay, "Apple is doubling down on open source," *TechRepublic*, November 9, 2016, available at https://www.techrepublic.com/article/apple-is-doubling-down-on-open-source/.

[115]   Matt Asay, "Apple is doubling down on open source," *TechRepublic*, November 9, 2016, available at https://www.techrepublic.com/article/apple-is-doubling-down-on-open-source/.

RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY

60.   Mr. Stamos echoes Dr. Olivier's sentiments and directly criticizes Apple on its choice of a closed approach to security, stating that "their insistence on controlling the narrative around security on their products, which has suppressed the ability for independent researchers to find these flaws and report them responsibly, is ethically questionable and has possibly led to real risks for their users."[116] However, this is contradicted by statements in his own report. For example, Mr. Stamos includes Apple in the list of technology companies that he notes runs an open bug bounty program which "allow[s] any security researcher to report flaws for payment […] consistent with industry standards."[117] Furthermore, Mr. Stamos also highlights Microsoft for their efforts in security, including inviting him (and other ex-hackers) to become contractors to perform security research.[118] Microsoft's Windows software was at the time and remains a closed-source operating system.  It is contradictory that Mr. Stamos would praise Microsoft's efforts when they sound very similar to aspects of Apple's planned invite-only researcher phone program, which he criticizes.

61.   Furthermore, Apple has embraced open source where it judges that it is appropriate for its users and society. Mr. Stamos ignores that Apple has made portions of its code open source. As one engineer at Apple reflected, "[Apple] has tons of code […] —really big ones in fact— […] already out for review. [119] This includes the entire Swift programming language and a related open-source Swift community.[120] Apple is embracing open source in a number

---

[116]   Stamos Report, ¶ 38.

[117]   Stamos Report, ¶¶ 20-21.

[118]   Stamos Report, ¶¶ 18-19.

[119]   Matt Asay, "Apple is doubling down on open source," *TechRepublic*, November 9, 2016, available at https://www.techrepublic.com/article/apple-is-doubling-down-on-open-source/.

[120]   "Swift is Open Source," *Apple Developer*, December 3, 2015, available at https://developer.apple.com/swift/blog/?id=34.

RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY

of ways, and Mr. Stamos provides no evidence to back up his claim that Apple's decisions are wrong.

62.    Additionally, Mr. Stamos himself has criticized the security shortcomings of open operating systems such as Android. Since Google's Android operating system is given away freely to hardware manufacturers to put on their devices, it is on these handset makers, not Google, to release security updates to its users. These updates do not always happen, and as Mr. Stamos said, "there are hundreds of millions of Android devices that will never be patched," with vulnerabilities that are "very easy to attack."[121]

63.    I disagree with the conclusions of Mr. Stamos and Dr. Olivier that Apple's approach to iOS security is insufficient. The debate between open and closed approaches to security in software and hardware is a common and complicated one where many security experts disagree.[122] However, despite the discussion of open and closed systems being controversial, Mr. Stamos and Dr. Olivier's assertion that Apple's strategic choices are causing a lack of safety for their users is inaccurate. As an example, look at the difference in security quality between Apple, with a closed system, and Android, with an open system. Between the two, Apple clearly has many accolades for being more secure.

---

[121]  Rob Price, "Facebook's head of security has a big concern: Android," *Business Insider*, November 2015, available at https://www.businessinsider.com/facebooks-head-of-security-alex-stamos-biggest-concern-is-android-2015-11.

[122]  Maria Korolov, "Open source software security challenges persist," *CSO Online*, April 2, 2018, available at csoonline.com/article/3157377/open-source-software-security-challenges-persist.html.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

64.  Indeed, Apple's iOS operating system has long been considered the most secure mobile operating system.[123] RAND wrote in a 2015 report that Apple's iOS operating system, "has been much more successful at resisting malware than other mobile device operating systems, such as Android."[124] In one survey of mobile malware which identified 100 unique instances of malware used in roughly 500 separate campaigns, researchers were unable to find malware for iOS, reflecting "We looked for iOS malware, but there is none to collect. [...] It's amazing that there's just none out there."[125] Since Apple product users cannot modify the code on their devices themselves, it is much harder for hackers to find vulnerabilities on Apple's iOS.[126]

████████████████████████████████████████████████

████████ [127]

65.  In contrast, Android's operating system is open. It contains an open-source code and "the owners of these devices can tinker with their phone's and tablet's operating systems."[128] Android users can modify their own operating systems, which allows for the potential for

---

[123]  Rae Hodge, "iOS 13 vs. Android 10: Which OS is more secure?," *CNET*, March 2, 2020, available at https://www.cnet.com/news/ios-13-vs-android-10-which-os-is-more-secure/; Paul Roberts, "Accountability – Not Code Quality- Makes iOS Safer Than Android," *threatpost*, April 20, 2012, available at https://threatpost.com/accountability-not-code-quality-makes-ios-safer-android-042012/76463/.

[124]  "The Defender's Dilemma: Charting a Course Toward Cybersecurity," *RAND Corporation* (2015), p. 81.

[125]  Paul Roberts, "Accountability – Not Code Quality- Makes iOS Safer Than Android," *threatpost*, April 20, 2012, available at https://threatpost.com/accountability-not-code-quality-makes-ios-safer-android-042012/76463/.

[126]  Dan Rafter, "Android vs. iOS: Which is more secure?," *Norton*, available at https://us.norton.com/internetsecurity-mobile-android-vs-ios-which-is-more-secure.html.

[127]  Wang Deposition, pp. 32:12-33:22.

[128]  Dan Rafter, "Android vs. iOS: Which is more secure?," *Norton*, available at https://us.norton.com/internetsecurity-mobile-android-vs-ios-which-is-more-secure.html.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

them to create weaknesses in their devices' security. This open nature of the operating

system is partly the reason why Android is more often targeted by hackers.[129] Android had

the most vulnerabilities of any operating system in 2016, 2017, and 2019 (in 2018 the

number one spot was held by Linux, an open source operating system).[130] Fossbyte, a

leading source of technology news,[131] stated that "Android is bound to have vulnerabilities,

given its open-source nature."[132] On the other hand, Apple's "highly patrolled walled garden

has also ensured iPhone users largely stay ahead of malware without having to think about

it."[133]

66.     Mr. Stamos himself has also praised Apple's ability to quickly roll out iOS updates that

patch bugs, tweeting "I'm surprised Apple hasn't shipped some lightweight data patching

options that could almost run continuously. Exactly the kind of thing they can do better than

the Android ecosystem."[134] Despite Mr. Stamos's public praise, his report assumes iOS is

less secure due to its closed nature, though this is what also allows Apple to roll out updates

---

[129]   Dan Rafter, "Android vs. iOS: Which is more secure?," *Norton*, available
        at https://us.norton.com/internetsecurity-mobile-android-vs-ios-which-is-more-secure.html.

[130]   Michael Grothaus, "Android had the most vulnerabilities of any OS in 2019, says report," *FastCompany*, March
        6, 2020, available at https://www.fastcompany.com/90473597/android-had-the-most-vulnerabilities-of-any-os-
        in-2019-says-report; Lee Kelly, "Android was the most vulnerable OS in 2019, but things are
        improving," *PocketNow*, March 8, 2020, available at https://pocketnow.com/android-was-the-most-vulnerable-
        os-in-2019-but-things-are-improving.

[131]   "Fossbytes," *Crunchbase*, available at https://www.crunchbase.com/organization/fossbytes#section-overview.

[132]   Charanjeet Singh, "Android: Most Vulnerable OS Of 2019; Followed By Linux & Windows 10," *Fossbytes*,
        March 9, 2020, available at https://fossbytes.com/android-most-vulnerable-os-2019-followed-by-linux-
        windows-10/.

[133]   Rae Hodge, "iOS 13 vs. Android 10: Which OS is more secure?," *CNET*, March 2, 2020, available
        at https://www.cnet.com/news/ios-13-vs-android-10-which-os-is-more-secure/.

[134]   *See, e.g., Twitter*, "@alexstamos Tweet," March 25, 2019, available
        at https://twitter.com/alexstamos/status/1110281015631581184.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

quickly.[135] In contrast, most Android users are not receiving security and operating system updates and few vendors are providing Google's monthly security updates, leaving users at risk.[136] In their reports, *both* Mr. Stamos and Dr. Olivier have connected the existence of prior attacks on Apple's software with the fact that Apple's software is closed. However, the *existence* of attacks on Apple's software does not prove that its security practices are insufficient. As Mr. Stamos describes, "all software has vulnerabilities" and "Apple should not be blamed for the existence of software flaws."[137] While Mr. Stamos still claims that Apple's lack of open security has "**possibly** led to real risk for their users [emphasis added],"[138] he and Dr. Olivier provide no specific evidence that Apple having open software would be more effective in improving its security, or that its current approach is ineffective.

67.     Overall, Apple has a strong track record of success with its decisions regarding the security of its products. In their expert reports, Mr. Stamos and Dr. Olivier do not acknowledge Apple's success and instead simply put forth an argument that Apple's choices are inferior to those with more open platforms, without providing any evidence of it. Apple's closed system continues to provide superior security, even compared to open mobile phone operating systems such as Android. Mr. Stamos and Dr. Olivier ignore that Apple is clearly

---

[135]  "When it comes to getting updates from the mothership to your palm, Apple still maintains the kind of control over its manufacturing chain, carrier network contracts and underlying code to make it happen quickly and effectively." Rae Hodge, "iOS 13 vs. Android 10: Which OS is more secure?," *CNET*, March 2, 2020, available at https://www.cnet.com/news/ios-13-vs-android-10-which-os-is-more-secure/.

[136]  Mathew J. Schwartz, "7 Facts: 'Vault 7' CIA Hacking Tool Dump by WikiLeaks," *BankInfoSecurity*, March 10, 2017, available at https://www.bankinfosecurity.com/7-facts-vault-7-cia-hacking-tool-dump-by-wikileaks-a-9766.

[137]  Stamos Report, ¶ 38.

[138]  Stamos Report, ¶ 38.

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

doing well in terms of security, and provide no evidence to conclude that Apple users,

Apple and society are more susceptible to harm because of Apple's approach to security.

Michael Siegel
April 13, 2020

40

**<span style="text-decoration: underline">RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY</span>**

# APPENDIX B
# MATERIALS RELIED UPON

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**Prior Expert Reports and Materials**

All documents cited in Appendix B to the Expert Report of Dr. Siegel, March 3, 2020

Expert Report and Declaration of Alexander Stamos, *Apple Inc. v. Corellium, LLC*, Case No. 9:19-cv-81160-RS, March 3, 2020 ("Stamos Report").

Expert Report of Clark Asay, *Apple, Inc. v. Corellium, LLC*, Case No. 9:19-cv-81160 RS, March 3, 2020, Attachment C. ("Asay Report").

Expert Report of James Olivier Ph.D., *Apple Inc. v. Corellium, LLC*, Case No. 9:19-cv-81160-RS, March 3, 2020 ("Olivier Report").

Expert Report of Michael D. Siegel, Ph.D., *Apple Inc. v. Corellium, LLC*, Case No. 9:19-cv-81160-RS, March 3, 2020 ("Siegel Report").

Expert Report/Disclosure of James Olivier Ph.D. RE: Corellium's Bug Submissions to Apple, *Apple Inc. v. Corellium, LLC*, Case No. 9:19-cv-81160-RS, March 2, 2020 ("Olivier Bug Report").


**Other Court Documents**

DEFENDANT'S NOTICE OF SERVING FOURTH AMENDED ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, *Apple Inc. v. Corellium, LLC*, Case 9:19-cv-81160, March 9, 2020.

Deposition of Amanda Gorton, *Apple Inc. v. Corellium, LLC*, 9:19-cv-81160-RS, United States District, Southern District of Florida, March 25, 2020 ("Gorton Deposition").

Deposition of David Wang, *Apple Inc. v. Corellium, LLC*, 9:19-cv-81160-RS, United States District, Southern District of Florida, April 9, 2020 ("Wang Deposition").

Deposition of Stephen Dyer, *Apple Inc. v. Corellium, LLC*, 9:19-cv-81160-RS, United States District, Southern District of Florida, March 27, 2020 ("Dyer Deposition").

Order Granting in Part and Denying in Part Non-party L3 Harris Technology, Inc.'s Motion to Quash, *Apple Inc. v. Corellium, LLC*, Case No. 9:19-cv-81160-RS, March 17, 2020.

Trial Transcript, *United States of America v. Joshua Adam Schulte*, United States District Court, Southern District of New York, February 6, 2020.


**Bates Stamped Documents**

████████████████████████████████████ October 2019, Corellium-007170.000001.

**<span style="color:red">RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY</span>**



         █████████████ January 2019, Corellium-011344.000001.

         █████████████," 2019, Corellium-013602.000001.

         █████████████," October 3, 2018, Corellium-008023.

         █████████████," October 3, 2018, Corellium-008024.

         █████████████," May 29, 2019, Corellium-004639.

         █████████████," February 25, 2019, Corellium-005829.

         █████████████," May 29, 2019, Corellium-04655.

         █████████████," March 7, 2019, Corellium-004667.

         █████████████," September 9, 2019, Corellium-004778.000002.

         "█████████████," Corellium-004772.

         █████████████," September 18, 2018, Corellium-010164.000001.

         █████████████," July 20, 2017, Corellium-007329.

         █████████████," October 13, 2017, Corellium-007327.

         █████████████," March 26, 2019, Corellium-014152.

         █████████████," September 2, 2019, Corellium-026362.

Twitter, "@cmwdotme Tweet", January 7, available at https://twitter.com/cmwdotme/status/1082293278840508416, Corellium-015318.

**Publicly Available Documents**

"Analysis Of The RANDom Report on Zero-days and Vulnerability Rediscovery," *RiskBased Security,* July 24, 2017, available at https://www.riskbasedsecurity.com/2017/07/24/analysis-of-the-random-report-on-zero-days-and-vulnerability-rediscovery/.

Bruce Schneier, "Disclosing vs. Hoarding Vulnerabilities," *Schneier on Security*, May 22, 2014, available at https://www.schneier.com/blog/archives/2014/05/disclosing_vs_h.html.

Charanjeet Singh, "Android: Most Vulnerable OS Of 2019; Followed By Linux & Windows 10," *Fossbytes*, March 9, 2020, available at https://fossbytes.com/android-most-vulnerable-os-2019-followed-by-linux-windows-10/.

<u>**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**</u>

Christopher Bing, Joel Scectman, "Special Report: Inside the UAE's secret hacking team of U.S. mercenaries," *Reuters*, January 30, 2019, available at https://www.reuters.com/article/us-usa-spying-raven-specialreport/special-report-inside-the-uaes-secret-hacking-team-of-u-s-mercenaries-idUSKCN1PO19O.

Dan Rafter, "Android vs. iOS: Which is more secure?," *Norton*, available at https://us.norton.com/internetsecurity-mobile-android-vs-ios-which-is-more-secure.html.

"Define the rules, Rebuild the order," *Blackhat*, available at https://www.blackhat.com/docs/asia-16/materials/arsenal/asia-16-Chen-Janus.pdf.

"Fossbytes," *Crunchbase*, available at https://www.crunchbase.com/organization/fossbytes#section-overview.

"iABC: Towards a hybrid framework for analyzing and classifying behaviour of iOS applications using static and dynamic analysis," *Journal of Information Security and Applications 41* (2018).

Instructors: Stamos, A. (PI), "CS 152: Trust and Safety Engineering," *Stanford Bulletin ExploreCourses*, available at https://explorecourses.stanford.edu/search?view=catalog&filter-coursestatus-Active=on&page=0&catalog=&academicYear=&q=stamos&collapse=.

Jenna McLaughlin, "Spies for Hire," *The Intercept*, October 24, 2016, available at https://theintercept.com/2016/10/24/darkmatter-united-arab-emirates-spies-for-hire/.

Joseph Cox, Lorenzo Frenceschi-Bicchierai, "How a Tiny Startup Became The Most Important Hacking Shop You've Never Heard Of," *Motherboard Tech by Vice*, February 7, 2018, https://www.vice.com/en_us/article/8xdayg/iphone-zero-days-inside-azimuth-security.

Katie Moussouris, Michael Siegel, "The Wolves of Vuln Street: The 1st System Dynamics Model of the 0day Market," *RSAConference* (2015).

Lee Kelly, "Android was the most vulnerable OS in 2019, but things are improving," *PocketNow*, March 8, 2020, available at https://pocketnow.com/android-was-the-most-vulnerable-os-in-2019-but-things-are-improving.

Lillian Ablon, Andy Bogart, "Zero Days, Thousands of Nights: The Life and Times of Zero-Day Vulnerabilities and Their Exploits," *RAND Corporation* (2017).

Lily Hay Newman, "The Leaked NSA Spy Tool That Hacked the World," *Wired,* March 7, 2018, available at https://www.wired.com/story/eternalblue-leaked-nsa-spy-tool-hacked-world/.

Lily Hay Newman, "Why Governments Won't Let Go of Secret Software Bugs," *Wired*, May 16, 2017, available at https://www.wired.com/2017/05/governments-wont-let-go-secret-software-bugs/.

<u>RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY</u>

"Lord Of The Flies: An Open-Source Investigation into Saud Al-Qahtani," *bellingcat*, available at https://www.bellingcat.com/wp-content/uploads/2019/06/Lord-of-the-Flies_Redacted_6-25-19.pdf.

Lorenzo Franceschi-Bicchierai, "iPhone Emulation Company Sued by Apple Says It's Making iPhones Safer," *Motherboard Tech by Vice*, October 29, 2019, available at https://www.vice.com/en_us/article/8xw7gx/iphoneemulation-company-sued-by-apple-says-its-making-iphones-safer.

Maria Korolov, "Open source software security challenges persist," *CSO Online*, April 2, 2018, available at csoonline.com/article/3157377/open-source-software-security-challenges-persist.html.

Mathew J. Schwartz, "7 Facts: 'Vault 7' CIA Hacking Tool Dump by WikiLeaks," *BankInfoSecurity*, March 10, 2017, available at https://www.bankinfosecurity.com/7-facts-vault-7-cia-hacking-tool-dump-by-wikileaks-a-9766.

Matt Asay, "Apple is doubling down on open source," *TechRepublic*, November 9, 2016, available at https://www.techrepublic.com/article/apple-is-doubling-down-on-open-source/.

Michael Grothaus, "Android had the most vulnerabilities of any OS in 2019, says report," *FastCompany*, March 6, 2020, available at https://www.fastcompany.com/90473597/android-had-the-most-vulnerabilities-of-any-os-in-2019-says-report.

"MobileHackingCheatSheet," *Github*, available at https://github.com/randorisec/MobileHackingCheatSheet.

Paul Roberts, "Accountability – Not Code Quality- Makes iOS Safer Than Android," *threatpost*, April 20, 2012, available at https://threatpost.com/accountability-not-code-quality-makes-ios-safer-android-042012/76463/.

"Pwnzen," *Github*, available at https://github.com/pwnzen.

Rae Hodge, "iOS 13 vs. Android 10: Which OS is more secure?," *CNET*, March 2, 2020, available at https://www.cnet.com/news/ios-13-vs-android-10-which-os-is-more-secure/.

Riana Pfefferkorn, "Security Risks of Government Hacking," *The Center for Internet and Society*, September 2018, available at https://cyberlaw.stanford.edu/files/publication/files/2018.09.04_Security_Risks_of_Government_Hacking_Whitepaper.pdf.

"Risky Business feature: iOS exploits just got a lot more expensive," *Risky.Biz*, September 21, 2018, available at https://risky.biz/RB514_feature/, 13:45 - 13:55.

Rob Price, "Facebook's head of security has a big concern: Android," *Business Insider*, November 2015, available at https://www.businessinsider.com/facebooks-head-of-security-alex-stamos-biggest-concern-is-android-2015-11.

B-4

**RED UNDERLINED = CORELLIUM CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Sam Biddle, Matthew Cole, "Team of American Hackers and Emirati Spies Discussed Attacking the Intercept," *The Intercept*, June 12, 2019, available at https://theintercept.com/2019/06/12/darkmatter-uae-hack-intercept/.

Scott Shane, Matthew Rosenberg, Andrew W. Lehren, "WikiLeaks Releases Trove of Alleged C.I.A. Hacking Documents," *New York Times*, March 7, 2017, available at https://www.nytimes.com/2017/03/07/world/europe/wikileaks-cia-hacking.html.

Sen Chen, et. al., "Automated poisoning attacks and defenses in malware detection systems: An adversarial machine learning approach," *ScienceDirect*, November 12, 2017, available at https://lingling-fan.github.io/llfan_files/Computers&Security.pdf.

"Swift is Open Source," *Apple Developer*, December 3, 2015, available at https://developer.apple.com/swift/blog/?id=34.

"The Defender's Dilemma: Charting a Course Toward Cybersecurity," *RAND Corporation* (2015).

"Training," *Randorisec*, available at https://www.randorisec.fr/categories/training/.

Trey Herr, Bruce Schneier, and Christopher Morris, "Taking Stock: Estimating Vulnerability Rediscovery," *The Harvard Kennedy School Belfer Center for Science and International Affairs*, Revised October 2017, available at https://www.schneier.com/academic/paperfiles/Vulnerability_Rediscovery.pdf.

Twitter, "@alexstamos Tweet," March 25, 2019, available at https://twitter.com/alexstamos/status/1110281015631581184.

"Vulnerabilities Equities Policy and Process for the United States Government," *WhiteHouse.gov*, November 15, 2017, available at https://www.whitehouse.gov/sites/whitehouse.gov/files/images/External%20-%20Unclassified%20VEP%20Charter%20FINAL.PDF.