# EXHIBIT 7

**CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **Apple Inc.,** | **§** | |
| | **§** | |
| **Plaintiff,** | **§** | |
| | **§** | |
| **vs.** | **§** | **CA No. 9:19-cv-81160-RS** |
| | **§** | |
| **Corellium, LLC.,** | **§** | |
| | **§** | |
| **Defendant and Counterclaimant** | **§** | |

# EXPERT REPORT OF JAMES OLIVIER Ph.D.

# TABLE OF CONTENTS

1 INTRODUCTION ____ 1
2 SUMMARY OF OPINIONS ____ 1
3 QUALIFICATIONS ____ 2
4 OTHER CASES ____ 7
5 COMPENSATION ____ 7
6 REVIEW AND USE OF DOCUMENTS, DEPOSITIONS, AND OTHER MATERIALS ____ 7
7 LEGAL CONTEXT FOR OPINIONS FORMED ____ 8
8 Overview of Apple and Apple iPhones ____ 9
8.1 The iOS System ____ 10
8.2 Research in iOS Software Testing ____ 13
8.3 Research into Virtualizing ARM Hardware ____ 18
9 The Overview of Corellium System ____ 20
10 Factors for Fair Use ____ 31
10.1 Preamble and First Factor: "The purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes" ____ 32
10.1.1 Corellium's Transformative Use ____ 35
10.1.2 Second Factor: "The nature of the copyrighted work" ____ 38
10.1.3 Third Factor: "The amount and substantiality of the portion used in relation to the copyrighted work as a whole" ____ 39
10.1.4 Fourth Factor: "The effect of the use upon the potential market for or value of the copyrighted work" ____ 39
11 Digital Millennium Copyright Act (DMCA) ____ 40
12 Conclusion ____ 42

## 1 INTRODUCTION

1. I have been retained by counsel for the Defendant Corellium LLC, (hereinafter referred to as "Corellium" or "Defendant") to review the facts relating to a copyright infringement complaint brought against the Defendant by Apple, Inc., (hereinafter referred to collectively as "Apple" or "Plaintiff").

2. I was requested to review Apple's Complaint and related documents and to provide my expert opinions regarding aspects of fair use by Corellium of the alleged copyrighted material and the use of Corellium of Apple's alleged copyrighted material under the DMCA. I was also asked to review certain other materials and to provide my opinions regarding those materials as described later in my report.

3. I expect to be called to provide expert testimony regarding my opinions and any other matters set forth in this report. Documents reviewed and considered are identified throughout my Report and also in **Attachment B**. I understand that I may be asked to further elaborate on these positions and to provide opinions on other issues (such as any additional opinions offered by Apple), and I reserve the right to form and report such additional opinions as permitted by the Court. I may also be asked to provide a technical tutorial at trial to assist the Court or the jury in understanding the technology and the opinions in my report. Further, I may prepare demonstratives reflecting my opinions for use at the trial, technology tutorial, or other hearings.

## 2 SUMMARY OF OPINIONS

4. I am not a lawyer, but in in my opinion, Corellium's use of Apple's publicly available unencrypted iOS object code constitutes fair use for a number of factors described

# About the security content of iOS 13.3.1 and iPadOS 13.3.1

This document describes the security content of iOS 13.3.1 and iPadOS 13.3.1.

## About Apple security updates

For our customers' protection, Apple doesn't disclose, discuss, or confirm security issues until an investigation has occurred and patches or releases are available. Recent releases are listed on the Apple security updates page.

Apple security documents reference vulnerabilities by CVE-ID when possible.

For more information about security, see the Apple Product Security page.

74. At this update page, Apple describes a security flaw in the kernel of iPhones 6s and later, iPad Air 2 and later, iPad mini 4 and later and iPod touch 7 generation. As presented in the graph in the section above entitled "Research in iOS Software Testing", this security flaw affects almost all iPhones users in 3Q 2018. This security flaw allows an application, *e.g.*, an "app" to execute any code it would like with kernel privileges. This discovery of this bug was attributed to Corellium, among others.

**Kernel**

Available for: iPhone 6s and later, iPad Air 2 and later, iPad mini 4 and later, and iPod touch 7th generation

Impact: An application may be able to execute arbitrary code with kernel privileges

Description: A race condition was addressed with improved locking.

CVE-2020-3831: Corellium, Proteas of Qihoo 360 Nirvan Team

75. In a similar manner, Apple has published information about security issues in iOS 13.3 and iPadOS 13.3. In a December 10th, 2019 security update https://support.apple.com/en-us/HT210785, Apple describes a security flaw in an object IOSurfaceAccelerator for iPhone 6s and later, iPad Air 2 and later, iPad mini 4 and later and iPod touch 7 generation. As presented in the graph in the section above entitled "Research in iOS Software Testing", this security flaw affects the vast majority of

iPhones users. This security flaw allows an application, *e.g.*, an "app" to execute any code it would like with kernel privileges. This discovery is attributed to Corellium by Apple.

IOSurfaceAccelerator

Available for: iPhone 6s and later, iPad Air 2 and later, iPad mini 4 and later, and iPod touch 7th generation

Impact: An application may be able to execute arbitrary code with kernel privileges

Description: An information disclosure issue was addressed by removing the vulnerable code.

CVE-2019-8841: Corellium

76. Corellium's identification of these bugs and reporting of them to Apple benefits society as recognized by various security organizations. For example, CERT, the Computer Emergency Response Team, summarized the IOSurfaceAcelleratorth vulnerability: "Apple iOS and iPadOS could allow a local attacker to gain elevated privileges on the system, caused by an information disclosure in the IOSurfaceAccelerator component. An attacker could exploit this vulnerability to execute arbitrary code on the system with kernel privileges" and categorized it with a "High" severity.[43]

[43] https://cert.civis.net/en/index.php?action=alert¶m=CVE-2019-8841

FR | EN

| Vulnerability Name: | CVE-2019-8841 (CCN-172898) |
|---|---|
| Assigned: | 2019-12-10 |
| Published: | 2019-12-10 |
| Updated: | 2019-12-10 |
| Summary: | Apple iOS and iPadOS could allow a local attacker to gain elevated privileges on the system, caused by an information disclosure in the IOSurfaceAccelerator component. An attacker could exploit this vulnerability to execute arbitrary code on the system with kernel privileges. |
| CVSS v3 Severity: | 8.4 High (CCN CVSS v3.1 Vector: CVSS:3.1/AV:L/AC:L/PR:N/UI:N/S:U/C:H/I:H/A:H)<br>7.3 High (CCN Temporal CVSS v3.1 Vector: CVSS:3.1/AV:L/AC:L/PR:N/UI:N/S:U/C:H/I:H/A:H/E:U/RL:O/RC:C)<br>Exploitability Metrics: Attack Vector (AV): Local; Attack Complexity (AC): Low; Privileges Required (PR): None; User Interaction (UI): None<br>Scope: Scope (S): Unchanged<br>Impact Metrics: Confidentiality (C): High; Integrity (I): High; Availibility (A): High |
| CVSS v2 Severity: | 7.2 High (CCN CVSS v2 Vector: AV:L/AC:L/Au:N/C:C/I:C/A:C)<br>Exploitability Metrics: Access Vector (AV): Local; Access Complexity (AC): Low; Athentication (Au): None<br>Impact Metrics: Confidentiality (C): Complete; Integrity (I): Complete; Availibility (A): Complete |
| Vulnerability Consequences: | Gain Privileges |
| References: | Source: MITRE<br>Type: CNA<br>CVE-2019-8841<br>Source: XF |

77. The Office of Information Technology Services of New York State and IBM have also reported information on this security flaw.[44,45]

78. By reporting software issues, as Corellium has done and its platform enables, makes Apple's devices safer for Apple's customers.

### 10.1.1 Corellium's Transformative Use

79. I understand another of the considerations in the analysis of this factor is whether the purpose of the use is transformative. I also understand that a transformative use takes the original copyrighted work and transforms its appearance, purpose, or nature or otherwise adds enough new value that the use no longer qualifies as infringing.

---

[44] https://its.ny.gov/security-advisory/multiple-vulnerabilities-109

[45] https://exchange.xforce.ibmcloud.com/vulnerabilities/172898

excerpts from depositions or other testimony, and diagrams or animations describing the Accused Product, including perhaps a live or taped demonstration.

101. My opinions are based upon the information that I have considered to date. I reserve the right to supplement or amend my opinions as permitted in response to opinions expressed by Apples' experts, any new claims that Apple is permitted to add into this litigation, in light of any additional evidence, testimony, or other information that may be provided to me after the date of this report. In addition, I expect that I may be asked to testify in rebuttal as to issues that may be raised by Apple's fact witnesses and technical experts.

102. I hereby declare under the penalty of perjury under the laws of the United States of America that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true.

103. Executed on March 3rd 2020 in Dallas, Texas.

Dr. James Olivier

Dr. James Olivier