# EXHIBIT 9

FOR THE CASE OF

# Apple vs. Corellium, et al.

TRANSCRIPT OF

# Ivan Krstic

March 19, 2020

**Martell Associates**

PO Box 172718

Tampa, FL 33672

800-636-1136

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA


APPLE INC.,

        Plaintiff,

vs.                                          No. 9:19-cv-81160-RS

CORELLIUM, LLC,

        Defendants.
_____/




                   DEPOSITION OF IVAN KRSTIC

           HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



        Date:           Thursday, March 19, 2020

        Time:           10:05 a.m.

        Location:       All parties via
                        videoconference


        Stenographically reported by:

                        Nina Pavone, CSR
                        License No. CSR-7802




                            *   *   *   *
```

**Provided by Martell Associates 800-636-1136**

1
2
3
4
5
6
7
8
9
10
11   Q. Do you have an understanding of what good
12   faith security research means?
13   A. I have a colloquial understanding, yes.
14   Q. What's your understanding?
15   A. Good faith security research is a term that I
16   think is similar or related to white hat hackers
17   which is something you asked about earlier in that it
18   is security research done specifically with the goal
19   of finding vulnerabilities and then getting them
20   addressed, reported to vendors so that users can be
21   protected.
22
23
24
25

Page 228

```
 1          I, NINA PAVONE, a Certified Shorthand
 2   Reporter, hereby certify that the witness in the
 3   foregoing deposition was by me duly sworn to tell the
 4   truth, the whole truth, and nothing but the truth in
 5   the within-entitled cause;
 6          That said deposition was taken down in
 7   shorthand by me, a disinterested person, at the time
 8   and place therein stated, and was hereafter
 9   transcribed, by computer, into typewriting, under my
10   direction and supervision;
11          That before completion of the deposition
12   review of the transcript ( x) was requested ( ) was
13   not requested.  If requested, any changes made by the
14   deponent (and provided to the reporter) are appended
15   hereto.
16          I further certify that I am not of counsel,
17   nor attorney for any of the parties in the foregoing
18   deposition and caption named, nor in any way
19   interested in the outcome of the cause named in said
20   caption, and that I am not related to any of the
21   parties hereto.
22
23   DATE: March 31, 2020
24                         _____
25                         NINA PAVONE, CSR #7802
```