# EXHIBIT 11

FOR THE CASE OF

# Apple vs. Corellium

TRANSCRIPT OF

# Sebastien Marineau-Mes

April 3, 2020

## Martell Associates

PO Box 172718

Tampa, FL 33672

800-636-1136

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APPLE INC.,

    Plaintiff,

vs.                                  No. 9:19-cv-81160-RS

CORELLIUM, LLC,

    Defendants.

_____/

DEPOSITION OF SEBASTIEN MARINEAU-MES

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Date:         Friday, April 3, 2020

Time          11:44 a.m.

Location:     All parties via videoconference

Stenographically reported by:

    Nina Pavone, CSR
    License No. CSR-7802

\* \* \* \*

```
 1            MR. LEVINE:  I asked if he was aware.
 2    [REDACTED]
 3
 4
 5
 6    BY MR. LEVINE:
 7         Q. What is good faith security research?
 8         A. Good faith security research.  I --
 9            MS. BINA:  I'll just object to the extent
10    this calls for expert testimony.  This witness is a
11    fact witness.
12            You can answer.
13            THE WITNESS:  Let me give you my personal
14    view on it.  I think that the security community and
15    security researchers are really, really important and
16    the way that I believe they should conduct themselves
17    is to put users first, the protection of users'
18    security and privacy first and that, to me, really
19    implies doing research where, when you find
20    vulnerabilities, you give them to the company that
21    can fix those vulnerabilities.
22            You give that company time to fix it.  You
23    give the company time to roll out those fixes so that
24    users can be protected so that in the end it is about
25    protecting users first.
```

1  BY MR. LEVINE:
2      Q. So there's been a common theme about giving
3  the -- giving the security exploits back to the
4  vendor, the company, and so far, the depositions have
5  all seemed to go right to that point very quickly.
6           So are there any ways that there could be
7  good faith security research where the return of the
8  exploit directly to the company does not occur?
9      A. It is hard for -- it is hard for me to
10 imagine because, ultimately, when exploits are found
11 by one researcher they are there for others to find,
12 including bad actors and for others to exploit.  And
13 so if the goal is ultimately to protect our users,
14 which is certainly my goal, you want those exploits
15 to be provided back to the company so that they can
16 be fixed.
17     Q. What if those exploits were provided to an
18 entity like the U.S. government to use for national
19 security?
20     A. Again, my position would be that ultimately
21 we would want those exploits to be sent back to the
22 company who can fix them.
23     Q. What if the exploits were provided to
24 government in connection with national security to do
25 something like prevent a terrorist attack or foil a

1    terrorist plan?  Wouldn't that be putting users
2    first?
3         A. The -- again, I think the balance here is
4    that, ultimately, those exploits are available to
5    other bad actors and other governments.  So
6    ultimately, I think they have to be sent back to the
7    vendor, whoever the vendor is, for the vendor to
8    patch.
9         Q. Okay.  So if using and exploiting a security
10   bug would actually stop a terrorist attack, but
11   patching it might continue to protect the security of
12   that particular terrorist cell, you would still be in
13   favor of patching that so that the terrorist cell was
14   protected?
15            MS. BINA:  Objection.  Improper hypothetical.
16   Argumentative.  Calls for expert testimony.
17   BY MR. LEVINE:
18        Q. You can answer.
19        A. This is a judgment call that government
20   entities have to make.  This is really their
21   prerogative.
22            I think that -- I've been clear, I think,
23   that ultimately, those exploits should be sent back
24   to the vendor to protect other users and those users
25   because we don't know, for example, what other

```
 1      governments or other -- someone might be using it to
 2      siphon off your bank account.  We don't actually
 3      know.
 4          Q. So it should be left up to the governments?
 5          A. I think that we encourage governments to
 6      provide us those vulnerabilities back to us.  That is
 7      their position.
 8          Q. But in this country there's no law that
 9      requires that, correct?
10              MS. BINA:  Objection.  Lacks foundation.
11              THE WITNESS:  I actually am not aware of the
12      law when it comes to this.
13      BY MR. LEVINE:
14          Q. Are you aware of any law that requires it?
15          A. I am not aware of -- I am not aware either
16      way of whether a law requires or prevents it in the
17      cases.
18          Q. Are you familiar with the Apple bug bounty
19      program?
20          A. Yes.
21          Q. Does the Apple bug bounty program have a
22      policy that requires its members to return the bugs
23      that they find directly to Apple?
24          A. Well, the bug bounty program's policy --
25      sorry.  The bug bounty program is about researchers
```

```
 1         I, NINA PAVONE, a Certified Shorthand
 2   Reporter, hereby certify that the witness in the
 3   foregoing deposition was by me duly sworn to tell the
 4   truth, the whole truth, and nothing but the truth in
 5   the within-entitled cause;
 6         That said deposition was taken down in
 7   shorthand by me, a disinterested person, at the time
 8   and place therein stated, and was hereafter
 9   transcribed, by computer, into typewriting, under my
10   direction and supervision;
11         That before completion of the deposition
12   review of the transcript ( x) was requested ( ) was
13   not requested.  If requested, any changes made by the
14   deponent (and provided to the reporter) are appended
15   hereto.
16         I further certify that I am not of counsel,
17   nor attorney for any of the parties in the foregoing
18   deposition and caption named, nor in any way
19   interested in the outcome of the cause named in said
20   caption, and that I am not related to any of the
21   parties hereto.
22
23   DATE:  April 10, 2020
24                                _____
25                                NINA PAVONE, CSR #7802
```

**237**