# EXHIBIT 13

| | |
|---|---|
| **From:** | Maxim Price <mprice@hechtpartners.com> |
| **Sent:** | Tuesday, April 21, 2020 9:29 AM |
| **To:** | Wetzel, Joseph  (Bay Area); Maxim Price; Nightingale Dawson, Elana (DC); Stebbins Bina, Jessica (CC); Damle, Sy (DC); Homer, Carolyn (DC); Gross, Gabriel (Bay Area) |
| **Cc:** | mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Michael.Boehringer@csklegal.com; Lizza.Constantine@csklegal.com; Minyao Wang; ggaukroger@bergersingerman.com; David Hecht; Jonathan.Vine@csklegal.com; Justin.Levine@csklegal.com |
| **Subject:** | Re: Apple Inc. v. Corellium, LLC - Expert Deposition Notices |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

That would be acceptable to Corellium. We'll be on the lookout for an amended notice? Let me know if you'd like to formalize the agreement with respect to the supplemental report extension in a stip or if this email is sufficient.

Best,
-Max

Maxim Price
Partner
Hecht Partners LLP

---

**From:** Joe.Wetzel@lw.com <Joe.Wetzel@lw.com>
**Sent:** Monday, April 20, 2020 11:45 PM
**To:** Maxim Price <mprice@hechtpartners.com>; Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>; Jessica.StebbinsBina@lw.com <Jessica.StebbinsBina@lw.com>; Sy.Damle@lw.com <Sy.Damle@lw.com>; Carolyn.Homer@lw.com <Carolyn.Homer@lw.com>; Gabe.Gross@lw.com <Gabe.Gross@lw.com>
**Cc:** mgoldberg@lashgoldberg.com <mgoldberg@lashgoldberg.com>; epincow@lashgoldberg.com <epincow@lashgoldberg.com>; Michael.Boehringer@csklegal.com <Michael.Boehringer@csklegal.com>; Lizza.Constantine@csklegal.com <Lizza.Constantine@csklegal.com>; Minyao Wang <mwang@hechtpartners.com>; ggaukroger@bergersingerman.com <ggaukroger@bergersingerman.com>; David Hecht <dhecht@hechtpartners.com>; Jonathan.Vine@csklegal.com <Jonathan.Vine@csklegal.com>; Justin.Levine@csklegal.com <Justin.Levine@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Expert Deposition Notices

We can make this work if Corellium will agree to a corresponding one-day extension to serve the Siegel rebuttal report.

---

**From:** Maxim Price <mprice@hechtpartners.com>
**Sent:** Apr 20, 2020 12:51 PM
**To:** "Nightingale Dawson, Elana (DC)" <Elana.NightingaleDawson@lw.com>; "Stebbins Bina, Jessica (CC)" <Jessica.StebbinsBina@lw.com>; "Damle, Sy (DC)" <Sy.Damle@lw.com>; "Homer, Carolyn (DC)" <Carolyn.Homer@lw.com>; "Wetzel, Joseph (Bay Area)" <Joe.Wetzel@lw.com>; "Gross, Gabriel (Bay Area)" <Gabe.Gross@lw.com>

1

**Cc:** mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Michael.Boehringer@csklegal.com; Lizza.Constantine@csklegal.com; Minyao Wang <mwang@hechtpartners.com>; ggaukroger@bergersingerman.com; David Hecht <dhecht@hechtpartners.com>; Jonathan.Vine@csklegal.com; Justin.Levine@csklegal.com
**Subject:** Re: Apple Inc. v. Corellium, LLC - Expert Deposition Notices

Counsel,

Due to a change in Mr. Stamos's schedule, he has requested that his deposition be moved by one day to April 24th. Please let me know if that is acceptable.

Best,
-Maxim Price

---

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Saturday, April 4, 2020 10:08 AM
**To:** Lizza.Constantine@csklegal.com <Lizza.Constantine@csklegal.com>; Justin.Levine@csklegal.com <Justin.Levine@csklegal.com>; Jonathan.Vine@csklegal.com <Jonathan.Vine@csklegal.com>; Michael.Boehringer@csklegal.com <Michael.Boehringer@csklegal.com>; David Hecht <dhecht@hechtpartnersllp.com>; Maxim Price <mprice@hechtpartnersllp.com>; Minyao Wang <mwang@hechtpartnersllp.com>; ggaukroger@bergersingerman.com <ggaukroger@bergersingerman.com>
**Cc:** mgoldberg@lashgoldberg.com <mgoldberg@lashgoldberg.com>; epincow@lashgoldberg.com <epincow@lashgoldberg.com>; Gabe.Gross@lw.com <Gabe.Gross@lw.com>; Sy.Damle@lw.com <Sy.Damle@lw.com>; Jessica.StebbinsBina@lw.com <Jessica.StebbinsBina@lw.com>; Joe.Wetzel@lw.com <Joe.Wetzel@lw.com>; Carolyn.Homer@lw.com <Carolyn.Homer@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Expert Deposition Notices

Counsel,

Please find attached the amended deposition notice for James Olivier.  As noted below, should it be necessary, we are available to confer regarding scheduling.

Thank you.
Elana


**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Tel: 202-637-2303 | Fax: 202-637-2201

**From:** Nightingale Dawson, Elana (DC)
**Sent:** Saturday, April 4, 2020 12:00 AM
**To:** 'Lizza C. Constantine' <Lizza.Constantine@csklegal.com>; 'Justin B. Levine' <Justin.Levine@csklegal.com>; 'Jonathan Vine' <Jonathan.Vine@csklegal.com>; 'Michael Boehringer' <Michael.Boehringer@csklegal.com>; 'dhecht@hechtpartnersllp.com' <dhecht@hechtpartnersllp.com>; 'mprice@hechtpartnersllp.com' <mprice@hechtpartnersllp.com>; 'mwang@hechtpartnersllp.com' <mwang@hechtpartnersllp.com>; 'ggaukroger@bergersingerman.com' <ggaukroger@bergersingerman.com>
**Cc:** 'mgoldberg@lashgoldberg.com' <mgoldberg@lashgoldberg.com>; 'epincow@lashgoldberg.com' <epincow@lashgoldberg.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Damle, Sy (DC) <Sy.Damle@lw.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Wetzel, Joseph (Bay Area) <Joe.Wetzel@lw.com>; Homer, Carolyn (DC) <Carolyn.Homer@lw.com>
**Subject:** Apple Inc. v. Corellium, LLC - Expert Deposition Notices

Counsel,

Please find amended deposition notices for Clark Asay, Stewart Appelrouth, and Alexander Stamos.  We will provide an amended notice for James Olivier tomorrow.  Should it be necessary, we are available to confer regarding scheduling.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
555 Eleventh St., NW Suite 1000 | Washington, DC 20004
Tel: 202-637-2303 | Fax: 202-637-2201 | http://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

| | |
|---|---|
| **From:** | Nightingale Dawson, Elana (DC) |
| **Sent:** | Tuesday, April 21, 2020 1:28 PM |
| **To:** | Maxim Price; Michael.Boehringer@csklegal.com; Lizza.Constantine@csklegal.com; Minyao Wang; David Hecht; Jonathan.Vine@csklegal.com; Justin.Levine@csklegal.com |
| **Cc:** | mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Wetzel, Joseph  (Bay Area); Stebbins Bina, Jessica (CC); Damle, Sy (DC); Homer, Carolyn (DC); Gross, Gabriel (Bay Area) |
| **Subject:** | Apple Inc. v. Corellium, LLC - Second Amended Dep. Notice for Alexander Stamos |
| **Attachments:** | 2020.04.21 - A. Stamos Second Amended Deposition Notice.pdf |

Counsel,

Please find attached the second amended deposition notice for Alexander Stamos.

Thank you.
Elana


**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
555 Eleventh St., NW Suite 1000 | Washington, DC 20004
Tel: 202-637-2303 | Fax: 202-637-2201 | http://www.lw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

          Plaintiff,

v.

CORELLIUM, LLC,

          Defendant.

### SECOND AMENDED NOTICE OF DEPOSITION OF ALEXANDER STAMOS

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiff Apple Inc. ("Apple" or "Plaintiff"), by its undersigned counsel, will take the deposition of Alexander Stamos on April 24, 2020 commencing at 9:00am PT, from the location of the deponent's choice via video conferencing technology, as contemplated in the Court's Order at ECF No. 248.  If the deposition is not completed on the date set out above, the taking of the deposition will continue from day to day thereafter until completed.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 30(b)(3), the deposition will be taken before a notary public or other officer authorized by law to administer oaths, will be recorded by stenographic and audiovisual means, and provision will be made for real-time monitoring using LiveNote or similar means.  Plaintiff reserves the right to use this deposition for the purpose of mediation in this case.

Dated: April 21, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*/s/ Emily L. Pincow*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar No. 1010370
*epincow@lashgoldberg.com*
*gizquierdo@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL  33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

2

## **CERTIFICATE OF SERVICE**

       I, Elana Nightingale Dawson, do hereby certify that on April 21, 2020 I caused a copy of the foregoing Second Amended Notice of Deposition of Alexander Stamos to be served via email upon:

| | |
|---|---|
| S. Jonathan Vine | David L. Hecht |
| Justin B. Levine | Maxim Price |
| Lizza C. Constantine | Minyao Wang |
| Michael Alexander Boehringer | Conor B. McDonough |
| COLE, SCOTT & KISSANE, P.A. | HECHT PARTNERS LLP |
| Esperante Building | 20 West 23rd St. Fifth Floor |
| 222 Lakeview Avenue, Suite 120 | New York, NY 10010 |
| West Palm Beach, Florida 33401 | dhecht@hechtparntersllp.com |
| jonathan.vine@csklegal.com | mprice@hechtpartnersllp.com |
| justin.levine@csklegal.com | mwang@hechtpartnersllp.com |
| lizza.constantine@csklegal.com | cmcdonough@hechtpartners.com |
| michael.boehringer@csklegal.com | |

                                                *s/ Elana Nightingale Dawson*
                                                Elana Nightingale Dawson