# EXHIBIT B

Case 9:19-cv-81160-RS Document 505-2 Entered on FLSD Docket 05/26/2020 Page 1 of 5

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

          Plaintiff,

v.

CORELLIUM, LLC,

          Defendant.

**DECLARATION OF ELANA NIGHTINGALE DAWSON
IN SUPPORT OF PLAINTIFF APPLE INC.'S RESPONSE
TO DEFENDANT CORELLIUM, LLC'S *DAUBERT* MOTION
TO PRECLUDE CERTAIN TESTIMONY OF DR. JASON NIEH**

1. My name is Elana Nightingale Dawson. I am over the age of 18. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am an attorney at Latham & Watkins LLP and counsel for Apple Inc. ("Apple") in this matter.

3. On February 11, 2020, Corellium served its first privilege log in this matter. It contained 9,697 separate entries. It was largely comprised of documents withheld by Corellium on the basis of "Privacy – Client Private Information" and "Trade Secret."

4. Exhibit G to Corellium's *Daubert* Motion to Preclude Certain Testimony of Dr. Jason Nieh lists 27 documents as "Produced" on February 11, 2020. *See* ECF Nos. 452-7 (Exhibit G), 452-8 (representing that Exhibit G shows "the dates of production" of certain material cited by Dr. Nieh in his supplemental report). Corellium did not produce those documents on February 11,

1

2020. Corellium eventually produced those documents to Apple, but only after Apple served Dr. Nieh's opening report on March 3, 2020.

5.  The following table lists the actual dates Corellium produced those 27 documents to Apple:

| Bates Number | Reason Withheld on 2/11/2020 | Date Produced to Apple |
|---|---|---|
| Corellium-004708.000001 – Corellium-004708.000004 | Privilege log entry claiming "Privacy - Client Private Information" | 3/31/20 |
| Corellium-004711.000001 – Corellium-004711.000007 | Privilege log entry claiming "Privacy - Client Private Information" | 3/12/20 |
| Corellium-004949.000001 – Corellium-004949.000013 | Privilege log entry claiming "Privacy - Client Private Information" | 3/31/20 |
| Corellium-006240.000001- Corellium-006240.000008 | Privilege log entry claiming "Privacy - Client Private Information; Trade Secret" | 3/12/20 |
| Corellium-006471.000001- Corellium-006471.000002 | Privilege log entry claiming "Privacy - Client Private Information" | 3/12/20 |
| Corellium-007487.000001- Corellium-007487.000005 | Privilege log entry claiming "Privacy - Client Private Information" | 3/31/20 |
| Corellium-007488.000001- Corellium-007488.000006 | Privilege log entry claiming "Privacy - Client Private Information" | 3/31/20 |
| Corellium-007644.000001- Corellium-007644.000002 | Privilege log entry claiming "Privacy - Client Private Information" | 3/12/20 |
| Corellium-008031.000001- Corellium-008031.000002 | Privilege log entry claiming "Privacy - Client Private Information" | 3/31/20 |
| Corellium-008293.000001- Corellium-008293.000002 | Privilege log entry claiming "Privacy - Client Private Information; Trade Secret" | 3/12/20 |
| Corellium-008722.000001- Corellium-008722.000002 | Privilege log entry claiming "Privacy - Client Private Information" | 4/16/20 |
| Corellium-008754.000001- Corellium-008754.000017 | Privilege log entry claiming "Trade Secret" | 3/12/20 |

| Bates Number | Reason Withheld on 2/11/2020 | Date Produced to Apple |
|---|---|---|
| Correllium-008882.000001-Correllium-008882.000012 | Privilege log entry claiming "Privacy - Client Private Information" | 3/12/20 |
| Correllium-008963.000001-Correllium-008963.000004 | Privilege log entry claiming "Privacy - Client Private Information" | 3/12/20 |
| Correllium-009105.000001-Correllium-009105.000008 | Privilege log entry claiming "Privacy - Client Private Information; Trade Secret" | 3/12/20 |
| Correllium-009106.000001-Correllium-009106.000004 | Privilege log entry claiming "Privacy - Client Private Information; Trade Secret" | 3/12/20 |
| Correllium-010172.000001-Correllium-010172.000002 | Privilege log entry claiming "Privacy - Client Private Information; Trade Secret" | 3/12/20 |
| Correllium-010830 | Privilege log entry claiming "Privacy - Client Private Information" | 3/12/20 |
| Correllium-012524.000001-Correllium-012524.000002 | Privilege log entry claiming "Privacy - Client Private Information" | 4/16/20 |
| Correllium-013273.000001-Correllium-013273.000004 | Privilege log entry claiming "Privacy - Client Private Information" | 4/16/20 |
| Correllium-013465.000001-Correllium-013465.000023 | Privilege log entry claiming "Privacy - Client Private Information; Trade Secret" | 3/12/20 |
| Correllium-013555.000001-Correllium-013555.000002 | Privilege log entry claiming "Privacy - Client Private Information" | 4/16/20 |
| Correllium-013894.000001-Correllium-013894.000003 | Privilege log entry claiming "Privacy - Client Private Information" | 4/16/20 |
| Correllium-013931 | Privilege log entry claiming "Privacy - Client Private Information" | 4/16/20 |
| Correllium-013932 | Privilege log entry claiming "Privacy - Client Private Information" | 4/16/20 |
| Correllium-013933 | Privilege log entry claiming "Privacy - Client Private Information" | 4/16/20 |
| Correllium-013934 | Privilege log entry claiming "Privacy - Client Private Information" | 4/16/20 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2020
in Silver Spring, MD

_____
Elana Nightingale Dawson

4