# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

                              Plaintiff,

        v.

CORELLIUM, LLC,

                              Defendant.

**EXPERT REPORT OF DR. JASON NIEH**

**MARCH 3, 2020**

**CONTAINS CORELLIUM ATTORNEYS' EYES ONLY MATERIAL**

**CONTAINS CORELLIUM CONFIDENTIAL MATERIAL**

**CONTAINS CORELLIUM SOURCE CODE MATERIAL**

## TABLE OF CONTENTS

I.      Background, Experience, and Qualifications ............................................................. 3

II.     Scope of Retention ..................................................................................................... 5

III.    Information Relied Upon ............................................................................................ 5

IV.     Summary of Opinions ................................................................................................. 6

V.      Relevant Legal Principles .......................................................................................... 8

      A.    Copyright and Software ................................................................................. 8

      B.    Copyright Infringement ................................................................................. 9

      C.    Circumvention of Security Measures ........................................................... 11

VI.     Background Information ............................................................................................ 13

      A.    Hardware, Software, and Firmware ............................................................. 13

      B.    Operating Systems ....................................................................................... 14

      C.    Graphical User Interfaces (GUIs) ............................................................... 16

      D.    Security Measures/Controls ........................................................................ 18

      E.    Virtualization .............................................................................................. 21

VII.    Apple's Technology .................................................................................................. 24

      A.    iOS ............................................................................................................... 24

      B.    Security Controls Implemented by iOS and Apple Mobile Devices ......... 29

      C.    Graphical User Interface Elements (GUI Elements) ................................... 33

VIII.   Apple's Copyrighted Works ..................................................................................... 36

      A.    iOS ............................................................................................................... 36

      B.    Graphical User Interface Elements ("GUI Elements") ............................... 70

IX.     The Corellium Apple Product ................................................................................... 79

      A.    Hardware and Software ................................................................................ 81

      B.    Setup and Configuration .............................................................................. 84

C.   Selecting a New Virtual Device in the Corellium Apple Product .............86

D.   Creating A New Virtual Device on the Corellium Apple Product ...........97

E.   Operation of the Corellium Apple Product ...............................................103

X.   Corellium's Unauthorized Reproduction of, Preparation of Derivative Works From, Distribution of, and display of Apple's Copyrighted Works.........107

A.   iOS .....................................................................................................108

B.   GUI Elements .....................................................................................183

XI.   Corellium's Circumvention of Apple's Security Measures................................228

A.   iOS .....................................................................................................228

B.   GUI Elements.....................................................................................293

## I.      BACKGROUND, EXPERIENCE, AND QUALIFICATIONS

1.      I received a B.S. in Electrical Engineering from the Massachusetts Institute of Technology in 1989, an M.S. in Electrical Engineering from Stanford University in 1990, and a Ph.D. in Electrical Engineering from Stanford University in 1999.  My doctorate dissertation was entitled, "The Design, Implementation, and Evaluation of SMART: A Scheduler for Multimedia Applications."

2.      I currently am a Professor of Computer Science and co-Director of the Software Systems Laboratory at Columbia University.  My research spans a broad range of software systems, including operating systems, virtualization, thin-client computing, cloud computing, mobile computing, multimedia, Web technologies, and performance evaluation.  I joined Columbia University as an Assistant Professor of Computer Science in 1999 and was promoted to Professor in 2014.

3.      My research and teaching interests at Columbia University have included the development of research prototypes and coursework focused on virtualization and mobile computing platforms, including iOS and Android platforms and operating systems. This includes research on operating system virtualization which led to Linux containers, a widely-used form of virtualization built into the Linux operating system; file system layers and the virtual layered file system which are now widely-used as part of Docker; architectural support for virtualization which has been included in the latest ARM architecture, used in billions of smartphones, tablets, and servers; the development and deployment of the KVM/ARM hypervisor, the first ARM hypervisor to use ARM hardware virtualization support and the most widely-used ARM hypervisor today; and the first course to use virtualization as a pedagogical tool, which has become standard practice for computer science courses at many universities around the world.

4.      Honors for my research include being named a Fellow of the IEEE and a Fellow of the ACM. I also received the Sigma Xi Young Investigator Award (awarded once every two years in the physical sciences and engineering), a National Science Foundation Career Award, a Department of Energy Early Career Award, multiple IBM Faculty and Shared University Research Awards, six Google Research Awards, and various best paper awards, including from MobiCom, SIGCSE, SIGMETRICS, and SOSP—all of which were for research related to virtualization and mobile computing.

5.      While a Columbia professor, I have also been involved in various companies and corporate research and development related to virtualization.  I was previously Chief Scientist of Cellrox, an Android virtualization startup, and Chief Scientist of DeskTone, where my responsibilities included investigating and standardizing technical solutions for remote display and desktop virtualization.  I also served as the 1st Scholar in Residence for VMware, where my research included various aspects of virtualization.

6.      As of this writing, I have published over one hundred scholarly articles and research papers.  All articles, books, and other publications that I have authored are listed in my curriculum vitae, which is attached as Appendix A to this report.  For example, I am a co-author (along with E. Bugnion, D. Tsafrir) of a book entitled, "Hardware and Software Support for Virtualization," published by Morgan & Claypool in 2017 ("Bugnion").  This book provides an introduction to virtualization and describes various virtualization technologies.

7.      I have served on over seventy program committees, including as program chair of the USENIX Annual Technical Conference, the SIGMETRICS/Performance conference, and the ACM International Conference on Mobile Systems, Applications, and Services (MobiSys).  I have been invited to speak and have given keynote addresses at various conferences including

VMworld, the largest virtualization-related event in the world, and VEE, the primary academic conference focused on virtualization.  I am a named inventor on eleven issued patents, including patents directed to virtualization and mobile computing technologies.  A detailed list of my other professional activities, memberships, and speaking engagements appears in my curriculum vitae.

## II.    SCOPE OF RETENTION

8.    I have been asked to formulate opinions regarding the Corellium Apple Product based on the facts and information that I have been provided in this matter.  Specifically, I have been asked to determine whether the Corellium Apple Product reproduces, modifies, distributes, or publicly displays the copyrighted works listed at Appendix A of Apple's First Amended Complaint in this matter (ECF No. 56-1).  I have also been asked to determine whether the Corellium Apple Product circumvents one or more of Apple's technological protection measures that control access to, or reproduction, modification, distribution, and public display of, the copyrighted works listed at Appendix A of Apple's First Amended Complaint in this matter (ECF No. 56-1).

9.    I am being compensated for my work on this matter at my standard consulting rate of $1,000 per hour, plus expenses.  My compensation is not dependent upon my opinions or testimony or the outcome of this case.

## III.    INFORMATION RELIED UPON

10.    In preparing this report, I considered the materials listed in Appendix B and all materials referenced in this report.  I also considered information provided during discussions that I had with certain Apple employees, namely, Jon Andrews, Pierre-Olivier Martel, and Lee Peterson.  This report is also based on my knowledge and experience with operating systems, virtualization, cloud computing, and computer architecture.

11.    The content of my report, and my opinions expressed herein, are necessarily limited

by the information that Corellium has made available for my review.  Corellium possesses, but has

not yet provided, the technical documentation that I need to fully support my opinions in this

report.  In particular, the documents and information that I would expect and need in a case of this

technical complexity include at least:

- All technical documentation relating to Corellium's hypervisor, including architecture and design documents, source code provided in its native repository, and any other documents describing the hypervisor's operation;

- Source code for the Corellium Apple Product provided in its native repository;

- Access to, and technical documentation for, previous versions of the Corellium Apple Product, including source code for previous versions of the Corellium Apple Product provided in its native repository and any architecture design, or other descriptive documents particular to previous versions of the Corellium Apple Product; and

- Access to, and technical documentation for the server infrastructure used for running the Corellium Apple Product, including access to the file systems and disks used as part of the server infrastructure.

12.    I reserve the right to revise my opinions as my investigation continues and to

supplement my opinions, if required, in response to further discovery provided by Corellium, new

information and opinions provided by Corellium's expert(s), decisions made by the court in which

this action is pending, or decisions by other courts.  I may rely on demonstrative exhibits, including

pictures, figures, and drawings at trial.

## IV.    SUMMARY OF OPINIONS

13.    The Corellium Apple Product provides the ability to create virtual Apple mobile

devices like iPhones, running actual versions of Apple's mobile operating system, iOS. Corellium's virtualized Apple devices display iOS to the user just as it would appear on an actual physical Apple device right out of the box, except it is presented in a web browser and not on an authorized Apple hardware device.

14.     The Corellium Apple Product copies, distributes, and makes derivative works from certain versions of iOS as detailed in this report.  To run iOS on its own virtualized facsimile of Apple's hardware devices, the Corellium Apple Product copies an image of the copyrighted iOS object code onto a disk volume.  The Corellium Apple Product makes certain modifications to that iOS image to enable the code to run on non-Apple hardware, thereby creating a derivative work of the original copy of the copyrighted iOS.  When the Corellium Apple Product launches a newly created iOS virtual device, it makes a copy of portions of iOS in memory.  All available evidence indicates that the Corellium Apple Product makes additional copies of the iOS image as modified by Corellium each time a user creates a "snapshot" of a device, which is a functionality provided the Corellium Apple Product.  Finally, the evidence indicates that the Corellium Apple Product distributes the copied iOS to others by enabling other Corellium users to access the project containing the virtualized device running iOS.

15.     The Corellium Apple Product also copies, distributes, and publicly displays certain graphical elements contained in certain versions of iOS as detailed in this report.  Because the copyrighted graphical elements utilized by iOS are contained on the iOS image copied by the Corellium Apple Product, the Corellium Apple Product necessarily also copies files containing the graphical images utilized by iOS and displayed to the user.  When an iOS virtual device is launched on the Corellium Apple Product, Corellium displays the copyrighted visual elements embodied in iOS.  Corellium further displays the copyrighted graphical works by openly advertising its

capabilities to run a replica of iOS on its virtualized environment.  The evidence indicates that the Corellium Apple Product also distributes the copyrighted graphical elements utilized by iOS by enabling other Corellium users to access the project containing the virtualized device running iOS.

16.     Finally, the Corellium Apple Product circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that effectively control access to and protect iOS from acts of copyright infringement.  To install iOS on non-Apple hardware, Corellium makes certain modifications to the iOS image to avoid, fool, or bypass certain technological protection measures in Apple's products that, in the normal course of iOS installation, would prevent iOS from being installed on anything other than a legitimate Apple device.  These include a check-in with an Apple authorization server to obtain authorization for the install of a certain version of iOS on a certain hardware device.  Corellium's modifications also avoid, fool, or bypass certain procedures in the normal course of startup that would ordinarily require the system to verify that the hardware, firmware, and software are all authorized by Apple to operate together and are what they say they are.  In the end, the Corellium Apple Product presents its customers with a patched—that is, modified—version of iOS which appears legitimate in nearly every respect, but has not in fact been verified with Apple, and is run on non-Apple hardware.

## V.     RELEVANT LEGAL PRINCIPLES

17.     Apple's counsel has provided me with the legal principles below, and I have endeavored to apply them to my analysis to the best of my knowledge and understanding.  I have not been asked to provide any opinions on the law or legal conclusions.

### A.     Copyright and Software

18.     I understand that original computer programs can be protected by copyright.  I understand that copyright protections can apply to the source code, object code, and computer

screen displays for a computer program.[1]  I understand that copyright protections can extend to a computer program if the program possesses at least some minimal degree of creativity.[2]  I understand that the choice and ordering of the various elements of a program, for example, can constitute the creativity required to protect a work under copyright.[3]

19.     I understand that copyright protection does not extend to the underlying idea or method underlying a work, but does protect the particular expression of that idea or method.[4]

20.     I also understand that a copyright registered within five years of initial publication of the work is prima facie evidence of the validity of the copyright and of the facts stated in the certificate of registration.[5]

### B.    Copyright Infringement

21.     I understand that, generally, the owner of a copyright has the exclusive rights to engage in a number of activities with respect to the copyrighted work.  Specifically, I understand that the owner has the exclusive right to reproduce the copyrighted work.[6]  I also understand that the owner has the exclusive right to prepare derivative works based upon the copyrighted work,

---

[1] *Fonar Corp. v. Domenick*, 105 F.3d 99, 104 (2d Cir. 1997) (citation omitted); 37 C.F.R. § 202.3(b)(4); Registration and Deposit of Computer Screen Displays, 53 Fed. Reg. 21817-01 (June 10, 1988).

[2] *See Feist Publ'ns., Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340, 345 (1991).

[3] *Atari Games Corp. v. Oman*, 979 F.2d 242, 245 (D.C. Cir. 1992) (citation omitted).

[4] 17 U.S.C. § 102.

[5] *Id.* § 410(c).

[6] *Id.* § 106(1).

such as by making modifications or adaptations of the copyrighted work.[7]  I also understand that the owner of a copyright in a pictorial or graphical work maintains the exclusive right to publicly display, or show a copy of, the copyrighted work.[8]  I understand that "publicly" displaying a copyrighted work can include transmission of the display by means of any device or process, whether the members of the public capable of receiving the display receive it in the same place and time or in separate places or different times.[9]  I understand that someone who violates any of the exclusive rights of a copyright owner, such as by engaging in any of the activities above without permission from the copyright owner, is an infringer of the copyright.[10]

22.     I further understand that sometimes the use of a copyrighted work can be considered a "fair use," and not an infringing use, of the work under certain circumstances, including use for purposes like criticism, comment, news reporting, teaching, scholarship, or research.[11]  I understand that whether a use is "fair use" is determined on a case-by-case basis by a court, which weighs the following four factors: (1) the purpose and character of the use; (2) the nature of the copyrighted work; (3) the amount and substantiality of the portion of the copyrighted work used; and (4) the effect of the use on the market for, or value of, the copyrighted work.[12]

---

[7] *Id.* § 106(2).

[8] *Id.* §§ 101, 106(5).

[9] *Id.* § 101.

[10] *Id.* § 501(a).

[11] *Id.* § 107.

[12] *Id.*; *Katz v. Google Inc.*, 802 F.3d 1178, 1181 (11th Cir. 2015) ("In deciding whether a defendant's use of a work constitutes fair use, courts must weigh the following four factors: (1) the purpose and character of the allegedly infringing use; (2) the nature of the copyrighted work; (3) the amount of the copyrighted work used; (4) and the effect of the use on the potential market or

23.     I further understand that the legal concept of "scenes a faire" in copyright provides that expressive elements of a copyrighted work cannot be infringed if they are standard, stock, common to a topic, or necessarily follow from a certain setting.[13]  In the computer context, I understand that elements of a computer program that are widely accepted programming elements within the industry or dictated by external factors, such as the mechanical specifications of the computer hardware, cannot infringe a copyrighted work.[14]

24.     Finally, I understand that the legal concept of "merger" provides that when there are a limited number of ways to express an idea, the idea is said to "merge" with its expression, and that expression cannot be protected from infringement by another work.[15]  In the computer context, I understand that this means that when certain sections of computer code are the only and essential means of accomplishing a certain task, the copying of those code sections by others will not amount to copyright infringement.[16]

### C.     Circumvention of Security Measures

25.     I understand that, absent an applicable exemption or exception, it is unlawful to manufacture, import, offer to the public, provide, or otherwise traffic in any technology, product, or service, or part thereof, that is (a) primarily designed for the purpose of circumventing a "technological measure that effectively controls access" to a copyrighted work (often called

---

value of the copyrighted work.") (citation omitted).

[13] *Oracle Am., Inc. v. Google Inc.*, 750 F.3d 1339, 1363 (Fed. Cir. 2014) (citation omitted).

[14] *Id*. (citation omitted).

[15]*Id*. at 1359 (citation omitted).

[16] *Id.* at 1360 (citation omitted).

"access controls"); (b) has only limited commercially significant purpose or use other than to circumvent access controls; or (c) is marketed for use in circumventing access controls.[17]   I understand that a technological measure "effectively controls access to a work" if the measure, in the ordinary course of its operation, requires the application of information, or a process or a treatment, with the authority of the copyright owner, to gain access to the work.[18]

26.     I also understand that, absent an applicable exemption or exception, it is unlawful to manufacture, import, offer to the public, provide, or otherwise traffic in any technology, product, service, device, component, or part thereof, that (a) is primarily designed for the purpose of circumventing a "technological measure that effectively protects a right of a copyright owner under the Copyright Act" (often called "copy controls"); (b) has only limited commercially significant purpose or use other than to circumvent copy controls; or (c) is marketed for use in circumventing copy controls.[19]   I understand that a technological measure "effectively protects a right of a copyright owner under this title" if the measure, in the ordinary course of its operation, prevents, restricts, or otherwise limits the exercise of a right of a copyright owner under the Copyright Act, such as the exclusive rights of reproduction and distribution.[20]

27.     I understand that to circumvent a technological measure means to descramble a scrambled work, to decrypt an encrypted work, or to otherwise avoid, bypass, remove, deactivate, or otherwise impair a technological measure without permission of the copyright owner.[21]

---

[17] 17 U.S.C. § 1201(a)(2)(A)–(C).

[18] *Id.* § 1201(a)(3)(B).

[19] *Id.* § 1201(b)(1)(A)–(C).

[20] *Id.* § 1201(b)(2)(B).

[21] *Id.* §§ 1201(a)(3)(A), 1201(b)(2)(A).

## VI.   BACKGROUND INFORMATION

### A.   Hardware, Software, and Firmware

28.   The terms "hardware," "software," and "firmware" have specific meanings in computing.

29.   "Hardware" refers to the physical parts of a computing device, including the processor, memory, and input/output (I/O) devices such as a keyboard, screen, or mouse.  To give a couple examples, one can refer to the physical, tangible parts of a laptop, smartphone, or flat-panel display as hardware.

30.   "Software" refers to the collection of instructions that direct how a computing device operates.  "Software" is a broad term that can refer to many different types of instructions.  Some examples of software include word processors, web browsers, spreadsheets, and operating systems (which I explain in more detail below).

31.   Most software is created by programmers in high-level programming languages that humans can read.  "High-level" programming languages are languages where the instructions that the programmer writes are not the exact instructions that the processor executes.  They are "high-level" because the programmer does not need to know the details about how the underlying hardware works to create code that the computing device can execute.  High-level programming languages generally use elements of natural language, which makes them more intuitive for humans to read and write.  While "source code" can have a variety of different meanings, programmers usually use "source code" to refer to high-level code in human-readable form.  Examples of high-level programming languages include Basic, C++, Python, and Perl.

32.   As explained above, the high-level programming languages do not provide the exact instructions for the processor to execute.  Instead, to translate high-level source code into machine language code that a processor can understand, a "compiler" translates the source code

from a high-level language into "object code," or machine language code that the processor can then run.

33.     The term "software" can also refer to the "low-level" machine language instructions that tell a computer's processor what specific operations to perform.  "Low-level" programming languages require the programmer to know the details about the underlying processor and hardware to write effective code, but do not require a compiler to "translate" the code into something the processor can execute.  For example, machine language code, which is also called object code and typically consists of mere ones and zeroes, might tell a processor to load data from a specified memory location, perform an operation on that data, or jump to a different portion in the machine language instructions.

34.     The term "firmware" generally refers to a specific subset of software that is tightly linked to the hardware of a computer.  This can include, for example, code used to perform hardware initialization when a device is first powered on and code that provides hardware-level runtime services for the operating system or other applications.

### B.     Operating Systems

35.     An operating system (OS) is software that manages the resources of a computer and provides a platform from which users may interact with other computer applications.  The OS acts as an intermediary between the applications that a user interacts with and the underlying hardware, including the processor, memory, and input/output (I/O) devices such as displays or keyboards. "Operating system" is a broad term, and it is also used to refer to the entire operating system environment of a computer, including standard applications that are preinstalled in the operating system environment.

36.     Very generally, the figure below, taken from an introductory book on OSs,

represents the parts of a computer system.[22]  The hardware, including the processor, memory, and I/O devices provide "the basic computing resources for the system."[23]  The application programs "define the ways in which these resources are used to solve users' computing problems."[24]  And the OS "controls the hardware and coordinates its use among the various application programs for the various users."[25]



37.     There are many different types of OSs that are used for different purposes.  For desktop devices, Microsoft Windows and Apple macOS are commonly used OSs.  For mobile devices such as smartphones and tablets, Google Android and Apple iOS are commonly used OSs.

---

[22] Abraham Silberschatz et al., *Operating System Concepts Essentials* 4 (2d ed. 2014) (Ex. 1).

[23]  *Id.*

[24] *Id.*

[25] *Id.*

For server devices, versions of Linux and Microsoft Windows Server are commonly used OSs. There are specialized OSs that are used in all sorts of computing devices most people interact with every day.  For example, there are modified and/or proprietary OSs that underlie devices like video game consoles, automated teller machines, and in-vehicle car computers.

38.     The "kernel" is the core of an OS and maintains complete control over all of the resources in a computing system.  It manages requests from input devices, sends data to output devices, manages the allocation of and access to memory, and handles requests from applications for access to resources.

39.     The OS is critical to ensuring the security of the computing device.  Because an OS acts as a gatekeeper between application processes and the system resources, various methods can be employed to ensure malicious processes do not obtain unauthorized access to the resources of the device.  For example, an OS may restrict a process from reading data in files or memory that it does not have permission to access.  Similarly, an OS may restrict any processes run by one user from accessing data in files or memory belonging to another user.  As another example, an OS may restrict certain application processes from accessing certain hardware devices on a system, such as preventing an unauthorized process from accessing the camera of a system to take pictures without the permission of the user.  As another example, an OS may require a user to login to a system by entering a password and deny the user access to the system if the user cannot provide the correct password.

### C.     Graphical User Interfaces (GUIs)

40.     Every computer that is operated by a human needs some kind of user interface (UI), to support the collection of input from, and transmission of output data to, the human.  A UI can be as simple as a command-line UI, where a human uses a keyboard to type out commands to the

computer line-by-line. However, most people—especially people who are not programmers—do not find interacting with a command-line UI to be an intuitive experience. Learning to interact with a command-line UI can be time intensive, as the user needs to learn the exact commands and command options to effectively perform operations. Most people are unable to effectively use a command-line UI without first studying and learning the various commands that the OS accepts.

41. Graphical user interfaces (GUIs) allow a user to interact with computing devices through the manipulation of graphical elements displayed on a screen. The user can use a variety of input devices to interact with the graphical display, including clicking a mouse, typing on a keyboard, or touching a touchscreen. Common elements used in a GUI that a user can utilize to use a computing device include windows, icons, menus, and pointers.

42. Apple played a critical role in popularizing GUIs and selling GUI-based computers to the public. In 1983, Apple released the Lisa, one of the first personal computers to use a GUI. And in 1984, Apple released the Macintosh personal computer, which became the first commercially successful GUI-based personal computer. As one reviewer commented: "The fundamental difference between the Mac and other personal computers is that the Macintosh is visually oriented rather than word oriented. You choose from a menu of commands by simply pressing the wandering mouse's button rather than by using a number of control keys or by entering words."[26]

43. A GUI makes it easier and more intuitive for humans to interact with and use computer software, as it does not require the user to know the exact command to send to the OS

---

[26] Erik Sandberg-Diment, *Personal Computers; Hardware Review: Apple Weighs in with Macintosh*, N.Y. Times, Jan. 24, 1984, *available at* https://www.nytimes.com/1984/01/24/science/personal-computers-hardware-review-apple-weighs-in-with-macintosh.html.

to effectuate some action.  For example, in the context of Apple's macOS, to move an image, `family.jpg`, from one folder to another as a command-line instruction, the user would type a `mv` command with parameters specifying the location of the image and the location that the image should be moved to: "`mv folder1/family.jpg folder2/`".  But in the macOS GUI, to perform the same operation, a user can use the mouse to drag and drop `family.jpg` from `folder1` to `folder2`.

44.     GUIs for modern mobile devices like smartphones and tablets require special considerations.  Unlike a desktop or laptop computer where the user generally interacts with the device through a mouse and keyboard, the user generally interacts with a mobile device by touching the device's screen directly.  Moreover, the screen for a mobile device is typically smaller than the screen for a desktop or laptop device.  Accordingly, GUIs for mobile devices tend to use elements that are large enough to touch and manipulate, simple enough so as not to clutter the small screen, and visually intuitive enough to communicate to the user how to interact with such elements.  Because mobile device users interact with their smaller-screen devices more frequently and in shorter bursts of time throughout the day (as compared to desktop or laptop devices), GUI designers take these differences into account in the aesthetic design of the GUI.

**D.      Security Measures/Controls**

45.     There are a variety of approaches that computer software and hardware designers can take to secure computing devices and platforms.  Security measures and controls that protect a device span a wide range of hardware and software options.  In discussing "security measures" and "security controls" in my report, I do not endeavor to represent or describe every single method by which engineers may design security measures into their devices and software.  Here, I merely provide an overview of some common types of security measures.

18

46.   **Encryption and Data Protection.**   Encryption of data, is a common measure implemented to ensure that data stored in memory remains secure.   An encryption process uses an encryption key to generate data that is unreadable without the key.

47.   A "public key encryption" is a type of encryption in which data is passed through one mathematical function with one key to encrypt the data; and passed through another mathematical function with another key to decrypt the data.   One key is kept public, and one key is kept private.   When the encryption key is private and the decryption key is public, only the entity with the private key can create encrypted data but anyone can use the public key to decrypt and read the data.   When the encryption key is public and the decryption key is private, anyone can create encrypted data, but only the entity holding the private key can decrypt and read it.

48.   A "hash" function in the context of security is a particular method similar to encryption in which data is encoded using a mathematical function such that it is not possible to reverse the encoding process to recover the original data.   This is like mixing a can of paint: a painter can mix yellow and blue together to create a particular shade of green, and the painter can mix the same amounts of yellow and blue together to create the same shade of green every time, but the painter cannot later separate the green paint to recover the yellow and blue.   Hash functions are often used to verify a set value without disclosing the value itself.   For example, a website might store the hashed version of a user's password instead of the plain text of the password itself. When a user logs in, the user's computer can then send the hashed version of the password to compare against the server's storage of the hashed version of the password.   The benefit is that if the website is hacked, the hacker will only have access to the hashed data, and not the actual passwords themselves.

49.   **Hardware Security.**   Hardware security can involve providing separate hardware

from the main processor that manages private keys for encryption.  For example, the separate hardware can come in the form of a separate "system on a chip" (SoC) contained within the same overall device as the processing chip, or it may take the form of a plug-in card or external device that attaches physically to the processing device.  Keeping private keys and encryption operations siloed on separate hardware provides extra security because it makes it difficult for someone to gain access to those keys.  For example, if the keys are kept in separate hardware, even if the main application processor is compromised, the keys will not be available to software running on the main application processor.  Any information encrypted using the keys in this separate hardware on the given device would be very difficult to decrypt on another device.

50.    **System Security.**  System security can encompass secure boot-up processes, software updates, and operation of an OS.  Secure boot-up involves ensuring the OS that is loaded upon boot-up of a device is the trusted OS for that device as opposed to a different untrusted OS.  A secure boot builds a chain of trust starting in the hardware itself and through each software process, where each step ensures that the next is functioning properly before handing over control.  Software updates may have various mechanisms to ensure timely OS security updates are delivered to the user and that each update is known software from the OS developer.  During the operation of the OS, computing devices may include various runtime protections to protect the integrity of the processes during operation.

51.    **App Security.**  At the application level, computer engineers can use various measures to limit the access of applications to system resources.  For instance, applications can be "sandboxed" by an OS kernel that can restrict the resources available to the application.  In this way, damage stemming from a compromised or malicious application may be able to be contained only to a subset of data or system resources.

52.   **Network Security.**  Network security measures can help ensure that connections between two or more devices communicating over a network remain uncompromised.  Protocols such as Transport Layer Security (TLS) can ensure that the connection between devices is private and secure and that data exchanged between the devices is encrypted.

### E.   Virtualization

53.   Virtualization is the software and hardware technology for enabling "virtual machines."  "A virtual machine is an abstraction of a complete compute environment through the combined virtualization of the processor, memory, and I/O components of a computer."[27]  A virtual machine provides virtual hardware that looks like real hardware, including the instruction set of the underlying processor, memory, and I/O devices.  In a virtual machine, an OS will fully operate as if it is running on real hardware.  One of the benefits of using virtual machines is that they can be used to provide secure, isolated sandboxes for running untrusted or untested applications.  For example, a programmer could spin up a virtual machine, download some untrusted software from the Internet, and run it with little concern that the untrusted software would run rampant on the actual hardware—if the untrusted software causes the virtual machine to "crash," the programmer could simply delete the virtual machine, load a new one, and start over.

54.   A "hypervisor is a specialized piece of system software that manages and runs virtual machines."[28]  The computer on which a hypervisor runs is the "host machine." The hypervisor creates and manages the execution of the virtual machines.

---

[27] Edouard Bugnion, Jason Nieh, & Dan Tsafrir, *Hardware and Software Support for Virtualization* 1 (Margaret Martonosi ed., 2017) (Ex. 2).

[28] *Id.*

55.     The figure below, reproduced from an introductory VMWare document, depicts an example virtualized environment.[29]  Starting at the top, the figure depicts a typical non-virtualized machine.  The "system before virtualization" contains a Windows OS and applications running directly on the computer's hardware.  In the middle, a virtualized version of the same system is depicted.  The system uses the same computer hardware, but the OS now runs on a virtual machine that interfaces with the computer hardware through a hypervisor.  At the bottom, the same computer hardware includes not only the Windows OS system and applications from the first computer, but five other additional virtual machines, each running their own OS, including Linux OS and Solaris OS.  Instead of running six different computers, all six systems can run as virtual machines on the same computer using a hypervisor.

---

[29] VMware, Inc., *VMware vSphere Basics*, at 8 (2011), https://pubs.vmware.com/vsphere-50/topic/com.vmware.ICbase/PDF/vsphere-esxi-vcenter-server-50-basics-guide.pdf.



56.     Some hypervisors can run directly on the host machine hardware.    These hypervisors are sometimes referred to as "type-1" or "bare metal" hypervisors.  Some examples include Xen and VMware ESXi.  Other hypervisors leverage or integrate with an OS, which are referred to as "type-2" or "hosted" hypervisors.  Some examples include VMware Workstation and KVM.

57.     Virtualization is sometimes confused with emulation.  Emulation is similar to virtualization, but differs in some significant ways.  Virtualization is designed to run a virtual machine on a host machine that has the same processor and therefore the same instruction set architecture. As a result, instructions run in a virtual machine can be directly executed by the underlying hardware. Emulation allows an emulated machine to have a different processor and

instruction set architecture from the host machine because instructions in the emulated machine are processed by software instead running directly on the underlying hardware.  In other words, an emulator includes additional software between the emulated machine and the host machine to translate the instructions from the emulated architecture to the host architecture.  This could allow, for example, emulated machines using Advanced RISC Machine (ARM) architecture (ARM) architecture[30] to run on a host machine using x86 architecture.[31]  Because of the additional processing required to "translate" instructions between different processing architectures, emulation approaches are less efficient than virtualization approaches.  It is possible to combine emulation and virtualization by emulating some parts of a system while virtualizing other parts.  For example, a virtual machine could have emulated I/O devices.

58.     Virtualization is also sometimes confused with simulation.  Simulation refers to software that models the behavior and performs all or many of the functions of another system.  Simulation, unlike emulation and virtualization, generally does not mimic the actual hardware that hosts the OS.  However, in some contexts, the terms simulator and emulator may be used somewhat interchangeably.

59.     A "snapshot" generally refers to a state of a virtual machine at a particular point in time.  Saving a snapshot enables the virtual machine's state at that point to be later restored from the snapshot.

## VII.     APPLE'S TECHNOLOGY

### A.     iOS

---

[30] ARM is a family of reduced instruction set computing (RISC) architectures for computer processors.

[31] x86 is a family of complex instruction set computing (CISC) architectures for computer processors.

60.     iOS is an OS created by Apple for its mobile devices.  It is the OS that drives many of Apple's most successful products, including the iPhone,  iPod Touch, and, until 2019, iPad. When a user turns on her iPhone, the software that boots up and allows her to access and run various applications on her phone is iOS.

61.     For the purposes of my report, the term "iOS" encompasses the entire OS environment, including the processes managing the execution of applications and utilization of device resources, the firmware acting as an intermediary between the software and underlying hardware, low-level drivers, high-level code tailored to a particular hardware device (e.g., the user interface code for facial recognition in certain devices), the underlying default file system, and standard applications that come preinstalled in the environment.

62.     The iOS user interface is based on touch and direct user manipulation, including multi-touch gestures.  iOS displays a variety of icons and buttons to allow the user to navigate various available apps and settings to customize and use the device.  For example, when a user installs iOS 11 on an iPhone X, it might look similar to the following image:

25



iOS allows the user to manipulate the various objects displayed on the screen to interact with the device, including launching and using apps, entering data and information, and customizing device settings.

63.     iOS uses the ARM architecture as its processor platform.

64.     I understand that Apple licenses, or grants certain permission to use, iOS to its users for ordinary use.[32]  Apple's customers must agree to the applicable license to use Apple's software and hardware.[33]  Specifically, Apple's website states:[34]

---

[32] *Software License Agreements*, Apple, https://www.apple.com/legal/sla/.

[33] *Id*.

[34] *Id*.

## License Information

Your use of Apple software or hardware products is based on the software license and other terms and conditions in effect for the product at the time of purchase. Your agreement to these terms is required to install or use the product. Please be aware that the software license that accompanies the product at the time of purchase may differ from the version of the license you can review here. Be certain to read the applicable terms carefully before you install the software or use the product.

65.     Apple has a separate Software License Agreement for each of various versions of iOS, including iOS 7.0,[35] 8.0,[36] 8.1,[37] 9.0,[38] iOS 9.1,[39] iOS 10,[40] iOS 11,[41] iOS 11.2,[42] and iOS 12.[43]

66.     In addition to agreeing to the applicable Software License Agreement as a condition of use, I understand that when a user installs or upgrades iOS on an authorized Apple hardware device, the user is presented with, and must agree to, the Software License Agreement[44] governing

---

[35] iOS 7.0 Software License Agreement, https://www.apple.com/legal/sla/docs/iOS7.pdf.

[36] iOS 8.0 Software License Agreement, https://www.apple.com/legal/sla/docs/iOS8.pdf.

[37] iOS 8.1 Software License Agreement, https://www.apple.com/legal/sla/docs/iOS81.pdf.

[38] APL-CORELLIUM_00040672.

[39] APL-CORELLIUM_00041082.

[40] APL-CORELLIUM_00041736.

[41] APL-CORELLIUM_00042142.

[42] APL-CORELLIUM_00042563.

[43] APL-CORELLIUM_00043167.

[44] *Software License Agreements*, Apple, https://www.apple.com/legal/sla/.

that version of iOS.[45]

67.     Apple regularly releases software updates to iOS to provide new features and address security concerns.[46]  A user can update iOS via one of two methods: over-the-air (OTA) software updates or by connecting to a trusted desktop device.[47]  For OTA updates, a user can access available updates in the settings of their iOS device.[48]  When selected by the user, the iOS device will then download and install the update directly.[49]  A user can also update their iOS device by using iTunes or MacOS Finder while the iOS device is connected to a trusted desktop or laptop device.[50]

68.     "iPod/iPhone Software" (IPSW) files are software update files released directly from Apple.  IPSW files allow users to install new versions of iOS to add new features and fix security vulnerabilities in compatible devices, or to allow a user to restore an Apple device back to its factory default settings.  I understand IPSW files contain a version of iOS (e.g., iOS 12.0) tailored to the hardware set of a particular Apple device (e.g., iPhone X).  Apple releases a different IPSW file for each released version of iOS and each Apple hardware device compatible with that version of iOS.  For example, Apple releases different IPSW files for iOS version 12.0 specific to iPhone 8 and iPhone X.  IPSW files contain an "image" of iOS, which contains the object code for

---

[45] *E.g.*, DHTV, *Install iOS 12 – How to Update iOS 12 iPhone, iPad, iPod Touch*, *YouTube* (Sept. 17, 2018), https://www.youtube.com/watch?v=AYeJvDQ34N8 at 01:57.

[46]  *See* APL-CORELLIUM_00039722  at APL-CORELLIUM_00039746-47.

[47]*Id.*

[48] *Update Your iPhone, iPad, or iPod Touch*, Apple, https://support.apple.com/en-us/HT204204.

[49] *Id.*

[50] *Id.*; APL-CORELLIUM_00039722 at APL-CORELLIUM_00039746-47.

iOS, data which represent the images and other graphical assets that display on the iOS GUI, and other files and data utilized by iOS. IPSW files also contain firmware that will boot the OS and interact with the hardware on the device. I understand that when Apple releases a new version of iOS, Apple compiles a "master" version of iOS, and then utilizes a process that takes into account the details of each hardware device and creates different "flavors" of that master version that are customized for each hardware device. I understand that the precise content of the IPSW files for any one version of iOS will vary somewhat between the different flavors of that iOS version to account for the hardware differences between different authorized Apple mobile devices. I understand that the device-independent code underlying any given version of iOS is identical across all IPSWs for all devices for that version of iOS.

**B.      Security Controls Implemented by iOS and Apple Mobile Devices**

69.      By default, iOS requires a secure bootchain, tracking from the hardware all the way through a running iOS.[51] This means that each step of the startup process contains components that are cryptographically signed by Apple to ensure integrity at each step.[52] This includes the bootloaders, the kernel, the kernel extensions, and baseband firmware.[53] The secure boot chain helps ensure that iOS, and the hardware it is running on, are not tampered with.

70.      I understand that when a user installs a version of iOS on an authorized Apple device, the device makes a connection to the Apple installation authorization server (the

---

[51] APL-CORELLIUM_00039722 at APL-CORELLIUM_00039737.

[52]*Id.*

[53]*Id.*

"authorization server").[54]   The authorized Apple device sends the following data to the authorization server:

- A cryptographic "measurement" for each part of the installation bundle.[55]   For example, the device might contain a hash of the Apple bootloader, iOS kernel, and iOS image separately, and the device may also contain a hash of the hashes for all of the separate pieces.

- A random anti-reply value (nonce),[56] which is just a random number added to prevent a potential attacker from saving the server's response and using it to tamper with a device.

- The authorized Apple device's Exclusive Chip Identification (ECID).[57]   The ECID is a unique identification number which is baked into the Apple device's chip when it is manufactured.

71.     When the authorization server receives this information from an authorized Apple device, which is referred to as the manifest, the server checks the manifest representing the version of iOS and the hardware device represented by the ECID to make sure that the manifest matches the server's manifest representing that version of iOS and that hardware device.   This check prevents mixing and matching various pieces of the firmware and software and ensures that the manifest represents an authorized build of iOS.   If the server finds a match, the authorization server

---

[54] *Id*. at APL-CORELLIUM_00039747.

[55] *Id*.

[56] *Id*.

[57] *Id*.

cryptographically "signs" the result with a key that is specific to that particular version of iOS and the specified device, and the server sends the entire signature back to the device.[58]  That signature is stored on the device itself.

72.     If the "check" performed by the authorization server fails, the authorization server will not return a signature and iOS will not install on the device.

73.     Therefore, in the normal course of operation, iOS would not be able to be installed on any non-Apple hardware, because the manifest would not match any hardware signature on Apple's authorization server, and therefore Apple's authorization server would not return a valid signature to enable the installation of iOS on that hardware.

74.     After installation of iOS on an authorized Apple device, the Apple device uses the signature to secure the boot chain.[59]  When the device is powered on, the application processor immediately executes code from read-only memory known as the "Boot ROM."[60]  Apple refers to this immutable code as the "hardware root of trust."[61]  The chip manufacturer lays down this code during fabrication and is implicitly trusted by the Apple device.[62]  The Boot ROM contains the public key which "unlocks" the manifest signed by the authorization server with the private key.[63]  The Boot ROM checks to see that 1) the manifest matches what it expects to see, and 2) the

---

[58] *Id.*

[59] *Id.*

[60] *Id.* at APL-CORELLIUM_00039725, APL-CORELLIUM_00039737.

[61] *Id.*

[62] *Id.*

[63] *Id.* at APL-CORELLIUM_00039737.

manifest is signed by Apple.[64]

75.     The Boot ROM then finds the location of and launches the iBoot firmware.[65]  The Boot ROM checks the cryptographic measurement of iBoot against the signed manifest, and if they match, the Boot ROM will hand over control of the device to iBoot.[66]  If they do not match, the device will display an error and direct the user to perform a fresh restore.[67]

76.     The iBoot firmware similarly initializes some components of the device, and then retrieves the iOS kernel, cryptographically measures the kernel, and compares it with the signed manifest.[68]  If the measurements match, iBoot will then hand over control to the iOS kernel.[69]

77.     Even after iOS software is up and running on a device, the cryptographic signature on the device plays a role in securing the device.  All running code on iOS must be signed by a certificate issued by Apple.[70]  The device contains a "trust cache" containing the measurements for all the different signed applications that Apple ships as part of iOS.  Similarly, when third party applications are installed on an iOS device, iOS checks to make sure the application has a signed certificate, and if so, will put that signature in the trust cache.[71]  Before the iOS kernel launches

---

[64] *Id.*

[65] *Id.* at APL-CORELLIUM_00039737, APL-CORELLIUM_00039871.

[66] *Id.* at APL-CORELLIUM_00039737.

[67] *Id.*

[68] *Id.*

[69] *Id.*

[70] *Id.* at APL-CORELLIUM_00039783.

[71] *Id.*

any application provided by default in an iOS build, it will check the trust cache to make sure the cryptographic measurements match and the software is not compromised or corrupted.[72]

78.     I understand that each "core" on authorized Apple devices uses a similar process to boot up when the device is turned on.  For example, the Secure Enclave Processor, a hardware-based key manager that is isolated from the main processor, also uses the same process to verify the next step in the boot chain.[73]

79.     Therefore, in the normal course of operation, any version of iOS would not be able to run on non-Apple hardware because to load and run iOS, each step in the boot chain measures the next step in the chain for a valid signature before handing off control.  Because non-Apple hardware would not have a signed manifest from Apple, any attempted verifications during the boot process would fail, iOS would fail to load.  Apple uses this security measure to ensure that iOS is only installed and run on authorized Apple hardware and not, for example, on non-Apple hardware made by a third party.

### C.     Graphical User Interface Elements (GUI Elements)

80.     Apple's iOS GUI is an important part of the success of iOS and Apple's mobile devices.  The clarity, deference, and depth emphasized by iOS's unique user interface differentiates iOS from other OSs.[74]

81.     First, iOS emphasizes clarity.[75]  The text displayed to the user is legible at every size, and icons, which in themselves are works of visual art, correspond to various program

---

[72] *See id.*

[73] *Id.* at APL-CORELLIUM_00039738.

[74] APL-CORELLIUM_00039879 at APL-CORELLIUM_00039879.

[75] *See id.*

applications.  With its creative visual works and graphic design, iOS utilizes negative space, color, fonts, graphics, and other interface elements to subtly highlight important content and convey interactivity.  For example, the image of the icon representing the "Photos" application below displays a color wheel with multiple color elements against a white background.



82.     Second, iOS emphasizes deference.[76]  Motion displayed on iOS as a result of user interaction is crisp and fluid, which helps the user understand and interact with content without competing with it.  Content typically fills the entire screen, emphasizing the content displayed to the user.

83.     Third, iOS emphasizes depth through its user interface.[77]  Distinct visual layers and

---

[76] *See id.*

[77] *See id.*

realistic motion convey hierarchy and facilitate understanding.  The user can navigate the system to access desired functionality and content without losing context.

84.      I understand that the IPSW file for a particular version of iOS and Apple device contains all of the graphical assets utilized by that version of iOS.  This includes icons for the default applications, default wallpaper images, and other graphical images that iOS displays to the user as part of its default configuration.  I understand that during installation of iOS, these graphical assets are stored in non-volatile memory on the device as part of the iOS image.

85.      I understand that when iOS is installed and running on a device, it will utilize the graphical assets contained in the iOS image and display them to the user.  For example, after a user installs iOS 11 on an iPhone X, the user might see a screen similar to the following image:



86.      iOS displays a series of icons representing various default applications that a user can launch, and behind those icons, an abstract artwork is displayed as a wallpaper.  The images

that represent the default applications and default wallpaper are all contained in the iOS image contained in the IPSW file and loaded onto the non-volatile memory for the mobile device at install.

87.    I understand that Apple does not create an entirely new set of graphical assets for each new version of iOS.  I understand each new version of iOS contains only incremental changes, including incremental changes to the GUI Elements.  Therefore, I understand that a particular GUI element is often included across many versions of iOS.  For example, the icon for Apple's default "Photos" app is displayed in representative screenshots of iOS 7,[78] 8,[79] 9,[80] 10,[81] 11,[82] and 12,[83] and 13.[84]  While the exact file utilized for a GUI element may vary across versions of iOS (for example, Apple may install icon images with higher resolutions for devices with larger screens), the overall 2-D image displayed to the user remains the same.

## VIII.   APPLE'S COPYRIGHTED WORKS

### A.    iOS

#### 1.    iOS 9.0

---

[78] *See iOS 7*, WIKIPEDIA, https://en.wikipedia.org/wiki/IOS_7 (last updated Feb. 3, 2020).

[79] *See iOS 8*, WIKIPEDIA, https://en.wikipedia.org/wiki/IOS_8 (last updated Dec. 17, 2019).

[80] *See iOS 9*, WIKIPEDIA, https://en.wikipedia.org/wiki/IOS_9 (last updated Feb. 21, 2020).

[81] *See iOS 10*, WIKIPEDIA, https://en.wikipedia.org/wiki/IOS_10 (last updated Jan. 18, 2020).

[82] *See iOS 11*, WIKIPEDIA, https://en.wikipedia.org/wiki/IOS_11 (last updated Feb. 28, 2020).

[83] *See iOS 12*, WIKIPEDIA, https://en.wikipedia.org/wiki/IOS_12 (last updated Feb. 27, 2020).

[84] *See iOS 13*, WIKIPEDIA, https://en.wikipedia.org/wiki/IOS_13 (last updated Feb. 28, 2020).

88.     I have examined the Certificate of Registration,[85] source code deposit,[86] and video deposit[87] for iOS 9.0.

89.     As stated on the Certificate of Registration,[88] iOS 9.0 is an OS that was first released to the public on September 16, 2015.  It is registered with the U.S. Copyright Office under registration number TX 8-205-229.  The effective date of registration is June 20, 2016.

90.     Writing an OS is a significant undertaking for any team of programmers.  Balancing all of the requirements of an OS, including efficiency, security, reliability, ease of use, and functionality requires very high levels of programming and coding skill, and also significant creativity, judgment, and artistry to create an excellent product and user experience.  iOS 9.0 introduced numerous new features that required the authors who wrote the code to apply high levels of creativity, including but not limited to creativity in the ways they wrote code expressing the following examples of user features:[89]

- Proactive assistance, alerting a user to information before the user asks, e.g., notifying a user when to leave for an appointment, taking account of traffic conditions;

- Contextual improvements to Siri, enabling the user to ask Siri to remind them about things they are looking at in apps.

91.     Each of these features would have required the software developers of iOS 9.0 to

---

[85] APL-CORELLIUM_00004850.

[86] APL-CORELLIUM_00004299.

[87] APL-CORELLIUM_00005183.

[88] APL-CORELLIUM_00004850.

[89] APL-CORELLIUM_00044069 at APL-CORELLIUM_00044078.

make creative decisions as they wrote the OS code regarding, for example, the ways in which the features are displayed to, and interact with, the user.  For example:

- Proactive assistance requires the programmer to write code that will creatively synthesize the information available to the OS to predict what information the user will need before she even needs it.  There are many ways in which one could write such code, and many ways in which one could express the idea of giving suggestions to a user of information they might need in the current situational context.  Apple's decisions in implementing this feature reflects the authors' own creative approaches to proactive suggestions for content.

- Contextual improvements to Siri, i.e., understanding the context of an application such that when a user asks Siri about something she is viewing in the app, the OS is able to respond in a meaningful way, requires the programmer to write code that will creatively determine what contextual information to review with respect to a particular application and respond to the user's question by considering the contextual information.  There are many ways in which one could write such code, and many ways in which one could express the idea of contextual understanding based on an open application.  Apple's decisions in implementing this feature reflects the authors' own creative approaches to using app context to respond to user requests.

92.    I understand that Apple deposited ▇▇▇▇▇ of iOS 9.0 source code with the Copyright Office in connection with the registration.[90]  I understand from my discussions with

---

[90] APL-CORELLIUM_00004299.

Apple that this source code deposit solely contains segments of the new code provided in iOS 9.0.

I understand that the body of code considered by Apple in selecting the content of its source code deposit includes code representing the full scope of iOS as defined in this report.  I also understand that the Copyright Office reviewed and determined that the deposited code demonstrated sufficient creativity to register the work.  I anticipate that a review of a broader selection of source code reflecting new features offered in iOS 9.0 would confirm that the authors of iOS 9.0 exercised creativity in writing the software to implement the new features in iOS 9.0.

93.



---

91 APL-CORELLIUM_00005183.



94.

**2.      iOS 9.1**

95.     I have examined the Certificate of Registration[92] and source code deposit[93] for iOS 9.1.

96.     As stated on the Certificate of Registration,[94] iOS 9.1 is an OS that was first released to the public on October 21, 2015.  It is registered with the U.S. Copyright Office under registration number TX 8-205-204.  The effective date of registration is June 21, 2016.

97.     Writing an OS is a significant undertaking for any team of programmers.  Balancing all of the requirements of an OS, including efficiency, security, reliability, ease of use, and functionality requires very high levels of programming and coding skill, and also significant creativity, judgment, and artistry to create an excellent product and user experience.  iOS 9.1 introduced numerous new features that required the authors who wrote the code to apply high levels of creativity, including but not limited to creativity in the ways they wrote code expressing the following examples of user features:[95]

- Live Photos now intelligently senses when you raise or lower your iPhone, so that Live Photos will automatically not record these movements;

- Over 150 new emoji characters with full support for Unicode 7.0 and 8.0 emojis.

98.     Each of these features would have required the software developers of iOS 9.1 to make creative decisions as they wrote the OS code regarding, for example, the ways in which the features are displayed to, and interact with, the user.  For example:

- Cutting off recording from a camera by intelligently sensing when an iPhone is

---

[92] APL-CORELLIUM_00004852.

[93] APL-CORELLIUM_00004350.

[94] APL-CORELLIUM_00004852.

[95] APL-CORELLIUM_00044069 at APL-CORELLIUM_00044077.

raised and lowered required a programmer to write code to evaluate the readings from internal sensors in the phone, which included making determinations regarding what readings correspond to a "lowering" or "raising," and creatively implementing judgment in the context of this user data regarding when to start and end a particular recording in response.  There are many ways in which one could write such code, and many ways in which one could express the idea of cutting off a recording when a mobile device is put down.  Apple's decisions in implementing this feature reflects the authors' own creative approaches to using intelligent sensing to cut off recording.

- Creating new emoji characters requires creating artworks representing each emoji.



To implement new emoji characters, Apple would have had to create the artwork that represents each new emoji character, and write corresponding code to ensure they are appropriately displayed to and available for use by a user.  There are many ways in which one can visually represent each emoji character.[96]  Apple's decisions in implementing each artwork for new emoji characters reflects the authors' own creative approaches to visually representing emoji characters and ensuring they are appropriately displayed and available for use by a user.

---

[96] *See, e.g.*, *Full Emoji List, v.13.0*, Unicode, Inc., https://unicode.org/emoji/charts/full-emoji-list.html.

99.     I understand that Apple deposited ████████ of iOS 9.1 source code with the Copyright Office in connection with the registration.[97]  I understand from my discussions with Apple that this source code deposit solely contains segments of the new code provided in iOS 9.1. I understand that the body of code considered by Apple in selecting the content of its source code deposit includes code representing the full scope of iOS as defined in this report.  I also understand that the Copyright Office reviewed and determined that the deposited code demonstrated sufficient creativity to register the work.  I anticipate that a review of a broader selection of source code reflecting new features offered in iOS 9.1 would confirm that the authors of iOS 9.1 exercised creativity in writing the software to implement the new features in iOS 9.1.

### 3.     iOS 10.0

100.     I have examined the Certificate of Registration[98] and source code deposit[99] for iOS 10.0.

101.     As stated on the Certificate of Registration,[100] iOS 10.0 is an OS that was first released to the public on September 23, 2016.  It is registered with the U.S. Copyright Office under registration number TX 8-344-158.  The effective date of registration is November 10, 2016.

102.     Writing an OS is a significant undertaking for any team of programmers.  Balancing all of the requirements of an OS, including efficiency, security, reliability, ease of use, and functionality requires very high levels of programming and coding skill, and also significant

---

[97] APL-CORELLIUM_00004350.

[98] APL-CORELLIUM_00004844.

[99] APL-CORELLIUM_00004412.

[100] APL-CORELLIUM_00004844.

creativity, judgment, and artistry to create an excellent product and user experience. iOS 10.0 introduced numerous new features that required the authors who wrote the code to apply high levels of creativity, including but not limited to creativity in the ways they wrote code expressing the following examples of user interface features[101]:

- Expressive Messaging,[102] including:

    o Bubble effects let you send messages loudly, gently, slam, or with invisible ink

    o Full-screen effects to celebrate special moments

    o Handwritten messages animate like ink on paper

- Proactive suggestions in maps provide suggestions for places you're likely to go next, based on your routine or appointments in Calendar

- Photo Memories[103] intelligently highlights forgotten events, trips, and people and presents them in a beautiful collection, including memory movies automatically edited with theme music, titles, and cinematic transitions.

103. Each of these features would have required the software developers of iOS 10.0 to make creative decisions as they wrote the OS code regarding, for example, the ways in which the features are displayed to, and interact with, the user. For example:

- Expressive messaging requires developers to write code that will creatively indicate to a user that a message is delivered with a certain effect indicated by the user. For

---

[101] APL-CORELLIUM_00044099 at APL-CORELLIUM_00044105-106.

[102] *Use Message Effect with iMessage on Your iPhone, iPad, and iPod Touch*, Apple, https://support.apple.com/en-us/HT206894.

[103] *Enjoy your Memories in Photos*, Apple, https://support.apple.com/en-us/HT207023.

example, sending a message "loudly" requires the developers to write code creating an interface that provides select visual indications that communicate to the user that a text message is sent "loudly," such as sending a larger message bubble or a message that visibly shakes when it is first viewed by the recipient.  There are many ways in which one could write such code, and many ways in which one could express the idea of "loudly" sending a message.  Apple's decisions in writing code to implement this feature reflect the authors' own creative approaches to expressive messaging.

- Proactive suggestions in maps require the programmer to creatively write code that reflects her judgment in selectively synthesizing available information about the user (e.g., location history, calendar events, and current time/location of the device) to predict where the user might travel to in the near future before she even begins to move.  There are many ways in which one could write such code, and many ways in which one could express the idea of giving suggestions to a user of a maps application.  Apple's decisions in writing code to implement this feature reflect the authors' own creative approaches to proactive suggestions in maps.

- The automatic creation of a "Memory movie" requires the programmer to employ creative techniques and make decisions in writing code that will result in selecting visually attractive photos and videos from a user's media and applying transitions and music to those selections in a way that a human would find appealing.  There are many ways in which one could write such code, and many ways in which one could express the idea of selecting attractive or appealing photos and videos. Apple's decisions in writing code to implement this feature reflect the authors' own

creative approaches to making "memory movies."

104.   I understand Apple deposited ███████ of iOS 10.0 source code with the Copyright Office in connection with the registration.[104]  I understand from my discussions with Apple that this source code deposit solely contains segments of the new code provided in iOS 10.0. I understand that the body of code considered by Apple in selecting the content of its source code deposit includes code representing the full scope of iOS as defined in this report.  I also understand that the Copyright Office reviewed and determined that the deposited code demonstrated sufficient creativity to register the work.  I anticipate that a review of a broader selection of source code reflecting new features offered in iOS 10.0 would confirm that the authors of iOS 10.0 exercised creativity in writing the software to implement the new features in iOS 10.0.

### 4.     iOS 11.0

105.   I have examined the Certificate of Registration,[105] source code deposit,[106] and video deposit[107] for iOS 11.0.

106.   As stated on the Certificate of Registration,[108] iOS 11.0 is an OS that was first released to the public on September 19, 2017.  It is registered with the U.S. Copyright Office under registration number TX 8-609-048.  The effective date of registration is December 22, 2017.

107.   Writing an OS is a significant undertaking for any team of programmers.  Balancing

---

[104] APL-CORELLIUM_00004412.

[105] APL-CORELLIUM_00004846.

[106] APL-CORELLIUM_00004489.

[107] APL-CORELLIUM_00005197.

[108] APL-CORELLIUM_00004846.

all of the requirements of an OS, including efficiency, security, reliability, ease of use, and functionality requires very high levels of programming and coding skill, and also significant creativity, judgment, and artistry to create an excellent product and user experience.  iOS 11.0 introduced numerous new features that required the authors who wrote the code to apply high levels of creativity, including but not limited to creativity in the ways they wrote code expressing the following examples of user features:[109]

- New Siri voice[110] is more natural and expressive

- Automatically silences notifications while driving and keeps iPhone silent and display off

108.    Each of these features would have required the software developers of iOS 11.0 to make creative decisions as they wrote the OS code regarding, for example, the ways in which the features are conveyed to, and interact with, the user.  For example:

- Speech synthesis, or creating an audio speech from text, requires the programmers to write code to creatively break human speech down into its component parts and reassemble it to make the sounds that form natural-sounding language.[111]  There are many ways in which one could write such code, and many ways in which one could express the idea of synthesizing audible language from written text.  Apple's decisions in writing code to improve the natural speech of Siri reflect the authors' own creative approaches to speech synthesis.

---

[109] APL-CORELLIUM_00044084 at APL-CORELLIUM_00044094–95.

[110] *Deep Learning for Siri's Voice: On-Device Deep Mixture Density Networks for Hybrid Unit Selection Synthesis*, Apple, https://machinelearning.apple.com/2017/08/06/siri-voices.html.

[111] *Id.*

- Automatic silencing of notifications and display while the user is driving requires the programmer to write code that reflects her judgment in selectively synthesizing available information from the phone's sensors to predict whether the user is currently driving, and to then silence or disable certain features on the phone when a driving context is detected. There are many ways in which one could write such code, and many ways in which one could express the idea of minimizing distractions to a driver. Apple's decisions in writing code to minimize driver distractions reflect the authors' own creative approaches to intelligent silencing of notifications.

109. I understand that Apple deposited ███████ of iOS 11.0 source code with the Copyright Office in connection with the registration.[112] I understand from my discussions with Apple that this source code deposit solely contains segments of the new code provided in iOS 11.0. I understand that the body of code considered by Apple in selecting the content of its source code deposit includes code representing the full scope of iOS as defined in this report. I also understand that the Copyright Office reviewed and determined that the deposited code demonstrated sufficient creativity to register the work. I anticipate that a review of a broader selection of source code reflecting new features offered in iOS 11.0 would confirm that the authors of iOS 11.0 exercised creativity in writing the software to implement the new features in iOS 11.0.

110. ███████████████████████████████  ████████  ████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

---

[112] APL-CORELLIUM_00004489.

[113] APL-CORELLIUM_00005197.



111.

---
[114] *Id.* at 00:58–01:32.



### 5.    iOS 11.0.1

112.    I have examined the Certificate of Registration,[115] source code deposit,[116] and thirteen video deposits[117] for iOS 11.0.1.

113.    As stated on the Certificate of Registration,[118] iOS 11.0.1 is an OS that was first released to the public on September 26, 2017.  It is registered with the U.S. Copyright Office under registration number TX 8-584-724.  The effective date of registration is August 8, 2018.

114.    Writing an OS is a significant undertaking for any team of programmers.  Balancing

---

[115] APL-CORELLIUM_00004827.

[116] APL-CORELLIUM_00004719.

[117] APL-CORELLIUM_00005182; APL-CORELLIUM_00005184; APL-CORELLIUM_00005185; APL-CORELLIUM_00005186; APL-CORELLIUM_00005187; APL-CORELLIUM_00005188; APL-CORELLIUM_00005189; APL-CORELLIUM_00005190; APL-CORELLIUM_00005191; APL-CORELLIUM_00005192; APL-CORELLIUM_00005193; APL-CORELLIUM_00005194; APL-CORELLIUM_00005195.

[118] APL-CORELLIUM_00004827.

all of the requirements of an OS, including efficiency, security, reliability, ease of use, and functionality requires very high levels of programming and coding skill, and also significant creativity, judgment, and artistry to create an excellent product and user experience. iOS 11.0.1 introduced new features that required the authors who wrote the code to apply high levels of creativity, including but not limited to creativity in the ways they wrote code expressing the following example user feature:

- "Animoji" which present a graphical image that mirrors the facial expressions of the user.[119]

115. Each the features added in iOS 11.0.1 would have required the software developers of iOS 11.0 to make creative decisions as they wrote the OS code regarding, for example, the ways in which the features are conveyed to, and interact with, the user. For example:

- Creating the "Animoji" requires Apple not only to create the artworks representing each graphical representation, but to also match the captured movement of the user and translate it into corresponding movement by the Animoji. Not only are there many ways in which one can visually represent each Animoji character, there are also many ways in which one could measure movement from the user and translate that movement into corresponding movement by the graphical representation. Apple's decisions in implementing each artwork for Animoji and writing code to

---

[119] *See* APL-CORELLIUM_00005182; APL-CORELLIUM_00005184; APL-CORELLIUM_00005185; APL-CORELLIUM_00005186; APL-CORELLIUM_00005187; APL-CORELLIUM_00005188; APL-CORELLIUM_00005189; APL-CORELLIUM_00005190; APL-CORELLIUM_00005191; APL-CORELLIUM_00005192; APL-CORELLIUM_00005193; APL-CORELLIUM_00005194; APL-CORELLIUM_00005195.

translate movement from a user to a graphical character reflects the authors' own creative approaches to visual representations.

116.    I understand that Apple deposited ███ of iOS 11.0.1 source code deposited with the Copyright Office in connection with the registration.[120]  I understand from my discussions with Apple that this source code deposit solely contains segments of the new code provided in iOS 11.0.1.  I understand that the body of code considered by Apple in selecting the content of its source code deposit includes code representing the full scope of iOS as defined in this report.  I also understand that the Copyright Office reviewed and determined that the deposited code demonstrated sufficient creativity to register the work.  I anticipate that a review of a broader selection of source code reflecting new features offered in iOS 11.0.1 would confirm that the authors of iOS 11.0.1 exercised creativity in writing the software to implement the new features in iOS 11.0.1.

### 6.    iOS 11.2

117.    I have examined the Certificate of Registration[121] and source code deposit[122] for iOS 11.2.

118.    As stated on the Certificate of Registration,[123] iOS 11.2 is an OS that was first released to the public on December 1, 2017.  It is registered with the U.S. Copyright Office under registration number TX 8-634-702.  The effective date of registration is November 9, 2018.

119.    Writing an OS is a significant undertaking for any team of programmers.  Balancing

---

[120] APL-CORELLIUM_00004719.

[121] APL-CORELLIUM_00005020.

[122] APL-CORELLIUM_00004858.

[123] APL-CORELLIUM_00005020.

all of the requirements of an OS, including efficiency, security, reliability, ease of use, and functionality requires very high levels of programming and coding skill, and also significant creativity, judgment, and artistry to create an excellent product and user experience.  iOS 11.2 introduced numerous new features that required the authors who wrote the code to apply high levels of creativity, including but not limited to creativity in the ways they wrote code expressing the following example of user features[124]:

- Send, request, and receive money from friends and family with Apple Pay in Messages or by asking Siri.  These features enable the user to send money directly from the Messages app, or by asking Siri to "send 25 dollars to Jane for movie tickets."[125]

120. Each of these features would have required the software developers of iOS 11.2 to make creative decisions as they wrote the OS code regarding, for example, the ways in which the features are conveyed to, and interact with, the user.  For example:

- Adding payment features to the Messages app requires programmer to write code to creatively indicate to the user that a payment can be made, enable the user to review the payment recipient and amount, and confirm the payment using one or more security verifications.  There are many ways in which one could write such code, and many ways in which one could express the idea of sending payment to a contact from a request in a messaging application.  Apple's decisions in writing code to authorize payment from a messaging application request reflect the authors' own creative approaches to context-based payments.

---

[124] APL-CORELLIUM_00044084 at APL-CORELLIUM_00044090.

[125] *Send and Receive Money with Apple Pay*, Apple, https://support.apple.com/en-us/HT207875.

- Enabling Siri to recognize requests to send specific amounts of money to a particular individual requires the programmer to write code to analyze the context in which the request is received, evaluate known user data to determine the likely payment recipient and amount, and confirm the payment using one or more security verifications.  There are many ways in which one could write such code, and many ways in which one could express the idea of sending payment to a contact upon a spoken request from the user.  Apple's decisions in writing code to authorize payment from a spoken user request reflect the authors' own creative approaches to voice recognition and analysis.

121.    I understand that Apple deposited ▮▮▮▮▮ of iOS 11.2 source code with the Copyright Office in connection with the registration.[126]  I understand from my discussions with Apple that this source code deposit solely contains segments of the new code provided in iOS 11.2. I understand that the body of code considered by Apple in selecting the content of its source code deposit includes code representing the full scope of iOS as defined in this report.  I also understand that the Copyright Office reviewed and determined that the deposited code demonstrated sufficient creativity to register the work.  I anticipate that a review of a broader selection of source code reflecting new features offered in iOS 11.2 would confirm that the authors of iOS 11.2 exercised creativity in writing the software to implement the new features in iOS 11.2.

### 7.    iOS 11.2.5

---

[126] APL-CORELLIUM_00004858.

122.    I have examined the Certificate of Registration[127] and source code deposit[128] for iOS 11.2.5.

123.    As stated on the Certificate of Registration,[129] iOS 11.2.5 is an OS that was first released to the public on January 23, 2018.  It is registered with the U.S. Copyright Office under registration number TX 8-647-053.  The effective date of registration is November 9, 2018.

124.    Writing an OS is a significant undertaking for any team of programmers.  Balancing all of the requirements of an OS, including efficiency, security, reliability, ease of use, and functionality requires very high levels of programming and coding skill, and also significant creativity, judgment, and artistry to create an excellent product and user experience.  iOS 11.2.5 introduced numerous new features that required the authors who wrote the code to apply high levels of creativity, including but not limited to creativity in the ways they wrote code expressing the following examples of user features:[130]

- Siri can read the news by the user saying, "Hey Siri, play the news."  The user can also ask for specific news categories including Sports, Business or Music.

125.    These features would have required the software developers of iOS 11.2.5 to make creative decisions as they wrote the OS code regarding, for example, the ways in which the features are conveyed to, and interact with, the user.  For example:

- Enabling Siri to recognize requests to play the news requires the programmer to write code to analyze the context in which the request is received, collect recent

---

[127] APL-CORELLIUM_00005024.

[128] APL-CORELLIUM_00004909.

[129] APL-CORELLIUM_00005024.

[130] APL-CORELLIUM_00044084 at APL-CORELLIUM_00044090.

news items, synthesize a news brief, and play the summary to the user.  Enabling

Siri to personalize the news by specific category further requires the programmer

to write code that analyzes the categories of news items and present only news items

that meet a certain categorization to the user.  There are many ways in which one

could write such code, and many ways in which one could express the idea of

summarizing the day's news.  Apple's decisions in writing code to play a news brief

reflect the authors' own creative approaches to voice recognition and analysis.

126.    I understand that Apple deposited ███████ of iOS 11.2.5 source code with the

Copyright Office in connection with the registration.[131]  I understand from my discussions with

Apple that this source code deposit solely contains segments of the new code provided in iOS

11.2.5.  I understand that the body of code considered by Apple in selecting the content of its

source code deposit includes code representing the full scope of iOS as defined in this report.  I

also understand that the Copyright Office reviewed and determined that the deposited code

demonstrated sufficient creativity to register the work.  I anticipate that a review of a broader

selection of source code reflecting new features offered in iOS 11.2.5 would confirm that the

authors of iOS 11.2.5 exercised creativity in writing the software to implement the new features in

iOS 11.2.5.

### 8.    iOS 11.3

127.    I have examined the Certificate of Registration,[132] source code deposit,[133] and video

---

[131] APL-CORELLIUM_00004909.

[132] APL-CORELLIUM_00004848.

[133] APL-CORELLIUM_00004611.

deposit[134] for iOS 11.3.

128.    As stated on the Certificate of Registration,[135] iOS 11.3 is an OS that was first released to the public on March 29, 2018.  It is registered with the U.S. Copyright Office under registration number TX 8-584-722.  The effective date of registration is August 8, 2018.

129.    Writing an OS is a significant undertaking for any team of programmers.  Balancing all of the requirements of an OS, including efficiency, security, reliability, ease of use, and functionality requires very high levels of programming and coding skill, and also significant creativity, judgment, and artistry to create an excellent product and user experience.  iOS 11.3 introduced numerous new features that required the authors who wrote the code to apply high levels of creativity, including but not limited to creativity in the ways they wrote code expressing the following examples of user features:[136]

- When an Apple feature asks to use your personal information, an icon now appears along with a link to detailed information explaining how your data will be used and protected;

- Recommends if a battery needs to be replaced;

- Introduces four new Animoji on iPhone X: lion, bear, dragon and skull.

130.    Each of these features would have required the software developers of iOS 11.3 to make creative decisions as they wrote the OS code regarding, for example, the ways in which the features are conveyed to, and interact with, the user.  For example:

- Providing contextual information when an Apple feature asks to use the user's

---

[134] APL-CORELLIUM_00005198.

[135] APL-CORELLIUM_00004848.

[136] APL-CORELLIUM_00044084 at APL-CORELLIUM_00044086-87.

personal information requires the programmer to write code that analyze and determine the situations in which the user is being asked for her personal information, present a visual cue to the user, and determine the correct link to explain how the users' data will be used that connects to the actual feature encountered by the user.  There are many ways in which one could write such code, and many ways in which one could alert the user to the ways in which she is approving use of her own data.  Apple's decisions in writing code to alert the user when she is authorizing the use of her personal information reflect the authors' own creative approaches to contextual notifications to the user.

- Recommending if a battery needs replacement requires the programmer to write code that reflects her judgment in selectively synthesizing available information from the device's battery performance over time to predict the benefit of a replacement.  There are many ways in which one could write such code, and many ways in which one could determine that a battery is in need of replacement.  Apple's decisions in writing code to recommend battery replacement reflect the authors' own creative approaches to intelligent recommendations to the user.

- Creating the "Animoji" requires Apple not only to create the artworks representing each graphical representation, but to also match the captured movement of the user and translate it into corresponding movement by the Animoji.  Not only are there many ways in which one can visually represent each Animoji character, there are also many ways in which one could measure movement from the user and translate that movement into corresponding movement by the graphical representation.  Apple's decisions in implementing each artwork for Animoji and writing code to

translate movement from a user to a graphical character reflects the authors' own creative approaches to visual representations.

131.    I understand that Apple deposited ▓▓▓▓▓▓ of iOS 11.3 source code with the Copyright Office in connection with the registration.[137]  I understand from my discussions with Apple that this source code deposit solely contains segments of the new code provided in iOS 11.3. I understand that the body of code considered by Apple in selecting the content of its source code deposit includes code representing the full scope of iOS as defined in this report.  I also understand that the Copyright Office reviewed and determined that the deposited code demonstrated sufficient creativity to register the work.  I anticipate that a review of a broader selection of source code reflecting new features offered in iOS 11.3 would confirm that the authors of iOS 11.3 exercised creativity in writing the software to implement the new features in iOS 11.3.

132.



---

[137] APL-CORELLIUM_00004611.

[138] APL-CORELLIUM_00005198.

███████████████████████████████████████████████

████████████████████████████

### 9.     iOS 11.4

133.     I have examined the Certificate of Registration[139] and source code deposit[140] for iOS 11.4.

134.     As stated on the Certificate of Registration,[141] iOS 11.4 is an OS that was first released to the public on May 29, 2018.  It is registered with the U.S. Copyright Office under registration number TX 8-611-420.  The effective date of registration is July 23, 2018.

135.     Writing an OS is a significant undertaking for any team of programmers.  Balancing all of the requirements of an OS, including efficiency, security, reliability, ease of use, and functionality requires very high levels of programming and coding skill, and also significant creativity, judgment, and artistry to create an excellent product and user experience.  iOS 11.4 introduced numerous new features that required the authors who wrote the code to apply high levels of creativity, including but not limited to creativity in the ways they wrote code expressing the following examples of user features:[142]

- Store your messages, photos, and other attachments in iCloud and free up space on your devices; all your messages appear when you sign into a new device with the same iMessage account; when you delete messages and conversations they are instantly removed from all your devices

---

[139] APL-CORELLIUM_00004960.

[140] APL-CORELLIUM_00004668.

[141] APL-CORELLIUM_00004960.

[142] APL-CORELLIUM_00044084 at APL-CORELLIUM_00044085.

136.     Each of these features would have required the software developers of iOS 11.4 to make creative decisions as they wrote the OS code regarding, for example, the ways in which the features are conveyed to, and interact with, the user.  For example:

- Enabling the user to store her messages and other media solely on iCloud to free up storage on her physical device and instantly repopulate the media on a new device requires the programmer to write code to securely store and access data on a cloud server and to make this storage arrangement appear seamless to the user.  There are many ways in which one could write such code, and many ways in which one could express the idea of seamlessly storing data remotely.  Apple's decisions in writing code to store user data in iCloud reflect the authors' own creative approaches to data storage and security.

137.     I understand that Apple deposited ▮▮▮▮ of iOS 11.4 source code with the Copyright Office in connection with the registration.[143]  I understand from my discussions with Apple that this source code deposit solely contains segments of the new code provided in iOS 11.4. I understand that the body of code considered by Apple in selecting the content of its source code deposit includes code representing the full scope of iOS as defined in this report.  I also understand that the Copyright Office reviewed and determined that the deposited code demonstrated sufficient creativity to register the work.  I anticipate that a review of a broader selection of source code reflecting new features offered in iOS 11.4 would confirm that the authors of iOS 11.4 exercised creativity in writing the software to implement the new features in iOS 11.4.

**10.     iOS 12.0**

---

[143] APL-CORELLIUM_00004668.

138.    I have examined the Certificate of Registration,[144] source code deposit,[145] Memoji Assets deposit,[146] and three video deposits[147] for iOS 12.0.

139.    As stated on the Certificate of Registration,[148] iOS 12.0 is an OS that was first released to the public on September 17, 2018.  It is registered with the U.S. Copyright Office under registration number TX 8-651-122.  The effective date of registration is December 4, 2018.

140.    Writing an OS is a significant undertaking for any team of programmers.  Balancing all of the requirements of an OS, including efficiency, security, reliability, ease of use, and functionality requires very high levels of programming and coding skill, and also significant creativity, judgment, and artistry to create an excellent product and user experience.  iOS 12.0 introduced numerous new features that required the authors who wrote the code to apply high levels of creativity, including but not limited to creativity in the ways they wrote code expressing the following examples of user features:[149]

- New For You tab helps you discover great photos in your library with Featured Photos, Effect Suggestions, and more

- Memoji,[150] a new, more customizable Animoji, make Messages more expressive

---

[144] APL-CORELLIUM_00005022.

[145] APL-CORELLIUM_00004776.

[146] APL-CORELLIUM_00004829.

[147] APL-CORELLIUM_00005196; APL-CORELLIUM_00005199; APL-CORELLIUM_00005200.

[148] APL-CORELLIUM_00005022.

[149] APL-CORELLIUM_00044053 at APL-CORELLIUM_00044062–63.

[150] APL-CORELLIUM_00004829; *How to Use Memoji on Your Iphone or iPad Pro*, Apple, https://support.apple.com/en-us/HT208986.

with personalized characters that are diverse and fun

141.     Each of these features would have required the software developers of iOS 12.0 to make creative decisions as they wrote the OS code regarding, for example, the ways in which the features are conveyed to, and interact with, the user.  For example:

- The identification of featured photos and suggested modifications to photos to make them more visually appealing requires the programmer to employ creative techniques and make decisions in writing code that will result in selecting visually attractive photos from a user's media, analyzing the photos, and presenting them along with any suggested modifications to the user.  There are many ways in which one could write such code, and many ways in which one could express the idea of selecting attractive or appealing photos and suggesting modifications.  Apple's decisions in writing code to implement this feature reflect the authors' own creative approaches to identifying featured photos and suggested modifications.

- Creating the "Memoji" requires Apple not only to create the artworks representing a wide variety of graphical representations, but to also match the captured movement of the user and translate it into corresponding movement by the Memoji. Not only are there many ways in which one can visually represent each Memoji created by users, there are also many ways in which one could measure movement from the user and translate that movement into corresponding movement by the graphical representation.  Apple's decisions in implementing each artwork for Memoji and writing code to translate movement from a user to a graphical character reflects the authors' own creative approaches to visual representations.

142.     I understand that Apple deposited ████████ of iOS 12.0 source code with the

Copyright Office in connection with the registration. I understand from my discussions with Apple that this source code deposit solely contains segments of the new code provided in iOS 12.0. I understand that the body of code considered by Apple in selecting the content of its source code deposit includes code representing the full scope of iOS as defined in this report. I also understand that the Copyright Office reviewed and determined that the deposited code demonstrated sufficient creativity to register the work. I anticipate that a review of a broader selection of source code reflecting new features offered in iOS 12.0 would confirm that the authors of iOS 12.0 exercised creativity in writing the software to implement the new features in iOS 12.0.

143.



---

[151] APL-CORELLIUM_00005196; APL-CORELLIUM_00005199; APL-CORELLIUM_00005200.

[152] APL-CORELLIUM_00005196 at 00:00–00:20.



144.

### 11.    iOS 12.1.1

145.    I have examined the Certificate of Registration[153] and source code deposit[154] for iOS 12.1.1.

146.    As stated on the Certificate of Registration,[155] iOS 12.1.1 is an OS that was first released to the public on December 5, 2018.  It is registered with the U.S. Copyright Office under registration number TX 8-668-993.  The effective date of registration is January 25, 2019.

147.    Writing an OS is a significant undertaking for any team of programmers.  Balancing all of the requirements of an OS, including efficiency, security, reliability, ease of use, and functionality requires very high levels of programming and coding skill, and also significant creativity, judgment, and artistry to create an excellent product and user experience.  iOS 12.1.1 introduced numerous new features that required the authors who wrote the code to apply high levels of creativity, including but not limited to creativity in the ways they wrote code expressing the following examples of user features:[156]

- Live Photo capture during one-to-one FaceTime calls[157]

148.    Each of these features would have required the software developers of iOS 12.1.1 to make creative decisions as they wrote the OS code regarding, for example, the ways in which the features are conveyed to, and interact with, the user.  For example:

- Capturing a "Live Photo" of a moment of a video conversation requires sensing

---

[153] APL-CORELLIUM_00005079.

[154] APL-CORELLIUM_00005026.

[155] APL-CORELLIUM_00005079.

[156] APL-CORELLIUM_00044053 at APL-CORELLIUM_00044060.

[157] https://support.apple.com/guide/iphone/take-a-live-photo-iph9b4b11222/ios.

when the user indicates she wants to take a "Live Photo," making a determination regarding the appropriate times to start and end the "Live Photo," and saving the audio and video snippet for the user.  There are many ways in which one could write such code, and many ways in which one could express the idea of taking a "Live Photo" from a video stream.  Apple's decisions in implementing this feature reflects the authors' own creative approaches to using creating short snippets from a video stream.

149.     I understand that Apple deposited ███████████ of iOS 12.1.1 source code with the Copyright Office in connection with the registration.[158]  I understand from my discussions with Apple that this source code deposit solely contains segments of the new code provided in iOS 12.1.1.  I understand that the body of code considered by Apple in selecting the content of its source code deposit includes code representing the full scope of iOS as defined in this report.  I also understand that the Copyright Office reviewed and determined that the deposited code demonstrated sufficient creativity to register the work.  I anticipate that a review of a broader selection of source code reflecting new features offered in iOS 12.1.1 would confirm that the authors of iOS 12.1.1 exercised creativity in writing the software to implement the new features in iOS 12.1.1.

### 12.     iOS 12.2

150.     I have examined the Certificate of Registration[159] and source code deposit[160] for

---

[158] APL-CORELLIUM_00005026.

[159] APL-CORELLIUM_00005149.

[160] APL-CORELLIUM_00005081.

iOS 12.2.

151.     As stated on the Certificate of Registration,[161] iOS 12.2 is an OS that was first released to the public on March 25, 2019.  It is registered with the U.S. Copyright Office under registration number TX 8-759-263.  The effective date of registration is June 25, 2019.

152.     Writing an OS is a significant undertaking for any team of programmers.  Balancing all of the requirements of an OS, including efficiency, security, reliability, ease of use, and functionality requires very high levels of programming and coding skill, and also significant creativity, judgment, and artistry to create an excellent product and user experience.  iOS 12.2 introduced numerous new features that required the authors who wrote the code to apply high levels of creativity, including but not limited to creativity in the ways they wrote code expressing the following examples of user features:[162]

- Ask Siri on your iPhone or iPad to play any video, show, movie, sports game, or channel on Apple TV. For example, "Hey Siri, play Free Solo on my TV"

- Four new Animoji—owl, boar, giraffe and shark—are included for iPhone X and later

153.     Each of these features would have required the software developers of iOS 12.2 to make creative decisions as they wrote the OS code regarding, for example, the ways in which the features are conveyed to, and interact with, the user.  For example:

- Understanding the context of an user's request such that when a user asks to "play Free Solo on my TV," the system is able to respond in a meaningful way requires the programmer to write code that will creatively identify what hardware device is

---

[161] APL-CORELLIUM_00005149.

[162] APL-CORELLIUM_00044053 at APL-CORELLIUM_00044057.

represented by the user's identification of "TV," what video is represented by the user's identification of "Free Solo," and then respond to the user's request accordingly.  There are many ways in which one could write such code, and many ways in which one could express the idea of contextually understanding a request to play a video on a device.  Apple's decisions in implementing this feature reflects the authors' own creative approaches to playing videos on specific devices.

- Creating the "Animoji" requires Apple not only to create the artworks representing a wide variety of graphical representations, but to also match the captured movement of the user and translate it into corresponding movement by the Animoji. Not only are there many ways in which one can visually represent the Animoji characters, there are also many ways in which one could measure movement from the user and translate that movement into corresponding movement by the graphical representation.  Apple's decisions in implementing each artwork for Animoji and writing code to translate movement from a user to a graphical character reflects the authors' own creative approaches to visual representations.

154.    I understand that Apple deposited ▮▮▮▮▮▮▮▮▮ of iOS 12.2 source code with the Copyright Office in connection with the registration.[163]  I understand from my discussions with Apple that this source code deposit solely contains segments of the new code provided in iOS 12.2. I understand that the body of code considered by Apple in selecting the content of its source code deposit includes code representing the full scope of iOS as defined in this report.  I also understand that the Copyright Office reviewed and determined that the deposited code demonstrated sufficient creativity to register the work.  I anticipate that a review of a broader selection of source code

---

[163] APL-CORELLIUM_00005081.

reflecting new features offered in iOS 12.2 would confirm that the authors of iOS 12.2 exercised creativity in writing the software to implement the new features in iOS 12.2.

**B.      Graphical User Interface Elements ("GUI Elements")**

**1.      Apple Icons – iOS 9 Compilation – iPhone 6s Built-in Apps**

155.    I have examined the Certificate of Registration[164] for "Apple icons – iOS 9 compilation – iPhone 6s Built-in Apps."

156.    As stated on the Certificate of Registration,[165] "Apple icons – iOS 9 compilation – iPhone 6s Built-in Apps" is a compilation of icons that was first published on September 15, 2015. It is registered with the U.S. Copyright Office under registration number VA 2-061-057.  The effective date of registration is October 19, 2016.

157.    The Certificate of Registration contains a representation of the visual art embodied by the compilation of icons registered:

---

[164] APL-CORELLIUM_00004856.

[165] *Id.*



158. I understand that there are many ways in which one might visually depict an icon for an application. For example, the icon for "Videos" appears to depict a "clapperboard" used in filmmaking. The author could have represented the concept of "Videos" in a variety of other ways. For instance, Apple could have made the choice to show a representation of a video camera, director's chair, or a film reel. But instead, Apple chose to display a clapperboard, along with a particular graphical layout with specific colors and arrangements of the graphics. I understand the decisions to include these elements reflect the exercise of creativity and originality on the part of the authors.

159. In addition to a number of the individual icons exhibiting creativity, the deposit also demonstrates creative choice in selecting this particular set of icons together.

**2. Apple Icons – iOS 11 Compilation – iPhone 8 Built-in Apps**

160.    I have examined the Certificate of Registration[166] for "Apple icons – iOS 11 compilation – iPhone 8 Built-in Apps."

161.    As stated on the Certificate of Registration,[167] "Apple icons – iOS 11 compilation – iPhone 8 Built-in Apps" is a compilation of icons that was first published on September 19, 2017. It is registered with the U.S. Copyright Office under registration number VA 2-100-045.  The effective date of registration is December 8, 2017.

162.    The Certificate of Registration contains a representation of the visual art embodied by the compilation of icons registered:

---

[166] APL-CORELLIUM_00004854.

[167] *Id.*



163.    I understand that there are many ways in which one might visually depict an icon for an application.  For example, the icon for "Find my iPhone" appears to depict a radar display.  The author could have represented the concept of "Find my iPhone" in a variety of other ways.  For instance, Apple could have made the choice to show a representation of a detective holding a magnifying glass, a pair of binoculars, or map location pinpoint.  But instead, Apple chose to show a radar display, along with a particular graphical layout with specific colors and arrangements of the graphics.  I understand the decisions to include these elements reflect the exercise of creativity and originality on the part of the authors.

164.    In addition to a number of the individual icons exhibiting creativity, the deposit

also demonstrates creative choice in selecting this particular set of icons together.

### 3. Apple Bokeh (bubble) Wallpaper iOS 7

165.    I have examined the Certificate of Registration[168] for "Apple Bokeh (bubble) Wallpaper iOS 7."

166.    As stated on the Certificate of Registration,[169] "Apple Bokeh (bubble) Wallpaper iOS 7" is 2-D artwork that was first published on September 18, 2013.  It is registered with the U.S. Copyright Office under registration number VA 1-922-660.  The effective date of registration is March 27, 2014.

167.    The Certificate of Registration contains a representation of the visual art embodied by the registered wallpapers, e.g.:



---

[168] APL-CORELLIUM_00004962.

[169] *Id.*

There are also similar works contained in the Certificate of Registration in different colors.

168.    I understand that there are many ways in which one might visually present a wallpaper that would be visually pleasing to a user.  For example, a background wallpaper for a phone could consist of a photograph of a real-life location like the Grand Canyon.  A background wallpaper for a phone could also consist of a piece of artwork.  I understand the particular graphical layout with specific colors and arrangements of graphics registered by Apple to reflect the exercise of artistry, creativity, and originality on the part of the authors.

### 4.    Apple Wallpaper – Flower Magenta (iOS 8)

169.    I have examined the Certificate of Registration[170] for "Apple Wallpaper – Flower magenta (iOS 8)."

170.    As stated on the Certificate of Registration,[171] "Apple Wallpaper – Flower magenta (iOS 8)" is 2-D artwork that was first published on September 17, 2014.  It is registered with the U.S. Copyright Office under registration number VA 1-967-209.  The effective date of registration is August 19, 2015.

171.    The Certificate of Registration contains a representation of the visual art embodied by the registered wallpaper:

_____

[170] APL-CORELLIUM_00004994.

[171] *Id.*



172.    I understand that there are many ways in which one might visually present a wallpaper that would be visually pleasing to a user.  For example, a background wallpaper for a phone could consist of a photograph of a real-life location like the Grand Canyon.  A background wallpaper for a phone could also consist of a piece of artwork.  I understand the particular graphical layout with specific colors and arrangements of graphics registered by Apple to reflect the exercise of artistry, creativity, and originality on the part of the authors.

### 5.    Apple Wallpaper – Flower Chrysanthemum Purple (iOS 8)

173.    I have examined the Certificate of Registration[172] for "Apple Wallpaper – Flower Chrysanthemum Purple (iOS 8)."

174.    As stated on the Certificate of Registration,[173] "Apple Wallpaper – Flower Chrysanthemum Purple (iOS 8)" is 2-D artwork that was first published on September 17, 2014. It is registered with the U.S. Copyright Office under registration number VA 1-967-206.  The effective date of registration is August 19, 2015.

175.    The Certificate of Registration contains a representation of the visual art embodied by the registered wallpaper:



176.    I understand that there are many ways in which one might visually present a wallpaper that would be visually pleasing to a user.  For example, a background wallpaper for a phone could consist of a photograph of a real-life location like the Grand Canyon.  A background wallpaper for a phone could also consist of a piece of artwork.  I understand the particular graphical layout with specific colors and arrangements of graphics registered by Apple to reflect the exercise of artistry, creativity, and originality on the part of the authors.

---

[172] APL-CORELLIUM_00004970.

[173]*Id.*

### 6.    Apple Wallpaper – Abstract Ink Spot in Blue and Green (iOS 8)

177.    I have examined the Certificate of Registration[174] for "Apple Wallpaper – Abstract ink spot in blue and green (iOS 8)."

178.    As stated on the Certificate of Registration,[175] "Apple Wallpaper – Abstract ink spot in blue and green (iOS 8)" is 2-D artwork that was first published on September 17, 2014.  It is registered with the U.S. Copyright Office under registration number VA 1-967-208.  The effective date of registration is August 19, 2015.

179.    The Certificate of Registration contains a representation of the visual art embodied by the registered wallpaper:

---

[174] APL-CORELLIUM_00004984.

[175] *Id.*



180.    I understand that there are many ways in which one might visually present a wallpaper that would be visually pleasing to a user.  For example, a background wallpaper for a phone could consist of a photograph of a real-life location like the Grand Canyon.  A background wallpaper for a phone could also consist of a piece of artwork.  I understand the particular graphical layout with specific colors and arrangements of graphics registered by Apple to reflect the exercise of artistry, creativity, and originality on the part of the authors.

## IX.    THE CORELLIUM APPLE PRODUCT

181.    The Corellium Apple Product provides the ability to virtualize a variety of Apple and non-Apple devices.  For example, the Corellium Apple Product enables users to create a virtual iPhone device running a user-specified version of iOS by interacting with a virtual device through

a web interface rather than on a physical, Apple-authorized device like an iPhone.[176]  The user can then interact with the virtual device as if it were an actual iPhone, connect the device to a variety of test and development tools, including tools ███████████████████████

████████████████████████████████████████████████████[177]

182.    Corellium has described the Corellium Apple Product as able to "[r]un any version of iOS."[178]

183.    I understand that Corellium sells two "flavors" of the Corellium Apple Product: in-cloud ("Cloud Product") and on-premises ("On-Prem Product").  When I use the term "Corellium Apple Product" in this Report, I refer to both the Cloud Product and the On-Prem Product unless I otherwise specify.

184.    I understand that the On-Prem Product provides the services of the Corellium Apple Product on private hardware installed at a user-selected location.  Users of the On-Prem Product visit Corellium with their web browsers, and the browser directly interacts with the web server software installed at their location.

185.    I understand that the Cloud Product provides the services of the Corellium Apple Product to users without users having to set up any hardware.  Users of the Cloud Product visit the Corellium product with their web browsers, and they are served data from any of three redundant physical server nodes administered by Corellium.

186.    In this section, I lay out my current understanding of how the Corellium Apple

---

[176] *See* APL-CORELLIUM_00006643.

[177] *Id*. at APL-CORELLIUM_00006654.

[178] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

Product works.  However, Corellium has made available very few technical documents for me to meaningfully review, and I would need more technical information to fully evaluate and analyze the Corellium Apple Product.  For example, while I have received and reviewed over 500 PDF documents containing source code purportedly utilized by the Corellium Apple Product, these documents do not enable me to meaningfully review them as-produced because they were provided to me as individual files, completely apart from a software repository or any other context with respect to how they are integrated into the Corellium Apple Product.  As produced, there is no way for me to determine whether the source code is a full and complete set of code representing any given version of the Corellium Apple Product.  Further, I understand that, to date, Corellium has not produced any source code or technical documentation regarding its hypervisor, which Corellium itself describes as ████████████████████████████[179]  Corellium's production is necessarily deficient for the purposes of my review unless it includes source code and technical documentation for Corellium's hypervisor.  Corellium's hypervisor almost certainly performs the critical operations discussed below, including creating, running, and interacting with the iOS virtual devices.  Accordingly, my understanding of the Corellium Apple Product has necessarily been limited by the insufficient amount of information, documents, and code Corellium has made available.  My observations regarding the operation of the Corellium Apple Product are based largely on my review of Corellium's own interrogatory responses, rather than on my personal review of technical documents and code.

187.    I reserve the right to modify, correct, and add to this report upon my review of additional information, documents, and source code produced in this case.

### A.    Hardware and Software

[179] Corellium-025432 at 3.

188.    The Corellium Apple Product uses a hypervisor running on an ARM server to launch and manage its virtual devices.[180]  It refers to its custom hypervisor as the "Corellium Hypervisor on ARM" or "CHARM."[181]



189.    Corellium appears to be using █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

190.    The hardware running the Cloud Product is ██████████████████████████████████████

---

[180] *See* @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489; APL-CORELLIUM_00006643 at APL-CORELLIUM_00006648.

[181] *See* @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489; APL-CORELLIUM_00006643 at APL-CORELLIUM_00006648.

[182] *See, e.g.*, Correllium-003696; Correllium-014463; Correllium-014662.



191.    Customers of the On-Prem Product ███████████████████████████

192.    ███████████████████████████████████

████████████████████.   While Corellium has not made available any technical

documentation for me to review regarding its hypervisor, ██████████████████

Because Corellium has not provided any

technical documentation regarding the CHARM hypervisor, my observations about this aspect of

the Corellium Apple Product are necessarily limited.  I reserve the right to supplement my opinion

and analysis of the Corellium Apple Product if and when I receive more relevant information from

---

[183] *See, e.g.*, Corellium-003696.

[184] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 11; Corellium-014463.

[185] *See* Corellium-014463; Corellium-014662.

[186] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 6.

[187] ███████████████████████

[188] *See* APL-CORELLIUM_00006643 at APL-CORELLIUM_00006648.

Corellium.

**B.    Setup and Configuration**

193.    For the On-Prem Product, ███████████████████

████████████████████████████████████████

███████████████████████████.[189]

194.    ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████.[190]

195.    ████████████████████████████████████

████████████████████████████████████████

██████████████████████.[191]

196.    ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████.[192]

197.    ████████████████████████████████████

████████████████████████████████████████

---

[189] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 11.

[190] *See id.*

[191] *See id.*

[192] *See id.*



198.

199.    I have accessed at least one version of the Cloud Product by using credentials supplied by Corellium for use in connection with this litigation.  I used the following credentials to log into the Cloud Product:



200.    During my testing of the Cloud Product,

---

[193] *See id.*

[194] *See id.*

[195] Corellium-014520.

[196] Corellium-014520; Corellium-014463 at Corellium-014465.

[197] Corellium-014463 at Corellium-014465.

[198] Corellium-014520.

[199] *Id.*



**C.      Selecting a New Virtual Device in the Corellium Apple Product**

201.      In general, I understand that the Corellium Apple Product ▮▮▮▮▮▮▮

██████████.[200]

202.    By comparing the publicly available videos I have reviewed that display the operation of the Corellium Apple Product with the version of the Corellium Apple Product that I accessed myself, ███████████████████████████████████████

███████████████████████.  At least some versions of the Corellium Apple Product have offered the option for a user to "Copy Previous Install," which allowed a user to "Clone a freshly restored state of one of your other devices."[201]  ████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████

---

[200] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 12.

[201] *See* Corellium-016734; https://www.youtube.com/watch?v=6rmTfmdUIVY at 1:38.



203.    By comparing the publicly available videos I have reviewed that display the operation of the Corellium Apple Product with the version of the Corellium Apple Product that I accessed myself, ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████.

204.    ████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████



205.



206.

---

[202] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 13.



207. ▮▮▮▮▮▮ previous versions of the Cloud Product presented various options to the user, which allowed the user to select the hardware device and version of iOS to virtualize.[203] For example, a user could select iPhone 6 from a list of devices, and then select iOS 11.2.6 for installation on that virtual device:[204]

---

[203] *See* https://www.youtube.com/watch?v=6rmTfmdUIVY at 1:08–1:55.

[204] *See id.* at 1:55.



208. ███████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████   ██████████████ in one public video, the Cloud Product

presented a drop-down list containing at least iOS 12.0, 11.4, 11.3.1, 11.3, 11.2.6, 11.2.5, 11.2.2,

11.2.1, 11.2, 11.1.1, and 11.1.[206]

209. ██████████████████████████████████████████████████

███████████████████████████████████████████████████████

---

[205] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 13; Corellium's Second Amended Interrogatory Responses (Feb. 24, 2020) at 12.

[206] https://www.youtube.com/watch?v=9sZZZhPnunY at 2:35–2:41.

████████ ██   ████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████ ██

210.   Before creating the virtual device, the Corellium Apple Product also presents a number of options to the user, including an option to create a virtual machine running a jailbroken or a non-jailbroken version of the iOS build identified.[209]  A "jailbroken" version of iOS is one in which applications and code not available from Apple or its Apple Store can run on iOS.

211.   During my testing,   ████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████

---

[207] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 13.

[208] *See id.* at 11, 13.

[209] *See* https://www.youtube.com/watch?v=6rmTfmdUIVY at 1:41–1:50.



212.



213. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉



214. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉▉▉▉



215.    I have not yet seen or interacted with any version of the On-Prem Product because, as I understand, Corellium has not made that product available for my review or inspection.  If the presentation of available options for virtual devices on the On-Prem Product is similar or identical to the presentation provided in various versions of the Cloud Product, then the list of devices available to the user as pre-configured options will vary based on the way that particular customer set up the On-Prem Product.

**D.    Creating A New Virtual Device on the Corellium Apple Product**

216.    ███████████████████████████████████████



217.

218.

219.

---

[210] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 14–15.

[211] *See id.*

[212] *See id.* at 15.

[213] *See id.*

[214] *See id.*

[215] *See* Corellium's Second Amended Interrogatory Responses (Feb. 24, 2020) at 13.

[216] *See* Section IX.C., *supra*.



220.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[217]   The limited source code Corellium did make available for me to review appears to show ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

221.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

222.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[217] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 15, 17–20.

[218] Corellium-022069.

[219] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 17.



223.

224.

225.

---

[220] *See id.*

[221] *See id.*

[222] *See id.* at 18.

[223] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 18; Corellium-014476 at Corellium-014478.

[224] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 18, 20.

[225] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 19.

[226] *See id.*

226. 

---

[227] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 18–19.

[228] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 18–19; Corellium-014476 at Corellium-014480.

[229] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 18–19.

[230] Correllium-014476 at Corellium-014480.

[231] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 19.

[232] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 18–19.



227. ███████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

228.     Because Corellium has not provided the full scope of technical details about its hypervisor, my understanding of Corellium's modifications are based almost entirely on Corellium's own assertions of how its product works in its interrogatory responses.  I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

229. ███████████████████████████████████████

████████████████████████████████████████████████

████████████████.[237]  I have not yet been given enough technical documentation from

---

[233] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 19.

[234] *See id.*

[235] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 19; Corellium-014476 at Corellium-014478–79.

[236] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 18–19.

[237] *See* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 20.

Corellium to say exactly how ███████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████

### E.      Operation of the Corellium Apple Product

230.     I assume, for the purposes of this report, that the operation of the On-Prem Product operates in substantially the same way and has substantially the same functionality as the Cloud Product.  However, I have not received access to any example of the On-Prem Product, nor have I reviewed documentation sufficient to determine what, if any, differences in functionality exist between the Cloud Product and the On-Prem Product from the perspective of Corellium's users.  I reserve the right to supplement, update, or edit my opinion after reviewing additional documentation and evidence in this case.

231.     ███████████████████████████████████████████████████

███████████████████████, the Corellium Apple Product presents the screen of the virtual device to the user as if it were iOS running on an actual Apple hardware device.[238]  The image below was taken from a computer using the Corellium Apple Product, and is not a photo of an actual iPhone. [239]

---

[238] *See* https://www.youtube.com/watch?v=6rmTfmdUIVY at 3:50.

[239] *See id.*



232.    The software license agreement applicable to the virtualized version of iOS is not presented to the user upon installation and boot of the device.[240]

233.    Once a virtual device has been created, the user can use the virtual device as if it were an actual piece of authorized Apple hardware running the specified version of iOS, even though it is not.  The GUI Elements of iOS are rendered on the virtual device's "screen" and operate as if it were running on a hardware device.  For instance, the user may connect to the device's virtual screen and interact with it through virtual "touches" with a mouse or trackpad.[241]  Of course, the user is not actually holding a physical Apple device, and is not literally touching it.

234.    The Corellium Apple Product also allows a user to interact with the virtual device through certain tools, including cycript, which is a tool that allows users to examine and interact

---

[240] *See id.* at 3:15–3:23.

[241] *Id.* at 3:20–3:48.

with certain data regarding running processes on the virtualized device.[242]

235.    

236.

_____

[242] *Id.* at 3:49–4:22.

[243] Correllium-014520 ("▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮"); *see* Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 14.

[244] Corellium's Third Amended Interrogatory Responses (Feb. 27, 2020) at 15.

[245]*Id.*



237. ██████████████████████████████████████████████

████████████████████████ ████████████████████████████

████████████████████████ ██████████████████████████

████████████████████████ ██████████████████████████

████████████████████

238. ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████ ███████████████████████████████████

---

[246] *Id.*

[247] *Id.*

[248] Correllium-014520 at 7 ("█████████████████████████████████
████████████████████ .").

[249] *Id.*

[250] Correllium-025432 at 1, 5.

███████████████████████████████████████████████

███████████████████████████████████

239.    ████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████



240.    ████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████[4]

**X.    CORELLIUM'S UNAUTHORIZED REPRODUCTION OF, PREPARATION OF DERIVATIVE WORKS FROM, DISTRIBUTION OF, AND DISPLAY OF**

---

[251] *Id.*

[252] Correllium-014360 at Correllium-014360.

[253] Correllium-014520 at 9.

[254] Correllium-025432 at 12.

## APPLE'S COPYRIGHTED WORKS

### A.     iOS

#### 1.     iOS 9.0

241.     Based on all the evidence available to me to date, Corellium modifies, copies, and distributes iOS 9.0.  I understand that the U.S. Copyright Office has issued a registration certificate for iOS 9.0, Registration No. TX 8-205-229.[255]  I understand this registration covers all copyrightable aspects of Apple's code for the entire iOS 9.0 environment, including all copyrightable aspects of "iOS" as I define it in this report.

242.     The Corellium Apple Product supports iOS 9.0.  Corellium has publicly claimed that its hypervisor can "[r]un any version of iOS."[256]  ██████████████████████████

████████████████████████████████████████████

████████     Additionally, on January 10, 2018, Corellium's Twitter account posted a screenshot of the Corellium Apple Product displaying the setup of a virtualized iPhone 6 running iOS 9[258]:

---

[255] APL-CORELLIUM_00004850.

[256] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

[257] Corellium-017716.

[258] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.



243.    As an initial matter, the Corellium Apple Product necessarily makes a copy of portions of iOS 9.0 in the memory of the server running its hypervisor when the Corellium Apple Product launches a virtual machine running iOS 9.0.  For the Cloud Product, ███████████ ███████████████████████████████████████████████████████████[9] For the On-Prem Product, ███████████████████████████████████████████████████████████████ ████████████████████████████████████

---

[259] *See* Section IX.A., *supra.*

[260] *See* Section IX.A., *supra.*

244.    The Corellium Apple Product also makes at least one copy of iOS 9.0 when it creates a new iOS 9.0 virtual device.  As discussed above, the IPSW file contains an image of iOS object code, along with other data.[261]  The Corellium Apple Product ███████████████████████ ████████████████████.[262] If a user selects or provides iOS 9.0, the Corellium Apple Product ██████████████████████████████████████████████████████ ██████████████████████.[263]   For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████████ █████████████████████████████.[264]  For the On-Prem Product, the limited evidence Corellium has  provided,  while  circumstantial,  strongly  indicates ██████████████████████████ ████████████████████████████████.[265]

245.    The Corellium Apple Product also makes at least one copy of iOS 9.0 ████████████ █████████████████████████████████████.  As discussed above, the Corellium Apple Product ██████████████████████████████████████████████████████ █████████████████████.[266]  Additionally, █████████████████████████████ ██████████████████████████████████████████████████████

---

[261] *See* Section VII.A., *supra*.

[262] *See* Section IX.D, *supra*.

[263] *See id.*

[264] *See* Section IX.A., *supra*.

[265] *See id.*

[266] *See* Section IX.E., *supra*.

██████████████████████.[267]  For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████████

██████████████████████.[268]  For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ███████████████████████

████████████████████████████.[269]

246.    The Corellium Apple Product also makes, or made, at least one copy of iOS 9.0 whenever it creates or created a new iOS virtual device by "Copy[ing a] Previous Install" of another iOS 9.0 virtual device.[270]  As discussed above, ██████████████████████

██████████████████████████████████.[271]  The Corellium Apple Product explicitly said it will "Copy Previous Install" to create a new virtual device, ██████████████████████████████

██████████.[272]  For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████████

██████████.[273]  For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████

---

[267] Correllium-025432 at 5; *see* Section IX.E., *supra*.

[268] *See* Section IX.A., *supra*.

[269] *See* Section IX.A., *supra*.

[270] *See* Section IX.C, *supra*.

[271] *See* Section IX.D, *supra*.

[272] *See* Section IX.D, *supra*.

[273] *See* Section IX.A., *supra*.

███████████████████████████████ ███████████████████████████████████

████████████████████████████████████████████

247.    The Corellium Apple Product makes a modified version of iOS 9.0 when it creates

a new iOS 9.0 virtual device.  For the Corellium Apple Product to run iOS 9.0 on its virtualized

hardware, as discussed above, ██████████████████████████████████████████

███████████████████████████████ ██████████████████████████████████████

███████████████████████████████████  Accordingly, the

evidence I have reviewed so far supports a conclusion that Corellium creates a derivative work of

iOS 9.0 every time the Corellium Apple Product ████████████████████████████

████████████

248.    The Corellium Apple Product also enables Corellium, and Corellium's customers

who are administrators of the On-Prem Product, to distribute iOS 9.0 by making it available to

other Corellium users.  As discussed above, ██████████████████████████████

█████████████████████████████████████████████████

████████████████████████  Accordingly, the On-Prem Product enables Corellium's

customers to make copies of iOS and distribute those copies however the customer wants.

Additionally, as discussed above, ████████████████████████████████████████

█████████████████████████████████████████████████

---

[274] *See id.*

[275] *See* Section IX.C, *supra.*

[276] *See* Section IX.D., *supra.*

[277] Correllium-025432 at 5; *see* Section IX.E., *supra.*



As discussed above, based on my testing of the product, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮ Each time a copy of iOS 9.0 is made available to a new user, Corellium or its customers are distributing iOS 9.0 to another person.

249. The Corellium Apple Product also publicly displays the GUI images and elements embodied in Apple's copyrighted iOS 9.0 when it creates a new iOS 9.0 virtual device and displays it to the user. As discussed above, the IPSW file contains an image of iOS 9.0, which includes the data containing all graphical images used by iOS 9.0, including the icons for the default applications installed in iOS 9.0, the default background wallpaper images, and other graphical images used by iOS 9.0 and its default applications to communicate to the user.[280] When Corellium creates a new virtual device, it displays the visual output of iOS 9.0 to the user, including applications and associated icons stored on that version of iOS by default.[281] Further, as discussed above, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[278] *See* Section IX.B, *supra*; Corellium-014520 at 3 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[279] *See* Section IX.B, *supra*.

[280] *See* Section VII.C., *supra*.

[281] *See* Section IX.E., *supra*.

██████████████████████████████████████████████.[282]

250.    Corellium likely possesses additional evidence of its unauthorized uses of iOS 9.0 that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain ████████████████████████████████████

████████████████████████████████████████████████████████

███████████  Similarly, because Corellium has not made available the technical details regarding

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

Additionally, because Corellium has not made available any previous versions of the Corellium Apple Product for my review, I have been unable to verify how any previously provided functionality likely operated to copy, modify, or distribute Apple's copyrighted iOS code, including ██████████████████████████████████████by the "Copy Previous Install" function.  Additionally, because Corellium has not provided details regarding ███████ ████████████████ and because Corellium has not made available an On-Prem Product for me to inspect, I have been unable to determine whether ███████████████████████ ████████████████████ results in additional copies of iOS.

251.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 2.    iOS 9.1

---

[282] *See* Section IX.B, *supra*; Corellium-014520 at 3 ██████████████████████████ ██████████████████████████████████████████

252.     Based on all the evidence available to me to date, Corellium modifies, copies, and distributes iOS 9.1.  I understand that the U.S. Copyright Office has issued a registration certificate for iOS 9.1, Registration No. TX 8-205-204.[283]  I understand this registration covers all copyrightable aspects of Apple's code for the entire iOS 9.1 environment, including all copyrightable aspects of "iOS" as I define it in this report.

253.     The Corellium Apple Product supports iOS 9.1.  Corellium has publicly claimed that its hypervisor can "[r]un any version of iOS."[284] ███████████████████████████

████████████████████████████████████████████████████████████████████████

███████████

254.     As an initial matter, the Corellium Apple Product necessarily makes a copy of portions of iOS 9.1 in the memory of the server running its hypervisor when the Corellium Apple Product launches a virtual machine running iOS 9.1.  For the Cloud Product, ████████████

█████████████████████████████████████████████████████ For the On-Prem Product, ███████████████████████████████████████████████████████████

██████████████████████████

255.     The Corellium Apple Product also makes at least one copy of iOS 9.1 when it

---

[283] APL-CORELLIUM_00004852.

[284] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/95127783095871489.

[285] Corellium-017716.

[286] See Section IX.A., supra.

[287] See Section IX.A., supra.

creates a new iOS 9.1 virtual device.  As discussed above, the IPSW file contains an image of iOS object code, along with other data.[288]  The Corellium Apple Product ███████████████████████

███████████████████  If a user selects or provides iOS 9.1, the Corellium Apple Product

███████████████████████████████████████████████████████████████

██████████████████.[290]  For the Cloud Product, the limited evidence Corellium has

provided, while circumstantial, strongly indicates ██████████████████████████████████

████████████████  For the On-Prem Product, the limited evidence Corellium

has provided, while circumstantial, strongly indicates ████████████████████████████████

███████████████████████████

256.   The Corellium Apple Product also makes at least one copy of iOS 9.1 █████████

███████████████████████.  As discussed above, the Corellium Apple Product

███████████████████████████████████████████████████████████████

██████████████.[293]  Additionally, █████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████  For the Cloud Product, the limited evidence Corellium has

---

[288] *See* Section VII.A., *supra.*

[289] *See* Section IX.D, *supra.*

[290] *See id.*

[291] *See* Section IX.A., *supra.*

[292] *See id.*

[293] *See* Section IX.E., *supra.*

[294] Correllium-025432 at 5; *see* Section IX.E., *supra.*

provided, while circumstantial, strongly indicates ████████████████████████ ████████████████████ ██ For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ███████████████████ ████████████████████████ ██

257.    The Corellium Apple Product also makes, or made, at least one copy of iOS 9.1 whenever it creates or created a new iOS virtual device by "Copy[ing a] Previous Install" of another iOS 9.1 virtual device.[297]  As discussed above, █████████████████ ████████████████████████████[298]  The Corellium Apple Product explicitly said it will "Copy Previous Install" to create a new virtual device, ██████████████████████████ ████████████[299]  For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████ ████████.[300]  For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates █████████████████ █████████████.[301]  ██████████████

---

[295] *See* Section IX.A., *supra.*

[296] *See* Section IX.A., *supra.*

[297] *See* Section IX.C, *supra.*

[298] *See* Section IX.D, *supra.*

[299] *See* Section IX.D, *supra.*

[300] *See* Section IX.A., *supra.*

[301] *See id.*

██████████████████████████████████████████████.[302]

258.    The Corellium Apple Product makes a modified version of iOS 9.1 when it creates a new iOS 9.1 virtual device.  For the Corellium Apple Product to run iOS 9.1 on its virtualized hardware, as discussed above, ████████████████████████████████████████████ ████████████████████████████████ ███████████████████████████████ ████████████████████████████████████████  Accordingly, the evidence I have reviewed so far supports the conclusion that Corellium creates a derivative work of iOS 9.1 every time the Corellium Apple Product ██████████████████████████████ ████████████████████

259.    The Corellium Apple Product also enables Corellium, and Corellium's customers who are administrators of the On-Prem Product, to distribute iOS 9.1 by making it available to other Corellium users.  As discussed above, ███████████████████████████████████ ████████████████████████████████████████████████████ ██████████████████████████  Accordingly, the On-Prem Product enables Corellium's customers to make copies of iOS and distribute those copies however the customer wants. Additionally, as discussed above, ██████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████

---

[302] *See* Section IX.C, *supra.*

[303] *See* Section IX.D., *supra.*

[304] Correllium-025432 at 5; *see* Section IX.E., *supra.*

██████████████████████████████████.[305]  As discussed above, based on my testing of the

product, ████████████████████████████████████████████████████████████

████████████████████████.[306]  Each time a copy of iOS 9.1 is made available to a new user,

Corellium or its customers are distributing iOS 9.1 to another person.

260.    The Corellium Apple Product also publicly displays the GUI images and elements

embodied in Apple's copyrighted iOS 9.1 when it creates a new iOS 9.1 virtual device and displays

it to the user.  As discussed above, the IPSW file contains an image of iOS 9.1, which includes the

data containing all graphical images used by iOS 9.1, including the icons for the default

applications installed in iOS 9.1, the default background wallpaper images, and other graphical

images used by iOS 9.1 and its default applications to communicate to the user.[307]  When Corellium

creates a new virtual device, it displays the visual output of iOS 9.1 to the user, including

applications and associated icons stored on that version of iOS by default.[308]  Further, as discussed

above, ██ ██████ ████ ████ ████ ████ ██ █ ██████ ████ ████ ████ █ ██

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████ ██

---

[305] *See* Section IX.B, *supra*; Corellium-014520 at 3 ████████████████████████████
████████████████████████████████████████

[306] *See* Section IX.B, *supra*.

[307] *See* Section VII.C., *supra*.

[308] *See* Section IX.E., *supra*.

[309] *See* Section IX.B, *supra*; Corellium-014520 at 3 ████████████████████████████
████████████████████████████████████████

261.     Corellium likely possesses additional evidence of its unauthorized uses of iOS 9.1 that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain ███████████████████████████████████

████████████████████████████████████████████████████████████

█████████ Similarly, because Corellium has not made available the technical details regarding ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

Additionally, because Corellium has not made available any previous versions of the Corellium Apple Product for my review, I have been unable to verify how any previously provided functionality likely operated to copy, modify, or distribute Apple's copyrighted iOS code, including █████████████████████████████████████ by the "Copy Previous Install" function.  Additionally, because Corellium has not provided details regarding ████████ ██████████████████████ and because Corellium has not made available an On-Prem Product for me to inspect, I have been unable to determine whether ████████████████████████ ██████████████████████████████ results in additional copies of iOS.

262.     I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 3.     iOS 10.0

263.     Based on all the evidence available to me to date, Corellium modifies, copies, and distributes iOS 10.0.  I understand that the U.S. Copyright Office has issued a registration certificate for iOS 10.0, Registration No. TX 8-344-158.[310]  I understand this registration covers

---

[310] APL-CORELLIUM_00004844.

all copyrightable aspects of Apple's code for the entire iOS 10.0 environment, including all copyrightable aspects of "iOS" as I define it in this report.

264.    The Corellium Apple Product supports iOS 10.0.  Corellium has publicly claimed that its hypervisor can "[r]un any version of iOS."[311]



265.    As an initial matter, the Corellium Apple Product necessarily makes a copy of portions of iOS 10.0 in the memory of the server running its hypervisor when the Corellium Apple Product launches a virtual machine running iOS 10.0.  For the Cloud Product, ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[314]  For the On-Prem Product, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮.[315]

266.    The Corellium Apple Product also makes at least one copy of iOS 10.0 when it creates a new iOS 10.0 virtual device.  As discussed above, the IPSW file contains an image of iOS object code, along with other data.[316]  The Corellium Apple Product ▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[311] @CorelliumHQ, TWITTER (Jan. 10, 2018),
https://twitter.com/CorelliumHQ/status/951277835095871489.

[312] Correllium-017716.

[313] Correllium-017164.

[314] See Section IX.A., *supra*.

[315] See Section IX.A., *supra*.

[316] See Section VII.A., *supra*.

██████████████████████.[317] If a user selects or provides iOS 10.0, the Corellium Apple

Product ███████████████████████████████████████████

█████████████████████████.[318]  For the Cloud Product, the limited evidence

Corellium has provided, while circumstantial, strongly indicates █████████████████

███████████████████████████.[319]  For the On-Prem Product, the limited

evidence Corellium has provided, while circumstantial, strongly indicates ███████████

███████████████████████████████████████.[320]

267.    The Corellium Apple Product also makes at least one copy of iOS 10.0 ████████

████████████████████████. As discussed above, the Corellium Apple Product

███████████████████████████████████████████████

██████████████████.[321]  Additionally, █████████████████████████

███████████████████████████████████████████████

███████████████████████.[322]  For the Cloud Product, the limited evidence Corellium has

provided, while circumstantial, strongly indicates ██████████████████████████

███████████████████████.[323]  For the On-Prem Product, the limited evidence Corellium

---

[317] *See* Section IX.D, *supra.*

[318] *See id.*

[319] *See* Section IX.A., *supra.*

[320] *See id.*

[321] *See* Section IX.E., *supra.*

[322] Correllium-025432 at 5; *see* Section IX.E., *supra.*

[323] *See* Section IX.A., *supra.*

has provided, while circumstantial, strongly indicates ███████████████████
████████████████████████.[324]

268.    The Corellium Apple Product also makes, or made, at least one copy of iOS 10.0 whenever it creates or created a new iOS virtual device by "Copy[ing a] Previous Install" of another iOS 10.0 virtual device.[325]  As discussed above, ███████████████████
██████████████████████████████.[326]  The Corellium Apple Product explicitly said it will "Copy Previous Install" to create a new virtual device, █████████████████████████
█████████████.[327]  For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ██████████████████
█████████.[328]  For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████
██████████████.[329] ███████████████████
███████████████████████████████████.[330]

269.    The Corellium Apple Product makes a modified version of iOS 10.0 when it creates

---

[324] *See* Section IX.A., *supra.*

[325] *See* Section IX.C, *supra.*

[326] *See* Section IX.D, *supra.*

[327] *See* Section IX.D, *supra.*

[328] *See* Section IX.A., *supra.*

[329] *See id.*

[330] *See* Section IX.C, *supra.*

a new iOS 10.0 virtual device.  For the Corellium Apple Product to run iOS 10.0 on its virtualized hardware, as discussed above, ████████████████████████████████████████ ████████████████████████████████.[331] ████████████████████████████████████ ████████████████████████████████████████████████ Accordingly, the evidence I have reviewed so far supports the conclusion that Corellium creates a derivative work of iOS 10.0 every time the Corellium Apple Product ████████████████████████████ ████████████████████████

270.    The Corellium Apple Product also enables Corellium, and Corellium's customers who are administrators of the On-Prem Product, to distribute iOS 10.0 by making it available to other Corellium users.  As discussed above, ██████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████[332]   Accordingly, the On-Prem Product enables Corellium's customers to make copies of iOS and distribute those copies however the customer wants. Additionally, as discussed above, ██████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████  As discussed above, based on my testing of the product, ██████████████████████████████████████████████████

---

[331] *See* Section IX.D., *supra*.

[332] Corellium-025432 at 5; *see* Section IX.E., *supra*.

[333] *See* Section IX.B., *supra*; Corellium-014520 at 3 ██████████████████████████ ██████████████████████████████████████

██████████████████████.[334]  Each time a copy of iOS 10.0 is made available to a new user, Corellium or its customers are distributing iOS 10.0 to another person.

271.    The Corellium Apple Product also publicly displays the GUI images and elements embodied in Apple's copyrighted iOS 10.0 when it creates a new iOS 10.0 virtual device and displays it to the user.  As discussed above, the IPSW file contains an image of iOS 10.0, which includes the data containing all graphical images used by iOS 10.0, including the icons for the default applications installed in iOS 10.0, the default background wallpaper images, and other graphical images used by iOS 10.0 and its default applications to communicate to the user.[335] When Corellium creates a new virtual device, it displays the visual output of iOS 10.0 to the user, including applications and associated icons stored on that version of iOS by default.[336]  Further, as discussed above, ███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████.[337]

272.    Corellium likely possesses additional evidence of its unauthorized uses of iOS 10.0 that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's

_____

[334] *See* Section IX.B, *supra*.

[335] *See* Section VII.C., *supra*.

[336] *See* Section IX.E., *supra*.

[337] *See* Section IX.B, *supra*; Corellium-014520 at 3 ███████████████████████ ███████████████████████████████████████████████████

hypervisor, I cannot say for certain ████████████████████████████████

████████████████████████████████████████████████████

████████. Similarly, because Corellium has not made available the technical details regarding

████████████████████████████████████████████████████

████████████████████████████████████████████████████

Additionally, because Corellium has not made available any previous versions of the Corellium

Apple Product for my review, I have been unable to verify how any previously provided

functionality likely operated to copy, modify, or distribute Apple's copyrighted iOS code,

including ██████████████████████████████████████by the "Copy Previous

Install" function. Additionally, because Corellium has not provided details regarding ██████

████████████████ and because Corellium has not made available an On-Prem Product for

me to inspect, I have been unable to determine whether ████████████████████████

████████████████████████results in additional copies of iOS.

273.    I reserve the right to supplement my opinion expressed in this report if and when

additional evidence becomes available for my review.

### 4.    iOS 11.0

274.    Based on all the evidence available to me to date, Corellium modifies, copies, and

distributes iOS 11.0. I understand that the U.S. Copyright Office has issued a registration

certificate for iOS 11.0, Registration No. TX 8-609-048.[338] I understand this registration covers

all copyrightable aspects of Apple's code for the entire iOS 11.0 environment, including all

copyrightable aspects of "iOS" as I define it in this report.

---

[338] APL-CORELLIUM_00004846.

275.    The Corellium Apple Product supports iOS 11.0.  Corellium has publicly claimed that its hypervisor can "[r]un any version of iOS."[339] ████████████████████████



███████████████████████████████████████████████

███████ ██ ███████████████████████████████████

███████████[1]  One of Corellium's marketing documents notes ███████████████

███████████

276.    As an initial matter, the Corellium Apple Product necessarily makes a copy of portions of iOS 11.0 in the memory of the server running its hypervisor when the Corellium Apple Product launches a virtual machine running iOS 11.0.  For the Cloud Product, ███████████

███████████████████████████████████  For the On-Prem Product, ███████████████████████████████████████████████

███████████████████.[344]

277.    The Corellium Apple Product also makes at least one copy of iOS 11.0 when it creates a new iOS 11.0 virtual device.  As discussed above, the IPSW file contains an image of

---

[339] @CorelliumHQ, Twitter (Jan. 10, 2018),
https://twitter.com/CorelliumHQ/status/951277835095871489.

[340] Correllium-017716.

[341] Correllium-015447.

[342] Correllium-017021 at Correllium-017022-23.

[343] See Section IX.A., supra.

[344] See Section IX.A., supra.

iOS object code, along with other data.[345]  The Corellium Apple Product ████████████████

████████████████.[346]  If a user selects or provides iOS 11.0, the Corellium Apple

Product ████████████████████████████████████████████████

████████████████.[347]   For the Cloud Product, the limited evidence

Corellium has provided, while circumstantial, strongly indicates ████████████████

████████████████.[348]   For the On-Prem Product, the limited

evidence Corellium has provided, while circumstantial, strongly indicates ████████████

████████████████.[349]

278.    The Corellium Apple Product also makes at least one copy of iOS 11.0 ████████

████████████████.  As discussed above, the Corellium Apple Product

████████████████████████████████████████████████

████████████.[350]  Additionally, ████████████████████████████

████████████████████████████████████████████████

████████████.[351]   For the Cloud Product, the limited evidence Corellium has

provided, while circumstantial, strongly indicates ████████████████████████

---

[345] *See* Section VII.A., *supra.*

[346] *See* Section IX.D, *supra.*

[347] *See id.*

[348] *See* Section IX.A., *supra.*

[349] *See id.*

[350] *See* Section IX.E., *supra.*

[351] Corellium-025432 at 5; *see* Section IX.E., *supra.*

████████████████████.[352] For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ██████████████████████████ ████████████████████████████.[353]

279.    The Corellium Apple Product also makes, or made, at least one copy of iOS 11.0 whenever it creates or created a new iOS virtual device by "Copy[ing a] Previous Install" of another iOS 11.0 virtual device.[354] As discussed above, ███████████████████████ ██████████████████████████████████████.[355] The Corellium Apple Product explicitly said it will "Copy Previous Install" to create a new virtual device, ██████████████████████████████████████████ ██████████████████.[356] For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████████ ██████████████████.[357] For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ██████████████████████████████ ████████████████████████.[358] ████████████████████████████████

---

[352] *See* Section IX.A., *supra.*

[353] *See* Section IX.A., *supra.*

[354] *See* Section IX.C, *supra.*

[355] *See* Section IX.D, *supra.*

[356] *See* Section IX.D, *supra.*

[357] *See* Section IX.A., *supra.*

[358] *See id.*

████████████████████████████████████████████████████████.[359]

280.    The Corellium Apple Product makes a modified version of iOS 11.0 when it creates a new iOS 11.0 virtual device.  For the Corellium Apple Product to run iOS 11.0 on its virtualized hardware, as discussed above, ████████████████████████████████████████

██████████████████████████.[360] ████████████████████████

████████████████████████████████ Accordingly, the evidence I have reviewed so far supports the conclusion that Corellium creates a derivative work of iOS 11.0 every time the Corellium Apple Product ████████████████████████████

█████████████████

281.    The Corellium Apple Product also enables Corellium, and Corellium's customers who are administrators of the On-Prem Product, to distribute iOS 11.0 by making it available to other Corellium users.  As discussed above, ████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████[361] Accordingly, the On-Prem Product enables Corellium's customers to make copies of iOS and distribute those copies however the customer wants. Additionally, as discussed above, █████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

---

[359] *See* Section IX.C, *supra*.

[360] *See* Section IX.D., *supra*.

[361] Correllium-025432 at 5; *see* Section IX.E., *supra*.

████████████████████████████.[362]  As discussed above, based on my testing of the product, ████████████████████████████████████████████████████████████

████████████████████████.[363]  Each time a copy of iOS 11.0 is made available to a new user, Corellium or its customers are distributing iOS 11.0 to another person.

282.    The Corellium Apple Product also publicly displays the GUI images and elements embodied in Apple's copyrighted iOS 11.0 when it creates a new iOS 11.0 virtual device and displays it to the user.  As discussed above, the IPSW file contains an image of iOS 11.0, which includes the data containing all graphical images used by iOS 11.0, including the icons for the default applications installed in iOS 11.0, the default background wallpaper images, and other graphical images used by iOS 11.0 and its default applications to communicate to the user.[364] When Corellium creates a new virtual device, it displays the visual output of iOS 11.0 to the user, including applications and associated icons stored on that version of iOS by default.[365]  Further, as discussed above, ████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████.[366]

---

[362] *See* Section IX.B, *supra*; Corellium-014520 at 3 ████████████████████████ ████████████████████████████████

[363] *See* Section IX.B, *supra*.

[364] *See* Section VII.C., *supra*.

[365] *See* Section IX.E., *supra*.

[366] *See* Section IX.B, *supra*; Corellium-014520 at 3 ████████████████████████ ████████████████████████████████

283.     Corellium likely possesses additional evidence of its unauthorized uses of iOS 11.0 that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain █████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ███████████  Similarly, because Corellium has not made available the technical details regarding ████████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████████████ Additionally, because Corellium has not made available any previous versions of the Corellium Apple Product for my review, I have been unable to verify how any previously provided functionality likely operated to copy, modify, or distribute Apple's copyrighted iOS code, including ██████████████████████████████████████████████ by the "Copy Previous Install" function.  Additionally, because Corellium has not provided details regarding ████████ ██████████████████████, and because Corellium has not made available an On-Prem Product for me to inspect, I have been unable to determine whether ████████████████████████████ █████████████████████████████████ results in additional copies of iOS.

284.     I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 5.     iOS 11.0.1

285.     Based on all the evidence available to me to date, Corellium modifies, copies, and distributes iOS 11.0.1.  I understand that the U.S. Copyright Office has issued a registration certificate for iOS 11.0.1, Registration No. TX 8-584-724.[367]  I understand this registration covers

---

[367] APL-CORELLIUM_00004827.

all copyrightable aspects of Apple's code for the entire iOS 11.0.1 environment, including all copyrightable aspects of "iOS" as I define it in this report.

286.    The Corellium Apple Product supports iOS 11.0.1.  Corellium has publicly claimed that its hypervisor can "[r]un any version of iOS."[368]



One of Corellium's marketing documents notes

287.    As an initial matter, the Corellium Apple Product necessarily makes a copy of portions of iOS 11.0.1 in the memory of the server running its hypervisor when the Corellium Apple Product launches a virtual machine running iOS 11.0.1.  For the Cloud Product,

For the On-Prem Product,

.[373]

288.    The Corellium Apple Product also makes at least one copy of iOS 11.0.1 when it

---

[368] @CorelliumHQ, TWITTER (Jan. 10, 2018),
https://twitter.com/CorelliumHQ/status/951277835095871489.

[369] Corellium-017716.

[370] Corellium-015447.

[371] Corellium-017021 at Corellium-017022-23.

[372] See Section IX.A., supra.

[373] See Section IX.A., supra.

creates a new iOS 11.0.1 virtual device.  As discussed above, the IPSW file contains an image of iOS object code, along with other data.[374]  The Corellium Apple Product ███████████████ ████████████████████████.[375]  If a user selects or provides iOS 11.0.1, the Corellium Apple Product ████████████████████████████████████████ ██████████████████████████ine.[376]  For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ███████████████████ ████████████████████████████  For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ██████████████ ███████████████████████████.[378]

289.    The Corellium Apple Product also makes at least one copy of iOS 11.0.1 ████████ ████████████████████████.  As discussed above, the Corellium Apple Product ████████████████████████████████████████ ████████████████████.[379]  Additionally, ████████████████████ ████████████████████████████████████████ ████████████████████.[380]  For the Cloud Product, the limited evidence Corellium

---

[374] *See* Section VII.A., *supra.*

[375] *See* Section IX.D, *supra.*

[376] *See id.*

[377] *See* Section IX.A., *supra.*

[378] *See id.*

[379] *See* Section IX.E., *supra.*

[380] Correllium-025432 at 5; *see* Section IX.E., *supra.*

has provided, while circumstantial, strongly indicates ████████████████████████

████████████████████.[381]   For the On-Prem Product, the limited evidence

Corellium has provided, while circumstantial, strongly indicates ████████████████

████████████████████.[382]

290.    The Corellium Apple Product also makes, or made, at least one copy of iOS 11.0.1

whenever it creates or created a new iOS virtual device by "Copy[ing a] Previous Install" of

another iOS 11.0.1 virtual device.[383]   As discussed above, ████████████████████████

████████████████████████████████████████████.[384]

The Corellium Apple Product explicitly said it will "Copy Previous Install" to create a new virtual

device, ████████████████████████████████████████████████

████████████████.[385] For the Cloud Product, the limited evidence Corellium has provided, while

circumstantial, strongly indicates ████████████████████████████████

████████████████.[386]  For the On-Prem Product, the limited evidence Corellium has provided,

while circumstantial, strongly indicates ████████████████████████████████

████████████████.[387] ████████████████████████████████

---

[381] *See* Section IX.A., *supra.*

[382] *See* Section IX.A., *supra.*

[383] *See* Section IX.C, *supra.*

[384] *See* Section IX.D, *supra.*

[385] *See* Section IX.D, *supra.*

[386] *See* Section IX.A., *supra.*

[387] *See id.*

███████████████████████████████████████████████[388]

291.    The Corellium Apple Product makes a modified version of iOS 11.0.1 when it creates a new iOS 11.0.1 virtual device.  For the Corellium Apple Product to run iOS 11.0.1 on its virtualized hardware, as discussed above, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

Accordingly, the evidence I have reviewed so far supports the conclusion that Corellium creates a derivative work of iOS 11.0.1 every time the Corellium Apple Product ███████████████████████████████████████████████████████████████████████████

292.    The Corellium Apple Product also enables Corellium, and Corellium's customers who are administrators of the On-Prem Product, to distribute iOS 11.0.1 by making it available to other Corellium users.  As discussed above, █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████[390]    Accordingly, the On-Prem Product enables Corellium's customers to make copies of iOS and distribute those copies however the customer wants. Additionally, as discussed above, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

---

[388] *See* Section IX.C, *supra*.

[389] *See* Section IX.D., *supra*.

[390] Corellium-025432 at 5; *see* Section IX.E., *supra*.

██████████████████████████████.[391]   As discussed above, based on my testing of the product, ████████████████████████████████████████████████████████████

██████████████████████████.[392]   Each time a copy of iOS 11.0.1 is made available to a new user, Corellium or its customers are distributing iOS 11.0.1 to another person.

293.    The Corellium Apple Product also publicly displays the GUI images and elements embodied in Apple's copyrighted iOS 11.0.1 when it creates a new iOS 11.0.1 virtual device and displays it to the user.  As discussed above, the IPSW file contains an image of iOS 11.0.1, which includes the data containing all graphical images used by iOS 11.0.1, including the icons for the default applications installed in iOS 11.0.1, the default background wallpaper images, and other graphical images used by iOS 11.0.1 and its default applications to communicate to the user.[393] When Corellium creates a new virtual device, it displays the visual output of iOS 11.0.1 to the user, including applications and associated icons stored on that version of iOS by default.[394] Further, as discussed above, ████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

█████████████████████████████████████████████████.[395]

---

[391] *See* Section IX.B, *supra*; Corellium-014520 at 3 ███████████████████████████ ████████████████████████████████████████████████

[392] *See* Section IX.B, *supra*.

[393] *See* Section VII.C., *supra*.

[394] *See* Section IX.E., *supra*.

[395] *See* Section IX.B, *supra*; Corellium-014520 at 3 ███████████████████████████ █████████████████████████████████████████

294.     Corellium likely possesses additional evidence of its unauthorized uses of iOS 11.0.1 that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain ████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████  Similarly, because Corellium has not made available the technical details regarding ████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ██████████████.  Additionally, because Corellium has not made available any previous versions of the Corellium Apple Product for my review, I have been unable to verify how any previously provided functionality likely operated to copy, modify, or distribute Apple's copyrighted iOS code, including ██████████████████████████████████████████████ by the "Copy Previous Install" function.  Additionally, because Corellium has not provided details regarding ████████ ████████████████████████  and because Corellium has not made available an On-Prem Product for me to inspect, I have been unable to determine whether ████████████████████████ ████████████████████████████████████  results in additional copies of iOS.

295.     I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 6.     iOS 11.2

296.     Based on all the evidence available to me to date, Corellium modifies, copies, and distributes iOS 11.2.  I understand that the U.S. Copyright Office has issued a registration certificate for iOS 11.2, Registration No. TX 8-634-702.[396]  I understand this registration covers

---

[396] APL-CORELLIUM_00005020.

all copyrightable aspects of Apple's code for the entire iOS 11.2 environment, including all copyrightable aspects of "iOS" as I define it in this report.

297.    The Corellium Apple Product supports iOS 11.2.  Corellium has publicly claimed that its hypervisor can "[r]un any version of iOS."[397] ████████████████████



One of Corellium's marketing documents notes

298.    As an initial matter, the Corellium Apple Product necessarily makes a copy of portions of iOS 11.2 in the memory of the server running its hypervisor when the Corellium Apple Product launches a virtual machine running iOS 11.2.  For the Cloud Product, ████████ ████████████████████████ For the On-Prem Product, ████████████████████████████ ████████████████.[402]

299.    The Corellium Apple Product also makes at least one copy of iOS 11.2 when it

---

[397] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

[398] Correllium-017716.

[399] Correllium-015447.

[400] Correllium-017021 at Correllium-017022-23.

[401] *See* Section IX.A., *supra*.

[402] *See* Section IX.A., *supra*.

creates a new iOS 11.2 virtual device.  As discussed above, the IPSW file contains an image of iOS object code, along with other data.[403]  The Corellium Apple Product ████████████████ ████████████████████████.[404]  If a user selects or provides iOS 11.2, the Corellium Apple Product ████████████████████████████ ███████████████████████.[405]  For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████ ████████████████████████.[406]  For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ███████████ ███████████████████████████.[407]

300.    The Corellium Apple Product also makes at least one copy of iOS 11.2 ██████ ████████████████████████████  As discussed above, the Corellium Apple Product ████████████████████████████████████████████ ████████████████.[408]  Additionally, ████████████████████████ ████████████████████████████████████████████ ██████████████████.[409]  For the Cloud Product, the limited evidence Corellium has

_____

[403] *See* Section VII.A., *supra*.

[404] *See* Section IX.D, *supra*.

[405] *See id.*

[406] *See* Section IX.A., *supra*.

[407] *See id.*

[408] *See* Section IX.E., *supra*.

[409] Corellium-025432 at 5; *see* Section IX.E., *supra*.

provided, while circumstantial, strongly indicates ████████████████████████████ ████████████████.[410] For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████ ████████████████████████████.[411]

301.    The Corellium Apple Product also makes, or made, at least one copy of iOS 11.2 whenever it creates or created a new iOS virtual device by "Copy[ing a] Previous Install" of another iOS 11.2 virtual device.[412] As discussed above, ████████████████████ ██████████████████████████████████████.[413] The Corellium Apple Product explicitly said it will "Copy Previous Install" to create a new virtual device, ████████████████████████████████████████ ██████████████████.[414] For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████████ ██████████████.[415] For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████████ ████████████████.[416]

---

[410] *See* Section IX.A., *supra.*

[411] *See* Section IX.A., *supra.*

[412] *See* Section IX.C, *supra.*

[413] *See* Section IX.D, *supra.*

[414] *See* Section IX.D, *supra.*

[415] *See* Section IX.A., *supra.*

[416] *See id.*

███████████████████████████████████████████████████.[417]

302.    The Corellium Apple Product makes a modified version of iOS 11.2 when it creates a new iOS 11.2 virtual device.  For the Corellium Apple Product to run iOS 11.2 on its virtualized hardware, as discussed above, ████████████████████████████████████████

██████████████████████████.[418]  ████████████████████████

██████████████████████████████████ Accordingly, the evidence I have reviewed so far supports the conclusion that Corellium creates a derivative work of iOS 11.2 every time the Corellium Apple Product ██████████████████████

██████████████████

303.    The Corellium Apple Product also enables Corellium, and Corellium's customers who are administrators of the On-Prem Product, to distribute iOS 11.2 by making it available to other Corellium users.  As discussed above, █████████████████████████████

█████████████████████████████████████████████████████████

████████████████████████.[419]    Accordingly, the On-Prem Product enables Corellium's customers to make copies of iOS and distribute those copies however the customer wants. Additionally, as discussed above, █████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

---

[417] *See* Section IX.C, *supra*.

[418] *See* Section IX.D., *supra*.

[419] Corellium-025432 at 5; *see* Section IX.E., *supra*.

████████████████████████████.[420]  As discussed above, based on my testing of the

product, ████████████████████████████████████████████████████████████████

██████████████████████[421]  Each time a copy of iOS 11.2 is made available to a new user,

Corellium or its customers are distributing iOS 11.2 to another person.

304.    The Corellium Apple Product also publicly displays the GUI images and elements

embodied in Apple's copyrighted iOS 11.2 when it creates a new iOS 11.2 virtual device and

displays it to the user.  As discussed above, the IPSW file contains an image of iOS 11.2, which

includes the data containing all graphical images used by iOS 11.2, including the icons for the

default applications installed in iOS 11.2, the default background wallpaper images, and other

graphical images used by iOS 11.2 and its default applications to communicate to the user.[422]

When Corellium creates a new virtual device, it displays the visual output of iOS 11.2 to the user,

including applications and associated icons stored on that version of iOS by default.[423]  Further, as

discussed above, ████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████.[424]

---

[420] *See* Section IX.B, *supra*; Corellium-014520 at 3 ████████████████████████████
████████████████████████████████████████████████████

[421] *See* Section IX.B, *supra*.

[422] *See* Section VII.C., *supra*.

[423] *See* Section IX.E., *supra*.

[424] *See* Section IX.B, *supra*; Corellium-014520 at 3 ████████████████████████████
████████████████████████████████████████████████████

305.     Corellium likely possesses additional evidence of its unauthorized uses of iOS 11.2 that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain ███████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████ Similarly, because Corellium has not made available the technical details regarding ████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

Additionally, because Corellium has not made available any previous versions of the Corellium Apple Product for my review, I have been unable to verify how any previously provided functionality likely operated to copy, modify, or distribute Apple's copyrighted iOS code, including ███████████████████████████████████████████ by the "Copy Previous Install" function.  Additionally, because Corellium has not provided details regarding ███████ ████████████████████████, and because Corellium has not made available an On-Prem Product for me to inspect, I have been unable to determine whether ██████████████████████████ █████████████████████████████████ results in additional copies of iOS.

306.     I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 7.     iOS 11.2.5

307.     Based on all the evidence available to me to date, Corellium modifies, copies, and distributes iOS 11.2.5.  I understand that the U.S. Copyright Office has issued a registration certificate for iOS 11.2.5, Registration No. TX 8-647-053.[425]  I understand this registration covers

---

[425] APL-CORELLIUM_00005024.

all copyrightable aspects of Apple's code for the entire iOS 11.2.5 environment, including all copyrightable aspects of "iOS" as I define it in this report.

308.    The Corellium Apple Product supports iOS 11.2.5.  Corellium has publicly claimed that its hypervisor can "[r]un any version of iOS."[426]



One of Corellium's marketing documents notes

Additionally, on February 2, 2018, Chris Wade tweeted a photo of the Corellium Apple Product running iOS 11.2.5 on a virtualized iPhone 6[431]:

[426] @CorelliumHQ, Twitter (Jan. 10, 2018),
https://twitter.com/CorelliumHQ/status/951277835095871489.

[427] Correllium-017716.

[428] Correllium-015447.

[429] Correllium-015423.

[430] Correllium-017021 at Correllium-017022-23.

[431] @CorelliumHQ, Twitter (Jan. 10, 2018),
https://twitter.com/cmwdotme/status/959640937562624000.



309.    As an initial matter, the Corellium Apple Product necessarily makes a copy of portions of iOS 11.2.5 in the memory of the server running its hypervisor when the Corellium Apple Product launches a virtual machine running iOS 11.2.5.  For the Cloud Product, ███████

███████████████████████████████████████████████.[432]  For the On-Prem Product, ███████████████████████████████████████████

███████████████████████████████.[433]

310.    The Corellium Apple Product also makes at least one copy of iOS 11.2.5 when it creates a new iOS 11.2.5 virtual device.  As discussed above, the IPSW file contains an image of iOS object code, along with other data.[434]  The Corellium Apple Product ███████████████████

---

[432] *See* Section IX.A., *supra*.

[433] *See* Section IX.A., *supra*.

[434] *See* Section VII.A., *supra*.

████████████████████████.[435] If a user selects or provides iOS 11.2.5, the Corellium

Apple Product ███████████████████████████████████████████████████████

████████████████████████.[436] For the Cloud Product, the limited evidence

Corellium has provided, while circumstantial, strongly indicates ████████████████████

████████████████████████.[437] For the On-Prem Product, the limited

evidence Corellium has provided, while circumstantial, strongly indicates ████████████

████████████████████████████████████.[438]

311.   The Corellium Apple Product also makes at least one copy of iOS 11.2.5 ████████

██████████████████████████████.  As discussed above, the Corellium Apple

Product ███████████████████████████████████████████████████████████

████████████████████████.[439]  Additionally, ██████████████████████████

█████████████████████████████████████████████████████████████████

████████████████████████[440] For the Cloud Product, the limited evidence Corellium

has provided, while circumstantial, strongly indicates ████████████████████████████████

████████████████████████.[441]  For the On-Prem Product, the limited evidence

---

[435] *See* Section IX.D, *supra*.

[436] *See id.*

[437] *See* Section IX.A., *supra*.

[438] *See id.*

[439] *See* Section IX.E., *supra*.

[440] Correllium-025432 at 5; *see* Section IX.E., *supra*.

[441] *See* Section IX.A., *supra*.

Corellium has provided, while circumstantial, strongly indicates ███████████████████████████
███████████████████████████████████████████████████.[442]

312.   The Corellium Apple Product also makes, or made, at least one copy of iOS 11.2.5 whenever it creates or created a new iOS virtual device by "Copy[ing a] Previous Install" of another iOS 11.2.5 virtual device.[443]  As discussed above, █████████████████████████████████
█████████████████████████████████████████████████████████████████████.[444]

The Corellium Apple Product explicitly said it will "Copy Previous Install" to create a new virtual device, █████████████████████████████████████████████████████████████████
████████████████████.[445] For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ██████████████████████████████████████████████
████████████████████.[446] For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████████████████████████████
████████████████████████████.[447] ██████████ █████████████████████████████████
██████████████████████████████████████████████████████████████.[448]

313.   The Corellium Apple Product makes a modified version of iOS 11.2.5 when it

───────────────────────────

[442] *See* Section IX.A., *supra*.

[443] *See* Section IX.C, *supra*.

[444] *See* Section IX.D, *supra*.

[445] *See* Section IX.D, *supra*.

[446] *See* Section IX.A., *supra*.

[447] *See id.*

[448] *See* Section IX.C, *supra*.

creates a new iOS 11.2.5 virtual device.  For the Corellium Apple Product to run iOS 11.2.5 on its virtualized hardware, as discussed above, ████████████████████████████████████████

████████████████████████████████████ .[449] █████████████████████████████

████████████████████████████████████████████████████

Accordingly, the evidence I have reviewed so far supports the conclusion that Corellium creates a derivative work of iOS 11.2.5 every time the Corellium Apple Product ██████████████

███████████████████████████

314.    The Corellium Apple Product also enables Corellium, and Corellium's customers who are administrators of the On-Prem Product, to distribute iOS 11.2.5 by making it available to other Corellium users.  As discussed above, ████████████████████████████████

████████████████████████████████████████████████████

██████████████████████ .[450]   Accordingly, the On-Prem Product enables Corellium's customers to make copies of iOS and distribute those copies however the customer wants. Additionally, as discussed above, ████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████ .[451]  As discussed above, based on my testing of the product, ████████████████████████████████████████

_____

[449] *See* Section IX.D., *supra*.

[450] Correllium-025432 at 5; *see* Section IX.E., *supra*.

[451] *See* Section IX.B, *supra*; Correllium-014520 at 3 ████████████████████████

████████████████████████████████████

██████████████████████.[452]   Each time a copy of iOS 11.2.5 is made available to a new user, Corellium or its customers are distributing iOS 11.2.5 to another person.

315.     The Corellium Apple Product also publicly displays the GUI images and elements embodied in Apple's copyrighted iOS 11.2.5 when it creates a new iOS 11.2.5 virtual device and displays it to the user.  As discussed above, the IPSW file contains an image of iOS 11.2.5, which includes the data containing all graphical images used by iOS 11.2.5, including the icons for the default applications installed in iOS 11.2.5, the default background wallpaper images, and other graphical images used by iOS 11.2.5 and its default applications to communicate to the user.[453] When Corellium creates a new virtual device, it displays the visual output of iOS 11.2.5 to the user, including applications and associated icons stored on that version of iOS by default.[454] Further, as discussed above, █████████████████████████████ █████████████████████████████████████████████████ █████████████████████████████████████████████████ █████████████████████████████████████████████████ █████████████████████████████████████████████████

316.     Corellium likely possesses additional evidence of its unauthorized uses of iOS 11.2.5 that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of

---

[452] *See* Section IX.B, *supra*.

[453] *See* Section VII.C., *supra*.

[454] *See* Section IX.E., *supra*.

[455] *See* Section IX.B, *supra*; Corellium-014520 at 3 ███████████████████████ █████████████████████████████████████████████████

Corellium's hypervisor, I cannot say for certain ████████████████████

████████████████████████████████████████

████████████████  Similarly, because Corellium has not made available the technical details

regarding ████████████████████████████████████████

████████████████████████████████████████

████████████  Additionally, because Corellium has not made available any previous versions of the

Corellium Apple Product for my review, I have been unable to verify how any previously provided

functionality likely operated to copy, modify, or distribute Apple's copyrighted iOS code,

including ████████████████████████████████ by the "Copy Previous

Install" function.  Additionally, because Corellium has not provided details regarding ████████

████████████████  and because Corellium has not made available an On-Prem Product for

me to inspect, I have been unable to determine whether ████████████████████████

████████████████████  results in additional copies of iOS.

317.    I reserve the right to supplement my opinion expressed in this report if and when

additional evidence becomes available for my review.

**8.    iOS 11.3**

318.    Based on all the evidence available to me to date, Corellium modifies, copies, and

distributes iOS 11.3.  I understand that the U.S. Copyright Office has issued a registration

certificate for iOS 11.3, Registration No. TX 8-584-722.[456]  I understand this registration covers

all copyrightable aspects of Apple's code for the entire iOS 11.3 environment, including all

copyrightable aspects of "iOS" as I define it in this report.

---

[456] APL-CORELLIUM_00004848.

319.    The Corellium Apple Product supports iOS 11.3.  Corellium has publicly claimed that its hypervisor can "[r]un any version of iOS."[457]



One of Corellium's marketing documents notes

320.    As an initial matter, the Corellium Apple Product necessarily makes a copy of portions of iOS 11.3 in the memory of the server running its hypervisor when the Corellium Apple Product launches a virtual machine running iOS 11.3.  For the Cloud Product, [redacted] .[461]  For the On-Prem Product, [redacted] .[462]

321.    The Corellium Apple Product also makes at least one copy of iOS 11.3 when it creates a new iOS 11.3 virtual device.  As discussed above, the IPSW file contains an image of

---

[457] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/95127783095871489.

[458] Correllium-017716.

[459] Correllium-015447.

[460] Correllium-017021 at Correllium-017022-23.

[461] See Section IX.A., *supra*.

[462] See Section IX.A., *supra*.

iOS object code, along with other data.[463]  The Corellium Apple Product ███████████████████ ███████████████████████.[464]  If a user selects or provides iOS 11.3, the Corellium Apple Product ████████████████████████████████████ ████████████████████████.[465]  For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ██████████████████ █████████████████████████.[466]  For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████ ████████████████████████████████████████.[467]

322.    The Corellium Apple Product also makes at least one copy of iOS 11.3 ████████ ████████████████████████████████.  As discussed above, the Corellium Apple Product ████████████████████████████████████████████████ ██████████████████████.[468]  Additionally, ██████████████████████████ ████████████████████████████████████████████████ ██████████████████████.[469]  For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates █████████████████████████

---

[463] *See* Section VII.A., *supra*.

[464] *See* Section IX.D, *supra*.

[465] *See id.*

[466] *See* Section IX.A., *supra*.

[467] *See id.*

[468] *See* Section IX.E., *supra*.

[469] Correllium-025432 at 5; *see* Section IX.E., *supra*.

███████████████████████.[470]   For the On-Prem Product, the limited evidence Corellium

has provided, while circumstantial, strongly indicates ███████████████████████████

███████████████████████████████.[471]

323.   The Corellium Apple Product also makes, or made, at least one copy of iOS 11.3

whenever it creates or created a new iOS virtual device by "Copy[ing a] Previous Install" of

another iOS 11.3 virtual device.[472]  As discussed above, ██████████████████████████

███████████████████████████████████████████████████.[473]  The

Corellium Apple Product explicitly said it will "Copy Previous Install" to create a new virtual

device, █████████████████████████████████████████████████████

███████████████.[474]  For the Cloud Product, the limited evidence Corellium has provided, while

circumstantial, strongly indicates ██████████████████████████████████████

█████████████.[475]  For the On-Prem Product, the limited evidence Corellium has provided,

while circumstantial, strongly indicates ██████████████████████████████████

███████████████████.[476] ████████████████████████████████

---

[470] *See* Section IX.A., *supra.*

[471] *See* Section IX.A., *supra.*

[472] *See* Section IX.C, *supra.*

[473] *See* Section IX.D, *supra.*

[474] *See* Section IX.D, *supra.*

[475] *See* Section IX.A., *supra.*

[476] *See id.*

██████████████████████████████████████████.[477]

324.    The Corellium Apple Product makes a modified version of iOS 11.3 when it creates a new iOS 11.3 virtual device.  For the Corellium Apple Product to run iOS 11.3 on its virtualized hardware, as discussed above, ███████████████████████████████████████████████

██████████████████████████████████ ██████████████████████████████████

███████████████████████████████████.  Accordingly, the evidence I have reviewed so far supports the conclusion that Corellium creates a derivative work of iOS 11.3 every time the Corellium Apple Product ██████████████████████████

███████████████.

325.    The Corellium Apple Product also enables Corellium, and Corellium's customers who are administrators of the On-Prem Product, to distribute iOS 11.3 by making it available to other Corellium users.  As discussed above, ████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████.[479]  Accordingly, the On-Prem Product enables Corellium's customers to make copies of iOS and distribute those copies however the customer wants. Additionally, as discussed above, ████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

---

[477] *See* Section IX.C, *supra*.

[478] *See* Section IX.D., *supra*.

[479] Corellium-025432 at 5; *see* Section IX.E., *supra*.

████████████████████████████████.[480]  As discussed above, based on my testing of the product, ████████████████████████████████████████████████████████████████

████████████████████████████████.[481]  Each time a copy of iOS 11.3 is made available to a new user, Corellium or its customers are distributing iOS 11.3 to another person.

326.    The Corellium Apple Product also publicly displays the GUI images and elements embodied in Apple's copyrighted iOS 11.3 when it creates a new iOS 11.3 virtual device and displays it to the user.  As discussed above, the IPSW file contains an image of iOS 11.3, which includes the data containing all graphical images used by iOS 11.3, including the icons for the default applications installed in iOS 11.3, the default background wallpaper images, and other graphical images used by iOS 11.3 and its default applications to communicate to the user.[482] When Corellium creates a new virtual device, it displays the visual output of iOS 11.3 to the user, including applications and associated icons stored on that version of iOS by default.[483]  Further, as discussed above, ████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████.[484]

---

[480] *See* Section IX.B, *supra*; Corellium-014520 at 3 ██████████████████████
████████████████████████████████████████████

[481] *See* Section IX.B, *supra*.

[482] *See* Section VII.C., *supra*.

[483] *See* Section IX.E., *supra*.

[484] *See* Section IX.B, *supra*; Corellium-014520 at 3 ██████████████████████
████████████████████████████████████████████

327.    Corellium likely possesses additional evidence of its unauthorized uses of iOS 11.3 that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain ███████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ███████████  Similarly, because Corellium has not made available the technical details regarding ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ Additionally, because Corellium has not made available any previous versions of the Corellium Apple Product for my review, I have been unable to verify how any previously provided functionality likely operated to copy, modify, or distribute Apple's copyrighted iOS code, including ███████████████████████████████████████████████████ by the "Copy Previous Install" function.  Additionally, because Corellium has not provided details regarding ███████ ████████████████████████, and because Corellium has not made available an On-Prem Product for me to inspect, I have been unable to determine whether ████████████████████████████ ████████████████████████████████ results in additional copies of iOS.

328.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 9.    iOS 11.4

329.    Based on all the evidence available to me to date, Corellium modifies, copies, and distributes iOS 11.4.  I understand that the U.S. Copyright Office has issued a registration certificate for iOS 11.4, Registration No. TX 8-611-420.[485]  I understand this registration covers

---

[485] APL-CORELLIUM_00004960.

all copyrightable aspects of Apple's code for the entire iOS 11.4 environment, including all copyrightable aspects of "iOS" as I define it in this report.

330.    The Corellium Apple Product supports iOS 11.4.  Corellium has publicly claimed that its hypervisor can "[r]un any version of iOS."[486]



One of Corellium's marketing documents notes

331.    As an initial matter, the Corellium Apple Product necessarily makes a copy of portions of iOS 11.4 in the memory of the server running its hypervisor when the Corellium Apple Product launches a virtual machine running iOS 11.4.  For the Cloud Product,

For the On-Prem Product,

.[491]

332.    The Corellium Apple Product also makes at least one copy of iOS 11.4 when it

---

[486] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

[487] Correllium-017716.

[488] Correllium-015447.

[489] Correllium-017021 at Correllium-017022-23.

[490] See Section IX.A., *supra*.

[491] See Section IX.A., *supra*.

creates a new iOS 11.4 virtual device.  As discussed above, the IPSW file contains an image of iOS object code, along with other data.[492]  The Corellium Apple Product ███████████████

█████████████████████.[493]  If a user selects or provides iOS 11.4, the Corellium Apple Product ████████████████████████████████

████████████████████.[494]  For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ███████████████

████████████████████.[495]  For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ██████████████

████████████████████████.[496]

333.    The Corellium Apple Product also makes at least one copy of iOS 11.4 █████████

████████████████████.  As discussed above, the Corellium Apple Product ████████████████████████████████████████████

████████████.[497]  Additionally, ████████████████████████

████████████████████████████████████████████

████████████████.[498]  For the Cloud Product, the limited evidence Corellium has

---

[492] *See* Section VII.A., *supra*.

[493] *See* Section IX.D, *supra*.

[494] *See id.*

[495] *See* Section IX.A., *supra*.

[496] *See id.*

[497] *See* Section IX.E., *supra*.

[498] Corellium-025432 at 5; *see* Section IX.E., *supra*.

provided, while circumstantial, strongly indicates ███████████████████████

████████████████████.[499]  For the On-Prem Product, the limited evidence Corellium

has provided, while circumstantial, strongly indicates ████████████████████████

███████████████████████████.[500]

334.    The Corellium Apple Product also makes, or made, at least one copy of iOS 11.4

whenever it creates or created a new iOS virtual device by "Copy[ing a] Previous Install" of

another iOS 11.4 virtual device.[501]  As discussed above, ██████████████████████

████████████████████████████████████████████.[502]  The

Corellium Apple Product explicitly said it will "Copy Previous Install" to create a new virtual

device, █████████████████████████████████████████████████

███████████████.[503]  For the Cloud Product, the limited evidence Corellium has provided, while

circumstantial, strongly indicates █████████████████████████████

███████████.[504]  For the On-Prem Product, the limited evidence Corellium has provided,

while circumstantial, strongly indicates ████████████████████████████

███████████████████.[505]  █████████████████████

---

[499] *See* Section IX.A., *supra.*

[500] *See* Section IX.A., *supra.*

[501] *See* Section IX.C, *supra.*

[502] *See* Section IX.D, *supra.*

[503] *See* Section IX.D, *supra.*

[504] *See* Section IX.A., *supra.*

[505] *See id.*

██████████████████████████████████████████████.[506]

335.    The Corellium Apple Product makes a modified version of iOS 11.4 when it creates a new iOS 11.4 virtual device.  For the Corellium Apple Product to run iOS 11.4 on its virtualized hardware, as discussed above, ██████████████████████████████████ ████████████████████████.[507] ███████████████████████████ ███████████████████████████████████████.  Accordingly, the evidence I have reviewed so far supports the conclusion that Corellium creates a derivative work of iOS 11.4 every time the Corellium Apple Product █████████████████████████ ████████████████.

336.    The Corellium Apple Product also enables Corellium, and Corellium's customers who are administrators of the On-Prem Product, to distribute iOS 11.4 by making it available to other Corellium users.  As discussed above, ███████████████████████████████ ████████████████████████████████████████████████ ███████████████████████.[508]   Accordingly,  the  On-Prem  Product  enables  Corellium's customers  to  make  copies  of  iOS  and  distribute  those  copies  however  the  customer  wants. Additionally, as discussed above, ████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████

---

[506] *See* Section IX.C, *supra*.

[507] *See* Section IX.D., *supra*.

[508] Corellium-025432 at 5; *see* Section IX.E., *supra*.

██████████████████████████████.[509]   As discussed above, based on my testing of the

product, ████████████████████████████████████████████████████████████

██████████████████████.[510]   Each time a copy of iOS 11.4 is made available to a new user,

Corellium or its customers are distributing iOS 11.4 to another person.

337.   The Corellium Apple Product also publicly displays the GUI images and elements

embodied in Apple's copyrighted iOS 11.4 when it creates a new iOS 11.4 virtual device and

displays it to the user.  As discussed above, the IPSW file contains an image of iOS 11.4, which

includes the data containing all graphical images used by iOS 11.4, including the icons for the

default applications installed in iOS 11.4, the default background wallpaper images, and other

graphical images used by iOS 11.4 and its default applications to communicate to the user.[511]

When Corellium creates a new virtual device, it displays the visual output of iOS 11.4 to the user,

including applications and associated icons stored on that version of iOS by default.[512]  Further, as

discussed above, ███████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████[513]

---

[509] *See* Section IX.B, *supra*; Corellium-014520 at 3 ███████████████████████████

█████████████████████████████████████████████

[510] *See* Section IX.B, *supra*.

[511] *See* Section VII.C., *supra*.

[512] *See* Section IX.E., *supra*.

[513] *See* Section IX.B, *supra*; Corellium-014520 at 3 ███████████████████████████

██████████████████████████████████████████████

338.     Corellium likely possesses additional evidence of its unauthorized uses of iOS 11.4 that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain ██████████████████████████████████

██████████████████████████████████████████████████████████

██████████  Similarly, because Corellium has not made available the technical details regarding

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

Additionally, because Corellium has not made available any previous versions of the Corellium Apple Product for my review, I have been unable to verify how any previously provided functionality likely operated to copy, modify, or distribute Apple's copyrighted iOS code, including ████████████████████████████████████ by the "Copy Previous Install" function.  Additionally, because Corellium has not provided details regarding ██████ ██████████████████ and because Corellium has not made available an On-Prem Product for me to inspect, I have been unable to determine whether ██████████████████████████ ████████████████████████ results in additional copies of iOS.

339.     I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

## 10.     iOS 12.0

340.     Based on all the evidence available to me to date, Corellium modifies, copies, and distributes iOS 12.0.  I understand that the U.S. Copyright Office has issued a registration certificate for iOS 12.0, Registration No. TX 8-651-122.[514]  I understand this registration covers

---

[514] APL-CORELLIUM_00005022.

all copyrightable aspects of Apple's code for the entire iOS 12.0 environment, including all copyrightable aspects of "iOS" as I define it in this report.

341.    The Corellium Apple Product supports iOS 12.0.  Corellium has publicly claimed that its hypervisor can "[r]un any version of iOS."[515] ███████████████████████████ ████████████████████████████████████████████████████ One of Corellium's marketing documents notes ████████████████████ ████████████████████ And on September 27, 2018, Corellium's Twitter account posted a photo of the Corellium Apple Product running iOS 12.0 on iPhone XS[518]:



---

[515] @CorelliumHQ, Twitter (Jan. 10, 2018),
https://twitter.com/CorelliumHQ/status/951277835095871489.

[516] Corellium-015447.

[517] Corellium-017021 at Corellium-017022-23.

[518] @CorelliumHQ, Twitter (Sept. 27, 2018),
https://twitter.com/CorelliumHQ/status/1045433096944979968.

342.    As an initial matter, the Corellium Apple Product necessarily makes a copy of portions of iOS 12.0 in the memory of the server running its hypervisor when the Corellium Apple Product launches a virtual machine running iOS 12.0.   For the Cloud Product, ██████████ ████████████████████████████████████████████████████  For the On-Prem Product, ████████████████████████████████████████████████████████ ██████████████████████.[520]

343.    The Corellium Apple Product also makes at least one copy of iOS 12.0 when it creates a new iOS 12.0 virtual device.   As discussed above, the IPSW file contains an image of iOS object code, along with other data.[521]  The Corellium Apple Product ███████████████ ██████████████████████████.[522]  If a user selects or provides iOS 12.0, the Corellium Apple Product ████████████████████████████████████████████████████ ██████████████████████.[523]   For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ██████████████████████ ██████████████████████.[524]   For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ██████████████████

---

[519] See Section IX.A., *supra*.

[520] See Section IX.A., *supra*.

[521] See Section VII.A., *supra*.

[522] See Section IX.D, *supra*.

[523] See *id.*

[524] See Section IX.A., *supra*.

██████████████████████████████████████████████████████████████████.[525]

344.    The Corellium Apple Product also makes at least one copy of iOS 12.0 ████████

███████████████████████████████.  As discussed above, the Corellium Apple Product

██████████████████████████████████████████████████████████████████

█████████████████████.[526]  Additionally, ████████████████████████████████

██████████████████████████████████████████████████████████████████

█████████████████████.[527]  For the Cloud Product, the limited evidence Corellium has

provided, while circumstantial, strongly indicates █████████████████████████

█████████████████████.[528]  For the On-Prem Product, the limited evidence Corellium

has provided, while circumstantial, strongly indicates ████████████████████████

███████████████████████████████.[529]

345.    The Corellium Apple Product also makes, or made, at least one copy of iOS 12.0

whenever it creates or created a new iOS virtual device by "Copy[ing a] Previous Install" of

another iOS 12.0 virtual device.[530]  As discussed above, ████████████████████████

██████████████████████████████████████████.[531]  The

---

[525] *See id.*

[526] *See* Section IX.E., *supra.*

[527] Correllium-025432 at 5; *see* Section IX.E., *supra.*

[528] *See* Section IX.A., *supra.*

[529] *See* Section IX.A., *supra.*

[530] *See* Section IX.C, *supra.*

[531] *See* Section IX.D, *supra.*

Corellium Apple Product explicitly said it will "Copy Previous Install" to create a new virtual device, ████████████████████████████████████████████████████████ ████████████████████████.[532] For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████████ ████████████████.[533] For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████████████████████ ████████████████████████████████████████[534] ██████████████████████████████████████ ████████████████████████████████████████████████████████.[535]

346.    The Corellium Apple Product makes a modified version of iOS 12.0 when it creates a new iOS 12.0 virtual device.  For the Corellium Apple Product to run iOS 12.0 on its virtualized hardware, as discussed above, ████████████████████████████████████████████████ ██████████████████████████████[536] ████████████████████████████████████████████ ██████████████████████████████████████████████████████.  Accordingly, the evidence I have reviewed so far supports the conclusion that Corellium creates a derivative work of iOS 12.0 every time the Corellium Apple Product ████████████████████████████████████ ████████████████████████.

347.    The Corellium Apple Product also enables Corellium, and Corellium's customers

---

[532] *See* Section IX.D., *supra.*

[533] *See* Section IX.A., *supra.*

[534] *See id.*

[535] *See* Section IX.C, *supra.*

[536] *See* Section IX.D., *supra.*

who are administrators of the On-Prem Product, to distribute iOS 12.0 by making it available to other Corellium users.  As discussed above, ██████████████████████████████

███████████████████████████████████████████████████████████████████████

████████████████████.[537]   Accordingly,  the  On-Prem  Product  enables  Corellium's customers  to  make  copies  of  iOS  and  distribute  those  copies  however  the  customer  wants.  Additionally, as discussed above, ████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

██████████████████████████.[538]  As discussed above, based on my testing of the product, ██████████████████████████████████████████████████████████████

████████████████████.[539]   Each  time  a  copy  of  iOS  12.0  is  made  available  to  a  new  user, Corellium or its customers are distributing iOS 12.0 to another person.

348.    The Corellium Apple Product also publicly displays the GUI images and elements embodied in Apple's copyrighted iOS 12.0 when it creates a new iOS 12.0 virtual device and displays it to the user.  As discussed above, the IPSW file contains an image of iOS 12.0, which includes the data containing all graphical images used by iOS 12.0, including the icons for the default applications installed in iOS 12.0, the default background wallpaper images, and other

---

[537] Correllium-025432 at 5; *see* Section IX.E., *supra*.

[538] *See* Section IX.B, *supra*; Correllium-014520 at 3 █████████████████████████

████████████████████████████████████

[539] *See* Section IX.B, *supra*.

graphical images used by iOS 12.0 and its default applications to communicate to the user.[540]

When Corellium creates a new virtual device, it displays the visual output of iOS 12.0 to the user,

including applications and associated icons stored on that version of iOS by default.[541]  Further, as

discussed above, ███████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████.[542]

349.    Corellium likely possesses additional evidence of its unauthorized uses of iOS 12.0

that it has not made available to me, and which I have not yet reviewed.  For example, because

Corellium has not made available any technical details regarding the operation of Corellium's

hypervisor, I cannot say for certain ████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████

████████████.  Similarly, because Corellium has not made available the technical details regarding

██████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████

Additionally, because Corellium has not made available any previous versions of the Corellium

Apple Product for my review, I have been unable to verify how any previously provided

functionality likely operated to copy, modify, or distribute Apple's copyrighted iOS code,

---

[540] *See* Section VII.C., *supra*.

[541] *See* Section IX.E., *supra*.

[542] *See* Section IX.B, *supra*; Correllium-014520 at 3 ██████████████████████████

██████████████████████████████████████████████████████

including ████████████████████████████████████████ by the "Copy Previous Install" function.   Additionally, because Corellium has not provided details regarding ██████ ██████████████████ and because Corellium has not made available an On-Prem Product for me to inspect, I have been unable to determine whether █████████████████████ ██████████████████████████ results in additional copies of iOS.

350.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

**11.    iOS 12.1.1**

351.    Based on all the evidence available to me to date, Corellium modifies, copies, and distributes iOS 12.1.1.  I understand that the U.S. Copyright Office has issued a registration certificate for iOS 12.1.1, Registration No. TX 8-668-993.[543]  I understand this registration covers all copyrightable aspects of Apple's code for the entire iOS 12.1.1 environment, including all copyrightable aspects of "iOS" as I define it in this report.

352.    The Corellium Apple Product supports iOS 12.1.1.  Corellium has publicly claimed that its hypervisor can "[r]un any version of iOS."[544] ████████████████████████ ████████████████████████████████████████████████[545]  One of Corellium's marketing documents notes ████████████████████████ ██ ████

---

[543] APL-CORELLIUM_00005079.

[544] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

[545] Corellium-015447.

[546] Corellium-017021 at Corellium-017022-23.

███████████████████████████████████████████████[547]

353.     As an initial matter, the Corellium Apple Product necessarily makes a copy of portions of iOS 12.1.1in the memory of the server running its hypervisor when the Corellium Apple Product launches a virtual machine running iOS 12.1.1.  For the Cloud Product, ███████ ██████████████████████████████████████████████.[548]  For the On-Prem Product, ████████████████████████████████████████████████ ████████████████████████.[549]

354.     The Corellium Apple Product also makes at least one copy of iOS 12.1.1 when it creates a new iOS 12.1.1 virtual device.  As discussed above, the IPSW file contains an image of iOS object code, along with other data.[550]  The Corellium Apple Product████████████████████ ████████████████████.[551]  If a user selects or provides iOS 12.1.1, the Corellium Apple Product██████████████████████████████████████████████████ ████████████████████████.[552]  For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ██████████████████████ ████████████████████████.[553]  For the On-Prem Product, the limited

---

[547] Corellium-014482.

[548] *See* Section IX.A., *supra*.

[549] *See* Section IX.A., *supra*.

[550] *See* Section VII.A., *supra*.

[551] *See* Section IX.D, *supra*.

[552] *See id.*

[553] *See* Section IX.A., *supra*.

evidence Corellium has provided, while circumstantial, strongly indicates ████████████ ████████████████████████████████████████████████████████.[554]

355.    The Corellium Apple Product also makes at least one copy of iOS 12.1.1 ████████ ████████████████████████████████████████.  As discussed above, the Corellium Apple Product ████████████████████████████████████████████████████████████ ████████████████████████████.[555]   Additionally, ████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████.[556]  For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████████ ████████████████████████████.[557]   For the On-Prem  Product,  the  limited  evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████ ████████████████████████████████.[558]

356.    The Corellium Apple Product also makes, or made, at least one copy of iOS 12.1.1 whenever it creates or created a new iOS virtual device by "Copy[ing a] Previous Install" of another iOS 12.1.1 virtual device.[559]   As discussed above, ████████████████████████████

---

[554] *See id.*

[555] *See* Section IX.E., *supra*.

[556] Correllium-025432 at 5; *see* Section IX.E., *supra*.

[557] *See* Section IX.A., *supra*.

[558] *See* Section IX.A., *supra*.

[559] *See* Section IX.C, *supra*.

██████████████████████████████████████████████████████████████████.[560]

The Corellium Apple Product explicitly said it will "Copy Previous Install" to create a new virtual

device, ███████████████████████████████████████████████████████████████

████████████████.[561]  For the Cloud Product, the limited evidence Corellium has provided, while

circumstantial, strongly indicates ██████████████████████████████████████████

████████████████.[562]  For the On-Prem Product, the limited evidence Corellium has provided,

while circumstantial, strongly indicates ████████████████████████████████████

██████████████████████████████.[563] ███████████████████████████████████

███████████████████████████████████████████████.[564]

357.    The Corellium Apple Product makes a modified version of iOS 12.1.1 when it

creates a new iOS 12.1.1 virtual device.  For the Corellium Apple Product to run iOS 12.1.1 on its

virtualized hardware, as discussed above, ██████████████████████████████████████

██████████████████████████████████████████████.[565] ████████████████████

███████████████████████████████████████████████████████████████████████.

Accordingly, the evidence I have reviewed so far supports the conclusion that Corellium creates a

derivative work of iOS 12.1.1 every time the Corellium Apple Product ████████████████████

---

[560] *See* Section IX.D, *supra*.

[561] *See* Section IX.D, *supra*.

[562] *See* Section IX.A., *supra*.

[563] *See id.*

[564] *See* Section IX.C, *supra*.

[565] *See* Section IX.D., *supra*.

███████████████████████████████████.

358.    The Corellium Apple Product also enables Corellium, and Corellium's customers who are administrators of the On-Prem Product, to distribute iOS 12.1.1 by making it available to other Corellium users.  As discussed above, ████████████████████████████████

████████████████████████████████████████████████████

████████████████████████.[566]    Accordingly, the On-Prem Product enables Corellium's customers to make copies of iOS and distribute those copies however the customer wants. Additionally, as discussed above, ████████████████████████████

████████████████████████████████████████████████████

████████████████████████.[567]  As discussed above, based on my testing of the product, ████████████████████████████████████████████

████████████████████.[568]  Each time a copy of iOS 12.1.1 is made available to a new user, Corellium or its customers are distributing iOS 12.1.1 to another person.

359.    The Corellium Apple Product also publicly displays the GUI images and elements embodied in Apple's copyrighted iOS 12.1.1 when it creates a new iOS 12.1.1 virtual device and displays it to the user.  As discussed above, the IPSW file contains an image of iOS 12.1.1, which includes the data containing all graphical images used by iOS 12.1.1, including the icons for the

---

[566] Correllium-025432 at 5; *see* Section IX.E., *supra*.

[567] *See* Section IX.B, *supra*; Correllium-014520 at 3 ████████████████████████████████████████████████████████

[568] *See* Section IX.B, *supra*.

default applications installed in iOS 12.1.1, the default background wallpaper images, and other graphical images used by iOS 12.1.1 and its default applications to communicate to the user.[569] When Corellium creates a new virtual device, it displays the visual output of iOS 12.1.1 to the user, including applications and associated icons stored on that version of iOS by default.[570] Further, as discussed above, ████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████.[571]

360.    Corellium likely possesses additional evidence of its unauthorized uses of iOS 12.1.1 that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain ████████████████████████████

████████████████████████████████████████████████████████

██████████████████.  Similarly, because Corellium has not made available the technical details regarding ████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████    Additionally, because Corellium has not made available any previous versions of the Corellium Apple Product for my review, I have been unable to verify how any previously provided

---

[569] *See* Section VII.C., *supra*.

[570] *See* Section IX.E., *supra*.

[571] *See* Section IX.B, *supra*; Correllium-014520 at 3 ████████████████████████

███████████████████████████████████████████████

functionality likely operated to copy, modify, or distribute Apple's copyrighted iOS code, including ███████████████████████████████████████ by the "Copy Previous Install" function.  Additionally, because Corellium has not provided details regarding ████████ ██████████████████, and because Corellium has not made available an On-Prem Product for me to inspect, I have been unable to determine whether ████████████████████████ ██████████████████████████████ results in additional copies of iOS.

361.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 12.    iOS 12.2

362.    Based on all the evidence available to me to date, Corellium modifies, copies, and distributes iOS 12.2.  I understand that the U.S. Copyright Office has issued a registration certificate for iOS 12.2, Registration No. TX 8-759-263.[572]  I understand this registration covers all copyrightable aspects of Apple's code for the entire iOS 12.2 environment, including all copyrightable aspects of "iOS" as I define it in this report.

363.    The Corellium Apple Product supports iOS 12.2.  Corellium has publicly claimed that its hypervisor can "[r]un any version of iOS."[573] ████████████████████████████ ████████████████████████████████████████[574]  One of

---

[572] APL-CORELLIUM_00005149.

[573] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

[574] Corellium-015447.

Corellium's marketing documents notes ███████████ ██████ ██

██████████████████████████████████████████ ██ And on April 27,

2019, Corellium's Twitter account posted a photo of the Corellium Apple Product running iOS

12.2 on iPhone 6s[577]:



364.    As an initial matter, the Corellium Apple Product necessarily makes a copy of

portions of iOS 12.2 in the memory of the server running its hypervisor when the Corellium Apple

Product launches a virtual machine running iOS 12.2.   For the Cloud Product, ███████████

█████████████████████████████████████████████████.[578] For the On-Prem

---

[575] Corellium-017021 at Corellium-017022-23.

[576] Corellium's Third Am. Answers to Pl.'s First Set of Interrogs., at 7 (Feb. 27, 2020).

[577] @CorelliumHQ, TWITTER (Apr. 27, 2019),
https://twitter.com/CorelliumHQ/status/1122295380761305088.

[578] *See* Section IX.A., *supra*.

Product, ███████████████████████████████████████████████████

█████████████████████.[579]

365.    The Corellium Apple Product also makes at least one copy of iOS 12.2  when it creates a new iOS 12.2  virtual device.  As discussed above, the IPSW file contains an image of iOS object code, along with other data.[580]  The Corellium Apple Product ██████████████

███████████████████████.[581]  If a user selects or provides iOS 12.2, the Corellium Apple Product █████████████████████████████████████████

███████████████████████.[582]  For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████

███████████████████████.[583]  For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ███████████

█████████████████████████████████████████████████████████[584]

366.    The Corellium Apple Product also makes at least one copy of iOS 12.2 ██████████

███████████████████████████████.  As discussed above, the Corellium Apple Product

█████████████████████████████████████████████████████████

---

[579] *See* Section IX.A., *supra*.

[580] *See* Section VII.A., *supra*.

[581] *See* Section IX.D, *supra*.

[582] *See id.*

[583] *See* Section IX.A., *supra*.

[584] *See id.*

██████████████████████.[585]   Additionally, ████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████.[586]   For the Cloud Product, the limited evidence Corellium has

provided, while circumstantial, strongly indicates ████████████████████████████

████████████████████████████.[587]   For the On-Prem Product, the limited evidence Corellium

has provided, while circumstantial, strongly indicates ████████████████████████

███████████████████████████████████.[588]

367.   The Corellium Apple Product also makes, or made, at least one copy of iOS 12.2

whenever it creates or created a new iOS virtual device by "Copy[ing a] Previous Install" of

another iOS 12.2 virtual device.[589]   As discussed above, ████████████████████████████

██████████████████████████████████████████████████████.[590]   The

Corellium Apple Product explicitly said it will "Copy Previous Install" to create a new virtual

device, ████████████████████████████████████████████████████████████████

████████████████████.[591]   For the Cloud Product, the limited evidence Corellium has provided, while

circumstantial, strongly indicates ████████████████████████████████████████████████

---

[585] *See* Section IX.E., *supra*.

[586] Corellium-025432 at 5; *see* Section IX.E., *supra*.

[587] *See* Section IX.A., *supra*.

[588] *See* Section IX.A., *supra*.

[589] *See* Section IX.C, *supra*.

[590] *See* Section IX.D, *supra*.

[591] *See* Section IX.D, *supra*.

██████████████████.[592]  For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████████████ ████████████████████████████.[593] ████████████████████████████ ████████████████████████████████████████████████████.[594]

368.    The Corellium Apple Product makes a modified version of iOS 12.2 when it creates a new iOS 12.2 virtual device.  For the Corellium Apple Product to run iOS 12.2 on its virtualized hardware, as discussed above, ██████████████████████████████ ████████████████████████.[595] ████████████████████████████████ ████████████████████████████████████.  Accordingly, the evidence I have reviewed so far supports the conclusion that Corellium creates a derivative work of iOS 12.2 every time the Corellium Apple Product ████████████████████████████ ████████████████████.

369.    The Corellium Apple Product also enables Corellium, and Corellium's customers who are administrators of the On-Prem Product, to distribute iOS 12.2 by making it available to other Corellium users.  As discussed above, ████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████.[596]  Accordingly, the On-Prem Product enables Corellium's

---

[592] *See* Section IX.A., *supra*.

[593] *See id.*

[594] *See* Section IX.C, *supra*.

[595] *See* Section IX.D., *supra*.

[596] Corellium-025432 at 5; *see* Section IX.E., *supra*.

customers to make copies of iOS and distribute those copies however the customer wants. Additionally, as discussed above, ████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████.[597]  As discussed above, based on my testing of the product, ████████████████████████████████████████████████████████

████████████████████████.[598]  Each time a copy of iOS 12.2  is made available to a new user, Corellium or its customers are distributing iOS 12.2  to another person.

370.    The Corellium Apple Product also publicly displays the GUI images and elements embodied in Apple's copyrighted iOS 12.2  when it creates a new iOS 12.2  virtual device and displays it to the user.  As discussed above, the IPSW file contains an image of iOS 12.2, which includes the data containing all graphical images used by iOS 12.2, including the icons for the default applications installed in iOS 12.2, the default background wallpaper images, and other graphical images used by iOS 12.2  and its default applications to communicate to the user.[599] When Corellium creates a new virtual device, it displays the visual output of iOS 12.2  to the user, including applications and associated icons stored on that version of iOS by default.[600]  Further, as discussed above, ███████████████████████████████████████████████████████

---

[597] *See* Section IX.B, *supra*; Corellium-014520 at 3 ████████████████████████████████

████████████████████████████████████████████████

[598] *See* Section IX.B, *supra*.

[599] *See* Section VII.C., *supra*.

[600] *See* Section IX.E., *supra*.

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED].[601]

371.    Corellium likely possesses additional evidence of its unauthorized uses of iOS 12.2 that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain [REDACTED]

[REDACTED]

[REDACTED].  Similarly, because Corellium has not made available the technical details regarding [REDACTED]

[REDACTED]

Additionally, because Corellium has not made available any previous versions of the Corellium Apple Product for my review, I have been unable to verify how any previously provided functionality likely operated to copy, modify, or distribute Apple's copyrighted iOS code, including [REDACTED] by the "Copy Previous Install" function.  Additionally, because Corellium has not provided details regarding [REDACTED] and because Corellium has not made available an On-Prem Product for me to inspect, I have been unable to determine whether [REDACTED] results in additional copies of iOS.

372.    I reserve the right to supplement my opinion expressed in this report if and when

---

[601] *See* Section IX.B, *supra*; Correllium-014520 at 3 [REDACTED]

[REDACTED]

additional evidence becomes available for my review.

### B.   GUI Elements

#### 1.   Apple Icons – iOS 9 Compilation – iPhone 6s Built-in Apps

373.   Based on all the evidence available to me to date, Corellium copies, distributes, and publicly displays the works of visual art embodied in the registered iOS 9 compilation of icons titled "Apple icons – iOS 9 compilation – iPhone 6s Built-in Apps" (the "iOS 9 icons").   I understand that the U.S. Copyright Office has issued a registration certificate for the works of visual art embodied in the iOS 9 icons, Registration No. VA 2-061-057.[602]

374.   Based on all the evidence available to me to date, The Corellium Apple Product supports all versions of iOS 9.  Corellium has publicly claimed that its hypervisor can "[r]un any version of iOS."[603] ████████████████████████████████████████

████████████████████████████████████████████████████████

375.   As an initial matter, the Corellium Apple Product necessarily makes a copy of the iOS 9 icons in the random-access memory of the server running its hypervisor when the Corellium Apple Product launches a virtual machine running iOS 9 that displays one or more of the iOS 9 icons.   For the Cloud Product, ████████████████████████████████████

████████████████████████ For the On-Prem Product, ███████████████████████

---

[602] APL-CORELLIUM_00004856.

[603] @CorelliumHQ, Twitter (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

[604] Correllium-017716.

[605] *See* Section IX.A., *supra*.

████████████████████████████████████████████████████████████[606]

376.     The Corellium Apple Product makes at least one copy of the iOS 9 icons when it creates a new iOS 9 virtual device.  As discussed above, the IPSW file contains an image of iOS, which includes the data containing all graphical images used by iOS, including icons for the default applications installed in iOS.[607]  The Corellium Apple Product ███████████████████████ ████████████████████.[608]  If a user selects or provides iOS 9, the Corellium Apple Product ████████████████████████████████████████████████████████████████ ██████████████████.[609]  For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████████ ██████████████████.[610]   For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████████ ██████████████████.[611]

377.     In addition, the Corellium Apple Product also makes copies of some or all of the iOS 9 icons when it creates new virtual devices running other versions of iOS (at least from iOS 9 up to iOS version 12.0) as well.[612] ████████████████████████████████

---

[606] *See* Section IX.A., *supra*.

[607] *See* Section VII.C., *supra*.

[608] *See* Section IX.D, *supra*.

[609] *See* Section IX.D, *supra*.

[610] *See* Section IX.A., *supra*.

[611] *See* Section IX.A., *supra*.

[612] *See*  Correllium-017021  at  Correllium-017023 ████████████████████████████ ████████████████████████████████████████████████

378.    The Corellium Apple Product makes at least one copy of Apple's copyrighted iOS

9 icons ███████████████████████████████████. As discussed above, the IPSW file

contains an image of iOS, which includes the data containing all graphical images used by iOS,

including icons for the default applications installed in iOS.[613]

_____

[613] *See* Section VII.C., *supra*.

[614] *See* Section IX.D, *supra*.

████████ ██  ███████████████████████████████████████████████

██████████████████████████████████████████████████████████████

███████[616]    For the Cloud Product, the limited evidence Corellium has provided, while

circumstantial, strongly indicates █████████████████████████████████████

████████████████.[617]   For the On-Prem Product, the limited evidence Corellium has provided,

while circumstantial, strongly indicates █████████████████████████████████

███████████████████████.[618]

379.    In addition, the Corellium Apple Product makes copies of some or all of the iOS 9

icons █████████████████████████████████████████████

██████████████████████ ██████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████

---

[615] *See* Section IX.E., *supra*.

[616] Corellium-025432 at 5; *see* Section IX.E., *supra*.

[617] *See* Section IX.A., *supra*.

[618] *See* Section IX.A., *supra*.

[619] *See* Correllium-017021 at Correllium-017023 ████████████████████████

██████████████████████████████████████



380.    The Corellium Apple Product makes, or made, at least one copy of Apple's copyrighted iOS 9 icons when it creates or created a new iOS virtual device by "Copy[ing a] Previous Install" of another iOS 9 virtual device.[620]  As discussed above, the IPSW file contains an image of iOS, which includes the data containing all graphical images used by iOS, including icons for the default applications installed in iOS.[621]  As discussed above, ███████████████ ████████████████████████████████████████████████████████████████████ ██████.[622]  The Corellium Apple Product explicitly said it will "Copy Previous Install" to create a new virtual device, █████████████████████████████████████████████ ██████████████████[623] For the Cloud Product, the limited evidence Corellium has provided, while

---

[620] *See* Section IX.C, *supra.*

[621] *See* Section VII.C., *supra.*

[622] *See* Section IX.D, *supra.*

[623] *See* Section IX.C, *supra.*

circumstantial, strongly indicates ████████████████████████████████

████████████████.[624]  For the On-Prem Product, the limited evidence Corellium has provided,

while circumstantial, strongly indicates ████████████████████████████████

████████████████████████████.[625] ████████████████████████████████

████████████████████████████████.[626]

381.    In addition, the Corellium Apple Product also makes or made copies of some or all

of Apple's copyrighted iOS 9 icons when it creates or created new iOS virtual devices by

"Copy[ing a] Previous Install" of virtual devices running other versions of iOS (at least from iOS

9 up to iOS version 12.0) as well.[627] ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████

---

[624] *See* Section IX.A., *supra.*

[625] *See* Section IX.A., *supra.*

[626] *See* Section IX.C, *supra.*

[627] *See* Correllium-017021 at Correllium-017023 ████████████████████████

████████████████████████████████████████



382.    The Corellium Apple Product enables Corellium, and Corellium's customers who are administrators of the On-Prem Product, to distribute Apple's copyrighted iOS 9 icons by making them available to other Corellium users.  As discussed above, ███████████████████ ████████████████████████████████████████████████████████.[629]  Accordingly, the On-Prem Product enables Corellium's customers to make copies of the iOS 9 icons and distribute those copies however the

---

[628] *See* Section IX.C, *supra*.

[629] Correllium-025432 at 5; *see* Section IX.E., *supra*.

customer wants.   Additionally, as discussed above, ██████████████████████████

████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████.[630] As discussed above, based on

my testing of the product, ███████████████████████████████████████████████████

███████████████████████.[631] Each time a copy of iOS 9 is made available to a new

user, Corellium or its customers are distributing the graphical assets in iOS 9.0, including the

copyrighted iOS 9 icons, to another person.   In addition, the evidence I have reviewed indicates

that the Corellium Apple Product also distributes some or all of Apple's copyrighted iOS 9 icons

by ████████████████████████████████████████████████████████████████████████

███████████████████████████.[632]

383.    The Corellium Apple Product publicly displays Apple's copyrighted iOS 9 icons

when it creates a new iOS 9 virtual device and displays it to the user.   As discussed above, the

IPSW file contains an image of iOS, which includes the data containing all graphical images used

by iOS, including the copyrighted icons for the default applications installed in iOS.[633]   When

Corellium creates a new virtual device, it displays the visual output of iOS to the user, including

---

[630] *See* Section IX.B, *supra*; Correllium-014520 at 3 ████████████████████████████

███████████████████████████████████████████████

[631] *See* Section IX.B, *supra*.

[632] *See*  Correllium-017021  at  Correllium-017023  ████████████████████████████

████████████████████████████████████████████████

[633] *See* Section VII.C., *supra*.

applications and associated icons stored on that version of iOS by default.[634]  Further, as discussed

above, ███ █████ ████ ████ █████ ██ ███ █████ ████ ████ █████ █████.

██████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

██████████████████████████████.[635]  In addition, the evidence I have reviewed indicates that

the Corellium Apple Product also publicly displays some or all of the copyrighted iOS 9 icons by

██████████████████████████████████████████████████████████████████████

██████████████████████.[636]

384.    Corellium also copies and directly displays Apple's copyrighted iOS 9 icons in its

presentations and materials that it distributes to its current and potential customers.  For example,

one of Corellium's marketing documents displays ████████████████████████████████

██████████████████████████████████████████████████████████████████████

█████████████████████████.[637]  I confirmed that the same icons,

works of visual art, were included in the deposit associated with Apple's copyright registration:

---

[634] *See* Section IX.E., *supra*.

[635] *See* Section IX.B, *supra*; Correllium-014520 at 3 ████████████████████
████████████████████████

[636] *See*  Correllium-017021  at  Correllium-017023 ████████████████████
██████████████████████████

[637] Correllium-017021 at Correllium-017023.



385.    Corellium likely possesses additional evidence of its unauthorized uses of Apple's copyrighted iOS 9 icons that it has not made available to me, and which I have not yet reviewed. For example, because Corellium has not made available any technical details regarding the

operation of Corellium's hypervisor, I cannot say for certain ███████████████

██████████████████████████████████████████████████████

████████████████████████████████ Additionally, because Corellium has not

made any previous versions of the Corellium Apple Product available for my review, I have been

unable to verify how any previously provided functionality likely operated to copy, distribute, and

publicly display the copyrighted iOS 9 icons, including ████████████████████

██████████████ by the "Copy Previous Install" function.  Additionally, because Corellium

has not provided details regarding ████████████████, and because Corellium has not

made available an On-Prem Product for me to inspect, I have been unable to determine whether

████████████████████████████████████████ results

in additional copies of the copyrighted iOS 9 icons.

386.    I reserve the right to supplement my opinion expressed in this report if and when

additional evidence becomes available for my review.

## 2.    Apple Icons – iOS 11 Compilation – iPhone 8 Built-in Apps

387.    Based on all the evidence available to me to date, Corellium copies, distributes, and

publicly displays the works of visual art embodied in the registered iOS 11 compilation of icons

titled "Apple icons – iOS 11 compilation – iPhone 8 Built-in Apps" (the "iOS 11 icons").  I

understand that the U.S. Copyright Office has issued a registration certificate for the works of

visual art embodied in the iOS 11 icons, Registration No. VA 2-100-045.[638]

388.    The Corellium Apple Product supports all versions of iOS 11.  Corellium has

---

[638] APL-CORELLIUM_00004854.

publicly claimed that its hypervisor can "[r]un any version of iOS."[639] ███████████

████████████████████████████████████████████████

██████████████ █

389.    As an initial matter, the Corellium Apple Product necessarily makes a copy of the iOS 11 icons in the random-access memory of the server running its hypervisor when the Corellium Apple Product launches a virtual machine running iOS 11 that displays one or more of the iOS 11 icons.  For the Cloud Product, █████████████████████████

████████████████████ █  For the On-Prem Product, █████████████

████████████████████████████████████████[642]

390.    The Corellium Apple Product makes at least one copy of the iOS 11 icons when it creates a new iOS 11 virtual device.  As discussed above, the IPSW file contains an image of iOS, which includes the data containing all graphical images used by iOS, including icons for the default applications installed in iOS.[643]  The Corellium Apple Product ████████████████

████████████████.[644]  If a user selects or provides iOS 11, the Corellium Apple Product

████████████████████████████████████████████████

---

[639] @CorelliumHQ, Twitter (Jan. 10, 2018),
https://twitter.com/CorelliumHQ/status/951277835095871489.

[640] Corellium-017716.

[641] See Section IX.A., supra.

[642] See Section IX.A., supra.

[643] See Section VII.C., supra.

[644] See Section IX.D, supra.

███████████████████████.[645]  For the Cloud Product, the limited evidence Corellium has

provided, while circumstantial, strongly indicates ███████████████████████████

█████████████████████.[646]  For the On-Prem Product, the limited evidence Corellium

has provided, while circumstantial, strongly indicates ████████████████████████

████████████████████████.[647]

391.    In addition, the Corellium Apple Product also makes copies of some or all of the

iOS 11 icons when it creates new virtual devices running other versions of iOS (at least from iOS

9 up to iOS version 12.0) as well.[648] ██████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████

---

[645] *See* Section IX.D, *supra.*

[646] *See* Section IX.A., *supra.*

[647] *See* Section IX.A., *supra.*

[648] *See*  Correllium-017021  at  Correllium-017023  █████████████████████
███████████████████████████████████████████████



392.    The Corellium Apple Product makes at least one copy of Apple's copyrighted iOS 11 icons ▆▆▆▆▆▆▆▆▆▆▆▆. As discussed above, the IPSW file contains an image of iOS, which includes the data containing all graphical images used by iOS, including icons for the default applications installed in iOS.[649] ▆▆▆▆▆▆▆▆



▆▆▆▆▆    For the Cloud Product, the limited evidence Corellium has provided, while

---

[649] *See* Section VII.C., *supra*.

[650] *See* Section IX.D, *supra*.

[651] *See* Section IX.E., *supra*.

[652] Corellium-025432 at 5; *see* Section IX.E., *supra*.

circumstantial, strongly indicates ████████████████████████████████

███████████.[653]  For the On-Prem Product, the limited evidence Corellium has provided,

while circumstantial, strongly indicates ██████████████████████████████

████████████████████[654]

      393.    In addition, the Corellium Apple Product makes copies of some or all of the iOS

11 icons ████████████████████████████████████████████████████████

████████████████████████[655] ██████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

███████████████████

---

[653] *See* Section IX.A., *supra.*

[654] *See* Section IX.A., *supra.*

[655]  *See*  Corellium-017021  at  Corellium-017023  ██████████████████████

██████████████████████████████████████



394.    The Corellium Apple Product makes, or made, at least one copy of Apple's copyrighted iOS 11 icons when it creates or created a new iOS virtual device by "Copy[ing a] Previous Install" of another iOS 11 virtual device.[656]  As discussed above, the IPSW file contains an image of iOS, which includes the data containing all graphical images used by iOS, including icons for the default applications installed in iOS.[657]  As discussed above, ████████████ ████████████████████████████████████████████████████████████████████████ ████████.[658]  The Corellium Apple Product explicitly said it will "Copy Previous Install" to create a new virtual device, ████████████████████████████████████████████████ ████████████.[659]  For the Cloud Product, the limited evidence Corellium has provided, while

---

[656] *See* Section IX.C, *supra*.

[657] *See* Section VII.C., *supra*.

[658] *See* Section IX.D, *supra*.

[659] *See* Section IX.C, *supra*.

circumstantial, strongly indicates ████████████████████████████████████

██████████████.[660]  For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ███████████████████████████████████

███████████████████████████ ██ ████████████████████████████████

███████████████████████████████████████████████████ ██

395.    In addition, the Corellium Apple Product also makes or made copies of some or all of Apple's copyrighted iOS 11 icons when it creates or created new iOS virtual devices by "Copy[ing a] Previous Install" of virtual devices running other versions of iOS (at least from iOS 9 up to iOS version 12.0) as well.[663] █████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████

---

[660] *See* Section IX.A., *supra*.

[661] *See* Section IX.A., *supra*.

[662] *See* Section IX.C, *supra*.

[663]   *See*  Correllium-017021  at  Correllium-017023  █████████████████████

███████████████████████████████████████████████



396.    The Corellium Apple Product enables Corellium, and Corellium's customers who are administrators of the On-Prem Product, to distribute Apple's copyrighted iOS 11 icons by making them available to other Corellium users.  As discussed above, ███████████████████

███████████████████████████████████████████████████████ ███████████████████████████████  Accordingly, the On-Prem Product enables Corellium's customers to make copies of the iOS 11 icons and distribute those copies however the

---

[664] *See* Section IX.C, *supra*.

[665] Correllium-025432 at 5; *see* Section IX.E., *supra*.

customer wants.  Additionally, as discussed above, ███████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████.[666]  As discussed above, based on

my testing of the product, ██████████████████████████████████████████████████

███████████████████████.[667]  Each time a copy of iOS 11 is made available to a new

user, Corellium or its customers are distributing the graphical assets in iOS 11, including the

copyrighted iOS 11 icons, to another person.  In addition, the evidence I have reviewed indicates

that the Corellium Apple Product also distributes some or all of Apple's copyrighted iOS 11 icons

by ███████████████████████████████████████████████████████████████████████████

████████████████████████████.[668]

398.    The Corellium Apple Product publicly displays Apple's copyrighted iOS 11 icons

when it creates a new iOS 11 virtual device and displays it to the user.  As discussed above, the

IPSW file contains an image of iOS, which includes the data containing all graphical images used

by iOS, including the copyrighted icons for the default applications installed in iOS.[669]  When

Corellium creates a new virtual device, it displays the visual output of iOS to the user, including

---

[666] *See* Section IX.B, *supra*; Correllium-014520 at 3 ████████████████████████████
████████████████████████████████████████████████

[667] *See* Section IX.B, *supra*.

[668]  *See*  Correllium-017021  at  Correllium-017023  ████████████████████████████
████████████████████████████████████████████████

[669] *See* Section VII.C., *supra*.

applications and associated icons stored on that version of iOS by default.[670]  Further, as discussed above, ███ ███ ███ ███ ███ ███ ██ ███ ███ ███ ███ ███

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

███████████████████████.[671]  In addition, the evidence I have reviewed indicates that the Corellium Apple Product also publicly displays some or all of the copyrighted iOS 11 icons by ████████████████████████████

███████████████████.[672]

398.    Corellium also copies and directly displays the copyrighted iOS 11 icons in its presentations and materials that it distributes to its current and potential customers.  For example, one of Corellium's marketing documents displays ████████████████████

████████████████████████████████████

████████████████████████████████████

███████████████████.[673]  I confirmed that these icons, works of visual art, were included in the deposit associated with Apple's copyright registration:



---

[670] *See* Section IX.E., *supra*.

[671] *See* Section IX.B, *supra*; Correllium-014520 at 3 ████████████████████
████████████████████████████████

[672] *See*  Correllium-017021  at  Correllium-017023 ████████████████████
██████████████████████████

[673] Correllium-017021 at Correllium-017023.



399.    Corellium likely possesses additional evidence of its unauthorized uses of Apple's copyrighted iOS 11 icons that it has not made available to me, and which I have not yet reviewed. For example, because Corellium has not made available any technical details regarding the

operation of Corellium's hypervisor, I cannot say for certain ███████████████

███████████████████████████████████████████████████████

███████████████████████████ Additionally, because Corellium has not

made any previous versions of the Corellium Apple Product available for my review, I have been

unable to verify how any previously provided functionality likely operated to copy, distribute, and

publicly display the copyrighted iOS 11 icons, including ████████████████████

███████████████ by the "Copy Previous Install" function.  Additionally, because Corellium

has not provided details regarding ███████████████, and because Corellium has not

made available an On-Prem Product for me to inspect, I have been unable to determine whether

██████████████████████████████████████████ results

in additional copies of the copyrighted iOS 11 icons.

400.    I reserve the right to supplement my opinion expressed in this report if and when

additional evidence becomes available for my review.

### 3.    Apple Bokeh (bubble) Wallpaper iOS 7

401.    Based on all the evidence available to me to date, Corellium copies, distributes, and

publicly displays the works of visual art embodied in the registered wallpaper titled "Apple Bokeh

(bubble) Wallpaper iOS 7" (the "Bokeh Wallpaper").  I understand that the U.S. Copyright Office

has issued a registration certificate for the works of visual art embodied in the Bokeh Wallpaper,

Registration No. VA 1-922-660.[674]

402.    The Corellium Apple Product supports iOS 7.  Corellium has publicly claimed that

---

[674] APL-CORELLIUM_00004962.

its hypervisor can "[r]un any version of iOS." [675] ███████████████████████████████

████████████████████████████ [676]  Similarly, at least some of Corellium's

code indicates ████████████████████████████████████████████

██████ [677]

403.    As an initial matter, the Corellium Apple Product necessarily makes a copy of the

Bokeh Wallpaper in the random-access memory of the server running its hypervisor when the

Corellium Apple Product launches a virtual machine running iOS 7 that displays the Bokeh

Wallpaper.  For the Cloud Product, █████████████████████████████████████

████████████████████████ [678]  For the On-Prem Product, ███████████████████

██████████████████████████████████████████████████████ [679]

404.    The Corellium Apple Product makes at least one copy of the Bokeh Wallpaper

when it creates a new iOS 7 virtual device.  As discussed above, the IPSW file contains an image

of iOS, which includes the data containing all graphical images used by iOS, including the default

wallpapers for iOS. [680]  The Corellium Apple Product ██████████████████████████

---

[675]    @CorelliumHQ,      Twitter      (Jan.      10,      2018),
https://twitter.com/CorelliumHQ/status/951277835095871489.

[676] Corellium-018598.

[677] *See* Corellium-021029 at Corellium-021043 ████████████████████
███████████████████████████████ Corellium-021893 ██████████████████
██████████████████████████████████████████████████████████
█████████████████████████████

[678] *See* Section IX.A., *supra*.

[679] *See* Section IX.A., *supra*.

[680] *See* Section VII.C., *supra*.

██████████████████.[681]  If a user selects or provides iOS 7, the Corellium Apple Product ████

████████████████████████████████████████████████████████████

██████████████.[682]  For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ███████████████████████████

██████████████.[683]  For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████

█████████████████████.[684]

405.    The Corellium Apple Product makes at least one copy of Apple's copyrighted Bokeh Wallpaper ███████████████████████████.  As discussed above, the IPSW file contains an image of iOS, which includes the data containing all graphical images used by iOS, including default wallpaper included in iOS.[685] ██████████████████████

████████████████████████  █████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████

---

[681] *See* Section IX.D, *supra*.

[682] *See* Section IX.D, *supra*.

[683] *See* Section IX.A., *supra*.

[684] *See* Section IX.A., *supra*.

[685] *See* Section VII.C., *supra*.

[686] *See* Section IX.D, *supra*.

[687] *See* Section IX.E., *supra*.

████████████████████████████████████████████████████████████[688]

For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ██████████████████████████████████████████[689]

For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████████████████████ ██████████.[690]

406.    The Corellium Apple Product makes, or made, at least one copy of Apple's copyrighted Bokeh Wallpaper when it creates or created a new iOS virtual device by "Copy[ing a] Previous Install" of another iOS 7 virtual device.[691]  As discussed above, the IPSW file contains an image of iOS, which includes the data containing all graphical images used by iOS, including default wallpaper included in iOS.[692]  As discussed above, ██████████████████████ ████████████████████████████████████████████████████████████[693]

The Corellium Apple Product explicitly said it will "Copy Previous Install" to create a new virtual device, ██████████████████████████████████████████████████ ██████.[694]    For  the  Cloud  Product,  the  limited  evidence  Corellium  has  provided,  while

---

[688] Correllium-025432 at 5; *see* Section IX.E., *supra*.

[689] *See* Section IX.A., *supra*.

[690] *See* Section IX.A., *supra*.

[691] *See* Section IX.C, *supra*.

[692] *See* Section VII.C., *supra*.

[693] *See* Section IX.D, *supra*.

[694] *See* Section IX.C, *supra*.

circumstantial, strongly indicates ██████████████████████████████████████

██████████████████.[695]  For the On-Prem Product, the limited evidence Corellium has provided,

while circumstantial, strongly indicates ████████████████████████████████████

████████████████████████████████████████.[696] ████████████████████████

████████████████████████████████████.[697]

407.    The Corellium Apple Product enables Corellium, and Corellium's customers who

are administrators of the On-Prem Product, to distribute Apple's copyrighted Bokeh Wallpaper by

making it available to other Corellium users.  As discussed above, ████████████████████

████████████████████████████████████████████████████████████████

██████████████████████████████████████.[698]  Accordingly, the On-Prem Product enables

Corellium's customers to make copies of the Bokeh Wallpaper and distribute those copies however

the customer wants.  Additionally, as discussed above, ████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████.[699]  As discussed above, based on

my testing of the product, ████████████████████████████████████████████

---

[695] *See* Section IX.A., *supra.*

[696] *See* Section IX.A., *supra.*

[697] *See* Section IX.C, *supra.*

[698] Corellium-025432 at 5; *see* Section IX.E., *supra.*

[699] *See* Section IX.B, *supra*; Corellium-014520 at 3 ████████████████████████
████████████████████████████████████

██████████████████████████████.[700]  Each time a copy of iOS 7 is made available to a new user, Corellium or its customers are distributing the graphical assets in iOS 7, including the copyrighted Bokeh Wallpaper, to another person.

408.    The Corellium Apple Product publicly displays Apple's copyrighted Bokeh Wallpaper when it creates a new iOS 7 virtual device and displays it to the user.  As discussed above, the IPSW file contains an image of iOS, which includes the data containing all graphical images used by iOS, including the default wallpaper included in iOS.[701]  When Corellium creates a new virtual device, it displays the visual output of iOS to the user, including the selected wallpaper on that version of iOS.[702]  Further, as discussed above, ████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

███████.[703]

409.    Corellium likely possesses additional evidence of its unauthorized uses of Apple's copyrighted Bokeh Wallpaper that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain ████████████████████

---

[700] *See* Section IX.B, *supra*.

[701] *See* Section VII.C., *supra*.

[702] *See* Section IX.E., *supra*.

[703] *See* Section IX.B, *supra*; Correllium-014520 at 3 ██████████████████████ ██████████████████████████████████████



. Additionally, because Corellium has not made any previous versions of the Corellium Apple Product available for my review, I have been unable to verify how any previously provided functionality likely operated to copy, distribute, and publicly display the copyrighted Bokeh Wallpaper, including ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ by the "Copy Previous Install" function. Additionally, because Corellium has not provided details regarding ▮▮▮▮▮▮▮▮▮▮, and because Corellium has not made available an On-Prem Product for me to inspect, I have been unable to determine whether ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ results in additional copies of the copyrighted Bokeh Wallpaper.

410.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 4.    Apple Wallpaper – Flower Magenta (iOS 8)

411.    Based on all the evidence available to me to date, Corellium copies, distributes, and publicly displays the works of visual art embodied in the registered wallpaper titled "Apple Wallpaper – Flower magenta (iOS 8)" (the "Flower Magenta Wallpaper").  I understand that the U.S. Copyright Office has issued a registration certificate for the works of visual art embodied in the Flower Magenta Wallpaper, Registration No. VA 1-967-209.[704]

412.    The Corellium Apple Product supports iOS 8.  Corellium has publicly claimed that its hypervisor can "[r]un any version of iOS."[705] ▮▮▮▮▮▮▮▮▮▮

---

[704] APL-CORELLIUM_00004994.

[705] @CorelliumHQ, TWITTER (Jan. 10, 2018),



706

413.    As an initial matter, the Corellium Apple Product necessarily makes a copy of the Flower Magenta Wallpaper in the random-access memory of the server running its hypervisor when the Corellium Apple Product launches a virtual machine running iOS 8 that displays the Flower Magenta Wallpaper.  For the Cloud Product, [REDACTED]

[REDACTED] 707   For the On-Prem Product, [REDACTED]

[REDACTED] 708

414.    The Corellium Apple Product makes at least one copy of the Flower Magenta Wallpaper when it creates a new iOS 8 virtual device.  As discussed above, the IPSW file contains an image of iOS, which includes the data containing all graphical images used by iOS, including the default wallpapers for iOS.709  The Corellium Apple Product [REDACTED]

[REDACTED] 710   If a user selects or provides iOS 8, the Corellium Apple Product [REDACTED]

---

https://twitter.com/CorelliumHQ/status/951277835095871489.

706 Correllium-017886.

707 *See* Section IX.A., *supra*.

708 *See* Section IX.A., *supra*.

709 *See* Section VII.C., *supra*.

710 *See* Section IX.D, *supra*.

███████████████████ [711]  For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████████████ ████████████████████.[712]  For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████████ ██████████████████████████.[713]

415.    The Corellium Apple Product makes at least one copy of Apple's copyrighted Flower Magenta Wallpaper ████████████████████████████████.  As discussed above, the IPSW file contains an image of iOS, which includes the data containing all graphical images used by iOS, including default wallpaper included in iOS.[714] ████████████████

████████████████████████████████ ██████████████████████████████████

██████████████████████████████████████████████████████

███████████ ████████████████████████████████████████████

██████████████████████████████████████████████████████

█████ .[717]    For  the  Cloud  Product,  the  limited  evidence  Corellium  has  provided,  while circumstantial, strongly indicates ██████████████████████████████████████████

---

[711] *See* Section IX.D, *supra.*

[712] *See* Section IX.A., *supra.*

[713] *See* Section IX.A., *supra.*

[714] *See* Section VII.C., *supra.*

[715] *See* Section IX.D, *supra.*

[716] *See* Section IX.E., *supra.*

[717] Correllium-025432 at 5; *see* Section IX.E., *supra.*

███████████████████.[718]  For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████████████

███████████████████████[719]

416.    The Corellium Apple Product makes, or made, at least one copy of Apple's copyrighted Flower Magenta Wallpaper when it creates or created a new iOS virtual device by "Copy[ing a] Previous Install" of another iOS 8 virtual device.[720]  As discussed above, the IPSW file contains an image of iOS, which includes the data containing all graphical images used by iOS, including default wallpaper included in iOS.[721]  As discussed above, ██████████████████

████████████████████████████████████████████████████████████████

█████.[722]  The Corellium Apple Product explicitly said it will "Copy Previous Install" to create a new virtual device, ████████████████████████████████████████████

███████████████.[723]  For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates █████████████████████████████████

███████████████.[724]  For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████████████

---

[718] *See* Section IX.A., *supra*.

[719] *See* Section IX.A., *supra*.

[720] *See* Section IX.C, *supra*.

[721] *See* Section VII.C., *supra*.

[722] *See* Section IX.D, *supra*.

[723] *See* Section IX.C, *supra*.

[724] *See* Section IX.A., *supra*.

██████████████████████████ ██████████████████████████

██████████████████████████.[726]

417.     The Corellium Apple Product enables Corellium, and Corellium's customers who are administrators of the On-Prem Product, to distribute Apple's copyrighted Flower Magenta Wallpaper by making it available to other Corellium users.   As discussed above, ████████

████████████████████████████████████

████████████████████████.[727]  Accordingly, the On-Prem Product enables Corellium's customers to make copies of the Flower Magenta Wallpaper and distribute those copies however the customer wants.   Additionally, as discussed above, ███

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

███.[728]  As discussed above, based on my testing of the product, ████████████

████████████████████████.[729]  Each time a copy of iOS 8 is made available to a new user, Corellium or its customers are distributing the graphical assets in iOS 8, including the copyrighted Flower Magenta Wallpaper, to another person.

---

[725] *See* Section IX.A., *supra*.

[726] *See* Section IX.C, *supra*.

[727] Correllium-025432 at 5; *see* Section IX.E., *supra*.

[728] *See* Section IX.B, *supra*; Correllium-014520 at 3 ████████████

████████████████████████

[729] *See* Section IX.B, *supra*.

418.    The Corellium Apple Product publicly displays Apple's copyrighted Flower Magenta Wallpaper when it creates a new iOS 8 virtual device and displays it to the user.  As discussed above, the IPSW file contains an image of iOS, which includes the data containing all graphical images used by iOS, including the default wallpaper included in iOS.[730]   When Corellium creates a new virtual device, it displays the visual output of iOS to the user, including the selected wallpaper on that version of iOS.[731]  Further, as discussed above, ████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████.[732]

419.    Corellium likely possesses additional evidence of its unauthorized uses of Apple's copyrighted Flower Magenta Wallpaper that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain ████████████ ████████████████████████████████████████████████████████████ █████████████████████████████████████████████████.  Additionally, because Corellium has not made any previous versions of the Corellium Apple Product available for my review, I have been unable to verify how any previously provided functionality likely

---

[730] *See* Section VII.C., *supra*.

[731] *See* Section IX.E., *supra*.

[732] *See* Section IX.B, *supra*; Correllium-014520 at 3 ██████████████████ ██████████████████████████████████████████████

operated to copy, distribute, and publicly display the copyrighted Flower Magenta Wallpaper, including ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮by the "Copy Previous Install" function.  Additionally, because Corellium has not provided details regarding ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and because Corellium has not made available an On-Prem Product for me to inspect, I have been unable to determine whether ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ results in additional copies of the copyrighted Flower Magenta Wallpaper.

420.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

**5.    Apple Wallpaper – Flower Chrysanthemum Purple (iOS 8)**

421.    Based on all the evidence available to me to date, Corellium copies, distributes, and publicly displays the works of visual art embodied in the registered wallpaper titled "Apple Wallpaper – Flower Chrysanthemum purple (iOS 8)" (the "Flower Chrysanthemum Wallpaper"). I understand that the U.S. Copyright Office has issued a registration certificate for the works of visual art embodied in the Flower Chrysanthemum Wallpaper, Registration No. VA 1-967-206.[733]

422.    The Corellium Apple Product supports iOS 8.  Corellium has publicly claimed that its hypervisor can "[r]un any version of iOS."[734] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮

---

[733] APL-CORELLIUM_00004970.

[734] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

[735] Corellium-017886.

423.     As an initial matter, the Corellium Apple Product necessarily makes a copy of the Flower Chrysanthemum Wallpaper in the random-access memory of the server running its hypervisor when the Corellium Apple Product launches a virtual machine running iOS 8 that displays the Flower Chrysanthemum Wallpaper.  For the Cloud Product, ███████████████ ███████████████████████████████████████████.[736]  For the On-Prem Product, ███████████████████████████████████████████████████████████████ ███████████████████████.

424.     The Corellium Apple Product makes at least one copy of the Flower Chrysanthemum Wallpaper when it creates a new iOS 8 virtual device.  As discussed above, the IPSW file contains an image of iOS, which includes the data containing all graphical images used by iOS, including the default wallpapers for iOS.[738]  The Corellium Apple Product █████████████ ███████████████████████████.[739]  If a user selects or provides iOS 8, the Corellium Apple Product █████████████████████████████████████████ ███████████████████████████.[740]   For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates █████████████ ████████████████████████.[741]   For the On-Prem Product, the limited

---

[736] *See* Section IX.A., *supra*.

[737] *See* Section IX.A., *supra*.

[738] *See* Section VII.C., *supra*.

[739] *See* Section IX.D, *supra*.

[740] *See* Section IX.D, *supra*.

[741] *See* Section IX.A., *supra*.

evidence Corellium has provided, while circumstantial, strongly indicates ███████████████

████████████████████████████████████.[742]

425.    The Corellium Apple Product makes at least one copy of Apple's copyrighted

Flower Chrysanthemum Wallpaper ███████████████████.  As

discussed above, the IPSW file contains an image of iOS, which includes the data containing all

graphical images used by iOS, including default wallpaper included in iOS.[743] ████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████

█████████████████████████.[746]   For the Cloud Product, the limited evidence Corellium has

provided, while circumstantial, strongly indicates ███████████████████████

███████████████████████.[747]   For the On-Prem Product, the limited evidence Corellium

has provided, while circumstantial, strongly indicates ████████████████████████

████████████████████.[748]

---

[742] *See* Section IX.A., *supra*.

[743] *See* Section VII.C., *supra*.

[744] *See* Section IX.D, *supra*.

[745] *See* Section IX.E., *supra*.

[746] Correllium-025432 at 5; *see* Section IX.E., *supra*.

[747] *See* Section IX.A., *supra*.

[748] *See* Section IX.A., *supra*.

426.    The Corellium Apple Product makes, or made, at least one copy of Apple's copyrighted Flower Chrysanthemum Wallpaper when it creates or created a new iOS virtual device by "Copy[ing a] Previous Install" of another iOS 8 virtual device.[749]   As discussed above, the IPSW file contains an image of iOS, which includes the data containing all graphical images used by iOS, including default wallpaper included in iOS.[750]  As discussed above, ███████████

███████████████████████████████████████████

███████.[751]  The Corellium Apple Product explicitly said it will "Copy Previous Install" to create a new virtual device, ████████████████████████████████████

████████████.[752]  For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████

████████████.[753]  For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████

████████████████.[754] ██████████████████

█████████████████████████.[755]

427.    The Corellium Apple Product enables Corellium, and Corellium's customers who

---

[749] *See* Section IX.C, *supra.*

[750] *See* Section VII.C., *supra.*

[751] *See* Section IX.D, *supra.*

[752] *See* Section IX.C, *supra.*

[753] *See* Section IX.A., *supra.*

[754] *See* Section IX.A., *supra.*

[755] *See* Section IX.C, *supra.*

are administrators of the On-Prem Product, to distribute Apple's copyrighted Flower Chrysanthemum Wallpaper by making it available to other Corellium users.  As discussed above,

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████.[756]  Accordingly, the On-Prem Product enables Corellium's customers to make copies of the Flower Chrysanthemum Wallpaper and distribute those copies however the customer wants.  Additionally, as discussed above, ████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████.[757]  As discussed above, based on my testing of the product,

████████████████████████████████████████████████████████████████████

███████████████.[758]  Each time a copy of iOS 8 is made available to a new user, Corellium or its customers are distributing the graphical assets in iOS 8, including the copyrighted Flower Chrysanthemum Wallpaper, to another person.

428.  The Corellium Apple Product publicly displays Apple's copyrighted Flower Chrysanthemum Wallpaper when it creates a new iOS 8 virtual device and displays it to the user.  As discussed above, the IPSW file contains an image of iOS, which includes the data containing

---

[756] Correllium-025432 at 5; *see* Section IX.E., *supra*.

[757] *See* Section IX.B, *supra*; Correllium-014520 at 3 ███████████████████████████

██████████████████████████████████

[758] *See* Section IX.B, *supra*.

all graphical images used by iOS, including the default wallpaper included in iOS.[759]   When Corellium creates a new virtual device, it displays the visual output of iOS to the user, including the selected wallpaper on that version of iOS.[760]  Further, as discussed above, ███████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ████████████████████.[761]

429.    Corellium likely possesses additional evidence of its unauthorized uses of Apple's copyrighted Flower Chrysanthemum Wallpaper that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain ███████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████

Additionally, because Corellium has not made any previous versions of the Corellium Apple Product available for my review, I have been unable to verify how any previously provided functionality likely operated to copy, distribute, and publicly display the copyrighted Flower Chrysanthemum Wallpaper, including ███████████████████████████████████ ███████_by the "Copy Previous Install" function.  Additionally, because Corellium has not

---

[759] *See* Section VII.C., *supra*.

[760] *See* Section IX.E., *supra*.

[761] *See* Section IX.B, *supra*; Corellium-014520 at 3 ██████████████████ ███████████████████████████████████████

provided details regarding ███████████████████████, and because Corellium has not made available an On-Prem Product for me to inspect, I have been unable to determine whether ███ ████████████████████████████████████████████████████████results in additional copies of the copyrighted Flower Chrysanthemum Wallpaper.

430.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 6.        Apple Wallpaper – Abstract Ink Spot in Blue and Green (iOS 8)

431.    Based on all the evidence available to me to date, Corellium copies, distributes, and publicly displays the works of visual art embodied in the registered wallpaper titled "Apple Wallpaper – Abstract ink spot in blue and green (iOS 8)" (the "Abstract Ink Wallpaper").  I understand that the U.S. Copyright Office has issued a registration certificate for the works of visual art embodied in the Abstract Ink Wallpaper, Registration No. VA 1-967-208.[762]

432.    The Corellium Apple Product supports iOS 8.  Corellium has publicly claimed that its hypervisor can "[r]un any version of iOS."[763] ████████████████████████████ ████████████████████████████████████████████████████████ ███████

433.    As an initial matter, the Corellium Apple Product necessarily makes a copy of the Abstract Ink Wallpaper in the random-access memory of the server running its hypervisor when

---

[762] APL-CORELLIUM_00004984.

[763] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/95127783509587148 9.

[764] Corellium-017886.

the Corellium Apple Product launches a virtual machine running iOS 8 that displays the Abstract Ink Wallpaper.  For the Cloud Product, ██████████████████████████████████████████

████████████████████████.[765]  For the On-Prem Product, ███████████████████████████

███████████████████████████████████████████████████████████████████.[766]

434.    The Corellium Apple Product makes at least one copy of the Abstract Ink Wallpaper when it creates a new iOS 8 virtual device.  As discussed above, the IPSW file contains an image of iOS, which includes the data containing all graphical images used by iOS, including the default wallpapers for iOS.[767]  The Corellium Apple Product █████████████████████

██████████████████████.[768]  If a user selects or provides iOS 8, the Corellium Apple Product

████████████████████████████████████████████████████████████████████████████

██████████████████.[769]  For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ███████████████████████████████████████

██████████████████.[770]  For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████████████████████

███████████████████████.[771]

---

[765] *See* Section IX.A., *supra.*

[766] *See* Section IX.A., *supra.*

[767] *See* Section VII.C., *supra.*

[768] *See* Section IX.D, *supra.*

[769] *See* Section IX.D, *supra.*

[770] *See* Section IX.A., *supra.*

[771] *See* Section IX.A., *supra.*

435.    The Corellium Apple Product makes at least one copy of Apple's copyrighted Abstract Ink Wallpaper ███████████████████████████ As discussed above, the IPSW file contains an image of iOS, which includes the data containing all graphical images used by iOS, including default wallpaper included in iOS.[772] ██████████████████████

████████████████████.[773] ██████████████████████████

████████████████████████████████████████

███████████ ████████████████████████████

████████████████████████████████████████

███████ For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ████████████████████

████████████.[776] For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ██████████████████████

███████████████████.[777]

436.    The Corellium Apple Product makes, or made, at least one copy of Apple's copyrighted Abstract Ink Wallpaper when it creates or created a new iOS virtual device by

---

[772] See Section VII.C., *supra*.

[773] See Section IX.D, *supra*.

[774] See Section IX.E., *supra*.

[775] Corellium-025432 at 5; *see* Section IX.E., *supra*.

[776] See Section IX.A., *supra*.

[777] See Section IX.A., *supra*.

"Copy[ing a] Previous Install" of another iOS 8 virtual device.[778]  As discussed above, the IPSW file contains an image of iOS, which includes the data containing all graphical images used by iOS, including default wallpaper included in iOS.[779]  As discussed above, ███████████████

███████████████████████████████████████████████

███████.[780]  The Corellium Apple Product explicitly said it will "Copy Previous Install" to create a new virtual device, ███████████████████████████████████

███████████████.[781]  For the Cloud Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ███████████████████████████

███████████████.[782]  For the On-Prem Product, the limited evidence Corellium has provided, while circumstantial, strongly indicates ███████████████████████████

███████████████████████.[783] ██████████████

█████████████████████████████████████.[784]

437.    The Corellium Apple Product enables Corellium, and Corellium's customers who are administrators of the On-Prem Product, to distribute Apple's copyrighted Abstract Ink Wallpaper by making it available to other Corellium users.  As discussed above, █████████████

---

[778] *See* Section IX.C, *supra*.

[779] *See* Section VII.C., *supra*.

[780] *See* Section IX.D, *supra*.

[781] *See* Section IX.C, *supra*.

[782] *See* Section IX.A., *supra*.

[783] *See* Section IX.A., *supra*.

[784] *See* Section IX.C, *supra*.

�—————————————————————————————

�—————————————————————————————————————.[785]  Accordingly, the On-Prem Product enables Corellium's customers to make copies of the Abstract Ink Wallpaper and distribute those copies however the customer wants.   Additionally, as discussed above, ▮

�—————————————————————————————

�—————————————————————————————

�—————————————————————————————

▮.[786]  As discussed above, based on my testing of the product, ▮———————————————

▮—————————————————————————————————.[787]  Each time a copy of iOS 8 is made available to a new user, Corellium or its customers are distributing the graphical assets in iOS 8, including the copyrighted Abstract Ink Wallpaper, to another person.

438.    The Corellium Apple Product publicly displays Apple's copyrighted Abstract Ink Wallpaper when it creates a new iOS 8 virtual device and displays it to the user.   As discussed above, the IPSW file contains an image of iOS, which includes the data containing all graphical images used by iOS, including the default wallpaper included in iOS.[788]  When Corellium creates a new virtual device, it displays the visual output of iOS to the user, including the selected

---

[785] Correllium-025432 at 5; *see* Section IX.E., *supra*.

[786] *See* Section IX.B, *supra*; Correllium-014520 at 3 ▮——————————————————
▮——————————————————————————

[787] *See* Section IX.B, *supra*.

[788] *See* Section VII.C., *supra*.

wallpaper on that version of iOS.[789]  Further, as discussed above, ████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████

439.    Corellium likely possesses additional evidence of its unauthorized uses of Apple's

copyrighted Abstract Ink Wallpaper that it has not made available to me, and which I have not yet

reviewed.  For example, because Corellium has not made available any technical details regarding

the operation of Corellium's hypervisor, I cannot say for certain ██████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████.  Additionally,

because Corellium has not made any previous versions of the Corellium Apple Product available

for my review, I have been unable to verify how any previously provided functionality likely

operated to copy, distribute, and publicly display the copyrighted Abstract Ink Wallpaper,

including ████████████████████████████████by the "Copy Previous

Install" function.  Additionally, because Corellium has not provided details regarding ██████

████████████████, and because Corellium has not made available an On-Prem Product for

me to inspect, I have been unable to determine whether ██████████████████████

████████████████████████████████results in additional copies of the copyrighted

[789] *See* Section IX.E., *supra*.

[790] *See* Section IX.B, *supra*; Corellium-014520 at 3 ██████████████████████

████████████████████████████████████████████████

Abstract Ink Wallpaper.

440.     I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

## XI.   CORELLIUM'S CIRCUMVENTION OF APPLE'S SECURITY MEASURES

### A.     iOS

#### 1.     iOS 9.0

441.     Based on all the evidence available to me to date, Corellium offers a technology, product, or service that circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to iOS 9.0 and protect iOS 9.0 from acts of copyright infringement.[791]

442.     Apple's secure boot chain process is a technological protection measure that effectively controls access to iOS 9.0 and protects iOS 9.0 from acts of copyright infringement. As explained above, this boot chain contains many points of verification in hardware, firmware, and software, each verification confirming that the hardware, firmware, and software controlling the device matches the signed manifest for the configuration authorized by Apple's server.[792]  As explained above, Apple mobile devices use a secure boot chain to install and launch iOS 9.0 and allow the user to access and interact with iOS 9.0.[793]  When iOS 9.0 is ordinarily installed on an authorized Apple device, that device makes a connection to Apple's authorization server, which checks to make sure that iOS 9.0 is an authorized build and that it is about to be installed on an

---

[791] *See* Section V.C., *supra*.

[792] *See* Section VII.B., *supra*.

[793] *See* Section VII.B., *supra*.

authorized Apple device compatible with iOS 9.0.[794]  If that check fails, iOS 9.0 will not install on the device.[795]  Additionally, after installation, every time the device is powered on, Apple's boot processes perform a series of verifications to ensure that, at each step in the process, the authorized Apple device only executes validated Apple code running on validated Apple hardware.[796]  Similarly, Apple's trust cache effectively controls a user's ability to use and interact with iOS 9.0 by limiting the applications that are authorized to run on iOS 9.0.[797]  In the ordinary course of operation, therefore, the secure boot chain—from the hardware-level verifications all the way up to and including the application-level verifications performed with respect to the trust cache— requires application of both information (e.g., the signed manifest from Apple) and a process (e.g., the comparison of cryptographic measurements) at each step in the secure boot process for the user to gain access to and use iOS 9.0.

443.   Requiring that users of iOS 9.0 agree to Apple's Software License Agreement (SLA) as a prerequisite to installation or upgrade is an additional measure that controls access to iOS 9.0 and protects iOS 9.0 from acts of infringement.  As explained above, in the ordinary course of operation, iOS requires the user to affirmatively agree to the SLA to install iOS 9.0 or upgrade a previous version of iOS to version 9.0.[798]

444.   The Corellium Apple Product circumvents Apple's technological protection

---

[794] *See* Section VII.B., *supra*.

[795] *See* Section VII.B., *supra*.

[796] *See* Section VII.B., *supra*.

[797] *See* Section VII.B., *supra*.

[798] *See* Section VII.A., *supra*.

measures by making modifications to the iOS image and associated firmware and software to bypass such measures entirely or impair the ordinary execution of the secure boot chain. As explained above, the Corellium Apple Product



and

---

[799] *See* Section IX.D., *supra.*

[800] *See* Section IX.D., *supra.*

[801] *See* Section IX.D., *supra.*

[802] *See* Section IX.D., *supra.*

[803] *See* Section IX.D., *supra.*

- Corellium's modifications prevent Apple's SLA from being displayed to the user upon install, and do not require the user to accept the SLA terms to proceed with access to iOS 9.0.[804]

445.    The Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures.   Corellium openly admits that the Corellium Apple Product "replac[es] racks of [Apple's] physical devices with a single virtual platform."[805]   One of Corellium's founders stated publicly that "[t]esting on iOS devices currently is limited in that each physical device is locked to a particular firmware version," but with the Corellium Apple Product, "researchers can tinker with any part of the operating system as well as inspect and instrument it in ways that are very helpful."[806]

446.    The Corellium Apple Product has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures for the purposes of launching an iOS virtual device.   Corellium is "a startup that sells a product that allows users to create virtual instances of almost any iOS device in the world."[807]   Corellium openly admits that its product

---

[804] *See* Section IX.E., *supra*.

[805] ECF No. 64, Corellium's Answer, Affirm Defenses, and Countercls. to Apple's First Am. Compl., at 3 (Jan. 10, 2020).

[806] Thomas Brewster, *This Super Stealth Startup Built An Apple Hacker's Paradise*, Forbes (Feb. 15, 2018), https://www.forbes.com/sites/thomasbrewster/2018/02/15/corellium-virtual-apple-iphones-for-hacking/#528d87564a3b.

[807] Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research Apple's Most Sensitive Code*, Motherboard Vice (Mar. 6, 2019), https://www.vice.com/en_us/article/gyakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-researchapple-

"enables us to run virtual iPhones in the cloud," and features the ability to "[r]un any version of iOS" and the "[o]ptional jailbreak of any version" of iOS.[808]  As described above, in order to offer virtualized iOS devices—which is the entire purpose of the Corellium Apple Product—Corellium must circumvent Apple's technological protection measures.

447.    The Corellium Apple Product is marketed for use in circumventing Apple's technological protection measures.  For example, Corellium has publicly marketed itself as an alternative for "buying jailbroken iPhones on eBay."[809]  In a marketing document, Corellium promotes its ability to ███████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████[810]  Corellium also publicly markets its ability to "[r]un any version of iOS," produce an "[o]n demand thread list & kernel backtrace," "[o]ptional jailbreak for any version," "[a]nd much more!"[811]

448.    Corellium likely possesses additional evidence of its circumvention of Apple's technological protection measures that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain the exact method that the

---

zero-days.

[808] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

[809]        @CorelliumHQ,         TWITTER        (Jan.        22,        2019), https://twitter.com/CorelliumHQ/status/1087817867431739392.

[810] Correllium-017021 at Corellium-017021.

[811] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

Corellium Apple Product uses ███████████████████████████████████

███████████████████████████████. Because Corellium has not

made any previous versions of the Corellium Apple Product available for my review, I have been

unable to verify how previously provided functionality operated to circumvent Apple's

technological protection measures.   Additionally, I understand Corellium likely possesses

additional marketing evidence that it has not yet produced, including email messages with potential

and actual customers and other documents and information that it relays to its potential and actual

customers.   Such documents would likely provide additional support demonstrating that the

Corellium Apple Product is specifically designed for the purpose of circumventing Apple's

technological protection measures, has limited commercially significant purpose or use other than

to circumvent Apple's technological protection measures, or is marketed for use in circumventing

Apple's technological protection measures.

449.   I reserve the right to supplement my opinion expressed in this report if and when

additional evidence becomes available for my review.

### 2.   iOS 9.1

450.   Based on all the evidence available to me to date, Corellium offers a technology,

product, or service that circumvents, bypasses, deactivates, avoids, and impairs Apple's

technological protection measures that otherwise effectively control access to iOS 9.1 and protect

iOS 9.1 from acts of copyright infringement.[812]

451.   Apple's secure boot chain process is a technological protection measure that

effectively controls access to iOS 9.1 and protects iOS 9.1 from acts of copyright infringement.

As explained above, this boot chain contains many points of verification in hardware, firmware,

---

[812] *See* Section V.C., *supra*.

and software, each verification confirming that the hardware, firmware, and software controlling the device matches the signed manifest for the configuration authorized by Apple's server.[813]  As explained above, Apple mobile devices use a secure boot chain to install and launch iOS 9.1 and allow the user to access and interact with iOS 9.1.[814]  When iOS 9.1 is ordinarily installed on an authorized Apple device, that device makes a connection to Apple's authorization server, which checks to make sure that iOS 9.1 is an authorized build and that it is about to be installed on an authorized Apple device compatible with iOS 9.1.[815]  If that check fails, iOS 9.1 will not install on the device.[816]  Additionally, after installation, every time the device is powered on, Apple's boot processes perform a series of verifications to ensure that, at each step in the process, the authorized Apple device only executes validated Apple code running on validated Apple hardware.[817] Similarly, Apple's trust cache effectively controls a user's ability to use and interact with iOS 9.1 by limiting the applications that are authorized to run on iOS 9.1.[818]  In the ordinary course of operation, therefore, the secure boot chain—from the hardware-level verifications all the way up to and including the application-level verifications performed with respect to the trust cache— requires application of both information (e.g., the signed manifest from Apple) and a process (e.g., the comparison of cryptographic measurements) at each step in the secure boot process for the user

---

[813] *See* Section VII.B., *supra*.

[814] *See* Section VII.B., *supra*.

[815] *See* Section VII.B., *supra*.

[816] *See* Section VII.B., *supra*.

[817] *See* Section VII.B., *supra*.

[818] *See* Section VII.B., *supra*.

to gain access to and use iOS 9.1.

452.     Requiring that users of iOS 9.1 agree to Apple's Software License Agreement (SLA) as a prerequisite to installation or upgrade is an additional measure that controls access to iOS 9.1 and protects iOS 9.1 from acts of infringement.  As explained above, in the ordinary course of operation, iOS requires the user to affirmatively agree to the SLA to install iOS 9.1 or upgrade a previous version of iOS to version 9.1.[819]

453.     The Corellium Apple Product circumvents Apple's technological protection measures by making modifications to the iOS image and associated firmware and software to bypass such measures entirely or impair the ordinary execution of the secure boot chain.  As explained  above,  the  Corellium  Apple  Product



[822]

---

[819] *See* Section VII.A., *supra*.

[820] *See* Section IX.D., *supra*.

[821] *See* Section IX.D., *supra*.

[822] *See* Section IX.D., *supra*.



and

- Corellium's modifications prevent Apple's SLA from being displayed to the user upon install, and do not require the user to accept the SLA terms to proceed with access to iOS 9.1.[825]

454.   The Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures.   Corellium openly admits that the Corellium Apple Product "replac[es] racks of [Apple's] physical devices with a single virtual platform."[826]   One of Corellium's founders stated publicly that "[t]esting on iOS devices currently is limited in that each physical device is locked to a particular firmware version," but with the Corellium Apple Product, "researchers can tinker with any part of the operating system as well as inspect and instrument it in ways that are very helpful."[827]

---

[823] *See* Section IX.D., *supra*.

[824] *See* Section IX.D., *supra*.

[825] *See* Section IX.E., *supra*.

[826] ECF No. 64, Corellium's Answer, Affirm Defenses, and Countercls. to Apple's First Am. Compl., at 3 (Jan. 10, 2020).

[827] Thomas Brewster, *This Super Stealth Startup Built An Apple Hacker's Paradise*, Forbes (Feb. 15, 2018), https://www.forbes.com/sites/thomasbrewster/2018/02/15/corellium-virtual-

455.    The Corellium Apple Product has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures for the purposes of launching an iOS virtual device.  Corellium is "a startup that sells a product that allows users to create virtual instances of almost any iOS device in the world."[828] Corellium openly admits that its product "enables us to run virtual iPhones in the cloud," and features the ability to "[r]un any version of iOS" and the "[o]ptional jailbreak of any version" of iOS.[829]  As described above, in order to offer virtualized iOS devices—which is the entire purpose of the Corellium Apple Product—Corellium must circumvent Apple's technological protection measures.

456.    The Corellium Apple Product is marketed for use in circumventing Apple's technological protection measures.  For example, Corellium has publicly marketed itself as an alternative for "buying jailbroken iPhones on eBay."[830]  In a marketing document, Corellium promotes its ability to ███████████████████████████████████

███████████████████████████████████

---

apple-iphones-for-hacking/#528d87564a3b.

[828] Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research Apple's Most Sensitive Code*, Motherboard Vice (Mar. 6, 2019), https://www.vice.com/ en_us/article/gyakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-researchapple-zero-days.

[829] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

[830]        @CorelliumHQ,        TWITTER        (Jan.        22,        2019), https://twitter.com/CorelliumHQ/status/1087817867431739392.

███████████████████████████████[831] Corellium also publicly markets its ability to "[r]un any version of iOS," produce an "[o]n demand thread list & kernel backtrace," "[o]ptional jailbreak for any version," "[a]nd much more!"[832]

457.   Corellium likely possesses additional evidence of its circumvention of Apple's technological protection measures that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain the exact method that the Corellium Apple Product uses █████████████████████████████████ ███████████████████████████.  Because Corellium has not made any previous versions of the Corellium Apple Product available for my review, I have been unable to verify how previously provided functionality operated to circumvent Apple's technological protection measures.   Additionally, I understand Corellium likely possesses additional marketing evidence that it has not yet produced, including email messages with potential and actual customers and other documents and information that it relays to its potential and actual customers.   Such documents would likely provide additional support demonstrating that the Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures, has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, or is marketed for use in circumventing Apple's technological protection measures.

458.   I reserve the right to supplement my opinion expressed in this report if and when

---

[831] Correllium-017021 at Correllium-017021.

[832] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

additional evidence becomes available for my review.

### 3.      iOS 10.0

459.    Based on all the evidence available to me to date, Corellium offers a technology, product, or service that circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to iOS 10.0 and protect iOS 10.0 from acts of copyright infringement.[833]

460.    Apple's secure boot chain process is a technological protection measure that effectively controls access to iOS 10.0 and protects iOS 10.0 from acts of copyright infringement. As explained above, this boot chain contains many points of verification in hardware, firmware, and software, each verification confirming that the hardware, firmware, and software controlling the device matches the signed manifest for the configuration authorized by Apple's server.[834]  As explained above, Apple mobile devices use a secure boot chain to install and launch iOS 10.0 and allow the user to access and interact with iOS 10.0.[835]  When iOS 10.0 is ordinarily installed on an authorized Apple device, that device makes a connection to Apple's authorization server, which checks to make sure that iOS 10.0 is an authorized build and that it is about to be installed on an authorized Apple device compatible with iOS 10.0.[836]  If that check fails, iOS 10.0 will not install on the device.[837]  Additionally, after installation, every time the device is powered on, Apple's

---

[833] *See* Section V.C., *supra*.

[834] *See* Section VII.B., *supra*.

[835] *See* Section VII.B., *supra*.

[836] *See* Section VII.B., *supra*.

[837] *See* Section VII.B., *supra*.

boot processes perform a series of verifications to ensure that, at each step in the process, the authorized Apple device only executes validated Apple code running on validated Apple hardware.[838] Similarly, Apple's trust cache effectively controls a user's ability to use and interact with iOS 10.0 by limiting the applications that are authorized to run on iOS 10.0.[839] In the ordinary course of operation, therefore, the secure boot chain—from the hardware-level verifications all the way up to and including the application-level verifications performed with respect to the trust cache—requires application of both information (e.g., the signed manifest from Apple) and a process (e.g., the comparison of cryptographic measurements) at each step in the secure boot process for the user to gain access to and use iOS 10.0.

461.     Requiring that users of iOS 10.0 agree to Apple's Software License Agreement (SLA) as a prerequisite to installation or upgrade is an additional measure that controls access to iOS 10.0 and protects iOS 10.0 from acts of infringement.  As explained above, in the ordinary course of operation, iOS requires the user to affirmatively agree to the SLA to install iOS 10.0 or upgrade a previous version of iOS to version 10.0.[840]

462.     The Corellium Apple Product circumvents Apple's technological protection measures by making modifications to the iOS image and associated firmware and software to bypass such measures entirely or impair the ordinary execution of the secure boot chain.  As explained above, the Corellium Apple Product ████████████████████████████

████████████████████████████████████████████████████████

---

[838] *See* Section VII.B., *supra*.

[839] *See* Section VII.B., *supra*.

[840] *See* Section VII.A., *supra*.



and

- Corellium's modifications prevent Apple's SLA from being displayed to the user upon install, and do not require the user to accept the SLA terms to proceed with access to iOS 10.0.[846]

---

[841] *See* Section IX.D., *supra.*

[842] *See* Section IX.D., *supra.*

[843] *See* Section IX.D., *supra.*

[844] *See* Section IX.D., *supra.*

[845] *See* Section IX.D., *supra.*

[846] *See* Section IX.E., *supra.*

463.    The Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures.  Corellium openly admits that the Corellium Apple Product "replac[es] racks of [Apple's] physical devices with a single virtual platform."[847]  One of Corellium's founders stated publicly that "[t]esting on iOS devices currently is limited in that each physical device is locked to a particular firmware version," but with the Corellium Apple Product, "researchers can tinker with any part of the operating system as well as inspect and instrument it in ways that are very helpful."[848]

464.    The Corellium Apple Product has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures for the purposes of launching an iOS virtual device.  Corellium is "a startup that sells a product that allows users to create virtual instances of almost any iOS device in the world."[849] Corellium openly admits that its product "enables us to run virtual iPhones in the cloud," and features the ability to "[r]un any version of iOS" and the "[o]ptional jailbreak of any version" of iOS.[850]  As described above, in order to offer

---

[847] ECF No. 64, Corellium's Answer, Affirm Defenses, and Countercls. to Apple's First Am. Compl., at 3 (Jan. 10, 2020).

[848] Thomas Brewster, *This Super Stealth Startup Built An Apple Hacker's Paradise*, Forbes (Feb. 15, 2018), https://www.forbes.com/sites/thomasbrewster/2018/02/15/corellium-virtual-apple-iphones-for-hacking/#528d87564a3b.

[849] Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research Apple's Most Sensitive Code*, Motherboard Vice (Mar. 6, 2019), https://www.vice.com/en_us/article/gyakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-researchapple-zero-days.

[850] @CorelliumHQ, TWITTER (Jan. 10, 2018),

virtualized iOS devices—which is the entire purpose of the Corellium Apple Product—Corellium must circumvent Apple's technological protection measures.

465.    The Corellium Apple Product is marketed for use in circumventing Apple's technological protection measures.  For example, Corellium has publicly marketed itself as an alternative for "buying jailbroken iPhones on eBay."[851]   In a marketing document, Corellium promotes its ability to ████████████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████████████████████[852]  Corellium also publicly markets its ability to "[r]un any version of iOS," produce an "[o]n demand thread list & kernel backtrace," "[o]ptional jailbreak for any version," "[a]nd much more!"[853]

466.    Corellium likely possesses additional evidence of its circumvention of Apple's technological protection measures that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain the exact method that the Corellium Apple Product uses ██████████████████████████████████

███████████████████████████.  Because Corellium has not made any previous versions of the Corellium Apple Product available for my review, I have been unable to verify how previously provided functionality operated to circumvent Apple's

https://twitter.com/CorelliumHQ/status/951277835095871489.

[851]        @CorelliumHQ,        TWITTER        (Jan.        22,        2019), https://twitter.com/CorelliumHQ/status/1087817867431739392.

[852] Correllium-017021 at Corellium-017021.

[853] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

technological protection measures.   Additionally, I understand Corellium likely possesses additional marketing evidence that it has not yet produced, including email messages with potential and actual customers and other documents and information that it relays to its potential and actual customers.   Such documents would likely provide additional support demonstrating that the Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures, has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, or is marketed for use in circumventing Apple's technological protection measures.

467.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 4.    iOS 11.0

468.    Based on all the evidence available to me to date, Corellium offers a technology, product, or service that circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to iOS 11.0 and protect iOS 11.0 from acts of copyright infringement.[854]

469.    Apple's secure boot chain process is a technological protection measure that effectively controls access to iOS 11.0 and protects iOS 11.0 from acts of copyright infringement. As explained above, this boot chain contains many points of verification in hardware, firmware, and software, each verification confirming that the hardware, firmware, and software controlling the device matches the signed manifest for the configuration authorized by Apple's server.[855]  As

---

[854] *See* Section V.C., *supra*.

[855] *See* Section VII.B., *supra*.

explained above, Apple mobile devices use a secure boot chain to install and launch iOS 11.0 and allow the user to access and interact with iOS 11.0.[856]  When iOS 11.0 is ordinarily installed on an authorized Apple device, that device makes a connection to Apple's authorization server, which checks to make sure that iOS 11.0 is an authorized build and that it is about to be installed on an authorized Apple device compatible with iOS 11.0.[857]  If that check fails, iOS 11.0 will not install on the device.[858]  Additionally, after installation, every time the device is powered on, Apple's boot processes perform a series of verifications to ensure that, at each step in the process, the authorized Apple device only executes validated Apple code running on validated Apple hardware.[859]  Similarly, Apple's trust cache effectively controls a user's ability to use and interact with iOS 11.0 by limiting the applications that are authorized to run on iOS 11.0.[860]  In the ordinary course of operation, therefore, the secure boot chain—from the hardware-level verifications all the way up to and including the application-level verifications performed with respect to the trust cache—requires application of both information (e.g., the signed manifest from Apple) and a process (e.g., the comparison of cryptographic measurements) at each step in the secure boot process for the user to gain access to and use iOS 11.0.

470.    Requiring that users of iOS 11.0 agree to Apple's Software License Agreement (SLA) as a prerequisite to installation or upgrade is an additional measure that controls access to

---

[856] *See* Section VII.B., *supra*.

[857] *See* Section VII.B., *supra*.

[858] *See* Section VII.B., *supra*.

[859] *See* Section VII.B., *supra*.

[860] *See* Section VII.B., *supra*.

iOS 11.0 and protects iOS 11.0 from acts of infringement.  As explained above, in the ordinary course of operation, iOS requires the user to affirmatively agree to the SLA to install iOS 11.0 or upgrade a previous version of iOS to version 11.0.[861]

471.    The Corellium Apple Product circumvents Apple's technological protection measures by making modifications to the iOS image and associated firmware and software to bypass such measures entirely or impair the ordinary execution of the secure boot chain.  As explained above, the Corellium Apple Product █████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████ █████████████████████████████████████

  █ ████████ ███████ █████ █ ████ ████ █ ████

  █ ████████ █ ███ █ ████ █ ███ █ ████ █ ███

  █████ ██

 █ █████████████████████████████████████████████

  █████████████████████████████ ██

 █ █████████████████████████████████████████████

  █████████[865]

---

- ████████████████████████████████████████████

  ████████████████████████████████████████████

  ██████████████████████████████████████████,[866]

  and

- Corellium's modifications prevent Apple's SLA from being displayed to the user upon install, and do not require the user to accept the SLA terms to proceed with access to iOS 11.0.[867]

472.   The Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures.   Corellium openly admits that the Corellium Apple Product "replac[es] racks of [Apple's] physical devices with a single virtual platform."[868]   One of Corellium's founders stated publicly that "[t]esting on iOS devices currently is limited in that each physical device is locked to a particular firmware version," but with the Corellium Apple Product, "researchers can tinker with any part of the operating system as well as inspect and instrument it in ways that are very helpful."[869]

473.   The Corellium Apple Product has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures for the purposes of launching

---

[866] *See* Section IX.D., *supra*.

[867] *See* Section IX.E., *supra*.

[868] ECF No. 64, Corellium's Answer, Affirm Defenses, and Countercls. to Apple's First Am. Compl., at 3 (Jan. 10, 2020).

[869] Thomas Brewster, *This Super Stealth Startup Built An Apple Hacker's Paradise*, Forbes (Feb. 15, 2018), https://www.forbes.com/sites/thomasbrewster/2018/02/15/corellium-virtual-apple-iphones-for-hacking/#528d87564a3b.

an iOS virtual device.  Corellium is "a startup that sells a product that allows users to create virtual instances of almost any iOS device in the world."[870] Corellium openly admits that its product "enables us to run virtual iPhones in the cloud," and features the ability to "[r]un any version of iOS" and the "[o]ptional jailbreak of any version" of iOS.[871]  As described above, in order to offer virtualized iOS devices—which is the entire purpose of the Corellium Apple Product—Corellium must circumvent Apple's technological protection measures.

474.    The Corellium Apple Product is marketed for use in circumventing Apple's technological protection measures.  For example, Corellium has publicly marketed itself as an alternative for "buying jailbroken iPhones on eBay."[872]  In a marketing document, Corellium promotes its ability to ███████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████[873]  Corellium also

publicly markets its ability to "[r]un any version of iOS," produce an "[o]n demand thread list &

---

[870] Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research Apple's Most Sensitive Code*, Motherboard Vice (Mar. 6, 2019), https://www.vice.com/ en_us/article/gyakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-researchapple-zero-days.

[871] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

[872]        @CorelliumHQ,        TWITTER        (Jan.        22,        2019), https://twitter.com/CorelliumHQ/status/1087817867431739392.

[873] Corellium-017021 at Corellium-017021.

kernel backtrace," "[o]ptional jailbreak for any version," "[a]nd much more!"[874]

475.    Corellium likely possesses additional evidence of its circumvention of Apple's technological protection measures that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain the exact method that the Corellium Apple Product uses ███████████████████████████████ ██████████████████████████████.  Because Corellium has not made any previous versions of the Corellium Apple Product available for my review, I have been unable to verify how previously provided functionality operated to circumvent Apple's technological protection measures.   Additionally, I understand Corellium likely possesses additional marketing evidence that it has not yet produced, including email messages with potential and actual customers and other documents and information that it relays to its potential and actual customers.  Such documents would likely provide additional support demonstrating that the Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures, has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, or is marketed for use in circumventing Apple's technological protection measures.

476.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 5.    iOS 11.0.1

477.    Based on all the evidence available to me to date, Corellium offers a technology,

---

[874] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

product, or service that circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to iOS 11.0.1 and protect iOS 11.0.1 from acts of copyright infringement.[875]

478.    Apple's secure boot chain process is a technological protection measure that effectively controls access to iOS 11.0.1 and protects iOS 11.0.1 from acts of copyright infringement.  As explained above, this boot chain contains many points of verification in hardware, firmware, and software, each verification confirming that the hardware, firmware, and software controlling the device matches the signed manifest for the configuration authorized by Apple's server.[876]  As explained above, Apple mobile devices use a secure boot chain to install and launch iOS 11.0.1 and allow the user to access and interact with iOS 11.0.1.[877]  When iOS 11.0.1 is ordinarily installed on an authorized Apple device, that device makes a connection to Apple's authorization server, which checks to make sure that iOS 11.0.1 is an authorized build and that it is about to be installed on an authorized Apple device compatible with iOS 11.0.1.[878]  If that check fails, iOS 11.0.1 will not install on the device.[879]  Additionally, after installation, every time the device is powered on, Apple's boot processes perform a series of verifications to ensure that, at each step in the process, the authorized Apple device only executes validated Apple code

---

[875] *See* Section V.C., *supra*.

[876] *See* Section VII.B., *supra*.

[877] *See* Section VII.B., *supra*.

[878] *See* Section VII.B., *supra*.

[879] *See* Section VII.B., *supra*.

running on validated Apple hardware.[880]  Similarly, Apple's trust cache effectively controls a user's ability to use and interact with iOS 11.0.1 by limiting the applications that are authorized to run on iOS 11.0.1.[881]  In the ordinary course of operation, therefore, the secure boot chain—from the hardware-level verifications all the way up to and including the application-level verifications performed with respect to the trust cache—requires application of both information (e.g., the signed manifest from Apple) and a process (e.g., the comparison of cryptographic measurements) at each step in the secure boot process for the user to gain access to and use iOS 11.0.1.

479.    Requiring that users of iOS 11.0.1 agree to Apple's Software License Agreement (SLA) as a prerequisite to installation or upgrade is an additional measure that controls access to iOS 11.0.1 and protects iOS 11.0.1 from acts of infringement.  As explained above, in the ordinary course of operation, iOS requires the user to affirmatively agree to the SLA to install iOS 11.0.1 or upgrade a previous version of iOS to version 11.0.1.[882]

480.    The Corellium Apple Product circumvents Apple's technological protection measures by making modifications to the iOS image and associated firmware and software to bypass such measures entirely or impair the ordinary execution of the secure boot chain.  As explained above, the Corellium Apple Product ███████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

---

[880] *See* Section VII.B., *supra*.

[881] *See* Section VII.B., *supra*.

[882] *See* Section VII.A., *supra*.



and

- Corellium's modifications prevent Apple's SLA from being displayed to the user upon install, and do not require the user to accept the SLA terms to proceed with access to iOS 11.0.1.[888]

481.   The Corellium Apple Product is specifically designed for the purpose of

---

[883] *See* Section IX.D., *supra.*

[884] *See* Section IX.D., *supra.*

[885] *See* Section IX.D., *supra.*

[886] *See* Section IX.D., *supra.*

[887] *See* Section IX.D., *supra.*

[888] *See* Section IX.E., *supra.*

circumventing Apple's technological protection measures.  Corellium openly admits that the Corellium Apple Product "replac[es] racks of [Apple's] physical devices with a single virtual platform."[889]  One of Corellium's founders stated publicly that "[t]esting on iOS devices currently is limited in that each physical device is locked to a particular firmware version," but with the Corellium Apple Product, "researchers can tinker with any part of the operating system as well as inspect and instrument it in ways that are very helpful."[890]

482.    The Corellium Apple Product has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures for the purposes of launching an iOS virtual device.  Corellium is "a startup that sells a product that allows users to create virtual instances of almost any iOS device in the world."[891]  Corellium openly admits that its product "enables us to run virtual iPhones in the cloud," and features the ability to "[r]un any version of iOS" and the "[o]ptional jailbreak of any version" of iOS.[892]  As described above, in order to offer

---

[889] ECF No. 64, Corellium's Answer, Affirm Defenses, and Countercls. to Apple's First Am. Compl., at 3 (Jan. 10, 2020).

[890] Thomas Brewster, *This Super Stealth Startup Built An Apple Hacker's Paradise*, Forbes (Feb. 15, 2018),   https://www.forbes.com/sites/thomasbrewster/2018/02/15/corellium-virtual-apple-iphones-for-hacking/#528d87564a3b.

[891] Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research Apple's Most Sensitive Code*, Motherboard Vice (Mar. 6, 2019), https://www.vice.com/en_us/article/gyakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-researchapple-zero-days.

[892] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

virtualized iOS devices—which is the entire purpose of the Corellium Apple Product—Corellium must circumvent Apple's technological protection measures.

483.    The Corellium Apple Product is marketed for use in circumventing Apple's technological protection measures.  For example, Corellium has publicly marketed itself as an alternative for "buying jailbroken iPhones on eBay."[893]  In a marketing document, Corellium promotes its ability to █████████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████████████████[894]  Corellium also publicly markets its ability to "[r]un any version of iOS," produce an "[o]n demand thread list & kernel backtrace," "[o]ptional jailbreak for any version," "[a]nd much more!"[895]

484.    Corellium likely possesses additional evidence of its circumvention of Apple's technological protection measures that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain the exact method that the Corellium Apple Product uses █████████████████████████████████████████

███████████████████████████████████.  Because Corellium has not made any previous versions of the Corellium Apple Product available for my review, I have been unable to verify how previously provided functionality operated to circumvent Apple's technological protection measures.    Additionally, I understand Corellium likely possesses

---

[893]            @CorelliumHQ,    Twitter    (Jan.    22,    2019), https://twitter.com/CorelliumHQ/status/1087817867431739392.

[894] Corellium-017021 at Corellium-017021.

[895] @CorelliumHQ, Twitter (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

additional marketing evidence that it has not yet produced, including email messages with potential and actual customers and other documents and information that it relays to its potential and actual customers. Such documents would likely provide additional support demonstrating that the Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures, has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, or is marketed for use in circumventing Apple's technological protection measures.

485. I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 6. iOS 11.2

486. Based on all the evidence available to me to date, Corellium offers a technology, product, or service that circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to iOS 11.2 and protect iOS 11.2 from acts of copyright infringement.[896]

487. Apple's secure boot chain process is a technological protection measure that effectively controls access to iOS 11.2 and protects iOS 11.2 from acts of copyright infringement. As explained above, this boot chain contains many points of verification in hardware, firmware, and software, each verification confirming that the hardware, firmware, and software controlling the device matches the signed manifest for the configuration authorized by Apple's server.[897] As explained above, Apple mobile devices use a secure boot chain to install and launch iOS 11.2 and

---

[896] See Section V.C., *supra*.

[897] See Section VII.B., *supra*.

allow the user to access and interact with iOS 11.2.[898]  When iOS 11.2 is ordinarily installed on an authorized Apple device, that device makes a connection to Apple's authorization server, which checks to make sure that iOS 11.2 is an authorized build and that it is about to be installed on an authorized Apple device compatible with iOS 11.2.[899]  If that check fails, iOS 11.2 will not install on the device.[900]  Additionally, after installation, every time the device is powered on, Apple's boot processes perform a series of verifications to ensure that, at each step in the process, the authorized Apple device only executes validated Apple code running on validated Apple hardware.[901]  Similarly, Apple's trust cache effectively controls a user's ability to use and interact with iOS 11.2 by limiting the applications that are authorized to run on iOS 11.2.[902]  In the ordinary course of operation, therefore, the secure boot chain—from the hardware-level verifications all the way up to and including the application-level verifications performed with respect to the trust cache—requires application of both information (e.g., the signed manifest from Apple) and a process (e.g., the comparison of cryptographic measurements) at each step in the secure boot process for the user to gain access to and use iOS 11.2.

488.    Requiring that users of iOS 11.2 agree to Apple's Software License Agreement (SLA) as a prerequisite to installation or upgrade is an additional measure that controls access to iOS 11.2 and protects iOS 11.2 from acts of infringement.  As explained above, in the ordinary

---

[898] *See* Section VII.B., *supra*.

[899] *See* Section VII.B., *supra*.

[900] *See* Section VII.B., *supra*.

[901] *See* Section VII.B., *supra*.

[902] *See* Section VII.B., *supra*.

course of operation, iOS requires the user to affirmatively agree to the SLA to install iOS 11.2 or upgrade a previous version of iOS to version 11.2.[903]

489.    The Corellium Apple Product circumvents Apple's technological protection measures by making modifications to the iOS image and associated firmware and software to bypass such measures entirely or impair the ordinary execution of the secure boot chain.  As explained above, the Corellium Apple Product ████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████ ████████████████████████████████████

  █ ████████ ████ ███ ██ ████ ██ ███ █ ██

  ████ ██ █ ████ █ ██ ████ ████ █ ██

  ████ ██

 █ ████████████████████████████████

  ████████████████████████████ █

 █ ████████████████████████████████

  ████████████ █

 █ ████████████████████████████████

[903] *See* Section VII.A., *supra.*

[904] *See* Section IX.D., *supra.*

[905] *See* Section IX.D., *supra.*

[906] *See* Section IX.D., *supra.*

[907] *See* Section IX.D., *supra.*

███████████████████████████████████████████

███████████████████████████████████████████,[908]

and

- Corellium's modifications prevent Apple's SLA from being displayed to the user upon install, and do not require the user to accept the SLA terms to proceed with access to iOS 11.2.[909]

490.    The Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures.  Corellium openly admits that the Corellium Apple Product "replac[es] racks of [Apple's] physical devices with a single virtual platform."[910]  One of Corellium's founders stated publicly that "[t]esting on iOS devices currently is limited in that each physical device is locked to a particular firmware version," but with the Corellium Apple Product, "researchers can tinker with any part of the operating system as well as inspect and instrument it in ways that are very helpful."[911]

491.    The Corellium Apple Product has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures for the purposes of launching an iOS virtual device.  Corellium is "a startup that sells a product that allows users to create virtual

---

[908] *See* Section IX.D., *supra*.

[909] *See* Section IX.E., *supra*.

[910] ECF No. 64, Corellium's Answer, Affirm Defenses, and Countercls. to Apple's First Am. Compl., at 3 (Jan. 10, 2020).

[911] Thomas Brewster, *This Super Stealth Startup Built An Apple Hacker's Paradise*, Forbes (Feb. 15, 2018), https://www.forbes.com/sites/thomasbrewster/2018/02/15/corellium-virtual-apple-iphones-for-hacking/#528d87564a3b.

instances of almost any iOS device in the world."[912] Corellium openly admits that its product "enables us to run virtual iPhones in the cloud," and features the ability to "[r]un any version of iOS" and the "[o]ptional jailbreak of any version" of iOS.[913]  As described above, in order to offer virtualized iOS devices—which is the entire purpose of the Corellium Apple Product—Corellium must circumvent Apple's technological protection measures.

492.    The Corellium Apple Product is marketed for use in circumventing Apple's technological protection measures.  For example, Corellium has publicly marketed itself as an alternative for "buying jailbroken iPhones on eBay."[914]  In a marketing document, Corellium promotes its ability to ██████████████████████████████████████████████ ████████████████████████████████████████████████████████ ██████████████████████████████████[915]  Corellium also publicly markets its ability to "[r]un any version of iOS," produce an "[o]n demand thread list & kernel backtrace," "[o]ptional jailbreak for any version," "[a]nd much more!"[916]

---

[912] Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research Apple's Most Sensitive Code*, Motherboard Vice (Mar. 6, 2019), https://www.vice.com/ en_us/article/gyakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-researchapple-zero-days.

[913] @CorelliumHQ, Twitter (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

[914] @CorelliumHQ,                 Twitter           (Jan.           22,         2019), https://twitter.com/CorelliumHQ/status/1087817867431739392.

[915] Corellium-017021 at Corellium-017021.

[916] @CorelliumHQ, Twitter (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

493.     Corellium likely possesses additional evidence of its circumvention of Apple's technological protection measures that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain the exact method that the Corellium Apple Product uses ████████████████████████████████████ ████████████████████████████████████.  Because Corellium has not made any previous versions of the Corellium Apple Product available for my review, I have been unable to verify how previously provided functionality operated to circumvent Apple's technological protection measures.  Additionally, I understand Corellium likely possesses additional marketing evidence that it has not yet produced, including email messages with potential and actual customers and other documents and information that it relays to its potential and actual customers.  Such documents would likely provide additional support demonstrating that the Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures, has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, or is marketed for use in circumventing Apple's technological protection measures.

494.     I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 7.     iOS 11.2.5

495.     Based on all the evidence available to me to date, Corellium offers a technology, product, or service that circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to iOS 11.2.5 and

protect iOS 11.2.5 from acts of copyright infringement.[917]

496.    Apple's secure boot chain process is a technological protection measure that effectively controls access to iOS 11.2.5 and protects iOS 11.2.5 from acts of copyright infringement.   As explained above, this boot chain contains many points of verification in hardware, firmware, and software, each verification confirming that the hardware, firmware, and software controlling the device matches the signed manifest for the configuration authorized by Apple's server.[918]  As explained above, Apple mobile devices use a secure boot chain to install and launch iOS 11.2.5 and allow the user to access and interact with iOS 11.2.5.[919]  When iOS 11.2.5 is ordinarily installed on an authorized Apple device, that device makes a connection to Apple's authorization server, which checks to make sure that iOS 11.2.5 is an authorized build and that it is about to be installed on an authorized Apple device compatible with iOS 11.2.5.[920]  If that check fails, iOS 11.2.5 will not install on the device.[921]  Additionally, after installation, every time the device is powered on, Apple's boot processes perform a series of verifications to ensure that, at each step in the process, the authorized Apple device only executes validated Apple code running on validated Apple hardware.[922]  Similarly, Apple's trust cache effectively controls a user's ability to use and interact with iOS 11.2.5 by limiting the applications that are authorized to

---

[917] *See* Section V.C., *supra*.

[918] *See* Section VII.B., *supra*.

[919] *See* Section VII.B., *supra*.

[920] *See* Section VII.B., *supra*.

[921] *See* Section VII.B., *supra*.

[922] *See* Section VII.B., *supra*.

run on iOS 11.2.5.[923]  In the ordinary course of operation, therefore, the secure boot chain—from the hardware-level verifications all the way up to and including the application-level verifications performed with respect to the trust cache—requires application of both information (e.g., the signed manifest from Apple) and a process (e.g., the comparison of cryptographic measurements) at each step in the secure boot process for the user to gain access to and use iOS 11.2.5.

497.    Requiring that users of iOS 11.2.5 agree to Apple's Software License Agreement (SLA) as a prerequisite to installation or upgrade is an additional measure that controls access to iOS 11.2.5 and protects iOS 11.2.5 from acts of infringement.  As explained above, in the ordinary course of operation, iOS requires the user to affirmatively agree to the SLA to install iOS 11.2.5 or upgrade a previous version of iOS to version 11.2.5.[924]

498.    The Corellium Apple Product circumvents Apple's technological protection measures by making modifications to the iOS image and associated firmware and software to bypass such measures entirely or impair the ordinary execution of the secure boot chain.  As explained above, the Corellium Apple Product



---

923 *See* Section VII.B., *supra*.

924 *See* Section VII.A., *supra*.

925 *See* Section IX.D., *supra*.



and

- Corellium's modifications prevent Apple's SLA from being displayed to the user upon install, and do not require the user to accept the SLA terms to proceed with access to iOS 11.2.5.[930]

499.    The Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures.  Corellium openly admits that the Corellium Apple Product "replac[es] racks of [Apple's] physical devices with a single virtual platform."[931]  One of Corellium's founders stated publicly that "[t]esting on iOS devices currently

---

[926] *See* Section IX.D., *supra*.

[927] *See* Section IX.D., *supra*.

[928] *See* Section IX.D., *supra*.

[929] *See* Section IX.D., *supra*.

[930] *See* Section IX.E., *supra*.

[931] ECF No. 64, Corellium's Answer, Affirm Defenses, and Countercls. to Apple's First Am.

is limited in that each physical device is locked to a particular firmware version," but with the Corellium Apple Product, "researchers can tinker with any part of the operating system as well as inspect and instrument it in ways that are very helpful."[932]

500. The Corellium Apple Product has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures for the purposes of launching an iOS virtual device. Corellium is "a startup that sells a product that allows users to create virtual instances of almost any iOS device in the world."[933] Corellium openly admits that its product "enables us to run virtual iPhones in the cloud," and features the ability to "[r]un any version of iOS" and the "[o]ptional jailbreak of any version" of iOS.[934] As described above, in order to offer virtualized iOS devices—which is the entire purpose of the Corellium Apple Product—Corellium must circumvent Apple's technological protection measures.

501. The Corellium Apple Product is marketed for use in circumventing Apple's technological protection measures. For example, Corellium has publicly marketed itself as an

---

Compl., at 3 (Jan. 10, 2020).

[932] Thomas Brewster, *This Super Stealth Startup Built An Apple Hacker's Paradise*, Forbes (Feb. 15, 2018), https://www.forbes.com/sites/thomasbrewster/2018/02/15/corellium-virtual-apple-iphones-for-hacking/#528d87564a3b.

[933] Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research Apple's Most Sensitive Code*, Motherboard Vice (Mar. 6, 2019), https://www.vice.com/en_us/article/gyakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-researchapple-zero-days.

[934] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

alternative for "buying jailbroken iPhones on eBay."[935]  In a marketing document, Corellium promotes its ability to ████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████  Corellium also

publicly markets its ability to "[r]un any version of iOS," produce an "[o]n demand thread list & kernel backtrace," "[o]ptional jailbreak for any version," "[a]nd much more!"[937]

502.  Corellium likely possesses additional evidence of its circumvention of Apple's technological protection measures that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain the exact method that the Corellium Apple Product uses ██████████████████████████████████████

████████████████████████████████████████.  Because Corellium has not made any previous versions of the Corellium Apple Product available for my review, I have been unable to verify how previously provided functionality operated to circumvent Apple's technological protection measures.  Additionally, I understand Corellium likely possesses additional marketing evidence that it has not yet produced, including email messages with potential and actual customers and other documents and information that it relays to its potential and actual customers.  Such documents would likely provide additional support demonstrating that the Corellium Apple Product is specifically designed for the purpose of circumventing Apple's

---

[935]     @CorelliumHQ, TWITTER (Jan. 22, 2019), https://twitter.com/CorelliumHQ/status/1087817867431739392.

[936] Correllium-017021 at Correllium-017021.

[937] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

technological protection measures, has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, or is marketed for use in circumventing Apple's technological protection measures.

503.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 8.    iOS 11.3

504.    Based on all the evidence available to me to date, Corellium offers a technology, product, or service that circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to iOS 11.3 and protect iOS 11.3 from acts of copyright infringement.[938]

505.    Apple's secure boot chain process is a technological protection measure that effectively controls access to iOS 11.3 and protects iOS 11.3 from acts of copyright infringement. As explained above, this boot chain contains many points of verification in hardware, firmware, and software, each verification confirming that the hardware, firmware, and software controlling the device matches the signed manifest for the configuration authorized by Apple's server.[939]  As explained above, Apple mobile devices use a secure boot chain to install and launch iOS 11.3 and allow the user to access and interact with iOS 11.3.[940]  When iOS 11.3 is ordinarily installed on an authorized Apple device, that device makes a connection to Apple's authorization server, which checks to make sure that iOS 11.3 is an authorized build and that it is about to be installed on an

---

[938] *See* Section V.C., *supra*.

[939] *See* Section VII.B., *supra*.

[940] *See* Section VII.B., *supra*.

authorized Apple device compatible with iOS 11.3.[941]  If that check fails, iOS 11.3 will not install on the device.[942]  Additionally, after installation, every time the device is powered on, Apple's boot processes perform a series of verifications to ensure that, at each step in the process, the authorized Apple device only executes validated Apple code running on validated Apple hardware.[943]  Similarly, Apple's trust cache effectively controls a user's ability to use and interact with iOS 11.3 by limiting the applications that are authorized to run on iOS 11.3.[944]  In the ordinary course of operation, therefore, the secure boot chain—from the hardware-level verifications all the way up to and including the application-level verifications performed with respect to the trust cache—requires application of both information (e.g., the signed manifest from Apple) and a process (e.g., the comparison of cryptographic measurements) at each step in the secure boot process for the user to gain access to and use iOS 11.3.

506.    Requiring that users of iOS 11.3 agree to Apple's Software License Agreement (SLA) as a prerequisite to installation or upgrade is an additional measure that controls access to iOS 11.3 and protects iOS 11.3 from acts of infringement.  As explained above, in the ordinary course of operation, iOS requires the user to affirmatively agree to the SLA to install iOS 11.3 or upgrade a previous version of iOS to version 11.3.[945]

507.    The Corellium Apple Product circumvents Apple's technological protection

---

[941] *See* Section VII.B., *supra*.

[942] *See* Section VII.B., *supra*.

[943] *See* Section VII.B., *supra*.

[944] *See* Section VII.B., *supra*.

[945] *See* Section VII.A., *supra*.

measures by making modifications to the iOS image and associated firmware and software to bypass such measures entirely or impair the ordinary execution of the secure boot chain. As explained above, the Corellium Apple Product



and

---

946 *See* Section IX.D., *supra.*

947 *See* Section IX.D., *supra.*

948 *See* Section IX.D., *supra.*

949 *See* Section IX.D., *supra.*

950 *See* Section IX.D., *supra.*

- Corellium's modifications prevent Apple's SLA from being displayed to the user upon install, and do not require the user to accept the SLA terms to proceed with access to iOS 11.3.[951]

508.    The Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures.  Corellium openly admits that the Corellium Apple Product "replac[es] racks of [Apple's] physical devices with a single virtual platform."[952]  One of Corellium's founders stated publicly that "[t]esting on iOS devices currently is limited in that each physical device is locked to a particular firmware version," but with the Corellium Apple Product, "researchers can tinker with any part of the operating system as well as inspect and instrument it in ways that are very helpful."[953]

509.    The Corellium Apple Product has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures for the purposes of launching an iOS virtual device.  Corellium is "a startup that sells a product that allows users to create virtual instances of almost any iOS device in the world."[954] Corellium openly admits that its product

---

[951] *See* Section IX.E., *supra*.

[952] ECF No. 64, Corellium's Answer, Affirm Defenses, and Countercls. to Apple's First Am. Compl., at 3 (Jan. 10, 2020).

[953] Thomas Brewster, *This Super Stealth Startup Built An Apple Hacker's Paradise*, Forbes (Feb. 15, 2018), https://www.forbes.com/sites/thomasbrewster/2018/02/15/corellium-virtual-apple-iphones-for-hacking/#528d87564a3b.

[954] Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research Apple's Most Sensitive Code*, Motherboard Vice (Mar. 6, 2019), https://www.vice.com/en_us/article/gyakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-researchapple-

"enables us to run virtual iPhones in the cloud," and features the ability to "[r]un any version of iOS" and the "[o]ptional jailbreak of any version" of iOS.[955]  As described above, in order to offer virtualized iOS devices—which is the entire purpose of the Corellium Apple Product—Corellium must circumvent Apple's technological protection measures.

510.    The Corellium Apple Product is marketed for use in circumventing Apple's technological protection measures.  For example, Corellium has publicly marketed itself as an alternative for "buying jailbroken iPhones on eBay."[956]  In a marketing document, Corellium promotes its ability to ██████████████████████████████████████████ ████████████████████████████████████████████████████████ █████████████████████████████████████████████████ Corellium also publicly markets its ability to "[r]un any version of iOS," produce an "[o]n demand thread list & kernel backtrace," "[o]ptional jailbreak for any version," "[a]nd much more!"[958]

511.    Corellium likely possesses additional evidence of its circumvention of Apple's technological protection measures that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain the exact method that the

---

zero-days.

[955] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

[956]        @CorelliumHQ,        TWITTER        (Jan.        22,        2019), https://twitter.com/CorelliumHQ/status/1087817867431739392.

[957] Correllium-017021 at Corellium-017021.

[958] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

Corellium Apple Product uses ███████████████████████████████████████████

███████████████████████████████████████. Because Corellium has not

made any previous versions of the Corellium Apple Product available for my review, I have been

unable to verify how previously provided functionality operated to circumvent Apple's

technological protection measures. Additionally, I understand Corellium likely possesses

additional marketing evidence that it has not yet produced, including email messages with potential

and actual customers and other documents and information that it relays to its potential and actual

customers. Such documents would likely provide additional support demonstrating that the

Corellium Apple Product is specifically designed for the purpose of circumventing Apple's

technological protection measures, has limited commercially significant purpose or use other than

to circumvent Apple's technological protection measures, or is marketed for use in circumventing

Apple's technological protection measures.

512.    I reserve the right to supplement my opinion expressed in this report if and when

additional evidence becomes available for my review.

### 9.    iOS 11.4

513.    Based on all the evidence available to me to date, Corellium offers a technology,

product, or service that circumvents, bypasses, deactivates, avoids, and impairs Apple's

technological protection measures that otherwise effectively control access to iOS 11.4 and protect

iOS 11.4 from acts of copyright infringement.[959]

514.    Apple's secure boot chain process is a technological protection measure that

effectively controls access to iOS 11.4 and protects iOS 11.4 from acts of copyright infringement.

As explained above, this boot chain contains many points of verification in hardware, firmware,

---

[959] See Section V.C., *supra*.

and software, each verification confirming that the hardware, firmware, and software controlling the device matches the signed manifest for the configuration authorized by Apple's server.[960]  As explained above, Apple mobile devices use a secure boot chain to install and launch iOS 11.4 and allow the user to access and interact with iOS 11.4.[961]  When iOS 11.4 is ordinarily installed on an authorized Apple device, that device makes a connection to Apple's authorization server, which checks to make sure that iOS 11.4 is an authorized build and that it is about to be installed on an authorized Apple device compatible with iOS 11.4.[962]  If that check fails, iOS 11.4 will not install on the device.[963]  Additionally, after installation, every time the device is powered on, Apple's boot processes perform a series of verifications to ensure that, at each step in the process, the authorized Apple device only executes validated Apple code running on validated Apple hardware.[964]  Similarly, Apple's trust cache effectively controls a user's ability to use and interact with iOS 11.4 by limiting the applications that are authorized to run on iOS 11.4.[965]  In the ordinary course of operation, therefore, the secure boot chain—from the hardware-level verifications all the way up to and including the application-level verifications performed with respect to the trust cache—requires application of both information (e.g., the signed manifest from Apple) and a process (e.g., the comparison of cryptographic measurements) at each step in the secure boot

---

[960] *See* Section VII.B., *supra*.

[961] *See* Section VII.B., *supra*.

[962] *See* Section VII.B., *supra*.

[963] *See* Section VII.B., *supra*.

[964] *See* Section VII.B., *supra*.

[965] *See* Section VII.B., *supra*.

process for the user to gain access to and use iOS 11.4.

515.    Requiring that users of iOS 11.4 agree to Apple's Software License Agreement (SLA) as a prerequisite to installation or upgrade is an additional measure that controls access to iOS 11.4 and protects iOS 11.4 from acts of infringement.  As explained above, in the ordinary course of operation, iOS requires the user to affirmatively agree to the SLA to install iOS 11.4 or upgrade a previous version of iOS to version 11.4.[966]

516.    The Corellium Apple Product circumvents Apple's technological protection measures by making modifications to the iOS image and associated firmware and software to bypass such measures entirely or impair the ordinary execution of the secure boot chain.  As explained above, the Corellium Apple Product



[969]

---

[966] *See* Section VII.A., *supra*.

[967] *See* Section IX.D., *supra*.

[968] *See* Section IX.D., *supra*.

[969] *See* Section IX.D., *supra*.

- 

  and

- Corellium's modifications prevent Apple's SLA from being displayed to the user upon install, and do not require the user to accept the SLA terms to proceed with access to iOS 11.4.[972]

517.    The Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures.  Corellium openly admits that the Corellium Apple Product "replac[es] racks of [Apple's] physical devices with a single virtual platform."[973]  One of Corellium's founders stated publicly that "[t]esting on iOS devices currently is limited in that each physical device is locked to a particular firmware version," but with the Corellium Apple Product, "researchers can tinker with any part of the operating system as well as inspect and instrument it in ways that are very helpful."[974]

---

[970] *See* Section IX.D., *supra*.

[971] *See* Section IX.D., *supra*.

[972] *See* Section IX.E., *supra*.

[973] ECF No. 64, Corellium's Answer, Affirm Defenses, and Countercls. to Apple's First Am. Compl., at 3 (Jan. 10, 2020).

[974] Thomas Brewster, *This Super Stealth Startup Built An Apple Hacker's Paradise*, Forbes (Feb. 15, 2018), https://www.forbes.com/sites/thomasbrewster/2018/02/15/corellium-virtual-

518.   The Corellium Apple Product has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures for the purposes of launching an iOS virtual device.  Corellium is "a startup that sells a product that allows users to create virtual instances of almost any iOS device in the world."[975] Corellium openly admits that its product "enables us to run virtual iPhones in the cloud," and features the ability to "[r]un any version of iOS" and the "[o]ptional jailbreak of any version" of iOS.[976]  As described above, in order to offer virtualized iOS devices—which is the entire purpose of the Corellium Apple Product—Corellium must circumvent Apple's technological protection measures.

519.   The Corellium Apple Product is marketed for use in circumventing Apple's technological protection measures.  For example, Corellium has publicly marketed itself as an alternative for "buying jailbroken iPhones on eBay."[977]  In a marketing document, Corellium promotes its ability to ██████████████████████████████

███████████████████████████████████████

apple-iphones-for-hacking/#528d87564a3b.

[975] Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research Apple's Most Sensitive Code*, Motherboard Vice (Mar. 6, 2019), https://www.vice.com/en_us/article/gyakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-researchapple-zero-days.

[976] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

[977] @CorelliumHQ,           TWITTER           (Jan.           22,           2019), https://twitter.com/CorelliumHQ/status/1087817867431739392.

████████████████████████████████████████[978]   Corellium also

publicly markets its ability to "[r]un any version of iOS," produce an "[o]n demand thread list &

kernel backtrace," "[o]ptional jailbreak for any version," "[a]nd much more!"[979]

520.   Corellium likely possesses additional evidence of its circumvention of Apple's

technological protection measures that it has not made available to me, and which I have not yet

reviewed.  For example, because Corellium has not made available any technical details regarding

the operation of Corellium's hypervisor, I cannot say for certain the exact method that the

Corellium Apple Product uses ████████████████████████████████████████

██████████████████████████████.  Because Corellium has not

made any previous versions of the Corellium Apple Product available for my review, I have been

unable to verify how previously provided functionality operated to circumvent Apple's

technological protection measures.   Additionally, I understand Corellium likely possesses

additional marketing evidence that it has not yet produced, including email messages with potential

and actual customers and other documents and information that it relays to its potential and actual

customers.  Such documents would likely provide additional support demonstrating that the

Corellium Apple Product is specifically designed for the purpose of circumventing Apple's

technological protection measures, has limited commercially significant purpose or use other than

to circumvent Apple's technological protection measures, or is marketed for use in circumventing

Apple's technological protection measures.

521.   I reserve the right to supplement my opinion expressed in this report if and when

---

[978] Corellium-017021 at Corellium-017021.

[979] @CorelliumHQ, Twitter (Jan. 10, 2018),
https://twitter.com/CorelliumHQ/status/951277835095871489.

additional evidence becomes available for my review.

### 10. iOS 12.0

522.    Based on all the evidence available to me to date, Corellium offers a technology, product, or service that circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to iOS 12.0 and protect iOS 12.0 from acts of copyright infringement.[980]

523.    Apple's secure boot chain process is a technological protection measure that effectively controls access to iOS 12.0 and protects iOS 12.0 from acts of copyright infringement. As explained above, this boot chain contains many points of verification in hardware, firmware, and software, each verification confirming that the hardware, firmware, and software controlling the device matches the signed manifest for the configuration authorized by Apple's server.[981]  As explained above, Apple mobile devices use a secure boot chain to install and launch iOS 12.0 and allow the user to access and interact with iOS 12.0.[982]  When iOS 12.0 is ordinarily installed on an authorized Apple device, that device makes a connection to Apple's authorization server, which checks to make sure that iOS 12.0 is an authorized build and that it is about to be installed on an authorized Apple device compatible with iOS 12.0.[983]  If that check fails, iOS 12.0 will not install on the device.[984]  Additionally, after installation, every time the device is powered on, Apple's

---

[980] *See* Section V.C., *supra*.

[981] *See* Section VII.B., *supra*.

[982] *See* Section VII.B., *supra*.

[983] *See* Section VII.B., *supra*.

[984] *See* Section VII.B., *supra*.

boot processes perform a series of verifications to ensure that, at each step in the process, the authorized Apple device only executes validated Apple code running on validated Apple hardware.[985]  Similarly, Apple's trust cache effectively controls a user's ability to use and interact with iOS 12.0 by limiting the applications that are authorized to run on iOS 12.0.[986]  In the ordinary course of operation, therefore, the secure boot chain—from the hardware-level verifications all the way up to and including the application-level verifications performed with respect to the trust cache—requires application of both information (e.g., the signed manifest from Apple) and a process (e.g., the comparison of cryptographic measurements) at each step in the secure boot process for the user to gain access to and use iOS 12.0.

524.    Requiring that users of iOS 12.0 agree to Apple's Software License Agreement (SLA) as a prerequisite to installation or upgrade is an additional measure that controls access to iOS 12.0 and protects iOS 12.0 from acts of infringement.  As explained above, in the ordinary course of operation, iOS requires the user to affirmatively agree to the SLA to install iOS 12.0 or upgrade a previous version of iOS to version 12.0.[987]

525.    The Corellium Apple Product circumvents Apple's technological protection measures by making modifications to the iOS image and associated firmware and software to bypass such measures entirely or impair the ordinary execution of the secure boot chain.  As explained  above,  the  Corellium  Apple  Product  ██████████████████████████████

███████████████████████████████████████████████████████████████████

---

[985] *See* Section VII.B., *supra*.

[986] *See* Section VII.B., *supra*.

[987] *See* Section VII.A., *supra*.



,992

and

- Corellium's modifications prevent Apple's SLA from being displayed to the user upon install, and do not require the user to accept the SLA terms to proceed with access to iOS 12.0.993

---

988 *See* Section IX.D., *supra.*

989 *See* Section IX.D., *supra.*

990 *See* Section IX.D., *supra.*

991 *See* Section IX.D., *supra.*

992 *See* Section IX.D., *supra.*

993 *See* Section IX.E., *supra.*

526.    The Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures.  Corellium openly admits that the Corellium Apple Product "replac[es] racks of [Apple's] physical devices with a single virtual platform."[994] One of Corellium's founders stated publicly that "[t]esting on iOS devices currently is limited in that each physical device is locked to a particular firmware version," but with the Corellium Apple Product, "researchers can tinker with any part of the operating system as well as inspect and instrument it in ways that are very helpful."[995]

527.    The Corellium Apple Product has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures for the purposes of launching an iOS virtual device.  Corellium is "a startup that sells a product that allows users to create virtual instances of almost any iOS device in the world."[996] Corellium openly admits that its product "enables us to run virtual iPhones in the cloud," and features the ability to "[r]un any version of iOS" and the "[o]ptional jailbreak of any version" of iOS.[997]  As described above, in order to offer

---

[994] ECF No. 64, Corellium's Answer, Affirm Defenses, and Countercls. to Apple's First Am. Compl., at 3 (Jan. 10, 2020).

[995] Thomas Brewster, *This Super Stealth Startup Built An Apple Hacker's Paradise*, Forbes (Feb. 15, 2018), https://www.forbes.com/sites/thomasbrewster/2018/02/15/corellium-virtual-apple-iphones-for-hacking/#528d87564a3b.

[996] Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research Apple's Most Sensitive Code*, Motherboard Vice (Mar. 6, 2019), https://www.vice.com/en_us/article/gyakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-researchapple-zero-days.

[997] @CorelliumHQ, Twitter (Jan. 10, 2018),

virtualized iOS devices—which is the entire purpose of the Corellium Apple Product—Corellium must circumvent Apple's technological protection measures.

528.    The Corellium Apple Product is marketed for use in circumventing Apple's technological protection measures.  For example, Corellium has publicly marketed itself as an alternative for "buying jailbroken iPhones on eBay."[998]   In a marketing document, Corellium promotes its ability to ███████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████[999]   Corellium also publicly markets its ability to "[r]un any version of iOS," produce an "[o]n demand thread list & kernel backtrace," "[o]ptional jailbreak for any version," "[a]nd much more!"[1000]

529.    Corellium likely possesses additional evidence of its circumvention of Apple's technological protection measures that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain the exact method that the Corellium Apple Product uses ███████████████████████████████████████████████

███████████████████████████████████.  Because Corellium has not made any previous versions of the Corellium Apple Product available for my review, I have been unable to verify how previously provided functionality operated to circumvent Apple's

---

https://twitter.com/CorelliumHQ/status/951277835095871489.

[998]          @CorelliumHQ,      Twitter      (Jan.          22,          2019), https://twitter.com/CorelliumHQ/status/1087817867431739392.

[999] Correllium-017021 at Correllium-017021.

[1000] @CorelliumHQ, Twitter (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

technological protection measures.  Additionally, I understand Corellium likely possesses additional marketing evidence that it has not yet produced, including email messages with potential and actual customers and other documents and information that it relays to its potential and actual customers.  Such documents would likely provide additional support demonstrating that the Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures, has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, or is marketed for use in circumventing Apple's technological protection measures.

530.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

## 11.    iOS 12.1.1

531.    Based on all the evidence available to me to date, Corellium offers a technology, product, or service that circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to iOS 12.1.1 and protect iOS 12.1.1 from acts of copyright infringement.[1001]

532.    Apple's secure boot chain process is a technological protection measure that effectively controls access to iOS 12.1.1 and protects iOS 12.1.1 from acts of copyright infringement.  As explained above, this boot chain contains many points of verification in hardware, firmware, and software, each verification confirming that the hardware, firmware, and software controlling the device matches the signed manifest for the configuration authorized by

---

[1001] *See* Section V.C., *supra*.

Apple's server.[1002]  As explained above, Apple mobile devices use a secure boot chain to install and launch iOS 12.1.1 and allow the user to access and interact with iOS 12.1.1.[1003]  When iOS 12.1.1 is ordinarily installed on an authorized Apple device, that device makes a connection to Apple's authorization server, which checks to make sure that iOS 12.1.1 is an authorized build and that it is about to be installed on an authorized Apple device compatible with iOS 12.1.1.[1004]  If that check fails, iOS 12.1.1 will not install on the device.[1005]  Additionally, after installation, every time the device is powered on, Apple's boot processes perform a series of verifications to ensure that, at each step in the process, the authorized Apple device only executes validated Apple code running on validated Apple hardware.[1006]  Similarly, Apple's trust cache effectively controls a user's ability to use and interact with iOS 12.1.1 by limiting the applications that are authorized to run on iOS 12.1.1.[1007]  In the ordinary course of operation, therefore, the secure boot chain—from the hardware-level verifications all the way up to and including the application-level verifications performed with respect to the trust cache—requires application of both information (e.g., the signed manifest from Apple) and a process (e.g., the comparison of cryptographic measurements) at each step in the secure boot process for the user to gain access to and use iOS 12.1.1.

      533.    Requiring that users of iOS 12.1.1 agree to Apple's Software License Agreement

---

[1002] *See* Section VII.B., *supra*.

[1003] *See* Section VII.B., *supra*.

[1004] *See* Section VII.B., *supra*.

[1005] *See* Section VII.B., *supra*.

[1006] *See* Section VII.B., *supra*.

[1007] *See* Section VII.B., *supra*.

(SLA) as a prerequisite to installation or upgrade is an additional measure that controls access to iOS 12.1.1 and protects iOS 12.1.1 from acts of infringement.  As explained above, in the ordinary course of operation, iOS requires the user to affirmatively agree to the SLA to install iOS 12.1.1 or upgrade a previous version of iOS to version 12.1.1.[1008]

534.    The Corellium Apple Product circumvents Apple's technological protection measures by making modifications to the iOS image and associated firmware and software to bypass such measures entirely or impair the ordinary execution of the secure boot chain.  As explained above, the Corellium Apple Product



---

[1008] *See* Section VII.A., *supra*.

[1009] *See* Section IX.D., *supra*.

[1010] *See* Section IX.D., *supra*.

[1011] *See* Section IX.D., *supra*.



;[1013] and

- Corellium's modifications prevent Apple's SLA from being displayed to the user upon install, and do not require the user to accept the SLA terms to proceed with access to iOS 12.1.1.[1014]

535.    The Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures.  Corellium openly admits that the Corellium Apple Product "replac[es] racks of [Apple's] physical devices with a single virtual platform."[1015]  One of Corellium's founders stated publicly that "[t]esting on iOS devices currently is limited in that each physical device is locked to a particular firmware version," but with the Corellium Apple Product, "researchers can tinker with any part of the operating system as well as inspect and instrument it in ways that are very helpful."[1016]

---

[1012] *See* Section IX.D., *supra*.

[1013] *See* Section IX.D., *supra*.

[1014] *See* Section IX.E., *supra*.

[1015] ECF No. 64, Corellium's Answer, Affirm Defenses, and Countercls. to Apple's First Am. Compl., at 3 (Jan. 10, 2020).

[1016] Thomas Brewster, *This Super Stealth Startup Built An Apple Hacker's Paradise*, Forbes (Feb. 15, 2018), https://www.forbes.com/sites/thomasbrewster/2018/02/15/corellium-virtual-apple-iphones-for-hacking/#528d87564a3b.

536.    The Corellium Apple Product has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures for the purposes of launching an iOS virtual device.  Corellium is "a startup that sells a product that allows users to create virtual instances of almost any iOS device in the world."[1017] Corellium openly admits that its product "enables us to run virtual iPhones in the cloud," and features the ability to "[r]un any version of iOS" and the "[o]ptional jailbreak of any version" of iOS.[1018]  As described above, in order to offer virtualized iOS devices—which is the entire purpose of the Corellium Apple Product—Corellium must circumvent Apple's technological protection measures.

537.    The Corellium Apple Product is marketed for use in circumventing Apple's technological protection measures.  For example, Corellium has publicly marketed itself as an alternative for "buying jailbroken iPhones on eBay."[1019]  In a marketing document, Corellium promotes its ability to ██████████████████████████████████████ ████████████████████████████████████████████████ ███████████████████████████████████[1020]  Corellium also

---

[1017] Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research Apple's Most Sensitive Code*, Motherboard Vice (Mar. 6, 2019), https://www.vice.com/en_us/article/gyakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-researchapple-zero-days.

[1018] @CorelliumHQ, Twitter (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

[1019]           @CorelliumHQ,           Twitter           (Jan.           22,           2019), https://twitter.com/CorelliumHQ/status/1087817867431739392.

[1020] Corellium-017021 at Corellium-017021.

publicly markets its ability to "[r]un any version of iOS," produce an "[o]n demand thread list & kernel backtrace," "[o]ptional jailbreak for any version," "[a]nd much more!"[1021]

538.    Corellium likely possesses additional evidence of its circumvention of Apple's technological protection measures that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain the exact method that the Corellium Apple Product uses ████████████████████████████████████ ███████████████████████████████████████.  Because Corellium has not made any previous versions of the Corellium Apple Product available for my review, I have been unable to verify how previously provided functionality operated to circumvent Apple's technological protection measures.  Additionally, I understand Corellium likely possesses additional marketing evidence that it has not yet produced, including email messages with potential and actual customers and other documents and information that it relays to its potential and actual customers.  Such documents would likely provide additional support demonstrating that the Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures, has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, or is marketed for use in circumventing Apple's technological protection measures.

539.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 12.    iOS 12.2

---

[1021] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

540.     Based on all the evidence available to me to date, Corellium offers a technology, product, or service that circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to iOS 12.2 and protect iOS 12.2 from acts of copyright infringement.[1022]

541.     Apple's secure boot chain process is a technological protection measure that effectively controls access to iOS 12.2 and protects iOS 12.2 from acts of copyright infringement. As explained above, this boot chain contains many points of verification in hardware, firmware, and software, each verification confirming that the hardware, firmware, and software controlling the device matches the signed manifest for the configuration authorized by Apple's server.[1023]  As explained above, Apple mobile devices use a secure boot chain to install and launch iOS 12.2 and allow the user to access and interact with iOS 12.2.[1024]  When iOS 12.2 is ordinarily installed on an authorized Apple device, that device makes a connection to Apple's authorization server, which checks to make sure that iOS 12.2 is an authorized build and that it is about to be installed on an authorized Apple device compatible with iOS 12.2.[1025]  If that check fails, iOS 12.2 will not install on the device.[1026]  Additionally, after installation, every time the device is powered on, Apple's boot processes perform a series of verifications to ensure that, at each step in the process, the authorized Apple device only executes validated Apple code running on validated Apple

---

[1022] *See* Section V.C., *supra*.

[1023] *See* Section VII.B., *supra*.

[1024] *See* Section VII.B., *supra*.

[1025] *See* Section VII.B., *supra*.

[1026] *See* Section VII.B., *supra*.

hardware.[1027]   Similarly, Apple's trust cache effectively controls a user's ability to use and interact with iOS 12.2 by limiting the applications that are authorized to run on iOS 12.2.[1028]   In the ordinary course of operation, therefore, the secure boot chain—from the hardware-level verifications all the way up to and including the application-level verifications performed with respect to the trust cache—requires application of both information (e.g., the signed manifest from Apple) and a process (e.g., the comparison of cryptographic measurements) at each step in the secure boot process for the user to gain access to and use iOS 12.2.

542.   Requiring that users of iOS 12.2 agree to Apple's Software License Agreement (SLA) as a prerequisite to installation or upgrade is an additional measure that controls access to iOS 12.2 and protects iOS 12.2 from acts of infringement.   As explained above, in the ordinary course of operation, iOS requires the user to affirmatively agree to the SLA to install iOS 12.2 or upgrade a previous version of iOS to version 12.2.[1029]

543.   The Corellium Apple Product circumvents Apple's technological protection measures by making modifications to the iOS image and associated firmware and software to bypass such measures entirely or impair the ordinary execution of the secure boot chain.   As explained above, the Corellium Apple Product ████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

---

[1027] *See* Section VII.B., *supra*.

[1028] *See* Section VII.B., *supra*.

[1029] *See* Section VII.A., *supra*.



██████ ;[1034] and

- Corellium's modifications prevent Apple's SLA from being displayed to the user upon install, and do not require the user to accept the SLA terms to proceed with access to iOS 12.2.[1035]

544.   The Corellium Apple Product is specifically designed for the purpose of

---

[1030] *See* Section IX.D., *supra*.

[1031] *See* Section IX.D., *supra*.

[1032] *See* Section IX.D., *supra*.

[1033] *See* Section IX.D., *supra*.

[1034] *See* Section IX.D., *supra*.

[1035] *See* Section IX.E., *supra*.

circumventing Apple's technological protection measures.  Corellium openly admits that the Corellium Apple Product "replac[es] racks of [Apple's] physical devices with a single virtual platform."[1036]  One of Corellium's founders stated publicly that "[t]esting on iOS devices currently is limited in that each physical device is locked to a particular firmware version," but with the Corellium Apple Product, "researchers can tinker with any part of the operating system as well as inspect and instrument it in ways that are very helpful."[1037]

545.    The Corellium Apple Product has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures for the purposes of launching an iOS virtual device.  Corellium is "a startup that sells a product that allows users to create virtual instances of almost any iOS device in the world."[1038]  Corellium openly admits that its product "enables us to run virtual iPhones in the cloud," and features the ability to "[r]un any version of iOS" and the "[o]ptional jailbreak of any version" of iOS.[1039]  As described above, in order to offer

---

[1036] ECF No. 64, Corellium's Answer, Affirm Defenses, and Countercls. to Apple's First Am. Compl., at 3 (Jan. 10, 2020).

[1037] Thomas Brewster, *This Super Stealth Startup Built An Apple Hacker's Paradise*, Forbes (Feb. 15, 2018), https://www.forbes.com/sites/thomasbrewster/2018/02/15/corellium-virtual-apple-iphones-for-hacking/#528d87564a3b.

[1038] Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research Apple's Most Sensitive Code*, Motherboard Vice (Mar. 6, 2019), https://www.vice.com/en_us/article/gyakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-researchapple-zero-days.

[1039] @CorelliumHQ, Twitter (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

virtualized iOS devices—which is the entire purpose of the Corellium Apple Product—Corellium must circumvent Apple's technological protection measures.

546.   The Corellium Apple Product is marketed for use in circumventing Apple's technological protection measures.  For example, Corellium has publicly marketed itself as an alternative for "buying jailbroken iPhones on eBay."[1040]  In a marketing document, Corellium promotes its ability to ███████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

█████████████████████████████████████████████[1041]  Corellium also publicly markets its ability to "[r]un any version of iOS," produce an "[o]n demand thread list & kernel backtrace," "[o]ptional jailbreak for any version," "[a]nd much more!"[1042]

547.   Corellium likely possesses additional evidence of its circumvention of Apple's technological protection measures that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain the exact method that the Corellium Apple Product uses █████████████████████████████████████████ ████████████████████████████████████.  Because Corellium has not made any previous versions of the Corellium Apple Product available for my review, I have been unable to verify how previously provided functionality operated to circumvent Apple's technological protection measures.   Additionally, I understand Corellium likely possesses

---

[1040]        @CorelliumHQ,        Twitter        (Jan.        22,        2019), https://twitter.com/CorelliumHQ/status/1087817867431739392.

[1041] Corellium-017021 at Corellium-017021.

[1042] @CorelliumHQ, Twitter (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

additional marketing evidence that it has not yet produced, including email messages with potential and actual customers and other documents and information that it relays to its potential and actual customers. Such documents would likely provide additional support demonstrating that the Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures, has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, or is marketed for use in circumventing Apple's technological protection measures.

548.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

## B.    GUI Elements

### 1.    Apple Icons – iOS 9 Compilation – iPhone 6s Built-in Apps

549.    Based on all the evidence available to me to date, Corellium offers a technology, product, or service that circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to the iOS 9 icons and protect the iOS 9 icons from acts of copyright infringement.[1043]

550.    Apple's secure boot chain process is a technological protection measure that effectively controls access to the iOS 9 icons and protects the iOS 9 icons from acts of copyright infringement. As explained above, this boot chain contains many points of verification in hardware, firmware, and software, each verification confirming that the hardware, firmware, and software controlling the device matches the signed manifest for the configuration authorized by

---

[1043] *See* Section V.C., *supra*.

Apple's server.[1044]   As explained above, Apple mobile devices use a secure boot chain to install

and launch iOS 9 and allow the user to access and interact with iOS 9.[1045]   When iOS 9 is ordinarily

installed on an authorized Apple device, that device makes a connection to Apple's authorization

server, which checks to make sure that iOS 9 is an authorized build and that it is about to be

installed on an authorized Apple device compatible with iOS 9.[1046]   If that check fails, iOS 9 will

not install on the device.[1047]   Additionally, after installation, every time the device is powered on,

Apple's boot processes perform a series of verifications to ensure that, at each step in the process,

the authorized Apple device only executes validated Apple code running on validated Apple

hardware.[1048]   Similarly, Apple's trust cache effectively controls a user's ability to use and interact

with the iOS 9 icons by limiting the applications that are authorized to run on iOS 9.[1049]   In the

ordinary course of operation, therefore, the secure boot chain—from the hardware-level

verifications all the way up to and including the application-level verifications performed with

respect to the trust cache—requires application of both information (e.g., the signed manifest from

Apple) and a process (e.g., the comparison of cryptographic measurements) at each step in the

secure boot process for the user to gain access to the iOS 9 icons.

      551.     Requiring that users of iOS 9 agree to Apple's Software License Agreement (SLA)

---

[1044] *See* Section VII.B., *supra*.

[1045] *See* Section VII.B., *supra*.

[1046] *See* Section VII.B., *supra*.

[1047] *See* Section VII.B., *supra*.

[1048] *See* Section VII.B., *supra*.

[1049] *See* Section VII.B., *supra*.

as a prerequisite to installation or upgrade is an additional measure that controls access to the iOS 9 icons and protects the iOS 9 icons from acts of infringement.  As explained above, in the ordinary course of operation, iOS requires the user to affirmatively agree to the SLA to install iOS 9 or upgrade a previous version of iOS to version 9.[1050]

552.    The Corellium Apple Product circumvents Apple's technological protection measures by making modifications to the iOS image and associated firmware and software to bypass such measures entirely or impair the ordinary execution of the secure boot chain.  As explained above, the Corellium Apple Product ████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████ █ ████████████████████████████████████

    █ ██████████ ████████ ███████ ██████ ██████ ██

    ██████ ████ █ █████ █ █ █████ ████████ ████ █ ███

    █████ ██

    █ ████████████████████████████████████

    ████████████████████████████████ ███

    █ ████████████████████████████████████

---

[1050] *See* Section VII.A., *supra*.

[1051] *See* Section IX.D., *supra*.

[1052] *See* Section IX.D., *supra*.

[1053] *See* Section IX.D., *supra*.



_____ ;[1055] and

- Corellium's modifications prevent Apple's SLA from being displayed to the user upon install, and do not require the user to accept the SLA terms to proceed with access to iOS 9.[1056]

553.    The Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures.  Corellium openly admits that the Corellium Apple Product "replac[es] racks of [Apple's] physical devices with a single virtual platform."[1057]  One of Corellium's founders stated publicly that "[t]esting on iOS devices currently is limited in that each physical device is locked to a particular firmware version," but with the Corellium Apple Product, "researchers can tinker with any part of the operating system as well as inspect and instrument it in ways that are very helpful."[1058]

---

[1054] *See* Section IX.D., *supra*.

[1055] *See* Section IX.D., *supra*.

[1056] *See* Section IX.E., *supra*.

[1057] ECF No. 64, Corellium's Answer, Affirm Defenses, and Countercls. to Apple's First Am. Compl., at 3 (Jan. 10, 2020).

[1058] Thomas Brewster, *This Super Stealth Startup Built An Apple Hacker's Paradise*, Forbes (Feb. 15, 2018), https://www.forbes.com/sites/thomasbrewster/2018/02/15/corellium-virtual-apple-iphones-for-hacking/#528d87564a3b.

554.    The Corellium Apple Product has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures for the purposes of launching an iOS virtual device.  Corellium is "a startup that sells a product that allows users to create virtual instances of almost any iOS device in the world."[1059] Corellium openly admits that its product "enables us to run virtual iPhones in the cloud," and features the ability to "[r]un any version of iOS" and the "[o]ptional jailbreak of any version" of iOS.[1060]  As described above, in order to offer virtualized iOS devices—which is the entire purpose of the Corellium Apple Product—Corellium must circumvent Apple's technological protection measures.

555.    The Corellium Apple Product is marketed for use in circumventing Apple's technological protection measures.  For example, Corellium has publicly marketed itself as an alternative for "buying jailbroken iPhones on eBay."[1061]  In a marketing document, Corellium promotes its ability to ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████[1062]  Corellium also

---

[1059] Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research Apple's Most Sensitive Code*, Motherboard Vice (Mar. 6, 2019), https://www.vice.com/en_us/article/gyakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-researchapple-zero-days.

[1060] @CorelliumHQ, Twitter (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

[1061]        @CorelliumHQ,        Twitter        (Jan.        22,        2019), https://twitter.com/CorelliumHQ/status/1087817867431739392.

[1062] Corellium-017021 at Corellium-017021.

publicly markets its ability to "[r]un any version of iOS," produce an "[o]n demand thread list & kernel backtrace," "[o]ptional jailbreak for any version," "[a]nd much more!"[1063]

556.    Corellium likely possesses additional evidence of its circumvention of Apple's technological protection measures that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain the exact method that the Corellium Apple Product uses ████████████████████████████████

████████████████████████████████.  Because Corellium has not made any previous versions of the Corellium Apple Product available for my review, I have been unable to verify how previously provided functionality operated to circumvent Apple's technological protection measures.  Additionally, I understand Corellium likely possesses additional marketing evidence that it has not yet produced, including email messages with potential and actual customers and other documents and information that it relays to its potential and actual customers.  Such documents would likely provide additional support demonstrating that the Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures, has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, or is marketed for use in circumventing Apple's technological protection measures.

557.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

## 2.      Apple Icons – iOS 11 Compilation – iPhone 8 Built-in Apps

---

[1063] @CorelliumHQ, TWITTER (Jan. 10, 2018),
https://twitter.com/CorelliumHQ/status/951277835095871489.

558.    Based on all the evidence available to me to date, Corellium offers a technology, product, or service that circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to the iOS 11 icons and protect the iOS 11 icons from acts of copyright infringement.[1064]

559.    Apple's secure boot chain process is a technological protection measure that effectively controls access to the iOS 11 icons and protects the iOS 11 icons from acts of copyright infringement.   As explained above, this boot chain contains many points of verification in hardware, firmware, and software, each verification confirming that the hardware, firmware, and software controlling the device matches the signed manifest for the configuration authorized by Apple's server.[1065]   As explained above, Apple mobile devices use a secure boot chain to install and launch iOS 11 and allow the user to access and interact with iOS 11.[1066]   When iOS 11 is ordinarily installed on an authorized Apple device, that device makes a connection to Apple's authorization server, which checks to make sure that iOS 11 is an authorized build and that it is about to be installed on an authorized Apple device compatible with iOS 11.[1067]   If that check fails, iOS 11 will not install on the device.[1068]   Additionally, after installation, every time the device is powered on, Apple's boot processes perform a series of verifications to ensure that, at each step in the process, the authorized Apple device only executes validated Apple code running on validated

---

[1064] *See* Section V.C., *supra*.

[1065] *See* Section VII.B., *supra*.

[1066] *See* Section VII.B., *supra*.

[1067] *See* Section VII.B., *supra*.

[1068] *See* Section VII.B., *supra*.

Apple hardware.[1069]  Similarly, Apple's trust cache effectively controls a user's ability to use and interact with the iOS 11 icons by limiting the applications that are authorized to run on iOS 11.[1070] In the ordinary course of operation, therefore, the secure boot chain—from the hardware-level verifications all the way up to and including the application-level verifications performed with respect to the trust cache—requires application of both information (e.g., the signed manifest from Apple) and a process (e.g., the comparison of cryptographic measurements) at each step in the secure boot process for the user to gain access to the iOS 11 icons.

560.   Requiring that users of iOS 11 agree to Apple's Software License Agreement (SLA) as a prerequisite to installation or upgrade is an additional measure that controls access to the iOS 11 icons and protects the iOS 11 icons from acts of infringement.  As explained above, in the ordinary course of operation, iOS requires the user to affirmatively agree to the SLA to install iOS 11 or upgrade a previous version of iOS to version 11.[1071]

561.   The Corellium Apple Product circumvents Apple's technological protection measures by making modifications to the iOS image and associated firmware and software to bypass such measures entirely or impair the ordinary execution of the secure boot chain.  As explained above, the Corellium Apple Product ████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████

---

[1069] *See* Section VII.B., *supra*.

[1070] *See* Section VII.B., *supra*.

[1071] *See* Section VII.A., *supra*.



;[1076] and

- Corellium's modifications prevent Apple's SLA from being displayed to the user upon install, and do not require the user to accept the SLA terms to proceed with access to iOS 11.[1077]

562. The Corellium Apple Product is specifically designed for the purpose of

---

[1072] *See* Section IX.D., *supra*.

[1073] *See* Section IX.D., *supra*.

[1074] *See* Section IX.D., *supra*.

[1075] *See* Section IX.D., *supra*.

[1076] *See* Section IX.D., *supra*.

[1077] *See* Section IX.E., *supra*.

circumventing Apple's technological protection measures.  Corellium openly admits that the Corellium Apple Product "replac[es] racks of [Apple's] physical devices with a single virtual platform."[1078]  One of Corellium's founders stated publicly that "[t]esting on iOS devices currently is limited in that each physical device is locked to a particular firmware version," but with the Corellium Apple Product, "researchers can tinker with any part of the operating system as well as inspect and instrument it in ways that are very helpful."[1079]

563.    The Corellium Apple Product has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures for the purposes of launching an iOS virtual device.  Corellium is "a startup that sells a product that allows users to create virtual instances of almost any iOS device in the world."[1080]  Corellium openly admits that its product "enables us to run virtual iPhones in the cloud," and features the ability to "[r]un any version of iOS" and the "[o]ptional jailbreak of any version" of iOS.[1081]  As described above, in order to offer

---

[1078] ECF No. 64, Corellium's Answer, Affirm Defenses, and Countercls. to Apple's First Am. Compl., at 3 (Jan. 10, 2020).

[1079] Thomas Brewster, *This Super Stealth Startup Built An Apple Hacker's Paradise*, Forbes (Feb. 15, 2018), https://www.forbes.com/sites/thomasbrewster/2018/02/15/corellium-virtual-apple-iphones-for-hacking/#528d87564a3b.

[1080] Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research Apple's Most Sensitive Code*, Motherboard Vice (Mar. 6, 2019), https://www.vice.com/en_us/article/gyakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-researchapple-zero-days.

[1081] @CorelliumHQ, Twitter (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

virtualized iOS devices—which is the entire purpose of the Corellium Apple Product—Corellium must circumvent Apple's technological protection measures.

564.    The Corellium Apple Product is marketed for use in circumventing Apple's technological protection measures.  For example, Corellium has publicly marketed itself as an alternative for "buying jailbroken iPhones on eBay."[1082]  In a marketing document, Corellium promotes its ability to ████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████[1083]  Corellium also publicly markets its ability to "[r]un any version of iOS," produce an "[o]n demand thread list & kernel backtrace," "[o]ptional jailbreak for any version," "[a]nd much more!"[1084]

565.    Corellium likely possesses additional evidence of its circumvention of Apple's technological protection measures that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain the exact method that the Corellium Apple Product uses ████████████████████████████████████████

████████████████████████████████████.  Because Corellium has not made any previous versions of the Corellium Apple Product available for my review, I have been unable to verify how previously provided functionality operated to circumvent Apple's technological protection measures.  Additionally, I understand Corellium likely possesses

---

[1082]        @CorelliumHQ,        TWITTER        (Jan.        22,        2019), https://twitter.com/CorelliumHQ/status/1087817867431739392.

[1083] Corellium-017021 at Corellium-017021.

[1084] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

additional marketing evidence that it has not yet produced, including email messages with potential and actual customers and other documents and information that it relays to its potential and actual customers. Such documents would likely provide additional support demonstrating that the Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures, has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, or is marketed for use in circumventing Apple's technological protection measures.

566.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 3.    Apple Bokeh (bubble) Wallpaper iOS 7

567.    Based on all the evidence available to me to date, Corellium offers a technology, product, or service that circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to the Bokeh Wallpaper and protect the Bokeh Wallpaper from acts of copyright infringement.[1085]

568.    Apple's secure boot chain process is a technological protection measure that effectively controls access to the Bokeh Wallpaper and protects the Bokeh Wallpaper from acts of copyright infringement. As explained above, this boot chain contains many points of verification in hardware, firmware, and software, each verification confirming that the hardware, firmware, and software controlling the device matches the signed manifest for the configuration authorized by Apple's server.[1086] As explained above, Apple mobile devices use a secure boot chain to install

---

[1085] *See* Section V.C., *supra*.

[1086] *See* Section VII.B., *supra*.

and launch iOS 7 and allow the user to access and interact with iOS 7.[1087]  When iOS 7 is ordinarily installed on an authorized Apple device, that device makes a connection to Apple's authorization server, which checks to make sure that iOS 7 is an authorized build and that it is about to be installed on an authorized Apple device compatible with iOS 7.[1088]  If that check fails, iOS 7 will not install on the device.[1089]  Additionally, after installation, every time the device is powered on, Apple's boot processes perform a series of verifications to ensure that, at each step in the process, the authorized Apple device only executes validated Apple code running on validated Apple hardware.[1090]  In the ordinary course of operation, therefore, the secure boot chain—from the hardware-level verifications all the way up to and including the application-level verifications performed with respect to the trust cache—requires application of both information (e.g., the signed manifest from Apple) and a process (e.g., the comparison of cryptographic measurements) at each step in the secure boot process for the user to gain access to the Bokeh Wallpaper.

569.    Requiring that users of iOS 7 agree to Apple's Software License Agreement (SLA) as a prerequisite to installation or upgrade is an additional measure that controls access to the Bokeh Wallpaper and protects the Bokeh Wallpaper from acts of infringement.  As explained above, in the ordinary course of operation, iOS requires the user to affirmatively agree to the SLA to install iOS 7 or upgrade a previous version of iOS to version 7.[1091]

570.    The Corellium Apple Product circumvents Apple's technological protection

---

[1087] *See* Section VII.B., *supra*.

[1088] *See* Section VII.B., *supra*.

[1089] *See* Section VII.B., *supra*.

[1090] *See* Section VII.B., *supra*.

[1091] *See* Section VII.A., *supra*.

measures by making modifications to the iOS image and associated firmware and software to bypass such measures entirely or impair the ordinary execution of the secure boot chain.  As explained above, the Corellium Apple Product



;[1096] and

---

[1092] *See* Section IX.D., *supra.*

[1093] *See* Section IX.D., *supra.*

[1094] *See* Section IX.D., *supra.*

[1095] *See* Section IX.D., *supra.*

[1096] *See* Section IX.D., *supra.*

- Corellium's modifications prevent Apple's SLA from being displayed to the user upon install, and do not require the user to accept the SLA terms to proceed with access to iOS 7.[1097]

571.    The Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures.  Corellium openly admits that the Corellium Apple Product "replac[es] racks of [Apple's] physical devices with a single virtual platform."[1098]  One of Corellium's founders stated publicly that "[t]esting on iOS devices currently is limited in that each physical device is locked to a particular firmware version," but with the Corellium Apple Product, "researchers can tinker with any part of the operating system as well as inspect and instrument it in ways that are very helpful."[1099]

572.    The Corellium Apple Product has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures for the purposes of launching an iOS virtual device.  Corellium is "a startup that sells a product that allows users to create virtual instances of almost any iOS device in the world."[1100]  Corellium openly admits that its product

---

[1097] *See* Section IX.E., *supra*.

[1098] ECF No. 64, Corellium's Answer, Affirm Defenses, and Countercls. to Apple's First Am. Compl., at 3 (Jan. 10, 2020).

[1099] Thomas Brewster, *This Super Stealth Startup Built An Apple Hacker's Paradise*, Forbes (Feb. 15, 2018), https://www.forbes.com/sites/thomasbrewster/2018/02/15/corellium-virtual-apple-iphones-for-hacking/#528d87564a3b.

[1100] Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research Apple's Most Sensitive Code*, Motherboard Vice (Mar. 6, 2019), https://www.vice.com/en_us/article/gyakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-researchapple-

"enables us to run virtual iPhones in the cloud," and features the ability to "[r]un any version of iOS" and the "[o]ptional jailbreak of any version" of iOS.[1101]  As described above, in order to offer virtualized iOS devices—which is the entire purpose of the Corellium Apple Product—Corellium must circumvent Apple's technological protection measures.

573.    The Corellium Apple Product is marketed for use in circumventing Apple's technological protection measures.  For example, Corellium has publicly marketed itself as an alternative for "buying jailbroken iPhones on eBay."[1102]  In a marketing document, Corellium promotes its ability to ███████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████    Corellium also publicly markets its ability to "[r]un any version of iOS," produce an "[o]n demand thread list & kernel backtrace," "[o]ptional jailbreak for any version," "[a]nd much more!"[1104]

574.    Corellium likely possesses additional evidence of its circumvention of Apple's technological protection measures that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain the exact method that the

---

zero-days.

[1101] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

[1102]        @CorelliumHQ,        TWITTER        (Jan.        22,        2019), https://twitter.com/CorelliumHQ/status/1087817867431739392.

[1103] Correllium-017021 at Correllium-017021.

[1104] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

Corellium Apple Product uses ████████████████████████████████

████████████████████████████████. Because Corellium has not

made any previous versions of the Corellium Apple Product available for my review, I have been

unable to verify how previously provided functionality operated to circumvent Apple's

technological protection measures.   Additionally, I understand Corellium likely possesses

additional marketing evidence that it has not yet produced, including email messages with potential

and actual customers and other documents and information that it relays to its potential and actual

customers.   Such documents would likely provide additional support demonstrating that the

Corellium Apple Product is specifically designed for the purpose of circumventing Apple's

technological protection measures, has limited commercially significant purpose or use other than

to circumvent Apple's technological protection measures, or is marketed for use in circumventing

Apple's technological protection measures.

575.   I reserve the right to supplement my opinion expressed in this report if and when

additional evidence becomes available for my review.

### 4.        Apple Wallpaper – Flower Magenta (iOS 8)

576.   Based on all the evidence available to me to date, Corellium offers a technology,

product, or service that circumvents, bypasses, deactivates, avoids, and impairs Apple's

technological protection measures that otherwise effectively control access to the Flower Magenta

Wallpaper and protect the Flower Magenta Wallpaper from acts of copyright infringement.[1105]

577.   Apple's secure boot chain process is a technological protection measure that

effectively controls access to the Flower Magenta Wallpaper and protects the Flower Magenta

Wallpaper from acts of copyright infringement.   As explained above, this boot chain contains many

---

[1105] *See* Section V.C., *supra*.

points of verification in hardware, firmware, and software, each verification confirming that the hardware, firmware, and software controlling the device matches the signed manifest for the configuration authorized by Apple's server.[1106]   As explained above, Apple mobile devices use a secure boot chain to install and launch iOS 8 and allow the user to access and interact with iOS 8.[1107]   When iOS 8 is ordinarily installed on an authorized Apple device, that device makes a connection to Apple's authorization server, which checks to make sure that iOS 8 is an authorized build and that it is about to be installed on an authorized Apple device compatible with iOS 8.[1108] If that check fails, iOS 8 will not install on the device.[1109]   Additionally, after installation, every time the device is powered on, Apple's boot processes perform a series of verifications to ensure that, at each step in the process, the authorized Apple device only executes validated Apple code running on validated Apple hardware.[1110]   In the ordinary course of operation, therefore, the secure boot chain—from the hardware-level verifications all the way up to and including the application-level verifications performed with respect to the trust cache—requires application of both information (e.g., the signed manifest from Apple) and a process (e.g., the comparison of cryptographic measurements) at each step in the secure boot process for the user to gain access to the Flower Magenta Wallpaper.

578.    Requiring that users of iOS 8 agree to Apple's Software License Agreement (SLA)

---

[1106] *See* Section VII.B., *supra*.

[1107] *See* Section VII.B., *supra*.

[1108] *See* Section VII.B., *supra*.

[1109] *See* Section VII.B., *supra*.

[1110] *See* Section VII.B., *supra*.

as a prerequisite to installation or upgrade is an additional measure that controls access to the Flower Magenta Wallpaper and protects the Flower Magenta Wallpaper from acts of infringement. As explained above, in the ordinary course of operation, iOS requires the user to affirmatively agree to the SLA to install iOS 8 or upgrade a previous version of iOS to version 8.[1111]

579.    The Corellium Apple Product circumvents Apple's technological protection measures by making modifications to the iOS image and associated firmware and software to bypass such measures entirely or impair the ordinary execution of the secure boot chain.  As explained above, the Corellium Apple Product



---

[1111] *See* Section VII.A., *supra*.

[1112] *See* Section IX.D., *supra*.

[1113] *See* Section IX.D., *supra*.

[1114] *See* Section IX.D., *supra*.



████ ;[1116] and

- Corellium's modifications prevent Apple's SLA from being displayed to the user upon install, and do not require the user to accept the SLA terms to proceed with access to iOS 8.[1117]

580.   The Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures.  Corellium openly admits that the Corellium Apple Product "replac[es] racks of [Apple's] physical devices with a single virtual platform."[1118] One of Corellium's founders stated publicly that "[t]esting on iOS devices currently is limited in that each physical device is locked to a particular firmware version," but with the Corellium Apple Product, "researchers can tinker with any part of the operating system as well as inspect and instrument it in ways that are very helpful."[1119]

---

[1115] *See* Section IX.D., *supra*.

[1116] *See* Section IX.D., *supra*.

[1117] *See* Section IX.E., *supra*.

[1118] ECF No. 64, Corellium's Answer, Affirm Defenses, and Countercls. to Apple's First Am. Compl., at 3 (Jan. 10, 2020).

[1119] Thomas Brewster, *This Super Stealth Startup Built An Apple Hacker's Paradise*, Forbes (Feb. 15, 2018), https://www.forbes.com/sites/thomasbrewster/2018/02/15/corellium-virtual-apple-iphones-for-hacking/#528d87564a3b.

581.    The Corellium Apple Product has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures for the purposes of launching an iOS virtual device.  Corellium is "a startup that sells a product that allows users to create virtual instances of almost any iOS device in the world."[1120] Corellium openly admits that its product "enables us to run virtual iPhones in the cloud," and features the ability to "[r]un any version of iOS" and the "[o]ptional jailbreak of any version" of iOS.[1121]  As described above, in order to offer virtualized iOS devices—which is the entire purpose of the Corellium Apple Product—Corellium must circumvent Apple's technological protection measures.

582.    The Corellium Apple Product is marketed for use in circumventing Apple's technological protection measures.  For example, Corellium has publicly marketed itself as an alternative for "buying jailbroken iPhones on eBay."[1122]  In a marketing document, Corellium promotes its ability to ███████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████████████[1123]  Corellium also

---

[1120] Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research Apple's Most Sensitive Code*, Motherboard Vice (Mar. 6, 2019), https://www.vice.com/en_us/article/gyakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-researchapple-zero-days.

[1121] @CorelliumHQ, Twitter (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

[1122]       @CorelliumHQ,       Twitter       (Jan.       22,       2019), https://twitter.com/CorelliumHQ/status/1087817867431739392.

[1123] Correllium-017021 at Correllium-017021.

publicly markets its ability to "[r]un any version of iOS," produce an "[o]n demand thread list & kernel backtrace," "[o]ptional jailbreak for any version," "[a]nd much more!"[1124]

583.    Corellium likely possesses additional evidence of its circumvention of Apple's technological protection measures that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain the exact method that the Corellium Apple Product uses ████████████████████████████████████ ████████████████████████████████████.  Because Corellium has not made any previous versions of the Corellium Apple Product available for my review, I have been unable to verify how previously provided functionality operated to circumvent Apple's technological protection measures.  Additionally, I understand Corellium likely possesses additional marketing evidence that it has not yet produced, including email messages with potential and actual customers and other documents and information that it relays to its potential and actual customers.  Such documents would likely provide additional support demonstrating that the Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures, has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, or is marketed for use in circumventing Apple's technological protection measures.

584.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 5.    Apple Wallpaper – Flower Chrysanthemum Purple (iOS 8)

---

[1124] @CorelliumHQ, Twitter (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

585.   Based on all the evidence available to me to date, Corellium offers a technology, product, or service that circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to the Flower Chrysanthemum Wallpaper and protect the Flower Chrysanthemum Wallpaper from acts of copyright infringement.[1125]

586.   Apple's secure boot chain process is a technological protection measure that effectively controls access to the Flower Chrysanthemum Wallpaper and protects the Flower Chrysanthemum Wallpaper from acts of copyright infringement.  As explained above, this boot chain contains many points of verification in hardware, firmware, and software, each verification confirming that the hardware, firmware, and software controlling the device matches the signed manifest for the configuration authorized by Apple's server.[1126]  As explained above, Apple mobile devices use a secure boot chain to install and launch iOS 8 and allow the user to access and interact with iOS 8.[1127]  When iOS 8 is ordinarily installed on an authorized Apple device, that device makes a connection to Apple's authorization server, which checks to make sure that iOS 8 is an authorized build and that it is about to be installed on an authorized Apple device compatible with iOS 8.[1128]  If that check fails, iOS 8 will not install on the device.[1129]  Additionally, after installation, every time the device is powered on, Apple's boot processes perform a series of

---

[1125] *See* Section V.C., *supra*.

[1126] *See* Section VII.B., *supra*.

[1127] *See* Section VII.B., *supra*.

[1128] *See* Section VII.B., *supra*.

[1129] *See* Section VII.B., *supra*.

verifications to ensure that, at each step in the process, the authorized Apple device only executes validated Apple code running on validated Apple hardware.[1130]   In the ordinary course of operation, therefore, the secure boot chain—from the hardware-level verifications all the way up to and including the application-level verifications performed with respect to the trust cache—requires application of both information (e.g., the signed manifest from Apple) and a process (e.g., the comparison of cryptographic measurements) at each step in the secure boot process for the user to gain access to the Flower Chrysanthemum Wallpaper.

587.    Requiring that users of iOS 8 agree to Apple's Software License Agreement (SLA) as a prerequisite to installation or upgrade is an additional measure that controls access to the Flower Chrysanthemum Wallpaper and protects the Flower Chrysanthemum Wallpaper from acts of infringement.  As explained above, in the ordinary course of operation, iOS requires the user to affirmatively agree to the SLA to install iOS 8 or upgrade a previous version of iOS to version 8.[1131]

588.    The Corellium Apple Product circumvents Apple's technological protection measures by making modifications to the iOS image and associated firmware and software to bypass such measures entirely or impair the ordinary execution of the secure boot chain.  As explained above, the Corellium Apple Product ███████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

---

[1130] *See* Section VII.B., *supra*.

[1131] *See* Section VII.A., *supra*.



██████ ;[1136] and

- Corellium's modifications prevent Apple's SLA from being displayed to the user upon install, and do not require the user to accept the SLA terms to proceed with access to iOS 8.[1137]

589.   The Corellium Apple Product is specifically designed for the purpose of

---

[1132] *See* Section IX.D., *supra*.

[1133] *See* Section IX.D., *supra*.

[1134] *See* Section IX.D., *supra*.

[1135] *See* Section IX.D., *supra*.

[1136] *See* Section IX.D., *supra*.

[1137] *See* Section IX.E., *supra*.

circumventing Apple's technological protection measures. Corellium openly admits that the Corellium Apple Product "replac[es] racks of [Apple's] physical devices with a single virtual platform."[1138] One of Corellium's founders stated publicly that "[t]esting on iOS devices currently is limited in that each physical device is locked to a particular firmware version," but with the Corellium Apple Product, "researchers can tinker with any part of the operating system as well as inspect and instrument it in ways that are very helpful."[1139]

590. The Corellium Apple Product has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures for the purposes of launching an iOS virtual device. Corellium is "a startup that sells a product that allows users to create virtual instances of almost any iOS device in the world."[1140] Corellium openly admits that its product "enables us to run virtual iPhones in the cloud," and features the ability to "[r]un any version of iOS" and the "[o]ptional jailbreak of any version" of iOS.[1141] As described above, in order to offer

---

[1138] ECF No. 64, Corellium's Answer, Affirm Defenses, and Countercls. to Apple's First Am. Compl., at 3 (Jan. 10, 2020).

[1139] Thomas Brewster, *This Super Stealth Startup Built An Apple Hacker's Paradise*, Forbes (Feb. 15, 2018), https://www.forbes.com/sites/thomasbrewster/2018/02/15/corellium-virtual-apple-iphones-for-hacking/#528d87564a3b.

[1140] Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research Apple's Most Sensitive Code*, Motherboard Vice (Mar. 6, 2019), https://www.vice.com/en_us/article/gyakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-researchapple-zero-days.

[1141] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

virtualized iOS devices—which is the entire purpose of the Corellium Apple Product—Corellium must circumvent Apple's technological protection measures.

591.    The Corellium Apple Product is marketed for use in circumventing Apple's technological protection measures.  For example, Corellium has publicly marketed itself as an alternative for "buying jailbroken iPhones on eBay."[1142]  In a marketing document, Corellium promotes its ability to ███████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████[1143]  Corellium also publicly markets its ability to "[r]un any version of iOS," produce an "[o]n demand thread list & kernel backtrace," "[o]ptional jailbreak for any version," "[a]nd much more!"[1144]

592.    Corellium likely possesses additional evidence of its circumvention of Apple's technological protection measures that it has not made available to me, and which I have not yet reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain the exact method that the Corellium Apple Product uses ██████████████████████████████████████

█████████████████████████████████ Because Corellium has not made any previous versions of the Corellium Apple Product available for my review, I have been unable to verify how previously provided functionality operated to circumvent Apple's technological protection measures.  Additionally, I understand Corellium likely possesses

---

[1142]            @CorelliumHQ,            TWITTER            (Jan.            22,            2019), https://twitter.com/CorelliumHQ/status/1087817867431739392.

[1143] Corellium-017021 at Corellium-017021.

[1144] @CorelliumHQ, TWITTER (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

additional marketing evidence that it has not yet produced, including email messages with potential and actual customers and other documents and information that it relays to its potential and actual customers.   Such documents would likely provide additional support demonstrating that the Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures, has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, or is marketed for use in circumventing Apple's technological protection measures.

593.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

**6.    Apple Wallpaper – Abstract Ink Spot in Blue and Green (iOS 8)**

594.    Based on all the evidence available to me to date, Corellium offers a technology, product, or service that circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to the Abstract Ink Wallpaper and protect the Abstract Ink Wallpaper from acts of copyright infringement.[1145]

595.    Apple's secure boot chain process is a technological protection measure that effectively controls access to the Abstract Ink Wallpaper and protects the Abstract Ink Wallpaper from acts of copyright infringement.   As explained above, this boot chain contains many points of verification in hardware, firmware, and software, each verification confirming that the hardware, firmware, and software controlling the device matches the signed manifest for the configuration authorized by Apple's server.[1146]   As explained above, Apple mobile devices use a secure boot

---

[1145] *See* Section V.C., *supra*.

[1146] *See* Section VII.B., *supra*.

chain to install and launch iOS 8 and allow the user to access and interact with iOS 8.[1147] When iOS 8 is ordinarily installed on an authorized Apple device, that device makes a connection to Apple's authorization server, which checks to make sure that iOS 8 is an authorized build and that it is about to be installed on an authorized Apple device compatible with iOS 8.[1148] If that check fails, iOS 8 will not install on the device.[1149] Additionally, after installation, every time the device is powered on, Apple's boot processes perform a series of verifications to ensure that, at each step in the process, the authorized Apple device only executes validated Apple code running on validated Apple hardware.[1150] In the ordinary course of operation, therefore, the secure boot chain—from the hardware-level verifications all the way up to and including the application-level verifications performed with respect to the trust cache—requires application of both information (e.g., the signed manifest from Apple) and a process (e.g., the comparison of cryptographic measurements) at each step in the secure boot process for the user to gain access to the Abstract Ink Wallpaper.

596. Requiring that users of iOS 8 agree to Apple's Software License Agreement (SLA) as a prerequisite to installation or upgrade is an additional measure that controls access to the Abstract Ink Wallpaper and protects the Abstract Ink Wallpaper from acts of infringement. As explained above, in the ordinary course of operation, iOS requires the user to affirmatively agree to the SLA to install iOS 8 or upgrade a previous version of iOS to version 8.[1151]

---

[1147] *See* Section VII.B., *supra*.

[1148] *See* Section VII.B., *supra*.

[1149] *See* Section VII.B., *supra*.

[1150] *See* Section VII.B., *supra*.

[1151] *See* Section VII.A., *supra*.

597.    The Corellium Apple Product circumvents Apple's technological protection measures by making modifications to the iOS image and associated firmware and software to bypass such measures entirely or impair the ordinary execution of the secure boot chain.   As explained above, the Corellium Apple Product ████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ███████████████████ ████████████████████████████████████████████████ ███ ████████ ████ ███ ██ ████ ███ █████ ████ ██ ███████ ██████ ████ ███ ███████ ███ █ ████ █ ████ ██ ███ ██████ ████ ████ ██ ██████ ████ ████ █████

███ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████ ██

███ ████████████████████████████████████████████████████████████

███ ████████████████████████████████████████████████████████████ ████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████

---

[1152] *See* Section IX.D., *supra*.

[1153] *See* Section IX.D., *supra*.

[1154] *See* Section IX.D., *supra*.

[1155] *See* Section IX.D., *supra*.

████; [1156] and

- Corellium's modifications prevent Apple's SLA from being displayed to the user upon install, and do not require the user to accept the SLA terms to proceed with access to iOS 8. [1157]

598.    The Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures.  Corellium openly admits that the Corellium Apple Product "replac[es] racks of [Apple's] physical devices with a single virtual platform." [1158]  One of Corellium's founders stated publicly that "[t]esting on iOS devices currently is limited in that each physical device is locked to a particular firmware version," but with the Corellium Apple Product, "researchers can tinker with any part of the operating system as well as inspect and instrument it in ways that are very helpful." [1159]

599.    The Corellium Apple Product has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures for the purposes of launching an iOS virtual device.  Corellium is "a startup that sells a product that allows users to create virtual instances of almost any iOS device in the world." [1160]  Corellium openly admits that its product

---

[1156] *See* Section IX.D., *supra*.

[1157] *See* Section IX.E., *supra*.

[1158] ECF No. 64, Corellium's Answer, Affirm Defenses, and Countercls. to Apple's First Am. Compl., at 3 (Jan. 10, 2020).

[1159] Thomas Brewster, *This Super Stealth Startup Built An Apple Hacker's Paradise*, Forbes

(Feb. 15, 2018), https://www.forbes.com/sites/thomasbrewster/2018/02/15/corellium-virtual-apple-iphones-for-hacking/#528d87564a3b.

[1160] Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research*

"enables us to run virtual iPhones in the cloud," and features the ability to "[r]un any version of iOS" and the "[o]ptional jailbreak of any version" of iOS.[1161]  As described above, in order to offer virtualized iOS devices—which is the entire purpose of the Corellium Apple Product—Corellium must circumvent Apple's technological protection measures.

600.    The Corellium Apple Product is marketed for use in circumventing Apple's technological protection measures.  For example, Corellium has publicly marketed itself as an alternative for "buying jailbroken iPhones on eBay."[1162]  In a marketing document, Corellium promotes its ability to ████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████████████[1163]  Corellium also publicly markets its ability to "[r]un any version of iOS," produce an "[o]n demand thread list & kernel backtrace," "[o]ptional jailbreak for any version," "[a]nd much more!"[1164]

601.    Corellium likely possesses additional evidence of its circumvention of Apple's technological protection measures that it has not made available to me, and which I have not yet

---

*Apple's Most Sensitive Code*, Motherboard Vice (Mar. 6, 2019), https://www.vice.com/en_us/article/gyakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-researchapple-zero-days.

[1161] @CorelliumHQ, Twitter (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

[1162]        @CorelliumHQ,        Twitter        (Jan.        22,        2019), https://twitter.com/CorelliumHQ/status/1087817867431739392.

[1163] Corellium-017021 at Corellium-017021.

[1164] @CorelliumHQ, Twitter (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489.

reviewed.  For example, because Corellium has not made available any technical details regarding the operation of Corellium's hypervisor, I cannot say for certain the exact method that the Corellium Apple Product uses ████████████████████████████████████ ████████████████████████████████████████.  Because Corellium has not made any previous versions of the Corellium Apple Product available for my review, I have been unable to verify how previously provided functionality operated to circumvent Apple's technological protection measures.  Additionally, I understand Corellium likely possesses additional marketing evidence that it has not yet produced, including email messages with potential and actual customers and other documents and information that it relays to its potential and actual customers.  Such documents would likely provide additional support demonstrating that the Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures, has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, or is marketed for use in circumventing Apple's technological protection measures.

602.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

Dated: March 3, 2020

_____

Dr. Jason Nieh

# APPENDIX A
# CURRICULUM VITAE

# Jason Nieh - Curriculum Vitae

Columbia University                                                Office: (212) 939-7160
Department of Computer Science                                        Fax: (212) 666-0140
1214 Amsterdam Ave. MC0401                                          nieh@cs.columbia.edu
New York, NY 10027-7003                                    http://www.cs.columbia.edu/~nieh

**RESEARCH INTERESTS**

Mobile computing, operating systems, distributed systems, web and multimedia systems, computer architecture, computer security, and performance evaluation.

**EDUCATION**

Ph.D. Electrical Engineering, **Stanford University**, Stanford, CA, June 1999. Dissertation: "The Design, Implementation, and Evaluation of SMART: A Scheduler for Multimedia Applications", advisor Monica S. Lam.

M.S. Electrical Engineering, **Stanford University**, Stanford, CA, June 1990.

B.S. Electrical Engineering, **Massachusetts Institute of Technology**, Cambridge, MA, June 1989. Dissertation: "Using Special-Purpose Computing to Examine Chaotic Behavior in Nonlinear Mappings", advisor Gerald J. Sussman.

**HONORS**

*Fellow, Association for Computing Machinery (ACM),* 2019.

*Fellow, Institute of Electrical and Electronics Engineers (IEEE),* 2019.

*Google Research Award*, 2009, 2010, 2012, 2013, 2014, 2015.

*Kenneth C. Sevcik Outstanding Student Paper Award*, 2014.

*IBM Faculty Award*, 2004, 2006, 2008, 2011, 2012.

*SIGCSE Best Paper Award*, 2012.

*SOSP Best Paper Award*, 2011.

*LISA Best Student Paper Award*, 2005.

*Sigma Xi Young Investigator Award*, 2004. Awarded biennially to one individual for scientific achievement in the physical sciences and engineering. First computer scientist to receive this national award.

*ACM MobiCom Best Student Paper Award*, 2004.

*Distinguished Faculty Teaching Award, Columbia Engineering School Alumni Association*, 2004. Awarded to the top two instructors in the School of Engineering and Applied Science at Columbia University.

*IBM Shared University Research (SUR) Award*, 2000, 2004.

*IBM Performance Modeling and Analysis PIC Best Paper Award*, 2004.

*Department of Energy Early Career Principal Investigator Award*, 2003.

*National Science Foundation Faculty Early Career Development (CAREER) Award*, 2001.

*Sun Microsystems SAM Award*, 1994.

*GE Foundation Fellowship*, 1989.

*California Microelectronics Fellowship*, 1989 (declined).

*AT&T Engineering Scholarship*, 1986-1989.

*Member, Eta Kappa Nu*, 1988.

*Member, Sigma Xi*, 1988.

*Member, Tau Beta Pi*, 1988.

**PROFESSIONAL EXPERIENCE**

Professor of Computer Science, **Columbia University,** New York, NY, 2014 - present.

Co-Director, Software Systems Laboratory, **Columbia University,** New York, NY, 2011 - present.

Chief Scientist, **Cellrox**, Tel Aviv, Israel, 2011 - 2017.

Associate Professor of Computer Science, **Columbia University,** New York, NY, 2003 - 2013.

Founder, **Guitar Notes, Inc.**, New York, NY, 1996 - 2012.

Director, Network Computing Laboratory, **Columbia University,** New York, NY, 2000 - 2011.

Chief Scientist, **DeskTone**, Chelmsford, MA, 2006 - 2007.

1st Scholar in Residence, **VMware**, Palo Alto, CA, 2006 - 2007.

Assistant Professor of Computer Science, **Columbia University,** New York, NY, 1999 - 2003.

Chairman of Technology Office and Director, **TrueMetrix,** New York, NY, 1999 - 2000.

Technical Consultant, **Vertex Management**, Redwood Shores, CA, 1996 - 1997.

Academic Consultant, **Sun Microsystems Laboratories**, Mountain View, CA, 1993 - 1998.

Research Assistant, Dept. of Electrical Engineering, **Stanford University**, Stanford, CA, 1990 - 1998.

Undergraduate Researcher, **Massachusetts Institute of Technology**, Cambridge, MA, 1987 - 1989.

Summer Intern, **AT&T Bell Laboratories**, Lincroft, Middletown, and Murray Hill, NJ, 1986 - 1988.

**LITIGATION-RELATED EXPERIENCE**

Expert Witness, *CiRBA v. VMware*, **Morrison Foerster**, San Francisco, CA, 2019 - present.

Expert Witness, *FirstFace v. Samsung*, **DLA Piper**, East Palo Alto, CA, 2018 - 2019.

Expert Witness, *FirstFace v. Apple*, **Morrison Foerster**, San Francisco, CA, 2018 - 2019.

Technical Advisor, *Bazaarvoice Consent Decree*, **US Dept. of Justice**, Washington DC, 2014 - 2018.

Expert Witness, *Aqua Connect v. Apple (ITC Inv. No. 337-TA-1083)*, **DLA Piper**, Washington, DC, 2017.

Expert Witness, *NDrive v. LG Electronics (ICC International Court of Arbitration)*, **Park Jensen Bennett**, New York, NY, 2017.

Expert Witness, *Intellectual Ventures v. Motorola Mobility (District of DE)*, **Feinberg Day**, Palo Alto, CA, 2012 - 2015.

Expert Witness, *Intellectual Ventures v. Motorola Mobility (Southern District of FL)*, **Feinberg Day**, Palo Alto, CA, 2013 - 2014.

Expert Witness, *Barnes and Noble v. Alcatel-Lucent*, **Dickstein Shapiro**, New York, NY, 2011 - 2013.

Consultant, *Apple v. Samsung*, **Morrison Foerster**, San Francisco, CA, 2012 - 2013.

Consultant, *Smartphone Technologies v. RIM, Samsung, LG Electronics, Motorola, Apple, Pantech, and AT&T*, **Paul Hastings**, Palo Alto, CA, 2012 - 2013.

Expert Witness, *Apple v. Samsung*, **Freshfields Bruckhaus Deringer**, Amsterdam, Netherlands, 2011 - 2012.

Expert Witness, *Realtime Data v. CME Group, Bats Trading, International Securities Exchange, NASDAQ OMX Group, NYSE Euronext, and Options Price Reporting Authority*, **McKool Smith**, New York, NY, 2010 - 2012.

Consultant, *Gemalto v. Google, Motorola, HTC, and Samsung*, **McKool Smith**, New York, NY, 2010 - 2012.

Expert Witness, *Yahoo! v. Facebook*, **Wilmer Hale**, Palo Alto, CA, 2012.

Expert Witness, *Apple v. HTC*, **Kirkland & Ellis**, New York, NY, 2011 - 2012.

Expert Witness, *Apple v. HTC (ITC Inv. No. 337-TA-797)*, **DLA Piper**, East Palo Alto, CA, 2011 - 2012.

Expert Witness, *Nokia v. Apple*, **Wilmer Hale**, Palo Alto, CA, 2010 - 2011.

Expert Witness, *HTC v. Apple (ITC Inv. No. 337-TA-721)*, **DLA Piper**, Washington, DC, 2010 - 2011.

Consultant, *VirnetX v. Microsoft*, **McDermott Will & Emery**, Boston, MA, 2010.

Expert Witness, *01 Communique Laboratory v. Citrix Systems*, **Goodwin Procter**, Boston, MA, 2006 - 2008.

Consultant, *Rothschild Trust v. Citrix Systems*, **Goodwin Procter**, Boston, MA, 2006.

Expert Witness, *Cox v. Microsoft*, **Milberg Weiss Bershad & Schulman,** New York, NY, 2005 - 2006.

Technical Advisor, *Microsoft Consent Decree*, **States of NY, OH, IL, KY, LA, MD, MI, NC, and WI,** 2003 - 2006.

**RESEARCH SUPPORT** (all co-principal investigators at Columbia University unless otherwise noted)

1. Principal Investigator, "FMitF: Track I: A Secure and Verifiable Commodity Hypervisor", Formal Methods in the Field Program, **National Science Foundation**, CCF-1918400, $750,000, Oct. 1, 2019 - Sept. 30, 2023, with Ronghui Gu.

2. Principal Investigator, "Software Systems Laboratory Grant", **Two Sigma**, $15,000, Sept. 1, 2019 - Aug. 31, 2020.

3. Principal Investigator, "Software Systems Laboratory Grant", **Two Sigma**, $10,000, Sept. 1, 2018 - Aug. 31, 2019.

4. Co-Principal Investigator, "SaTC: TTP: Easy Email Encryption", Secure and Trustworthy Cyberspace Program, **National Science Foundation**, CNS-1717801, $499,999, Sept. 1, 2017 - Aug. 31, 2020, with Steven M. Bellovin.

5. Principal Investigator, "Software Systems Laboratory Grant", **Two Sigma**, $10,000, Sept. 1, 2017 - Aug. 31, 2018.

6. Principal Investigator, "ARM VHE Optimization", **Huawei Technologies**, $100,000, June 1, 2017 - May 31, 2018.

7. Co-Principal Investigator, "TWC: Medium: Toward Trustworthy Mutable Replay for Security Patches", Secure and Trustworthy Cyberspace Program, **National Science Foundation**, CNS-1563555, $1,200,000, Sept. 1, 2016 - Aug. 31, 2020, with Gail E. Kaiser.

8. Principal Investigator, "ARM Nested Virtualization", **ARM**, $30,000, June 1, 2016 - May 31, 2017.

9. Principal Investigator, "Software Systems Laboratory Grant", **Two Sigma**, $10,000, Sept. 1, 2016 - Aug. 31, 2017.

10. Principal Investigator, "Multi-Mobile Computing", Google Research Award, **Google**, $94,063, Sept. 1, 2015 - Aug. 31, 2016.

11. Principal Investigator, "Software Systems Laboratory Grant", **Two Sigma**, $10,000, Sept. 1, 2015 - Aug. 31, 2016.

12. Principal Investigator, "TWC: TTP Option: Small: A Linux ARM Hypervisor for System Security", Secure and Trustworthy Cyberspace Program, **National Science Foundation**, CNS-1422909, $635,103, Oct. 1, 2014 - Sept. 30, 2017.

13. Principal Investigator, "Heterogeneous Migration Across Android Devices", Google Research Award, **Google**, $91,460, Sept. 1, 2014 - Aug. 31, 2015.

14. Principal Investigator, "KVM/ARM Virtualization", **Huawei Technologies**, $100,000, Sept. 1, 2014 - Aug. 31, 2015.

15. Co-Principal Investigator, "Promiscuous: Scalable, Consistent Firehose for Data-Driven Web Service Integrations", Google Research Award, **Google**, $74,000, Sept. 1, 2013 - Aug. 31, 2014, with Roxana Geambasu.

16. Principal Investigator, "A KVM/ARM Microserver Virtualization Architecture II", **ARM**, $100,000, Aug. 5, 2013 - Aug. 4, 2014.

17. Principal Investigator, "CSR:Medium: A Virtual Smartphone and Tablet System Architecture", Computer Systems Research Program, **National Science Foundation**, CNS-1162447, $783,000, Sept. 1, 2012 - Aug. 31, 2016.

18. Principal Investigator, "SHF:Medium: RacePro: Automatically Detecting API Races in Deployed Systems", Software and Hardware Foundations Program, **National Science Foundation**, CCF-1162021, $800,000, Sept. 1, 2012 - Aug. 31, 2016, with Junfeng Yang.

19. Principal Investigator, "Virtual Smartphone Computing Using Android", Google Research Award, **Google**, $50,000, Sept. 1, 2012 - Aug. 31, 2013.

20. Principal Investigator, "Mutable Replay for Enabling IT Transformation", IBM Faculty Award, **IBM Research**, $20,000, July 1, 2012 - June 30, 2013.

21. Co-Principal Investigator, "Programming the Internet of Things, Android Mobile Phone Virtualization, and Location-based Dynamic Spectrum Management", Center for Advanced Technology in Telecommunications (CATT), **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $95,000, July 1, 2012 - June 30, 2013, with Henning Schulzrinne.

22. Principal Investigator, "A KVM/ARM Microserver Virtualization Architecture", **ARM**, $100,000, Mar. 13, 2012 - Mar. 12, 2013.

23. Principal Investigator, "Android Nexus S Phone Equipment Grant", **Google**, $11,376, Sept. 2011.

24. Principal Investigator, "Heterogeneous Replay Debugging for Enabling IT Transformation", IBM Faculty Award, **IBM Research**, $20,000, July 1, 2011 - June 30, 2012.

25. Co-Principal Investigator, "Disruption-Tolerant Network Applications and Android Mobile Phone Virtualization", Center for Advanced Technology in Telecommunications (CATT), **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $80,000, July 1, 2011 - June 30, 2012, with Henning Schulzrinne.

26. Principal Investigator, "Student Travel Support for the 2011 USENIX Annual Technical Conference", Computer Systems Research Program, **National Science Foundation**, CNS-1137962, $10,000, June 2011.

27. Principal Investigator, "TC:Small: Improving System Security through Virtual Layered File Systems", Trustworthy Computing Program, **National Science Foundation**, CNS-1018355, $499,998, Sept. 1, 2010 - Aug. 31, 2014.

28. Principal Investigator, "Android Mobile Phone Virtualization", Google Research Award, **Google**, $67,200, Sept. 1, 2010 - Aug. 31, 2011.

29. Principal Investigator, "TC:Small: Exploiting Software Elasticity for Automatic Software Self-Healing", Trustworthy Computing Program, **National Science Foundation**, CNS-0914845, $450,000, Sept. 1, 2009 - Aug. 31, 2013, with Angelos D. Keromytis.

30. Co-Principal Investigator, "CSR: Medium: Guanyin: a Thousand hands with a Thousand eyes for Distributed Software Checking", Computer Systems Research Program, **National Science Foundation**, CNS-0905246, $1,102,000, Sept. 1, 2009 - Aug. 31, 2014, with Junfeng Yang and Gail E. Kaiser.

31. Principal Investigator, "Google Desktop Meets DejaView: Display-Centric Desktop Search", Google Research Award, **Google**, $70,000, Sept. 1, 2009 - Aug. 31, 2010, with Luis Gravano.

32. Principal Investigator, "Android G1 Dev Phone Equipment Grant", **Google**, $23,940, Sept. 2009.

33. Principal Investigator, "DejaView / Android Development", Center for Advanced Technology in Telecommunications (CATT), **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $20,000, Sept. 1, 2009 - Feb. 28, 2010.

34. Principal Investigator, "GOALI Supplement to CSR-VSM: Autonomic Mechanisms for Reducing System Downtime due to Maintenance and Upgrades", Grant Opportunities for Academic Liaison with Industry Program, **National Science Foundation**, CNS-0950434, $66,675, Sept. 1, 2009 - Aug. 31, 2010.

35. Principal Investigator, "CIFellow: Michael Hines", Subaward through Computing Community Consortium and Computing Research Association, **National Science Foundation**, CNS-0937060, $140,000, Sept. 1, 2009 - Aug. 31, 2010.

36. Principal Investigator, "An Open Standard for Advanced Display and Application Remoting", IBM Faculty Award, **IBM Research**, $20,000, July 1, 2008 - June 30, 2009.

37. Principal Investigator, "Remote 3D Gaming Research", **Deutsche Telekom AG Laboratories**, $70,930, Sept. 1, 2007 - Aug. 31, 2008.

38. Principal Investigator, "Virtualization Mechanisms for Security", Center for Advanced Technology in Telecommunications (CATT), **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $38,559, July 1, 2007 - June 30, 2008.

39. Principal Investigator, "Virtualization Curriculum Equipment Grant", **VMware**, $40,000, Sept. 2007.

40. Co-Principal Investigator, "CSR-VSM: Autonomic Mechanisms for Reducing System Downtime due to Maintenance and Upgrades", Computer Systems Research Program, **National Science Foundation**, CNS-0717544, $350,000, Aug. 1, 2007 - July 31, 2009, with Gail E. Kaiser.

41. Co-Principal Investigator, "Autonomic Recovery of Enterprise-Wide Systems After Attack or Failure with Forward Correction", Multidisciplinary University Research Initiative (MURI), **Air Force Office of Scientific Research (AFOSR)**, USAF/AFRL FA9550-07-1-0527, $4,826,940, May 1, 2007 - June 30, 2012, with Anup K. Ghosh (George Mason University), Sushil Jajodia, (George Mason University), Angelos D. Keromytis, Salvatore J. Stolfo, and Peng Liu (Pennsylvania State University).

42. Principal Investigator, "Thin-Client Computing Research", **Advanced Micro Devices**, $50,000, Jan. 1, 2007 - Dec. 31, 2007.

43. Principal Investigator, "Secure Isolation Mechanisms for Untrusted Network Applications", Center for Advanced Technology in Telecommunications (CATT), **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $10,000, July 1, 2006 - June 30, 2007.

44. Co-Principal Investigator, "Security Escorts For Not-Yet Trusted Software", Small Business Technology Transfer Research Program (STTR), **Office of the Secretary of Defense**, O064-SP2-1001, $99,981, Aug. 15, 2006 - May 15, 2007, with Charles Earl (Stottler Henke Associates).

45. Principal Investigator, "Virtualization Mechanisms for Security", Center for Advanced Technology in Telecommunications (CATT), **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $38,559, July 1, 2006 - June 30, 2007.

46. Principal Investigator, "An Application Streaming Service for Ubiquitous Computing Access", IBM Faculty Award, **IBM Research**, $20,000, July 1, 2006 - June 30, 2007.

47. Principal Investigator, "BPC Supplement to ITR: Secure Remote Computing Services", Broadening Participation in Computing Program, **National Science Foundation**, CNS-0543869, $133,565, Sept. 15, 2005 - Sept. 14, 2007.

48. Principal Investigator, "US-Japan Cyber Trust Supplement to ITR: Secure Remote Computing Services", Cyber Trust Program, **National Science Foundation**, CNS-0535343, $77,280, July 1, 2005 - June 30, 2007.

49. Principal Investigator, "Secure Isolation Mechanisms for Untrusted Network Applications", Center for Advanced Technology in Telecommunications (CATT), **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $12,500, July 1, 2005 - June 30, 2006.

50. Principal Investigator, "Sun Ray Software Performance", Collaborative Research Program, **Sun Microsystems**, $45,142, Feb. 2005.

51. Principal Investigator, "ITR: Secure Remote Computing Services", Information Technology Research (ITR) for National Priorities Program, **National Science Foundation**, CNS-0426623, $1,200,000, Sept. 15, 2004 - Aug. 31, 2009, with Gail E. Kaiser and Angelos D. Keromytis.

52. Principal Investigator, "Secure Isolation Mechanisms for Untrusted Network Applications", Center for Advanced Technology in Telecommunications (CATT), **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $12,500, July 1, 2004 - June 30, 2005.

53. Principal Investigator, "Secure Isolation and Transparent Migration of Legacy Applications", IBM Faculty Award, **IBM Research**, $40,000, July 1, 2004 - June 30, 2005.

54. Principal Investigator, "Secure Isolation and Migration of Linux Applications", Center for Advanced Technology (CAT) in Information Management, **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $70,000, Apr. 19, 2004 - June 30, 2004.

55. Principal Investigator, "Linux Virtualization Phase I", IBM Shared University Research (SUR) Award, **IBM Research**, $503,027, Mar. 2004.

56. Principal Investigator, "Migration Mechanisms for Large-Scale Parallel Applications", Early Career Principal Investigator Program in Applied Mathematics, Collaboratory Research, Computer Science, and High-Performance Networks, Office of Science, **US Department of Energy**, $299,589, Aug. 15, 2003 - Aug. 14, 2007.

57. Principal Investigator, "Sun Microsystems Equipment Grant", Collaborative Research Program, **Sun Microsystems**, $6,195, July 2003.

58. Principal Investigator, "Network Virtualization Mechanisms for Mobile Communication", Networking Research Program, **National Science Foundation**, ANI-0240525, $249,999, June 1, 2003 - May 31, 2007.

59. Principal Investigator, "Apple Computer Powerbook Award", Apple Developer Connection and Hardware Seed Program, **Apple Computer**, $7,433, May 2003.

60. Principal Investigator, "ITR: An Experimental Study of Thin-Client Computing Architectures", Information Technology Research (ITR) Program, **National Science Foundation**, CCR-0219943, $250,000, Sept. 1, 2002 - July 31, 2007.

61. Senior Personnel, "Pervasive Pixels", CISE Research Infrastructure Program, **National Science Foundation**, EIA-0202063, $1,485,098, Sept. 1, 2002 - Aug. 31, 2007, with Henning Schulzrinne, Steven K. Feiner, Gail E. Kaiser, John R. Kender, Kathleen R. McKeown, Peter K. Allen, Angelos D. Keromytis, Shree K. Nayar, William Noble, Steven M. Nowick, and Kenneth A. Ross.

62. Principal Investigator, "Migration Mechanisms for Autonomic Computing", Center for Advanced Technology (CAT) in Information Management, **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $70,000, July 1, 2002 - June 30, 2003.

63. Principal Investigator, "Inferring Mean Client Response Time at the Web Server", Center for Advanced Technology (CAT) in Information Management, **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $25,000, Apr. 1, 2002 - June 30, 2002.

64. Co-Principal Investigator, "The Columbia Hot Spot Rescue Service", Advanced Networking Infrastructure and Research (ANIR) Special Projects in Networking Program, **National Science Foundation**, ANI-0117738, $1,399,999, Sept. 15, 2001 - Aug. 30, 2006, with Edward G. Coffman, Predrag R. Jelenkovic, Dan Rubenstein, and Henning Schulzrinne.

65. Principal Investigator, "Scalability Issues in Linux", Collaborative Research Program, **IBM Linux Technology Center**, $33,029, July 1, 2001 - June 30, 2002.

66. Principal Investigator, "Thin-Client Benchmarking", **National Semiconductor**, $25,000, July 1, 2001 - June 30, 2002.

67. Principal Investigator, "Server-Based Computing Technologies for Application Service Providers", Center for Advanced Technology (CAT) in Information Management, **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $75,000, July 1, 2001 - June 30, 2002.

68. Principal Investigator, "Scalable Linux Cluster Utilities", Center for Advanced Technology (CAT) in Information Management, **New York State Office of Science, Technology, and Academic Research (NYSTAR)**, $50,000, Apr. 16, 2001 - June 30, 2001.

69. Principal Investigator, "CAREER: Delivering Computational Services over the Internet", Faculty Early Career Development (CAREER) Award, Operating Systems and Compilers Program, **National Science Foundation**, CCR-0093047, $250,000, Feb. 15, 2001 - Feb. 28, 2007.

70. Principal Investigator, "Scalable Linux Cluster Computer Utilities", IBM Shared University Research (SUR) Award, **IBM Research**, $128,162, Dec. 2000.

71. Co-Principal Investigator, "Adaptive Internet Interactive Team Video", Experimental Systems Program, **National Science Foundation**, EIA-0071954, $1,590,000, Sept. 15, 2000 - Sept. 30, 2004, with John R. Kender and Gail E. Kaiser.

72. Principal Investigator, "Columbia University Computer Utility", Collaborative Research Program, **Sun Microsystems**, $51,178, Sept. 1, 2000 - Oct. 31, 2001.

73. Principal Investigator, "Lucent Grant in Science and Engineering", University Program, **Lucent Technologies**, $20,000, July 2000.

74. Principal Investigator, "Sun Microsystems Equipment Grant", Collaborative Research Program, **Sun Microsystems**, $83,562, Dec. 1999.

75. Co-Principal Investigator, "Microsoft Research and Education Grant", Microsoft University Program, **Microsoft Research**, $1,208,163, July 1, 1999 - June 30, 2001, with Kathleen R. McKeown, Luis Gravano, John R. Kender, Andrew Kosoresow, Shree K. Nayar, and Henning Schulzrinne.

# PUBLICATIONS

Student co-authors are underlined. Papers are available online at `https://scholar.google.com/citations?hl=en&user=UGrnqBUAAAAJ&view_op=list_works&sortby=pubdate`.

## BOOKS

1. Edouard Bugnion, Jason Nieh, and Dan Tsafrir, *Hardware and Software Support for Virtualization*, Synthesis Lectures on Computer Architecture, Morgan & Claypool Publishers, Feb, 2017.

## REFEREED AWARD PAPERS

1. Nicolas Viennot, Edward Garcia, and Jason Nieh, "A Measurement Study of Google Play", *Proceedings of the ACM International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2014)*, Austin, TX, June 16-20, 2014, pp. 221-233. (17% accepted, 40/238, Kenneth C. Sevcik Outstanding Student Paper Award)

2. Jeremy Andrus and Jason Nieh, "Teaching Operating Systems Using Android", *Proceedings of the 43rd ACM Technical Symposium on Computer Science Education (SIGCSE 2012)*, Raleigh, NC, Feb.29-Mar. 3, 2012, pp. 613-618. (35% accepted, 100/289, Best Paper Award)

3. Jeremy Andrus, Christoffer Dall, Alexander Van't Hof, Oren Laadan, and Jason Nieh, "Cells: A Virtual Mobile Smartphone Architecture", *Proceedings of the 23rd ACM Symposium on Operating Systems Principles (SOSP 2011)*, Cascais, Portugal, Oct. 23-26, 2011, pp. 173-187. (18% accepted, 28/157, Best Paper Award)

4. Shaya Potter and Jason Nieh, "Reducing Downtime Due to System Maintenance and Upgrades", *Proceedings of the 19th Large Installation System Administration Conference (LISA 2005)*, San Diego, CA, Dec. 4-9, 2005, pp. 47-62. (46% accepted, 24/52, Best Student Paper Award)

5. Ricardo Baratto, Shaya Potter, Gong Su, and Jason Nieh, "MobiDesk: Mobile Virtual Desktop Computing", *Proceedings of the 10th International Conference on Mobile Computing and Networking (MobiCom 2004)*, Philadelphia, PA, Sept. 29-Oct. 1, 2004, pp. 1-15. (8% accepted, 26/327, Best Student Paper Award)

## REFEREED JOURNAL ARTICLES

6. Alex Sherman, Jason Nieh, and Clifford Stein, "FairTorrent: A Deficit-based Distributed Algorithm to Ensure Fairness in Peer-to-Peer Systems", *IEEE/ACM Transactions on Networking (ToN)*, 20(5), Oct. 2012, pp. 1361-1374. (invited paper)

7. Christoffer Dall, Jeremy Andrus, Alexander Van't Hof, Oren Laadan, and Jason Nieh, "The Design, Implementation, and Evaluation of Cells: A Virtual Mobile Smartphone Architecture", *ACM Transactions on Computer Systems (TOCS)*, 30(3), Aug. 2012, pp. 9:1-31. (invited paper)

8. Shaya Potter, Ricardo Baratto, Oren Laadan, Leonard Kim, and Jason Nieh, "MediaPod: A Pocket-sized and Personalized Multimedia Desktop", *International Journal of Semantic Computing (IJSC)*, 4(2), June 2010, pp. 181-202. (invited paper)

9. Albert M. Lai, Justin B. Starren, David R. Kaufman, Eneida A. Mendonca, Walter Palmas, Jason Nieh, and Steven Shea, "The Remote Patient Education in a Telemedicine Environment Architecture (REPETE)", *Telemedicine and e-Health*, 14(5), May 2008, pp. 355-361.

10. Albert Lai and Jason Nieh, "On the Performance of Wide-Area Thin-Client Computing", *ACM Transactions on Computer Systems (TOCS)*, 24(2), May 2006, pp. 175-209.

11. David P. Olshefski, Jason Nieh, and Dakshi Agarwal, "Using Certes to Infer Client Response Times at the Web Server", *ACM Transactions on Computer Systems (TOCS)*, 22(1), Feb. 2004, pp. 49-93. (2004 Best Paper, Performance Modeling and Analysis PIC, IBM Research; nominated for the 2004 Pat Goldberg Memorial Best Paper Awards in Computer Science, Electrical Engineering and Mathematics)

12. Jason Nieh and Monica S. Lam, "A SMART Scheduler for Multimedia Applications", *ACM Transactions on Computer Systems (TOCS)*, 21(2), May 2003, pp. 117-163.

13. Jason Nieh, S. Jae Yang, and Naomi Novik, "Measuring Thin-Client Performance Using Slow-Motion Benchmarking", *ACM Transactions on Computer Systems (TOCS)*, 21(1), Feb. 2003, pp. 87-115.

**REFEREED CONFERENCE PAPERS**

14. Jin Tack Lim and Jason Nieh, "Optimizing Nested Virtualization Performance Using Direct Virtual Hardware", *Proceedings of the 25th International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS 2020)*, Lausanne, Switzerland, Mar. 16-20, 2020. (18% accepted, 86/476)

15. Shih-Wei Li, John S. Koh, and Jason Nieh, "Protecting Cloud Virtual Machines from Hypervisor and Host Operating System Exploits", *Proceedings of the 28th USENIX Security Symposium (USENIX Security 2019)*, Santa Clara, CA, Aug. 14-16, 2019, pp.1357-1374. (16% accepted, 113/719)

16. Naser AlDuaij, Alexander Van't Hof, and Jason Nieh, "Heterogeneous Multi-Mobile Computing", *Proceedings of the 17th ACM International Conference on Mobile Systems, Applications, and Services (MobiSys 2019)*, Seoul, South Korea, June 17-21, 2019, pp. 494-507. (23% accepted, 40/172)

17. Alexander Van't Hof and Jason Nieh, "AnDrone: Virtual Drone Computing in the Cloud", *Proceedings of the 11th European Conference on Computer Systems (EuroSys 2019)*, Dresden, Germany, Mar. 25-28, 2019, pp. 6:1-16. (22% accepted, 45/207)

18. John S. Koh, Steven M. Bellovin, and Jason Nieh, "Why Joanie Can Encrypt: Easy Email Encryption with Easy Key Management", *Proceedings of the 11th European Conference on Computer Systems (EuroSys 2019)*, Dresden, Germany, Mar. 25-28, 2019, pp. 2:1-16. (22% accepted, 45/207)

19. Jeremy Andrus, Naser AlDuaij, and Jason Nieh, "Binary Compatible Graphics Support in Android for Running iOS Apps", *Proceedings of the 2017 ACM/IFIP/USENIX Middleware Conference (Middleware 2017)*, Las Vegas, NV, Dec. 11-15, 2017, pp. 55-67. (24% accepted, 20/85)

20. Jin Tack Lim, Christoffer Dall, Shih-Wei Li, Jason Nieh, and Marc Zyngier, "NEVE: Nested Virtualization Extensions for ARM", *Proceedings of the 26th ACM Symposium on Operating Systems Principles (SOSP 2017)*, Shanghai, China, Oct. 28-31, 2017, pp. 201-217. (17% accepted, 39/232)

21. Christoffer Dall, Shih-Wei Li, and Jason Nieh, "Optimizing the Design and Implementation of the Linux ARM Hypervisor", *Proceedings of the 2017 USENIX Annual Technical Conference (USENIX ATC 2017)*, Santa Clara, CA, July 12-14, 2017, pp. 221-234. (21% accepted, 60/283)

22. Christoffer Dall, Shih-Wei Li, Jin Tack Lim, Jason Nieh, and Georgios Koloventzos, "ARM Virtualization: Performance and Architectural Implications", *Proceedings of the 43rd International Symposium on Computer Architecture (ISCA 2016)*, Seoul, South Korea, June 18-22, 2016, pp. 304-316. (19% accepted, 54/288)

23. Vaggelis Atlidakis, Jeremy Andrus, Roxana Geambasu, Dimitris Mitropoulos, and Jason Nieh, "POSIX Abstractions in Modern Operating Systems: The Old, the New, and the Missing", *Proceedings of the 8th European Conference on Computer Systems (EuroSys 2016)*, London, UK, Apr. 18-21, 2016, pp. 19:1-17. (21% accepted, 38/180)

24. Alexander Van't Hof, Hani Jamjoom, Jason Nieh, and Dan Williams, "Flux: Multi-Surface Computing in Android", *Proceedings of the 7th European Conference on Computer Systems (EuroSys 2015)*, Bordeaux, France, Apr. 21-24, 2015, pp. 24:1-17. (21% accepted, 32/150)

25. Nicolas Viennot, Mathias Lecuyer, Jonathan Bell, Roxana Geambasu, and Jason Nieh, "Synapse: A Microservices Architecture for Heterogeneous-Database Web Applications", *Proceedings of the 7th European Conference on Computer Systems (EuroSys 2015)*, Bordeaux, France, Apr. 21-24, 2015, pp. 21:1-16. (21% accepted, 32/150)

26. Christoffer Dall and Jason Nieh, "Teaching Operating Systems Using Code Review", *Proceedings of the 45th ACM Technical Symposium on Computer Science Education (SIGCSE 2014)*, Atlanta, GA, Mar. 5-8, 2014, pp. 549-554. (39% accepted, 108/274)

27. Jeremy Andrus, Alexander Van't Hof, Naser AlDuaij, Christoffer Dall, Nicolas Viennot, and Jason Nieh, "Cider: Native Execution of iOS Apps on Android", *Proceedings of the 19th International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS 2014)*, Salt Lake City, UT, Mar. 1-5, 2014, pp. 367-381. (23% accepted, 49/217)

28. Christoffer Dall and Jason Nieh, "KVM/ARM: The Design and Implementation of the Linux ARM Hypervisor", *Proceedings of the 19th International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS 2014)*, Salt Lake City, UT, Mar. 1-5, 2014, pp. 333-347. (23% accepted, 49/217)

29. Nicolas Viennot, Sid Nair, Jason Nieh, "Transparent Mutable Replay for Multicore Debugging and Patch Validation", *Proceedings of the 18th International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS 2013)*, Houston, TX, Mar. 16-20, 2013, pp. 127-138. (23% accepted, 44/191)

30. Joshua Reich, Oren Laadan, Eli Brosh, Alex Sherman, Vishal Misra, Jason Nieh, and Dan Rubenstein, "VMTorrent: Scalable P2P Virtual Machine Streaming", *Proceedings of the 8th ACM Conference on emerging Networking EXperiments and Technologies, (CoNEXT 2012)*, Nice, France, Dec. 10-12, 2012, pp. 289-300. (18% accepted, 31/177)

31. Oren Laadan, Andrew Shu, and Jason Nieh, "Capture: A Desktop Display-Centric Text Recorder", *Proceedings of the 14th International ACM SIGACCESS Conference on Computers and Accessibility (ASSETS 2012)*, Boulder, CO, Oct 22-24, 2012, pp. 9-16. (28% accepted, 25/88)

32. Shaya Potter and Jason Nieh, "Improving Virtual Appliance Management through Virtual Layered File Systems", *Proceedings of the 25th Large Installation System Administration Conference (LISA 2011)*, Boston, MA, Dec. 4-9, 2011, pp. 25-38. (46% accepted, 29/63)

33. Oren Laadan, Nicolas Viennot, Chia-Che Tsai, Chris Blinn, Junfeng Yang, and Jason Nieh, "Pervasive Detection of Process Races in Deployed Systems", *Proceedings of the 23rd ACM Symposium on Operating Systems Principles (SOSP 2011)*, Cascais, Portugal, Oct. 23-26, 2011, pp. 353-367. (18% accepted, 28/157)

34. Dinesh Subhraveti and Jason Nieh, "Record and Transplay: Partial Checkpointing for Replay Debugging Across Heterogeneous Systems", *Proceedings of the ACM International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2011)*, San Jose, CA, June 7-11, 2011, pp. 109-120. (15% accepted, 26/177)

35. Oren Laadan, Jason Nieh, and Nicolas Viennot, "A Structured Approach to Linux Kernel Projects for Teaching Operating Systems", *Proceedings of the 42nd ACM Technical Symposium on Computer Science Education (SIGCSE 2011)*, Dallas, TX, Mar. 9-12, 2011, pp. 287-292. (34% accepted, 107/315)

36. Joshua Reich, Oren Laadan, Eli Brosh, Alex Sherman, Vishal Misra, Jason Nieh, and Dan Rubenstein, "VMTorrent: Virtual Appliances On-Demand", *Proceedings of the ACM SIGCOMM 2010 Conference, (SIGCOMM 2010)*, New Delhi, India, Aug. 30-Sept. 3, 2010, p. 453. (33% accepted, 42/129, demo paper, nominated for best demo award)

37. Christoffer Dall and Jason Nieh, "KVM for ARM", *Proceedings of the 12th Annual Linux Symposium*, Ottawa, Canada, July 13-16, 2010, pp. 45-56.

38. Shaya Potter and Jason Nieh, "Apiary: Easy-to-use Desktop Application Fault Containment on Commodity Operating Systems", *Proceedings of the 2010 USENIX Annual Technical Conference (USENIX 2010)*, Boston, MA, June 23-25, 2010, pp. 103-116. (15% accepted, 22/147)

39. Oren Laadan, Nicolas Viennot, and Jason Nieh, "Transparent, Lightweight Application Execution Replay on Commodity Multiprocessor Operating Systems", *Proceedings of the ACM International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2010)*, New York, NY, June 14-18, 2010, pp. 155-166. (16% accepted, 29/184)

40. Haoqiang Zheng and Jason Nieh, "RSIO: Automatic User Interaction Detection and Scheduling", *Proceedings of the ACM International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2010)*, New York, NY, June 14-18, 2010, pp. 263-274. (16% accepted, 29/184)

41. Oren Laadan and Jason Nieh, "Operating System Virtualization: Practice and Experience", *Proceedings of the 3rd Annual Haifa Experimental Systems Conference (SYSTOR 2010)*, Haifa, Israel, May 24-26, 2010. (58% accepted, 18/31)

42. Oren Laadan, Jason Nieh, and Nicolas Viennot, "Teaching Operating Systems Using Virtual Appliances and Distributed Version Control", *Proceedings of the 41st ACM Technical Symposium on Computer Science Education (SIGCSE 2010)*, Milwaukee, WI, Mar. 10-13, 2010, pp. 480-484. (34% accepted, 103/303)

43. Shaya Potter, Ricardo Baratto, Oren Laadan, Leonard Kim, and Jason Nieh, "MediaPod: A Personalized Multimedia Desktop In Your Pocket", *Proceedings of the 11th IEEE International Symposium on Multimedia (ISM 2009)*, San Diego, CA, Dec. 14-16, 2009, pp. 219-226. (20% accepted, 30/153, nominated for best paper award, fast tracked to *International Journal of Semantic Computing*)

44. Alex Sherman, Jason Nieh, and Clifford Stein, "FairTorrent: Bringing Fairness to Peer-to-Peer Systems", *Proceedings of the 5th ACM Conference on emerging Networking EXperiments and Technologies (CoNEXT 2009)*, Rome, Italy, Dec. 1-4, 2009, pp. 133-144. (17% accepted, 29/170, one of the top three papers submitted, fast tracked to *IEEE/ACM Transactions on Networking*)

45. <u>Shaya Potter</u>, Steven M. Bellovin, and Jason Nieh, "Two-Person Control Administration: Preventing Administration Faults Through Duplication", *Proceedings of the 23rd Large Installation System Administration Conference (LISA 2009)*, Baltimore, MD, Nov. 1-6, 2009, pp. 15-27. (32% accepted, 12/38)

46. <u>Shaya Potter</u>, <u>Ricardo Baratto</u>, <u>Oren Laadan</u>, and Jason Nieh, "GamePod: Persistent Gaming Sessions on Pocketable Storage Devices", *Proceedings of the 3rd International Conference on Mobile Ubiquitous Computing, Systems, Services, and Technologies (UBICOMM 2009)*, Sliema, Malta, Oct. 11-16, 2009. (32% accepted)

47. Angelos Stavrou, <u>Ricardo Baratto</u>, Angelos Keromytis, and Jason Nieh, "A2M: Access-Assured Mobile Desktop Computing", *Proceedings of the 12th Information Security Conference (ISC 2009)*, Pisa, Italy, Sept. 7-9, 2009, pp. 186-201. (28% accepted, 29/105)

48. <u>Alex Sherman</u>, Angelos Stavrou, Jason Nieh, Angelos Keromytis, and Clifford Stein, "Adding Trust to P2P Distribution of Paid Content", *Proceedings of the 12th Information Security Conference (ISC 2009)*, Pisa, Italy, Sept. 7-9, 2009, pp. 459-474. (28% accepted, 29/105)

49. <u>Haoqiang Zheng</u> and Jason Nieh, "WARP: Enabling Fast CPU Scheduler Development and Evaluation", *Proceedings of the 2009 IEEE International Symposium on Performance Analysis of Systems and Software (ISPASS 2009)*, Boston, MA, Apr. 19-21, 2009, pp. 101-112. (28% accepted, 24/86)

50. <u>Stelios Sidiroglou</u>, <u>Oren Laadan</u>, <u>Carlos R. Pérez</u>, <u>Nicolas Viennot</u>, Jason Nieh, and Angelos D. Keromytis, "ASSURE: Automatic Software Self-healing Using REscue points", *Proceedings of the 14th International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS 2009)*, Washington, DC, Mar. 7-11, 2009, pp. 37-48. (26% accepted, 29/113)

51. <u>Shaya Potter</u>, Jason Nieh, and <u>Matthew Selsky</u>, "Secure Isolation of Untrusted Legacy Applications", *Proceedings of the 21st Large Installation System Administration Conference (LISA 2007)*, Dallas, TX, Nov. 11-16, 2007, pp. 117-130. (40% accepted, 22/55)

52. <u>Albert Lai</u>, Jason Nieh, and Justin Starren, "REPETE2: A Next Generation Home Telemedicine Architecture", *Proceedings of the American Medical Informatics Association (AMIA) 2007 Annual Symposium*, Chicago, IL, Nov. 10-14, 2007, p. 1020. (poster paper)

53. <u>Oren Laadan</u>, <u>Ricardo Baratto</u>, <u>Shaya Potter</u>, <u>Dan Phung</u>, and Jason Nieh, "DejaView: A Personal Virtual Computer Recorder", *Proceedings of the 21st ACM Symposium on Operating Systems Principles (SOSP 2007)*, Stevenson, WA, Oct. 14-17, 2007. pp. 279-292. (19% accepted, 25/130)

54. <u>Oren Laadan</u> and Jason Nieh, "Transparent Checkpoint/Restart of Multiple Processes on Commodity Operating Systems", *Proceedings of the 2007 USENIX Annual Technical Conference (USENIX 2007)*, Santa Clara, CA, June 17-22, 2007, pp. 323-336. (21% accepted, 24/117)

55. <u>Stelios Sidiroglou</u>, <u>Oren Laadan</u>, Angelos D. Keromytis, and Jason Nieh, "Using Rescue Points to Navigate Software Recovery (Short Paper)", *Proceedings of the 2007 IEEE Symposium on Security and Privacy (SP 2007)*, Oakland, CA, May 20-23, 2007, pp. 273-280. (short paper, 12% accepted, 28/243, 8 short papers, 20 full papers)

56. <u>Joeng Kim</u>, <u>Ricardo Baratto</u>, and Jason Nieh, "An Application Streaming Service for Mobile Handheld Devices", *Proceedings of the IEEE International Conference on Services Computing (SCC 2006)*, Chicago, IL, Sept. 18-22, 2006, pp. 323-326. (short paper, 13% accepted, 22 short papers, 29 full papers)

57. <u>Shaya Potter</u> and Jason Nieh, "Highly Reliable Mobile Desktop Computing in Your Pocket", *Proceedings of the IEEE Computer Society Signature Conference on Software Technology and Applications (COMPSAC 2006)*, Chicago, IL, Sept. 18-21, 2006, pp. 247-254. (29% accepted, 54/184)

58. <u>Bogdan Caprita</u>, Jason Nieh, and Clifford Stein, "Grouped Distributed Queues: Distributed Queue, Proportional Share Multiprocessor Scheduling", *Proceedings of the 25th Annual ACM SIGACT-SIGOPS Symposium on Principles of Distributed Computing (PODC 2006)*, Denver, CO, July 23-26, 2006, pp. 72-81. (22% accepted, 30/136)

59. <u>David P. Olshefski</u> and Jason Nieh, "Understanding the Management of Client Perceived Pageview Response Time", *Proceedings of the Joint International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS/ Performance 2006)*, St. Malo, France, June 26-30, 2006, pp. 240-251. (14% accepted, 30/217)

60. <u>Joeng Kim</u>, <u>Ricardo Baratto</u>, and Jason Nieh, "pTHINC: A Thin-Client Architecture for Mobile Wireless Web", *Proceedings of the 15th International World Wide Web Conference (WWW2006)*, Edinburgh, Scotland, May 23-26, 2006, pp. 143-152. (10% accepted, 70/673)

61. <u>Bogdan Caprita</u>, Jason Nieh, and <u>Wong Chun Chan</u>, "Group Round Robin: Improving the Fairness and Complexity of Packet Scheduling", *Proceedings of the 1st ACM/IEEE Symposium on Architectures for Networking and Communications Systems (ANCS 2005)*, Princeton, NJ, Oct. 26-28, 2005, pp. 29-40. (32% accepted, 23/71)

62. <u>Ricardo Baratto</u>, <u>Leonard Kim</u>, and Jason Nieh, "THINC: A Virtual Display Architecture for Thin-Client Computing", *Proceedings of the 20th ACM Symposium on Operating Systems Principles (SOSP 2005)*, Brighton, United Kingdom, Oct. 23-26, 2005, pp. 277-290. (13% accepted, 20/155)

63. <u>Oren Laadan</u>, <u>Dan Phung</u>, and Jason Nieh, "Transparent Checkpoint-Restart of Distributed Applications on Commodity Clusters", *Proceedings of the 2005 IEEE International Conference on Cluster Computing (Cluster 2005)*, Boston, MA, Sept. 27-30, 2005, 13 pages. (35% accepted, 45/130)

64. <u>Shaya Potter</u> and Jason Nieh, "AutoPod: Unscheduled System Updates with Zero Data Loss", *Proceedings of the 2nd IEEE International Conference on Autonomic Computing (ICAC 2005)*, Seattle, WA, June 13-16, 2005, pp. 367-368. (poster paper, 38% accepted, 64/170, 39 poster papers, 25 full papers)

65. <u>Shaya Potter</u> and Jason Nieh, "WebPod: Persistent Web Browsing Sessions with Pocketable Storage Devices", *Proceedings of the 14th International World Wide Web Conference (WWW2005)*, Chiba, Japan, May 10-14, 2005, pp. 603-612. (14% accepted, 77/550, nominated for Best Presentation Award)

66. <u>Bogdan Caprita</u>, <u>Wong Chun Chan</u>, Jason Nieh, Clifford Stein, and <u>Haoqiang Zheng</u>, "Group Ratio Round Robin: O(1) Proportional Share Scheduling for Uniprocessor and Multiprocessor Systems", *Proceedings of the 2005 USENIX Annual Technical Conference (USENIX 2005)*, Anaheim, CA, Apr. 10-15, 2005, pp. 337-352. (20% accepted, 24/118)

67. Jason Nieh and <u>Chris Vaill</u>, "Experiences Teaching Operating Systems Using Virtual Platforms and Linux", *Proceedings of the 36th ACM Technical Symposium on Computer Science Education (SIGCSE 2005)*, St. Louis, MO, Feb. 23-27, 2005, pp. 520-524. (32% accepted, 104/330)

68. <u>Angelos Stavrou</u>, Angelos D. Keromytis, Jason Nieh, Vishal Misra, and Dan Rubenstein, "MOVE: An End-to-End Solution To Network Denial of Service", *Proceedings of the 12th Annual Network and Distributed System Security Symposium (NDSS 2005)*, San Diego, CA, Feb. 2-4, 2005, pp. 81-96. (13% accepted, 16/124)

69. <u>David P. Olshefski</u>, Jason Nieh, and Erich Nahum, "ksniffer: Determining the Remote Client Perceived Response Time from Live Packet Streams", *Proceedings of the 6th Symposium on Operating System Design and Implementation (OSDI 2004)*, San Francisco, CA, Dec. 6-8, 2004, pp. 333-346. (14% accepted, 27/193)

70. <u>Albert Lai</u>, Jason Nieh, Andrew Laine, and Justin Starren, "Remote Display Performance for Wireless Healthcare Computing", *Proceedings of the 11th World Conference on Medical Informatics (Medinfo 2004)*, San Francisco, CA, Sept. 7-11, 2004, pp. 1438-1442. (42% accepted, 300/711)

71. <u>Albert Lai</u>, Jason Nieh, <u>Bhagyashree Bohra</u>, <u>Vijayarka Nandikonda</u>, <u>Abhishek P. Surana</u>, and <u>Suchita Varshneya</u>, "Improving Web Browsing on Wireless PDAs Using Thin-Client Computing", *Proceedings of the 13th International World Wide Web Conference (WWW2004)*, New York, NY, May 17-22, 2004, pp. 143-154. (15% accepted, 74/506)

72. Erez Zadok, <u>Jeffrey Osborn</u>, <u>Ariye Shater</u>, <u>Charles Wright</u>, <u>Kiran-Kumar Muniswamy-Reddy</u>, and Jason Nieh, "Reducing Storage Management Costs via Informed User-Based Policies", *Proceedings of the 12th NASA / 21st IEEE Conference on Mass Storage Systems and Technologies (MSST)*, College Park, MD, Apr. 13-16, 2004, pp. 193-198. (short paper, 43% accepted, 32/75, 14 short papers, 18 full papers)

73. <u>Haoqiang Zheng</u> and Jason Nieh, "SWAP: A Scheduler with Automatic Process Dependency Detection", *Proceedings of the 1st USENIX/ACM Symposium on Networked Systems Design and Implementation (NSDI 2004)*, San Francisco, CA, Mar. 29-31, 2004, pp. 183-196. (< 23% accepted, 27/120+)

74. <u>Albert Lai</u>, Jason Nieh, Andrew Laine, and Justin Starren, "Thin Client Performance for Remote 3-D Image Display", *Proceedings of the American Medical Informatics Association (AMIA) 2003 Annual Symposium*, Washington, DC, Nov. 8-12, 2003, p. 904. (poster paper)

75. <u>S. Jae Yang</u>, Jason Nieh, <u>Shilpa Krishnappa</u>, <u>Aparna Mohla</u>, and <u>Mahdi Sajjadpour</u>, "Web Browsing Performance of Wireless Thin-Client Computing", *Proceedings of the 12th International World Wide Web Conference (WWW2003)*, Budapest, Hungary, May 20-24, 2003, pp. 68-79. (< 13% accepted, 77/600+)

76. <u>Steven Osman</u>, <u>Dinesh Subhraveti</u>, <u>Gong Su</u>, and Jason Nieh, "The Design and Implementation of Zap: A System for Migrating Computing Environments", *Proceedings of the 5th Symposium on Operating System Design and Implementation (OSDI 2002)*, Boston, MA, Dec. 9-11, 2002, pp. 361-376. (18% accepted, 27/150)

77. <u>Albert Lai</u> and Jason Nieh, "Limits of Wide-Area Thin-Client Computing", *Proceedings of the ACM International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2002)*, Marina del Rey, CA, June 15-19, 2002, pp. 228-239. (13% accepted, 23/170)

78. <u>David P. Olshefski</u>, Jason Nieh, and Dakshi Agarwal, "Inferring Client Response Times at the Web Server", *Proceedings of the ACM International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2002)*, Marina del Rey, CA, June 15-19, 2002, pp. 160-171. (13% accepted, 23/170)

79. <u>S. Jae Yang</u>, Jason Nieh, <u>Matthew Selsky</u>, and <u>Nikhil Tiwari</u>, "The Performance of Remote Display Mechanisms for Thin-Client Computing", *Proceedings of the 2002 USENIX Annual Technical Conference (USENIX 2002)*, Monterey, CA, June 10-15, 2002, pp. 131-146. (23% accepted, 25/107)

80. <u>Fei Li</u> and Jason Nieh, "Optimal Linear Interpolation Coding for Server-Based Computing", *Proceedings of the IEEE International Conference on Communications (ICC) 2002*, New York, NY, Apr. 28-May 2, 2002, pp. 2542-2546. (42% accepted, 655/1568)

81. <u>Fei Li</u> and Jason Nieh, "Low-complexity Interpolation Coding for Server-Based Computing", *Proceedings of the Data Compression Conference (DCC) 2002*, Snowbird, UT, Apr. 2-4, 2002, p. 461. (poster paper)

82. Jason Nieh, <u>Chris Vaill</u>, and <u>Hua Zhong</u>, "Virtual-Time Round-Robin: An O(1) Proportional Share Scheduler", *Proceedings of the 2001 USENIX Annual Technical Conference (USENIX 2001)*, Boston, MA, June 25-30, 2001, pp. 245-259. (29% accepted, 24/82, nominated for Best Paper Award)

83. <u>S. Jae Yang</u>, Jason Nieh, and <u>Naomi Novik</u>, "Measuring Thin-Client Performance Using Slow-Motion Benchmarking", *Proceedings of the 2001 USENIX Annual Technical Conference (USENIX 2001)*, Boston, MA, June 25-30, 2001, pp. 35-49. (29% accepted, 24/82)

84. <u>Erez Zadok</u>, <u>Johan M. Andersen</u>, <u>Ion Badulescu</u>, and Jason Nieh, "Fast Indexing: Support for Size-Changing Algorithms in Stackable File Systems", *Proceedings of the 2001 USENIX Annual Technical Conference (USENIX 2001)*, Boston, MA, June 25-30, 2001, pp. 289-304. (29% accepted, 24/82)

85. <u>Erez Zadok</u> and Jason Nieh, "FiST: A Language for Stackable File Systems", *Proceedings of the 2000 USENIX Annual Technical Conference (USENIX 2000)*, San Diego, CA, June 18-23, 2000, pp. 55-70. (30% accepted; 27/90)

86. <u>Jason Nieh</u> and Monica S. Lam, "The Design, Implementation and Evaluation of SMART: A Scheduler for Multimedia Applications", *Proceedings of the 16th ACM Symposium on Operating Systems Principles (SOSP 1997)*, St. Malo, France, Oct. 5-8, 1997, pp. 184-197. (< 20% accepted, 23/110+)

87. <u>Jason Nieh</u> and Monica S. Lam, "SMART UNIX SVR4 Support for Multimedia Applications", *Proceedings of the IEEE International Conference on Multimedia Computing and Systems (ICMCS 1997)*, Ottawa, Ontario, Canada, June 3-6, 1997, pp. 404-414. (~35% accepted)

88. <u>Jason Nieh</u> and Monica S. Lam, "SMART: A Processor Scheduler for Multimedia Applications", *Proceedings of the 15th Symposium on Operating Systems Principles (SOSP 1995)*, Copper Mountain Resort, CO, Dec. 3-5, 1995, p. 233. (poster paper, 40% accepted, 33/82, 11 poster papers, 22 full papers)

**REFEREED WORKSHOP PUBLICATIONS**

89. <u>Oren Laadan</u>, <u>Chia-Che Tsai</u>, <u>Nicolas Viennot</u>, <u>Chris Blinn</u>, <u>Peter Senyao Du</u>, Junfeng Yang, and Jason Nieh, "Finding Concurrency Errors in Sequential Code—OS-level, In-vivo Model Checking of Process Races", *Proceedings of the 13th Workshop on Hot Topics in Operating Systems (HotOS XIII)*, Napa, CA, May 9-11, 2011. (25% accepted, 33/133)

90. <u>Alex Sherman</u>, Jason Nieh, and Clifford Stein, "Fair Distributed Scheduling Algorithm for a P2P System", *9th Workshop on Models and Algorithms for Planning and Scheduling Problems (MAPSP 2009)*, Abbey Rolduc, The Netherlands, June 29-July 3, 2009.

91. Alfred Aho, Angelos D. Keromytis, Vishal Misra, Jason Nieh, Kenneth A. Ross, and Yechiam Yemini, "FlowPuter: A Cluster Architecture Unifying Switch, Server and Storage Processing", *Proceedings of the 1st International Workshop on Data Processing and Storage Networking: Towards Grid Computing (DPSN 2004)*, Athens, Greece, May 14, 2004, pp. 2/1-2/7. (60% accepted, 6/10)

92. Angelos D. Keromytis, <u>Janak Parekh</u>, <u>Philip N. Gross</u>, Gail Kaiser, Vishal Misra, Jason Nieh, Dan Rubenstein, and Sal Stolfo, "A Holistic Approach to Service Survivability", *Proceedings of the 2003 ACM Workshop on Survivable and Self-Regenerative Systems*, Fairfax, VA, Oct. 31, 2003, pp. 11-22. (38% accepted, 10/26)

93. Ed Coffman, Predrag Jelenkovic, Jason Nieh, Dan Rubenstein, and Henning Schulzrinne, "The Columbia Hotspot Rescue Service", *Internet2 Network Research Workshop Spring 2001*, Chicago, IL, Apr. 18-19, 2001.

94. Jason Nieh and <u>S. Jae Yang</u>, "Measuring the Multimedia Performance of Server-Based Computing", *Proceedings of the 10th Workshop on Network and Operating System Support for Digital Audio and Video (NOSSDAV 2000)*, Chapel Hill, NC, June 26-28, 2000, pp. 55-64. (45% accepted, 32/70)

95. <u>Jason Nieh</u> and Monica S. Lam, "Multimedia on Multiprocessors: Where's the OS When You Really Need It?", *Proceedings of the 8th Workshop on Network and Operating System Support for Digital Audio and Video (NOSSDAV 1998)*, Cambridge, UK, July 8-10, 1998, pp. 103-106. (45% accepted, 36/80)

96. <u>Jason Nieh</u> and Monica S. Lam, "Integrated Processor Scheduling for Multimedia", *Proceedings of the 5th Workshop on Network and Operating System Support for Digital Audio and Video (NOSSDAV 1995)*, Durham, NH, Apr. 18-22, 1995, *Lecture Notes in Computer Science*, 1018, Springer-Verlag, pp. 215-218. (40% accepted, 40/101)

97. <u>Jason Nieh</u>, James G. Hanko, J. Duane Northcutt, and Gerard A. Wall, "SVR4 UNIX Scheduler Unacceptable for Multimedia Applications", *Proceedings of the 4th Workshop on Network and Operating System Support for Digital Audio and Video (NOSSDAV 1993)*, Lancaster, United Kingdom, Nov. 3-5, 1993, *Lecture Notes in Computer Science*, 846, Springer-Verlag, pp. 35-48. (24% accepted, 24/100)

98. <u>Jason Nieh</u> and Marc Levoy, "Volume Rendering on Scalable Shared-Memory MIMD Architectures", *Proceedings of the Boston Workshop on Volume Visualization*, Boston, MA, Oct. 19-20, 1992, pp. 17-24.

**INVITED BOOK CHAPTERS AND CONTRIBUTIONS**

99. <u>Albert Lai</u> and Jason Nieh, "Web Content Delivery Using Thin-Client Computing", *Web Content Delivery*, ed. Samuel Chanson, Xueyan Tang, and Jianliang Xu, Springer, 2005, pp. 325-345.

100. Jason Nieh and Monica S. Lam, "The Design, Implementation and Evaluation of SMART: A Scheduler for Multimedia Applications", *Readings in Multimedia Computing and Networking*, ed. Kevin Jeffay and HongJiang Zhang, Morgan Kaufmann Publishers, 2002, pp. 506-519.

**INVITED MAGAZINE ARTICLES**

101. <u>John S. Koh</u>, Steven M. Bellovin, and Jason Nieh, "Making It Easier to Encrypt Your Emails", *;login*, USENIX Association, 44(3), Fall 2019.

102. <u>Christoffer Dall</u>, <u>Shih-Wei Li</u>, <u>Jin Tack Lim</u>, and Jason Nieh, "ARM Virtualization: Performance and Architectural Implications", *ACM SIGOPS Operating Systems Review*, 52(1), July 2018, pp. 45-56.

103. <u>Vaggelis Atlidakis</u>, Jeremy Andrus, Roxana Geambasu, Dimitris Mitropoulos, and Jason Nieh, "POSIX Has Become Outdated", *;login*, USENIX Association, 41(3), Fall 2016, pp. 6-12.

104. <u>Christoffer Dall</u> and Jason Nieh, "Supporting KVM on the ARM Architecture", *LWN Weekly Edition*, Eklektix, July 4, 2013, pp. 18-22.

105. <u>Shaya Potter</u> and Jason Nieh, "Breaking the Ties that Bind: Process Isolation and Migration", *;login*, USENIX Association, 30(6), Dec. 2005, pp. 14-17.

106. <u>S. Jae Yang</u> and Jason Nieh, "MetaFrame XP Extends the Citrix Platform", *PC Magazine*, Ziff-Davis Media, 21(9), May 7, 2002, p. 48.

107. Jason Nieh and <u>Ozgur C. Leonard</u>, "Examining VMware", *Dr. Dobb's Journal*, 315, Miller Freeman, San Mateo, CA, Aug. 2000, pp. 70-76.

108. <u>S. Jae Yang</u> and Jason Nieh, "Thin Is In", *PC Magazine*, 19(13), Ziff-Davis Media, July 1, 2000, p. 68.

**INVITED CONFERENCE PAPERS**

109. <u>Jeremy Andrus</u>, <u>Christoffer Dall</u>, <u>Alexander Van't Hof</u>, <u>Oren Laadan</u>, and Jason Nieh, "Cells: A Virtual Mobile Smartphone Architecture", *Proceedings of the 5th Annual Haifa Experimental Systems Conference (SYSTOR 2012)*, Haifa, Israel, June 4-6, 2012.

110. Kenneth Ocheltree, Steven Millman, David Hobbs, Martin McDonnell, Jason Nieh, and <u>Ricardo Baratto</u>, "Net2Display: A Proposed VESA Standard for Remoting Displays and I/O Devices over Networks", *Proceedings of the 2006 Americas Display Engineering and Applications Conference (ADEAC 2006)*, Atlanta, Georgia, Oct. 23-26, 2006.

**INVITED WORKSHOP PUBLICATIONS**

111. Jason Nieh, "A Virtual Smartphone Architecture", *DIMACS Workshop on Systems and Networking Advances in Cloud Computing*, Piscataway, NJ, Dec. 2011.

112. Jason Nieh, "Resource Management Issues for Streaming Multimedia Applications", *MIT Workshop on Streaming Systems*, Dedham, MA, Aug. 2003.

113. Jason Nieh, <u>Chris Vaill</u>, and <u>Hua Zhong</u>, "Virtual-Time Round-Robin: An O(1) Proportional Share Scheduler", *NMADS-3: NYC Metro Area Distributed Systems*, New York, NY, Apr. 13, 2001.

**OTHER PUBLICATIONS**

114. <u>John S. Koh</u>, Steven M. Bellovin, and Jason Nieh, "Easy Email Encryption with Easy Key Management", Technical Report CUCS-004-18, Dept. of Computer Science, Columbia University, Oct. 2018.

115. <u>Naser AlDuaij</u>, <u>Alexander Van't Hof</u>, and Jason Nieh, "Heterogeneous Multi-Mobile Computing", Technical Report CUCS-008-16, Dept. of Computer Science, Columbia University, Aug. 2016.

116. <u>Christoffer Dall</u>, <u>Shih-Wei Li</u>, <u>Jin Tack Lim</u>, and Jason Nieh, "A Measurement Study of ARM Virtualization Performance", Technical Report CUCS-021-15, Dept. of Computer Science, Columbia University, Nov. 2015.

117. <u>Naser AlDuaij</u>, <u>Alexander Van't Hof</u>, and Jason Nieh, "M2: Multi-Mobile Computing", Technical Report CUCS-005-15, Dept. of Computer Science, Columbia University, Mar. 2015.

118. <u>Jeremy Andrus</u>, <u>Naser AlDuaij</u>, and Jason Nieh, "Binary Compatible Graphics Support in Android for Running iOS Apps", Technical Report CUCS-015-14, Dept. of Computer Science, Columbia University, May 2014.

119. <u>Jeremy Andrus</u>, <u>Alexander Van't Hof</u>, <u>Naser AlDuaij</u>, <u>Christoffer Dall</u>, <u>Nicolas Viennot</u>, and Jason Nieh, "Chameleon: Multi-Persona Binary Compatibility for Mobile Devices", Technical Report CUCS-011-13, Dept. of Computer Science, Columbia University, Apr. 2013.

120. <u>Christoffer Dall</u> and Jason Nieh, "KVM/ARM: Experiences Building the Linux ARM Hypervisor", Technical Report CUCS-010-13, Dept. of Computer Science, Columbia University, Apr. 2013.

121. <u>Jeremy Andrus</u>, <u>Christoffer Dall</u>, <u>Alexander Van't Hof</u>, <u>Oren Laadan</u>, and Jason Nieh, "Cells: A Virtual Mobile Smartphone Architecture", Technical Report CUCS-022-11, Dept. of Computer Science, Columbia University, May 2011.

122. Keith I. Farkas, Chandra Narayanaswami, and Jason Nieh, "Guest Editors' Introduction: Virtual Machines," *IEEE Pervasive Computing*, 8(4), Oct.-Dec. 2009, pp. 6-7.

123. <u>Dinesh Subhraveti</u> and Jason Nieh, "Record and Transplay: Partial Checkpointing for Replay Debugging", Technical Report CUCS-050-09, Dept. of Computer Science, Columbia University, Nov. 2009.

124. <u>Shaya Potter</u> and Jason Nieh, "Apiary: Easy-to-use Desktop Application Fault Containment on Commodity Operating Systems", Technical Report CUCS-034-09, Dept. of Computer Science, Columbia University, Aug. 2009.

125. <u>Alex Sherman</u> and Jason Nieh, "FairStream: Improving Peer-to-Peer Streaming Performance through Fairness", Technical Report CUCS-018-09, Dept. of Computer Science, Columbia University, Apr. 2009.

126. <u>Nicolas Viennot</u>, <u>Oren Laadan</u>, and Jason Nieh, "Transparent, Lightweight Application Execution Replay on Commodity Multiprocessor Operating Systems", Technical Report CUCS-017-09, Dept. of Computer Science, Columbia University, Apr. 2009.

127. <u>Alex Sherman</u>, Jason Nieh, and Cliff Stein, "FairTorrent: Bringing Fairness to Peer-to-Peer Systems", Technical Report CUCS-011-09, Dept. of Computer Science, Columbia University, Mar. 2009.

128. <u>Shaya Potter</u> and Jason Nieh, "Improving Virtual Appliance Management through Virtual Layered File Systems", Technical Report CUCS-008-09, Dept. of Computer Science, Columbia University, Jan. 2009.

129. <u>Oren Laadan</u> and Jason Nieh, "Operating System Virtualization: Practice and Experience", Technical Report CUCS-058-08, Dept. of Computer Science, Columbia University, Dec. 2008.

130. Leon L. Wu, Gail E. Kaiser, Jason Nieh, and Christian Murphy, "Deux: Autonomic Testing System for Operating System Upgrades", Technical Report CUCS-037-08, Dept. of Computer Science, Columbia University, Aug. 2008.

131. Alex Sherman, Jason Nieh, and Clifford Stein, "FairTorrent: Bringing Fairness to Peer-to-Peer Systems", Technical Report CUCS-029-08, Dept. of Computer Science, Columbia University, May 2008.

132. Haoqiang Zheng and Jason Nieh, "Automatic User Interaction Detection and Scheduling with RSIO", Technical Report CUCS-028-08, Dept. of Computer Science, Columbia University, May 2008.

133. Alex Sherman, Angelos Stavrou, Jason Nieh, and Clifford Stein, "Mitigating the Effect of Free-Riders in BitTorrent using Trusted Agents", Technical Report CUCS-005-08, Dept. of Computer Science, Columbia University, Jan. 2008.

134. Alex Sherman, Angelos Stavrou, Jason Nieh, Clifford Stein, and Angelos D. Keromytis, "Can P2P Replace Direct Download for Content Distribution?", Technical Report CUCS-020-07, Dept. of Computer Science, Columbia University, Mar. 2007.

135. Alex Sherman, Japinder Chawla, Jason Nieh, Clifford Stein, and Justin Sarma, "Aequitas: A Trusted P2P System for Paid Content Delivery", Technical Report CUCS-019-07, Dept. of Computer Science, Columbia University, Mar. 2007.

136. Shaya Potter and Jason Nieh, "Improving Virtual Appliances through Virtual Layered File Systems", Technical Report CUCS-003-07, Dept. of Computer Science, Columbia University, Jan. 2007.

137. Alex Sherman, Angelos Stavrou, Jason Nieh, Clifford Stein, and Angelos D. Keromytis, "A Case for P2P Delivery of Paid Content", Technical Report CUCS-042-06, Dept. of Computer Science, Columbia University, Nov. 2006.

138. Alex Sherman, Jason Nieh, and Yoav Freund, "Feasibility of Voice over IP on the Internet", Technical Report CUCS-027-06, Dept. of Computer Science, Columbia University, June 2006.

139. Jason Nieh and Chris Vaill, "Experiences Teaching Operating Systems Using Virtual Platforms and Linux", *ACM Operating Systems Review (OSR)*, 40(2), Apr. 2006, pp. 100-104. (Reprint from *Proceedings of the 36th ACM Technical Symposium on Computer Science Education*, Feb. 2005.)

140. Bogdan Caprita, Jason Nieh, and Clifford Stein, "Grouped Distributed Queues: Distributed Queue, Proportional Share Multiprocessor Scheduling", Technical Report CUCS-004-06, Dept. of Computer Science, Columbia University, Feb. 2006.

141. Jonathan Lennox, Henning Schulzrinne, Jason Nieh, and Ricardo A. Baratto, "Protocols for Application and Desktop Sharing", Internet Draft draft-lennox-avt-app-sharing, IETF, Dec. 2004. Work in progress.

142. Henning Schulzrinne, Jonathan Lennox, Jason Nieh, and Ricardo A. Baratto, "Sharing and Remote Access to Applications", Internet Draft draft-schulzrinne-mmusic-sharing, IETF, Sept. 2004. Work in progress.

143. Shaya Potter and Jason Nieh, "WebPod: Persistent Web Browsing Sessions with Pocketable Storage Devices", Technical Report CUCS-047-04, Dept. of Computer Science, Columbia University, Nov. 2004.

144. Bogdan Caprita, Wong Chun Chan, Jason Nieh, Clifford Stein, and Haoqiang Zheng, "Group Ratio Round Robin: O(1) Proportional Share Scheduling for Uniprocessor and Multiprocessor Systems", Technical Report CUCS-028-04, Dept. of Computer Science, Columbia University, July 2004.

145. Ricardo Baratto, Jason Nieh, and Leo Kim, "THINC: A Remote Display Architecture for Thin-Client Computing", Technical Report CUCS-027-04, Dept. of Computer Science, Columbia University, July 2004.

146. Ricardo Baratto, Shaya Potter, Gong Su, and Jason Nieh, "MobiDesk: Mobile Virtual Desktop Computing", Technical Report CUCS-014-04, Dept. of Computer Science, Columbia University, Mar. 2004.

147. Shaya Potter, Jason Nieh, and Dinesh Subhraveti, "Secure Isolation and Migration of Untrusted Legacy Applications", Technical Report CUCS-005-04, Dept. of Computer Science, Columbia University, Jan. 2004.

148. Angelos D. Keromytis, Janak Parekh, Philip N. Gross, Gail Kaiser, Vishal Misra, Jason Nieh, Dan Rubenstein, and Sal Stolfo, "A Holistic Approach to Service Survivability", Technical Report CUCS-021-03, Dept. of Computer Science, Columbia University, July 2003.

149. Bogdan Caprita, Wong Chun Chan, and Jason Nieh, "Group Round Robin: Improving the Fairness and Complexity of Packet Scheduling", Technical Report CUCS-018-03, Dept. of Computer Science, Columbia University, June 2003.

150. Wong Chun Chan and Jason Nieh, "Group Ratio Round-Robin: An O(1) Proportional Share Scheduler", Technical Report CUCS-012-03, Dept. of Computer Science, Columbia University, Apr. 2003.

151. Haoqiang Zheng and Jason Nieh, "SWAP: A Scheduler With Automatic Process Dependency Detection", Technical Report CUCS-005-03, Dept. of Computer Science, Columbia University, Apr. 2003.

152. Erez Zadok, Jeffrey Osborn, Ariye Shater, Charles Wright, Kiran-Kumar Muniswamy-Reddy, and Jason Nieh, "Reducing Storage Management Costs via Informed User-Based Policies", Technical Report FSL-03-01, Dept. of Computer Science, Stony Brook University, Mar. 2003.

153. Ozgur Can Leonard, Jason Nieh, Erez Zadok, Jeffrey Osborn, Ariye Shater, and Charles Wright, "The Design and Implementation of Elastic Quotas: A System for Flexible File System Management", Technical Report CUCS-014-02, Dept. of Computer Science, Columbia University, June 2002.

154. Ed Coffman, Predrag Jelenkovic, Jason Nieh, and Dan Rubenstein, "The Columbia Hot Spot Rescue Service: A Research Plan", Technical Report EE2002-005-131, Dept. of Electrical Engineering, Columbia University, May 2002.

155. Gong Su and Jason Nieh, "Mobile Communication with Virtual Network Address Translation", Technical Report CUCS-003-02, Dept. of Computer Science, Columbia University, Feb. 2002.

156. Hua Zhong and Jason Nieh, "CRAK: Linux Checkpoint / Restart As a Kernel Module", Technical Report CUCS-014-01, Dept. of Computer Science, Columbia University, Nov. 2001.

157. Erez Zadok, Johan M. Andersen, Ion Badulescu, and Jason Nieh, "Performance of Size-Changing Algorithms in Stackable File Systems", Technical Report CUCS-023-00, Dept. of Computer Science, Columbia University, Nov. 2000.

158. Jason Nieh, S. Jae Yang and Naomi Novik, "A Comparison of Thin-Client Computing Architectures", Technical Report CUCS-022-00, Dept. of Computer Science, Columbia University, Nov. 2000.

159. Erez Zadok and Jason Nieh, "FiST: A Language for Stackable File Systems", Technical Report CUCS-034-99, Dept. of Computer Science, Columbia University, Dec. 1999.

160. Jason Nieh, "The Design, Implementation, and Evaluation of SMART: A Scheduler for Multimedia Applications", Ph.D. Thesis, Dept. of Electrical Engineering, Stanford University, June 1999.

161. Jason Nieh and Monica S. Lam, "The Design, Implementation and Evaluation of SMART: A Scheduler for Multimedia Applications", Technical Report CSL-TR-97-721, Computer Systems Laboratory, Stanford University, Apr. 1997.

162. Jason Nieh and Monica S. Lam, "The SMART Scheduler", Project Technical Report SML-96-0213, Sun Microsystems Laboratories, July 1996.

163. Jason Nieh and Monica S. Lam, "The Design of SMART: A Scheduler for Multimedia Applications", Technical Report CSL-TR-96-697, Computer Systems Laboratory, Stanford University, June 1996.

164. Jason Nieh, Monica S. Lam, and J. Duane Northcutt, "A Practical Unified Approach to Processor Scheduling", Project Technical Report SML-94-0488, Sun Microsystems Laboratories, Dec. 1994.

165. Jason Nieh and Marc Levoy, "Volume Rendering on Scalable Shared-Memory MIMD Architectures", Technical Report CSL-TR-92-537, Computer Systems Laboratory, Stanford University, Aug. 1992.

166. Brian LaMacchia and Jason Nieh, "The Standard Map Machine", AI Memo 1165, AI Laboratory, Massachusetts Institute of Technology, Sept. 1989.

167. Jason Nieh, "Using Special-Purpose Computing to Examine Chaotic Behavior in Nonlinear Mappings", AI Technical Report 1139, AI Laboratory, Massachusetts Institute of Technology, Sept. 1989.

168. Jason Nieh, "DMI Mode 3 Throughput Analysis", Technical Memorandum, AT&T Information Systems, Dec. 1987.

169. Jason Nieh, "Delay and Throughput", Memorandum for File, AT&T Information Systems, Oct. 1986.

**ISSUED PATENTS**

170. Joshua Reich, Oren Laadan, Vishal Misra, Eliahu Brosh, Jason Nieh, Daniel Stuart Rubenstein, and Alexander Sherman, "Methods, Systems, and Media for Stored Content Distribution and Access", US Patent 9,930,105. Filed Feb. 17, 2017. Issued Mar. 27, 2018.

171. Jeremy Andrus, Naser AlDuaij, and Jason Nieh, "Methods, Systems, and Media for Binary Compatible Graphics Support in Mobile Operating Systems", US Patent 9,830,176. Filed May 21, 2015. Issued Nov. 28, 2017.

172. Joshua Reich, Oren Laadan, Vishal Misra, Eliahu Brosh, Jason Nieh, Daniel Stuart Rubenstein, and Alexander Sherman, "Methods, Systems, and Media for Stored Content Distribution and Access", US Patent 9,609,044. Filed Nov. 5, 2010. Issued Mar. 28, 2017.

173. Jason Nieh, Alexander Sherman, and Clifford Stein, "Systems and Methods for Peer-to-Peer Bandwidth Allocation", US Patent 9,037,657. Filed May 22, 2009. Issued May 19, 2015.

174. Shaya Potter and Jason Nieh, "Methods, Systems, and Media for Application Fault Containment", US Patent 8,589,947. Filed May 10, 2011. Issued Nov. 19, 2013.

175. Angelos Stavrou, Angelos D. Keromytis, Jason Nieh, Vishal Misra, and Daniel Rubenstein, "Methods, Media, and Systems for Responding to a Denial of Service Attack", US Patent 8,549,646. Filed Oct. 20, 2006. Issued Oct. 1, 2013.

176. Jason Nieh, Nicolas Viennot, and Oren Laadan, "Systems and Methods for Recording and Replaying Application Execution", US Patent 8,402,318. Filed Mar. 23, 2010. Issued Mar. 19, 2013.

177. Oren Laadan, Jason Nieh, and Dan Phung, "Methods, Media, and Systems for Managing a Distributed Application Running in a Plurality of Digital Processing Devices", US Patent 8,280,944. Filed Oct. 20, 2006. Issued Oct. 2, 2012.

178. Ricardo Baratto, Oren Laadan, Dan Phung, Shaya Potter, and Jason Nieh, "Systems, Methods, Means, and Media for Recording, Searching, and Outputting Display Information", US Patent 8,214,367. Filed Feb. 27, 2008. Issued July 3, 2012.

179. Michael E. Locasto, Angelos D. Keromytis, Salvatore J. Stolfo, Angelos Stavrou, Gabriela Cretu, Stylianos Sidiroglou, Jason Nieh, and Oren Laadan, "Methods, Systems, and Media for Software Self-Healing", US Patent 7,962,798. Filed Apr. 17, 2007. Issued June 14, 2011.

180. Ricardo Baratto and Jason Nieh, "Methods, Media, and Systems for Displaying Information on a Thin-Client in Communication with a Network", US Patent 7,730,157. Filed Sept. 8, 2005. Issued June 1, 2010.

## KEYNOTE ADDRESSES AND DISTINGUISHED LECTURES

*Distinguished Lecture, Department of Computer Science, Stony Brook University*, Stony Brook, NY, Feb. 2020.

*Keynote Address, 9th IEEE Annual Ubiquitous Computing, Electronics & Mobile Communication Conference (UEMCON 2018)*, New York, NY, Nov. 2018.

*1st CERES Unstoppable Speaker, Department of Computer Science, University of Chicago*, Chicago, IL May 2015.

*Keynote Address, 7th ACM International Systems and Storage Conference (SYSTOR 2014)*, Haifa, Israel, June 2014.

*Distinguished Lecture, Department of Computer Sciences, University of Wisconsin-Madison*, Madison, WI, Dec. 2013.

*Distinguished Lecture, Department of Electrical and Computer Engineering, University of Toronto*, Toronto, Ontario, Canada, Dec. 2013.

*Distinguished Lecture, NEC Labs America*, Princeton, NJ, Nov. 2013.

*Keynote Address, 8th Annual International Conference on Virtual Execution Environments (VEE 2012)*, London, UK, Mar. 2012.

*Distinguished Lecture, School of Computing and Information Sciences, Florida International University*, Miami, FL, Feb. 2009.

*Keynote Address, VMAP Summit, VMworld 2008*, Las Vegas, NV, Sept. 2008.

*Keynote Panel, VMworld 2006*, Los Angeles, CA, Nov. 2006.

*Young Investigator Lecture, 2004 Sigma Xi Annual Meeting*, Montreal, Quebec Canada, Nov. 2004.

## SELECTED MEDIA APPEARANCES

Julie Bort, "Researchers Have Solved A Big Security Problem With Android Apps On Google Play", *Business Insider*, June 23, 2014.

Michael Roppolo, "Secret keys hidden in Google Play apps pose security risk, researchers find", *CBS News*, June 20, 2014.

Richard Chirgwin, "Columbia U boffins HACK GOOGLE PLAY to check apps", *The Register*, June 19, 2014.

Antone Gonsalves, "Companies warned of major security flaw in Google Play apps", *Network World*, June 20, 2014.

Dan Goodin, "Secret keys stashed in Google Play apps pose risk to Android users, developers", *Ars Technica*, June 19, 2014.

Wang Wei, "PlayDrone Reveals Thousands of Secret Keys in Android apps", *The Hacker News*, June 19, 2014.

Michelle Starr, "Thousands of secret keys found in Android apps", *CNET*, June 18, 2014.

David Gilbert, "Researchers Show iOS Apps Running on Nexus 7 Android Tablet", *International Business Times*, May 20, 2014.

"Apple apps made to run on Android devices", *BBC News*, May 19, 2014.

Simon Sharwood, "Boffins run iOS apps on Android hardware", *The Register*, May 16, 2014.

"This software allows iOS apps to run on Android", *CNBC*, May 15, 2014.

Melanie Ehrenkranz, "Run iOS Apps On Android: OS Compatibility Architecture Cider Demos Apple Remote, iBooks And More On Nexus 7", *International Digital Times*, May 14, 2014.

Jon Fingas, "Students get iOS apps running (slowly) on Android", *Engadget*, May 14, 2014.

Emil Protalinski, "Research project Cider brings iOS apps to Android devices", *The Next Web*, May 13, 2014.

Rebecca Grant, "Cellrox treats employee multiple phone personality disorder", *VentureBeat*, January 2013.

Steve O'Hear, "Cellrox Secures $4.7M Led by Runa Capital For Its BYOD Virtualization Solution", *TechCrunch*, January 2013.

Robin Wauters, "One Android phone, multiple 'personas': Cellrox secures $4.7m round to ride the BYOD wave", *The Next Web*, January 2013.

John Cox, "MWC: New software virtualizes multiple Android instances on smartphone", *Computerworld*, February 2012.

Timothy Morgan, "Xen hypervisor ported to ARM chips", *The Register*, November 2011.

"iPhone and Android Apps 101", *Forbes.com*, November 2008.

"Efforts pursue separate paths to streamlined PCs", *EE Times*, June 2007.

Mark Gibbs, "Open source opens opportunities", LinuxWorld, April 22, 2005.

Paul Kotapish, "How Beginners and Pros Alike Find Community on the Web: Selected On-Line Communities", *Acoustic Guitar Magazine*, June 2001.

Charles Babcock, "VMware Welcomes Guest OSes", *Inter@ctive Week*, 7(17), Ziff-Davis Media, May 1, 2000.

Elizabeth Papapetrou, "The Acoustic Web: How Pro Players are Promoting Their Music on the World Wide Web", *Acoustic Guitar Magazine*, June 1997.

# PROFESSIONAL ACTIVITIES

## CONFERENCE PROGRAM CHAIRMANSHIPS

Co-Chair, Program Committee, *18th Annual International Conference on Mobile Systems, Applications, and Services (MobiSys 2020)*, Toronto, Ontario, Canada, June 15-19, 2020.

Co-Chair, Program Committee, *2011 USENIX Annual Technical Conference (USENIX 2011)*, Portland, OR, June 15-17, 2011.

Co-Chair, Program Committee, *Joint International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS / Performance 2009)*, Seattle, WA, June 15-19, 2009.

Co-Chair, Program Committee, *1st ACM Workshop on Virtual Machine Security (VMSec 2008)*, Fairfax, VA, Oct. 31, 2008.

Vice Chair, Program Committee, *16th International World Wide Web Conference (WWW2007)*, Banff, Alberta, Canada, May 8-12, 2007.

Deputy Vice Chair, Program Committee, *15th International World Wide Web Conference (WWW2006)*, Edinburgh, UK, May 22-26, 2006.

Co-Chair, Program Committee, *1st ACM Workshop on Operating System and Architectural Support for the On Demand IT Infrastructure (OASIS 2004)*, Boston, MA, Oct. 9, 2004.

Deputy Vice Chair, Program Committee, *13th International World Wide Web Conference (WWW2004)*, New York, New York, May 17-22, 2004.

Co-Chair, Program Committee, *11th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV 2001)*, New York, NY, June 25-26, 2001.

## CONFERENCE PROGRAM AND EXTERNAL REVIEW COMMITTEES

Member, Program Committee, *ACM Symposium on Cloud Computing (SoCC 2019)*, Santa Cruz, CA, Nov. 17-19, 2019.

Member, Extended Review Committee, *2019 USENIX Annual Technical Conference (USENIX 2019)*, Renton, WA, July 10-12, 2019.

Member, Program Committee, *13th European Conference on Computer Systems (EuroSys 2018)*, Porto, Portugal, Apr. 23-26, 2018.

Member, Program Committee, *23rd International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS 2018)*, Istanbul, Turkey, Mar. 24-28, 2018.

Member, Program Committee, *23rd International Conference on Mobile Computing and Networking (MobiCom 2017)*, Salt Lake City, UT, Oct. 9-13, 2017.

Member, Program Committee, *USENIX Symposium on Networked Systems Design and Implementation (NSDI 2017)*, Boston, MA, Mar. 27-29, 2017.

Member, Program Committee, *22nd International Conference on Mobile Computing and Networking (MobiCom 2016)*, New York, NY, Oct. 3-7, 2016.

Member, Program Committee, *International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2016)*, Antibes-Juans les Pins, France, June 14-18, 2016.

Member, Program Committee, *25th ACM Symposium on Operating Systems Principles (SOSP 2015)*, Monterey, CA, Oct. 4-7, 2015.

Member, Program Committee, *International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2015)*, Portland, OR, June 15-19, 2015.

Member, Program Committee, *20th International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS 2015)*, Istanbul, Turkey, Mar. 14-18, 2015.

Member, Program Committee, *13th USENIX Conference on File and Storage Technologies (FAST 2015)*, Santa Clara, CA, Feb. 16-19, 2015.

Member, External Review Committee, *11th Symposium on Operating System Design and Implementation (OSDI 2014)*, Broomfield, CO, Oct. 6-8, 2014.

Member, Program Committee, *20th International Conference on Mobile Computing and Networking (MobiCom 2014)*, Maui, HI, Sept. 7-11, 2014.

Member, Program Committee, *International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2014)*, Austin, TX, June 16-20, 2014.

Member, Program Committee, *19th International Conference on Mobile Computing and Networking (MobiCom 2013)*, Miami, FL, Sept. 30-Oct. 4, 2013.

Member, Program Committee, *25th International Teletraffic Congress (ITC 25)*, Shanghai, China, Sept. 10-12, 2013.

Member, Program Committee, *4th ACM SIGOPS Asian-Pacific Workshop on Systems (APSys 2013)*, Singapore, July 29-30, 2013.

Member, Program Committee, *2013 ACM/USENIX International Conference on Mobile Systems, Applications, and Services (MobiSys 2013)*, Taipei, Taiwan, June 25-28, 2013.

Member, Program Committee, *International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2013)*, Pittsburgh, PA, June 17-21, 2013.

Member, Program Committee, *32nd Annual IEEE Conference on Computer Communications (Infocom 2013)*, Torino, Italy, Apr. 14-19, 2013.

Member, Program Committee, *7th European Conference on Computer Systems (EuroSys 2012)*, Bern, Switzerland, Apr. 11-13, 2012.

Member, Program Committee, *31st Annual IEEE Conference on Computer Communications (Infocom 2012)*, Orlando, FL, Mar. 25-30, 2012.

Member, External Review Committee, *17th International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS 2012)*, London, England, Mar. 3-7, 2012.

Member, Program Committee, *2012 ACM SIGPLAN/SIGOPS International Conference on Virtual Execution Environments (VEE 2012)*, London, England, Mar. 3-4, 2012.

Member, Program Committee, *30th Annual IEEE Conference on Computer Communications (Infocom 2011)*, Shanghai, China, Apr. 10-15, 2011.

Member, Program Committee, *16th International Conference on Mobile Computing and Networking (MobiCom 2010)*, Chicago, IL, Sept. 20-24, 2010.

Member, Program Committee, *International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2010)*, New York, NY, June 14-18, 2010.

Member, Program Committee, *3rd Annual Haifa Experimental Systems Conference (SYSTOR 2010)*, Haifa, Israel, May 24-26, 2010.

Member, Program Committee, *29th Annual IEEE Conference on Computer Communications (Infocom 2010)*, San Diego, CA, Mar. 15-19, 2010.

Member, Program Committee, *8th USENIX Conference on File and Storage Technologies (FAST 2010)*, San Jose, CA, Feb. 23-26, 2010.

Member, Program Committee, *2nd Workshop on Hot Topics in Software Upgrades (HotSWUp 2009)*, Orlando, FL, Oct. 2009.

Member, Program Committee, *1st Workshop on Networking, Systems, and Applications for Mobile Handhelds (MobiHeld 2009)*, Barcelona, Spain, Aug. 17, 2009.

Member, Program Committee, *2nd Workshop on Mobile Computing and Virtualization (MobiVirt 2009)*, Kraków, Poland, June 22, 2009.

Member, Program Committee, *28th Annual IEEE Conference on Computer Communications (Infocom 2009)*, Rio de Janeiro, Brazil, Apr. 19-25, 2009.

Member, Program Committee, *2009 ACM SIGPLAN/SIGOPS International Conference on Virtual Execution Environments (VEE 2009)*, Washington, DC, Mar. 11-13, 2009.

Member, Program Committee, *5th Annual International Conference on Mobile and Ubiquitous Systems: Computing, Networking and Services (MobiQuitous 2008)*, Dublin, Ireland, July 21-25, 2008.

Member, Program Committee, *1st Workshop on Mobile Computing and Virtualization (MobiVirt 2008)*, Breckenridge, CO, June 17, 2008.

Member, Program Committee, *International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2008)*, Annapolis, MD, June 2-6, 2008.

Member, Program Committee, *27th Annual IEEE Conference on Computer Communications (Infocom 2008)*, Phoenix, AZ, Apr. 13-18, 2008.

Member, Program Committee, *VMworld 2007*, San Francisco, Sept. 11-13, 2007.

Member, Program Committee, *13th International Conference on Mobile Computing and Networking (MobiCom 2007)*, Montreal, Quebec, Canada, Sept. 9-14, 2007.

Member, Program Committee, *2007 USENIX Annual Technical Conference (USENIX 2007)*, Santa Clara, CA, June 17-22, 2007.

Member, Program Committee, *International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS 2007)*, San Diego, CA, June 12-16, 2007.

Member, Program Committee, *2007 ACM/USENIX International Conference on Mobile Systems, Applications, and Services (MobiSys 2007)*, Puerto Rico, June 11-14, 2007.

Member, Program Committee, *12th International Conference on Mobile Computing and Networking (MobiCom 2006)*, Los Angeles, CA, Sept. 24-29, 2006.

Member, Program Committee, *2006 IEEE International Conference on Cluster Computing (Cluster 2006)*, Barcelona, Spain, Sept. 25-27, 2006.

Member, Program Committee, *2006 USENIX Annual Technical Conference (USENIX 2006)*, Boston, MA, May 30-June 3, 2006.

Member, Program Committee, *International Conference on E-business and Telecommunication Networks (ICETE 2005)*, Reading, UK, Oct. 3-7, 2005.

Member, Program Committee, *International Work Conference on Next Generation Web Services Practices (NWeSP 2005)*, Seoul, Korea, Aug. 23-26, 2005.

Member, Program Committee, *IASTED International Conference on Web Technologies, Applications and Services (WTAS 2005)*, Calgary, Canada, July 4-6, 2005.

Member, Program Committee, *International Conference on Communications, Circuits and Systems (ICCCAS 2005)*, Hong Kong, China, May 27-30, 2005.

Member, Program Committee, *2005 USENIX Annual Technical Conference (USENIX 2005)*, Anaheim, CA, Apr. 10-15, 2005.

Member and WiPs Chair, Program Committee, *6th Symposium on Operating System Design and Implementation (OSDI 2004)*, San Francisco, CA, Dec. 6-8, 2004.

Member, Program Committee, *Multimedia Interactive Protocols and Systems (MIPS 2004)*, Grenoble, France, Nov. 16-19, 2004.

Member, Program Committee, *2nd International Conference on Service Oriented Computing (ICSOC 2004)*, New York, NY, Nov. 15-19, 2004.

Member, Program Committee, *33rd International Conference on Parallel Processing (ICPP 2004)*, Montreal, Canada, Aug. 13-19, 2004.

Member, Program Committee, *International Conference on Communications, Circuits and Systems (ICCCAS 2004)*, Chengdu, China, June 27-29, 2004.

Member, Program Committee, *Joint International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS / PERFORMANCE 2004)*, New York, NY, June 12-16, 2004.

Member, Program Committee, *Multimedia Interactive Protocols and Systems (MIPS 2003)*, Napoli, Italy, Nov. 18-21, 2003.

Member, Program Committee, *13th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV 2003)*, Monterey, CA, June 1-3, 2003.

Member, Program Committee, *12th International World Wide Web Conference (WWW2003)*, Budapest, Hungary, May 20-24, 2003.

Member, Program Committee, *Joint International Workshop on Interactive Distributed Multimedia Systems / Protocols for Multimedia Systems (IDMS / PROMS 2002)*, Coimbra, Portugal, Nov. 26-29, 2002.

Member, Program Committee, *16th International Conference on Supercomputing (ICS 2002)*, New York, NY, June 22-26, 2002.

Member, Program Committee, *1st Workshop on Self-Healing, Adaptive and Self-MANaged Systems (SHAMAN 2002)*, New York, NY, June 23, 2002.

Member, Program Committee, *2002 USENIX Annual Technical Conference (USENIX 2002)*, Monterey, CA, June 9-14, 2002.

Member, Program Committee, *12th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV 2002)*, Miami Beach, FL, May 12-14, 2002.

Member, Program Committee, *8th International Workshop on Interactive Distributed Multimedia Systems (IDMS 2001)*, Lancaster, UK, Sept. 4-7, 2001.

Member, Program Committee, *1st New York Metro Area Networking Workshop (NYMAN 2001)*, Hawthorne, NY, Mar. 12, 2001.

Member, Program Committee, *10th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV 2000)*, Chapel Hill, NC, June 26-28, 2000.

Member, Program Committee, *9th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV 1999)*, Basking Ridge, NJ, June 23-25, 1999.

## CONFERENCE STEERING AND ORGANIZING COMMITTEES

Member, Organizing Committee, *24th International Symposium on Computer Architecture and High Performance Computing (SBAC-PAD)*, New York, NY, Oct. 24-26, 2012.

Member, Steering Committee, *15th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV 2005)*, Skamania, WA, June 12-14, 2005.

Local Organization Co-Chair, Organizing Committee, *2nd International Conference on Service Oriented Computing (ICSOC 2004)*, New York, NY, Nov. 15-19, 2004.

Co-Chair, Organizing Committee, *1st ACM Workshop on Operating System and Architectural Support for the On Demand IT Infrastructure (OASIS 2004)*, Boston, MA, Oct. 9, 2004.

Member, Steering Committee, *14th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV 2004)*, Cork, Ireland, June 16-18, 2004.

Publicity Chair, Organizing Committee, *Joint International Conference on Measurement and Modeling of Computer Systems (SIGMETRICS / PERFORMANCE 2004)*, New York, NY, June 12-16, 2004.

Member, Steering Committee, *13th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV 2003)*, Monterey, CA, June 1-3, 2003.

University Liaison, Organizing Committee, *16th International Conference on Supercomputing (ICS 2002)*, New York, NY, June 22-26, 2002.

Member, Steering Committee, *12th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV 2002)*, Miami Beach, FL, May 12-14, 2002.

Co-Chair, Organizing Committee, *11th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV 2001)*, New York, NY, June 25-26, 2001.

**EDITORIAL BOARDS**

Member, Editorial Board, *IEEE Internet Computing*, 2008 - 2010.

Guest Editor, Special Issue on Virtual Machines, *IEEE Pervasive Computing*, Oct.-Dec. 2009.

Member, Editorial Board, *Computer Networks Journal (COMNET)*, 2006 - 2008.

**JOURNAL AND CONFERENCE REFEREEING** (in addition to conference program committees)

*ACM Computing Surveys.*

*ACM Computer Communication Journal.*

*ACM Multimedia Conference.*

*ACM Multimedia Systems Journal.*

*ACM SIGGRAPH.*

*ACM SIGPLAN Conference on Programming Language Design and Implementation (PLDI).*

*ACM Symposium on Parallelism in Algorithms and Architectures (SPAA).*

*ACM Transactions on Computer Systems (TOCS).*

*ACM Transactions on Multimedia Computing, Communication, and Applications (TOMCCAP).*

*ACM Transactions on Internet Technology (TOIT).*

*The Computer Journal.*

*IEEE GLOBECOM Technical Conference.*

*IEEE International Parallel and Distributed Processing Symposium (IPDPS).*

*IEEE Internet Computing.*

*IEEE Journal of Selected Areas in Communications.*

*IEEE Multimedia.*

*IEEE Spectrum.*

*IEEE Transactions on Computers.*

*IEEE Transactions on Circuits and Systems for Video Technology.*

*IEEE Transactions on Mobile Computing.*

*IEEE Transactions on Multimedia.*

*IEEE Transactions on Parallel and Distributed Systems.*

*IEEE/ACM Transactions on Networking.*

*IEEE Transactions on Knowledge and Data Engineering.*

*IEEE Transactions on Software Engineering.*

*IEEE Wireless Communications and Networking Conference (WCNC).*

*International Conference on Dependable Systems and Networks (DSN).*

*International Workshop on Volume Visualization.*

*Journal of Parallel and Distributed Computing.*

*The Journal of Systems and Software.*

*Software Practice and Experience.*

*USENIX Security Symposium.*

**FUNDING AGENCIES**

Panelist, *Partnerships for Enhanced Engagement in Research (PEER) Program, National Academy of Sciences*, Washington DC, 2016.

Invited Panelist, *2nd NSF Workshop on Technology Transfer to Practice in Cyber Security*, Rosslyn, VA, 2015.

Grant Review Panelist, *National Science Foundation*, Arlington, VA, 2000 - 2005, 2009 - 2010.

Participant, *NSF Cyber Trust PI Workshop*, New Haven, CT, 2008.

Participant, *NSF CISE PI Workshop*, Urbana, IL, 2005.

Participant, *NSF Cyber Trust PI Workshop*, Newport Beach, CA, 2005.

Participant, *DARPA ISAT "Law of Large Numbers System Design" Study Group*, 2005.

Participant, *NSF CISE PI Workshop*, Las Cruces, NM, 1999.

**STANDARDIZATION COMMITTEES**

Member, Net2Display Task Group, *Video Electronics Standards Association (VESA)*, 2005 - 2009.

Member, DPVL Task Group, *Video Electronics Standards Association (VESA)*, 2005 - 2006.

**OUTREACH ACTIVITIES**

Nominator, MacArthur Fellows Program, 2019.

Evaluator, IEEE Computer Society Fellows Evaluating Committee, *Institute of Electrical and Electronics Engineers*, 2019.

Educational Counselor, *MIT Education Council*, *Massachusetts Institute of Technology*, 2018 - 2019.

Member, Executive Advisory Committee, *Harlem Children Society*, 2007 - 2018.

Member, Search Committee, Editor in Chief, *IEEE Letters of the Computer Society*, 2017.

Member, *VMware Academic Program Advisory Board*, VMware, 2009 - 2013.

Mentor, Computing Innovation Fellows Project, 2009 - 2010.

Advisor, Online Membership Services Strategy, *Association for Computing Machinery*, 2007 - 2008.

Invitee, Infoscape Charrette, *Lincoln Center for the Performing Arts*, 2007.

Board Member, Membership Services Board, *Association for Computing Machinery*, 2004 - 2007.

Managing Group Member, Security and Infrastructure Standing Committee, *Financial Services Technology Consortium (FSTC)*, 2006 - 2007.

Examiner, Graduate Record Examinations (GRE) Computer Science Test, *Educational Testing Service*, 2004 - 2005.

Judge, New York City Science and Engineering Fair (NYCSEF), *New York Academy of Sciences*, 2004.

Mentor, Harlem Children Society Internship Program, *Harlem Children Society*, 2006.

Mentor, Science Research Training Program, *New York Academy of Sciences*, 2001 - 2003, 2006.

Faculty Mentor, Summer Research Program for Historically Underrepresented Groups, *Leadership Alliance,* 2000.

# UNIVERSITY ACTIVITIES

(all activities at Columbia University unless otherwise noted)

## DOCTORAL DISSERTATIONS SUPERVISED

1. Naser AlDuaij, "Multi-Mobile Computing", Ph.D. Computer Science, defended Dec. 2019.

2. Christoffer Dall, "The Design, Implementation, and Evaluation of the Linux ARM Hypervisor", Ph.D. Computer Science, Feb. 2018, currently Principal Engineer, ARM.

3. Nicolas Viennot, "Deterministic, Mutable, and Distributed Record-Replay Mechanisms for Operating Systems and Database Systems", Ph.D. Computer Science, Feb. 2017, currently Systems Researcher, Two Sigma.

4. Jeremy Andrus, "Multi-Persona Mobile Computing", Ph.D. Computer Science, Feb. 2015, currently Kernel Engineering Manager, Apple.

5. Dinesh Subhraveti, "Record and vPlay: Problem Determination with Virtual Replay Across Heterogeneous Systems", Ph.D. Computer Science, Feb. 2012, currently Founder and CTO, appOrbit.

6. Oren Laadan, "A Personal Virtual Computer Recorder", Ph.D. Computer Science, May 2011, currently Chief Technical Officer and Co-Founder, Cellrox.

7. Ricardo Baratto, "THINC: A Virtual and Remote Display Architecture for Desktop Computing", Ph.D. Computer Science, May 2011 (with distinction), currently Chief Architect, NeuroScouting.

8. Alex Sherman, "Guaranteeing Performance through Fairness in Peer-to-Peer File Sharing and Streaming Systems", Ph.D. Computer Science, Oct. 2010, currently Senior Software Engineer, Google.

9. Shaya Potter, "Virtualization Mechanisms for Mobility, Security, and System Administration", Ph.D. Computer Science, May 2010, currently Software Engineer, Redis Labs.

10. Haoqiang Zheng, "CPU Scheduling with Automatic Interactivity and Dependency Detection", Ph.D. Computer Science, Oct. 2010, currently Principal Engineer, VMware.

11. Albert M. Lai, "A Remote Training Approach for Teaching Seniors to Use a Telehealth System", Ph.D. Biomedical Informatics, Feb. 2007 (with distinction, co-advised with Justin Starren), currently Chief Research Information Officer, School of Medicine and Associate Professor of Medicine, Division of General Medical Sciences, School of Medicine, Washington University in St. Louis.

12. David P. Olshefski, "Measuring and Managing the Remote Client Perceived Response Time for Web Transactions using Server-side Techniques", Ph.D. Computer Science, Oct. 2006 (with distinction), currently Independent Tech Consultant.

13. Gong Su, "MOVE: Mobility with Persistent Network Connections", Ph.D. Computer Science, Oct. 2004, currently Research Staff Member, IBM T. J. Watson Research Center.

14. Erez Zadok, "FiST: A System for File System Code Generation", Ph.D. Computer Science, May 2001, currently Professor, Department of Computer Science, Stony Brook University.

## OTHER DOCTORAL DISSERTATION COMMITTEES

1. Riley Spahn, "Data Protection in Emerging Mobile and Big Data Workloads", Ph.D. Computer Science, defended Sept. 2019.

2. Yang Tang, "Making Data Storage Efficient in the Era of Cloud Computing", Ph.D. Computer Science, defended June 2019.

3. Xinhao Yuan, "Effective Randomized Concurrency Testing with Partial Order Methods", Ph.D. Computer Science, defended May 2019.

4. Emilio G. Cota, "Scalable Emulation of Heterogeneous Systems", Ph.D. Computer Science, May 2019.

5. Gang Hu, "Techniques for Effective and Efficient Mobile Testing", Ph.D. Computer Science, May 2018.

6. Jonathan Bell, "Making Software More Reliable by Uncovering Hidden Dependencies", Ph.D. Computer Science, May 2016.

7. Heming Cui, "Stable Multithreading: A New Paradigm for Reliable and Secure Threads", Ph.D. Computer Science, May 2015.

8.  Owen S. Hofmann, "Rethinking Operating System Trust", Ph.D. Computer Science, The University of Texas at Austin, Dec. 2013.

9.  Omer Boyaci, "High-Performance Multimedia Collaboration Tools for Application Sharing, Measuring Capture-to-display Latency, and User Created Services", Ph.D. Computer Science, Feb. 2012.

10. Joshua Reich, "Minimally Invasive Solutions to Challenges Posed by Mobility Changes", Ph.D. Computer Science, Oct. 2011.

11. Rean Griffith, "Evaluating Software Systems via Runtime Fault-Injection and Reliability, Availability and Serviceability (RAS) Metrics and Models", Ph.D. Computer Science, Oct. 2008.

12. Stelios Sidiroglou, "Software Self-Healing Using Error Virtualization", Ph.D. Computer Science, May 2008.

13. Jacob Gorm Hansen, "Virtual Machine Mobility with Self-Migration", Ph.D. Computer Science, University of Copenhagen, Feb. 2008.

14. Hanhua Feng, "Scheduling: From Optimality to Configurability", Ph.D. Computer Science, Feb. 2008.

15. Sangho Shin, "Towards the Quality of Service for VoIP traffic in IEEE 802.11 Wireless Networks", Ph.D. Computer Science, Feb. 2008.

16. Aniruddha Bohra, "System Architectures Based on Functionality Offloading", Ph.D. Computer Science, Rutgers University, Jan. 2008.

17. Hoon Chang, "Incorporating Physical Layer Capture in the Modeling, Analysis and Design of Wireless Access Mechanisms", Ph.D. Computer Science, May 2007.

18. Xiaotao Wu, "Ubiquitous Programmable Internet Telephony End System Services", Ph.D. Computer Science, May 2007.

19. Weibin Zhao, "Towards Autonomic Computing: Service Discovery and Web Hotspot Service", Ph.D. Computer Science, May 2006.

20. Daniel Villela, "Resource Management in Large-Scale Services: Models and Algorithms", Ph.D. Electrical Engineering, Feb. 2006.

21. Yong Wang, "Resource Constrained Video Coding/Adaptation", Ph.D. Electrical Engineering, Feb. 2006.

22. Giuseppe Valetto, "Orchestrating the Dynamic Adaptation of Distributed Software with Workflow Technology", Ph.D. Computer Science, May 2004.

23. Lisa Amini, "Models and Algorithms for Resource Management in Distributed Computing Cooperatives", Ph.D. Computer Science, Feb. 2004.

24. Jonathan Lennox, "Services for Internet Telephony", Ph.D. Computer Science, Feb. 2004.

25. Raymond Liao, "Utility-Based Adaptation, Dynamic Provisioning and Incentive Engineering Techniques for Internet and its Wireless Extensions", Ph.D. Electrical Engineering, May 2003.

26. Sushil da Silva, "Netscript: A Language System for Active Networks", Ph.D. Computer Science, May 2003.

27. Maria Papadopouli, "Resource Sharing in Mobile Wireless Networks", Ph.D. Computer Science, Oct. 2002.

28. Denes Molnar, "Classical Transport Theory and Its Applications in Heavy-ion Physics", Ph.D. Physics, July 2002.

29. Apostolos Dailianas, "MarketNet: A Survivable, Market-Based Architecture for Large-Scale Information Systems", Ph.D. Computer Science, Jan. 2001.

30. Steve Dossick, "A Virtual Environment Framework for Software Engineering", Ph.D. Computer Science, Nov. 2000.

## MASTERS DISSERTATIONS SUPERVISED

1.  Raghavan Santhanam, "Enabling the Virtual Phones to Sense the Real Phones in Real-time", M.S. Computer Science, Feb. 2014.

2.  Lei Zhang, "Implementing A Windows Remote Display Architecture", M.S. Computer Science, Feb. 2006.

3.  Bogdan Caprita, "Grouped Distributed Queues: Distributed Queue, Proportional Share Multiprocessor Scheduling", M.S. Computer Science, May 2005.

4.  V. Guruprasad, "Canonical Simplification and Automation of the Internet", M.S Computer Science, May 2005.

5. Wong Chun Chan, "Group Ratio Round-Robin: An O(1) Proportional Share Scheduler", M.S. Computer Science, June 2004.

6. Erik Hogstedt, "Implementing ALM: an Application-level Multicast Protocol for Group Work and Group Study", M.S. Media Technology, Royal Institute of Technology, Stockholm, Sweden, June 2002.

## OTHER MASTERS DISSERTATION COMMITTEES

1. Rui Gu, "Reliable Synchronization in Multithreaded Servers", M.S. Computer Science, May 2017.

2. Stephen Boyd, "Practical Randomization Techniques For Combatting Code-Injection Attacks", M.S. Computer Science, May 2004.

## UNIVERSITY SERVICE

*Reviewer, Research Initiatives in Science & Engineering (RISE) Competition*, Office of the Executive Vice President for Research, 2018.

*Reviewer, Research Initiatives in Science & Engineering (RISE) Competition*, Office of the Executive Vice President for Research, 2016.

*Member, Shared Research Computing Policy Advisory Committee*, Office of the Executive Vice President for Research, 2011 - 2013.

*Egleston Faculty Mentor,* School of Engineering and Applied Science, 2012 - 2013.

*Member, Faculty Focus Group on Digital Measures*, School of Engineering and Applied Science, 2011.

*Member, Faculty Advisory Committee for Entrepreneurship*, School of Engineering and Applied Science, 2007 - 2010.

*Faculty Advisor, Society for Entrepreneurship and Technological Innovation at Columbia University (SETI)*, 2008 - 2009.

*Member, SEAS Nominating Committee*, School of Engineering and Applied Science, 2005 - 2007.

*Member, Senate Committee on Athletic Eligibility*, 2001 - 2008.

*Member, Faculty Focus Group on Child Care*, Office of Planning and Institutional Research, 2005.

*Faculty Volunteer, Urban New York*, Office of Student Activities, 2003 - 2007, 2010 - 2013.

*Member, RASCAL Project Advisory Committee*, 1999 - 2001.

*Undergraduate Associate Advisor*, Massachusetts Institute of Technology, 1987 - 1988.

## DEPARTMENTAL SERVICE (Dept. of Computer Science unless otherwise noted)

*Member and Chair, Ph.D. Committee*, 2010 - 2013, 2019 - present (Chair, 2012 - 2013, 2019 - present).

*Member and Chair, Facilities Committee*, 1999 - 2006, 2010 - present (Chair, 2002 - 2003).

*Member, Academic Committee*, 2003 - 2006, 2008 - 2010, 2014 - present.

*Member, PhD Admissions Committee*, 1999 - 2002, 2016 - present.

*Member, M.S. Admissions Committee*, 2010 - 2012, 2014 - present.

*M.S. Academic Advisor*, 1999 - 2001, 2010 - present.

*USENIX Campus Liaison*, USENIX Association, 2004 - present.

*Member, Faculty Recruiting Committee*, 2003 - 2008, 2011 - 2012, 2014 - 2016.

*Chair, Student Nominations Committee*, 2011 - 2013.

*Operating Systems Comprehensive Examiner*, 1999 - 2004, 2007 - 2012.

*Member and Chair, Visibility Committee*, 2009 - 2010 (Chair, 2009).

*Faculty Organizer and Speaker, Professional Preparation Seminar Series,* 2008 - 2009.

*Co-Chair, Faculty Retreat,* 2008.

*Lab Demonstrations, Undergraduate and MS Research Project Fair*, 2008.

*Member and Chair, Strategic Planning Committee*, 2005 - 2008 (Chair, 2007 - 2008).

*Speaker, ACM Luncheon and Research Series*, 2008.

*Faculty Advisor, Columbia Mainframe Computing Group*, 2005 - 2006.

*Member, Bill Campbell Visit Organizing Committee*, 2005.

*Member, Faculty Retreat Organizing Committee*, 2005.

*Department Representative*, NSF CISE Workshop, 1999, 2005.

*Member, Academic Honesty Task Force*, 2004 - 2005.

*Editor-in-Chief, 25th Anniversary of the Department of Computer Science Newsletter*, 2004 - 2005.

*Speaker Host, 25th Anniversary Distinguished Lecture Series*, 2004.

*Lab Demonstrations, 25th Anniversary of the Department of Computer Science*, 2004.

*Speaker, 25th Anniversary of the Department of Computer Science*, 2004.

*Columbia College Academic Advisor (Seniors)*, 2003 - 2004.

*Lab Demonstrations, ACM Computer Science Research Fair*, 2003.

*Ph.D. Funding Survey, Ph.D. Committee*, 2003.

*Chair, CRF Director Search Committee*, 2003.

*Columbia College Academic Advisor (Juniors)*, 2002 - 2003.

*Departmental Infrastructure and Systems Area Speaker, External Review*, 2003.

*Research Demonstration, CAP Computer Science Research Fair*, 2002.

*Speaker, ACM Computer Science Research Fair*, 2002.

*Speaker, Faculty Research Colloquia*, 2002.

*Faculty Assistant Manager*, 2000 - 2002.

*Columbia College Academic Advisor (Freshman and Sophomores)*, 2001 - 2002.

*Speaker, ACM Computer Science Research Fair*, 2001.

*Speaker, Faculty Research Colloquia*, 2001.

*Department Faculty Representative,* SEAS Engineering Council, 2001.

*Speaker, ACM Computer Science Research Fair*, 2000.

*SEAS New Graduate Student Orientation*, 2000.

*Computer Science Colloquium Chair*, 1999 - 2000.

*SEAS Alumni Faculty-Student Dinners*, 1999.

*Graduate Admissions Committee*, Dept. of Electrical Engineering, Stanford University, 1996.

*Graduate Mentor*, Dept. of Electrical Engineering, Stanford University, 1993 - 1995.

# CURRICULUM AND TEACHING

(all activities at Columbia University unless otherwise noted)

## NEW CURRICULUM DEVELOPMENT

**COMS W4118 Operating Systems (with Android**), 2009 - 2015. Developed and taught a revamped advanced undergraduate / graduate course in operating systems, which integrates operating system concepts with Android.

**COMS E6998 Mobile Computing with iPhone and Android**, 2008 - 2009. Developed and taught a new course on smartphone mobile computing that explores the technologies and convergence of computing, telephony, and sensors in the physical world. Course has also been profiled in:

Elizabeth Woyke, "iPhone and Android Apps 101", *Forbes.com*, New York, NY, Nov. 2008.

**COMS E6998 Virtual Machines**, 2007 - 2008. Co-developed and taught a new advanced graduate course on virtual machines.

**COMS E6998 Topics in Computer Systems**, 2005 - 2006. Developed and taught a new advanced graduate course on topics in computer systems which focuses on a different technical area of interest each semester.

**COMS W4118 Operating Systems**, 1999 - 2004. Developed and taught a new advanced undergraduate / graduate course in operating systems, which integrates operating system concepts with real-world operating system design and implementation. First course in the world to employ novel virtual machine technology to provide hands-on operating system design and implementation instruction in a real commercial operating system for both on-campus and distance learning students. Approach has been emulated at several other universities, including Calvin College, Clarkson University, John Hopkins University, SUNY Stony Brook, Swarthmore College, University of Illinois, University of Rochester, University of Virginia, University of Washington, Worcester Polytechnic Institute, etc. "The best CS class of my college career, both in terms of how much I learned and how valuable the information turned out to be in the real world. Writing new system calls, device drivers, schedulers... Mention to an interviewer that you know how to do this and they drool...", *Slashdot*, Dec. 2000. Course has also been profiled in:

"Software Doubles as Insurance Policy for Columbia University", *College Planning and Management*, Apr. 2001.

Charles Babcock, "VMware Welcomes Guest OSes", *Inter@ctive Week*, 7(17), Ziff-Davis Media, New York, NY, May 1, 2000, p. 86.

Mara Velasco Sweet, "Columbia Students Gain Valuable Experience in Operating System Design Using VMware", *VMware Customer Success Stories*, VMware, Palo Alto, CA, Oct. 1999.

**COMS E6118 Advanced Operating Systems**, 2000 - 2004. Developed and taught a new advanced graduate course in operating systems. New classroom and lab course materials were developed on recent research developments in operating systems. Course also develops research skills by emphasizing classroom discussion, student presentation skills, and in-depth programming projects.

**COMS W3157 Advanced Programming**, 2001. Helped formulate and develop an undergraduate advanced programming course with an emphasis on systems programming principles and tools.

**COMS W3139 Data Structures and Algorithms in Java**, 1999. Developed and taught a new undergraduate course in data structures and algorithms using Java. Previous versions of the course were taught in C, but a department decision to move the core undergraduate computer science curriculum to Java created a critical need for this course. New Java-based course materials were developed and have been subsequently been used by other faculty for this course.

## TEACHING EXPERIENCE

**COMS W3998 Projects in Computer Science**, Fall 2000 - present. Enrollment 2 (Fall 2000), 1 (Spring 2001), 1 (Fall 2001), 2 (Spring 2002), 1 (Fall 2002), 2 (Spring 2003), 2 (Fall 2003), 3 (Spring 2004), 2 (Fall 2004), 1 (Fall 2005), 2 (Spring 2013).

**COMS W4901 Projects in Computer Science**, Summer 1999 - present. Enrollment 1 (Summer 1999), 3 (Spring 2000), 2 (Summer 2000), 3 (Spring 2001), 1 (Fall 2001), 2 (Spring 2002), 3 (Spring 2003), 2 (Fall 2003), 2 (Fall 2005), 1 (Fall 2006), 4 (Fall 2008), 3 (Spring 2009), 1 (Fall 2010), 1 (Spring 2016).

**COMS E6901 Projects in Computer Science**, Spring 1999 - present. Enrollment 1 (Spring 1999), 8 (Fall 1999), 7 (Spring 2000), 2 (Summer 2000), 4 (Fall 2000), 4 (Spring 2001), 6 (Fall 2001), 6 (Spring 2002), 10 (Fall 2002), 5 (Spring 2003), 11 (Fall 2003), 2 (Spring 2004), 6 (Fall 2004), 6 (Spring 2005), 1 (Fall 2005), 3 (Spring 2006), 7 (Fall 2006), 2 (Spring 2007), 2 (Fall 2007), 6 (Spring 2008), 5 (Fall 2008) 4 (Spring 2009), 1 (Summer 2009), 1 (Fall 2009), 2 (Spring 2010), 1 (Fall 2010), 8 (Spring 2011), 3 (Fall 2011), 3 (Spring 2012), 4 (Fall 2012), 1 (Spring 2013), 1 (Fall 2014), 1 (Spring 2016), 1 (Spring 2017), 1 (Fall 2017).

**COMS W4118 Operating Systems**, Fall 2019. Enrollment 82 (11 CVN), instructor rating 4.5/5.0.

**COMS E6118 Advanced Operating Systems**, Spring 2019. Enrollment 12 (1 CVN), instructor rating 4.6/5.0.

**COMS W4118 Operating Systems**, Fall 2018. Enrollment 59 (6 CVN), instructor rating 4.2/5.0.

**COMS E6998 Virtual Machines**, Spring 2018. Enrollment 7, instructor rating 4.7/5.0.

**COMS W4118 Operating Systems**, Fall 2017. Enrollment 94 (12 CVN), instructor rating 4.4/5.0.

**COMS E6118 Advanced Operating Systems**, Spring 2017. Enrollment 14, instructor rating 4.8/5.0.

**COMS W4118 Operating Systems**, Fall 2016. Enrollment 105, instructor rating 4.5/5.0.

**COMS E6118 Advanced Operating Systems**, Spring 2016. Enrollment 6, instructor rating 4.8/5.0.

**COMS W4118 Operating Systems**, Fall 2015. Enrollment 65, instructor rating 4.6/5.0.

**COMS E6118 Advanced Operating Systems**, Spring 2015. Enrollment 24, instructor rating 4.9/5.0.

**COMS W4118 Operating Systems**, Fall 2014. Enrollment 116, instructor rating 4.7/5.0.

**COMS E6998 Topics in Mobile Computing**, Spring 2013. Enrollment 18 (6 CVN), instructor rating 4.6/5.0.

**COMS W4118 Operating Systems**, Fall 2012. Enrollment 140 (5 CVN), instructor rating 4.2/5.0.

**COMS E6118 Advanced Operating Systems**, Spring 2012. Enrollment 14 (5 CVN), instructor rating 4.6/5.0.

**COMS W4118 Operating Systems**, Fall 2011. Enrollment 107 (11 CVN), instructor rating 4.2/5.0.

**COMS E6998 Mobile Computing with iPhone and Android**, Summer 2011. Enrollment 6 (CVN pre-taped).

**COMS W4118 Operating Systems**, Fall 2010. Enrollment 92 (10 CVN), instructor rating 4.2/5.0.

**COMS E6118 Advanced Operating Systems**, Spring 2010. Enrollment 5 (2 CVN), instructor rating 4.4/5.0.

**COMS W4118 Operating Systems**, Fall 2009. Enrollment 65 (7 CVN), instructor rating 4.1/5.0.

**COMS E6998 Mobile Computing with iPhone and Android**, Summer 2009. Enrollment 4 (CVN pre-taped).

**COMS W4118 Operating Systems**, Summer 2009. Enrollment 8 (CVN pre-taped).

**COMS E6998 Mobile Computing with iPhone and Android**, Spring 2009. Enrollment 70 (14 CVN), instructor rating 3.9/5.0.

**COMS W4118 Operating Systems**, Fall 2008. Enrollment 74 (13 CVN), instructor rating 4.5/5.0.

**COMS E6998 Virtual Machines**, Spring 2008. Enrollment 24 (6 CVN), instructor rating 4.8/5.0.

**COMS W4118 Operating Systems**, Fall 2007. Enrollment 42, instructor rating 4.1/5.0.

**COMS E6998 Topics in Computer Systems**, Spring 2006. Enrollment 7, instructor rating 5.0/5.0.

**COMS E6118 Advanced Operating Systems**, Fall 2005. Enrollment 13, instructor rating 4.4/5.0.

**COMS W4118 Operating Systems**, Fall 2004. Enrollment 100 (16 CVN), instructor rating 4.3/5.0.

**COMS W4118 Operating Systems**, Summer 2004. Enrollment 4 (CVN pre-taped).

**COMS E6118 Advanced Operating Systems**, Spring 2004. Enrollment 22, instructor rating 4.3/5.0.

**COMS W4118 Operating Systems**, Fall 2003. Enrollment 83 (10 CVN), instructor rating 4.2/5.0.

**COMS W4118 Operating Systems**, Summer 2003. Enrollment 2 (CVN pre-taped).

**COMS W4118 Operating Systems**, Spring 2003. Enrollment 75 (5 CVN), instructor rating 4.2/5.0.

**G22.3813 Advanced Laboratory in Computer Science**, New York University, Spring 2003. Enrollment 1.

**COMS W4118 Operating Systems**, Fall 2002. Enrollment 84 (14 CVN), instructor rating 4.2/5.0.

**COMS W4118 Operating Systems**, Summer 2002. Enrollment 7 (CVN pre-taped).

**COMS E6118 Advanced Operating Systems**, Spring 2002. Enrollment 17, instructor rating 4.4/5.0.

**COMS W4118 Operating Systems**, Spring 2002. Enrollment 6 (CVN pre-taped).

**COMS W4118 Operating Systems**, Fall 2001. Enrollment 102 (16 CVN), instructor rating 4.1/5.0.

**COMS W4118 Operating Systems**, Summer 2001. Enrollment 8 (CVN pre-taped).

**COMS E6118 Advanced Operating Systems**, Spring 2001. Enrollment 5, instructor rating 4.4/5.0.

**COMS W4118 Operating Systems**, Fall 2000. Enrollment 127 (19 CVN), instructor rating 3.8/5.0.

**COMS E6118 Advanced Operating Systems**, Spring 2000. Enrollment 23, instructor rating 3.9/5.0.

**COMS W4118 Operating Systems**, Fall 1999. Enrollment 119 (11 CVN), instructor rating 3.8/5.0.

**COMS E6901 Operating Systems and Networking Reading Seminar**, Fall 1999.

**COMS W3139 Data Structures and Algorithms in Java**, Spring 1999. Enrollment 52, instructor rating 4.2/5.0. (nominated for Columbia Great Teacher Award)

**Intermediate Guitar**, Christian Guitarist Conference, Apr. 1996, 1997, 1998.

## SELECTED STUDENT COURSE EVALUATION COMMENTS

"The best professor I have ever experienced in Columbia" (Fall 2019)

"Professor Nieh's Operating Systems has always been (in)famous for its workload, but I must say that I found every assignment worth it. I've learned so much." (Fall 2019)

"...most valuable course I had at Columbia and Jason is the greatest professor..." (Fall 2018)

"So so so so high quality. Cannot recommend higher. Brilliant, engaging professor." (Fall 2018)

"...learned more from this class than any other class I have taken at Columbia." (Spring 2018)

"...the best course I've taken..." (Fall 2017)

"I really really loved this class. I learned a lot from this class. I mean, I didn't even know what an operating system was...I wish I could take another class like this!" (Fall 2017)

"The teaching is amazing and you certainly get your money's worth..." (Fall 2017)

"I am having the time of my life in this class." (Fall 2016)

"...single most rewarding class I've taken..." (Fall 2016)

"A benchmark course." (Fall 2016)

"Jason is by far the most inspiring professor I've ever met." (Fall 2016)

"Greatest course in the CS department..." (Fall 2016)

"The closest to an ideal professor I have seen..." (Fall 2016)

"...best professor I have ever had." (Fall 2015)

"...a truly great class." (Fall 2015)

"This was easily the best course I've taken in my life." (Fall 2014)

"Jason is the best pro[f]essor in CS department!" (Fall 2014)

"The class tagged as the 'hardest CS course at Columbia' upholds its status, but it can easily uphold to the 'coolest CS course at Columbia' as well." (Fall 2014)

"...the best OS course offered around the world." (Fall 2014)

"There is nothing compared to this course that Columbia can offer...Prof Nieh is THE best person to teach operating system course." (Fall 2012)

"Highly addictive assignments with awesome educational quality...Simply out of the world experience..." (Fall 2012)

"Prof. Nieh explains the OS concepts very well and is very approachable. I appreciate his funny-side while teaching at times. Majorly, I admire the selection/design of the assignments from 1-6: they are simply mind-blowing..." (Fall 2012)

"It is without a doubt the most difficult and challenging course I've ever taken. But I've also learned more in the past month and a half than I've probably learned in entire semesters in other classes...The projects are stimulating and engaging, if arduous and occasionally excruciating in their difficulty. Yet I can't help but feel accomplished, proud, and superior as a thinker/student/person after finishing them." (Fall 2012)

"OS class was the best class I took at CU!" (Fall 2011)

"I learned more from the class than an entire year's worth of classes." (Fall 2011)

"Painful as it may be (not only to endure, but also to admit) this is hands down the best CS course offered by the department." (Fall 2011)

"Probably the best course I've taken at Columbia. Certainly the best instructor I've had at Columbia." (Fall 2011)

"I never had such good course before. Top 1." (Fall 2010)

"In my opinion this is one of the best, if not the best, courses in CS department..." (Fall 2010)

"changed my schedule to take this class with you on the recommendation of numerous faculty members, and it has been a terrific experience..." (Fall 2010)

"a great professor...the best professor I've had so far at Columbia..." (Spring 2010)

"Great teaching and organization, the best CS course." (Fall 2009)

"I got to learn the most out of any course in my 2 years at Columbia." (Fall 2009)

"I'm so glad I took this course. It was so much fun...amazing course." (Spring 2009)

"Professor Nieh is the best professor I've studied under at Columbia University. His high standards boundless energy and ability to draw students into the lecture are amazing. His class is known for being the toughest and most demanding in our program. Yet I looked forward each day to attending his lectures and attacked the difficult problem sets with motivation and vigor unlike any other class. He inspires students to do the tough work not unlike the manner in which an athletic coach pushes and motivates his or her players. I wanted to do well in this class wanted to pull the countless all nighters if for no other reason then having the pride and incredible sense of accomplishment that comes with being able to hang with Jason Nieh. We need more professors like this who are able to set incredibly high standards while also inspiring students to achieve them while at the same time leaving the student with a very solid understanding of theory and very marketable skills." (Fall 2008)

"This course is the best CS course I have ever taken...Jason is an excellent teacher, who is very approachable and answers any question with insight and dedication, so take this course with him if you have the chance." (Fall 2008)

"This is by far the most demanding and rewarding class I have taken as a CS grad student at Columbia." (Fall 2008)

"Prof. Nieh is amazingly knowledgeable in this area and is able to communicate the material in an effective interesting manner that truly captivates students attention. Undoubtedly the best CS lecturer I have come across at Columbia." (Fall 2008)

"The best instructor I've encountered at CU." (Fall 2008)

"OS is the most thorough classes I've taken and has taught me the most." (Fall 2008)

"...the best course I have taken. So much to learn and the hands-on Linux kernel development is fantastic." (Fall 2008)

"Great course. I actually look forward to going to class each lecture. The instructor is very engaging -- by far the best lecturer I've had at CU...The class is tough but I really feel like I am getting a ton of value out of it." (Fall 2008)

"The professor and TAs definitely know the material inside-out and the lectures are excellent and far more educational than other classes I've taken in the CS dept." (Fall 2008)

"...I really enjoyed OS...(undoubtedly) the most challenging course I've taken, but it was the most interesting and I believe will be the most useful." (Fall 2008)

"One of the best courses taken..." (Spring 2008)

"This class was the class I have learned the most from, and has also been the class from which I have gained the most marketable skills I have and have at least indirectly landed me job offers." (Fall 2007)

"I probably learned more in this course than my last three CS courses combined." (Fall 2007)

"Prof. Nieh is the greatest teacher I ever met." (Fall 2004)

"Best CS teacher at Columbia hands down." (Fall 2004)

"The best lecturer I have ever." (Fall 2004)

"The best one (course) I have ever taken..." (Fall 2004)

"There's nothing he can't do." (Fall 2004)

"...my favorite. Being able to hack the Linux kernel is awesome. I am learning a lot. And Professor Nieh's delivery is second to none...I really do love the course." (Fall 2004)

"Best teacher I have had so far." (Fall 2003)

"Great teacher, great course. Extremely clear about why things are how they are. Challenges the students to think through the answer instead of just stating it, which too few professors in CS do." (Fall 2003)

"...a master in his field...a brilliant orator, presenter and well a learned man all in one." (Fall 2003)

"Professor Nieh runs a class that is orders of magnitude more organized and more thoughtfully planned. He's structured unbelievably dense material extremely well so that I'm able to follow the course of the subject easily." (Fall 2003)

"...the most enjoyable, informative, and well-structured course...every CS student at Columbia should not miss out the opportunity to learn under him." (Fall 2003)

"Best lecturer in Computer Science in my academic career." (Fall 2003)

"The best CS class I've had, combines very well theory and practice." (Fall 2003)

"Professor Nieh is very approachable and extremely knowledgeable. He exudes everything that a teacher should be." (Fall 2003)

"Knows the subject inside out...very approachable and friendly...strives to provide a quality class, makes no compromises." (Fall 2003)

"...knows his subject so well...amongst the best professors I have met." (Fall 2003)

"...a very good professor who knows how to relate a difficult subject in a very easy to understand manner." (Fall 2003)

"Great teacher...you'll get a lot out from this class, in terms of programming skills and systems knowledge in general...definitely one of the best CS classes I took at Columbia." (Spring 2003)

"The best CS professor I have taken a class with." (Spring 2003)

"A tremendous amount of thought was clearly put into the course design. One of the best organized classes I've been in." (Spring 2003)

"Best organized class I've taken so far. Professor Nieh really cares about what people learn, and he takes his job seriously." (Spring 2003)

"I'm really impressed...never had a course like this..." (Spring 2003)

"Nieh is a terrific instructor. He has a gift for selecting just the right details to demonstrate a particular point so that the rest of the material falls into place..." (Fall 2002)

"I have not come across a professor as good as he is in my life." (Fall 2002)

"Professor Nieh takes what is possibly the most difficult topic in Computer Science and explains it in a way that makes difficult topics seem almost common-sense. His classroom delivery is impeccable, and the amount learned is incredible." (Fall 2002)

"Nieh is gifted; he has an ability to communicate ideas both colloquially but also with appropriate technical precision." (Fall 2002)

"Great professor, knows his stuff." (Fall 2002)

"...made the Linux kernel accessible to students to a degree I wouldn't have imagined possible." (Fall 2002)

"It's a great, great class." (Fall 2002)

"Highly recommended..." (Spring 2002)

"This class was fun. It's laid back and very instructive..." (Spring 2002)

"This is an excellent class." (Spring 2002)

"Prof. Nieh is by far the best professor I have encountered in this school." (Fall 2001)

"Must-take class for all CS majors." (Fall 2001)

"The best CS class of my college career, both in terms of how much I learned and how valuable the information turned out to be in the real world. Writing new system calls, device drivers, schedulers... Mention to an interviewer that you know how to do this and they drool..." (Fall 2000)

"Hardest, but best class I've taken so far at Columbia..." (Fall 2000)

"This is the best course I have taken in 6 years at the CS dept." (Spring 2000)

"I love that we're working with a real OS like Linux. Doing the homework was fun, particularly so because it felt like really accomplishing something of practical value." (Fall 1999)

"Best course I've taken at Columbia thus far." (Spring 1999)

# APPENDIX B
# MATERIALS CONSIDERED

## MATERIALS CONSIDERED BY DR. JASON NIEH

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | Defendant's Second Amended Answers to Plaintiff's First Set of Interrogatories, dated February 24, 2020. | |
| | Defendant's Third Amended Answers to Plaintiff's First Set of Interrogatories, dated February 27, 2020. | |
| | Defendant's Amended Answers to Plaintiff's First Set of Interrogatories, dated January 16, 2020. | |
| | Apple's First Amended Complaint | Docket No. 56 |
| | Appendix A of Apple's First Amended Complaint and Demand for Jury Trial in *Apple Inc. v. Corellium, LLC.*, Case No. 9:19-cv-81160-RS | Docket No. 56-1 |
| | Corellium's Answer, Affirmative Defenses, and Counterclaims to Apple's First Amended Complaint, filed on January 10, 2020. | Docket No. 64 |
| | IPSW Files for Various Asserted Versions of iOS. | |
| | Erik Sandberg-Diment, *Personal Computers; Hardware Review: Apple Weighs in with Macintosh*, THE NEW YORK TIMES (January 24, 1984), https://www.nytimes.com/1984/01/24/science/personal-computers-hardware-review-apple-weighs-in-with-macintosh.html | |
| | Siri Team, *Deep Learning for Siri's Voice: On-device Deep Mixture Density Networks for Hybrid Unit Selection Synthesis*, Machine Learning Journal, Vol. 1, Issue 4 · (August 2017), https://machinelearning.apple.com/2017/08/06/siri-voices.html | |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | Software License Agreements, https://www.apple.com/legal/sla/ | |
| | Install iOS 12 – How to Update iOS 12 iPhone, iPad, iPod Touch, September 17, 2018, https://www.youtube.com/watch?v=AYeJvDQ34N8 | |
| | iPhone Virtualisation Demo/Preview Using Corellium, Platform Demo from Chris Wade, February 22, 2018, https://www.youtube.com/watch?v=6rmTfmdUlVY | |
| | Live Kernel Debugging on iOS 12, Virtualised iPhones,  Corellium Hands-on Demo, June 25, 2018, https://www.youtube.com/watch?v=9sZfZZhPnunY | |
| | Update Your iPhone, iPad, or iPod Touch, https://support.apple.com/en-us/HT204204 | |
| | Jonathan Levin, *Taking Apart iOS OTA Updates, Peeking Into Over-The-Air Update Bundles in iOS,* March 18, 2014, http://newosxbook.com/articles/OTA.html | |
| | The iPhone Wiki, OTA Updates, https://www.theiphonewiki.com/wiki/OTA_Updates | |
| | Update Software on iOS and iPadOS Devices in iTunes on PC - Apple Support, https://support.apple.com/guide/itunes/update-device-software-itns3235/windows | |

2

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | Sync iPhone Using iTunes on Your Computer - Apple Support, https://support.apple.com/guide/iphone/sync-iphone-using-itunes-iph3c796484/12.0/ios/12.0 | |
| | OSXDaily, *How to Use IPSW Files*, November 23, 2010, files https://osxdaily.com/2010/11/23/how-to-use-ipsw-files/ | |
| | iOS 10: Apple Wallet Updates, Lock Screen, and Native Apps, June 14, 2016, https://blog.passkit.com/ios-10-apple-wallet-lock-screen-native-apps/ | |
| | Apple Unveils iOS 7 Software Designed by Jonathan Ive, June 10, 2013, https://www.dezeen.com/2013/06/10/new-apple-ios-software-flat-design-jonathan-rive-wwdc/ | |
| | Wikipedia, iOS 7, https://en.wikipedia.org/wiki/IOS_7 | |
| | Wikipedia, iOS 8, https://en.wikipedia.org/wiki/IOS_8 | |
| | Wikipedia, iOS 9, https://en.wikipedia.org/wiki/IOS_9 | |
| | Wikipedia, iOS 10, https://en.wikipedia.org/wiki/IOS_10 | |
| | Wikipedia, iOS 11, https://en.wikipedia.org/wiki/IOS_11 | |
| | Wikipedia, iOS 12, https://en.wikipedia.org/wiki/IOS_12 | |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | Wikipedia, iOS 13, https://en.wikipedia.org/wiki/IOS_13 | |
| | Unicode, Full Emoji List, v13.0, https://unicode.org/emoji/charts/full-emoji-list.html | |
| | Use Message Effects with iMessage on Your iPhone, iPad, and iPod Touch, https://support.apple.com/en-us/HT206894 | |
| | Enjoy your Memories in Photos - Apple Support, https://support.apple.com/en-us/HT207023 | |
| | Send and receive money with Apple Pay - Apple Support, https://support.apple.com/en-us/HT207875 | |
| | How to Use Memoji on Your iPhone or iPad Pro - Apple Support, https://support.apple.com/en-us/HT208986. | |
| | iPhone User Guide, Take a Live Photo in FaceTime on iPhone, https://support.apple.com/guide/iphone/take-a-live-photo-iph9b4b11222/ios | |
| | Twitter, Corellium HQ Status, January 10, 2018, https://twitter.com/CorelliumHQ/status/951277835095871489 | |
| | Xen Project, https://xenproject.org/ | |
| | Chris Wade Twitter, February 2, 2018, https://twitter.com/cmwdotme/status/959640937562624000 | |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | Twitter, Corellium HQ, September 27, 2018, https://twitter.com/CorelliumHQ/status/1045433096944979968 | |
| | Twitter, Corellium HQ, January 22, 2019, https://twitter.com/CorelliumHQ/status/1087817867431739392 | |
| | Twitter, Corellium HQ, April 27, 2019, https://twitter.com/CorelliumHQ/status/1122295380761305088 | |
| | Thomas Brewster, *This Super Stealth Startup Has Built An Apple Hacker's Paradise*, Forbes, Feb. 15, 2018, https://www.forbes.com/sites/thomasbrewster/2018/02/15/corellium-virtual-apple-iphones-for-hacking/#528d87564a3b | |
| | VMware vSphere Basics - ESXi 5.0 vCenter Server 5.0 Basics-Guide, https://pubs.vmware.com/vsphere-50/topic/com.vmware.ICbase/PDF/vsphere-esxi-vcenter-server-50-basics-guide.pdf | |
| | iOS 7 License Agreement, https://www.apple.com/legal/sla/docs/iOS7.pdf | |
| | iOS 8 License Agreement, https://www.apple.com/legal/sla/docs/iOS8.pdf | |
| | iOS 8.1 License Agreement, https://www.apple.com/legal/sla/docs/iOS81.pdf | |
| | Lorenzo Franceschi-Bicchierai, *The Prototype iPhones That Hackers Use to Research Apple's Most Sensitive Code*, Motherboard Vice (Mar. 6, 2019), | |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | https://www.vice.com/en_us/article/gvakgw/the-prototype-dev-fused-iphones-that-hackers-use-to-research-apple-zero-days | |
| Ex. 1 | Abraham Silberschatz et al., Operating System Concepts Essentials 4 (2d ed. 2014) | |
| Ex. 2 | Edouard Bugnion, Jason Nieh, & Dan Tsafrir, Hardware and Software Support for Virtualization 1 (Margaret Martonosi ed., 2017), | |
| | Apple Wallpaper – Abstract Ink Spot in Blue and Green (iOS 8) | APL-CORELLIUM_00004291 |
| | Apple Bokeh (bubble) Wallpaper iOS 7 | APL-CORELLIUM_00004292 |
| | | APL-CORELLIUM_00004299 - APL-CORELLIUM_00004349 |
| | | APL-CORELLIUM_00004350 - APL-CORELLIUM_00004403 |
| | | APL-CORELLIUM_00004412 - APL-CORELLIUM_00004462 |
| | | APL-CORELLIUM_00004463 - APL-CORELLIUM_00004482 |
| | | APL-CORELLIUM_00004489 - APL-CORELLIUM_00004539 |
| | | APL-CORELLIUM_00004540 - APL-CORELLIUM_00004559 |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | APL-CORELLIUM_00004560 - APL-CORELLIUM_00004579 |
| | | APL-CORELLIUM_00004580 - APL-CORELLIUM_00004591 |
| | | APL-CORELLIUM_00004592 - APL-CORELLIUM_00004598 |
| | | APL-CORELLIUM_00004599 - APL-CORELLIUM_00004604 |
| | | APL-CORELLIUM_00004611 - APL-CORELLIUM_00004661 |
| | | APL-CORELLIUM_00004668 - APL-CORELLIUM_00004718 |
| | | APL-CORELLIUM_00004719 - APL-CORELLIUM_00004769 |
| | | APL-CORELLIUM_00004776 - APL-CORELLIUM_00004826 |
| | Certificate of Registration for Apple iOS 11.0.1 Software, Effective Date of Registration August 8, 2018. | APL-CORELLIUM_00004827 - APL-CORELLIUM_00004828 |
| | | APL-CORELLIUM_00004829 - APL-CORELLIUM_00004873 |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | Certificate of Registration for Apple iOS 10.0 Software, Effective Date of Registration November 10, 2016. | APL-CORELLIUM_00004844 - APL-CORELLIUM_00004845 |
| | Certificate of Registration for Apple iOS 11.0 Software, Effective Date of Registration December 22, 2017. | APL-CORELLIUM_00004846 - APL-CORELLIUM_00004847 |
| | Certificate of Registration for Apple iOS 11.3 Software, Effective Date of Registration August 8, 2018. | APL-CORELLIUM_00004848 - APL-CORELLIUM_00004849 |
| | Certificate of Registration for Apple iOS 9.0 Software, Effective Date of Registration June 20, 2016. | APL-CORELLIUM_00004850 - APL-CORELLIUM_00004851 |
| | Certificate of Registration for Apple iOS 9.1 Software, Effective Date of Registration June 21, 2016. | APL-CORELLIUM_00004852 - APL-CORELLIUM_00004853 |
| | Certificate of Registration for Apple Icons - iOS 11 Compilation - iPhone 8 Built-in Apps, Effective Date of Registration December 8, 2017. | APL-CORELLIUM_00004854 - APL-CORELLIUM_00004855 |
| | Certificate of Registration for Apple Icons - iOS 9 Compilation - iPhone 6s Built-in Apps, Effective Date of Registration October 19, 2016. | APL-CORELLIUM_00004856 - APL-CORELLIUM_00004857 |
| | | APL-CORELLIUM_00004858 - APL-CORELLIUM_00004908 |
| | | APL-CORELLIUM_00004909 - APL-CORELLIUM_00004959 |
| | Certificate of Registration for Apple iOS 11.4 Software, Effective Date of Registration July 23, 2018. | APL-CORELLIUM_00004960 - APL-CORELLIUM_00004961 |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | Certificate of Registration for Apple Bokeh (bubble) Wallpaper iOS 7, Effective Date of Registration March 27, 2014. | APL-CORELLIUM_00004962 - APL-CORELLIUM_00004969 |
| | Certificate of Registration for Apple Wallpaper - Flower Chrysanthemum Purple (iOS 8), Effective Date of Registration August 19, 2015. | APL-CORELLIUM_00004970 - APL-CORELLIUM_00004971 |
| | Certificate of Registration for Apple Wallpaper - Abstract Ink Spot in Blue and Green (iOS 8), Effective Date of Registration August 19, 2015. | APL-CORELLIUM_00004984 - APL-CORELLIUM_00004985 |
| | Certificate of Registration for Apple iTunes 12.3 Software, Effective Date of Registration December 14, 2017. | APL-CORELLIUM_00004986 - APL-CORELLIUM_00004987 |
| | Certificate of Registration for Apple iTunes 12.4 Software, Effective Date of Registration December 21, 2017. | APL-CORELLIUM_00004988 - APL-CORELLIUM_00004989 |
| | Certificate of Registration for Apple iTunes 12.5.1 Software, Effective Date of Registration December 21, 2017. | APL-CORELLIUM_00004990 - APL-CORELLIUM_00004991 |
| | Certificate of Registration for Apple iTunes 12.6 Software, Effective Date of Registration December 21, 2017. | APL-CORELLIUM_00004992 - APL-CORELLIUM_00004993 |
| | Certificate of Registration for Apple Wallpaper - Flower Magenta (iOS 8), Effective Date of Registration August 19, 2015. | APL-CORELLIUM_00004994 - APL-CORELLIUM_00004995 |
| | Certificate of Registration for Apple iOS 11.2 Software, Effective Date of Registration November 9, 2018. | APL-CORELLIUM_00005020 - APL-CORELLIUM_00005021 |
| | Certificate of Registration for Apple iOS 12.0 Software, Effective Date of Registration December 4, 2018. | APL-CORELLIUM_00005022 - APL-CORELLIUM_00005023 |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | Certificate of Registration for Apple iOS 11.2.5 Software, Effective Date of Registration November 9, 2018. | APL-CORELLIUM_00005024 - APL-CORELLIUM_00005025 |
| | | APL-CORELLIUM_00005026 - APL-CORELLIUM_00005078 |
| | Certificate of Registration for Apple iOS 12.1.1 Software, Effective Date of Registration January 25, 2019. | APL-CORELLIUM_00005079 - APL-CORELLIUM_00005080 |
| | | APL-CORELLIUM_00005081 - APL-CORELLIUM_00005142 |
| | Certificate of Registration for Apple iOS 12.2 Software, Effective Date of Registration June 25, 2019. | APL-CORELLIUM_00005149 - APL-CORELLIUM_00005150 |
| | | APL-CORELLIUM_00005182 |
| | | APL-CORELLIUM_00005183 |
| | | APL-CORELLIUM_00005184 |
| | | APL-CORELLIUM_00005185 |
| | | APL-CORELLIUM_00005186 |
| | | APL-CORELLIUM_00005187 |
| | | APL-CORELLIUM_00005188 |
| | | APL-CORELLIUM_00005189 |
| | | APL-CORELLIUM_00005190 |

10

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | APL-CORELLIUM_00005191 |
| | | APL-CORELLIUM_00005192 |
| | | APL-CORELLIUM_00005193 |
| | | APL-CORELLIUM_00005194 |
| | | APL-CORELLIUM_00005195 |
| | | APL-CORELLIUM_00005196 |
| | | APL-CORELLIUM_00005197 |
| | | APL-CORELLIUM_00005198 |
| | | APL-CORELLIUM_00005199 |
| | | APL-CORELLIUM_00005200 |
| | | APL-CORELLIUM_00006643 - APL-CORELLIUM_00006664 |
| | Apple Platform Security White Paper, Fall 2019 | APL-CORELLIUM_00039722 - APL-CORELLIUM_00039878 |
| | Human Interface Guidelines | APL-CORELLIUM_00039879 - APL-CORELLIUM_00039880 |
| | iOS 9 License Agreement | APL-CORELLIUM_00040672 - APL-CORELLIUM_00041081 |

11

MAY CONTAIN CORELLIUM CONFIDENTIAL OR CONFIDENTIAL - ATTORNEYS' EYES ONLY MATERIAL

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | iOS 9.1 License Agreement | APL-CORELLIUM_00041082 - APL-CORELLIUM_00041499 |
| | iOS 10 License Agreement | APL-CORELLIUM_00041736 - APL-CORELLIUM_00042141 |
| | iOS 11 License Agreement | APL-CORELLIUM_00042142 - APL-CORELLIUM_00042562 |
| | iOS 11.2 License Agreement | APL-CORELLIUM_00042563 - APL-CORELLIUM_00043011 |
| | iOS 12 License Agreement | APL-CORELLIUM_00043167 - APL-CORELLIUM_00043617 |
| | About iOS 12 Updates - Apple Support | APL-CORELLIUM_00044053 - APL-CORELLIUM_00044068 |
| | About iOS 9 Updates - Apple Support, | APL-CORELLIUM_00044069 - APL-CORELLIUM_00044083 |
| | About iOS 11 Updates - Apple Support | APL-CORELLIUM_00044084 - APL-CORELLIUM_00044098 |
| | About iOS 10 Updates - Apple Support | APL-CORELLIUM_00044099 - APL-CORELLIUM_00044110 |
| | ▓ | Corellium-001670 - Corellium-001672 |
| | ▓ | Corellium-001673 - Corellium-001676 |
| | ▓ | Corellium-002623 - Corellium-002626 |

MAY CONTAIN CORELLIUM CONFIDENTIAL OR CONFIDENTIAL - ATTORNEYS' EYES ONLY MATERIAL

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-003696 - Corellium-003697 |
| | | Corellium-014360 - Corellium-014363 |
| | | Corellium-014463 - Corellium-014469 |
| | | Corellium-014473 - Corellium-014474 |
| | | Corellium-014476 - Corellium-014481 |
| | | Corellium-014482 |
| | | Corellium-014484 - Corellium-014487 |
| | | Corellium-014490 - Corellium-014492 |
| | | Corellium-014495 - Corellium-014497 |
| | | Corellium-014499 - Corellium-014501 |
| | | Corellium-014503 - Corellium-014505 |
| | | Corellium-014508 - Corellium-014509 |
| | | Corellium-014510 - Corellium-014511; Corellium-014513 - Corellium-014514; Corellium-014519; Corellium-019663; Corellium-019664 - Corellium-019665; Corellium-019666 - Corellium-019669; |

13

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-019670;<br>Correllium-019671 - Correllium-019676;<br>Correllium-019677;<br>Correllium-019678 - Correllium-019681;<br>Correllium-019682 - Correllium-019683;<br>Correllium-019684 - Correllium-019687;<br>Correllium-019688 - Correllium-019691;<br>Correllium-019692;<br>Correllium-019693;<br>Correllium-019694;<br>Correllium-019695;<br>Correllium-019696 - Correllium-019697;<br>Correllium-019698 - Correllium-019699;<br>Correllium-019700 - Correllium-019705;<br>Correllium-019706 - Correllium-019754;<br>Correllium-019755;<br>Correllium-019756 - Correllium-019759;<br>Correllium-019760;<br>Correllium-019761;<br>Correllium-019762;<br>Correllium-019763 - Correllium-019764;<br>Correllium-019765;<br>Correllium-019766;<br>Correllium-019767 - Correllium-019768;<br>Correllium-019769;<br>Correllium-019770 - Correllium-019771;<br>Correllium-019772;<br>Correllium-019773 - Correllium-019779;<br>Correllium-019780;<br>Correllium-019781 - Correllium-019785;<br>Correllium-019786 - Correllium-019788; |

14

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-019789 - Correllium-019796;<br>Correllium-019797;<br>Correllium-019798 - Correllium-019799;<br>Correllium-019800;<br>Correllium-019801 - Correllium-019802;<br>Correllium-019803 - Correllium-019812;<br>Correllium-019813;<br>Correllium-019814 - Correllium-019818;<br>Correllium-019819 - Correllium-019820;<br>Correllium-019821 - Correllium-019849;<br>Correllium-019850 - Correllium-019851;<br>Correllium-019852 - Correllium-019859;<br>Correllium-019860 - Correllium-019861;<br>Correllium-019862 - Correllium-019864;<br>Correllium-019865;<br>Correllium-019866 - Correllium-019873;<br>Correllium-019874;<br>Correllium-019875 - Correllium-019877;<br>Correllium-019878;<br>Correllium-019879 - Correllium-019880;<br>Correllium-019881 - Correllium-019882;<br>Correllium-019883;<br>Correllium-019884 - Correllium-019885;<br>Correllium-019886 - Correllium-019887;<br>Correllium-019888 - Correllium-019894;<br>Correllium-019895;<br>Correllium-019896 - Correllium-019903;<br>Correllium-019904;<br>Correllium-019905 - Correllium-019935;<br>Correllium-019936;<br>Correllium-019937 - Correllium-019943; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-019944 - Correllium-019958;<br>Correllium-019959;<br>Correllium-019960 - Correllium-019974;<br>Correllium-019975;<br>Correllium-019976 - Correllium-019990;<br>Correllium-019991 - Correllium-019992;<br>Correllium-019993 - Correllium-020018;<br>Correllium-020019;<br>Correllium-020020 - Correllium-020030;<br>Correllium-020031;<br>Correllium-020032 - Correllium-020042;<br>Correllium-020043 - Correllium-020045;<br>Correllium-020046;<br>Correllium-020047;<br>Correllium-020048;<br>Correllium-020049 - Correllium-020055;<br>Correllium-020056 - Correllium-020057;<br>Correllium-020058;<br>Correllium-020059 - Correllium-020060;<br>Correllium-020061;<br>Correllium-020062;<br>Correllium-020063 - Correllium-020074;<br>Correllium-020075 - Correllium-020076;<br>Correllium-020077;<br>Correllium-020078 - Correllium-020085;<br>Correllium-020086;<br>Correllium-020087;<br>Correllium-020088 - Correllium-020090;<br>Correllium-020091 - Correllium-020093;<br>Correllium-020094 - Correllium-020372;<br>Correllium-020373 - Correllium-020376; |

16

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-020377 - Correllium-020389;<br>Correllium-020390;<br>Correllium-020391 - Correllium-020403;<br>Correllium-020404 - Correllium-020408;<br>Correllium-020409 - Correllium-020412;<br>Correllium-020413 - Correllium-020414;<br>Correllium-020415;<br>Correllium-020416;<br>Correllium-020417 - Correllium-020418;<br>Correllium-020419 - Correllium-020420;<br>Correllium-020421 - Correllium-020424;<br>Correllium-020425 - Correllium-020429;<br>Correllium-020430 - Correllium-020434;<br>Correllium-020435;<br>Correllium-020436 - Correllium-020437;<br>Correllium-020438 - Correllium-020439;<br>Correllium-020440 - Correllium-020441;<br>Correllium-020442 - Correllium-020444;<br>Correllium-020445 - Correllium-020446;<br>Correllium-020447 - Correllium-020448;<br>Correllium-020449 - Correllium-020450;<br>Correllium-020451;<br>Correllium-020452;<br>Correllium-020453 - Correllium-020462;<br>Correllium-020463;<br>Correllium-020464 - Correllium-020473;<br>Correllium-020474;<br>Correllium-020475;<br>Correllium-020476 - Correllium-020477;<br>Correllium-020478;<br>Correllium-020479; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-020480;<br>Correllium-020481;<br>Correllium-020482;<br>Correllium-020483;<br>Correllium-020484;<br>Correllium-020485;<br>Correllium-020486;<br>Correllium-020487;<br>Correllium-020488;<br>Correllium-020489;<br>Correllium-020490;<br>Correllium-020491;<br>Correllium-020492 - Correllium-020528;<br>Correllium-020529 - Correllium-020565;<br>Correllium-020566 - Correllium-020576;<br>Correllium-020577;<br>Correllium-020578 - Correllium-020588;<br>Correllium-020589;<br>Correllium-020590 - Correllium-020591;<br>Correllium-020592 - Correllium-020598;<br>Correllium-020599 - Correllium-020602;<br>Correllium-020603 - Correllium-020605;<br>Correllium-020606 - Correllium-020608;<br>Correllium-020609 - Correllium-020610;<br>Correllium-020611 - Correllium-020613;<br>Correllium-020614 - Correllium-020622;<br>Correllium-020623 - Correllium-020626;<br>Correllium-020627 - Correllium-020634;<br>Correllium-020635 - Correllium-020637;<br>Correllium-020638 - Correllium-020640;<br>Correllium-020641 - Correllium-020643; |

18

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-020644 - Corellium-020647;<br>Corellium-020648 - Corellium-020650;<br>Corellium-020651 - Corellium-020655;<br>Corellium-020656 - Corellium-020658;<br>Corellium-020659 - Corellium-020661;<br>Corellium-020662 - Corellium-020664;<br>Corellium-020665 - Corellium-020667;<br>Corellium-020668 - Corellium-020669;<br>Corellium-020670 - Corellium-020672;<br>Corellium-020673 - Corellium-020675;<br>Corellium-020676 - Corellium-020677;<br>Corellium-020678 - Corellium-020882;<br>Corellium-020883;<br>Corellium-020884 - Corellium-020888;<br>Corellium-020889 - Corellium-020897;<br>Corellium-020898;<br>Corellium-020899;<br>Corellium-020900 - Corellium-020913;<br>Corellium-020914;<br>Corellium-020915 - Corellium-020928;<br>Corellium-020929 - Corellium-020942;<br>Corellium-020943 - Corellium-020944;<br>Corellium-020945;<br>Corellium-020946 - Corellium-020954;<br>Corellium-020955;<br>Corellium-020956;<br>Corellium-020957 - Corellium-020963;<br>Corellium-020964;<br>Corellium-020965;<br>Corellium-020966 - Corellium-020971;<br>Corellium-020972; |

19

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-020973;<br>Correllium-020974 - Correllium-020976;<br>Correllium-020977;<br>Correllium-020978;<br>Correllium-020979 - Correllium-020980;<br>Correllium-020981;<br>Correllium-020982;<br>Correllium-020983 - Correllium-020985;<br>Correllium-020986;<br>Correllium-020987;<br>Correllium-020988 - Correllium-021002;<br>Correllium-021003 - Correllium-021004;<br>Correllium-021005;<br>Correllium-021006 - Correllium-021023;<br>Correllium-021024;<br>Correllium-021025;<br>Correllium-021026;<br>Correllium-021027;<br>Correllium-021028;<br>Correllium-021029 - Correllium-021054;<br>Correllium-021055;<br>Correllium-021056;<br>Correllium-021057 - Correllium-021060;<br>Correllium-021061;<br>Correllium-021062;<br>Correllium-021063 - Correllium-021067;<br>Correllium-021068;<br>Correllium-021069; Correllium-021070 -<br>Correllium-021074;<br>Correllium-021075;<br>Correllium-021076; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-021077 - Corellium-021082;<br>Corellium-021083;<br>Corellium-021084;<br>Corellium-021085 - Corellium-021090;<br>Corellium-021091;<br>Corellium-021092;<br>Corellium-021093 - Corellium-021103;<br>Corellium-021104;<br>Corellium-021105;<br>Corellium-021106 - Corellium-021110;<br>Corellium-021111;<br>Corellium-021112;<br>Corellium-021113 - Corellium-021116;<br>Corellium-021117;<br>Corellium-021118;<br>Corellium-021119 - Corellium-021124;<br>Corellium-021125;<br>Corellium-021126;<br>Corellium-021127 - Corellium-021130;<br>Corellium-021131;<br>Corellium-021132;<br>Corellium-021133 - Corellium-021135;<br>Corellium-021136;<br>Corellium-021137;<br>Corellium-021138 - Corellium-021140;<br>Corellium-021141;<br>Corellium-021142;<br>Corellium-021143 - Corellium-021145;<br>Corellium-021146;<br>Corellium-021147; |

21

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-021148 - Correllium-021151;<br>Correllium-021152;<br>Correllium-021153;<br>Correllium-021154 - Correllium-021179;<br>Correllium-021180 - Correllium-021181;<br>Correllium-021182 - Correllium-021207;<br>Correllium-021208 - Correllium-021210;<br>Correllium-021211 - Correllium-021213;<br>Correllium-021214 - Correllium-021216;<br>Correllium-021217 - Correllium-021238;<br>Correllium-021239 - Correllium-021241;<br>Correllium-021242 - Correllium-021279;<br>Correllium-021280 - Correllium-021282;<br>Correllium-021283 - Correllium-021289;<br>Correllium-021290 - Correllium-021292;<br>Correllium-021293 - Correllium-021296;<br>Correllium-021297 - Correllium-021299;<br>Correllium-021300 - Correllium-021306;<br>Correllium-021307 - Correllium-021309;<br>Correllium-021310 - Correllium-021314;<br>Correllium-021315 - Correllium-021317;<br>Correllium-021318 - Correllium-021323;<br>Correllium-021324 - Correllium-021326;<br>Correllium-021327 - Correllium-021328;<br>Correllium-021329 - Correllium-021331;<br>Correllium-021332 - Correllium-021338;<br>Correllium-021339 - Correllium-021341;<br>Correllium-021342 - Correllium-021345;<br>Correllium-021346 - Correllium-021348;<br>Correllium-021349 - Correllium-021350;<br>Correllium-021351 - Correllium-021353; |

22

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-021354 - Corellium-021357; Corellium-021358 - Corellium-021360; Corellium-021361 - Corellium-021364; Corellium-021365 - Corellium-021367; Corellium-021368 - Corellium-021377; Corellium-021378 - Corellium-021380; Corellium-021381 - Corellium-021383; Corellium-021384 - Corellium-021386; Corellium-021387 - Corellium-021390; Corellium-021391; Corellium-021392 - Corellium-021393; Corellium-021394; Corellium-021395 - Corellium-021398; Corellium-021399; Corellium-021400 - Corellium-021402; Corellium-021403; Corellium-021404; Corellium-021405 - Corellium-021445; Corellium-021446; Corellium-021447 - Corellium-021454; Corellium-021455; Corellium-021456; Corellium-021457; Corellium-021458; Corellium-021459; Corellium-021460 - Corellium-021461; Corellium-021462; Corellium-021463 - Corellium-021464; Corellium-021465; Corellium-021466 - Corellium-021473; Corellium-021474 - Corellium-021475; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-021476 - Corellium-021477; |
| | | Corellium-021478; |
| | | Corellium-021479 - Corellium-021480; |
| | | Corellium-021481 - Corellium-021484; |
| | | Corellium-021485; |
| | | Corellium-021486; |
| | | Corellium-021487 - Corellium-021506; |
| | | Corellium-021507; |
| | | Corellium-021508 - Corellium-021514; |
| | | Corellium-021515 - Corellium-021518; |
| | | Corellium-021519 - Corellium-021523; |
| | | Corellium-021524 - Corellium-021529; |
| | | Corellium-021530; |
| | | Corellium-021531 - Corellium-021534; |
| | | Corellium-021535; |
| | | Corellium-021536; |
| | | Corellium-021537; |
| | | Corellium-021538; |
| | | Corellium-021539 - Corellium-021542; |
| | | Corellium-021543; |
| | | Corellium-021544 - Corellium-021545; |
| | | Corellium-021546; |
| | | Corellium-021547; |
| | | Corellium-021548; |
| | | Corellium-021549; |
| | | Corellium-021550; |
| | | Corellium-021551; |
| | | Corellium-021552; |
| | | Corellium-021553; |
| | | Corellium-021554; |

24

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-021555 - Correllium-021567; Correllium-021568; Correllium-021569; Correllium-021570 - Correllium-021571; Correllium-021572 - Correllium-021573; Correllium-021574 - Correllium-021575; Correllium-021576 - Correllium-021588; Correllium-021589; Correllium-021590 - Correllium-021591; Correllium-021592; Correllium-021593 - Correllium-021594; Correllium-021595; Correllium-021596 - Correllium-021608; Correllium-021609; Correllium-021610 - Correllium-021611; Correllium-021612 - Correllium-021613; Correllium-021614; Correllium-021615; Correllium-021616; Correllium-021617 - Correllium-021626; Correllium-021627; Correllium-021628; Correllium-021629; Correllium-021630; Correllium-021631 - Correllium-021634; Correllium-021635 - Correllium-021657; Correllium-021658; Correllium-021659; Correllium-021660; Correllium-021661 - Correllium-021679; Correllium-021680; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-021681;<br>Correllium-021682;<br>Correllium-021683;<br>Correllium-021684;<br>Correllium-021685;<br>Correllium-021686 - Correllium-021691;<br>Correllium-021692 - Correllium-021696;<br>Correllium-021697;<br>Correllium-021698;<br>Correllium-021699;<br>Correllium-021700 - Correllium-021701;<br>Correllium-021702;<br>Correllium-021703;<br>Correllium-021704;<br>Correllium-021705 - Correllium-021708;<br>Correllium-021709;<br>Correllium-021710 - Correllium-021718;<br>Correllium-021719 - Correllium-021721;<br>Correllium-021722;<br>Correllium-021723 - Correllium-021741;<br>Correllium-021742;<br>Correllium-021743 - Correllium-021745;<br>Correllium-021746;<br>Correllium-021747;<br>Correllium-021748;<br>Correllium-021749 - Correllium-021750;<br>Correllium-021751;<br>Correllium-021752;<br>Correllium-021753;<br>Correllium-021754 - Correllium-021760;<br>Correllium-021761 - Correllium-021763; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-021764 - Corellium-021766; Corellium-021767 - Corellium-021771; Corellium-021772 - Corellium-021774; Corellium-021775; Corellium-021776 - Corellium-021777; Corellium-021778; Corellium-021779; Corellium-021780 - Corellium-021783; Corellium-021784; Corellium-021785 - Corellium-021788; Corellium-021789; Corellium-021790 - Corellium-021792; Corellium-021793; Corellium-021794 - Corellium-021807; Corellium-021808 - Corellium-021843; Corellium-021844 - Corellium-021845; Corellium-021846 - Corellium-021849; Corellium-021850 - Corellium-021852; Corellium-021853; Corellium-021854 - Corellium-021856; Corellium-021857; Corellium-021858 - Corellium-021861; Corellium-021862 - Corellium-021863; Corellium-021864; Corellium-021865; Corellium-021866; Corellium-021867; Corellium-021868 - Corellium-021872; Corellium-021873; Corellium-021874 - Corellium-021879; Corellium-021880 - Corellium-021891; |

27

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-021892; Corellium-021893 - Corellium-021894; Corellium-021895 - Corellium-021898; Corellium-021899; Corellium-021900 - Corellium-021901; Corellium-021902; Corellium-021903 - Corellium-021917; Corellium-021918; Corellium-021919 - Corellium-021925; Corellium-021926; Corellium-021927 - Corellium-021942; Corellium-021943; Corellium-021944 - Corellium-021945; Corellium-021946; Corellium-021947 - Corellium-021961; Corellium-021962 - Corellium-021968; Corellium-021969; Corellium-021970 - Corellium-021975; Corellium-021976; Corellium-021977 - Corellium-021994; Corellium-021995; Corellium-021996 - Corellium-021999; Corellium-022000 - Corellium-022001; Corellium-022002 - Corellium-022008; Corellium-022009 - Corellium-022010; Corellium-022011; Corellium-022012; Corellium-022013; Corellium-022014; Corellium-022015; Corellium-022016; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-022017;<br>Correllium-022018;<br>Correllium-022019 - Correllium-022021;<br>Correllium-022022 - Correllium-022025;<br>Correllium-022026;<br>Correllium-022027;<br>Correllium-022028 - Correllium-022029;<br>Correllium-022030;<br>Correllium-022031;<br>Correllium-022032 - Correllium-022041;<br>Correllium-022042;<br>Correllium-022043 - Correllium-022050;<br>Correllium-022051;<br>Correllium-022052;<br>Correllium-022053;<br>Correllium-022054;<br>Correllium-022055;<br>Correllium-022056;<br>Correllium-022057;<br>Correllium-022058 - Correllium-022067;<br>Correllium-022068;<br>Correllium-022069 - Correllium-022072;<br>Correllium-022073;<br>Correllium-022074;<br>Correllium-022075;<br>Correllium-022076 - Correllium-022090;<br>Correllium-022091;<br>Correllium-022092;<br>Correllium-022110;<br>Correllium-022111;<br>Correllium-022112 - Correllium-022113; |

MAY CONTAIN CORELLIUM CONFIDENTIAL OR CONFIDENTIAL - ATTORNEYS' EYES ONLY MATERIAL

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-022114;<br>Corellium-022115 - Corellium-022119;<br>Corellium-022120;<br>Corellium-022121 - Corellium-022126;<br>Corellium-022127 - Corellium-022137;<br>Corellium-022138 - Corellium-022142;<br>Corellium-022143 - Corellium-022146;<br>Corellium-022147 - Corellium-022162;<br>Corellium-022163 - Corellium-022166;<br>Corellium-022167 - Corellium-022217;<br>Corellium-022218;<br>Corellium-022219 - Corellium-022229;<br>Corellium-022230 - Corellium-022240;<br>Corellium-022241 - Corellium-022244;<br>Corellium-022245 - Corellium-022246;<br>Corellium-022247;<br>Corellium-022248 - Corellium-022256;<br>Corellium-022257 - Corellium-022259;<br>Corellium-022260 - Corellium-022268;<br>Corellium-022269 - Corellium-022276;<br>Corellium-022277;<br>Corellium-022278 - Corellium-022287;<br>Corellium-022288 |
| | | Corellium-014520 |
| | | Corellium-014662 |
| | | Corellium-014914 - Corellium-014992 |
| | | Corellium-015423 |

MAY CONTAIN CORELLIUM CONFIDENTIAL OR CONFIDENTIAL - ATTORNEYS' EYES ONLY MATERIAL

| Exhibit No. | Documents | Reference/Bates Number |
| --- | --- | --- |
| | | Corellium-015447 |
| | | Corellium-015681 |
| | | Corellium-016734 |
| | | Corellium-017021 - Corellium-017024 |
| | | Corellium-017164 |
| | | Corellium-017716 |
| | | Corellium-017886 |
| | | Corellium-018598 |
| | | Corellium-019651 - Corellium-019652 |
| | | Corellium-022344 |
| | | Corellium-022345 |
| | | Corellium-022346 |
| | | Corellium-022347 |
| | | Corellium-022349 |
| | | Corellium-022350 |



31

MAY CONTAIN CORELLIUM CONFIDENTIAL OR CONFIDENTIAL - ATTORNEYS' EYES ONLY MATERIAL

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-022351 |
| | | Correllium-022352 |
| | | Correllium-022353 |
| | | Correllium-022354 |
| | | Correllium-022717; Correllium-022718 - Correllium-022719; Correllium-022720 - Correllium-022723; Correllium-022724; Correllium-022725 - Correllium-022730; Correllium-022731; Correllium-022732 - Correllium-022735; Correllium-022736 - Correllium-022737; Correllium-022738 - Correllium-022741; Correllium-022742 - Correllium-022745; Correllium-022746; Correllium-022747; Correllium-022748; Correllium-022749; Correllium-022750 - Correllium-022751; Correllium-022752 - Correllium-022753; Correllium-022754 - Correllium-022759; Correllium-022760 - Correllium-022808; Correllium-022809; Correllium-022810 - Correllium-022813; Correllium-022814; Correllium-022815; Correllium-022816; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-022817 - Corellium-022818; |
| | | Corellium-022819; |
| | | Corellium-022820; |
| | | Corellium-022821 - Corellium-022822; |
| | | Corellium-022823; |
| | | Corellium-022824 - Corellium-022825; |
| | | Corellium-022826; |
| | | Corellium-022827 - Corellium-022833; |
| | | Corellium-022834; |
| | | Corellium-022835 - Corellium-022839; |
| | | Corellium-022840 - Corellium-022842; |
| | | Corellium-022843 - Corellium-022850; |
| | | Corellium-022851; |
| | | Corellium-022852 - Corellium-022853; |
| | | Corellium-022854; |
| | | Corellium-022855 - Corellium-022856; |
| | | Corellium-022857 - Corellium-022866; |
| | | Corellium-022867; |
| | | Corellium-022868 - Corellium-022872; |
| | | Corellium-022873 - Corellium-022874; |
| | | Corellium-022875 - Corellium-022903; |
| | | Corellium-022904 - Corellium-022905; |
| | | Corellium-022906 - Corellium-022913; |
| | | Corellium-022914 - Corellium-022915; |
| | | Corellium-022916 - Corellium-022918; |
| | | Corellium-022919; |
| | | Corellium-022920 - Corellium-022927; |
| | | Corellium-022928; |
| | | Corellium-022929 - Corellium-022931; |
| | | Corellium-022932; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-022933 - Correllium-022934;<br>Correllium-022935 - Correllium-022936;<br>Correllium-022937;<br>Correllium-022938 - Correllium-022939;<br>Correllium-022940 - Correllium-022941;<br>Correllium-022942 - Correllium-022948;<br>Correllium-022949;<br>Correllium-022950 - Correllium-022957;<br>Correllium-022958;<br>Correllium-022959 - Correllium-022989;<br>Correllium-022990;<br>Correllium-022991 - Correllium-022997;<br>Correllium-022998 - Correllium-022999;<br>Correllium-023000 - Correllium-023001;<br>Correllium-023002;<br>Correllium-023003 - Correllium-023017;<br>Correllium-023018;<br>Correllium-023019 - Correllium-023033;<br>Correllium-023034;<br>Correllium-023035 - Correllium-023049;<br>Correllium-023050 - Correllium-023051;<br>Correllium-023052 - Correllium-023077;<br>Correllium-023078;<br>Correllium-023079 - Correllium-023089;<br>Correllium-023090;<br>Correllium-023091 - Correllium-023101;<br>Correllium-023102 - Correllium-023104;<br>Correllium-023105;<br>Correllium-023106;<br>Correllium-023107; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-023108 - Correllium-023114;<br>Correllium-023115 - Correllium-023116;<br>Correllium-023117;<br>Correllium-023118 - Correllium-023119;<br>Correllium-023120;<br>Correllium-023121;<br>Correllium-023122 - Correllium-023133;<br>Correllium-023134 - Correllium-023135;<br>Correllium-023136;<br>Correllium-023137 - Correllium-023144;<br>Correllium-023145;<br>Correllium-023146;<br>Correllium-023147 - Correllium-023149;<br>Correllium-023150 - Correllium-023152;<br>Correllium-023153 - Correllium-023431;<br>Correllium-023432 - Correllium-023435;<br>Correllium-023436 - Correllium-023448;<br>Correllium-023449;<br>Correllium-023450 - Correllium-023462;<br>Correllium-023463 - Correllium-023467;<br>Correllium-023468 - Correllium-023471;<br>Correllium-023472 - Correllium-023473;<br>Correllium-023474;<br>Correllium-023475;<br>Correllium-023476 - Correllium-023477;<br>Correllium-023478 - Correllium-023479;<br>Correllium-023480 - Correllium-023483;<br>Correllium-023484 - Correllium-023488;<br>Correllium-023489 - Correllium-023493;<br>Correllium-023494; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-023495 - Correllium-023496;<br>Correllium-023497 - Correllium-023498;<br>Correllium-023499 - Correllium-023500;<br>Correllium-023501 - Correllium-023503;<br>Correllium-023504 - Correllium-023505;<br>Correllium-023506 - Correllium-023507;<br>Correllium-023508 - Correllium-023509;<br>Correllium-023510;<br>Correllium-023511;<br>Correllium-023512 - Correllium-023521;<br>Correllium-023522;<br>Correllium-023523 - Correllium-023532;<br>Correllium-023533;<br>Correllium-023534;<br>Correllium-023535 - Correllium-023536;<br>Correllium-023537;<br>Correllium-023538;<br>Correllium-023539;<br>Correllium-023540;<br>Correllium-023541;<br>Correllium-023542;<br>Correllium-023543;<br>Correllium-023544;<br>Correllium-023545;<br>Correllium-023546;<br>Correllium-023547;<br>Correllium-023548;<br>Correllium-023549;<br>Correllium-023550;<br>Correllium-023551 - Correllium-023587;<br>Correllium-023588 - Correllium-023624; |

36

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-023625 - Correllium-023635; Correllium-023636; Correllium-023637 - Correllium-023647; Correllium-023648; Correllium-023649 - Correllium-023650; Correllium-023651 - Correllium-023657; Correllium-023658 - Correllium-023661; Correllium-023662 - Correllium-023664; Correllium-023665 - Correllium-023667; Correllium-023668 - Correllium-023669; Correllium-023670 - Correllium-023672; Correllium-023673 - Correllium-023681; Correllium-023682 - Correllium-023685; Correllium-023686 - Correllium-023693; Correllium-023694 - Correllium-023696; Correllium-023697 - Correllium-023699; Correllium-023700 - Correllium-023702; Correllium-023703 - Correllium-023706; Correllium-023707 - Correllium-023709; Correllium-023710 - Correllium-023714; Correllium-023715 - Correllium-023717; Correllium-023718 - Correllium-023720; Correllium-023721 - Correllium-023723; Correllium-023724 - Correllium-023726; Correllium-023727 - Correllium-023728; Correllium-023729 - Correllium-023731; Correllium-023732 - Correllium-023734; Correllium-023735 - Correllium-023736; Correllium-023737 - Correllium-023941; Correllium-023942; |

| Exhibit No. | Documents | Reference/Bates Number |
| --- | --- | --- |
| | | Correllium-023943 - Correllium-023947;<br>Correllium-023948 - Correllium-023956;<br>Correllium-023957;<br>Correllium-023958;<br>Correllium-023959 - Correllium-023972;<br>Correllium-023973;<br>Correllium-023974 - Correllium-023987;<br>Correllium-023988 - Correllium-024001;<br>Correllium-024002 - Correllium-024003;<br>Correllium-024004;<br>Correllium-024005 - Correllium-024013;<br>Correllium-024014;<br>Correllium-024015;<br>Correllium-024016 - Correllium-024022;<br>Correllium-024023;<br>Correllium-024024;<br>Correllium-024025 - Correllium-024030;<br>Correllium-024031;<br>Correllium-024032;<br>Correllium-024033 - Correllium-024035;<br>Correllium-024036;<br>Correllium-024037;<br>Correllium-024038 - Correllium-024039;<br>Correllium-024040;<br>Correllium-024041;<br>Correllium-024042 - Correllium-024044;<br>Correllium-024045;<br>Correllium-024046;<br>Correllium-024047 - Correllium-024061;<br>Correllium-024062 - Correllium-024063;<br>Correllium-024064; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-024065 - Correllium-024082;<br>Correllium-024083;<br>Correllium-024084;<br>Correllium-024085;<br>Correllium-024086;<br>Correllium-024087;<br>Correllium-024088 - Correllium-024113;<br>Correllium-024114;<br>Correllium-024115;<br>Correllium-024116 - Correllium-024119;<br>Correllium-024120;<br>Correllium-024121;<br>Correllium-024122 - Correllium-024126;<br>Correllium-024127;<br>Correllium-024128;<br>Correllium-024129 - Correllium-024133;<br>Correllium-024134;<br>Correllium-024135;<br>Correllium-024136 - Correllium-024141;<br>Correllium-024142;<br>Correllium-024143;<br>Correllium-024144 - Correllium-024149;<br>Correllium-024150;<br>Correllium-024151;<br>Correllium-024152 - Correllium-024162;<br>Correllium-024163;<br>Correllium-024164;<br>Correllium-024165 - Correllium-024169;<br>Correllium-024170;<br>Correllium-024171; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-024172 - Correllium-024175;<br>Correllium-024176;<br>Correllium-024177;<br>Correllium-024178 - Correllium-024183;<br>Correllium-024184;<br>Correllium-024185;<br>Correllium-024186 - Correllium-024189;<br>Correllium-024190;<br>Correllium-024191;<br>Correllium-024192 - Correllium-024194;<br>Correllium-024195;<br>Correllium-024199;<br>Correllium-024197 - Correllium-024199;<br>Correllium-024200;<br>Correllium-024201;<br>Correllium-024202 - Correllium-024204;<br>Correllium-024205;<br>Correllium-024206;<br>Correllium-024207 - Correllium-024210;<br>Correllium-024211;<br>Correllium-024212;<br>Correllium-024213 - Correllium-024238;<br>Correllium-024239 - Correllium-024240;<br>Correllium-024241 - Correllium-024266;<br>Correllium-024267 - Correllium-024269;<br>Correllium-024270 - Correllium-024272;<br>Correllium-024273 - Correllium-024275;<br>Correllium-024276 - Correllium-024297;<br>Correllium-024298 - Correllium-024300;<br>Correllium-024301 - Correllium-024338;<br>Correllium-024339 - Correllium-024341; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-024342 - Correllium-024348;<br>Correllium-024349 - Correllium-024351;<br>Correllium-024352 - Correllium-024355;<br>Correllium-024356 - Correllium-024358;<br>Correllium-024359 - Correllium-024365;<br>Correllium-024366 - Correllium-024368;<br>Correllium-024369 - Correllium-024373;<br>Correllium-024374 - Correllium-024376;<br>Correllium-024377 - Correllium-024382;<br>Correllium-024383 - Correllium-024385;<br>Correllium-024386 - Correllium-024387;<br>Correllium-024388 - Correllium-024390;<br>Correllium-024391 - Correllium-024397;<br>Correllium-024398 - Correllium-024400;<br>Correllium-024401 - Correllium-024404;<br>Correllium-024405 - Correllium-024407;<br>Correllium-024408 - Correllium-024409;<br>Correllium-024410 - Correllium-024412;<br>Correllium-024413 - Correllium-024416;<br>Correllium-024417 - Correllium-024419;<br>Correllium-024420 - Correllium-024423;<br>Correllium-024424 - Correllium-024426;<br>Correllium-024427 - Correllium-024436;<br>Correllium-024437 - Correllium-024439;<br>Correllium-024440 - Correllium-024442;<br>Correllium-024443 - Correllium-024445;<br>Correllium-024446 - Correllium-024449;<br>Correllium-024450;<br>Correllium-024451 - Correllium-024452;<br>Correllium-024453; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-024454 - Correllium-024457;<br>Correllium-024458;<br>Correllium-024459 - Correllium-024461;<br>Correllium-024462;<br>Correllium-024463;<br>Correllium-024464 - Correllium-024504;<br>Correllium-024505;<br>Correllium-024506 - Correllium-024513;<br>Correllium-024514;<br>Correllium-024515;<br>Correllium-024516;<br>Correllium-024517;<br>Correllium-024518;<br>Correllium-024519 - Correllium-024520;<br>Correllium-024521;<br>Correllium-024522;<br>Correllium-024523 - Correllium-024524;<br>Correllium-024525;<br>Correllium-024526 - Correllium-024533;<br>Correllium-024534 - Correllium-024535;<br>Correllium-024536 - Correllium-024537;<br>Correllium-024538;<br>Correllium-024539 - Correllium-024540;<br>Correllium-024541 - Correllium-024544;<br>Correllium-024545;<br>Correllium-024546 - Correllium-024554;<br>Correllium-024555;<br>Correllium-024556 - Correllium-024575;<br>Correllium-024576;<br>Correllium-024577 - Correllium-024583;<br>Correllium-024584 - Correllium-024587; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-024588 - Corellium-024592; |
| | | Corellium-024593 - Corellium-024598; |
| | | Corellium-024599; |
| | | Corellium-024600 - Corellium-024603; |
| | | Corellium-024604; |
| | | Corellium-024605; |
| | | Corellium-024606; |
| | | Corellium-024607; |
| | | Corellium-024608 - Corellium-024611; |
| | | Corellium-024612; |
| | | Corellium-024613 - Corellium-024614; |
| | | Corellium-024615; |
| | | Corellium-024616; |
| | | Corellium-024617; |
| | | Corellium-024618; |
| | | Corellium-024619; |
| | | Corellium-024620; |
| | | Corellium-024621; |
| | | Corellium-024622; |
| | | Corellium-024623; |
| | | Corellium-024624 - Corellium-024636; |
| | | Corellium-024637; |
| | | Corellium-024638; |
| | | Corellium-024639 - Corellium-024640; |
| | | Corellium-024641 - Corellium-024642; |
| | | Corellium-024643 - Corellium-024644; |
| | | Corellium-024645 - Corellium-024657; |
| | | Corellium-024658; |
| | | Corellium-024659 - Corellium-024660; |
| | | Corellium-024661; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-024662 - Corellium-024663;<br>Corellium-024664;<br>Corellium-024665 - Corellium-024677;<br>Corellium-024678;<br>Corellium-024679 - Corellium-024680;<br>Corellium-024681 - Corellium-024682;<br>Corellium-024683;<br>Corellium-024684;<br>Corellium-024685;<br>Corellium-024686 - Corellium-024695;<br>Corellium-024696;<br>Corellium-024697;<br>Corellium-024698;<br>Corellium-024699;<br>Corellium-024700 - Corellium-024703;<br>Corellium-024704 - Corellium-024726;<br>Corellium-024727;<br>Corellium-024728;<br>Corellium-024729;<br>Corellium-024730 - Corellium-024748;<br>Corellium-024749;<br>Corellium-024750;<br>Corellium-024751;<br>Corellium-024752;<br>Corellium-024753;<br>Corellium-024754;<br>Corellium-024755 - Corellium-024760;<br>Corellium-024761 - Corellium-024765;<br>Corellium-024766;<br>Corellium-024767;<br>Corellium-024768; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-024769 - Corellium-024770;<br>Corellium-024771;<br>Corellium-024772;<br>Corellium-024773;<br>Corellium-024774 - Corellium-024777;<br>Corellium-024778;<br>Corellium-024779 - Corellium-024787;<br>Corellium-024788 - Corellium-024790;<br>Corellium-024791;<br>Corellium-024792 - Corellium-024810;<br>Corellium-024811;<br>Corellium-024812 - Corellium-024814;<br>Corellium-024815;<br>Corellium-024816;<br>Corellium-024817;<br>Corellium-024818 - Corellium-024819;<br>Corellium-024820;<br>Corellium-024821;<br>Corellium-024822;<br>Corellium-024823 - Corellium-024829;<br>Corellium-024830 - Corellium-024832;<br>Corellium-024833 - Corellium-024835;<br>Corellium-024836 - Corellium-024840;<br>Corellium-024841 - Corellium-024843;<br>Corellium-024844;<br>Corellium-024845 - Corellium-024846;<br>Corellium-024847;<br>Corellium-024848;<br>Corellium-024849 - Corellium-024852;<br>Corellium-024853; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-024854 - Correllium-024857;<br>Correllium-024858;<br>Correllium-024859 - Correllium-024861;<br>Correllium-024862;<br>Correllium-024863 - Correllium-024876;<br>Correllium-024877 - Correllium-024912;<br>Correllium-024913 - Correllium-024914;<br>Correllium-024915 - Correllium-024918;<br>Correllium-024919 - Correllium-024921;<br>Correllium-024922;<br>Correllium-024923 - Correllium-024925;<br>Correllium-024926;<br>Correllium-024927 - Correllium-024930;<br>Correllium-024931 - Correllium-024932;<br>Correllium-024933;<br>Correllium-024934;<br>Correllium-024935;<br>Correllium-024936;<br>Correllium-024937 - Correllium-024941;<br>Correllium-024942;<br>Correllium-024943 - Correllium-024948;<br>Correllium-024949 - Correllium-024960;<br>Correllium-024961;<br>Correllium-024962 - Correllium-024963;<br>Correllium-024964 - Correllium-024965;<br>Correllium-024966;<br>Correllium-024967 - Correllium-024970;<br>Correllium-024971;<br>Correllium-024972 - Correllium-024973;<br>Correllium-024974; |

46

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Correllium-024975 - Correllium-024989;<br>Correllium-024990;<br>Correllium-024991 - Correllium-024997;<br>Correllium-024998;<br>Correllium-024999 - Correllium-025014;<br>Correllium-025015;<br>Correllium-025016 - Correllium-025017;<br>Correllium-025018;<br>Correllium-025019 - Correllium-025033;<br>Correllium-025034 - Correllium-025040;<br>Correllium-025041;<br>Correllium-025042 - Correllium-025047;<br>Correllium-025048;<br>Correllium-025049 - Correllium-025066;<br>Correllium-025067;<br>Correllium-025068 - Correllium-025071;<br>Correllium-025072 - Correllium-025073;<br>Correllium-025074 - Correllium-025080;<br>Correllium-025081 - Correllium-025082;<br>Correllium-025083;<br>Correllium-025084;<br>Correllium-025085;<br>Correllium-025086;<br>Correllium-025087;<br>Correllium-025088;<br>Correllium-025089;<br>Correllium-025090 - Correllium-025092;<br>Correllium-025093 - Correllium-025096;<br>Correllium-025097;<br>Correllium-025098; |

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-025099 - Corellium-025100; |
| | | Corellium-025101; |
| | | Corellium-025102; |
| | | Corellium-025103 - Corellium-025112; |
| | | Corellium-025113; |
| | | Corellium-025114 - Corellium-025121; |
| | | Corellium-025122; |
| | | Corellium-025123; |
| | | Corellium-025124; |
| | | Corellium-025125; |
| | | Corellium-025126; |
| | | Corellium-025127; |
| | | Corellium-025128 - Corellium-025137; |
| | | Corellium-025138; |
| | | Corellium-025139 - Corellium-025142; |
| | | Corellium-025143; |
| | | Corellium-025144; |
| | | Corellium-025145; |
| | | Corellium-025146 - Corellium-025160; |
| | | Corellium-025161; |
| | | Corellium-025162 - Corellium-025179; |
| | | Corellium-025180; |
| | | Corellium-025181; |
| | | Corellium-025182 - Corellium-025183; |
| | | Corellium-025184; |
| | | Corellium-025185 - Corellium-025189; |
| | | Corellium-025190; |
| | | Corellium-025191 - Corellium-025196; |
| | | Corellium-025197 - Corellium-025207; |
| | | Corellium-025208 - Corellium-025212; |
| | | Corellium-025213 - Corellium-025216; |

MAY CONTAIN CORELLIUM CONFIDENTIAL OR CONFIDENTIAL - ATTORNEYS' EYES ONLY MATERIAL

| Exhibit No. | Documents | Reference/Bates Number |
|---|---|---|
| | | Corellium-025217 - Corellium-025232; Corellium-025233 - Corellium-025236; Corellium-025237 - Corellium-025287; Corellium-025288; Corellium-025289 - Corellium-025299; Corellium-025300 - Corellium-025310; Corellium-025311 - Corellium-025314; Corellium-025315 - Corellium-025316; Corellium-025317; Corellium-025318 - Corellium-025326; Corellium-025327 - Corellium-025329; Corellium-025330 - Corellium-025338; Corellium-025339 - Corellium-025346; Corellium-025347; Corellium-025348 - Corellium-025357; Corellium-025358 |
| | | Corellium-025366 |
| | | Corellium-025370 |
| | | Corellium-025432 |

49

## CERTIFICATE OF SERVICE

I, Elana Nightingale Dawson, do hereby certify that on March 3, 2020 I caused a copy of

the foregoing Expert Report of Dr. Jason Nieh to be served via email upon:

Brett C. Govett
Robert Greeson
Jacqueline G. Baker
NORTON FULBRIGHT US LLP
2200 Ross Ave., Suite 3600
Dallas, Texas 75201
brett.govett@nortonrosefulbright.com
robert.greeson@nortonrosefulbright.com
jackie.baker@nortonrosefulbright.com

David L. Hecht
Maxim Price
Melody L. McGowin
Minyao Wang
Yi Wen Wu
PIERCE BAINBRIDGE BECK PRICE &
HECHT LLP
277 Park Ave 45th Floor
New York, NY 10172
dhecht@piercebainbridge.com
mprice@piercebainbridge.com
mmcgowin@piercebainbridge.com
mwang@piercebainbridge.com
wwu@piercebainbridge.com

S. Jonathan Vine
Justin B. Levine
Lizza C. Constantine
Michael Alexander Boehringer
COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
jonathan.vine@csklegal.com
justin.levine@csklegal.com
lizza.constantine@csklegal.com
michael.boehringer@csklegal.com

Gavin Cunningham Gaukroger
BERGER SINGERMAN LLP
350 East Las Olas Blvd.
Suite 1000
Fort Lauderdale, FL 33301
ggaukroger@bergersingerman.com

_s/ Elana Nightingale Dawson_
Elana Nightingale Dawson