# EXHIBIT D

FOR THE CASE OF

# Apple vs. Corellium

TRANSCRIPT OF

# Dr. Jason Nieh

April 22, 2020

**Martell Associates**

PO Box 172718

Tampa, FL 33672

800-636-1136

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA


APPLE INC.,

        Plaintiff,

vs.                                      No. 9:19-cv-81160-RS

CORELLIUM, LLC,

        Defendants.
_____/




          VIDEOTAPED DEPOSITION OF DR. JASON NIEH

             CONFIDENTIAL - ATTORNEYS' EYES ONLY



          Date:          Wednesday, April 22, 2020

          Time           7:14 a.m.

          Location:      All parties via
                         videoconference


          Stenographically reported by:

                         Nina Pavone, CSR
                         License No. CSR-7802




                       *  *  *  *
```

1 BY MR. HECHT:
2     Q. Do you know if it's fewer than a half dozen
3 times that you've gone to trial?
4     MR. GROSS: Asked and answered.
5     THE WITNESS: I would expect that it's fewer
6 than half a dozen times, but my memory is a little
7 vague.
8 BY MR. HECHT:
9     Q. Have you ever been Dauberted?
10     MR. GROSS: Objection. Calls for a legal
11 conclusion.
12     THE WITNESS: I'm a little vague in terms of
13 what that is, but based on my understanding, no.
14 BY MR. HECHT:
15     Q. That's fair enough. So I'd like to look
16 through some of the copyright registrations in this
17 case. Just a second.
18     Okay. Can you please open --
19     MR. HECHT: We are up to Exhibit 5. I'd like
20 to mark -- in your folder entitled copyrights, please
21 open up the Bates number document that ends in 4850.
22     (Whereupon, Exhibit 5 was marked for
23 identification.)
24     THE WITNESS: Sorry, should I close the other
25 document that you mentioned?

1    Apple material and then they indicate what that is.
2    BY MR. HECHT:
3        Q. So what does this copyright registration
4    actually cover?
5            MR. GROSS: Objection. Calls for a legal
6    conclusion.
7            THE WITNESS: So I'm not a lawyer. So to the
8    extent you're asking for a legal conclusion, I don't
9    want to misrepresent --
10   BY MR. HECHT:
11       Q. I'm not.
12       A. -- what is stated here.
13           So, you know -- but loosely speaking, at the
14   very high level, not from a legal perspective, what
15   this registration talks about is -- there's a
16   limitation section and there's -- it shows material
17   that's included in the claim and material that's
18   excluded from this claim at a very high level, again.
19   And again, not trying to give you a legal opinion,
20   but that's my loose understanding.
21       Q. And it says that new material included in the
22   claim is new and revised computer code and animation.
23           Is that your understanding?
24           MR. GROSS: Vague. Calls for a legal
25   conclusion.

1  THE WITNESS: At a very high level, my
2  understanding is it says here that the new material
3  included in the claim is new and revised computer
4  code and animation. Again, not trying to offer you a
5  legal opinion of any kind, but just at a very high
6  level based on my understanding.
7  BY MR. HECHT:
8      Q. Let me ask you, Dr. Nieh: Have you, as part
9  of your task in this litigation, compared the iOS
10  code in the IPSW files for iOS 9.0 with previous
11  versions of iOS to determine what was new in iOS 9,
12  new or revised?
13     MR. GROSS: Object to the form.
14     THE WITNESS: I'm sorry, can you repeat the
15  question?
16  BY MR. HECHT:
17     Q. What I asked is: As part of your tasks in
18  this litigation, did you ascertain what aspects of
19  iOS 9 are new or revised as compared with previous
20  iOS versions?
21     A. As part of my task in this litigation, I did
22  try to see what was new and revised in iOS 9 compared
23  to previous versions of iOS, yes.
24     Q. How did you do that?
25     A. That process was a combination of looking at

```
 1      Q. Let me ask you, as part of your analysis in
 2  forming your opinions, did you use any of ████
 3  ████████ to determine what code in each version of
 4  iOS was new or revised?
 5      MR. GROSS:  Vague.
 6      THE WITNESS: ████████████████████████████
 7  ███████████
 8  BY MR. HECHT:
 9      Q. I'm asking you if you used █████████
10  ████████████████████████████████
11      MR. GROSS:  Same objection.
12      THE WITNESS: ████████████████████████████
13  ████████████████████████
14  BY MR. HECHT:
15      Q. ████████████████████████████████████████
16  █████████████████████████████████████████████████
17  █████
18      A. ██████████████████████████████████████
19  ███████████████████████████████████████████████
20  ██████████████████████████████████
21  █████████████████████████████
22      Q. Is there --
23      A. My confusion --
24      Q. █████████████████████████████████████
25  █████████████████████████████████
```

Page 218

1  █████████████████████████████
2  █████
3      A. █████████████████████████
4  █████████████████████████████
5  █████████████████████████████
6  █████████████████████████████
7  █████████████████████████████
8  █████
9      Hopefully that answers your question.
10     Q. That does. And just to make it very clear,
11 █████████████████████████████
12 █████████████████████████████
13 ████████████████
14     ██████████████████████████
15 █████████████████████████████
16 █████████████████████████████
17     A. So I just want to make sure I answer your
18 question correctly.
19     ██████████████████████████
20 █████████████████████████████
21 █████████████████████████████
22 █████████████████████████████
23 ████████████████
24     ██████████████████████████
25 █████████████████████████████

1  [redacted]

2  [redacted]

3  [redacted]

4      Q. Dr. Nieh, have you ever filed a copyright

5  registration?

6      A. Not as far as I know of.

7      Q. Have you ever been involved with the process

8  of filing a copyright registration, for example,

9  providing source code deposits, like what we've been

10 looking at?

11     A. As far as I can recall, I personally have not

12 been -- not been involved as in made source code

13 deposits myself as part of a copyright registration

14 that I filed.

15     Q. Dr. Nieh, do you have any opinion as to

16 whether any of the registrations in this lawsuit are

17 valid?

18         MR. GROSS: Objection to the extent it calls

19 for a legal conclusion.

20         Go ahead.

21         THE WITNESS: I'm not a lawyer, per se. My

22 understanding is that the copyright registrations

23 were filed and my understanding is they're presumed

24 valid.

25         I'm not sure if that answers your question or

Page 220

1     if you're asking a different question or not.
2     BY MR. HECHT:
3          Q.  I think you have some familiarity with patent
4     laws, so I'll analogize my question.
5              In patent law you have an expert -- experts
6     give opinions regarding validity of a patent.
7              I'm asking you:  Are you providing any
8     validity opinions relating to the registrations in
9     suit here?
10             MR. GROSS:  Objection.  Vague.
11             Go ahead.
12             THE WITNESS:  So I don't -- I'm not quite
13    sure how to answer your question by analogy.
14    Certainly, I am providing opinions as outlined in my
15    report regarding, for example, creativity of code,
16    that sort of thing.
17             I don't recall providing any kind of legal
18    opinion regarding the validity of a copyright
19    registration, per se, as you've indicated.
20             However, if there's a portion of my report
21    that you're referring to, I'd be happy to take a
22    look.  I just don't remember all the details of the
23    report.
24    BY MR. HECHT:
25         Q.  Okay.  That's fair enough.  One thing I

```
 1            I, NINA PAVONE, a Certified Shorthand
 2   Reporter, hereby certify that the witness in the
 3   foregoing deposition was by me duly sworn to tell the
 4   truth, the whole truth, and nothing but the truth in
 5   the within-entitled cause;
 6            That said deposition was taken down in
 7   shorthand by me, a disinterested person, at the time
 8   and place therein stated, and was hereafter
 9   transcribed, by computer, into typewriting, under my
10   direction and supervision;
11            That before completion of the deposition
12   review of the transcript ( x) was requested ( ) was
13   not requested.  If requested, any changes made by the
14   deponent (and provided to the reporter) are appended
15   hereto.
16            I further certify that I am not of counsel,
17   nor attorney for any of the parties in the foregoing
18   deposition and caption named, nor in any way
19   interested in the outcome of the cause named in said
20   caption, and that I am not related to any of the
21   parties hereto.
22
23   DATE:  April 23, 2020
24                              _____
25                              NINA PAVONE, CSR #7802
```

**233**