# EXHIBIT E

**CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **Apple Inc.,** | § § | |
| **Plaintiff,** | § § | |
| vs. | § § | CA No. 9:19-cv-81160-RS |
| **Corellium, LLC.,** | § § § | |
| **Defendant and Counterclaimant** | § | |

# EXPERT REPORT OF JAMES OLIVIER Ph.D.

**CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

18. More details on my education and work experience, as well as a list of all major publications that I have authored or co-authored, are contained in my CV, attached to this report as **Attachment A**.

## 4   OTHER CASES

19. A list of the cases during at least the last four years in which I have signed a Protective Order, have testified as an expert either at a trial, hearing, or deposition, or have submitted statements/opinions is also included in **Attachment A** to this report.

## 5   COMPENSATION

20. Compensation to Olivier Consulting Inc. ("OCI") for services I provide is at the rate of $550 per hour, plus out-of-pocket expenses. That compensation and reimbursement are not contingent in any way upon my opinions, my performance, the outcome of this case, or any other issues involved in or related to this case. I have no financial interest in the outcome of this case.

## 6   REVIEW AND USE OF DOCUMENTS, DEPOSITIONS, AND OTHER MATERIALS

21. In preparing this report, I have considered all of the documents referenced in my report as well as those listed in **Attachment B**. I have also relied on my own extensive education and experience in the relevant areas in forming the opinions in this report.

22. Furthermore, to confirm my understanding of the operation of the Accused Product, I have discussed the Accused Product with Chris Wade of Corellium on 3 occasions.

23. I anticipate using some of the above referenced documents and items, or other information and material that may be produced during the course of this proceeding (such as deposition testimony), as well as representative charts, graphs, diagrams,

**CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

excerpts from depositions or other testimony, and diagrams or animations describing the Accused Product, including perhaps a live or taped demonstration.

101.   My opinions are based upon the information that I have considered to date. I reserve the right to supplement or amend my opinions as permitted in response to opinions expressed by Apples' experts, any new claims that Apple is permitted to add into this litigation, in light of any additional evidence, testimony, or other information that may be provided to me after the date of this report. In addition, I expect that I may be asked to testify in rebuttal as to issues that may be raised by Apple's fact witnesses and technical experts.

102.   I hereby declare under the penalty of perjury under the laws of the United States of America that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true.

103.   Executed on March 3rd 2020 in Dallas, Texas.

_____
Dr. James Olivier

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

ATTACHMENT A

# CV of Dr. James L. Olivier

**PROFESSIONAL SUMMARY**

I am currently an Adjunct Professor Telecommunications and Network Engineering Program Southern Methodist University's Graduate School of Electrical Engineering, where I teach MPLS enabled applications to graduate students. I am also the owner of Olivier Consulting, where I provide consulting services for advanced network / system design along with IP consulting. In addition, I am also a member of the technical staff of McAlexander Sound, where I specialize in Telecommunications Architecture / Computer Software. Recently I have been appointed Adjunct Executive in Residence at SMU's Hunt Institute for Engineering and Humanity where I am Program Lead for Transformational Technologies.

I have three degrees from The Ohio State University: a Bachelor of Science degree in Electrical Engineering; a Master of Science degree in in Electrical Engineering and a Doctor of Philosophy degree in Electrical Engineering. I have published papers in the areas of coding theory and multiprocessor computer systems.

Over the last 14 years I have devoted my attention to industry consulting in the areas of intellectual property and networking technologies.

**EDUCATION  PROFILE**

Ph.D. Electrical Engineering, The Ohio State University, Columbus, Ohio, 1988 Dissertation: "*Concurrent Error Detection in Arithmetic Processors using GAN Codes*", Received separate minors in fields of Computer Science, Microelectronics and Semiconductor Fabrication, and Discrete Mathematics.

Recipient of the prestigious Kodak Fellowship, awarded nationally to 12 doctoral students in the fields of science and engineering.

MS. Electrical Engineering, The Ohio State University, Columbus, Ohio, 1985 Thesis: "*A Navigation System for a Vehicle with a Laser Rangefinder*"; Major areas of study were robotics and artificial intelligence.

BS. Electrical Engineering, The Ohio State University, Columbus, Ohio, 1983 Cum Laude.

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

**EXPERIENCE   PROFILE**

2019 – present        **Program Lead and Adjunct Executive in Residence**
**SMU's Hunt Institute for Engineering and Humanity**
**Southern Methodist University**

- Program Lead of Hunt Institute's Transformational Technology Hub responsible for strategy formulation and project implementation.

2017 - present        **Adjunct Professor**
**Telecommunications and Network Engineering Program**
**Southern Methodist University's Lyle School of Electrical Engineering**

- Teaching Advanced Switching and Routing with MPLS at SMU's nationally rated Telecommunications and Network Engineering program. Research interests include SDNs, Video Transport, SD-WANs, Blockchain, IoT, and In-Networking Processing.

2003 - present        **Olivier Consulting – Dallas Texas**
**IP Consultant M$^c$Alexander Sound**

- Technology Research and Intellectual Property Management, including, IP Protection, IP Validity, IP Portfolio Valuation, IP Strategy and IP Technical Consultation. Clients include Arista Networks, HTC Corporation, T-Mobile, Samsung, Vizio, Google Corporation, Level 3 Communications, AT&T, Amazon, Ericsson, and S.T Microelectronics.

- Recognized Expert before United States Federal District Courts in the Areas of
    - Congestion Control in Packet Switching
      *QPSX v Nortel 2:05-CV-268, 2007*

    - Cellular High Speed Packet Access Networks
      *Wi-LAN Inc., v. Alcatel-Lucent et. al CV-6:10, 2013*

    - Signaling Protocols in Cellular Networks
      *Core Wireless Licensing S.A.R.L v. Apple 6:12-CV-100, 2015*

- Recognized Expert before the International Trade Commission in the Areas of
    - Security and Firewalls in Routers and Switches;
      *Investigation 337-TA-628, 2007*

    - Cellphone Hardware and Software for Imaging;
      *Investigation 337–TA-726, 2010*

C.A. No. 9:19-cv-81160-RS, Olivier Expert Report        45

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

- Operating Systems for Mobile Devices;
  *Investigation 337–TA-744, 2011*

- Mobile Devices Hardware and Software Architectures;
  *Investigation 337–TA-850, 2012*

- Ethernet Switch Packet Processor Hardware and Software;
  *Investigation 337–TA-945, 2015*

2002 - 2003          **Navini Networks - Richardson, Texas**
                     **Senior Manager**

- Performed research and development in Navini's Wireless CDMA broadband System. Responsible for definition and implementation of layer 2 and layer 3 network protocols for Navini's Broadband Wireless Products. Developed servers for network security, network services, service provisioning and subscriber management for a CDMA network. Responsible for the design and development of a sign-on web site which

  managed and authorized users for different services in a broadband CDMA network. This system consisted of multiple Apache Web Servers providing the web pages to the users and a centralized key storage facility to manage the various keys needed to authorize the different services.

1999 – 2002          **Marconi Communications - Irving, Texas**
                     **Manager of Systems Engineering**

- Responsible for design and development of new products and product evolution for Marconi's North American Access Division. I developed systems for the access video market, such as Digital Subscriber Line (DSL) networks, Hybrid fiber-coaxial (HFC) networks and DOCSIS systems. These systems were triple play systems which provide voice, video and data. While at Marconi, I was also responsible for the web servers design for the Network Management System for the North American Access product division.

1996– 1999           **Samsung Telecommunications America - Richardson, Texas**
                     **Principal Engineer**

- Responsible for Service Control subsystem of Samsung's next generation wireless broadband UMTS switching system. Designed and developed a Java based platform

C.A. No. 9:19-cv-81160-RS, Olivier Expert Report                                    46

for defining services for Samsung's next generation high-speed wireless switch. Areas of responsibility include traditional telephony services, wireless services, broadband services, and Internet services, such as an email portal. While at Samsung, I was also their corporate representative to the International Telecommunication Union, ("ITU"), which is the agency of the United Nations responsible for information and communication technologies. I was also Samsung's corporate representative to the 3GPP standards body. It was there that I participated in the development of standards for advanced wireless networks, including multimedia transport.

1995 – 1996        **DSC Switch Products Division – Plano, Texas**

**Senior Manager: Intelligent Network Evolution and Business Planning**

- Responsible for architecture and development of DSC's Intelligent Network product line. These products demonstrated at SuperComm 1996, a U.S. telecommunications trade show showed the integration of streaming media servers together with the

  interactivity of the Internet. I also actively interacted with key customers on their system designs and participated in relevant standards work.

**Senior Manager: ATM Systems Engineering Group**

- Lead the systems engineering group in defining a new high speed ATM switches for enterprise and telecommunication networks. These efforts include, multiprocessor architectures, communications subsystems, and software architectures. In addition, I was responsible for responding to RFIs and RFPs for a number of clients server based multimedia systems and served as DSC corporate representative to the ATM Forum.

1990 – 1995        **AT&T Bell Laboratories - Columbus, Ohio**
                   **Member of Technical Staff**

- Designed and implemented a variety of multiprocessor systems for use in the computer/multimedia systems. These systems included Asynchronous Transfer Mode 'ATM' based Internet and video distribution system. I also participated in the design and development of client server based systems for database access. At this time, I also began my work with standard settings bodies. While at AT&T Bell Laboratories in 1990s, I was charged with monitoring standard setting bodies such as the ATM Forum and DAVIC, the Digital Audio-Visual Council.

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

1989 – 1990            **General Motors Research Laboratories - Warren, Michigan**
                       **Senior Research Engineer: Computer Science Department**

- Conducted research into basic computer science problems associated with the future development of vehicular systems.  These areas include the design of fault tolerant control systems, new cost affective microprocessor architectures and software for reliability and performance modeling.  Lead the development of an automotive testbed for the evaluation of prototype systems.

1988 – 1989            **Harris Communications – Melbourne, Florida**
                       **Principal Engineer**

- Conducted research and development into innovative computer systems for use in space systems.  Studied coherency protocols for microprocessor memory systems.  Developed fault tolerant multi-processor computer systems for use in Strategic Defense Initiative.


## **PUBLICATIONS**

Olivier, J., Ozguner, F. "*A navigation algorithm for an intelligent vehicle with a laser rangefinder*", Proceedings of the 1986 IEEE International Conference on Robotics and Automation, Vol. 3, April 1986.

Olivier, J. L. and Ozguner, F. "*Design of Concurrent Error Detecting Systolic Arrays Using GAN Codes*" IEEE Transactions on Computer Aided Design, vol. 9, no. 10 October 1989.

Olivier, J.L. "*Low Cost Residue Prediction for Improved Addition Efficiency*", G. M. Research Publication, December 1989.

Olivier, J.L. and Tkacik, T.E., "*RELY, a Markov Modeling Package for System Reliability Prediction*" G.M. Research Publication, January 1990.


## **ISSUED PATENTS AND PATENT APPLICATIONS**

- US 8334775 RFID-based asset security and tracking system, apparatus and method
    Network based asset management system.

- US 20090174772 Security and surveillance system
    Network based surveillance and security system.

- US 20130201337 Rfid-based asset security and tracking system, apparatus and method
    Network based asset management system.

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

## **ADDITIONAL ACTIVITIES**

Member of the Advisory Board for the Innovation Hub for the Dallas County Community College District.

Fellow at SMU's Hunt Institute for Engineering and Humanity.

Chairman of IEEE Dallas Blockchain Group

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

# Other Cases

## Year Engaged

### 2019

| | |
|---|---|
| Expert Engagement: | Litigation |
| Type of Matter: | Patent Investigation |
| Case Name: | SIMO Holdings v Hong Kong uCloudlink Networks Technology Limited and uCloudlink (America) LTD. CASE NO. 1:18-cv-05427 Southern District NY |
| Engaged on behalf of: | uCloudlink Ltd |
| Technology at Issue: | Wireless data links |
| Services Provided: | Wrote Declaration |
| Law Firm: | Fish & Richardson |
| Year Engaged: | 2019 |

| | |
|---|---|
| Expert Engagement: | Litigation |
| Type of Matter: | Patent Investigation |
| Case Name: | Harris Corporation v. Huawei Device USA, Inc., et al. Case No. 2:18-cv-439 ED-TX |
| Engaged on behalf of: | Huawei Device USA |
| Technology at Issue: | Network Security |
| Services Provided: | Wrote Declaration, Gave Deposition testimony |
| Law Firm: | Ropes & Gray LLP |
| Year Engaged: | 2019 |

### 2018

| | |
|---|---|
| Expert Engagement: | |
| Type of Matter: | Patent Review |
| Case Name: | IPR2017-00829, 00830, 01131, 01133 |
| Engaged on behalf of: | Vidstream LLC |
| Technology at Issue: | Networked Video |
| Services Provided: | Wrote Declaration, attended deposition |
| Law Firm: | Norton Rose Fulbright |
| Year Engaged: | 2018 |

**CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| | |
|---|---|
| Expert Engagement: | |
| Type of Matter: | Patent Investigation |
| Case Name: | Arista Networks, Inc. v. Cisco Systems, Inc. No. 5:16-CV-00923-BLF (N.D. Cal.) |
| Engaged on behalf of: | Arista Networks |
| Technology at Issue: | Network protocols |
| Services Provided: | Wrote Declaration |
| Law Firm: | Tensegrity Law Group |
| Year Engaged: | 2018 |

| | |
|---|---|
| Expert Engagement: | Litigation |
| Type of Matter: | Patent Investigation |
| Case Name: | Intellectual Ventures I LLC v. HCC Insurance Holdings Inc. CA No. 6:15-cv-00660 ED-TX |
| Engaged on behalf of: | HCC Insurance Holdings |
| Technology at Issue: | Back end web site technology |
| Services Provided: | Wrote expert report, attended deposition |
| Law Firm: | Norton Rose Fulbright |
| Disposition: | Settled |
| Year Engaged: | 2018 |

## **2017**

| | |
|---|---|
| Expert Engagement: | |
| Type of Matter: | Patent Review |
| Case Name: | Inter Partes Review of U.S. Patent No. 5,987,377 |
| Engaged on behalf of: | Comtech Mobile Datacom Corporation |
| Technology at Issue: | Vehicle Mapping Technology |
| Services Provided: | Wrote declaration |
| Law Firm: | Perkins Coie LLP |
| Year Engaged: | 2017 |

| | |
|---|---|
| Expert Engagement: | |
| Type of Matter: | Patent Investigation |

**CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION**

| | |
|---|---|
| Case Name: | ITC Inv.No.337-TA-1057 Certain Robotic Vacuum Cleaning Devices and Components Thereof Such as Spare Parts, |
| Engaged on behalf of: | Shenzhen Silver Star Intelligent Technology |
| Technology at Issue: | Autonomous Vehicle Technology |
| Services Provided: | Wrote expert report, gave deposition and hearing testimony |
| Law Firm: | Pillsbury Winthrop Shaw Pittman |
| Year Engaged: | 2017 |

## **2016**

| | |
|---|---|
| Expert Engagement: | |
| Type of Matter: | Patent Investigation |
| Case Name: | International Business Machines Corp. v. The Priceline Group Inc., et al C.A. No. 15-137-LPS, IPR2016-00608 and IPR2016-00609 |
| Engaged on behalf of: | The Priceline Group Inc. |
| Technology at Issue: | Web site Technology |
| Services Provided: | Wrote Expert Reports on Invalidity and Non-infringement. Attended Deposition. |
| Law Firm: | Norton Rose Fulbright |
| Year Engaged: | 2016 |

| | |
|---|---|
| Expert Engagement: | |
| Type of Matter: | Patent Investigation |
| Case Name: | Evolv, LLC v. Joyetech USA, Inc. |
| Engaged on behalf of: | Joytech USA |
| Technology at Issue: | Vaporizer Technology |
| Services Provided: | Wrote Declaration |
| Law Firm: | Pillsbury Winthrop Shaw Pittman LLP |
| Disposition: | Settled |
| Year Engaged: | 2016 |

| | |
|---|---|
| Expert Engagement: | |
| Type of Matter: | Patent Review |

CONTAINS HIGHLY-CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION

| | |
|---|---|
| Case Name: | Intellectual Ventures v. HCC Insurance Holdings |
| Engaged on behalf of: | HCC Insurance Holdings |
| Technology at Issue: | Network Agent Technology |
| Services Provided: | Wrote Declaration for IPR |
| Law Firm: | Norton Rose Fulbright |
| Disposition: | Settled |
| Year Engaged: | 2016 |