# EXHIBIT F

ATTORNEYS EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2
                      Case No. 9:19-cv-81160-RS
 3
 4    APPLE INC.,                    §
                                     §
 5            Plaintiff,             §
                                     §
 6        v.                         §
                                     §
 7    CORELLIUM, LLC,                §
                                     §
 8            Defendant.             §
      _____
 9
              REMOTE ORAL AND VIDEOTAPED DEPOSITION OF
10
                       JAMES OLIVIER, Ph.D.
11
                           April 24, 2020
12    _____
13
      *********************************************************
14                  DESIGNATED ATTORNEYS' EYES ONLY
      *********************************************************
15
16
                 REMOTE ORAL AND VIDEOTAPED DEPOSITION OF
17    JAMES OLIVIER, Ph.D., located in Dallas, Texas,
      produced as a witness at the instance of the Plaintiff,
18    and duly sworn, taken in the above-styled and numbered
      cause on April 24, 2020, from 10:10 a.m. to 7:23 p.m.,
19    before Joseph D. Hendrick, Certified Shorthand Reporter
      in and for the State of Texas, reported by machine
20    shorthand, pursuant to Notice and the Federal Rules of
      Civil Procedure and any provisions stated on the record
21    or attached hereto.
22
23    Job No. 4082349
24
25

                                                        Page 1
```

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   So you do not think this case involves | 10:44:24 |
| 2 | copyrights in iOS? | 10:44:27 |
| 3 | A.   I think this case in -- | 10:44:29 |
| 4 | MR. HECHT: Objection. Mischaracterizes | 10:44:31 |
| 5 | testimony. | 10:44:31 |
| 6 | A.   I think this case involves Apple's | 10:44:32 |
| 7 | copyright that they put forth in front of the copyright | 10:44:36 |
| 8 | office and whether or not those have been infringed or | 10:44:39 |
| 9 | not. | 10:44:44 |
| 10 | BY MR. GROSS: | 10:44:44 |
| 11 | Q.   Apple's copyrights that are at issue in | 10:44:45 |
| 12 | this action relate to an operating system called iOS, | 10:44:46 |
| 13 | right? | 10:44:51 |
| 14 | A.   Some of them relate to iOS.  Some of them | 10:44:51 |
| 15 | just relate to things like wallpapers and things like | 10:44:53 |
| 16 | that which I wouldn't say is part of iOS, but some of | 10:44:56 |
| 17 | the copyrights that they put before the copyright | 10:44:59 |
| 18 | office relate to iOS. | 10:45:01 |
| 19 | Q.   Is this the first copyright case you have | 10:45:03 |
| 20 | worked on, sir? | 10:45:05 |
| 21 | A.   Yes. | 10:45:05 |
| 22 | Q.   Is there anything you did to get familiar | 10:45:07 |
| 23 | with or to understand some basic concepts of copyright? | 10:45:09 |
| 24 | MR. HECHT: Objection, vague. | 10:45:14 |
| 25 | A.   Yes. | 10:45:15 |

Veritext Legal Solutions
866 299-5127

```
 1                REPORTER'S CERTIFICATION
 2            DEPOSITION OF JAMES OLIVIER, Ph.D.
 3                    April 24, 2020
 4         I, Joseph D. Hendrick, Notary Public and
 5   Certified Shorthand Reporter in the State of Texas,
 6   hereby certify to the following:
 7            That the Witness, JAMES OLIVIER, Ph.D., was
 8   duly sworn by the officer and that the transcript of
 9   the oral deposition is a true record of the testimony
10   given by the witness;
11            I further certify that pursuant to FRCP
12   Rule 30(f)(1) that the signature of the deponent:
13              X     was requested by the deponent or
14   a party before the completion of the deposition and is
15   to be returned within 30 days from date of receipt of
16   the transcript;
17            _____ was not requested by the
18   deponent or a party before the completion of the
19   deposition;
20            I further certify that the amount of time
21   used by each party is as follows:
22            Gabriel S. Gross - 07:01:06
23            Jeremiah Egger - 00:00:00
24            David Hecht - 00:02:31
25            I further certify that I am neither counsel
```

Page 314

ATTORNEYS EYES ONLY

```
 1    for, related to, nor employed by any of the parties or
 2    attorneys in the action in which this proceeding was
 3    taken;
 4            Further, I am not a relative or employee of
 5    any attorney of record, nor am I financially or
 6    otherwise interested in the outcome of the action.
 7            Subscribed and sworn to on this date:
 8    April 28, 2020.
 9
10
11
12
13
14
15    [signature: Joseph D. Hendrick]
16
      Joseph D. Hendrick, CSR #947
17    Expiration Date: 04/30/2021
      Notary Comm. Exp. 01/13/23
18    Veritext Legal Solutions
      Firm Registration No. 571
19    300 Throckmorton Street, Ste. 1600
      Fort Worth, TX  76102
20    Telephone (800) 336-4000
21
22
23
24
25
```

Page 315