# EXHIBIT G

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 9:19-cv-81160-RS

APPLE INC.,

                          Plaintiff,

        v.

CORELLIUM, LLC,

                          Defendant.

## CORRECTED REBUTTAL EXPERT REPORT OF DR. JASON NIEH

## APRIL 13, 2020, CORRECTED APRIL 20, 2020

## CONTAINS CORELLIUM ATTORNEYS' EYES ONLY MATERIAL

## CONTAINS APPLE ATTORNEYS' EYES ONLY MATERIAL

## CONTAINS APPLE CONFIDENTIAL MATERIAL

## TABLE OF CONTENTS

I.      INTRODUCTION ...................................................................................2
II.     INFORMATION RELIED UPON ........................................................2
III.    SUMMARY OF OPINIONS ................................................................3
IV.     RELEVANT LEGAL PRINCIPLES....................................................4
V.      DR. OLIVIER'S DESCRIPTION OF IOS AND THE CORELLIUM
        APPLE PRODUCTS ..............................................................................4
        A.      Dr. Olivier's Observation that iOS Includes Some Open Source
                Components Has No Impact on Apple's Copyrighted Creative
                Works ........................................................................................4
        B.      Dr. Olivier's Assertions Regarding Alleged Deficiencies in
                Apple's Security Practices Are Incorrect...................................20
VI.     DR. OLIVIER'S IMPROPER LEGAL CONCLUSION THAT THE
        CORELLIUM APPLE PRODUCTS CONSTITUTE FAIR USE IS
        BASED ON AN INCORRECT UNDERSTANDING OF THE FACTS.............29
        A.      Dr. Olivier Concedes that Corellium's Use of iOS Is of a
                Commercial Nature, and Incorrectly Concludes that Corellium's
                Use Is Transformative ................................................................31
        B.      Apple's Distribution of IPSW Files to Authorized Customers via
                the Internet Does Not Authorize Corellium's Actions .............42
        C.      Corellium Copies the Entirety of Apple's Copyrighted Works.................45
        D.      Corellium's Product Adversely Affects the Market for Licensed
                Uses of iOS ...............................................................................47
VII.    DR. OLIVIER'S OPINION THAT CORELLIUM IS FREE FROM
        LIABILITY UNDER the DMCA IS BASED ON A SERIES OF
        FACTUAL MISUNDERSTANDINGS...............................................51

## I.      INTRODUCTION

1.      I submitted an Opening Expert Report on March 3, 2020 ("Nieh Rpt.") which I incorporate by reference herein.  I provided information about my education, qualifications, publications, compensation, and scope of retention in my Opening Report.

2.      I may prepare and use demonstrative exhibits at trial to illustrate my opinions and the information contained in this report.  All emphasis in quotations has been added unless indicated otherwise.

## II.     INFORMATION RELIED UPON

3.      The opinions stated in this report are based on information currently available to me. In preparing this report, I considered the materials listed in Appendix A and all materials referenced in this report.  I also considered the information in my Opening Report and the materials listed in Appendix B thereto.  I also considered information provided during discussions that I had with certain Apple employees, namely, Jon Andrews, Pierre-Olivier Martel, and Lee Peterson. This report is also based on my knowledge and experience with operating systems, virtualization, mobile computing, cloud computing, and computer architecture.

4.      I reserve the right to supplement or revise my opinions as my review continues, if required, in response to new information I discover within those documents.  I also reserve the right to supplement or revise my opinions, if required, in response to further discovery provided by Corellium, new information and opinions provided by Corellium's expert(s), decisions made by the court in which this action is pending, or decisions by other courts.

### III.   SUMMARY OF OPINIONS

5.      I have reviewed the opening expert report of Dr. James Olivier dated March 3, 2020.  Dr. Olivier's report does not change the opinions set forth in my Opening Report, which I incorporate by reference herein.

6.      In his opening report, Dr. Olivier provides commentary on certain open source components of iOS, purported weaknesses in iOS and Apple's app vetting process, and a purported need for virtual iOS devices.  As explained below, however, Dr. Olivier's commentary is not only inaccurate in many respects, but it also has very little to do with Corellium's acts at issue in this case.

7.      Dr. Olivier contends that "Corellium's use of Apple's publicly available unencrypted iOS object code constitutes fair use" for the four factors of Section 107 of the Copyright Act.[1]  This appears to be a legal opinion that I understand Dr. Olivier is not qualified to offer.  Moreover, as explained below, I disagree with the factual bases that Dr. Olivier contends support his legal opinion.

8.      Dr. Olivier contends that "Corellium's product falls outside the scope of the DMCA's exclusions," and arrives at what appears to be another legal opinion—that "Corellium is free from liability under the DMCA."[2]  I disagree.  In my opinion, Dr. Olivier's conclusion that Corellium does not violate the DMCA is rooted in a series of factual misunderstandings about the nature of Apple's technological protection measures and how Corellium's product circumvents them.

---

[1]   Olivier Rpt. at ¶ 4.

[2]   *Id*.

## IV.     RELEVANT LEGAL PRINCIPLES

9.      I provided certain legal standards in my Opening Report, which I incorporate by reference herein.   Apple's counsel has provided me with these legal principles, and I have endeavored to apply them to my analysis to the best of my knowledge and understanding.   I have not been asked to provide any opinions on the law or legal conclusions.

## V.     DR. OLIVIER'S DESCRIPTION OF IOS AND THE CORELLIUM APPLE PRODUCTS

10.      As I stated in my opening report, the term "iOS" encompasses Apple's entire OS, or operating system, environment for mobile devices such as iPhones, iPads, and iPod Touch devices, including the processes managing the execution of applications and utilization of device resources, the firmware acting as an intermediary between the software and underlying hardware, low-level drivers, high-level code tailored to a particular hardware device (e.g., the user interface code for facial recognition in certain devices), the underlying root file system, and standard applications that come preinstalled in the environment.

### A.     Dr. Olivier's Observation that iOS Includes Some Open Source Components Has No Impact on Apple's Copyrighted Creative Works

11.      Dr. Olivier contends that parts of the kernel on which iOS was built may be open source.[3]   However, iOS as a whole is not open source, and Dr. Olivier does not claim otherwise. Indeed, Dr. Olivier himself acknowledges that "the main parts of the iOS operating system are closed and information on it is not publicly available."[4]   And nowhere in his report has he argued that Corellium uses (i.e., copies, modified, or displays) *only* any purported open source portions

---

[3]   *Id.* at ¶¶ 33–36.

[4]   *See id.* at ¶ 35 (quoting Andreas Kurtz, et al., *DiOS: Dynamic Privacy Analysis of iOS Applications*, Friedrich-Alexander-Universität Erlangen-Nürnberg, Dept. of Computer Science, Technical Reports, CS-2014-03, 5 (2014)).

of Apple's iOS.  Further, one of Corellium's co-founders testified that, even though Corellium's own product also includes certain open source components, it claims copyright over the portions of its code that it wrote.[5]

12.    Thus, the entire section of Dr. Olivier's report related to certain open source components of iOS (Olivier Rpt. ¶¶ 33–36) has nothing at all to do with what I understand to be the central issues in this matter: whether Corellium unlawfully copied, modified, or displayed portions of Apple's copyrighted works, and whether it trafficked in a tool to circumvent technological protection measures that protect those works from unauthorized access and acts of infringement.  In any event, to explain why Dr. Olivier's observation is of no consequence, I describe in this report the nature of the original and non-open-source components of iOS, which I understand to be the subject of Apple's registered copyrights.

13.    As detailed in my opening report, Apple built iOS on top of the iOS kernel, adding features and components that are indisputably creative and protected.  And when viewed as a whole, the originality and innovation in iOS includes the overall OS environment (including the user interface, wall papers, icons, etc.), the libraries on top of the kernel, and the applications and other software installed with iOS.  These are the types of features that I described in my opening report.[6]

14.    Dr. Olivier asserts that the bottom Core OS layer of iOS "contains the kernel which is based on Mach."[7]  Dr. Olivier does not, however, explain how this might be pertinent to his

---

[5] ████████████████████████████████████████████

[6] *See* Nieh Rpt. at § VIII.A.

[7] Olivier Rpt. at ¶ 33.

opinions or whether the Corellium Apple Products infringe.   Regardless, as Dr. Olivier acknowledges, Mach only provides "such basic services and abstractions as *threads, tasks, ports, IPC, scheduling, physical and virtual address space management, VM, and timers*."[8]  These low-level services and abstractions are only part of one of several layers of software used by iOS. Moreover, the Mach project ended in 1994.[9]  Even assuming Dr. Olivier is correct that the iOS kernel is the same OS X kernel based on Mach, ████████████████████████████████ ███████████████████████████████████████████████████████████████████████ ███████████████████████████, and that these improvements cannot be attributed to Carnegie Mellon or the open source community.[10]  And those improvements to the Core OS layer would be just one part of the overall code that Corellium copies and has made widespread use of, including by copying and modifying it for purposes of making "virtualized" iPhones and other iOS devices through the Corellium Apple Product.[11]

15.   Similarly, Dr. Olivier's assertion that a "BSD" component of the OS X core was developed and distributed by University of California, Berkeley and that "Darwin is an Open

---

[8]   *Id.* (quoting Apple's glossary at https://developer.apple.com/library/archive/documentation/Darwin/Conceptual /KernelProgramming/Glossary/Glossary.html#//apple_ref/doc/uid/TP30000905-CH224- TPXREF1") (emphasis added).

[9]   MRThompson@lbl.gov, *The Mach Project Home Page*, https://www.cs.cmu.edu/afs/cs/project/mach/public/www/mach.html ("Project Mach was an operating systems research project of the Carnegie Mellon University School of Computer Science from 1985 to 1994.")

[10]   *See, e.g.*, Apple Inc., *Mach Overview*, Kernel Programming Guide, https://developer.apple.com/library/archive/documentation/Darwin/Conceptual /KernelProgramming/Mach/Mach.html#//apple_ref/doc/uid/TP30000905-CH209- TPXREF104 ("The fundamental services and primitives of the OS X kernel are based on Mach 3.0. Apple has modified and extended Mach to better meet OS X functional and performance goals.").

[11]   *See, e.g.*, Nieh Rpt. at § X.A; ████████████████████████████

Source project that includes the Darwin kernel, the BSD commands and C libraries, and several additional features," has nothing to do with Apple's registered copyrights in this case.[12]  For example, Darwin (which includes BSD) does not include Apple's proprietary and closed-source graphics, application frameworks, and application services layers, such as Quartz, QuickTime, Cocoa, Carbon, OpenGL, AppKit, Swift, MetalKit, HomeKit, etc.[13]  These are the layers on which the creative features described in my opening report were developed, and these are examples of the proprietary elements of iOS Corellium has copied and modified.

16.     Dr. Olivier also asserts that the iOS kernel, which is used in iPhones like the ones that Corellium virtualizes, is "derived from" the OS X kernel, which is used in macOS and Mac computers.[14]  Again, it is entirely unclear how this observation—even if correct—impacts Dr. Olivier's opinions in this case regarding Corellium's unauthorized copying, modification, and display of Apple's iOS and certain icons and other graphic elements used in iPhones.  OS X is an operating system that is used on Macs and is not at issue in this case.  In any event, the iOS kernel and OS X kernel are quite distinct.

---

[12]  *See* Olivier Rpt. at ¶ 34 (quoting Apple's glossary at Apple Inc., *Glossary*, Kernel Programming Guide, https://developer.apple.com/library/archive/documentation/Darwin/Conceptual/KernelProgramming/Glossary/Glossary.html#//apple_ref/doc/uid/TP30000905-CH224-TPXREF1).

[13]  *See, e.g.*, Apple Inc., *Kernel Architecture Overview*, Kernel Programming Guide, https://developer.apple.com/library/archive/documentation/Darwin/Conceptual/KernelProgramming/Architecture/Architecture.html#//apple_ref/doc/uid/TP30000905-CH1g-CACDAEDC; Apple Inc., *Apple Developer Documentation,* https://developer.apple.com/documentation/; Apple Inc., *BSD Overview*, Kernel Programming Guide, https://developer.apple.com/library/archive/documentation/Darwin/Conceptual/KernelProgramming/BSD/BSD.html#//apple_ref/doc/uid/TP30000905-CH214-TPXREF103.

[14]  Olivier Rpt. at ¶¶ 33–36.

17.     As I explained in my opening report, an operating system serves as "an intermediary between the applications that a user interacts with and the underlying hardware, including the processor, memory, and input/output (I/O) devices such as displays or keyboards."[15] macOS computers use different processors, memory, I/O devices, and other hardware than iOS devices like iPhones and iPads..  These different hardware components use different firmware, instruction sets, and device drivers.  Thus, the iOS kernel is separate from the OS X kernel.  Although the iOS kernel and the OS X kernel may have some things in common, like using the same library calls to perform the same functions (through the use of, for example, an abstraction layer), those library calls ultimately execute different instructions to perform those functions.  Moreover, as shown in the figure[16] below, the open source Darwin kernel (indicated in the box labeled "BSD" below) is only a small part of OS X, just as the iOS kernel is only a small part of iOS.



Figure 3-1  OS X architecture

18.     As explained in my opening report, iOS contains original, creative content developed and protected by Apple.[17]  Apple has produced a binder of source code printouts containing what I understand to be a subset of source code that implements certain new features

---

[15]    Nieh Rpt. at ¶ 35.

[16]    Apple Inc., *Kernel Architecture Overview*, Kernel Programming Guide, https://developer.apple.com/library/archive/documentation/Darwin/Conceptual/KernelProgramming/Architecture/Architecture.html#//apple_ref/doc/uid/TP30000905-CH1g-CACDAEDC.

[17]    Nieh Rpt. at § VIII.A.

in iOS versions 9.0 through iOS 12.2.[18]  I have reviewed the code contained in this binder.  The produced code has confirmed my opinion that each asserted version of iOS contains features that required the authors to exercise creativity in implementing such features.

19.    The iOS source code confirms that Apple exercised significant creativity in developing iOS 9.X.[19]  I reviewed additional code that I understand is part of the implementation of the features released in iOS 9.0.  For example, regarding the feature of providing contextual improvements to Siri discussed in my Opening Report,[20] the code I reviewed expressed creative ways of providing context for commands issued to Siri based on information about the current application in use.[21]  The code reflects creative decisions in how it was written—there are many other ways of expressing the same ideas.[22]

20.    In preparation for my rebuttal report served on April 13, 2020, I reviewed code that I understood to be part of the implementation of the features released in iOS 9.1.[23]  I determined that the code I reviewed was creative.  I discussed that, for example, regarding the feature of intelligent sensing in Live Photos discussed in my Opening Report,[24] the code I reviewed

---

[18]  APL-CORELLIUM-SC-0001–APL-CORELLIUM-SC-0524.

[19]  *See* Nieh Rpt. at §§ VIII.A.1–2.

[20]  *See* Nieh Rpt. ¶¶ 90–94.

[21]  *See, e.g.,*

[22]  *See id.*; Nieh Rpt. ¶¶ 90–91.

[23]  *See* APL-CORELLIUM-SC-0041–0106.

[24]  *See* Nieh Rpt. ¶¶ 97–98.

expressed creative ways of determining how to trim a capture clip by evaluating user movement based on detection of various types of motion activity data of the user's device.[25] I discussed that, as with all the features discussed in my opening report, intelligent sensing in Live Photos could have been implemented in any number of ways, which further reflects the creative decisions Apple made developing the iOS code. ███████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████ ██████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███.[29] As with all the features discussed in my opening report, this feature could have been

---

[25] *See, e.g.*, ████████████████████████████████████████
████████████████████████████████████████████████████
█████████████████████████████

[26] Specifically, I learned that the ██████████████████████████████
█████████

[27] *See, e.g.*, ████████████████████████████████████
██████████████████████████████

[28] *See* Nieh Rpt. ¶¶ 97–98.

[29] *See, e.g.*, ███████████████████████████████████
██████████████████████████████

implemented in any number of ways, which further reflects the creative decisions Apple made developing the iOS code.

21.     The same goes for the exemplary features of iOS 10.0 described in my opening report.[30]  I reviewed additional code that I understand is part of the implementation of the features released in iOS 10.0.[31]  For example, regarding the Photo Memories feature discussed in my Opening Report,[32] the code I reviewed expressed creative ways of selecting representative memories to present based on various user preferences and interactions associated with a photo (e.g., whether a photo had been designated as a  "favorite," whether it had been "rejected," the "lastViewedDate").[33]

22.     The iOS 11.X features described in my opening report also required creative approaches to develop.[34]  I reviewed additional code that I understand is part of the implementation of the features released in iOS 11.0.[35]  For example, regarding the improved Siri voice feature discussed in my Opening Report,[36] the code I reviewed expressed creative ways of synthesizing more natural-sounding speech by using information from customized voices that reflect properties of human speech from different individuals of different genders from different locales.[37]

---

[30]   *See* Nieh Rpt. ¶¶ 102–103.

[31]   *See* APL-CORELLIUM-SC-0107–0131.

[32]   *See* Nieh Rpt. ¶¶ 102–103.

[33]   *See, e.g.,* ███████████████████████████████████

[34]   *See* Nieh Rpt. ¶¶ 107–136.

[35]   *See* APL-CORELLIUM-SC-0132–0147.

[36]   Nieh Rpt. ¶¶ 107–108.

[37]   *See, e.g.,* ███████████████████████████████████
       █████████████████████████████

23.     In preparation for my rebuttal report served on April 13, 2020, I reviewed code that I understood to be part of the implementation of the features released in iOS 11.0.1.[38] I determined that the code I reviewed was creative.  I discussed that, for example, regarding the Animoji feature I discussed in my Opening Report,[39] the code I reviewed expressed creative ways of rendering an animal avatar on a user's face based on various information related to the user's pose and characteristics of the background environment.[40] ███████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████      As with all the features discussed in my

---

[38]  *See* APL-CORELLIUM-SC-0148–0163.

[39]  *See* Nieh Rpt. ¶¶ 114–115.

[40]  *See, e.g.,* ███████████████████████████████████████████
████████████████████████████████████

[41]  Specifically, I learned that ██████████████████████████████████
███████████████████████

[42]  ██████████████████████████████████████

[43]  ███████████████████████████████████████████████.

[44]  *See, e.g.,* ████████████████████████████

[45]  *See, e.g.,* ██████████████████████████████████
████████████

opening report, this feature could have been implemented in any number of ways, which further reflects the creative decisions Apple made developing the iOS code.

24.      In preparation for my rebuttal report served on April 13, 2020, I reviewed code that I understood to be part of the implementation of the features released in iOS 11.2.[46]  I discussed that the code I reviewed was creative.  I opined that, for example, regarding the Apple Pay feature discussed in my Opening Report,[47] the code I reviewed expressed creative ways of visually presenting content for performing payment transactions based on various transactional information.[48] █████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████████  ██████████████

███████████████████████████████████████████████████████████

---

[46]   *See* APL-CORELLIUM-SC-0164–0202.

[47]   *See* Nieh Rpt. at ¶¶ 119–120.

[48]   *See, e.g.*, ████████████████████████████████████
████████████████████████████████████████████████████████

[49]   Specifically, I learned that █████████████████████████████████████

[50]   *See, e.g.*, ██████████████████████████████
████████████████████████████████████

[51]   *See* Nieh Rpt. at ¶¶ 119–120.

███████████████████████████████████████████[52] As
with all the features discussed in my opening report, this feature could have been implemented in
any number of ways, which further reflects the creative decisions Apple made developing the iOS
code.

25.      In preparation for my rebuttal report served on April 13, 2020,  I reviewed code
that I understood to be part of the implementation of the features released in iOS 11.2.5.[53]  I
determined that the code I reviewed was creative.  I discussed that, for example, regarding the Siri-
reading feature for news discussed in my Opening Report,[54] the code I reviewed expressed creative
ways for determining what type of media to select based on the user's iTunes Account.[55] ████



---

[52] *See, e.g.,* ████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

[53] *See* APL-CORELLIUM-SC-0203–0222.

[54] *See* Nieh Rpt. at ¶¶ 124–125.

[55] *See, e.g.,* █████████████████████████

██████████████████████████████████████████

[56] Specifically, I learned that ████████████████████████

██████████

[57] *See, e.g.,* █████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████.[58] As with all the features discussed in my

opening report, this feature could have been implemented in any number of ways, which further

reflects the creative decisions Apple made developing the iOS code.

26.     In preparation for my rebuttal report served on April 13, 2020, I reviewed code that

I understood to be part of the implementation of the features released in iOS 11.3.[59]  I determined

that the code I reviewed was creative.  I discussed that, regarding the feature of context-based

privacy notifications discussed in my Opening Report,[60] the code I reviewed expressed creative

ways to convey information related to access control.[61]  I also discussed that, regarding the feature

of battery replacement recommendation features, the code I reviewed expressed creative ways of

tracking the level of battery usage.[62] ████████████████████████████████████

███████████████████████████████████████████████████████████

██████████████████████  ███████████████████████████████████

---

[58]   *See, e.g.,* ████████████████████████████████████████████
████████████████████████████████████████████████████████████████
███████████████████████████████████████████████

[59]   *See* APL-CORELLIUM-SC-0223–0264.

[60]   *See* Nieh Rpt. at ¶¶ 129–131.

[61]   *See, e.g.,* ████████████████████████████████████████████
████████████████████████████████

[62]   *See, e.g.,* █████████████████████████████████████████

[63]   Specifically, I learned that ███████████████████████████████████
████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████.[65]  As with all

the features discussed in my opening report, this feature could have been implemented in any

number of ways, which further reflects the creative decisions Apple made developing the iOS

code.

27.     In preparation for my rebuttal report served on April 13, 2020,  I reviewed code

that I understood to be part of the implementation of the features released in iOS 11.4.[66]  I

determined that the code I reviewed was creative.  I discussed that, for example, regarding the

iCloud virtual storage feature discussed in my Opening Report,[67] the code I reviewed expressed

creative ways of providing seamless storage and access to user media by synchronizing

information between a user's local account and iCloud account.[68] ███████████████████

███████████████████████████████████████████████

---

[64]  *See, e.g.,* █████████████████████████████████████

[65]  *See, e.g.,* █████████████████████████████████████

[66]  *See* APL-CORELLIUM-SC-0265–0319.

[67]  *See* Nieh Rpt. at ¶¶ 135–136.

[68]  *See, e.g.,* █████████████████████████████████

███████████████████.



.[71]  As with all the features

discussed in my opening report, this feature could have been implemented in any number of ways,

which further reflects the creative decisions Apple made developing the iOS code.

28.    The creativity required to implement the exemplary features in in the versions of

iOS 12.X[72] are confirmed by my review of Apple's produced code.  I reviewed additional code

that I understand is part of the implementation of the features released in iOS 12.0.[73]  For example,

regarding the Memoji feature discussed in my Opening Report,[74] the code I reviewed expressed

---

[69]   Specifically, I learned 

[70]   *See, e.g.,*

[71]   For example,

[72]   *See* Nieh Rpt. at §§ VIII.A.10–12.

[73]   *See* APL-CORELLIUM-SC-0320–0362.

[74]   *See* Nieh Rpt. at ¶¶ 147–148.

creative ways of personalizing avatars based on analyzing various properties of a user's facial features (e.g., eyes, nose, mouth, hair, eyebrows, age, etc.).[75]

29.     In preparation for my rebuttal report served on April 13, 2020, I reviewed code that I understood to be part of the implementation of the features released in iOS 12.1.1.[76] I determined that the code I reviewed was creative.  I discussed that, for example, regarding the Live Photo capture during FaceTime feature discussed in my Opening Report,[77] the code I reviewed expressed creative ways of capturing Live Photo clips based on various information about image movement in the live video stream.[78] ███████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

---

[75]  *See, e.g.,* ███████████

[76]  *See* APL-CORELLIUM-SC-0363–0512.

[77]  *See* Nieh Rpt. at ¶¶ 147–149.

[78]  *See, e.g.,* ███████████████████████████████████████████████████████████████████████████████████████

[79]  Specifically, I learned that the ███████████████████████████████ ███

[80]  *See, e.g.,* █████████████████████████████

██████████████████████████[81]  As with all the features discussed in my opening report, this feature could have been implemented in any number of ways, which further reflects the creative decisions Apple made developing the iOS code.

30.     In preparation for my rebuttal report served on April 13, 2020,  I reviewed code that I understood to be part of the implementation of the features released in iOS 12.2.[82]  I determined that the code I reviewed was creative.  I discussed that, for example, regarding the feature that allows Ask Siri to play requested video content on Apple TV discussed in my Opening Report,[83] the code I reviewed expressed creative ways of enabling remote control of Apple TV by registering commands through an existing Siri service.[84]  ████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

---

[81]  *See, e.g.,* ████████████████████████████████████
████████████████████████████████████

[82]  *See* APL-CORELLIUM-SC-0513–0524.

[83]  *See* Nieh Rpt. at ¶¶ 152–153.

[84]  *See, e.g.,* ████████████████████████████████
████████████████████████████████████

[85]  Specifically, I learned that the ████████████████████████████
████████████████.

[86]  *See, e.g.,* ████████████████████████████████
████████████████████

████████████████████████████████████████████[87]  As with all the features

discussed in my opening report, this feature could have been implemented in any number of ways,

which further reflects the creative decisions Apple made developing the iOS code.

31.     In sum, Dr. Olivier's assertions regarding the existence of certain open source

components of the iOS kernel do not affect the opinions set forth in my opening report.  Each of

the copyrighted works at issue contain a great deal of original, creative content developed and

protected by Apple, which Corellium has appropriated without permission for its own use in

virtualizing Apple's products.  And I understand that whether certain aspects of the iOS kernel are

based on open source code does not somehow permit Corellium to modify, copy, and distribute

iOS without authorization from Apple.[88]

**B.      Dr. Olivier's Assertions Regarding Alleged Deficiencies in Apple's Security Practices Are Incorrect**

32.     Dr. Olivier asserts that Apple's internal vetting of apps developed for iOS is

deficient and insecure and attributes this, at least in part, to the lack of a virtual machine for iOS.[89]

I disagree.

---

[87]  *See, e.g.,* ████████████████████████████████████████
████████████████████████████████████

[88]  *See, e.g.*, APL-CORELLIUM_00004850, APL-CORELLIUM_00004852, APL-CORELLIUM_00004844, APL-CORELLIUM_00004846, APL-CORELLIUM_00004827, APL-CORELLIUM_00005020, APL-CORELLIUM_00005024, APL-CORELLIUM_00004848, APL-CORELLIUM_00004960, APL-CORELLIUM_00005022, APL-CORELLIUM_00005079, APL-CORELLIUM_00005149 (excluding "prior versions of iOS software," from the claim); Andrews Tr. at 91:22–94:10; *see generally* Apple Open Source, https://opensource.apple.com/ (last visited April 13, 2020).

[89]  Olivier Rpt. at ¶¶ 37–39.

33.     Among many security researchers, iOS "has long been considered the more secure

of the two operating systems," compared to Android.[90] ███████████████████████

████████████████████████████████████████████████[91]   According

to Norton (Symantec), which offers some of the most widely used cybersecurity software, this can

be attributed to the fact that iOS is closed-source:

> Apple's operating system is a closed system. Apple doesn't release
> its source code to app developers, and the owners of iPhones and
> iPads can't modify the code on their phones themselves. This
> makes it more difficult for hackers to find vulnerabilities on iOS-
> powered devices.
>
> Android devices are the opposite, relying on an open-source code,
> meaning that the owners of these devices can tinker with their
> phone's and tablet's operating systems. Too much tinkering, and
> owners might create a weakness in their devices' security. Then
> there are manufacturers themselves. If a phone maker puts out a

---

[90]   Dan Rafter, *Android vs. iOS: Which is more secure?*, NortonLifeLock Inc.,
https://us.norton.com/internetsecurity-mobile-android-vs-ios-which-is-more-secure.html; *see
also, e.g.*, Olivier Rpt. at ¶ 40 ("It is generally believed that App Review is quite effective");
Sophos Ltd., *Android apps are snooping on your installed software* (Mar. 27, 2020),
https://nakedsecurity.sophos.com/2020/03/27/android-apps-are-snooping-on-your-installed-
software/ ("This use of IAMs is a risk in iOS, too, the researchers said, but Apple seems
ahead of Google here.  More recent versions of iOS force apps to declare applications of
interest for app store moderators to review."); Conner Forrest, *The state of mobile device
security: Android vs. iOS*, CBInteractive (Jul. 11, 2016), https://www.zdnet.com/article/the-
state-of-mobile-device-security-android-vs-ios/ ("While Android has made significant
progress, iOS remains more prevalent in the enterprise"); Finjan Mobile, Inc., *Android vs.
iOS – Which Platform is Better for Mobile Security?* (Jun. 6, 2017),
https://www.finjanmobile.com/android-vs-ios-which-platform-is-better-for-mobile-security/
("From the perspective of privacy and its 'ground up' policy of containment and security
controls, iOS tends to be the operating system of choice for security professionals. This
preference extends to enterprise users, where corporate security policies and device
management requirements make iOS a better fit.").

[91]   ████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████

new device with a modification to the Android operating system and there's a vulnerability in that code, hackers will find it.[92]

34.    No vetting process is perfect, but Apple has been proactive in preventing and addressing security vulnerabilities when it becomes aware of them.[93]  For example, I understand Apple has invested significant resources to continually improve its app vetting process.[94]  Through its Security Bounty program, Apple also offers monetary incentives to "researchers who share with [Apple] critical issues and the techniques used to exploit them."[95]  In addition, Apple has announced the creation of a security researcher device program, which will allow security

---

[92]   Dan Rafter, *Android vs. iOS: Which is more secure?*, NortonLifeLock Inc., https://us.norton.com/internetsecurity-mobile-android-vs-ios-which-is-more-secure.html; *see also* Arpita J. Bhatt, et al., *iABC: Towards a Hybrid Framework for Analyzing and Classifying Behaviour of iOS Applications Using Static and Dynamic Analysis, Journal of Information Security and Applications* 41, 144 (2018) ("Being closed-source, iOS has been considered to be a safer system than its peer Android OS.").

[93]   *See, e.g.*, Finjan Mobile, Inc., *Android vs. iOS – Which Platform is Better for Mobile Security?*, Jun. 6, 2017, https://www.finjanmobile.com/android-vs-ios-which-platform-is-better-for-mobile-security/ ("Apple exerts strict controls over everything, from its firmware, hardware, and operating system down to the screening of applications and accessories."); Apple Inc., *Sandboxing*, Apple Platform Security, https://support.apple.com/guide/security/sandboxing-sec15bfe098e/web; Apple, Inc., *NSAppTransportSecurity*, Apple Developer Documentation, https://developer.apple.com/documentation/bundleresources/information_property_list/nsapp transportsecurity.

[94]   *See, e.g.*, Apple Inc., *App Review*, App Store, https://developer.apple.com/app-store/review/; Apple Inc., *2.2. App Completeness*, App Store Review Guidelines, https://developer.apple.com/app-store/review/guidelines/#app-completeness; Apple Inc., *Apple Platform Security*, https://support.apple.com/guide/security /welcome/web; Conner Forrest, *The state of mobile device security: Android vs. iOS*, CBInteractive (Jul. 11, 2016), https://www.zdnet.com/article/the-state-of-mobile-device-security-android-vs-ios/; Marco Tabini, *How Apple is improving mobile app security*, Macworld (Sep. 2, 2013) https://www.macworld.com/article/2047567/how-apple-is-improving-mobile-app-security.html ("By enforcing a stringent set of rules that determine which software can and cannot run on its devices, the company has, for the most part, managed to keep its customers safe from malicious software.").

[95]   *See, e.g.*, Apple Inc., *Apple Security Bounty*, https://developer.apple.com/security-bounty/; Apple, *Example Payouts*, https://developer.apple.com/security-bounty/payouts/.

researchers to gain authorized access to iOS, in order to engage in the type of security research that Corellium allows.[96]

35.     Dr. Olivier cites an article stating that "recent work" shows that malicious actors can bypass Apple's vetting process "by constructing the names of Private APIs at runtime" to "invoke Private APIs in third-party applications."[97]   The "recent work" cited in the article, however, is from over five years ago (2013).[98]   The oldest registered version of iOS asserted in this case (iOS 9.0) was first published in 2015.[99]   Further, Apple and iOS have addressed this and similar exploits through multiple layers of vetting and protection.[100]   And notably, Dr. Olivier does not explain how the Corellium Apple Product would have prevented this vulnerability.

36.     Dr. Olivier cites three other articles indicating that Apple's vetting process "failed to reveal apps that intentionally accessed personal data."[101]   The first two, however, relate to

---

[96]   *See* Krstić Tr. at 88:18–20, 89:3–8, 93:14–94:11, 94:16–96:22; *see also* Andrews Tr. at 110:14–111:16, 215:1–21; Tom Warren, *Apple reveals special new iPhones for security researchers*, The Verge (Aug. 8, 2019), https://www.theverge.com/2019/8/8/20756629/apple-iphone-security-research-device-program-vulnerabilities.

[97]   Olivier Rpt. at ¶ 40 (citing Hongliang Liang, et al., *DMIA: A Malware Detection System on IOS Platform*, Eighth International Conference on Networks & Communications, p. 63 (2016)).

[98]   *See* Hongliang Liang, *supra* note 97, at n. 3–4.

[99]   APL-CORELLIUM_00004850.

[100]   *See, e.g.*, Nick Arnott, *Jekyll apps: How They Attack iOS Security and What You Need to Know about Them*, iMore (Aug. 16, 2013), https://www.imore.com/jekyll-apps-how-they-attack-ios-security-and-what-you-need-to-know-about-them ("[M]any of the attacks [the researchers] placed in their Jekyll app did not work on iOS 7"; "The bottom line is, there are many places other than the App Store to spread malware that could do far more damage while requiring much less effort."; "Once malware makes it past the gate, it's still playing in a sandbox. - Apple has employed multiple layers of security in iOS. There is no single point of failure in iOS that renders all other security mechanisms broken. . . . With each app restricted to its own sandbox, its ability to carry out malicious tasks is quite limited.") (emphasis omitted).

[101]   Olivier Rpt. at ¶ 41.

purported issues with iOS's permission model rather than security flaws in the iOS app review process. Specifically, they describe issues arising from the fact that once a user gives an app permission to access certain personal data, the app can then use that data without further notifications alerting the user to how that data is being used.[102] These issues have nothing to do with the kind of vulnerabilities that Corellium purports to allow security researchers to find. The third article describes a vulnerability where "[v]ictims were tricked into opening a link, which when opened would load one of the malicious websites used to infect the victim."[103] This issue, which also affected Android devices, is unrelated to the iOS app review process and was fixed with an iOS update just "days after Google privately disclosed the flaws" to Apple.[104]

37.     Dr. Olivier suggests that these purported security flaws can somehow be attributed to the lack of a virtual machine which he claims "has hampered testing of the iOS system"— suggesting that these vulnerabilities would never have been exploited if Apple only had been using Corellium's virtualization technology.[105] I disagree. Security flaws arise because software is written by humans who make mistakes and who cannot predict every conceivable way in which bad actors may try to exploit the software. The availability of virtual machines for Windows, Linux, and other operating systems has not made them free of security flaws. And again, Dr.

---

[102] Andreas Kurtz, et al., *DiOS: Dynamic Privacy Analysis of iOS Applications*, Friedrich-Alexander-Universität Erlangen-Nürnberg, Dept. of Computer Science, Technical Reports, CS-2014-03, 5 (2014); Arpita J. Bhatt, et al., *Network Forensics Analysis of iOS Social Networking and Messaging Apps*, Proceedings of 2018 Eleventh International Conference on Contemporary Computing (IC3), 2–4 (2018).

[103] Zack Whittaker, *Sources Say China Used iPhone Hacks to Target Uyghur Muslims*, TechCrunch (Aug. 31, 2019), https://techcrunch.com/2019/08/31/china-google-iphone-uyghur/.

[104] *Id.*; *see also* Apple Inc., *About the security content of iOS 12.1.4*, https://support.apple.com/en-us/HT209520.

[105] Olivier Rpt. at ¶¶ 42–45.

Olivier provides no explanation of how the Corellium Apple Product could have prevented these purported issues.

38.     Dr. Olivier appears to assert that Apple's Xcode Simulator program is an inferior mechanism for debugging and testing code compared to a virtual machine environment.[106] In my experience, Apple's Simulator provides a number of advantages for debugging and testing code over virtual machine environments.  For example, the Simulator is integrated with the XCode development environment, making it easy to use for developers.  It is also highly beneficial for testing graphics intensive apps (including games and core Apple apps such as Maps) because it provides support for Apple's Metal framework (Apple's API to hardware-accelerated 3D graphic and compute shader, which significantly reduces graphics computing overhead); virtual machine environments such as the Corellium Apple Product do not currently provide this capability.  Xcode also enables developers to view GPU traces in Xcode to analyze the Metal commands generated by the app.  The iOS app development community appears to agree that Xcode is a highly effective tool for debugging and testing iOS apps.[107]

39.     Dr. Olivier asserts that "[o]ne of the issues of research and testing iOS and 'apps' is the lack of a virtual machine to run the tests on as opposed to the Google Android OS which is built on a virtual machine."[108]  I disagree.  Dr. Olivier appears to misunderstand how Android operates.  While Dr. Olivier claims that Google's Android OS "is built on a virtual machine," he appears to be unaware that Google replaced its Dalvik virtual machine environment over five years

---

[106]  Olivier Rpt. at ¶¶ 37–38.

[107]  *See, e.g.*, Clutch, *Apple Xcode*, https://clutch.co/app-development/profile/apple-xcode.

[108]  Olivier Rpt. at ¶ 42.

ago with Android Runtime which, like iOS, runs applications natively to avoid the performance overhead of using a virtual machine.[109]

40.     Dr. Olivier is also incorrect to suggest that Android OS *ever* ran on a virtual machine. Although older versions of Android were capable of running Java apps on a Java virtual machine, Android *itself* ran natively.   Dr. Olivier's misunderstanding is based on his conflation of two different types of virtual machines.   As I have explained in my book, Hardware and Software Support for Virtualization, "language-based virtual machines, such as the Java Virtual Machine, Microsoft Common Language Runtime, Javascript engines embedded in browsers, and in general the run-time environment of any managed language … are focused on running single applications."[110]   This type of virtual machine, which is sometimes referred to as an application virtual machine or managed runtime environment (MRE), is unrelated to the virtualization performed by the Corellium Apple Product.

41.     In addition, the articles cited by Dr. Olivier also highlight that Android has significant risks despite being open source.[111]   The Feichtner article, for example, states: "Analysis

---

[109] Olivier Rpt. at ¶ 42; *see, e.g.*, Andrei Frumusanu, *A Closer Look at Android RunTime (ART) in Android L* (July 1, 2014), https://www.anandtech.com/show/8231/a-closer-look-at-android-runtime-art-in-android-l/; Source, *Android Runtime (ART) and Dalvik*, https://source.android.com/devices/tech/dalvik; Sebastian Anthony, *Dalvik is Dead: Next Version of Android Uses new ART Runtime to Boost Speed, Battery Life*, ExtremeTech (June 20, 2014), https://www.extremetech.com/computing/184889-dalvik-is-dead-next-version-of-android-uses-new-art-runtime-to-boost-speed-battery-life.

[110] Edouard Bugnion, et al., *Hardware and Software Support for Virtualization* (Margaret Martonosi ed., 2017) at 4.

[111] *See, e.g.*, Arpita J. Bhatt, *supra* note 92, at 144 ("Through this paper, we propose a permission induced risk model … for iOS devices to detect privacy violations arising due to granting permissions during installation of applications."); Andreas Kurtz, *supra* note 102; at § V ("Many apps take advantage of the fact that a user's permission to access selected personal data is required only once.").

frameworks for the *Android* platform are already available and studies have confirmed that cryptographic misuse represents a significant problem on Android."[112]

42.     Dr. Olivier contends that "Since Apple has decided to discontinue a large number of iPhones, a software researcher no longer has access to these physical phones from Apple on which to perform research.  This is important as these unavailable phones are still being used by a large number of members of society."[113]  I disagree.  First, older iPhones that are widely used can obviously be obtained by software researchers whether on the used market or otherwise.  Second, like most companies, Apple discontinues support for older products.[114]  Third, legitimate software researchers typically focus their attention on current products rather than outdated products that are no longer for sale, as there is less immediate relevance in identifying security vulnerabilities in products Apple no longer supports.  Malicious actors, on the other hand, would be incentivized to analyze discontinued products for obvious reasons including because they are still in use to some degree.

43.     Dr. Olivier contends that the solution to these purported concerns is virtualization which enables "reduced hardware cost and power costs, as computer such as servers can be consolidated, rapid provisioning, high availability, and the capability of being put into a cloud" as well as "the ability to access the software from any location with an Internet connection and the support to run legacy software."[115]   I disagree.  Virtualization is simply a tool; in itself it does not

---

[112]  Johannes Feichtner, et al., *Automated Binary Analysis on iOS: A Case Study on Cryptographic Misuse in iOS Applications*, WiSec '18: Proceedings of the 11th ACM Conference on Security & Privacy in Wireless and Mobile Networks, 236-247 (2018).

[113]  Olivier Rpt. at ¶ 46.

[114]  Apple Inc., *Vintage and obsolete products*, https://support.apple.com/en-us/HT201624 ("Apple has discontinued support for certain technologically obsolete products.").

[115]  Olivier Rpt. at ¶ 48.

make things more secure or less secure.  It can be used by malicious actors to find and exploit vulnerabilities, and it can be used by benevolent actors to find and report bugs to get them fixed. Further, Dr. Olivier cites no evidence that Apple's closed approach is worse for security, e.g., that there have been fewer bugs or security vulnerabilities in Android vs iOS. ████████████████

████████████████████████████████████████████████

████████████████

44.    Different companies have chosen different software models based on, for example, different business objectives and design philosophies.  Because Apple has long been in the business of selling both software and hardware integrated together, I understand that Apple's approach has always been closed so that it can provide customers with a secure product operating in a unified, controlled environment that prioritizes user experience over customizability. By contrast, Google's open approach to aspects[117] of Android has been attributed to the fact that Google was late to the mobile market and its business objective is widespread adoption on many different devices made by dozens of companies so it can capture and analyze more user data and generate more ad revenue (which accounts for over 80% of Google's total revenue).[118] Further, software companies may not share the same concerns over virtualization of their products because, unlike Apple, they sell only the software (and not the hardware).

---

[116] ████████████████████████████████

[117] Aspects of Android are closed-source.  *See, e.g.,* Ron Amadeo, *Google's Iron Grip on Android: Controlling Open Source by Any Means Necessary*, Ars Technica (July 21, 2018), https://arstechnica.com/gadgets/2018/07/googles-iron-grip-on-android-controlling-open-source-by-any-means-necessary/.

[118] *See id.* ("[T]o help in the fight against the iPhone at a time when Google had no mobile foothold whatsoever, Android was launched as an open source project. . . .  The thinking went that if Google Search was one day locked out of the iPhone, people would stop using Google Search on the desktop.")

45.     In addition, even companies that allow users to create virtual machines running their software have imposed licensing restrictions that would prohibit running those virtual machines on unlicensed devices and distribution to third parties.  For example, Microsoft restricts the use of Windows 10 on virtual machines to only the local, licensed device:

> These license terms provide use rights to run Windows **locally on the licensed device** in a virtual operating system environment (OSE). However, **they do not provide use rights for accessing Windows running remotely in a virtual OSE from the licensed device** and are limited in other ways when compared to virtualization use rights provided with Software Assurance for Windows . . . and Windows VDA subscription licenses acquired through Microsoft [Volume] Licensing. For example, OEM licenses do not permit remote access to a Windows virtual machine running in a data center. [119]

Similarly, Oracle limits virtual machine implementations of its software to physical machines licensed for Oracle; if the physical machine is not licensed, the virtual machine is not licensed.[120]

## VI.     DR. OLIVIER'S IMPROPER LEGAL CONCLUSION THAT THE CORELLIUM APPLE PRODUCTS CONSTITUTE FAIR USE IS BASED ON AN INCORRECT UNDERSTANDING OF THE FACTS

46.     In my opening report, I identified dozens of creative features of iOS developed by Apple that the Corellium Apple Products reproduce, are derivative of, distribute, and display, without authorization from Apple.  These include, for example, the creative ways in which Apple wrote the iOS code, how features are displayed and interact with the user, contextual

---

[119] Microsoft Corporation, *Licensing Windows desktop operating system for use with virtual machines* (April 2020), https://download.microsoft.com/download/9/8/d/98d6a56c-4d79-40f4-8462-da3ecba2dc2c/licensing_windows_desktop_os_for_virtual_machines.pdf (emphasis added).

[120] VMWare, Inc., *Understanding Oracle Certification, Support and Licensing for VMware Environments* (May 2017), https://www.vmware.com/content/dam/digitalmarketing/vmware/en/pdf/whitepaper/solutions/oracle/understanding_oracle_certification_support_licensing_vmware_environments-white-paper.pdf.

improvements to Siri, intelligent sensing for live photos and video recording, new emoji characters, expressive messaging, proactive suggestions, photo memories, new Siri voices, automatic silencing when driving, Animojis, paying others using Apple Pay through Messages or Siri, using Siri to read personalized news, describing how personal information will be used and protected, recommending battery replacement, using iCloud to sync messages, photos, and other attachments across Apple devices, the "For You" tab in the built-in Photos app, Memojis, Live Photo capture during FaceTime calls, and using Siri to play selected content on Apple TV.[121] The creative, copyrighted features also include GUI elements such as the artistic iOS icons and compilation of icons as well as various Apple wallpaper designs.[122]

47.     Dr. Olivier does not dispute that the iOS software and its GUI elements are protected by copyrights owned by Apple.  Nor does Dr. Olivier challenge Apple's allegation that, through its sale and operation of the Corellium Apple Product, Corellium is engaged in acts of reproduction (*i.e.*, copying), distribution, public display, or preparation of derivative works. Instead, Dr. Olivier contends that these acts are not infringing because they constitute fair use under the Copyright Act, based on the four fair use factors.  As an initial matter, however, I understand that Dr. Olivier is not a lawyer and does not appear to be qualified to express a legal opinion.   In any event, Dr. Olivier's fair use analysis is based on a series of factual misunderstandings about the nature of the Corellium Apple Product and its actual and potential uses.

---

[121]  Nieh Rpt. at § VIII.A; *see supra* ¶¶ 19–30.

[122]  *Id.*

A.     **Dr. Olivier Concedes that Corellium's Use of iOS Is of a Commercial Nature, and Incorrectly Concludes that Corellium's Use Is Transformative**

48.     As an initial matter, Dr. Olivier does not dispute that Corellium's use of iOS is of a commercial nature. ██████████████████████████████████████████.[123]   I understand ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ██████.[124]

49.     Dr. Olivier contends that "Apple's iOS firmware is used by Corellium and its customers for the purpose of reporting, research and teaching" and cites two Apple security updates that attribute the discovery and reporting of two "bugs" to Corellium.[125]   I understand, however, that submitting bugs to Apple (or any other use Corellium makes of the infringing Corellium Apple Product) is not the sort of "reporting" that might be considered a fair use in other contexts.   For example, I have seen no evidence that Corellium and its users are news reporters or journalists.[126]   And the fact that Corellium may have reported two bugs to Apple most decidedly does not mean it *always* reports bugs to Apple.   ████████████████████████████████ ██████████████████████████████████████████████████████.[127]

50.     Moreover, Dr. Olivier appears to incorrectly assume that the Corellium Apple Product is inherently a force for good, and thus a fair use, just because Corellium's customers

---

[123]  *See, e.g.*, Correllium-014372 at Correllium-014374 (██████████████████████ ██████████████████).

[124]  *See* Corellium's Fourth Am. Responses to Apple's First Set of Interrogs. (Mar. 9, 2020) at 33–34; Corellium's Third Am. Responses to Apple's First Set of Interrogs. (Feb. 27, 2020) at 33.

[125]  Olivier Rpt. at ¶¶ 73–76.

[126]  I understand that "reporting" in the fair use context typically refers to news reporting.

[127]  *See, e.g.,* ██████████████████████

*could* use it to find and report bugs to Apple. The Corellium Apple Product, however, is just a tool without any restrictions that limit its use to certain purposes. It allows users to access iOS through non-iOS hardware, and that access can be used for good ends or bad. ████████

███████████████████████████████████████████████████████████████

████████████████████████████████████████████████████.[128] For example, ████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████.[129] And there are multiple examples of the Corellium Apple Product having been used for bad ends. For example, Azimuth Security ██████████████████████████

████████ and/or its customers appear to be using the Corellium Apple Product to find vulnerabilities for foreign governments to spy on iPhone users; Azimuth has admitted publicly that it has never reported a bug back to Apple.[130] The rebuttal report of Dr. Michael Siegel ("Siegel Rebuttal Rpt.") provides additional examples which I incorporate herein by reference.[131]

51.     Additional evidence further indicates that Corellium's use of iOS is to profit off Apple's work and is not solely for "reporting, research and teaching." For example, Dr. Olivier does not dispute that Corellium imposes no restrictions on how its customers use the Corellium Apple Product or Corellium virtual iOS devices. To the contrary, the main purpose of the Corellium Apple Product is to circumvent Apple's security controls and enable users to use iOS

---

[128] *See* ██████████████████████████████████████████████████████

[129] ██████████████████████████████████████

[130] Joseph Cox & Lorenzo Franceschi-Bicchierai, *How A Tiny Startup Became The Most Important Hacking Shop You've Never Heard Of*, Motherboard Vice (Feb. 7, 2018), https://www.vice.com/en_us/article/8xdayg/iphone-zero-days-inside-azimuth-security.

[131] Siegel Rebuttal Rpt. at ¶¶ 17–41.

on non-Apple hardware without having to agree to Apple's Software License Agreement.[132]  As explained in my opening report, a customer performs a series of steps to use the Corellium Apple Product to create one or more virtual iOS devices.[133]



Azimuth Security—
which I understand sells exploits to still other third parties.[136]

---

[132]  *See, e.g.*, Nieh Rpt. at ¶¶ 441–47;



[133]  *See* Nieh Rpt. at ¶¶ 201–215, 230–232.

[134]  *See, e.g.*, *id.* at ¶¶ 230–251.

[135]



[136]  *See, e.g.*,
                                                                    Joseph Cox,
Lorenzo Frenceschi-Bicchierai, *How a Tiny Startup Became The Most Important Hacking Shop You've Never Heard Of*, Motherboard Tech by Vice (February 7, 2018), https://www.vice.com/en_us/article/8xdayg/iphone-zero-days-inside-azimuth-security.

52.   In addition, ███████████████████████████████████



53.   ████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████████ [140]

54.   In sum, I understand that whether Corellium has, or certain Corellium customers

have, used the Corellium Apple Product to find security flaws in iOS on some occasions is of little

---



[137] *See, e.g.*, Skowronek Tr. at 141:10–14 (█████████████████████████████████).

[138] ██████████████████████

[139] █████████████████████████████████████████████████████████

[140] *See, e.g.*, Corellium-013938 ████████████████████████████████
█████████████████████████████████████████, Corellium-013877
█████████████████████████████████

consequence.  The evidence indicates that Corellium's primary intent is to sell the Corellium Apple Product for profit and enable its customers to use it however they want.

55.      Dr. Olivier contends that Corellium's use of Apple's copyrighted iOS code is "transformative" because "[t]he nature of the alleged copyrighted iOS object code has been changed from controlling hardware to now interfacing with software" and "[t]his use is not a substitute for an iPhone."[141]  I disagree.  From a computer science perspective, there is nothing transformative about virtualizing iOS devices.  As explained in my opening report, the fundamental purpose of virtualization is to create a replica of the original software/hardware environment—in a virtual machine, an operating system will operate on "virtual" hardware, as if it is running on real hardware.[142]  The hypervisor is the specialized piece of software that "provides an environment for programs" as if the programs were running on the target hardware.[143]

56.      As Dr. Olivier acknowledges, the Corellium Apple Product is a virtual machine.[144] It emulates the iOS hardware such that the iOS software thinks it is running in the same environment.[145]  In other words, the Corellium Apple Product does not change the nature of the iOS software, but rather inserts the hypervisor layer such that the iOS software now controls virtual

---

[141]  Olivier Rpt. at ¶ 80.

[142]  Nieh Rpt. at ¶ 53; *see also* Edouard Bugnion, et al., "Hardware and Software Support for Virtualization" (2017) at 6 ("A virtual machine is taken to be an efficient, isolated duplicate of the real machine.") (emphasis omitted); ███████████████████████████████████████

[143]  Edouard Bugnion, et al., "Hardware and Software Support for Virtualization" (2017) at 6; *see also* Olivier Rpt. at ¶ 47 ("Virtualization makes use of a 'hypervisor', also known as a virtual machine monitor, which creates and runs virtual machines.").

[144]  *See, e.g.*, Olivier Rpt. at ¶ 51.

[145]  *See, e.g.*, *id*. at ¶¶ 47, 50.

hardware provided by Corellium instead of an actual iPhone or other Apple hardware.[146] Corellium and its customers therefore use Apple's iOS object code to create virtual iOS devices. These virtual iOS devices display iOS to the user just as it would appear on an actual physical Apple device right out of the box, except it is presented in a web browser and not on authorized Apple hardware.[147]   Indeed, Corellium openly advertises the ability of the Corellium Apple Product to run a replica of iOS on its virtualized environment.[148]   For example, ███████████

███████████████████████████████████████████████████████

███████████████████████████████████████

---

[146]   *See, e.g.,* ███████████



[147]   Nieh Rpt. at ¶ 13.

[148]   *See, e.g.,* Corellium HQ, Twitter (Jan. 10, 2018) https://twitter.com/CorelliumHQ/status/951277835095871489 ("Our Corellium Hypervisor for ARM enables us to run virtual iPhones in the cloud with game-changing features like: - Run any version of iOS"); Correllium-008113.000003 ███████████████

███ Corellium-013465.000002 ███████

███████; Corellium-026295 at Corellium-026299 ███████

███ , *id.* at Corellium-026318 ███
Corellium-007487.000002 ███████████████

███████████████████████████

[149]   Correllium-013465.000002; *see* ███████████████

57.     Put differently, if the Corellium Apple Product were to "transform" iOS into something else entirely, that would not be virtualization and would not produce virtual iOS machines.[150]   And removing the access and copy controls that protect iOS and prevent it from being installed on non-Apple hardware does not transform iOS but rather enables infringement by Corellium and its customers.[151]

58.     Dr. Olivier contends that Corellium's use is transformative because █████████████ ███████████████████████████████████████████████████████[152]   I disagree.  ████████████████████████████████████████████



59.     ████████████████████████████████████████████████████

████████████████████████    First, Corellium uses iOS to create virtual iOS devices that

---

[150] Skowronek Tr. at 51:8–13, 52:1–3.

[151] *See, e.g.*, Nieh Rpt. at ¶ 16.

[152] Olivier Rpt. at ¶ 81.

[153] *See* ████████████████████████████████████████
████

Corellium itself describes as replacements for Apple iPhones.[154] ██████████████

███████████████████████████████████████████████████████████████

████████████████████████████████████████████████[155]

███████████████████████████████████████████████████████████████

████████████████████████[156]

60. ██████████████████████████████████████████████████

████████████████████████████████████████.[157]

---

[154] *See, e.g.*, Corellium's Answer, Affirmative Defenses, and Counterclaims to Apple's First Amended Complaint (ECF No. 64) at 3 ("By replacing racks of physical devices with a single virtual platform, Corellium empowers software engineers to test, teach, research, and develop more efficiently and more effectively."); Corellium-008113.000002–03 ████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

[155] Skowronek Tr. at 132:12–17 █████████████████████████████

[156] *Id.* (█████████████████████████████

█████████████████); *id.* at 137:8–13

██████████████████████████ Wang Tr. (Rough) at

115:23–116:8 (███████████████████████████████),

205:15–19 (███████████████████████████████).

[157] Correllium-013351.000005 (███ █)███████████

███████████████████████████

Correllium-013295.000001

Correllium-011119.000003 ███ █

███████████████████████████

Correllium-005922.000001–02

Gorton Tr. at 101:25–102:16.



61.     Dr. Olivier further contends that

---

[158]   *See, e.g.*, The MITRE Corp., *Virtual Smart Phones in the Cloud*, https://svmp.github.io/ (describing advantages of running virtual smartphones in the cloud including: "Run mobile applications without the resource constraints of fitting on a smartphone"; "Keep sensitive data off of easily lost and stolen phones"; and "Segregate different classes of data and workloads into isolated virtual environments (either business apps on a personal phone or personal apps on a business phone)."); Meng Lai, et al., *VSP: A Virtual Smartphone Platform to Enhance the Capability of Physical Smartphone*, 2016 IEEE Trustcom-BigDataSE-ISPA 1434 (2016) ("[A] Virtual Smartphone Platform … offers  a new way to enhance the capability of physical smartphone by providing  virtual smartphone (VS) deployed in cloud."); Redfinger, https://www.cloudemulator.net/android/ (touting benefits of virtual Android smartphones, including: "No need to pay high price for another physical phone"; and "With one subscription, you can enjoy your own cloud-based android phone on Win PC, iOS devices.").

[159]   Olivier Rpt. at ¶ 82.

62. ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████[160]

But I understand these uses also are not transformative uses. ██████████████████

████████████████████████████████████████████████

████████████████████████████████

63.    Dr. Olivier further contends that Corellium "has enabled research and investigation into Apple's iOS kernel and its interactions with applications running on it that was not possible before."[161]  This too supports my opinion that Corellium's use is not transformative.  In order to enable its customers to gain an understanding of how Apple's iOS kernel and its interactions with applications running on it operate, Corellium must replicate—not transform—iOS, by making faithful copies of or only insignificant modifications to Apple's copyrighted iOS code.  Otherwise, the information provided through Corellium's virtual iOS devices would be useless to Corellium's customers.

64.    Finally, Dr. Olivier contends that "Corellium itself has been recognized by Apple and others as having researched, discovered and reported important security breaches in Apple's

---

[160]  *Id.* at ¶¶ 83–84.

[161]  *Id.* at ¶ 86.

kernel and other portions of Apple's iOS" and that "this research and investigation is of great societal benefit."[162]   But again, whether certain uses of the Corellium Apple Product may have benefited Apple and Apple's customers, the fact remains that Corellium's primary use of the iOS object code is to replicate iOS for its own profit.   Moreover, the evidence indicates that Chris Wade encouraged Corellium customers to use the Corellium Apple Product to discover and sell iOS vulnerabilities for their own profit rather than report them to Apple—hardly a "great societal benefit" as Dr. Olivier contends.[163]   In addition, I am not aware of any evidence that Azimuth, ████████████████████████, has reported any iOS vulnerabilities to Apple that Azimuth discovered using the Apple Corellium Product.   To the contrary, I understand that Azimuth has instead used the Apple Corellium Product to facilitate spying on Apple iPhone customers by foreign governments.[164]  ████████████████████████████████████████
████████████████████[165]   In my opinion, these are not "fair" uses of Apple's iOS code, nor are they of any particular "societal benefit."

---

[162]   *Id*. at ¶¶ 85–86.

[163]   *See* Siegel Rebuttal Rep. (April 13, 2020) at ¶ 40; Risky Business, *Risky Business feature: iOS exploits just got a lot more expensive*, Risky.Biz (Sep. 21, 2018), https://risky.biz/RB514_feature/, 13:45–13:55; APL-CORELLIUM_00018664 (████████████
████████████████████████████).

[164]   Siegel Opening Rpt. (March 3, 2020) at ¶¶ 66, 73 ("Azimuth Security, ████████████████████
████████████████████, is publicly reported to be in the business of developing, 'zero-day exploits, according to six sources.'"); Joseph Cox & Lorenzo Frenceschi-Bicchierai, *How a Tiny Startup Became The Most Important Hacking Shop You've Never Heard Of*, Motherboard Vice (Feb. 7, 2018), https://www.vice.com/en_us/article/8xdayg/iphone-zero-days-inside-azimuth-security.

[165]   ████████████████████████████

### B. Apple's Distribution of IPSW Files to Authorized Customers via the Internet Does Not Authorize Corellium's Actions

65. Dr. Olivier contends that "Apple's alleged copyrighted iOS object code is published freely and available on the Internet from Apple."[166] To the extent Dr. Olivier is suggesting that, by choosing to distribute software updates in this manner, Apple has permitted anyone to download iOS object code and do with it as they please in violation of Apple's copyrights, I disagree. First, I understand Apple's Software License Agreement (SLA) for iOS permits only customers with legitimate Apple devices to download IPSW files and limits their use of the IPSW files to: using, restoring, updating, or storing a backup copy of, iOS on their iPhones.[167] I understand that the mere act of downloading a IPSW file itself binds you to terms of the SLA.[168] The SLA grants "a limited non-exclusive license to use the iOS Software on *a single Apple-branded iOS Device*."[169] With regard to iOS Software Updates, the SLA grants "a limited nonexclusive license to download iOS Software Updates that may be made available by Apple *for your model of the iOS Device* **to update or restore the software on any such iOS Device that you own or control**."[170] The SLA expressly prohibits users from "distribut[ing] or mak[ing] the iOS Software available over a network where it could be used by multiple devices at the same time."[171] It also restricts uses of downloaded IPSW files:

---

[166] Olivier Rpt. at ¶ 88.

[167] Nieh Rpt. at ¶¶ 64–66, 443, 452, 461, 470, 479, 488, 497, 506, 515, 524, 533, 542, 551, 560, 569, 578, 587, 596.

[168] *See, e.g.*, APL-CORELLIUM_00043167 (iOS 12 SLA) at 1 ("BY USING YOUR iOS DEVICE OR DOWNLOADING A SOFTWARE UPDATE, AS APPLICABLE, YOU ARE AGREEING TO BE BOUND BY THE TERMS OF THIS LICENSE.").

[169] *See, e.g.*, *id.* at ¶ 2(a) (emphasis added).

[170] *See, e.g.*, *id.* at ¶ 2(b) (emphasis added).

[171] *Id.* at ¶ 2(a).

> If you download an iOS Software Update to your computer, you may make one copy of the iOS Software Updates stored on your computer in machine readable form *for backup purposes only*, provided that *the backup copy must include all copyright or other proprietary notices contained on the original*.[172]

66.



In short, Dr. Olivier's suggestion that Apple makes its iOS code freely available to anyone to use in any manner, and without any restrictions, cannot be squared with the facts.

67.     Second, as explained in my opening report, Apple implements a number of technological protection measures designed to prevent unauthorized uses of iOS.[175]



---

[172]  *Id*. at ¶ 2(b) (emphasis added).

[173]  *See, e.g.*, Correllium-008932

Correllium-011322

Correllium-007941.000002

Correllium-005420.000002

[174]  Correllium-011119.000009 (emphasis added).

[175]  Nieh Rpt. at ¶¶ 69–79.

68.     In sum, Apple has implemented both licensing and technological protection measures for preventing unauthorized copying, modification, distribution, and display of iOS. The fact that Apple makes IPSW files publicly available for its customers to download and use in compliance with their licenses does not indicate that Corellium's use of iOS object code in its commercial endeavor is in any way authorized or sanctioned by Apple.

69.     Dr. Olivier suggests that some portions of the iOS object code may not have been developed by Apple and/or may be open source software.[178]  But as explained in Section V.A above, whether components of the kernel may be open source does not change the fact that iOS as a whole—including proprietary additions that Apple made to the iOS kernel—reflects Apple's own creative expression, including the overall OS environment, the libraries on top of the kernel, and the default software installed with iOS.  Notably, Dr. Olivier does not contend that iOS as a whole is not entitled to copyright protection.  Nor does anything in his report undermine the conclusion that the creative features of iOS highlighted in my opening report—such as contextual improvements to Siri, intelligent sensing for live photos and video recording, new emoji characters, expressive messaging, photo memories, new Siri voices, Animojis, paying others using

---

[176]  *Id.*; *see also* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[177]  *See, e.g.*, Krstić Tr. at 128:2–129:9 ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[178]  Olivier Rpt. at ¶ 89.

Apple Pay through Messages or Siri, and creative and artistic GUI elements—were developed by Apple and constitute protectable expression under copyright.

70.     Further, I have confirmed that the features I discussed in my opening report were all developed by Apple and are not subject to any open source license.  In addition to discussions with Lee Peterson at Apple, and my review of portions of iOS source code, I visited Apple's webpage describing Apple's open source software, https://opensource.apple.com/.  I reviewed the "Open Source Reference Library" as well as the files and documentation within the open source software releases for each version of iOS.[179]  None of these documents or files indicated that any of the creative iOS features described in my opening report has been released under any open source license.  I also understand from Mr. Peterson that for each version of iOS, the code reflected on https://opensource.apple.com/ accounts for only a small fraction of iOS.

## C.     Corellium Copies the Entirety of Apple's Copyrighted Works

71.     Dr. Olivier suggests that Corellium's use of Apple's works is not substantial because, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[179] *See, e.g.*, Apple Inc., *Mach Overview*, Kernel Programming Guide, https://developer.apple.com/library/archive/documentation/Darwin/Conceptual/KernelProgramming/Mach/Mach.html#//apple_ref/doc/uid/TP30000905-CH209-TPXREF101; Apple Inc., *BSD Overview*, Kernel Programming Guide, https://developer.apple.com/library/archive/documentation/Darwin/Conceptual/KernelProgramming/BSD/BSD.html#//apple_ref/doc/uid/TP30000905-CH214-TPXREF101; Apple Inc., *Apple Open Source*, https://opensource.apple.com/ ("iOS").

[180] Olivier Rpt. at ¶ 90.
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

██████████████████████[181]   I understand that copying an IPSW file that contains Apple's copyrighted iOS code for an unauthorized purpose is improper.  As discussed above, the SLA allows users to download the IPSW file for the limited purposes of installing, restoring, updating, or backing up iOS installed on an Apple iPhone.  ██████████████████████

██████████████████████████████████████

██████████████████[182]   This is unauthorized copying of the IPSW. ██████████████████

██████████████████████████. . ██████████████████

██████████████████████[183]

72.     In addition, Dr. Olivier does not dispute that ██████████████████

██████████████████████████████████████

████████████████████ ████████████████████████

██████████████████████████████████████

████████████████████ ████████████████████████

---



[182] ████████████████████████████████████████████████████████████████████████████████████

[183] ████████████████████████████████████████████████████████

[184] ████████████████████████████████████████████████████████████████████████████

[185]   Skowronek Tr. at 224:3–17.

 As

explained in my opening report, the ███████████████████████████████████

████████████████████████████████████████████████████.[186]

73.   ████████████████████████████████████████████

█████████████████████████   ████████████████████████████████

████████████████████████████████████████████████████████████

████████████████   To the extent Dr. Olivier is permitted to supplement his opening report with this

information, I reserve the right to respond. ████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████

**D.   Corellium's Product Adversely Affects the Market for Licensed Uses of iOS**

74.   Dr. Olivier contends that "Apple is not in the market of selling a virtual machine

for executing their iOS."[188]   I understand that even if this were true, it still would not give

Corellium the right to distribute and copy Apple's IPSW files and iOS object code.   But in any

case, the Corellium Apple Product creates virtual iOS devices that do in fact compete with original

iOS devices.[189]   Indeed, Corellium touts a key benefit of the Corellium Apple Product is that users

no longer need to purchase Apple iOS devices to use and test iOS.   For instance, in one public

filing in this case, Corellium stated explicitly: "By replacing racks of physical devices with a single

---

[186]   *See* Skowronek Tr. at 213:13–23 ███████████████████████████████████████
████████████████   *see generally* Nieh Rpt. § X.

[187]   Olivier Rpt. at ¶ 90.

[188]   *Id*. at ¶ 91.

[189]   Corellium-009105.000004 ████████████████████████████████████

virtual platform, Corellium empowers software engineers to test, teach, research, and develop more efficiently and more effectively."[190]   The document then provides the following image, underscoring the degree to which Corellium apparently aims to substitute for sales of physical iOS devices, including authorized copies of iOS, that are sold by Apple.[191]

BEFORE CORELLIUM

 

AFTER CORELLIUM



---

[190]   ECF No. 64 (Corellium's Answer, Affirmative Defenses, and Counterclaims to Apple's First Amended Complaint) at 3; Correllium-008113.000002 ██████████████████████████████ ██████████████████████

[191]   ECF No. 64 (Corellium's Answer, Affirmative Defenses, and Counterclaims to Apple's First Amended Complaint) at 4.

75.     In addition, I understand that the fair use analysis also considers the effect on *potential* markets for the copyrighted work.  The Corellium Apple Product deprives Apple of potential revenue from the market for virtual iOS devices, which Apple could enter if it made the business decision to do so.

76.     Dr. Olivier contends that "If Apple wished to it could have developed a virtual machine for executing their iOS software and made it available to software researchers and developers."[192]  But again, I understand that the fact that Apple has not yet entered the market for providing virtual iOS devices based on its own copyrighted operating system code and graphical user interface elements does not give others the right to do so without Apple's consent.

77.     Dr. Olivier contends that "Apple makes available a simulator in Xcode for developing software for their iOS system [that] . . . many software researchers feel . . . is inferior to a virtual machine environment for software research and development."[193]  Dr. Olivier thus appears to acknowledge that the Corellium Apple Product harms, or could harm, the demand for Apple's simulator product and potential market for virtual machine iOS devices.  And as discussed above, the Corellium Apple Product also harms Apple by providing a virtual iOS substitute for a physical Apple iOS device (which, as Dr. Olivier acknowledges,[194] likely results in lost sales of iPhones).  ████████████████████████████████████

████████████████[195]████████████████████████████████████

---

[192]  Olivier Rpt. at ¶ 91.

[193]  *Id.*

[194]  *See* Olivier Rpt. at ¶ 53.

[195]  ████████████████████████████████████



78. ████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████.[199] As described above, this is contrary to Corellium's own pleadings in this case,

which concede that Corellium "replac[es] racks of physical devices with a single virtual

platform."[200] Indeed, Corellium's stated *goal* of virtualization is to replace purchases of physical

devices—in other words, to create a virtual substitute for the physical devices that run iOS.[201]

79. Dr. Olivier contends that "prehacked or jail broken devices are no substitute for a

virtualized software research and development system such as Corellium."[202] This is once again

---

[196] *See* Corellium 008963.000002 ██████████████████████████

████████

[197] Skowronek Tr. at 109:10–14.

[198] *See* Corellium 008963.000004 ████████████████████████

[199] Olivier Rpt. at ¶ 92.

[200] ECF No. 64 at 3.

[201] *See, e.g.*, Olivier Rpt. at ¶ 68 ("With Corellium a software developer or security researcher can . . . create dozens of virtual iPhones to conduct software testing"); ECF No. 64 at 4–5 ("Corellium's technology provides a substantially more scalable, convenient, and efficient solution than the status quo. For example, using Corellium's technology, security researchers and developers can quickly search for errors and vulnerabilities ('bugs') in an app or operating system across multiple device models and operating system versions and write programs to automate these tasks. Similarly, if a bug 'bricks' a virtual device and renders it unusable, a security researcher can instantly generate a new virtual machine rather than having to obtain a new physical device. This is one of several examples where Corellium's technology is more efficient than the use of physical devices to perform security research.").

[202] Olivier Rpt. at ¶ 93.

contrary to Corellium's own pleadings in this case.  I also understand Apple has announced (but has not yet rolled out) a program where Apple would provide "pre-hacked" devices.[203]  Corellium has conceded that Apple's researcher devices would "[c]ompete [w]ith Corellium's [t]echnology."[204]  And again, I understand that the fact that Apple has not yet entered the market for virtual iOS devices does not give Corellium the right to do so without Apple's permission.

## VII. DR. OLIVIER'S OPINION THAT CORELLIUM IS FREE FROM LIABILITY UNDER THE DMCA IS BASED ON A SERIES OF FACTUAL MISUNDERSTANDINGS

80.    Dr. Olivier contends that the Corellium Apple Products do not violate Section 1201(b) or Section 1201(a)(2) because "the alleged copyrighted iOS object code (including its underlying GUI elements) is freely available unencrypted from Apple over the Internet and therefore there are no copy controls, access controls or technology measures such as encryption on the alleged copyrighted iOS object to circumvent."[205]  I disagree with Dr. Olivier's suggestion that the iOS code is freely available without restrictions, for reasons discussed in Section VI.B above.  Indeed, the IPSW file itself is useless to an ordinary user unless (1) it is installed on legitimate Apple iOS hardware or (2) the technological protection mechanisms that prevent the use of iOS on unauthorized hardware are circumvented such as in the manner performed by the

---

[203]  ███████████████████████████; APL-CORELLIUM_00004095 (Apple summarizing articles in response to its announcement of the program at Black Hat 2019); Andy Greenberg, *Apple Gives Hackers a Special iPhone—And a Bigger Bug Bounty*, Wired (Aug. 8, 2019), https://www.wired.com/story/apple-hacker-iphone-bug-bounty-macos/.

[204]  ECF No. 64 (Corellium's Answer, Affirmative Defenses, and Counterclaims to Apple's First Amended Complaint) at 11; *see also id.* at 12 (stating that Apple's research devices would "stifle competition by preventing Corellium from offering third party researchers a more efficient alternative").

[205]  Olivier Rpt. at ¶ 96.

Corellium Apple Product. ██████████████████████████████████████

████████████████████████████.[206] But no reasonable software user would consider this

an invitation for others to copy, modify, or use iOS as they please or to circumvent the other iOS

protection mechanisms—███████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████.[207]

81.     Dr. Olivier contends that "the Corellium system does not provide tools to

circumvent access or copy controls, it only provides a virtual machine environment on which

software research and development can take place. Corellium does not provide decryption

technology to allow access to Apple products."[208] But as explained in my opening report, the

Corellium Apple Product *itself* circumvents, bypasses, deactivates, avoids, and impairs certain

technological protection measures implemented in Apple's hardware and software that otherwise

effectively control access to iOS and protect iOS from copyright infringement.[209]

82.     For example, as explained in my opening report, Apple's secure boot chain process

is a technological protection measure that effectively controls access to iOS and protects iOS from



[206] ████████████████████████████████████████████████████

[207] *See, e.g., id.* ████████████████████████████████████

██████████████████████████████████ 99:21–100:3.

[208] Olivier Rpt. at ¶ 98.

[209] *See* Nieh Rpt. at ¶ 441.

acts of copyright infringement.[210] ███████████████████████████

████████████████████████████████████████████

███████████████████████████████████ ████████████████

████████████████████████████████████████████

████████████████████████████████ █████████████

████████████████████████████████████████████

██████████████████████ ███████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

█████████████

     83.    In addition, as explained in my opening report, the Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures.[215] For instance, █████████████████████████████

████████████████████████████████████████████

█████████████████████████ ████████████████████

---

[210] *Id.* at § XI.A.

[211] ████████████████████

[212] ██████████████████

[213] *Id.; see also* ████████████████████

[214] *See, e.g.*, Nieh Rpt. at ¶ 444; *see also, e.g.,* ████████████████████████████████████████████████████████████████████████████████████████████████

[215] *See, e.g., id.* at ¶ 445.

[216] █████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████████ Moreover,

as explained in my opening report, the Corellium Apple Product has limited commercially

significant purpose or use other than to circumvent Apple's technological protection measures for

the purposes of launching an iOS virtual device on Corellium's non-Apple hardware.[219] As also

explained in my opening report, Corellium expressly markets its product for use in circumventing

technological protection measures.[220]

84.    Dr. Olivier suggests that "encryption" is not a technological protection measure that

protects iOS from infringement because "Apple does not encrypt the alleged copyrighted iOS

object code."[221] But as explained in my opening report, iOS uses encryption of data other than the

iOS image itself as a technological protection measure during installation, startup, and normal

operation to control access to iOS.[222] For example, the iOS installation process will not permit

iOS to be installed on a device unless a valid cryptographic signature is received from Apple's

authorization server.[223] Once installed, the iOS startup (boot) process uses cryptographic hashes

---

[217]  *Id.* at 172:9–14.

[218]  *Id.* at 172:15–18.

[219]  *See, e.g.*, Nieh Rpt. at ¶ 446.

[220]  *See, e.g.*, Nieh Rpt. at ¶ 447.

[221]  Olivier Rpt. at ¶ 99.

[222]  Nieh Rpt. at ¶¶ 69–79; *see also* ████████████████████████████████████████
████████████████████████████████████

[223]  Nieh Rpt. at ¶¶ 70–73.

to verify that the iOS software and hardware have not been tampered with.[224]  And during normal operation, iOS uses cryptographic signatures to verify the integrity of an application before it can be opened.[225]  The fact that the iOS object code itself is not encrypted has no bearing on the these technological protection mechanisms or their access control functionality, which Corellium bypasses in order to create virtualized iOS devices running on non-Apple hardware.

85.     Finally, Dr. Olivier asserts that "[i]t is not clear what Apple means by 'hardware checks, and server checks' but these alleged 'checks' are not copy controls, access controls or technology measures such as encryption decryption technology under the normal understanding of these words."[226]  As explained in my opening report, however, iOS performs a number of hardware checks and server checks during installation and startup.[227]  These checks prevent iOS from being run on unauthorized hardware and thus control access to iOS (e.g., so that it can only be accessed on authorized Apple hardware) and protect it from acts of copying, modification, and public display.[228]

86.     Corellium likely possesses additional evidence of its circumvention of Apple's technological protection measures that it has not made available to me, and which I have not yet reviewed.  For example, I understand Corellium likely possesses additional marketing evidence that it has not yet produced, including email messages with potential and actual customers and other documents and information that it relays to its potential and actual customers.

---

[224] *Id*. at ¶¶ 69, 74–76.

[225] *Id*. at ¶ 77.

[226] Olivier Rpt. at ¶ 99.

[227] Nieh Rpt. at ¶¶ 69–76.

[228] *See id*. at ¶ 79; *see also* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Such documents would likely provide additional support demonstrating that the Corellium Apple Product is specifically designed for the purpose of circumventing Apple's technological protection measures, has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, or is marketed for use in circumventing Apple's technological protection measures.

87.     I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

Dated: April 20, 2020

_____

Dr. Jason Nieh

**APPENDIX A**

**MATERIALS RELIED UPON**

**MATERIALS CONSIDERED BY DR. JASON NIEH**

| Documents | Reference/Bates Number |
|---|---|
| Corellium's Answer, Affirmative Defenses, and Counterclaims to Apple's First Amended Complaint filed January 10, 2020. | Docket No. 64 |
| Defendant's Responses to Plaintiff's First Set of Requests for Admission dated November 18, 2019. | |
| Defendant's Notice of Serving Third Amended Answers to Plaintiff's First Set of Interrogatories dated February 27, 2020. | |
| Defendant's Notice of Serving Fourth Amended Answers to Plaintiff's First Set of Interrogatories dated March 9, 2020. | |
| Expert Report of Dr. Jason Nieh dated March 3, 2020. | |
| Expert Report of James Olivier Ph.D. dated March 3, 2020. | |
| Expert Report of Michael D. Siegel, PH.D. dated March 3, 2020. | |
| Rebuttal Expert Report of Michael D. Siegel dated April 13, 2020 | |
| Deposition transcript of Ivan Krstić taken on March 19, 2020 | |
| Deposition transcript of Amanda Gorton taken on March 25, 2020 | |
| Deposition transcript of Jon Andrews taken on April 7, 2020 | |
| Deposition transcript of Stanislaw Skowronek taken on April 10, 2020 | |
| Rough Deposition transcript of David Wang taken on April 9, 2020 | |

**Apple Attorneys' Eyes Only Material**
**Apple Confidential Material**
**Corellium Attorney's Eyes Only Material**

| Documents | Reference/Bates Number |
|---|---|
| About the security content of iOS 12.1.4 – Apple, https://support.apple.com/en-us/HT209520 | |
| Android apps are snooping on your installed software – Naked Security, https://nakedsecurity.sophos.com/2020/03/27 /android-apps-are-snooping-on-your-installed-software | |
| App Review - App Store - Apple Developer, https://developer.apple.com/app-store/review/ | |
| App Store Review Guidelines - Apple Developer, https://developer.apple.com/app-store/review/guidelines/#app-completeness | |
| Apple Developer Documentation, https://developer.apple.com/documentation/ | |
| Apple Platform Security Welcome - Apple Support, https://support.apple.com/guide/security/welcome/web | |
| Apple Security Bounty - Payouts - Apple Developer, https://developer.apple.com/security-bounty/payouts/ | |
| Apple Xcode Reviews _ Clutch.co, https://clutch.co/app-development/profile/apple-xcode | |
| BSD Overview, https://developer.apple.com/library/archive/documentation/Darwin/Conceptual /KernelProgramming/BSD/BSD.html#//apple_ref/doc/uid/TP30000905-CH214-TPXREF101 | |
| Cloud-based Android Emulator, Online Virtual Android OS Platform _ Redfinger, https://www.cloudemulator.net/android/ | |

**Apple Attorneys' Eyes Only Material**
**Apple Confidential Material**
**Corellium Attorney's Eyes Only Material**

| Documents | Reference/Bates Number |
|---|---|
| CMU CS Project Mach Home Page, https://www.cs.cmu.edu/afs/cs/project/mach/public/www/mach.html | |
| Tom Warren, *Apple reveals special new iPhones for security researchers*, The Verge (Aug. 8, 2019), https://www.theverge.com/2019/8/8/20756629/apple-iphone-security-research-device-program-vulnerabilities | |
| *Dalvik is Dead: Next Version of Android Uses new ART Runtime to Boost Speed, Battery Life*, ExtremeTech (June 20, 2014), https://www.extremetech.com/computing/184889-dalvik-is-dead-next-version-of-android-uses-new-art-runtime-to-boost-speed-battery-life | |
| Android Runtime (ART) and Dalvik, https://source.android.com/devices/tech/dalvik | |
| Finjan - Android vs iOS - Which Platform is Better for Mobile Security, https://www.finjanmobile.com/android-vs-ios-which-platform-is-better-for-mobile-security/ | |
| Google's Iron Grip on Android: Controlling Open Source by Any Means Necessary," *Ars Technica* (July 21, 2018), https://arstechnica.com/gadgets/2018/07/googles-iron-grip-on-android-controlling-open-source-by-any-means-necessary/ | |
| Andy Greenberg, *Apple Gives Hackers a Special iPhone—And a Bigger Bug Bounty*, Wired (Aug. 8, 2019), https://www.wired.com/story/apple-hacker-iphone-bug-bounty-macos/ | |
| How Apple is improving mobile app security _ Macworld, https://www.macworld.com/article/2047567/how-apple-is-improving-mobile-app-security.html | |

**Apple Attorneys' Eyes Only Material**
**Apple Confidential Material**
**Corellium Attorney's Eyes Only Material**

| Documents | Reference/Bates Number |
|---|---|
| Nick Arnott, Jekyll apps: How They Attack iOS Security and What You Need to Know about Them, https://www.imore.com /jekyll-apps-how-they-attack-ios-security-and-what-you-need-know-about-them | |
| Kernel Architecture Overview, https://developer.apple.com/library/archive/documentation/Darwin/Conceptual /KernelProgramming/Architecture/Architecture.html#//apple_ref/doc/uid/TP30000905-CH1g-CACDAEDC | |
| Kernel Programming Glossary, https://developer.apple.com/library/archive/documentation/Darwin/Conceptual /KernelProgramming/Glossary/Glossary.html#//apple_ref/doc/uid /TP30000905-CH224-TPXREF1 | |
| Licensing Windows desktop operating system for use with virtual machines, https://download.microsoft.com/download/9/8/d/98d6a56c-4d79-40f4-8462-da3ecba2dc2c/licensing_windows_desktop_os_for_virtual_machines.pdf | |
| Mach Overview, https://developer.apple.com/library/archive/documentation/Darwin/Conceptual /KernelProgramming/Mach/Mach.html#//apple_ref/doc/uid/TP30000905-CH209-TPXREF104 | |
| Norton - Android vs. iOS: Which is more secure?, https://us.norton.com/internetsecurity-mobile-android-vs-ios-which-is-more-secure.html | |
| NSAppTransportSecurity - Information Property List _ Apple Developer Documentation, https://developer.apple.com/documentation/bundleresources/information_property_list /nsapptransportsecurity | |
| Open Source – Releases, https://opensource.apple.com/ | |

**Apple Attorneys' Eyes Only Material**
**Apple Confidential Material**
**Corellium Attorney's Eyes Only Material**

| Documents | Reference/Bates Number |
| --- | --- |
| Sandboxing - Apple Support, https://support.apple.com/guide/security/sandboxing-sec15bfe098e/web | |
| The MITRE Corp., *Virtual Smart Phones in the Cloud*, https://svmp.github.io/ | |
| Zack Whittaker, "Sources Say China Used iPhone Hacks to Target Uyghur Muslims," *TechCrunch* (Aug. 31, 2019), https://techcrunch.com/2019/08/31/china-google-iphone-uyghur/ | |
| Understanding Oracle Certification, Support and Licensing for VMware Environments, https://www.vmware.com/content/dam/digitalmarketing/vmware/en/pdf/whitepaper/solutions/oracle/understanding_oracle_certification_support_licensing_vmware_environments-white-paper.pdf | |
| Joseph Cox, Lorenzo Franceschi-Bicchierai, "How A Tiny Startup Became The Most Important Hacking Shop You've Never Heard Of," Motherboard Vice (Feb. 7, 2018), https://www.vice.com/en_us/article/8xdayg/iphone-zero-days-inside-azimuth-security | |
| Vintage and obsolete products - Apple Support, https://support.apple.com/en-us/HT201624 | |
| Andrei Frumusanu, *A Closer Look at Android RunTime (ART) in Android L* (July 1, 2014), https://www.anandtech.com/show/8231/a-closer-look-at-android-runtime-art-in-android-l/ | |
| A state of mobile device security: Android vs. iOS, https://www.zdnet.com/article/the-state-of-mobile-device-security-android-vs-ios/ | |
| Corellium HQ, Twitter (Jan. 10, 2018), https://twitter.com/CorelliumHQ/status/951277835095871489 | |

**Apple Attorneys' Eyes Only Material**
**Apple Confidential Material**
**Corellium Attorney's Eyes Only Material**

| Documents | Reference/Bates Number |
|---|---|
| Risky Business feature: iOS exploits just got a lot more expensive - Risky Business, https://risky.biz/RB514_feature | |
| Arpita J. Bhatt, et al., *iABC: Towards a Hybrid Framework for Analyzing and Classifying Behaviour of iOS Applications Using Static and Dynamic Analysis, Journal of Information Security and Applications* 41 (2018) | |
| Edouard Bugnion, Jason Nieh, & Dan Tsafrir, Hardware and Software Support for Virtualization 1 (Margaret Martonosi ed., 2017) | |
| Arpita J. Bhatt, et al., *Network Forensics Analysis of iOS Social Networking and Messaging Apps*, Proceedings of 2018 Eleventh International Conference on Contemporary Computing (IC3), 2-4 (2018) | |
| Johannes Feichtner, et al., *Automated Binary Analysis on iOS: A Case Study on Cryptographic Misuse in iOS Applications*, WiSec '18: Proceedings of the 11th ACM Conference on Security & Privacy in Wireless and Mobile Networks, 236-247 (2018). | |
| Hongliang Liang, et al., *DMIA: A Malware Detection System on IOS Platform*, Eighth International Conference on Networks & Communications, (2016) | |
| Andreas Kurtz, et al., *DiOS: Dynamic Privacy Analysis of iOS Applications*, Friedrich-Alexander-Universität Erlangen-Nürnberg, Dept. of Computer Science, Technical Reports, CS-2014-03, 5 (2014) | |
| Meng Lai, et al., *VSP: A Virtual Smartphone Platform to Enhance the Capability of Physical Smartphone*, 2016 IEEE Trustcom/BigDataSE/I SPA 1434 (2016) | |
| ████████████████████████████ | APL-CORELLIUM_00004095-APL-CORELLIUM_00004100 |
| Certificate of Registration for Apple iOS 11.0.1 Software, Effective Date of Registration August 8, 2018. | APL-CORELLIUM_00004827-APL-CORELLIUM_00004828 |

**Apple Attorneys' Eyes Only Material**
**Apple Confidential Material**
**Corellium Attorney's Eyes Only Material**

| Documents | Reference/Bates Number |
|---|---|
| Certificate of Registration for Apple iOS 10.0 Software, Effective Date of Registration November 10, 2016. | APL-CORELLIUM_00004844-APL-CORELLIUM_00004845 |
| Certificate of Registration for Apple iOS 11.0 Software, Effective Date of Registration December 22, 2017. | APL-CORELLIUM_00004846-APL-CORELLIUM_00004847 |
| Certificate of Registration for Apple iOS 11.3 Software, Effective Date of Registration August 8, 2018. | APL-CORELLIUM_00004848-APL-CORELLIUM_00004849 |
| Certificate of Registration for Apple iOS 9.0 Software, Effective Date of Registration June 20, 2016. | APL-CORELLIUM_00004850-APL-CORELLIUM_00004851 |
| Certificate of Registration for Apple iOS 9.1 Software, Effective Date of Registration June 21, 2016. | APL-CORELLIUM_00004852-APL-CORELLIUM_00004853 |
| Certificate of Registration for Apple iOS 11.4 Software, Effective Date of Registration July 23, 2018. | APL-CORELLIUM_00004960-APL-CORELLIUM_00004961 |
| Certificate of Registration for Apple iOS 11.2 Software, Effective Date of Registration November 9, 2018. | APL-CORELLIUM_00005020-APL-CORELLIUM_00005021 |
| Certificate of Registration for Apple iOS 12.0 Software, Effective Date of Registration December 4, 2018. | APL-CORELLIUM_00005022-APL-CORELLIUM_00005023 |
| Certificate of Registration for Apple iOS 11.2.5 Software, Effective Date of Registration November 9, 2018. | APL-CORELLIUM_00005024-APL-CORELLIUM_00005025 |
| Certificate of Registration for Apple iOS 12.1.1 Software, Effective Date of Registration January 25, 2019. | APL-CORELLIUM_00005079-APL-CORELLIUM_00005080 |

**Apple Attorneys' Eyes Only Material**
**Apple Confidential Material**
**Corellium Attorney's Eyes Only Material**

| Documents | Reference/Bates Number |
|---|---|
| Certificate of Registration for Apple iOS 12.2 Software, Effective Date of Registration June 25, 2019. | APL-CORELLIUM_00005149-APL-CORELLIUM_00005150 |
| ████████████████████████ | APL-CORELLIUM_00018664-APL-CORELLIUM_00018671 |
| iOS 12 License Agreement | APL-CORELLIUM_00043167-APL-CORELLIUM_00043617 |
| ██████████████████████████████ | Correllium-005420.000001-Correllium-005420.000004 |
| ████████████████████████████████████ | Correllium-005922.000001-Correllium-005922.000002 |
| ███████████████████████ | Correllium-007487.000001-Correllium-007487.000005 |
| ██████████████████████████ | Correllium-007941.000001-Correllium-007941.000002 |
| █████████████████████████████████ | Correllium-008113.000001-Correllium-008113.000007 |
| ███████████████████████ | Correllium-008932.000001-Correllium-008932.000004 |
| ██████████████████████████████████ | Correllium-008963.000001-Correllium-008963.000004 |

8

**Apple Attorneys' Eyes Only Material**
**Apple Confidential Material**
**Corellium Attorney's Eyes Only Material**

| Documents | Reference/Bates Number |
|---|---|
| ███████████████ | Corellium-009105.000001-Corellium-009105.000008 |
| ████████████████████████████ | Corellium-011119.000001-Corellium-011119.000010 |
| ██████████████████████████████ | Corellium-011322.000001-Corellium-011322.000003 |
| ███████████████████ | Corellium-013295.000001-Corellium-013295.000012 |
| ████████████████████████ | Corellium-013351.000001-Corellium-013351.000010 |
| ██████████████ | Corellium-013465.000001-Corellium-013465.000023 |
| ████████████████████████ | Corellium-013877.000001-Corellium-013877.000004 |
| ███████████████████████████ | Corellium-013938.000001-Corellium-013938.000003 |
| █████████████████████████████ | Corellium-014372-Corellium-014374 |
| ███████████████ | Corellium-026295-Corellium-026323 |

**Apple Attorneys' Eyes Only Material**
**Apple Confidential Material**
**Corellium Attorney's Eyes Only Material**

| Documents | Reference/Bates Number |
|---|---|
| | APL-CORELLIUM-SC-0001-<br>APL-CORELLIUM-SC-0005 |
| | APL-CORELLIUM-SC-0006-<br>APL-CORELLIUM-SC-0007 |
| | APL-CORELLIUM-SC-0008-<br>APL-CORELLIUM-SC-0026 |
| | APL-CORELLIUM-SC-0027-<br>APL-CORELLIUM-SC-0036 |
| | APL-CORELLIUM-SC-0037-<br>APL-CORELLIUM-SC-0039 |
| | APL-CORELLIUM-SC-0040 |
| | APL-CORELLIUM-SC-0041-<br>APL-CORELLIUM-SC-0049 |
| | APL-CORELLIUM-SC-0050-<br>APL-CORELLIUM-SC-0059 |
| | APL-CORELLIUM-SC-0060-<br>APL-CORELLIUM-SC-0061 |
| | APL-CORELLIUM-SC-0062-<br>APL-CORELLIUM-SC-0074 |

**Apple Attorneys' Eyes Only Material**
**Apple Confidential Material**
**Corellium Attorney's Eyes Only Material**

| Documents | Reference/Bates Number |
|---|---|
| | APL-CORELLIUM-SC-0075-<br>APL-CORELLIUM-SC-0078 |
| | APL-CORELLIUM-SC-0079-<br>APL-CORELLIUM-SC-0081 |
| | APL-CORELLIUM-SC-0082-<br>APL-CORELLIUM-SC-0090 |
| | APL-CORELLIUM-SC-0091-<br>APL-CORELLIUM-SC-0094 |
| | APL-CORELLIUM-SC-0095-<br>APL-CORELLIUM-SC-0097 |
| | APL-CORELLIUM-SC-0098-<br>APL-CORELLIUM-SC-0106 |
| | APL-CORELLIUM-SC-0107-<br>APL-CORELLIUM-SC-0122 |
| | APL-CORELLIUM-SC-0123-<br>APL-CORELLIUM-SC-0131 |
| | APL-CORELLIUM-SC-0132-<br>APL-CORELLIUM-SC-0133 |
| | APL-CORELLIUM-SC-0134-<br>APL-CORELLIUM-SC-0135 |

**Apple Attorneys' Eyes Only Material**
**Apple Confidential Material**
**Corellium Attorney's Eyes Only Material**

| Documents | Reference/Bates Number |
|---|---|
| | APL-CORELLIUM-SC-0136-<br>APL-CORELLIUM-SC-0143 |
| | APL-CORELLIUM-SC-0144-<br>APL-CORELLIUM-SC-0147 |
| | APL-CORELLIUM-SC-0148-<br>APL-CORELLIUM-SC-0149 |
| | APL-CORELLIUM-SC-0150-<br>APL-CORELLIUM-SC-0157 |
| | APL-CORELLIUM-SC-0158-<br>APL-CORELLIUM-SC-0163 |
| | APL-CORELLIUM-SC-0164-<br>APL-CORELLIUM-SC-0174 |
| | APL-CORELLIUM-SC-0175-<br>APL-CORELLIUM-SC-0202 |
| | APL-CORELLIUM-SC-0203-<br>APL-CORELLIUM-SC-0217 |
| | APL-CORELLIUM-SC-0218-<br>APL-CORELLIUM-SC-0222 |

**Apple Attorneys' Eyes Only Material**
**Apple Confidential Material**
**Corellium Attorney's Eyes Only Material**

| Documents | Reference/Bates Number |
|---|---|
| █████████████████████████████ | APL-CORELLIUM-SC-0223 |
| █████████████████████████████ | APL-CORELLIUM-SC-0224-<br>APL-CORELLIUM-SC-0226 |
| █████████████████████████████ | APL-CORELLIUM-SC-0227-<br>APL-CORELLIUM-SC-0238 |
| █████████████████████████████ | APL-CORELLIUM-SC-0239-<br>APL-CORELLIUM-SC-0264 |
| █████████████████████████████ | APL-CORELLIUM-SC-0265-<br>APL-CORELLIUM-SC-0268 |
| █████████████████████████████ | APL-CORELLIUM-SC-0269-<br>APL-CORELLIUM-SC-0278 |
| █████████████████████████████ | APL-CORELLIUM-SC-0279-<br>APL-CORELLIUM-SC-0319 |
| █████████████████████████████ | APL-CORELLIUM-SC-0320-<br>APL-CORELLIUM-SC-0362 |
| █████████████████████████████ | APL-CORELLIUM-SC-0363-<br>APL-CORELLIUM-SC-0448 |
| █████████████████████████████ | APL-CORELLIUM-SC-0449-<br>APL-CORELLIUM-SC-0512 |

**Apple Attorneys' Eyes Only Material**
**Apple Confidential Material**
**Corellium Attorney's Eyes Only Material**

| Documents | Reference/Bates Number |
|---|---|
| ██████████████████████ ███████████████████████ | APL-CORELLIUM-SC-0513- APL-CORELLIUM-SC-0523 |
| ████████████████ ██████████████████████ | APL-CORELLIUM-SC-0524 |
| ██████████████ ████████████████████████████ | |
| ████████████ █████████████████████ | |
| ██████████ ███████████████████████████ | |
| ██████████████ ████████████████████ | |
| ████████████ ███████████ | |
| ██████████ █████████ | |
| ████████████████████ █████████████████ | |

**Apple Attorneys' Eyes Only Material**
**Apple Confidential Material**
**Corellium Attorney's Eyes Only Material**

| Documents | Reference/Bates Number |
|---|---|
| ███████████████████████ | |
| ███████████████████████████ | |
| ████████████████████████ | |
| ████████ | |
| █████████████ | |
| ███████████████████████████████ | |
| ███████████████████████████████ | |
| ██████████████████████ | |
| ████████████████████ | |
| ████████████████████████ | |

**Apple Attorneys' Eyes Only Material**
**Apple Confidential Material**
**Corellium Attorney's Eyes Only Material**

| Documents | Reference/Bates Number |
|---|---|
| ████████████ ████████████ | |
| ████████ ████████████ | |