# EXHIBIT H

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

     Plaintiff,

  v.

CORELLIUM, LLC,

     Defendant.

**SUPPLEMENTAL EXPERT REPORT OF DR. JASON NIEH**

**MAY 1, 2020**

CONTAINS CORELLIUM ATTORNEYS' EYES ONLY MATERIAL

CONTAINS CORELLIUM CONFIDENTIAL MATERIAL

CONTAINS CORELLIUM SOURCE CODE MATERIAL

CONTAINS APPLE ATTORNEYS' EYES ONLY MATERIAL

CONTAINS APPLE CONFIDENTIAL MATERIAL

CONTAINS AZIMUTH SECURITY ATTORNEYS' EYES ONLY MATERIAL

1

## TABLE OF CONTENTS

I.      INTRODUCTION ...................................................................................3

II.     Information Relied Upon .......................................................................3

III.    Summary of Opinions ..........................................................................10

IV.     Apple's Technology .............................................................................10

        A.      iOS ............................................................................................10

        B.      Security Controls Implemented by iOS and Apple Mobile Devices .........15

V.      Apple's Copyrighted Works ................................................................29

VI.     The Corellium Apple Product (CAP) ..................................................33

        A.      Hardware and Software ...........................................................34

        B.      Setup and Configuration .........................................................41

        C.      Selecting a New Virtual Device in the CAP ...........................45

        D.      Creating A New Virtual Device on the CAP ..........................54

        E.      Operation of the Corellium Apple Product .............................99

        F.      Providing IPSWs to Customers .............................................114

        G.      Testing and Development .......................................................115

        H.      Versions of iOS Supported by the Corellium Apple Product .................116

VII.    Evidence Supporting Corellium's Reproduction, Modification,
        Distribution, and Display of Apple's Copyrighted Works ..................122

        A.      iOS ..........................................................................................122

        B.      Separately Registered GUI Elements......................................229

VIII.   Evidence Supporting Corellium's Circumvention of Apple's Security
        Measures ..............................................................................................258

        A.      iOS ..........................................................................................258

IX.     Dr. Olivier's Improper Legal Conclusion That the Corellium Apple
        Products Constitute Fair Use is Based on An Incorrect Understanding Of

the Facts ...................................................................................284

A.      Evidence Supports a Conclusion that Corellium's Use of iOS is of
        a Commercial Nature ..............................................................284

B.      Corellium Copies the Entirety of Apple's Copyrighted Works..............287

C.      Evidence Supports a Conclusion Corellium's Product Adversely
        Affects the Market for Licensed Uses of iOS ..........................287

I.      **INTRODUCTION**

1.      I submitted an Opening Expert Report on March 3, 2020 ("Nieh Rpt.") which I incorporate by reference herein.  I provided information about my education, qualifications, publications, compensation, and scope of retention in my Opening Report.  I also submitted a Rebuttal Expert Report, a corrected version of which was served April 20, 2020 ("Nieh Rebuttal Rpt."), which I incorporate by reference herein.[1]

2.      I may prepare and use demonstrative exhibits at trial to illustrate my opinions and the information contained in this report.  All emphasis in quotations in this report has been added unless indicated otherwise.

II.     **INFORMATION RELIED UPON**

3.      The opinions stated in this report are based on information currently available to me.  In preparing this supplemental report, I considered the materials listed in Appendix A and all materials referenced in this report.  I considered the information in my Opening Report served on March 3, 2020 and the materials listed in Appendix B thereto.  I also considered the information in my corrected Rebuttal Report served on April 20, 2020 and the materials listed in Appendix A thereto.  I also considered information provided during discussions that I had with certain Apple employees, namely, Jon Andrews, Pierre-Olivier Martel, Lee Peterson, and Eric Brown.  Appendix B to this report contains a summary of certain information I learned from conversations with Lee Peterson.  This report is also based on my knowledge and experience with operating systems, virtualization, mobile computing, cloud computing, and computer

---

[1] Unless otherwise specified, all references to "Nieh Rebuttal Rpt." refer to the corrected version served on April 20, 2020.

architecture.

4.      In preparing my report, I have also considered the information in the Expert Report of Dr. Michael Siegel (March 3, 2020) and Appendices A and B thereto, the Rebuttal Expert Report of Dr. Michael Siegel (April 13, 2020) and Appendices A and B thereto, the Expert Report of Dr. James Olivier (March 3, 2020) and Attachments A, B, and C thereto, the Rebuttal Expert Report of Dr. James Olivier (April 13, 2020) and Attachment 1 thereto, the Expert Report of Alexander Stamos (March 3, 2020), the Rebuttal Expert Report and Declaration of Alexander Stamos (April 13, 2020), the Declaration and Expert Report of Clark Asay (March 3, 2020), the Expert Report of Clark Asay (April 13, 2020).

5.      At the time of my Opening Report on March 3, 2020, I had access to very little technical information about the Corellium Apple Product ("CAP"), as Corellium had not made such material available to me.[2]

6.      Since I submitted my Opening Report on March 3, 2020, I have learned many new things that are relevant to my understanding of the CAP, such as information I learned from recently made available technical documentation, source code, deposition testimony, and my personal interaction with the on-premises and cloud-based versions of the CAP.  In this report, I supplement the initial opinions I provided in my Opening Report based on what I've learned from this newly obtained information.  Supplemental information I have considered in this report includes:

- Corellium served various responses and amended responses to Apple's written discovery requests, and Apple served various responses and amended responses to Corellium's written discovery requests.  I have reviewed the responses that are listed in Appendix A

---

[2] *See generally* Nieh Rpt. ¶ 11.

to this report, in addition to any responses cited in my previous reports in this matter.

- On March 10, 2020, Corellium sent Apple's counsel an email containing a diagram showing the architecture of the Corellium Apple Product and a list of notes describing various patches.[3]

- On March 12, 2020, I traveled to the offices of Corellium's outside counsel in West Palm Beach, Florida to review the source code for portions of the Corellium Apple Product.[4] Based on my conversation with Corellium's Chief Technology Officer Chris Wade, I understand that the source code I reviewed: 1) had been redacted to remove what Corellium had deemed to be "non-iOS" information,[5] and 2) represented the single most current version of both the cloud and on-premises versions of the CAP, not any prior versions.[6]

- On March 12, 2020, I traveled to Corellium's office in Boynton Beach, Florida to review an on-premises version of CAP that Corellium made available to me for inspection.[7] According to Corellium's representations, the on-premises version of CAP I inspected represented a current version of the on-premises CAP on a private server.[8]

---

[3] *See* Declaration of Jason Nieh in Support of Apple's Motion to Compel (March 15, 2020) at ¶ 20.

[4] *See id.* at ¶ 21.

[5] *Id.* at ¶ 26.

[6] *Id.* at ¶ 28.

[7] *Id*. at ¶ 31.

[8] *Id.*

- That same day, Corellium made available for inspection an internet browser with access to what Corellium represented was an "old" version of the cloud version of the CAP, prior to changes made around February 2020.[9]  I inspected both products during my March 12, 2020 visit.

- On March 19, 2020, Corellium deposed Ivan Krstić, Head of Security Engineering and Architecture at Apple.  I reviewed a transcript of the deposition.

- On March 20, 2020, the Court issued an "Omnibus Order Providing Discovery Rulings After March 16, 2020 Discovery Hearing," which ordered Corellium to produce all source code for the CAP, an on-premises version of the CAP, and all technical documents that would enable me to "fully evaluate whether and, if so, how, the CAP copies, modifies, or displays Apple's copyrighted works and/or circumvents all of Apple-implemented technical measures," to include all aspects of the CAP, including the hypervisor.[10]

- Between March 20, 2020 and April 20, 2020, Corellium produced certain technical documentation regarding the design and operation of the Corellium Apple Product.  The documents I have considered are listed in Appendix A to this report.

- On April 3, 2020, I received credentials to remotely inspect the on-premises version of the CAP.  Corellium represented that these credentials enable full administrator access and privileges to the on-premises version of CAP, just as one of Corellium's customers

---

[9] *Id.*

[10] ECF. No. 249.

would have.[11]

- On April 6, 2020, Corellium made available  source code ███████. [12] At various times between April 6, 2020 and the date of this report, I remotely reviewed this source code.

- On April 7, 2020, Corellium deposed Jonathan Andrews, Vice President of Core OS, Software Engineering at Apple.  I reviewed a transcript of the deposition.

- On April 9, 2020, Apple deposed David Wang, co-founder and Chief of Platform[13] of Corellium.[14]  I attended part of the deposition and reviewed a transcript of the deposition.[15]

- On April 10, 2020, Apple deposed Stanislaw Skowronek, co-founder and Chief Architect[16] of Corellium, and a 30(b)(6) witness for Corellium designated to speak on various technical aspects of Corellium's product.[17] I attended part of the deposition and

---

[11] ECF No. 290 at 4; ECF No. 285-2 (Wade Decl.) ¶ 6.a.

[12] ECF No. 290 at 7.

[13] *See* Corellium-009105 at 3 (███████).

[14] *See* Wang Tr. at 38:19–39:20.

[15] *Id.* at 2:15.

[16] *See* Corellium-009105 at 3 (███████).

[17] *See* Topic Nos. 1–12 listed in Corellium's Responses and Objection to Apple Inc.'s Notice of Rule 30(b)(6) Deposition of Defendant Corellium, Inc.; Skowronek Tr. at 46:19–21.

reviewed a transcript of the deposition.[18]

- On April 13, 2020, Apple deposed Chris Wade, co-founder and Chief Technology Officer of Corellium.[19]  I attended part of the deposition and reviewed a transcript of the deposition.[20]

- On April 20, 2020, Corellium deposed Lee Peterson, the manager of build engineering project managers at Apple.[21]  I have reviewed a transcript of the deposition.

- On April 21, 2020, Apple and Corellium agreed to a stipulation of certain facts relating to the CAP.[22]  I have reviewed this stipulation.

- On April 21, 2020, Apple deposed ███████████, a corporate witness designated by third-party Azimuth Security, LLC to testify on topics relating Corellium and the Corellium Apple Product.  I have reviewed a transcript of the deposition.

- On April 24, 2020, Apple deposed Dr. James Olivier, one of Corellium's experts in this litigation.  I have reviewed a transcript of the deposition.

- On April 24, 2020, Apple deposed Alexander Stamos, one of Corellium's experts in this litigation.  I have reviewed a transcript of the deposition.

    7.      Below, I supplement the initial opinions offered in my Opening Report based on my review of all of the aforementioned documentation, source code, and testimony ("supplemental information").

---

[18] *Id.* at 6:15.

[19] Wade Tr. at 10:22–25.

[20] *Id.* 5:6–9.

[21] *See, e.g.*, Peterson Tr. at 16:23–17:3.

[22] ECF Nos. 354-1, 354-2.

8.      The content of this report, and my opinions expressed herein, are necessarily limited by the information that Corellium has made available for my review.  While many of the information deficiencies I identified in my Opening Report have been remedied, it is possible that Corellium possesses, but has not yet provided, additional technical documentation or other information that would inform my opinions in this report.  For example, while I have reviewed

█████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████,[23] I understand that Corellium has only produced a relatively small number of such documents.  As another example, Corellium has not provided any of its earlier versions of its product, just current versions along with summaries of changes, leaving me unable to operate such earlier versions as they originally existed at earlier times.[24]  Such documents and information would likely further inform my understanding of the CAP and the changes that were made to the CAP over time.

9.      I reserve the right to revise my opinions as my investigation continues and to supplement or amend my opinions, if required, in response to further information provided by Corellium, supplemental information or opinions provided by Corellium's expert(s), decisions made by the court in which this action is pending, or decisions by other courts.

10.      I may prepare and use demonstrative exhibits at trial to illustrate my opinions and the information contained in this report and the other reports I have prepared in this matter, including but not limited to slide presentations, images and/or video, and written summaries.

---

[23] *See, e.g.*, Corellium-022712; Corellium-022714; Corellium-025414; Corellium-025415.

[24] *See* ████████████████████████████████████████████████████████████
████████████████████████████████████████

### III.    SUMMARY OF OPINIONS

11.    The supplemental information I have considered confirms my opinion that the Corellium Apple Product ("CAP") provides its users with the ability to create virtual Apple mobile devices like iPhones, running actual versions of Apple's mobile operating system, iOS, which CAP modifies in order to run on non-Apple hardware.  CAP's provides the ability for its users to see and interact with iOS's interactive visual displays through CAP's web browser, instead of using a physical Apple device.

12.    The supplemental information I have considered confirms that CAP copies, modifies, displays and distributes certain copyrighted versions of iOS as described in detail in this report.

13.    The supplemental information I have considered confirms that CAP copies, displays and distributes certain separately registered graphical elements contained in some versions of iOS as described in detail in this report.

14.    Finally, as described in detail in this report, the supplemental information I have considered confirms that CAP bypasses, omits, or deactivates certain technical features that Apple has built into iOS that ordinarily serve to ensure that users can only access, run, copy, modify, and display the iOS software on Apple hardware.

### IV.    APPLE'S TECHNOLOGY

#### A.    iOS

15.    As discussed in my Opening Report, Apple's iOS encompasses the entire OS environment, including firmware acting as an intermediary between the software and underlying hardware, low-level drivers, high-level code tailored to a particular hardware device, the underlying default file system, and standard applications that come preinstalled in the

environment.[25]  Based on my review of testimony from Apple's employees, I confirm this is true.[26]  In particular, iOS includes standard applications that come pre-installed on an iOS device, such as the Calculator, Mail, Safari, Calendar, Photos, News, and Messages.[27]

16.     In my Opening Report, I explained that IPSW files are software update files released by Apple that allow users to install new versions of iOS.[28]  As I explained, an IPSW file contains an "image" of iOS, data which represents the images and other graphical assets that display on the iOS GUI, and other files and data utilized by iOS.[29]  More specifically, as confirmed through my personal inspection of IPSW files during my interactions with CAP,[30] an IPSW file (which is a zip archive) includes, but is not limited to, the following iOS components:[31]

- Image files (each ending with a "dmg" extension):

    1)  Restore ramdisk which wipes out everything on NAND flash memory and

---

[25] *See* Nieh Rpt. at ¶ 60.

[26] *See* Peterson Tr. at 19:17–21:21; Krstić Tr. at 48:19–23; Marineau-Mes Tr. at 35:4–36:13; Andrews Tr. at 81:22–83:15, 88:23–89:17.

[27] *See* Peterson Tr. at 21:5–21.

[28] *See* Nieh Rpt. at ¶ 68.

[29] *See id.* ███████████████████████████████████
████████████████████████████████████████████████
████████████████████████████

[30] *See, e.g.*, Section VI.D.2, *infra*.

[31] *See also* APL-CORELLIUM_00056490 at APL-CORELLIUM_00056491–92.

reflashes it with the iOS version provided in the IPSW file[32]

2) Root file system (largest of the three image files),[33] which contains the root directory for iOS, including various folders (e.g., Applications, Library, System)[34]

3) Update ramdisk, which provides the same basic functions as the restore ramdisk but without wiping the NAND flash memory[35]

- Kernelcache file (specific to a particular device model and iOS release), which contains the kernel itself as well as its extensions.[36]

- BuildManifest.plist

- Restore.plist

- Firmware folder

17.     Based on my personal inspection of IPSW files during my interaction with CAP and testimony from an Apple witness, I also confirmed that IPSW files include graphical files of wallpapers and icons that are included by default in each released version of iOS as part of the root file system.[37]

---

[32] *See also* APL-CORELLIUM_00056498.

[33] *See also* APL-CORELLIUM_00056490.

[34] *See also* APL-CORELLIUM_00056483.

[35] *See also* APL-CORELLIUM_00056500.

[36] *See also* APL-CORELLIUM_00056493.

[37] *See* Section VII.B., *infra.*  *See also* ███████████████████████████████████ ████████████████

18.     I understand from my interaction with IPSW files during my investigation as part of this case that the IPSW file itself is not encrypted.  However, certain components contained within an IPSW file are encrypted.  ███████████████████████████ ████████████████████████ ██████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████ ██████████████████ I am unaware of any IPSW file that entirely contains unencrypted components.  I am also unaware of any IPSW file that entirely contains encrypted components.  I understand that, over time, the keys to unencrypt certain components within certain IPSW files have become publicly known, and many encryption keys are listed on publicly accessible websites.

19.     I understand that the IPSW files for various versions of iOS can be downloaded from the internet.[40]  Apple's servers publicly host copies of IPSW files for various versions of iOS.[41]  I understand Apple keeps the links to IPSW files publicly accessible ██████████ ████████████████████████████████████ ████████████████[42]  I am not aware of any official Apple webpage inviting users to separately download the IPSWs.  However, certain publicly accessible websites collect

---

[38] *See* ██████████████████

[39] *See* ████████████████████████

[40] Krstić Tr. at 59:12–17.

[41] Andrews Tr. at 95:16–24.

[42] ██████████████████

and post the links to the IPSW files hosted on Apple's servers.  For example The iPhone Wiki's summary of IPSW information for iOS 9.0 for iPhone 6 contains a "Download Firmware" link to "http://appldnld.apple.com/ios9/031-29698-20150916-ECC56014-5678-11E5-9EA3-66F96CA99CB1/iPhone7,2_9.0_13A344_Restore.ipsw."[43]

20.     In my opening report, I explained that "when a user installs or upgrades iOS on an authorized Apple hardware device, the user is presented with, and must agree to, the Software License Agreement governing that version of iOS."[44]  My review of testimony and other evidence in this matter confirms that █████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████ █ ██████████████████ ████████████████████████ █

21.     In my rebuttal report, I noted that it was my understanding that "Apple has invested significant resources to continually improve its app vetting process."[47]  Further evidence supports that statement. ████████████████████████████ ███████████████████████████████████████████████

---

[43] APL-CORELLIUM_00056019.

[44] *See* Nieh Rpt. at ¶ 66.

[45] Apple's Second Amended Responses to Corellium's Second Set of Interrogs. (April 6, 2020) at 8; ████████████████████████████████████████

[46] ███████████████████████████

[47] Nieh Rebuttal Rpt. at ¶ 34.

███████████████████████████ ████████████████████████████

███████████████████████

### B.    Security Controls Implemented by iOS and Apple Mobile Devices

22.      iOS is designed to be run on Apple hardware.[50] ███████████████████

████████████████████████████████████████████

████████████████████████████████████████

███████████████████████.[51]  As explained in my opening report, among the

measures that, in the ordinary course of operation, function to prevent iOS from being installed

and run on non-Apple hardware is the secure boot chain.  I explained that by default, iOS

requires a secure boot chain, starting in the hardware and ensuring that each instruction that runs

to load an run iOS is trusted, including "the bootloaders, the kernel, the kernel extensions, and

baseband firmware."[52]  Supplemental evidence confirms this is accurate.[53]

23.      As I explained in my opening report, when a user installs a version of iOS on an

authorized Apple device, the device makes a connection to the Apple installation authorization

server and sends some data about the device and the version of iOS' that the user has selected to

---

[48] *See* █████████████████████████

[49] Siegel Rebuttal Rpt. at ¶¶ 56–67.

[50] *See, e.g.,* ████████████████████████████████████

[51] ██████████████████████

[52] *See* Nieh Rpt. at ¶ 69–79.

[53] Krstić Tr. at 54:3–55:3, 62:24–66:18, 127:23–129:9; Andrews Tr. at 83:16–86:10; Apple's Second Amended Responses to Corellium's Second Set of Interrogs. (April 6, 2020) at 5–7.

install.[54]  If the authorization server approves the install, it returns a cryptographically signed

result, ███████████████████████████████████████████████████████████

███████████████████[55]  That cryptographically signed result is sometimes referred to as a

███████████████████████████ "AP ticket" (for "application processor ticket"). [56]

    24.    I also explained in my opening report that the "secure boot chain helps ensure that

iOS, and the hardware it is running on, are not tampered with."[57]  Numerous witnesses have now

testified ██████████████████████████████████████████████████████████

█████████████████████████████████████████. For example:

- ███████████████████████████████████████████████.
  ██████████████████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████████
  █████████████████████████████████████████
  ████████████

- █████████████████████████████████████████
  ████████████████████████████████████████

---

[54] *See* Nieh Rpt. at ¶ 69–70.

[55] █████████████████████; *see* Nieh Rpt. at ¶¶ 71–79.

[56] *See* ████████████████████████████████████████████████
██████ ███████████;     *see    also*     The     iPhone     Wiki,     *APTicket*,
https://www.theiphonewiki.com/wiki/APTicket.

[57] Nieh Rpt. at ¶ 69.

[58] ████████████████████████.



25.    Additionally, because in the ordinary course of the use of iOS, Apple maintains

full and complete control over both the software and hardware for its products,[65] features—such as the secure boot chain—that prevent unapproved code from running on iOS software also function to prevent *approved* code (such as iOS) from being installed on and run on *non-Apple* devices. ████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████

███████████████████ ████████████████████████████

████████████████████████████████ ██ ██████████████

████████████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████████.

████████████████████████████████████████████████

██████████████████.

---

[65] *See, e.g.*, Nieh Rebuttal Rpt. ¶¶ 33, 44; ████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████.
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████.
██████████████████████████████████████████

■ ████████████████████████

■ ██████████████████████████████████████████

■ ████████████████████████

26. 

27.     Corellium's expert Dr. Olivier opined that "Apple Secure Boot process is designed to prevent non-Apple approved software from running on Apple **hardware devices**."[71] Dr. Olivier, however, does not dispute that the secure boot process, in the ordinary course of operation, also prevents iOS from being installed and run on non-Apple hardware.[72]  Indeed, Dr. Olivier cites to statements in Apple's Platform Security document that "[e]very Apple device

_____

[71] Olivier Rebuttal Rpt. at ¶ 33 (emphasis in original); *see generally id.* ¶¶ 32–53.

[72] As the basis for this opinion, Dr. Olivier relies primarily on his interpretation of a speech given by Ivan Krstić in 2016 describing the secure boot process.  *Id.* ¶¶33,35-39, 46–47; APL-CORELLIUM_00056169; Ivan Krstić, "How iOS Security Really Works – WWDC 2016 – Videos – Apple," https://developer.apple.com/videos/play/wwdc2016/705. ███████████████████████████████████████████Mr. Krstić never says any such thing in his speech.  Instead, Mr. Krstić emphasized Apple's approach exactly as described above—"because Apple owns all the hardware and software, we were in a position to address [security] in a unique and innovative way." *Id.* at 5:28–5:36; *see also* APL-CORELLIUM_00056169 at APL-CORELLIUM_00056196.  And Mr. Krstić never said he was explaining in this presentations all of the reasons why Apple designed the secure boot chain—it is common for software features to serve more than one business purpose.

combines hardware, software, and services *__designed to work together__* for maximum security and a transparent user experience in service of the ultimate goal of keeping personal information safe," and the "startup process helps ensure that only Apple-signed code is being installed."[73] These statements are fully consistent with the fact that Apple's security measures—including its chain of trust—simultaneously serve the purpose of protecting Apple's software from being run in environments it was not designed for.  Indeed, the very same introductory paragraph quoted by Dr. Olivier emphasizes that the hardware, software, and services work together to "**protect not only the device and its data, but *the entire ecosystem*.**"[74]

28.     Dr. Olivier suggests that because Apple's ordinary restore and boot processes start in the read-only chip installed in every authorized Apple device, that this technology feature "has no relevance or bearing" on what others might do with an IPSW file.[75]  I disagree.  As I explained in my opening report and in this report, although Apple's chain of trust does not stop someone from downloading and inspecting the contents of the IPSW file, in its ordinary course of operation this feature ensures that a user would be unable to run the software contained on the IPSW file unless it was installed and run on Apple hardware.[76]

29.     Dr. Olivier has also characterized the secure boot chain as a "one-way verification

---

[73]     Olivier   Rebuttal   Rpt.   ¶¶ 44–45;   APL-CORELLIUM_00039722   at   APL-CORELLIUM_00039723, APL-CORELLIUM_00039746.

[74] APL-CORELLIUM_00039722 at APL-CORELLIUM_00039723.

[75] *See* Olivier Rebuttal Rpt. ¶ 38.

[76] *See* ████████████████████████████████████████
████████████████████████████

from the Boot ROM to the Kernelcache."[77]  Dr. Olivier's characterization is incorrect and contrary to Apple's own description of the secure boot chain cited by Dr. Olivier.  For example, Dr. Olivier cites to the following image from Mr. Krstić's 2016 presentation:[78]



This slide shows that the secure boot chain extends from the Boot ROM all the way until, as Mr. Krstić stated, "iOS has fully booted."[79]  The fact that Corellium *can* circumvent the secure boot chain does not in any way mean, as Dr. Olivier incorrectly suggests, that the secure boot chain does not serve the function, in the *ordinary* course of operation, of preventing  iOS from being installed and run on non-Apple hardware.[80]  Apple's Platform Security Guide further confirms this understanding: Apple's requirement that all applications be validated and signed by Apple "extends the concept of chain of trust from the OS to apps and prevents third-party apps from

---

[77] Olivier Rebuttal Rpt. ¶ 36.

[78] Olivier Rebuttal Rpt. ¶ 35.

[79]  APL-CORELLIUM_00056169 at APL-CORELLIUM_00056214; Ivan Krstić, "How iOS Security Really Works – WWDC 2016 – Videos – Apple," at 6:56–7:00, https://developer.apple.com/videos/play/wwdc2016/705.

[80] *See* Olivier Rebuttal Rpt. ¶¶ 36–40.

loading unsigned code resources or using self-modifying code."[81]

30.     Dr. Olivier's characterization of the secure boot chain as "a one-way verification"[82] obscures a key aspect of the boot chain: the authorization from Apple's server, which necessarily requires a request and response.  As I explained in my opening report, in order to restore a fresh copy of iOS, the software ordinarily contacts an Apple installation authorization server, which then sends back a signature authorizing a particular version of iOS to install on a particular authorized Apple device.[83]  Indeed, Mr. Krstić emphasized this as part of the very same presentation relied on by Dr. Olivier, when Mr. Krstić stated:

> But there is another interesting element of [Secure Boot], which is that when an iOS device goes to update the version of the software, it has to contact our installation authorization server, and ask for permission to update to a given version.  And it does this by taking cryptographic measurements of the update, sending them to the server, and asking whether it's okay to update.[84]

31.     As I stated in my opening report, in the ordinary course of installing and booting iOS, the iBoot firmware needs to cryptographically measure the kernel, compare that measurement to the signed manifest from Apple's authorization server, and hand over control to

---

[81] APL-CORELLIUM_00039722 at APL-CORELLIUM_00039783; *see* Nieh Rpt. ¶ 77.

[82] Olivier Rebuttal Rpt. ¶ 36.

[83] *See* Nieh Rpt. ¶ 70–73; ████████████████████
████████████████████████████████████████
███████████

[84] Ivan Krstić, "How iOS Security Really Works – WWDC 2016 – Videos – Apple," at 7:37–7:59, https://developer.apple.com/videos/play/wwdc2016/705.

the kernel only if those measurements match.[85] Dr. Olivier has opined that because the kernel

file is unencrypted in certain IPSW files, it "may be run on non-Apple hardware, without making

any changes or modifications to it."[86] The only basis for Dr. Olivier's opinion appears to be a

2019 presentation which appears to be a summary of certain research conducted by a non-Apple

researcher, Jonathan Afek, titled "Simplifying iOS Research: Booting the iOS Kernel to an

Interactive Bash Shell on QEMU."[87] This presentation appears to show that someone—not

Apple—was able to provide the kernel for iOS 12.1 on an iPhone 6S Plus with enough

information so that he could do simple commands with the kernel through a command-line

interface.[88] This is not "running iOS" as any ordinary user would understand it, and it certainly

does not reflect the ordinary operation of iOS.[89] In fact, the presentation goes to great lengths to

describe the various ways the kernel crashed and to detail the specific information that needed to

be applied to get the kernel to work.[90] The presentation itself acknowledges that there are many

---

[85] *See* Nieh Rpt. ¶ 76.

[86] Olivier Rebuttal Rpt. ¶ 40.

[87] Olivier Rebuttal Rpt. ¶¶ 41–42.

[88] Jonathan Afek, *Simplifying iOS Research: Booting the iOS Kernel to an Interactive Bash Shell on QEMU*, Black Hat Europe 2019, https://i.blackhat.com/eu-19/Wednesday/eu-19-Afek-Booting-The-iOS-Kernel-To-An-Interactive-Bash-Shell-On-QEMU.pdf, at 10–11.

[89] ████████████████████████████████████████████████████████████
████████████████████████████████████████████

[90] *See, e.g.*, Jonathan Afek, *Simplifying iOS Research: Booting the iOS Kernel to an Interactive Bash Shell on QEMU*, Black Hat Europe 2019, https://i.blackhat.com/eu-19/Wednesday/eu-19-Afek-Booting-The-iOS-Kernel-To-An-Interactive-Bash-Shell-On-QEMU.pdf at 13 ("Crash on SMC instruction"), 26 (summarizing information needed by the kernel in order for it not to crash), 31 ("Execution denied!"), 42 (summarizing information required to access trust cache), 47 ("Logs show missing libraries required for bash" when "[s]ystem tries to execute bash"), 57 ("Mount the

"[n]ext steps" and "challenges" that remain.[91]  Specifically, the slides indicate that, among other limitations, the researcher had not "load[ed] all the regular iOS services in the original launchd dir instead of just bash" as part of this experiment.[92] ███████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████.[93]  The presentation confirms my opinion that,███████████████████████████████████

██████████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████.[94]

32.      Dr. Olivier opines that "a cryptographic signature cannot be a method of access control since anyone can read or copy any cryptographically signed document."[95]  I disagree. From a technical perspective, a cryptographic signature can certainly be used as part of a method of access control.  As explained in my opening report, I understand "access control" for purposes of my report to be a measure which, in the ordinary course of its operation, requires the

RAMDisk image in a different way to allow permission editing," and "[c]opy the cache file and chown to root").

[91] Jonathan Afek, *Simplifying iOS Research: Booting the iOS Kernel to an Interactive Bash Shell on QEMU*, Black Hat Europe 2019, https://i.blackhat.com/eu-19/Wednesday/eu-19-Afek-Booting-The-iOS-Kernel-To-An-Interactive-Bash-Shell-On-QEMU.pdf at 68.

[92] *Id.*

[93] Olivier Rebuttal Rpt. ¶ 42.

[94] ███████████████████████████████████████████████████

███████████████████████████████████

[95] Olivier Rebuttal Rpt. ¶ 48.

application of information, or a process or a treatment, with the authority of the copyright owner, to gain access to protected content.[96]  As an example, certain controls described in my opening report and further described in this report use cryptographic signatures which ordinarily ensure that control of the processor is only handed off to trusted and authorized code.  Therefore, the cryptographic signatures prevent the software from being used in unapproved ways (e.g., by running untrusted code).

33.     As I explained in my opening report, in the ordinary course of restoring a fresh version of iOS on an authorized Apple device, "the device makes a connection to the Apple installation authorization server" and sends a set of information about the version of iOS to be installed and the target hardware.[97]  The authorization server sends back a "signature" specific to that particular version of iOS and that particular hardware device.[98]  If the authorization check fails, the server will not return a signature and iOS will not ordinarily be able to install or boot.[99]  Evidence made available to me since that time confirms this is true.[100]  Dr. Olivier opines that "there is no callback to Apple's server **from iOS** to perform cryptographic verification for the

---

[96] Nieh Rpt. at ¶ 25.

[97] *See* Nieh Rpt. at ¶¶ 70–73.

[98] *See* Nieh Rpt. at ¶¶ 70–73.

[99] *See* Nieh Rpt. at ¶¶ 70–73.

[100] █████████████████████████████; *see* Olivier Rebuttal Rpt. at ¶ 50 n.14 (quoting Krstić presentation: "when **an iOS device** goes to update the version of the software, it has to contact our installation authorization server, and ask for permission to update to a given version.").

APTicket when performing a restore."[101]  As an initial matter, it is unclear what point Dr. Olivier is trying to make with this observation, as this statement does not conflict with my opinion that "**the device** makes a connection to the Apple installation authorization server."[102]  In any event, the sole cited source for Dr. Olivier's opinion contradicts his conclusion: it states "**iTunes and the device** sends the request" to the authorization server, and "**iTunes or the on-device firmware upgrader**" sends the request to the authorization server.[103]

34.     Dr. Olivier also takes issue with my statement that when iOS "is ordinarily installed on an authorized device, that device makes a connection to Apple's authorization server" because "the phrase starts with when iOS [] is installed (past tense), yet the remainder of the sentence describes what allegedly happens before iOS is installed."[104]  Dr. Olivier incorrectly analyzes this sentence.  "Is," the operative verb in that sentence, is present tense, not past tense.  Accordingly, the sentence describes what ordinarily happens at the time as the user is performing a restore and installing iOS on an authorized Apple device.

35.     As I explained in my opening report, Apple extends the concept of the chain of trust to user-level applications on iOS by requiring all applications to be signed by Apple.[105]  Cryptographic signatures for approved applications are provided in the trust cache, and iOS will

---

[101] Olivier Rebuttal Rpt. ¶ 49.

[102] Nieh Rpt. at ¶ 70.

[103] The iPhone Wiki, *APTicket*, https://www.theiphonewiki.com/wiki/APTicket; *see* Olivier Rebuttal Rpt. ¶ 49

[104] Olivier Rebuttal Rpt. ¶ 51 (citing Nieh Rpt. at ¶ 442).

[105] Nieh Rpt. at ¶ 77.

not allow an application to execute unless it matches the associated signature in the trust cache.[106]  Additional evidence made available to me since I completed my opening report confirms this is true.[107]  Dr. Olivier states "the trust cache cannot rightfully be considered an access or copy control under the DMCA" because it "is designed purely to prevent unauthorized code from being executed on the iPhone, not to prevent code from being executed on non-Apple hardware."[108]  To be clear, I have not offered any legal opinion on what is or is not "an access or copy control under the DMCA."  From a technical perspective, however, the trust cache ordinarily operates to prevent any unapproved applications from executing on the iOS platform.[109]  Dr. Olivier then concludes, without any basis or support at all, that the "trust cache is designed purely to prevent unauthorized code from being executed on the iPhone, not to prevent code from being executed on non-Apple hardware."[110]  I am not aware of any document or statement by Apple or its employees that supports Dr. Olivier's statement.[111]  ███████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

---

[106] Nieh Rpt. at ¶ 77.

[107] *See* ████████████████████████████████████████████████

████████████████████████████████████████████████

[108] Olivier Rebuttal Rpt. ¶ 52.

[109] *See* Nieh Rpt. at ¶ 77.

[110] Olivier Rebuttal Rpt. ¶ 52.

[111] ████████████████████████████████████████████████████

███████

27

██████████████████████████████████████████████████████████.[112]  And in any case, as I explained above, software features like the trust cache can have more than one purpose and serve more than one goal.

36.     The kernel for certain versions of iOS contains features that further ensure that iOS, and the hardware it is running on, is not tampered with.[113] ████████████████

████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████[114]  One of those features is the addition of pointer authentication codes ("PAC") in versions of iOS 12.0 and later for the iPhone XR, XS, XS Max,[115] and later-released devices.[116]  PAC uses certain bits within a pointer to store a cryptographic signature, which gives the system a method of determining if certain pointers have been tampered with, which could instruct the kernel to execute unauthorized code.[117] ███████████████████████████████████████████.

████████████████████████████████████████████████████

---

[112] *See* ████████████████████████████████████████

[113] *See* █████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████.

[114] ████████████████████████

[115] *See, e.g.,* ███████████████████████████████████████████████ ██████████████████████████

[116] ████████████████████

[117] APL-CORELLIUM_00056321 at APL-CORELLIUM_00056432–46.

 [118]  Adding PACs serves as

a method of ensuring the integrity of the executed code, and it "has been shown to enable

practical protection against memory vulnerabilities that corrupt return addresses or function

pointers."[119]

[120]

## V.   APPLE'S COPYRIGHTED WORKS

37.    In my Opening Report, I explained that Apple has obtained Certificates of

Registration for iOS 9.0, 9.1, 10.0, 11.0, 11.0.1, 11.2, 11.2.5, 11.3, 11.4, 12.0, 12.1.1, and 12.2,

and that I examined the fifty some pages of source code deposited at the U.S. Copyright Office

in connection with each of those registrations, along with some videos and other deposited

material.[121]  I also explained that Apple has separately obtained Certificates of Registration for

two compilations of icons and the 2-D artwork for four wallpapers included in various versions

of iOS.[122]

38.

---

[118] _____ .

[119] APL-CORELLIUM_00057501.

[120] _____ *see generally* _____

[121] *See* Nieh Rpt. at ¶¶ 88–154.

[122] *See* Nieh Rpt. at ¶¶ 155–180.



---

123 *See* ██████████████.

124 *See id.* at 30:1–15.

125 *See id.* at 30:16–23; *see also id.* at 64:8–18.

126 ████████████████████████████

127 *See* ████████████

128 ████████████████████████████████

████████████████████████████████████████[129]

39.      In my opening report, I explained that each registered version of iOS at issue in this case "introduced numerous new features that required the authors who wrote the code to apply high levels of creativity."[130]  Additional evidence produced since my opening report supports this statement.[131]  As I detailed in my rebuttal report, Dr. Olivier's identification of certain aspects of the iOS kernel or certain libraries in the root file system that may contain some open-source code is immaterial in view of the undisputed originality and innovation reflected in each registered version of iOS, including the features I identified in my opening and rebuttal reports.[132]  Dr. Olivier has never disputed that the features I described in my opening report were original, creative, and protected.  Therefore, Dr. Olivier has certainly not identified any unprotected aspect of any creative feature or image I have identified for any version of iOS asserted in this case.

40.      In his rebuttal report, Dr. Olivier applied "commands on an IPSW file for iOS 11 for the iPhone 7" that he claimed "shows functions that are part of the open source code in 'libiconv'" and purportedly "conclusively shows that the IPSW files contain open source

---

[129] ████████████████████████████████████████████
████████████████████████████████████

[130] Nieh Rpt. at ¶¶ 90, 97, 102, 107, 114, 119, 124, 129, 135, 140, 147, 152.

[131] ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████ *see* Nieh Rebuttal Rpt. ¶¶ 18–31.

[132] *See* Nieh Rpt. at Section VIII; Nieh Rebuttal Rpt. at ¶¶ 11–31; Olivier Rpt. at ¶¶ 32–37; Olivier Rebuttal Rpt. at ¶¶ 54–56.

code."[133]   Dr. Olivier's conclusion has no bearing on my opinions and lacks any basis in evidence that I can discern.  First, whether an IPSW file may contain *some* open source code (or not) tells us nothing at all about all of the original, creative code in that file that I understand is entitled to copyright protection.  Second, Dr. Olivier does not explain where he received the IPSW he used for this analysis.  As I understand, the representative IPSW file Apple produced in discovery for iOS 11.0 is tailored for the iPhone 8, but Dr. Olivier has not established that the IPSW file he used to conduct his analysis is that specific IPSW file, or even a legitimate IPSW file from Apple.[134]   Instead, Dr. Olivier states that he used an IPSW file tailored for the iPhone 7.[135]   Additionally, Dr. Olivier shows a series of commands to perform some unexplained process on a specific filepath in what appears to be the root file system in the IPSW file.[136]   Dr. Olivier does not explain what he is doing, why he has selected this particular file path, or what this process purportedly shows.  Then Dr. Olivier shows the output of his commands without explaining what it shows.[137]   Dr. Olivier then summarily concludes that the output "shows functions that are a part of the open source code in 'libiconv,'" but does not match any of the output to any actual functions in the "libiconv" library—indeed, Dr. Olivier just cites to version 51.50.1 of the libiconv library without any explanation.[138]   Dr. Olivier does not show how the

---

[133] Olivier Rebuttal Rpt. at ¶¶ 54–56.

[134] ███████████████████████████████████████████████
███████████████████

[135] Olivier Rebuttal Rpt. at ¶ 54.

[136] Olivier Rebuttal Rpt. at ¶ 54.

[137] Olivier Rebuttal Rpt. at ¶ 55.

[138] Olivier Rebuttal Rpt. at ¶ 56 (citing to https://opensource.apple.com/source/libiconv/libiconv-51.50.1/).

result of his commands shows any open source code at all, much less open source code specifically from libiconv version 51.50.1.

41.     Even if Dr. Olivier's exercise does show some open source aspects contained in the IPSW for iOS 11.0, he has not shown (and cannot show) that such aspects are relevant in any way to the issues in this case, i.e., in showing that iOS as a whole is not protected, or that any of the creative features and code I have identified for each version of iOS are not in fact original or creative, or in showing that Corellium copies, modifies, or displays *only* the open source or unprotected parts of iOS.[139]

## VI.     THE CORELLIUM APPLE PRODUCT (CAP)

42.     Since I submitted my Opening Report, I have received access to what I understand is a representative version of the on-premises version of the CAP ("On-Prem Product") and have been given technical documentation and source code relevant to its operations.[140]  Based on my review of the On-Prem Product and cloud version of the CAP ("Cloud Product"), and upon reviewing a relevant factual stipulation by the parties, ███████

████████████████████████████████████████████████████

██████████████[141]  In particular, the parties have stipulated[142] to the following:

- ███████████████████████████████████████
████████████████████████████████████
██████████████████████████████

---

[139] *See* Nieh Rebuttal Rpt. at ¶¶ 11–31.

[140] *See* Section II, *supra*.

[141] ECF No. 354-1 (Stipulation Regarding Resolution of Apple's RFPs Relating to Corellium's Disk Images) at 1–2; *see, e.g.,* ████████████████████████████████
████████████████████████████████████████████████████

[142] ECF No. 354-1.

- ████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████

- ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████

- ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████

- ████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████

- ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████

43.     Based on my review of testimony of Corellium witnesses and CAP source code

generally, ████████████████████████████████████████████

███ ██ ████████████████████████████████████████████

████████████████████████████ Throughout this report, unless I

otherwise specify, the term "CAP" refers to both the On-Prem and Cloud Products.

44.     To the extent further information is produced that may alter my opinion, I reserve

the right to supplement, update, or edit my opinion after reviewing additional documentation and

evidence in this case.

A.     **Hardware and Software**

---

[143] *See, e.g.,* ████████████████████████████████████████████
████████████████████████████

45.     In my Opening Report, I explained that the hardware running the Cloud Product is



.[144]  Based on my review of supplemental information, I

confirm that ████████████████████████████[145] and that █████████

██████████████  ██████████████████████████████████

██████████████████████  █████████████████████

████████████████████████████████████████████

46.     In my Opening Report, I explained that █████████████████████

████████████████████████████.[149]  I further

explained that, at the time of my Opening Report, I did not have the technical documentation I

needed to fully support my opinions in that report.[150]  Specifically, I explained that I did not have

access to "technical documentation relating to Corellium's hypervisor" and "[s]ource code for

the Corellium Apple Product provided in its native repository," and that "my understanding of

the Corellium Apple Product are has necessarily been limited by the insufficient amount of

---

[144] *See* Nieh Rpt. at ¶ 190.

[145] Corellium's Reponses to Apple's Third Set of Requests for Admission at 6; *see also* Corellium's Reponses to Apple's Second Set of Interrogatories at 4–5.

[146] *Id.*

[147] *See* Corellium's Responses to Apple's Second Set of Interrogatories, at 4–5.

[148] *See id.*

[149] Nieh Rpt. at ¶ 192.

[150] *See id.* at ¶¶ 11, 186.

information, documents, and code Corellium has made available."[151]  I reserved the right to "modify, correct, and add to this report upon my review of additional information, documents, and source code produced in this case."[152]  Upon review of the materials I have received access to since the date of my Opening Report, ████████████████████████████

████████████████████████████████████████████████████

██████████████████████████ [153]

47.    I also explained ████████████████████████████████

████████.[154]  Based on my review of supplemental information, I confirm this is true.

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████ ██████████████████████████████████████

████████ ██ ████████████████████████████████████████

████████████████████████████████████████████████

████████ ██ ████████████████████████████████████████

---

[151] *Id.* at ¶¶ 11, 186.

[152] *Id.* at ¶ 187.

[153] Correllium-026851.

[154] *See* Nieh Rpt. at ¶ 191.

[155] *See, e.g.*, Correllium-014463 ████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

[156] Correllium-014463 at 14464.

[157] *Id.*



48.



---

[158] *See id.*;

[159] Correllium-014463 at 14464.

[160] *Id.*

[161] *See, e.g.*,

[162] *See*
ECF No. 233-1 at ¶¶ 20; ECF No. 233-4.

[163] *See* Correllium-008963 at 2.



49. ███████████████████████████████████████

██████████████████████████████████████████

████████████████████

50. ███████████████████████████████████████

██████████████████████ ████████████████████████

███████████ ███████████████████████████████

███████████████████ ██ ███████████████████

██████████████████████████████████████

---

[164] *See* ██████████████████████████

[165] *See, e.g.*, Correllium-026851 █████████████

[166] *See id.*

[167] *See, e.g.*, ████████████████████.

51.     ███████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████

52.     ██████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████

53.     ██████████████████████████████████████

███████████████████████████████████████████████

---

[168] *See* Corellium-026842 ("████████████████").

[169] *See id.*

[170] *See id.*

[171] *See id.*; ██████████████████████████████████
█████████████████████████████████████████████████████
███████████████████████

[172] *Id.*

[173] *See* Corellium-026842 ("████████████████").

[174] ████████████████████████████████████████████
APL-CORELLIUM_00036236 (████████████████████████████

54.



[175] ████████████████.

[176] *See id.*

[177] *See* Corellium's Responses to Apple's Second Set of Interrogatories at 6.

[178] *See, e.g.*, *id.* at 168:20–24.

[179] *See id.* at 169:5–170:1.

[180] *See id.*; Corellium's Responses to Apple's Second Set of Interrogatories at 9 ████████

[181] *See id.* at 169:5–170:1.



55.      Based on my personal inspection of both the On-Prem and Cloud versions of CAP, the source code produced for these two products, and review of the supplemental information identified above, I now provide further detail on various aspects of CAP technology, including setup and configuration, creation of an iOS virtual device, operations of an iOS virtual device, among other things.

### B.      Setup and Configuration

56.      In my Opening Report, I explained that



---

[182] *See* ; *see also*

[183] *See*

[184] *See*

[185] *See* Nieh Rpt. at ¶¶ 194–196.

[186] *See* Nieh Rpt. at ¶ 194.

[187] *See* Corellium's Fourth Amended Answers to Apple's First Set of Interrogatories at 11;



57. ██████████████████████████████████████

58. ██████████████████████████████████████

Correllium-014463  (████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████); *see also* Correllium-008754
████████████████████ at 16–17; Correllium-008882 (████████████████
██) at 11–12.

[188] *See, e.g.*, Correllium-014464; ████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████; *see also*

[189] *See* Section VI.F., *infra*.

[190] *See* Correllium's Fourth Amended Answers to Apple's First Set of Interrogatories at 11 ; ████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████



59. ██████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████  ██████████████████████

███████████████████████████████

60. ████████████████████████████████████████████

---

[191] *See* ████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████

[192] *See* Corellium's Fourth Amended Answers to Apple's First Set of Interrogatories at 13; ████████
██████████████████

[193] *See* ████████████████████

████████████████████████████████████████.[194]  According to

Corellium's marketing materials, ████████████████████████████

█████████████████████████████████████████████████████████████

████████████████████.[196]  Based on Corellium's own admissions[197] and my personal

inspection of the On-Prem Product, I confirm that ███████████████████████

████████████████████████████████████.[198]  The screenshot below

shows the ███████████████████████████████

---

[194] Nieh Rpt. at ¶ 198.

[195] *See* Corellium-008963 (███████████████) at 3 (████████████████████

████████████████████████).

[196] *See* Corellium-007488 (███████████████████████████) at 5 (███████████

█████████████████████████████████████████████████████████████

Corellium-007487. f

[197] *See* Corellium's Responses to Apple's Third Set of Requests for Admission (April 2, 2020), at

6 ████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

████████████████████████████████████████.

[198] *See also* ECF No. 354-1 (Stipulation).



### C.   Selecting a New Virtual Device in the CAP

61.   In my Opening Report, I explained that █████████████████████████████

███████████████████████████████████████████████████████████████████

---

[199] *See also* Correllium-022027; Correllium-025098;

██████████████████████████████████; Correllium-006471.000001–02 █████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████



62.     Additionally, since my opening report, I have learned that shortly before I

received access to the Cloud Product, ███████████████████████████████

███████████████████████████████████████

███████████████████████ ██ ████████████████████

---

[200] *See* Nieh Rpt. at ¶ 202.

[201] *See* ECF No. 233-1 at ¶¶ 30–31; ECF No. 260 at 5; ECF No. 260-5 at 24:1–26:13, 29:5–32:13; *see also* Correllium-027388 (████████████████████████████).



[202]

63.     In my Opening Report, I explained that ███████████████████

_____

[202] *See* Olivier Opening Rpt. at ¶ 56 (███████████████████

[203] *See* Nieh Rpt. at ¶ 246.

[204] *See, e.g.*, ███████████████████



64.

65.

---

[205] Corellium-028769 ( ) at 28787 28772

*see also*

[206] *See, e.g.,*

[207]

; Corellium-028769 at 28788, 28772 . *See* Section VI.D, *supra*.



66.

---

[208] Nieh Rpt. at ¶ 202.

[209] *See, e.g.,*

[210] *See, e.g.,*

[211] *See, e.g.,*

[212] *See, e.g.,*

[213] *See also*

[214] *See also*



[217] *See* APL-CORELLIUM_00006069 (█████████████████) at 82 (█████████████████).

[218] Nieh Rpt. at ¶ 210.

[219] *See, e.g.,* Correllium-006240 at 2 ████████████████████████ ████████████████████████████████████████ *see* Correllium-009106 █████████████████████████ ███████████████████████████ Correllium-008293 ████████████████████.

[220] *See, e.g.,* ██████████████████████ ████████████████.

██████████████████████████████████████

███████████████████████████████████████

████ :



████████████████████████████████

█████████████████████████████████████████

████████████ ██   ███████████████████████

██████████████████████████████

███████████████

---

[221] *See, e.g.,* ███████████████████████████
███████████████████████████████
████████████████████████████████████
██████████████████████████████
███████████████████████

[222] *See, e.g.,* ███████████████████████████████

67.     In my Opening Report, I explained that the ███████████████████

████████████████████████████████████████████████████

████████████████████████████ ██████████████████████████

█████████████████████████████████████████ See the

representative screenshot of the On-Prem interface below:

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

68.     In my Opening Report, I explained that ████████████████████

████████████████████████████████████████████████████

███████████████████████████████ ███████████████████████

███████████████████████████████████████████████

_____

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████

[223] *See* Nieh Rpt. at ¶ 212; *see also* Correllium-014520.

[224] *See* Nieh Rpt. at ¶ 213.



69.     In my Opening Report, I explained that

---

[225] *See* Nieh Rpt. at ¶ 214.

70. ████████████████████████████████████████████████████████

███████████████████

**D.      Creating A New Virtual Device on the CAP**

71.   As discussed in my Opening Report, ████████████████████████

████████████████████████████████████████████████████████████

██████████████████████

72.   ████████████████████████████████████████████████████ ████

████████████████████████████████████████████ ████ ████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████

---

226 ████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████

227 *See* Nieh Rpt. at ¶¶ 216–20; *see e.g.,* ████████████████████

228 █████████████████████████████████████████████████████████

████████████████████████ *see also* Correllium-014463 at 14464 ████████

██████████████████████████████████████████████████████████

████████████████████████████████

229 *See, e.g.,* ████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████

230 *See, e.g.,* ████████████████████████████████████████████████

██████████████████████████████████████████████

73.   ███████████████████████████████

█████████████████████████████ █ ████████████████████

████████████████████████████████████

████████████████████████████████████

███████ ██ ███████████████████████████

███████████████████████████████████████

██████████████████████████████

74.   In the CAP source code, the ████████████████ █████████

████████████████████████████████████████

████████ a high level, the sequence of operations are as follows:

- ██████████████████████ █ ███████████████████

████████████████████████████████████

██████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████

---

[231] *See, e.g.,* ████████████████████████

[232] *See id.*

[233] *See* Correllium-028769 (█████████) at 785–795 (████████████████████████████████
████████████████████████████████

[234] *See, e.g., id.* at 788 ██████████████████████







Based on my review of further technical documentation, I supplement my initial opinions with further details discussed below.

76.

---

[239] *See, e.g.*, *id.* at 780

[240] *See* Nieh Rpt. at ¶ 217.

[241] *See* Corellium's Responses to Apple's Second Set of Interrogatories (April 2, 2020) at 6.

[242] *See id.*; *see also*



[243] *See* Corellium's Responses to Apple's Second Set of Interrogatories at 9 ███████

[244] *See id. see also* ████████████████

[245] *See, e.g.*, Corellium's Responses to Apple's Second Set of Interrogatories at 9 ████

[246] *See* Correllium-028769 ███████████████████

[247] *See* Corellium's Responses to Apple's Second Set of Interrogatories at 6.



[248] *See id.*

[249] *See id.*

[250] *See id.* at 6–7; *see also, e.g.*, Correllium-028769 ████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████

[251] Corellium's Responses to Apple's Second Set of Interrogatories at 9 ████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ████████████████████

[252] Corellium's Responses to Apple's Second Set of Interrogatories at 9 ██████████████



An IPSW file includes Apple iOS files within

---

[253] Corellium's Responses to Apple's Second Set of Interrogatories at 6.

[254] *See id.*;

[255] *See, e.g.*, *id.* at 6–7.

[256] *See* Nieh Rpt. at ¶¶ 218–220.

[257] *See* Corellium's Fourth Amended Answers to Apple's First Set of Interrogatories at 17;

it.[258] ██████████████████████████████████

███████████████████████████████ ████████████████████████████████

████████████████████████████

    80.    I have learned that █████████████████████████████████████

███████████████████████████████████████████.[261] My

review of CAP source code ██████████████████████████████

████████████████████████████████████████████████

████████████████[262] In particular, I have learned that: █████████████████████████



_____

███████████████

[258] *See also* ███████████████████████████████████████████████████

[259] *See also id.* at 214:10–215:3.

[260] ████████████████████████████████████████████████

████████████████████

█ ████████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████

[262] *See, e.g.*, Corellium-028769 █████████████████████████████
███████████████████████████████████████████
██████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
█████████████████████████████████████████████
████████████████████████████ *see also* Corellium's Responses to Apple's Second Set of
Interrogatories at 9 █████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████





- ████████████████████████████████████

  ██████████████████████████████

  ████████████████████████████████████

  ███████████████████████



- ███████████████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████







- ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████



- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮



265 *See* APL-CORELLIUM_00056490.





---

[266] *See* APL-CORELLIUM_00056483.

[267] *See id.*

[268] *See* ████████████████████████████████
████████████████████████ *see also* Correllium-010172 ████
████████████████████████████████████████
████████ Correllium-013273.000001 ██████████████████
████████

[269] *See* Corellium's Responses to Apple's Second Set of Interrogatories at 7 ████████
████████████████████

[270] *See id.* at 6–7 ██████████████████████████
████████████████████



- ███████████████████████████████████████████████████
  ████████████████████████████████. [271]

82.   ████████████████████████████████████████████



**3.**   ████████████████████████████████████████

████ ██████████████████████████████████████████

---

[271] *See* Nieh Rebuttal at ¶ 18; *see* Section VII.A.1–12, *infra.*

[272] ECF No. 354-1 (Stipulation) at 1–2.

[273] *See, e.g.*, Correllium-028769 ██████████████████████



███████████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████ [279] For

example, the ██████████████████████████████████

██████████████████████████████.″[280] In particular,

this function ███████████████████████████████

███████████████████ █████████████████████████████

██████████████████████████ █████████████████████

████████████████████████████████████████

███████████████

85.    Furthermore, ████████████████████████████

██████████████████████ ███████████████████████

[279] *See id.*; *see also generally* ████████████████████████

█████████████████████████

■ ██████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████

■ ████████████████████████████████████████████

■ ██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████

[283] *See id.*

[284] *See,  e.g.,* ████████████████████████████████
█████████████████















[314] *See* Corellium's Fifth Amended Answers to Apple's First Set of Interrogatories at 17, 19





[324] *See* Corellium's Fifth Amended Answers to Apple's First Set of Interrogatories at 17, 19

91.



[329] *See, e.g.*, Corellium's Fifth Amended Answers to Apple's First Set of Interrogatories at 17, 19



**4.**

































███████████████████████

**E.      Operation of the Corellium Apple Product**

**1.      Rendering GUI Elements of iOS**







   2.   **Device Interaction**





105.





**3.**







**4.**

111.    In my opening report, I noted that I had not yet been given enough technical documentation from Corellium to determine how Corellium boots an iOS virtual device.[432]

_____

[432] Nieh Rpt. at ¶ 229.











### G.   Testing and Development

### H.     Versions of iOS Supported by the Corellium Apple Product

119.     In my Opening Report, I explained that based on the evidence available to me at

the time, ███████████████████████████████████ █████     At the time of my

Opening Report, I had access to very little technical information about the Corellium Apple

Product.[452]  I therefore primarily relied on marketing material, including advertising indicating

Corellium could "[r]un any version of iOS," and showing a screenshot of Corellium's interface

running "iOS 9" on a virtual "iPhone 6," along with limited information from Corellium's

internal bug tracker, to support this determination.[454]  Although, as I noted in my report, other

marketing material indicated ██████████████████████████[455]  Corellium's lack

of technical and other production at the time prevented me from determining how, if at all,

versions of iOS supported by Corellium may have changed over time.

120.     Since the time I filed my Opening Report, I██████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████ █████████ █████████

---

[452] *See* Nieh Rpt. at ¶¶ 242, 253, 264.

[453] *See generally* Nieh Rpt. ¶ 11.

[454] *See* Nieh Rpt. at ¶¶ 242, 253, 264; APL-CORELLIUM_00045653 at APL-CORELLIUM_00045655; Corellium-017716; Corellium-017164.

[455] *See, e.g.*, Nieh Rpt. at ¶ 275.

[456] Wade Tr. 189:15–191:5 (explaining that ████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████ ██ ████████████

█████████████████████████████████████████████████████████

████████████████████████████████████████ ██████ For example,

one screenshot of the CAP user interface tweeted by Corellium's official Twitter account shows

"iOS 9" running on a virtualized "iPhone 6": [459]



───────────────────

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████

[457] ████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████

[458] Nieh Rpt. ¶¶ 242, 253, 264; APL-CORELLIUM_00045653 at APL-CORELLIUM_00045655 (tweet from @CorelliumHQ showing a screenshot of Corellium's interface appearing to run "iOS 9" on a virtualized "iPhone 6" and stating "Our Corellium Hypervisor for ARM enables us to run virtual iPhones in the cloud with game-changing features like: - Run any version of iOS"); Corellium-017716 (████████████████████████████████████████████████████████ Corellium-017164 ████████████████████████████████████

[459] APL-CORELLIUM_00045653 at APL-CORELLIUM_00045655.



121. ███████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████     ██████    ████████████████

████████████████████████████████████    ███████   ██████████████

███████████████████████████████████████████    ████

---

[460] Corellium's Fifth Amended Answers to Apple's First Set of Interrogatories (April 18, 2020) at 4.

[461] *Id.* at 5.

[462] *Id.* at 4–10.



122. ██████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████ ███████████████

████████████████████████████████ ████████████

███████████████████████████ ████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████ ██

123. ██████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████

█ ██████████████████████████████████████████

██████████████

█ ██████████████████████████████████████████

██████████████████████████████████

---

[463] *See id.* at 7 ("████████████████████████████").

[464] ███████████████████████████████████████████
██████████████

[465] *See, e.g.*, Correllium-021794 ████████████████████████████
Correllium-024593 ████████████████████████

[466] Correllium-021794.

[467] Correllium-030082.



have seen no evidence that the IPSWs files for iOS 9.0 or 9.1 were encrypted in their entirety. For example, I was able to extract the contents of the IPSW file for iOS 9.0 for iPhone 6 that Apple produced in this matter.



News articles from the time period when iOS 10.3 and iOS 11 were released indicated that iOS 10.3 supported both 32-bit and 64-bit applications, and iOS 11 was the first version of iOS to eliminate 32-bit support.[472] This is further supported by evidence suggesting that Apple released IPSWs for 32-bit devices (e.g., iPhone 5 and iPhone 5c) for iOS 10.3,[473] but did not release IPSW files for 32-bit device for iOS 11.0.[474]

---

[471]

[472] *See* APL-CORELLIUM_00056285 ("[T]he 32-bit warning dialog box has changed [in iOS 10.3], alerting users that an upcoming version of iOS will drop support for 32-bit apps entirely."); APL-CORELLIUM_00056290 ("As noted by The Apple Post, Apple is not providing restore images [for iOS 10.3.2 beta version] for iPhone 5, iPhone 5c or the fourth-gen iPad, all of which were supported by yesterday's iOS 10.3 release. The iPhone 5, 5c and iPad 4 each use a variant of the A6 system-on-chip, the last of Apple's mobile processors built on a 32-bit architecture."); APL-CORELLIUM_00056298 ("The latest version of iOS, version 10.3, includes a menu item . . . which will show a list of all the installed apps that don't run in 64-bit mode."); APL-CORELLIUM_00056294 ("In one fell swoop, this fall's forthcoming iOS 11 update will mark the end of support for not only 32-bit apps, but also legacy 32-bit devices.").

[473] *See, e.g.*, APL-CORELLIUM_00056024 ("iPhone" matrix showing releases for iPhone 5 and iPhone 5c from 10.0.1 through 10.3.3); APL-CORELLIUM_00056290 ("As noted by The Apple Post, Apple is not providing restore images [for iOS 10.3.2 beta version] for iPhone 5, iPhone 5c or the fourth-gen iPad, all of which were supported by yesterday's iOS 10.3 release. The iPhone 5, 5c and iPad 4 each use a variant of the A6 system-on-chip, the last of Apple's mobile processors built on a 32-bit architecture.").

[474] *See, e.g.*, APL-CORELLIUM_00056036 ("iPhone" matrix showing no iOS 11.x releases for iPhone 5 or iPhone 5c); APL-CORELLIUM_00056294 ("In one fell swoop, this fall's forthcoming iOS 11 update will mark the end of support for not only 32-bit apps, but also legacy 32-bit

███████████████████████████████████████████████████ ██

████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████ ██

███     ██████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████ I reserve the right to supplement or correct my opinions expressed in this report if and when additional evidence becomes available for my review.

## VII. EVIDENCE SUPPORTING CORELLIUM'S REPRODUCTION, MODIFICATION, DISTRIBUTION, AND DISPLAY OF APPLE'S COPYRIGHTED WORKS

### A.    iOS

127.    The supplemental information I have obtained since my Opening Report, as discussed above,[477] does not alter my original opinion that Corellium and CAP copies, modifies, distributes, and displays the creative and original aspects of iOS, but further supports that opinion.[478] Here, I provide a brief summary of the acts of copying, modification, distribution,

---

devices.").

[475] *See* ███████████████████████████████████████████████ ███████████████████████████████████████████████ ██████████████████████████████████

[476] ████████████████████████████

[477] *See* Section II, *supra*.

[478] *See* Section VI.B, *supra*.

and display in connection with these opinions. This summary description applies generally with respect to all versions of iOS on CAP. To the extent these acts differ across different versions of iOS, I provide further details in the subsections below specific to each iOS version.

128. 

---

[479] *See* Section VI.B, *supra.*

[480] *See* Section VI.B, *supra.*

[481] *See* Section VI.B, *supra.*

[482] *See* Section VI.F *supra.*

[483] *See* Section VI.F *supra.*

[484] *See* Section VI.F *supra.*

129. ██████████████████████████████

████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

████████████████████████████████ ██████████

████████████████████████████████████████

███████████████

130. ██████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████ ██████████████████████████████████

██████████████████████████████████

██████████ ████████████████████████████████

████████████████████████████

---

485 *See* Sections VI.C █████████████████████████████ VI.D.2 ████████████████

███████████ ), *supra*.

486 See Nieh Rpt. at Section VIII; Nieh Rebuttal Rpt. at Section V.A.

487 *See* Section VI.D.4, *supra*.

488 *See* Section VI.D.4, *supra*.

██████████████[489]

131.    ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████[490]

132.    As discussed in the individual iOS sections below,[491] the iOS root file system in particular contains files that Apple has specifically identified as containing the executable files representing the creative features I identified in my opening and rebuttal reports,[492] along with other unique and creative files such as wallpaper artwork.

133.    ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

█████████████████████████  █████████████████████

███████████████████████████████████████

████████████████████████████████████████

---

[489] *See* Section VI.D.3, *supra*.

[490] *See* Section VI.D.5, *supra*.

[491] *See* Sections VIII.A.1–12, *infra*.

[492] See Nieh Rpt. at Section VIII; Nieh Rebuttal Rpt. at Section V.A.

[493] *See* Sections VI.C ██████████████████), VI.E.3 (████████████████), *supra*.

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████ ██ ████████████

██████████████████████████████████████████

Again, the iOS root file system in particular contains the files that Apple has identified as containing the executable files representing the creative features I identified in my opening and rebuttal reports,[495] along with other unique and creative files such as wallpaper artwork.

134.    ██████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

███████ ██ ███████████████████████████████████

██████████████████████████████████████████

███████████████████████████ ██ ███████████████

██████████████████████████████████████████████

---

[494] *See* Sections VI.C ("████████████████████"), VI.E.3 ████████████████ *supra.*

[495] See Nieh Rpt. at Section VIII; Nieh Rebuttal Rpt. at Section V.A.

[496] *See* Nieh Rpt. ¶ 243.

[497] *See* Section VI.E.2, *supra.*

███████████████████████████████████ ██████████████

█████████████████████████████████████

███████████████████████████████████████

████████████ ██

    135.   ██████████████████████████████████

██████████████████████████████████████████

████████████████████████████████ ██ ████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████[501]

Again, the iOS root file system in particular contains the files that Apple has identified as containing the executable files representing the creative features I identified in my opening and rebuttal reports,[502] along with other unique and creative files such as wallpaper artwork.

    136.   ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

---

[498] *See* Section VI.E.2, *supra*.

[499] *See* Section VI.E.2, *supra*.

[500] *See* Section VI.E.3, *supra*.

[501] *See* Section VI.E.3, *supra*.

[502] See Nieh Rpt. at Section VIII; Nieh Rebuttal Rpt. at Section V.A.



Again, the iOS root file system in particular contains the files that Apple has identified as containing the executable files representing the creative features I identified in my opening and rebuttal reports,[506] along with other unique and creative files such as wallpaper artwork.

137.

---

[503] *See* Section VI.E.3, *supra*.

[504] *See* Section VI.E.3, *supra*.

[505] *See* Section VI.E.3, *supra*.

[506] See Nieh Rpt. at Section VIII; Nieh Rebuttal Rpt. at Section V.A.



[508] As I have previously explained, each IPSW contains a version of iOS tailored to a particular Apple hardware device.[509] These reproductions of entire IPSW files necessarily include the creative, original content I discussed in my opening and rebuttal reports.[510]

138.

---

[507] *See* Section VI.F, *supra.*

[508] *See* Section VI.G, *supra.*

[509] *See* Nieh Rpt. ¶ 68; *supra* Section IV.A.

[510] *See* Nieh Rpt. at Section VIII; Nieh Rebuttal Rpt. at Section V.A; Section IV.A, *supra.*

[511] ECF No. 354-2.

[512] *See* Section VI.D.3, *supra.*

[513] *See* Section VI.D.4, *supra.*



[515] As I have previously explained, all of iOS, including the root file system, kernel, and other firmware contain Apple's creative and protected content.[516]

139.

---

[514] *See* Section VI.D.5, *supra*.

[515] *See, e.g.,*

[516] *See* Nieh Rpt. ¶¶ 88–154; Nieh Rebuttal Rpt. ¶¶ 11–31, 69–70; Section V., *supra*.

[517] *See* Section IX, *infra*; Nieh Rebuttal Rpt. ¶¶ 55–64.

[518] *See* Section VI.E.2, *supra*.

[519] *See* Section VI.B, *supra*.



140.

---

[520] *See* Section VI.B, *supra.*

[521] *See* Section VI.F, *supra.*

[522] *See* Nieh Rpt. ¶ 243.

[523] *See* Nieh Rpt. ¶ 249.

[524] *See* Section VI.B, *supra.*



### 1.    iOS 9.0

141.

---

[525] *See* Section VI.E.1., *supra*.

[526] *See* Nieh Rpt. ¶ 249.

[527] *See* Nieh Rpt. at ¶¶ 198, 382–383, 396–397, 407–408, 417–418, 427–428, 437–438.

[528] *See* Nieh Rpt. at ¶¶ 384, 398; Correllium-004609 at Correllium-004609.0000015; Correllium-007644.

[529] *See* Section VI.H., *supra*.

[530] *See* Section VI.H., *supra*.

[531] *See* Sections VI.H and VII.A., *supra*.

142.      ████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████   As I explained in my opening report, I understand that copyright

protections for software extend to the computer screen displays for the computer program.[532]

For example, I understand the following wallpaper was added in iOS 9.0[533] in the

'████████████████████ folder:



143.      ████████████████████████████████████

████████████████████████████████████████████

---

[532] Nieh Rpt. at ¶ 18.

[533] *See* Wikipedia, *iOS 9*, https://en.wikipedia.org/wiki/IOS_9 (showing default home screen with same wallpaper).



144. ██████████████████████████████████████████

██████████████████████████████████████████████.

██████████████████████████████████████████

██████████████████████████████

████████████████████████[534] Because each version of iOS

builds on the last,[535] most, if not all, of the code added for this feature in iOS 9.0 likely persists in

later versions of iOS. ██████████████████████████

██████████████████████████████████████

---

[534] *See* Appendix B.

[535] *See* Nieh Rpt. at ¶¶ 67, 87.

█████████████████████████████████████████████████████████████████████████████████████████

145.    As discussed above, the source code deposit associated with the iOS 9.0

registration contained original creative work unique to iOS 9.0.[536] ████████████████

███████████████████████████████████████████████████████████████████████████████

███████████

146.    Dr. Olivier observed that the video deposit associated with this copyright

registration "deals entirely with the use of Siri by way of a microphone," and concluded that

because CAP "does not support a microphone," CAP could not therefore "be shown to contain

this functionality."[537]  However, the fact that CAP does not currently support audio recording

peripherals does not show that CAP does not copy, modify, distribute or display the

copyrightable aspects of iOS 9.0—or even just this feature—in the ways detailed above. ████████

██████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████

---

[536] *See* Section V., *supra*.

[537] Olivier Rebuttal Rpt. at ¶ 61.

147.    While, for illustrative purposes, I have identified the above examples of original and creative content protected by Apple's copyright for iOS 9.0 that are copied, displayed, and distributed ██████████████████████████, as I noted in my previous reports, iOS introduced numerous new features that required the authors who wrote the code to apply high levels of creativity.[538]  Because each new version of iOS is incremental,[539] many other features and creative content protected by the iOS 9.0 registration necessarily are copied, displayed, and distributed ████████████████████████████ ████

148.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 2.    iOS 9.1

149.    ████████████████████████████
██████████████████████ ████ ████████
███████████████████████████████ ██
████████████████████████████
██████████████████████████████
██████████████████████ █

---

[538] Nieh Rpt. at Section VIII.A.; Nieh Rebuttal Rpt. at ¶¶ 13, 18–19, 23.

[539] *See* Nieh Rpt. ¶¶ 67, 87.

[540] *See* Section VI.H., *supra*.

[541] *See* Section VI.H, *supra*.

[542] *See* Sections VI.H. and VII.A., *supra*.

150. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████ As I explained in my opening report, I understand that copyright

protections for software extend to the computer screen displays for the computer program.[543]

For example, as noted in my opening report, iOS 9.1 included over 150 new emoji characters,

including Apple's creative expression of Robot and Lion emoji:[544]



151. ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████

---

[543] Nieh Rpt. at ¶ 18.

[544] *See* Nieh Rpt. at ¶ 97; APL-CORELLIUM_00057538; APL-CORELLIUM_00057531; APL-CORELLIUM_00057519.





152.    As discussed above, the source code deposit associated with the iOS 9.1 registration contained original creative work unique to iOS 9.1.[545]

153.    While, for illustrative purposes, I have identified the above examples of original and creative content protected by Apple's copyright for iOS 9.1 that are copied, displayed, and

---

[545] *See* Section V., *supra*.

distributed ████████████████████████████████████████, as I noted in my previous reports, iOS introduced numerous new features that required the authors who wrote the code to apply high levels of creativity.[546]  Because each new version of iOS is incremental,[547] many other features and creative content protected by the iOS 9.0 registration necessarily are copied, displayed, and distributed ███████████████████████████████████ ████ .

154.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 3.    iOS 10.0

155.    ████████████████████████████████████

██████████████████████████████ ██████ ████████████████

█████████████████████████████████████ ███ ██████████████

████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████ ██

156.    ███████████████████████████████████

████████████████████████████████████████████

---

[546] Nieh Rpt. at ¶¶ 95–99; Nieh Rebuttal Rpt. at ¶¶ 13, 18, 20, 23.

[547] *See* Nieh Rpt. at ¶¶ 67, 87.

[548] *See* Section VI.H., *supra*.

[549] *See* Section VI.H., *supra*.

[550] *See* Sections VI.H and VII.A., *supra*.

███████████████████████████████████████████

██████████████████████████████ As I explained in my opening report, I understand that copyright

protections for software extend to the computer screen displays for the computer program.[551]

For example, I understand the following wallpaper ██████████████████████

██████████████████████ was added to iOS 10.0 ████████████████████████:[552]



157.   ████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

---

[551] Nieh Rpt. at ¶ 18.

[552] *See* Wikipedia, *iOS 10*, https://en.wikipedia.org/wiki/IOS_10 (showing default home screen with same wallpaper).

██████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

158.    ████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████.[553]  Because each version of iOS builds on the last,[554] most, if not all, of

the code added for this feature in iOS 10.0 likely persists in later versions of iOS.  ████████████

██████████████████████████████████████████████████

████████████████████████████████

---

[553] *See* Appendix B.

[554] *See* Nieh Rpt. ¶¶ 67, 87.



159.    As discussed above, the source code deposit associated with the iOS 10.0 registration contained original creative work unique to iOS 10.0.[555] █████████████████ ████████████████████████████████████████████████████████ █████████

160.    While, for illustrative purposes, I have identified the above examples of original and creative content protected by Apple's copyright for iOS 10.0 that are copied, displayed, and distributed ████████████████████████████████, as I noted in my previous reports, iOS introduced numerous new features that required the authors who wrote the code to apply high levels of creativity.[556]  Because each new version of iOS is incremental,[557] many other features and creative content protected by the iOS 10.0 registration necessarily are copied, displayed, and distributed ████████████████████████████

---

[555] *See* Section V., *supra*.

[556] Nieh Rpt. at ¶¶ 100–104; Nieh Rebuttal Rpt. at ¶¶ 13, 18, 21.

[557] *See* Nieh Rpt. at ¶¶ 67, 87.

███

161.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 4.    iOS 11.0

162.    In my Opening Report, I explained that Corellium supports iOS 11.0.[558] ████

████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████  █████████

163.    In my Opening Report, I explained that the Corellium Apple product modifies, copies, distributes, and displays iOS 11.0.[560] I have considered a large amount of additional evidence that was made available to me since completing my opening report, including access to the on-premises version of the CAP, access to the source code ██████████████████████, and other documentary and testimonial evidence discussed above. ██████████████

████████████████████████████████████████████

███████████████.[561] In this section I identify additional evidence obtained during my exploration of CAP that confirms this understanding.

164.    ████████████████████████████████████████

---

[558] *See* Nieh Rpt. at ¶ 274.

[559] *See* Corellium's Fourth Amended Answers to Apple's First Set of Interrogatories at 7 ████
████████████████████████); *see also* ████████████████████████████
████████████████████

[560] *See* Nieh Rpt. at ¶¶ 274–284.

[561] *See* Sections VI.H and VII.A., *supra*.



[562]

---



- ████████████████████████████████████████████
  ████████████████████████████████
  ███████████████████████████████████
  ████████████████████████████████████████
  ████████████████████████████████████
  █████████████████





████████████████████████████████ iOS 11.0 was released to the public on September 19, 2017.[563] ████████████████████████

████████████████████████████████████

████████████████████████████████

██████████████████████████████████████

████████████████████████████████

████████████████

165. ████████████████████████████████████

████████████████████████████████████

████████

166. ████████████████████████████████

████████████████████████████████ For example, the following wallpaper is contained in the root file system for the IPSW for iOS 11.0 for iPhone 8:[565]

---

[563] APL-CORELLIUM_00004846.

[564] *See, e.g.*, Nieh Rpt. at ¶¶ 68, 84–87, 105–111, 274–284; Sections IV.A, and V, *supra*.

[565] ████████████████████████████



167. ████████████████████████████████████

████████████████



168. 

169.

170.



171. ███████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████

████████████████████████



---

566 *See* Section IV.A., *supra*.

567 iOS 11.0 was first released to the public on September 19, 2017.   APL-CORELLIUM_00004846.



172.

---

Moreover, because each version of iOS builds on the last,[569] most, if not all, of the code added for this feature in iOS 11.0 likely persists in later-released versions of iOS ███████████

173.    Dr. Olivier observed that the video deposit associated with this copyright registration "deals entirely with the use of Siri by way of a microphone," and concluded that because CAP "does not support a microphone," CAP could not therefore "be shown to contain this functionality."[570]  However, the fact that CAP does not currently support audio recording peripherals does not show that CAP does not copy, modify, distribute or display the copyrightable aspects of iOS 11.0—or even just the feature displayed in the video deposit—in the ways detailed above. ████████████████████

██████████████████████████████████

███████████████████████████████

Additionally, Apple enabled "[t]ype to Siri support" in this very same version of iOS.[571] Therefore, the lack of a microphone peripheral would not prevent a user of CAP from using this feature.

174.    As discussed above, the source code deposit associated with the iOS 11.0 registration contained original creative work unique to iOS 11.0.[572] ██████████████

██████████████████████████████

██████

---

[569] *See* Nieh Rpt. at ¶¶ 67, 87.

[570] Olivier Rebuttal Rpt at ¶ 94.

[571] APL-CORELLIUM_00044084 at APL-CORELLIUM_00044097.

[572] *See* Section V., *supra*.

175.    While, for illustrative purposes, I have identified the above examples of original and creative content protected by Apple's copyright for iOS 11.0 that are copied, displayed, and distributed by virtual devices in CAP, as I noted in my previous reports, iOS introduced numerous new features that required the authors who wrote the code to apply high levels of creativity.[573]  Because each new version of iOS is incremental,[574] many other features and creative content protected by the iOS 11.0 registration necessarily are copied, displayed, and distributed by virtual devices in CAP.

176.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 5.    iOS 11.0.1

177.    In my Opening Report, I explained that Corellium supports iOS 11.0.1.[575] ▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

178.    In my Opening Report, I explained that the Corellium Apple product modifies, copies, distributes, and displays iOS 11.0.1.[576]  I have considered a large amount of additional evidence that was made available to me since completing my opening report, including access to the on-premises version of the CAP, access to the source code for CAP ▮▮▮▮▮▮▮▮▮▮▮, and other documentary and testimonial evidence discussed above. ▮▮▮▮▮▮▮▮▮▮▮

---

[573] Nieh Rpt. ¶¶ 105–11; Nieh Rebuttal ¶¶ 13, 18, 22.

[574] *See* Nieh Rpt. at ¶¶ 67, 87.

[575] *See* Nieh Rpt. at ¶ 286.

[576] *See* Nieh Rpt. at ¶¶ 285–295.

███████████████████████████████████████████

██████████████████████████.[577]  In this section I identify additional evidence obtained during

my exploration of CAP that confirms this understanding.

179.  █████████████████████████████████████

████████████████████████████ ████████████████████████

█████████████████████████████████████

████████████████████████████████████

█████████████████████████████████████

██████████████████████████████████████

████████████████████

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

---

[577] *See* Sections VI.D.–E. and VII.A., *supra*.

[578] *See* Sections VI.D. and VII.A., *supra*.

- ███████████████████████████████████████████████████

  ███████████████████████████████████████████

  ████████████████████████████████████████████████████████
  ████████████████████████████████████████████████████████
  ████████████████████████████████████████████████████████
  ████████████████████████████████████████████████████████
  ████████████████████████████████████████████████████████
  ████████████████████████████████████████████████████████

- ███████████████████████████████████████████████████

  ████████████████████████████████████████

  ███████████████████████████████████████████████





- ████████████████████████████████

  ████████████████████████████████

  ████████████████████████████████

  ███████████████████████████

  ████████████████████████████████

  ██████████████████████ iOS 11.0.1 was released to the public

  on September 26, 2017.[579] ████████████████████

- █████████████████████████████████

  ██████████████████████████████

  █████████████████████████████████

  █████████████████████████████

  ████████████████

  180. ██████████████████████████

████████████████████████████████

███████.[580]

  181. ████████████████████████

████████████████████████████████

████████████████████████████████

███████████████████████████████

███████████████████

---

[579] APL-CORELLIUM_00004827.

[580] *See, e.g.*, Nieh Rpt. at ¶¶ 68, 84–87, 112–116, 285–295; Sections IV.A. and V. *supra*.



---

[581] *See* Section IV.A., *supra*.

[582] iOS 11.0.1 was first released to the public on September 26, 2017.   APL-CORELLIUM_00004827.



182.    Dr. Olivier observed that the video deposits associated with this copyright registration "deal entirely with 'Animoji,'" and concluded that because CAP "does not have a camera," CAP could not therefore "be shown to contain this functionality."[583]  However, the fact that CAP does not currently support a camera peripheral does not show that CAP does not copy, modify, distribute or display the copyrightable aspects of iOS 11.0.1—or even just the feature displayed in the video deposits—in the ways detailed above.  ████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████ ██ ████████████████████
██████████████████████████████████████

183.    As discussed above, the source code deposit associated with the iOS 11.0.1

_____

[583] Olivier Rebuttal Rpt. at ¶ 106.

[584] Correllium-009106.000002–03.

registration contained original creative work unique to iOS 11.0.1.[585] ██████████████

████████████████████████████████████████████████████████████

██████████

184.     While, for illustrative purposes, I have identified the above examples of original and creative content protected by Apple's copyright for iOS 11.0.1 that are copied, displayed, and distributed by virtual devices in CAP, as I noted in my previous reports, iOS introduced numerous new features that required the authors who wrote the code to apply high levels of creativity.[586]  Because each new version of iOS is incremental,[587] many other features and creative content protected by the iOS 11.0.1 registration necessarily are copied, displayed, and distributed by virtual devices in CAP.

185.     I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

## 6.     iOS 11.2

186.     In my Opening Report, I explained that Corellium supports iOS 11.2.[588] ██████████

████████████████████████████████████████████████████████████

████████████████████████████████████

187.     In my Opening Report, I explained that the Corellium Apple product modifies,

---

[585] *See* Section V., *supra*.

[586] Nieh Rpt. ¶¶ 112–116; Nieh Rebuttal ¶¶ 13, 18, 24.

[587] *See* Nieh Rpt. at ¶¶ 67, 87.

[588] *See* Nieh Rpt. at ¶ 297.

copies, distributes, and displays iOS 11.2.[589]  I have considered a large amount of additional evidence that was made available to me since completing my opening report, including access to the on-premises version of the CAP, access to the source code for CAP ███████████████████, and other documentary and testimonial evidence discussed above. ████████████████ ████████████████████████████████████████████████ ███████████████████████.[590]  In this section I identify additional evidence obtained during my exploration of CAP that confirms this understanding.

188.   ████████████████████████████████████████ ████████████████████████████  ██████████████████████████████ ████████████████████████████████████████████████ ██████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████

[589] *See* Nieh Rpt. at ¶¶ 296–306.

[590] *See* Sections VI.D.–E. and VII.A., *supra*.

[591] *See* Sections VI.D. and VII.A., *supra*.



- ████████████████████████████████████████████████████████

████████████████████████████████████████████



- ██████████████████████████████████████████
  ████████████████████████████████
  ████████████████████████████████████
  ████████████████████████████████████████
  ███████████████████████████████████████
  █████████████████



██████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████████ iOS 11.2 was released to the public on

December 1, 2017.[592] ██████████████████████████████████████

• ████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████

189.   ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████.[593]

190.   ████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████

---

[592] APL-CORELLIUM_00005020.

[593] *See, e.g.*, Nieh Rpt. at ¶¶ 68, 84–87, 117–121, 296–306; Sections IV.A. and V., *supra*.



---

594 *See* Section IV.A., *supra*.

595 iOS 11.2 was first released to the public on December 1, 2017.  APL-CORELLIUM_00005020.



191.

---

[596] *See* Appendix B; Nieh Rebuttal Rpt. at ¶ 24.



Moreover, because each version of iOS builds on the last,[597] most, if not all, of the code added for this feature in iOS 11.2 likely persists in later-released versions of iOS supported by CAP.

192.    As discussed above, the source code deposit associated with the iOS 11.2 registration contained original creative work unique to iOS 11.2.[598] ████████████████

---

[597] *See* Nieh Rpt. at ¶ 87.

[598] *See* Section V., *supra*.

███████████████████████████████████████████████

██████████

193.    While, for illustrative purposes, I have identified the above examples of original and creative content protected by Apple's copyright for iOS 11.2 that are copied, displayed, and distributed by virtual devices in CAP, as I noted in my previous reports, iOS introduced numerous new features that required the authors who wrote the code to apply high levels of creativity.[599]  Because each new version of iOS is incremental,[600] many other features and creative content protected by the iOS 11.2 registration necessarily are copied, displayed, and distributed by virtual devices in CAP.

194.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 7.    iOS 11.2.5

195.    In my Opening Report, I explained that Corellium supports iOS 11.2.5.[601]  ██████

██████████████████████████████████████████████

████████████████████████████

196.    In my Opening Report, I explained that the Corellium Apple product modifies, copies, distributes, and displays iOS 11.2.5.[602]  I have considered a large amount of additional evidence that was made available to me since completing my opening report, including access to

---

[599] Nieh Rpt. at ¶¶ 117–121; Nieh Rebuttal Rpt. at ¶¶ 13, 18, 24.

[600] *See* Nieh Rpt. at ¶¶ 67, 87.

[601] *See* Nieh Rpt. at ¶ 308.

[602] *See* Nieh Rpt. at ¶¶ 307–317.

the on-premises version of the CAP, access to the source code for CAP ██████████████,

and other documentary and testimonial evidence discussed above. █████████████

████████████████████████████████████████████

███████████████████.[603]  In this section I identify additional evidence obtained during

my exploration of CAP that confirms this understanding.

197.  ███████████████████████████

███████████████████████ ████████████████████████

███████████████████████████████

████████████████████████████████

████████████████████████████████

█████████████████████████████████

████████████████

[603] *See* Sections VI.D.–E. and VII.A., *supra*.

[604] *See* Sections VI.D. and VII.A., *supra*.



- ██████████████████████████████████████████████████

██████████████████████████████████████████





███████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████ iOS 11.2.5 was released to the public on

January 23, 2018.[605] ████████████████████████████

• ███████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████

198. ██████████████████████████████████████

█████████████████████████████████████████████████

██████████████.[606]

199. █████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████

[605] APL-CORELLIUM_00005024.

[606] *See, e.g.*, Nieh Rpt. at ¶¶ 68, 84–87, 122–126, 307–317; Sections IV.A. and V, *supra*.



---

[607] *See* Section IV.A., *supra*.



200. ███████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████████████████

[608] iOS 11.2.5 was first released to the public on January 23, 2018.   APL-CORELLIUM_00005024.

[609] *See* Appendix B; Nieh Rebuttal Rpt. at ¶ 25.

Moreover, because each version of iOS builds on the last,[610] most, if not all, of the code added for this feature in iOS 11.2.5 likely persists in later-released versions of iOS supported by CAP.

201.    Dr. Olivier suggests that the new and creative feature identified in my opening report ("Siri can read the news") is somehow not part of iOS 11.2.5 devices on CAP because CAP "cannot make use of Siri."[611]  However, the fact that CAP does not currently support audio recording peripherals does not show that CAP does not copy, modify, distribute or display the copyrightable aspects of iOS 11.2.5—or even just the news-reading feature added in this version of iOS—in the ways detailed above.

---

[610] *See* Nieh Rpt. at ¶¶ 67, 87.

[611] Olivier Rebuttal Rpt. at ¶ 133.

██████████ Additionally, Apple enabled "[t]ype to Siri support" in iOS 11.0.[612]  Therefore, the lack of a microphone peripheral would not prevent a user of CAP from using this feature.

202.    As discussed above, the source code deposit associated with the iOS 11.2.5 registration contained original creative work unique to iOS 11.2.5.[613] ██████████████

████████████████████████████████████████████

██████████

203.    While, for illustrative purposes, I have identified the above examples of original and creative content protected by Apple's copyright for iOS 11.2.5 that are copied, displayed, and distributed by virtual devices in CAP, as I noted in my previous reports, iOS introduced numerous new features that required the authors who wrote the code to apply high levels of creativity.[614]  Because each new version of iOS is incremental,[615] many other features and creative content protected by the iOS 11.2.5 registration necessarily are copied, displayed, and distributed by virtual devices in CAP.

204.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

**8.    iOS 11.3**

205.    In my Opening Report, I explained that Corellium supports iOS 11.3.[616]  <u>Based on</u>

---

[612] APL-CORELLIUM_00044084 at APL-CORELLIUM_00044097.

[613] *See* Section V., *supra*.

[614] Nieh Rpt. at ¶¶ 122–126; Nieh Rebuttal Rpt. at ¶¶ 13, 18, 25.

[615] *See* Nieh Rpt. at ¶¶ 67, 87.

[616] *See* Nieh Rpt. at ¶ 319.

████████████████████████████████████████████████████████████

████████████████████████████

206.    In my Opening Report, I explained that the Corellium Apple product modifies, copies, distributes, and displays iOS 11.3.[617]  I have considered a large amount of additional evidence that was made available to me since completing my opening report, including access to the on-premises version of the CAP, access to the source code for CAP ████████████████████, and other documentary and testimonial evidence discussed above.  ████████████████████

████████████████████████████████████████████████████

████████████████████.[618]  In this section I identify additional evidence obtained during my exploration of CAP that confirms this understanding.

207.    ████████████████████████████████████████████████

████████████████████████████████ ████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████

---

[617] *See* Nieh Rpt. at ¶¶ 318–328.

[618] *See* Sections VI.D.–E. and VII.A., *supra*.

[619] *See* Sections VI.D. and VII.A., *supra*.



- █████████████████████████████████████████████████████████

█████████████████████████████████████████████████



- ████████████████████████████████████████████████████
  ████████████████████████████
  ████████████████████████████████████████
  ███████████████████████████████████████████████
  ███████████████████████████████████████████
  ████████████████





208.

209.

620 *See, e.g.*, Nieh Rpt. at ¶¶ 68, 84–87, 127–132, 318–328; Sections IV.A. and V *supra*.

185



---

621 *See* Section IV.A., *supra*.

622 iOS 11.3 was first released to the public on March 29, 2018.  APL-CORELLIUM_00004848.

186



210. ███████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████

---



Moreover, because each version of iOS builds on the last,[624] most, if not all, of the code added for this feature in iOS 11.3 likely persists in later-released versions of iOS supported by CAP.

211.    Dr. Olivier observed that the video deposit associated with this copyright registration "shows animojis which as described above the [CAP] cannot show as it does not have a camera."[625]  However, the fact that CAP does not currently support a camera peripheral does not show that CAP does not copy, modify, distribute or display the copyrightable aspects of iOS 11.3—or even just the animojis displayed in the video deposit—in the ways detailed above.

<span style="background:black">████████████████████████████</span>
<span style="background:black">██████████████████████████████</span>
<span style="background:black">████████████████████████████</span>
<span style="background:black">████████████████████████████████</span>
<span style="background:black">███████████  ████████████████████</span>

---

[624] *See* Nieh Rpt. at ¶¶ 67, 87.

[625] Olivier Rebuttal Rpt at ¶ 143.

[626] Correllium-009106.000002–03.

███████████████████████ Similarly, Dr. Olivier suggests that the personal information check and battery evaluation features must not be contained in iOS 11.3 virtual machines on CAP because CAP "cannot make use of Siri, . . . nor does it contain a battery." But again, whether CAP makes use of a particular feature has nothing to do with whether it is copied. Further, the first feature identified in my opening report, "[w]hen an Apple feature asks to use your personal information, an icon now appears along with a link to detailed information explaining how your data will be used and protected," does not mention Siri at all, as Dr. Olivier incorrectly suggests.[627]

212.    As discussed above, the source code deposit associated with the iOS 11.3 registration contained original creative work unique to iOS 11.3.[628] ████████████████████ ████████████████████████████████████████████████████ ███████████

213.    While, for illustrative purposes, I have identified the above examples of original and creative content protected by Apple's copyright for iOS 11.3 that are copied, displayed, and distributed by virtual devices in CAP, as I noted in my previous reports, iOS introduced numerous new features that required the authors who wrote the code to apply high levels of creativity.[629] Because each new version of iOS is incremental,[630] many other features and creative content protected by the iOS 11.3 registration necessarily are copied, displayed, and

---

[627] *See* Nieh Rpt. at ¶ 129; Olivier Rebuttal Rpt. at ¶ 143.

[628] *See* Section V., *supra*.

[629] Nieh Rpt. at ¶¶ 127–132; Nieh Rebuttal Rpt. at ¶¶ 13, 18, 26.

[630] *See* Nieh Rpt. at ¶¶ 67, 87.

distributed by virtual devices in CAP.

214.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 9.    iOS 11.4

215.    In my Opening Report, I explained that Corellium supports iOS 11.4.[631]  ███



216.    In my Opening Report, I explained that the Corellium Apple product modifies, copies, distributes, and displays iOS 11.4.[632]  I have considered a large amount of additional evidence that was made available to me since completing my opening report, including access to the on-premises version of the CAP, access to the source code for CAP ███████████ and other documentary and testimonial evidence discussed above. ███████████

███████████  In this section I identify additional evidence obtained during my exploration of CAP that confirms this understanding.

217.    ███████████

---

[631] *See* Nieh Rpt. at ¶ 330.

[632] *See* Nieh Rpt. at ¶¶ 329–339.

[633] *See* Sections VI.D.–E. and VII.A., *supra*.

[634] *See* Sections VI.D. and VII.A., *supra*.

.



- ██████████████████████████████████████████
  ████████████████████████████████
  ████████████████████████████████████
  ████████████████████████████████████████
  ██████████████████████████████████████
  ████████████████





218.

219.

---

[635] *See, e.g.*, Nieh Rpt. at ¶¶ 68, 84–87, 133–137, 329–339; Sections IV.A. and V., *supra*.



---

[636] *See* Section IV.A., *supra*.

[637] iOS 11.4 was first released to the public on May 29, 2018.  APL-CORELLIUM_00004960.



220.

---



Moreover, because each version of iOS builds on the last,[639] most, if not all, of the code added for this feature in iOS 11.4 likely persists in later-released versions of iOS supported by CAP.

 221. Dr. Olivier suggests that the new and creative features identified in my opening report (e.g., "Store your messages, photos, and other attachments in iCloud and free up space on your devices") are somehow not part of iOS 11.4 devices on CAP because CAP "cannot connect to iCloud."[640]  However, the fact that CAP does not currently support iCloud logins does not show that CAP does not copy, modify, distribute or display the copyrightable aspects of iOS 11.4—or even just this specific feature—in the ways detailed above. ██████████████████

████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████

---

[639] *See* Nieh Rpt. at ¶¶ 67, 87.

[640] Olivier Rebuttal Rpt. at ¶ 158.

███████████████████████████████████████ ████████████

██████████████████████████████████

222.     As discussed above, the source code deposit associated with the iOS 11.4

registration contained original creative work unique to iOS 11.4.[642] ██████████████████

████████████████████████████████████████████████

██████████

223.     While, for illustrative purposes, I have identified the above examples of original

and creative content protected by Apple's copyright for iOS 11.4 that are copied, displayed, and

distributed by virtual devices in CAP, as I noted in my previous reports, iOS introduced

numerous new features that required the authors who wrote the code to apply high levels of

creativity.[643]  Because each new version of iOS is incremental,[644] many other features and

creative content protected by the iOS 11.4 registration necessarily are copied, displayed, and

distributed by virtual devices in CAP.

224.     I reserve the right to supplement my opinion expressed in this report if and when

additional evidence becomes available for my review.

**10.     iOS 12.0**

225.     In my Opening Report, I explained that Corellium supports iOS 12.0.[645] ████████

---

[641] Correllium-009106.000002.

[642] See Section V., *supra*.

[643] Nieh Rpt. at ¶¶ 133–137; Nieh Rebuttal Rpt. at ¶¶ 13, 18, 27.

[644] See Nieh Rpt. at ¶¶ 67, 87.

[645] See Nieh Rpt. at ¶ 341.

██████████████████████████████████████████████████████

████████████████████████████

226.     In my Opening Report, I explained that the Corellium Apple product modifies, copies, distributes, and displays iOS 12.0.[646]  I have considered a large amount of additional evidence that was made available to me since completing my opening report, including access to the on-premises version of the CAP, access to the source code for CAP ██████████████████, and other documentary and testimonial evidence discussed above.  ████████████████████

█████████████████████████████████████████████████████

████████████████████████.[647]  In this section I identify additional evidence obtained during my exploration of CAP that confirms this understanding.

227.     ████████████████████████████████████████

████████████████████████████████ █████████████████████████████████

████████████████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████

---

[646] *See* Nieh Rpt. ¶¶ 340–350.

[647] *See* Sections VI.D.–E. and VII.A., *supra*.

[648] *See* Sections VI.D. and VII.A., *supra*.



- ██████████████████████████████████████████████████████

██████████████████████████████████████████████████







228. ██████████████████████████████

██████████████████████████████████████

████

229. ████████████████████████████

██████████████████████████████████ the

following wallpaper is contained in the root file system for the IPSW for iOS 12.0 for iPhone

X.[650]

---

[649] *See, e.g.*, Nieh Rpt. at ¶¶ 68, 84–87, 138–144, 340–350; Sections IV.A. and V., *supra.*

[650] ████████████████████████████████████



230. ████████████████████████████

████████████████████████████████

████████████████████████████████

███████████████████████████



231.

232.



233.



---

[651] *See* Section IV.A., *supra*.



234.

---

[652] iOS 12.0 was first released to the public on September 17, 2018. APL-CORELLIUM_00005022.

[653] *See* Appendix B; Nieh Rebuttal Rpt. at ¶ 28.



Moreover, because each version of iOS builds on the last,[654] most, if not all, of the code added for this feature in iOS 12.0 likely persists in later-released versions of iOS supported by CAP.

235.    Dr. Olivier observed that the video deposits associated with this copyright registration "deal with Siri" and "deal with Animojis," "deal entirely with 'Animoji,'" and concluded that because CAP "does not have a microphone" and "does not have a camera," CAP "can [sic] make use of Siri" and "cannot make use of Animoji."[655]  However, the fact that CAP does not currently support a an input audio or camera peripheral does not show that CAP does not copy, modify, distribute or display the copyrightable aspects of iOS 12.0—or even just the features displayed in the video deposits—in the ways detailed above. ███████████

███████████████████████████████████████████

███████████████████████████████████████

██████████████████████████    Additionally, Apple enabled "[t]ype to Siri support" in iOS

---

[654] *See* Nieh Rpt. at ¶¶ 67, 87.

[655] Olivier Rebuttal Rpt. at ¶¶ 167, 170.

11.0.[656]  Therefore, the lack of a microphone peripheral would not prevent a user of CAP from using the Siri-based feature. ██████████████████████████████████

██████████████████████████████████ █ ████████████████████████████

██████████████████████████████

236.    As discussed above, the source code deposit associated with the iOS 12.0 registration contained original creative work unique to iOS 12.0.[658] ████████████████

██████████████████████████████████████████

████████

237.    While, for illustrative purposes, I have identified the above examples of original and creative content protected by Apple's copyright for iOS 12.0 that are copied, displayed, and distributed by virtual devices in CAP, as I noted in my previous reports, iOS introduced numerous new features that required the authors who wrote the code to apply high levels of creativity.[659]  Because each new version of iOS is incremental,[660] many other features and creative content protected by the iOS 12.0 registration necessarily are copied, displayed, and distributed by virtual devices in CAP.

238.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

---

[656] APL-CORELLIUM_00044084 at APL-CORELLIUM_00044097.

[657] Correllium-009106.000002–03.

[658] *See* Section V., *supra*.

[659] Nieh Rpt. at ¶¶ 138–144; Nieh Rebuttal Rpt. at ¶¶ 13, 18, 28.

[660] *See* Nieh Rpt. at ¶¶ 67, 87.

### 11.   iOS 12.1.1

239.    In my Opening Report, I explained that Corellium supports iOS 12.1.1.[661]  ▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

240.    In my Opening Report, I explained that the Corellium Apple product modifies, copies, distributes, and displays iOS 12.1.1.[662]  I have considered a large amount of additional evidence that was made available to me since completing my opening report, including access to the on-premises version of the CAP, access to the source code for CAP ▮▮▮▮▮▮▮▮▮▮▮, and other documentary and testimonial evidence discussed above.  ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮.[663]  In this section I identify additional evidence obtained during my exploration of CAP that confirms this understanding.

241.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[661] *See* Nieh Rpt. at ¶ 352.

[662] *See* Nieh Rpt. at ¶¶ 351–361.

[663] *See* Sections VI.D.–E. and VII.A., *supra*.

[664] *See* Sections VI.D. and VII.A., *supra*.



- ███████████████████████████████████████████████████

███████████████████████████████████████████████████







242.

243.

---

[665] *See, e.g.*, Nieh Rpt. at ¶¶ 68, 84–87, 145–149, 351–361; Sections IV.A. and V., *supra*.



---

[666] *See* Section IV.A., *supra*.



244.  █████████████████████████████████████████████.

████████████████████████████████████████████

█████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

██████████████████

---

[667] iOS 12.1.1 was first released to the public on December 5, 2018.   APL-CORELLIUM_00005079.

[668] *See* Appendix B; Nieh Rebuttal Rpt. at ¶ 29.



Moreover, because each version of iOS builds on the last,[669] most, if not all, of the code added for this feature in iOS 12.1.1 likely persists in later-released versions of iOS supported by CAP.

245.    Dr. Olivier suggests that the new and creative feature identified in my opening report ("Live Photo capture during one-to-one FaceTime calls") is somehow not part of iOS 12.1.1 devices on CAP because CAP "does not have a camera."[670]  However, the fact that CAP does not currently support a camera peripheral does not show that CAP does not copy, modify, distribute or display the copyrightable aspects of iOS 12.1.1—or even just the image capture feature added in this version of iOS—in the ways detailed above.

---

[669] *See* Nieh Rpt. at ¶¶ 67, 87.

[670] Olivier Rebuttal Rpt. at ¶ 182.

███████████████████████████████████ ████████████████████

████████████████████████████████

246.     As discussed above, the source code deposit associated with the iOS 12.1.1

registration contained original creative work unique to iOS 12.1.1.[672] ████████████████████

████████████████████████████████████████████████████████████

████████████

247.     While, for illustrative purposes, I have identified the above examples of original

and creative content protected by Apple's copyright for iOS 12.1.1 that are copied, displayed,

and distributed by virtual devices in CAP, as I noted in my previous reports, iOS introduced

numerous new features that required the authors who wrote the code to apply high levels of

creativity.[673]  Because each new version of iOS is incremental,[674] many other features and

creative content protected by the iOS 12.1.1 registration necessarily are copied, displayed, and

distributed by virtual devices in CAP.

248.     I reserve the right to supplement my opinion expressed in this report if and when

additional evidence becomes available for my review.

### 12.     iOS 12.2

249.     In my Opening Report, I explained that Corellium supports iOS 12.2.[675] ████████

---

[671] Correllium-009106.000002–03.

[672] See Section V., *supra*.

[673] Nieh Rpt. at ¶¶ 145–149; Nieh Rebuttal Rpt. at ¶¶ 13, 18, 29.

[674] See Nieh Rpt. at ¶¶ 67, 87.

[675] See Nieh Rpt. at ¶ 363.

██████████████████████████████████████████████

████████████████████

250.     In my Opening Report, I explained that the Corellium Apple product modifies, copies, distributes, and displays iOS 12.2.[676]  I have considered a large amount of additional evidence that was made available to me since completing my opening report, including access to the on-premises version of the CAP, access to the source code for CAP ████████████████, and other documentary and testimonial evidence discussed above. ██████████████████████

██████████████████████████████████████████

████████████████████.[677]  In this section I identify additional evidence obtained during my exploration of CAP that confirms this understanding.

251.     ████████████████████████████████████

██████████████████████████████ ██████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████

---

[676] *See* Nieh Rpt. at ¶¶ 362–372.

[677] *See* Sections VI.D.–E. and VII.A., *supra*.

[678] *See* Sections VI.D. and VII.A., *supra*.





- ██████████████████████████████████████████████████
  █████████████████████████████████████
  ████████████████████████████████████████████
  ██████████████████████████████████████████████████
  ███████████████████████████████████████████████
  ██████████████████





252.

253.

[679] *See, e.g.*, Nieh Rpt. at ¶¶ 68, 84–87, 145–149, 362–372; Sections IV.A. and V., *supra*.



---

[680] *See* Section IV.A., *supra*.



254. ███████████████████████████████████████████

---

[681] iOS 12.2 was first released to the public on March 25, 2019.  APL-CORELLIUM_00005149.

[682] *See* Appendix B; Nieh Rebuttal Rpt. at ¶ 30.



Moreover, because each version of iOS builds on the last,[683] most, if not all, of the code added for this feature in iOS 12.2 likely persists in later-released versions of iOS supported by CAP.

255.    Dr. Olivier suggests that the new and creative features identified in my opening report (Ask Siri to play video content on Apple TV; new Animoji) are somehow not part of iOS 12.2 devices on CAP because CAP "does not have a camera or microphone."[684]  However, the fact that CAP does not currently support a an input audio or camera peripheral does not show that CAP does not copy, modify, distribute or display the copyrightable aspects of iOS 12.0—or even just the features cited in my opening report—in the ways detailed above.  ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Additionally, Apple enabled "[t]ype

---

[683] *See* Nieh Rpt. at ¶¶ 67, 87.

[684] Olivier Rebuttal Rpt at ¶ 193.

to Siri support" in iOS 11.0.[685]  Therefore, the lack of a microphone peripheral would not prevent a user of CAP from using the Siri-based feature. ██████████████████

██████████████████████████████ ██ ████████████

██████████████████████████████████

256.    As discussed above, the source code deposit associated with the iOS 12.2 registration contained original creative work unique to iOS 12.2.[687] ██████████████

██████████████████████████████████████

████████

257.    While, for illustrative purposes, I have identified the above examples of original and creative content protected by Apple's copyright for iOS 12.2 that are copied, displayed, and distributed by virtual devices in CAP, as I noted in my previous reports, iOS introduced numerous new features that required the authors who wrote the code to apply high levels of creativity.[688]  Because each new version of iOS is incremental,[689] many other features and creative content protected by the iOS 12.2 registration necessarily are copied, displayed, and distributed by virtual devices in CAP.

258.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

---

[685] APL-CORELLIUM_00044084 at APL-CORELLIUM_00044097.

[686] Corellium-009106.000002–03.

[687] *See* Section V., *supra*.

[688] Nieh Rpt. at ¶¶ 150–154; Nieh Rebuttal Rpt. at ¶¶ 13, 18, 30.

[689] *See* Nieh Rpt. at ¶¶ 67, 87.

### B.    Separately Registered GUI Elements

259.    The supplemental information I have learned since my Opening Report, as discussed above,[690] does not alter my original opinion that Corellium modifies, copies, distributes, and publicly displays the copyrighted GUI Elements asserted in this case.[691] Here, I provide a brief summary of the acts of copying, distribution, and display in connection with these opinions.  This summary description applies generally for the separately registered GUI Elements at issue in this case,[692] which are discussed in detail below.  To the extent these acts differ across different registered GUI Elements, I provide further details in the subsections below specific to each registration.

260.    As noted in my opening report and discussed above, the IPSW file contains all GUI elements needed to display iOS in its default configuration.[693]  This includes icons for the default applications, default wallpaper images, and other graphical images that iOS displays to the user.[694] These graphical elements are included in the IPSW file that is copied and ultimately displayed and distributed by CAP as described above.[695]

261.    ███████████████████████████████████████

███████████████████████████████████████████████

---

[690] *See* Section II., *supra*.

[691] *See* Nieh Rpt. at Section X.B.

[692] Nieh Rpt. at Section VIII.B.

[693] *See* Nieh Rpt. at ¶¶ 84–87; Section IV.A., *supra*.

[694] *See* Nieh Rpt. at ¶¶ 84–87; Section IV.A., *supra*.

[695] *See* Section VI.; ███████████████████



262.

[696] *See* Section VI.D., *supra*.

[697] *See* Section VI.B., *supra*.

[698] *See* Section VI.B., *supra*.

[699] *See* Section VI.B., *supra*.

[700] *See* Section VI.B., *supra*.

[701] *See* Section VI.B., *supra*.



264.

---

[702] *See* Nieh Rpt. at Section X; Section VI.D., *supra*.

[703] *See* Section VI.D., *supra*.

[704] *See* Nieh Rpt. at Section X.



265. ████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████ ███████████████████

██████████████████████████████████

███████████████████████████

266. ████████████████████████████████

█████████████████████████████████████

█████████████████████████████████████

██████████████ ██████████████████████

████████████████████████████████████

███████████████████████████████████

██████████

267. ████████████████████████████████

██████████████████████████████████

███████████████████████████████████

███████████████████████████████████

---

[705] *See* Nieh Rpt. at Section X.

[706] *See, e.g.,* Nieh Rpt. at ¶¶ 375, 389, 403, 413, 423, 433.

[707] *See* Section VI.E., *supra.*

[708] *See* Section VI.E., *supra.*



268.

As I have previously explained, each IPSW contains a version of iOS tailored to a particular

Apple hardware device.[713]

---

[709] *See* Section VI.E., *supra.*

[710] *See* Section VI.E., *supra.*

[711] *See* Section VI.G., *supra.*

[712] *See* Section VI.G., *supra.*

[713] *See* Nieh Rpt. at ¶ 68; *supra* Section IV.A.



269.

---

[714] *See* Nieh Rpt. at ¶¶ 84, 86.

[715] ECF No. 354-2.

[716] *See, e.g.,* Nieh Rpt. at ¶¶ 383, 397, 408, 418, 428, 438.

[717] *See* Section VI.B., *supra*.



270.

---

[718] *See* Section VI.E., *supra.*

[719] *See* Nieh Rpt. ¶¶ 384, 398; Correllium-004609 at Correllium-004609.0000015; Correllium-007644.

[720] *See* Section VI.B., *supra.*

[721] *See* Section VI.B., *supra.*

[722] *See e.g.,* Nieh Rpt. at ¶¶ 382, 396, 407, 417, 427, 437.

1.     **Apple Icons – iOS 9 Compilation – iPhone 6s Built-in Apps**

271.     As I explained in my opening report, Apple has separately registered a claim in copyright for the compilation of icon graphics for iOS 9.[723] The registration deposit depicts the work that is registered:[724]



272.     I understand the registration covers Apple's creative selection of the icons depicted in the registration deposit.  As explained above and in my opening report, CAP copies, displays, and distbutes the iOS 9 icons upon the extraction of the IPSW file and at various points

---

[723] APL-CORELLIUM_00004856.

[724] *Id.* at APL-CORELLIUM_00004857.

during the creation and use of Corellium's virtual machines for versions of iOS containing the icons.[725] ████████████████████████████████

████████████████████████████████████████

████████████████ Because each new version of iOS is incremental,[726] ████████

████████████████████████████████████████

████████████████

273. ████████████████████████████████

████████████████████████████████

████████████ █ ████████████████████████████

████████████████████████████████████████

████████████████████



████████████████████████████████

---

[725] *See* Section VII.B., *supra*; Nieh Rpt. at ¶¶ 374–377.

[726] See Nieh Rpt. at ¶¶ 67, 87.

[727] *See* Nieh Rpt. at ¶ 376.



.[728]

---

[728] APL-CORELLIUM_00004856 at APL-CORELLIUM_00004857.



274.    As noted above, and in my opening report, all graphical assets pertaining to any

given version of iOS are contained in the IPSW.[729] ███████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████

---

[729] See Nieh Rpt. at ¶¶ 84, 86; Section IV.A., *supra*.



275.    As I explained in my opening report, the CAP enables Corellium and its customers to display Apple's copyrighted iOS 9 icons.[730]

276.    As I explained in my opening report, the CAP enables Corellium and its customers to display Apple's copyrighted iOS 9 icons.[731]

---

[730] *See* Nieh Rpt. at ¶ 383.

[731] *See* Nieh Rpt. at ¶ 383.

[732]



277.    As I explained in my opening report, CAP further copies, displays, and distributes the copyrighted iOS 9 icons in other supported versions of iOS, as well.[733]



---

[733] See Nieh Rpt. at ¶¶ 377, 379, 381–83.

[734] APL-CORELLIUM_00004856 at APL-CORELLIUM_00004857.

[735] *See* Section VII.B.2., *infra*.

[736]

███████████████████████████████████.[737]

278.     I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

**2.      Apple Icons – iOS 11 Compilation – iPhone 8 Built-in Apps**

279.     As I explained in my opening report, Apple has separately registered a claim in copyright for the compilation of icon graphics for iOS 11.[738]  The registration deposit depicts the work that is registered:[739]

---

███████████████████████████████████.

[737] *See* Section VII.B.2., *infra*.

[738] APL-CORELLIUM_00004854.

[739] APL-CORELLIUM_00004854 at APL-CORELLIUM_00004855.



280.    I understand the registration covers Apple's creative selection of the icons depicted in the registration deposit.  As explained above and in my opening report, the CAP copies, displays, and distributes the iOS 11 icons upon the extraction of the IPSW file and at various points during the creation and use of Corellium's virtual machines for versions of iOS containing the icons.[740] ██████████████████████████████

---

[740] *See* Section VII.B., *supra*; Nieh Rpt. at ¶¶ 388–395.

██████████████████████████████████████████████

███████████████████████████████████. Because each new version of iOS is

incremental,[741] ██████████████████████████████████████████████████

██████████████████████████████████

281.   ██████████████████████████████████████████████

███████████████████████████████████████████████

████████████ ██████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████

██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

---

[741] *See* Nieh Rpt. at ¶¶ 67, 87.

[742] Nieh Rpt. at ¶ 390.

██████████████████████████████████████████████████ iOS 11.0 was

released on September 19, 2017.[743] ████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████



███████████████████████████████████████████████████████

████████████████████████████████████████.[744]

---

[743] APL-CORELLIUM_00004846.

[744] APL-CORELLIUM_00004854 at APL-CORELLIUM_00004855.



282.    As noted above, and in my opening report, all graphical assets pertaining to any

given version of iOS are contained on the IPSW.[745] ████████████████

████████████████████████████████

████████████████████ ██ ████████████████████████

███████████████



283.    As I explained in my opening report, the CAP enables Corellium and its customers to distribute Apple's copyrighted iOS 11 icons.[747] ██████████████

██████████████████████████████

████████████████████████

284.    As I explained in my opening report, the CAP enables Corellium and its customers to display Apple's copyrighted iOS 11 icons.[748] ███████████████

██████████████████████████

---

[745] *See* Nieh Rpt. at ¶¶ 84, 86; *supra* Section IV.A.

[746] ████████████████████
████████████████████
████████████████████
█████████████████████
█████████████████████
████████████████████
███████████████████████
███████████████████████
███

[747] Nieh Rpt. at ¶ 396.

[748] Nieh Rpt. at ¶ 397.



285. ██████████████████████████████████

███████████████████████████████ ████████████

███████████████████████████ ██████████ ███

████████████████████████████████

███████████████████

---

[749] ████████████████████████████████
████████████████████████████████
████████████████████████

[750] *See* Nieh Rpt. at ¶¶ 391, 393, 395–97.

[751] ████████████████████████████████
████████████████████████████████
███████████████████████



286.     I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 3.     Apple Bokeh (bubble) Wallpaper

287.     As I explained in my opening report, Apple has separately registered a claim in copyright for the works of visual art embodied in the registered wallpaper titled "Apple Bokeh (bubble) Wallpaper iOS 7" (the "Bokeh Wallpaper").[752]  The registration deposit depicts the registered works:[753]

---

[752] APL-CORELLIUM_00004962.

[753] APL-CORELLIUM_00004962 at APL-CORELLIUM_00004963–69.





288.     These graphical elements, like the icons for Apple's native applications, are included in the IPSW file when the IPSW is copied into CAP.[754]

289.     I understand the registration covers Apple's creative expression depicted in the registration deposit.  As explained above and in my opening report, the CAP copies, displays, and distributes the Bokeh wallpaper upon the extraction of the IPSW file and at various points during the creation and use of Corellium's virtual machines for versions of iOS containing the Bokeh wallpaper.[755] ████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████ Because each new

---

[754] *See* ████████████████████

[755] *See* Section VII.B., *supra*; Nieh Rpt. at ¶¶ 401–410.

version of iOS is incremental,[756] ██████████████████████████████████

████████████████████████████████████████████████████

    290.   ████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████  ████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████

██████████████████████████████████████████████

█████████████████████████████████████████

---

[756] *See* Nieh Rpt. at ¶¶ 67, 87.

[757] Nieh Rpt. at ¶ 404.



291. 

iOS 11.0.1 was released on September 26, 2017.[758]

292.

---

[758] APL-CORELLIUM_00004827.



293.     As I explained in my opening report, CAP enables Corellium and its customers to distribute Apple's copyrighted Bokeh wallpaper.[759]

---

[759] Nieh Rpt. at ¶ 407.

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████

294.     As I explained in my opening report, the CAP enables Corellium and its

customers to display Apple's copyrighted Bokeh wallpaper.[760]  ████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████

295.     I reserve the right to supplement my opinion expressed in this report if and when

additional evidence becomes available for my review.

### 4.     Apple Wallpaper – Flower Magenta

296.     As I explained in my opening report, Apple has separately registered a claim in

copyright for the work of visual art embodied in the registered wallpaper titled "Apple Wallpaper

– Flower magenta (iOS 8)" (the "Flower Magenta wallpaper").[761]  The registration deposit

depicts the work that is registered:[762]

---

[760] Nieh Rpt. at ¶ 408.

[761] APL-CORELLIUM_00004994.

[762] APL-CORELLIUM_00004994 at APL-CORELLIUM_00004995.



297.    I understand that this image was included in at least some IPSW files for iOS 9.0.



298.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 5.    Apple Wallpaper – Flower Chrysanthemum Purple

---

[763] *See* Section VI.H., *supra*.

[764] *See* Section VI.H., *supra*.

[765] *See* Sections VI. and VII.A., *supra*.

299.    As I explained in my opening report, Apple has separately registered a claim in copyright for the work of visual art embodied in the registered wallpaper titled "Apple Wallpaper – Flower Chrysanthemum purple (iOS 8)" (the "Flower Chrysanthemum wallpaper").[766]  The registration deposit depicts the work that is registered:[767]



300.    I understand that this image was included in at least some IPSW files for iOS 9.0.



---

[766] APL-CORELLIUM_00004970.

[767] APL-CORELLIUM_00004970 at APL-CORELLIUM_00004971.

[768] *See* Section VI.H., *supra*.

[769] *See* Section VI.H., *supra*.

████████████████████████████████████████ ██

301.    I reserve the right to supplement my opinion expressed in this report if and when

additional evidence becomes available for my review.

## VIII.   EVIDENCE SUPPORTING CORELLIUM'S CIRCUMVENTION OF APPLE'S SECURITY MEASURES

### A.    iOS

302.    The supplemental information I have obtained since completing my Opening

Report, as discussed above,[771] does not alter my original opinion that CAP bypasses, deactivates,

avoids, and impairs Apple's technological protection measures that otherwise effectively control

access to iOS and protect Apple's exclusive rights in iOS and portions thereof, but further

supports that opinion.[772]   Apple's technological protection measures effectively control access to

a functional version of iOS, with a graphical user interface that can be viewed, used, and

interacted with on authorized Apple hardware, and prevent it from being accessed on non-Apple

hardware.   Thus, Dr. Olivier's observation that a person can download an IPSW file and browse

some of its contents is beside the point; merely being able to browse the object code files in the

IPSW file is very different from being able to access a operational version of iOS in the form it

was meant to be interacted with in the ordinary course of its operation.   Apple's technological

protection measures also prevent copying, modification, and display of iOS in whole and in part.

Here, I provide a summary of the ways CAP circumvents the various technological protection

measures Apple has implemented.   This summary description applies generally to the way CAP

---

[770] *See* Sections VI. and VII.A., *supra*.

[771] *See* Section II, *supra*.

[772] *See* Nieh Rpt. at Section XI.A.

creates, loads, and operates virtual machines for all versions of iOS.  To the extent the evidence I have reviewed indicates CAP operates differently with respect to any particular version of iOS discussed in this report, I provide further details in the subsections below.

303.    **Apple's Chain of Trust.**  As I explained in my opening report, and as confirmed above, Apple's chain of trust approach to securing iOS, starting in the Boot ROM, through the steps in the secure boot process, and extending to the trust cache, is a multifaceted technological protection measure that both controls access to iOS and prevents iOS, or parts of iOS, from being copied, modified, and displayed in the form it is ordinarily meant to be interacted with.[773]  As I previously explained, in the ordinary course of operation, each step in the chain of trust requires the application of both information (e.g., the signed manifest from Apple) and a process (e.g., the comparison of cryptographic measurements) at each step in the process in order for a user to gain access to and use iOS.[774]  In the ordinary course of iOS's operation, this chain starts in hardware, in the Boot ROM, and each step in booting iOS is verified that it is authorized by Apple before executing.[775]  ███████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████████

---

[773] *See* Nieh Rpt. ¶¶ 69–79; Section IV.B., *supra*.

[774] *See* Nieh Rpt. Section XI.A.

[775] *See supra* section IV.B.; Nieh Rpt. ¶¶ 74–79.

[776] ████████████████████████████████



304.   As discussed above and in my opening report, ████████████████████

████████████████████████████████████████████

████████████████████████████  Specifically,

- ████████████████████████████████████████

  ████████████████████████████████

  ████████████████████[780]

- ████████████████████████████████████

  ████████████████████████████████

  ████████[781]

---

[777] *See supra* section IV.B.; Nieh Rpt. ¶¶ 72–73, 78–79.

[778] ████████████████████████████████████

[779] *See* section IV.B., *supra;* Nieh Rpt. ¶¶ 72–73, 78–79.

[780] *See supra* section IV.D.4.

[781] *See supra* section IV.D.4.



- ███████████████████████████████████████

  ████████████████████████████████████

  █████████████████,[782] including:

  ○ ██████████████████████████████

    ██,[783]

  ○ ██████████████████████████████

    ████████████████,[784]

- ████████████████████████████████████████

  ████████████████████████████████████

  ████████████████████████████████████

  ████████████████████,[785]

- ██████████████████████████████████

  ████████████████████████████████████████

  ████████████████████████████████████

  ██████████████████ ██████████████████████

  ████████████████████████████████

---

[782] *See supra* section IV.D.6.

[783] *See supra* section IV.D.6.

[784] *See supra* section IV.D.6.

[785] *See supra* section IV.D.7.

[786] *See supra* section IV.E.4.

███████████████████████████████████████████[787]

305.   **Presentation of the Software License Agreement ("SLA").**  As I explained in my opening report, and as confirmed above, the presentation ████████████████████ of the Software License Agreement applicable to that version of iOS is another measure that, in the ordinary course of operation, requires the application of information (i.e., the user's assent to the SLA) in order for a user to gain access to and use iOS.[788] ███████████████████████

███████████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

██████████████

306.   As noted in my original report, and as discussed above, ████████████████████

████████████████████████████████████████

██████████████████████████ ███████████████████████████

███████████████████████████

307.   **Apple's Custom Instruction Architecture (PAC).**  Pointer authentication codes, or PAC, ████████████████████████████████,[790] ordinarily ensure that only Apple-authorized code can tell the kernel what instructions to execute.  ████████████████

---

[787] *See supra* Section IV.E.4.

[788] *See supra* Section IV.A.; Nieh Rpt. ¶¶ 442–443, 451–452, 460–461, 469–470, 478–479, 487–488, 497–498, 505–506, 514–515, 523–524, 532–533, 541–542.

[789] *See supra* Section IV.D.4.

[790] *See supra* Section IV.B. (█████████████████████████).



308.

Specifically:

- ████████████████████████████████████

████████████████████

---

[791] Correllium-008031.000001; *see supra* Sections VI.D.4 (████████████████), VI.E.5. (████████████████).

[792] *See* Section VI.D.4.



309.     In my opening report, I explained that CAP as a whole and specific features of CAP in particular are specifically designed for the purpose of circumventing Apple's technological protection measures.[797]  Additional evidence confirms this is true.[798]  A few examples include:



---

[793] Correllium-008031.000002; ███████████████

[794] Correllium-008031.000001; *see* Section VI.E.5, *supra.*

[795] Correllium-008031.000001; *see* Section VI.E.5, *supra.*

[796] Correllium-008031.000001.

[797] *See* Nieh Rpt. Section XI.A.

[798] 

[799] ███████████████



310.    In my opening report, I explained that CAP as a whole and specific features of CAP in particular have limited commercially significant purpose or use other than to circumvent

---



Apple's technological protection measures.[804]   Additional evidence confirms this is true.[805]



311.    In my opening report, I explained that CAP as a whole and specific features of CAP in particular are is marketed for use in circumventing Apple's technological protection measures.[809]   Additional evidence confirms this is true.[810]

---

[804] *See* Nieh Rpt. Section XI.A.

[805]

[809] *See* Nieh Rpt. Section XI.A.

[810] *See, e.g.*, Correllium-004708; Correllium-004711; Correllium-004949; Correllium-007488; Correllium-008298



312.     I note that Corellium may still possess additional evidence of its circumvention of Apple's technological protection measures that it has not made available, and which I have not yet reviewed.  I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 1.     iOS 9.0

313.

---

811 Correllium-004711.000006.

812 Correllium-004708.000003.

813 Correllium-004711.000005.

814 Correllium-007488.000003.

815 *See* Section VI.H., *supra*.

314. ███████████████████████████

██████████████████████████████████████████████████ In my Opening Report, I explained that the CAP circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to iOS 9.0 and protect iOS 9.0 from acts of copyright infringement.[818] ███████████████████████████

---

[816] *See* Section VI.H., *supra*.

[817] *See* Sections VI. and VIII.A., *supra*.

[818] *See* Nieh Rpt. at ¶ 441.

[819] *See* Nieh Rpt. at ¶¶ 442–44.

███████████████

315.    Further, as discussed above, ████████████████████████████████ additional evidence supports my opening opinions that, as a whole, and specific features of CAP in particular, 1) are specifically designed for the purpose of circumventing Apple's technological protection measures, 2) have limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, and 3) are marketed for use in circumventing Apple's technological protection measures.[820]

316.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 2.    iOS 9.1

317.    ████████████████████████████████

███████████████████████████████ ████  █████████████

███████████████████████████████████████

██████████████████████████████

█████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

█████████████████████████████████████

████████

---

[820] *See* Section VIII.A., *supra;* Nieh Rpt. at ¶¶ 445–47.

[821] *See* Section VI.H., *supra*.

[822] *See* Section VI.H., *supra*.

[823] *See* Sections VI. and VIII.A., *supra*.

318.  ██████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████

████████████████████████  In my Opening Report, I explained that CAP

circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection

measures that otherwise effectively control access to iOS 9.1 and protect iOS 9.1 from acts of

copyright infringement.[824] ████████████████████████████

████████████████████████████████████████████

███████████████████████████ ███████████████████████

████████████████████████████████████

████████████████████████████████████████

████████████████

319.  Further, as discussed above, ████████████████████████████

additional evidence supports my opening opinions that, as a whole, and specific features of CAP

in particular, 1) are specifically designed for the purpose of circumventing Apple's technological

protection measures, 2) have limited commercially significant purpose or use other than to

circumvent Apple's technological protection measures, and 3) are marketed for use in

circumventing Apple's technological protection measures.[826]

320.  I reserve the right to supplement my opinion expressed in this report if and when

---

[824] *See* Nieh Rpt. at ¶ 450.

[825] *See* Nieh Rpt. at ¶¶ 451–53.

[826] *See* Section VIII.A., *supra;* Nieh Rpt. at ¶¶ 454–56.

additional evidence becomes available for my review.

### 3.    iOS 10.0

321.    



322.    ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████ In my Opening Report, I explained that CAP

circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection

measures that otherwise effectively control access to iOS 10.0 and protect iOS 10.0 from acts of

---

[827] *See* Section VI.H., *supra*.

[828] *See* Section VI.H., *supra*.

[829] *See* Sections VI. and VIII.A., *supra*.

copyright infringement.[830] 

323.     Further, as discussed above, ███████████████████████████████████

additional evidence supports my opening opinions that, as a whole, and specific features of CAP

in particular, 1) are specifically designed for the purpose of circumventing Apple's technological

protection measures, 2) have limited commercially significant purpose or use other than to

circumvent Apple's technological protection measures, and 3) are marketed for use in

circumventing Apple's technological protection measures.[832]

324.     I reserve the right to supplement my opinion expressed in this report if and when

additional evidence becomes available for my review.

**4.     iOS 11.0**

325.     In my Opening Report, I explained that Corellium supports iOS 11.0.[833] ████████

██████████████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

---

[830] *See* Nieh Rpt. at ¶ 459.

[831] *See* Nieh Rpt. at ¶¶ 460–62.

[832] *See* Section VIII.A., *supra;* Nieh Rpt. at ¶¶ 463–65.

[833] *See* Nieh Rpt. at ¶ 274.

████████████████████  ███████

326.    As described in Section VIII.A. above, CAP's modifications to iOS 11.0 serve to bypass numerous features baked into Apple's iOS environment and that, in their ordinary course of operation, prevent unauthorized access to iOS 11.0 and prevent iOS 11.0 from being interacted with in an unapproved way.  In my Opening Report, I explained that the CAP circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to iOS 11.0 and protect iOS 11.0 from certain acts of copyright infringement.[835] ████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████  ██  ███████████████████████

███████████████████████████████████████

327.    Further, as discussed above, additional evidence supports my opening opinions that the CAP as a whole, and specific features of CAP in particular, 1) are specifically designed for the purpose of circumventing Apple's technological protection measures, 2) have limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, and 3) are marketed for use in circumventing Apple's technological

---

[834] *See* Corellium's Fourth Amended Answers to Apple's First Set of Interrogatories at 7 ████
████████████████████████████████████████████
██████████████████████

[835] *See* Nieh Rpt. at ¶ 468.

[836] *See* Nieh Rpt. at ¶¶ 469–471.

protection measures.[837]

328.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 5.    iOS 11.0.1

329.    In my Opening Report, I explained that Corellium supports iOS 11.0.1.[838] ████

████████████████████████████████████████████████████████████

████████████████████████████

330.    As described in Section VIII.A. above, CAP's modifications to iOS 11.0.1 serve to bypass numerous features baked into Apple's iOS environment and that, in their ordinary course of operation, prevent unauthorized access to iOS 11.0.1 and prevent iOS 11.0.1 from being interacted with in an unapproved way.  In my Opening Report, I explained that the CAP circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to iOS 11.0.1 and protect iOS 11.0.1 from certain acts of copyright infringement.[839] ████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████    ██████████████████████

████████████████████████████████████████████████████████████

██████████████████

---

[837] Section VIII.A., *supra;* Nieh Rpt. at ¶¶ 472–74.

[838] *See* Nieh Rpt. at ¶ 286.

[839] *See* Nieh Rpt. at ¶ 477.

[840] *See* Nieh Rpt. at ¶¶ 478–480.

331.    Further, as discussed above, additional evidence supports my opening opinions that the CAP as a whole, and specific features of CAP in particular, 1) are specifically designed for the purpose of circumventing Apple's technological protection measures, 2) have limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, and 3) are marketed for use in circumventing Apple's technological protection measures.[841]

332.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 6.    iOS 11.2

333.    In my Opening Report, I explained that Corellium supports iOS 11.2.[842] ███

█████████████████████████████████████████████

████████████████████

334.    As described in Section VIII.A. above, CAP's modifications to iOS 11.2 serve to bypass numerous features baked into Apple's iOS environment and that, in their ordinary course of operation, prevent unauthorized access to iOS 11.2 and prevent iOS 11.2 from being interacted with in an unapproved way.  In my Opening Report, I explained that the CAP circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to iOS 11.2 and protect iOS 11.2 from certain acts of copyright infringement.[843] ████████████████████

---

[841] Section VIII.A., *supra;* Nieh Rpt. at ¶¶ 481–83.

[842] *See* Nieh Rpt. at ¶ 297.

[843] *See* Nieh Rpt. at ¶ 486.

███████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████     █████████████████████████

██████████████████████████████████████.

335.     Further, as discussed above, additional evidence supports my opening opinions that the CAP as a whole, and specific features of CAP in particular, 1) are specifically designed for the purpose of circumventing Apple's technological protection measures, 2) have limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, and 3) are marketed for use in circumventing Apple's technological protection measures.[845]

336.     I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 7.     iOS 11.2.5

337.     In my Opening Report, I explained that Corellium supports iOS 11.2.5.[846] ██████

████████████████████████████████████████████

██████████████████████████████

338.     As described in Section VIII.A. above, CAP's modifications to iOS 11.2.5 serve to bypass numerous features baked into Apple's iOS environment and that, in their ordinary course of operation, prevent unauthorized access to iOS 11.2.5 and prevent iOS 11.2.5 from

---

[844] *See* Nieh Rpt. at ¶¶ 487–489.

[845] Section VIII.A., *supra;* Nieh Rpt. at ¶¶ 490–92.

[846] *See* Nieh Rpt. at ¶ 308.

being interacted with in an unapproved way.  In my Opening Report, I explained that the CAP circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to iOS 11.2.5 and protect iOS 11.2.5 from certain acts of copyright infringement.[847] ███████████████████

████████████████████████████████████

████████████████████████████████████████

██████████████████████████████ █ ████████████████

████████████████████████████████████████

███████████████

339.    Further, as discussed above, additional evidence supports my opening opinions that the CAP as a whole, and specific features of CAP in particular, 1) are specifically designed for the purpose of circumventing Apple's technological protection measures, 2) have limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, and 3) are marketed for use in circumventing Apple's technological protection measures.[849]

340.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 8.    iOS 11.3

341.    In my Opening Report, I explained that Corellium supports iOS 11.3.[850] ████████

---

[847] *See* Nieh Rpt. at ¶ 495.

[848] *See* Nieh Rpt. at ¶¶ 496–498.

[849] Section VIII.A., *supra;* Nieh Rpt. at ¶¶ 499–501.

[850] *See* Nieh Rpt. at ¶ 319.

██████████████████████████████████████████████████

████████████████████████

342.     As described in Section VIII.A. above, CAP's modifications to iOS 11.3 serve to bypass numerous features baked into Apple's iOS environment and that, in their ordinary course of operation, prevent unauthorized access to iOS 11.3 and prevent iOS 11.3 from being interacted with in an unapproved way.  In my Opening Report, I explained that the CAP circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to iOS 11.3 and protect iOS 11.3 from certain acts of copyright infringement.[851] ████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████████  ████████████████████

████████████████████████████████████

343.     Further, as discussed above, additional evidence supports my opening opinions that the CAP as a whole, and specific features of CAP in particular, 1) are specifically designed for the purpose of circumventing Apple's technological protection measures, 2) have limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, and 3) are marketed for use in circumventing Apple's technological protection measures.[853]

---

[851] *See* Nieh Rpt. at ¶ 504.

[852] *See* Nieh Rpt. at ¶¶ 505–507.

[853] Section VIII.A., *supra;* Nieh Rpt. at ¶¶ 508–510.

344.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 9.    iOS 11.4

345.    In my Opening Report, I explained that Corellium supports iOS 11.4.[854] ████

████████████████████████████████████████████████████████████

██████████████████████████

346.    As described in Section VIII.A. above, CAP's modifications to iOS 11.4 serve to bypass numerous features baked into Apple's iOS environment and that, in their ordinary course of operation, prevent unauthorized access to iOS 11.4 and prevent iOS 11.4 from being interacted with in an unapproved way.  In my Opening Report, I explained that the CAP circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to iOS 11.4 and protect iOS 11.4 from certain acts of copyright infringement.[855] ████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████ ████████████████████████████

████████████████████████████████████

347.    Further, as discussed above, additional evidence supports my opening opinions that the CAP as a whole, and specific features of CAP in particular, 1) are specifically designed

---

[854] *See* Nieh Rpt. at ¶ 330.

[855] *See* Nieh Rpt. at ¶ 513.

[856] *See* Nieh Rpt. at ¶¶ 514–516.

for the purpose of circumventing Apple's technological protection measures, 2) have limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, and 3) are marketed for use in circumventing Apple's technological protection measures.[857]

348.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 10.    iOS 12.0

349.    In my Opening Report, I explained that Corellium supports iOS 12.0.[858]  █████

████████████████████████████████████████████████████

████████████████████████

350.    As described in Section VIII.A. above, CAP's modifications to iOS 12.0 serve to bypass numerous features baked into Apple's iOS environment and that, in their ordinary course of operation, prevent unauthorized access to iOS 12.0 and prevent iOS 12.0 from being interacted with in an unapproved way.  In my Opening Report, I explained that the CAP circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to iOS 12.0 and protect iOS 12.0 from certain acts of copyright infringement.[859]  █████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

---

[857] Section VIII.A., *supra;* Nieh Rpt. at ¶¶ 517–519.

[858] *See* Nieh Rpt. at ¶ 341.

[859] *See* Nieh Rpt. at ¶ 522.



351.    Additional evidence also supports my opening opinions that the CAP as a whole, and specific features of CAP in particular, 1) are specifically designed for the purpose of circumventing Apple's technological protection measures, 2) have limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, and 3) are marketed for use in circumventing Apple's technological protection measures.[862]

352.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

**11.    iOS 12.1.1**

353.    In my Opening Report, I explained that Corellium supports iOS 12.1.1.[863] ███

████████████████████████████████████████████████████████████████████

███████████████████████████████

354.    As described in Section VIII.A. above, CAP's modifications to iOS 12.1.1 serve to bypass numerous features baked into Apple's iOS environment and that, in their ordinary

---

[860] *See* Nieh Rpt. at ¶¶ 523–525.

[861] *See* Sections IV.B., VI.E.5., and VIII.A, *supra*.

[862] Section VIII.A., *supra; Nieh Rpt. at ¶¶ 526–28.

[863] *See* Nieh Rpt. at ¶ 352.

course of operation, prevent unauthorized access to iOS 12.1.1 and prevent iOS 12.1.1 from being interacted with in an unapproved way.  In my Opening Report, I explained that the CAP circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to iOS 12.1.1 and protect iOS 12.1.1 from certain acts of copyright infringement.[864] ███████████████████████

████████████████████████████████

█████████████████████████████████████

███████████████████████████████ ███████████████

█████████████████████████████████████

███████████████████████████████

███████████████████████████████

██████████████████████████████████████

███████████████████████ █

355.    Additional evidence also supports my opening opinions that the CAP as a whole, and specific features of CAP in particular, 1) are specifically designed for the purpose of circumventing Apple's technological protection measures, 2) have limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, and 3) are marketed for use in circumventing Apple's technological protection measures.[867]

---

[864] *See* Nieh Rpt. at ¶ 531.

[865] *See* Nieh Rpt. at ¶¶ 532–534.

[866] *See* Sections IV.B., VI.E.5., and VIII.A, *supra*.

[867] Section VIII.A., *supra;* Nieh Rpt. at ¶¶ 535–37.

356.     I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 12.     iOS 12.2

357.     In my Opening Report, I explained that Corellium supports iOS 12.2.[868] 

358.     As described in Section VIII.A. above, CAP's modifications to iOS 12.2 serve to bypass numerous features baked into Apple's iOS environment and that, in their ordinary course of operation, prevent unauthorized access to iOS 12.2 and prevent iOS 12.2 from being interacted with in an unapproved way.  In my Opening Report, I explained that the CAP circumvents, bypasses, deactivates, avoids, and impairs Apple's technological protection measures that otherwise effectively control access to iOS 12.2 and protect iOS 12.2 from certain acts of copyright infringement.[869]



---

[868] *See* Nieh Rpt. at ¶ 363.

[869] *See* Nieh Rpt. at ¶ 540.

[870] *See* Nieh Rpt. at ¶¶ 541–543.

███████████████████████████████████████████████

███████████████████████

359.     Additional evidence also supports my opening opinions that the CAP as a whole, and specific features of CAP in particular, 1) are specifically designed for the purpose of circumventing Apple's technological protection measures, 2) have limited commercially significant purpose or use other than to circumvent Apple's technological protection measures, and 3) are marketed for use in circumventing Apple's technological protection measures.[872]

360.     I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

## IX.   DR. OLIVIER'S IMPROPER LEGAL CONCLUSION THAT THE CORELLIUM APPLE PRODUCTS CONSTITUTE FAIR USE IS BASED ON AN INCORRECT UNDERSTANDING OF THE FACTS

361.     In my rebuttal report, I discussed how Dr. Olivier's misunderstanding of the facts led him to the improper conclusion that Corellium's use of iOS constitutes fair use.[873]  I have since learned further information that reaffirms my conclusion.

### A.     Evidence Supports a Conclusion that Corellium's Use of iOS is of a Commercial Nature

362.     In my rebuttal, I disagreed with Dr. Olivier's belief that the Corellium Apple Product is inherently good.[874]  There, I stated that ████████████████████████████

---

[871] *See* Sections IV.B., VI.E.5., and VIII.A, *supra*.

[872] Section VIII.A., *supra;* Nieh Rpt. at ¶¶ 544–46.

[873] *See* Nieh Rebuttal Rpt. at § VI.

[874] *See* Olivier Rpt. at ¶¶ 73–76.

███████████████████████████████████████████████████████████

██████████████████████████████████ ██████████████████████

██████████████████████████████ Moreover, I also noted that

Azimuth, ███████████████████████ "has admitted publicly that it has never reported

a bug back to Apple."[877] ████████████████████████████████████

██████████████████████████████████████████

████████████ In fact, my statement that "the main purpose of the Corellium Apple Product is

to circumvent Apple's security controls and enable users to use iOS on non-Apple hardware

without having to agree to Apple's Software License Agreement,"[879] has been since confirmed

████████████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████████

██████████████████

363.    I also noted in my original rebuttal report that ██████████████████████

████████████████████████████████████████████

---

[875] Nieh Rebuttal Rpt. at ¶ 50.

[876] *See* ██████████████████████████████████████

[877] Nieh Rebuttal Rpt. at ¶ 50.

[878] ████████████████████████████

[879] Nieh Rebuttal Rpt. at ¶ 51.

[880] ████████████████████████████



364.

---

[881] Nieh Rebuttal Rpt. at ¶ 51.

[882]

[883] Nieh Rebuttal Rpt. at ¶ 52.

[884]

[885] Nieh Rebuttal Rpt. at ¶ 53

[886]

**B.     Corellium Copies the Entirety of Apple's Copyrighted Works**

365.     

**C.     Evidence Supports a Conclusion Corellium's Product Adversely Affects the Market for Licensed Uses of iOS**

366.     I further disagreed with Dr. Olivier's conclusion regarding the effect the Corellium Apple Product would have on the markets and potential markets of licensed uses of iOS.[891]  For example, Dr. Olivier has already conceded in his report that the Corellium Apple Product harms the market of Apple's iOS Simulator in Xcode.[892]

---

[887] Nieh Rebuttal Rpt. at § VI.C.

[888] Nieh Rebuttal Rpt. at ¶ 72

[889]

[890] *See*

[891] Nieh Rebuttal Rpt. at § VI.D.

[892] *See id.* at ¶ 77; Olivier Rpt. at ¶ 91.

[893]

287



This evidence further supports the opinions expressed in my rebuttal report.

---

894 *See*

895

Dated: May 1, 2020

Dr. Jason Nieh

# Appendix A

Apple Attorneys' Eyes Only Information
Corellium Attorneys' Eyes Only Information
Corellium Source Code Information

## MATERIALS CONSIDERED BY DR. JASON NIEH

| Documents | Reference/Bates Number |
|---|---|
| Declaration of Jason Nieh in Support of Plaintiff Apple Inc.'s Motion to Compel Technical Discovery for the Entire Corellium Apple Product (ECF No. 68) filed March 15, 2020. | Docket No. 233-1 |
| Exhibit C – Figure from Corellium [Sealed] | Docket No. 233-4 |
| Omnibus Order Providing Discovery Rulings After March 16, 2020  Discovery Hearing dated March 20, 2020. | Docket No. 249 |
| Plaintiff Apple Inc.'s Opposition to Corellium's Expedited Certified Motion for Partial Reconsideration of the Court's Omnibus Discovery Order Providing Discovery Rulings After the March 16, 2020 Discovery Hearing filed March 30, 2020. | Docket No. 260 |
| Exhibit D – Excerpts of Discovery Hearing transcript dated February 27, 2020 | Docket No. 260-5 |
| Declaration of Chris Wade on Behalf of Corellium Concerning the Stipulation and [Proposed] Order Regarding Corellium's Compliance with Omnibus Order dated April 3, 2020. | Docket No. 285-2 |
| Stipulation and Order Regarding Corellium's Compliance with Omnibus Order dated April 4, 2020. | Docket No. 290 |
| Stipulation ███████████████████████████████ dated April 20, 2020. [Sealed] | Docket No. 354-1 |
| Attachment A – ████ [Sealed] | Docket No. 354-2 |
| Deposition transcript of Steve Smith taken on March 17, 2020. | |
| Deposition transcript of Ivan Krstić taken on March 19, 2020. | |

Apple Attorneys' Eyes Only Information
Corellium Attorneys' Eyes Only Information
Corellium Source Code Information

| Documents | Reference/Bates Number |
|---|---|
| Deposition transcript of Amanda Gorton taken on March 25, 2020. | |
| Deposition transcript of Sebastien Marineau-Mes taken on April 3, 2020. | |
| Deposition transcript of Jon Andrews taken on April 7, 2020. | |
| Deposition transcript of Yiduo "David" Wang taken on April 9, 2020. | |
| Deposition transcript of Stanislaw Skowronek taken on April 10, 2020. | |
| Deposition transcript of Jacques Vidrine taken on April 10, 2020. | |
| Deposition transcript of Chris Wade taken on April 13, 2020. | |
| Deposition transcript of Matthew Firlik taken on April 16, 2020. | |
| Deposition transcript of Craig Federighi taken on April 17, 2020. | |
| Deposition transcript of Lee Peterson taken on April 20, 2020. | |
| Deposition transcript of Azimuth Security LLC ▊▊▊▊▊▊ taken on April 21, 2020. | |
| Deposition transcript of James Olivier taken on April 24, 2020. | |
| Deposition transcript of Alexander Stamos taken on April 24, 2020. | |
| Stanislaw Skowronek Deposition Exhibit 6 – ▊▊▊▊▊▊ | |
| Chris Wade Deposition Exhibit 16 – ▊▊▊▊▊ | |
| Expert Report of Dr. Jason Nieh dated March 3, 2020. | |

Apple Attorneys' Eyes Only Information
Corellium Attorneys' Eyes Only Information
Corellium Source Code Information

| Documents | Reference/Bates Number |
|---|---|
| Expert Report of James Olivier Ph.D. dated March 3, 2020. | |
| Rebuttal Expert Report of Michael D. Siegel dated April 13, 2020. | |
| Rebuttal Expert Report of James Olivier Ph.D. dated April 13, 2020. | |
| Corrected Rebuttal Expert Report of Dr. Jason Nieh dated April 20, 2020. | |
| Defendant's Notice of Serving Fourth Amended Answers to Plaintiff's First Set of Interrogatories dated March 9, 2020. | |
| Corellium's LLC's Responses and Objections to Apple Inc.'s Notice of Rule 30(b)(6) Deposition of Defendant Corellium, LLC dated March 17, 2020. | |
| Defendant's Notice of Serving Answers to Plaintiff's Second Set of Interrogatories dated April 2, 2010. | |
| Defendant's Responses and Objections to Plaintiff's Third Set of Requests for Admission (Nos. 96-114) dated April 2, 2010. | |
| Apple Inc.'s Verified Second Amended Responses and Objections to Corellium, LLC's Second Set of Interrogatories dated April 6, 2020. | |
| Defendant's Notice of Serving Fifth Amended Answers to Plaintiff's First Set of Interrogatories dated April 18, 2010. | |
| WWDC16 How iOS Security Really Works Session 705 video | |
| *Address Space Layout Randomization*, Wikipedia, https://en.wikipedia.org/wiki/Address_space_layout_randomization | APL-CORELLIUM_00056073-APL-CORELLIUM_00056078 |

Apple Attorneys' Eyes Only Information
Corellium Attorneys' Eyes Only Information
Corellium Source Code Information

| Documents | Reference/Bates Number |
|---|---|
| Wikipedia, iOS 9, https://en.wikipedia.org/wiki/IOS_9 | |
| Wikipedia, iOS 10, https://en.wikipedia.org/wiki/IOS_10 | |
| Apple A12 Wikipedia, https://en.wikipedia.org/wiki/Apple_A12 | |
| Neil Hughes, "Apple's iOS 11 leaves iPhone 5, iPhone 5c, 4th-gen iPad in dust in 64-bit transition," Apple Insider (June 6, 2017), https://appleinsider.com/articles/17/06/06/apples-ios-11-leaves-iphone-5-iphone-5c-4th-gen-ipad-in-dust-in-64-bit-transition | APL-CORELLIUM_00056294-APL-CORELLIUM_00056297 |
| AppleInsider Staff, "Apple seemingly ends support for 32-bit devices with iOS 10.3.2" (March 28, 2017), https://appleinsider.com/articles/17/03/28/apple-seemingly-ends-support-for-32-bit-devices-with-ios-1032 | APL-CORELLIUM_00056290-APL-CORELLIUM_00056293 |
| Apple Source Browser, https://opensource.apple.com/source/libiconv/libiconv-51.50.1/ | |
| Copyright Office Circular 61, Copyright Registration of Computer Programs | |
| Emojipedia Unicode 8: What and When, https://blog.emojipedia.org/unicode-8-what-and-when/ | |
| Emojipedia Unicode-8.0 Emoji List, https://emojipedia.org/unicode-8-0/ | |

Apple Attorneys' Eyes Only Information
Corellium Attorneys' Eyes Only Information
Corellium Source Code Information

| Documents | Reference/Bates Number |
|---|---|
| Apple iOS 9.1 Emoji List, https://emojipedia.org/apple/ios-9.1/ | |
| *Federal Information Processing Standards*, Wikipedia, https://en.wikipedia.org/wiki/Federal_Information_Processing_Standards | APL-CORELLIUM_00056079- APL-CORELLIUM_00056081 |
| "Firmware Keys/10.x" The iPhone Wiki, https://www.theiphonewiki.com/wiki/Firmware_Keys/10.x | APL-CORELLIUM_00056024- APL-CORELLIUM_00056033 |
| Hans Liljestrand et al., PAC it up: Towards Pointer Integrity using ARM Pointer Authentication, 28th USENIX Security Symposium (2019), *available at* https://www.usenix.org/system/files/sec19fall_liljestrand_prepub.pdf | APL-CORELLIUM_00057501- APL-CORELLIUM_00057518 |
| Alex Hern, "iOS 11: how to find out which apps will die with Apple's next major update" The Guardian (April 3, 2017), https://www.theguardian.com/technology/2017/apr/03/ios-11-apple-latest-update-older-apps-stop-working | APL-CORELLIUM_00056298- APL-CORELLIUM_00056300 |
| Ivan Krstić, Behind the Scenes of iOS and Mac Security, Black Hat USA 2019, at 112–126, *available at* https://i.blackhat.com/USA-19/Thursday/us-19-Krstic-Behind-The-Scenes-Of-IOS-And-Mas-Security.pdf | APL-CORELLIUM_00056321- APL-CORELLIUM_00056482 |
| Jonathan Afek, *Simplifying iOS Research: Booting the iOS Kernel to an Interactive Bash Shell on QEMU*, Black Hat Europe 2019, https://i.blackhat.com/eu-19/Wednesday/eu-19-Afek-Booting-The-iOS-Kernel-To-An-Interactive-Bash-Shell-On-QEMU.pdf | |
| The iPhone Wiki, Boulder 13B143 (iPhone7,2), https://www.theiphonewiki.com/wiki/Boulder_13B143_(iPhone7,2) | APL-CORELLIUM_00056022 - APL-CORELLIUM_00056023 |

Apple Attorneys' Eyes Only Information
Corellium Attorneys' Eyes Only Information
Corellium Source Code Information

| Documents | Reference/Bates Number |
|---|---|
| The iPhone Wiki, *Firmware Keys/11x*, https://www.theiphonewiki.com/wiki/Firmware_Keys/11.x | APL-CORELLIUM_00056036 - APL-CORELLIUM_00056047 |
| The iPhone Wiki, *IPSW File Format*, https://www.theiphonewiki.com/wiki/IPSW_File_Format | APL-CORELLIUM_00056490 - APL-CORELLIUM_00056492 |
| The iPhone Wiki, *Restore Ramdisk*, https://www.theiphonewiki.com/wiki/Restore_Ramdisk | APL-CORELLIUM_00056498 - APL-CORELLIUM_00056499 |
| The iPhone Wiki, *Update Ramdisk*, https://www.theiphonewiki.com/wiki/Update_Ramdisk | APL-CORELLIUM_00056500 - APL-CORELLIUM_00056501 |
| The iPhone Wiki, https://www.theiphonewiki.com/wiki/ | APL-CORELLIUM_00056483 - APL-CORELLIUM_00056489 |
| The iPhone Wiki, *APTicket*, https://www.theiphonewiki.com/wiki/APTicket | |
| The iPhoneWiki, *Kernelcache*, https://www.theiphonewiki.com/wiki/Kernelcache | APL-CORELLIUM_00056493 - APL-CORELLIUM_00056497 |
| The iPhoneWiki, Monarch 13A344 (iPhone7,2), https://www.theiphonewiki.com/wiki/Monarch_13A344_(iPhone7,2) | APL-CORELLIUM_00056019 - APL-CORELLIUM_00056021 |
| Tigris 15A372 ((iPhone10,1), https://www.theiphonewiki.com/wiki/Tigris_15A372_(iPhone10,1) | |
| GitHub, libimobiledevice/idevicerestore, https://github.com/libimobiledevice/idevicerestore | |

6

Apple Attorneys' Eyes Only Information
Corellium Attorneys' Eyes Only Information
Corellium Source Code Information

| Documents | Reference/Bates Number |
|---|---|
| A Cross-Platform Software Protocol Library and Tools to Communicate with iOS Devices Natively, https://www.libimobiledevice.org | |
| GNU Lesser General Public License Version 2.1 (February 1999), https://www.gnu.org/licenses/old-licenses/lgpl-2.1.txt | |
| Mike Wuerthele, "iOS 10.3 now available for iPhone, iPad with Find My AirPods, Apple File System, more," Apple Insider (March 27, 2017) https://appleinsider.com/articles/17/03/27/ios-103-now-available-for-iphone-ipad-with-find-my-airpods-apple-file-system-more | APL-CORELLIUM_00056285 - APL-CORELLIUM_00056289 |
| ██████████████████ | |
| █████████████████████ | |
| ████████████████████ | |
| ███████████ | |
| █████████ | |
| ██████████ | |
| ██████████ | |
| █████████ | |
| ████████ | |
| ██████████████ | |

Apple Attorneys' Eyes Only Information
Corellium Attorneys' Eyes Only Information
Corellium Source Code Information

| Documents | Reference/Bates Number |
|---|---|
| ██████████████████████ | |
| ████████████████████████ | |
| █████████████████████████ | |
| █████████████████████████ | |
| ███████████████████████ | |
| ████████████████████████ | |
| █████████ | |
| ██████████████ | |
| ██████████████████████ | |
| ███████████████ | |
| ████████████████████████████ | |
| ███████████████ | |
| ██████████████ | |
| █████████████████████ | |
| █████████████████████████████ | |
| ████████████████████████ | |

Apple Attorneys' Eyes Only Information
Corellium Attorneys' Eyes Only Information
Corellium Source Code Information

| Documents | Reference/Bates Number |
|---|---|
| ███████████████████ | |
| ██████████████████ | |
| ████████████████████████ | |
| ███████████████████████████ | |
| ████████████████████████ | |
| ██████████████████████ | |
| ██████████████████████ | |
| ███████████████████ | |
| █████████████ | |
| █████████████ | |
| ████████████ | |
| ███████████ | |
| ██████████████ | |
| █████████████████ | |
| ██████████ | |
| ████████████ | |

Apple Attorneys' Eyes Only Information
Corellium Attorneys' Eyes Only Information
Corellium Source Code Information

| Documents | Reference/Bates Number |
|-----------|------------------------|
| ███████████████████████ | |
| ████████████████████ | |
| ████████████████████ | |
| █████████████████ | |
| ██████████████████ | |
| ██████████████████ | |
| ████████████ | |
| ███████████ | |
| ████████████ | |
| █████████████ | |
| ███████████ | |
| ████████████ | |
| █████████████ | |
| █████████████ | |
| ██████████████████ | |
| Source code computer | |

Apple Attorneys' Eyes Only Information
Corellium Attorneys' Eyes Only Information
Corellium Source Code Information

| Documents | Reference/Bates Number |
|---|---|
| Corellium's on-premises product | |
| Corellium's cloud product | |
| Certificate of Registration for Apple iOS 11.0.1 Software, Effective Date of Registration August 8, 2018. | APL-CORELLIUM_00004827-APL-CORELLIUM_00004828 |
| Certificate of Registration for Apple iOS 11.0 Software, Effective Date of Registration December 22, 2017. | APL-CORELLIUM_00004846-APL-CORELLIUM_00004847 |
| Certificate of Registration for Apple iOS 11.3 Software, Effective Date of Registration August 8, 2018. | APL-CORELLIUM_00004848-APL-CORELLIUM_00004849 |
| Certificate of Registration for Apple Icons – iOS 11 Compilation – iPhone 8 Built-in Apps, Effective Date of Registration December 8, 2017 | APL-CORELLIUM_00004854 –APL-CORELLIUM_00004855 |
| Certificate of Registration for Apple Icons – iOS 9 Compilation – iPhone 6s Built-in Apps | APL-CORELLIUM_00004856 –APL-CORELLIUM_00004857 |
| Certificate of Registration for Apple iOS 11.4 Software, Effective Date of Registration July 23, 2018. | APL-CORELLIUM_00004960-APL-CORELLIUM_00004961 |
| Certificate of Registration for Apple Bokeh (bubble) Wallpaper iOS 7, Effective Date of Registration March 27, 2014 | APL-CORELLIUM_00004962-APL-CORELLIUM_00004969 |
| Certificate of Registration for Apple Wallpaper – Flower Chrysanthemum Purple (iOS 8), Effective Date of Registration August 19, 2015 | APL-CORELLIUM_00004970-APL-CORELLIUM_00004971 |
| Certificate of Registration for Apple Wallpaper – Flower Magenta (iOS 8), Effective Date of Registration August 19, 2015 | APL-CORELLIUM_00004994-APL-CORELLIUM_00004995 |

Apple Attorneys' Eyes Only Information
Corellium Attorneys' Eyes Only Information
Corellium Source Code Information

| Documents | Reference/Bates Number |
|---|---|
| Certificate of Registration for Apple iOS 11.2 Software, Effective Date of Registration November 9, 2018. | APL-CORELLIUM_00005020-APL-CORELLIUM_00005021 |
| Certificate of Registration for Apple iOS 12.0 Software, Effective Date of Registration December 4, 2018. | APL-CORELLIUM_00005022-APL-CORELLIUM_00005023 |
| Certificate of Registration for Apple iOS 11.2.5 Software, Effective Date of Registration November 9, 2018. | APL-CORELLIUM_00005024-APL-CORELLIUM_00005025 |
| Certificate of Registration for Apple iOS 12.1.1 Software, Effective Date of Registration January 25, 2019. | APL-CORELLIUM_00005079-APL-CORELLIUM_00005080 |
| Certificate of Registration for Apple iOS 12.2 Software, Effective Date of Registration June 25, 2019. | APL-CORELLIUM_00005149-APL-CORELLIUM_00005150 |
| ████████████████████████████. | APL-CORELLIUM_00006069 – APL-CORELLIUM_00006084 |
| █████████████████ | APL-CORELLIUM_00036204 |
| █████████████ | APL-CORELLIUM_00036205 |
| ████████ | APL-CORELLIUM_00036235 |
| ██████████ | APL-CORELLIUM_00036236 |
| ██████████████ | APL-CORELLIUM_00039722 – APL-CORELLIUM_00039878 |
| About iOS 12 Updates – Apple Support | APL-CORELLIUM_00044053 – APL-CORELLIUM_00044068 |

Apple Attorneys' Eyes Only Information
Corellium Attorneys' Eyes Only Information
Corellium Source Code Information

| Documents | Reference/Bates Number |
|---|---|
| About iOS 9 Updates – Apple Support | APL-CORELLIUM_00044069 – APL-CORELLIUM_00044083 |
| About iOS 11 Updates – Apple Support | APL-CORELLIUM_00044084 – APL-CORELLIUM_00044098 |
| About iOS 10 Updates – Apple Support | APL-CORELLIUM_00044099 – APL-CORELLIUM_00044110 |
| H51306 – Apple – Corellium II Consilio LLC | APL-CORELLIUM_00045653 – APL-CORELLIUM_00045680 |
| The iPhone Wiki, Firmware Keys/7.x | APL-CORELLIUM_00055996 – APL-CORELLIUM_00055999 |
| The iPhone Wiki, Firmware Keys/8.x | APL-CORELLIUM_00056002 – APL-CORELLIUM_00056009 |
| The iPhone Wiki, Firmware Keys/9.x | APL-CORELLIUM_00056010 – APL-CORELLIUM_00056018 |
| The iPhone Wiki, Firmware Keys/10.x | APL-CORELLIUM_00056024 – APL-CORELLIUM_00056033 |
| The iPhone Wiki, Firmware Keys/11.x | APL-CORELLIUM_00056036 – APL-CORELLIUM_00056047 |
| How iOS Security Really Works – Ivan Krstic – Powerpoint | APL-CORELLIUM_00056169 – APL-CORELLIUM_00056284 |

Apple Attorneys' Eyes Only Information
Corellium Attorneys' Eyes Only Information
Corellium Source Code Information

| Documents | Reference/Bates Number |
|---|---|
| ████████████████████ | Correllium-004609.000001 – Correllium-004609.000016 |
| ███████████████ | Correllium-004708.000001 – Correllium-004708.000004 |
| ████████████████████ | Correllium-004711.000001 – Correllium-004711.000007 |
| ███████████████ | Correllium-004949.000001 – Correllium-004949.000013 |
| ████████████████ | Correllium-006240.000001- Correllium-006240.000008 |
| ██████████████████████ | Correllium-006471.000001- Correllium-006471.000002 |
| ████████████████ | Correllium-007487.000001- Correllium-007487.000005 |
| ████████████████ | Correllium-007488.000001- Correllium-007488.000006 |
| █████████ | Correllium-007644.000001- Correllium-007644.000002 |
| █████████████ | Correllium-008031.000001- Correllium-008031.000002 |

Apple Attorneys' Eyes Only Information
Corellium Attorneys' Eyes Only Information
Corellium Source Code Information

| Documents | Reference/Bates Number |
|---|---|
| ███████████████████████ | Correllium-008293.000001-Correllium-008293.000002 |
| ████████████████████████████████ | Correllium-008722.000001-Correllium-008722.000002 |
| ██████████████████████████ | Correllium-008754.000001-Correllium-008754.000017 |
| ████████████████████████████ | Correllium-008882.000001-Correllium-008882.000012 |
| ██████████████████████████████████████████ | Correllium-008963.000001-Correllium-008963.000004 |
| ██████████████████ | Correllium-009105.000001-Correllium-009105.000008 |
| ██████████████████ | Correllium-009106.000001-Correllium-009106.000004 |
| █████████████████████████ | Correllium-010172.000001-Correllium-010172.000002 |
| ███████████████████████ | Corellium-010830 |
| █████████████████████████ | Correllium-012524.000001-Correllium-012524.000002 |
| ██████████████████████ | Correllium-013273.000001-Correllium-013273.000004 |

Apple Attorneys' Eyes Only Information
Corellium Attorneys' Eyes Only Information
Corellium Source Code Information

| Documents | Reference/Bates Number |
|---|---|
| ███████████████ | Correllium-013465.000001-Correllium-013465.000023 |
| ██████████████████ | Correllium-013555.000001-Correllium-013555.000002 |
| ████████████████████ | Correllium-013894.000001-Correllium-013894.000003 |
| ██████████████████████████████ ███ | Correllium-013931 |
| ██████████████████████████████ ████ | Correllium-013932 |
| ███████████████████████████████ ████████ | Correllium-013933 |
| ███████████████████████████ | Correllium-013934 |
| ████████████ | Correllium-014386-Correllium-014390 |
| ███████████████ | Correllium-014463-Correllium-014469 |
| █████████ | Correllium-014520 |
| ███████████████████████ | Correllium-017164 |

Apple Attorneys' Eyes Only Information
Corellium Attorneys' Eyes Only Information
Corellium Source Code Information

| Documents | Reference/Bates Number |
|---|---|
| █████████████████████████████████ ██████████ | Corellium-017716 |
| ████████ | Corellium-021794 – Corellium-021807 |
| ████████ | Corellium-022027 |
| ██████████████████████████ | Corellium-022712 |
| ████████████████████████ | Corellium-022714 - Corellium-022715 |
| ████████ | Corellium-024593 – Corellium-024598 |
| ████████ | Corellium-025098 |
| ████████ | Corellium-025217 – Corellium-025232 |
| ████████ | Corellium-025300 – Corellium-025310 |
| ████████ | Corellium-025311 – Corellium-025314 |
| ████████████████████████ | Corellium-025414 |
| ████████████████████████ | Corellium-025415 |

Apple Attorneys' Eyes Only Information
Corellium Attorneys' Eyes Only Information
Corellium Source Code Information

| Documents | Reference/Bates Number |
|---|---|
| ██████████████ | Corellium-026842 |
| ██████████████ | Corellium-026851 |
| ████████████████████████████ | Corellium-027388 |
| ████████ | Corellium-028769 |
| ████████████████████████████ | Corellium-030082 |
| ████████████████████████████████████████ | APL-CORELLIUM_00039704 |
| ████████████████████████████████████████ | APL-CORELLIUM_00039705 |
| ████████████████████████████████████████ | APL-CORELLIUM_00039706 |
| ████████████████████████████████████████ | APL-CORELLIUM_00039707 |
| ████████████████████████████████████████ | APL-CORELLIUM_00039708 |
| ████████████████████████████████████████ | APL-CORELLIUM_00039709 |
| ████████████████████████████████████████ | APL-CORELLIUM_00039710 |
| ████████████████████████████████████████ | APL-CORELLIUM_00039711 |

Apple Attorneys' Eyes Only Information
Corellium Attorneys' Eyes Only Information
Corellium Source Code Information

| Documents | Reference/Bates Number |
|---|---|
| ██████████████████████████████████████████ ████████████████ | APL-CORELLIUM_00039712 |
| ██████████████████████████████████████████ ██████████████████. | APL-CORELLIUM_00039713 |
| ██████████████████████████████████████████ ████████████████. | APL-CORELLIUM_00039714 |
| ██████████████████████████████████████████ ██████████████████. | APL-CORELLIUM_00039715 |

# Appendix B

APPLE ATTORNEYS' EYES ONLY INFORMATION



APPLE ATTORNEYS EYES ONLY INFORMATION



APPLE ATTORNEYS'-EYES ONLY INFORMATION



## **CERTIFICATE OF SERVICE**

I, Elana Nightingale Dawson, do hereby certify that on May 1, 2020 I caused a copy of

the foregoing Supplemental Expert Report of Dr. Jason Nieh to be served via email upon:

| | |
|---|---|
| S. Jonathan Vine | David L. Hecht |
| Justin B. Levine | Maxim Price |
| Lizza C. Constantine | Minyao Wang |
| Michael Alexander Boehringer | Conor B. McDonough |
| COLE, SCOTT & KISSANE, P.A. | HECHT PARTNERS LLP |
| Esperante Building | 20 West 23rd St. Fifth Floor |
| 222 Lakeview Avenue, Suite 120 | New York, NY 10010 |
| West Palm Beach, Florida 33401 | dhecht@hechtparntersllp.com |
| jonathan.vine@csklegal.com | mprice@hechtpartnersllp.com |
| justin.levine@csklegal.com | mwang@hechtpartnersllp.com |
| lizza.constantine@csklegal.com | cmcdonough@hechtpartners.com |
| michael.boehringer@csklegal.com | |

*s/ Elana Nightingale Dawson*
Elana Nightingale Dawson