# EXHIBIT 2

## Nightingale Dawson, Elana (DC)

| | |
|---|---|
| **From:** | Justin B. Levine <Justin.Levine@csklegal.com> |
| **Sent:** | Tuesday, May 26, 2020 5:43 PM |
| **To:** | Nightingale Dawson, Elana (DC) |
| **Cc:** | Lizza C. Constantine; Jonathan Vine; Michael Boehringer; dhecht@hechtpartnersllp.com; mprice@hechtpartnersllp.com; mwang@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC); Damle, Sy (DC); Homer, Carolyn (DC) |
| **Subject:** | RE: Apple Inc. v. Corellium, LLC - Motion to Amend |

Corellium has no objection.



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Tuesday, May 26, 2020 5:23 PM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Michael Boehringer <Michael.Boehringer@csklegal.com>; dhecht@hechtpartnersllp.com; mprice@hechtpartnersllp.com; mwang@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Jessica.StebbinsBina@lw.com; Sy.Damle@lw.com; Carolyn.Homer@lw.com
**Subject:** RE: Apple Inc. v. Corellium, LLC - Motion to Amend

**[CAUTION: EXTERNAL EMAIL]**

Justin,

I am writing to follow up on our call earlier this afternoon. You had indicated you thought there would not be a problem here and that you would get back to me by 4:30pm ET. Given the hour, I wanted to follow up as we are hoping to get the motion to amend on file shortly.

1

Thanks so much.
Elana


**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Tel: 202-637-2303 | Fax: 202-637-2201

---

**From:** Nightingale Dawson, Elana (DC)
**Sent:** Tuesday, May 26, 2020 9:39 AM
**To:** 'Lizza C. Constantine' <Lizza.Constantine@csklegal.com>; 'Justin B. Levine' <Justin.Levine@csklegal.com>; 'Jonathan Vine' <Jonathan.Vine@csklegal.com>; 'Michael Boehringer' <Michael.Boehringer@csklegal.com>; 'dhecht@hechtpartnersllp.com' <dhecht@hechtpartnersllp.com>; 'mprice@hechtpartnersllp.com' <mprice@hechtpartnersllp.com>; 'mwang@hechtpartnersllp.com' <mwang@hechtpartnersllp.com>; 'Conor McDonough' <cmcdonough@hechtpartners.com>
**Cc:** 'Martin Goldberg' <mgoldberg@lashgoldberg.com>; 'Emily Pincow' <epincow@lashgoldberg.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Damle, Sy (DC) <Sy.Damle@lw.com>; Homer, Carolyn (DC) <Carolyn.Homer@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Motion to Amend

Counsel,

I am writing to follow up on the email below. We will be filing the referenced motion to amend today. As such, please let us know whether Corellium consents so we may include Corellium's position in the motion.

Thank you.
Elana


**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Tel: 202-637-2303 | Fax: 202-637-2201

---

**From:** Nightingale Dawson, Elana (DC)
**Sent:** Friday, May 22, 2020 4:14 PM
**To:** 'Lizza C. Constantine' <Lizza.Constantine@csklegal.com>; 'Justin B. Levine' <Justin.Levine@csklegal.com>; 'Jonathan Vine' <Jonathan.Vine@csklegal.com>; 'Michael Boehringer' <Michael.Boehringer@csklegal.com>; 'dhecht@hechtpartnersllp.com' <dhecht@hechtpartnersllp.com>; 'mprice@hechtpartnersllp.com' <mprice@hechtpartnersllp.com>; 'mwang@hechtpartnersllp.com' <mwang@hechtpartnersllp.com>; 'Conor McDonough' <cmcdonough@hechtpartners.com>
**Cc:** 'Martin Goldberg' <mgoldberg@lashgoldberg.com>; 'Emily Pincow' <epincow@lashgoldberg.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Damle, Sy (DC) <Sy.Damle@lw.com>; Homer, Carolyn (DC) <Carolyn.Homer@lw.com>
**Subject:** Apple Inc. v. Corellium, LLC - Motion to Amend

Counsel,

Apple intends to file a motion to amend Exhibit A of its complaint, solely to remove the following works from the list of accused works: TX 8-507-283 (iTunes 12.3), TX 8-512-431 (iTunes 12.4), TX 8-545-238 (iTunes 12.5.1), TX 8-546-291 (iTunes 12.6), and VA 1-967-208 (Apple Wallpaper – Abstract ink spot in blue and green (iOS 8)). The amendment will add no new issues to the case, but rather will narrow the scope of the parties' dispute. Please let us know whether Corellium consents to amendment.

Thank you.
Elana


**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
555 Eleventh St., NW Suite 1000 | Washington, DC 20004
Tel: 202-637-2303 | Fax: 202-637-2201 | http://www.lw.com


_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**Confidentiality Notice: This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.**