UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

       Plaintiff,

v.

CORELLIUM, LLC,

       Defendant.

**PROPOSED ORDER GRANTING
PLAINTIFF APPLE INC.'S UNOPPOSED MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion for Leave to File Second Amended Complaint ("Motion"). Being fully advised in the premises, noting that Defendant Corellium, LLC does not oppose the relief sought, and good cause having been demonstrated, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.

Apple shall file the Second Amended Complaint attached to its Motion within three business days of the date of this Order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this ___ day of May, 2020.

                                                **RODNEY SMITH
UNITED STATES DISTRICT JUDGE**