**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

**PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to File Under Seal Portions of Apple's Disputed Motion to File Under Seal Certain Specified Portions of Apple's Opposition to Defendant Corellium LLC's Motion for Summary Judgment, Certain Specified Portions of Apple Inc.'s Response to Defendant Corellium LLC's Statement of Material Facts in Support of Corellium's Motion for Summary Judgment, and Plaintiff's Exhibit 84 Attached Thereto ("Motion").  Being fully advised in the premises and noting that Defendant Corellium, LLC and the United States do not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.  Apple is given leave to file under seal portions of its Disputed Motion to File Under Seal Certain Specified Portions of Apple's Opposition to Defendant Corellium's LLC Motion for Summary Judgment, Certain Specified Portions of Apple Inc.'s Response to Defendant Corellium LLC's Statement of Material Facts in Support of Corellium's Motion for Summary Judgment, and Plaintiff's Exhibit 84.  The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this __ of May, 2020, at Fort Lauderdale, Florida.

_____
**RODNEY SMITH
UNITED STATES DISTRICT JUDGE**