UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

            Plaintiff,

    v.

CORELLIUM, LLC,

            Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S OPPOSITION TO DEFENDANT CORELLIUM LLC'S MOTION FOR SUMMARY JUDGMENT, PLAINTIFF APPLE INC.'S RESPONSE TO DEFENDANT CORELLIUM LLC'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF CORELLIUM'S MOTION FOR SUMMARY JUDGMENT AND INDEX OF EXHIBITS, AND EXHIBITS ATTACHED THERETO, <u>AND INCORPORATED MEMORANDUM OF LAW</u>**

Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple Inc.'s Opposition to Defendant Corellium LLC's Motion for Summary Judgment (the "Opposition"), as well as portions of Apple Inc.'s Response to Defendant Corellium LLC's Statement of Material Facts in Support of Corellium's Motion for Summary Judgment ("Response to Corellium's Statement of Material Facts") and Index of Exhibits, and certain exhibits attached thereto.  In support of this request, Apple states as follows:

1.    On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order").  The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny

Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order."  Protective Order ¶ 15(b).

2.      In connection with Apple's Motion for Summary Judgment (ECF No. 453) Apple requested permission to seal portions of its Motion, Statement of Material Facts (ECF No. 455) Index of Exhibits (ECF No. 455-84), as well as portions or the entirety of some supporting exhibits (ECF No. 455-1 – 455-83).  *See* Apple's Motion to Seal Portions of Apple's Motion for Partial Summary Judgment, Statement of Material Facts in Support thereof, and Exhibits attached thereto, ECF No. 447.  The Court granted Apple's motion.  ECF No. 461.

3.      In connection with Corellium's Motion for Summary Judgment (ECF No. 456) Corellium requested permission to seal portions of its Motion, Statement of Material Facts (ECF No. 457), as well as portions or the entirety of some supporting exhibits (ECF No. 457-1 – 457-45).  *See* Corellium's Motion to Seal Portions of Corellium's Motion for Partial Summary Judgment, Statement of Material Facts, and Exhibits attached thereto, ECF No. 450.  The Court granted Corellium's motion.  ECF No. 462.

4.      Apple's Opposition to Corellium's Motion for Summary Judgment and Apple's Response to Corellium's Statement of Material Facts reference portions of documents and testimony which have been previously filed under seal in connection with Apple's Motion for Summary Judgment and Corellium's Motion for Summary Judgment.

5.      Apple's Opposition to Corellium's Motion for Summary Judgment, Apple's Response to Corellium's Statement of Material Facts, and Apple's Index of Exhibits in support of its Response to Corellium's Statement of Material Facts will also reference additional materials designated as "CONFIDENTIAL," "CONFIDENTIAL – ATTORNEYS-EYES ONLY," or

"CONFIDENTIAL – SOURCE CODE" under the Protective Order.  Apple requests permission to file these additional documents under seal in connection with its Opposition papers.

6.      Apple is continuing its numbering scheme from its affirmative motion, and thus Plaintiff's Exhibits ("PEX") submitted with Apple's Opposition begin with PEX 84.

7.      Specifically, Corellium has requested that Apple seek to file under seal all material designated by Corellium as "CONFIDENTIAL," "CONFIDENTIAL – ATTORNEYS-EYES ONLY," or "CONFIDENTIAL – SOURCE CODE" under the Protective Order.  Most of this sealing motion relates to Corellium's designations.  Discrete pieces of information have also been designated as "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS-EYES ONLY" ("AEO") by Apple and third-party Azimuth, as indicated below.

8.      PEX 85 is the Supplemental Declaration of Lee Peterson, Manager of the Build Engineering Project Managers at Apple Inc.  Apple has designated the chart appended to the Peterson Declaration as AEO.  This chart summarizes the locations of Apple's proprietary source code and compiled build filepaths for specific example features in iOS versions 9.0 through 12.2. The disclosure of this information could harm Apple or its customers.

9.      PEX 86 is the Supplemental Declaration of Dr. Jason Nieh.  Information in this Declaration has been designated by Corellium as AEO.

10.      PEX 88 is the May 4, 2020 Verified Response of Matthew Firlik related to this Court's prior Order regarding Apple's similar, parallel, or competitive technologies to the Corellium Apple Product.  ECF No. 382.  PEX 88 discusses internal Apple technology, Apple's internal-only names for that technology, and future development and business plans.  This is highly confidential, sensitive, and proprietary Apple information.  The disclosure of this information could harm Apple's business.  Apple has designated portions of the Verified Response as either

Confidential or AEO.

11.     PEX 90 is a copy of an iMessage conversation between Ivan Krstić and Chris Wade from August 2018, produced in this action with the bates range APL-CORELLIUM_00018507–APL-CORELLIUM_00018509.   This document contains confidential information relating to acquisition discussions between Apple and Corellium, and cannot be filed publicly without Corellium's consent.

12.     PEX 91 is excerpts of the Corrected Rebuttal Report submitted by expert Dr. Jason Nieh in this action on April 20, 2020.  The excerpts contain material Corellium has designated as AEO, as well as one footnote (n. 222) Apple has designated as AEO.

13.     PEX 92 is excerpts of the Supplemental Report submitted by expert Dr. Jason Nieh in this action on May 1, 2020.   The excerpts contain material Corellium has designated as Confidential, AEO, and AEO – Source Code.  The excerpts also contains material designated by third-party Azimuth as AEO.  They also contains information and an appendix, Appendix B, designated by Apple as AEO.  Appendix B summarizes the locations of Apple's proprietary source code and compiled build filepaths for specific example features in iOS versions 9.0 through 12.2.  The disclosure of this information could harm Apple or its customers.

14.     PEX 93 is excerpts of the deposition transcript of Apple employee Matthew Firlik.  Portions of this testimony discuss internal Apple technology, Apple's internal-only names for that technology, and future development and business plans.  This is highly confidential, sensitive, and proprietary Apple information.  The disclosure of this information could harm Apple's business.  Apple has designated portions of the transcript as AEO.

15.     PEX 94 is excerpts of the deposition transcript of Corellium expert Dr. James Olivier.  These excerpts contain information Corellium has designated as Confidential.

16.     PEX 95 is excerpts of the deposition transcript of third-party Azimuth Security. This testimony was presumptively designated AEO by Azimuth Security.

17.     PEX 102 is a copy of an August 17, 2017 email from Chris Wade to David Wang, produced in this action with the bates range Correllium-017716.  Corellium has designated this document as AEO.

18.     PEX 104 is a copy of a February 2, 2018 email from Amanda Gorton to Chris Wade, produced in this action with the bates range Correllium-017164.  Corellium has designated this document as AEO.

19.     PEX 105 is a copy of a March 8, 2019 email from Amanda Gorton, produced in this action with the bates range Correllium-008722.000001–Correllium-008722.000002.  Corellium has designated this document as AEO.

20.     PEX 106 is a copy of a March 18, 2019 email to the sales@corellium.com email account, produced in this action with the bates range Correllium-011119.000001–Correllium-011119.000010.  Corellium has designated this document as AEO.

21.     PEX 107 is a copy of Exhibit 16 to the Deposition of Chris Wade, which Corellium has designated as "CONFIDENTIAL" and AEO.

22.     PEX 108 is a copy of a November 13, 2018 email from Amanda Gorton, produced in this action with the bates range Correllium-015495.  Corellium has designated this document as AEO.

23.     PEX 109 is a copy of a November 16, 2018 email from Amanda Gorton, produced in this action with the bates range Correllium-015497.  Corellium has designated this document as AEO.

24.     PEX 110 is a copy of a January 11, 2019 email from Amanda Gorton, produced in

this action with the bates range Corellium-015519.  Corellium has designated this document as AEO.

26.     PEX 111 is a copy of a document entitled, "Corellium Release Notes: Version 1.3.2," dated February 13, 2019 and produced in this action with the bates range Corellium-028490.  Corellium has designated this document as AEO.

26.     PEX 112 is a copy of a document entitled, "Storyboard: Cloud – Sales Flow – From Inquiry to Trial to Checkout," dated November 18, 2019 and produced in this action with the bates range Corellium-026345–Corellium-026346.  Corellium has designated this document as AEO.

27.     PEX 113 is a copy of a document entitled "Corellium Key Messages," produced in this action with the bates range Corellium-012284.000001–Corellium-012284.000003. Corellium has designated this document as AEO.

28.     PEX 114 is a copy of a November 6, 2019 email from Steve Dyer, produced in this action with the bates range Corellium-013931.  Corellium has designated this document as AEO.

29.     PEX 115 a copy of a November 6, 2019 email from Steve Dyer, produced in this action with the bates range Corellium-013932.  Corellium has designated this document as AEO.

30.     PEX 116 a copy of a November 6, 2019 email from Steve Dyer, produced in this action with the bates range Corellium-013933.  Corellium has designated this document as AEO.

31.     PEX 117 is a copy of a November 6, 2019 email from Steve Dyer, produced in this action with the bates range Corellium-013934.  Corellium has designated this document as AEO.

32.     PEX 118 is a copy of a November 7, 2019 email from Steve Dyer, produced in this action with the bates range Corellium-013936.000001–Corellium-013936.000003.  Corellium has designated this document as AEO.

33.     PEX 119 is a copy of a November 6, 2019 email from Steve Dyer, produced in this

action with the bates range Corellium-013938.000001–Corellium-013938.000003.  Corellium has designated this document as AEO.

34.     PEX 120 is a copy of a July 30, 2018 Software License Distribution Agreement between Corellium and Azimuth Security, produced in this action with the bates range Corellium-004772.000001–Corellium-004772.000020.  Corellium has designated this document as AEO.

35.     PEX 121 is a copy of Non-Parties L3Harris Technologies, Inc.'s and Azimuth Security, LLC's April 2, 2020 Notice of Disclosure.  Non-Parties L3Harris Technologies, Inc. and Azimuth Security, LLC have designated this document as AEO.

36.     PEX 122 is a copy of a May 29, 2019 Corellium Purchase and License Agreement from May 2019, produced in this action with the bates range Corellium-014308.000001–Corellium-014308.000026.  Corellium has designated this document as AEO.

37.     PEX 123 is a copy of a March 26, 2019 email from Corellium Support, produced in this action with the bates range Corellium-014152.  Corellium has designated this document as AEO.

38.     PEX 124 is a copy of a May 1, 2019 email from Corellium Support, produced in this action with the bates range Corellium-014189.  Corellium has designated this document as AEO.

39.     PEX 125 is a copy of a January 29, 2019 email from Corellium Sales, produced in this action with the bates range Corellium-011344.000001–Corellium-011344.000005.  Corellium has designated this document as AEO.

40.     PEX 126 is a copy of a November 4, 2019 email to Steve Dyer from, produced in this action with the bates range Corellium-007170.000001–Corellium-007170.000005.  Corellium has designated this document as AEO.

7

41.     PEX 127 is a copy of an August 14, 2019 email from Steve Dyer, produced in this action with the bates range Correllium-013521.000001–Correllium-013521.000014.   Corellium has designated this document as AEO.

42.     PEX 128 is a copy of an October 2, 2019 email from Steve Dyer, produced in this action with the bates range Correllium-013779.000001–Correllium-013779.000019.   Corellium has designated this document as AEO.

43.     PEX 129 is a copy of an October 9, 2019 email from Steve Dyer, produced in this action with the bates range Correllium-013809.  Corellium has designated this document as AEO.

44.     PEX 130 is a copy of an excerpt of Corellium's Profit and Loss Detail from March 6, 2019 to April 20, 2020, produced in this action with the bates range Correllium-030133. Corellium has designated this document as AEO.

45.     PEX 131 is a copy of a July 19, 2019 email from Corellium Support to Chris Wade, produced in this action with the bates range Correllium-010383.  Corellium has designated this document as AEO.

46.     PEX 132 is a copy of an April 11, 2019 email from Amanda Gorton, produced in this action with the bates range Correllium-008944.  Corellium has designated this document as AEO.

47.     PEX 134 is a copy of a document produced in this action with the bates range Correllium-007329.  Corellium has designated this document as AEO

48.     PEX 135 is a copy of a document produced in this action with the bates range Correllium-007330.  Corellium has designated this document as AEO.

49.     PEX 136 is a copy of a document produced in this action with the bates range Correllium-004783.000001–Correllium-004783.000014.  Corellium has designated this document

as AEO.

50.     PEX 137 is a copy of a document produced in this action with the bates range Correllium-008023.  Corellium has designated this document as AEO.

51.     PEX 138 is a copy of a document produced in this action with the bates range Correllium-008024.  Corellium has designated this document as AEO.

52.     PEX 139 is excerpts of the deposition transcript of Corellium employee Chris Wade.  These excerpts contain information Corellium has designated as Confidential and AEO.

53.     PEX 140 is an excerpt of the Corellium's Fifth Amended Answers to Apple's First Set of Interrogatories, Interrogatory Response No. 7.  Corellium has designated portions of this response AEO.

54.     Apple's Opposition, Response to Corellium's Statement of Material Facts, and Index of Exhibits in Support of the Opposition refer to and quote portions of PEX 85–86, 88, 90–95, 102, 104–106, 108–132, 134–140.

55.     Consistent with the Protective Order and Corellium's designations, Apple moves to file under seal the portions of its Opposition, Response to Corellium's Statement of Material Facts, and Index of Exhibits that contain material designated as "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE."

56.     Apple also moves to file under seal the portions of PEX 84–86, 88, 91–94, 139–140 that contain material designated as "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE."

57.     Apple further moves to file under seal the entirety of PEX 90, 95, 102, 104–132, 134–138 because those exhibits contain material designated "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE."

**WHEREFORE** Apple respectfully requests that, unless and until the parties' designations are changed or rejected, the following documents should remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

a. Portions of Apple's Opposition to Defendant Corellium's Motion for Summary Judgment that contain material designated "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE";

b. Portions of Apple's Response to Corellium's Statement of Material Facts and the Index of Exhibits that contain material designated "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE";

c. Portions of PEX 84–86, 88, 91–94, 139–140 that contain material designated as "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE."

d. The entirety of PEX 90, 95, 102, 104–106, 108–132, 134–138 because those exhibits contain material designated "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE."

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on May 26, 2020, regarding the relief sought herein.  Defendant does not oppose.

Dated: May 26, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice*

Respectfully Submitted,


*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.