UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**PROPOSED ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Under Seal Portions of Apple Inc.'s Opposition to Defendant Corellium LLC's Motion for Summary Judgment, Plaintiff Apple Inc.'s Response to Defendant Corellium LLC's Statement of Material Facts in Support of Corellium's Motion for Summary Judgment, and Exhibits Attached Thereto ("Motion"). Being fully advised in the premises and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Apple is given leave to file under seal the following documents:

    a. Portions of Apple's Opposition to Defendant Corellium's Motion for Summary Judgment that contain material designated "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE";

    b. Portions of Apple's Response to Corellium's Statement of Material Facts and the Index of Exhibits that contain material designated "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE";

    c. Portions of PEX 84–86, 88, 91–94, 139–140 that contain material designated as

"CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE."

d. The entirety of PEX 90, 95, 102, 104–132, 134–138 because those exhibits contain material designated "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE."

The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this ___ of May, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**