UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

### PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Disputed Motion to File Under Seal Certain Specified Portions of Apple's Opposition to Defendant Corellium, LLC's Motion for Summary Judgment, Certain Specified Portions of Apple Inc.'s Response to Defendant Corellium, LLC's Statement of Material Facts in Support of Corellium's Motion for Summary Judgment, and Plaintiff's Exhibit 84 ("Motion").  Being fully advised in the premises and noting that Defendant Corellium, LLC and the United States do not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.  Apple is given leave to file under seal (1) the last half of the last sentence of the third paragraph on page 1 and the first three and a half sentences of the final paragraph on page 5 of Apple Inc.'s Opposition to Defendant Corellium, LLC's Motion for Summary Judgment; (2) paragraphs 41 and 81–83 of Apple Inc.'s Response to Defendant Corellium, LLC's Statement of Material Facts in Support of Corellium's Motion for Summary Judgment; and (3) Plaintiff's Exhibit 84.  The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this ___ of May, 2020, in Fort Lauderdale, Florida.

        **RODNEY SMITH**
        **UNITED STATES DISTRICT JUDGE**