UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S *UNOPPOSED* MOTION TO FILE PORTIONS OF CORELLIUM'S RESPONSE TO APPLE'S PARTIAL MOTION FOR SUMMARY JUDGMENT, RESPONSE TO APPLE'S STATEMENT OF MATERIAL FACTS, AND ADDITIONAL FACTS, AND RESPECTIVE RESPONSES TO APPLE'S DAUBERT MOTIONS TO EXCLUDE OR LIMIT THE REPORTS AND TESTIMONY OF STEWART APPELROUTH AND JAMES OLIVIER, AS WELL AS EXHIBITS ATTACHED THERETO UNDER SEAL**

THIS CAUSE came before the Court upon the Defendant, CORELLIUM, LLC's ("Corellium"), *Unopposed* Motion to File Under Seal Portions of Corellium's Response to Apple's Partial Motion for Summary Judgment [D.E. 453], Response to Apple's Statement of Material Facts [D.E. 455], and Additional Facts, and Respective Responses to Apple's Daubert Motions to Exclude or Limit the Reports and Testimony of Stewart Appelrouth [D.E. 448] and James Olivier [D.E. 449] as well as exhibits and deposition transcripts attached thereto ("Motion"). Fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.

**DONE AND ORDERED** this ___ of May, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                               _____
                                                                **RODNEY SMITH**