UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,
    Defendant.

_____/

**DEFENDANT CORELLIUM, LLC'S RESPONSE TO PLAINTIFF APPLE INC.'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON 17 U.S.C. § 1201 AND RESPONSE <u>STATEMENT OF ADDITIONAL MATERIAL FACTS IN OPPOSITION THEREOF</u>**

Defendant Corellium, LLC ("Defendant" or "Corellium"), pursuant to Federal Rule of Civil Procedure 56(c) and S.D. Fla. L.R. 56.1, hereby submits its Response to Plaintiff Apple Inc.'s Statement of Material Facts in Support of Partial Summary Judgment on 17 U.S.C. § 1201 and Response Statement of Additional Material Facts in Opposition Thereof, and states as follows:

## I. DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS

1. Undisputed.[1]
2. Undisputed.
3. Undisputed.
4. Undisputed.
5. Disputed in part. Disputed to the extent that Apple claims that all aspects of iOS "contain[] original, creative content developed by Apple" because large portions of iOS are open source or functional in nature, including "most but not all of the kernel code." DEX[2] 1 (Andrews Dep.) at 91:-25-92:15. *See also* DEX 2 (Krstic Dep.) at 52:1-14, 58:2-15; DEX 3 (Marineau-Mes Dep.) at 37:18-22, 38:7-39:9. Further disputed that Apple has asserted registered copyrights in this case that cover aspects of iOS at issue here that are "original, creative content developed by Apple" and not being put to fair use. ECF No. 456 at 9-15.
6. Disputed in part. Disputed that Apple has asserted any copyright in this case that covers any version of iOS in its entirety; Apple's copyrights cover discrete applications and functions and each of Apple's asserted copyright registrations "[e]xclude . . . [p]reviously published Apple material," including prior versions of iOS. PEX[3] 6-27 (registrations). Further, disputed that asserted copyrights cover the software at issue here. *See* Material Fact Nos. 79-81, *infra*.
7. Disputed in part. ███████████████████████████████████████████████████ ████████████████████████████████████ DEX 2 (Krstic Dep.) at 126:13-127:6.
8. Undisputed.

---

[1] To the extent that Corellium indicates that a proffered fact is "Undisputed," Corellium does so solely for the purposes of summary judgment and without waiving any evidentiary objections to the admissibility of the evidence. *See* Fed. R. Civ. P. 56(c)(2) & advisory committee note to 2010 amendment.
[2] References to DEX are to the exhibits accompanying this statement of material facts.
[3] References to PEX and the accompanying short titles are to Plaintiffs' Exhibits. *See* Plaintiff Apple Inc.'s Index of Exhibits in Support of Its Motion for Partial Summary Judgment (filed under seal).

9. Disputed. Anyone can "dynamically interact" with the unencrypted IPSW files, including the kernel. DEX 2 (Krstic Dep.) at 129:10–133:17; DEX 1 (Andrews Dep.) at 102:23–103:4; DEX 4 (Federighi Dep.) at 28:4–5; DEX 3 (Marineau-Mes Dep.) at 54:12–19; DEX 5 (Stamos Dep.) at 211:3–6. There is "no specific protection explicitly trying to prevent" running the iOS kernel on non-Apple hardware. DEX 2 (Krstic Dep.) at 131:7-13. *See also id.* at 66:19-67:9.

10. Undisputed.

11. Undisputed.

12. Disputed. Vague and Ambiguous as to "the industry." Because Apple's devices have had numerous major security breaches, this is a matter of opinion on which a reasonable juror could disagree. *See* DEX 6 (Expert Report and Decl. of Alexander Stamos) ¶¶ 27-29; DEX 5 (Stamos Dep.) at 17:9-18:13.

13. Disputed. iOS in the public IPSW distribution, which is the only software at issue here, has no such technical control measures. *See, e.g.*, DEX 7 (Skowronek Dep.) at 243:17-25; DEX 2 (Krstic Dep.) at 131:7-13); DEX 8 (Wang Dep.) at 146:18-147:1.

14. Disputed. iOS in the public IPSW distribution, which is the only software at issue here, has no such requirements—this security function is hard-coded into physical iOS devices. *Id.*

15. Disputed. IPSW files, which are the only software at issue here, have no such requirements. *See, e.g.*, DEX 7 (Skowronek Dep.) at 230:18-235:2; DEX 8 (Wang Dep.) at 72:13-17.

16. [REDACTED]

17. [REDACTED]

2

███████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████

**18.** ███████████████████████████████████
████████████████████████████████████

**19.** ███████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████

**20.** Undisputed. Irrelevant because the license agreement does not apply. DEX 3 (Marineau-Mes Dep.) at 42:14-18; DEX 1 (Andrews Dep.) at 106:12-24.

**21.** Undisputed. Irrelevant.

**22.** Undisputed. Irrelevant. ████████████████████████████████
███████████████████████████████████████████
████████████████████████████████ DEX 9 (Second Rogs.) No. 16.

**23.** █████████████████████████████████████
███████████████████████████████████████████
█████████████████████████████████████
████████████████████████████████████

███████████████████████████████████████████
████████████████████████

24. Undisputed.
25. Disputed. Corellium licenses software and sells servers that create virtual hardware capable of running portions of iOS, not portable devices. DEX 10 (Wade Dep.) at 227:25-228:5, 242:15-244:4, 244:6-246:4; DEX 7 (Skowronek Dep.) at 69:4-15, 204:21-25, 206:8-16, 207:11-18; DEX 8 (Wang Dep.) at 152:22-153:1; DEX 1 (Andrews Dep.) at 103:14-16.
26. Disputed. Corellium does not sell any iOS devices.
27. Undisputed. Irrelevant because no contract claim has been asserted here.
28. Disputed. An Apple IPSW has no TCMs. Corellium demonstrated its technology during acquisition talks. Jon Andrews' declaration says nothing about "circumvent[ing] Apple's TCMs." *See* PEX 1 (Andrews Decl.) ¶ 23. Chris Wade demonstrated the Corellium Product to Apple employees on at least 3 occasions, answered Apple's questions about how Corellium virtualized Apple's hardware to enable users to run a version of iOS for security research on Corellium's hardware. Apple employees understood how Corellium was able to virtualize Apple's hardware. DEX 11 (Apl-Corellium_00000607) at 07; DEX 12 (Apl-Corellium_00000744) at 45; DEX 13 (Apl-Corellium_00000874) at 76, 06; DEX 14 (Apl-Corellium_00000887) at 88; DEX 15 (Apl-Corellium_00000882) at 83.
29. Undisputed. Irrelevant because no breach of contract claim has been raised here.
30. Undisputed. Irrelevant because no breach of contract claim has been raised here. Further irrelevant as to reverse engineering, which is not a claim here. Further irrelevant because any of Mr. Wade's agreement in his personal capacity do not bind Corellium.
31. Disputed. Apple declined Corellium's last offer. DEX 10 (Wade Dep.) at 277:1-278:6.
32. Undisputed.
33. Disputed in part. Disputed that Corellium's product is an "iOS virtualization product" or "enable[s] virtualization of iOS;" Corellium's product virtualizes hardware that permits portions of iOS to run. Further, CORSEC is not the same as what has been referred to in this case as the Corellium Apple Product. DEX 16 (Gorton Dep.) at 50:20-51:5.
34. Disputed in part. Corellium's customers obtain their own virtualized hardware that they can use to run portions of iOS for security research. DEX 10 (Wade Dep.) at 227:25-228:5, 242:15-244:4, 244:6-246:4; DEX 7 (Skowronek Dep.) at 69:4-15, 204:21-25, 206:8-16,

4

207:11-18; DEX 8 (Wang Dep.) at 152:22-153:1; DEX 1 (Andrews Dep.) at 103:14-16.

35. Undisputed.

36. Disputed in part. The Corellium Apple Product ("CAP") virtualizes hardware capable of running portions of iOS that are relevant to security research. *E.g.* DEX 10 (Wade Dep.) at 257:18-258:3. However, the CAP does not allow users to launch or use many of iOS's default applications and core features, including: 1) Face ID; 2) Touch ID; 3) baseband; 4) camera; 5) GPU acceleration; 6) microphone; 7) the App Store; 8) the ability to install apps from the App Store; 9) Compass; 10) the user interface of the iPhone; 11) the Maps app; and NFC payments. DEX 1 (Andrews Dep.) at 51:16-54:9; DEX 7 (Skowronek Dep.) at 77:8-9, 128:24-129:25, 133:16-134:4; DEX 10 (Wade Dep.) at 257:18-258:3; DEX 8 (Wang Dep.) at 218:13-14; DEX 15 (Apl-Corellium_00000882) at 83; PEX 44 (Resp. No.) 3.

37. Undisputed.

38. Disputed in part. Undisputed that the CAP "permit[s] users" to test some, but far from all, of the functionality of iOS. *See* Material Fact No. 36, *supra*.

39. Disputed in part. Only users ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ CAP. PEX 42 (RFA No.) 112. *See also id.* No. 111. Disputed that the CAP is, displays, or creates a "virtual iPhone." *See* Material Fact No. 25, *supra*. *See also* DEX 7 (Skowronek Dep.) at 77:8-9 ("Corellium does not model the user interface of the iPhone.").

40. Disputed. Paragraph 27 to the Nieh Declaration is expert opinion and does not constitute admissible facts or summaries thereof. *See* ECF No. 452 (Daubert motion to exclude certain Nieh testimony). Disputed that the definition of "Security Measures," including the parts omitted and changed by Apple in this fact, includes "access to a work protected" under title 17 or "protects a right of a copyright owner" under Title 17. Further, Apple ***omitted and altered*** parts of its definition of "Security Measures" it had in its Requests for Admission, which was: "all features of iOS and iOS Devices designed to prevent access to *the software* or other material stored on the iOS device, *including any measures used to protect, encrypt, or otherwise secure applications used by the iOS operating system*." PEX 41A ¶ 11 (emphasis added). Dr. Olivier testified that Corellium "developed techniques that allow the iOS object code . . . to now be run in a virtualized hypervisor," PEX 51 (Olivier Dep.) at 246:19-247:1, and not that the CAP "allows users to . . . bypass one or more Security

5

Measures," as Apple claims here. Corellium does not bypass any TCMs because there is ███████████████████████████████████████████████████████████████████ hardware, DEX 2 (Krstic Dep.) at 131:7-13, and anyone can freely download and inspect the contents of the IPSW file, including the kernel, *id.* at 129:10-133:17; DEX 1 (Andrews Dep.) at 102:23–103:4; DEX 4 (Federighi Dep.) at 28:4–5; DEX 3 (Marineau-Mes Dep.) at 54:12–19; DEX 5 (Stamos Dep.) at 211:3–6.

41. Disputed in part. Undisputed that the CAP ████████████████████████ ████████████████████████████████ Disputed that Corellium "disables" or "bypasses" the Apple authorization server. DEX 7 (Skowronek Dep.) at 243:17-25; DEX 8 (Wang Dep.) at 165:7-166:1. ███████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████ ████████████████████████████████████

42. Disputed in part. ██████████████████████████████████████████████ ████████████████████████████████████ DEX 7 (Skowronek Dep.) at 230:18-235:2.

43. Disputed in part. Corellium does not bypass the secure boot chain at all, and the secure boot chain does not "have a rationale to exist on [the Corellium] platform;" it is designed to protect "hardware features that Corellium isn't even trying to virtualize" and "it's not helpful for the same security purposes [] that Apple uses it for." DEX 7 (Skowronek Dep.) at 269:18-272:12. *See also* Material Fact No. 16, *supra*.

44. Disputed in part. Corellium does not utilize Apple's iBoot program because ████████ ███████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████ DEX 7 (Skowronek Dep.) at 269:18-272:12. *See also* DEX 8 (Wang Dep.) at 44:9-45:3.

45. Disputed. Apple cites no facts to support that Corellium "disables" or "blocks" the Buddy program from running. ███████████████████████████████████████████████ ██████████████████████████████████████████████ DEX 7 (Skowronek Dep.) at 274:7-11; DEX 8 (Wang Dep.) at 64:25-65:10, 213:18-214:2; DEX 1 (Andrews Dep.) at 90:14-91:1. Not calling a program to execute is not a "bypass" or a "block."

46. Disputed in part. Corellium's users use virtual hardware capable of running iOS, not "virtual iPhones." *See* Material Fact Nos. 25, 36, *supra*.

47. Disputed in part. Apple cites no fact to support that Corellium ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Rather, Corellium provides the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ PEX 78 (Correllium-010172) at 02.

48. Disputed in part. Corellium does not "disable" the PAC. PEX 66 (AZI000594) at 98. PAC, which is a specification of the ARM architecture, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ PEX 68 (Correllium-008031) at 01. Corellium therefore provides users the options of: 1) turning off PAC, or; 2) using custom PAC codes that "provide excellent performance while being practically equivalent to PAC for security research purposes." *Id.* Irrelevant.

49. Undisputed.

50. Disputed in part. Corellium's users, not Corellium, utilize only discrete portions of the IPSW files to virtualize iOS devices, at a minimum "the restore RAM disk" and "the disk image . . . for the system partition of iOS." DEX 8 (Wang Dep.) at 146:18-147:1. *See also* Material Fact 36, *supra*.

51. Undisputed. Misleading because the cite to the Skowronek deposition transcript refers to Corellium's internal database used exclusively for testing purposes by Corellium. DEX 7 (Skowronek Dep.) at 341:23-342:12.

52. Undisputed.

53. Undisputed.

54. Disputed.[4] Corellium does not provide IPSW files for its customers. DEX 8 (Wang Dep. at 176:22-177:1; DEX 7 (Skowronek Dep.) at 153:2-14; PEX 44 (Resp. No.) 2(b)-(d). ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

55. Disputed. Paragraph 27 to the Nieh Declaration is expert opinion and does not constitute

---

[4] PEX 63 (Sales FAQs) and 70-72 (IPSW Location Email, ▮▮▮▮▮▮▮▮▮▮▮▮, and Immunity Email) do not appear to support the allegation that Corellium provided any customers with "thumb drives and directories containing copies of Apple IPSW files," a fact made difficult to determine because the citations for PEX 70-72 do not comply with S.D. Fla. L.R. 56.1(b)(1)(B).

7

admissible facts or summaries thereof. *See also* ECF No. 452. Corellium's users, not Corellium, create virtual hardware capable of running portions of IPSW files. *See* Material Fact No. 25, *supra*. The virtual hardware restores an iOS image provided in the IPSW file and does not use the portions of software meant to interact with hardware that is only found in iPhones and iPads. PEX 45 (Resp. No.) 21. *See also* DEX 8 (Wang Dep.) at 146:18-147:1 (Corellium only needs "the restore RAM disk" and "the disk image . . . for the system partition of iOS"). Corellium does not bypass any TCMs; no part of the IPSW file that the CAP uses are encrypted, protected by the secure boot chain, or inaccessible. DEX 8 (Wang Dep.) at 65:9-12, 259:19-24; DEX 16 (Gorton Dep.) at 96:9-12; DEX 2 (Krstic Dep.) at 66:19-67:9, 129:10-133:17, 131:7-13; DEX 1 (Andrews Dep.) at 95:1-24, 98:18-20, 99:3-7, 102:23-103:4; DEX 3 (Marineau-Mes Dep.) at 49:25-50:6, 54:12-19; 55:9-23; DEX 5 (Stamos Dep.) at 211:3-6.

56. Disputed in part. Undisputed that the "snapshot feature . . . takes a snapshot of the whole [virtual] device" and then permits users to "clone" the device. Otherwise disputed. The CAP allows users to create virtualized hardware that runs portions of iOS, not a virtual iPhone. *See* Material Fact No. 25, *supra*. The "snapshot" feature saves "the state of the device" in Corellium's "own storage format." DEX 8 (Wang Dep.) at 170:9-173:7. *See also* PEX 44 (RFA No.) 2(c).

57. Disputed in part. A greater number of cores provides the potential for a greater number of virtual devices, not necessarily that those additional cores are used in that way. Irrelevant.

58. Disputed in part. Disputed that "Corellium advertises its product as . . . identical to . . . an iPhone" or claims that "the virtual iOS Devices have all the functionality of an iPhone." Nothing cited by Apple comes close to supporting those claims. To the contrary, Corellium claims that its "[v]irtual devices offer more advanced functionality for research and development." PEX 59 (Correllium-009105) at 5, and that certain "peripherals have limited functionality on the virtualised iOS instances," PEX 66 (AZI000594) at 98. This limited claim is consistent with the available features of the "virtual iOS Devices." *See* Material Fact No. 36, *supra*. Otherwise undisputed that the cited documents contain the quoted material.

59. Undisputed.

60. Disputed. This purported fact materially misstates the content of Corellium's marketing materials, which do not say that users can "skip" any of "Apple's TCMs" or "copy," "clone,"

8


or "display" any of "Apple's copyrighted works." PEX 62 (April 2019 Datasheet) at 1, 3; PEX 60 (███████████) at 1, 3; PEX 69 (April 2019 User Guide) at 7. The fact is comprised solely of Apple's opinion. The documents speak for themselves.

61. Disputed in part. Only users ████████████████████████████████████ ██████████████████████████████ CAP. PEX 42 (RFA No.) 112. *See also id.* No. 111.

62. Disputed. Corellium does not tout that it creates "virtual device replicas of Apple's physical iOS devices." The "native fidelity" is limited to "purposes relating to security research." DEX 7 (Skowronek Dep.) at 323:8-15. Corellium's users create virtualized hardware that runs portions of iOS that do not include all features of "Apple's physical iOS devices" such that they could be considered "replicas." *See, e.g.*, Material Fact No. 36, *supra*.

63. Undisputed; the document speaks for itself. However, the statement from the presentation is true "within the limits of security research." DEX 7 (Skowronek Dep.) at 98:21-99:13.

64. Disputed. Apple cites no Corellium marketing material making the claim that its products have the "ability to evade Apple's TCMs," and no such documents exist. The testimony of Alexander Stamos on how virtualizing iOS might be accomplished is irrelevant opinion testimony: "Stamos has not performed a technical analysis of the Corellium Apple Product or reviewed any of the factual record in this case." ECF No. 451 at 7; DEX 5 (Stamos Dep.) at 37:15–7, 40:14–41:6, 61:19–62:3.

65. Undisputed.

66. Disputed. The Corellium EULA prohibits Corellium's customers from using the product for anything illegal. DEX 10 (Wade Dep.) at 206:11-20; DEX 18 (Correllium-004782) § 1.3. In addition, Corellium screens potential customers for, *inter alia*, their potential uses of the Corellium product, and can and has rejected potential customers for incompatible use cases. DEX 19 (Dyer Dep.) at 47:2-48:22; DEX 16 (Gorton Dep.) at 122:12-123:21, 124:3-25.

67. Disputed in part. Undisputed that Corellium does not require its customer to report information discovered through the use of the CAP to Apple, just as Apple does not require participants in the Bug Bounty Program to disclose all bugs to Apple. DEX 20 (Shirk Dep.) at 78:1-24. Disputed that Corellium cannot control its customers in any scenario, as is implied. Corellium relies on "the legal enforcement of [its] licensing agreement to ensure that [its] customers comply" with the Corellium EULA. DEX 16 (Gorton Dep.) at 99:14-17.

68. Disputed. Corellium does not know the precise identity of the customers to which ████



69. Disputed in part. Undisputed that Corellium ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Disputed that the entire amount is from the CAP because Corellium does not "differentiate the Corellium Apple Product from [its] other products." PEX 44 (Resp. No.) 10.

70. Disputed in part. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ PEX 44 (Resp. No.) 9.

71. Disputed in part. Disputed as to the numbers claimed as the source of this claim is unreliable and overinclusive. *See, e.g.,* PEX 83 (Connelly Supp. Rpt. DEX E) at 8 (claiming entities that the deponent merely "believe[d]" had a trial account, *e.g.* DEX 19 (Dyer Dep.) at 155:22-23, 157:17-18; DEX 16 (Gorton Dep.) at 164:8-10, 167:8-14; 170:8-13); *id.* at 9-10 (claiming entities only confirmed as having "requested accounts" as "likely trial accounts," *e.g.* DEX 16 (Gorton Dep.) at 160:2-11).

72. Disputed. The Corellium marketing material makes clear that the Corellium product "doesn't have any direct competitors." PEX 59 (Correllium-009105) at 5. *See also* PEX 55 (Correllium-026295) at 24 (distinguishing simulators, DTaas, and "real devices" from "virtual devices" such as the CAP); PEX 56 (Correllium-009255) at 14 (Corellium has a better combination of efficiency and functionality than "Emulators/Simulators" and "Physical devices"); PEX 64 (Correllium-004711) at 2 ("Physical devices can't stack up"). The CAP and a physical iPhone are more "complementary than competitive." DEX 7 (Skowronek Dep.) at 323:25-324:13. *See also* DEX 8 (Wang Dep.) at 109:8-22, 110:11-16.

73. Undisputed.
74. Undisputed.
75. Undisputed.
76. Undisputed.
77. Disputed. None of the "License Emails" mention "Corellium's lack of authorization from Apple to use iOS," as Apple claims. Instead, they reflect due diligence from customers and potential customers on a range of issues. *E.g.* PEX 80 (Correllium-011322) at 2.
78. Undisputed.

## II. ADDITIONAL MATERIAL FACTS

79. The Apple copyrights asserted in the First Amended Complaint ("FAC") do not protect iOS as a whole but instead protect constituent parts or portions of apps. ECF No. 56, Ex. A; PEX 6-27 (registrations); DEX 21 (Peterson Dep.) at 64:8-18, 114:13-115:5.

80. The Apple copyrights asserted in the First Amended Complaint ("FAC") do not protect iOS as a whole but instead protect constituent parts or portions of apps. PEX 6-27 (registrations).

81. The source code deposits for Apple's copyrights asserted in the FAC pertain to the Calculator app and Swift (iOS 9.0), the Notes app (iOS 9.1), Apple Music (iOS 10.0), Files (iOS 11.0), Animojis (iOS 11.0.1), Passbook (iOS 11.2), HomePod (iOS 11.2.5 & 11.4), ARKit (iOS 11.3), the Measure app (iOS 12.0), HealthKit (iOS 12.1.1), and Apple TV (iOS 12.2). DEX 21 (Peterson Dep.) at 52:14-16, 68:23-69:6, 77:16-18, 82:12-83:7, 84:25-85:4, 88:23-89:1, 91:15-23, 95:22-23, 99:8; 104:14, 107:9-11, 110:22-25.

82. The copyrights asserted in the FAC do not cover the Boot ROM, Low Level Bootloader, the kernel cache, or open source code. DEX 21 (Peterson Dep.) at 32:4-25.

83. "Pointer authentication codes are a form of hardware feature coupled with software designed to make certain types of acts on the platform very difficult or impossible." DEX 2 (Krstic Dep.) at 132:25-133:3.

84. Apple decrypted its kernel "[a]bout two to three years ago." DEX 2 (Krstic Dep.) at 18:20-19:6). *See also* DEX 10 (Wade Dep.) at 192:12-23.

85. Citrix was unable to "host the [Virtual] technology because of the encryption related to" iOS at the time. DEX 10 (Wade Dep.) at 116:10-15; *see also id.* at 109:4-8.

86. Corellium is unable to and does not decrypt "any of Apple's encrypted" files. DEX 8 (Wang Dep.) at 65:9-12. *See also id.* at 259:19-24.

87. Based on the course of conduct between the parties, Corellium believed that it had an implied license from Apple due to: 1) the acknowledgment that IPSW files containing iOS are freely available for download and use without entering into the iOS EULA, DEX 16 (Gorton Dep.) at 177:9-21; and 2) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ DEX 16 (Gorton Dep.) at 177:22-178:8.

88. Apple did not bring a cause of action against Corellium for violation of the terms of the Apple Enterprise Developer Program. *See* ECF No. 56.

89. Apple did not bring a cause of action against Chris Wade for violation of the terms of the Apple Developer Program. *Id.*

90. Mark Dowd has never worked for Corellium. DEX 16 (Gorton Dep.) at 126:7-11. He has never been a member of Corellium. *Id.* at 31:16-18.

91. The ability to make phone calls, send text messages, take photos, and download apps from Apple's App Store are important features of iPhones. DEX 22 (Apple Inc.'s Resps. and Objs. to Corellium, LLC's Fourth Set of Requests for Admission) Nos. 263-265.

92. iOS does not include hardware or the secure ROM and the Boot ROM, which are built directly into iPhones and iPads. DEX 2 (Krstic Dep.) at 52:15-53:5; DEX 1 (Andrews Dep.) at 83:7-15; DEX 3 (Marineau-Mes Dep.) at 36:6-7; DEX 23 (Apple Inc.'s Resps. and Objs. To Corellium, LLC's Third Set of Interrogs.) No. 4.

93. IPSW files are available for the public to download for free from Apple's servers and third-party websites, including IPSW.me. DEX 24 (Apple Inc.'s Second Am. Resps. and Objs. to Corellium, LLC's First Set of Requests for Admissions ("First RFAs") Nos. 14-17, 189; DEX 1 (Andrews Dep.) at 95:1-24; DEX 2 (Krstic Dep.) at 59:7-17; DEX 21 (Peterson Dep.) at 40:6-7.

94. A user is not presented with or required to agree to the iOS End User License Agreement (the "EULA") before downloading an IPSW file from Apple or a third-party website. DEX 1 (Andrews Dep.) at 95:1-24, 98:18-20, 99:3-7; DEX 3 (Marineau-Mes Dep.) at 49:25-50:6.

95. A user is only presented with or required to agree to the iOS EULA after iOS is initiated during installation on an Apple device, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ DEX 1 (Andrews Dep.) at 86:21-87:9; DEX 3 (Marineau-Mes Dep.) at 47:11-17.

96. Apple did not bring a cause of action for violation of the EULA. *See* ECF No. 56.

97. Apple has identified only the following alleged technological protection measures based on hardware (not software) features: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ DEX 9 (Second Rogs.) No. 16.

98. The secure boot chain (a.k.a. the chain of trust) is a process that utilizes hardware (the secure ROM) and portions of iOS (LLB, iBoot) that its ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ DEX 2 (Krstic Dep.) at 128:14-23; DEX 1 (Andrews Dep.) at 84:15-85:14.

99. Anyone can freely download and inspect the contents of IPSW files without encountering the function of the secure boot chain. DEX 2 (Krstic Dep.) at 129:10–133:17; DEX 1 (Andrews Dep.) at 102:23–103:4; DEX 4 (Federighi Dep.) at 28:4–5; DEX 3 (Marineau-Mes Dep.) at 54:12–19; DEX 5 (Stamos Dep.) at 211:3–6.

100. Apple became aware that Wade had again ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in 2017. DEX 1 (Andrews Dep.) at 48:9-15; DEX 2 (Krstic Dep.) at 135:15-136:21; DEX 25 (Apl-Corellium_00018161) at 61; DEX 26 (Correllium-001436) at 36-37; DEX 24 (First RFAs) Nos. 1, 2, 4, 78-84.

101. Apple was aware in 2017 that Corellium intended that its customers "will pay a subscription model to have access to ios running on a hypervisor and SEP running on qemu" in September 2017. DEX 27 (Apl-Corellium_00003979) at 80.

102. Corellium provided information about its business and technology, subject to a confidentiality agreement, in the course of Apple's due diligence. *E.g.*, DEX 28 (Correllium-001144) at 44; DEX 29 (Apl-Corellium_ 00000027) at 27; DEX 30 (Apl-Corellium_00017960) at 60; DEX 24 (First RFAs) Nos. 117-18; DEX 31 (Apl-Corellium_00040652) at 52-56; DEX 16 (Gorton Tr.) at 177:22-178:8.

103. Apple encouraged Corellium's development. DEX 24 (First RFAs) No. 2; DEX 16 (Gorton Dep.) at 179:16-180:12; DEX 7 (Skowronek Dep.) at 292:10-293:15; DEX 8 (Wang Dep.) at 15:16-16:3; DEX 28 (Correllium-001144) at 44.

104. Corellium executes "a modified version of iOS." DEX 1 (Andrews Dep.) at 103:14-16.

105. Corellium transforms iOS as iOS runs on Corellium's virtual hardware. DEX 8 (Wang Dep.) at 142:16-144:11, 159:1-16, 161:17-21, 172:24-173:3, 186:2-5, 203:21-204:24; DEX 8 (Skowronek Dep.) at 249:17-250:20; DEX 32 (Defendant's Fourth Am. Answers to Plaintiff's First Set of Interrogs. ("First Rogs.")) No. 2.

106. Corellium dynamically unpacks the IPSW file as it is downloading such that any storage is as transient as possible to create the virtual device model. DEX 7 (Skowronek Dep.) at 116:20-117:1, 120:23-121:1, 210:15-211:5; DEX 8 (Wang Dep.) at 122:17-19, 152:18-153:1, 173:8-17; 260:13-261:11. That storage takes place ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ DEX 8 (Wang Dep.) at 147:2-10. Thereafter, the original IPSW file is

13

deleted, while some portions of the IPSW file are transformed and loaded into memory. *Id.* at 114:1-8, 142:23-143:7, 246:7-22.

107. The Corellium product is not a replacement for physical iPhones. DEX 1 (Andrews Dep.) at 55:10-18; DEX 3 (Marineau-Mes Dep.) at 93:7-19; DEX 8 (Wang Dep.) at 117:18-119:3; DEX 7 (Skowronek Dep.) at 323:25-13.

108. Production iPhones are not suitable for security research. DEX 3 (Marineau-Mes Dep.) at 76:10-22.

109. Corellium engages in a vetting process to prevent bad faith researchers from using its products, and considers the source of the inquiry, the country of origin of the sale, and the stated use case of the potential customer, including whether the potential customer would be engaging in unlawful activities. DEX 19 (Dyer Dep.) at 47:2-48:22; DEX 16 (Gorton Dep.) at 116:11-117:10, 122:12-123:21, 124:3-25.

110. Use cases for Corellium's customers fall into four buckets: 1) "app security testing"; 2) "OS security testing"; 3) training and education; and 4) miscellaneous, such as "continuous integration or the development of tools, such as forensics tools." DEX 16 (Gorton Dep.) at 117:23-118:24.

111. The secure boot chain does not factor into the CAP, because the CAP uses its own bootloader process to load the kernel. DEX 1 (Andrews Dep.) at 90:14-91:1, 274:7-11; DEX 8 (Wang Dep.) at 64:25-65:10, 213:18-214:2; DEX 7 (Skowronek Dep.) at 274:7-11.

112. Corellium prevents its users from tricking or confusing Apple's servers ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ DEX 7 (Skowronek Dep.) at 242:16-243:16; 244:11-14.

113. No one at Apple informed anyone at Corellium that Corellium's products infringed on any of Apple's copyrights or violated the Digital Millennium Copyright Act. DEX 2 (Krstic Dep.) at 67:22-68:1; DEX 1 (Andrews Dep.) at 39:6-40:7, 104:25-106:10, 207:13-208:2; DEX 33 (Betz Dep.) at 44:16-20; DEX 34 (Smith Dep.) at 52:22-25, 137:20-138:7; DEX 4 (Federighi Dep.) at 114:19-115:14; DEX 16 (Gorton Dep.) at 41:1-42:6, 42:24-43:4, 44:5-11, 44:20-45:3; DEX 10 (Wade Dep.) at 278:11-23; DEX 24 (First RFAs) No. 10-11.

114. The Corellium product adds features that are not available on retail iOS that are useful for security research, including: 1) the ability to see and halt running processes; 2) the ability to modify the kernel; 3) CoreTrace, a tool to view system calls; 4) an app browser; 5) a file

14

browser; and 6) the ability to take live snapshots. DEX 8 (Wang Dep.) at 190:3-11, 219:9-220:6; DEX 16 (Gorton Dep.) at 67:21-70:9, 82:20-83:6. *See also* DEX 32 (First Rogs.) No. 5.

115. Corellium developed a standalone product that enables users to load firmware files for operating systems such as iOS, Android, and Linux for security testing, research, and development. DEX 16 (Gorton Dep.) at 50:20-51:12; DEX 10 (Wade Dep.) at 228:24-229:4.

116. Alexander Stamos's testified that his opinions were "drawn upon [his] technical experience," that he has a high-level understanding of the utility of "virtualization and debugging to the finding and reporting of security flaws in operating systems," and that his opinion was focused on the "operation of the security research community and how that community interacts with large tech companies like Facebook or an Apple." DEX 5 (Stamos Dep.) at 37:15-25, 38:2-7, 40:14-41:6.

117. The Graphical User Interface copyrights that Apple asserts here constitute wallpaper images and compilations of icons arranged to fit on the registration page. PEX 6, 7, 8, 9, 12, 14 (registrations).

118. Corellium did not use any Apple proprietary code in the development of the Corellium product. DEX 2 (Krstic Dep.) at 71:13-17; DEX 1 (Andrews Dep.) at 88:17-22; DEX 3 (Marineau-Mes Dep.) at 191:7-11; DEX 8 (Wang Dep.) at 76:14-77:1, 92:15-20; DEX 16 (Gorton Dep.) at 66:7-23; DEX 10 (Wade Dep.) at 146:18-25; DEX 7 (Skowronek Dep.) at 319:11-25; DEX 32 (First Rogs.) No. 4.

119. The Corellium product itself does not incorporate any Apple code. DEX 16 (Gorton Dep.) at 66:7-23; DEX 8 (Wang Dep.) at 92:15-20; DEX 7 (Skowronek Dep.) at 236:15-25.

120.  DEX 7 (Skowronek Dep.) at 249:17-250:20.

| | |
|---|---|
| Dated: May 26, 2020 | COLE, SCOTT & KISSANE, P.A. |
| | *Counsel for Defendant CORELLIUM, LLC* |
| | Esperante Building |
| | 222 Lakeview Avenue, Suite 120 |
| | West Palm Beach, Florida 33401 |
| | Telephone (561) 612-3459 |
| | Facsimile (561) 683-8977 |
| | Primary e-mail: justin.levine@csklegal.com |
| | Secondary e-mail: lizza.constantine@csklegal.com |
| | |
| | By: s/ Justin B. Levine |
| | JONATHAN VINE |
| | Florida Bar. No.: 10966 |
| | JUSTIN B. LEVINE |
| | Florida Bar No.: 106463 |
| | LIZZA C. CONSTANTINE |
| | Florida Bar No.: 1002945 |
| | MICHAEL A. BOEHRINGER |
| | Florida Bar No.: 1018486 |
| | |
| | and |
| | |
| | HECHT PARTNERS LLP |
| | 20 West 23rd St. Fifth Floor |
| | New York, NY 10010 |
| | Tel: (212) 851-6821 |
| | David L. Hecht *pro hac vice* |
| | Email: dhecht@hechtpartners.com |
| | Minyao Wang *pro hac vice* |
| | Email: mwang@hechtpartners.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 26, 2020, a true and correct copy of the foregoing has been transmitted by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

17