DEX  3

FOR THE CASE OF

# Apple vs. Corellium

TRANSCRIPT OF

# Sebastien Marineau-Mes

April 3, 2020

**Martell Associates**

PO Box 172718

Tampa, FL 33672

800-636-1136

This transcript is intended for your law firm's own use. If you wish to share this transcript with an outside law firm, log back in to your CasePlannerPro account and click the **Share** button.

For questions, call 800-636-1136
or send an email to info@martellassociates.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


APPLE INC.,

       Plaintiff,

vs.                              No. 9:19-cv-81160-RS

CORELLIUM, LLC,

       Defendants.

_____/




DEPOSITION OF SEBASTIEN MARINEAU-MES

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Date:           Friday, April 3, 2020

Time            11:44 a.m.

Location:       All parties via
                    videoconference


Stenographically reported by:

            Nina Pavone, CSR
            License No. CSR-7802




* * * *

```
 1                          APPEARANCES

 2       For the Plaintiff:

 3               LATHAM & WATKINS LLP
                 BY:  JESSICA STEBBINS BINA,
 4                   ATTORNEY AT LAW
                 10250 Constellation Blvd., Suite 1100
 5               Los Angeles, CA 90067
                 424.653.5525
 6               jessica.stebbinsbina@lw.com
                 (Via videoconference)
 7

 8       For the Defendants:

 9               COLE, SCOTT & KISSANE, P.A.
                 BY:  JUSTIN LEVINE,
10                   ATTORNEY AT LAW
                 222 Lakeview Avenue, Suite 120
11               West Palm Beach, FL  33401
                 561.383.9222
12               justine.levine@csklegal.com
                 (Via videoconference)
13

         Also present:
14
                 Amanda Gorton, Jess Koehler
15               (Via videoconference)

16

17

18

19

20

21

22

23

24

25
```

Page 3

```
1              I N D E X   O F   E X A M I N A T I O N S

2                                                              PAGE

3    EXAMINATION BY MR. LEVINE                                   8

4

5                I N D E X   O F   E X H I B I T S

6

7    NUMBER           DESCRIPTION                              PAGE

8    Exhibit 1                                                  31

9

10

11

12   Exhibit 2                                                 114

13

14   Exhibit 3                                                 122

15

16

17   Exhibit 4                                                 124

18

19   Exhibit 5                                                 125

20

21

22   Exhibit 6                                                 127

23

24

25
```



Page 4

INDEX OF EXHIBITS (CONTINUED)

| NUMBER | DESCRIPTION | PAGE |
|--------|-------------|------|
| Exhibit 7 |  | 129 |
| Exhibit 8 | | 132 |
| Exhibit 9 | | 134 |
| Exhibit 10 | | 135 |
| Exhibit 11 | | 153 |
| Exhibit 12 | | 159 |
| Exhibit 13 | | 161 |
| Exhibit 14 | | 168 |
| Exhibit 15 | | 168 |
| Exhibit 16 | | 170 |

Page 5

INDEX OF EXHIBITS (CONTINUED)

NUMBER          DESCRIPTION                                PAGE

Exhibit 17      ████████████████████████████████          173
                ██████████████████████████████

Exhibit 18      ████████████████████████████████          174
                ████████████████████████████████████
                ████

Exhibit 19      ████████████████████████████████          175
                ████████████████████████████████

Exhibit 20      ████████████████████████████████          177
                ██████████████████████████████
                ████████

Exhibit 21      ████████████████████████████████          181
                ████████████████████████████████

Exhibit 22      ████████████████████████████████          182
                ████████████████████████████████

Exhibit 23      ███████████████████████████               184
                ██████████████████████████
                ████████████████████████████████

Exhibit 24      ██████████  ████████████████████████      186

Exhibit 25      ██████████  ████████████████████████      187
                ████████████████████████████

Exhibit 26      ████████████████████████████████          191
                ██████████████████████████████████





INDEX OF EXHIBITS (CONTINUED)

| NUMBER | DESCRIPTION | PAGE |
|--------|-------------|------|
| Exhibit 36 | ████████████████████ ███████████ ████████ | 215 |
| Exhibit 37 | ██████████████ ████████████████ ███████ | 226 |
| Exhibit 38 | ████████████████ ██████████ | 230 |
| Exhibit 39 | ████████████████████ ███████████████ | 233 |

1                              -oOo-

2              THE REPORTER:  Before we proceed, I will ask

3      counsel to agree on the record that under the current

4      National Emergency, due to COVID-19, that there is no

5      objection to this deposition officer administering

6      the oath to the witness via remote video conference.

7      Please state your agreement on the record.

8              MR. LEVINE:  This is Justin Levine from Cole,

9      Scott & Kissane on behalf of the defendants.  No

10     objection.

11             MS. BINA:  And Jessica Stebbins Bina on

12     behalf of the defendants.  No objection.

13                            --oOo--

14                  SEBASTIEN MARINEAU-MES,

15               having been first duly sworn by the

16               Certified Shorthand Reporter to tell

17               the truth, the whole truth, and nothing

18               but the truth, testified as follows:

19                        EXAMINATION

20     BY MR. LEVINE:

21         Q. Good morning, Mr. Marineau.  May I ask you to

22     please state your full name?

23         A. Sebastien Marineau-Mes.

24         Q. Can you spell your last name for the court

25     reporter?

1        A. M-A-R-I-N-E-A-U and Mes is M-E-S.

2        Q. Have you ever had your deposition taken

3    before, Mr. Marineau?

4        A. Yes.

5        Q. And actually let me address that.  How would

6    you like for me to address you today?

7        A. You can call me Mr. Marineau or Sebastien.

8        Q. Okay.  Wonderful.  Thank you.

9           So you have had your deposition taken before.

10   How many times?

11       A. Once, I believe.

12       Q. And can you just give me the general context

13   as to what that case was about?

14       A. Yes.  The case was between my former employer

15   and myself, BlackBerry, where they objected to me not

16   taking garden leave before coming to Apple.

17       Q. What year was that case?

18       A. I believe that was in 2014.

19       Q. And that case was in connection with you

20   coming -- your employment starting with Apple?

21       A. That is correct, yes.

22       Q. And what was the -- who was the plaintiff in

23   that case?

24       A. The plaintiff was BlackBerry.

25       Q. Okay.  Who was the defendant in that case?

1        A. The defendant was myself.

2        Q. You were the defendant.  What was BlackBerry

3    suing you over?

4        A. When I left BlackBerry to come to Apple,

5    BlackBerry tried to enforce a garden leave clause in

6    my employment contract to prevent me from immediately

7    starting at Apple.

8        Q. So it was a breach of contract action?

9        A. Yes.

10       Q. And what was the --

11       A. Not being a lawyer, I believe so, yes.

12       Q. Fair enough.  They accused you of not

13    complying with some aspect of a contract?

14       A. Yes, that is correct.  Or they asked the

15    Court to actually to declare the contract invalid.

16       Q. And in this case did the Court declare the

17    contract valid?

18       A. The Court did find it valid, yes.

19       Q. Did the Court find that you were in breach of

20    that contract?

21       A. Again, not being a lawyer and not

22    understanding all of the subtleties of this,

23    ultimately the Court put the burden on BlackBerry to

24    show that there were damages, but that was the extent

25    of the court action.

1      Q. Okay.  Did the Court -- I won't drill too far

2    into this.

3         Did the Court actually find that you were in

4    breach of that contract, of that employment contract?

5      A. I don't believe so.  In fact --

6         MS. BINA:  Objection.  Relevance.

7         THE WITNESS:  Sorry.

8    BY MR. LEVINE:

9      Q. You can answer.

10        MS. BINA:  Go ahead.

11        THE WITNESS:  I don't believe so.

12        MS. BINA:  Sometimes I'll need to object.

13   We'll try not to talk over each other.

14   BY MR. LEVINE:

15     Q. I'll go through the rules.  This is kind of

16   the precursor for all the rules.  I wasn't expecting

17   that you were going to have this issue.  So we're

18   almost done.

19     A. I don't believe BlackBerry asked the Court

20   that question.  They simply asked to declare my

21   contract valid.

22     Q. Did you or Apple as your new employer end up

23   having to pay any damages in connection with that

24   case?

25     A. The case was ultimately settled between

1    BlackBerry and myself.  I can't speak to the --

2        Q. And there was a confidentiality clause as

3    relates to the settlement?

4        A. That's right.  The case was never about IP or

5    anything.  It was purely about the garden leave

6    provision.

7        Q. So you gave your deposition in that case?

8        A. Yes.

9        Q. Have you had your deposition taken in any

10    other aspect or any other case?

11        A. No.

12        Q. Okay.  So similar to that case today, I'm

13    going to be asking you some questions.

14            As you can see, circumstances are probably a

15    little bit different than your deposition taken in

16    that case as we're all connected by the internet and

17    with video screens in front of us, which is a little

18    bit unusual.

19            Every once in a while people can talk over

20    one another during the question-and-answer sessions

21    and as you can -- or as you have probably figured out

22    by now, there's a court reporter who's writing down

23    everything we're saying.

24            In this particular circumstance, given the

25    lag times and the delays of some of the equipment, it

1    can get easy for us to talk over one another and

2    makes it challenging for the court reporter to get an

3    accurate record.

4            So as the day goes on, I would just ask that

5    you just listen to my questions and wait for me to be

6    finished and I'll try to do the exact same thing.

7            Also I'll try to let you get your entire

8    answer on to the record before I start in with

9    another question.

10           As Ms. Bina mentioned about a minute or so

11   ago, there will be some questions inevitably that

12   she's going to be asserting an objection to on the

13   record.  Unless she instructs you not to answer, you

14   are still obligated to answer.

15           Do you understand that?

16       A. Understood.

17       Q. There's going to be a lot of questions today,

18   as I mentioned, on into the night.  If at any point

19   in time you do not understand any of my questions or

20   you need me to rephrase or re-ask the question,

21   please ask me to do so and I'll be happy to do that.

22           If you actually answer my question, can I

23   assume that you've understood my question fully and

24   you're providing an answer to it?

25       A. I believe so, yeah.

1          Q. Can we agree that if there's any aspect of

2     any of my questions that you do not understand, that

3     you'll ask me to rephrase or repeat the question?

4          A. I will do that, yes.

5          Q. Are you on any kind of medication that would

6     impact your ability to answer fully and honestly

7     today?

8          A. No.

9          Q. If at any point in time during today's

10    deposition you need a break, feel free to ask and we

11    absolutely will accommodate.  Oftentimes, it will be

12    in what's called a series or line of questioning.

13          If the break is needed immediately, then I

14    would only ask that you answer the pending question

15    and we'll absolutely go ahead and accommodate at that

16    point in time.

17          Sometimes we'll like to just finish up that

18    line of three or four or five questions before we

19    enter into a break.

20          Is that okay?

21          A. Yes, I think that is okay.  My circumstances

22    are that I have a 15-month-old toddler and that my

23    wife and I both take care of without a nanny since

24    we're on lockdown.

25          And so if an emergency comes up, I will let

1    you know.  I don't anticipate that will happen,

2    but --

3        Q. Not a problem.  We'll shut down immediately.

4    You're not the only one online with some young ones

5    running around in the background.

6            Last thing, as I mentioned earlier, there's a

7    court reporter and she's diligently trying to take

8    down everything we're trying to say, which is a hard

9    enough job.

10           However, what she cannot take down are head

11   nods, shakes of the head, other kind of non-verbal

12   responses, such as uh-huh or huh-uh.  So she will

13   need a clear yes or no or explanation so that the

14   record is clear.

15           Again, today it's even more important because

16   she can't see everything we're doing because she's in

17   a different room.

18           Is that understood?

19       A. Yes, it is.

20       Q. Terrific.  What is your current role at

21   Apple -- strike that.

22           Who's your current employer?

23       A. My current employer is Apple.

24       Q. The lucky guess on my part.

25           What is your role?

1          A. My role is vice president of software for one

2      of the software teams at Apple.

3          Q. What is your current title or position

4      called?

5          A. It's called VP of software.

6          Q. Just VP of software?

7          A. Yes.  We don't really have titles that are

8      more precise than that.

9          Q. And who do you report to?

10          A. Craig Federighi is my boss.

11          Q. How many other -- if they lack specificity as

12      far as titles, are there any other VPs of software?

13          A. I have a number of peers who would also be

14      VPs and would have -- be running software groups.

15          Q. Is there a title VP of software?

16          A. Again, I guess we don't -- like we don't use

17      formal titles within Apple.

18          So sometimes the people are called by the

19      group they lead and sometimes software would be

20      appropriate.

21          Q. What is the -- do you lead a group?

22          A. Yes, I do lead a group.

23          Q. What is that group?

24          A. That group is called intelligent system

25      experience and it involves a number of different

1        functions within software.

2              Q. What functions are those?

3              A. I think the best way to describe it is a

4        combination of user experience groups that span iOS,

5        macOS, iPad, things like intelligence, machine

6        learning, QA and the security organization.

7              Q. QA, quality assurance?

8              A. Sorry, QA would be quality assurance, yes.

9              Q. And how many people are -- is it a group or a

10       team?

11             A. Sorry, I'm not sure I understand the

12       difference.

13             Q. Okay.  Do you refer to it as a group?  I

14       guess that's what you did refer to it as.

15             A. Yes.

16             Q. How many people are in your group?

17             A. Number of people in my group are around 700

18       to 750.

19             Q. And they're all directly managed by you?

20             A. I'm not sure what you mean by "directly

21       managed."  I have managers under me who have managers

22       under them who ultimately manage engineers, so there

23       are -- yeah.

24             Q. How many hierarchies would you say are in

25       your group of management levels?

1          A. Let me think about that for a second.  There

2     are probably five.  Maybe in some cases six.

3          Q. What would you say your occupation is?

4          A. I would say my occupation is software

5     executive.

6          Q. And is that the natural progression from a

7     software engineer?

8               MS. BINA:  Objection.  Vague.

9     BY MR. LEVINE:

10         Q. You can answer.

11         A. I think the natural progression from a

12    software engineer has many -- probably many levels

13    before you get to software executives -- software

14    executive or technology executive.

15         Q. Were you at one time a software engineer?

16         A. Yes, I was.

17         Q. What are your responsibilities at Apple in

18    your current role?

19         A. My responsibilities would be to lead the

20    group that I have, to ensure that we hire the right

21    people, that the group lives up to its commitments to

22    Apple, yeah.

23         Q. Is there like a job description that you have

24    that's got some bullet points that would outline

25    exactly what you are expected to do in your position?

1          A. Maybe there is.  I do not have knowledge of

2     it.

3          Q. You said you first became employed at Apple

4     in 2014?

5          A. Yes, that is correct.

6          Q. What was your first job at Apple at that

7     point in time?

8          A. Yeah, when I joined Apple in 2014 I came in

9     to lead a group called Core OS.  It's a different

10    group.

11         Q. Can you spell that for the record?

12         A. Core OS, C-O-R-E, space, OS.

13         Q. What is Core OS?

14         A. It -- the easiest way to describe it would be

15    the lowest level of the software stack.

16         Q. What is the software stack?

17         A. The software stack would be all the different

18    components that form platform or form something like

19    iOS or macOS.

20         Q. So the kernel would be the bottom of that

21    stack?

22         A. Yes, that is correct.

23         Q. All right.  How many other layers, generally,

24    are there?

25         A. I think that is probably a point of debate.

1    I could describe generally what they are.  You would

2    have the kernel, you may have a number, three or four

3    other layers that culminate with the user interface.

4        Q. Do you know who Chris Wade is?

5        A. Yes, I do.

6    ███████████████████

     ████████████████████████████████████

     ████████  ██████████████████████████

9        Q. I'm sorry, say it again.

10   ███████████████████████████████.

11       Q. Do you know if Virtual is still incorporated?

12       A. I do not know that.

13       Q. How did you first come to learn about Chris

14   Wade?

15       A. Chris was -- I guess he was -- you know, he

16   knew people in my team in Core OS and they came to me

17   wanting to introduce Chris Wade as a potential hire

18   and/or acquisition into Apple.

19       Q. Was one of these people Ivan Krstic?

20       A. It was -- my recollection is it was not.

21       Q. Do you recall who it was?

22       A. I believe it was either Jacques Vidrine or

23   Dallas De Atley.

24           Sorry, the church is running the bells.

25       Q. I can hear them.  I didn't even notice them.

1          MS. BINA:  It's 12:00 o'clock.

2     BY MR. LEVINE:

3          Q. When was the first time you met Chris Wade?

4          A. I don't have completely clear recollection of

5     that.  It was six years ago.  It was probably in May

6     or June of 2014.

7          Q. What was that in connection with?

8          A. That was in connection with him wanting to

9     introduce and sell, I guess, his company or

10    technology and/or come and work at Apple.

11         Q. ████████████████████████████████████

12    ████████████████████

13         A. ████████████████████████ ████████████

14    ████████████████████████

15         Q. You -- ██████████████████████

16    ████████████████

17         A. ████████████████████████████████████

18    ████████████████████████████████████████

19    ████████████████████████████████████████

20    ██████████████████████

21         Q. In your preparation for this deposition, have

22    you spoken with anybody regarding this deposition?

23         A. I have had --

24         MS. BINA:  I'm just going to object and make

25    sure that you don't reveal any privileged

1        communications with counsel.

2                You can answer the question, but just be

3        cautious on that front.

4        BY MR. LEVINE:

5            Q. All I've asked is whether you spoke to

6        somebody or not.

7            A. Well, I spoke to Jesse and Jessica.

8            Q. Did you speak to anybody else?

9            A. Not about the deposition.  People know that

10       I'm in a deposition today because I'm not available

11       at work.

12           Q. And those are just people in your group?

13           A. That's right, my EA, people in my group, my

14       wife.

15           Q. And did you review any documents in

16       preparation for this deposition?

17           A. We did review some documents, yes.

18           Q. What documents were those?

19           A. I think they were e-mails, text messages,

20       probably -- yeah.

21           Q. And how many times have you met with Chris

22       Wade in person?

23           A. That is -- I would say -- so it is hard,

24       obviously, because it's been six years.  Probably

25       somewhere between five and ten would be my guess.

1          Q. What was the last time you met with him?

2          A. That was probably at Apple Park in 2018.

3              MS. BINA:  I had a little bit of technical

4      difficulty.  Would you mind reading back just the

5      last bit of the witness's answer?  I apologize.

6              THE REPORTER:  Okay.

7              (The record was read by the reporter.)

8              MS. BINA:  Thank you.

9      BY MR. LEVINE:

10         Q. ███████████████████████████████

11     ███████████████████

12         A. ████████████████████████████████

13     █████████████████████████

14         Q. ████████████████████████████████

15     ██████████

16         A. ███████████████████████████████

17     ██████████

18         Q. ██████████████████████████████████

19     ███████████████

20         ████████████████

21             MS. BINA:  I'm just going to object.  I don't

22     think the witness -- it's actually not an objection.

23             Can you hear me now?

24             THE REPORTER:  Yes.

25             MR. LEVINE:  Yes.

1           MS. BINA:  I was going to say I don't think

2     the witness has knowledge on this answer, but if it

3     does, it's probably -- if he does it's probably AEO

4     in which case I would ask Ms. Gorton to be excused,

5     but if you don't have any knowledge, he can answer it

6     with her in the room.

7           MR. LEVINE:  So I would ask if you're going

8     to chime in, to not coach the witness as to what he

9     does or does not have knowledge of.  But that being

10    said --

11          MS. BINA:  Well, I thought he was saying he

12    didn't.

13          MR. LEVINE:  No, he -- no.

14          MS. BINA:  I thought he already testified to

15    that.

16          MR. LEVINE:  He said he wasn't privy to the

17    amount.

18          THE WITNESS:  ████████████████████

19    ████████████████████████████████████████████

20    BY MR. LEVINE:

21       Q. Okay.  ███████████████████████

22    ███████████████████████████████

23    ██████████

24       A. ███████████████████

25       Q. ██████████████████████████

1     A. ███████████████████████████

2  ███████ ███████████████████

3        MS. BINA:  Objection.  Vague.

4  BY MR. LEVINE:

5     Q. ███████████████████████████

6  ███████████████████████████████

7  ███████████████

8     A. ██████████████████████████

9     Q. █████████████████████████████

10  ████████████

11     A. ██████████████████████████

12  ██████████████████

13     Q. ██████████████████████████

14  ███████████████████

15     ████████████████████████████████

16  ████████████████████████████████

17  ███████████████████

18     ████████████████ █████████████████

19  ██████████████

20     A. █████████████████████████████

21  █████████████████████████████████

22  █████████

23     ███████████████████████████████

24  ████████████████████ ██████████

25  ██████████ ████████████████████████



1

2

3

4      Q.

5

6

7      A.

8

9      Q.

10

11     A.

12          MS. BINA:  Objection.  I'm just objecting.

13     Lacks foundation.

14          You can answer.

15          THE WITNESS:

16

17

18     BY MR. LEVINE:

19     Q.

20

21          MS. BINA:  Objection.  Vague.

22

23          MR. LEVINE:

24          THE WITNESS:  I'm sorry, I coughed and I

25     missed the first part of that question.  Can you just

1    repeat it?  Sorry.

2    BY MR. LEVINE:

3        Q. ████████████████████████████████

4    ████████████████████████████████████████

5    ██████

6        MS. BINA:  I'm going to object and ask

7    Ms. Gorton to leave, please --

8        MR. LEVINE:  Okay.  She can step out for a

9    second.

10       MS. BINA:  -- before you answer.

11       MR. LEVINE:  It will be quick, Amanda.

12       THE WITNESS:  █████████████████████

13   ████████████████████████████████████████

14   ███████████████████████████████████████

15   ██████████████████████████████████

16   ████████████████████████

17   BY MR. LEVINE:

18       Q. ████████████████████

19       A. ████████████████  ██████████████████

20   ████████████████████████████████

21   ████████████████████████████████████████

22   ██████████████████

23       MR. LEVINE:  All right.  I'm going to have

24   Amanda come back in.

25       MS. BINA:  Okay.

Page 28

```
1            THE WITNESS:  Sorry.  I've had a cough on and

2       off for quite a while.

3       BY MR. LEVINE:

4            Q. Not a problem.

5            MS. BINA:  At any point you need a break, you

6       can ask Mr. Levine for a break and I'm sure it's not

7       a problem.

8            THE WITNESS:  I just took a cough drop.  I'm

9       okay.

10      BY MR. LEVINE:

11           Q. ████████████████████████████████████

12      ██████████████████████████████████████████████████

13      ██████████████

14           A. ████████████████████████████████████

15      ████████████████████████████████████████████

16      ██████████████████████████████████████████████

17      ██████████████████████████████

18           Q. ████████████████████████████████████████

19      ████████████████████████████████████████████

20      ██████████████████████████

21           A. ████████

22           Q. Generally, what do you think about Chris Wade

23      as a person?

24           A. I think --

25           MS. BINA:  Objection.  Relevance.
```

1    BY MR. LEVINE:

2         Q. You can answer.

3         MS. BINA:  You can answer.  Just ignore my

4    objections.

5         THE WITNESS:  Okay.

6         Chris is, you know, a very smart software

7    engineer that has a lot of ideas and a number of

8    diverse interests across the technology stack, ███

9    ████████████████████████████████████████████████

10   ████████████████████████

11        He's also not -- I'm not sure how to describe

12   this, but not completely sure what his motivations

13   always are.  That's how I think I would describe it.

14   BY MR. LEVINE:

15        Q. Can you elaborate on that last part a little

16   bit?  I'm not sure I understand.

17        A. Well, in some of the -- ████████████████

18   ██████████████████████████████████████████████████

19   ████████████████████████████████████████████

20   ████████████████████████████████████████████████

21   ████████████████████████████████████████████████

22   ████████████████████████████████████████████████

23   ██████████████████████  ██████████████████████

24        Q. ██████  ████████████████████████████████

25   ██████████████████



1    A. ████████████████████████████

2    ████████████████████████████████

3    ████████████████████████████████

4    ██████████████████

5    Q. ███████████████████████████

6    A. ████████████████████████████

7    ████████████████████████████████

8    ███████████████████████████████

9    ████████████████████████████

10   ████████████████████████████████

11   ██████████████████████████

12   ████████

13   Q. ███████████████████████████

14   ███████████████████████████████

15   ████████████████████████████████

16   ██████████████

17   A. ██████████████████████

18   ████████████████████

19   Q. ███████████████████

20   A. ████

21   Q. ██████████████████████████████

22   ██████████████

23        MS. BINA:  Objection.  Vague.

24        THE WITNESS: ████████████████████

25   ████████████████    ██████████████████



Page 31

1  ██████████████████

2  BY MR. LEVINE:

3     Q. ████████████████████████████████████

4  █████████████████████████████████████

5     A. ██████████████████████████████████

6     Q. ████████████████████

7     A. ████████████████████████████████████

8  ████████████████████████████████████

9  █████████████████████████████████████

10 ████████████████████████████████████

11     Q. Let me enter in --

12         MR. LEVINE:  Ms. Court reporter, Apple

13  document Bates 257.

14         MS. BINA:  ██████████████████████.

15         MR. LEVINE:  Yes.  This will be Defense

16  Exhibit 1.

17         (Whereupon, Exhibit 1 was marked for

18  identification.)

19         MR. LEVINE:  Amanda, if you could step out.

20  It will be brief.

21  BY MR. LEVINE:

22     Q. Let me know when you have that document up,

23  Mr. Marineau.

24         MS. BINA:  If there's any part that's not

25  displaying properly, let us know.

1          THE WITNESS: █████

2     BY MR. LEVINE:

3          Q. Correct.

4          A. Yes.

5          Q. ████████████████████

6          A. ████████████████████

7     ██████████████████████████████████

8     ████████████████  ██████████████████

9     ████████████████  ██████████████████

10    ██████

11         Q. ██████████████████████████

12    ████████████████████████████

13         ██████████████████████████████

14    ████████

15         A. ██████████████████

16         Q. ██████████████████████████

17    ████████████████████████████████████

18    ████████████████████████████████

19          MS. BINA:  Objection.  Vague.

20    BY MR. LEVINE:

21         Q. You can answer.

22         A. Can you rephrase that?

23         Q. ██████████████████████████

24    ████████████████████████████████████

25    ████████████████████████████████



1

2     A. ▮

3     Q. ▮▮▮▮ ▮▮▮▮

4     ▮▮▮▮▮▮▮

5     ▮▮▮▮▮▮▮

6     ▮▮▮▮ ▮▮▮

7     ▮▮▮▮▮▮▮

8     ▮ ▮▮▮▮▮▮

9     ▮▮▮▮▮▮▮

10    ▮▮▮▮▮

11    ▮▮▮▮

12    A. ▮▮▮

13    Q. ▮▮▮▮▮

14    ▮▮▮▮

15    MS. BINA:  Objection.  Vague.  ▮▮▮

16    ▮▮▮

17    BY MR. LEVINE:

18    Q. ▮▮▮

19    A. ▮▮▮▮▮

20    ▮▮▮ ▮▮▮▮

21    Q. ▮▮ ▮▮ ▮▮▮

22    A. ▮▮ ▮▮▮▮

23    ▮▮▮▮▮ ▮▮▮

24    ▮▮▮ ▮▮▮▮

25    ▮▮▮▮▮





1          MR. LEVINE:  I just asked Amanda to come

2    back.  Just give me one second.

3    BY MR. LEVINE:

4          Q.

5          A.

6

7

8          Q.

9          A.

10         Q.

11         A.

12

13         Q.

14         A.

15         Q.

16         A.

17         Q.

18

19         A.

20

21

22         Q.

23

24         A.

25

Page 36

1    Q. ███████████████████

2    A. ██████████████████████████████

3    ███

4    Q. █████████████

5    A. █████ ███████████ ████████

6    ████████████████ █████████████

7    ████████████

8    Q. ████████████████

9    A. ████████████████████

10   ██████████████████████ ██

11   ████████████

12   Q. ████████████████

13   A. ████████████████████

14        Q. What is the chain of trust?

15        A. The chain of trust is really the way in which

16   as you go from one -- kind of one layer of software

17   or hardware to software to the other, that we ensure

18   the integrity of the layer above.

19        Q. Okay.  What do you mean by "ensure the

20   integrity"?  Make sure it's working properly?

21        A. By "ensure the integrity," not only make sure

22   it's working properly, but make sure it's legitimate

23   software that should be run.

24        Q. ██████████████████████

25   ██████████████████████████████

Page 37

1    ███████████████████

2         A. ████

3         Q. █████████████████████████████████

4    ███████████████████████████████████████

5    █████████████████

6         A. ███████████████████  █████████████

7    ██████████████████████

8         Q. What portions of -- strike that.

9             ████████████████████████████████

10   █████████████████

11        MS. BINA:  Objection.  Lacks foundation.

12        THE WITNESS:  ██████████████████████

13   █████  █████████████████████████████████

14   ██████████████████████

15   BY MR. LEVINE:

16        Q. █████████████████████████████████

17   ████████████████████████████████

18        A. █████████████████████████████████

19   ████████████████████████████████████████

20   ██████████████████████████████████████

21   ███████████████████████████████████

22   ████████████████████████████████████

23        Q. ████████████████  █████████████████

24   ███████████████████

25        A. ████████████████████████████

Page 38



1      Q. ███████████████████████████

2      A. ████

3      Q. ██████████████████

4      A. ████████████████████████

5      ████████████████  ██████████████████

6      ███████████

7      Q. ███████████████  ███████████████

8      ██████████████████████████████  ███████

9      ███████████████████████████████████

10     ██████████████████████████

11     A. ████████████████████

12          MS. BINA:  Objection.  Vague.

13     BY MR. LEVINE:

14     Q. You can answer.

15     A. ███████████████████████████████

16     ████

17     Q. █████████████████

18     A. ████████

19     Q. █████

20     A. ███████████████████████████████

21     ██████████████████████████████████

22     ███████████  ██████████████████████

23     ████████████████████

24     Q. ████████████████████████████

25     ██████████████████████████████

Page 39



```
 1   ███████▌

 2            ██████████████████████████████▌

 3   ████████████████████████████████▌

 4   ███████████████▌

 5         A.  ██████████████████████████▌

 6   ████████████████▌  ███████████████████▌

 7   ███████████████████▌  ████████████████▌

 8   ███████████████████▌  ██████████████▌

 9   ████▌

10         Q.  █████████████▌

11         A.  █████████████████████████████▌

12   ███████████████████████▌

13         Q.  █████████████▌

14         A.  █████████████████▌

15         Q.  ████████████████▌

16         A.  ████████████████▌

17         Q.  ██████████▌

18            ██████████████████████████████▌

19   ████████████████████████████▌

20   ██████████████████████████████▌

21   ████████████████████████████▌

22         MS. BINA:  Objection.  Vague.

23         THE WITNESS:  ████████████████▌

24   ████████████████████████████▌

25   ██████████████████▌  ████████████▌
```

Page 40



```
 1
 2
 3
 4
 5
 6
 7
 8    BY MR. LEVINE:
 9         Q.
10
11         A.
12         Q. Is iOS accessible on IPSW.me?
13         A. I cannot answer that because I have no idea.
14         Q. Do you know what IPSW.me is?
15         A. I do not.
16         Q. You have never heard that domain name before
17    ever?
18         A. No.
19         Q.
20         A.
21         Q.
22         A.
23
24
25         Q.
```

Page 41

1  ███████████████████████████

2      A. ████████████

3      Q. ██████████████████████████████

4  ██████████

5      A. █████████████████████████

6  ████████████████████████

7  ████████████████

8      Q. █████████████████████

9      A. ██████████████████████████████

10 ██████████████████████████████

11 ██████

12     Q. █████████████████████████

13 █████

14     A. ████████████████

15     Q. ██████████████████████████████

16 █████████████

17         MS. BINA:  Objection.  Lacks foundation.

18         THE WITNESS: ████████████████

19 ██████

20 BY MR. LEVINE:

21     Q. ██████████████████████████████

22 ██████████████████████████████

23 ██████████████████████████████

24 ███████

25     A. █████████████████████

Page 42

1    ████████████████████████████████

2        Q. ███████████████████████████████████

3        A. ████████████████████████████████

4    ████████████████████████████████████████████

5    ███████████████████████████████████

6    ████████████████████████████████████

7    ████████

8        Q. ████████████████████████████████

9        A. ████████████

10       Q. What is a EULA?  And for the court reporter

11   that is an acronym, E-U-L-A.

12       A. The EULA is the end user license agreement.

13       Q. And what is that?

14       A. That is the license or the agreement that a

15   user agrees to that governs the use of our software

16   and also explains some of the -- sometimes it

17   explains some of the policies that we have or

18   capabilities that we have and so on.

19       Q. And when is a user prompted to review and

20   enter into that EULA?

21           MS. BINA:  Objection.  Lacks foundation.

22           THE WITNESS:  When is the user prompted?  It

23   is -- well, I'm not sure I could answer the question

24   on iOS.  On Mac iOS, I think it is when you install

25   or power up your Mac.

Page 43

```
 1    BY MR. LEVINE:

 2         Q. Let me ask maybe a clearer question.  When is

 3    the process between -- for when a EULA -- -- strike

 4    that.

 5             There's two parties that enter into the EULA.

 6    That would be the user and Apple; is that a fair

 7    statement?

 8             MS. BINA:  Objection.  Lacks foundation.

 9             THE WITNESS:  It is my understanding, not

10    being a lawyer.

11    BY MR. LEVINE:

12         Q. You said that is your understanding?

13         A. That is my understanding.  Again, I'm not a

14    lawyer.

15         Q. And what is the process that occurs when

16    those two parties enter into that EULA?

17             MS. BINA:  Same objection.  Also vague as to

18    process.

19             THE WITNESS:  Yeah.  I'm not sure what you

20    mean by "process."  Can you clarify?

21    BY MR. LEVINE:

22         Q. So it's an end user license agreement,

23    correct?

24         A. Correct.

25         Q. So it's an agreement?
```

1      A. Yes.

2      Q. Which would suggest that more than one

3   people -- more than one person has to agree to its

4   terms; is that a fair statement?

5      A. I -- yes.

6      Q. So my question is what is the process by

7   which these two people come to an agreement for the

8   terms in the EULA?

9          MS. BINA:  Objection.  Lacks foundation.

10          You can answer.

11          THE WITNESS:  I'm not sure if I would call

12   this a process.  The flow is -- as I recall, is that

13   when you install, for example, macOS or you are --

14   you open your computer, you are presented the EULA

15   and then you accept it.  Is that what your --

16   BY MR. LEVINE:

17      Q. Yes.  So it's when you power up -- so you're

18   talking in terms of what I would call a MacBook,

19   right?

20      A. Yes, for example.

21      Q. So when -- so it would pop up as soon as I

22   power up the MacBook?  As soon as I push the power

23   button, the first thing that happens is the EULA pops

24   up?

25          MS. BINA:  Objection.  Vague.

1          THE WITNESS:  I have not done this in a

2     while.  It is one of the things that happens when you

3     set up your Mac.

4     BY MR. LEVINE:

5          Q. Was my question vague?  My question was:  For

6     a MacBook, when you push the power button, is the

7     first thing that pops up the EULA?

8          MS. BINA:  I object.  Vague.

9          THE WITNESS:  I don't believe so.  I think we

10    probably have a welcome screen that says welcome.

11    BY MR. LEVINE:

12         Q. And then, is the second thing that pops up

13    the EULA?

14         MS. BINA:  Same objection.

15         THE WITNESS:  I don't know.  I think the

16    second thing might be configuring Wi-Fi.

17    BY MR. LEVINE:

18         Q. Okay.  What about the third thing?  Is the

19    third thing that pops up the EULA?

20         A. I, at this point, could not tell you whether

21    it's the third thing or the fifth thing or the fourth

22    thing.

23         Q. Fair enough.  You do -- I'm sorry, go ahead.

24         A. There's some setup that happens before, some

25    basic greeting and setting up Wi-Fi and so on that

1   happens before.  I believe that's the normal flow.

2        Q. You don't know about this as far as mobile

3   devices?

4        A. I think for mobile devices the flow is

5   similar.  Like we start with a greeting.  You select,

6   I think, Wi-Fi, your country, and then you are

7   presented the EULA.

8             I believe part of the -- part of the flow is

9   about knowing where you are because the EULA is, I

10  believe, different in different countries and so we

11  have to know where you are before we can determine

12  which one to show you.

13       Q. That would make sense.  It's probably very

14  different in China than it is here.

15            MS. BINA:  Objection.  Lacks foundation.

16            THE WITNESS:  I have not read those EULAs, so

17  I cannot comment.

18  BY MR. LEVINE:

19       Q. ██████████   ██████████████████████

20  ██████████████████

21       A. ████████████████████

22            MS. BINA:  Objection.  Vague.

23            THE WITNESS:  Sorry.  Can you --

24  BY MR. LEVINE:

25       Q. I'll be candid.  You're a lot smarter at this



Page 47

1    than I am.

2            Let me ask you this:  What's wrong with that

3    question so that I can try and ask the question?

4            A.

5

6            Q.

7

8

9

10           A.

11           Q.

12

13           A.

14

15

16

17

18

19

20

21

22           Q.

23

24

25           A.



1     Q. ███████  ██████████████████████████████

2     ████████

3          MS. BINA:  Objection.  Lacks foundation.

4          THE WITNESS:  ████████████████████

5     █████████████████████████  ████████████████

6     █████████████████████████████████

7     ████████████████████████████████

8     ███████████████████████████████

9     ██████████████████████████

10    BY MR. LEVINE:

11         Q. ████████████████████████████████

12    ██████

13         A. █████████████████████████████████

14    ██████████████████████████████████████

15    ████████████████████  ████████████████████

16         Q. ████████████████████████████████

17    █████████████████████████████████████

18    ████████████

19         MS. BINA:  Objection.  Lacks foundation.

20         THE WITNESS:  ███████████████████

21    ██████████████████████████████████████

22    ██████████████████████████████████████

23    █████████████████████████████████████

24    ██████████████████████████████████████

25    █████████████████

1    BY MR. LEVINE:

2          Q.  ▬▬▬  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

3    ▬▬▬▬▬▬▬▬▬▬▬▬▬

4          A.  ▬▬▬▬▬▬▬▬▬▬

5          Q.  ▬▬▬  ▬▬▬▬▬▬▬▬▬▬

6          A.  ▬▬▬

7          MS. BINA:  Objection.  Lacks foundation.

8          MR. LEVINE:  If he doesn't know, he doesn't

9    know.  He can answer.

10         THE WITNESS:  ▬▬▬▬▬▬▬

11         MS. BINA:  I can make the objection.  That's

12   all I'm doing.

13         Justin, we've been going a little over an

14   hour or so.  Whenever the time is good for the first

15   break.

16         MR. LEVINE:  Yes.  We're starting very, very

17   late today.  I suspect we'll be going until 10:00 or

18   11:00 my time.  I would absolutely be fine if you

19   need breaks.  I would like to get through as much as

20   possible.  So why don't we take a five, ten-minute

21   break now.

22         MS. BINA:  Okay.

23         (Whereupon, a break was taken.)

24   BY MR. LEVINE:

25         Q.  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

1    ████████████████████████████████████████
2    ████████████
3         MS. BINA:  Objection.  Vague.  Lacks
4    foundation.
5         THE WITNESS:  ████████████████████
6    ████████████████
7    BY MR. LEVINE:
8         Q.  ███████████████████████████████
9    ████████████████████████████████████████
10   ████████████████████████████████████████
11   ██████████████████  ████████████████████
12   ████████████
13        A.  █████████████████████
14        Q.  ███████████████████████
15        A.  ██████
16        Q.  ██████████████████████████████
17   ███████████████████████
18         MS. BINA:  Objection.  Lacks foundation.
19        THE WITNESS:  ███████████████████
20   ██████████████████  ███████████████████
21   ████████████████████████████████████████
22   ████████████████
23   BY MR. LEVINE:
24        Q.  █████████████████████████████████
25   ██████████████  ███████████████████████

1　▮▮▮▮▮▮▮▮▮▮▮▮

2　　　A. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4　▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5　　　Q. And how does that -- again, you have to bear

6　with me because I'm just trying to get there for my

7　own understanding.

8　　　　▮▮▮▮▮▮▮▮▮▮▮▮▮

9　　　A. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10　▮▮▮▮▮▮▮

11　　　Q. ▮▮▮ ▮▮▮▮▮▮▮▮▮▮

12　▮▮▮▮▮▮▮

13　　　A. ▮▮▮▮▮▮▮▮▮▮▮

14　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15　　　Q. ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮

16　▮▮▮▮▮▮▮▮▮

17　　　　MS. BINA:  Objection.  Lacks foundation.

18　　　　Also, if this is going to get into any

19　technical details, I'd like Ms. Gorton to leave the

20　room.

21　　　　MR. LEVINE: ▮▮▮▮▮▮▮▮▮▮▮▮

22　▮▮▮▮

23　BY MR. LEVINE:

24　　　Q. Right?

25　　　　MS. BINA:  Are you just asking generally?

1        MR. LEVINE:  Yes.  I'm just trying to get an

2    understanding on how it works.

3        THE WITNESS: ████████████████████████████

4    ████████████████████████████████████████████

5    ████████████████████████████████████████████

6    BY MR. LEVINE:

7        Q. ████████████████████████████████████████

8    ████████████████████████████████████████████

9    ██████████████████████████████████

10       A. ████████████████████████████████████

11   ████████████████████████████████████████████

12   ████████████████████████████████████████

13       Q. I think we're getting to the same thing.

14   That's basically my question.  I keep thinking about

15   the three branches of government and the checks and

16   balances that we have here and how can we ask the

17   legislative branch to just look internally on itself

18   and say, yeah, we're all doing a great job.

19       ██████████████████████  ██████████████████

20   ████████████████████████████████████████████

21   ████████████████████████████

22       A. ████████████████████████████████████████

23   ██████████████████████████████████████

24   ██████████████████████████████████████

25   ████████████████████████████████████████████

Page 53



```
 1  ███████████████████████████
 2      Q. ████  ██████████████
 3      A. ████████████
 4      Q. ██████████████████████  ███
 5  ████████████████████████████████
 6  █████
 7      A. ████
 8      Q. Okay.  I think I asked this before.  ███
 9  ████████████████████████████████
10      A. █████████
11      Q. Okay.
12         MS. BINA:  Again, if we're going to get iOS
13      specific, I think would be AEO.
14  BY MR. LEVINE:
15      Q. ███████████████████
16  ███████████████████
17     ████████████████████████
18  ████████████████████████
19  ██████████████
20         MS. BINA:  I'm going to object.  I'll ask
21      Ms. Gorton to leave the room.
22         MR. LEVINE:  I don't think that's an
23      attorneys' eyes only thing.
24         MS. BINA:  Justin, I don't know what the
25      answer is going to be and we can disagree about it
```

Page 54

1       later, but for right now, I'd like her to leave the

2       room.

3               MR. LEVINE:  All right.

4               Amanda, if you could step out for one second.

5               MS. GORTON:  Is it going to be for a second

6       or a while?

7               MR. LEVINE:  It's going to be a question or

8       two.

9               MS. BINA:  I don't know how many questions.

10              MR. LEVINE:  Probably just a question or two.

11      BY MR. LEVINE:

12          Q.  ███████████████████████████████████████

13      ████████████████

14          A.  ███████████████████████████████████████

15      ███████████  █████████████████████████████████

16      ███████████████

17          Q.  ███████████████████████

18          A.  ████████████████████████████████████████

19      █████████████

20              MR. LEVINE:  And Jessica, just for the

21      record, just in case you saw, Jonathan just walked

22      in.

23              MS. BINA:  I did see that.  I'm amazed that

24      you're still in the same room together.

25              MR. LEVINE:  He's far away.  He's 12 feet

1     away.

2            MS. BINA:  I just saw articles that it goes

3     27 feet.

4            (Whereupon, there was a discussion off the

5     record.)

6            MR. LEVINE:  Let me get Amanda back in the

7     room.

8     BY MR. LEVINE:

9            Q.  ███████████████████████████████████

10    ████████████████████

11           A.  ████████████████████████████████████

12    ████

13           Q.  ████████████████████████████

14           MS. BINA:  Objection.  Lacks foundation.

15    BY MR. LEVINE:

16           Q.  ████████████████████████████

17           MS. BINA:  Same objection.

18           THE WITNESS:  ████████████████████████

19    ████████████████████████████████████

20    ██████████████████  ██████████████████████

21    BY MR. LEVINE:

22           Q.  ███████████████████████████████████

23           A.  ████████████████████████

24           MS. BINA:  Same objection.

25    BY MR. LEVINE:



1      Q. ████████████████████████████████

2      A. ██████████████████████████████████████

3   ████████████████████████████████████████

4   ██████████████████████████

5      Q. ████████████████████████████

6      A. ██████████████████████████████████████

7   ████████████████████████████████████████

8   ████████████████████████████████████████

9   ██████████

10     Q. ██████████████████████████████████████

11  ██████████████████████

12        MS. BINA:  Objection.  Lacks foundation.

13        THE WITNESS:  ████████████████████████

14  ██████████████████████████

15  BY MR. LEVINE:

16     Q. ██████████████████████████

17     A. ██████████████████████████

18        MS. BINA:  Same objection.

19        THE WITNESS:  ██████████████████████████

20  ████████████████████████████████████████

21  ████████████████████████████████████████

22  ████

23  BY MR. LEVINE:

24     Q. You sound like you're kind of dancing around

25  the subject and it's probably because of my lack of



1    understanding.

2    ████████████████████████████

3    ██████████████████████████████

4    ████████████

5    A.  ████████████████████████████

6    ██████████████████████████████

7    ███████████████████████████████

8    ██████████████████████ ██████████

9    ██████████ ███████████████████

10   ███████████████

11   Q.  ██████████████████████████████

12   █████████████████████████████

13   ███████████████

14   A.  ██████████████████████████

15   ██████████████████████

16   Q.  Why does that need to happen?

17   A.  Why does it need to happen?

18   Q.  █████████████████████████████

19   A.  ████████████████████████████

20   ██████████████████████████████

21   █████████████████████████████

22   Q.  █████████████████████████

23   ████████████████

24   A.  ███████████████████████████████

25   █████████████████████████████

Page 58



1          A. ███████████████████████████)

2     ████████)

3          Q. And what is malicious use?

4          A. What is malicious use?  Well, it's, in my

5     mind, doing things that were not intended in the

6     software.  By malicious, you can think of people that

7     are trying to steal your banking credentials or spy

8     on you.  There's a number of, I guess, examples of

9     that.

10          Q. Would jailbreaking be malicious use?

11          A. Jailbreaking is -- how would you define

12     jailbreaking?  I think jailbreaking is more like

13     tinkering.

14          Q. Would you consider jailbreakers to be bad

15     actors?

16          A. I think that jailbreakers are often people

17     that want to tinker, that want to understand how

18     things work and they can do novel, new things like

19     customize iOS to have, you know, different icons and

20     different backgrounds and so on.

21               So there is a -- kind of a hobbyist portion

22     of this that's rooted in personal computers.

23          Q. Would you consider that changing different

24     icons and that kind of stuff modifying iOS for

25     malicious use?

1      A. I think -- I think that is not -- you could

2   say those examples would be more about novelty and

3   tinkering than malicious use, for example.

4      Q. And malicious use, I think you mentioned,

5   again, in my layperson's mind, installing spyware or

6   something to steal somebody's bank account

7   information.  That would be what you're referring to

8   as malicious use?

9      A. That would be one example of it, yes.

10     Q. ████████████████████████████████████████

11  ████████████████████████████████████████████

12  ████████████████████████████████████████

13  ████████████████████████████████████████

14         MS. BINA:  Objection.  Lacks foundation.

15         THE WITNESS:  ██████████████████████

16  ████████████████████████████████████████████

17  ████████████  ██████████████████████████████

18  ████████████████████████████████████████████████

19  ██████████████████████████████████████

20  ████████████████████████████████

21  BY MR. LEVINE:

22     Q. ████████████████████████████████████████

23  ███████████████████████  █████████████████████

24  ████████████████████

25         MS. BINA:  Objection.  Lacks foundation.

1        MR. LEVINE:  I asked if he was aware.

2        THE WITNESS:  ███████████  ████████

3   ████████████████████████████  ████████

4   ██████████████████████████████████████

5   ██████████████

6   BY MR. LEVINE:

7        Q. What is good faith security research?

8        A. Good faith security research.  I --

9        MS. BINA:  I'll just object to the extent

10  this calls for expert testimony.  This witness is a

11  fact witness.

12        You can answer.

13        THE WITNESS:  Let me give you my personal

14  view on it.  I think that the security community and

15  security researchers are really, really important and

16  the way that I believe they should conduct themselves

17  is to put users first, the protection of users'

18  security and privacy first and that, to me, really

19  implies doing research where, when you find

20  vulnerabilities, you give them to the company that

21  can fix those vulnerabilities.

22        You give that company time to fix it.  You

23  give the company time to roll out those fixes so that

24  users can be protected so that in the end it is about

25  protecting users first.

1    BY MR. LEVINE:

2         Q. So there's been a common theme about giving

3    the -- giving the security exploits back to the

4    vendor, the company, and so far, the depositions have

5    all seemed to go right to that point very quickly.

6         So are there any ways that there could be

7    good faith security research where the return of the

8    exploit directly to the company does not occur?

9         A. It is hard for -- it is hard for me to

10   imagine because, ultimately, when exploits are found

11   by one researcher they are there for others to find,

12   including bad actors and for others to exploit.  And

13   so if the goal is ultimately to protect our users,

14   which is certainly my goal, you want those exploits

15   to be provided back to the company so that they can

16   be fixed.

17        Q. What if those exploits were provided to an

18   entity like the U.S. government to use for national

19   security?

20        A. Again, my position would be that ultimately

21   we would want those exploits to be sent back to the

22   company who can fix them.

23        Q. What if the exploits were provided to

24   government in connection with national security to do

25   something like prevent a terrorist attack or foil a

1    terrorist plan?  Wouldn't that be putting users

2    first?

3         A. The -- again, I think the balance here is

4    that, ultimately, those exploits are available to

5    other bad actors and other governments.  So

6    ultimately, I think they have to be sent back to the

7    vendor, whoever the vendor is, for the vendor to

8    patch.

9         Q. Okay.  So if using and exploiting a security

10   bug would actually stop a terrorist attack, but

11   patching it might continue to protect the security of

12   that particular terrorist cell, you would still be in

13   favor of patching that so that the terrorist cell was

14   protected?

15        MS. BINA:  Objection.  Improper hypothetical.

16   Argumentative.  Calls for expert testimony.

17   BY MR. LEVINE:

18        Q. You can answer.

19        A. This is a judgment call that government

20   entities have to make.  This is really their

21   prerogative.

22        I think that -- I've been clear, I think,

23   that ultimately, those exploits should be sent back

24   to the vendor to protect other users and those users

25   because we don't know, for example, what other

1    governments or other -- someone might be using it to

2    siphon off your bank account.  We don't actually

3    know.

4         Q. So it should be left up to the governments?

5         A. I think that we encourage governments to

6    provide us those vulnerabilities back to us.  That is

7    their position.

8         Q. But in this country there's no law that

9    requires that, correct?

10         MS. BINA:  Objection.  Lacks foundation.

11         THE WITNESS:  I actually am not aware of the

12    law when it comes to this.

13    BY MR. LEVINE:

14         Q. Are you aware of any law that requires it?

15         A. I am not aware of -- I am not aware either

16    way of whether a law requires or prevents it in the

17    cases.

18         Q. Are you familiar with the Apple bug bounty

19    program?

20         A. Yes.

21         Q. Does the Apple bug bounty program have a

22    policy that requires its members to return the bugs

23    that they find directly to Apple?

24         A. Well, the bug bounty program's policy --

25    sorry.  The bug bounty program is about researchers

1    being able to submit those bugs to Apple so that we

2    can fix them and they can get a financial payout for

3    it.

4         Q. So if one of your members -- excuse me, one

5    of the members of the bug bounty program finds a bug,

6    is there a requirement, have they entered into a

7    contract, is there some requirement that by being a

8    member of the bug bounty program, they are obligated

9    to provide that bug back to Apple?

10        A. I don't -- so a lawyer may have a better

11   answer.  I don't believe that is a requirement, nor

12   is it the intent of the program.

13        Q. Okay.  If a member of the bug bounty program

14   -- strike that.

15   ███████████████████████████████████████

16   ███████████████████████████

17        A. ████████████████████████████████

18   ████████████████████████

19        Q. ██████  ███████████████████████████████

20   ███████████████████████████████████████

21   ██████████████

22        A. █████████████████████

23        Q. ████████████████████████████████████

24   ████████████████████████████████████

25   ████████████████████████████████████

Page 66



1    ████████

2        A. ███████████████████████████████

3    ██████████████████████  ████████████

4    ████████████████████

5        Q. ███████████████████████████████

6    ██████████████████████████████████████

7    ███████████████████████████████

8        A. I'm not -- you mean --

9        MS. BINA:  Objection.  Vague as to Apple's

10   members.

11       THE WITNESS:  Can you rephrase?  Sorry.

12   BY MR. LEVINE:

13       Q. ████████████████████████

14   ██████████████████████████████

15   ████

16       A. ████████████████████████████████

17   ██████████████████████████████████████

18   ████████████████████████

19       Q. █████████████████████████████

20   ████████████████████████████████████

21   ████████████████████████████

22       A. ██████

23       MS. BINA:  Objection.

24   BY MR. LEVINE:

25       Q. You just said yes?

1       MS. BINA:  I'm still going to finish my

2   objection, which is lacks foundation.  Ambiguous.

3       You can answer.

4       THE WITNESS: ███████████████████ ███

5   ████████████████ ████████████████████

6   █████████████████████████████████

7   ████████████████ ████████████████████

8   ██████████████

9   BY MR. LEVINE:

10      Q. ██████████████████████████

11  ████████████████████████████

12      A. ██████████████████████████

13  ████████████████████████████████

14  ██████████

15      Q. █████ ██████████████████████

16  ██████████████████████████

17  ████████████████

18      A. ████████████████

19      MS. BINA:  I'll just object.  Lacks

20  foundation.

21  BY MR. LEVINE:

22      Q. What is a bad faith security researcher?

23      A. What is a bad faith -- I can give you an

24  example.

25      Q. If you can define it for me, if you can.

1          MS. BINA:  I'll object that this calls for

2     expert testimony.

3          But you can answer.

4          THE WITNESS:  Yeah, I'm not sure if I

5     responded about how to define it, so that's why I

6     thought maybe an example would be better.

7          So for example, security researcher who finds

8     the vulnerability and will post that vulnerability on

9     Twitter before providing it to the vendor to enable

10    others to use that vulnerability to exploit those

11    users, I think that would be bad faith or not, I

12    think, the conduct that I would want to see.

13    BY MR. LEVINE:

14        Q. What if a security researcher found an

15    exploit but just didn't do anything with it.  Would

16    you consider that person a bad faith security

17    researcher?

18          MS. BINA:  Same objection.

19          THE WITNESS:  I guess I wouldn't pass

20    judgment.  I would simply encourage them to -- again,

21    what I would want them to do is to provide those

22    vulnerabilities back to the vendor.

23    BY MR. LEVINE:

24        Q. Right.  But -- okay.

25    ███████████████████████████████████████████



Page 69

```
 1
 2    A.
 3
 4
 5    Q.
 6    A.
 7    Q.
 8    A.
 9         MS. BINA:  Justin, we're getting into AEO
10    information here, so if you have more questions along
11    these lines, Ms. Gorton should leave.
12         MR. LEVINE:  No, I don't.  That's it.
13    BY MR. LEVINE:
14    Q.
15    A.
16    Q.
17
18    A.
19    Q.
20    A.
21    Q.
22    A.
23         MS. BINA:  So --
24    THE WITNESS:
25
```



1 ▮▮▮▮▮▮▮

2 ▮▮▮▮▮▮▮▮▮▮

3 ▮▮▮▮▮▮▮▮▮

4 ▮▮▮▮▮▮▮▮

5 ▮▮▮▮▮▮▮▮▮

6 ▮▮▮▮▮▮▮

7 ▮▮▮▮▮▮▮

8 ▮▮▮▮▮▮▮▮

9 ▮▮▮▮

10      BY MR. LEVINE:

11           Q. ▮▮▮▮▮▮▮▮

12 ▮▮▮▮▮

13           MS. BINA:  I'm going to ask Ms. Gorton to

14      leave the room, please.

15           MR. LEVINE:  I'll withdraw the question.

16      That's fine.

17           MS. BINA:  I think my children are playing

18      and not killing each other, but I may need to go off

19      the record.  Can we take two minutes so I can make

20      sure everything is okay?

21           MR. LEVINE:  Okay.

22           (Whereupon, a break was taken.)

23      BY MR. LEVINE:

24           Q. How much experience do you have,

25      Mr. Marineau, with hypervisors?

1          A. I -- how much experience do I have?  I have

2     never built one or had a team that built one, so I

3     guess I have limited experience.

4          Q. Me, too.

5             Beyond building one, have you ever used them,

6     discussed them, worked with them?  Do you know what

7     they do?

8          A. Sorry?

9          Q. Do you know what they do?

10         A. I do understand what they do.  I've never

11    really used one.

12         Q. What does a hypervisor do?

13         A. It's really a layer of software that sits

14    between the operating system and the hardware and

15    provides management functions or emulation functions

16    to collectively make the hardware look like maybe

17    there are multiple pieces of hardware.

18         Q. You said emulation functions.  What's -- what

19    do you mean by emulation function?

20         A. It's a -- in my mind, emulation is basically

21    using software to simulate what a piece of hardware

22    would do.

23         Q. What do you mean by that?

24         A. What do I mean by -- kind of like tricks the

25    software above to think that the hardware is there

1    when it isn't.  Maybe I'm -- maybe I should find a --

2         Q. Let me ask:  What's an emulator?  Excuse me

3    -- strike that.

4            Do you know what an emulator is?

5         A. Yes, I do.

6         Q. What is an emulator?

7         A. An emulator is a piece of software that

8    emulates hardware without the hardware being there.

9         Q. What about a simulator?

10        A. What is the difference between an emulator

11   and a simulator?

12           I mean, traditionally -- I'm not sure if I

13   can answer that precisely.  A simulator is typically

14   more about simulating in a very accurate way what

15   hardware would do, whereas an emulator is about kind

16   of about fooling the software above into thinking the

17   hardware is there.

18        Q. Why would somebody want one over the other?

19        A. Well, typically simulators, because they are

20   high fidelity, tend to be slower, and emulators can

21   be faster because they cut corners in kind of fooling

22   the software above into thinking something is there

23   when it isn't.

24        Q. Explain to me what you mean by fidelity in

25   the context of software.

1          A. Let me try to give you an example.  So, for

2     example, you could build a simulator for a piece of

3     camera hardware and that simulator would simulate the

4     entire camera hardware, the sensor, all of the logic

5     with very high fidelity.  You would want it to be as

6     indistinguishable from the real piece of hardware as

7     you can.  It might be very slow at doing that.

8          Whereas the emulator might say I'm going to

9     pretend to be that camera hardware, I'm going to feed

10    you some images as if it came off the sensor.  It's

11    kind of all faked out.

12          So one has -- the simulator has higher

13    fidelity but lower performance.

14          Q. ████████████████████████████████████████

15    ████████████████████████

16          A. ████████████████████████████████████████

17    ██████████████████████ ████████████████████████

18    ████████████████████████████████████████████

19    ████████████████████████████████████████████

20    ████████████████████████████████████

21          Q. ██████████████████████████████████████████

22    ██████████████████

23          A. ████████████████ ██████████████████████████

24    ██████████████ ████████████████████████████████

25    ██████████████ ██████████████████████████████████



1

2

3

4

5

6       Q.

7

8

9        MS. BINA:  Objection.  Vague.

10        THE WITNESS:  What -- yeah, I guess I'm not

11   quite understanding your question.

12   BY MR. LEVINE:

13       Q.

14

15

16

17

18        MS. BINA:  Objection.  Calls for rank

19   speculation.

20        THE WITNESS:

21

22

23   BY MR. LEVINE:

24       Q.

25



1 ██████████████████████████████████████████

2     Q. Again, just to the best of your knowledge.

3     MS. BINA:  Justin, please let him finish his

4 answer.

5     THE WITNESS:  ████████████████████████

6 ████████████████████████████████████████████

7 ████████████████████████████████████████████

8 ████████████████████████████

9 BY MR. LEVINE:

10     Q. What is the Apple Security Research Device

11 Program?

12     A. The Apple -- you mean our researcher device

13 program?

14     Q. Yes.

15     A. I believe those are synonymous.  That is us

16 building a device, special hardware that gives

17 researchers more visibility and introspection than a

18 user or production device.

19     Q. ████████████████████████████████████

20     A. ████████████████████████████████████████

21 ██████████████████████████████████████

22 ████████████████████████████

23     MS. BINA:  I'm going to ask Ms. Gorton to be

24 excused if we continue on this line of questions.

25     MR. LEVINE:  Okay.  Just for a few minutes,

1      Amanda, if you can.

2            MS. BINA:   Thank you.

3      BY MR. LEVINE:

4            Q. 

5

6

7            A.

8            Q.

9

10           A.

11           Q.

12           A.

13

14           Q.

15

16           A.

17

18

19

20

21           Q.

22

23

24           A.

25





1

2

3

4    A.

5        MS. BINA:  Vague as to limitation.

6        You can answer.

7        THE WITNESS:

8

9

10

11

12   BY MR. LEVINE:

13       Q.

14

15

16       A.

17

18

19       Q.

20

21

22       A.

23       Q.

24       A.

25       Q.







Page 83

```
 1        A. ████████████████████████████████

 2   ████████████████████████████████████████

 3   ███████████

 4        Q. ██████████████████████████████████

 5   ██████████████████████████████

 6        A. ████████████████████████████████████

 7   ████████████████  ████████████████████████

 8   ██████████████████████████████████

 9        MS. BINA: ████████████████████████

10   ███████████████████  ███████████████████████

11   ██████████

12        (Simultaneous conversation.)

13        MS. BINA: ██████████████████████████

14   ████████████████████████████████████████

15   ████████████████████████████████████████

16   ███████████████████████████  ████████████

17   ████████████████████████████████████████

18   ██████████████

19        THE WITNESS: ████████

20        MR. LEVINE: ██████  █████████████████

21   ████████████████████████████████████████

22   ███████████████████████

23   BY MR. LEVINE:

24        Q. ██████████████████████████████████

25   ████████████████████████████████ RM
```

Page 84

1

2    A.

3    Q.

4

5    A.

6

7    Q.

8    A.  I -- again, I -- I don't want to misspeak

9

10

11

12

13

14

15

16    Q.

17

18

19

20

21    MS. BINA:

22    THE WITNESS:

23

24

25    BY MR. LEVINE:

1      Q. Do ████████████████████████████

2      ████████████

3      A. ██████████

4      Q. ████████████████████████████████

5      ████████████████████████████?

6           MS. BINA:  I object.  Lacks foundation.

7           THE WITNESS: ████████████  ████████████████

8      ██████████████████  ██████████████████████

9      ████████████████

10          MR. LEVINE:  I'm going to have Amanda step

11     back in.

12          MS. BINA:  Is everybody okay break-wise?

13     It's been another hour.

14          THE WITNESS:  I'm okay for a little bit

15     longer.  I can stand up for a second while we wait

16     for Amanda.

17     BY MR. LEVINE:

18          Q. So you mentioned him a couple of times, who

19     is Craig Federighi?

20          A. Craig Federighi is my boss and the SVP for

21     software at Apple.

22          Q. ████████████████████████████████

23     ████████████

24          A. ██████████

25          Q. ████████████████████████████████

Page 86



Page 87

1       A. ███████████

2       Q. ████████████████████████

3    ████████████████████

4       A. █████████████████████

5    ███████████████████████████████

6    ████████████████████████████████

7       Q. ████████████████████████████

8    ████████████████████████████

9       A. ████████████████████████

10   ███████████████████

11      Q. What is Hex-Rays?

12      A. I will give you my best understanding of it

13   mostly because I approved the financials of the

14   licenses that we pay for every year.  I believe it's

15   a tool that lets you analyze and disassemble code.

16      Q. Analyze how?

17      A. It kind of lets you take a file that includes

18   iOS code and turn it back into like a human readable

19   description of the machine instructions instead of

20   just being kind of hexadecimal things that a human

21   wouldn't understand.  It translates it back to the

22   ARM instructions, for example, that are encoded in

23   that data.

24      Q. ████████████████████████████

25   ██████████████████████████████

Page 88

1    ████████

2         A.  ████████████  █████████████

3    █████████████

4         Q.  ██████████████████████

5    ██████████

6         A.  ████████████  ████████████

7    █████████████

8         Q.  █████████████████████

9    █████████████████████

10   ██████

11        MS. BINA:  Objection.  Assumes facts not in

12   evidence.

13        THE WITNESS:  Yeah --

14        MR. LEVINE:  I'm asking him about it.

15        THE WITNESS:  ███████████████

16   ██████████████  █████████████

17   █████  ██████████

18   BY MR. LEVINE:

19        Q.  ████████████

20        A.  ████████████

21        Q.  ██████████████████

22   ████████████████████████

23   ████████████

24        A.  █████████████████

25   █████████████████





 1  ███████████████████████████████████████

 2  ███████████████████████████████████████

 3  ██████████████████████

 4       Q. █████████████████████████████████

 5  █████████████████████████████████████████

 6  ██████████████████████████████████

 7       MS. BINA:  Ms. Gorton needs to leave the room

 8  for that answer, I think, if we get to anything

 9  technical.

10       You can say yes or no, but if there are any

11  details, Ms. Gorton needs to leave.

12       MR. LEVINE:  Let me strike that question.

13  BY MR. LEVINE:

14       Q. █████████████████████████████████████

15  █████████████████████████████████████████

16  ████████████████████████████████████

17  ████████████████████

18       A. █████████████████████████████████

19  █████████████████████████████████  █

20  █████████████████████████████████████

21  █████████████████████████████████████████

22  ██████████████████████████████████

23  ████████████████████████████████

24  ████████████

25       Q. ████████████████████████████████

Page 91



1

2

3

4     A.

5

6

7          Q. Okay.  I am speaking to you personally here,

8     not to Apple.

9          Do you personally have an issue with people

10    studying iOS?

11         A. Do I have personally an --

12             MS. BINA:  Objection.  Vague.

13             THE WITNESS:  I don't have an issue with

14    people studying iOS, no.

15    BY MR. LEVINE:

16         Q. Do you have an issue with people conducting

17    research into and about iOS?

18             MS. BINA:  Same objection.

19    BY MR. LEVINE:

20         Q. You can answer.

21         A. I don't have an issue with that.

22         Q. Do you think that sometimes, in order to do

23    that, that they have to -- that they have to either

24    use -- strike that.

25             Do you think that sometimes in order to do

1      that, that they have to use iOS?

2                MS. BINA:  Objection.  Vague.

3                THE WITNESS:  I'm not sure what you mean by

4      that.

5      BY MR. LEVINE:

6          Q. In order to study something, generally, one

7      would need to use it, right?

8          A. Sure.  So I think if your question is if I'm

9      a researcher using iOS, should I be carrying an

10     iPhone and using it every day?  That's a good way to

11     understand it and that's one of the ways to

12     understand it.

13         Q. Fair enough.

14               MR. LEVINE:  Jessica, do you want to take a

15     break?

16               MS. BINA:  Sure.  Do you want to take ten?

17     I'm here.  Can you hear me?

18               MR. LEVINE:  Yes.  You're just not moving.  I

19     can hear you, though.

20               MS. BINA:  Yes, should we take ten, fifteen?

21               MR. LEVINE:  We can do that.

22               THE WITNESS:  So 2:20, 2:25.

23               MR. LEVINE:  2:15.  Why don't we keep it

24     short.  I'm sorry, I was wrong.  So ten, fifteen

25     minutes.

1          THE WITNESS:  Okay.  Great.

2          MR. LEVINE:  Thanks.

3          MS. BINA:  Okay.

4          (Whereupon, a break was taken.)

5          MR. LEVINE:  Back on the record.

6     BY MR. LEVINE:

7          Q. ████████████████████████████████

8     ██████████████████████████████████████

9     ███████████████████████████████████████

10    █████████████████████████████████████

11    ████████████████████

12          MS. BINA:  Objection.  Sorry.  Objection.

13    Lacks foundation.

14          THE WITNESS: ██████████████████████

15    ██████████████████████  ████████████████

16    ██████████████████████████████████████

17    ████████████████████████████

18    ██████████████████████████████████████

19    ████████

20    BY MR. LEVINE:

21          Q. You think the Corellium Apple product falls

22    under -- strike that.

23          Do you think that the users of the Corellium

24    Apple product would fall under bad faith security

25    researchers?

1          MS. BINA:  Objection.  Lacks foundation.

2          THE WITNESS:  I don't think I can make that

3     determination because I don't know who those users

4     would be.

5     BY MR. LEVINE:

6          Q. Okay.

7          MS. BINA:  Justin, before we -- sorry,

8     Ms. Gorton, are you alone or is there anyone in the

9     room with you?  I forgot to ask before we went back

10    on the record.

11         MS. GORTON:  I'm alone.

12         MS. BINA:  Thank you.

13    BY MR. LEVINE:

14         Q. Do you think the Corellium Apple product is a

15    tool that is used for bad faith security research?

16         MS. BINA:  Objection.

17         THE WITNESS:  I don't think I can answer that

18    because I can't tell you -- I don't know Corellium's

19    business and who those customers or users would be.

20    BY MR. LEVINE:

21         Q. You don't know one way or the other?

22         A. I don't know one way or the other.

23         Q. ████████████████████████████████

24    ████████████████████████████████████████

25         A. ██████



1      Q. Could that technology be used for good faith

2   security research?

3      A. ████████████████████████████

4      Q. ████████████████████████████

5   ████████████████████████████████████████

6   █████████████████████

7      A. ████████████████████████████████

8   ████████████████████████████████████████

9   ████████████████████████████████████████

10  ██████

11     Q. ██████████████████████████████████ --

12  let me strike that.

13          ████████████████████████████████████████

14  ████████████████████████████████████

15  ████████████████████████████████████████

16  ███████

17     A. ████████████████████

18     Q. ██████████████████

19     A. ████████████████████████████████

20  ███████████████████████████████

21     Q. ████████████████████████████████

22  ██████████████████████████

23     A. ██████████

24     Q. ███████████████

25     A. ████████

Page 96



1    Q. ███████████████████████████████

2    ███████████████

3    A. ████████████

4    Q. ███████ ██████████████████████

5    ██████████████████████████████████

6    ███████████████

7    A. █████████████████████████████████

8    Q. ███████████████████████████

9    █████████████████████████████████

10        MS. BINA:  I think we're getting into AEO

11   territory, so if Ms. Gorton could step out.

12        MR. LEVINE:  I'll withdraw the question.

13        THE WITNESS:  I -- okay.

14   BY MR. LEVINE:

15      Q. So would it be a fair statement that whether

16   the Corellium Apple product was being -- used for

17   good faith or bad faith would depend on who was using

18   it; is that a fair statement?

19      A. That sounds like a fair statement.

20      Q. ████████████████████████████████

21   ███████████████████████████████████

22   ██████████████████████████████████

23   A. ████████████████████████████ ████ ██

24   ██████████████████████████████████

25   ████████████████████████████████████

Page 97

1

2

3

4

5

6

7      Q.

8

9

10

11     A.

12     Q. Absent -- putting aside in preparation for

13     this depo -- actually, I can be broader than that.

14          Putting aside and ignoring for the fact any

15     conversations with your lawyers or Apple's lawyers,

16     where was the last time you spoke about good faith

17     versus bad faith security researchers and

18     specifically the context of -- you know what --

19     strike that.

20

21

22

23

24

25     A.

1

2      Q.

3      A.

4

5

6

7

8

9

10

11

12

13      Q.

14      A.

15      Q. See, I taught you one thing today.  How about

16   that?  Generally, I'm doing all the learning during

17   these times.

18      A. Right.

19      Q. What is Core OS?

20      MS. BINA:  Objection.  Asked and answered.

21      THE WITNESS:  Do you want me to answer it?

22   BY MR. LEVINE:

23      Q. Yes.

24      A. Core OS is the group that first came into

25   Apple which is the low level operating system, kind



1    of the kernel, the components at the bottom of the

2    software stack.

3        Q. So Core OS is a group or it's an area in the

4    code that the group works on?

5        A. I think is -- well, it is a group and it's --

6    the group generally defines the group that it works

7    on.  It's hard to know whether the group came first

8    or the code came first.  They're kind of synonymous

9    in a way.

10       Q. So what is -- what is Core OS?  Not the

11   group, the code or the function.

12       A. It would be things like -- sorry.  What is

13   Core OS?  Sorry, can you repeat that?

14       Q. What does Core OS do?  Not the group, the

15   functionality.

16       A. They would be things like the kernel, file

17   system would be an example of that, when you store

18   files on your Mac or iOS, that would be the software

19   that they write.  The group does other things like

20   USB, peripherals.  I know there's a whole range of

21   them.  The light sensor on the phone.

22       Q. They write the code that makes the hardware

23   work?

24       A. It's like they write the code that's like the

25   glue between the hardware and the higher level

1    applications and user interface.

2        Q. Fair enough. ████████████████ █

3    ████████████████

4        A. ████████████████████████

5    ███████████████████████████████

6    ███████████████████████████████

7    █████████████████████████

8         █████████████████████████████

9    ████████████████████████████████

10   ██████████████████

11        MS. BINA:  Justin, I think we're starting get

12   into internal AEO stuff, I don't know if you have

13   more questions on this, but it may be time to ask

14   Ms. Gorton to leave for a few minutes.

15        MR. LEVINE:  No, I think that's it.

16   BY MR. LEVINE:

17        Q. What is Xcode?

18        A. Xcode is the development tools -- development

19   environment that we use and third-party developers

20   use to build for iOS.  It's like the tools.

21        Q. Okay.  Again, bear with my lay understanding

22   here.

23        So would that be different -- so would a

24   security research tool -- let me strike that that.

25        Would a research tool be different than a

1    tool used for building?

2          A. Generally, I would think so, yes.

3          Q. I'm thinking about like a construction site

4    for a house.  You have a hammer, you would build a

5    house whereas if you already had the house, you need

6    to look to see if there's water behind the wall,

7    because something leaks, it would be different.  Just

8    bear with my understanding.

9              So Xcode -- is Xcode like a bundle of

10   building tools?

11         A. Yeah, I think your analogy is like -- in your

12   analogy, Xcode is the contractor's truck filled with

13   toolboxes and power tools and so on.

14         Q. Okay.  So it's a bucket of smaller things

15   within it; it's not really one thing?

16         A. I think that's a good way to think about it.

17   Even though it comes like one package, it has a

18   myriad of functions, a myriad of tools within it.

19         Q. Okay.  What is the Apple developer program?

20         A. The Apple developer program --

21             MS. BINA:  Objection.  Lacks foundation.

22   BY MR. LEVINE:

23         Q. Do you know what the Apple developer program

24   is?

25         A. I have a rough idea.  That is the program by

1    which developers sign up to get our tools and, more

2    importantly, submit apps to the App Store, for

3    example and we -- and they come to our conferences.

4    I think that's all part of the Apple developer

5    program umbrella.

6          Q. It's more like a club where there's benefits

7    to it or if you're in the program, you can do certain

8    things?

9          A. I think it's less of a club and more of a way

10   for us to provide everything that they need in one

11   consistent way and streamline how they might get apps

12   into the App Store, for example.

13         Q. Okay.  I'm just trying to understand all

14   these things.  Thank you.

15             MR. LEVINE:  Amanda, can I have you step out

16   for 40 seconds?  I think I have two or three

17   questions.

18             MS. GORTON:  Sure.

19             MR. LEVINE:  Thanks.  Just come back in in

20   about a minute.  It should be quick.  Thanks.

21             Give her a second.

22   BY MR. LEVINE:

23         Q. ███████████████████████████████████

24         A. ███████████████████████████████████

25             MS. BINA:  Objection.  Vague.

Page 103

1    THE WITNESS:  ███████████████████████████)

2    ██████████████████████████████████████)

3    ███████████████████████████████████████)

4    ██████████████████████████████████████)

5    ████████████████████████████)

6    BY MR. LEVINE:

7         Q.  ██████████)  █████████████████████)

8    ██████████)

9         ██████████████████████)

10   ████████████████████████████)

11        A.  ████████████)

12        MS. BINA:  I'll object to the relevance of

13   any ████████████████), but he can answer.

14        THE WITNESS:  ███████████████████████)

15   BY MR. LEVINE:

16        Q.  ██████)  ████████████████████████)

17   ████████████████████████)

18        A.  ██████████████████████████████)

19   ████████████████████████████████)

20   ███████████████████████████████)

21   █████████████████████████████████████)

22   █████████████████████████████████████)

23   ██████)

24        Q.  ████████████████████████)

25   ████████████████████)

Page 104

```
 1        A. ████████████████████████████
 2    ████████████████████████████████████
 3    ████████████████████████████████████
 4        Q. Okay.  And what are the differences --
 5            MR. LEVINE:  She can come back into the room.
 6    BY MR. LEVINE:
 7        Q. What are the differences between
 8    virtualization and simulation?
 9            MS. BINA:  Objection.  Asked and answered.
10            You can answer.
11            THE WITNESS:  Yeah, let me try to answer this
12    and my understanding of it.
13            Virtualization is really about running the
14    software and virtualizing, like faking up the
15    hardware below.
16            Whereas, simulation is about actually
17    simulating all functions of the hardware to be as
18    accurate or have the highest level of fidelity.
19    BY MR. LEVINE:
20        Q. So virtualization actually runs the software?
21        A. Virtualization is a technology that lets you
22    run the software and it thinks it's running on the
23    real hardware but it's not and simulation is about
24    having higher fidelity, typically lower performance,
25    trying to simulate the hardware as accurately as
```

1    possible.

2        Q. So you have -- so we've been talking about

3    virtualization, emulator, simulation.  Of the three,

4    simulation would have the highest fidelity?

5        A. Typically, it would.

6        Q. Okay.

7        A. It typically has the highest fidelity and the

8    lowest performance.

9        Q. And what is VMware?  You mentioned VMware.

10       A. VMware is a product that lets you run

11   basically an operating system within an operating

12   system so you can run Windows.  You can run Windows

13   on Windows.  You have a version of Windows that

14   thinks it's running on a real PC, but it's really

15   running within VMware.  VMware is like faking the

16   computer.

17       Q. I'm thinking remote desktop, but I'm wrong,

18   right?  That's not like VMware?

19       A. It is not remote desktop, no.

20       Q. So is VMware virtualization?

21       A. Well, VMware virtualizes the hardware.  It

22   kind of fakes up a real PC and then it lets you run

23   Windows, for example, inside VMware so that

24   version -- that instance of Windows thinks it's

25   running on a full PC but really it's running within

Page 106

1    this kind of container that's faking up the hardware.

2         Q. Okay.  Let me ask that question again.  Is it

3    virtualization?  I just don't know if I followed your

4    answer.

5         A. Well VMware would be I think what we would

6    traditionally have to define as virtualization, the

7    VMware technology.

8         Q. So it is?

9         A. That's how I would define it, or it's a

10   combination of the VMware technology and what's

11   below.

12        Q. ███████████████████████████████████████████

13   ███████████████████████████████████

14        A. ██████████

15        MS. BINA:  Objection.  Lacks foundation.

16   BY MR. LEVINE:

17        Q. ████████████████████████  ████████████████

18        A. ████████████████████

19        Q. So I've gone through a couple of documents.

20   We'll get into all the documents.

21        ████████████████████████████████████████

22   ████████████████████████████████

23   ███████████████████████

24        A. ███████████████████████████████████

25   ██████████

Page 107



1    Q. ████████████████████████████████

2    ████████████████

3    A. ████████████████████████████

4    ████████████████████████████████

5    ████████

6    ██████████████████████████

7    ██████████████████████████████

8    ██████████████████████████████

9    ████████████████████████████

10   ████████████████████████████████

11   ████████████████████  ██████████████

12   ████████████

13   Q. ██████████████████████████████

14   ████████████████████████████

15   ████████

16   A. ██████████████████████████████ █

17   ████████████████

18   Q. ██████████████████████████████

19   ████████████████

20   A. ██████████████████████████████ █

21   ████████████████████

22       Q. Have you ever attended a Black Hat

23   conference?

24       A. Did I ever attend Black Hat?  I did attend

25   Black Hat maybe three years ago, yes.

1        Q. It was 2017?

2        A. It was the year that Ivan spoke at Black Hat

3    and I flew to Black Hat to watch his talk and then

4    left.

5        Q. What did he speak about?

6        A. He gave a talk about iOS security.

7        Q. Do you know if he's spoken at other Black Hat

8    conferences since then?

9        A. Actually, he did speak this year at Black

10   Hat.

11       Q. That would have been in this year or 2019?

12       A. 2019.  Black Hat is in the summer.

13       Q. Are you aware that in Black Hat, the

14   conference of 2019, that Corellium held a Black Hat

15   party?

16       A. I am not.

17       Q. You're not.  Do you have any information at

18   all about Corellium's attendance at the Black Hat

19   party or presence at the Black Hat party of last year

20   or 2019?

21       A. No.  Unfortunately, I could not make Ivan's

22   talk at Black Hat because of other work obligations

23   that kept me here, so... but regardless, I've never

24   attended a Black Hat party.

25       Q. At the Black Hat conference of 2019, are you

1    aware of any information of Apple that had been

2    leaked to the press prior to that announcement at the

3    Black Hat party?

4         A. Sorry, the Black Hat conference or the party?

5         Q. Conference, excuse me.

6         A. Conference?

7         Q. Correct.

8         A. Yes.  We were announcing a couple of

9    significant -- we made a couple of significant

10   announcements.

11        One of them was to extend the bounty program

12   to Mac.

13        The other one was the developer research

14   devices.  And they, unfortunately -- I can't remember

15   how long before, but there were some articles about

16   that in the press.

17        Q. ███████████████████████████████████

18   ██████████████████████████████████████████

19   ████████

20        A. ██████████████████████████████████

21   ██████████████████████████████

22        Q. ███████████████████████████████

23   ██████████████████████████████████████████

24   ████████████ I expect Jessica --

25        MS. BINA:  Move to strike.

1          MR. LEVINE:  Had a feeling that was coming.

2          MS. BINA:  Don't think Mr. Levine is

3     testifying here.

4          MR. LEVINE:  He's not.

5          MS. BINA:  If you want me to call you as a

6     witness --

7     BY MR. LEVINE:

8          Q. Do you know what Capture the Flag is in your

9     world, in tech world?

10         A. I can give you, I think, a vague description.

11         Q. Sure.

12         A. Conceptually, which is really setting up a

13    contest and having different teams try to be the

14    first to capture the prize or capture the flag.

15         Q. How is that distinguished in the software

16    security research world versus capture the flag in

17    any other industry?

18         A. Yeah, I mean I've only really ever heard it

19    in the context of security and paintball.

20         So in security -- again, I've never

21    personally participated in this, but there's I guess

22    a -- my understanding is there's a competition where

23    teams have to, you know, gain access or break into

24    something as effectively a security challenge and

25    then they all compete to be the first to gain access

1    to a system or whatever the contest is set up to be.

2         Q. Are you aware of whether the Corellium Apple

3    product was ever used by any Apple employees during

4    any of these conferences to play Capture the Flag in

5    that conference?

6         A. No.

7         Q. I actually know it from paintball, too,

8    believe it or not.  I'm sure we'll move to strike

9    that one as well.

10        MS. BINA:  Less concerned on that front.

11        MR. LEVINE:  Should probably not be having

12   this much fun during a deposition, I've got to be

13   honest.

14   BY MR. LEVINE:

15        Q. How long have you been employed with Apple?

16        A. I've been employed with Apple since March

17   2014, so just over six years.

18        Q. Okay.  You weren't employed by Apple before

19   then?

20        A. No.

21        Q. Would you call your growth within the company

22   significant or quick?

23        MS. BINA:  Objection.  Vague.

24        THE WITNESS:  I think I would describe my

25   journey within Apple as being more lateral, different

Page 112

```
 1    teams within Apple.  So I'm not sure I would describe

 2    it as lateral growth as opposed to upwards growth.

 3    BY MR. LEVINE:

 4         Q. Only because we were talking about Core OS.

 5    I got the impression it was a lower level group and

 6    now you seem to be somewhere in the senior

 7    management, so I just presumed.

 8         A. No, I think what I meant by that is really

 9    there's multiple levels in the software stack and

10    it's not that one is more senior than the other.

11    There are just different parts of the stack and so

12    I've had the privilege of leading teams that were in

13    different parts of the stack, but it's not that any

14    of them is better than the other.  They're all hard

15    in different ways.

16         Q. ███████████████████████████████████████

17    ████████████████████████████

18         A. ███████████████████████████████████████

19    ████████████████████████████████████████████████

20    ████████████████████████████████████████

21    ███████████████████████████████████████████████

22    ██████████████████████████████████████████████████

23    ██████████████████████████████████████████████████

24    ███████████

25         Q. ████████████████████████████████████
```

Page 113

1   ▮▮▮▮▮▮▮▮▮

2          MS. BINA:  Objection.  Vague.

3   BY MR. LEVINE:

4          Q.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮

5   ▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮

6          MS. BINA:  Objection.  Lacks foundation.

7   BY MR. LEVINE:

8          Q.  You can answer.

9          A.  ▮▮▮▮▮▮▮▮▮▮▮▮

10  ▮▮▮▮▮▮▮▮▮▮▮▮▮

11  ▮▮▮▮▮▮▮  ▮▮▮▮▮▮

12  ▮▮▮▮▮▮▮▮▮▮▮▮▮

13  ▮▮▮▮▮▮  ▮▮▮▮▮

14  ▮▮▮▮▮▮▮▮▮▮▮▮

15  ▮▮▮▮▮▮▮▮▮▮▮▮▮

16  ▮▮▮▮▮▮▮

17          Q.  ▮▮▮▮▮▮▮▮

18          A.  ▮▮▮▮▮▮▮▮▮▮▮

19  ▮▮▮▮▮▮▮▮▮▮▮

20  ▮▮▮▮

21          Q.  It's going quicker than I thought.  We've

22  gone through a lot of topics already.

23          MS. BINA:  I'm sure you'd like your Friday

24  night back.  There are so many places to go right

25  now.

1              MR. LEVINE:  Exactly.  Be silly to think I

2      was doing anything other than working on this case.

3      I'm sure you're in the same boat.

4              THE WITNESS:  Watching myself in the camera,

5      reminds me I need a haircut.

6              (Whereupon, there was a discussion off the

7      record.)

8              (Whereupon, a break was taken.)

9              MR. LEVINE:  Let's look at █████████████

10     this will be Defendant's Exhibit 2.

11             (Whereupon, Exhibit 2 was marked for

12     identification.)

13     BY MR. LEVINE:

14          Q.  ███████████████████████████████████████

15          A.  ██████████████████████

16          MS. BINA:  ██████████████████████  ████████████

17     ███████

18     BY MR. LEVINE:

19          Q.  █████████████████████  ████████████████

20     ████████████████████████████████████████

21     ██████████████████████████████████████

22     ███████████████████████████

23             ████████████████████████████████████

24          A.  ████████████████████████████████████

25     ████████████████████████████████████



Page 115

Page 116



```
 1  ███████████████████
 2     A. ████████████████████████████
 3  ████████████████████████
 4  █████████████  █████████████████████████
 5  ████████████████████████
 6  ██████████████████████████████
 7  ████████
 8     Q. ██████████████████
 9     A. ████████████████████
10  ██████████████████████████
11  ████████████████████████████
12  ████████████████████████
13      █████████████████████████████
14  ██████████████████████████████
15  ███████
16     Q. ████████████████████████
17  ██
18     A. ██████████████████  █████████
19  █████████████████████
20  ████████████████████████████
21  ████████████████████████████
22  ████████████
23     Q. ██████████████████████
24  ███████████████
25        MS. BINA:  Objection.  Vague.
```

```
 1        THE WITNESS: ███████████████████
 2   ███████████████████████████████████████
 3   ██████████████████████████████████████
 4   ████████████████████████  ████████████████
 5   ████████████
 6           ███████████████████████████████
 7   ████████████████████████████████
 8   █████████████  ██████████████████████
 9   BY MR. LEVINE:
10        Q. ██████  ██████████████████████
11   ██████████████████████████
12        A. ██████████████████████████████
13   █████████████████████████████
14        Q. ███████████████████████████
15        A. ████████████
16        Q. ████████████████████████████
17   ████████████████████████████████████████
18   █████████████████████████████████████
19   ████████████████████████████████████████
20   ██████████████
21        A. ██████
22        Q. ███████████████████████████
23   ████████████████████████████████████
24   ████████████████████████████████████
25        A. ██████████████████████████████████
```

Page 118



Page 119



Page 120

1       A. ████████████████████████████

2  ████████████████

3       Q. ████████████████████████████

4  ███████████████████████████████████

5  █████████████████████████████████████████

6  ███████████████████████████

7          MS. BINA:  Lacks foundation.

8  BY MR. LEVINE:

9       Q. You can answer.

10      A. ████████████████████████████

11 ███████████████████████████████████

12 ███████████████████████████████████

13 ███████████████████████████████████

14 ███████████████████████████████████

15 ████████████████

16  ████████████████████████████ ████

17 ███████████████████ █████████████████

18 █████████████

19      Q. ███████████████ ████████████

20 ███████████████████████████████████

21 ██████████████

22      A. ███████████████████████████████

23 █████████████████████████████████

24 ███████████████████████████████████

25 █████████████████████████████████

Page 121

1 ████████████████████████████████████

2 ████████████████████████████████

3 ████████████████████████████████████

4 ██████████████████████████████████

5 █████████████████████████████████████

6 █████████████████████████████████████

7 ██████████████

8 ██████████████████████████████████

9 █████████████████████████████████████

10 ████████████████████

11    Q. ████████████████████████████████

12 ████████████████████████████████████

13       MS. BINA:  Objection.

14       THE WITNESS: ██████████████████

15 ████████ ████████████████████████████

16 ██████████████

17    ████████████████████████████████████

18 █████████████████████████████████████

19 ██████████████████████████

20 BY MR. LEVINE:

21    Q. ████████████

22    A. ████████████

23    Q. ████████████████████████████████

24 ██████████████████████████████████

25 ██████████████████████

Page 122

1          MS. BINA:  Objection.  Vague.

2          THE WITNESS: ████████████████████

3   ██████████████████████████████████

4   ██████████████████████████████████

5   ████████████████████████████████

6   ████████  ███████████████████████

7   ██████████████

8   BY MR. LEVINE:

9          Q. Let me look at -- or let's look at ████████

10         MR. LEVINE:  That will be Defense Exhibit 3.

11         MS. BINA:  That's ████████████████.  I just

12  want the record to be clear in six months to a year

13  when we look for it what it is.

14         (Whereupon, Exhibit 3 was marked for

15  identification.)

16  BY MR. LEVINE:

17         Q. If I don't say it's an APL-CORELLIUM, it's an

18  Apple document.

19         ███████████████████████

20  ████████████

21         A. ███████████

22         Q. ██████████████████

23         A. ███████████

24         Q. █████████████████

25         A. ████████████████████

Page 123

1      Q. ██████████████████████████████████

2      ████████████

3      A. ██████████████

4      Q. ██████████████████████████████████

5      A. ████████

6      Q. ████████████████████████████████

7      A. ████████████████████  ████████████████

8      ████████████████████████████████████

9           Q. Who is Dallas De Atley?

10           A. Dallas was the manager of the security team

11      at the time.

12           Q. Does he still work at Apple?

13           A. He does, yes.

14           Q. Who has -- who is the manager of the security

15      team now?

16           A. The manager of the security team now would be

17      Ivan.  The team has a different composition now than

18      it did six years ago.

19           Q. What is Mr. De Atley's current position?

20           A. He works in the tools linker team, different

21      area of technology.  He is, I believe, an individual

22      contributor now.

23           Q. Okay.

24           MR. LEVINE:  I'd like to look at ████████

25      ████████████, so Defense Exhibit 4.

Page 124

```
 1            (Whereupon, Exhibit 4 was marked for

 2       identification.)

 3            THE WITNESS: ████████████████████████

 4            MS. BINA: ████████████████████████

 5            MR. LEVINE: ████████████████

 6            MS. BINA:  I found it.  Did you find it,

 7       Mr. Marineau?

 8            THE WITNESS:  Yes.

 9       BY MR. LEVINE:

10            Q. ████████████████████████████████

11       ████████████████████████████████████████████

12       ████████████████████████████████████████████

13       ██████████████████████████████████

14            A. ██████

15            Q. ████████████████████████████████████

16       ████████████████████████████████████████████

17            A. ██████████████████

18            Q. ████████████████████████████████████

19       ████████████████████████████████████████████

20            A. ████████████████████████

21       ████████████  ████████████████████████

22       ████████████████████████████████████████████

23       ████████████████████████████████████████████

24       ████████████████████████████████████████████

25       ████████████████████  ████████████████
```

```
 1          MR. LEVINE:  I'd like to enter into

 2     Exhibit 5, ██████████████.

 3          (Whereupon, Exhibit 5 was marked for

 4     identification.)

 5          THE WITNESS:  ████████████████)

 6          MS. BINA:  ██████████████)

 7          MR. LEVINE:  ████)

 8          MS. BINA:  █████████████████)

 9          MR. LEVINE:  █████)  ████████████████)

10     ████████████)  ████████████████████████████)

11     ████████████████)

12          MS. BINA:  The problem is it won't be

13     anywhere near in the transcript, so for myself, when

14     I look back at the transcript, it's really helpful to

15     have at least a good chunk of the Bates number there.

16          THE WITNESS:  I was going to say they're all

17     ordered by the last page of the number that I have,

18     not the first page.

19     BY MR. LEVINE:

20          Q. Oh, really?

21          A. ████████████████████████████████████)

22     ██████████████)

23          Q. I'll say the whole range, then, for the

24     record.

25          MR. LEVINE:  Is that how they are on yours?
```

Page 126

1    I guess they would be, Jessica.

2         MS. BINA:   I have the whole range.

3    BY MR. LEVINE:

4         Q. █████████████████████████████████

5    ███████████████████████████████████████

6    █████████████████████████

7         ████████████████████████████████████

8    ███████████████████████████████████████

9    ██████████████████████████████

10        ██████████████████████

11        A. ███████████

12        Q. ████████████████████  ████████████████

13   ██████████████████████████████████

14   ████████████████████████████████████

15   ████████████████████████████████████

16   █████████

17        ██████████████████████████

18        A. ████████████

19        Q. ████████████████████████████████████

20   ███████████████████████████████████████

21   ██████████████████████████

22        A. ███████████████████████████████

23   ████████████████████████████████

24   ████████████████████████████████████

25   ███████████████████████████████

Page 127

1  ███████████████████████████████

2  ██████████████████████████████████

3  ██████████████████████████████████

4  █████████████████████████████████████

5  ████████████████████

6  ██████████████████████████████████

7  ██████   ████████████████████████

8  ████████████████████████████████████

9  █████████████████████████████████████

10 █████████████████████████████████████

11 █████████████████████████████  ████████

12 ██████████████████████████████

13 █████████████████████████████████████

14 ████████████████████

15 Q. ████████████████████

16 A. █████████████████████████████████████

17 ████████████████

18     Q. If we can look at ███████████.  This is just a

19  single document.

20      MS. BINA:  Is that going to be Exhibit 6?

21      MR. LEVINE:  Actually strike that.  So

22  Exhibit 6 will be ███████ -- here's the range, ████████

23  ███████

24      (Whereupon, Exhibit 6 was marked for

25  identification.)

Page 128

```
 1    BY MR. LEVINE:

 2         Q. Do you have that in front of you,

 3    Mr. Marineau?

 4         A. Yes.  I am just going through it now.

 5         Q. Let me know when you're done.

 6         A. Okay.  I think I've scanned it.

 7         Q. ███████████████████████████████

 8    █████████████████████████  ████████████████

 9    ██████████████████████████  █████████████

10    ███████████████

11         ████████████████

12         A. █████████████

13         Q. █████████████████████████████████████

14    ██████████████████████

15         A. █████████████████████████

16         MS. BINA:  Objection.  Assumes facts not in

17    evidence.

18    BY MR. LEVINE:

19         Q. █████████████████

20         MS. BINA:  Sorry, I lost the sound for

21    everybody.

22         Madam Court Reporter, did you catch my

23    objection?

24         THE REPORTER:  Yes, I did.

25         MS. BINA:  I didn't hear anything after I
```

1    objected.

2    BY MR. LEVINE:

3        Q. ███████████████████████

4    ████████████████████

5        A. ███████████████████

6        Q. ████████████████████████

7    ████████

8        A. ██████  ████████████████████

9    ████████

10       Q. █████████████████████████

11   ████████████████████

12       A. I believe so.

13           MR. LEVINE:  I'd like to enter in Defense

14   Exhibit 7 which is going to be ██████████.

15           (Whereupon, Exhibit 7 was marked for

16   identification.)

17           THE WITNESS:  Okay.

18   BY MR. LEVINE:

19       Q. ██████████████████████

20       A. ███████████

21       Q. █████████████████

22       A. █████████████████████████

23   ████████

24       Q. █████████████████████████

25   ████████



Page 131

1   ████████████████████████████████████████

2   ████████████████████████████████████████

3   ███████████████

4        A. ████████   █████████.

5        Q. ████████████████████

6        A. ██████████████████████████   ██

7   ████████████████████████████████████████

8       █████████████████████████████████████

9   ████████████████████████████████████████

10      █████████████████████████████████████

11  ███████████████████   ██████████████████

12  ████████████████████████████████████████

13  █████████████

14       Q. ██████   ██████████████████████████

15  ████████████████████████████████████████

16  ████████████████████████████████████

17  █████████████████████████████████████

18       A. ███████████████████

19            MS. BINA:  Objection.  Compound.  Sorry.

20  BY MR. LEVINE:

21       Q. You can answer.

22       A. ████████████████████████████

23  █████████████████████   ████████████

24  █████████████████████████████████

25  ████████████████████████████████████

1 ████████████████████

2 Q. ████████████████████████████

3 ████████████████████████████

4 ████████

5 A. ████████████████████████████

6 ████████████████████████████

7 ████████████████████████████

8 ████████████████████████████

9 ████████████████████████████

10 ████████████████

11 Q. ████ ████████████████████

12 ██████████

13 A. ████████████████████████████

14 ██████████

15        MR. LEVINE:  I'd like to enter in Defense

16 Exhibit 8 which is ████████

17        (Whereupon, Exhibit 8 was marked for

18 identification.)

19 BY MR. LEVINE:

20    Q. Do you have it in front of you?

21    A. Yes.

22    Q. ████████████████████████████

23 ████████████████ ████████████████

24 ████████████████████████████

25 ████████

Page 133



Page 134

1       Q. ███████████████████████████████████

2       ███████████████

3       A. ████████████████████████████████

4       ███████████ ███████████████████████████████████

5       ██████████████████████████████████

6            ███████████████████████████████████

7       ██████████████ █████████████████████████

8       ███████████████████████████████████████████

9       Q. ████████████████████████████████

10      ████████████████

11      A. ██████████████████████████████

12      ██████████████████████████████████

13      ██████████████████████████████████

14      ██████████████████████████████████

15      ███████████████████████

16           MR. LEVINE:  So looking at Defense Exhibit 9,

17      █████████.

18           (Whereupon, Exhibit 9 was marked for

19      identification.)

20           THE WITNESS: ████████████████

21      BY MR. LEVINE:

22      Q. █████████████████████████

23      A. █████

24      Q. ████████████████████████████████████

25      ██████████████████

Page 135

```
 1       A. ████████████████████████████ ██
 2    ████████████████████████████
 3       Q. ██████ ██████████████████████
 4    ████████████████████████████████
 5    ██████████████████
 6       A. █████
 7       Q. ██████████████████████████████
 8    ████████████████████████████████
 9       A. ████████████████████████
10          MR. LEVINE:  Let's look at Defense Exhibit
11    10, so it will be ████████████████████
12          (Whereupon, Exhibit 10 was marked for
13    identification.)
14          THE WITNESS: ████████ ████████████
15    BY MR. LEVINE:
16       Q. ██████████████████████
17          MS. BINA: ██████████████████████
18    ██████████████
19          THE WITNESS:  I'm trying to go through --
20    sorry.
21          MS. BINA:  To make sure I have the right
22    document.
23          MR. LEVINE:  Yes, correct.
24          MS. BINA:  Thank you.
25          THE WITNESS:  Okay.  I think I've got -- I
```

Page 136

1    think I've --

2    BY MR. LEVINE:

3        Q. ███████████████████████████

4    ████████████████████████████████

5        A. ████

6        Q. ██████████████

7    ███████████████

8        A. ████████████████████

9    ████████████  ████████████████

10       Q. ██████

11       A. ████████████████

12       Q. ███████████████████████

13   ████████████████████

14   █████████████

15       A. ███

16       Q. ████████████████████

17   ████████

18       A. ████████████████

19       MS. BINA:  Objection.  Misstates the

20   document.

21   ███████████████████████████████

22   ████████████

23       MR. LEVINE: ████████████████████

24   ████████████

25       MS. BINA: ████████  ████████████

Page 137





Page 139



Page 140



Page 141



1

2

3

4

5

6      Q.

7

8           MS. BINA:  Objection.  Misstates the

9      evidence.  Lacks foundation.

10     BY MR. LEVINE:

11     Q.

12

13     A.

14

15

16

17

18

19

20

21     Q.

22

23

24

25          MS. BINA:  Objection.  Asked and answered.

Page 142

1    Argumentative.

2            THE WITNESS:

3

4

5    BY MR. LEVINE:

6        Q.

7

8        A.

9        Q.

10           MS. BINA:  Objection.  Lacks foundation.

11   Vague.

12           THE WITNESS:

13

14   BY MR. LEVINE:

15       Q.

16

17

18

19       A.

20

21

22

23

24

25       Q.



```
 1   ███████████████████████████████████)

 2   █████████████████████)

 3        A.  ███████████████████)

 4             MS. BINA:  Just to object -- for

 5   clarification, are you talking about personal time,

 6   Justin, or professionally at a conference or both?

 7             MR. LEVINE:  ████████)  █████)  ████████)

 8   BY MR. LEVINE:

 9        Q.  █████████████████████████████)

10   ██████████)

11        A.  ██████████████████)

12        Q.  ███████████████████████)

13   ████████)

14        A.  ███████████████████)

15        Q.  ████████████████████████)

16        A.  ████████████████████████)

17   ████████)  ████████████████)

18   ████████████████████████)

19   ███████████████████████████████)

20   ███████████████████████████████)

21   ████████████████████████)

22   ██████████████████████████████)

23   ███████████████████████████████)

24   ████████)

25   ███████████████████████████████)
```

Page 144



Page 145



1

2

3    A.

4

5

6

7

8

9

10

11

12

13

14

15

16

17    Q.                                      -

18    strike that.

19

20

21    A.

22

23

24

25

Page 146



1

2      Q.

3

4

5      A.

6

7      Q.

8

9      A.

10

11

12

13

14

15     Q.

16

17

18

19     A.

20

21          MS. BINA:  Objection.  Argumentative.

22          MR. LEVINE:  It's not.  I'm just trying to

23     figure out -- I just want the extent of what --

24          MS. BINA:  I --

25          MR. LEVINE:  Thank you.

Page 147

1      MS. BINA: ███████████████████████████

2   ███████████████

3   BY MR. LEVINE:

4      Q. ██████████████████████████████████

5   ████████████████████████████████

6   ████████████████████████  ██████████████

7   ███████████████████████████████

8   ████████████

9      A. █████████████████████████████████

10  ████████████████████████████████████  █

11  █████████████████████████████████████

12  ███████████████████████████████

13  █████████████████████████████████████

14  ██████████████████████████████

15  ███████████████████████████████████████

16  ██████████████████  ████████████████████

17  █████████

18     Q. █████████████  ████████████████████

19  ███████████████████

20     A. █████████████████████████████████

21  ███████████████████████████████████████

22  ██████████████████████  █████████████

23  ███████████████████

24     Q. ██████  █████████████████████████████

25  ████████████

Page 148



```
 1        A. ██████████████
 2        Q. ████████████████████████████
 3        A. ████████████
 4        Q. ██████████████████████████
 5        A. █████████████████████████████████
 6     ██████████████████████████████████████
 7     ██████████████████████████████████  ██
 8     ████████████████████████████████████
 9     ████████████████  █████████████████████
10     ██████
11        ██████████████████████████████  ██
12     ███████████████████████████████████████
13     ██████████████████████████████████████
14     ████████████████████████████████████
15     ██████
16        Q. ██████████████████████████
17     ██████████████████
18        A. █████████████████████  ██████████████
19     ██████████████████████████████████████
20     ██████████████████  ████████████████████
21     ██████████████████  ███████████████████
22     ██████████████████████
23        Q. We're going to flip the page to the second
24     page.
25        ██████████████████████████████████████
```

Page 149

1    ████████

2         MS. BINA:  Which exhibit is this?  Is it

3    ████████

4         MR. LEVINE:  Correct, that's Exhibit 10.

5    BY MR. LEVINE:

6         Q.  ██████████████████████████

7    ██████████████████████████

8         A.  ████████

9         Q.  ████████████  ████████

10   ██████████████  ██████████████

11   ████████████████

12     ████████████████████

13   ████████████████████████████

14   ████████

15         MS. BINA:  Objection.  Compound.

16         You can answer.

17         THE WITNESS:  ██████████████

18   ████████████████████  █

19   ██████████████████████

20   ██████████████████████

21   ████████

22     ██████████████████████

23   ██████████████████████

24   ████████████████

25   BY MR. LEVINE:



Page 150

1      Q. ███████████████████████████

2      A. ██████████████████████████████████████

3   ████████████

4          MS. BINA:  Justin, I could use a short break.

5          MR. LEVINE:  Sure.  Let me -- just a couple

6   more questions.

7          MS. BINA:  Yes, no problem.

8   BY MR. LEVINE:

9      Q. ████████████████████████████████

10  █████████████████████████████████

11  ██████████████████████████████████

12  █████████████

13     A. ███████████████████████████████████

14  ████████████████

15     ████████████████████████████████

16  ███████████████████████████████████████

17  ██████████████████████████████████████

18  ███

19     ████████████████████████████████████

20  █████████████████████████████████

21  ████ ████████████████ ██████████████

22  █████████████████████████

23     ████████████████████████████████

24  ██████████ █████████████

25     Q. █████████████████████████████████████

Page 151



Page 152

1    Q. ██████ ) ████████████████████████████

2    ████████████████████████████████████

3    █████████████████████████████████ )

4    ████████████████ )

5    A. ███████████████ ) ████████████████████ )

6    ████████████████████████████████████ )

7    █████████████████ )

8    Q. ████████████████████████████████ )

9    ██████████████████████████████ )

10   MS. BINA:  Objection.

11   THE WITNESS: ████████████████████████████ )

12   ████████████████████ ) ████████████████████ )

13   ███████████████ )

14   BY MR. LEVINE:

15   Q. ████████ ) ██████████████████████████ )

16   ████████████████████████████████████ )

17   ████████████████████████████ )

18   A. ███████████████ ) ████████████████████ )

19   ████████████████████████████████████ )

20   ████████████████████████████ )

21       MR. LEVINE:  I think, Jessica, we can take a

22   five-minute break.

23       MS. BINA:  Sure.  I wanted to make sure the

24   witness was finished with his answer.  You talked

25   over each other a little bit.

Page 153

```
 1              THE WITNESS:  I'm finished.  Thank you.

 2              MS. BINA:  Let's take five to ten.

 3              (Whereupon, a break was taken.)

 4              MR. LEVINE:  So let's enter Exhibit 11.  That

 5    is going to be -- it's ██████████.

 6              MS. BINA:  Okay.

 7              (Whereupon, Exhibit 11 was marked for

 8    identification.)

 9    BY MR. LEVINE:

10         Q. Chris, do you recognize -- excuse me,

11    Sebastien, do you recognize this document?

12         A. Not really.

13         Q. Okay.  Fair enough.  ██████████████

14    ████████████████████

15         ████████████████████

16    ████████████████

17         A. ██████████████████

18         Q. ██████████████████████

19    ████████████████

20         ██████████████████████

21    ██████████████████████

22    ████████████

23         A. ██████████████████████

24    ████████████ ████████████████

25    ████████████
```

1    Q. [redacted]

2    [redacted]

3    A. [redacted]

4    [redacted]

5    [redacted]

6    [redacted]

7    Q. [redacted]

8    [redacted]

9    A. [redacted]

10   [redacted]

11   [redacted]

12   [redacted]

13   [redacted]

14   [redacted]

15   [redacted]

16   [redacted]

17   [redacted]

18   [redacted]

19   [redacted]

20   Q. What is the culture at Apple?  You've

21   mentioned it a couple of times today.

22   A. I think the culture -- Apple is a company

23   where we have a very collaborative culture, one of --

24   it's a functional organization, which means we have

25   one team that builds the technology that serves all

```
1    of our products, versus most other companies that

2    have -- you might have like an iPad division, an

3    iPhone division, a Mac division that are like these

4    silos that compete with each other.

5            In our case, we don't have that.  We have one

6    software team that serves them all.

7            So the company has developed this culture

8    that is both very technical and also very

9    collaborative.  It's not about superstar individuals

10   that come in that are trying to make a name for

11   themselves, for example.  It is much more one of

12   humbleness and interdependency.

13       Q.  ████████████████████      ████████████████
     ██  ████████████████████████████████████████████
     ██  ████████████████████
     ██      ████████████████████████████████████████
     ██  ██████████████████████████████████████████████
     ██  ██████████████████████████████████████████
     ██  ████████████████████████
     ██      ████████████████████████████████████████
     ██  ████████████████████████████████████████
     ██  ██████████████████████████████████████████████
     ██  ██████████████████████████████████████████████
     ██  ████████████████████████
     ██      ██████████████████████████████████████████
```







Page 159

1    Q. ████████████████████████████████████

2    ████████████████████████████████████████

3    ████████████████████

4    A. ██████████

5    Q. ████████████████████████████████████

6    ████████████████████████

7    A. ████████████████████   ████████████████████

8    ████████████

9    Q. ████████████████████████████████████

10   ████████████████████

11   A. ████████████████████████████████

12   ████████████████████████████████████████

13   ████████████████████████████████████████

14   ████████████████████████████████████████

15   ████████████████████████████████████████

16   ██████████████████   ████████████████████████████

17   ████████████████████████████████████████

18   ██████████████████████

19          MR. LEVINE:  Let me go to ████████████████.

20   That's going to be Defense Exhibit 12.

21          (Whereupon, Exhibit 12 was marked for

22   identification.)

23          THE WITNESS:  Is that ██████

24          MR. LEVINE:  Excuse me, ██████.

25   BY MR. LEVINE:



Page 160

1        Q. Do you have that in front of you?

2        A. Yes.

3        Q. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4        A. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5     ▮▮▮▮▮▮▮▮▮▮▮▮

6        Q. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮

7     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8        A. ▮▮▮▮▮▮

9        Q. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10    ▮▮▮▮▮▮▮▮▮▮

11       ▮▮▮▮▮▮

12       A. ▮▮

13       Q. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14    ▮▮▮▮▮▮▮▮▮▮▮▮

15       ▮▮▮▮▮▮▮▮▮▮

16       A. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17    ▮▮▮▮▮

18       Q. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20    ▮

21       A. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

22    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

25    ▮▮▮▮▮▮▮▮▮▮▮▮▮

Page 161



 1     ████████████████████████████████

 2     ██████████████████████████████████████

 3     ████████████████████████████████

 4            Q. ██████  ████████████████████████

 5     ██████████████████████████████████

 6            A. ████████████████████████████

 7     █████████████████████████████  ██████

 8     █████████████████

 9            ████████████████████████

10     ████████████████████  ████████████████

11     ████████

12            MR. LEVINE:  Let me enter Defense Exhibit 12

13     [sic].  This is going to be ██████████████.

14            MS. BINA:  This will be 13.

15            THE WITNESS:  Can you say that number again?

16            MR. LEVINE:  ████ for you.

17            (Whereupon, Exhibit 13 was marked for

18     identification.)

19     BY MR. LEVINE:

20            Q. Look over that document there.

21            A. Okay.

22            Q. ████████████████████████████

23     ████████████████████████  ██████████████

24     ████████

25            A. ████████████████

1    Q. ████████████████████████████████████

2    ██████████████████████████████████████

3    ████████████████    ████████████████████

4    ████████████████████

5         █████████████████

6    A. ████████████

7    Q. ███████████████████████████████████

8    ████████████████████████████████████████

9    ██████████████████

10        ███████████████████

11   A. ████████████

12   Q. ████████████████████████████████████████

13   █████████████████████████████████

14   A. ███████████████

15   Q. ███████████████

16        MS. BINA:  I don't think the witness was

17   finished with his answer.

18   BY MR. LEVINE:

19   Q. █████████████████

20        ████████████████    ███████████████████

21   █████████████████████████████████████████

22   ████████████████████████████████████

23   ██████████████████████████████████

24   ███████████████████████████████████████

25   ██████████████████████████████████

Page 163



Page 164



Page 165



BY MR. LEVINE:

Q.

A.

Q.

A.

Q.

Page 166

1    A. ████████████████████████████████

2    ████████████ ████████████████████

3    Q. ██████ ███████████████████ ████

4    ████████████████████████████

5        MS. BINA:  Objection.  Lacks foundation.

6        THE WITNESS: ████████████████████

7    ██████████████████████████

8    ████

9        ██████████████████████████████

10   ████████████████ █████████████████

11   ████████████████████

12   BY MR. LEVINE:

13   Q. ██████████████████

14   ██████████████████████████████████

15   ████████████████████████████████

16   ████████████████████████████████

17   ██████████████████████████████████

18   ██████████████████

19       MS. BINA:  Objection.  Lacks foundation.

20       THE WITNESS: ████████████████████

21   █████████████████████████████ ██

22   ████████████████████████████████

23   BY MR. LEVINE:

24   Q. ████████████████████

25   A. ██████████████████████

Page 167

1   ██████████████████████████████████████

2   ████████████████████

3       Q. I'm asking for your opinion, recognizing

4   you're not a lawyer, just your opinion.

5       MS. BINA:  Objection.  Calls for a legal

6   conclusion.

7       You're asking him to opine over whether

8   something violates the law.

9       MR. LEVINE:  Listen, that's fine.  Keep your

10  objections to form.

11  BY MR. LEVINE:

12      Q. I'm simply asking for your opinion.

13      MS. BINA:  I'm going to object that this

14  calls for a legal conclusion.

15      MR. LEVINE:  You can do that.

16      MS. BINA:  Also asked and answered.

17      But you can answer.

18      THE WITNESS:  █████████████████████

19  ████████████████████████████████

20  █████████████ ██████████████████████

21  ██████████████████████████████

22  BY MR. LEVINE:

23      Q. ███████ ████████████████████████████

24  ████████████████████████████████

25      A. ███████████████

 1          MR. LEVINE:  And for the record, asking for

 2     an opinion is not asking for a legal conclusion.

 3          MS. BINA:  I disagree when the question is

 4     does something violate the law or require a license,

 5     but we don't need to debate this here now.

 6          MR. LEVINE:  I'd like to bring in Defense 14,

 7     ███████.

 8          (Whereupon, Exhibit 14 was marked for

 9     identification.)

10     BY MR. LEVINE:

11          Q. Do you recognize this document, Mr. Marineau?

12          A. I do not.  ████████████

13          Q. ██████████████████████████

14     ████████████████████████

15          A. ████████

16          Q. ███████████████████████████

17     ███████████████

18          A. ████████

19          MR. LEVINE:  Let's look at ████████████.

20          MS. BINA:  That's 15?

21          MR. LEVINE:  Correct.

22          (Whereupon, Exhibit 15 was marked for

23     identification.)

24          THE WITNESS:  Yes, I see this.

25     BY MR. LEVINE:



Page 170

1     A. ████████████████████████████████████████

2  ██████████████████████████████████████████████

3  ████████████████████████████████████████████

4  ██████████████████████████████

5        MR. LEVINE:  Let's look at ████████████████.

6        MS. BINA:  So that will be 16?

7        MR. LEVINE:  Defense 16.

8        MS. BINA:  Thank you.

9        (Whereupon, Exhibit 16 was marked for

10   identification.)

11        THE WITNESS:  Yes, I see it.

12   BY MR. LEVINE:

13     Q. ████████████████████████████████████████████

14  ████████████████████████████

15     A. ██████████████████████████████████████

16     Q. ████████████████████████████████████████

17  █████████████████████████████████████████████████

18  ███████████████

19     A. ████████████████ ██████████████████████████

20  ████████████████████████████

21     Q. ████████████████████████

22     A. █████████████████████████████████ █

23  ██████████████ ████████████████████████████████████

24  ██████████████████

25     Q. ████████████████████████





```
 1
 2
 3
 4
 5
 6       Q.
 7
 8       A.
 9
10
11
12
13
14
15
16
17
18
19
20       Q.
21
22       A.
23
24
25            MR. LEVINE:  I'm going to enter Defense 17.
```

1    This will be ███████████.

2            (Whereupon, Exhibit 17 was marked for

3    identification.)

4            THE WITNESS:  Okay.

5    BY MR. LEVINE:

6        Q.  ██████████████████████████

7        A.  ████████

8        Q.  ███████████████████████████████

9    ██████████████████

10       A.  █████████

11       Q.  ███████████████████████████████

12       A.  ████████

13       Q.  ██████████████████

14       A.  ███████████████████████████████

15   ████████████

16       Q.  ███████████████████████████

17       A.  ███████████  ████████████████

18       Q.  ██████████████████████████████

19       A.  ██████████  █████████████████████

20   ███████████████████████████████████████

21   ███████████████████████████████████

22   ██████████████████████████████████

23       Q.  █████████████████████████████████

24   ███████████████████████████████████████

25       A.  █████████████████  █████████████████

Page 174

1  ████████████████████████████████████

2  ████████████████████████████████████

3  ████████████████████████████████████

4  █████████████

5  Q. ████████████████████████████████

6  ████████████████████████████

7  A. ████████████████████

8        MR. LEVINE:  We're going to look at ███████

9  ████████████████.  It will be Defense Exhibit 18.

10       (Whereupon, Exhibit 18 was marked for

11  identification.)

12       THE WITNESS:  ██████ okay.

13  BY MR. LEVINE:

14    Q. I'll give you a moment to look over this

15  document.

16       Do you recognize it?

17    A. I believe so.  Let me just look at it.  I

18  mean, I don't recall this, but ███████████████████

19    Q. ███████████████████████████████

20  ████████████████████

21    A. ████████████████████████ ██

22  ███████████████████

23    Q. ███████████████████████████████

24  ████████████████████████████████████

25  ████████████████████

Page 175

1     ████████████████████████████████

2     A.  ███████████████████████████████

3  █████████████████████████████████

4     Q.  ███████████████████████████████

5  █████

6     A.  █████

7     Q.  ████████████████  ██████████████

8  ██████████████████████████

9  ██████████

10     A.  ████████████████████

11          MR. LEVINE:  Let's look at ████████████

12  ██████ the second page would be ██████  That will be

13  Defense Exhibit 19.

14          (Whereupon, Exhibit 19 was marked for

15  identification.)

16          MS. BINA:  Thank you.

17  BY MR. LEVINE:

18     Q. Did you find it, Mr. Marineau?

19     A. Yes, I have it.

20     Q.  █████████████████████  ██████

21  ██████████████████████████████████

22  ██████████████████  ████████████████

23  ██████████

24     A.  ███████████████████████████

25  ██████████████████████████████████



Page 177

1 █████████████████████████████

2 █████████████████████████████

3 ████████████████████ ████████████

4 ██████████████████████████████

5 ████████████████████████

6      Q. Let's take a look at ███████████████.

7 That will be Defense Exhibit 20.

8      A. ████████

9      Q. You're right.

10         (Whereupon, Exhibit 20 was marked for

11 identification.)

12         THE WITNESS:  I have it.

13 BY MR. LEVINE:

14      Q. Just take a minute to review.

15      A. Yes, I have it.

16      Q. ████████████████████████

17 ████████████████████████

18 ████████████████████

19     ████████████████████████

20 ████████████████████████

21 ████████████████████████

22     ████████████████

23      A. █████████  ████████████████████

24 ████████████████████ ████████████

25 ████████████████████████

Page 178



```
1
2
3
4    Q.
5
6
7    A.
8
9
10   Q.
11
12   A.
13
14
15
16   Q.
17   A.
18
19   Q.
20
21
22        MS. BINA:  Objection.  Vague as to
23   technology.
24
25
```

Page 179



```
 1         MR. LEVINE:  ████  ████████████
 2   █████████████████████████
 3         MS. BINA:  Thank you.
 4         THE WITNESS:  ██████████████████████
 5   ███████████████████████████████████
 6   █████████████████████████████
 7   ████████████████████████████████
 8   ████████████████████████████████
 9   ██████████
10   BY MR. LEVINE:
11         Q.  █████████████████████████████
12   ██████████████████████
13         A.  █████████████████  ██████████████
14   ████████████████████████████████████
15   ██████████████████████
16         Q.  ████████████████████████████
17   ██████████████
18         A.  ████████████████  ████████████████
19   ████████████████████████████
20         Q.  ███████████████████████████████
21   ██████████████
22         A.  ████████████████████████████
23   ███████████████████████████████████
24   █████████████████
25         Sorry, can you give me just one second?  Let
```

1    me get a cough drop.

2        Q. Sure.

3        A. Okay.  Hopefully this will help.

4        Q. What is a shortcut?

5        A. ████████████████████████████

6    ████████████  By that I mean, for example, if iOS

7    relies on a piece of hardware being present, camera

8    is a good example, taking shortcuts would be what is

9    the bare minimum you can do to fake the existence of

10    a camera so that iOS runs without really implementing

11    this, so it's kind of a shortcut.

12        So if you never launched a camera in that iOS

13    virtualized instance, it wouldn't matter.  It's kind

14    of just enough for iOS to start.  It's a bit like

15    cutting corners.

16        Q. So I certainly learned some things about the

17    tech industry in this case.  So one of those things

18    is that there's some terms that appear to have a

19    negative connotation to the term, but then, when you

20    really learn how they're used in the tech industry,

21    that's really not the case.

22        For example, hacker is one of them.  For lay

23    people like myself, the term "hacker" has a negative

24    connotation, but when you use it in the tech

25    industry, apparently that's not the case.

```
1          And coming to find out jailbreak is another

2    one that sounds bad, but is shortcut another one of

3    those things that may sound bad in the beginning, but

4    --

5         A. You take shortcuts to get to the goal.

6         Q. So it doesn't necessarily mean a bad thing?

7         A. No.

8         Q. Okay. ████████████████████████████████

9    ██████████████████████████████████████████████

10        A. ████████████████████████████████

11        Q. ████████████████████████████████

12        A. ████████████████

13        Q. Okay.

14            MR. LEVINE:  So let's look at ████████████

15    ██████ ) This will be Defense Exhibit 21.

16            (Whereupon, Exhibit 21 was marked for

17    identification.)

18            THE WITNESS:  Yes, I see it.

19    BY MR. LEVINE:

20        Q. Take a moment to review that.

21        A. Okay.

22        Q. ████████████████████████████████████

23        A. ██████████

24        Q. ████████████████████████████████████

25    ████████████
```

Page 182

1        A.  ██████

2        Q.  ████████████████████████

3    ████████████████████

4        A.  ████████████  ███████████████

5    ████████████████

6        Q.  ██████████████████████████

7    ██████████████████████████

8    ████████████████

9        A.  ████████████  ████████████

10   ██████████████████████████

11   ████████████████  ████████████████████

12   ██████████  ██████████████

13       Q.  ████████████████████

14   █████████████████████████████

15       A.  ████████████████

16       MR. LEVINE:  Let's look at ████████████

17   ████  That's going to be Defense Exhibit 22.

18       (Whereupon, Exhibit 22 was marked for

19   identification.)

20       THE WITNESS:  Okay.

21   BY MR. LEVINE:

22       Q.  ████████████████████████

23   ██████████████████████████████

24   ████████████

25       A.  ████████████████████████

Page 183



Page 184

1   ██████████████████████████████████

2   ████████████████████  ████████████████████████

3   ████

4            ████████████████████████████████████

5   ████████████████████████████████████

6   ████████████████████████████████

7   ████████████████████████████████████

8   ██████████

9            ████████████████████████████████████

10  ████████████████████████████████████

11  ████████████████████████████████████

12  ████████████████████████████████████

13  ████████████████████

14       Q.  ████████████████████████████

15       A.  ██████████████████████████████

16       Q.  ██████████████████████████

17       A.  ██████████████████  ██████████████████

18  ████████████████████████

19       MR. LEVINE:  I'd like to enter Defense 23,

20  ██████████████████

21       (Whereupon, Exhibit 23 was marked for

22  identification.)

23  BY MR. LEVINE:

24       Q.  ████████████████████████████████████

25       A.  ██████████████████████

Page 185



```
 1        Q.
 2
 3
 4        A.
 5        Q.
 6
 7        A.
 8        Q.
 9        A.
10        Q.
11
12
13
14        A.
15        Q.
16
17        A.
18
19
20
21
22
23        Q. So let's look at                    This
24   will be Defense Exhibit 23 -- or 24.
25        A. I'm sorry, what's the number that you want me
```

Page 186

1    to look at?  Sorry.

2         Q. ████ )

3         A. ████████. )

4              (Whereupon, Exhibit 24 was marked for

5    identification.)

6              THE WITNESS:  Yes, I see that.

7    BY MR. LEVINE:

8         Q. ████████████████████████ )

9    ████████████████████ )

10   ████████ )

11        A. ████████████████████ ) █ )

12   ████████████████████████ )

13   ████████████████ )

14        Q. ████████████████████ )

15   ████ )

16        A. ██████ )

17        Q. ████████████ )

18   ████████████████ )

19        A. ████████████ ) ████████ )

20   ██████ ) ████████████████ )

21   ████████████ ) ████████████ )

22   ████████████ ) ████████████ )

23   ████████████ )

24        Q. ████████████████████ )

25   ██████ )

Page 187

1        A. ████████████████████████

2        Q. ██████████████████████████████

3        A. ██████████████████████████████████

4           MR. LEVINE:  Let's look at ████████████████

5      This will be Defense Exhibit 25.

6              (Whereupon, Exhibit 25 was marked for

7      identification.)

8              MS. BINA:  What was that Bates number?

9              MR. LEVINE: ██████

10             MS. BINA: ███  Thank you.

11             THE WITNESS: ████████████████████████

12   ████████████████████████████████████████

13   ████████████████████████████████████████

14   ██████████████████████████████████████████

15   ██████████████████████████████████████████

16   ██████████

17      ████████████████████████████████████████ ██

18   ██████████████████████████████████████████

19   ████████████████████████████████████████████

20   ████████████████

21   BY MR. LEVINE:

22       Q. ██████  ██████████████████████████

23       A. ████████████████████████████████████

24   ████████████████████████████████████████

25        ████████████████████████████████████

Page 188

1  █████████████████████████████  ████████████████

2  ██████████████████████████████████

3  █████████████████████████████████

4     Q. ██████████████████████████████████████

5     A. ██████████████████████████████████

6  ████████████████████████████████████

7  ████████████████████████████████████████

8  █████████████████████████████████████████

9  ███████████████████  ████████████████████████

10 ██████████████████████████████████████

11 ██████████  █████████████████████████████████

12 ███████████████████████████████████████

13 ███████████████████████

14    Q. I'm a car guy, too.

15    A. There you go.  I'm there.

16    Q. ██████████████████████████████████

17 ███████████████████████████████████████████

18 ████████████████████████████████████████

19 █████████████████  ██████████████████

20    A. ███████████████████████████████████

21 ████████████████████████████████

22 ████████████████████████████████████████

23 ████████████████████████████████████████

24    ████████████████████████████████████████

25 ██████████████████████████████████

Page 189



8      MS. BINA:  Justin, I could use a break.

9      MR. LEVINE:  Okay.  Could we get through this

10  document?

11     MS. BINA:  That's fine.

12     MR. LEVINE:  I don't have too many questions.

13  BY MR. LEVINE:

14     Q.

Page 190



```
1              Q. Fair enough.  Okay.

2                 MR. LEVINE:  Ms. Court reporter, do you want

3       to take a ten-minute break?

4                 THE REPORTER:  Sure.

5                 (Whereupon, a break was taken.)

6       BY MR. LEVINE:

7              Q. ███████████████████████████████████████

8       ███████████████████████████████████████████

9       ███████████████████████████████████████████

10             A. ████████████   ██████████████████████████

11      ████████████████████

12             Q. Let's look at █████████████████

13             A. One second.

14                MS. BINA:  That will be 26?

15                MR. LEVINE:  Defense 26.

16                (Whereupon, Exhibit 26 was marked for

17      identification.)

18                THE WITNESS:  I'm sorry, ████

19      BY MR. LEVINE:

20             Q. Correct.

21             A. Okay.

22             Q. ██████████████████████████

23             A. ████████

24             Q. Who is John Ripley?

25             A. John Ripley is, I believe, an engineer in the
```

Page 192

```
 1     Core OS team, I believe.  He is not on my team.

 2         Q. ███████████████████████████████

 3     ████████████████████████████

 4         A. ███████████

 5         Q. █████████████████████

 6         A. ████████████████████

 7            MS. BINA:  Objection.  Lacks foundation.

 8            THE WITNESS: ██████████████████████

 9     █████████████████████████████████

10     ██████████████████████████████████

11     ███████████████████████  █████████████

12     ████████████████████████████

13     BY MR. LEVINE:

14         Q. ███████████████████████████████

15     █████████████████████████████████

16     ████

17         A. █████████████████████████████

18     ████████████████████  ████████████████

19     ██████████████████████████████████████

20     ██████████████████  ███████████████████

21     ██████████████████████████████████████

22     ███████████████████

23         Q. Let's look at -- let's look at ██████████

24     █████████████████

25         A. Is that ██████
```

Page 193

1          Q. Yes, correct.  That will be Defense Exhibit

2      27.

3              (Whereupon, Exhibit 27 was marked for

4      identification.)

5              THE WITNESS: ███████████████████ █

6      ████████████████████████████████████████

7      █

8      BY MR. LEVINE:

9          Q. That's all right.  We'll mark it but -- why

10     don't we go to ████████

11             MR. LEVINE:  That will be Defense Exhibit 28.

12             (Whereupon, Exhibit 28 was marked for

13     identification.)

14             THE WITNESS: ████████████████████

15     ██████████

16     BY MR. LEVINE:

17         Q. ██████

18         A. ████████

19         Q. ██████████████

20         A. ███████████████████

21     ██████████████████████

22     ████████████

23         Q. ████████

24         A. ████████

25         Q. ██████████



Page 195

1 ████████████████████████████████████████████

2 ████

3    Q. █████████████████████████████████████

4 ████

5    A. ████

6    Q. ██████████████████████████████████████

7 ███████████████████████████████████

8 ██████████████████████████████████████

9 ██████

10    ██████████████████████████████ ████

11 ████████████████████████████████████

12 ██████████████████████████████████████

13 ██████████████████████████

14    A. ████

15    Q. ████████████████████████████████████

16 ██████████████████████████████████████

17 ██████████████████████████████████████

18 ██████

19        MS. BINA:  Objection.  The document speaks

20    for itself.  Lacks foundation.

21        THE WITNESS:  ████████████████

22 ██████████████████████████████████████

23 ███████████████████████████████████

24 ████████████████████████████████ ██

25 ████████████████████.



Page 196

1    BY MR. LEVINE:

2        Q.  ███████████████████  ████████████

3    ████████████████████████████████

4    ███████████████

5        A.  ██████████████████████████

6    ██████████████████████████

7    ████████████████████████████

8    █████████████████

9        Q.  ██████████████████████████

10   █████████████████

11       A.  ██████

12       Q.  ███████████████████████

13   ███████████████████████████

14   ██████████

15       A.  ███████

16       Q.  Let's look at ██████████████████

17   ███

18           MR. LEVINE:  This will be Defendant's

19   Exhibit 29.

20           (Whereupon, Exhibit 29 was marked for

21   identification.)

22           THE WITNESS:  ████████████████████

23   ██████████

24   BY MR. LEVINE:

25       Q.  ███████████████████

1    ████████████████████████████

2    A.   ████████████

3    Q.   ████████████████████████████

4    ███████████

5    A.   ███████

6    Q.   ██████████████████████████████████

7    ████████████

8    A.   ████████████████

9         Q. How many times a week do you meet on average

10    with Craig?

11         A. I generally have one hour a week with him and

12    then, I am in meetings with him that are the various

13    product meetings, I don't know.  Some weeks it's like

14    20 hours.  And generally, I have 40 hours of meetings

15    every week.  That's kind of my life.

16         Q. I███████████████████████████████████

17    ███████████████████████████████████████

18    ████████████

19    A.   █████████████████████████

20    ██████████████████████████████████████

21    ██████████████████████████████████

22    ████████████   ████████████████████

23    ██████████████████████████████████

24    Q.   ██████████████████████████████████

25    █████████████████

Page 198

1      A. 

2

3

4

5

6

7

8

9

10

11        MR. LEVINE:  Let's look at

12

13        (Whereupon, Exhibit 30 was marked for

14   identification.)

15   BY MR. LEVINE:

16        Q.

17                              This will be Defense Exhibit 30.

18

19

20

21

22

23

24        MS. BINA:  Objection.  Lacks foundation.

25        THE WITNESS:

Page 199



 1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 2  ▮▮▮▮▮
 3  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 4  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 5  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 6  ▮▮▮▮▮▮▮▮▮▮▮▮
 7  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 8  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 9  ▮▮▮▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮▮
10  ▮▮▮▮▮▮▮▮▮▮
11  BY MR. LEVINE:
12      Q.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21      MS. BINA:  Objection.  Lacks foundation.
22      THE WITNESS:  ▮▮▮▮▮▮▮▮▮▮▮▮
23  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Page 200

1    ████████████████████████████████████████

2    ████████████████████████████  ████████████

3    ████████████████████████████████████████

4    ████████████████████████

5         MS. BINA:  ██████████████████████

6    ████████

7         THE WITNESS:  ████████████

8    BY MR. LEVINE:

9         Q.  ████████████

10        A.  ████████████████████████████

11   ████████████████████

12        Q.  ████████████████████

13        A.  ██████████████████████████

14   ████████████████████████████████████████

15   ████████████████████████████████████████

16   ██████████████

17        Q.  ██████████████████████████

18        A.  ████████████████████

19   ██████████████████████████████

20   ██████████████████████████████

21   ████████████████████████████████████

22   ██████████████████████████████████

23   ████████████████████████████████████

24   ████████████████████████████████

25   ████████████████████████████████

Page 201

1 ████████████████████████████████████

2 Q. ████████████████████████

3 A. ██████████████████████████████

4 ████████████████████████████████████

5 ████████████████████████████████████

6 ████████████████████████████████ ██████

7 ████████████████████████████████

8 ████████████████ ████████████████████

9 ██████████████████████████

10 Q. ████████████████████████████

11 ████████████████████████████████████

12 ██████

13 MS. BINA:  Objection.  Lacks foundation.

14 THE WITNESS:  ████████████████████

15 ██████

16 BY MR. LEVINE:

17 Q. ████████████████████████████

18 ██████ ██████████████████████████████

19 ██████

20 A. ████████████████████████████

21 ████████████████████████████████████

22 ████████████████████████████████

23 ██████ ████████████████████████████████

24 ██████

25 ██████████████████████████████████

Page 202



```
 1  ███████████████████████  █████████████████████
 2  ██████████████████
 3    ███████████████████████████████████████
 4  █████████████████████████████████████████
 5  ██████████████████
 6      Q. █████████████████████████████████
 7  ████████████████  ████████████████████████████
 8  █████████████████████████████████████████
 9  █████████████████████
10      A. ████████████████████████████████
11  █████████████████████████████████████████
12  █████████████████████████████████████████
13  ███████████████████████████████████████
14  ████████████████████
15    ███████████████████████████████████████
16  ██████████████████████████████████████
17  ████████████████████████████  ██████████████
18  ████████████████████
19      Q. Okay.
20      MR. LEVINE:  Let's look at ██████████████
21  ████████
22      MS. BINA:  And that's going to be 31?
23      MR. LEVINE:  31.
24      (Whereupon, Exhibit 31 was marked for
25  identification.)
```

Page 203

1              THE WITNESS:  Yes.

2       BY MR. LEVINE:

3              Q. █████████████████████████████

4       ████████████████  ███████████

5              A. ████

6              Q. █████████████████████████████

7       ████████████████████████████████

8       ███████████████████████████

9           ███████████████████████

10             A. ██████████████████████████

11      ████████  ██████████████████████

12             Q. ██████████████████████████████

13      ██████████████████████████████████

14      ████████████████████████

15             A. ███████████████████████████████

16             Q. ████████████████████████████

17      ████████████████████

18             A. ██████████████████████████

19      ██████████████████  ███████████████

20      ██████████████████████████████████████

21      ████████████████████████████████

22      ████████████████████████████████████████

23             Q. ███████████████████████████

24      █████████████████████████████████████████

25      █████████████████████████

1    A. ████████████████████████   ████████████

2    ████████████████████████████

3    Q. ██████████████████████████████

4    ██████████████████████████████

5    ██████████████████

6    A. ████████████████████   ██████████████

7    ██████████████████████████████

8    ██████████████████████████████

9    ████████████████████

10   Q. ████████████████████████████

11   ██████████████████████████████

12   ████

13      ████████████████████████

14   ██████████████████████████████

15   ██████████████████████████████

16   ██████████

17      MS. BINA:  Objection.  Lacks foundation.  The

18   document speaks for itself.

19      THE WITNESS: ████████████████

20   ██████████   ████████████████████

21   ████████████████████   ████████████

22   ████████████████████████

23   BY MR. LEVINE:

24   Q. ██████████████████████████████

25   ██████████████████████████

Page 205

```
1    ████████
2         A.  ████████████████████████████
3    ██████████████████  ████████████████████
4    ███████████████████████████████████████
5    ███████████████████████████████████████
6    ████████████████████████████████████████
7    █████  ██████████████████████████████████
8    ██████
9         Q.  ████████████████████████████
10   ██████████████████████
11        A.  ████████████████
12        Q.  ████████████████████████████
13   ████████████████████████████████████████
14   ██████████████████████
15        MS. BINA:  Same objection.
16        THE WITNESS:  ████████████████████
17   ███████████████████████████████
18   ████████████████
19        MR. LEVINE:  Let's look at ███████████
20   ██████  This will be Defense 32.
21           (Whereupon, Exhibit 32 was marked for
22   identification.)
23           THE WITNESS:  Yes.
24   BY MR. LEVINE:
25        Q.  ████████████████████████████████
```

Page 206

1    A. █████████  ████████████████████

2    █████████  ████████████████████

3    Q. ██████████████████████

4    ████████████████████████████████████

5    █████████████████████████████

6    A. ████████████  █████████████████

7    █████████████████████████████████

8    █████████████████████████████

9    Q. █████████████████████████

10   ████████████████████████████████

11   █████████████████████

12   A. ████████

13       MS. BINA:  I'm going to object to object to

14   counsel testifying.  Just try to keep these in the

15   form of a question.

16       MR. LEVINE:  ████████

17   BY MR. LEVINE:

18   Q. ██████████████████████████████

19   A. ██████████████████████████████

20   █████████████████████

21   Q. ██████████████████████████████████

22   ████████████████████████████████████

23   ██████████████████████████

24       MS. BINA:  Objection.  Calls for speculation.

25   THE WITNESS: ██████████████████  ███

1  ████████████████████████████████████

2  BY MR. LEVINE:

3       Q. Would you agree with me that there is bad

4  blood now?

5       A. I think that -- I don't know if you would

6  call it bad blood.  But certainly, yeah, we don't

7  have the same level of interactions with Corellium

8  and Chris Wade, nor do we appear to be on the same

9  wavelength.

10       Q. Do you agree with me that there's hostility

11  now between the two parties?

12       A. I don't know if there's hostility.  I

13  don't -- I don't sense that.  Clearly, we're here in

14  a deposition, so I'm not sure if it's hostility or

15  different views of, you know, what both parties

16  should be doing.

17       Q. Have you sensed at all, not just with

18  yourself but with your co-workers or your peers, that

19  there's some sense of hostility towards Corellium or

20  Chris Wade?

21       A. I honestly don't --

22          MS. BINA:  You can answer.

23          THE WITNESS:  I don't sense hostility.  I

24  think it's disappointment, that it's more

25  disappointment around -- Chris has always been

Page 208

```
1    passionate about coming to Apple and the fact that

2    we've ended up here is disappointing to everyone.

3    BY MR. LEVINE:

4         Q. ███████████████████████████████

5    ███████████████████████████████████████

6         MS. BINA:  Objection.  Calls for speculation.

7         THE WITNESS: ████████████████████████

8    █████████████████

9    BY MR. LEVINE:

10        Q. Let's look back at the document here.

11        ██████████████████████████

12        A. Sorry, this is ██████

13        Q. Yes.

14        A. ████████████████████████████

15        Q. ████████████████████████████

16   ███████████

17        A. ██████ ████████████████████████

18   ████████████████████████████████████████

19   ████████████████████████████

20        MR. LEVINE:  Let's look at ███████████

21   ████████ That will be Defense Exhibit 33.

22        (Whereupon, Exhibit 33 was marked for

23   identification.)

24        THE WITNESS:  Okay, I see it.

25   BY MR. LEVINE:
```



Page 210

1 ███████████████████████████████████

2 ██████████████

3    ██████████████████████   ██████

4 ████████████████████

5    Q. Let's look at ██████████████████

6 ████████████ 7.   This is Defense Exhibit 34.

7    A. Right.

8       (Whereupon, Exhibit 34 was marked for

9 identification.)

10 BY MR. LEVINE:

11    Q. ████████████████   ██████████

12 ██████████

13    A. ███████████████████████

14 ██████████████████████

15 ████████   ██████████████████

16    Q. How do things leak from Apple?

17    A. Good question.  If I knew, we wouldn't have

18 leaks.

19    Q. Clearly, it's got to originate from an

20 employee, right?

21    A. Sometimes some of the leaks come from, I

22 guess, employees that are talking to the press.

23 Sometimes they come from the press or some

24 enthusiasts that get access to something they're not

25 supposed to, for example.  And then, you know,



1   reverse engineer it and leak.

2          I guess there's a range of ways that leaks

3   happen.

4          Q.

5

6

7          A.

8

9          Q.

10

11          A.

12

13

14

15

16          Q.

17          A.

18

19          Q.

20          A.

21

22

23

24

25

Page 212

1      Q. █████████████████████████████████

2   ████████████████████████████████████

3   ████████████

4      A. ██████████████████████████████████

5   ████████████  ██████████████████████

6   ███████████████████

7      MR. LEVINE:  Let's look at ██████████████

8   ██████████

9      MS. BINA:  ██████

10     MR. LEVINE: ████████████████  █████████

11  █████████████████

12     MS. BINA:  ███████

13     MR. LEVINE:  Okay.

14     MS. BINA:  That's going to be 35, right?

15     MR. LEVINE:  Correct.

16     (Whereupon, Exhibit 35 was marked for

17  identification.)

18     THE WITNESS:  Yes.

19  BY MR. LEVINE:

20     Q. ██████  ██████████████████████████

21     A. ████████████

22     Q. ████████████████████████.

23     A. ████████████████████████████████

24  ██████████

25  ████████████████████████████████████



```
 1
 2
 3
 4      Q.
 5
 6
 7
 8
 9      A.
10      Q.
11      A.
12
13
14
15
16
17
18      Q.
19
20      A.
21      Q.
22
23
24          MS. BINA:  I'm just going to caution you not
25      to discuss any communications that were had with
```

1 attorneys present.  I don't know if that was the case

2 if there were attorneys present, but you should not

3 testify about the conversation.

4    THE WITNESS:

5

6

7

8

9

10

11

12

13

14

15

16 BY MR. LEVINE:

17   Q. Were you disappointed by this lawsuit?

18    MS. BINA:  Objection.  Irrelevant.  Lacks

19 foundation.

20    THE WITNESS:  I think I am disappointed with

21 the missed opportunity.  I think that is my

22 disappointment.

23 BY MR. LEVINE:

24   Q. Not with this lawsuit?

25   A. I guess I'm -- it is unfortunate that it has

```
1    come to that.  I wish we were in a different place.

2            I do feel that -- I felt with -- I guess,

3    with Corellium because I wasn't that involved, it's

4    hard for me to ascertain whether this is what

5    happened or not, but certainly with Virtual, I felt

6    there was a bit of moving the goal post as we were

7    trying to get an agreement with Chris and I always

8    found that to be disappointing.

9            Q. Let's look at ████████████████████

10           A. 18094.

11               MS. BINA:  That's going to be 36?

12               MR. LEVINE:  Correct.

13               (Whereupon, Exhibit 36 was marked for

14   identification.)

15   BY MR. LEVINE:

16           Q. ██████████████████████████████

17           A. ████████████████████

18           Q. ██████████████████████████████████

19   ████████

20           A. ██████████████████████████

21           Q. ████████████████████████████████████

22   ██████████████████████████████

23   ██████████████████████████████████

24   ██████████████████████████████

25           A. ██████████████████████████████
```



1

2

3

4

5

6

7

8

9

10        Q.

11          MS. BINA:  Objection.  Argumentative.

12    BY MR. LEVINE:

13        Q.

14        A.

15        Q.

16

17

18

19

20          MS. BINA:  Again, I'm going to caution you on

21    any privilege issues.  If this relates to settlement

22    or potential settlement talks that you had in

23    conjunction with counsel, it's not an appropriate

24    topic for this deposition.

25    BY MR. LEVINE:

Page 217

```
 1        Q.  I don't want any communications you've had

 2   with lawyers. ███████████████████████

 3   ████████████████████████████████████████████

 4   ████████████████████████████████████████████

 5   ████████████████████████████████████████████

 6   ██████████████

 7          ████████████

 8        A. I honestly -- that wasn't a topic for Craig

 9   ███████    ████████████████████████████████████

10   ████████████████████████████████████████████

11   ██████████████

12           ████████████████████████████████████

13   ████████████████████████████████████████████

14   ████████████████████████████████████████████

15   ██████████████████████████████████████████

16   ██████████████████████████████████████

17        Q. ████████████████████████████████████

18        A. ████████████████████████████

19        Q. ████████████████████████████████████

20   ██████████████

21           MS. BINA:  Just want to note for the record

22   that ██████████████████████████████████████

23   ██████████████████████████████████

24           MR. LEVINE:  Counsel, can you -- if you can

25   really -- it's in the record.  I would ask you to
```

```
 1    keep your objections to form or objection.

 2           MS. BINA:  I'm not --

 3           MR. LEVINE:  I don't need a response.  Just a

 4    yes.

 5           MS. BINA:  The record, which is to say --

 6    first off, he didn't say yes.  ████████████████)

 7    ███████████████████████)

 8           MR. LEVINE:  Now, you're testifying.

 9           MS. BINA:  But second of all -- no.

10           MR. LEVINE:  What are you doing right now?

11           MS. BINA:  If you'd stop interrupting, I'll

12    be done faster.

13           MR. LEVINE:  It's not about the speed or the

14    efficiency.  It's about what you're saying.  So --

15           MS. BINA:  I'm putting an objection on the

16    record, which is that you are repeatedly questioning

17    and mischaracterizing this witness's response on a

18    ████████████████) that he repeatedly said he doesn't

19    remember.

20           So I would like the record to reflect that

21    you are misstating evidence.

22           MR. LEVINE:  You can list your objection.

23           MS. BINA:  Which I did.

24           MR. LEVINE:  You spoke and you're engaging in

25    coaching.  Thank you.
```

1          MS. BINA:  I disagree.

2      BY MR. LEVINE:

3          Q. █████████████████████████████

4      █████████████████████████████████████

5      █████████████

6          A. ████████████████████████████

7      ████████████████████████████

8          ████████████████████████████

9      ████████████████████████████████

10     ██████████████████

11         ████████████████████████████

12     ████████████████████

13         Q. ███████ ██████████████████████

14         A. █████

15         Q. █████████████████

16     █████████████ ████████████████████

17     ██████████████████████████████████████

18     ██████

19         ██████████████████████

20         A. ██████ █████████████████████████

21     ████

22     ██████████████████████ █████████████

23     ████████████████████████████████

24     ████████████████████

25     █████████████████████████████████

Page 220

1    ████████████████████████████████████

2    ████████████████

3      ████████████████████████████████

4    ██████████████████████████

5    Q. ██████ ████████████████████████████

6    ████████████████████████████████

7    ████████████████████████████████████

8    ████████████████ ████████████████████████

9    ██████████████████████████████

10   ██████████████████████████

11       MS. BINA:  Objection.  Vague.

12   Unintelligible.  Compound.

13       THE WITNESS: ████████████████████

14   ████████████████████████████████████

15   BY MR. LEVINE:

16   Q. ████████████████████████████

17   ████████████████████████████████████

18   ██████████████

19   A. ████████

20   Q. ██████ ██████████████████████████████

21   ██████████████████████████████████████████

22   ██████████████████████████████████████████

23   ████████████████████████████

24     ██████████████████████

25       MS. BINA:  Objection.  Misstates the



Page 221

1     testimony.

2           MR. LEVINE:  Nobody testified.  You're just

3     coaching at this point.  Nobody's even testified.  So

4     please keep your objections to form.  Thank you.

5     BY MR. LEVINE:

6         Q.  

7

8         A.

9

10

11        Q.

12

13

14

15

16        A.

17

18        Q.

19

20

21

22

23

24

25           MS. BINA:  Objection.  Vague and compound.

Page 222

```
 1    Unintelligible.
 2              THE WITNESS:  ████████████████████
 3    ███████████████████████
 4    BY MR. LEVINE:
 5              Q.  ███████████████████████████
 6    ████████████████████████████
 7    ███████████████████████
 8              MS. BINA:  Objection.
 9              THE WITNESS:  ███████████████████
10    █████████████████████████
11    BY MR. LEVINE:
12              Q. Let me walk through it.
13              MS. BINA:  Hold on, Justin.  Let the witness
14    finish his answer.  He didn't finish.  Let him
15    finish.
16    BY MR. LEVINE:
17              Q. But my question was clear.
18              MS. BINA:  Justin, let him finish his answer,
19    and then, if you don't like it, you can ask him
20    again.  But it's not appropriate to cut a witness off
21    in mid-sentence.
22              MR. LEVINE:  Are you going to object on asked
23    and answered then?  Because you will.
24              MS. BINA:  I don't know.
25              MR. LEVINE:  And then, you'll tell him how to
```



```
 1    answer.

 2             MS. BINA:  Justin, I'm not going to argue

 3    with you.  I'm just asking you to let him finish his

 4    answer.

 5    BY MR. LEVINE:

 6        Q. Go ahead, Mr. Marineau.

 7        A. Now, you'll have to tell me the question

 8    again.

 9             MR. LEVINE:  Ms. Court reporter, can you read

10    back the question?

11             (The record was read by the Reporter.)

12             THE WITNESS:  ████████████████████

13    ████████████████████████████████████

14    ████████████████████████████████████

15    ██████████

16            ████████████████████████████████

17    ████████████████████████████████████████

18    ████████████████████████████████████

19    ██████

20            ██████████████████████  ████

21    ████████████████████████████████████

22    ██████

23    BY MR. LEVINE:

24        Q. ████████████████  ████████████

25    ████████████████████████████████████████
```

Page 224

1  ████████████████████████████████████████████

2  ████████████  ████████████████

3          MS. BINA:  Lacks foundation.

4          THE WITNESS:  ███████████████████

5  █████████████████  ████████████████████

6  ██████████████  ███████████████████████

7  ████████████████████

8  BY MR. LEVINE:

9          Q.  ████████  ████████  █████████████████

10  ████████████████████████████████████████

11  ███████████████████████████████████████

12  ████████████████████

13          ███████████████████████████████

14  █████████████████████████████████████████

15  █████████████████

16          A.  ██████████████████████████████

17  ██████████████████████████████████████

18  ███████████████████████████████  ████████████

19  ████  ████████████████████

20          Q.  █████████████████████████████████

21  ██████████████████████████████████████

22  ████████████████████

23          A.  ███████████████████  ████████████████

24  ██████████████████████████████████████████

25          Q.  ████████  █████████████████████████



```
1   ████████████████████████████████████████

2   ████████████████████████

3       A.  ████████

4       Q.  ████████████████████████████████

5   ████████████████████████████████████████

6       MS. BINA:  Counsel, this is becoming really

7   argumentative.  You've asked the same question like

8   at least fifteen times.

9       MR. LEVINE:  If I can just get a clear

10  answer.

11      MS. BINA:  You've been answered.  He didn't

12  agree with you.

13      THE WITNESS:  █████████████████████

14  █████████████████████████████████████████

15  ████

16  BY MR. LEVINE:

17      Q.  ██████████████████████████████████

18  ██████████████████████████████████████

19  ██████████████████████████████████████████

20      A.  ███████████████████████████

21      Q.  ██████████████████████████████████

22  ███████████████████████

23      A.  ██████████████████████████████████

24  █████████████████████   ██████████████

25  ████
```



Page 226

1    Q. ███████████████████████████

2    ██████████████████████████████

3    ███████████████████████████████

4    ███████████

5    A. ███████████████████████  █████

6    ██████████████████████

7    Q. ███████████████████████

8    ██████████████████████

9    █████████████

10   A. ██████████████████████████

11   ████████████

12   Q. ██████  ████████████████████████

13   A. ███████████████████████████

14   ████████████████████████████████

15   ███████████████

16        MR. LEVINE:  Let's look at ████████████

17   █████

18        (Whereupon, Exhibit 37 was marked for

19   identification.)

20        THE WITNESS:  Yes.

21        MS. BINA:  That's going to be for my own

22   records, 37.

23        MR. LEVINE:  That's 37.

24        MS. BINA:  All right.

25   BY MR. LEVINE:







1　▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰

2　▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰

3　▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰

4　▰▰▰▰

5　▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰

6　▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰

7　▰▰▰▰▰▰▰▰▰▰▰▰▰▰

8　▰▰▰▰▰▰▰▰▰▰▰▰▰▰

9　▰▰▰▰▰▰▰▰▰▰▰▰

10　　　A. ▰▰▰▰▰▰▰▰▰▰▰▰▰

11　▰▰▰▰　▰▰▰▰▰▰▰▰▰▰▰▰

12　▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰▰

13　▰▰▰▰▰▰▰▰▰▰▰▰▰▰

14　▰▰▰▰▰▰▰　▰▰▰▰▰▰▰▰▰

15　▰▰▰▰

16　　　　　MR. LEVINE:  Let's look at ▰▰▰▰▰, this

17　will be Defense 38.

18　　　　　MS. BINA:  Justin, we've been about another

19　hour.  I don't know if you've got a lot left or a

20　little.  Maybe we should take a break or it's going

21　to be done.

22　　　　　MR. LEVINE:  I don't think much more.  I

23　don't think I have much more.

24　　　　　MS. BINA:  We're up to 38 exhibits out of 41,

25　so I was starting to get a little hopeful.

Page 230

1          (Whereupon, Exhibit 38 was marked for

2      identification.)

3      BY MR. LEVINE:

4          Q. ████████████████████████████

5      ████████████

6          A. ████████████

7          Q. ██████████████████████

8          A. ████████████████████████

9      ████████████████████████████

10     ████

11         Q. ████████████████████████████

12     ██████

13     ██████████████████████████

14     ████████████████████████

15     ████████████

16         A. ████████████████████████

17     ██████████████████████████████

18     ██████████████████████████

19     ██████████████████████████████

20     ████████████████████████████

21     ██████████████████████████████

22     ████████████████████████████████

23     ████████████ ██████████████████

24     ██████████████████████

25         Q. ████████████████████████████

Page 231



Page 232



```
 1  ████████████████████  ████████████████
 2  ██████████████████████████████████████
 3  ████
 4        ███████████████████████████████
 5  ██████████████████████████████████████
 6  ████████████████████████████████████
 7  ██████████████████
 8        Q. ████████████████████████████
 9        A. ███████
10        Q. ████████████████████████████
11  ██████████████████████████
12        A. ██████████████████████████
13  ██████████████████████████████████
14  ████████████████████████████████████
15  ████████████████████████████████
16  ██████████████████████████████████.
17        Q. ████████████████████████████
18  ████████████████████████████████████
19  ██████████████████████████████████████
20  ██████████████
21        A. ████████████████████████████
22  ████████████████████
23        Q. Let's look at ████████████████
24        A. ████████
25        Q. This will be Defense Exhibit 39.
```

Page 233



1          MS. BINA:  Okay.

2          (Whereupon, Exhibit 39 was marked for

3    identification.)

4          THE WITNESS:  Okay.

5    BY MR. LEVINE:

6      Q.

7      A.

8      Q.

9

10     A.

11     Q.

12

13     A.

14

15

16

17

18

19     Q.

20     A.

21

22     Q.

23     A.

24

25

Page 234



1     Q. ███████████████████████████

2     ████████

3     A. ████  ████████████████████

4     ████████████████████████████████

5     ██████████████████████████

6     ████████████████████████

7          Q. Why don't we stay on the record, but just

8     give me about one minute.

9          MS. BINA:  No problem.

10   BY MR. LEVINE:

11        Q. Do you recall Chris bringing up the need for

12   Apple to launch a bug bounty program in 2014?

13        A. No, I do not.

14        Q. You said that hesitantly.  Because you don't

15   remember and you don't recall?

16        A. I don't recall him mentioning that.

17          A number of researchers and people in the

18   community would constantly bring it up.  So it's

19   possible that he did, but I don't recall that

20   specifically.

21          MR. LEVINE:  I don't think I have any further

22   questions today.

23          MS. BINA:  Okay.  I have nothing.

24          THE REPORTER:  Ms. Bina, would you like to

25   order a certified copy of this deposition?

Page 235

1          MS. BINA:  Yes, I'll order a copy.

2          THE REPORTER:  Does anybody need a rough

3     draft?

4          MR. LEVINE:  I don't think we need a rough

5     draft.

6          MS. BINA:  Yes, please, we'll order one.

7          MR. LEVINE:  Ms. Bina, he can read or waive.

8          MS. BINA:  He's going to read.  You can ask

9     him if you want, but he'll read.

10          MR. LEVINE:  That's fine.  We're all set.

11          (The deposition of SEBASTIEN MARINEAU-MES was

12     concluded at 6:59 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 236

1                       CERTIFICATE OF WITNESS

2

3           I, SEBASTIEN MARINEAU-MES, hereby declare that I

4      have read the foregoing testimony pages 1 through

5      237, inclusive.  I hereby state there are:

6

7              (check one)

8

9              _____ no corrections

10             _____ corrections per attached

11

12

13        _____

14        SEBASTIEN MARINEAU-MES

15

16        _____
          DATE

17

18                      ---o0o---

19

20

21

22

23

24

25

1          I, NINA PAVONE, a Certified Shorthand

2     Reporter, hereby certify that the witness in the

3     foregoing deposition was by me duly sworn to tell the

4     truth, the whole truth, and nothing but the truth in

5     the within-entitled cause;

6          That said deposition was taken down in

7     shorthand by me, a disinterested person, at the time

8     and place therein stated, and was hereafter

9     transcribed, by computer, into typewriting, under my

10     direction and supervision;

11          That before completion of the deposition

12     review of the transcript ( x) was requested ( ) was

13     not requested.  If requested, any changes made by the

14     deponent (and provided to the reporter) are appended

15     hereto.

16          I further certify that I am not of counsel,

17     nor attorney for any of the parties in the foregoing

18     deposition and caption named, nor in any way

19     interested in the outcome of the cause named in said

20     caption, and that I am not related to any of the

21     parties hereto.

22

23     DATE:  April 10, 2020

24                         _____

25                         NINA PAVONE, CSR #7802