DEX 7

```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF FLORIDA
 4    Case No. 9:19-cv-81160-RS
 5     - - - - - - - - - - - - - - - - - - - - -x
 6    APPLE INC.,
 7                          Plaintiff,
 8          -against-
 9    CORELLIUM, LLC.,
                          Defendant.
10     - - - - - - - - - - - - - - - - - - - - -x
11
                     Zoom Virtual Deposition
12
                     April 10, 2020
13                   11:00 a.m.
14
15      VIDEOTAPED DEPOSITION of STANISLAW
16    SKOWRONEK, in the above-entitled action,
17    held at the above time and place, taken
18    before Jeremy Richman, a Shorthand
19    Reporter and Notary Public of the State of
20    New York, pursuant to the Federal Rules of
21    Civil Procedure, and stipulations between
22    Counsel.
23
24                *       *       *
25
```

Veritext Legal Solutions
866 299-5127

```
 1
 2    Virtual Appearances through Zoom:
 3
          LATHAM & WATKINS, LLP
 4              Attorneys for Plaintiff
               140 Scott Drive
 5             Menlo Park, CA 94025
          BY:   GABRIEL S. GROSS, ESQ.
 6             (gabe.gross@lw.com)
                   -and-
 7             555 Eleventh Street, NW
               Suite 1000
 8             Washington, D.C. 20004-1304
          BY:   JEREMIAH A. EGGER, ESQ.
 9             (jeremiah.egger@lw.com)
10
          COLE SCOTT & KISSANE
11             Attorneys for Defendant
               222 Lakeview Avenue, Suite 120
12             West Palm Beach, FL 33401
13        BY:   JONATHAN VINE, ESQ.
               JUSTIN LEVINE, ESQ.
14             (jonathan.vine@csklegal.com)
               (justin.levine@csklegal.com)
15
16
17    PRESENT:
      ARIELLE FRIEDMAN, Videographer
18    JASON NIEH
      AMANDA GORTON
19                    *      *      *
20
21
22
23
24
25

                                        Page 2
```

```
 1
 2                    I N D E X.
 3
 4
 5    WITNESS        EXAMINATION BY            PAGE
 6
      SKOWRONEK         MR. GROSS           8, 178
 7
 8
                        E X H I B I T S
 9
      EXHIBIT           DESCRIPTION              PAGE
10    Exhibit 1    web page printout          53
11    Exhibit 2    screen captures from       62
12                 the Cloud version of
13                 Corellium's
14                 virtualization product
15    Exhibit 3    Bates stamped              90
16                 Corellium-013465
17    Exhibit 4    Corellium LLC's            100
18                 responses and
19                 objections to Apple
20                 Inc.'s notice of rule
21                 30(b)(6) deposition of
22                 defendant Corellium,
23                 LLC
24    Exhibit 5    Bates stamped              105
25                 Corellium-014463
```

                                            Page 3

```
 1
 2    Exhibit 6    CORSEC architecture        121
 3    Exhibit 10   Bates stamped ASI001062    146
 4    Exhibit 7    Bates stamped              160
 5                 APL-Corellium 00036236
 6    Exhibit 8    Bates stamped              170
 7                 APL-Corellium 0036205
 8    Exhibit 9    Bates stamped              179
 9                 APL-Corellium-36204
10    Exhibit 11   Bates stamped              325
11                 Corellium-009105.000001
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  Good | 11:02:28 |
| 2 | morning, we are going on the record | 11:02:28 |
| 3 | at 11:02 a.m. eastern standard time | 11:02:31 |
| 4 | on Friday, April 10, 2020.  This is | 11:02:35 |
| 5 | media unit one of the video | 11:02:39 |
| 6 | recorded deposition of Stanislaw | 11:02:41 |
| 7 | Skowronek in the matter of Apple, | 11:02:47 |
| 8 | Inc. versus Corellium, LLC, filed | 11:02:49 |
| 9 | in the United States District | 11:02:50 |
| 10 | Court, southern district of | 11:02:52 |
| 11 | Florida, docket number | 11:02:53 |
| 12 | 9:19-CV-81160-RS. | 11:03:00 |
| 13 | This deposition is being held | 11:03:02 |
| 14 | remotely via Zoom.  My name is | 11:03:05 |
| 15 | Ariel Friedman, your legal | 11:03:10 |
| 16 | videographer with Veritext Legal | 11:03:12 |
| 17 | Solutions.  Your court reporter is | 11:03:13 |
| 18 | Jeremy Richman, also with Veritext. | 11:03:15 |
| 19 | I will have counsel state | 11:03:19 |
| 20 | their appearances and affiliations | 11:03:20 |
| 21 | for the record, starting with | 11:03:21 |
| 22 | noticing attorney.  If there are | 11:03:22 |
| 23 | any objections to the proceeding, | 11:03:23 |
| 24 | state them at the time of your | 11:03:26 |
| 25 | appearance, and also let us know | 11:03:27 |

Page 5

| | | |
|---|---|---|
| 1 | that you are willing to have the | 11:03:29 |
| 2 | court reporter swear in the witness | 11:03:31 |
| 3 | remotely. | 11:03:32 |
| 4 | MR. GROSS:  All right.  Thank | 11:03:35 |
| 5 | you very much.  This is Gabriel | 11:03:37 |
| 6 | Gross of Latham & Watkins speaking. | 11:03:40 |
| 7 | I'll be taking the deposition | 11:03:42 |
| 8 | today, and with me in today's | 11:03:44 |
| 9 | proceeding are a couple of | 11:03:45 |
| 10 | colleagues; Jeremiah Egger, also | 11:03:46 |
| 11 | from Latham & Watkins.  Holly | 11:03:51 |
| 12 | Victorson will be observing some or | 11:03:53 |
| 13 | all of the deposition, and Apple's | 11:03:55 |
| 14 | expert witness in this matter, | 11:03:58 |
| 15 | Dr. Jason Nieh, is also observing. | 11:04:00 |
| 16 | And I'm sure if I left anyone off, | 11:04:02 |
| 17 | they'll speak up, but I believe | 11:04:05 |
| 18 | that's everybody present on the | 11:04:08 |
| 19 | Apple side. | 11:04:10 |
| 20 | MR. VINE:  This is Jonathan | 11:04:10 |
| 21 | Vine with the law firm of Cole, | 11:04:13 |
| 22 | Scott & Kissane representing the | 11:04:14 |
| 23 | witness, as well as Corellium.  In | 11:04:15 |
| 24 | addition, with me is a corporate | 11:04:19 |
| 25 | representative from Corellium, | 11:04:20 |

Page 6

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | which is Amanda Gorton. | 11:04:22 |
| 2 | THE VIDEOGRAPHER:  Great. | 11:04:24 |
| 3 | The court reporter will swear in | 11:04:25 |
| 4 | the witness remotely, and then we | 11:04:26 |
| 5 | can proceed. | 11:04:28 |
| 6 | STANISLAW SKOWRONEK, having | 11:04:41 |
| 7 | been called as a witness, having | 11:04:41 |
| 8 | first been duly sworn by a Notary | 11:04:41 |
| 9 | Public (Jeremy Richman) of the | 11:04:41 |
| 10 | State of New York, was examined and | 11:04:41 |
| 11 | testified as follows: | 11:04:43 |
| 12 | MR. GROSS:  Thank you very | 11:04:43 |
| 13 | much.  And just before we begin the | 11:04:46 |
| 14 | questioning, I would like to just | 11:04:49 |
| 15 | make clear that we have a | 11:04:50 |
| 16 | stipulation on record that neither | 11:04:51 |
| 17 | side objects to the witness having | 11:04:53 |
| 18 | been sworn in remotely in these | 11:04:54 |
| 19 | circumstances, and will proceed | 11:04:57 |
| 20 | accordingly.  Apple has no | 11:04:58 |
| 21 | objection to doing that. | 11:05:00 |
| 22 | MR. VINE:  Neither does | 11:05:02 |
| 23 | Corellium. | 11:05:04 |
| 24 | MR. GROSS:  Thank you very | 11:05:05 |
| 25 | much. | 11:04:42 |

Page  7

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | EXAMINATION BY | 11:04:42 |
| 2 | MR. GROSS: | 11:04:43 |
| 3 | Q. Good morning, Mr. Skowronek. | 11:05:06 |
| 4 | A. Good morning. | 11:05:08 |
| 5 | Q. Thank you for being with us | 11:05:09 |
| 6 | today. My name is Gabe Gross. I'm a | 11:05:10 |
| 7 | lawyer for Apple. Do you understand | 11:05:13 |
| 8 | that, sir? | 11:05:15 |
| 9 | A. I do. | 11:05:16 |
| 10 | Q. All right. Well, I | 11:05:17 |
| 11 | appreciate you making yourself | 11:05:18 |
| 12 | available and going through this video | 11:05:21 |
| 13 | conference form of deposition with us | 11:05:23 |
| 14 | today. I would just like to go through | 11:05:25 |
| 15 | a couple of preliminary matters before | 11:05:27 |
| 16 | we get started really talking about the | 11:05:29 |
| 17 | case today, just to make sure we have | 11:05:31 |
| 18 | the same set of expectations for how | 11:05:32 |
| 19 | the deposition by video conference will | 11:05:34 |
| 20 | work. Is that all right with you, sir? | 11:05:36 |
| 21 | A. Sure, thank you. | 11:05:39 |
| 22 | Q. Okay. One of the things I | 11:05:40 |
| 23 | would like to make sure we do is remove | 11:05:42 |
| 24 | any unnecessary distractions, since we | 11:05:45 |
| 25 | can't actually be in a room together | 11:05:49 |

Page 8

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | today.  So obviously we're all sitting | 11:05:50 |
| 2 | at a computer.  I take it you're in | 11:05:53 |
| 3 | front of a computer, correct, sir? | 11:05:54 |
| 4 | A.   Yes. | 11:05:57 |
| 5 | Q.   Okay.  What I would like to | 11:05:57 |
| 6 | do is make sure that the only | 11:05:58 |
| 7 | applications you have running are the | 11:05:59 |
| 8 | ones that are needed for the | 11:06:01 |
| 9 | deposition, so for example, would you | 11:06:03 |
| 10 | please confirm that you have the Zoom | 11:06:04 |
| 11 | software up and running? | 11:06:06 |
| 12 | A.   I have the Zoom software up | 11:06:08 |
| 13 | and running, and I have a browser | 11:06:11 |
| 14 | window with the Veritext Exhibit Share. | 11:06:14 |
| 15 | Q.   Perfect, and that would have | 11:06:15 |
| 16 | been my next question, was to make sure | 11:06:17 |
| 17 | you have the Exhibit Share link | 11:06:18 |
| 18 | activated in your browser window.  And | 11:06:21 |
| 19 | I take it you do? | 11:06:22 |
| 20 | A.   I do. | 11:06:24 |
| 21 | Q.   Okay.  I think that that is | 11:06:25 |
| 22 | going to be all we need today.  Do you | 11:06:27 |
| 23 | have any other software applications | 11:06:32 |
| 24 | other than the browser with the window | 11:06:34 |
| 25 | for Exhibit Share and the Zoom software | 11:06:36 |

Page 9

S. SKOWRONEK

```
 1    open today?                              11:06:39
 2         A.   No, I don't.                   11:06:39
 3         Q.   Okay.  And let's keep it that  11:06:40
 4    way, please.  I want to make sure that   11:06:42
 5    we replicate as best we can the way a    11:06:45
 6    live, in-person deposition would occur,  11:06:49
 7    which would mean you wouldn't be         11:06:51
 8    communicating with anybody off the       11:06:53
 9    record.  Do you understand that, sir?    11:06:54
10         A.   Understood.                    11:06:55
11         Q.   Okay, so you do not have an    11:06:56
12    email program open, correct?             11:06:58
13         A.   I do not -- let me check that  11:07:00
14    it's not.  No, there is no email         11:07:02
15    program open.                            11:07:04
16         Q.   Okay.  All right, thank you.   11:07:05
17    And you do not have an instant           11:07:06
18    messaging or other form of               11:07:09
19    communication program open?              11:07:11
20         A.   No.                            11:07:12
21         Q.   Okay.                          11:07:12
22         A.   I do not.                      11:07:13
23         Q.   Thank you.                     11:07:14
24              All right.  Well, I think      11:07:15
25    that will make things easier.  If        11:07:17
```

Page 10

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | anything happens with your technology | 11:07:19 |
| 2 | setup and you receive some sort of | 11:07:21 |
| 3 | incoming message that launches a | 11:07:24 |
| 4 | program without you intending to, or | 11:07:26 |
| 5 | you happen to bump an icon and launch a | 11:07:29 |
| 6 | program, please just tell me and we'll | 11:07:31 |
| 7 | give you the time you need to close it | 11:07:33 |
| 8 | out.  I just want to make sure there's | 11:07:35 |
| 9 | no communications going on that we're | 11:07:38 |
| 10 | not aware of on the record.  Does that | 11:07:40 |
| 11 | make sense? | 11:07:41 |
| 12 | A.    Yes, that makes sense. | 11:07:42 |
| 13 | Q.    Okay, thank you.  Likewise, | 11:07:43 |
| 14 | there are a couple of things that we | 11:07:46 |
| 15 | would be very mindful of in person that | 11:07:47 |
| 16 | we need to be even more mindful of in | 11:07:50 |
| 17 | this setting, and one is to take extra | 11:07:53 |
| 18 | care not to speak over one another | 11:07:55 |
| 19 | while we have our conversation today. | 11:07:57 |
| 20 | And what I mean by that, sir, is that I | 11:07:59 |
| 21 | will do my best, when you are answering | 11:08:01 |
| 22 | a question, to wait until you've | 11:08:04 |
| 23 | finished answering before I ask the | 11:08:05 |
| 24 | next question, so I don't speak over | 11:08:08 |
| 25 | you.  Do you understand that? | 11:08:10 |

Page 11

S. SKOWRONEK

```
 1          A.    I understand.                    11:08:12
 2          Q.    Okay.  And what I will ask        11:08:13
 3   you to do in turn is to try to be sure        11:08:15
 4   you wait until I finish my questions.         11:08:18
 5   Sometimes they might get a little long,       11:08:21
 6   but please wait until I finish the            11:08:23
 7   question before you start answering, so       11:08:25
 8   that you don't speak over me.                 11:08:26
 9          A.    Okay.                            11:08:29
10          Q.    All right, thank you very        11:08:30
11   much.  And as I'm sure your lawyer has        11:08:31
12   let you know, he will be making               11:08:34
13   objections from time to time in between       11:08:36
14   my questions and your answers, so we          11:08:39
15   need to give him a moment to say              11:08:41
16   whatever he needs to say on the record       11:08:43
17   before you begin to answer a question,        11:08:45
18   too.  Do you understand that, sir?           11:08:46
19          A.    I understand.                    11:08:48
20          Q.    All right.  A few moments ago    11:08:49
21   our court reporter swore you in and          11:08:53
22   administered an oath.  Do you recall         11:08:55
23   that?                                        11:08:57
24          A.    I do recall that.               11:08:58
25          Q.    And that was an oath through    11:08:59
```

Page 12

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | which you generally promised to tell | 11:09:04 |
| 2 | the truth today during this deposition. | 11:09:06 |
| 3 | Do you understand that, sir? | 11:09:08 |
| 4 | A.   I understand. | 11:09:09 |
| 5 | Q.   This is the same oath that | 11:09:10 |
| 6 | you would give if you were actually | 11:09:13 |
| 7 | testifying in a real court of law in | 11:09:15 |
| 8 | front of a judge or a jury.  Do you | 11:09:17 |
| 9 | understand that? | 11:09:18 |
| 10 | A.   I understand. | 11:09:18 |
| 11 | Q.   And is there any reason | 11:09:21 |
| 12 | today, such as medication you're taking | 11:09:24 |
| 13 | or a personal situation in your private | 11:09:30 |
| 14 | life, that would affect your ability to | 11:09:34 |
| 15 | give your most truthful, honest | 11:09:36 |
| 16 | testimony today? | 11:09:39 |
| 17 | A.   No, I don't believe so. | 11:09:40 |
| 18 | Q.   All right.  Well, let's | 11:09:41 |
| 19 | proceed. | 11:09:46 |
| 20 |       Would you please state your | 11:09:47 |
| 21 | full name for the record? | 11:09:49 |
| 22 | A.   My full name is Stanislaw | 11:09:50 |
| 23 | Konrad Skowronek. | 11:09:56 |
| 24 | Q.   And Mr. Skowronek, I will do | 11:09:58 |
| 25 | my best to pronounce your name | 11:09:59 |

Page 13

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | properly, and if I make a mistake, | 11:10:01 |
| 2 | please feel free to correct me.  I | 11:10:03 |
| 3 | think I owe you that respect. | 11:10:06 |
| 4 | Have you ever been deposed | 11:10:08 |
| 5 | before, Mr. Skowronek? | 11:10:10 |
| 6 | A.    No, I have never been deposed | 11:10:16 |
| 7 | before in any capacity. | 11:10:16 |
| 8 | Q.    All right.  Where are you | 11:10:16 |
| 9 | today? | 11:10:18 |
| 10 | ▉ ▇▇▇▇▇ | ▇▇▇ |
| ▉ | ▇▇▇▇▇▇▇▇ | ▇▇▇ |
| ▉ | ▉ ▇▇▇▇ | ▇▇▇ |
| ▉ | ▉ ▇▇▇ | ▇▇▇ |
| ▉ | ▉ ▇▇▇▇▇ | ▇▇▇ |
| ▉ | ▇▇▇▇ | ▇▇▇ |
| ▉ | ▉ ▇▇▇▇▇ | 11:10:33 |
| 17 | Q.    I meant to ask you a moment | 11:10:39 |
| 18 | ago, do you happen to have a cell phone | 11:10:45 |
| 19 | or a tablet with you today, sir? | 11:10:47 |
| 20 | A.    No, I have actually removed | 11:10:49 |
| 21 | my cell phone to a different room. | 11:10:52 |
| 22 | Q.    Okay, thank you for doing | 11:10:54 |
| 23 | that. | 11:10:56 |
| 24 | Mr. Skowronek, do you expect | 11:11:09 |
| 25 | that anybody else will be entering the | 11:11:10 |

Page 14

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | room that you're sitting in today while | 11:11:12 |
| 2 | we're taking and you're giving your | 11:11:15 |
| 3 | testimony during this deposition? | 11:11:16 |
| 4 | A.   I don't think this is going | 11:11:20 |
| 5 | to happen.  Also, my wife is with me in | 11:11:21 |
| 6 | the apartment.  As you know, we are | 11:11:24 |
| 7 | under lockdown. | 11:11:28 |
| 8 | Q.   I understand, which makes me | 11:11:29 |
| 9 | grateful for this technology that we | 11:11:31 |
| 10 | can proceed with the deposition.  If, | 11:11:33 |
| 11 | by chance, because you share a home | 11:11:35 |
| 12 | with your wife, if she enters the room, | 11:11:37 |
| 13 | would you let us know, please, so we | 11:11:39 |
| 14 | know who is where during the | 11:11:42 |
| 15 | deposition? | 11:11:45 |
| 16 | A.   Naturally. | 11:11:45 |
| 17 | Q.   All right, thank you.  So far | 11:11:46 |
| 18 | we're off to a good start, but I wanted | 11:11:50 |
| 19 | to remind you that when we're engaging | 11:11:52 |
| 20 | in this process, it's very important | 11:11:55 |
| 21 | that our communication always be | 11:11:56 |
| 22 | verbal, so when I ask you a question, | 11:11:58 |
| 23 | you answer with a word and not | 11:11:59 |
| 24 | necessarily a head nod or a head shake | 11:12:02 |
| 25 | or a nonverbal phrase like uh-uh or | 11:12:02 |

Page 15

S. SKOWRONEK

```
1    uh-huh.  Yeses, nos, verbal answers are        11:12:04
2    what we'll need to make sure we have a         11:12:08
3    clean record today.  Do you understand?        11:12:11
4         A.    I understand, and I'll do my        11:12:12
5    best to comply.                                11:12:14
6         Q.    Thank you very much.                11:12:15
7              When I ask you a question, if        11:12:17
8    you answer it, I'm going to assume that        11:12:22
9    you understand the question I asked,           11:12:25
10   and if you don't understand the               11:12:26
11   question, you should feel free to let         11:12:27
12   me know that, and I'll try to give you        11:12:32
13   a question you do understand.  Do you         11:12:34
14   understand that, sir?                         11:12:36
15        A.    I understand the question.         11:12:37
16        Q.    We have two people who are         11:12:42
17   helping us make a record of today's           11:12:44
18   deposition.  One is a videographer, who       11:12:46
19   will record the video of this                 11:12:48
20   deposition, and the other is a court          11:12:51
21   reporter, who's literally taking down         11:12:53
22   stenographically every word we say and        11:12:55
23   making sure we have a good written            11:12:59
24   record of it.  Do you understand that,        11:13:01
25   sir?                                          11:13:02
```

Page 16

S. SKWRONEK

| | | |
|---|---|---|
| 1 | A.    I understand. | 11:13:02 |
| 2 | Q.    So because we will have a | 11:13:04 |
| 3 | written transcript of the deposition | 11:13:08 |
| 4 | when we're all done, you're going to | 11:13:10 |
| 5 | have the opportunity to review that | 11:13:12 |
| 6 | written record, look at your testimony, | 11:13:14 |
| 7 | and if you decide there are any changes | 11:13:16 |
| 8 | you need to make; for example, maybe | 11:13:19 |
| 9 | something was mistranscribed or maybe | 11:13:21 |
| 10 | you misspoke; you'll have an | 11:13:25 |
| 11 | opportunity to review and make those | 11:13:26 |
| 12 | changes if you think you need to do so. | 11:13:28 |
| 13 | Do you understand that, sir? | 11:13:31 |
| 14 | A.    I understand. | 11:13:32 |
| 15 | Q.    Okay.  Now, if you do make | 11:13:33 |
| 16 | any changes to your testimony, that's | 11:13:35 |
| 17 | the kind of thing that I, or my | 11:13:37 |
| 18 | colleagues on Apple's side of this | 11:13:40 |
| 19 | lawsuit, will have an opportunity to | 11:13:43 |
| 20 | comment on in front of the jury, so I | 11:13:44 |
| 21 | just wanted you to keep that in mind. | 11:13:46 |
| 22 | Do you understand that Apple will have | 11:13:48 |
| 23 | the opportunity to comment on any | 11:13:49 |
| 24 | changes you may make? | 11:13:50 |
| 25 | A.    I understand. | 11:13:52 |

Page 17

S. SKWRONEK

| | | |
|---|---|---|
| 1 | Q. Okay. We'll probably take a | 11:13:52 |
| 2 | break during the deposition roughly | 11:14:04 |
| 3 | once an hour or so even if you don't | 11:14:06 |
| 4 | ask for it, because I'll surely need | 11:14:08 |
| 5 | some breaks. But if there comes a | 11:14:10 |
| 6 | point where you need a break and we | 11:14:13 |
| 7 | haven't already agreed to take one, | 11:14:15 |
| 8 | just speak up or let me or our counsel, | 11:14:17 |
| 9 | Mr. Vine, know, and we'll accommodate | 11:14:19 |
| 10 | that. Do you understand? | 11:14:22 |
| 11 | A. Thank you, I understand. | 11:14:23 |
| 12 | Q. Okay. The only thing I need | 11:14:24 |
| 13 | you to please be mindful of is that if | 11:14:26 |
| 14 | I've asked a question and you have not | 11:14:32 |
| 15 | yet answered, so the question is still | 11:14:34 |
| 16 | pending, we won't take breaks at that | 11:14:36 |
| 17 | moment unless your attorney needs to | 11:14:39 |
| 18 | speak with you about some sort of | 11:14:41 |
| 19 | privileged matter. | 11:14:42 |
| 20 | Otherwise, I need you to | 11:14:43 |
| 21 | complete answering a question before we | 11:14:45 |
| 22 | take a break. Do you understand? | 11:14:46 |
| 23 | A. I understand. | 11:14:50 |
| 24 | Q. Let's talk for a moment about | 11:14:57 |
| 25 | what you did to prepare to have your | 11:15:00 |

Page 18

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | deposition taken today.  Did you do | 11:15:02 |
| 2 | anything to prepare for today's | 11:15:04 |
| 3 | deposition? | 11:15:05 |
| 4 | A.   Yes, I have.  Since, as you | 11:15:05 |
| 5 | know, this deposition has been | 11:15:07 |
| 6 | rescheduled, I have originally prepared | 11:15:08 |
| 7 | a bit over two weeks ago, before my | 11:15:12 |
| 8 | original deposition date, ███████ | ███████ |

███████████████████████  ███████

███████████████████████  ███████

███████████████████████  ███████

███████████████████    ███████

██████████████       ███████

████████████████████████  ███████

██████████████   ███████  ███████

████████████████████████  ███████

████████████████     ███████

██████████████       ███████

████████                         11:15:43

| | | |
|---|---|---|
| 20 | I believe David has been | 11:15:49 |
| 21 | deposed yesterday; however, I still may | 11:15:51 |
| 22 | need to talk to some things that he | 11:15:55 |
| 23 | normally would be responsible for. | 11:15:58 |
| 24 | Q.   Okay.  Thank you, sir.  So | 11:16:02 |
| 25 | when you first began to prepare about | 11:16:04 |

Page 19

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | two weeks ago, is that the day that -- | 11:16:07 |
| 2 | or is that when you spoke to Mr. Wang | 11:16:11 |
| 3 | the first time about the deposition? | 11:16:13 |
| 4 | A.   Correct.  Yes. | 11:16:14 |
| 5 | Q.   And was that in person, or | 11:16:16 |
| 6 | through some other means? | 11:16:20 |
| 7 | A.   That meeting was in person, | 11:16:21 |
| 8 | because I actually flew down to Florida | 11:16:23 |
| 9 | for my original deposition date. | 11:16:26 |
| 10 | Q.   And where did you hold that | 11:16:28 |
| 11 | meeting in Florida? | 11:16:30 |
| 12 | A.   In the Corellium office. | 11:16:31 |
| 13 | Q.   How long did you meet with | 11:16:33 |
| 14 | Mr. Wang to prepare for your | 11:16:38 |
| 15 | deposition? | 11:16:42 |
| 16 | A.   I don't remember.  It was | 11:16:42 |
| 17 | probably about three hours. | 11:16:43 |
| 18 | Q.   Who else was with you, if | 11:16:44 |
| 19 | anyone? | 11:16:46 |
| 20 | A.   Actually, I spoke to Mr. Wang | 11:16:46 |
| 21 | about that privately.  I don't think | 11:16:51 |
| 22 | there was anybody who was present, you | 11:16:53 |
| 23 | know, to listen or to talk to me. | 11:16:55 |
| 24 | Q.   Did anybody else join you by | 11:16:57 |
| 25 | phone or video? | 11:17:01 |

Page 20

S. SKOWRONEK

```
 1        A.    No.                                    11:17:02

 2        Q.    What did you and Mr. Wang              11:17:02

 3   talk about?                                       11:17:07

 4       █████    ████████████████                     ████████████

█   ██████████████████████████████████                ████████████

█   █████████████████████████████████                 ████████████

█   █████████████████████████████████                 ████████████

█   ███████████████████                                11:17:17

 9        Q.    And generally speaking, how            11:17:22

10   would you separate or define the parts            11:17:23

11   of the architecture in the system that            11:17:25

12   you're responsible for, compared to               11:17:27

13   what Mr. Wang is responsible for?                 11:17:29

14       █████    ████████████████████████             ████████████

█   ██████████████████████████████                    ████████████

█   ████████████████████████████████                  ████████████

█   ██████████████████████████    ████                ████████████

█   ███████████████████████████████████               ████████████

█   ████████████████████████    ████                  ████████████

█   ████████████████████████████                      ████████████

█   ████████████████████████                           11:18:09

22   ██████████████████████████████████                ████████████

█   █████████████████████████████████                 ████████████

█   █████████████████████████████████                 ████████████

█   ██████████████████████████    ████                 11:18:29
```

Page 21

```
 1   ██████████████████████████████████        █████████████

     █   █████████████████████████████.         11:18:37

 3       Q.    Was your conversation with         11:18:47

 4   Mr. Wang about two weeks ago limited to      11:18:49

 5   talking about the technology, or did         11:18:51

 6   you also discuss preparing for this          11:18:53

 7   deposition and this lawsuit?                 11:18:56

 8       A.    Well, we discussed -- well,        11:18:58

 9   by the time I have received -- I have        11:19:02

10   received my corporate representative         11:19:05

11   topics, and so I understand that I have      11:19:09

12   to be able to provide reasonable             11:19:11

13   answers to questions about them, and so      11:19:14

14   the technology that underpins those          11:19:17

15   topics was the focus of my discussion        11:19:20

16   with Mr. Wang.                               11:19:22

17       Q.    Was there anybody else other       11:19:30

18   than Mr. Wang that you spoke with in         11:19:31

19   Florida when you met with him to             11:19:34

20   prepare for your deposition?                 11:19:36

21       A.    Not in the context of              11:19:39

22   preparing for the deposition.                11:19:40

23       Q.    And what, if anything, did         11:19:45

24   Mr. Wang tell you about what he thinks       11:19:47

25   of this lawsuit?                             11:19:50
```

Page 22

S. SKOWRONEK

```
1              MR. VINE:  Objection.          11:19:51

2         A. ██████████████████████          ████████

   ██████████████████████████████████        ████████

   ████████    ███████████████████████       ████████

   █████████████████████████████████████     ████████

   ██████████████████████                    11:20:06

7         Q.    And what, if anything, did    11:20:07

8    you share with Mr. Wang about your      11:20:09

9    feelings about the lawsuit?             11:20:10

10        ████   ██████████████████████ ██    ████████

   ██████████████████████████████████        ████████

   ███████████████████                       11:20:19

13        Q.    Okay.  Anything else you did  11:20:21

14   approximately two weeks ago in          11:20:25

15   connection with your meeting with       11:20:27

16   Mr. Wang to prepare for this            11:20:31

17   deposition?                             11:20:33

18        A.    No, I haven't done anything   11:20:33

19   else.  I was honestly -- when I flew    11:20:35

20   down, I expected to be deposed very     11:20:40

21   soon, and so that would have been it.   11:20:42

22   We just kind of hung around until I     11:20:45

23   could get a return flight, which I'm    11:20:47

24   sure you could imagine was not very     11:20:50

25   easy.                                   11:20:52
```

Page 23

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | Q.    I'm sorry for the | 11:20:52 |
| 2 | inconvenience, I understand what it's | 11:20:53 |
| 3 | been like to travel in these times. | 11:20:55 |
| 4 | A.    Oh, it was entirely the | 11:20:57 |
| 5 | Coronavirus thing.  Otherwise it would | 11:20:59 |
| 6 | be fine. | 11:21:02 |
| 7 | Q.    I think you said you also had | 11:21:02 |
| 8 | a roughly three-hour meeting with your | 11:21:04 |
| 9 | attorneys.  Was that also when you went | 11:21:06 |
| 10 | down to Florida? | 11:21:08 |
| 11 | A.    Correct. | 11:21:08 |
| 12 | Q.    So about two weeks ago? | 11:21:09 |
| 13 | A.    Yes.  Also the Corellium | 11:21:11 |
| 14 | offices, also the attorneys were not | 11:21:20 |
| 15 | present.  This was a teleconference. | 11:21:22 |
| 16 | Q.    Okay.  And who was | 11:21:24 |
| 17 | participating in the teleconference you | 11:21:26 |
| 18 | had with the attorneys, to the best you | 11:21:28 |
| 19 | can remember? | 11:21:29 |
| 20 | A.    I believe it was Mr. Levine, | 11:21:30 |
| 21 | and I'm not sure if Mr. Vine was | 11:21:32 |
| 22 | present at that one.  And I believe | 11:21:36 |
| 23 | that, I think Amanda Gorton may have | 11:21:39 |
| 24 | been in the room with me, but I believe | 11:21:45 |
| 25 | she was just occupied with her own | 11:21:48 |

Page 24

S. SKOWRONEK

```
 1    tasks.                                    11:21:50

 2         Q.   All right.  Other than          11:21:52

 3    yourself, Mr. Levine, possibly Mr. Vine   11:21:56

 4    and Amanda Gorton, was anyone else        11:22:00

 5    present at that meeting?                   11:22:03

 6         A.   No, I don't believe so.         11:22:04

 7         Q.   And you spoke for about three   11:22:05

 8    hours?                                     11:22:07

 9         A.   Yes, approximately.  They       11:22:07

10    explained to me my role as the            11:22:08

11    corporate representative --               11:22:11

12              MR. VINE:  No, no, no.  No,     11:22:12

13         Stan.  He doesn't get to know what   11:22:14

14         we said.  He only gets to know       11:22:17

15         time, place, and people who were     11:22:19

16         present.                             11:22:21

17              Let me just give you this       11:22:22

18         brief instruction.  You're doing a   11:22:24

19         great job, Stan, so I don't want to  11:22:26

20         cut you off and interrupt you.  But  11:22:28

21         if there's any question that         11:22:29

22         somehow would reveal an              11:22:31

23         attorney/client communication,       11:22:32

24         meaning whether I was present or     11:22:35

25         Justin was present, that             11:22:36
```

Page 25

| | | |
|---|---|---|
| 1 | communication is protected by | 11:22:38 |
| 2 | something called attorney/client | 11:22:40 |
| 3 | privilege, so there's nothing to | 11:22:41 |
| 4 | talk about.  Move to strike that | 11:22:43 |
| 5 | from the record. | 11:22:47 |
| 6 | THE WITNESS:  Okay. | 11:22:49 |
| 7 | MR. VINE:  Go ahead, Gabe, | 11:22:51 |
| 8 | sorry to interrupt. | 11:22:52 |
| 9 | Q.   All right.  Did you -- during | 11:22:53 |
| 10 | your meeting with counsel, did you or | 11:22:58 |
| 11 | anybody else in that meeting contact | 11:23:01 |
| 12 | somebody else other than the folks | 11:23:03 |
| 13 | you've mentioned to me, other than | 11:23:06 |
| 14 | yourself, Justin Levine, Jonathan Vine | 11:23:08 |
| 15 | and Amanda? | 11:23:15 |
| 16 | MR. VINE:  Yes-or-no | 11:23:15 |
| 17 | question. | 11:23:17 |
| 18 | A.   No, I don't think so.  Not to | 11:23:17 |
| 19 | my recollection. | 11:23:18 |
| 20 | Q.   All right.  During that | 11:23:19 |
| 21 | meeting with counsel, did you review | 11:23:22 |
| 22 | any documents? | 11:23:23 |
| 23 | A.   I don't think so.  I don't | 11:23:24 |
| 24 | have a very fine recollection of the | 11:23:37 |
| 25 | process of the meeting. | 11:23:38 |

Page 26

S. SKOWRONEK

```
 1        Q.    All right.  Let me ask you          11:23:39
 2   the same question about your three-hour        11:23:41
 3   meeting with David Wang.  Did you              11:23:42
 4   review any documents when you were             11:23:44
 5   meeting with him?                              11:23:46
 6   ████████     ████████████████████    ████████████
     ██ ███████████████████████████████   ████████████
     ██ ██████████████████                ████████████
     ██     ████████    ████████████████   ████████████
     ███ ██████████████████                ████████████
     ███    ████    ████                  11:24:00
12        Q.    All right.  Is there anything       11:24:09
13   else you did to prepare for today's           11:24:11
14   deposition that we haven't discussed          11:24:14
15   already?                                       11:24:16
16        A.    I believe that covers my           11:24:18
17   preparation.                                   11:24:21
18        Q.    Okay.  Have you talked about       11:24:21
19   the deposition with anyone other than         11:24:22
20   your counsel, Ms. Gorton, and Mr. Wang?       11:24:24
21        A.    Can you clarify what talked        11:24:32
22   about means in this context?                   11:24:33
23        Q.    Sure.  I just mean it in the       11:24:37
24   ordinary English use of those words.          11:24:39
25   Who, if anybody, other than those             11:24:41
```

Page 27

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | people have you talked about this | 11:24:43 |
| 2 | deposition with? | 11:24:45 |
| 3 | A.    I believe -- I believe that | 11:24:45 |
| 4 | my deposition happening is known to | 11:24:48 |
| 5 | other people inside Corellium, as the | 11:24:51 |
| 6 | notice has been generally sent around, | 11:24:54 |
| 7 | but I have not talked about anything | 11:24:56 |
| 8 | that would constitute preparation.  No | 11:24:59 |
| 9 | material information about this | 11:25:03 |
| 10 | deposition. | 11:25:04 |
| 11 | Q.    Now, I think you've probably | 11:25:05 |
| 12 | already given me the information from | 11:25:21 |
| 13 | which you can answer this question, but | 11:25:23 |
| 14 | were there any lawyers other than | 11:25:25 |
| 15 | Mr. Vine and Mr. Levine that you spoke | 11:25:27 |
| 16 | about your deposition with, like from | 11:25:29 |
| 17 | either their firm or any other law | 11:25:31 |
| 18 | firms? | 11:25:34 |
| 19 | A.    I think I also talked to | 11:25:34 |
| 20 | Mr. Hecht from Hecht Partners.  It was | 11:25:43 |
| 21 | a fairly short call.  He was -- | 11:25:49 |
| 22 | MR. VINE:  Stan, Stan, you | 11:25:54 |
| 23 | don't have to tell us -- tell him | 11:25:55 |
| 24 | what was said.  You can just say, | 11:25:57 |
| 25 | yes, I spoke with Mr. Hecht, that's | 11:25:59 |

Page 28

```
 1        it.                                 11:26:00
 2           Q.    All right.  Other than     11:26:12
 3    Mr. Hecht, any other lawyers that you   11:26:15
 4    spoke to about your deposition?         11:26:17
 5           A.    No, I have not.            11:26:20
 6           Q.    How long did you speak with 11:26:21
 7    Mr. Hecht?                              11:26:24
 8           A.    I think it was approximately 11:26:24
 9    20 minutes.                             11:26:27
10           Q.    And when did that occur, sir? 11:26:28
11           A.    This Tuesday.             11:26:32
12           Q.    Was anyone else a part of  11:26:36
13    your conversation with Mr. Hecht, or   11:26:40
14    was it just the two of you?             11:26:42
15           A.    Mr. Hecht's partner,       11:26:43
16    Mr. Price, was present on the line, but 11:26:48
17    did not contribute to the conversation. 11:26:50
18           Q.    All right.  Other than     11:26:52
19    Mr. Hecht and Mr. Price and yourself,  11:26:54
20    was anyone else a part of that          11:26:56
21    conversation?                           11:26:57
22           A.    No.  Mr. Wade was supposed to 11:26:58
23    join, but did not.                      11:27:08
24           Q.    And why, if you know, did  11:27:09
25    Mr. Wade not join?                      11:27:13
```

Page 29

S. SKWRONEK

```
 1          A.    I don't know, I imagine he        11:27:14

 2     was otherwise occupied.                      11:27:16

 3          Q.    All right.  Is there anyone       11:27:17

 4     else that you spoke with or met with to      11:27:22

 5     prepare for today's deposition that you      11:27:25

 6     haven't had a chance to tell me about        11:27:26

 7     yet?                                         11:27:28

 8              MR. VINE:  Objection, asked         11:27:28

 9          and answered.  We've now gone           11:27:29

10          27 minutes on preliminary issues.       11:27:33

11              MR. GROSS:  Yes, and                11:27:34

12          Jonathan, the answer keeps              11:27:38

13          changing, and I'm entitled to ask       11:27:39

14          the question, so unless you have an     11:27:39

15          objection that's legitimate, please     11:27:40

16          don't comment on the topic of the       11:27:40

17          questioning --                          11:27:43

18              MR. VINE:  The answer hasn't        11:27:43

19          changed.  He didn't respond saying      11:27:45

20          that he spoke with Hecht about the      11:27:47

21          deposition, but in any event, Stan,     11:27:50

22          you can tell -- answer the              11:27:52

23          question.                               11:27:55

24          A.    No, I don't recall talking to     11:27:55

25     any other lawyers or to any other            11:27:57
```

Page 30

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | colleagues at Corellium about anything | 11:27:59 |
| 2 | about this deposition. | 11:28:02 |
| 3 | Q.   Okay.  Well, I think that | 11:28:03 |
| 4 | wraps up that topic. | 11:28:07 |
| 5 | Okay.  What do you | 11:28:09 |
| 6 | understand, Mr. Skowronek, to be the | 11:28:12 |
| 7 | nature of the lawsuit that brings us | 11:28:13 |
| 8 | here today? | 11:28:14 |
| 9 | A.   Honestly, I don't have enough | 11:28:15 |
| 10 | understanding of corporate law to be | 11:28:18 |
| 11 | able to comment on the nature of the | 11:28:20 |
| 12 | lawsuit. | 11:28:22 |
| 13 | Q.   Are you generally aware that | 11:28:22 |
| 14 | Apple has alleged in the lawsuit that | 11:28:27 |
| 15 | Corellium has infringed its copyrights? | 11:28:30 |
| 16 | A.   I think this is what Apple | 11:28:34 |
| 17 | has written in the lawsuit, yes. | 11:28:37 |
| 18 | Q.   Were you also aware, sir, | 11:28:51 |
| 19 | that Apple has alleged that Corellium | 11:28:51 |
| 20 | has circumvented certain security | 11:28:51 |
| 21 | measures in violation of federal law? | 11:28:54 |
| 22 | MR. VINE:  Objection. | 11:28:57 |
| 23 | ██   ████████████████████ | ████████ |
| ██ | ████████████████████████ | ████████ |
| ██ | ████████████████████████ | 11:29:03 |

Page 31

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | Q.    Fair enough.  I take it you | 11:29:05 |
| 2 | don't have legal training, sir? | 11:29:09 |
| 3 | A.    I have no legal training. | 11:29:11 |
| 4 | Q.    Okay.  Why don't we talk | 11:29:13 |
| 5 | about your background and your | 11:29:15 |
| 6 | education.  Could you start, please, by | 11:29:17 |
| 7 | telling me about your education?  Let's | 11:29:21 |
| 8 | start with high school.  Did you go to | 11:29:24 |
| 9 | high school, sir? | 11:29:26 |
| 10 | A.    My education happened in | 11:29:28 |
| 11 | Poland, which is my country of | 11:29:30 |
| 12 | citizenship, and our education system | 11:29:32 |
| 13 | is somewhat different.  I believe that | 11:29:36 |
| 14 | the closest thing to what you call high | 11:29:39 |
| 15 | school is called the lycee, liceum, and | 11:29:41 |
| 16 | I have received a four-year education | 11:29:45 |
| 17 | at a liceum with a mathematical | 11:29:49 |
| 18 | physical profile, after which I have | 11:29:52 |
| 19 | graduated with the so-called Abitur | 11:29:56 |
| 20 | exam, as the Germans call it, which | 11:29:59 |
| 21 | entitles me to access higher education. | 11:30:03 |
| 22 | Q.    So from the education you | 11:30:07 |
| 23 | received abroad, do you have the | 11:30:10 |
| 24 | equivalent of what we might call a | 11:30:13 |
| 25 | bachelor's degree here in the United | 11:30:16 |

Page 32

```
 1    States?                                11:30:17

 2         A.    I have received an equivalent   11:30:17

 3    of what will be called a master's      11:30:20

 4    degree here.                           11:30:23

 5         Q.    A master's degree, and also a   11:30:23

 6    bachelor's, or is it one program that  11:30:27

 7    results in the equivalent of a master's   11:30:29

 8    without a bachelor's?                  11:30:32

 9         A.    My program was split into two   11:30:33

10    halves, one of which led me to receive   11:30:35

11    the title of an engineer, and the other   11:30:40

12    the title of a master's.               11:30:43

13         Q.    And what is the field of your   11:30:44

14    engineering degree?                    11:30:51

15         A.    Electronic engineering and   11:30:53

16    telecommunications.                    11:30:59

17         Q.    Let me ask you the same     11:30:59

18    question about your master's, please.  11:31:01

19    What field is that in?                 11:31:03

20         A.    Same field.  Also electronic   11:31:03

21    engineering and communications --      11:31:06

22    sorry.                                 11:31:10

23         Q.    And did you go straight from   11:31:11

24    your childhood education into that     11:31:13

25    university education without any breaks   11:31:16
```

Page 33

```
 1    to go into the workforce?                    11:31:19

 2         A.   Correct.  I have not -- I          11:31:21

 3    have not interrupted my education.           11:31:23

 4         Q.   All right.  And what year was      11:31:27

 5    it that you completed your formal            11:31:29

 6    education?                                   11:31:31

 7         A.   I'm sorry, this is not             11:31:31

 8    something that really is in my memory.       11:31:39

 9    2004.                                        11:31:44

10         Q.   And I think you may have           11:31:44

11    mentioned it, but I didn't catch it.         11:31:48

12    What was the name of the university          11:31:51

13    that gave you your degrees?                  11:31:52

14         A.   The Poznan University of           11:31:53

15    Technology.  It's the name of the city.      11:31:55

16         Q.   Okay.  What did you do after       11:32:10

17    you finished your formal education, did      11:32:14

18    you enter the workforce?                     11:32:16

19         A.   I entered the workforce while      11:32:17

20    finishing my formal education.  During       11:32:21

21    the last year of my formal education, I      11:32:23

22    have been employed by my university,         11:32:26

23    and I taught a class on digital design       11:32:29

24    to students.                                 11:32:33

25              After that -- sorry, during        11:32:39
```

Page 34

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | my last year an American company called | 11:32:39 |
| 2 | ATI Research Silicon Valley has become | 11:32:42 |
| 3 | interested in one of my personal | 11:32:46 |
| 4 | projects, and decided to offer me an | 11:32:48 |
| 5 | interview.  And after receiving my | 11:32:51 |
| 6 | master's degree and after my vacation, | 11:32:54 |
| 7 | I have moved to the United States in | 11:32:57 |
| 8 | 2005 or '4 -- I'm sorry, I really can't | 11:33:00 |
| 9 | remember if it was '4 or '5, but I have | 11:33:05 |
| 10 | to look at a copy of my resumé to see | 11:33:08 |
| 11 | if the information is correct. | 11:33:09 |
| 12 | Q.    So it was around 2004, 2005 | 11:33:10 |
| 13 | -- | 11:33:14 |
| 14 | A.    Yes, one of those two. | 11:33:14 |
| 15 | Q.    Okay. | 11:33:15 |
| 16 | A.    Sorry. | 11:33:17 |
| 17 | Q.    And you moved to the United | 11:33:17 |
| 18 | States to take the job with ATI? | 11:33:19 |
| 19 | A.    Yes, I did. | 11:33:22 |
| 20 | Q.    And have you been in the | 11:33:23 |
| 21 | United States full-time since then? | 11:33:27 |
| 22 | A.    Yes, I have. | 11:33:29 |
| 23 | Q.    All right.  How long did you | 11:33:31 |
| 24 | stay at ATI? | 11:33:39 |
| 25 | A.    I stayed at ATI and the | 11:33:40 |

Page 35

S. SAWRONEK

```
 1    company that acquired it, AMD, for          11:33:47
 2    three years.                                11:33:50
 3         Q.    And what did you do after        11:33:50
 4    your time at ATI and the company that       11:33:52
 5    acquired it?                                11:33:54
 6         A.    I have moved to New York City    11:33:55
 7    to work at a financial services company     11:33:58
 8    called Bloomberg LP.                        11:34:01
 9         Q.    What was the nature of your      11:34:04
10    work at Bloomberg?                          11:34:07
11         A.    I developed a security          11:34:09
12    solutions and hardware security tokens,     11:34:13
13    hardware security encryption                11:34:16
14    facilities, and a secured keyboard to       11:34:18
15    support Bloomberg's customers and           11:34:21
16    secure their communications, as well as     11:34:24
17    secure Bloomberg's product availability     11:34:26
18    to its customers only.                      11:34:30
19         Q.    Was this the first time that     11:34:31
20    you began to work in the security           11:34:36
21    field?                                      11:34:38
22         A.    That is correct.                 11:34:39
23         Q.    And have you stayed in           11:34:46
24    security ever since your time at            11:34:47
25    Bloomberg?                                  11:34:50
```

Page 36

S. SKOWRONEK

```
 1        A.    No, most of my work at          11:34:50

 2   Bloomberg, in fact, was related to         11:34:54

 3   hardware design, which was the field       11:34:55

 4   that I'm most proficient in, and the       11:34:56

 5   security mission office was, you know,     11:35:00

 6   kind of the end product for me.  My        11:35:03

 7   main involvement was making the actual    11:35:06

 8   hardware.                                  11:35:08

 9        Q.    How long did you stay at        11:35:13

10   Bloomberg, if you can recall?             11:35:15

11        A.    Until 2014.                     11:35:16

12        Q.    And what did you do after       11:35:17

13   that, or in 2014, when you left?          11:35:18

14   ██    ████████████████████                 ████████

██   ██████████████████████████████            ████████

██   ████████████████████████████              ████████

██   ████████████████████████                  ████████

██   █████                                      ████████

██   ██    ██████    ████████████               ████████

██   █████████████████████                      ████████

██   ██    ████████████████                      ████████

██   ████████████████████████                   ████████

██   ██████████████████████████                 ████████

██   ██████████████    ████████                 ████████

██   ████████████████████                        11:35:59
```

Page 37

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | me.  I think it might have been 2004 or | 11:36:03 |
| 2 | 2005. | 11:36:05 |
| 3 | Q.   No, it -- | 11:36:05 |
| 4 | A.   Yeah, sorry. | 11:36:07 |
| 5 | Q.   Please, go ahead.  It was | 11:36:07 |
| 6 | many years ago.  I understand that your | 11:36:09 |
| 7 | memory may not be perfect of what | 11:36:11 |
| 8 | happened in '05, but that was around | 11:36:13 |
| 9 | the time when you first encountered | 11:36:16 |
| 10 | Mr. Wade? | 11:36:18 |
| 11 | ███ ███████████ | ████████ |
| | ████████████ ████████ | ████████ |
| | ██████████████████ | ████████ |
| | █████████████████ | ████████ |
| | ████████████ | 11:36:29 |
| 16 | Q.   Did you stay friends during | 11:36:32 |
| 17 | the years between when you first met | 11:36:33 |
| 18 | and when you began working | 11:36:35 |
| 19 | professionally together in 2014 for | 11:36:36 |
| 20 | Virtual? | 11:36:38 |
| 21 | A.   In the beginning it was a | 11:36:39 |
| 22 | fairly distant, I guess, | 11:36:43 |
| 23 | collaboratorship on a number of hobby | 11:36:45 |
| 24 | projects.  We really became, like, | 11:36:49 |
| 25 | closer friends only after 2013 and '14. | 11:36:52 |

Page 38

S. SKOWRONEK

```
1        Q.    How did you come to meet one    11:36:57

2   another back in the 2004, 2005 time         11:36:58

3   frame?                                      11:37:02
```



```
                                                11:38:01


                                            Page 39
```

S. SKOWRONEK

```
 1        Q.    And that's how you two found        11:38:01
 2   each other?                                     11:38:03
 3        A.    Correct.                             11:38:03
 4   ████  ████████████████        ███████████
█   ████████████████████████       ███████████
█   █████████████████   █████████████           ███████████
█   ██████████                                  ███████████
█   ████  ████████  █████████████               ███████████
█   ████  ██████████████████████████████        ███████████
█   ██████████████████                          ███████████
█   ████  █████████  █████████                   11:38:16
12        Q.    Thank you.  When is the first      11:38:19
13   time you and Mr. Wade met in person?          11:38:26
14        A.    Mr. Wade visited California        11:38:29
15   for unrelated reasons where I lived,          11:38:32
16   and I don't know what the reasons were,       11:38:35
17   but he just said that he was there            11:38:38
18   investing, and we could meet up in            11:38:42
19   2009, I believe, and we met in person,        11:38:46
20   chatted for a bit, had a meal and, you        11:38:49
21   know, just spent some time together           11:38:52
22   during one day on a purely personal           11:38:55
23   basis, not even related to the hobby          11:38:57
24   project, and that was basically it.           11:39:01
25        Q.    So when you first moved to         11:39:02
```

Page 40

S. SKWRONEK

| | | |
|---|---|---|
| 1 | the United States to join ATI, did that | 11:39:05 |
| 2 | move bring you to California? | 11:39:08 |
| 3 | A.    That is right.  I have | 11:39:09 |
| 4 | mentioned that the company was ATI | 11:39:11 |
| 5 | Research Silicon Valley, and that's | 11:39:16 |
| 6 | where I ended up. | 11:39:16 |
| 7 | Q.    I see, okay.  And so you were | 11:39:18 |
| 8 | still in California when Mr. Wade | 11:39:20 |
| 9 | visited California, and that's when you | 11:39:23 |
| 10 | met for the first time in person? | 11:39:24 |
| 11 | A.    That's right.  It was, I | 11:39:26 |
| 12 | believe, early 2009.  I know the fixed | 11:39:28 |
| 13 | was my move date was 2005, so we got | 11:39:37 |
| 14 | that, at least. | 11:39:39 |
| 15 | Q.    Okay.  Thank you.  Is it fair | 11:39:40 |
| 16 | to say you've been friends with | 11:39:41 |
| 17 | Mr. Wade since you were first | 11:39:43 |
| 18 | introduced in that '04, '05 time frame? | 11:39:46 |
| 19 | A.    We have kept in intermittent | 11:39:50 |
| 20 | contact and, you know, most of our | 11:39:53 |
| 21 | interactions were over the internet. | 11:39:56 |
| 22 | That physical meeting in 2009 was quite | 11:39:59 |
| 23 | ephemeral. | 11:40:08 |
| 24 | Q.    Okay.  ████████████        ████████ | |
| ██ | ██████████████████████████, | 11:40:13 |

Page 41

S. SKOWRONEK

```
 1    right?                                11:40:18
 2           MR. VINE:  Objection.  You     11:40:20
 3      can go ahead and answer, Stan.      11:40:24
```



```
19       Q.   And what was the nature of    11:41:04
20    the work you were doing in your       11:41:06
21    consulting capacity for Virtual before 11:41:09
22    that acquisition?                     11:41:13
```

Page 42

1     ███████████████████████        █████████████

      ███████████████████████        █████████████

      █████████████████                          11:41:31

4          Q.    Did the meeting --              11:41:44

5          A.    I do, unfortunately, have an    11:41:46

6     ESL accent.                                11:41:49

7          Q.    It's very mild.  Your English   11:41:51

8     is fluent, and thank you, by the way,      11:41:54

9     for taking your time speaking and          11:41:56

10    making sure we're not talking over each    11:41:59

11    other.  This is going quite smoothly?      11:42:01

12            MR. VINE:  And Stan, don't          11:42:02

13        worry about the accent.  Some           11:42:02

14        people think I have an accent that      11:42:05

15        you can't decipher, so you're doing     11:42:06

16        well.  And mine's New York.  Go         11:42:10

17        ahead.                                  11:42:12

18         Q.    Did the nature of your work      11:42:12

19    change when you began working for          11:42:18

20    Citrix?                                     11:42:20

21         ██    ██████████████         █████████████

      █████    ███████████████          █████████████

      ███████████████████████          █████████████

      ████████████████████████         █████████████

      ███████████████████████                      11:42:34

                                       Page 43

| | | |
|---|---|---|
| 1 | ███████████████████████████ | ██████████ |
| ▮ | ██████████████████████████. | 11:42:41 |
| 3 | Q.    Now, you've mentioned your | 11:42:42 |
| 4 | work in virtualization and your work | 11:42:45 |
| 5 | relating to the hypervisor.  Both of | 11:42:49 |
| 6 | those broad concepts, virtualization | 11:42:53 |
| 7 | and hypervisor, are very much in play | 11:43:04 |
| 8 | currently, today, right? | 11:43:04 |
| 9 | A.    That's correct. | 11:43:05 |
| 10 | Q.    Would you consider yourself | 11:43:06 |
| 11 | to have a fair amount of expertise in | 11:43:06 |
| 12 | hypervisors? | 11:43:09 |
| 13 | A.    It has not been, really, my | 11:43:11 |
| 14 | specialty, and my understanding of how | 11:43:15 |
| 15 | they work flows mostly from my | 11:43:18 |
| 16 | expertise in hardware design. | 11:43:21 |
| 17 | In other words, I understand | 11:43:22 |
| 18 | what the computer really does at a very | 11:43:23 |
| 19 | low level, which allows me to help | 11:43:25 |
| 20 | people and develop, you know, software | 11:43:28 |
| 21 | on top of the hardware, and that | 11:43:32 |
| 22 | includes low level, like hypervisors. | 11:43:34 |
| 23 | Q.    Okay.  How long did you stay | 11:43:45 |
| 24 | at Citrix? | 11:43:45 |
| 25 | A.    I'm not completely sure which | 11:43:45 |

Page 44

S. SKOWRONEK



| 1 | year it was, but it was something like, | 11:43:46 |
| 2 | less than two years. | 11:43:48 |
| 3 | Q.    And what did you do next? | 11:43:49 |

14    if you know?                              11:44:26
15        A.    I don't know if the            11:44:27
16    corporation still exists formally, but    11:44:30
17    it is not conducting any business.        11:44:32

                                               11:44:53
25        Q.    Why did you leave?              11:44:59

Page 45

S. SKOWRONEK



11:46:03

Page 46

S. SKOWRONEK



| | | |
|---|---|---|
| 1 | Q.    That was 2017, sir? | 11:46:04 |
| 2 | A.    Correct. | 11:46:06 |
| 3 | Q.    Okay. | |
| 8 | Q.    And had you previously worked | 11:46:30 |
| 9 | with all of those folks, not just | 11:46:37 |
| 10 | Mr. Wade? | 11:46:40 |
| 16 | Q.    Okay. | 11:47:13 |
| 17 | A.    I think. | 11:47:13 |
| 18 | Q.    All right.  I would just like | 11:47:13 |
| 19 | to ask you some background questions to | 11:47:13 |
| 20 | establish some common vocabulary that I | 11:47:15 |
| 21 | think will be useful for the rest of | 11:47:19 |
| 22 | today. | 11:47:21 |
| 23 | To your understanding, sir, | 11:47:22 |
| 24 | what's an operating system? | 11:47:23 |
| 25 | MR. VINE:  Objection. | 11:47:27 |

Page 47

S. SKOWRONEK

```
 1          A.    An operating system is a set        11:47:29

 2    of software components that allow a            11:47:33

 3    processer or multiple processors to            11:47:39

 4    schedule the resources of the computer         11:47:43

 5    among multiple applications running            11:47:46

 6    under the operating system.                    11:47:48

 7          Q.    The term jailbreak, what does       11:47:49

 8    that mean to you?                              11:47:57

 9          A.    The term jailbreak                  11:47:58

10    fundamentally, in the public usage, is         11:48:02

11    related to physical devices where a            11:48:04

12    jailbreak is a criminal escalation on a        11:48:10

13    typical device which allows the user to        11:48:15

14    add or remove software from the device         11:48:18

15    without that additional removal being          11:48:23

16    approved by the manufacturer of the            11:48:25

17    device.                                        11:48:27

18    ████████████████████████████████    ████████████

      ████████████████████████████████    ████████████

      ███████████████████████████  █████   ████████████

      ████████████████████████████████    ████████████

      ████████████████████████████████    ████████████

      ████████████████████████████████    ████████████

      ██████████████████████████████      ████████████

      █████████████████████████           11:48:47
```

Page 48

S. SKOWRONEK



```
 1                                              11:49:07
11      Q.    Okay, thank you for that.          11:49:19
12   What does the term exploit mean, what's      11:49:21
13   an exploit?                                  11:49:23
14                                                11:50:02
24      Q.    And what's a hypervisor?            11:50:05
25   Forgive me if I already asked you.           11:50:15
```

Page 49

S. SKOWRONEK



```
 1        A.    No, you have not.  A

                                                    11:50:43

10        Q.    How, if at all, does a              11:50:57

11   hypervisor relate to hardware?                 11:50:57

12        A.

                                                    11:51:27
```

Page 50

S. SKWRONEK

```
1        Q.    Okay.  You are a step ahead        11:51:29
2   of me, as I think you probably will be        11:51:31
3   much of the day.  I was going to ask          11:51:34
4   you next about what virtualization            11:51:35
5   means.                                        11:51:38
6              What does virtualization mean       11:51:39
7   to you?                                        11:51:40
8                                                  
                                                   
                                                   
                                                   
                                                   
                                                   11:52:00
14       Q.    So when you say -- go ahead.        11:52:06
15       A.    So for instance, if you have       11:52:09
16  a pool of processors, and you assign          11:52:12
17  only a subset of those to an operating        11:52:17
18  system running under virtualization,          11:52:20
19  and that operating system believes that       11:52:22
20  this is the complete set of processors,       11:52:24
21  and that they are numbered in the usual       11:52:26
22  way, starting with zero and so on, you        11:52:29
23  have virtualized that resource, in this       11:52:32
24  case photo search, for the operating          11:52:35
25  system.                                       11:52:35
```

Page 51

S. SKOWRONEK



```
 1
                                          11:53:19
16        Q.    So the Corellium technology    11:53:25
17   does not, for example, result in a        11:53:26
18   physical device that is similar to an     11:53:28
19   iPhone.                                    
                                          11:53:36
                                    ?     11:53:36
22             MR. VINE:  Objection.       11:53:36
23        A.                               
                                           
                                    ,     11:53:43
```

Page 52

S. SKOWRONEK

```
1    ████████████████████████████        ████████████
█    ██████████████████████████████      ████████████
█    ████████████████████████████████████ ████████████
█    ██████████                           11:53:52
5         Q.    Okay.  I would like to show   11:53:53
6    you a document, Mr. Skowronek.           11:54:52
7    Jeremiah, would you please introduce     11:54:55
8    tab 4.5 for us, and this should be       11:54:59
9    available on the Exhibit Share platform  11:55:02
10   in just a moment, Mr. Skowronek, so      11:55:06
11   when you see in the folder what we'll    11:55:10
12   mark as Exhibit Skowronek 1, let me      11:55:15
13   know and then we'll all open it          11:55:21
14   together.                                11:55:24
15        A.    Is it going to show up by     11:55:24
16   itself, or do I have to refresh?         11:55:27
17        Q.    Why don't you try refreshing, 11:55:30
18   and I think it will be there             11:55:33
19   momentarily.                             11:55:35
20        A.    Okay.  I see it.              11:55:36
21             (Exhibit 1, marked for         11:55:55
22        identification, web page printout.) 11:55:55
23        Q.    Tell me once you've opened    11:55:55
24   it.                                      11:55:57
25        A.    I have opened it.             11:55:57
```

Page 53

S. SKOWRONEK

```
1          Q.   I have shown you what we've        11:55:58
2    marked as Exhibit 1.  Do you see the          11:56:00
3    yellow sticker in the bottom left             11:56:02
4    corner, sir, that says Exhibit 1?             11:56:04
5          A.   I do see it.                        11:56:07
6          Q.   Okay.  That's a label we'll         11:56:08
7    be putting on documents today to keep          11:56:11
8    track of them during the deposition.          11:56:13
9    It doesn't exist in the original               11:56:15
10   document.  Do you understand that, sir?       11:56:16
11         A.   I understand that.                  11:56:18
12              MR. VINE:  Gabe, I want to          11:56:22
13        make sure, for the record's               11:56:23
14        clarity, this document does not           11:56:25
15        have a Bates stamp number.                11:56:27
16         Q.   Mr. Skowronek, do you              11:56:34
17   recognize Exhibit 1?                           11:56:35
18         A.   It looks superficially             11:56:36
19   familiar.  Looks like our website.             11:56:43
20         Q.   And just for the record, this      11:56:46
21   is a single-page PDF, correct, just one       11:56:47
22   page to this document?                         11:56:51
23              MR. VINE:  Objection.              11:56:53
24         A.   I cannot scroll past one           11:56:53
25   page.                                          11:56:56
```

Page 54

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | Q.    Because there appears to be | 11:56:57 |
| 2 | only one page of this document, sir? | 11:56:58 |
| 3 | A.    That's correct. | 11:57:00 |
| 4 | Q.    All right.  And at the very | 11:57:04 |
| 5 | top of this web page, do you see a URL, | 11:57:05 |
| 6 | sir? | 11:57:09 |
| 7 | A.    I have to zoom in to be able | 11:57:09 |
| 8 | to see it, and it's somewhat damaged, | 11:57:14 |
| 9 | but it may say Corellium.com. | 11:57:17 |
| 10 | Q.    Do you recognize the URL | 11:57:20 |
| 11 | Corellium.com as the website for your | 11:57:23 |
| 12 | company? | 11:57:26 |
| 13 | A.    Yeah, I do. | 11:57:26 |
| 14 | Q.    This is the landing page for | 11:57:27 |
| 15 | the Corellium website, correct? | 11:57:29 |
| 16 | A.    I believe it is. | 11:57:30 |
| 17 | Q.    You've seen it before today, | 11:57:31 |
| 18 | right? | 11:57:36 |
| 19 | A.    No, I have not seen it today. | 11:57:37 |
| 20 | Q.    You've never seen your | 11:57:39 |
| 21 | company's web page? | 11:57:41 |
| 22 | A.    Oh, I thought you meant, I | 11:57:42 |
| 23 | have seen it before, comma, today.  I'm | 11:57:45 |
| 24 | sorry.  I've seen it before.  Sorry. | 11:57:49 |
| 25 | Q.    No, thank you for clarifying, | 11:57:54 |

Page 55

S. SKROWNEK

```
 1    and I apologize for asking an unclear      11:57:57

 2    question.  I'll rephrase it and ask it     11:58:02

 3    again.  May I do that, sir?                11:58:06

 4         A.   I have seen the Corellium        11:58:08

 5    home page before.                          11:58:10

 6         Q.   Okay.  This web page depicts     11:58:11

 7    what appears to be an Apple McIntosh        11:58:21

 8    computer; is that right?                    11:58:27

 9         A.    It would appear so, although    11:58:28

10    I do not have a lot of familiarity with    11:58:30

11    Apple products.                            11:58:32

12         Q.   Fair enough.  What's depicted    11:58:32

13    on the display of the computer shown on    11:58:34

14    Corellium's web page, sir?                 11:58:37

15    ███  █████████████████     ████████

███  ████████████████       ████████

███  ██████████████          ████████

███  ██  █████████████████   ████████

███  ██████████████████      ████████

███  ██  ██████████          11:59:02

21         Q.   So what we see here on the      11:59:03

22    display of the machine on the              11:59:08

23    Corellium.com web page is the user         11:59:10

24    interface for Corellium's                  11:59:12

25    virtualization product; is that right?     11:59:15
```

Page 56

S. SKOWRONEK



11:59:51

13    Q.    In your experience with            11:59:55

14  Corellium's virtualization product,        11:59:58

15  you've seen a user interface that's         12:00:04

16  substantially similar to the one            12:00:04

17  depicted on this web page, right?           12:00:04

18                                              12:00:09

20    Q.    And when you were describing        12:00:10

21  it a moment ago, I believe you called       12:00:12

22  the portion on the right half of the        12:00:13

23  screen here a console.  Did I hear you      12:00:18

24  correctly?                                  12:00:20

25    A.    That is correct.                    12:00:20

Page 57

S. SKOWRONEK



1      Q.    And what is the console for        12:00:21

2   in Corellium's user interface?             12:00:23

3

9      Q.    And how about on the left          12:00:43

10  side of the page that shows the user        12:00:45

11  interface, do you see an image of what      12:00:46

12  appears to be an iPhone, sir?               12:00:50

13     A.    I see an image of what             12:00:51

14  appears to be an iPhone.                     12:00:59

15     Q.    And what is the purpose of         12:01:00

16  that portion of the user interface in       12:01:02

17  Corellium's virtualization product?         12:01:04

18

Page 58

S. SKOWRONEK

1       ████████████████████████████   ██████████

2   ■   ██████████████████████████████████   ██████████

3   ■   ████████████   ████████████████████   ██████████

4   ■   ██████████████████████████████   ██████████

5   ■   ██████████████████████████████   ██████████

6   ■   ██████████████████████████████   ██████████

7   ■   ████████████████████████████   ██████████

8   ■   ██████████████████   12:01:48

9           Q.    So for a Corellium customer   12:01:49

10  who wants to interact with a virtual   12:01:55

11  machine, just like one might interact   12:01:59

12  with a physical iPhone, how would they,   12:02:02

13  for example, launch the Photos app?   12:02:04

14      ■       ████████████████████████   ██████████

15  ■   ████████████████████████████   ██████████

16  ■   ████████████████████████████   ██████████

17  ■   ████████████████   ████████████████   ██████████

18  ■   ████████████████████████   ██████████

19  ■   ████████████████   ████████████████   ██████████

20  ■   ██████████████████████   ██████████

21  ■   ██████████████████████████   ██████████

22  ■   ██████████████████████████████   ██████████

23  ■   ██████████████████████████.   12:02:34

24          Q.    A-P-P?  App, as in A-P-P?   12:02:48

25          A.    That's correct.   12:02:58

                                    Page 59

S. SKOWRONEK

```
 1            MR. GROSS:  Why don't we take      12:03:37
 2      our first break for a moment.  I'm       12:03:41
 3      not sure if you all can hear my dog      12:03:43
 4      barking in the background, but I'm       12:03:57
 5      going to take five minutes, and you      12:04:00
 6      all should, too.                         12:04:01
 7            THE VIDEOGRAPHER:  This is         12:03:50
 8      the videographer.  It is 12:03           12:03:51
 9      Eastern Standard Time, and we are        12:03:53
10      going off the record.                    12:03:54
11            (Recess.)                          12:03:56
12            THE VIDEOGRAPHER:  The time        12:13:41
13      is 12:13 Eastern Standard Time.          12:13:46
14      We're back on the record.                12:13:49
15      Q.    Mr. Skowronek, you have used       12:13:52
16      the Corellium virtualization product     12:13:55
17      before, right?                           12:13:59
18
```



```
                                                 12:14:19

                                                 Page 60
```

S. SKOWRONEK



23                                          12:15:13

24        Q.   Let's take a look at the       12:15:14

25   interface of the Corellium Cloud-based     12:15:20

Page 61

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | product.  Jeremiah, could you please | 12:15:23 |
| 2 | put tab 12 in the exhibit folder. | 12:15:27 |
| 3 | MR. EGGER:  It's a larger | 12:15:42 |
| 4 | file, so it might take a couple | 12:15:43 |
| 5 | seconds. | 12:15:46 |
| 6 | MR. VINE:  My computer just | 12:16:10 |
| 7 | froze. | 12:16:12 |
| 8 | MR. GROSS:  Jonathan, do you | 12:16:12 |
| 9 | need a restart? | 12:16:14 |
| 10 | MR. VINE:  No, not the video | 12:16:15 |
| 11 | part, the Exhibit Share.  It just | 12:16:16 |
| 12 | unfroze.  The exhibit, it's fine. | 12:16:19 |
| 13 | You guys are doing great.  I | 12:16:21 |
| 14 | actually like this Exhibit Share. | 12:16:23 |
| 15 | It just froze. | 12:16:25 |
| 16 | Q.    Mr. Skowronek, if you refresh | 12:16:26 |
| 17 | -- Mr. Skowronek, if you would please | 12:16:32 |
| 18 | refresh the Exhibit Share window, do | 12:16:34 |
| 19 | you see Exhibit 0002 in the directory? | 12:16:35 |
| 20 | A.    I do. | 12:16:38 |
| 21 | Q.    Please open that. | 12:16:39 |
| 22 | A.    Done. | 12:16:45 |
| 23 | (Exhibit 2, marked for | 12:16:45 |
| 24 | identification, ██████████      ████████ | |
| ██ | ████████  ██████████████ | 12:17:09 |

Page 62

S. SKOWRONEK

1    ███████████████████████              ███████████

     ██    ███████████                    12:17:14

3         Q.    Okay.  Do you have what    12:16:46

4    appears to be a nine-page PDF file in  12:16:48

5    front of you, sir?  And take whatever  12:16:54

6    time you need to scroll through it.     12:16:56

7         A.    That is correct, just a     12:16:57

8    nine-page PDF file.                     12:16:58

9         Q.    Okay.  So I've shown you     12:17:00

10   what's been marked as Exhibit 2, and   12:17:05

11   ████████████████████████     ███████████

     ████████████████████████     ███████████

     ██████████████████████████████   ███████████

     ██████████████████████████████   ███████████

     ████████████████████████     ███████████

     ██████████████████████████████   ███████████

     █████████████████████              12:17:26

18         So with that as a background,    12:17:28

19   let me just ask you, if you would,      12:17:29

20   please, to turn your attention to the   12:17:30

21   first page, and ask you if you          12:17:32

22   recognize what's shown on the first     12:17:35

23   page.                                   12:17:37

24         A.    I do.                       12:17:37

25         ██    █████████████████████       12:17:38

                                              Page 63

S. SKOWRONEK



12:18:57

Page 64

S. SKOWRONEK



1     ████████████████████████████     ████████

██     ██████?     12:19:01

3        MR. GROSS:  Objection.     12:19:01

4     Q.   You can still answer.     12:19:13

5     A. ██████████████████ ████     ████████

██     ███████████████████████     ████████

██     █████████████     12:19:18

8     Q.   Okay.  So if we turn to the     12:19:19

9     second page of Exhibit 2, ████████     ████████

██     ████████████████████████████     ████████

██     ███████████████████████     ████████

██     ████████████████████████     ████████

██     ███████████████████████     ████████

██     ██     12:19:34

15        MR. GROSS:  Objection.     12:19:38

16     A.   I do.     12:19:39

17     ██ ██████████████████     ████████

██     ████████████████████████████     ████████

██     ██ ██████████████     ████████

██     ████████████████████████     ████████

██     █████████████████████     ████████

██     ████████████████████████████     ████████

██     ████████████████████████     ████████

██     ████████████████████████████     ████████

██     ████████████████████     12:20:07

Page 65



1

████████████████████████        ██████████████

████████████████████████         ██████████████

         ████████████████████       ██████████████

████████████████████████         ██████████████

██████████████████████████       ██████████████

████████████████         ██████████████

████████████████████████         ██████████████

██████████████████████████       ██████████████

████████████████████████         ██████████████

████████████████████       ██████████████

████     ████████████       ██████████████

██████████████████████████       ██████████████

████████████████████       ██████████████

██████████████████████████       ██████████████

████████████████████         ██████████████

██████████████████████████       ██████████████

████████████████        12:20:56

18        Q.    So it's up to the Corellium        12:20:57

19    user to decide which option to proceed        12:21:09

20    with; either a jailbroken virtual        12:21:11

21    iPhone or a non-jailbroken virtual        12:21:14

22    iPhone?        12:21:19

23        ██    ████████    ████████        ██████████████

████████████████████████         ██████████████

████████████████        12:21:25

S. SKOWRONEK

```
 1          Q.    Okay.  I would like to direct      12:21:26
 2    your attention to the next page, page 3        12:21:28
 3    of Exhibit 2.  This is another screen          12:21:30
 4    cap from the Cloud-based version; is           12:21:34
 5    that right, sir?                               12:21:37
 6          A.    It appears to be.                   12:21:41
 7          Q.    So if we look at the words         12:21:48
 8    that are written towards the top left          12:21:50
 9    of the page, toward the Corellium logo,        12:21:53
10    we see some information about a                12:21:56
11    particular device.  Do you see that,           12:21:58
12    sir?                                           12:22:01
13          A.    I do.                               12:22:02
14    ████        ██████████████████        ██████████
█     █████████████████████████        ██████████
█     ███████████████████        ██████████
█     ████        ████████████████████        ██████████
█     █████████████████████        ██████████
█     █████████████████████        ██████████
█     ██████████████████████████        ██████████
█     ██████  ██████████████████████        ██████████
█     ████████████████████████        ██████████
█     ████████████████████████        ██████████
█     ████████████  ████████████        ██████████
█     █████████████████                  12:22:33
```

Page 67

S. SKOWRONEK

```
1    ████████████████████████████    ████████

█    ████████████████              12:22:38

3         Q.    So in that line of the        12:22:38

4    interface, Corellium is displaying for    12:22:41

5    the user that the user has selected to    12:22:45

6    virtualize an iPhone X running iOS 12.0   12:22:48

7    in a non-jailbroken state; is that        12:22:55

8    right?                                    12:22:57

9              MR. VINE:  Objection.           12:22:58

10        ████      █████████████████████      ████████

█    █████████████████████████          ████████

█    ████████████████████████████      ████████

█    ██████████████████████            ████████

█    █████████████████████████████    ████████

█    ██████████████████████            ████████

█         █████████████████████████    ████████

█    ██████████████████████████        ████████

█    ████████████████████████████████  ████████

█    ██████████████████              12:23:20

20        Q.    Okay.  So the line we've been  12:23:22

21   focusing on displays for a user that      12:23:32

22   the user has selected to virtualize an    12:23:35

23   iPhone X running iOS 12.0 in a            12:23:39

24   non-jailbroken state, right?              12:23:44

25             MR. VINE:  Objection,           12:23:47
```

Page 68

S. SKOWRONEK

```
 1        mischaracterizes his testimony and      12:23:47
 2        asked and answered.  You can repeat     12:23:50
 3        your answer again, Stan.                12:23:50
 4
```



```
                                                 12:24:23
16        Q.   Sir, are you taking issue          12:24:24
17   with my use of the word virtualized          12:24:26
18   when you answered my question?               12:24:31
19        A.   No.                                12:24:32
20        Q.   Okay.  Let me -- if there's        12:24:32
21   no quibble about the word virtualized,       12:24:34
22   I'll try to ask the question again.          12:24:38
23           MR. VINE:  You can answer it         12:24:42
24      the same way.                             12:24:43
25           MR. GROSS:  Jonathan, you may        12:24:44
```

Page 69

```
 1           get your objection on the record,        12:24:46

 2           but please don't interrupt my            12:24:47

 3           questions.                                12:24:49

 4              Q.    Mr. Skowronek, may I ask you     12:24:49

 5      a question?                                    12:24:51

 6              A.    Sure.                             12:24:51

 7              Q.    In the line at the top of the    12:24:51

 8      screen shown here, the Corellium user          12:24:55

 9      interface is conveying to the user that        12:24:59

10      the user has selected to virtualize an         12:25:02

11      iPhone X running iOS 12.0, right?              12:25:05

12              MR. VINE:  Objection,                   12:25:10

13           mischaracterizes his testimony.           12:25:11

14           Asked and answered now three times.       12:25:13

15           This is borderline on harassment.         12:25:14

16           Stan, I will allow you to answer          12:25:17

17           the question one more time.               12:25:19

18      ███       ████████████                          █████████

███     ███████████████████████████                     █████████

███     ███████████████████████                          █████████

███     ████████████████████                             █████████

███     ███    ████████████████                          █████████

███     █████████████████████                            █████████

███     ████████████████                                 █████████

███     ███    ████████████   ████████                   12:25:39
```

S. SKOWRONEK



```
 1                                               [REDACTED]

                                                 12:25:45

 4        Q.    Well, the Corellium models       12:25:48

 5   are not physical, are they?                  12:25:52

 6        A.    They are not.                     12:25:53

 7        Q.    They are virtual, correct?        12:25:54

 8                                               [REDACTED]

                                                 12:26:26

17              MR. GROSS:   Objection.           12:26:26

18                                               [REDACTED]

                                                 12:26:45
```

Page 71

S. SKOWRONEK



1

                                                          12:26:53

3                    MR. GROSS:   Objection.              12:26:53

4

                                                          12:27:30

20

                                                          12:27:43

                                                          Page  72

S. SKOWRONEK





1                                                          12:28:48

2            MR. VINE:  Objection.                         12:28:50

3                                                          12:29:04

7                                                          12:29:10

9            MR. VINE:  Objection, asked                   12:29:10

10       and answered now three times.                     12:29:11

11                                                         12:29:57

18           MR. VINE:  Objection.                         12:29:59

19                                                         12:30:05

23           MR. VINE:  Objection.                         12:30:13

24                                                         12:30:17

                                                  Page  74

S. SKOWRONEK



1

?                                    12:30:36

6          MR. VINE:   Objection.           12:30:38

7

                                           12:31:11

15     A.    In particular --              12:31:13

16          MR. VINE:   Objection.  Go     12:31:15

17     ahead.                              12:31:16

18

                                           12:31:39

Page  75

S. SKOWRONEK



1

12:32:15

13

12:32:25

15          MR. VINE:   Objection.          12:32:28

16

12:32:38

20      Q.

12:32:52

Page  76

1    ██████████████████████████████████████      ████████████

██   ██████████████████████.   May I, please?     12:32:55

3         A.    Sure.                              12:32:58

4         ██    ██████████████████████████████    ████████████

██   ███████████████████████████████████████      ████████████

██   ██████████████████████                        12:33:10

7              MR. VINE:  Objection.               12:33:11

8         ██    ██████████████████████████████    ████████████

██   ██████████████████████████████                12:33:15

10        Q.    Sir, let me ask you, please,       12:33:17

11   to turn to the last page of the Exhibit       12:33:26

12   in front of you, Exhibit 2.  Let me           12:33:32

13   know when you're there, please.               12:33:35

14        A.    I'm there.                         12:33:36

15        ██    ██████████████████████████        ████████████

██   ███████████████████████████████████████      ████████████

██   ██████████████████████████████████            ████████████

██        ██    ██████████████████████            ████████████

██        ██    ██████████████████████████████    ████████████

██   ██████████████████████████████████████        ████████████

██   ██████████████████████████████████            ████████████

██   ██████████████  ██████████████████            12:33:51

23             MR. VINE:  Objection.               12:33:53

24        ██    ██████████████████████████        ████████████

██   █████████████████████████████████████        12:33:56



Page 77

S. SKOWRONEK



12:34:36

12:35:17

Page 78

S. SKOWRONEK



1

24            MR. VINE:   Objection.              12:36:18

25                                                12:36:18

                                                  Page 79

S. SKOWRONEK



12:37:30

Page 80

S. SKOWRONEK



```
 1
                                                              12:37:55
13              MR. VINE:   Objection.              12:37:56
14
                                                              12:38:25
23
                                                              12:38:29
```

Page 81

S. SKOWRONEK



1

18              MR. VINE:   Objection.                  12:39:27

19

Page 82

S. SKOWRONEK



| 1 | Q. Corellium makes that model, | 12:39:57 |
| 2 | ▉▉▉▉▉ | 12:39:58 |
| 3 | MR. VINE: Objection. | 12:39:59 |
| 4 | | 12:40 |

20    Q.    We see a number of icons    12:41:24

21  shown on the image of an iPad display,    12:41:32

22  correct, sir?    12:41:34

23    A.    I'm sorry, are you sure?    12:41:39

24  This does not look like an iPad to me.    12:41:41

25    Q.    Oh, thank you, I misspoke.    12:41:43

Page 83

S. SKOWRONEK

```
 1    May I ask you a new question?              12:41:45

 2         A.    Yes.                            12:41:46

 3        ███    ████████████████████████        ███████████

 █    █████████████████████████████████         ███████████

 █    ████████████████████████████              ███████████

 █    ██████████████████████████████            ███████████

 █    ████?                                      12:41:55

 8              MR. VINE:   Objection.           12:41:56

 9        ███    ████████████████████████        ███████████

██    ██████████████████████████████            ███████████

██    █████████████████████████████████         ███████████

██    █████████████████████                     ███████████

██        ███    ██████████████████              12:42:09

14              MR. VINE:   Objection, asked     12:42:11

15         and answered.  Stan, you can repeat   12:42:13

16         your answer.                          12:42:14

17              MR. GROSS:   Stop coaching the   12:42:15

18         witness, please.                      12:42:16

19              MR. VINE:   Not coaching the     12:42:17

20         witness.  Just because you don't      12:42:18

21         like the answer doesn't mean he has   12:42:20

22         to change it, and that's what         12:42:22

23         you're trying to do.                  12:42:23

24              MR. GROSS:   Jonathan, I may     12:42:24

25         ask the questions I see fit to get    12:42:26
```

Page 84

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | the answers that I think the | 12:42:27 |
| 2 | witness should be giving me.  You | 12:42:28 |
| 3 | may make your objections, but | 12:42:30 |
| 4 | please stop telling the witness how | 12:42:31 |
| 5 | to answer the questions. | 12:42:33 |
| 6 | MR. VINE:  Let's make sure | 12:42:34 |
| 7 | we're clear.  I'm entitled to make | 12:42:36 |
| 8 | objections.  I'm also entitled to | 12:42:38 |
| 9 | ensure that the witness is not | 12:42:41 |
| 10 | somehow misled or berated into | 12:42:43 |
| 11 | answering the way you want, number | 12:42:46 |
| 12 | one.  Number two, you're not | 12:42:48 |
| 13 | entitled to the answers you want, | 12:42:50 |
| 14 | you're entitled to the truth and | 12:42:52 |
| 15 | what the witness gives. | 12:42:53 |
| 16 | ███     ██████████████ | ████████ |
| ██ | █████████████████████ | ████████ |
| ██ | █████████████████████ | ████████ |
| ██ | █████████████████████ | ████████ |
| ██ | ███████████ | 12:43:09 |
| 21 | MR. VINE:  Objection. | 12:43:11 |
| 22 | ███     █████████████ | ████████ |
| ██ | ████████████████████ | ████████ |
| ██ | ████████████████  ██ | ████████ |
| ██ | ██████████████ | 12:43:23 |

Page 85

S. SKOWRONEK



```
 1                                                   12:44:07
11           MR. VINE:   Objection.                  12:44:13
12                                                   12:44:21
15           MR. VINE:   Objection.                  12:44:22
16                                                   12:44:27
18       Q.   That's Apple's artwork, isn't          12:44:32
19  it?                                              12:44:35
20           MR. VINE:   Objection.                  12:44:35
21       A.   I am not actually aware of             12:44:35
22  that.                                            12:44:37
23                                                   12:44:43
```

Page 86

S. SZKWRONEK



1

13          MR. VINE:   Objection.          12:45:17

14

25          MR. VINE:   That's three          12:45:47

Page 87

S. SKOWRONEK

```
 1        times.                                    12:45:48

 2        ███   █████████████████      ████████

 █     ███████████████████            ████████

 █     ███████                        ████████

 █       ███    ██████   ████████████  ████████

 █     ███████████████████            ████████

 █     ████████████████████           ████████

 █     ██████████████████             12:46:12

 9             MR. VINE:  Objection, outside      12:46:15

10        the scope and mischaracterizes his      12:46:16

11        testimony.  You can answer, Stan.       12:46:18

12        ███   ████████████            ████████

 █     ████████████████████           ████████

 █     ██████████████████             ████████

 █     ███████████████████            ████████

 █     ███████                        ████████

 █       ███   ███████████            ████████

 █     ██████████████                 ████████

 █     █████████████████              12:46:39

20             MR. VINE:  Objection.             12:46:42

21        ███   ████████████████       ████████

 █     ██████████████████             ████████

 █     ████████████████████           ████████

 █     ████████████████████           ████████

 █     ████████████████                12:47:06
```

Page 88

```
 1    ███████████████████████████████    ███████████
 ▮    ███████████████████████████████    12:47:13
 3              MR. GROSS:  Jeremiah, would    12:47:29
 4         you please put tab 17 into the    12:47:32
 5         folder for Mr. Skowronek.  And    12:47:35
 6         while we're waiting for that to be    12:47:38
 7         loaded, Mr. Skowronek, let me ask    12:47:40
 8         you a couple of questions.    12:47:42
 9         Q.    Are you familiar with a    12:47:44
10    conference called Black Hat?    12:47:45
11         A.    I am.    12:47:47
12         Q.    Have you ever attended the    12:47:47
13    Black Hat conference?    12:47:52
14         A.    I don't think I was actually    12:47:52
15    an attendee.  I have been in the same    12:48:01
16    place as the Black Hat conference, but    12:48:02
17    I have not attended it.    12:48:05
18         Q.    Last year, in 2019, did    12:48:09
19    anyone from Corellium attend the Black    12:48:11
20    Hat conference, if you know?    12:48:14
21         A.    I don't know if any of our    12:48:14
22    other employees were attendees of Black    12:48:16
23    Hat.    12:48:19
24         Q.    You didn't speak with any of    12:48:19
25    your colleagues at Corellium about    12:48:20
```

Page 89

S. SKOWRONEK

```
 1    attending Black Hat last year?              12:48:22
 2    ████        ████████████████        ████████
 ██   ██████████████████████████          ████████
 ██   ████████████████████████.            12:48:31
 5         Q.    If you would please turn back   12:48:35
 6    to the folder of exhibits on the share     12:48:45
 7    tab and refresh your screen, see if        12:48:47
 8    Exhibit 3 is available.  Do you have       12:48:50
 9    that, sir?                                 12:48:51
10         A.    Correct, I have that.           12:48:52
11             (Exhibit 3, marked for            12:48:56
12        identification, Bates stamped          12:49:12
13        Corellium-013465.)                     12:49:12
14         Q.    Okay.  Have you opened it,      12:48:56
15    sir?                                       12:48:58
16         A.    I have opened it.               12:48:58
17         Q.    Now, this appears to be a       12:49:05
18    23-page PDF file, do you agree, sir?       12:49:08
19         A.    I agree.                        12:49:11
20         Q.    Have you seen Exhibit 3         12:49:18
21    before?                                    12:49:19
22         A.    I have seen Exhibit 3 before.   12:49:20
23         Q.    What is it?                     12:49:21
24         A.    I have seen Exhibit 3 before.   12:49:22
25         Q.    I understand.  And what is      12:49:24
```

Page 90

| | | |
|---|---|---|
| 1 | Exhibit 3, to your knowledge? | 12:49:27 |
| 2 | ▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ |
| | ▮▮▮▮▮▮▮▮▮ | 12:49:34 |
| 6 | (Pause due to technical | 12:49:34 |
| 7 | difficulties.) | 12:50:04 |
| 8 | Q.    Why don't I repeat the | 12:50:04 |
| 9 | question and give him a chance to | 12:50:06 |
| 10 | answer it again.  Thank you for your | 12:50:11 |
| 11 | patience.  Mr. Skowronek, can you hear | 12:50:13 |
| 12 | me? | 12:50:14 |
| 13 | A.    I can hear you. | 12:50:14 |
| 14 | Q.    Okay.  I had asked you, what | 12:50:15 |
| 15 | is Exhibit 3, to your knowledge, and I | 12:50:18 |
| 16 | think before the reporter lost the | 12:50:20 |
| 17 | audio feed, ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮, but | 12:50:27 |
| 20 | at the same time, and then I asked, | 12:50:30 |
| 21 | where was it given, if you know, and I | 12:50:32 |
| 22 | think he did not hear your answer, so | 12:50:34 |
| 23 | would you please continue by repeating | 12:50:35 |
| 24 | your answer again? | 12:50:37 |
| 25 | ▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | 12:50:38 |

Page 91

S. SKOWRONEK



```
 1  ███████████████████████████      ████████████
 █  ██████████████████████████.       12:50:43
 3       Q.    To whom was it given, if you      12:50:50
 4  know?                                         12:50:52
 5       █    ██████████████████     ████████████
 █  ██████████████████████████████   ████████████
 █  ███  █████████████████████       ████████████
 █  ███████████████████████           ████████████
 █  ████████████████████████████      ████████████
 █  ███████████████████                12:51:04
11       Q.    And who, if you know, gave         12:51:06
12  this presentation?                            12:51:07
13       █    ████████                            12:51:09
14       Q.    About how many people were in      12:51:11
15  the audience for your presentation?           12:51:14
16       █    ████████████████████     ████████████
 █  ████████████████████████████       ████████████
 █  ██████████████████████               12:51:22
19       Q.    And why did you give this          12:51:24
20  presentation?                                 12:51:25
21       █    ██████████████████      ████████████
 █  ████████████████████████          ████████████
 █  ██████████████████████████████     ████████████
 █  ████████████████████████           ████████████
 █  ████████████████                    12:51:39
```

Page  92

S. SKOWRONEK

```
 1        Q.    How was your presentation          12:51:41

 2   received, if you recall?                      12:51:51
```



```
16        Q.    And did you succeed in             12:52:31

17   getting people interested in the              12:52:39

18   Corellium product through your                12:52:41

19   presentation?                                 12:52:42
```

Page 93



```
 1   ███████████████████████████      ████████████
 █   ███████████████████              12:53:04
 3       Q.    It's part of your regular      12:53:05
 4   business duties from time to time at      12:53:16
 5   Corellium to generate business      12:53:19
 6   presentations like this; is that right?      12:53:20
 7            ███    ██████████████████████      ████████████
 █   ███████████████████████████      ████████████
 █   ██████████████████████████      ████████████
 █   █████████████      12:53:27
11       Q.    You did it in connection with      12:53:28
12   your job at Corellium, right?      12:53:30
13            MR. VINE:    Objection.      12:53:33
14            ███    ███████████████████████      ████████████
 █   ████████████████████████████      ████████████
 █   █████████████████████████      ████████████
 █   ██████████████████████████      ████████████
 █   █████████████      12:53:48
19       Q.    And you prepared the      12:53:49
20   presentation that is Exhibit 3 around      12:53:52
21   the time of the Black Hat conference in      12:53:53
22   2019?      12:53:55
23            ███    ██████████████████████      ████████████
 █   █████████████████████████      ████████████
 █   ███████████████████████      12:54:01
```

Page  94

S. SKOWRONEK



```
 1                                              12:54:21

 7        Q.    And Corellium's kept this      12:54:22

 8   file in the regular course of its         12:54:24

 9   business, right?                          12:54:26

10        A.    I don't know that.             12:54:29

11        Q.    Well, Corellium hasn't         12:54:29

12   destroyed this file, right?               12:54:38

                                               12:54:47

18        Q.    Okay.  So let's turn to the    12:54:48

19   second page of your presentation at       12:54:50

20   Caesar's Palace that is Exhibit 3.  Do    12:54:58

21   you have the second page that says,       12:55:01

22   about Corellium, in the large font,       12:55:03

23   sir, in front of you?                     12:55:05

24        A.    I do.                          12:55:05

25        Q.    Okay.  What's shown on the     12:55:06
```

Page 95

S. SKOWRONEK



1    right half of this slide, sir?                              12:55:07

Page 96

S. SKOWRONEK



```
 1   ████████████████████████   ████████
 █   ████████████████████        12:56:07
 3       Q.    The product that virtualizes   12:56:09
 4   iPhones?                                  12:56:11
 5        ██   ████████████████   ████████
 █   ██████████████████████████   ████████
 █   ████████████████████████     ████████
 █       ██   ██████████████████   ████████
 █   ███████████████████████ ██    ████████
 █   ██████████████                ████████
 █       ██   ████                 ████████
 █       ██   ██████████████       ████████
 █   █████████████                 ████████
 █       ██   █████████████        ████████
 █   █████████████████████████     ████████
 █   █████████████████████████████ ████████
 █   ███████████████████████████   ████████
 █   ██████████                    ████████
 █       ██   █████████████████    ████████
 █   ██████████████  ████████████  ████████
 █   █████████████████████          12:56:48
22            MR. VINE:  Objection, asked      12:56:49
23        and answered.  Stan, you can repeat  12:56:52
24        your answer.                         12:56:53
25        ██   █████████████████    12:56:55
```

S. SKOWRONEK



12:58:03

Page 98

S. SKOWRONEK

```
 1        Q. ███████████████████ ████████
   ████████████████?                        12:58:09
 3        MR. VINE:  Objection.             12:58:10
 4      █    ███████████████████████  ████████
█  ███████████████████████████████   ████████
█  ██████████████████████████   ████████
█  ████████████████████████   ████████
█  █████████   ████████
█    █    ██████████████████████  ████████
██  █████████████████████████   ████████
██   █    ██████████████████████████  ████████
██  ███████████████████████████   ████████
██  ████████████████████              12:58:40
14        Q.   Okay.  Mr. Skowronek, as I   12:58:42
15   think you're aware, your company       12:58:59
16   designated you to testify on some      12:59:01
17   specific topics, correct?             12:59:04
18        A.   I am aware of that, yes.     12:59:06
19        Q.   Okay.  We're going to need to 12:59:08
20   go through these, and I just want to   12:59:10
21   give you a chance to see the topics    12:59:12
22   yourself before I ask you questions on 12:59:14
23   them.                                  12:59:16
24           So, Jeremiah, if you could     12:59:17
25   bring tab 2 into the folder, please,   12:59:19
```

Page 99

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | we'll show that to Mr. Skowronek next. | 12:59:22 |
| 2 | So in a moment we'll have Exhibit 4 in | 12:59:32 |
| 3 | the shared folder.  Please let me know | 12:59:35 |
| 4 | when you see that, Mr. Skowronek. | 12:59:37 |
| 5 | A.    I'm still waiting. | 13:00:13 |
| 6 | Q.    So am I. | 13:00:17 |
| 7 | MR. EGGER:  It's taking a | 13:00:20 |
| 8 | moment to load. | 13:00:22 |
| 9 | A.    I see it now. | 13:00:45 |
| 10 | Q.    Please open that document. | 13:00:46 |
| 11 | A.    I have opened the document. | 13:00:49 |
| 12 | (Exhibit 4, marked for | 13:00:51 |
| 13 | identification, Corellium LLC's | 13:00:53 |
| 14 | responses and objections to Apple | 13:00:54 |
| 15 | Inc.'s notice of rule 30(b)(6) | 13:00:56 |
| 16 | deposition of defendant Corellium, | 13:00:59 |
| 17 | LLC.) | 13:01:01 |
| 18 | Q.    Give me a moment to catch up | 13:01:03 |
| 19 | with you, please.  All right.  Do you | 13:01:05 |
| 20 | have in front of you, sir, a document | 13:01:19 |
| 21 | that has a title in the middle of the | 13:01:21 |
| 22 | first page called Corellium, LLC's | 13:01:23 |
| 23 | Responses and Objection to Apple, | 13:01:27 |
| 24 | Inc.'s Notice of Rule 30(b)(6) | 13:01:30 |
| 25 | Deposition of Defendant, Corellium, | 13:01:32 |

Page 100

S. SKOWRONEK

```
 1    LLC?                                         13:01:33

 2         A.    I do.                             13:01:44

 3         Q.    Have you seen this document       13:01:44

 4    before, sir?  And you can scroll             13:01:46

 5    through it, if that's helpful to you.        13:01:48
```



```
                                                  13:01:59

11         Q.    Okay.  Let's turn, please, to     13:02:00

12    page 4.  I'll direct your attention to       13:02:05

13    topic number 11.  Let me know when           13:02:07

14    you're there, please.                        13:02:09

15
```

```
                                                  13:02:32
```

Page 101

S. SKOWRONEK

1   ▮

▮

▮        ▮

▮                                    13:02:40

5        MR. VINE:  Obviously, just        13:02:45

6   for the record, Corellium already     13:02:46

7   has objected to some portion of the   13:02:48

8   testimony, but you can go ahead and   13:02:54

9   answer, Stan.                          13:02:56

10       ▮

▮

▮                                         13:03:01

13       ▮

▮                    ?                    13:03:05

15       MR. VINE:  Same objection.        13:03:08

16       ▮

▮

▮

▮                                         13:03:22

20       Q.    That's fair enough.  And    13:03:22

21  Jonathan, if we need to talk about it  13:03:24

22  on a break, I'm happy to do that with  13:03:26

23  you.  I know the objection was made    13:03:29

24  before the court had issued its ruling 13:03:31

25  about the hypervisor, which is why I   13:03:33

Page 102

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | was trying to get clarity on -- | 13:03:36 |
| 2 | MR. VINE:  So I think what | 13:03:36 |
| 3 | Stan is saying is outside the | 13:03:37 |
| 4 | objection, he's familiar and has | 13:03:38 |
| 5 | knowledge about it.  He can answer | 13:03:40 |
| 6 | the question.  He's not suggesting | 13:03:41 |
| 7 | that -- | 13:03:44 |
| 8 | MR. GROSS:  You're not -- | 13:03:44 |
| 9 | okay, I think I understand what | 13:03:46 |
| 10 | Mr. Skowronek's intending to do. | 13:03:48 |
| 11 | You're not standing on the | 13:03:51 |
| 12 | objection now that we have the | 13:03:52 |
| 13 | court's ruling on the hypervisor, | 13:03:53 |
| 14 | right? | 13:03:55 |
| 15 | MR. VINE:  Well, the reality | 13:03:55 |
| 16 | is we also have an appeal on that | 13:03:56 |
| 17 | issue.  But -- on similar issues, | 13:03:59 |
| 18 | but for now, I think I'm going to | 13:04:02 |
| 19 | take it question by question, but | 13:04:06 |
| 20 | he's here to testify, and he has | 13:04:08 |
| 21 | the knowledge about it.  Depending | 13:04:09 |
| 22 | on the question, he'll answer the | 13:04:11 |
| 23 | question. | 13:04:13 |
| 24 | ██    █████    █████████████ | ████████ |
| █ | ███████████████████████████ | 13:04:21 |

Page 103

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | ████████████████████████████ | |
| ■ | ████████████████████████ | 13:04:25 |
| 3 | Mr. Skowronek, will be to look at | 13:04:29 |
| 4 | another exhibit, which should be in the | 13:04:30 |
| 5 | folder now.  And it's been marked as -- | 13:04:33 |
| 6 | not quite yet.  We'll see when | 13:04:39 |
| 7 | Exhibit 5 gets there. | 13:04:41 |
| 8 |         A.    I see Exhibit 5. | 13:04:42 |
| 9 |         Q.    Do you?  Please open it.  I | 13:04:47 |
| 10 | don't have it on my version yet.  I'll | 13:04:49 |
| 11 | catch up with you in a moment. | 13:04:51 |
| 12 |            THE VIDEOGRAPHER:  This is | 13:04:53 |
| 13 |      the videographer.  I do need to go | 13:04:54 |
| 14 |      off the record in about five | 13:04:56 |
| 15 |      minutes or less.  I don't want it | 13:04:57 |
| 16 |      to be when you're in the middle of | 13:04:59 |
| 17 |      something.  I need to reset after | 13:05:01 |
| 18 |      two hours. | 13:05:03 |
| 19 |            MR. GROSS:  I'll ask about | 13:05:05 |
| 20 |      three or four more minutes of | 13:05:07 |
| 21 |      questions, and we can go off the | 13:05:09 |
| 22 |      record for a short break. | 13:05:11 |
| 23 |         Q.    I have Exhibit 5 in front of | 13:05:12 |
| 24 | me now, sir.  Do you? | 13:05:17 |
| 25 |         A.    I do. | 13:05:17 |

Page 104

S. SKOWRONEK

```
 1              (Exhibit 5, marked for          13:05:19

 2        identification, Bates stamped         13:05:42

 3        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ )                       13:05:42

 4          Q.     What is Exhibit 5, if you    13:05:20

 5    know?                                      13:05:21
```



S. SKOWRONEK

```
1   ████████████████████████    █████████
2 ▮      ████    ███████████████    █████████
3 ▮   ███████████████████████    █████████
4 ▮      ████    ████████████████    █████████
5 ▮   ████████████████████    █████████
6 ▮   █████████████████████    █████████
7 ▮      ████    ███████████████    █████████
8 ▮   ██████████████████    13:06:36
```

 9        MR. VINE:  I don't want you      13:06:37

10     to guess.                           13:06:38

11        A.    I was going to say I'm going 13:06:38

12     to guess, but this is not really very 13:06:40

13     well substantiated.                 13:06:43

14        Q.    To your best knowledge, who 13:06:46

15     contributed to this document?  And I 13:06:49

16     understand you don't have a firm --  13:06:51

17        MR. VINE:  Objection.            13:06:52

18        MR. GROSS:  Excuse me,           13:06:53

19     please.                             13:06:54

20        Q.    I understand you don't have a 13:06:54

21     firm knowledge of it, but to the best 13:06:56

22     of your understanding, who would have 13:06:57

23     contributed to this document?       13:06:59

24        MR. VINE:  Objection.  He        13:07:00

25     already testified that he lacks the 13:07:03

Page 106

S. SKOWRONEK

```
1        personal knowledge, so how could he          13:07:06

2        guess?                                        13:07:09

3         Q.    You may answer.                        13:07:09

4         A.
```



```
                                                       13:08:18
```

Page 107

S. SKOWRONEK



S. SKOWRONEK

1          Q.      Can the Corellium product be                    13:09:46



24                 MR. VINE:   Objection.                           13:10:44

25                                                                  13:10:45

Page 109

S. SKOWRONEK



1 ▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓

▓ ▓  ▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓

▓ ▓▓▓▓▓▓?                        13:11:09

9        MR. VINE:  Objection.    13:11:10

10    ▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓

▓ ▓▓▓▓▓▓.                        13:11:16

12        Q.    I'm not asking for the list,    13:11:18

13   I just wanted to know an example, if    13:11:20

14   you have any in mind, of what would fit    13:11:22

15   the description that you gave me.    13:11:25

16        MR. VINE:  Objection.    13:11:26

17    ▓  ▓▓▓▓▓▓▓▓▓  ▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓

▓ ▓▓▓▓  ▓▓▓▓▓▓▓▓▓  ▓▓▓▓

▓ ▓▓▓▓▓                          13:11:48

Page 110

S. SKOWRONEK

```
 1          Q.    Do you know an example of a         13:11:49
 2    Corellium customer who --                       13:11:52
 3          A.    I do not -- I do not know an        13:11:54
 4    example --                                      13:12:01
 5          Q.    The question -- you can             13:12:04
 6    continue.                                       13:12:05
 7          A.    Sorry.                              13:12:06
 8                MR. VINE:  You can continue,        13:12:09
 9          Stan, go ahead.                           13:12:11
10    ███  ████████████████████████  ███
      █  ████████████████████████████  ███
      █  ██████████████  ████████████  ███
      █  ███████████  ███
      █  ███  █████████████████████████  ███
      █  ████████████████████████  ███
      █  █████████████████████████████  ███
      █  ███████████████████████████  ███
      █  ███████████                              13:12:35
19                MR. VINE:  Objection, asked        13:12:36
20          and answered.                            13:12:37
21    ███  █████████████  ████████  ███
      █  ████████████████████████  ███
      █  █████████████████████████  ███
      █  ██████████████████████████.              13:12:45
25          Q.    You never heard anyone at the      13:12:49
```

Page 111

S. SKOWRONEK



| 1 | company talk about one of the customers | 13:12:52 |
| 2 | who received an onsite version of the | 13:12:54 |
| 3 | product? | 13:12:56 |
| 4 | A.   I don't know if I have ever | 13:12:56 |
| 5 | heard, but I don't remember it. | 13:13:00 |
| 6 | Q. | |

13:13:26

| 15 | Q.   Would you please turn your | 13:13:27 |
| 16 | attention to page 2 of Exhibit 5. | 13:13:28 |
| 17 | | |

13:13:54

Page 112

S. SKOWRONEK



13:14:50

Page 113

S. SKOWRONEK



13:15:49

Page 114

S. SKOWRONEK



13:17:00

Page 115

S. SKOWRONEK



1

15          MR. VINE:   Objection.              13:17:40

16

13:17:38

13:18:05

Page 116

S. SKOWRONEK



1

13:18:24

11      Q.    Okay.  I'm sorry for speaking    13:18:24

12  over you, I'm going --                     13:18:28

13      A.    I'm sorry.                        13:18:29

14      Q.    No problem.  You're very          13:18:30

15  polite, and I appreciate that.  I'll       13:18:33

16  try to ask the question again and give     13:18:34

17  you the chance to answer it without        13:18:37

18  speaking over you.                         13:18:38

19      A.    Okay.                             13:18:39

20      Q.    So the Cloud version of the      13:18:40

21  Corellium virtual -- all right, I'm        13:18:41

22  going to try again, okay?                  13:18:44

23      A.    Yes.                              13:18:45

24                                              13:18:49

                                        Page 117

S. SKOWRONEK

```
 1   ███████████████████████████   ██████████
 2   ███████████████████████████   ██████████
 3   ███████████?                         13:19:01
 4          MR. VINE:  Objection.         13:19:01
 5      ██  ████████████████████████   ██████████
 6   ████████████████████████████   ██████████
 7   ████████████████████████████   ██████████
 8   █████████████                        13:19:09
 9          THE VIDEOGRAPHER:  Mr. Gross,  13:19:16
10   I do need to reset.  This is the      13:19:17
11   videographer.                         13:19:19
12          MR. GROSS:  Thank you for the  13:19:20
13   reminder.  Let's take a five-minute   13:19:21
14   break, please.                        13:19:24
15          THE VIDEOGRAPHER:  The time    13:19:24
16   is 1:19, off the record.  This will   13:19:25
17   end media unit one.                   13:19:28
18          (Recess.)                      13:19:30
19          THE VIDEOGRAPHER:  The time    13:39:34
20   is 1:39 Eastern Standard Time.        13:39:45
21   Back on the record.  This will        13:39:48
22   begin media two.                      13:39:49
23      Q.   Okay, welcome back,           13:39:50
24   Mr. Skowronek, I just wanted to revisit  13:39:58
25   the last couple of topics we talked   13:39:59
```

                                        Page 118

S. SKOWRONEK

```
 1    about, because I think you and I        13:40:02

 2    actually made a mistake of speaking     13:40:03

 3    over each other, which we carefully     13:40:05

 4    avoided earlier, so I'm just going to   13:40:08

 5    ask you a couple questions again, okay? 13:40:10

 6    Is that all right with you, sir?        13:40:16

 7         A.    Yes, it is.                  13:40:17
```



```
12              MR. VINE:  Objection.         13:40:28
```

```
13         A.
```

```
                                             13:41:09
```

Page 119

S. SKOWRONEK



```
 1
                                           13:41:45
14              MR. VINE:   Objection.    13:41:45
15
                                           13:42:13
```

Page 120

S. SKOWRONEK

```
 1      ███      ███████               13:42:20
 2      Q.    Okay.  If you would please  13:42:20
 3   look at the Exhibit Share folder again,  13:42:24
 4   I would like to direct your attention   13:42:27
 5   to another exhibit.                      13:42:29
 6      A.    Which one?                      13:42:35
 7      Q.    That's Exhibit 6.  Exhibit 6,   13:42:36
 8   please.                                  13:42:37
 9           (Exhibit 6, m██████   ██████
██      ████████████          ██████
██      ████████               13:42:48
12      A.    I have Exhibit 6.           13:42:48
13      ██    ███████   █████████        ██████
██   ██████████████████           ██████
██   ██████████████████████       ██████
██      ██   ████████             ██████
██      ██   ██████████████       ██████
██      ██   ██████████████       ██████
██   ███   ████████████           ██████
██   ██████████████████           ██████
██   ████████████████████████     ██████
██   ████████████████████         ██████
██   ██████████████████           ██████
██      ██   ████████████████     ██████
██      ██   ████████████         13:43:18
```



Page 121

S. SKOWRONEK



13:44:36

Page 122

S. SKOWRONEK



13:45:31

Page 123

S. SKOWRONEK



1

13:45:42

4          MR. VINE:   Objection.          13:45:48

5

20

13:46:44

Page 124

S. SKOWRONEK



1

13:48:02

Page 125

S. SKOWRONEK



13:49:24

Page 126

S. SKOWRONEK



1

13:49:53

9           MR. VINE:  Objection.      13:49:54

10

13:50:16

19          MR. VINE:  Objection.      13:50:17

20

13:50:33

Page 127

S. SKOWRONEK



13:51:48

Page 128

S. SKOWRONEK



13:52:49

Page 129

S. SKOWRONEK



```
 1                           MR. VINE:  Objection.        13:52:57

 4                           MR. VINE:  Objection.        13:53:00

 5                                                        13:53:15

 8         Q.     I didn't ask -- go ahead.               13:53:16

 9         A.     Sorry.                                  13:53:18

10                                                        13:53:32

15                           MR. VINE:  Objection.        13:53:33

16                                                        13:54:29
```

Page 130

S. SKOWRONEK



1

13:54:39

5        MR. VINE:   Objection.   Go        13:54:43

6     ahead.                                 13:54:44

7

13:55:59

Page 131

S. SKOWRONEK



13:57:10

Page 132

S. SKOWRONEK



13:58:22

Page 133

S. SKOWRONEK



13:59:31

Page 134

S. SKOWRONEK



14:00:45

Page 135

S. SKOWRONEK



23          MR. VINE:  Objection.          14:01:45

24                                          14:01:44

                                            14:01:49

Page 136

S. SKOWRONEK



1

14:03:04

25          MR. VINE:  Objection.          14:03:04

Page 137

S. SKOWRONEK



14:04:07

Page 138

S. SKOWRONEK



14:04:55

Page 139

S. SKOWRONEK



1

14:05:24

11          MR. VINE:   Objection.          14:05:25

12

14:05:34

16          MR. VINE:   Objection.          14:05:36

17

14:05:48

24          MR. VINE:   Objection.          14:05:50

25                                          14:05:50

Page 140

S. SKOWRONEK



```
1

23          MR. VINE:  Objection -- let        14:07:07

24     me just put something on the            14:07:10

25     record.  My understanding is you're     14:07:11
```

Page 141

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | asking these questions in his | 14:07:13 |
| 2 | individual capacity, because he was | 14:07:14 |
| 3 | certainly not designated in his | 14:07:16 |
| 4 | corporate capacity on this issue; | 14:07:18 |
| 5 | is that correct? | 14:07:20 |
| 6 | Q.   You can answer. | 14:07:24 |
| 7 | MR. VINE:  Is that -- wait, | 14:07:26 |
| 8 | do not answer.  Is that correct, | 14:07:26 |
| 9 | Gabe? | 14:07:28 |
| 10 | MR. GROSS:  Counsel, we can | 14:07:28 |
| 11 | have a dialogue off the record.  I | 14:07:30 |
| 12 | am not going to do this with you on | 14:07:30 |
| 13 | the record.  You know what he's | 14:07:31 |
| 14 | been designated for, you know what | 14:07:33 |
| 15 | he's the representative on.  I have | 14:07:35 |
| 16 | the right to ask him the questions | 14:07:36 |
| 17 | I want to ask him. | 14:07:37 |
| 18 | MR. VINE:  I am asking for | 14:07:38 |
| 19 | clarification.  Just let the record | 14:07:39 |
| 20 | reflect that Apple's counsel is | 14:07:41 |
| 21 | refusing to clarify.  Go ahead, | 14:07:44 |
| 22 | Stan. | 14:07:45 |
| 23 | ██  ███████  ███████ | ████████ |
| | ███████████████████ █ | ████████ |
| | ████████████████ | 14:07:52 |

Page 142

S. SKOWRONEK



1

14:08:28

14        MR. VINE:   Same objection.          14:08:28

15

14:09:09

Page 143

S. SKOWRONEK

1  █████  ██████████  █████

  ██████████  █████

  █████    █████

  █████ ██████████ █████

  ███████   █████

  █████ ██████████ █████

  █████ ██████████ █████

  ███████████████ █████

  ███████████████ █████

  ██████████████  █████

  █████ ██████████ █████

  ██████████████ █████

  ████████████  █████

  ████████████  14:09:43

15     MR. VINE:  Again, Stan,  14:09:45

16  before you answer that question,  14:09:47

17  objection.  I've asked for  14:09:49

18  clarification, but you haven't  14:09:52

19  given it to me.  This question is  14:09:54

20  obviously being asked in his  14:09:55

21  personal capacity.  You're entitled  14:09:57

22  to ask that question, but from a  14:09:59

23  corporate perspective, Amanda  14:10:00

24  Gorton has already addressed this  14:10:03

25  issue at her deposition.  14:10:05

Page 144

S. SKOWRONEK

```
 1              Stan, you can go ahead.        14:10:06

 2      Q.    You can answer.                  14:10:07

 3      ████  ████████████████████            ████████

 █  ████████████████████████████              ████████

 █  ████████████████                          ████████

 █      ████  ████████████████████            ████████

 █  ████████████████████████████████          ████████

 █  ████████████████████████████████          ████████

 █  ████████████████████████████████.         14:10:22

10              MR. VINE:  Same objection.     14:10:24

11      ████  ████████████████████            ████████

 █  ████████████████████  ████████████        ████████

 █  ████████████████████████████████          ████████

 █  ████████████████████████████              ████████

 █      ████  ████████  ████████████████      ████████

 █  ████████████████████████████████          ████████

 █  ████████████████████████                  14:11:07

18              Jeremiah, while I'm asking     14:11:08

19  these next couple questions, would you     14:11:12

20  please load up tab 11 as the next          14:11:15

21  exhibit?                                   14:11:17

22      A.    Sorry, it's not there yet.       14:11:21

23  That wasn't to me.                         14:11:23

24      Q.    That's fine, it may take a       14:11:24

25  moment.                                    14:11:26
```

Page 145

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | MR. VINE:  I don't see 10. | 14:11:45 |
| 2 | MR. GROSS:  I didn't say | 14:11:46 |
| 3 | Exhibit 10, I said tab 11.  We'll | 14:11:48 |
| 4 | know in a moment what exhibit | 14:11:51 |
| 5 | number it gets.  Probably 10. | 14:11:53 |
| 6 | We'll come back to some of the | 14:12:06 |
| 7 | exhibits in there that I haven't | 14:12:07 |
| 8 | shown the witness yet, but I think | 14:12:10 |
| 9 | the next one will be Exhibit 10. | 14:12:13 |
| 10 | (Exhibit 10, marked for | 14:12:16 |
| 11 | identification, Bates stamped | 14:13:47 |
| 12 | ASI001062.) | 14:13:49 |
| 13 | MR. EGGER:  Still loading. | 14:12:34 |
| 14 | Sorry for the delay. | 14:12:38 |
| 15 | THE WITNESS:  I'm going to | 14:12:41 |
| 16 | mute myself, because I'm going to | 14:12:43 |
| 17 | cough. | 14:12:45 |
| 18 | Q.   I hope you're feeling well. | 14:12:50 |
| 19 | Let us know if you need a break. | 14:12:53 |
| 20 | A.   You know, it's stuff going | 14:12:54 |
| 21 | around.  It's New York City. | 14:12:56 |
| 22 | Q.   It sure is. | 14:13:00 |
| 23 | A.   It loaded. | 14:13:13 |
| 24 | Q.   For you before me.  Okay, I | 14:13:14 |
| 25 | have it.  If you do, too, please bring | 14:13:18 |

Page 146

S. SKOWRONEK



```
 1      up on your screen Exhibit 10.              14:13:20

 2           A.    I have it.                       14:13:29

 3

22           MR. VINE:  Objection.                  14:14:13

23                                                  14:14:16
```

Page 147

1      ████████████████████████████████     ██████████

▮      ████████████████                      14:14:22

3              MR. VINE:  Objection, he        14:14:23

4      previously testified at the            14:14:24

5      beginning of this deposition that      14:14:24

6      he knew none of the customers of       14:14:25

7      Corellium.                             14:14:27

8           ██     ████████████████████      ██████████

▮      ██████████████████████████            ██████████

▮           ██     ████████████████████      ██████████

▮      ██████████████████████                ██████████

▮      █████████████████                     ██████████

▮           ██     ████████████████          ██████████

▮           ██     ███████████████████████   ██████████

▮      █████████████████████████████         ██████████

▮      ██████████████████████████            ██████████

▮      ██████                                 14:14:52

18              MR. VINE:  Objection.          14:14:54

19          ██     █████████████   █████████ ██████████

▮      ███████████████████████████           ██████████

▮      ██████                                 ██████████

▮           ██     ███████████████████       ██████████

▮      ██                                     ██████████

▮           ██     ████████████████████      ██████████

▮      ██████████████████████                 14:15:06

                                              Page 148

S. SKOWRONEK



14:16:09

Page 149

S. SKOWRONEK



1

19        MR. VINE:   Objection.              14:17:03

20

                                              14:17:12

                                              Page 150

S. SKOWRONEK



14       MR. VINE:   Objection.          14:17:44

Page 151

S. SZWRONEK



```
 1                                              14:18:08
 2          MR. VINE:  Objection,              14:18:12
 3     mischaracterizes testimony.  You        14:18:13
 4     can answer.                             14:18:14
 5                                              
                                                
                                                
                                                
                                                
                                                
                                              14:18:34
12          MR. VINE:  Objection.              14:18:37
13                                              
                                                
                                                
                                                
                                                
                                                
                                              14:19:01
21          MR. VINE:  Objection, asked        14:19:04
22     and answered, it's now three times.     14:19:05
23     This is the last time, Stan, you        14:19:06
24     have to answer the question.  Go        14:19:09
25     ahead and answer what you can.          14:19:10
```

Page 152

S. SKOWRONEK



14:20:36

Page 153

S. SKOWRONEK



```
 1                                              14:20:41

 2           MR. VINE:  Objection, asked        14:20:42

 3      and answered four times.  Go ahead,     14:20:45

 4      Stan.  I'll just keep on counting.      14:20:46

 5                                              14:20:46

 6                                              

 7                                              

 8                                              

 9                                              

10                                              

11                                              

12                                              

13                                              

14                                              

15                                              

16                                              

17                                              

18                                              

19                                              

20                                              

21                                              

22                                              

23                                              

24                                              14:21:29

25           MR. VINE:  It doesn't say          14:21:31
```

Page 154

S. SKOWRONEK

```
 1        all -- wait, stop, he                    14:21:32
 2        mischaracterized the document.  ▆        ▆▆▆▆▆
 ▆    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆                        ▆▆▆▆▆
 ▆    ▆▆▆▆▆▆▆▆▆                                     ▆▆▆▆▆
 ▆      ▆▆  ▆▆▆▆▆▆▆▆▆▆                              ▆▆▆▆▆
 ▆      ▆▆  ▆▆▆▆▆▆▆▆▆▆▆                             ▆▆▆▆▆
 ▆    ▆▆▆▆▆▆▆  ▆▆▆▆▆▆▆▆                             ▆▆▆▆▆
 ▆    ▆▆▆▆▆▆▆▆  ▆▆▆▆▆                               ▆▆▆▆▆
 ▆    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆                                ▆▆▆▆▆
 ▆    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆                                ▆▆▆▆▆
 ▆    ▆▆▆▆▆▆▆▆▆▆                                    ▆▆▆▆▆
 ▆      ▆▆  ▆▆▆▆▆▆▆▆▆                               ▆▆▆▆▆
 ▆    ▆▆▆▆▆                                         ▆▆▆▆▆
 ▆      ▆▆  ▆▆▆▆▆▆▆▆▆▆▆                             ▆▆▆▆▆
 ▆    ▆▆▆▆                                          ▆▆▆▆▆
 ▆      ▆▆  ▆▆▆▆▆  ▆▆▆▆▆                            ▆▆▆▆▆
 ▆    ▆▆▆▆▆▆▆▆▆▆                                    ▆▆▆▆▆
 ▆    ▆▆▆▆▆▆▆▆▆▆▆▆▆                                 ▆▆▆▆▆
 ▆    ▆▆▆▆  ▆▆▆▆▆▆▆▆▆▆                              ▆▆▆▆▆
 ▆    ▆▆▆▆▆▆▆▆▆                                     ▆▆▆▆▆
 ▆    ▆▆▆▆▆▆▆▆▆▆                                    ▆▆▆▆▆
 ▆    ▆▆▆▆▆▆▆                                       ▆▆▆▆▆
 ▆    ▆▆▆                                           14:22:21
24        MR. VINE:  Stan, I don't want            14:22:23
25        you to guess, so if you don't have       14:22:25
```



Page 155

```
1        personal knowledge, then please          14:22:26

2        don't answer the question by             14:22:29

3        guessing.                                 14:22:32

4        Q.
```



14:23:38

Page 156

S. SKOWRONEK



```
 1
                                                        14:24:10
10          MR. VINE:  Objection.                       14:24:13
11
                                                        14:25:11
```

Page 157

S. SKOWRONEK



1

19                    MR. VINE:   Same objection.          14:25:59

20

                                                           14:26:18

                                                           Page 158

S. SKOWRONEK



```
 1
                                             14:27:27

23        Q.    All right.  Would you turn,      14:27:42

24   please, to Exhibit 7.  This is one we       14:27:44

25   haven't discussed yet.                      14:27:46
```

Page 159

S. SKOWRONEK



```
 1              (Exhibit 7, marked for          14:27:48

 2         identification, Bates stamped        14:28:09

 3         APL-Corellium 00036236.)             14:28:12

 4         A.    I see Exhibit 7.               14:27:54

 5         Q.
```

14:28:25

18

14:28:42

Page 160

S. SKOWRONEK



```
 1
23        Q.    Okay.  What's depicted in        14:29:32
24    Exhibit 7?                                 14:29:34
25                                               14:29:35
```

Page 161

S. SKOWRONEK



14:30:49

Page 162



1      �०▓▓▓▓▓▓▓▓▓▓▓▓▓▓     ▓▓▓▓▓

▓      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓     ▓▓▓▓▓

▓      ▓▓▓                   14:30:55

4      Q.    How does the service VM     14:31:00

5   differ from what's labeled here on     14:31:03

6   Exhibit 7 as the user VM?           14:31:05

7      ▓   ▓▓▓▓▓▓▓     ▓▓▓▓▓

...

22      Q.    And what is the user VM?    14:31:50

23      ▓   ▓▓▓▓▓▓▓▓     ▓▓▓▓▓

...

                                          14:32:03

Page 163

S. SKOWRONEK



14:33:17

Page 164

S. SKOWRONEK



14:34:25

Page 165

S. SKOWRONEK



```
 1              ███  ████████████████      ████████

███      █████████████████████████      ████████

███      ███████████████████████      ████████

███      ██████████                        14:34:33

 5              MR. VINE:   Objection.       14:34:36

 6              ███  ████████████████      ████████

███      ████████████████████████      ████████

███      ███  █████  ███████████████      ████████

███      ██████████████████████      ████████

███      ███████████████████  █      ████████

███      █████████████                    14:34:50

12              MR. VINE:   Objection.       14:34:50

13              ███  ███████████████      ███████

███      █████ e ████████████████      ███████

███      ████████████████████      ███████

███      ███  ████████████████      ███████

███      ███████████████████████      ███████

███      ██████████████                    ███████

███      ███  █████████                    ███████

███      ███  ██████                          ███████

███      ███  ████████████                ███████

███      █████████████  ████████      ███████

███      ██████████████                    ███████

███      ███  ██████████████████      ███████

███      █████████████                    14:35:44
```

Page 166

S. SKOWRONEK



14:36:50

Page 167

S. SKOWRONEK



14:38:38

Page 168

S. SKOWRONEK



14:39:29

14:39:42

Page 169

S. SKOWRONEK



```
 1     ███      ████████████████                      14:39:44

 2         Q.    Okay.  Let me please direct           14:39:45

 3    your attention to Exhibit 8.                     14:39:51

 4              (Exhibit 8, marked for                 14:40:02

 5         identification, Bates stamped               14:40:06

 6         APL-Corellium 0036205.)                     14:40:07

 7         ███   ████████████████      ████████

██         ███   ████████████████      ████████

██         ███   ████████████████      ████████

██    ██████████████████████████      ████████

██    ██████████████████████████      ████████

██         ███   ██████   █████████████████      ████████

██    ████████████████████████       ████████

██    ██████████████████████       ████████

██    ███████████████████████       ████████

██    ████████████       ████████

██         ███   ██████████████       ████████

██         ███   ██████   █████████████████

██    ██████████████   █████████████

██    ████████████████████████

██    ██████████████████████

██         ███   ████                           ████████

██         ███   █████████                       ████████

██         ███   ████████                        ████████

██         ███   █████████████████               14:40:43
```

Page 170

S. SKOWRONEK



S. SKOWRONEK



14:42:48

Page 172

S. SKOWRONEK



14:43:52

Page 173

S. SKOWRONEK



```
14:45:00
```

Page 174

S. SKOWRONEK



14:46:09

Page 175

S. SKOWRONEK



1

14:46:22

7          MR. VINE:   Objection.          14:46:25

8

14:46:48

17         MR. VINE:   Objection.          14:46:48

18

14:47:22

Page 176

S. SKOWRONEK



```
 1    ██████████████████████████     ██████████

 █    ████████████████████████       ██████████

 █    ██████████████████████         ██████████

 █    ██████████████████             ██████████

 █         ██    ██████████████       ██████████

 █    ███████████████████████████     ██████████

 █    ████████████████████████       ██████████

 █    ███████████████████████         ██████████

 █    █████████████████  ████████████  ██████████

 █    ██████  e transport without storing the    14:47:46

 █    ██████                                      14:47:48

12              (Pause due to technical          14:47:48

13         difficulties.)                        14:48:00

14              MR. GROSS:  Go off the record     14:48:00

15         until he returns.                     14:48:02

16              THE VIDEOGRAPHER:  The time       14:48:03

17         is 2:48, off the record.              14:48:03

18              (Luncheon recess.)                15:10:52

19

20

21

22

23

24

25
```

Page 177

```
 1          A F T E R N O O N   S E S S I O N        15:10:53

 2               (Time noted:  3:10 p.m.)            15:10:56

 3               THE VIDEOGRAPHER:  The time         15:10:56

 4        is 3:10, we're back on the record.         15:11:01

 5               STANISLAW SKOROWNEK, RESUMED,        15:11:04

 6        having been previously and duly            15:11:04

 7        sworn, was examined and testified          15:11:04

 8        further, as follows:                       15:11:04

 9               CONTINUED EXAMINATION               15:11:04

10               BY MR. GROSS:                       15:11:07

11          Q.    Okay.  Welcome back,               15:11:07

12        everyone.  Mr. Skowronek, before the       15:11:10

13        break we were talking about, with          15:11:11

14        reference to Exhibit 8, ▮▮▮▮▮▮▮▮           ▮▮▮▮▮▮▮

▮        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                       ▮▮▮▮▮▮▮

▮        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                      ▮▮▮▮▮▮▮

▮        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                               ▮▮▮▮▮▮▮

▮           ▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                       ▮▮▮▮▮▮▮

▮        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                      ▮▮▮▮▮▮▮

▮        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                         ▮▮▮▮▮▮▮

▮        ▮▮▮▮▮                                        ▮▮▮▮▮▮▮

▮           ▮▮   ▮▮▮▮  ▮▮▮▮▮▮▮                        ▮▮▮▮▮▮▮

▮        ▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                       ▮▮▮▮▮▮▮

▮        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                            ▮▮▮▮▮▮▮

▮        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                            15:11:41
```

Page 178

S. SKOWRONEK



1   Do

15:12:37

Page 179

S. SKOWRONEK



15:13:33

Page 180

S. SKOWRONEK



```
 1                                              ████████

 ▮                                              ████████

 ▮                                              15:13:42

 4         MR. VINE:  Objection.               15:13:43

 5                                              ████████

 ▮                                              ████████

 ▮                                              ████████

 ▮                                              ████████

 ▮                                              ████████

 ▮                                              ████████

 ▮                                              ████████

 ▮                                              ████████

 ▮                                              ████████

 ▮                                              ████████

 ▮                                              ████████

 ▮                                              ████████

 ▮                                              ████████

 ▮                                              ████████

 ▮                                              ████████

 ▮                                              ████████

 ▮                                              ████████

 ▮                                              15:14:50
```

Page 181

S. SKOWRONEK



15:16:13

Page 182

S. SKOWRONEK



15:17:23

Page 183

S. SKOWRONEK



15:18:33

Page 184

S. SKOWRONEK



15:19:38

Page 185

S. SKOWRONEK



15:20:44

Page 186

S. SKOWRONEK



15:21:47

Page 187

S. SKOWRONEK



15:22:58

Page 188

S. SKOWRONEK



15:24:34

Page 189

S. SKOWRONEK



15:25:39

Page 190

S. SKOWRONEK



15:26:39

Page 191

S. SKOWRONEK



15:27:52

Page 192

S. SKOWRONEK



15:28:55

Page 193

S. SKOWRONEK



15:30:11

Page 194

S. SKOWRONEK



```
 1                                                    
                                                      
                                                      
                                              15:30:22
 5        Q.    Okay.  Let's please look at   15:30:24
 6   Exhibit 2 again, and when you have it    15:30:26
 7   in front of you, sir, I would like you   15:30:28
 8   just to scroll to the last page of it.   15:30:30
 9   This is the exhibit with screenshots in  15:30:32
10   it.                                      15:30:34
11        A.    I am there.                   15:30:34
12        Q.    Bear with me, mine is slower  15:30:35
13   than yours.  Okay, I now have the last   15:30:48
14   page of Exhibit 2 in front of me.  Do    15:30:57
15   you also, sir?                           15:31:00
16        A.    I do.                         15:31:01
17                                            
                                              
                                              
                                              
                                              
                                              
                                              
                                              15:31:21
```

Page 195

S. SKOWRONEK

```
 1        A.    So what you see inside -- so        15:31:24

 2   the best way to actually see it for            15:31:29

 3   yourself is to start, is to look at the        15:31:30

 4   previous -- at the previous page of            15:31:34

 5   this, of this document, of this                15:31:40

 6   exhibit, and you can --                        15:31:42

 7        Q.    Page 8 of Exhibit 2, I'm            15:31:45

 8   sorry, Mr. Skowronek, I just want to be        15:31:47

 9   clear for the record, so you've now            15:31:49

10   directed us to the eighth page of             15:31:51

11   Exhibit 2, right?                              15:31:54

12        A.    That is correct.                    15:31:54

13        Q.    Okay.  Please continue.             15:31:55

14        ██    ████████████████████          ████████
   ██   ████████████████████████████          ████████
   ██   ██████████████████████████████████   ████████
   ██   ███████████████████████████           ████████
   ██   ███████████████████████████████       ████████
   ██   ██████████████                         ████████
   ██       ██     ████    ██████████████     ████████
   ██   ██████████████████████████████        ████████
   ██   ██████████████████████████████████    ████████
   ██   ████████████████████                   ████████
   ██       ██    ██████████████████████████  ████████
   ██   ████████████████████████████                15:32:26
```

                                                    Page 196

S. SKAWRONEK

```
1                                          15:32:55
```

```
9        Q.    And that's what we see in the   15:33:00
10   -- go ahead.                                15:33:02
11        A.    I just wanted to request a       15:33:02
12   really short break.                         15:33:04
13        Q.    Okay.  How much time do you      15:33:07
14   need?                                       15:33:09
15        A.    Approximately a minute.          15:33:09
16        Q.    Okay, help yourself.             15:33:11
17             MR. GROSS:  Go off the            15:33:15
18   record.                                     15:33:15
19             THE VIDEOGRAPHER:  Time is        15:33:16
20   3:33, off the record, ending media          15:33:16
21   unit two.                                    15:33:20
22           (Recess.)                            15:33:21
23             THE VIDEOGRAPHER:  Time is        15:39:20
24   3:39, this will begin media unit            15:39:35
25   three.                                       15:39:38
```

Page 197

S. SKOWRONEK



```
  1
                MR. VINE:  Objection.          15:40:51
 24
 25                                            15:40:52
```

Page 198

S. SKOWRONEK



15:42:13

Page 199

S. SKOWRONEK



15:43:28

Page 200

S. SKOWRONEK



```
1    ████████████████████████████████          ██████████████

     ████████████████████████████████          ██████████████

     ████████████████████                      ██████████████

     ██    ██████████████████████              ██████████████

     ████████████  ████████████████            ██████████████

     ████████████████████  ██████████████      ██████████████

     ████████████████  ██████████████          ██████████████

     ████████████████                          ██████████████

     ██    ████████████████████████████        ██████████████

     ███████████████████████████               ██████████████

     ████████████████████                      15:43:59

12          MR. VINE:   Objection.             15:44:01

13   ██    ██████████████████                  ██████████████

     ████████████████████████████              ██████████████

     ██████████████████████████████████        ██████████████

     ████████████████████████████████          ██████████████

     ██████████████████████████                ██████████████

     ██████████████████████████████████        ██████████████

     ████████████████████                      ██████████████

           ██████████████████████████          ██████████████

     ████████████████████████████████          ██████████████

     ██████████████████████████                ██████████████

     ████████████████████████████              ██████████████

     ████████████████████████████              ██████████████

     ████████████  ████████████████            15:44:33
```

Page 201

S. SKOWRONEK



```
22        Q.    Let me please turn your          15:45:51
23   attention back in the exhibits folder        15:45:54
24   to the topics in the deposition notice.      15:45:56
25   This is in Exhibit 4.                         15:46:01
```

Page 202

S. SKOWRONEK

```
 1          A.     Thank you, I keep losing it.        15:46:02

 2          Q.     Little complicated to keep          15:46:06

 3    track when we can't stack the papers in          15:46:11

 4    front of us, but thank you for your              15:46:14

 5    patience.  In particular, would you              15:46:17

 6    direct your attention to page 3 of               15:46:19

 7    Exhibit 4.                                        15:46:20

 8          A.     Got it.                             15:46:26

 9          Q.     Okay.  Your name's all over         15:46:27

10    this page.  I'll direct your attention           15:46:29

11    to topic number four.  Do you see that,          15:46:30

12    sir?                                             15:46:32

13          A.     I see that topic.                   15:46:32
```

14

15:47:09

Page 203

S. SKOWRONEK



```
 1                                                  ████████
                                                    15:47:17
 5          So with that as background              15:47:18
 6   I'll ask you my next question, okay?           15:47:20
 7        A.    Okay.                                15:47:23
 8
```

Page 204

S. SKOWRONEK

1 ███ ████████████ ███████

██ ███████████████████ ████████

██ █████████████████ ████████

██ █████████████ 15:48:23

5     A.    I'm sorry, is it on my side    15:48:24

6 or your side?  You're really breaking    15:48:26

7 up.    15:48:28

8     Q.    I'll be happy to ask it    15:48:29

9 again.  Can you hear me better?    15:48:31

10     A.    No, you're still breaking up,    15:48:32

11 I just don't know on which side it is.    15:48:34

12     Q.    I don't know either.    15:48:38

13     A.    I don't know, I can -- can    15:48:41

14 you hear Mr. Gross clearly?    15:48:43

15         MR. VINE:  I can hear you    15:48:43

16     both clearly.  Can you hear me,    15:48:44

17     Stan?    15:48:50

18         THE WITNESS:  More or less,    15:48:51

19     yes.  Let's try again, I'm sorry.    15:48:53

20     Q.    No problem, we all have to be    15:48:55

21 a little patient.  This is just what    15:48:56

22 inevitably happens at times.    15:48:58

23         Mr. Skowronek, can you hear    15:49:02

24 me now?    15:49:03

25     A.    Still breaking up, but I'll    15:49:03

Page 205

S. SZAWRONEK



```
 1    do my best.                              15:49:05

 2         Q.   Okay.  I want to be sure, I    15:49:06

 3    mean, it's only fair to you that you     15:49:08

 4    have a chance to hear my questions, so   15:49:10

 5    I'll try one or two, but if you are      15:49:12

 6    having trouble, please tell me.          15:49:15

 7         A.   It fixed itself.               15:49:16
```

15:50:06

Page 206

S. SKOWRONEK



15:51:15

Page 207

S. SKOWRONEK



```
 1
                                              15:52:18
24   --                                       15:52:22
25        Q.    So in the case --             15:52:22
```

Page 208

S. SKOWRONEK



17          MR. VINE:   Objection.                    15:53:04

S. SKOWRONEK



1

15:53:37

        MR. VINE:   Objection, lacks

    foundation, form.

15:53:40

15:53:41

Page 210

S. SKOWRONEK



15:56:44

Page 211



15:57:47

21    Q.    Let me back up for a second.    15:57:54

22    I'm sorry, please finish.    15:57:57

23    A.    No, I'm good.  It was just    15:57:59

24    going to clarify.    15:58:02

25    Q.    Okay.  I'll ask my next    15:58:03

Page 212

S. SKOWRONEK



1    question.

15              MR. VINE:   Objection.        15:58:55

16

Page 213

S. SKOWRONEK



```
 1                                           15:59:29

 2          MR. VINE:   Objection.           15:59:34

 3

16          MR. VINE:   Objection.           16:00:23

17                                           16:00:39
```

Page 214

S. SKOWRONEK



16:01:36

16:01:58

Page 215

S. SKOWRONEK



16:03:20

Page 216

S. SKOWRONEK



16:04:28

Page 217

S. SKOWRONEK



S. SKOWRONEK



16:06:38

Page 219

S. SKOWRONEK



16:07:51

Page 220

S. SKOWRONEK



1

19        MR. VINE:  Objection.                    16:09:02

20

24        MR. VINE:  Objection.                    16:09:14

25                                                  16:09:15

Page 221

S. SZKWRONEK



```
 1                 ████   ████████████              ████
██   █████████████████               ████
██   ██████                          ████
██   ████   ████████████             ████
██   █████████████████               ████
██   ██████████                      ████
██   ████   ████████████             ████
██   █████████████████████           ████
██   █████████████████               ████
██   ███████████                     16:09:50
11                 MR. VINE:   Objection.          16:09:52
12           ████   ████████████                   ████
██   █████████████████                ████
██   █████████████████                ████
██   █████████████                    ████
██   ████   ████████████              ████
██   █████████████████                ████
██   ████████████████ ██              ████
██   █████████████████                ████
██   ██████████████████               ████
██   █████████████████                ████
██   ███████████                      ████
██   ████   █████                     ████
██   ████   ██████████                ████
██   █████████████████                16:10:24
```

Page 222

S. SKOWRONEK



16:11:24

Page 223

S. SKOWRONEK



11          MR. VINE:   Objection.                16:11:48

16:11:48

16:12:35

Page 224

```
 1        A.    I have the topic in writing        16:12:36
 2   in front of me.                               16:12:38
 3        Q.    Okay.  You understand that          16:12:38
 4   you've been designated to testify on          16:12:39
 5   Corellium's behalf about the process or       16:12:41
 6   processes by which the Corellium Apple        16:12:43
 7   product installs iOS on a virtual             16:12:46
 8   device?                                       16:12:51
 9             MR. VINE:  Objection, you can        16:12:51
10        answer.                                   16:12:52
11        A.    I understand that this is           16:12:53
12   what my topic assignment says.                16:12:54
13        ████   ███████████████████                █████████
     ██  ███████████████████████████  █████████
     ██  ██████████████████████       █████████
     ██  ████████████████████████████████  █████████
     ██  ███████████████████████              16:13:17
18             MR. VINE:  Objection.             16:13:19
19        ████   ██████████████████              █████████
     ██  ███████████████████████████████  █████████
     ██  ████████████████████████████  █████████
     ██  ████   █████████████████████  █████████
     ██  ███████████████                █████████
     ██  ████   ██████████████████████████  █████████
     ██  ████████████████████████             16:13:44
```

                                        Page 225

S. SKOWRONEK

```
 1    --                                  16:13:53

 2              MR. GROSS:  Pardon me, I'm   16:13:53

 3        sorry, I'm having an audio problem.  16:13:54

 4        Bear with me for one second.  I'm   16:13:56

 5        going to switch headsets.            16:13:59

 6              THE WITNESS:  My headset is    16:13:59

 7        running low on battery, so this is   16:14:00

 8        coming from me.                      16:14:03

 9              MR. GROSS:  Mine, too.  Why    16:14:03

10        don't we go off the record, and I'm  16:14:04

11        going to switch mine, and maybe      16:14:05

12        you'll have the opportunity to do    16:14:05

13        the same.                            16:14:05

14              THE WITNESS:  I don't have     16:14:08

15        another one, so I can charge it.     16:14:08

16              THE VIDEOGRAPHER:  Going off   16:14:10

17        the record --                        16:14:11

18              MR. GROSS:  Off the record,    16:14:13

19        please, I'll be right back.          16:14:14

20              THE VIDEOGRAPHER:  Off the     16:14:16

21        record at 4:14 p.m.                  16:14:22

22              (Recess.)                      16:14:28

23              THE VIDEOGRAPHER:  The time    16:16:48

24        is 4:16, back on the record.         16:16:57

25         Q.   Okay, Mr. Skowronek, before    16:17:03
```

Page 226



```
 1    my dying battery in my headset          16:17:07

 2    interrupted us, we were just starting   16:17:11

 3    to talk about ██████████████            ████████

 ▮    ██████  Do you recall that?             16:17:15

 5         A.    Yes.                          16:17:17

 6         ██  ████████████████████           ████████

 ▮    ████████████████████████                ████████

 ▮    ███████████████████████                 ████████

 ▮    █████████████████████                   ████████

 ▮         ██  ████████████████████           ████████

 ▮         ██  █████████████████████          ████████

 ▮    ████████████████████████                ████████

 ▮         ██  ████████████████████           ████████

 ▮    ████████████████████                    ████████

 ▮    █████████████████████████               ████████

 ▮    ███████████                             ████████

 ▮         ██  ████████████████████           ████████

 ▮    ████████████████████████████            ████████

 ▮    ██████████                              16:17:53

20              MR. VINE:  Objection.         16:17:55

21         A.    That is correct.             16:17:55

22         ██  █████████████████████          ████████

 ▮    █████████████████████████               ████████

 ▮    ██████                                  ████████

 ▮         ██  ██████████████████████         16:18:02
```

                                              Page 227
```

S. SKOWRONEK



16:19:53

Page 228

S. SKOWRONEK



16:21:25

Page 229

S. SKOWRONEK



16:22:39

Page 230

S. SKOWRONEK



16:23:59

Page 231

S. SKOWRONEK



1

25          A.      I'm sorry, I thought I needed      16:25:06

16:25:05

Page 232

S. SKOWRONEK

1    to repeat myself.                                    16:25:08



Page 233

S. SKOWRONEK



16:27:52

Page 234

S. SKOWRONEK



16:29:15

Page 235

S. SKOWRONEK



```
 1    ████████████████████████████     ████████
 █    ████████████████████████           ████████
 █    ██████████████████████              ████████
 █    ██████████                          ████████
 █          ██   ███████████████████      ████████
 █    ███████████████████████████         ████████
 █    ████████████████████████            ████████
 █    █████████████████                   ████████
 █          ██   ████████████████████     ████████
 █    ████████████     █████████████       ████████
 █    ████████████████████               16:29:54
12           MR. VINE:  I was on mute, I  16:29:59
13    apologize.  I was objecting to that 16:30:01
14    question.                           16:30:03
15          ██   ███████████████████       ████████
 █    ███████████████████████            ████████
 █    ████████████████████████████        ████████
 █    █████████████████████               ████████
 █    ████████████████████               16:30:23
20           MR. VINE:  Objection, asked  16:30:23
21    and answered.                       16:30:24
22      Q.   I didn't catch your answer.  16:30:24
23    Would you please repeat it?         16:30:26
24          ██   ██████████████████████    ████████
 █          ████                          16:30:29
```

Page 236

S. SKOWRONEK



16:32:30

Page 237

S. SKOWRONEK



16:33:55

Page 238

S. SKOWRONEK



16:35:05

Page 239

S. SKOWRONEK



16:36:13

Page 240

S. SKOWRONEK



```
 1        Q.    I'm sorry, what doesn't          16:36:23

 2   Corellium support?                          16:36:25

 3
```

```
                                                 16:37:29
```

```
                                                 Page 241
```



16:38:41

Page 242

S. SKOWRONEK



16:39:38

Page 243

S. SKOWRONEK



1

                    MR. VINE:  Objection.

Page 244

S. SKOWRONEK



16:42:34

Page 245

S. SKOWRONEK



1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓           ▓▓▓▓▓▓

▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓           16:42:45

3        MR. VINE:  Objection.  Go       16:42:48

4     ahead and answer, Stan.            16:42:50

5    ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓           ▓▓▓▓▓▓

16:43:44

Page 246

S. SKOWRONEK



| | |
|---|---|
| 21 | MR. VINE:  Let me get this. | 16:44:45 |
| 22 | So objection, he specifically did | 16:44:47 |
| 23 | identify it, he said when they were | 16:44:50 |
| 24 | building the product. | 16:44:54 |
| 25 | Q.    You can answer. | 16:44:55 |

Page 247

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | MR. VINE:  Again, Stan, you | 16:44:57 |
| 2 | can repeat what you said. | 16:44:58 |
| 3 | MR. GROSS:  Stop telling the | 16:45:00 |
| 4 | witness how to answer the question, | 16:45:01 |
| 5 | please. | 16:45:03 |
| 6 | MR. VINE:  I'm not telling | 16:45:03 |
| 7 | him how to answer. | 16:45:04 |
| 8 | Q.    The question was, when did | 16:45:05 |
| 9 | you start using the word transform to | 16:45:07 |
| 10 | talk about the changes you made to iOS | 16:45:10 |
| 11 | software. | 16:45:11 |
| 12 | MR. VINE:  He specifically | 16:45:11 |
| 13 | answered that question.  But go | 16:45:12 |
| 14 | ahead, Stan. | 16:45:14 |
| 15 | ██ ████████████████ | ██████ |
| ██ | ████████████████████ | ██████ |
| ██ | ████████████████████ | ██████ |
| ██ | ██████████████████ | ██████ |
| ██ | ██████████████████████ | ██████ |
| ██ | ████████████████████ | ██████ |
| ██ | ██████████████████ | ██████ |
| ██ | ████████████████████ | ██████ |
| ██ | ██████ | ██████ |
| ██ | ██ ████████████████ | ██████ |
| ██ | ████████████████████ | 16:45:41 |

Page 248

S. SKOWRONEK



16:46:21

16:46:56

Page 249

S. SKOWRONEK



S. SKOWRONEK



16:49:27

Page 251

S. SKOWRONEK



16:50:33

Page 252

S. SKOWRONEK



1

20          MR. VINE:  Objection.          16:51:32

21

25          Q.    Let me start by asking you --          16:51:47

Page 253

S. SKOWRONEK

1       MR. VINE:  He wasn't done                    16:51:49

2    with his answer.  Go ahead.                     16:51:50



16:52:56

Page 254

S. SKOWRONEK



16:54:02

Page 255

S. SKOWRONEK



16:55:12

Page 256

S. SKOWRONEK

1          MR. VINE:  Objection.                    16:55:13



16:56:18

Page 257

S. SKOWRONEK



16:57:37

Page 258

S. SKOWRONEK



S. SKOWRONEK



16:59:44

Page 260

S. SKOWRONEK



17:00:58

Page 261

S. SKOWRONEK



```
1                                               17:01:09

6            Sorry, my voice is going.         17:01:16

7    Can we get a break?                        17:01:17

8        Q.    Let's do that.  Mine was         17:01:19

9    starting to go on me a few minutes ago.    17:01:21

10   Shall we take five?                        17:01:24

11       A.    Yeah, what do you think?         17:01:25

12       Q.    Whatever you need.               17:01:26

13       A.    Let's do 10.                     17:01:28

14       Q.    Ten minutes, no problem.         17:01:30

15             THE VIDEOGRAPHER:  It is         17:01:32

16   5:01, we're off the record.                17:01:35

17             (Recess.)                        17:01:36

18             THE VIDEOGRAPHER:  Time is       17:13:45

19   5:14, we're back on the record.            17:14:02

20                                               17:14:20
```

Page 262

S. SKOWRONEK



17:16:00

Page 263

S. SKOWRONEK



17:17:16

Page 264

S. SKOWRONEK



17:18:19

Page 265

S. SKOWRONEK



17:19:24

Page 266



17:20:36

Page 267

S. SKOWRONEK



17:21:54

Page 268

S. SKOWRONEK



17:22:57

Page 269

S. SKOWRONEK



17:24:06

Page 270

S. SKOWRONEK



17:25:10

Page 271

S. SKOWRONEK



1

17:25:41

11          MR. VINE:   Objection.          17:25:43

12

17:26:26

Page 272

S. SKOWRONEK



17:27:40

Page 273

S. SKOWRONEK



17:28:54

Page 274

S. SKOWRONEK



17:30:13

Page 275

S. SKOWRONEK



17:31:19

Page 276

S. SKOWRONEK



17:32:29

Page 277

S. SKOWRONEK



17:33:49

Page 278

S. SKOWRONEK



1                                                                          

                                                                17:33:56

5              MR. VINE:   Objection.                          17:34:03

6                                                              

                                                                17:34:49

22                                                              

Page 279

S. SKOWRONEK



17:35:55

Page 280

S. SKOWRONEK



 1

16            MR. VINE:   Objection.           17:36:40

17

S. SKOWRONEK



17:38:31

Page 282

S. SKOWRONEK



17:39:30

Page 283

S. SKOWRONEK



1

17:39:57

11      Q.    Okay.   Would you please        17:39:57

12  scroll to page 5 of 9 in Exhibit 2.       17:40:10

13      A.    Give me a moment -- sorry,       17:40:20

14  which is page 5, boot without snapshot     17:40:22

15  -- sorry, I think I got it.                17:40:30

16                                             17:40:46

23          MR. VINE:   Mine, too.            17:40:48

24      Q.    Strange.   Let me just hold      17:40:52

25  on, give me one second to make a clean     17:40:54

Page 284

S. SKOWRONEK

```
1    record, because I want the transcript          17:40:56

2    to be accurate.  Bear with me.  I'm not         17:40:58

3    sure why I'm having a page problem.             17:41:02

4         A.    I think the viewer will show         17:41:06

5    the different page number if even a             17:41:09

6    sliver of the previous page is visible          17:41:11

7    on your screen.                                 17:41:13
```



17:42:10

Page 285

S. SKOWRONEK



1

17:43:15

Page 286

S. SKOWRONEK



17:44:37

Page 287

S. SKOWRONEK



1

17:45:01

8          Q.    And this setting that we see      17:45:04

9     in page 6 of Exhibit 2,

17:46:14

25               MR. VINE:  Objection.             17:46:15

Page 288

S. SKOWRONEK



```
 1                    ██████                    17:46:37
 9          MR. VINE:  Objection,              17:46:38
10     mischaracterizes his testimony.  He     17:46:40
11     didn't say he was aware that they       17:46:42
12     copyrighted it.  So the whole           17:46:44
13     premise of the question doesn't         17:46:46
14     make sense.                             17:46:47
15      Q.    You may answer.                  17:46:47
16          MR. VINE:  If you can              17:46:50
17     understand the question, you can        17:46:51
18     answer.                                 17:46:52
```

Page 289

S. SKOWRONEK



| | | |
|---|---|---|
| 1 | MR. VINE:   Objection. | 17:47:13 |
| 6 | MR. VINE:   Objection. | 17:47:31 |
| 15 | MR. VINE:   Objection. | 17:47:57 |

17:47:29

17:47:56

17:48:21

Page 290

S. SKOWRONEK



1

15          MR. VINE:   Objection, asked          17:49:10

16      and answered.                             17:49:13

17

                                                  17:49:31

                                            Page 291

S. SKOWRONEK



```
13        MR. VINE:  Objection, asked        17:50:01
14    and answered.                          17:50:02
```

17:50:01

17:50:01

17:50:02

17:50:25

Page 292

S. SKOWRONEK



```
 1  ████████████████████████████         ████████████

    ██████████████████████████████       ████████████

    ████████████    ███████████████      ████████████

    ██████████████████████████████       ████████████

    ██████████████████████████████       ████████████

    ███████████████████████████████      ████████████

    ███████████████████████              ████████████

    █████████████████████████████████    ████████████

    ████████████████████████████         ████████████

    ████████████████████████████         ████████████

    █████████████████████████████████    ████████████

    █████████████████████████████████    ████████████

    ███████████████████████████████      ████████████

    ███████████████████████████████      ████████████

    ███████████████████████              17:51:11
```

16          Q.    I'm going to switch gears on        17:51:12

17     you for a moment.  Would you please             17:51:19

18     bring Exhibit 4 back up to your screen?         17:51:21

19     This is the one with the deposition             17:51:23

20     topics on it.  Let me know when you             17:51:24

21     have done so.                                   17:51:26

22          A.    I have Exhibit 4 on my               17:51:27

23     screen.                                         17:51:29

24          Q.    Thank you.  Let's turn to            17:51:29

25     page 3, and I would like to direct your         17:51:36

                                                Page 293

S. SKOWRONEK

```
1    attention to topic 8.                    17:51:37

2         A.    I have topic 8 in front of    17:51:40

3    me.                                       17:51:42

4         Q.    All right.  And thank you.     17:51:43

5    And you are prepared to testify today,    17:51:45

6    sir, ██████████████████████████   ██████████████   17:51:55

          MR. VINE:  Objection, as the         17:51:58

9         document indicates, for the record,  17:52:01

10        it says Corellium objects to the     17:52:01

11        use of the word display, as          17:52:01

12        Corellium does not display iOS.      17:52:03

13        Nonetheless, we will be designating  17:52:04

14        Stan on this topic.  You can         17:52:07

15        answer, Stan.                        17:52:20

16
```

17:52:38

Page 294

S. SKOWRONEK



```
 1                                         17:52:52
 2
 3
 4
 5                                         17:52:52
 6          MR. VINE:   Objection.        17:52:53
 7      Q.    That was a terrible question.  17:53:01
 8   Can I ask you a new one?               17:53:03
 9      A.    Yes, please.                 17:53:05
10      Q.    Fair enough.  We discussed,  17:53:06
11   including by walking through the       17:53:12
12   diagrams you created in Exhibits 7, 8  17:53:13
13   and 9 the
14
15
16
17
18
19
20
21
22
23
24
25                                         17:53:50
```

Page 295

S. SKOWRONEK



17:55:19

Page 296

S. SKOWRONEK



17:56:49

Page 297

S. SKOWRONEK



17:58:13

Page 298

S. SKOWRONEK



1             

2

3

4                                      17:58:32

5      A.      I don't know.              17:58:34

6      Q.      It's Corellium, isn't it?     17:58:34

7          MR. VINE:  Objection.         17:58:38

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24                                    17:59:29

Page 299

S. SKOWRONEK



```
 1                                      
                                        
    █████████████          ███████████  

    █ ███     █           ████████████████████    ███████████

    █ ██████                              ███████████

    █ ███     █            ████████████████████    ███████████

    █ ████████████████████████████████    ███████████

    █ ████████████████████████████    ███████████

    █ ███      █           ████████████████    ███████████

    █ ████████████████████████        17:59:50

 9              MR. VINE:  Objection.   17:59:52

10       A.   Depends on the definition of   17:59:52

11  the word create.                     17:59:59

12       Q.   I mean it in the plain     18:00:00

13  English sense of the word, sir.      18:00:01

14              MR. VINE:  Objection.    18:00:03

15       A.   I'm sorry, I don't know.   18:00:03

16       █         ████████████████████    ███████████

    █ █████████████████████████    ███████████

    █ █████████████████████████    ███████████

    █ ███████████████████████████████    ███████████

    █ ██████████████████████    ███████████

    █ ███      █           ████████████████████    ███████████

    █ ██████████████████████    ███████████

    █ ███      █           ████████████████████    ███████████

    █ █████████████████████████    ███████████

    █ █████████████████        18:00:32
```

Page 300

S. SKOWRONEK



```
 1                    ███                ████████████        ███████
     █              ████████████████           ███████
     █         ████████      ████████████           ███████
     █              ███████████████                 ███████
     █              ███████                          ███████
     █                    ███        █████████        ███████
     █                    ███        ██████████        ███████
               ██████████████                          ███████
               ███████████████                          ███████
     ██         ██████                                  ███████
     ██               ███        ████████████           ███████
     ██         ████████████████                         ███████
     ██         █████████████                            ███████
     ██         ███████████                         18:01:13
15                    MR. VINE:  Objection.         18:01:14
16                    ███        ████████████        ███████
     ██         ████                                    ███████
     ██               ███        ████████████           ███████
     ██         ███████                             18:01:19
20                    MR. VINE:  Objection.  What   18:01:27
21         operating system?                        18:01:28
22          Q.    You may answer.                   18:01:29
23                    MR. VINE:  Objection, I don't  18:01:32
24         understand the question.  But if         18:01:32
25         you understand, Stan, by all means.      18:01:34
```

Page 301

S. SKOWRONEK



```
 1        A.    So regardless of who supplies         18:01:35
 2    the
```

Page 302

S. SKOWRONEK



```
 1     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    ▓▓▓▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓▓▓▓▓             ▓▓▓▓▓▓▓▓

       ▓▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓      ▓▓▓▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓?        18:03:24

 7              MR. VINE:  Objection.        18:03:28

 8     ▓▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓      ▓▓▓▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓▓▓▓             ▓▓▓▓▓▓▓▓

       ▓▓    ▓▓▓▓▓▓▓▓▓▓▓▓       ▓▓▓▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓▓▓▓              18:03:36

14              MR. VINE:  Objection.  He        18:03:36

15     answered your question.        18:03:39

16     ▓▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓      ▓▓▓▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓        ▓▓▓▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓▓▓▓▓            ▓▓▓▓▓▓▓▓

       ▓▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓

       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓          18:03:55

23              MR. VINE:  Objection, asked        18:03:57

24     and answered.  One more time, Stan.        18:04:00

25     ▓▓    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓       18:04:01
```

Page 303

S. SKOWRONEK



```
 1                                              
      ▬▬▬▬▬▬▬▬▬▬▬▬                    ▬▬▬▬▬▬▬
      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬                  ▬▬▬▬▬▬▬
      ▬▬▬▬▬▬   ▬▬▬▬▬▬▬▬▬▬             ▬▬▬▬▬▬▬
      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                ▬▬▬▬▬▬▬
      ▬▬▬▬▬▬▬▬                        ▬▬▬▬▬▬▬
         ▬   ▬▬▬▬▬▬▬▬▬▬▬              ▬▬▬▬▬▬▬
      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                ▬▬▬▬▬▬▬
      ▬▬▬▬▬▬▬▬▬▬▬▬▬                   ▬▬▬▬▬▬▬
      ▬▬▬▬▬                           18:04:38
10              MR. VINE:  Objection.         18:04:39
11       ▬   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬          ▬▬▬▬▬▬▬
      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬               ▬▬▬▬▬▬▬
      ▬▬▬▬▬▬▬                          ▬▬▬▬▬▬▬
         ▬   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬           ▬▬▬▬▬▬▬
      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                  ▬▬▬▬▬▬▬
      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬                   ▬▬▬▬▬▬▬
      ▬▬▬▬▬                            18:04:56
18              MR. VINE:  Objection, totally  18:04:56
19       mischaracterizes what he said.  Go    18:04:58
20       ahead.                                18:04:59
21          ▬   ▬▬▬▬▬▬▬▬▬▬▬▬▬          ▬▬▬▬▬▬▬
      ▬▬▬▬▬▬▬▬▬▬   ▬▬▬▬▬▬              ▬▬▬▬▬▬▬
      ▬▬▬▬▬▬▬▬▬▬▬▬                     ▬▬▬▬▬▬▬
      ▬▬▬▬▬▬▬▬▬▬▬▬▬▬                   ▬▬▬▬▬▬▬
      ▬▬▬▬▬▬▬▬▬▬                       18:05:12
```

Page 304

S. SKOWRONEK



1

18:05:25

6          MR. VINE:   Objection.          18:05:28

7     A.

18:05:40

12          MR. VINE:   Objection.          18:05:41

13

18:05:56

17          MR. VINE:   Objection.          18:06:01

18

18:06:19

23          MR. VINE:   Objection.          18:06:20

24

18:06:22

Page 305

S. SZCWRONEK



```
1
                                            18:06:27
5              MR. VINE:   Objection.       18:06:30
6
                                            18:06:43
10             MR. VINE:   Objection.       18:06:45
11
                                            18:06:49
13             MR. GROSS:   Let's break for 18:07:02
14       five, please.                      18:07:03
15             THE VIDEOGRAPHER:   Time is  18:07:05
16       6:07, off the record.              18:07:11
17             (Recess.)                    18:07:14
18             THE VIDEOGRAPHER:   Time is  18:23:06
19       6:23, back on the record.          18:23:08
20
                                            18:23:29
```

Page 306

S. SKOWRONEK



```
 1                                                  █████
     █                                         18:23:36
 3            MR. VINE:  Objection.            18:23:39
 4
     █
     █
     █
     █
     █
     █
     █
     █
     █
     █                                         18:24:08
16            MR. VINE:  Objection, asked      18:24:09
17       and answered.                         18:24:10
18
     █
     █
     █
     █
     █
     █
     █                                         18:24:30
```

Page 307

S. SKOWRONEK



1

16          MR. VINE:   Objection.          18:25:03

17

18:25:00

18:25:25

Page 308



```
 1                         ███   ████████████████   █████████
    █   █████████████████████████████████████       █████████
    █   █████████████████████████████████████████   █████████
    █   ███████████████████████████████████   ██    █████████
    █   █████████████████████████████████████       █████████
    █   ████████████████████████████                █████████
    █         ███   █████████████████████████       █████████
    █   █████████████████████████████████           █████████
    █   ██████████                              18:25:48
```

10              MR. VINE:  Again, Stan, Stan,     18:25:49

11       I don't want you to guess.  If you        18:25:51

12       don't have firsthand knowledge,           18:25:52

13       please don't guess, okay?                 18:25:54

14              THE WITNESS:  Okay.                 18:25:56

15              MR. VINE:  Thank you, I             18:25:57

16       appreciate it.                             18:25:58

```
17              ███   █████████████████████       █████████
    █   ███████████████████████████████           █████████
    █         ███   █████████████████████████     █████████
    █   ███████████████████                        █████████
    █         ███   █████████████████████████████  █████████
    █   ████████████████████████████████████████   █████████
    █   ███████████████████████████████            █████████
    █         ███   ██████████████████████         █████████
    █   ████████████████████████████████      18:26:21
```

                                               Page 309

S. SKOWRONEK



18:27:16

Page 310

S. SKOWRONEK



18:28:21

Page 311

S. SKOWRONEK



1   in

12          MR. VINE:   Objection.                    18:28:54

13

22

Page 312

S. SKOWRONEK



18:30:14

19          MR. VINE:   Objection.                    18:30:19

20

18:30:35

Page 313

S. SKOWRONEK



```
 1                    ████                 ████

 █       ████████████████████████         ████

 █       ████████████████████████         ████

 █       █████  █████████████████          ████

 █       ████████████████████████         ████

 █       ███████████████████              ████

 █       ███████████████████              ████

 █       ███████████████████              ████

 █       ██████████████████              ████

 █           ████     ████████████         ████

 █       █████████████████████            ████

 █       ███████████                      18:31:25

13                MR. VINE:  Objection, just to    18:31:27

14         clear up -- objection, and it's         18:31:29

15         David Wayne, not Wang.  Go ahead.        18:31:33

16                ████     ██████████████  █        ████

 █       ██████████████████████           ████

 █       ████████████████████             ████

 █       ██████████████████               ████

 █       █████████████                    ████

 █           ████     █████████████        ████

 █       ███████████████████              ████

 █       ███████████████████              ████

 █       ████████████████████             ████

 █       ███████████████  ████            18:32:04
```

Page 314

S. SKOWRONEK



18:33:20

Page 315

S. SKOWRONEK



18:34:30

Page 316

S. SKOWRONEK



18:35:35

Page 317

S. SKOWRONEK



1

:34

18:37:13

Page 318

S. SKOWRONEK



18:38:26

Page 319

S. SKOWRONEK



1

23    fused device.                                    18:39:57

                                                       18:39:57

                                                       Page 320

S. SKOWRONEK



```
 1                                             18:39:57
 2        MR. VINE:  Objection, asked          18:40:00
 3    and answered.                            18:40:01
 4
```

18:40:40

```
20
```

18:40:54

```
25        MR. VINE:  Objection.                18:40:57
```

Page 321

S. SKOWRONEK



1

16          MR. VINE:   Objection.                    18:41:45

17

                                                       18:41:44

                                                       18:42:07

                                                       Page 322

S. SKOWRONEK



```
 1
                                                                18:43:09
20              MR. VINE:   Objection.                          18:43:11
21                                                              18:43:17
```

Page 323

S. SKOWRONEK



1

18          MR. VINE:   Objection, asked

19      and answered.

20

18:44:01

18:44:02

18:44:04

18:44:19

Page 324

S. SKOWRONEK

```
 1    ████████████████████████████     ████████████
 █    ██████████████████████           18:44:23
 3        Q.    Let me have you take a look   18:44:24
 4    at the Exhibit Share folder, please,    18:44:48
 5    Mr. Skowronek, and let me know when     18:44:51
 6    you've brought up Exhibit 11.           18:44:52
 7            (Exhibit 11, marked for         18:45:03
 8        identification, Bates stamped       18:45:18
 9        Corellium-009105.000001.)           18:45:18
10        A.    I got Exhibit 11.             18:45:03
11        Q.    And for the record, this      18:45:04
12    appears to be an eight-page PDF,        18:45:05
13    correct?                                18:45:09
14        A.    Yes.                          18:45:10
15        ██  ████████████████████████   ████████████
 █    ███████████████████████████       ████████████
 █    █████████████                     ████████████
 █    ██  ████████████████████████████  ████████████
 █    ████████████████████████████      ████████████
 █    ██  ████████████████████████      ████████████
 █    ███████████████                   ████████████
 █    ██  ██████████████████████████ ██ ████████████
 █    ███████████████████████████████   ████████████
 █    ███████████████████████████       ████████████
 █    ██████████████                    18:45:42
```

Page 325

S. SKOWRONEK



18:46:53

Page 326

S. SKOWRONEK



```
 1   ██████████████████████████    ████████
     ██████████████████████████    ████████
     ████████████████████████           18:47:02
 4       A.    I'm on page 5.            18:47:12
 5           MR. VINE:  Can I just put an 18:47:13
 6   objection, the witness has already   18:47:14
 7   indicated he's not familiar with     18:47:16
 8   the document.  He's not been         18:47:18
 9   designated to talk about sales or    18:47:21
10   anything related to what is in this  18:47:24
11   document, but I'm going to permit    18:47:26
12   the questioning to continue.  Go     18:47:30
13   ahead.                               18:47:31
14       Q.    Are you on page 5, sir?    18:47:37
15       A.    I'm on page 5.             18:47:40
16       █  ████████████████████████    ████████
       ███████████████████████████    ████████
       ███████                         ████████
       █  ████████████              ████████
       █  ████████ ████████████     ████████
       ████████████████████████       ████████
       ████████████████████████       ████████
       █████████████████████████    ████████
       ████████████ ██████████████    ████████
       █ █████                        18:48:05
```

Page 327

S. SKOWRONEK



```
 1
                         MR. VINE:  Objection.         18:48:30
15                                                     18:48:30
16          A.
```

18:48:54

Page 328

S. SKOWRONEK



1

MR. VINE:   Objection.   18:49:18

11

12

18:49:17

18:50:22

Page 329

S. SKOWRONEK



18:51:17

18:51:58

Page 330

S. SKOWRONEK



18:53:53

Page 331

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | ████████████████████████ | 18:53:54 |
| 2 | Q.   Well, the good news is, I | 18:54:03 |
| 3 | don't think I have anymore questions | 18:54:06 |
| 4 | for you, Mr. Skowronek.  The bad news | 18:54:07 |
| 5 | is I need to go off the record for a | 18:54:09 |
| 6 | few minutes to double check and make | 18:54:11 |
| 7 | sure that we're nearing the end here. | 18:54:11 |
| 8 | So can I propose a 15-minute break? | 18:54:14 |
| 9 | MR. VINE:  Fifteen minutes? | 18:54:18 |
| 10 | MR. GROSS:  Counsel?  Right. | 18:54:20 |
| 11 | MR. VINE:  Okay. | 18:54:24 |
| 12 | THE WITNESS:  I'm good. | 18:54:26 |
| 13 | MR. GROSS:  Go off the | 18:54:28 |
| 14 | record, please. | 18:54:29 |
| 15 | THE VIDEOGRAPHER:  Off the | 18:54:30 |
| 16 | record, the time is 6:54 p.m. | 18:54:31 |
| 17 | (Recess.) | 18:59:55 |
| 18 | THE VIDEOGRAPHER:  Time is | 19:08:45 |
| 19 | 7:08, we're back on the record. | 19:08:46 |
| 20 | ██ ████████████████ ████ | |
| ██ | ████████████████████ ████ | |
| ██ | ████████████████████ ████ | |
| ██ | ████████████████████ ████ | |
| ██ | ████ ████ | |
| ██ | ██ ███ █████████████ | 19:09:03 |

Page 332

S. SKOWRONEK



19:10:24

Page 333

S. SKOWRONEK



1

20        MR. VINE:  Objection.        19:11:25

21

                                       19:11:41

                                       Page 334

S. SKOWRONEK



1

                                                          19:12:06
11          MR. VINE:   Asked and                          19:12:07
12      answered.                                          19:12:08
13

                                                          19:12:44

                                                      Page 335

S. SKOWRONEK



```
 1                                              
                                               
                                               
                                               
                                               
                                               
                                               
                                               
                                               
                                               
                                               
                                               
                                               
                                               
                                        19:13:21
16               MR. VINE:  Objection.   19:13:22
17          Q.   I didn't quite hear your 19:13:32
18     whole answer.  Would you mind repeating 19:13:37
19     it?                                 19:13:37
20               MR. VINE:  Objection.    19:13:39
21                                              
                                               
                                               
                                               
                                        19:13:49
```

Page 336

S. SKWRONEK



```
 1                                              
                                                
                                       19:14:06
 4           MR. VINE:   Objection.    19:14:07
 5                                              
                                                
                                                
                                                
                                                
                                                
                                                
                                                
                                                
                                                
                                                
                                                
                                                
                                                
                                                
                                                
                                       19:14:54
23                                      19:14:54
24           MR. VINE:   Objection.    19:14:57
25      Q.                              19:15:02
```

Page 337

S. SKOWRONEK



```
 1                                              

                                                

                                                

                                                

                                                

                                      19:15:18
 7           MR. VINE:  Objection, he   19:15:19
 8     lacks the foundation.  He told you  19:15:19
 9     a couple times, he's never seen it.  19:15:21
10                                              

                                                

                                                

                                                

                                                

                                                

                                                

                                                

                                                

                                                

                                                

                                                

                                                

                                                

                                      19:16:01
```

Page 338

S. SKOWRONEK

```
 1   ██████████████████████████████      ████████████
 ▮   ████████████████████   ██████████   ████████████
 ▮   ████████████████████████████████    ████████████
 ▮   ████████████████████████████████    ████████████
 ▮            ████████████████████████   ████████████
 ▮   █████████████████████               ████████████
 ▮           ████    ████████                            19:16:13
```

```
 8            MR. VINE:  You know what, I'm      19:16:16

 9   actually going to -- I'll let you           19:16:17

10   answer these questions, but I'm             19:16:19

11   going to put this on the record,            19:16:20

12   and we're going to have to address          19:16:22

13   this in depositions going forward.          19:16:24

14   Using the realtime for purposes,            19:16:25

15   and taking a 15-minute break to go          19:16:27

16   back and read the transcript is not         19:16:29

17   appropriate, and frankly                    19:16:31

18   borderlines on a lack of                    19:16:33

19   professionalism.  That's like a             19:16:35

20   kind of got-you moments.  I'll              19:16:37

21   allow you to answer.  Totally               19:16:40

22   inappropriate, Gabe, to use that            19:16:42

23   15 minutes to go back and read the          19:16:42

24   transcript.  Really, really not             19:16:43

25   cool.  Go ahead, Stan.                      19:16:45
```

Page 339

S. SKOWRONEK

```
 1              MR. GROSS:  I couldn't        19:16:46
 2      disagree -- I could not disagree     19:16:47
 3      more.  The speaking objection is     19:16:49
 4      improper.  I'm going to continue     19:16:50
 5      with my questioning.                 19:16:52
 6              MR. VINE:  What's improper is 19:16:53
 7      you wasted 15 minutes of             19:16:54
 8      everybody's time and said you        19:16:56
 9      needed to look at your notes and     19:16:58
10      take care of things, not to go back  19:17:00
11      and read the transcript.             19:17:01
12              MR. GROSS:  Are you finished, 19:17:03
13      Jonathan?                            19:17:05
14              MR. VINE:  I am.             19:17:06
15              MR. GROSS:  I want to make   19:17:07
16      sure you're done before I ask my     19:17:08
17      next question.                       19:17:10
18              MR. VINE:  Go ahead, Gabe.   19:17:11
19      Q.    Mr. Skowronek, may I ask you   19:17:12
20      another question?                    19:17:13
21      A.    Sure, yes, please.             19:17:14
22      █      ████████████████     ██████   
█       ████████████████████         ██████
█       █     ███████████████████    ██████
█             ████████████████              19:17:26
```

Page 340

S. SZKWRONEK



```
 1

13        MR. VINE:   Objection.        19:18:10

14
```

                                                                    19:18:07

                                                                    19:18:37

                                                        Page 341

S. SKOWRONEK



19:19:47

Page 342

S. SKOWRONEK



19:20:55

Page 343

S. SKOWRONEK



```
 1
                                              19:21:24
11              MR. VINE:  Objection.         19:21:24
12
                                              19:22:03
```

Page 344

S. SKOWRONEK



19:23:01

Page 345

S. SKOWRONEK



1

22          MR. VINE:  Objection.          19:23:42

23

                                          19:23:48

Page 346

S. SKOWRONEK



23          MR. VINE:  Objection.          19:24:58

24                                          19:25:02

Page 347

S. SKOWRONEK



1

19:25:54

Page 348

S. SKOWRONEK



```
19              MR. GROSS:  Okay, I have          19:26:57

20      nothing further now.  I'll pass the      19:26:58

21      witness, thank you.                       19:27:00

22              MR. VINE:  This is Jonathan       19:27:01

23      Vine from Cole, Scott & Kissane.  I      19:27:03

24      don't have any questions.  The           19:27:05

25      witness will read, and I appreciate      19:27:06
```

Page 349

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | it.  Can we just get a time stamp | 19:27:10 |
| 2 | on how much time has been done, | 19:27:12 |
| 3 | madam videographer? | 19:27:15 |
| 4 | MR. GROSS:  Let's do it off | 19:27:18 |
| 5 | the record. | 19:27:20 |
| 6 | MR. VINE:  I would like it on | 19:27:20 |
| 7 | the record. | 19:27:21 |
| 8 | THE VIDEOGRAPHER:  Okay, | 19:27:22 |
| 9 | that's going to take a minute.  Can | 19:27:23 |
| 10 | we go off and come back on? | 19:27:26 |
| 11 | Because it's not the way I can | 19:27:28 |
| 12 | normally reference, and I | 19:27:29 |
| 13 | apologize.  Real quick, 7:27, off | 19:27:31 |
| 14 | the record. | 19:27:35 |
| 15 | (An off-the-record discussion | 19:27:36 |
| 16 | was held.) | 19:28:16 |
| 17 | THE VIDEOGRAPHER:  7:28, back | 19:28:16 |
| 18 | on the record.  This is the | 19:28:59 |
| 19 | videographer, and we've recorded | 19:29:00 |
| 20 | six hours and 40 minutes. | 19:29:02 |
| 21 | MR. GROSS:  All right, I have | 19:29:07 |
| 22 | no further questions for the | 19:29:07 |
| 23 | witness, Mr. Skowronek. | 19:29:08 |
| 24 | THE WITNESS:  Thank you. | 19:29:10 |
| 25 | MR. VINE:  Thank you, | 19:29:11 |

Page 350

```
1     everybody.                          19:29:13

2            THE VIDEOGRAPHER:  The time   19:29:13

3     is 7:29 p.m., this concludes        19:29:13

4     today's remote deposition of Stan   19:29:16

5     Skowronek.  The total number of     19:29:19

6     media units used was four, and will 19:29:21

7     be retained by Veritext.            19:29:23

8            (Time noted:  7:29 p.m.)     19:29:25

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

```
 1
 2                    CERTIFICATION
 3
 4
 5      I, JEREMY RICHMAN, a Notary Public for
 6   and within the State of New York, do
 7   hereby certify:
 8      That the witness whose testimony as
 9   herein set forth, was duly sworn by me;
10   and that the within transcript is a true
11   record of the testimony given by said
12   witness.
13      I further certify that I am not
14   related to any of the parties to this
15   action by blood or marriage, and that I am
16   in no way interested in the outcome of
17   this matter.
18      IN WITNESS WHEREOF, I have hereunto
19   set my hand this 13th day of April, 2020.
20
21
22
23
24
25                    JEREMY RICHMAN
```

Page 352

```
 1                          DECLARATION

 2

 3          I hereby declare I am the deponent in the within

 4     matter; that I have read the foregoing transcript and

 5     know the contents thereof; and I declare that the same

 6     is true of my knowledge except as to the matters which

 7     are therein stated upon my information or belief, and as

 8     to those matters, I believe them to be true.

 9          I declare under the penalties of perjury

10     under the laws of the United States that the

11     foregoing is true and correct.

12

13          This declaration is executed this _____ day

14     of _____, 20___, at

15     _____, _____.

16

17

18

19          _____

20                     STANISLAW SKOWRONEK

21

22

23

24

25

                                          Page  353
```