DEX 8

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3

 4

 5                                    )

        APPLE, INC.,                  )

 6                                    )

                 Plaintiff,           )

 7                                    )

                     vs.              )   Case No.

 8                                    )   9:19-cv-81160-RS

        CORELLIUM, LLC,               )

 9                                    )

                 Defendant.           )

10                                    )

11

12

13              ATTORNEYS' EYES ONLY

14      VIDEOTAPED VIDEOCONFERENCE REMOTE DEPOSITION OF

15                  YIDUO "DAVID" WANG

16           Taken in behalf of Plaintiff

17                    *   *   *

18              April 9, 2020

19              Portland, Oregon3

20

21      Job No. 4052307

22      Teresa L. Dunn,

23      Court Reporter

24      CSR, CCR, RPR

25      Pages 1-264
```

Page 1

```
 1            VIRTUAL APPEARANCES THROUGH ZOOM:
 2    For the Plaintiff:
 3    MR. SARANG DAMLE
      MS. HOLLY VICTORSON
 4    MR. GABRIEL S. CROSS
      Latham & Watkins, LLP
 5    555 Eleventh Street, N.W.
      Suite 1000
 6    Washington, DC 20004
      202-637-3332
 7    sy.damle@lw.com
      holly.victorson@lw.com
 8    gabe.cross@lw.com
 9
      For the Defendant:
10
      MR. JUSTIN B. LEVINE
11    Cole, Scott & Kissane
      222 Lakeview Avenue
12    Suite 120
      West Palm Beach, FL 33401
13    561-383-9203
      justin.levine@csklegal.com
14
15    Also Present:
      Jason Nieh
16    Amanda Gorton
      Eli Hart, Videographer
17
18
19
20
21
22
23
24
25
```

Page 2

ATTORNEYS EYES ONLY

```
 1                    INDEX
 2   Examination by:                    Page
     MR. DAMLE                            5
 3   MR. LEVINE                          258
 4
 5                    EXHIBITS
 6   Exhibit      Description            Page
     Exhibit 1    ███████████████ ███ ███   ██
     ███████████████████████████
     Exhibit 2    ████████ █ ██████████ ███   ██
     █████████ ██████ ██████████
     Exhibit 3    ████████ █ █████████   ███
     ██████████████
     Exhibit 4    ███████████████████   ███
     ██████████ █ █████████████████   162
     ███ ██████ █████ █████████
11   Exhibit 6    ██████████████████   ███
     ██████████ ██████ ██████
12   Exhibit 7    E-Mail dated 10-3-18   179
     Exhibit 8    E-Mail dated 7-16-18   191
13   Exhibit 9    Source Code, Bates numbers   229
     Corellium-028769 through
14   Corellium-028795
     Exhibit 10   E-Mail dated 10-1-18   240
15   Exhibit 11   E-Mail dated 1-7-19   245
16
17
18
19
20
21
22
23
24
25

                                        Page 3
```

ATTORNEYS EYES ONLY

```
 1          PORTLAND, OREGON; THURSDAY, APRIL 9, 2020

 2                      8:05 a.m.

 3                    *    *    *

 4          THE COURT REPORTER:  The attorneys

 5     participating in this deposition acknowledge

 6     that I am not physically present in the

 7     deposition room and that I will be reporting

 8     this deposition remotely.  The parties and their

 9     counsel consent to this arrangement and waive

10     any objections to this manner of reporting.

11          Please indicate your agreement by

12     stating your name and agreement on the record.

13          MR. DAMLE:  Sy Damle -- go ahead,      08:06:29

14     Justin.                                      08:06:33

15          MR. LEVINE:  Justin Levine from the law 08:06:33

16     firm of Cole Scott Kissane, no objection.    08:06:36

17          MR. DAMLE:  Sy Damle from the law firm  08:06:41

18     of Latham and Watkins on behalf of Apple, Inc., 08:06:44

19     no objection.                                08:06:49

20               YIDUO "DAVID" WANG

21     called as a witness in behalf of the Plaintiff,

22        having first been sworn by the Reporter,

23               testifies as follows:

24

25
```

ATTORNEYS EYES ONLY

```
 1                  EXAMINATION
 2   BY MR. DAMLE:                              08:07:10
 3      Q.   Good morning, Mr. Wang.           08:07:10
 4      A.   Good morning.                     08:07:37
 5      Q.   So I will start with some what we call  08:07:37
 6   admonitions.  So could you please state your    08:07:45
 7   full name for the record?                 08:07:48
 8      A.   My full legal name is Yiduo Wang.  I go  08:07:48
 9   by David Wang.  First name is spelled Y-I-D-U-O.  08:07:54
10      Q.   And have you been -- have you been  08:08:08
11   deposed before?                           08:08:10
12      A.   No.                               08:08:11
13      Q.   And do you understand that your   08:08:12
14   testimony today has the same force and effect as  08:08:18
15   if you were in a court before a judge or a jury?  08:08:22
16      A.   Yes, I understand.                08:08:25
17      Q.   And you understand that you are   08:08:26
18   testifying here under penalty of perjury,  08:08:31
19   correct?                                  08:08:33
20      A.   Yes, I understand.                08:08:33
21      Q.   So let me lay down some ground rules for  08:08:34
22   this deposition.  It is important that you let  08:08:40
23   me finish my questions before you answer and I  08:08:42
24   will try to do the same for you.          08:08:46
25           Do you understand?               08:08:47
```

Page 5

ATTORNEYS EYES ONLY

```
 1        A.    Yes.                                    08:08:48

 2        Q.    And I'm going to assume that you        08:08:48

 3   understand the questions I ask unless you tell     08:08:53

 4   me that you don't understand them.  And if you     08:08:56

 5   do tell me that I'm happy to clarify.              08:08:59

 6            Do you understand that?                   08:09:01

 7        A.    Yes, I do.                              08:09:02

 8        Q.    And so after this deposition is         08:09:04

 9   completed the court reporter is going to prepare   08:09:09

10   a transcript for your review and you have the      08:09:12

11   right to review it and make any corrections.       08:09:15

12            I just want to warn you that if you make  08:09:18

13   any substantive changes to your testimony I will   08:09:21

14   be able to comment on those substantive changes    08:09:24

15   at trial.                                          08:09:27

16            Do you understand that?                   08:09:27

17        A.    Okay.  I understand.                    08:09:28

18        Q.    Have you taken any medication today that 08:09:29

19   would affect your ability to give complete and     08:09:35

20   truthful testimony?                                08:09:39

21        A.    No, I have not.                         08:09:41

22        Q.    And any other reasons sitting here today 08:09:42

23   that you can think of that would stop you from     08:09:49

24   giving truthful or accurate testimony?            08:09:51

25        A.    No.                                     08:09:53
```

Page 6

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   And you understand that you are | 08:09:54 |
| 2 | testifying today in connection with a lawsuit | 08:09:58 |
| 3 | between Apple, Inc., and Corellium, LLC, | 08:10:02 |
| 4 | correct? | 08:10:05 |
| 5 | A.   Yes. | 08:10:05 |
| 6 | Q.   So I want to just talk about some | 08:10:06 |
| 7 | particular ground rules given this virtual | 08:10:12 |
| 8 | setting. | 08:10:15 |
| 9 | You know, ordinarily we would be in a | 08:10:17 |
| 10 | room together.  Since we're sitting virtually | 08:10:18 |
| 11 | and you are on your computer I just want to make | 08:10:21 |
| 12 | sure you understand that during the time that | 08:10:25 |
| 13 | I'm asking you questions and we are on the | 08:10:27 |
| 14 | record my expectation is that you are not going | 08:10:28 |
| 15 | to be communicating with anyone else through | 08:10:31 |
| 16 | text messages or e-mail or chat. | 08:10:35 |
| 17 | Do you understand that? | 08:10:37 |
| 18 | A.   Yes. | 08:10:38 |
| 19 | Q.   And can I just ask whether there's | 08:10:38 |
| 20 | anyone else in the room with you physically | 08:10:41 |
| 21 | right now? | 08:10:44 |
| 22 | A.   There's no one else in the room.  My | 08:10:44 |
| 23 | girlfriend is in another room in the house. | 08:10:47 |
| 24 | Q.   Okay.  So if anyone comes in to watch | 08:10:48 |
| 25 | your testimony please let us know and we will | 08:10:52 |

Page 7

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | note that for the record. | 08:10:54 |
| 2 | Is that okay? | 08:10:55 |
| 3 | A.   Yeah, that's fine. | 08:10:56 |
| 4 | Q.   Can you explain what you did to prepare | 08:10:57 |
| 5 | for today's deposition? | 08:11:02 |
| 6 | MR. LEVINE:  Before you answer I would | 08:11:06 |
| 7 | just state that please do not advise as to any | 08:11:09 |
| 8 | communications with lawyers or consultants | 08:11:11 |
| 9 | retained by attorneys. | 08:11:15 |
| 10 | THE WITNESS:  Well, I just basically | 08:11:18 |
| 11 | looked over the source code again.  And | 08:11:20 |
| 12 | I -- that's, you know, I didn't do that much to | 08:11:27 |
| 13 | prepare for the deposition other than, you know, | 08:11:30 |
| 14 | talk about it -- talk it over with the | 08:11:32 |
| 15 | co-founders. | 08:11:38 |
| 16 | Q.   (By Mr. Damle) Did you meet with counsel | 08:11:38 |
| 17 | to prepare? | 08:11:40 |
| 18 | A.   Yes, I did, yes. | 08:11:41 |
| 19 | Q.   About how many -- how many times? | 08:11:44 |
| 20 | A.   I think we only talked -- I think we | 08:11:45 |
| 21 | only met twice about it. | 08:11:48 |
| 22 | Q.   And for -- collectively for how long did | 08:11:50 |
| 23 | you meet? | 08:11:57 |
| 24 | A.   A few hours.  Probably -- probably | 08:11:57 |
| 25 | collectively three. | 08:12:03 |

Page 8

ATTORNEYS EYES ONLY

```
 1      Q.   And who other than your counsel was        08:12:06

 2   present when you were preparing for the            08:12:10

 3   deposition?                                        08:12:14

 4         MR. LEVINE:  I would -- so I'm going to       08:12:15

 5   get into -- this is getting into work product      08:12:17

 6   privilege so I'm going to instruct the witness     08:12:21

 7   not to answer.                                     08:12:23

 8      Q.   (By Mr. Damle) Was there anybody present   08:12:27

 9   other than you and your counsel?  You don't have   08:12:32

10   to say who, just whether there was anybody.        08:12:36

11         MR. LEVINE:  This is a yes or no             08:12:38

12   question.                                          08:12:40

13         THE WITNESS:  Yes.                           08:12:40

14      Q.   (By Mr. Damle) So you mentioned that you   08:12:41

15   reviewed source code in preparation for your       08:12:47

16   deposition.                                        08:12:50

17         Did you review -- let me ask about the       08:12:51

18   source code.  What source code did you review in   08:12:55

19   preparation for your deposition?                   08:12:58

20      A.   Just -- likely just the source code that   08:12:59

21   we had given to the attorneys for the production   08:13:03

22   and just particularly areas that I was more        08:13:08

23   familiar with and things that I felt might         08:13:12

24   be -- might -- people might ask questions about.   08:13:16

25      Q.   What are the areas that you are more       08:13:19
```

Page 9

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | familiar with in the source code? | 08:13:25 |
| 2 | A.   My role is the middleware portion which | 08:13:29 |
| 3 | basically is the process where we get | 08:13:34 |
| 4 | instructions from the users to create the | 08:13:38 |
| 5 | virtual device and how those instructions are | 08:13:41 |
| 6 | relayed down to the individual compute node | 08:13:43 |
| 7 | hardware and how that hardware is instructed to | 08:13:48 |
| 8 | begin the process. | 08:13:51 |
| 9 | Q.   Okay.  We will -- I will ask a few more | 08:13:52 |
| 10 | questions about that a little later. | 08:14:03 |
| 11 | Have you -- you mentioned that you | 08:14:06 |
| 12 | discussed your deposition with your co-founders. | 08:14:08 |
| 13 | Was counsel present when you had those | 08:14:13 |
| 14 | discussions? | 08:14:14 |
| 15 | A.   I believe counsel was present at some | 08:14:15 |
| 16 | points in it, but mostly not. | 08:14:22 |
| 17 | Q.   Mostly not.  And what did you -- again, | 08:14:23 |
| 18 | in the times that counsel was not present what | 08:14:27 |
| 19 | did you discuss with your co-founders about this | 08:14:30 |
| 20 | deposition? | 08:14:35 |
| 21 | MR. LEVINE:  And I would also advise -- | 08:14:35 |
| 22 | I would also advise the witness that if you are | 08:14:38 |
| 23 | receiving any information that was directly | 08:14:41 |
| 24 | received from the attorneys, then I would say | 08:14:43 |
| 25 | that this all falls into work product and I | 08:14:45 |

Page 10

ATTORNEYS EYES ONLY

```
 1   would say don't answer as it relates to      08:14:48
 2   communications that were derived from         08:14:50
 3   information from the lawyers.                  08:14:51
 4      Q.   (By Mr. Damle) Yeah, I'm not interested 08:14:55
 5   in anything about what the -- what the lawyers 08:14:57
 6   told you or your co-founders.                  08:14:59
 7          I just want to know what you and your  08:15:01
 8   co-founders talked about other than that.     08:15:04
 9          MR. LEVINE:  So nothing as it relates to 08:15:10
10   strategy, case, anything related to the lawyers. 08:15:12
11   If there's anything, you know, if there's     08:15:15
12   anything -- yeah, all I can say is anything    08:15:18
13   that, you know, was derived from the lawyers,  08:15:23
14   those are attorney-client privileges as well.  08:15:25
15          Because you are a member of the entity  08:15:28
16   it all falls into work product and            08:15:31
17   attorney-client.  So anything that was derived 08:15:34
18   from a lawyer or discussed with a lawyer then  08:15:36
19   any of that should not be discussed.           08:15:38
20          So if you can answer this without       08:15:40
21   disclosing any kind of work product or         08:15:42
22   attorney-client privilege, then go ahead.  If  08:15:45
23   not then I'm instructing you not to answer.    08:15:47
24          THE WITNESS:  I'm not sure if I can     08:15:51
25   answer.  I don't recall enough of the questions 08:15:53
```

Page 11

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | to disambiguate those two. | 08:15:55 |
| 2 | Q.   (By Mr. Damle) Did you speak with Amanda | 08:15:59 |
| 3 | Gorton about her deposition? | 08:16:04 |
| 4 | A.   Only in that she -- only in that she had | 08:16:06 |
| 5 | a deposition, but not at any great length. | 08:16:11 |
| 6 | Q.   Did she tell you anything about what she | 08:16:14 |
| 7 | was asked or the topics that came up during the | 08:16:17 |
| 8 | deposition? | 08:16:21 |
| 9 | A.   No, she did not.  She just told me that | 08:16:22 |
| 10 | it seemed like it went well.  That was the only | 08:16:27 |
| 11 | information I have about that. | 08:16:30 |
| 12 | Q.   And what about Steve Dyer, did you speak | 08:16:31 |
| 13 | with him about his deposition? | 08:16:33 |
| 14 | A.   No, not directly.  I was told by Chris | 08:16:35 |
| 15 | that that went well, too. | 08:16:38 |
| 16 | Q.   And did Chris tell you anything about | 08:16:40 |
| 17 | the topics that came up during that deposition? | 08:16:45 |
| 18 | A.   Not that I can recall. | 08:16:47 |
| 19 | Q.   Have you -- in preparing for today's | 08:16:49 |
| 20 | deposition did you speak with anyone that was | 08:16:58 |
| 21 | not an employee of Corellium other than your | 08:17:00 |
| 22 | counsel? | 08:17:04 |
| 23 | A.   No. | 08:17:04 |
| 24 | Q.   And have you discussed this litigation | 08:17:06 |
| 25 | with anyone other than the counsel -- your | 08:17:15 |

Page 12

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | counsel in this case? | 08:17:20 |
| 2 | A.   I told my girlfriend.  I'm pretty | 08:17:21 |
| 3 | nervous about it so we discussed that. | 08:17:30 |
| 4 | Q.   But other than the fact that you are | 08:17:32 |
| 5 | nervous anything else other than that? | 08:17:34 |
| 6 | A.   No. | 08:17:36 |
| 7 | Q.   So what do you understand about the | 08:17:37 |
| 8 | nature of the lawsuit that you are here for | 08:17:46 |
| 9 | today? | 08:17:49 |
| 10 | A.   My understanding is that it is a | 08:17:49 |
| 11 | copyright infringement lawsuit largely.  And | 08:17:55 |
| 12 | that from what I understand Apple is accusing | 08:18:01 |
| 13 | Corellium of having copied iOS or trying to | 08:18:03 |
| 14 | create some sort of fake knock-off version of | 08:18:13 |
| 15 | iOS. | 08:18:18 |
| 16 | Q.   And did you understand that there is a | 08:18:19 |
| 17 | claim here under the Digital Millennium | 08:18:21 |
| 18 | Copyright Act? | 08:18:27 |
| 19 | A.   Oh, about -- yes, I understand there was | 08:18:28 |
| 20 | another claim about circumvention of copy | 08:18:32 |
| 21 | protections, but I find that claim very | 08:18:36 |
| 22 | confusing because we did not have to circumvent | 08:18:42 |
| 23 | anything in the course of anything we did. | 08:18:45 |
| 24 | Q.   And is that something you considered as | 08:18:47 |
| 25 | you were developing your product, whether you | 08:18:57 |

Page 13

ATTORNEYS EYES ONLY

```
 1    were either violating the copyright law by        08:19:02

 2    making unauthorized copies or modifications, or    08:19:09

 3    whether you were violating the DMCA by             08:19:13

 4    circumventing copy controls as you call them?      08:19:20

 5         MR. LEVINE:  Object to the form, calls        08:19:22

 6    for legal conclusion, expert opinion.              08:19:25
```



Page 14

ATTORNEYS EYES ONLY



```
12      Q.   So is it -- is it the fact that Apple      08:21:31

13   has made its code -- and here we are talking        08:21:47

14   about the IPSW files; is that correct?              08:21:50

15      A.   Yes.                                        08:21:52

16      Q.   And the fact that Apple has made its        08:21:52

17   IPSW files publicly available that is what gave     08:21:56

18   you comfort that what you were doing was legally    08:21:59

19   permissible; is that correct?                       08:22:01

20        MR. LEVINE:  Object to the form, calls         08:22:03

21   for legal conclusion.                               08:22:04

22        THE WITNESS:  Yes, partially it did            08:22:07

23   make -- make me comfortable.  And also I believe    08:22:09

24   that we initially had some discussions with         08:22:13

25   Apple employees like in earlier stages in the       08:22:17
```

Page 15

ATTORNEYS EYES ONLY

```
 1   project and it felt like there was no -- they      08:22:20
 2   did not have any particular objection to what we   08:22:24
 3   were doing.                                         08:22:29
 4      Q.   (By Mr. Damle) Any other -- any other       08:22:29
 5   reason that you can think of that you felt that    08:22:36
 6   what you were doing was legally permissible?        08:22:38
 7          MR. LEVINE:  Object to the form.             08:22:42
 8          THE WITNESS:  I can't think of any           08:22:44
 9   specific one right now, but I was fairly           08:22:55
10   confident.                                          08:22:58
11          And I was also confident that if there       08:22:59
12   were problems Apple would, you know, ask us to      08:23:01
13   stop.                                               08:23:04
14      Q.   (By Mr. Damle) Do you think Apple has       08:23:05
15   asked you to stop by filing this lawsuit?           08:23:10
16      A.   Yes, but I expected something less -- a     08:23:12
17   notification that was less, you know, dramatic I    08:23:20
18   suppose than a lawsuit.                             08:23:23
19          MR. LEVINE:  And let me get my -- I          08:23:25
20   didn't have a chance to get an objection in         08:23:28
21   there.  Objection, speculation.                     08:23:28
22          And also, David, if you can for some of      08:23:30
23   these questions I'm going to be asserting           08:23:32
24   objections on the record.                           08:23:34
25          Counsel didn't go through some of these      08:23:36
```

Page 16

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | instructions in the beginning, but I just want | 08:23:38 |
| 2 | to make sure that I have an opportunity after | 08:23:40 |
| 3 | the -- after Mr. Damle asks his question to be | 08:23:42 |
| 4 | able to assert an objection on the record. | 08:23:48 |
| 5 | So if you can give me a second to assert | 08:23:50 |
| 6 | any objection after the question before you | 08:23:52 |
| 7 | answer.  Thank you. | 08:23:54 |
| 8 | THE WITNESS:  Sorry about that. | 08:23:56 |
| 9 | MR. LEVINE:  No problem. | 08:23:58 |
| 10 | Q.   (By Mr. Damle) If Apple had sent you a | 08:23:59 |
| 11 | cease and desist letter do you think Corellium | 08:24:10 |
| 12 | would have stopped using its product -- stopped | 08:24:14 |
| 13 | selling its Apple -- Corellium Apple product? | 08:24:20 |
| 14 | Sorry. | 08:24:23 |
| 15 | MR. LEVINE:  Objection, assumes facts | 08:24:23 |
| 16 | not in evidence, speculation, improper | 08:24:24 |
| 17 | hypothetical. | 08:24:28 |
| 18 | THE WITNESS:  I believe we would have | 08:24:28 |
| 19 | had a serious conversation as a company and, you | 08:24:29 |
| 20 | know, just talked to Apple about it. | 08:24:31 |
| 21 | I don't know exactly what we would have | 08:24:33 |
| 22 | done, but my personal stance is that I -- I | 08:24:35 |
| 23 | would rather not get into a legal fight with | 08:24:42 |
| 24 | Apple. | 08:24:46 |
| 25 | Q.   (By Mr. Damle) And why would you rather | 08:24:46 |

Page 17

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | not get into a legal fight with Apple? | 08:24:52 |
| 2 | A.   Because -- I would rather not because | 08:24:55 |
| 3 | I'm a big Apple fan.  I like Apple.  I, you | 08:24:57 |
| 4 | know, I wanted to work there. | 08:25:02 |
| 5 | So I don't, you know, this kind of | 08:25:04 |
| 6 | conflict is something and any conflict is | 08:25:11 |
| 7 | something that really bothers me. | 08:25:13 |
| 8 | Q.   Do you think Apple's position in this | 08:25:15 |
| 9 | litigation is reasonable? | 08:25:21 |
| 10 | MR. LEVINE:  Object to the form of the | 08:25:26 |
| 11 | question, calls for legal opinion, speculation, | 08:25:28 |
| 12 | legal conclusion. | 08:25:32 |
| 13 | THE WITNESS:  I don't believe Apple's | 08:25:35 |
| 14 | legal position in this is reasonable in the form | 08:25:40 |
| 15 | that they gave it to us. | 08:25:45 |
| 16 | It seems to me that it focuses on -- on | 08:25:47 |
| 17 | things that don't -- that -- things that don't | 08:25:51 |
| 18 | exist such as, you know, our circumvention of | 08:25:59 |
| 19 | any sort of protection measures. | 08:26:05 |
| 20 | It seems to me that it relies like this | 08:26:06 |
| 21 | flavor of us trying to create a knock-off | 08:26:12 |
| 22 | version of iOS when we don't. | 08:26:15 |
| 23 | What we tried to do is create tools for | 08:26:19 |
| 24 | developers who will be buying iPhones anyway. | 08:26:22 |
| 25 | And I think that -- I think that, you know, I | 08:26:26 |

Page 18

ATTORNEYS EYES ONLY



1   think what we do does not harm Apple at all and,   08:26:32

2   in fact, helps Apple.   08:26:35

Page 19

ATTORNEYS EYES ONLY



Page 20

ATTORNEYS EYES ONLY



Page 21

ATTORNEYS EYES ONLY



Page 22

ATTORNEYS EYES ONLY



Page 23

ATTORNEYS EYES ONLY



Page  24

ATTORNEYS EYES ONLY



Page 25

ATTORNEYS EYES ONLY



Page 26

ATTORNEYS EYES ONLY



Page 27

ATTORNEYS EYES ONLY



Page  28

ATTORNEYS EYES ONLY



Page 29

ATTORNEYS EYES ONLY



1     Q.    Okay.  We will put a pin in that and we      08:42:25

2  may have to revisit.  Okay.                           08:42:35

3         So after August of 2017 what was your          08:42:40

4  next position?                                         08:42:46

5     A.    Well, I came on board to Corellium.  I       08:42:47

6  was originally -- originally was going                 08:42:57

7  to -- thinking about rejoining Quantum Metric,        08:43:01

8  but ended up -- ended up joining Corellium.           08:43:05

Page 30

ATTORNEYS EYES ONLY

```
 1   ████████████████████████████████████    ████████████

 2   ████████████████████████████            ████████████

 3       Q.   And you mentioned Chris and that's Chris    08:44:30

 4   Wade?                                                08:44:36

 5       A.   That's right.                               08:44:37

 6       Q.   And you knew Chris Wade before he made      08:44:37

 7   you the offer to join Corellium?                     08:44:40

 8       A.   Yes.  I met him very long ago, back when    08:44:43

 9   I was in college in fact.                            08:44:47

10       Q.   Had you worked together with Chris Wade     08:44:52

11   before joining him at Corellium?                     08:44:54

12       A.   Yes, on a couple of occasions.  The         08:44:58

13   previous occasions -- actually, when I joined        08:45:00

14   Intelliborn he was actually recruited at the         08:45:05

15   same time or even a little bit earlier.              08:45:07

16        And, you know, it didn't end up working         08:45:11

17   out and Chris left the company pretty soon after     08:45:17

18   I joined.  I think I worked with him a total of      08:45:19

19   a month or less.                                     08:45:25

20        And the previous time Chris and I worked        08:45:26

21   on various projects together.                        08:45:28

22   ██   ████████████████████          ████████

     ██   ██   █████████████████████████████████    ████████

     ██   ████████████████████████   ███████████    ████████

     ██   ███████████████████████████████           ████████
```

Page 31

ATTORNEYS EYES ONLY



Page 32

ATTORNEYS EYES ONLY



Page 33

ATTORNEYS EYES ONLY



Page  34

ATTORNEYS EYES ONLY



19    Q.    And who at Apple did you speak with         08:51:33

20   about the potential acquisition?                   08:51:45

21    A.    I did not directly speak to anyone at       08:51:49

22   Apple about acquisition other than the times       08:51:55

23   that I was at the Apple campus and interacting      08:51:58

24   with a lot of their engineers.                      08:52:03

25          I don't remember all of their names, but    08:52:07

                                            Page 35

ATTORNEYS EYES ONLY

```
 1    I usually -- I think it is just I let Chris and      08:52:10
 2    others, you know, take the lead on those things.     08:52:16
 3       Q.   Do you know who Craig Federighi is?          08:52:19
 4       A.   Yes, I definitely know of him from his       08:52:27
 5    reputation and I have been in a meeting with         08:52:32
 6    him.                                                 08:52:34
 7       Q.   And when were you in a meeting with him?     08:52:36
 8       A.   It was the first time that -- I think it     08:52:39
 9    was the first time we were at Apple and I think      08:52:49
10    we had an early meeting with Craig and he was in     08:52:51
11    a room, yeah, in a room with us pretty briefly       08:52:55
12    for 30 minutes.                                      08:53:01
13          We -- we -- we kind of made our pitch or       08:53:02
14    I guess Chris did and I didn't really talk at        08:53:06
15    all.                                                 08:53:09
16       Q.   And you said before that you like Apple.     08:53:09
17    Why do you like Apple?                               08:53:19
18       A.   I think Apple makes great products and I     08:53:21
19    think they make really sound engineering             08:53:25
20    decisions.                                           08:53:27
21          I think that -- I think that in terms          08:53:29
22    of -- in terms of privacy they're doing a better     08:53:34
23    job than other large companies like Google.          08:53:37
24          I don't think Apple is perfect.  I don't       08:53:41
25    like, you know, everything about them or about       08:53:43
```

Page 36

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | their corporate policies, but the products | 08:53:47 |
| 2 | themselves I think are really nice, really | 08:53:50 |
| 3 | great. | 08:53:53 |
| 4 | Q.   Do you think iOS is a secure platform | 08:53:53 |
| 5 | compared to other platforms? | 08:54:01 |
| 6 | A.   I think, yes, because -- but because | 08:54:05 |
| 7 | I -- because I work primarily in iOS I may not | 08:54:17 |
| 8 | understand all of the security features of other | 08:54:22 |
| 9 | platforms, but from what I know of iOS I do | 08:54:25 |
| 10 | think that iOS security is quite strong. | 08:54:28 |
| 11 | And, you know, from the people I have | 08:54:33 |
| 12 | met who do iOS security they seem to know -- | 08:54:36 |
| 13 | treat it seriously and know what they're talking | 08:54:40 |
| 14 | about. | 08:54:44 |
| 15 | Q.   Do you think in general iOS is more | 08:54:44 |
| 16 | secure than Android? | 08:54:51 |
| 17 | A.   Yes, I do think so, but, again, I don't | 08:55:00 |
| 18 | have as much experience with the Android | 08:55:03 |
| 19 | ecosystem. | 08:55:06 |
| 20 | It does seem like the Android ecosystem | 08:55:07 |
| 21 | suffers from a bit of fragmentation both from a | 08:55:10 |
| 22 | market perspective and there's uneven -- uneven | 08:55:14 |
| 23 | application of the security measures that they | 08:55:15 |
| 24 | do have and also some degree of technical | 08:55:17 |
| 25 | fragmentation. | 08:55:21 |

Page 37

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | I recall looking at their Sandbox model | 08:55:22 |
| 2 | and it seemed instead of having the iOS-styled | 08:55:25 |
| 3 | Sandbox framework with mandatory access controls | 08:55:29 |
| 4 | they have kind of a patchwork quilt of systems | 08:55:32 |
| 5 | which seems significantly less elegant to me. | 08:55:36 |
| 6 | Q.   Can we turn back to your joining | 08:55:40 |
| 7 | Corellium?  What was your role when you first | 08:55:49 |
| 8 | joined Corellium? | 08:55:52 |
| 9 | MR. LEVINE:  Counsel, he can absolutely | 08:55:54 |
| 10 | answer this question, but just after this | 08:55:57 |
| 11 | question before we get into a new line of | 08:55:59 |
| 12 | questions can we just take a quick break?  We've | 08:56:01 |
| 13 | been going about an hour now. | 08:56:04 |
| 14 | MR. DAMLE:  A little under an hour, but, | 08:56:05 |
| 15 | yeah, sure.  Let me just ask you about your time | 08:56:07 |
| 16 | at Corellium and then we can take a break. | 08:56:09 |
| 17 | MR. LEVINE:  It is coming up on noon and | 08:56:13 |
| 18 | we started at 11 so just maybe at noon.  Thanks. | 08:56:17 |
| 19 | THE WITNESS:  Yeah, so I'm trying | 08:56:19 |
| 20 | to -- I'm trying to remember exactly what my | 08:56:22 |
| 21 | role would be.  Like Chris -- Chris called me | 08:56:24 |
| 22 | and thought that I would be really good with | 08:56:28 |
| 23 | the -- really good with helping out. | 08:56:32 |
| 24 | ████████████████████████ | ████ |
| ██ | █████████████████████████ | ████ |
| | | ████ |

ATTORNEYS EYES ONLY

1    ███████████████████████████        ██████████

█    ██████████████████████████████     ██████████

█    █████████████████████████████      ██████████

█    ████████████████████████           ██████████

█        ████████████████████████████   ██████████

█    ██████████████████████████████     ██████████

█    █████████████████████████████      ██████████

█    ██████████████████████             ██████████

█    █████████████████████              ██████████

10       Q.    (By Mr. Damle) And so you were a        08:57:23

11   co-founder of Corellium.  Is that fair to say?    08:57:28

12       A.    Yes.                                     08:57:31

13       Q.    And you are a member of the LLC?  You    08:57:31

14   know what that means?                              08:57:34

15       A.    I -- yes, I believe I'm a member of the  08:57:35

16   LLC.  I'm not completely clear on the meaning --   08:57:40

17   the legal meaning of it I suppose.                 08:57:43

18       Q.    But you own a piece of the company; is   08:57:45

19   that right?                                        08:57:51

20       A.    Yes.                                     08:57:51

21       Q.    And what is your current title?          08:57:52

22       A.    The title that I -- I don't really have  08:57:59

23   an official title.  Usually I just tell people     08:58:07

24   co-founder.                                        08:58:10

25           I think that the title that most matches   08:58:11

Page 39

ATTORNEYS EYES ONLY



| | | |
|---|---|---|
| 1 | what I do currently is just the head of | 08:58:15 |
| 2 | platform.  Basically all the software that's not | 08:58:18 |
| 3 | the hypervisor that kind of feeds stuff into the | 08:58:23 |
| 4 | hypervisor and managing how developers interact | 08:58:28 |
| 5 | with our software and those things I'm | 08:58:31 |
| 6 | responsible for. | 08:58:33 |

Page 40

ATTORNEYS EYES ONLY



Page 41

ATTORNEYS EYES ONLY

1          MR. DAMLE:  We can take a break now.          09:01:17

2          (Recess from 9:01 a.m. to 9:15 a.m.)          09:01:22



Page 42

ATTORNEYS EYES ONLY



Page 43

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   And so in 2013 you won a Pwnie award for | 09:18:46 |
| 2 | Best Privilege Escalation Bug; is that correct? | 09:18:56 |
| 3 | A.   That's right. | 09:18:59 |
| 4 | MR. LEVINE:  Objection.  You can answer. | 09:19:00 |
| 5 | THE WITNESS:  Yes, that's correct. | 09:19:04 |
| 6 | Q.   (By Mr. Damle) And what was that award | 09:19:05 |
| 7 | for, what bug was it for, sorry? | 09:19:12 |
| 8 | A.   I don't recall the precise bug, but I | 09:19:15 |
| 9 | believe it was for a chain of vulnerabilities | 09:19:22 |
| 10 | that allowed us -- allowed us to jailbreak a | 09:19:25 |
| 11 | particular series of devices.  I believe it | 09:19:30 |
| 12 | could have been either iOS 6 or 7. | 09:19:35 |
| 13 | Q.   Was it called the Evasi0n jailbreak? | 09:19:38 |
| 14 | A.   Yes. | 09:19:43 |
| 15 | Q.   With the O replaced with a 0? | 09:19:43 |
| 16 | A.   Yes. | 09:19:57 |
| 17 | Q.   And I believe I have read that -- that | 09:19:57 |
| 18 | this required bypassing code signing on iOS.  Is | 09:20:12 |
| 19 | that accurate? | 09:20:24 |
| 20 | MR. LEVINE:  Objection, foundation. | 09:20:25 |
| 21 | THE WITNESS:  It required -- it required | 09:20:27 |
| 22 | the -- it required us to be able to execute | 09:20:32 |
| 23 | unsigned code.  It was a vulnerability that had | 09:20:38 |
| 24 | to be exploited so that code not signed by Apple | 09:20:41 |
| 25 | could run on a device. | 09:20:45 |

Page 44

ATTORNEYS EYES ONLY

```
 1      Q.   (By Mr. Damle) Is that a common feature    09:20:48
 2   of jailbreak exploits, that you need to run         09:20:50
 3   signed code on the device?                          09:20:56
 4      A.   Yes, because ultimately the point of        09:20:57
 5   jailbreaking is to take control of your own         09:21:01
 6   device.                                             09:21:06
 7         Apple has locked down the device so that     09:21:07
 8   no code unless they explicitly sign off on every    09:21:09
 9   single bit of it needs to -- runs.                  09:21:14
10         So on a traditional computer you are         09:21:19
11   free to write any code you want and run it right    09:21:23
12   away, but on an iOS device because of those         09:21:26
13   restrictions only code Apple signs can run.         09:21:29
14         And so what jailbreaking does is it          09:21:35
15   allows you to take control of your own device.      09:21:37
16   It allows you to -- to, you know, break open the    09:21:40
17   manufacturer seal so to speak and just -- and,      09:21:45
18   you know, tinker -- tinker and make enhancements    09:21:50
19   to your device and run whatever programs you        09:21:54
20   want on it.                                         09:21:57
21      Q.   Does jailbreaking an iPhone always          09:21:58
22   require the use of exploitable vulnerability?       09:22:10
23      A.   Jailbreaking a physical iPhone would        09:22:18
24   require some sort of vulnerability.  There's        09:22:28
25   various definitions of vulnerabilities.  In this    09:22:35
```

Page 45

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | case I will define vulnerability very broadly -- | 09:22:37 |
| 2 | Q.   Sure. | 09:22:40 |
| 3 | A.    -- like even if it's like something that | 09:22:40 |
| 4 | is a design flaw or something like I will count | 09:22:47 |
| 5 | as a vulnerability, but since the design | 09:22:50 |
| 6 | specifically says all code that runs must | 09:22:53 |
| 7 | be -- must be -- must be approved by Apple | 09:22:57 |
| 8 | then -- then that would mean that you would need | 09:23:01 |
| 9 | some sort of like aberration, some sort of -- | 09:23:06 |
| 10 | something that goes against the design to run | 09:23:11 |
| 11 | code not signed by Apple in that case. | 09:23:15 |
| 12 | Q.   So jailbreaking an iPhone requires some | 09:23:17 |
| 13 | sort of vulnerability in the way that you have | 09:23:24 |
| 14 | defined it? | 09:23:26 |
| 15 | MR. LEVINE:  Mischaracterizes testimony, | 09:23:29 |
| 16 | objection. | 09:23:32 |
| 17 | THE WITNESS:  It does not in certain | 09:23:34 |
| 18 | cases.  So -- so jailbreaking a physical device | 09:23:38 |
| 19 | does require that, however -- however, you can | 09:23:42 |
| 20 | have a device that is not jailed in the first | 09:23:47 |
| 21 | place. | 09:23:51 |
| 22 | | |

Page  46

ATTORNEYS EYES ONLY



1

2     Q.   (By Mr. Damle) And is it something that       09:24:08

3   Corellium does that means that the restrictions      09:24:13

4   are not there?                                       09:24:17

5        MR. LEVINE:   Object to the form of the         09:24:21

6   question, confusing, vague.                          09:24:25

7        THE WITNESS:   Yeah, I'm sorry, could           09:24:26

8   you -- could you clarify that?                       09:24:30

9

14        MR. LEVINE:   Objection, vague.   You          09:24:44

15   failed to clarify what restrictions.                09:24:48

16

Page  47

ATTORNEYS EYES ONLY



Page 48

ATTORNEYS EYES ONLY



Page 49

ATTORNEYS EYES ONLY



Page 50

ATTORNEYS EYES ONLY



1      ▇     ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇     ▇▇▇▇

7      Q.   You testified earlier as to how you were    09:29:35

8   referring to vulnerability.    09:29:48

9        Is there a difference in your view    09:29:49

10  between a software bug and a vulnerability?    09:29:51

11     A.   It might be -- like it depends on the    09:29:53

12  context of the discussion.  I think that a    09:29:59

13  lot -- like broadly speaking a lot of things    09:30:04

14  could be a vulnerability, you know.    09:30:08

Page 51

ATTORNEYS EYES ONLY

```
 1  ████████████████████████████████████   ████████████
    ████████████████████████████████████   ████████████
    ██████████████████████████████████████████   ████████████
    ████████████████████████████████████   ████████████
    ████████████████████████████████████   ████████████
    ██████████████████████████████████   ████████████
    ██████████████████████████████████   ████████████
    ██████████████████   ████████████
```

```
 9          And that could be exploited in a way to      09:31:07

10   introduce behavior that the original programmer      09:31:10

11   does not want.                                       09:31:13

12      Q.   And are there vulnerabilities in your        09:31:14

13   view that are not exploitable?  Sorry, let me        09:31:22

14   scratch that.                                        09:31:28

15          What is an exploit?                           09:31:28

16      A.   An exploit uses vulnerabilities to           09:31:30

17   achieve a purpose.                                   09:31:34

18      Q.   And what would that purpose be?              09:31:44

19      A.   It could be any purpose.  It could be        09:31:46

20   for -- for example, in jailbreaking the purpose      09:31:47

21   would be to enable unsigned code to run on the       09:31:50

22   device.                                              09:31:55

23      Q.   And any other examples of what the           09:31:55

24   purpose of an exploit would be?                      09:31:59

25      A.   Well, largely it would -- it could           09:32:02
```

Page 52

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | also -- for example, you could potentially | 09:32:06 |
| 2 | bypass a lock screen or something like that or | 09:32:13 |
| 3 | perhaps in a game you score twice instead of | 09:32:16 |
| 4 | once when you toss a basket, something like | 09:32:22 |
| 5 | that, you know, any sort of -- or not even score | 09:32:26 |
| 6 | twice, maybe you just make some interesting | 09:32:29 |
| 7 | patterns appear on the screen, basically | 09:32:31 |
| 8 | anything that kind of -- like -- a vulnerability | 09:32:34 |
| 9 | is like sort of theoretical knowledge and an | 09:32:40 |
| 10 | exploit practically applies it. | 09:32:46 |
| 11 | Q.   Any other vulnerabilities that are -- | 09:32:48 |
| 12 | that wouldn't lead to the development of | 09:32:53 |
| 13 | exploits?  Sorry. | 09:32:55 |
| 14 | Are there vulnerabilities that could | 09:32:56 |
| 15 | lead to the development of an exploit? | 09:32:58 |
| 16 | MR. LEVINE:  Object to the form of the | 09:33:00 |
| 17 | question. | 09:33:06 |
| 18 | THE WITNESS:  I think that -- I think it | 09:33:06 |
| 19 | gets tricky.  If you are saying that it is a | 09:33:09 |
| 20 | vulnerability, but it is not exploitable, then I | 09:33:14 |
| 21 | don't know if it is a vulnerability. | 09:33:18 |
| 22 | If it's a vulnerability that is | 09:33:19 |
| 23 | difficult to exploit or impractical to exploit | 09:33:23 |
| 24 | or can't be exploited yet with our current | 09:33:27 |
| 25 | understanding or knowledge, then that could | 09:33:30 |

Page 53

ATTORNEYS EYES ONLY

```
 1   still be a vulnerability.                      09:33:32

 2       Q.   (By Mr. Damle) Okay.  Have you ever   09:33:33

 3   heard the term white hat hacker?               09:33:41

 4       A.   Yes.                                   09:33:44

 5       Q.   What does that mean to you?            09:33:44

 6       A.   It means someone who does -- performs 09:33:47

 7   security research for some sort of social good. 09:33:51

 8       Q.   And when you say social good what does 09:33:55

 9   that mean?                                      09:33:58

10       A.   It's something that benefits society.  09:33:59

11       Q.   And what does a black hat hacker mean to 09:34:06

12   you?                                            09:34:12

13       A.   Uses security, computer security to    09:34:12

14   benefit themselves for some sort of selfish end 09:34:21

15   and usually harms other -- other people.        09:34:25

16       Q.   Have you heard the term grey hat hacker? 09:34:29

17       A.   I have.                                 09:34:36

18       Q.   And what does that mean to you?         09:34:37

19       A.   I am not completely sure.  These are   09:34:40

20   terms that I -- I don't really think about very 09:34:46

21   often.                                          09:34:49

22           I would suppose a grey hat hacker would 09:34:50

23   be someone who -- who has a mix of those        09:34:53

24   characteristics.  I think some people define it 09:35:01

25   as a white hat hacker who -- who may not follow 09:35:04
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY

```
 1    all the laws or something and some others say      09:35:07
 2    that it is a -- it is a hacker who -- who -- who   09:35:12
 3    perhaps does things for selfish ends, but not     09:35:17
 4    necessarily harms other people.                   09:35:22
 5          I don't really -- I'm very unclear about    09:35:23
 6    the definition of grey hat hacker and my feeling  09:35:26
 7    is that the community also does not know really   09:35:28
 8    what that means.                                  09:35:32
 9    Q.    What is virtualization?                     09:35:32
10    A.    Virtualization -- virtualization is the     09:35:39
11    ability to run software on hardware that the      09:35:44
12    software is not ordinarily meant to run on.       09:35:53
13          The software may believe that it is         09:35:56
14    running on the original hardware, but it is       09:35:58
15    actually running on different hardware.           09:36:00
16          And this allows you to do useful things     09:36:02
17    such as running the device -- running the         09:36:06
18    software on faster hardware or being able         09:36:10
19    to -- to introspect it a little bit more to be    09:36:14
20    able to see -- to use debugging techniques on it  09:36:18
21    to see how it works.                              09:36:22
22    Q.    And what is emulation?                      09:36:28
23    A.    Emulation -- emulation has some of the      09:36:30
24    same goals, however, instead of having --         09:36:35
25    instead of using -- leveraging -- heavily         09:36:39
```

Page 55

ATTORNEYS EYES ONLY

```
1    leveraging existing hardware it would actually    09:36:42

2    simulate all aspects of the hardware in software  09:36:46

3    so it tends to be much slower, but it can be      09:36:49

4    more accurate.                                    09:36:52

5        Q.   And why would it be more accurate?       09:36:52

6        A.   Because you are not bound by the         09:36:58

7    limitations of the actual hardware that you       09:37:01

8    have.                                             09:37:04

9        Q.   So there are situations where simulation 09:37:04

10   has advantages over virtualization -- sorry,      09:37:18

11   scratch that, where emulation -- let me just      09:37:22

12   start that whole question over.                   09:37:24

13            So there are situations where emulation  09:37:26

14   has advantages over virtualization; is that       09:37:29

15   correct?                                          09:37:33

16            MR. LEVINE:  Object to the form, vague,   09:37:33

17   hypothetical.                                     09:37:35

18            THE WITNESS:  Yes, there are situations   09:37:41

19   where emulation might have advantages over        09:37:43

20   virtualization.                                   09:37:47

21       Q.   (By Mr. Damle) And does simulation have  09:37:48

22   a different meaning to you than emulation?        09:37:50

23            MR. LEVINE:  Object to the form.          09:38:05

24            THE WITNESS:  Yes, I think it does, but   09:38:06

25   it is unclear to me the precise differentiation   09:38:10
```

Page 56

ATTORNEYS EYES ONLY

```
 1   between simulation and emulation.              09:38:18

 2        It feels like simulation -- people who    09:38:21

 3   say simulate likely have access to the original 09:38:24

 4   hardware model and are able to -- and are more  09:38:28

 5   interested in testing the behavior of the       09:38:33

 6   hardware rather than trying to get a piece of    09:38:36

 7   software to work.                                09:38:39

 8     Q.   (By Mr. Damle) And are you familiar with 09:38:41

 9   Apple's simulator program which is part of its   09:38:48

10   Xcode platform?                                  09:38:52

11     A.   You are referring to the iOS simulator?  09:38:54

12     Q.   Yes.                                      09:39:00

13     A.   Yes, I'm familiar with that.             09:39:00

14     Q.   And would you call that an emulator of   09:39:01

15   iOS?                                             09:39:07

16        MR. LEVINE:  Object to the form of the     09:39:08

17   question.                                        09:39:13

18        THE WITNESS:  I don't think it falls        09:39:13

19   into any of those three categories that I have   09:39:14

20   defined.                                         09:39:17

21        I believe it -- it really is a             09:39:19

22   compatibility layer between -- not between a     09:39:24

23   software -- software and hardware.               09:39:29

24        It's a purpose-built piece of software     09:39:33

25   that is completely different from the regular    09:39:37
```

Page 57

ATTORNEYS EYES ONLY

```
 1    iOS and it interacts with a compatibility layer    09:39:42
 2    that instead of having it interact with Mac         09:39:46
 3    hardware or whatever, it allows it to be            09:39:51
 4    compatible with a different operating system        09:39:52
 5    which is macOS.                                     09:39:55
 6          The simulator doesn't even run the iOS       09:39:58
 7    kernel.  The simulator is suitable for a            09:40:01
 8    high-level -- for -- basically for app              09:40:05
 9    developers to test certain features, but it's       09:40:09
10    the fidelity on the binary execution level and      09:40:14
11    on how on the operating system level it is          09:40:19
12    completely not there.                               09:40:22
13        Q.    (By Mr. Damle) What is a hypervisor?      09:40:23
14        A.    A hypervisor is a key piece of a          09:40:35
15    virtualized system.  It manages calls from -- it    09:40:39
16    manages requests from the software being            09:40:43
17    virtualized and it relays them to -- relays them    09:40:46
18    into hardware.                                      09:40:51
19        Q.    And so you mentioned software being       09:40:52
20    virtualized.  How does that -- is virtualized       09:41:01
21    software, is that called a virtual machine?         09:41:09
22          MR. LEVINE:  Object to the form of the       09:41:12
23    question.                                           09:41:20
24          THE WITNESS:  Not necessarily.  █            ████
 █    ████████████████████████████████████████████
```

Page 58

ATTORNEYS EYES ONLY



1

24      Q.    (By Mr. Damle) Are you familiar with      09:42:49

25      what an IPSW file is?                           09:42:53

Page 59

ATTORNEYS EYES ONLY

```
 1        A.    Yes.                                    09:42:57

 2        Q.    What is it?                             09:42:58

 3        A.    It's the form of -- it is a file that   09:42:59

 4   Apple publishes that is eventually downloaded      09:43:03

 5   onto devices capable of updating iPhones or        09:43:07

 6   iPads to the latest iOS software.                  09:43:14

 7        Q.    And what is your understanding of what  09:43:21

 8   is contained inside an IPSW file?                  09:43:24

 9        A.    Code and data that are sufficient       09:43:29

10   to -- to install iOS onto -- onto hardware         09:43:39

11   devices.                                           09:43:46

12        I don't believe it contains all the           09:43:49

13   components of iOS, but -- but -- but               09:43:52

14   sufficient -- sufficient data and code            09:43:57

15   that -- that allows iPhones to be upgraded to      09:44:00

16   the latest version of iOS.                         09:44:05

17        Q.    What components of iOS do you think     09:44:07

18   it doesn't contain?                                09:44:16

19        MR. LEVINE:  If I can interject did you       09:44:17

20   say what components does it or doesn't it?         09:44:21

21        MR. DAMLE:  Doesn't it.                       09:44:23

22        MR. LEVINE:  Okay.  What components does      09:44:24

23   an IPSW not include, is that your question?        09:44:26

24        MR. DAMLE:  Yes.                              09:44:28

25        MR. LEVINE:  Thank you.                       09:44:29
```

Page 60

ATTORNEYS EYES ONLY

```
1          THE WITNESS: ████████████████████  ██████████
█  ██████████████████████████████████████████  ██████████
█  ██████████████████████████████████████████  ██████████
█  ███████████████████████████████████████████  ██████████
█  ██████████████                              ██████████
█        ████████████████████████████████████
█  ███████████████████████████████████████████  ██████████
█  ████████████████████████████████████████████  ██████████
█  ██████████████████████████████████████████  ██████████
█  ███████████████████████████████              09:45:12
```

11      Q.   (By Mr. Damle) What's the difference      09:45:16

12   between an upgrade process and a restore      09:45:20

13   process?      09:45:23

14      A.   The upgrade process tries to retain the      09:45:23

15   user data on the device and a restore process      09:45:26

16   tries to wipe out the user data already on the      09:45:30

17   device.      09:45:33

18      Q.   So just to talk about what is on the      09:45:39

19   IPSW file, that is the code that Apple provides      09:45:44

20   that is the minimum -- sorry, it contains the      09:45:53

21   minimum amount of code needed to run iOS on an      09:46:00

22   iPhone or iPad or other Apple device; is that      09:46:04

23   right?      09:46:08

24      MR. LEVINE:  Object to the form,      09:46:08

25   speculation, vague, confusing.      09:46:09

Page 61

ATTORNEYS EYES ONLY

```
 1              THE WITNESS:  I don't believe it is the    09:46:12

 2    minimum amount of code.  I believe that they         09:46:15

 3    have -- they have stuff -- they have code on the     09:46:18

 4    device that -- that runs iOS under -- under, you     09:46:22

 5    know, Apple's definition of iOS which is the         09:46:26

 6    entire code sign chain and all of the -- all of     09:46:30

 7    the experience of iOS.                               09:46:37

 8        Q.   (By Mr. Damle) Okay.  So the IPSW file     09:46:38

 9    contains all the code under Apple's definition       09:46:44

10    of iOS which is the entire code sign chain; is       09:46:54

11    that right?                                          09:46:59

12              MR. LEVINE:  Object to the form as it      09:46:59

13    relates to Apple's definition of iOS as              09:47:01

14    speculation, vague.                                  09:47:04

15              THE WITNESS:  No, I don't really -- I      09:47:06

16    don't think so.  The code sign chain, of course,    09:47:14

17    starts with the BootROM.  And I know at the very     09:47:16

18    least the BootROM is not included in the IPSW.       09:47:20

19        Q.   (By Mr. Damle) So the BootROM is not       09:47:26

20    included in the IPSW, but the bootloader I           09:47:28

21    believe you said, is that a separate piece of        09:47:31

22    software from the BootROM?                           09:47:33

23              MR. LEVINE:  Object to the form.           09:47:35

24              THE WITNESS:  Yes.                         09:47:35

25        Q.   (By Mr. Damle) And is the bootloader        09:47:36
```

Page 62

ATTORNEYS EYES ONLY

```
 1    included in the IPSW file or not?              09:47:39

 2        A.   The bootloader is included in the IPSW   09:47:41

 3    file.                                          09:47:44

 4        Q.   And the kernel, iOS kernel, is included  09:47:44

 5    in the IPSW file; is that correct?             09:47:50

 6        A.   Yes, the iOS kernel is included in the   09:47:51

 7    IPSW file.                                     09:47:55

 8        Q.   And does it contain the images and      09:47:55

 9    graphical assets that are necessary to display  09:47:58

10    the graphical user interface on an iPhone?     09:48:03

11            MR. LEVINE:  Object to the form of the   09:48:07

12    question, vague and speculation.               09:48:09

13            THE WITNESS:  The IPSW file             09:48:12

14    contains -- which graphicals?  It depends.     09:48:28

15    Which graphical elements are you speaking of?  09:48:33

16        Q.   (By Mr. Damle) Sure.  Does it include   09:48:37

17    the default wallpapers that get installed on an 09:48:40

18    iPhone?                                        09:48:43

19        A.   Yes, a form of those wallpapers are --  09:48:43

20    are somewhere embedded in the IPSW file.       09:48:50

21        Q.   And the icons for the various default   09:48:53

22    apps on an iPhone are included in an IPSW file? 09:49:08

23            And the icons as well as -- the icons    09:49:08

24    for the default apps that are installed on an   09:49:08

25    iPhone are included in that IPSW file somewhere? 09:49:09
```

Page 63

ATTORNEYS EYES ONLY



```
 1      A.   Yes.                                          09:49:13
```

Page 64

ATTORNEYS EYES ONLY



1

2

3

4

5

6

7

8

9

10

11

12

13      MR. LEVINE:  Object to the form, asked      09:51:39

14   and answered.                                 09:51:41

15      Q.   (By Mr. Damle) I want to talk a little 09:51:41

16   bit about the restore process on an iPhone.  Are 09:51:46

17   you familiar with that process?               09:51:51

18      A.   I have familiarity with that process.  I 09:51:55

19   would not say that I am an expert, but I feel  09:51:59

20   like I have more knowledge than most outside of 09:52:05

21   Apple I suppose.                              09:52:09

22      Q.   And as part of that restore process   09:52:10

23   does -- I'm just talking about on a regular    09:52:17

24   iPhone -- as part of the restore process on a  09:52:22

25   regular iPhone does it communicate with an Apple 09:52:24

Page 65

ATTORNEYS EYES ONLY

```
 1    server?                                    09:52:26

 2        A.   Yes, I believe it does.          09:52:27

 3        Q.   And how would you refer to that server?  09:52:30

 4    I'm just trying to get our nomenclature right.  09:52:33

 5            MR. LEVINE:  Object to the form of the  09:52:38

 6    question, vague.                           09:52:40

 7            THE WITNESS:  I actually believe it  09:52:41

 8    communicates with several different servers in  09:52:42

 9    various stages of the process so I will have to  09:52:45

10    ask which one are you referring to?        09:52:49

11        Q.   (By Mr. Damle) Okay.  So why don't we  09:52:51

12    just walk through the stages at which different  09:52:54

13    Apple servers are communicated with by the  09:53:04

14    iPhone as part of the restore process.     09:53:07

15            So what are the ones that you are aware  09:53:09

16    of?                                        09:53:13

17        A.   The one I'm aware of is that first some  09:53:13

18    sort of authorization needs to be given to the  09:53:15

19    device that says you are allowed -- at     09:53:18

20    least -- so this did not used to be the case at  09:53:24

21    least in 2007, but this is a new measure added  09:53:27

22    later on, but it needs to be -- the Apple -- the  09:53:30

23    device -- the hardware device needs to get  09:53:34

24    permission to -- to install, to restore, to load  09:53:37

25    that particular IPSW file.                 09:53:41
```

Page 66

ATTORNEYS EYES ONLY

```
1        And so there's some sort of -- it gives      09:53:44

2   some sort of token identifying yourself and I      09:53:48

3   think some sort of anti-replay token to an Apple   09:53:52

4   server.                                            09:53:56

5        And the Apple server eventually comes         09:53:56

6   back with a signed AP ticket that is -- that has   09:54:00

7   a list of -- a list of files that the device is    09:54:06

8   allowed to load and the hashes -- the              09:54:13

9   cryptographic hashes of all the files.             09:54:19

10        And all this entire thing is digitally       09:54:24

11   signed with a certificate that is embedded in     09:54:25

12   all bootloader components including the BootROM.   09:54:28

13        And those components verify the AP           09:54:31

14   tickets hash, say this is a valid AP ticket, and  09:54:34

15   they later on check the hashes of each of the     09:54:38

16   components -- each of the firmware components to   09:54:42

17   make sure that they are authorized to be loaded   09:54:45

18   and to be run later on the device.                09:54:47
```

19 ███████████████████████████████ ██████████

██ ████████████████████████████████ ██████████

██ ██████████████████████████ ██████████

██ ███████████████████████████ ██████████

██ ██████████ ██████████

██ ████████████████████████████ ██████████

██ ████████████████████████ 09:55:08

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY



```
 1                                              09:55:46
11      Q.   Any other communications with Apple   09:55:46
12  servers that happens during the restore process?  09:55:50
13      A.   Not that I can recall right now.  There   09:55:54
14  is -- after the restore process there is the   09:55:58
15  activation process, but I'm not sure if I would   09:56:00
16  say that's the restore process.               09:56:03
17      Q.   Okay.  Let's talk about the activation   09:56:05
18  processor.  How does that work?               09:56:09
19                                              09:56:30
```

Page 68

ATTORNEYS EYES ONLY

```
 1   ████████████████████████████████████    ████████

     ████████████████████████████████████    ████████

     ██████████████████████████████████      ████████

     ████████████████                        09:56:53

 5       Q.   And is it your understanding that that   09:56:53

 6   last activation process is necessary to actually  09:56:59

 7   run the iOS on an iPhone?                          09:57:03

 8       A.   I'm not sure.                             09:57:05

 9       Q.   Let's talk about the first one, the      09:57:08

10   authorization.  The communication -- we will      09:57:12

11   call it the authorization server just to keep     09:57:16

12   things simple.                                     09:57:19

13           The communication with the authorization  09:57:20

14   server, is that necessary to run or install iOS   09:57:22

15   on an iPhone?                                      09:57:26

16       A.   I'm not sure.  I believe that -- I       09:57:27

17   believe that it is the normal case.  I believe    09:57:37

18   that it might be possible to -- to -- to install  09:57:40

19   an IPSW without meeting that authorization as     09:57:45

20   long as you kept a previous copy of it or         09:57:51

21   something.                                         09:57:53

22           I'm not sure what the literature is on    09:57:54

23   that currently.                                    09:57:56

24       Q.   But in the ordinary course of restoring  09:57:57

25   an iPhone you would have to have a connection to  09:58:02
```

Page 69

ATTORNEYS EYES ONLY

```
 1    the authorization server; is that correct?      09:58:04

 2        A.   In the ordinary course, yes.           09:58:06

 3        Q.   And you mentioned that in 2007 they     09:58:08

 4    didn't have this communication with the          09:58:17

 5    authorization server and that they added it at   09:58:18

 6    some later point.                                09:58:22

 7             Do you know when they added it?         09:58:23

 8             MR. LEVINE:  Object to the form,        09:58:25

 9    speculation.                                     09:58:27

10             THE WITNESS:  No, I do not remember.    09:58:27

11        Q.   (By Mr. Damle) And do you have any idea 09:58:30

12    why they added that step in the restore process? 09:58:33

13             MR. LEVINE:  Same objection.            09:58:37

14             THE WITNESS:  No, I -- I -- I don't know 09:58:38

15    exactly why they did that.                       09:58:46

16        Q.   (By Mr. Damle) And so what happens if   09:58:47

17    the check with the authorization server fails in 09:59:08

18    the ordinary course?                             09:59:15

19             MR. LEVINE:  I object to the form, vague 09:59:19

20    as far as the ordinary course.                   09:59:22

21             THE WITNESS:  Could you repeat the      09:59:24

22    question?  Sorry, my headphones cut out.         09:59:25

23        Q.   (By Mr. Damle) Sure.  Sure.  What       09:59:28

24    happens -- we're talking about the restore       09:59:32

25    process and there's a -- you have testified that 09:59:35
```

Page 70

ATTORNEYS EYES ONLY

```
 1    there is this communication with the -- this      09:59:37
 2    what we're calling the authorization server; is   09:59:41
 3    that correct?                                      09:59:45
 4       A.   Yes.                                       09:59:45
 5       Q.   And the authorization server sends         09:59:45
 6    something back to the iPhone; is that right?       09:59:50
 7       A.   It sends something back to the device      09:59:54
 8    performing the restore which could be, you know,   10:00:00
 9    the iTunes, MacBook.                               10:00:03
10       Q.   Got it.  Understood.  Let's just focus     10:00:07
11    on iPhones.  So what is it exactly that it         10:00:10
12    sends, that the authorization server is sending    10:00:16
13    back?                                              10:00:18
14    ████  ██████████████████████████        ████████
      ██  ████████████████████████████████     ████████
      ██  ██████████████████████████████████   ████████
      ██  ██████████████████████████████       ████████
      ██  ██████████████████████████████       ████████
      ██  ████████████████████████████████     ████████
      ██  ████████████████████████████████     ████████
      ██  ██████████████████████████           ████████
      ██  ████████████████████████████████     ████████
      ██  ████████████████████████████████     ████████
24       Q.   And what happens if the AP ticket is not   10:00:58
25    sent back from the authorization server during     10:01:04
```

ATTORNEYS EYES ONLY

```
 1    the restore process?                          10:01:06

 2        A.   The software -- the software performing  10:01:09

 3    the restore would not proceed.                10:01:14

 4        Q.   So we have just been discussing this AP  10:01:16

 5    ticket.  Is that AP ticket stored on the device  10:01:29

 6    after a successful restore?                   10:01:31

 7        A.   I believe so.                         10:01:34

 8        Q.   And do you know if it's used by the   10:01:35

 9    iPhone at any point after that?               10:01:39

10        A.   I'm not sure.                         10:01:41

11        Q.   Do you need the AP ticket in order to  10:01:50

12    boot up an iPhone?                            10:01:57

13        ████  ████████████████████████████        ████

      █   █████████████████████████████            ████

      █   █████████████████████████████████         ████

      █   ████████████████████████████████          ████

      █   ███████████████████████████████           ████

      █        ██████████████████████████████       ████

      █   ████████████████████████████████          ████

      █   █████████████████████                      ████

      █        █████████████████████████             ████

      █   █████████████████████████████████         ████

      █   ███████████████████████████               ████

24        Q.   For an ordinary iPhone you believe that  10:02:52

25    the AP ticket might be read by the bootloader in  10:02:56
```

Page 72

ATTORNEYS EYES ONLY

```
1    the boot process; is that correct?              10:02:59
2         MR. LEVINE:  Object to the form of the     10:03:00
3    question, vague.                                10:03:01
4         THE WITNESS:  I think on an ordinary       10:03:06
5    iPhone the AP ticket might be read by the       10:03:09
6    bootloader.                                     10:03:13
7    Q.   (By Mr. Damle) And so if you didn't have   10:03:16
8    an AP ticket on an ordinary iPhone you wouldn't 10:03:18
9    be able to boot up your iPhone; is that correct? 10:03:23
10        MR. LEVINE:  Object to the form.           10:03:32
11        THE WITNESS:  I -- I -- I honestly don't   10:03:36
12   know at this point.                             10:03:40
13   Q.   (By Mr. Damle) You are familiar with the   10:03:40
14   Apple Secure Enclave Processor; is that right?  10:03:44
15   A.   Somewhat familiar, yes.                    10:03:48
16   Q.   And what is the Secure Enclave             10:03:51
17   Processor?                                      10:03:54
18   A.   It is a separate module chip inside        10:03:54
19   the -- inside the system that is segregated from 10:04:00
20   the rest of the system and it is responsible for 10:04:06
21   performing high-risk state that involves user   10:04:09
22   data protection.                                10:04:13
23   ███    ██████████████████████████    ███████
     ███  ████████████████                ███████
     ███    ███  ██████████████  ████████████   ███████
```

Page  73

ATTORNEYS EYES ONLY



20    Q.    Do you know what a dev-fused iPhone is?    10:05:42

21    A.    I'm not completely sure.  I believe I    10:05:50

22  heard of the dev-fused iPhone during Ivan's talk    10:05:58

23  when he was talking about giving them to people,    10:06:05

24  to vulnerability developers.                       10:06:07

25    Q.    Right, but have you -- other than that    10:06:10

Page 74

ATTORNEYS EYES ONLY

```
 1    have you heard the term dev-fused iPhone?        10:06:14

 2       A.   Probably occasionally in -- in some      10:06:18

 3    places.                                          10:06:22

 4       Q.   What's your understanding of what a      10:06:23

 5    dev-fused iPhone is?                             10:06:25

 6       A.   I believe a dev-fused iPhone probably -- 10:06:26

 7    probably intrinsically is capable of running     10:06:32

 8    unsigned code.                                   10:06:36

 9       Q.   And are you aware that there is a black  10:06:36

10    market for dev-fused iPhones?                    10:06:41

11       A.   I think I have heard -- I have about the 10:06:44

12    black market, yeah.                              10:06:50

13    ███    ████████████████████████████████████████  ██████████

██    █████████████████████████                        ██████████

15          MR. LEVINE:   Object to the form of the    10:07:01

16    question, vague.                                 10:07:02

17        ███████████████    ██████████████            ██████████

██    ███    ████████████████████████████              ██████████

██    ██████████████████████████████████████████      ██████████

██    ███    ████████████████████████████              ██████████

██    █████████████    ███████████████                 ██████████

██    ███████████████████████    ██████████    ██      ██████████

██    ██████████████████                               ██████████

██    ████████████████    ██████████████████           ██████████

██    █████████████████    █████████████████████       ██████████
```

Page 75

ATTORNEYS EYES ONLY



Page 76

ATTORNEYS EYES ONLY



```
13          MR. DAMLE:  Why don't we take a quick      10:10:09

14    break, like a five, 10-minute break so come back  10:10:11

15    at 20 after the hour.                              10:10:14

16          MR. LEVINE:  All right.                      10:10:19

17          MR. DAMLE:  Thanks.                          10:10:19

18          (Recess from 10:10 a.m. to 10:25 a.m.)      10:10:21
```

Page 77

ATTORNEYS EYES ONLY



Page 78

ATTORNEYS EYES ONLY



Page  79

ATTORNEYS EYES ONLY



Page 80

ATTORNEYS EYES ONLY



```
 1
              ████████████████████████████      ██████
              ███████████████████████████████   ██████
              █████████████████████████████     ██████
              ██████████████████████████████    ██████
              ████████████████████████████      ██████
              █████████                          ██████
                  ██     █████████████           ██████
                  ██     ██████████████          ██████
 9            MR. LEVINE:  Same objection.        10:30:32
10               ████████     █████████████      ██████
              ██████                             ██████
                  ██     ████████████████        ██████
              ██████████████████████████████████ ██████
              █████████████████████████████      ██████
              ████████                           ██████
                  ██     ████████████████        ██████
              ████████████████████████████████   ██████
              ████████████████████              ██████
                  ██     ████████████████        ██████
              █████████                          ██████
                  ██     █████████████           ██████
                  ██     ██████████████████      ██████
              ████████████████                   ██████
24            MR. LEVINE:  Yeah, I -- well, okay, go    10:31:23
25       ahead.  I'm sorry.                            10:31:28
```

Page 81

ATTORNEYS EYES ONLY



```
1          MR. DAMLE:  It's a yes or no question.    10:31:29

2          MR. LEVINE:  That's all right.  I'm        10:31:31

3   withdrawing that.                                 10:31:34

4

20         MR. LEVINE:  Asked and answered.           10:32:34

21

25         MR. LEVINE:  I would counsel the witness   10:32:50
```

Page 82

ATTORNEYS EYES ONLY

```
 1   that you are not to disclose any communications    10:32:53

 2   with his lawyers.                                   10:32:58

 3       Q.   (By Mr. Damle) You can answer.             10:33:05

 4         MR. LEVINE:  So long as you are not           10:33:08

 5   disclosing communications.                          10:33:12

 6       Q.   (By Mr. Damle) I don't want to know the    10:33:14

 7   content of communications. ██████████████████  ██████
```



```
15         MR. LEVINE:  And I object to the form of      10:33:50

16   that question, but...                               10:33:53
```



```
24         MR. LEVINE:  Any of this portion of the       10:34:29

25   conversation is certainly going to be marked as     10:34:32
```

Page 83

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | attorneys' eyes only. | 10:34:35 |
| 2 | So any -- any people from Apple that are | 10:34:36 |
| 3 | on the phone or on the line need to sign off or | 10:34:40 |
| 4 | leave the room. | 10:34:45 |
| 5 | MR. DAMLE:  Understood.  We don't have | 10:34:46 |
| 6 | anyone from Apple. | 10:34:47 |
| 7 | MR. LEVINE:  Okay. | 10:34:49 |



Page 84

ATTORNEYS EYES ONLY

```
 1   ████████████████████████████████████        ██████████

     ███████████████████████████████             ██████████

     █████████████████████                        ██████████

     ███████████████                              ██████████

 5        MR. LEVINE:  Object to the form, same   10:35:56

 6   instruction as it relates to national security  10:35:59

 7   concerns.  If you can answer, then answer, but  10:36:01

 8   otherwise.                                    10:36:03

 9        ████████████  ██████████████████         ██████████

     ███████████████████████████████████          ██████████

     ███████████████████████████████              ██████████

     █████████████████                             ██████████

         ██   ██████████████████████              ██████████

     ██████████████████████████████████████       ██████████

         ████   ████                              ██████████

         ████   ██████████████████████            ██████████

     ██████████████████████████████               ██████████

     ███████████████████                          ██████████

         ████   ████████████████                  ██████████

         ████ ██████ ████████████████████         ██████████

     ██████████   Hold on.  Mr. Wang, are you familiar  10:37:21

22   with how to look at the exhibits we are        10:38:03

23   introducing?                                  10:38:05

24        A.   I'm trying to get to the site.  I had it  10:38:06

25   open earlier, but I think I may have          10:38:10
```

Page 85

ATTORNEYS EYES ONLY

```
 1    accidentally closed it at some point.          10:38:13

 2         Yeah, so I'm looking at a folder called   10:38:18

 3    marked Exhibits, but there seems to be -- it    10:38:21

 4    says folder is empty.                           10:38:24

 5         MR. LEVINE:  I don't have anything in      10:38:26

 6    mine either.                                    10:38:27

 7         MR. DAMLE:  Yeah, I think we're still      10:38:28

 8    working on introducing them.                    10:38:30

 9         MR. LEVINE:  Okay.  Counsel, while you     10:38:33

10    are doing that can we go off the record for one 10:38:54

11    second?                                         10:38:57

12         MR. DAMLE:  Yes, let's go off the          10:38:57

13    record.                                         10:39:02

14         (Recess from 10:39 a.m. to 10:40 a.m.)     10:39:03

15         (Deposition Exhibit Number 1 marked for    10:40:36

16          identification.)                          10:40:56

17    ▉▉     ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉      ▉▉▉▉▉

▉▉   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉    ▉▉▉▉▉

▉▉      ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉       ▉▉▉▉▉

▉▉    ▉▉▉▉▉▉                    ▉▉▉▉▉

▉▉    ▉▉    ▉▉▉                 ▉▉▉▉▉

▉▉    ▉▉    ▉▉▉▉▉▉▉▉▉▉          ▉▉▉▉▉

▉▉    ▉▉    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉    ▉▉▉▉▉

▉▉   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉      ▉▉▉▉▉

▉▉   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉      ▉▉▉▉▉
```

Page 86

ATTORNEYS EYES ONLY



Page 87

ATTORNEYS EYES ONLY



Page 88

ATTORNEYS EYES ONLY



Page 89

ATTORNEYS EYES ONLY



Page 90

ATTORNEYS EYES ONLY



Page 91

ATTORNEYS EYES ONLY



Page  92

ATTORNEYS EYES ONLY



Page 93

ATTORNEYS EYES ONLY



Page  94

ATTORNEYS EYES ONLY



Page 95

ATTORNEYS EYES ONLY



```
13          MR. LEVINE:  I will instruct the witness    10:56:09

14    not to answer.  He just said he would be          10:56:11

15    implicating national security concerns if he      10:56:14

16    answers this question.                            10:56:16
```

```
23          MR. LEVINE:  I disagree.  It is trying      10:56:33

24    to use a trick door to get the same answer out    10:56:35

25    of him.  I disagree.  If there are national       10:56:37
```

Page 96

ATTORNEYS EYES ONLY

```
 1    security concerns implicated then I'm going to      10:56:40

 2    instruct him not to answer.                         10:56:41

 3          MR. DAMLE:  Okay.  For the record I'm         10:56:43

 4    going to make the same reservation of rights.       10:56:45

 5    We may have to call the magistrate later on         10:56:50

 6    today and I will figure out how to do that from     10:56:53

 7    this environment, but for now I will reserve all    10:56:56

 8    of our rights.                                      10:56:59

 9          I'm going to introduce another exhibit.       10:57:04

10          (A discussion was held off the record.)       10:57:48

11          (Deposition Exhibit Number 2 marked for       10:57:48

12           identification.)                             10:57:49

13   █████ ████████████████████ ██████████     ████████

     █ ██████████████████████ ██████████████████   ████████

     █ █████████                                     ████████

     █         ██████████████████████████           ████████

     █   ███ █████                                   ████████

     █   ███ █████████████████████                   ████████

     █   ███ ████████████████████████                ████████

     █ ████████████████████████                      ████████

     █   ███ ██████████████████████████              ████████

     █   ███ ██████████████████████ █████████        ████████

     █ █████████████████████████████████████████     ████████

     █     ████████████████████████████████████      ████████

     █   ████████████████████████████ ████████       ████████
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY

1   ████████████████████████████     █████

2   ███████████████████████████████   █████

3   ██████████                         █████

4      ████   ███████████████████      █████

5   ████████████████████████████████   █████

6   █████████████████                  █████

7      ████    █████                    █████

8      ████   ██████████████████        █████

9   ███████████████████████████████    █████

10  ██     ████   █████████             █████

11      Q.    You can close that exhibit.  I would     10:59:43

12  like to talk about your -- the Corellium product   10:59:56

13  and I'm going to focus on the Corellium -- as we    11:00:00

14  have been calling it the Corellium Apple            11:00:03

15  product.                                            11:00:05

16       Do you understand what I mean when I say       11:00:05

17  the Corellium Apple product?                        11:00:08

18      A.   I take it to mean the parts of Corellium   11:00:10

19  that deal with iOS.                                 11:00:14

20      Q.   Correct.  So Corellium sells a Cloud       11:00:16

21  version of its product; is that correct?            11:00:21

22      A.   Yes.                                       11:00:22

23      Q.   And when did it begin selling access to    11:00:24

24  the Cloud product?                                  11:00:33

25      A.   I'm not sure.                              11:00:34

Page 98

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   Do you have a sense of how many versions | 11:00:37 |
| 2 | of the Cloud product have been released to date? | 11:00:46 |
| 3 | A.   I don't have a good sense of the number | 11:00:50 |
| 4 | of versions.  Our management of the versioning | 11:00:55 |
| 5 | of the Cloud product has been fairly ad hoc. | 11:00:59 |
| 6 | Q.   Would you say it is fewer than 30? | 11:01:03 |
| 7 | A.   Yes, I would agree that it is fewer than | 11:01:15 |
| 8 | 30. | 11:01:18 |
| 9 | Q.   Corellium also sells an on-premises | 11:01:18 |
| 10 | version of its product; is that correct? | 11:01:29 |
| 11 | A.   That's correct. | 11:01:30 |
| 12 | Q.   And do you know when it began selling | 11:01:30 |
| 13 | the on-premises version? | 11:01:37 |
| 14 | A.   No, I do not. | 11:01:39 |
| 15 | ██    ███████████████████████ | ██████ |
| | ████████████████████████████████████ | ██████ |
| | ████████████████████████████ | ██████ |
| 18 | MR. LEVINE:  Object to the form, vague. | 11:01:54 |
| 19 | Go ahead, you can answer. | 11:02:00 |
| 20 | ███████████  ████████████████ | ██████ |
| | ████████████████████████████████████ | ██████ |
| | █████████████████████████████████████████ | ██████ |
| | ██████████████████████████████████████ | ██████ |
| | ██████████████████████████████████████ | ██████ |
| | ███████████████████████████████████ | ██████ |

Page 99

ATTORNEYS EYES ONLY



Page 100

ATTORNEYS EYES ONLY

1



Page 101

ATTORNEYS EYES ONLY



Page 102

ATTORNEYS EYES ONLY



Page 103

ATTORNEYS EYES ONLY



```
21          MR. LEVINE:  And I will go back through     11:10:31

22     and mark all of this, but any kind of           11:10:33

23     functionality questions should be deemed        11:10:36

24     attorneys' eyes only, but we will go back once  11:10:38

25     we get the transcript.                          11:10:41
```

Page 104

ATTORNEYS EYES ONLY

```
 1              MR. DAMLE:  Yeah, I think that what we      11:10:42
 2    have been doing is marking the entire transcript     11:10:44
 3    AEO provisionally and then going back afterwards     11:10:47
 4    to specifically identify those portions that         11:10:52
 5    are, in fact, confidential at some level.            11:10:58
 6              MR. LEVINE:  Yeah, per the terms of the     11:11:00
 7    protective order that's what's going on,             11:11:02
 8    however, the protective order calls just for         11:11:05
 9    ease of convenience that if you can do it on the     11:11:08
10    record that makes it even more clearer, but I'm      11:11:10
11    just marking this as attorneys' eyes only           11:11:12
12    provisionally.  That's fine.                         11:11:16
13              Go ahead, David, I'm sorry to interrupt.   11:11:16
14
```

Page 105

ATTORNEYS EYES ONLY



Page 106

ATTORNEYS EYES ONLY



Page 107

ATTORNEYS EYES ONLY



Page 108

ATTORNEYS EYES ONLY



Page 109

ATTORNEYS EYES ONLY



Page 110

ATTORNEYS EYES ONLY



Page 111

ATTORNEYS EYES ONLY



Page 112

ATTORNEYS EYES ONLY



Page 113

ATTORNEYS EYES ONLY



Page 114

ATTORNEYS EYES ONLY



```
 1   ████████████████████                                    ████████
 2        MR. LEVINE:  Object to the form.        11:27:16
 3        ██████████████   ████████████████        ████████
 █  ██   ███████████████████████████             ████████
 █  ████                                          ████████
 6        MR. LEVINE:  Same objection.            11:27:24
 7        ██████████████   █████████████           ████████
 █  ██   ████████████████████████               ████████
 █  ██   █████████████████████   ███████          ████████
 █  ████   ████████████████████                   ████████
 █  ██   ████   ████████████████                  ████████
 █       ████████████████████████                 ████████
 █       ████████████████████████████             ████████
 █       █████████████                             ████████
15        MR. LEVINE:  Object to the form.        11:28:12
16        ██████████████   █████████████           ████████
 █       ███████████████████   ████████           ████████
 █       ██████████████████████████████           ████████
 █       ██████████████████████████████           ████████
 █       █████████████                             ████████
 █       ████████████████████████                 ████████
 █       ████████████████████████████             ████████
 █       ████████████████████████████             ████████
 █       ████████████████████████                 ████████
 █       ███████████████████████████              ████████
```

Page 115

ATTORNEYS EYES ONLY



Page 116

ATTORNEYS EYES ONLY



Page  117

ATTORNEYS EYES ONLY



```
 1                                    ████

13        MR. LEVINE:  Object to the form,        11:32:43

14   speculation.                                 11:32:45

15
```

Page 118

ATTORNEYS EYES ONLY



Page 119

ATTORNEYS EYES ONLY



Page 120

ATTORNEYS EYES ONLY



```
23          MR. LEVINE:  Do you need him to rephrase    11:38:39
24   the question?  Just ask him to do that.            11:38:40
25          THE WITNESS:  Yeah, can you rephrase the    11:38:42
```

Page 121

ATTORNEYS EYES ONLY



```
 1   question?                                      11:38:44

 2

12        MR. LEVINE:  Objection.                    11:39:25

13
```

Page 122

ATTORNEYS EYES ONLY



Page 123

ATTORNEYS EYES ONLY



Page 124

ATTORNEYS EYES ONLY



```
 1

                13        MR. LEVINE:   Objection, vague.          11:43:31

                14

                19        MR. LEVINE:   Objection, vague.          11:43:48

                20

                25        MR. LEVINE:   Same objection.            11:44:07
```

Page 125

ATTORNEYS EYES ONLY



```
 1      ████████████    ████████████████████        ██████████

 ██     ██████████████████████████████████         ██████████

 ██     ███████   ████████████████████████         ██████████

 ██     ████████████████████                        ██████████

 ██        ███   ████████████████████               ██████████

 ██     ████████████████████████████               ██████████

 ██        ███   ████████████                       ██████████

 ██        ███   ████████████████████████           ██████████

 ██     ████████████████████████████████            ██████████

 ██     █████████████                                ██████████

 ██        ███   ██████                              ██████████

 ██        ███   ████████████████████               ██████████

 ██     ██████████████████████████████              ██████████

 ██     ██████████████                               ██████████

15              MR. LEVINE:  Object to the form, vague.    11:44:59

16      ████████████    ██████████████                  ██████████

 ██        ███   ████████████████████████████       ██████████

 ██     ████████████████████████████████            ██████████

 ██     █████████████████████████████                ██████████

 ██        ███   ████████████████████████            ██████████

 ██     ██████████████████████████████               ██████████

 ██     █████████████████████████████████            ██████████

 ██     ████████████████████████                     ██████████

 ██        ███   ████████████████████████████        ██████████

 ██     ██████████████                               ██████████
```

Page 126

ATTORNEYS EYES ONLY



```
20        MR. LEVINE:  Object to the form.        11:46:47
```

Page 127

ATTORNEYS EYES ONLY



Page 128

ATTORNEYS EYES ONLY



Page 129

ATTORNEYS EYES ONLY



```
 1     ███    ██████████████████                    ███████
 2          MR. LEVINE:  I'm wondering if we can    11:50:16
 3     just take another quick break, five or ten    11:50:18
 4     minutes.  Go ahead and finish your line of    11:50:21
 5     questioning.                                   11:50:23
 6          MR. DAMLE:  Yeah, I don't have much more  11:50:24
 7     and we can take a break.                       11:50:26
 8     ███   ███████████████████                    ███████
```

Page 130

ATTORNEYS EYES ONLY



Page 131

ATTORNEYS EYES ONLY



Page 132

ATTORNEYS EYES ONLY



Page 133

ATTORNEYS EYES ONLY



Page 134

ATTORNEYS EYES ONLY



Page 135

ATTORNEYS EYES ONLY



```
22        MR. LEVINE:  I object to the form of the      12:22:53
23   question as calling for a legal conclusion.         12:22:55
```

Page 136

ATTORNEYS EYES ONLY



```
 1          (Deposition Exhibit Number 4 marked for        12:23:03

 2           identification.)                              12:23:03

 3

11          MR. LEVINE:  Object to the form of the         12:24:07

12    question.                                            12:24:09

13

23          MR. LEVINE:  Object to the form of the         12:24:58

24    question.                                            12:25:03

25
```

Page 137

ATTORNEYS EYES ONLY



Page 138

ATTORNEYS EYES ONLY



Page 139

ATTORNEYS EYES ONLY



```
 1      ███████████████████████████████████      ██████████

 █      ████████                                  ██████████

 █              █████████████████████████████     ██████████

 █      ██████████████████████████████████████    ██████████

 █      ██████████████████████████████████        ██████████

 █      █████████████████████                      ██████████

 █          ██   ████████████████████████████████  ██████████

 █      ██████████████████████████████████████     ██████████

 █      ███████████████████████████████████████    ██████████

 █      ██████████████                             ██████████

11            MR. LEVINE:  Object to the form.       12:28:43

12              ██████████████████    ███████████   ██████████

 █      ████████████████████████████████████████   ██████████

 █      ████████████████████████████████████████   ██████████

 █      ██████████████████████                     ██████████

 █          ██   ██████████████████████████████    ██████████

 █      ███████████████████████████                ██████████

18            MR. LEVINE:  I was going to say I also   12:29:08

19      want to remind the witness not to guess.  You   12:29:10

20      can answer honestly and truthfully, but you are   12:29:13

21      not to guess.                                 12:29:15

22            THE WITNESS:  Okay.                      12:29:16

23          ██   ████████████████████████████████    ██████████

 █      ████████████████████████████████████        ██████████

 █      ███████████████████████████                 ██████████
```

Page 140

ATTORNEYS EYES ONLY



```
 1         MR. LEVINE:  Objection to the form of        12:29:25

 2    the question.                                      12:29:27

 3

12    MR. LEVINE:  Again, I would remind the            12:30:03

13    witness not to guess.                              12:30:06

14
```

Page 141

ATTORNEYS EYES ONLY



ATTORNEYS EYES ONLY



```
    1 ████████████████████████████        ████████

      ████████████████████████████████        ████████

      █████████████████████████████████████████        ████████

      ███████████████████████████        ████████

      ████  ███████████████████████        ████████

      █████████████████████████████████████████        ████████

      ██████████████████████████        ████████

    8         MR. LEVINE:  Object to the form.        12:33:14

    9       ███████████  ████████████████████        ████████

      ████████████████████████████████████        ████████

      ████  ███████████████████████        ████████

      █████████████        ████████

      ████  ███████████████████        ████████

      █████████████████████████████        ████████

      █████████████████████████████████████████        ████████

      █████████████████████████████████████████        ████████

      ██████████████████████████████████        ████████

      ██████████████████████████████████        ████████

      ███████████████████████████████████        ████████

      ████████████████████████████████        ████████

      ████████        ████████

      ████  ███████████████████        ████████

      ████████████████████████████        ████████

      ████████        ████████

      ████████████████        ████████
```

Page 143

ATTORNEYS EYES ONLY



1

6          MR. LEVINE:   Object to the form of the      12:34:51

7    question.                                          12:34:53

8

18         MR. LEVINE:   I would just tell the          12:35:30

19   witness not to guess --                            12:35:32

20         THE WITNESS:   Okay.                          12:35:34

21         MR. LEVINE:   -- but you can answer.          12:35:35

22

Page 144

ATTORNEYS EYES ONLY



```
 1              ████████████████████████      ███████

                █████████████████████████     ███████

                ████████████████              ███████

                █████████████████████████     ███████

                ███████████████████████       ███████

                ████████                       ███████

                 ██   █████████████  ██████    ███████

                ████████████████████           ███████

                 ██   ████                      ███████

                 ██   ████  █████████████████  ███████

                ███████████████   ███████████  ███████

                ████████████████████████████   ███████

                ██████████████████████         ███████

                █████████████                   ███████

15              MR. LEVINE:  Object to the form.  You        12:36:48

16      can answer.  Go ahead.                               12:36:51

17              █████████  ████████████         ███████

                ████████████████████████████   ███████

                ████████                        ███████

                █████████████████████           ███████

                ████████████████████████        ███████

                ████████████████████████        ███████

                ██████████████                  ███████

                ████████████████████            ███████

                ██████████████████████████      ███████
```

Page 145

ATTORNEYS EYES ONLY



Page 146

ATTORNEYS EYES ONLY



Page 147

ATTORNEYS EYES ONLY



Page 148

ATTORNEYS EYES ONLY



1

17          MR. LEVINE:  Object to the form.          12:42:28

18

Page 149

ATTORNEYS EYES ONLY



```
14        MR. LEVINE:  Object to the form, lack of    12:44:06
15   foundation.                                        12:44:10
```

```
19        MR. LEVINE:  Object to the form,             12:44:19
20   speculation.                                       12:44:20
```

Page 150

ATTORNEYS EYES ONLY



1

6          MR. LEVINE:  Object to the form,          12:45:17

7     mischaracterizes the testimony.  You can answer.   12:45:20

8

16          MR. LEVINE:  Same objection.          12:45:53

17

24          MR. LEVINE:  Object to the form,          12:46:25

25     mischaracterizes testimony, vague, and assumes   12:46:26

Page 151

ATTORNEYS EYES ONLY



```
 1    facts not in evidence.                              12:46:32

 2          Go ahead, I'm sorry, David.                   12:46:33

 3
```

Page 152

ATTORNEYS EYES ONLY



```
 1  ████   ████                                        ███████

 2          MR. LEVINE:  Object to the form.           12:48:03

 3  ██  ███████████████████████████████              ███████

 4  ████████████████████████████████████             ███████

    █  ██████████████████████████████████████         ███████

    █  ██████████████████████████████████             ███████

    █  ████████████████████████████████████           ███████

    █  ████████████████████████                        ███████

 9          MR. LEVINE:  Object to the form, assumes   12:48:28

10  facts not in evidence, vague, hypothetical.        12:48:29

11          ████████████  ████████████████             ███████

    █  ███████████████████████████████                ███████

    █  ████████████████████                            ███████

    █  ██  ██████████████████████████████             ███████

    █  ██████████████████████████████████             ███████

    █  ██████████████████████████████████             ███████

17          MR. LEVINE:  Object to the form, asked     12:49:06

18  and answered.                                      12:49:07

19          ████████████  ██████████████               ███████

    █  █████████████████████████                       ███████

    █  ██████████████████████████                      ███████

    █  ████████████████████████████████████           ███████

    █  ████████████████████████████████████           ███████

    █  ████████████████████                            ███████

    █  ████████████████████████████████████           ███████
```

Page 153

ATTORNEYS EYES ONLY



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14          MR. LEVINE:  Object to the form,          12:50:22
15    compound question.                              12:50:24
16
17
18
19
20
21
22
23
24          MR. LEVINE:  Object to the form,          12:50:51
25    mischaracterizes testimony.                     12:50:52
```

Page 154

ATTORNEYS EYES ONLY

```
 1              And, David, let me get the objection in.      12:50:54

 2     ████████████████  ██████  ██████              ████████

       █  ████  ██████████████████████████████       ████████

       █  ████████████████████████████████           ████████

       █  ████████████████████████████████████       ████████

       █  ███████████████████████████████████████    ████████

       █  ████████████████████████████████████       ████████

       █  ████████                                    ████████

       █     ████  ████████████████                   ████████

       █        ████████████  ██████████████████████  ████████

       █     ████████████  ████████████████           ████████

12              MR. LEVINE:  I was just going to say       12:52:30

13     coming up in about 10 minutes would that be a       12:52:32

14     good time for a lunch break depending on what       12:52:36

15     coast you are on?                                   12:52:38

16              MR. DAMLE:  Why don't we do that break      12:52:40

17     now and we can pick up after we have all had        12:52:44

18     something to eat.                                   12:52:51

19              MR. LEVINE:  Certainly.  I have it's        12:52:52

20     either 3:50 or 12:50.  Do you want to do 30         12:52:54

21     minutes?  45 minutes?                               12:53:00

22              MR. DAMLE:  Yeah, let's do 30 minutes.      12:53:04

23              (A lunch recess from 12:53 p.m. to          12:53:06

24               1:35 p.m.)                                 13:35:17

25              MR. DAMLE:  I'm going to introduce a new    13:35:17
```

Page 155

ATTORNEYS EYES ONLY

```
 1   exhibit.                                        13:35:32

 2         MS. VICTORSON:  Give me one second.  I'm  13:35:42

 3   having technical difficulty.                    13:35:45

 4         MR. DAMLE:  We can wait.  I can ask some   13:35:46

 5   other questions in the meantime.                13:35:49
```



```
12         MR. LEVINE:  Object to the form of the    13:36:15

13   question.                                       13:36:17
```

ATTORNEYS EYES ONLY



```
 1    ████████████████████████████████           ████████
 2         MR. LEVINE:  Object to the question,   13:37:21
 3    vague and compound.                         13:37:25
 4              ████████████  ██████████████████  ████████
```

Page 157

ATTORNEYS EYES ONLY



```
 1          MR. LEVINE:  Objection, asked and        13:39:07

 2   answered.                                        13:39:09
```

```
15          MR. LEVINE:  Object to the form of the    13:40:00

16   question.                                        13:40:02
```

Page 158

ATTORNEYS EYES ONLY



```
8        MR. LEVINE:  Again, let me get my          13:41:08

9    objection in.  That mischaracterizes the       13:41:11

10   testimony.  Go ahead, David.                    13:41:14
```

Page 159

ATTORNEYS EYES ONLY



Page 160

ATTORNEYS EYES ONLY



```
 1      ▮▮▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮         ▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮     ▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮     ▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮           ▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮              ▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮         ▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮            ▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                      ▮▮▮▮▮▮▮▮
 ▮              ▮▮▮▮▮▮▮▮▮▮▮▮▮                 ▮▮▮▮▮▮▮▮
10          MR. LEVINE:  Object to the form of the      13:44:23
11      question, mischaracterizes testimony.           13:44:24
12              You can answer, David.                  13:44:41
13              ▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮▮            ▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮               ▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮                        ▮▮▮▮▮▮▮▮
 ▮              ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮          ▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮           ▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮           ▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮              ▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                  ▮▮▮▮▮▮▮▮
 ▮         ▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮              ▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮               ▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                  ▮▮▮▮▮▮▮▮
 ▮      ▮▮▮▮▮▮▮                             ▮▮▮▮▮▮▮▮
```

Page 161

ATTORNEYS EYES ONLY



```
 1          MR. LEVINE:  Object to the form.              13:45:22
 2
 9          MR. LEVINE:  Just give me one second,         13:46:15
10    Counsel.
17     Q.   (By Mr. Damle) Just let me know when you      13:47:41
18    are ready, Mr. Wang.                                13:47:43
19
```

Page 162

ATTORNEYS EYES ONLY



MR. LEVINE:  Object to the form.        13:48:52

Page 163

ATTORNEYS EYES ONLY



Page 164

ATTORNEYS EYES ONLY



Page 165

ATTORNEYS EYES ONLY



```
1    ████████████                                    ████████

2         MR. LEVINE:  Did you just spill            13:53:01

3    something?                                       13:53:05

4         THE WITNESS:  Yep, I spilled my water.     13:53:06

5         MR. DAMLE:  Why don't we take a break      13:53:07

6    for you to clean that up for a minute.          13:53:11

7         (Recess from 1:53 p.m. to 1:55 p.m.)       13:53:14

8    ██   █████████████████████████████              ████████

     █   ██████████████████████████████████           ████████

     █   ██████████████████████████                   ████████

     █   ██  ████████████████                          ████████

     █   ██  ██████████████████████████████           ████████

     █   ████████████████████                          ████████

     █   ██  ████████████████████████████████         ████████

     █   ██████████████████████   ██████████          ████████

     █   ██  ███████████████  █████████████           ████████

     █   ████████████████████████████████████         ████████

     █   ███████████████████████████████              ████████

     █   ████████████████████████████                 ████████

20        MR. LEVINE:  Object to the form, asked     13:56:32

21   and answered.  He already testified to this.    13:56:35

22       ███████████████   ████████████████          ████████

     █   ████████████████████████████████            ████████

     █   ████████████████████████████████            ████████

     █   ████████████████████████████████            ████████
```

Page 166



```
 6            MR. LEVINE:  Don't guess.              13:57:17
 7            MR. DAMLE:  I'm sorry, you don't need to  13:57:18
 8    coach the witness.  This is a document that he   13:57:20
 9    wrote.                                           13:57:25
10            MR. LEVINE:  I don't agree with that     13:57:25
11    statement based upon his own testimony.  I'm not  13:57:26
12    coaching, but go ahead.                          13:57:29
```

Page 167

ATTORNEYS EYES ONLY



```
 1              MR. LEVINE:  Object to the form of the        13:58:19

 2     question.                                             13:58:20

 3
```

```
19              MR. LEVINE:  Object to the form of the        14:00:23

20     question.                                             14:00:25

21
```

Page 168

ATTORNEYS EYES ONLY



```
24        MR. LEVINE:  Object to the form.                14:02:09
```

Page 169

ATTORNEYS EYES ONLY



```
 1                                                           14:03:05
14      MR. LEVINE:  Objection, lack of      14:03:05
15   foundation, compound question.           14:03:07
16
```

Page 170

ATTORNEYS EYES ONLY



```
20          MR. LEVINE:  Object.  Excuse me, object          14:04:52
21    to the form, asked and answered.                       14:04:55
22
```

Page 171

ATTORNEYS EYES ONLY

```
1          MR. LEVINE:  Object to the form,        14:05:15

2   mischaracterizes testimony and asked and        14:05:16

3   answered.                                        14:05:19
```



Page 172

ATTORNEYS EYES ONLY



Page 173

ATTORNEYS EYES ONLY



```
17          MR. LEVINE:  Object to the form.  Are      14:10:28
18     you talking to me or David?  Objection to the    14:10:30
19     form.  He stated he doesn't recognize the        14:10:37
20     document.                                         14:10:39
```

Page 174

ATTORNEYS EYES ONLY



1

████

██    ███

██    ████████

████████████

██████

████

██    ███

██    ████████

████████████

11          MR. LEVINE:  Object to the form of the          14:11:28

12     question.                                             14:11:30

13          ████████     ████████████

██    ████████████

████████████

██████████

████

██    ████████████

██████████

████████  ████████

████████████

██████████

████████████

██████████

██████

Page 175

ATTORNEYS EYES ONLY



Page 176

ATTORNEYS EYES ONLY



```
14        MR. LEVINE:  Form.  Go ahead, you can    14:15:08

15   answer.                                        14:15:13
```

Page 177

ATTORNEYS EYES ONLY



Page 178

ATTORNEYS EYES ONLY



1

16          MR. LEVINE:  Object to the form.          14:20:22

17

ATTORNEYS EYES ONLY



10        MR. LEVINE:  Object to the form, vague.     14:21:42

25        MR. LEVINE:  And I wanted to -- David,       14:22:41

Page 180



```
1    you didn't let me get an objection in so I want      14:22:42

2    to object to the form based upon                      14:22:45

3    mischaracterization of prior testimony and this       14:22:48

4    change.                                               14:22:53

5

6

7

8         MR. LEVINE:  Form, lack of foundation.          14:23:02

9
```

Page 181

ATTORNEYS EYES ONLY



Page 182

ATTORNEYS EYES ONLY



1

25          MR. LEVINE:  Object to the form,          14:28:39

Page 183

1    mischaracterizes testimony.                              14:28:40



Page 184

ATTORNEYS EYES ONLY



1        MR. LEVINE:  Object to the form of the        14:30:17

2    question.                                          14:30:20

Page 185

ATTORNEYS EYES ONLY



Page 186

ATTORNEYS EYES ONLY



```
 1              MR. LEVINE:  Counsel, if we can have a     14:33:50
 2    30-second break whenever you get to a good         14:33:52
 3    stopping point.                                    14:33:54
 4              MR. DAMLE:  Yeah, give me a couple of     14:33:55
 5    minutes.                                           14:33:58
10              MR. LEVINE:  Sure.                        14:33:59
```

Page 187

ATTORNEYS EYES ONLY



23          MR. DAMLE:  Okay.  We can take a quick          14:36:04

24     break.                                               14:36:06

25          (Recess from 2:36 p.m. to 2:46 p.m.)            14:36:07

                                                Page 188

ATTORNEYS EYES ONLY



1

18          MR. LEVINE:  Object to the form.          14:47:15

19

Page 189

ATTORNEYS EYES ONLY



```
 1          MR. LEVINE:  Object to the form,          14:47:42

 2     speculation.                                   14:47:42

 3

10          MR. LEVINE:  Object to the form.          14:48:15

11

25          MR. LEVINE:  Object to the form,          14:49:05
```

Page 190



1    speculation.                                                    14:49:05

5           MR. LEVINE:   Object to the form.  He is       14:49:20

6    not here in a 30(b)(6) capacity.  Go ahead.          14:49:22

12          MR. LEVINE:   Object to the form,              14:49:43

13   speculation.                                          14:49:45

Page 191

ATTORNEYS EYES ONLY



Page 192



Page 193

ATTORNEYS EYES ONLY



Page 194

ATTORNEYS EYES ONLY



```
  1

 12         MR. LEVINE:  Object to the form.        14:56:34

 13
```

Page 195

ATTORNEYS EYES ONLY



Page 196



Page 197

ATTORNEYS EYES ONLY



1

11          MR. LEVINE:  Form.                                    15:01:35

12

Page 198

ATTORNEYS EYES ONLY



```
 1                                                      15:02:34
 4          MR. LEVINE:  Object to the form.           15:02:34
 5
 9          MR. LEVINE:  Object to the form,           15:02:46
10   speculation.  You got to let me get my            15:02:49
11   objections in, David.                             15:02:53
12
```

Page 199

ATTORNEYS EYES ONLY



```
1
2
3          MR. LEVINE:   Objection, vague.              15:04:04
4
5
6
7          MR. LEVINE:   Objection, speculation.        15:04:13
8
```

Page 200

ATTORNEYS EYES ONLY



1

16          MR. LEVINE:   Object to the form.                    15:06:56

17

Page 201



18          MR. LEVINE:  Object to the form,                    15:09:07

19      speculation.                                            15:09:07

20

Page 202

ATTORNEYS EYES ONLY



1

14          MR. LEVINE:  Object to the form, vague.          15:10:44

15

Page 203

ATTORNEYS EYES ONLY



1

15          MR. LEVINE:  Mischaracterizes testimony,    15:12:16

16    form.                                              15:12:19

17

Page 204

ATTORNEYS EYES ONLY



1

Page 205

ATTORNEYS EYES ONLY



```
24        MR. LEVINE:  Form.                    15:16:28
25
```

Page 206

ATTORNEYS EYES ONLY



1

8          MR. LEVINE:   Objection.                    15:16:54

9

11         MR. LEVINE:   Object to the form of the     15:17:00

12   question.                                         15:17:02

13

Page 207

ATTORNEYS EYES ONLY



```
21          MR. LEVINE:  Object to the form, vague     15:19:29

22    and confusing.                                   15:19:31
```

Page 208

ATTORNEYS EYES ONLY

1



Page 209

ATTORNEYS EYES ONLY



Page 210

ATTORNEYS EYES ONLY

1        MR. LEVINE:  Form.                          15:24:01



Page 211

ATTORNEYS EYES ONLY



Page 212

ATTORNEYS EYES ONLY



```
22          MR. LEVINE:  Object to the form of the          15:29:35

23   question.                                              15:29:39
```

Page 213



Page 214

ATTORNEYS EYES ONLY



1

2

3

4

5

6

7       MR. LEVINE:  Object to the form,                15:32:34

8   speculation.                                         15:32:35

9

Page 215

ATTORNEYS EYES ONLY



Page 216

ATTORNEYS EYES ONLY



```
1
25          MR. LEVINE:  Object to the form.        15:37:16
```

Page 217

ATTORNEYS EYES ONLY



```
 1
 5        MR. LEVINE:  Same form or same          15:37:29
 6   objection.                                   15:37:32
 7
```

Page 218



Page 219

ATTORNEYS EYES ONLY



```
 1

 9            MR. LEVINE:   Form.                      15:41:30

10

14            MR. LEVINE:   Same objection.            15:41:44

15
```

Page 220

ATTORNEYS EYES ONLY



Page 221

ATTORNEYS EYES ONLY



```
15        MR. LEVINE:  Form.                      15:44:59
```

Page 222

ATTORNEYS EYES ONLY



```
15          MR. LEVINE:  Object to the form.    15:46:34
```

Page 223

ATTORNEYS EYES ONLY



```
 1     ████████████████████████████     ████████

       ███████████████████████████      ████████

          ███   ████                     ████████

          ██  ████████████████████████   ████████

       ███████████████                   ████████

 6        MR. LEVINE:  Form.            15:48:09

 7        ███████████   ████████████     ████████

       ███████████████████████  ███      ████████

       █████████████████████████████     ████████

       █████████████████████            ████████

          ████████████████████████      ████████

       ██████████████████████           ████████

       █████████████████████████         ████████

       ███████                           ████████

          ████████████████████████      ████████

       ███████████████████████████       ████████

       ██████████████████                ████████

          █████████████████████████      ████████

       █████████████   █████████████████ ████████

       ████████████████████████          ████████

       ████████████████████████          ████████

       ███████████                       ████████

          ████████████████████████      ████████

          ██  ██████████  ██████████    ████████

       █████████████████  ██████████████ ████████
```

Page 224

ATTORNEYS EYES ONLY



Page 225

ATTORNEYS EYES ONLY



Page 226

ATTORNEYS EYES ONLY



```
19        MR. LEVINE:  Counsel, I'm sorry, it's      15:54:37
20   that time of day, if we can take another        15:54:38
21   30-second break.                                15:54:42
22        MR. DAMLE:  Yes, that's fine.              15:54:43
23        MR. LEVINE:  Thanks.  It will be very      15:54:44
24   quick.  Thanks.                                 15:54:46
25        (Recess from 3:54 p.m. to 4:04 p.m.)       15:54:47
```

Page 227

ATTORNEYS EYES ONLY



Page 228

ATTORNEYS EYES ONLY



Page 229

ATTORNEYS EYES ONLY



15          MR. LEVINE:  Form.                    16:09:52

16

Page 230

ATTORNEYS EYES ONLY



Page 231

ATTORNEYS EYES ONLY



Page 232

ATTORNEYS EYES ONLY



Page 233

ATTORNEYS EYES ONLY



```
22    index has some snapshot --                    16:17:43

23        Q.   Sorry, you are going to need to slow  16:17:43

24    down for the court reporter.  Could you repeat 16:17:45

25    that?                                          16:17:47
```

Page 234



Page 235

ATTORNEYS EYES ONLY



Page 236

ATTORNEYS EYES ONLY



Page 237



Page 238



Page 239

ATTORNEYS EYES ONLY



Page  240

ATTORNEYS EYES ONLY



Page 241

ATTORNEYS EYES ONLY



Page 242

ATTORNEYS EYES ONLY



Page 243

ATTORNEYS EYES ONLY



1        MR. LEVINE:  Objection, argumentative,        16:35:18

2    form.        16:35:20

Page 244



Page 245

ATTORNEYS EYES ONLY



Page 246



Page 247

ATTORNEYS EYES ONLY



18          MR. LEVINE:  Objection, vague, calls for   16:45:47

19     a legal conclusion.                              16:45:53

20

ATTORNEYS EYES ONLY

```
11        Q.    Do you consider yourself a security      16:47:06

12   researcher?                                          16:47:17

13        A.    I consider myself a former security      16:47:18

14   researcher right now.                                16:47:24

15        Q.    And what is a security researcher to     16:47:25

16   you?                                                 16:47:28

17        A.    A security researcher is someone who is  16:47:28

18   interested in whether software has                   16:47:35

19   vulnerabilities, you know, and wants to find out     16:47:38

20   about those vulnerabilities and wants to find        16:47:45

21   out how and if those vulnerabilities can be          16:47:47

22   exploited and ways to defend against them.           16:47:51

23        Q.    And have you heard the term good faith   16:47:53

24   security research before?                            16:48:01

25        A.    I have heard the term, but I do not know 16:48:02
```

Page 249

ATTORNEYS EYES ONLY

```
 1    the definition.                              16:48:07

 2        Q.   And when you were a security researcher  16:48:08

 3    would you have described yourself as a good   16:48:18

 4    faith security researcher?                    16:48:20

 5        A.   Certainly because I certainly don't want  16:48:21

 6    to consider myself to be doing security research  16:48:26

 7    in bad faith.                                 16:48:30

 8        Q.   Are you familiar with the term       16:48:36

 9    responsible disclosure?                       16:48:38

10        A.   Yes, I am familiar with that term.   16:48:38

11        Q.   What is responsible disclosure?      16:48:42

12            MR. LEVINE:  Object to the form.  Go  16:48:44

13    ahead, you can answer.                        16:48:47

14            THE WITNESS:  Responsible disclosure is  16:48:48

15    to -- is to disclose the existence of security  16:48:55

16    vulnerabilities in a way that does the least  16:49:00

17    harm.                                         16:49:03

18        Q.   (By Mr. Damle) And does responsible  16:49:04

19    disclosure require disclosure to the vendor of  16:49:09

20    the software?                                 16:49:13

21            MR. LEVINE:  Form.                    16:49:16

22            THE WITNESS:  I don't think that's    16:49:16

23    necessarily true.                             16:49:20

24        Q.   (By Mr. Damle) So when would responsible  16:49:21

25    disclosure not require disclosure to the vendor  16:49:27
```

Page 250

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | of the software? | 16:49:29 |
| 2 | A.   One case would be for iOS security | 16:49:30 |
| 3 | researchers to be able to continue to do their | 16:49:50 |
| 4 | work. | 16:49:51 |
| 5 | Currently in order to do any | 16:49:54 |
| 6 | investigation at all you are required holding | 16:49:55 |
| 7 | back security vulnerabilities and exploits so | 16:50:00 |
| 8 | that you can -- you can investigate the devices. | 16:50:03 |
| 9 | And disclosing those vulnerabilities | 16:50:07 |
| 10 | will, of course, get them fixed, but it also | 16:50:11 |
| 11 | means that you cannot continue to do any | 16:50:13 |
| 12 | research. | 16:50:17 |
| 13 | And I don't believe that that | 16:50:17 |
| 14 | supports that that does the least harm. | 16:50:22 |
| 15 | Q.   Can you think of any other situation | 16:50:24 |
| 16 | where responsible disclosure would not require | 16:50:35 |
| 17 | disclosure to the vendor of the software? | 16:50:39 |
| 18 | A.   I think it is a very case-by-case basis. | 16:50:41 |
| 19 | I think it also depends on the vendor itself. | 16:51:16 |
| 20 | If the security researcher, for example, | 16:51:22 |
| 21 | feels that the vendor might retaliate then | 16:51:25 |
| 22 | disclosing to the vendor might not be the best | 16:51:29 |
| 23 | idea. | 16:51:33 |
| 24 | Some other way of notifying -- of | 16:51:36 |
| 25 | mitigating the risk has to be found. | 16:51:38 |

Page 251



| | |
|---|---|
| 1 | Q.   Is Apple the kind of vendor that would |
| 2 | retaliate against the security researcher who |
| 3 | reported a vulnerability to it? |
| 4 | A.   I do not know. |
| 5 | THE VIDEOGRAPHER:  We are getting at the |
| 6 | 15-minute mark. |
| 7 | MR. LEVINE:  Thank you, Eli. |

16:51:41
16:51:44
16:51:48
16:51:51
16:51:58
16:52:00
16:52:00

Page 252

ATTORNEYS EYES ONLY



Page  253



2

16:55:05

5          MR. LEVINE:   Objection.              16:55:08

6

16:55:16

9

16:55:24

13

16:56:36

Page 254

ATTORNEYS EYES ONLY



1        MR. LEVINE:  Object to the form.            16:56:47

19        MR. LEVINE:  Object to the form of the      16:58:08

20   question, hypothetical.                          16:58:10

16:58:05

16:58:30

Page 255

ATTORNEYS EYES ONLY



16:58:34

16:59:51

Page 256

ATTORNEYS EYES ONLY

```
 1          THE WITNESS:  I have heard some news        16:59:56
 2    about it.  I don't know the details.              16:59:57
 3          MR. LEVINE:  If I can interject for one     17:00:06
 4    second, Eli, how much time are we looking at?     17:00:07
 5          THE VIDEOGRAPHER:  We have another six      17:00:11
 6    minutes.                                          17:00:13
 7          MR. LEVINE:  Thank you.  It is 8:06 on      17:00:13
 8    the East Coast.                                   17:00:17
 9    ████  ████████████████████████████████   █████████
      ████████████████████████████████████████  █████████
      ████████████████████████████████████    █████████
      ████████████████████                     █████████
13          MR. LEVINE:  Object to the form of the     17:00:48
14    question, assumes facts, hypothetical.            17:00:52
15         ████████████  ██████████████████     █████████
      ████████████████████████████████        █████████
      ████████████████████████████████████   █████████
      ████████████████████████████████████    █████████
      ████████████████████████               █████████
      ████████████████████████████████████    █████████
      ██████████████████████████              █████████
22    Q.   (By Mr. Damle) Are you aware of any iOS      17:01:20
23    vulnerabilities, whether you found them or        17:01:30
24    someone else found them, that were not reported   17:01:32
25    to Apple but were later discovered by malicious   17:01:34
```

Page 257

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | hackers? | 17:01:40 |
| 2 | A.   I'm sorry, could you repeat the | 17:01:42 |
| 3 | question? | 17:01:44 |
| 4 | Q.   Sure, it was complicated.  Are you aware | 17:01:44 |
| 5 | of any iOS vulnerabilities whether found by you | 17:01:48 |
| 6 | or not that were not reported to Apple, but were | 17:01:52 |
| 7 | later found by malicious hackers? | 17:01:56 |
| 8 | A.   No, I'm not familiar with anything like | 17:02:02 |
| 9 | that. | 17:02:05 |
| 10 | MR. DAMLE:  Okay.  That's all I have. | 17:02:14 |
| 11 | MR. LEVINE:  I have a few questions.  Do | 17:02:18 |
| 12 | you want to -- can I just move into them?  I | 17:02:21 |
| 13 | think I can go pretty quickly. | 17:02:25 |
| 14 | MR. DAMLE:  Sure. | 17:02:26 |
| 15 | EXAMINATION | 17:02:26 |
| 16 | BY MR. LEVINE: | 17:02:26 |
| 17 | Q.   David, at any point in time in | 17:02:31 |
| 18 | connection with the virtualization did you think | 17:02:34 |
| 19 | you were violating any rights of Apple? | 17:02:36 |
| 20 | A.   No. | 17:02:38 |
| 21 | Q.   You mentioned earlier that had Apple | 17:02:45 |
| 22 | asked you to stop you would have had a | 17:02:47 |
| 23 | conversation with the company possibly about | 17:02:51 |
| 24 | stopping. | 17:02:55 |
| 25 | Do you recall that -- | 17:02:56 |

Page 258

ATTORNEYS EYES ONLY

```
 1      A.    Yeah.                                    17:02:57

 2      Q.    -- that testimony?                       17:02:59

 3      A.    Yeah.                                    17:03:00

 4      Q.    Would you be -- why would you be         17:03:01

 5   stopping?                                         17:03:05

 6      A.    Well, in general I don't want to enter   17:03:05

 7   into any sort of conflict, especially not         17:03:08

 8   conflict with Apple.  I like Apple.  I'm a fan    17:03:12

 9   of their products.  I wouldn't -- even though I   17:03:14

10   think we are not doing anything wrong I would     17:03:18

11   seek to avoid conflict.                           17:03:21

12      Q.    So in essence -- I'm sorry.              17:03:24

13      A.    It's just my personality.               17:03:26

14      Q.    Okay.  So it had nothing to do with the  17:03:28

15   fact that you might -- that you were doing        17:03:30

16   anything wrong?                                   17:03:32

17      A.    No, I don't believe we were doing        17:03:33

18   anything wrong.                                   17:03:35

19
```

Page 259

ATTORNEYS EYES ONLY



```
 1    ███████████████████████████████          ██████████████

 █    ████████   ██████████                      ██████████████

 3    Q.    Sy spoke a little bit about good faith      17:04:19

 4   and bad faith.  Can you have good faith hackers?   17:04:37

 5    A.    Yes, certainly.                             17:04:41

 6    Q.    And can you be a good faith security        17:04:42

 7   researcher while not disclosing vulnerabilities    17:04:52

 8   back to the vendor who built the -- built the      17:04:57

 9   software?                                          17:05:02

10    A.    Yeah, certainly.  I've already discussed    17:05:02

11   several ways in which I think that could be the    17:05:06

12   case.                                              17:05:09

13    ████   ████████████████████████████████          ██████████████

 █   ███████████████████████████████████              ██████████████

 █   █████████████                                     ██████████████

 █   ██████████████████████████████████████████       ██████████████

 █   ██████████████████████████                        ██████████████

 █   ████   █████████████████████████████████         ██████████████

 █   ████   ██████   ███████████████████████          ██████████████

 █   ██████████████████████████████                   ██████████████

 █   ████   ██████████████████████████████            ██████████████

 █   █████████████████████████████████                ██████████████

 █   ████   █████████████████████████████████████     ██████████████

 █   █████████████                                     ██████████████

 █   ████   █████████████████████████████████████     ██████████████
```

Page 260

ATTORNEYS EYES ONLY



12      MR. LEVINE:  Okay.  No further questions      17:06:48

13   for me.                                          17:06:49

14      MR. DAMLE:  I'm sorry, before we go off       17:06:50

15   the record I wanted to add one reservation of    17:06:56

16   rights at the end.                               17:06:59

17      I would like to certify all of the            17:07:04

18   questions to which you have raised objections    17:07:06

19   regarding any alleged national security          17:07:08

20   privilege in anticipation of a motion to compel. 17:07:11

21      MR. LEVINE:  No problem.  And we will         17:07:14

22   read.                                            17:07:18

23      MR. DAMLE:  Yeah, we need a rough as          17:07:23

24   soon as possible and then whatever is the        17:07:28

25   fastest available for final with a transcript    17:07:32

Page 261

ATTORNEYS EYES ONLY

```
 1    fee.                                              17:07:58

 2            MR. LEVINE:  We will do the same with a    17:07:58

 3    rough and the quickest possible.  You heard me    17:08:00

 4    when I said we will read, correct?  Terrific.  I   17:08:03

 5    think we're done.                                 17:08:10

 6            MR. DAMLE:  Thank you.                     17:08:13

 7            (Deposition concluded at 5:08 p.m.)        17:08:13

 8            (Signature reserved.)                      17:08:14

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 262

ATTORNEYS EYES ONLY

```
 1              C E R T I F I C A T E

 2

 3          I, Teresa L. Dunn, a Certified Court

 4   Reporter for Washington, pursuant to RCW 5.28.010

 5   authorized to administer oaths and affirmations in

 6   and for the State of Washington, do hereby certify

 7   that, DAVID WANG appeared virtually before me at the

 8   time and place set forth in the caption hereof; that

 9   at said time and place I reported in Stenotype all

10   testimony adduced and other oral proceedings had in

11   the foregoing matter; that thereafter my notes were

12   reduced to typewriting under my direction pursuant

13   to Washington Administrative Code 308-14-135, the

14   transcript preparation format guideline; and that

15   the foregoing transcript, pages 1 to 264, both

16   inclusive, constitutes a full, true and accurate

17   record of all such testimony adduced and oral

18   proceedings had, and of the whole thereof.

19              Witness my hand and CCR stamp at Vancouver,

20   Washington, this 14th day of April, 2020.

21

22

23              TERESA L. DUNN
                Certified Court Reporter
24              Certificate No. 2468
                Expiration Date:  01/13/2021

25
```

Page 263

ATTORNEYS EYES ONLY

```
 1                YIDUO "DAVID" WANG

 2         I have read the transcript of my deposition

    taken on April 9, 2020, at Portland, Oregon, and

 3  make the following changes:

 4

 5  Subject to the foregoing changes, the transcript is

 6  correct.

 7

 8                     _____

 9                     YIDUO "DAVID" WANG

10         Subscribed and sworn to before me this

11  _____ day of _____, 2020.

12

13                     _____

14                     Notary Public for the

15                     State of _____

                       residing at _____

16                     My Commission Expires:_____

17  Re:  Apple, Inc. vs. Corellium, LLC

         US District Court

18       Southern District of Florida

19       Case No. 19:9-cv-81160-RS

         TLD

20

21

22

23

24

25

                                    Page 264
```