EXHIBIT 12
PLACEHOLDER