# EXHIBIT 13 PLACEHOLDER