EXHIBIT 14
PLACEHOLDER