# EXHIBIT 15 PLACEHOLDER