# EXHIBIT 17 PLACEHOLDER