# EXHIBIT 18 PLACEHOLDER