# DEX  20

Jason Shirk Vol Confidential
March 23, 2020

```
 1                 UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF FLORIDA

 3                  CASE NO: 9:19-cv-81160-RS

 4   ----------------------------------------------------------

 5   APPLE INC.,                     )
                                     )
 6                     Plaintiff,    )
                                     )
 7        vs.                        )
                                     )
 8   CORELLIUM, LLC,                 )
                                     )
 9                     Defendant.    )

10   ----------------------------------------------------------

11                      DEPOSITION OF

12                       JASON SHIRK

13                   CONFIDENTIAL PORTION

14                  ATTORNEYS' EYES ONLY

15

16                    March 23, 2020

17                      10:15 a.m.

18

19              1200 Sixth Avenue, Suite 610

20                  Seattle, Washington

21

22

23

24

25   REPORTED BY:  Allison O'Brien, CCR No. 2163
```

Jason Shirk Vol Confidential
March 23, 2020                                    2

```
 1                           APPEARANCES

 2

 3      FOR THE PLAINTIFF:
        (Via videoconference)
 4
                    JESSICA STEBBINS BINA
 5                  Attorney at Law
                    Latham & Watkins
 6                  10250 Constellation Boulevard, Suite 1100
                    Los Angeles, California 90067
 7                  424.653.5525
                    jessica.stebbinsbina@lw.com
 8

 9

10      FOR THE DEFENDANT:
        (Via videoconference)
11
                    JUSTIN LEVINE
12                  Attorney at Law
                    Cole, Scott & Kissane
13                  222 Lakeview Avenue, Suite 120
                    West Palm Beach, Florida 33401
14                  561.383.9222
                    justin.levine@csklegal.com
15

16

17      ALSO PRESENT:
        (Via videoconference)
18
                    JESSE KOEHLER
19

20

21

22

23

24

25
```

Jason Shirk Vol Confidential
March 23, 2020                                           3

1                              INDEX

2

3     EXAMINATION:                                    PAGE:

4     By Mr. Levine                                      5

5

6

7                             EXHIBITS

8

9     NO:              DESCRIPTION:                   PAGE:

10    

15    Exhibit 5      05/12/17 E-Mail, Shirk, Wade        117
16                   RE: Update

17

18

19    Exhibit 7      07/12/17 E-Mail, Wade, Shirk, RE: One   121
                     More Step

20    Exhibit 8      10/03/17 E-Mail, Shirk, Wade        123
                     RE: Thanks

21

23

24

25

Jason Shirk Vol Confidential
March 23, 2020                          4

EXHIBITS

NO:            DESCRIPTION:                        PAGE:



Exhibit 17   02/10/20 E-Mail, Product Security,    151
             Chris RE: Bug Report,
             Follow-up 719139226

(Original exhibits included with original transcript.)

Jason Shirk Vol Confidential
March 23, 2020                                    21

```
 1              (Confidential testimony commences.)

 2     ████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████
████████████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
```



Jason Shirk Vol Confidential
March 23, 2020                                    22

1    

3              (Confidential testimony concludes.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jason Shirk Vol Confidential
March 23, 2020                    28

1            (Confidential testimony commences.)

2

Jason Shirk Vol Confidential
March 23, 2020                                29



Jason Shirk Vol Confidential
March 23, 2020                                    30



```
13              MS. BINA:  Objection, vague.

14        A.    Sometimes -- yeah.

15        Q.    You can answer.
```

Jason Shirk Vol Confidential
March 23, 2020                              31



 9              THE WITNESS:  I'm pretty sure that that's a

10       confidential piece of information, but since this is

11       all confidential, Jessica, do you agree that I can

12       answer that?

13              MS. BINA:  Yes, you can answer.  We'll

14       designate it attorneys' eyes only.

Jason Shirk Vol Confidential
March 23, 2020                    32

 well,

9    strike that.

10              MR. LEVINE:  Let me -- I'm going to call

11       Chris and Amanda back in.  Just one second.

12              (Ms. Gorton entered the room.)

13              (Confidential testimony concludes.)

14

15

16

17

18

19

20

21

22

23

24

25

Jason Shirk Vol Confidential
March 23, 2020                          73

```
 1              (Confidential testimony commences.)

 2              MR. LEVINE:  Welcome back, Mr. Shirk.  Just

 3        remember that you're still under oath.

 4        Q.   (By Mr. Levine) ███████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
███████████████████████
██████████████████████████████████████████████
██████████████████████
█████████████████████████████████
██████████████████████
█████████████████████████████████████████
██████████████████████
█████████████████████████████████████████████

15              THE WITNESS:  I -- I would consider this to

16        be confidential information, so this should be

17        attorneys' eyes only, I'm guessing.

18              MR. LEVINE:  There's no --

19              MS. BINA:  Yeah, and --

20              THE COURT REPORTER:  I'm sorry.  Mr. Levine,

21        I didn't hear what you said before you were

22        interrupted.

23              MR. LEVINE:  I just said that there's nobody

24        connected to this video that cannot hear this

25        information.
```

Jason Shirk Vol Confidential
March 23, 2020                          74

1              MS. BINA:  And I would say the same thing.

2      So you're fine.

3      ████████████████████████████████████████

       ████████████████████████████████████████████

       ██████████████████████████████████████

       ██████████████████████████████████████

7              THE WITNESS:  Someone is scratching quite a

8      bit there.

9              MR. LEVINE:  Yeah, I can hear that as well.

10     It just started.

11             MS. BINA:  Is it still going?  I can't hear

12     it, so I'm guessing it might be me, but I can't hear

13     anything.

14             MR. LEVINE:  I can hear it.

15             MS. BINA:  If you want, I can go off the

16     record for a minute and try calling back in.

17             MR. LEVINE:  It actually just went away when

18     you moved.  Yeah, why don't we go off the record.

19     Jessica, if you would just call back in.

20             MS. BINA:  Yeah.  I'll just hang up and dial

21     back in in case there's a problem with my line, okay?

22     Hang on.

23             (Off the record.)

24             MR. LEVINE:  We can go back on the record?

25             MS. BINA:  Yeah.

Jason Shirk Vol Confidential
March 23, 2020                                  75

1          MR. LEVINE:  All right.  So back on.



Jason Shirk Vol Confidential
March 23, 2020                              76



8               THE WITNESS:  We seem to have lost audio for

9        Mr. Levine.

10               (Off the record.)

11               MR. LEVINE:  Back on the record, if we went

12        off.

13

Jason Shirk Vol Confidential
March 23, 2020                                    77



13      Q.   What would you be doing when you go to work for

14   Microsoft?

17      Q.   Will you agree with me now, knowing that Microsoft

18   is a client of Corellium, that Corellium at least can be

19   used for good-faith security research?

20           MS. BINA:  Objection, speculation.

Jason Shirk Vol Confidential
March 23, 2020                                        78

```
1        Q.   Does Apple -- if Apple learned that one of its bug

2   bounty members was -- discovered a vulnerability and did not

3   submit that vulnerability to Apple, would Apple take any

4   recourse against that member?

5        A.   No.

6        Q.   Why not?

7   ████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████████████████████
█████████████████████████████████████████████
████████████████████████████████████████████████
█████████████████████████████████████████████████
████████████████████████████████████
█████████████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████
█████████████████████████████████████████
```



1

2          MS. BINA:  Object, argumentative, calls for

3      expert opinion.

4          You can answer.

5          MR. LEVINE:  I disagree, but go ahead.

6

21          MS. BINA:  Objection, asked and answered.

22          You can answer.

23

Jason Shirk Vol Confidential
March 23, 2020                                    80



13          MS. BINA:  Objection, improper hypothetical.

14          Mr. Shirk, you can answer unless I tell you not

15     to.

16     A.    Okay.

Jason Shirk Vol Confidential
March 23, 2020                                          81

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████

█████████████████████

```
11              MS. BINA:  Objection, foundation, improper

12       hypothetical.

13       Q.   Would that entity be considered a -- well, strike

14  that.

15  ████████████████████████████████████████████████

████████████████████████████████████████████

████████████████

███████████████████████

██████████████████████████████████████

20              THE WITNESS:  I would -- do we have anyone on

21       the call who is not legal at this point?

22              MS. BINA:  We're still under attorneys' eyes

23       only.

24              MR. LEVINE:  I think for the remainder of the

25       deposition we're going to be okay to openly speak.
```

Jason Shirk Vol Confidential
March 23, 2020                              82

1      ████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

██████████████████████████████

████████████████████████████████████████

████████████████████████████████

12     A.   I don't agree with how he's aligned himself.

13     Q.   If you can just answer my question now, the

14   pending question.  ██████████████████████████

████████████████████████

16            MS. BINA:  Justin, please let the witness

17     finish his answer before you interrupt him.

18            MR. LEVINE:  I think he --

19            MS. BINA:  Before you even interrupt him.

20            MR. LEVINE:  That's fine.  If he can just

21     answer my question, then he's happy to explain.

22            MS. BINA:  Yeah, Mr. Levine, you're being

23     argumentative.  Let the witness finish his answer.

24            MR. LEVINE:  I disagree.

25     Q.   (By Mr. Levine)  Mr. Shirk, if you could just

Jason Shirk Vol Confidential
March 23, 2020                                    83

1    answer my question, and then you can certainly explain.



Jason Shirk Vol Confidential
March 23, 2020                      84



Jason Shirk Vol Confidential
March 23, 2020                                85

1   ███████████████████████████████ )

2       A.   There is confidential Apple information that I've

3   discussed with attorneys that I think would keep me from

4   answering that question.

5            MS. BINA:  Yeah, I'm going to instruct the

6       witness not to reveal any privileged information if he

7       learned it through counsel.  I'm going to instruct the

8       witness not to answer.

9            MR. LEVINE:  That's fine.

10      So, Mr. Shirk, let me be very clear on this

11      question -- or actually, let me be very clear on your

12      answer.  If there is information that you learned from

13      lawyers, then absolutely that is privileged.  However,

14      if it is information that you had as a fact and you

15      merely shared it with an attorney, then I believe that

16      information is simply underlying fact in this case and

17      it should be shared.

18           MS. BINA:  I'm going to need to know more

19      about the nature of the communication.  I'm not going

20      to permit the witness to testify about a potentially

21      privileged conversation.  If at some point we take a

22      break, I'm happy to talk to him and figure out what he

23      can testify to and what's privileged, but I'm not going

24      to let him answer without knowing whether or not this

25      is privileged or not.

Jason Shirk Vol Confidential
March 23, 2020                          86

```
 1                    MR. LEVINE:  Mr. Shirk --

 2                    MS. BINA:  So I'm -- go ahead.

 3         Q.   (By Mr. Levine)  Mr. Shirk, is this information

 4    that you learned -- that you learned absent talking to an

 5    attorney?

 6         A.   No.

 7         Q.   Okay.  You only learned this through speaking with

 8    a lawyer?

 9         A.   No.  I did not learn this information from an

10    attorney at Apple.

11         Q.   Okay.  Did you learn it from an attorney who is

12    representing yourself or representing Apple?

13         A.   No.

14         Q.   Did you learn it from any attorney?

15         A.   No.

16                    MS. BINA:  Did you learn it in a meeting

17          where attorneys were present?

18                    THE WITNESS:  No.

19                    MS. BINA:  Again, I don't know what the issue

20          is.  I don't know if there's a privilege here or not.

21          And given that the witness has invoked a potential

22          privilege, I need to talk to him before I'm going to

23          let him answer questions on this topic.

24                    MR. LEVINE:  Okay.  Well, why don't we take a

25          minute if you want to go offline.
```

Jason Shirk Vol Confidential
March 23, 2020                    87

1              MS. BINA:  Yeah.  It would probably take

2       probably five or ten minutes, just because I'm going to

3       have to get off of here and on to some other --

4              MR. LEVINE:  That's fine.  We'll take --

5       we'll take a five-minute break.

6              MS. BINA:  All right.  Let's take five.

7       Thank you.

8              THE WITNESS:  Thank you.

9              (Off the record.)

10             MR. LEVINE:  We're back, yes.

11             MS. BINA:  Thank you, Justin.  I'm going to

12      let the witness answer the question at a very high

13      level.  I'm going to instruct not to answer at any

14      greater level of detail due to an ongoing government

15      investigation.

16             MR. LEVINE:  Okay.

17             THE WITNESS:  So to --

18             MS. BINA:  Do you need the question read

19      back?

20             THE WITNESS:  Yeah.  Will you rephrase the

21      question?  Can you give me the question again, please?

22             MR. LEVINE:  Ms. Court Reporter, if you can

23      read back the question.

24             THE COURT REPORTER:  Yeah.  ████████████

████████████████████████████████████

Jason Shirk Vol Confidential
March 23, 2020                                    88

1            ███████████████████

   █████████████████

   ████████████████████████████████████████████████

   ████████████████████

5            MS. BINA:  Is that something you can answer,

6      Mr. Shirk, or is that --

7            THE WITNESS:  No, I cannot answer.

8            MS. BINA:  Well, maybe again we need to keep

9      this at a very high level, Justin.  So I'm going to

10     instruct him not to answer.

11     ██████████████████████████████████████

   ████████████████████████████████████

   ████████████████████

14           MS. BINA:  Objection, same instruction.  Oh,

15     he answered, though, so never mind.

16     ███████████████████████████████████████████

   ██████████████████████████

   █████████████████

   ████████████████████████████████████████████████

   ███████████████████████

   ██████████████████████████████████████████████

   ██████████████████████████████████████████████

23           MS. BINA:  Objection, vague as to

24     ██████████████████████████████████████████████████

   ███████████████████████

Jason Shirk Vol Confidential
March 23, 2020                    89



Jason Shirk Vol Confidential
March 23, 2020                                    90

1

Jason Shirk Vol Confidential
March 23, 2020                                    91



1

Jason Shirk Vol Confidential
March 23, 2020                                    92



3        Q.

4

13        Q.    Does Apple have a policy -- excuse me.  Strike

14    that.

15

Jason Shirk Vol Confidential
March 23, 2020                                    93



11        Q.    What is the research device program -- excuse

12   me -- the Security Research Device Program?

13        A.    That's a program where Apple has developed some

14   special hardware to be given to security researchers to help

15   them discover vulnerabilities in iOS particularly -- these

16   are iPhones -- that they would otherwise potentially need to

17   already have a jailbreak available in order to find.  So

18   what you were alluding to earlier this morning when you

19   discussed needing a vulnerability to do more security

20   research, this would absolve the researcher of the need to

21   hold those vulnerabilities, to be able to use this device to

22   do their research without holding on to those issues.

23        Q.    Is the need for this program because commercial

24   iPhones do not have certain capabilities or capacities to do

25   the work that researchers need to do?

Jason Shirk Vol Confidential
March 23, 2020                              94

    1        A.    The commercial products that are put out focus

    2    very heavily on the security and privacy of the people using

    3    those devices.  A side effect of the security privacy

    4    assurances that Apple gives and the huge amount of effort

    5    that we go through on an ongoing basis to provide that is

    6    that the research is also more difficult for security

    7    researchers to do.

    8        Q.    So in short form, would that be a yes?

    9              MS. BINA:  Objection.

   10              THE WITNESS:  What's that?

   11        Q.    (By Mr. Levine)  I said:  In short form, would

   12    that be a yes, that effectively the program is necessary --

   13    and this is a question -- the program is necessary because

   14    the commercial phones clearly do not do something that these

   15    other devices do do?  Is that a fair statement?

   16        A.    Up until a few months ago, it was challenging to

   17    do some of the research.  There's now a jailbreak available

   18    called Checkra1n -- or Checkm8.  The vulnerability Checkra1n

   19    is the jailbreak that's put on top of it that researchers

   20    can use in order to do this.

   21        Q.    So what would be -- if -- if the commercial phones

   22    can do the same thing as these phones, what's the purpose of

   23    the program?

   24        A.    The underlying issues that allow the Checkra1n

   25    jailbreak to work will probably be fixed over time, but

Jason Shirk Vol Confidential
March 23, 2020                                    95

1    these devices will give a stable ability to do the research.

2         Q.   My question is:  What -- what is the purpose of

3    the program?  Let me -- let me -- let me strike that.

4         Are the phones that are provided under the program the

5    same as the phones that are provided to commercial

6    customers?

7         A.   No.

8         Q.   Why the difference?  Why the need for a different

9    phone?

10        A.   To, from a physical -- on a physical stand --

11   standpoint, only allow the special images being built for

12   the device to run on the approved research devices, because

13   they do bypass or have the ability to bypass significant

14   safety and privacy and security mitigations that have been

15   built into the commercial devices.  And having the software

16   that bypass -- be loadable onto commercial devices would put

17   users at a higher level of risk.

18        Q.   So if a researcher purchased a commercial iPhone

19   and then bypassed these limitations, that bypassing would

20   put users at risk?

21        A.   Could, yeah.

22        Q.   It could?  But those are the same researchers that

23   Apple is bringing into -- bringing into this program, right?

24        A.   Yes.

25        Q.   And so -- so is it Apple's position that anyone

Jason Shirk Vol Confidential
March 23, 2020                                    96

1    who is using a phone for research that's outside of this

2    position -- or excuse me -- outside of this program is doing

3    something negative or that could hurt end users?

4          A.    No.  This is just our position, that it's hard to

5    do, and these devices would give a leg up to known capable

6    security researchers who show a strong penchant for

7    releasing the issues to Apple in order to be able to fix

8    them.  So it's both an interest in helping them do research,

9    but optimizing for an audience that's likely to return the

10   research to the company in order to protect our users as

11   opposed to, we'll say, releasing the detail publicly should

12   they make them go to everyone or selling to someone that's

13   not Apple.

14         Q.    Okay.  So it's a practical matter?

15         A.    That's right.

16         Q.    Is this -- have any of these phones been issued

17   yet?

18         A.    No.

19         Q.    When are they going to be issued?

20         A.    This year, in '20.

21         Q.    Is that for sure?

22         A.    Yes.

23         Q.    Is this program on hold at all?

24         A.    No.  It was announced by Mr. Krstic at the same

25   time as the expanded bounty, and he announced that it would

Jason Shirk Vol Confidential
March 23, 2020                              97

1   be released in 2020.

2       Q.   Was this program for the new bug bounty program

3   leaked to the press?

4       A.   It appears that that did happen.  Not sure through

5   whom or where.

6       Q.   ████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████

9       A.   I don't know.  Again, I have no idea who was

10  involved in the leak.

11      Q.   Do you have any reason to believe that you or

12  anyone else at Apple somehow believed that he was?

13      A.   I don't --

14           MS. BINA:  Objection, vague.

15           MR. LEVINE:  I don't think that was a vague

16      question at all.  He answered the question.

17      Q.   (By The Witness)  The answer was no?

18           MS. BINA:  Three levels of -- of somebody who

19      talked to somebody else.  You can --

20           MR. LEVINE:  That's fine.  Thank you.

21           MS. BINA:  You can answer the question.

22      Q.   (By Mr. Levine)  So your answer was no, Mr. Shirk?

23      A.   I have no reason to believe so.

24      ████████████████████████████████████████████████

████████████████████████████████████████████████████████

Jason Shirk Vol Confidential
March 23, 2020                    98



Jason Shirk Vol Confidential
March 23, 2020                                              99



```
17      Q.   You recognize you're under oath, Mr. Shirk?

18      A.   I do.

19      Q.   Am I correct?

20      Okay.  You understand what oath means?

21           MS. BINA:  Argumentative.

22      A.   I do.

23
```

Jason Shirk Vol Confidential
March 23, 2020                                100



 1   ████████████████████████████████████████

 2   ████████████████████████████████

 3        Q.   Do you have any records -- I'll strike that.

 4        ████████████████████████████████████████████

 5   ████████████████████████████████████

 6   ████████████████████████████████████████████

 7   ███████████████████████████████

 8   █████████████████████████████████████████████

 9   ██████████████████████████████████████████ █

10   ██████████████████████████████████████████

11        Q.   What is Xcode?

12        A.   Xcode is the development platform that Apple

13   provides to do -- for its developers to write code for our

14   platforms.

15        Q.   What is TestFlight?

16        A.   I don't know.

17        Q.   What is a simulator?

18        A.   What kind of a simulator?  There could be many.

19        Q.   Does it relate to Xcode?

20        A.   As it relates to Xcode?

21        Q.   As it relates to Xcode, yes.

22        A.   I haven't used the simulator.  I understand that

23   there is a simulation as -- after you built code to see how

24   it would work on a particular device that you built the code

25   for, but again, I haven't used it.  My time at Apple has not

Jason Shirk Vol Confidential
March 23, 2020                              101

1    been as a developer.

2         Q.   How does the simulator in this context generally

3    work, though?

4         A.   Generally speaking?

5         Q.   Generally.

6         A.   There would be an approximation of the operating

7    system built into the compiler, the Xcode compiler.  And

8    once you've built the code, there would be a separate screen

9    that may be something that pops out as a separate area or it

10   may just be an area with the compiler screens themselves

11   that would show you the execution of what you'd just written

12   in a general approximation of what it should look like on

13   the device you are writing it for.

14        Q.   Okay.  So it's not an identical representation?

15        A.   Not always.  I don't know how it could be

16   identical for every device, because there are different

17   screen sizes and things like that.  And that's why I say

18   approximation.  Because if you look at the latest iPhone,

19   iPhone 11, iPhone 11 Pro, iPhone 11 Pro Max, all have

20   different pixel levels and different screen sizes.  And so

21   there's, in all likelihood, options for the various models,

22   but again, I don't know.  I haven't used it.

23        Q.   Do you know what Xcode runs the iOS kernel?

24        A.   I don't know.

25        Q.   Do you know if it runs iOS?

Jason Shirk Vol Confidential
March 23, 2020                                    102

1      A.    Does it run iOS?  Does it run on iOS?

2      Q.    Does it run iOS?

3      A.    I am uncertain.

4      Q.    Does it run on iOS?

5      A.    There is Xcode for iOS for iPad.

6      ████████████████████████████████████████

       ████████████████████████████████████████

       ███████████████████████

9      Q.    Does Apple use a virtualization internally?

10     A.    I don't know.

11            ███████████████████████████████████████

       ████████████████████████████████████████

       ██████████████

14     Q.    Why would you do that?

15     A.    Because, as I noted, my time at Apple is not only

16     focused on development, it's been focused on the bounty

17     programs.  It would have been a pretty steep learning curve

18     for me to get in and start developing vulnerabilities in the

19     iOS space.

20     Q.    Can Apple virtualize Microsoft?

21     A.    I never --

22     Q.    Excuse me.  Excuse me.  Windows.

23     A.    Can Apple or can macOS or can iOS?  I don't

24     understand what you're particularly asking.

25     Q.    Can any group -- or does any group within Apple

Jason Shirk Vol Confidential
March 23, 2020                                        103

1    work on virtualizing Windows?

2              MS. BINA:  Objection, foundation.

3       Q.   If you know.

4       A.   I don't know.  I know there's Boot Camp, but I

5    don't think that's virtualized.  I think it's an actual

6    instance running in parallel.  And Fusion, which is the

7    virtualized instance, is actually from VMware as opposed

8    from Apple directly.  So I'm not aware of Apple developing

9    anything like that.

10   ██████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████

█████████████████████████████████████████████████████

Jason Shirk Vol Confidential
March 23, 2020                    104



18              MS. BINA:  Objection, foundation.

19         Q.   If you know.

20

Jason Shirk Vol Confidential
March 23, 2020                                    105



1

            MS. BINA:  Objection, foundation.

17     Q.   If you know.

18

Jason Shirk Vol Confidential
March 23, 2020                               106

████████████████████████████████

 2                MS. BINA:  Counsel, when it's convenient, I
 3       could use a break.
 4                MR. LEVINE:  Okay.  Give me just a couple
 5       more questions.
 6                MS. BINA:  Yeah, sure.
 7       Q.    (By Mr. Levine)  Have you ever downloaded an IPSW
 8   file from Apple servers?
 9       A.    Yes.
10       Q.    When did you do that?
11       A.    Regularly as a part of my job to load internal
12   images, because we do what's called dogfooding.  That means
13   that we're using the latest bits before they go out to users
14   to make sure that they're functional before we put them in
15   front of actual users.
16       Q.    Is there any encryption for those files that you
17   have to -- that you have to decrypt or enter a code to get
18   around before you access those files?
19                MS. BINA:  Objection, vague.
20       A.    I don't know, but there's a tool that does all of
21   it for me.
22       Q.    What tool is this?
23       A.    It's an internal tool.
24       Q.    Okay.  So you don't actually download the files
25   yourself?

Jason Shirk Vol Confidential
March 23, 2020                    107

```
 1          A.   I select the files to be downloaded into the tool
 2    and then the tool downloads them and then loads them to the
 3    front phone.
 4          Q.   Okay.  And you can't tell me what the name of the
 5    tool is?
 6          A.   I don't know if we consider it to be confidential
 7    and proprietary information.
 8          Q.   I don't know.  That's not going to be any kind of
 9    attorney-client privilege or anything.  Your attorney can
10    designate it as attorneys' eyes only, but I think it's valid
11    for you to answer.
12               MS. BINA:  I would -- I would -- I would just
13          confirm with Mr. Koehler.  We do have some trade secret
14          protections in place in the case for internal Apple
15          research.  I don't know whether this would fall into
16          the category that is considered especially sensitive
17          there.
18          So, Mr. Koehler, can you confirm allowing the
19          witness to answer those questions on that ground?
20               MR. LEVINE:  Just merely the name of the
21          tool.
22               MR. KOEHLER:  No, no concerns.
23    ██████████████████████████
24          Q.   (By Mr. Levine)  And when you select the files to
25    go into that tool, what -- can you just describe the
```

Jason Shirk Vol Confidential
March 23, 2020                    108

1   process?  Not the process of the tool itself, but just your

2   process of selecting the file to go into the tool.



17            MR. LEVINE:  Okay.  All right.  Do you want

18      to take a five-minute break?

19            MS. BINA:  Yes.

20            MR. LEVINE:  Okay.  We'll go off the record.

21            (Recess taken.)

22            MR. LEVINE:  Back on the record.

23      Q.   (By Mr. Levine)  Mr. Shirk, does Apple provide

24   tools for enterprises to conduct security research on their

25   own apps, their applications?

Jason Shirk Vol Confidential
March 23, 2020                    109

1        A.   I actually don't know that.

2        Q.   Okay.  Do you know if Apple provides any

3   guidelines to enterprises if they do conduct research on

4   their applications?

5        A.   Again, I'm not sure.  It hasn't been my focus

6   while I've been at Apple.

7             MR. LEVINE:  Just got a concerning e-mail

8        from Jessica relative to the virus issues going on.

9        Thank you for the update.

10            MS. BINA:  Sure.  If we're going to discuss

11       that, Justin, let's do it later off the record, please.

12            MR. LEVINE:  I get it.

13       Q.   (By Mr. Levine)  Can you open up Bates

14   No. Corellium 22315.  I'd like to enter that as Defense 2.

15            (Exhibit 2 was marked.)

16            MS. BINA:  Sorry, Justin, I didn't quite

17       catch that Bates number.

18            MR. LEVINE:  Corellium Document 22315.

19            MS. BINA:  Thank you.

20            THE WITNESS:  I've got that open.

21       Q.   (By Mr. Levine)  Feel free to take a look at this,

22   and let me know, when you're done, if you recognize this

23   document.

24       A.   I do recognize it.

25       Q.   Is this one of the e-mails that you reviewed in

Jason Shirk Vol Confidential
March 23, 2020                                      110

1    preparation for this deposition?

2        A.   Yes.

3    



5       Q.   Can anybody at Apple submit a recommendation for

6   admission into the program?

7              MS. BINA:  Objection, vague as to the current

8       or old version of the program.  Sorry.  Go ahead.

9       Q.   Either, Mr. Shirk.

10      A.   So the new program doesn't require any invitation

11  at all.  It's publicly open to everyone.  In the old

12  program, anyone at Apple was certainly going to make the --

13  or able to make the recommendations to me.  And we would

14  have a discussion of the merits to bring the person into the

15  program, and then I would put the name forward.  So it could

16  be said that I was sort of the gatekeeper at this point.

17      Q.   So could anybody from Apple submit a name to be

18  put forward for admission?

19      A.   To me at that point, yes.

20

Jason Shirk Vol Confidential
March 23, 2020                          112

Jason Shirk Vol Confidential
March 23, 2020                                    113



21            MR. LEVINE:  If you can open up -- I'd like

22      to enter Defense Exhibit 3.  This is ███████████████

23            (Exhibit 3 was marked.)

24      Q.   Let me know when you have it open.

25      A.   I have it.

Jason Shirk Vol Confidential
March 23, 2020                                    114

1      

11              MR. LEVINE:  Okay.  If you can open

                I'd like to enter this as Defense

13         Exhibit 3 -- excuse me -- 4.

14              MS. BINA:          you said?

15              MR. LEVINE:

16              MS. BINA:          thank you.

17              (Exhibit 4 was marked.)

18              THE WITNESS:  I'm looking at this.

19      Q.   (By Mr. Levine)  Do you recognize

20      A.   Yes.

21

Jason Shirk Vol Confidential
March 23, 2020                    115



          MS. BINA:  Yeah, this is -- this is still

     AEO.  You can answer.

Jason Shirk Vol Confidential
March 23, 2020                              116

Jason Shirk Vol Confidential
March 23, 2020                                    117

```
███████████████████████████████████████████
███████████████████████████████████████████
█████████████████████████
██████████████████████████████████████████
██████████████████
███████████████████████
```

```
 7              MR. LEVINE:  I'd like to enter as Defense
 8      Exhibit 5 Corellium No. 22323.
 9              MS. BINA:  22323?
10              MR. LEVINE:  Correct.
11              (Exhibit 5 was marked.)
12              THE WITNESS:  I have that open.
13              MS. BINA:  Sorry, Justin, my Outlook is
14      crashing.  I should have this in a second.  Bear with
15      me one more second.  Sorry.  You said Corellium 22?
16              MR. LEVINE:  22323.
17              MS. BINA:  Yeah.  Sorry.  Still looking for
18      it.  It's working again.  Is that what it starts with?
19              MR. LEVINE:  It's a Corellium Bates number,
20      and it's 02 --
21              MS. BINA:  Yeah.
22              MR. LEVINE:  022323.
23              MS. BINA:  Got it.  Thanks.  Sorry.  It's
24      okay now.  Thank you.
25      Q.   (By Mr. Levine)  Do you see the e-mail there
```

Jason Shirk Vol Confidential
March 23, 2020                                    118

1    May 12, at 1:44 p.m., about halfway down the first page?

2        A.    Yes.

3



Jason Shirk Vol Confidential
March 23, 2020                                    119



 6              MR. LEVINE:  I'd like to enter in Defense 6.

 7      That is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

 8              MS. BINA:  Okay.

 9              (Exhibit 6 was marked.)

10      Q.  (By Mr. Levine)  Do you have it, Mr. Shirk?

11      A.  I do.

12      Q.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Jason Shirk Vol Confidential
March 23, 2020
120



22          MS. BINA:  Objection, argumentative.

Jason Shirk Vol Confidential
March 23, 2020                                   121



11              MR. LEVINE:  Let's go to Corellium 22310.

12       This will be Defense 7.

13              MS. BINA:  Okay.

14              (Exhibit 7 was marked.)

15       Q.   (By Mr. Levine)  Do you recall this e-mail,

16   Mr. Shirk?

17       A.   I do.

18       Q.   Look at the e-mail July 11th, at 6:50 p.m.  Do you

19   see that?

20       A.   Yes.

21       Q.   Do you recall this conversation with Mr. Wade?

22       A.   I do.

23       Q.   What was discussed?

24       A.   This was the first of the two conversations that I

25   talked about that happened with -- that happened at Infinite

Jason Shirk Vol Confidential
March 23, 2020                                    122

```
 1   Loop in Cupertino.  This particular one, we walked around
 2   the area in the center, had a coffee and chatted about many
 3   of the things that we've discussed here earlier today.  From
 4   the original technology they sold when Citrix -- this was
 5   where he talked about having previously come to Apple to try
 6   to get licensing, which, again, from his rendition,
 7   Mr. Federighi declined.
 8        We discussed kind of what he'd done, where he'd come
 9   from in the community.  We discussed how I came up in the
10   community and places that I've been, some of the things that
11   I've done in my career.
12        We discussed a little bit about the bugs that we had
13   adjudicated.  Also, we discussed the fact that -- and this
14   was in the other e-mails in the discovery -- the reports
15   that he gave -- the more information that he gave, the more
16   they were likely to qualify for.  So if there was no proof
17   of concept, for example, or if the write-up was maybe, we'll
18   say, difficult to pin the issue down from or didn't really
19   explain where the problems might be, that there could be
20   money kind of left on the table by not providing Apple with
21   additional information there.
22        And obviously, we talked about conferences here.  That
23   was the following e-mail.  Like you see, it's July 12, at
24   11:19 a.m., about, oh, sensors -- I'm sorry -- something
25   about Defcon in here.  There was that thing.  That's right.
```

Jason Shirk Vol Confidential
March 23, 2020                              123

1   BH/DC, that stands for Black Hat Defcon.  And we talked

2   about meeting up.

3       It was a good chat.  We both seemed to enjoy it.  And

4   this note kind of solidified that.

5   ███████████████████████████████████████████████████

    ███████████████████████████████████████████

    ██████████████████████

8              MR. LEVINE:  Let me look at Defense

9       Exhibit 8.  Sorry, ████████████████████████████████

    ██████████████████ This is going to be Corellium No. 1331.

11             (Exhibit 8 was marked.)

12      Q.   Let me know if you recognize that document,

13  Mr. Shirk.

14      A.   Yes.

15      Q.   You can flip to page 2.  That's Bates No. 1332.

16  Do you see the e-mail there on August 31st, at 2:12 a.m.?

17      A.   Yeah.

18  ██████████████████████████████████████████

    █████████████████████████████████████████

    █████████████████████

    █████████████████████████████████████████

    ████████████████████████████████████████████

    █████████████████████████

    ████████████████████████████████████████████████

    █████████████████████████████████████████████ █

Jason Shirk Vol Confidential
March 23, 2020                           124



     19      Q.   Do you think Microsoft has a habit of getting into

     20   legally unsound enterprises and products?

     21            MS. BINA:   Objection, foundation.

     22      A.   I am not an expert in that at all.

     23      Q.   Are you going to express your concerns about the

     24   product to your new employer, Microsoft?

     25      A.   About Corellium?

Jason Shirk Vol Confidential
March 23, 2020                          125

17

24

Jason Shirk Vol Confidential
March 23, 2020                                    126



1          MS. BINA:  Same objection.

2

17

22          MS. BINA:  Objection, calls for a legal

23     conclusion for "contributing to the copyright

24     infringement."

25

Jason Shirk Vol Confidential
March 23, 2020                                    127



1

MR. LEVINE:  Okay.  Thank you.  Can you look

at ████████████████.  It's going to be Defense --

Jason Shirk Vol Confidential
March 23, 2020                                    128



1

2          MS. BINA:  Which number is that?  I mean,

3     which defense number is that?

4          MR. LEVINE:  It's going to be -- it's going

5     to be 9.

6          (Exhibit 9 was marked.)

7     Q.   (By Mr. Levine)  Do you have that document?

8     A.   I do.

9     Q.   Do you recognize this document?

10    A.   I do.

11

25    Q.   I'm sorry.  Say that again.  You broke up a little

Jason Shirk Vol Confidential
March 23, 2020                    129

1   bit.



Jason Shirk Vol Confidential
March 23, 2020                    130



8           MR. LEVINE:  I'd like to enter Defense 10.

9     This is ███████████████

10          (Exhibit 10 was marked.)

11     Q.   Do you have that?

12     A.   I do.

13     ████████████████████████████████

Jason Shirk Vol Confidential
March 23, 2020                                    131

Jason Shirk Vol Confidential
March 23, 2020                                132



```
 9              MS. BINA:  Justin, I'm going to allow the

10        witness to look into this for you, but obviously, we

11        are in a deposition.  Normally we'd all be in a room

12        together and you couldn't task witnesses to go look for

13        stuff.  The proper way would be getting it through

14        discovery.  So, again, since he volunteered, he can

15        look up this one Radar, but I don't want to have --

16        we're not going to do that for the rest of the

17        deposition.

18              MR. LEVINE:  That's fine.  I didn't plan on

19        doing it.

20              MS. BINA:  I understand.
```

```
25              MR. LEVINE:  Okay.  Let's go to Defense
```

Jason Shirk Vol Confidential
March 23, 2020                              133



1          Exhibit 11.  It's going to be ███████████████.

2                  (Exhibit 11 was marked.)

3                  THE WITNESS:  I have it.

4      Q.   (By Mr. Levine)  Do you recognize that ██████

███████████ there?

6      A.   I do.

7      Q.   ████████████████████████████████████████████

███████████████████████████████████

███████████████████

███████████████████████████████████████████████████

███████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████

██████████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████████████████

███████████████████████

████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████

23                  MR. LEVINE:  If we look at ████████████████

█████████████.  I'll enter that as Defense Exhibit 12.

25                  (Exhibit 12 was marked.)

Jason Shirk Vol Confidential
March 23, 2020                                    134

1      Q.   Is that what you're talking about?

2      A.   Yes.

3      



18          MR. LEVINE:  Let me look at ▉▉▉▉▉▉▉▉.

▉▉▉▉▉▉▉▉.  This will be Defense Exhibit 13.

20          (Exhibit 13 was marked.)

21

Jason Shirk Vol Confidential
March 23, 2020                                136



```
 9              MS. BINA:  I'm sorry.  Go ahead.

10              THE COURT REPORTER:  Excuse me.  I'm not

11     understanding what you said here.  I need a question.

12     And if there's an objection, please repeat.

13              MS. BINA:  Go ahead.  I'll tell you after.

14
```

```
24              MS. BINA:  Mr. Levine, sorry.  I don't think

25     that there are any names redacted from this document.
```

Jason Shirk Vol Confidential
March 23, 2020                    137

1           MR. LEVINE:  So what's redacted?  E-mails?

2           MS. BINA:  I believe it's phone numbers,

3      personal phone numbers.

4           MR. LEVINE:  Oh, I see.

5



Jason Shirk Vol Confidential
March 23, 2020                              138



```
13            MR. LEVINE:  Jessica, your headphone is -- is
14       crackling again.
15            MS. BINA:  I haven't done anything.  How
16       strange.  If I sit still, is it okay?  I'll put it back
17       on speaker if not.
18            MR. LEVINE:  Still getting some.
19            MS. BINA:  All right.  I didn't move.  I'll
20       just put it back on speaker.  Give me a second.  All
21       right.  Back.
22
```

Jason Shirk Vol Confidential
March 23, 2020                              139

███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████

6                MR. LEVINE:  Let me enter Defense Exhibit 14,

7          and it is (███████████████████).

8                (Exhibit 14 was marked.)

9          Q.   Let me know when you have that document out.

10         A.   I got it.

11         Q.   Do you recognize this document?

12         A.   I do.

13         Q.   ██████████████████████████.

14         A.   Um-hmm.

15         ███████████████████████████████████

████████████████████████████████████

██████████████████

█████████████████████████████████

█████████████████████████████████████

████████████████████████████████████████

███████████████████████████████ █

█████████████████████████████████

█████████████████████████████████████

█████████████████████████████████

Jason Shirk Vol Confidential
March 23, 2020                              140

Jason Shirk Vol Confidential
March 23, 2020                           141



```
 8              MS. BINA:  Justin, we've been back on for

 9       about an hour.  I don't know how much you have left,

10       whether we should take another break soon.

11              MR. LEVINE:  All right.  Why don't we take a

12       quick five-minute break.

13              MS. BINA:  Okay.

14              (Recess taken.)

15       Q.   (By Mr. Levine)  If you look down to the line

16   there that starts -- we're still on Exhibit 14,
```

```
19       A.   Yes.

20
```



```
22              MS. BINA:  Objection, asked and answered.

23         You can answer.

24
```

Jason Shirk Vol Confidential
March 23, 2020                    143



16          MR. LEVINE:  I'd like to enter Defense

17     Exhibit 15.  It is ▮▮▮▮▮▮▮.

18          MS. BINA:  ▮▮▮▮ you said?

19          MR. LEVINE:  ▮▮▮▮.

20          MS. BINA:  Okay.

21          (Exhibit 15 was marked.)

22          THE WITNESS:  I have it.

23

Jason Shirk Vol Confidential
March 23, 2020                                    145



21              MS. BINA:  Objection, vague.

22

Jason Shirk Vol Confidential
March 23, 2020                              146



2            MR. LEVINE:  Let me go to ███████████.

3            MS. BINA:  So that will be Exhibit 16?

4            MR. LEVINE:  Sixteen.

5            (Exhibit 16 was marked.)

6

22   headed to Corellium"?

Jason Shirk Vol Confidential
March 23, 2020                    148

Jason Shirk Vol Confidential
March 23, 2020                                149

Jason Shirk Vol Confidential
March 23, 2020                          150

16

Jason Shirk Vol Confidential
March 23, 2020                              151



         7                MR. LEVINE:  Let me enter Defense Exhibit 17.

         8        This is Corellium No. 22294.

         9                (Exhibit 17 was marked.)

        10        Q.   Do you have that document?

        11        A.   I do.

        12



Jason Shirk Vol Confidential
March 23, 2020                               152

9        Q.   So what was -- I'm sorry.  Go ahead.
10

19       Q.   What -- if I can flip you back to Exhibit 1.
20    That's Corellium Bates No. 026249.
21       A.   Um-hmm.
22

Jason Shirk Vol Confidential
March 23, 2020                                    153



Jason Shirk Vol Confidential
March 23, 2020                      154



Jason Shirk Vol Confidential
March 23, 2020                                      155

Jason Shirk Vol Confidential
March 23, 2020                               156



Jason Shirk Vol Confidential
March 23, 2020                    157



16              MR. LEVINE:  If we can pull up

17      This is going to be Defense 18, Defense Exhibit 18.

18              (Exhibit 18 was marked.)

19      Q.   Do you recognize this?

20              MS. BINA:  Sorry, what was that?

21      A.   Yes.

22              MS. BINA:  Can you repeat one more time,

23      please?

24              MR. LEVINE:

25              MS. BINA:  Thank you.

Jason Shirk Vol Confidential
March 23, 2020                           158

1            MR. LEVINE:  Do you have it?  Jessica, do you

2       have it?

3            MS. BINA:  Hang on a second.  I just got it.

4       Q.   (By Mr. Levine)  So do you recognize this,

5  Mr. Shirk?

6       A.   I do.

7       ███████████████████████████████████████████████

   ██████████

   █████████████████████████████████████████████████

   █████████████████████████████████████████████████

   ███████████████████████████████████████

12           MS. BINA:  I will instruct the witness not to

13      reveal any -- if you can answer the question without

14      revealing privileged communication, you can do so.  But

15      if the only way to answer it is to reveal privileged

16      communications, I'm going to instruct you not to

17      answer.

18           THE WITNESS:  I would have to reveal

19      privileged communications.

20      ███████████████████████████████████████████████

   █████████████████████████████████████████████████

   ████████████████████████████████████████

23           MS. BINA:  I would instruct not to answer.

24      The witness has said that the reason for this ██████

   ██████████████████ was privileged communication, so I'm going

Jason Shirk Vol Confidential
March 23, 2020                                    159

1        instruct not to answer on why he wrote the texts here.

2                    MR. LEVINE:  Okay.  So you're instructing him

3        not to answer that question either?

4                    MS. BINA:  Yes.  I mean, it's the same

5        question.

6                    MR. LEVINE:  Let's pull up ███████████.  This

7        is going to be Defense Exhibit 19.

8                    (Exhibit 19 was marked.)

9        

Jason Shirk Vol Confidential
March 23, 2020                          160

Jason Shirk Vol Confidential
March 23, 2020                          161



```
 6              MR. LEVINE:  Let's look at ▒▒▒▒▒▒▒

 7         Defense Exhibit 20.

 8              (Exhibit 20 was marked.)

 9         Q.   Do you have that?

10         A.   Yes, it's up.

11
```



Jason Shirk Vol Confidential
March 23, 2020                    163



        4                MR. LEVINE:  We can go to Defense Exhibit 21,

        5        which is

        6                (Exhibit 21 was marked.)

        7        Q.   Let me know when you have that up.

        8        A.   I have it.

Jason Shirk Vol Confidential
March 23, 2020                              164

████████████████████

████████████████████████████████████████████

███████████████████████████████

███████████████████████

████████████████████████████████████████████████

███████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████

██████████████████████████████████████

██████████████████

███████████████████████████████████████████

███████████████████████████████████████

14        Q.   Is the Corellium product different from anything

15   you've seen before?

16        A.   I think so.

17        Q.   Do you have a -- what's your highest level of

18   education?

19        A.   I have a bachelor's degree in computer networking

20   with an emphasis in security.

21        Q.   And do you have a master's degree?

22        A.   No.

23             MR. LEVINE:  I think at this time no further

24   questions.  Jessica, do you have any?

25             MS. BINA:  Sorry.  What was that?  Are you

Jason Shirk Vol Confidential
March 23, 2020                           165

1    asking if I have any redirect?

2              MR. LEVINE:  Yes, just direct.

3              MS. BINA:  I am not sure if you're ready to

4    talk, but I can take two minutes and figure that out.

5              MR. LEVINE:  Yes.  I think I'm done.

6              MS. BINA:  Okay.  Let's take two minutes and

7    go offline.  And I'll be right back.

8              MR. LEVINE:  Thanks.

9              (Off the record.)

10             MS. BINA:  I have no redirect -- or direct,

11   so . . .

12             MR. LEVINE:  Okay.

13             MS. BINA:  Thank you, Mr. Shirk.

14             MR. LEVINE:  Mr. Shirk, in this district, you

15   have the opportunity to review your transcript for any

16   non-substantive changes, any typographical errors that

17   the court reporter may have taken down that you wish to

18   correct.  So you have the option to read the transcript

19   or you have the option to waive that right.  The

20   transcript will just come out as it is.  And so we'll

21   give you that option to decide whether to read or

22   waive.

23             THE WITNESS:  I'd like to read, please.  Send

24   that to Ms. Bina and Mr. Koehler.

25             MR. LEVINE:  Okay.  So the -- the transcript

Jason Shirk Vol Confidential
March 23, 2020                                166

 1    will come to everybody, but then you'll have an option

 2    to read and submit what's called an errata sheet to do

 3    that, so . . .

 4              THE WITNESS:  Okay.

 5              MR. LEVINE:  Okay?

 6              THE WITNESS:  Sounds good.

 7              MR. LEVINE:  That's it.  Ms. Bina, do you

 8    have anything else?

 9              MS. BINA:  Ready to go off the record,

10    Justin?

11              MR. LEVINE:  I think we are.

12              MS. BINA:  All right.

13              (Confidential testimony concludes.)

14              (Deposition concluded at 4:27 p.m.)

15              (Signature reserved.)

16

17

18

19

20

21

22

23

24

25

Jason Shirk Vol Confidential
March 23, 2020                           167

1                        DEPOSITION ERRATA SHEET

2

3     Deposition of:      JASON SHIRK
      Date:               March 23, 2020
4     Case:               APPLE v. CORELLIUM
      Cause No.:          9:19-cv-81160-RS
5     Our Reference No.:  899275

6

7     Page No. _____ Line No. _____ Change to: _____

8     _____

9     Reason for change: _____

10    Page No. _____ Line No. _____ Change to: _____

11    _____

12    Reason for change: _____

13    Page No. _____ Line No. _____ Change to: _____

14    _____

15    Reason for change: _____

16    Page No. _____ Line No. _____ Change to: _____

17    _____

18    Reason for change: _____

19    Page No. _____ Line No. _____ Change to: _____

20    _____

21    Reason for change: _____

22

23
      SIGNATURE:_____ DATE:_____
24
               JASON SHIRK
25

DECLARATION UNDER PENALTY OF PERJURY


Deposition of:        JASON SHIRK
Date:                 March 23, 2020
Case:                 APPLE v. CORELLIUM
Cause No.:            9:19-cv-81160-RS
Our Reference No.:  899275



            I, JASON SHIRK, declare under penalty of perjury

that I have read the entire transcript of my deposition

taken in the above-captioned matter or the same has been

read to me, and the same is true and accurate, save and

except for changes and/or corrections, if any, as indicated

by me on the DEPOSITION ERRATA SHEET hereof, with the

understanding that I offer these changes as if still under

oath.


            Signed on the _____ day of _____, 20_____,


                              _____

                              JASON SHIRK

Jason Shirk Vol Confidential
March 23, 2020                                      169

1    JASON SHIRK; March 23, 2020; No. 899275

2                          CERTIFICATE

3    STATE OF WASHINGTON )
                         )    ss.
4    COUNTY OF KING      )

5        I, Allison C. O'Brien, the undersigned Washington

6    Certified Court Reporter, pursuant to RCW 5.28.010

7    authorized to administer oaths and affirmations in and for

8    the State of Washington, do hereby certify:

9        That the foregoing deposition was taken before me at

10   the time and place therein set forth; that the witness was

11   by me first duly sworn to testify the truth, the whole truth

12   and nothing but the truth; that the testimony of the witness

13   and all objections made at the time of the examination were

14   recorded stenographically by me and thereafter transcribed

15   under my direction; that a review of the transcript by the

16   deponent was requested; and that the foregoing transcript is

17   a true record of the testimony given by the witness and of

18   all objections made at the time of the examination, to the

19   best of my ability.

20       I further certify that I am not a relative or employee

21   or attorney or counsel of any of the parties, nor am I

22   financially interested in the outcome of the case.

23           Signed and sealed March 31, 2020.

24   _____
             Allison C. O'Brien
25           Reporting License No. 2163

Jason Shirk Vol Confidential
March 23, 2020                                  170

Date:                   March 31, 2020

To:                     Jessica Stebbins Bina
                        Latham & Watkins
                        10250 Constellation Blvd., Suite 1100
                        Los Angeles, California 90067


Deposition of:          JASON SHIRK
Date:                   March 23, 2020
Case:                   APPLE v. CORELLIUM
Cause No.:              9:19-cv-81160-RS
Our Reference No.:      899275


The above-referenced transcript must be read and the
Deposition Errata Sheet signed within 30 days of this notice
or before the trial date.  If the Deposition Errata Sheet is
not signed within that time period, signature will be deemed
waived for all purposes.

Please contact the witness and arrange a convenient time and
place for reading and signing.

After the Deposition Errata Sheet is signed, please mail the
signed original correction sheet to:


      U.S. Legal Support
      1200 Sixth Avenue, Suite 610
      Seattle, WA 98101


Reporter: Allison O'Brien, CCR
          License No. 2163


cc: Justin Levine

```
Date:            March 31, 2020

To:              Justin Levine
                 Cole, Scott & Kissane
                 222 Lakeview Avenue, Suite 120
                 West Palm Beach, Florida 33401

Case:            APPLE v. CORELLIUM
Cause No.:       9:19-cv-81160-RS


YOU ARE HEREBY NOTIFIED that the following original
transcript has been sealed and served upon you for filing:

Deposition of: JASON SHIRK

Taken:           March 23, 2020

Signature:       Waived        __

                 Reserved    X
                 The original signature page and changes, if
                 any, received by this office will be
                 forwarded to all counsel and may be filed
                 separately at the time of trial.

                 Do not open the sealed transcript.
```

cc: Jessica Stebbins Bina