# EXHIBIT 21 PLACEHOLDER