# EXHIBIT 22 PLACEHOLDER