# EXHIBIT 25
# PLACEHOLDER