# DEX 28

From: **Jon Andrews** jon.andrews@apple.com
Subject: Re: Intros
Date: May 29, 2018 at 12:27 PM
To: Chris Wade chris@corellium.com



Chris

I've been thinking about Corellium for some time and now have a good idea of how your team could have a big impact and build on the core technology. There's a short term need but also some key functions we can enhance and build in the future. It was important that I got a good vision so your team would have a mission to get behind.

Are you free at 9am PST on Wednesday for a quick chat? We can go over more of the details. I'd also like to hear a little more from you about the team.

We can also outline an agenda for your team coming onsite.

Jon

Sent from my iPhone

> On May 29, 2018, at 09:47, Steve Smith <srsmith@apple.com> wrote:
>
> Chris,
>
> Great talking to you last week and hope you had a good weekend. Wanted to introduce you over email to Jon Andrews, one of the leaders of our SW team under Craig. I believe that Jon is out today but back tomorrow and should be free in the morning to talk.
>
> I'll let you two take it from here.
>
> Steve

Correllium-001144