# EXHIBIT 33 PLACEHOLDER

# EXHIBIT 33 PLACEHOLDER