UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,
    Defendant.

_____/

**DECLARATION FO DAVID L. HECHT IN SUPPORT OF DEFENDANT CORELLIUM, LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE CERTAIN OPINIONS AND CORRESPONDING TESTIMONY OF JAMES OLIVIER**

I, David L. Hecht, am an attorney admitted *pro hac vice* and am counsel for Defendant Corellium, LLC. I have personal knowledge of the facts contained herein, and could competently testify to these facts if called as a witness.

1. Attached as Exhibit 1 is a true and correct copy of excerpted portions of the transcript of the deposition of Chris Wade taken in this matter.

2. Attached as Exhibit 2 is a true and correct copy of excerpted portions of the transcript of the deposition of Dr. James Olivier taken in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 26, 2020                                    /s/ *David L. Hecht*
                                                               David L. Hecht

2

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on May 26, 2020, a true and correct copy of the foregoing has been transmitted by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

| | |
|---|---|
| Dated: May 26, 2020 | /s/ Justin B. Levine |
| | Justin B. Levine |