## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

                Plaintiff,

  v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S INDEX OF EXHIBITS IN SUPPORT OF ITS OPPOSITION TO DEFENDANT CORELLIUM LLC'S MOTION FOR SUMMARY JUDGMENT**

## INDEX OF EXHIBITS

| PEX # | Title | Bates | Date | Short Cite |
|---|---|---|---|---|
| **Apple's Declarations** | | | | |
| 84 | Declaration of Ivan Krstić, Head of Security Engineering and Architecture at Apple Inc. | | 5/26/2020 | Krstić Decl. |
| 85 | Supplemental Declaration of Lee Peterson, Manager of the Build Engineering Project Managers at Apple Inc. | | 5/26/2020 | Peterson Supp. Decl. |
| 86 | Supplemental Declaration of Dr. Jason Nieh | | 5/26/2020 | Nieh Supp. Decl. |
| **Apple Discovery Responses** | | | | |
| 87 | Apple Inc.'s Verified Second Amended Responses and Objections to Corellium, LLC's Second Set of Interrogatories | | 4/6/2020 | Apple Resp. No. |
| 88 | Verified Response of Matthew Firlik | | 5/4/2020 | ▇ Resp. |
| **Apple Documents** | | | | |
| 89 | Apple Platform Security Fall 2019 | APL-CORELLIUM_00039722-APL-CORELLIUM_00039878 | 2019 | Apple Platform Security |
| 90 | iMessage between Ivan Krstic and Chris Wade | APL-CORELLIUM_00018507-APL-CORELLIUM_00018509 | 8/2/2018 | |
| **Apple Expert Reports** | | | | |
| 91 | Corrected Rebuttal Expert Report of Dr. Jason Nieh (Excerpts) | | 4/20/2020 | Nieh Cor. Rebuttal Rpt. |
| 92 | Supplemental Expert Report of Dr. Jason Nieh (Excerpts) | | 5/1/2020 | Nieh Supp. Rpt. |
| **Apple Transcripts** | | | | |
| 93 | Matthew Firlik Deposition Transcript (Excerpts) | | 4/16/2020 | Firlik Tr |
| **Corellium Transcripts** | | | | |
| 94 | James Olivier, Ph.D. Deposition Transcript (Excerpts) | | 4/24/2020 | Olivier Tr. |
| **Third Party Transcripts** | | | | |
| 95 | Azimuth Security, LLC Deposition Transcript (Excerpts) | | 4/21/2020 | Azimuth Tr. |

| PEX # | Title | Bates | Date | Short Cite |
|---|---|---|---|---|
| 96 | Lorenzo Franceschi-Bicchierai, iPhone Emulation Company Sued by Apple Says It's Making iPhones Safer | APL-CORELLIUM_00045831-APL-CORELLIUM_00045847 | 10/29/2019 | |
| **Corellium Discovery Responses** | | | | |
| 97 | Corellium's Reponses to Apple's Fourth Set of Requests for Admission (Excerpts) | | 4/20/2020 | RFA No. 149 |
| **Corellium Expert Reports** | | | | |
| 98 | Expert Report and Declaration of Alexander Stamos (Excerpts) | | 3/3/2020 | Stamos Rpt. |
| 99 | Rebuttal Expert Report and Declaration of Alexander Stamos (Excerpts) | | 4/13/2020 | Stamos Rebuttal Rpt. |
| **Corellium Precursors** | | | | |
| 100 | Chris Wade Deposition Exhibit 3 - iEmu: an open-source iOS device emulator Kickstarter | | 4/13/2020 | iEmu Kickstarter |
| 101 | Chris Wade Deposition Exhibit 4 - Tweet | | 4/13/2020 | iEmu Tweet |
| **iOS Version Support** | | | | |
| 102 | Email from Chris Wade to David Wang ▮▮▮ | Corellium-017716 | 8/17/2017 | |
| 103 | Tweet from @CorelliumHQ | APL-CORELLIUM_00045653-APL-CORELLIUM_00045680 | 1/10/2018 | iOS 9.0 Tweet |
| 104 | Email from Amanda Gorton to Chris Wade re ▮▮▮ | Corellium-017164 | 2/2/2018 | |
| 105 | Email from Amanda Gorton re Corellium Questions | Corellium-008722.000001-Corellium-008722.000002 | 3/8/2019 | ▮▮▮ Email |
| 106 | Email to sales@corellium.com re Queries regarding CORSEC on Premise | Corellium-011119.000001-Corellium-011119.000010 | 3/18/2019 | ▮▮▮ Email |
| 107 | Exhibit 16 to Wade Deposition | | 4/13/2020 | CAP Demonstrative |
| **SEP Support** | | | | |
| 108 | Email from Amanda Gorton to ▮▮▮ | Corellium-015495 | 11/13/2018 | |

3

| PEX # | Title | Bates | Date | Short Cite |
|---|---|---|---|---|
| 109 | Email from Amanda Gorton to ▮ | Correllium-015497 | 11/16/2018 | |
| 110 | Email from Amanda Gorton to ▮ | Correllium-015519 | 1/11/2019 | |
| 111 | Corellium Release Notes: Version 1.3.2 | Correllium-028490 | 2/13/2019 | |
| **Sales Materials** | | | | |
| 112 | Storyboard: Cloud – Sales Flow – From Inquiry to Trial to Checkout | Correllium-026345-Correllium-026346 | 11/18/2019 | |
| **PR Emails** | | | | |
| 113 | Corellium Key Messages | Correllium-012284.000001-Correllium-012284.000003 | | PR Talking Points |
| 114 | Email from Steve Dyer ▮ | Correllium-013931 | 11/6/2019 | |
| 115 | Email from Steve Dyer ▮ | Correllium-013932 | 11/6/2019 | |
| 116 | Email from Steve Dyer ▮ | Correllium-013933 | 11/6/2019 | |
| 117 | Email from Steve Dyer ▮ | Correllium-013934 | 11/6/2019 | |
| 118 | Email from Steve Dyer ▮ | Correllium-013936.000001-Correllium-013936.000003 | 11/7/2019 | |
| 119 | Email from Steve Dyer ▮ | Correllium-013938.000001-Correllium-013938.000003 | 11/6/2019 | |
| **Agreements between Corellium and Customers** | | | | |
| 120 | Software License Distribution Agreement Between Corellium and Azimuth Security | Correllium-004772.000001-Correllium-004772.000020 | 7/30/2018 | Azimuth Reseller |

| PEX # | Title | Bates | Date | Short Cite |
|---|---|---|---|---|
| 121 | Non-Parties L3Harris Technologies, Inc.'s and Azimuth Security, LLC's Notice of Disclosure | | 4/2/2020 | Reseller Disclosure |
| 122 | Corellium Purchase and License Agreement | Corellium-014308.000001-Corellium-014308.000026 | 5/29/2019 | ■ |
| | **Corellium Licensees** | | | |
| 123 | Email from Corellium Support re Your Invitation to Corellium | Corellium-014152 | 3/26/2019 | ■ |
| 124 | Email from Corellium Support re Your Information to Corellium | Corellium-014189 | 5/1/2019 | ■ |
| 125 | Email from Corellium Sales re: Regarding purchase of Corellium platform | Corellium-011344.000001-Corellium-011344.000005 | 1/29/2019 | ■ |
| 126 | Email to Steve Dyer re: Corellium | Corellium-007170.000001-Corellium-007170.000005 | 11/4/2019 | ■ |
| 127 | Email from Steve Dyer re: Corellium Demo | Corellium-013521.000001-Corellium-013521.000014 | 8/14/2019 | ■ |
| 128 | Email from Steve Dyer re: Corellium Demo | Corellium-013779.000001-Corellium-013779.000019 | 10/2/2019 | ■ |
| 129 | Email from Steve Dyer re: Interest in Mobile Device Virtualization | Corellium-013809 | 10/9/2019 | ■ |
| 130 | Excerpt of Corellium Profit and Loss Detail March 6, 2019 - April 20, 2020 | Corellium-030133 | 3/6/2019 – 4/20/2020 | ■ |
| 131 | Email from Corellium Support to Chris Wade re: Questions on Corellium Features | Corellium-010383 | 7/19/2019 | ■ |
| 132 | Email from Amanda Gorton re Some Ideas | Corellium-008944 | 4/11/2019 | ■ |
| | | ■ | | |
| 133 | Tweet Chris Wade @CorelliumHQ | Corellium-015318 | 1/7/2019 | |
| 134 | ■ | Corellium-007329 | 7/20/2017 | |
| 135 | ■ | Corellium-007330 | 10/13/2017 | |
| 136 | ■ | Corellium-004783.000001-Corellium-004783.000014 | 10/15/2017 | ■ |

| PEX # | Title | Bates | Date | Short Cite |
|---|---|---|---|---|
| 137 | ■■■ | Correllium-008023 | 10/3/2018 | |
| 138 | ■■■ | Correllium-008024 | 10/3/2018 | |
| | **Prior Exhibit Supplements** | | | |
| 139 | Chris Wade Deposition Transcript (Supplemental Excerpts to PEX 50) | | 4/13/2020 | Wade Tr. |
| 140 | Corellium's Fifth Amended Answers to Apple's First Set of Interrogatories (Supplemental Excerpts to PEX 44) | | 4/18/2020 | Resp. No. |

<table>
<tr><td>

Dated: May 26, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540–1235 / (714) 755–8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637–2200 / (202) 637–2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel*
*joe.wetzel@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391–0600 / (415) 395–8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653–5500 / (424) 653–5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463–2628 / (650) 463–2600 Fax

*Admitted pro hac vice

</td><td>

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347–4040 / (305) 347–4050 Fax

Emily L. Pincow
Florida Bar No. 1010370
*epincow@lashgoldberg.com*
*gizquierdo@lashgoldberg.com*
LASH & GOLDBERG LLP
Weston Corporate Center I
2500 Weston Road, Suite 220
Weston, FL 33331
(954) 859–5180 / (954) 384–2510 Fax

</td></tr>
</table>

*Attorneys for Plaintiff* APPLE INC.

16