# Plaintiff Exhibit 84
# Filed Under Seal