# Plaintiff Exhibit 85

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

          Plaintiff,

v.

CORELLIUM, LLC,

          Defendant.

**DECLARATION OF LEE PETERSON**
**IN SUPPORT OF PLAINTIFF APPLE INC.'S RESPONSE**
**TO DEFENDANT CORELLIUM, LLC'S STATEMENT OF MATERIAL FACTS**
**IN SUPPORT OF CORELLIUM'S MOTION FOR SUMMARY JUDGMENT**

1. My name is Lee Peterson. I am over the age of 18. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am the Manager of the Build Engineering Project Managers team at Apple Inc.

3. I previously filed a separate Declaration in support of Apple's Statement of Facts and Motion for Partial Summary Judgment. ECF No. 455-2. My statements in that Declaration remain true and correct and I incorporate them by reference in this Declaration.

4. I am familiar with the various tools Apple uses in order to track the various code and other files that form the basis for the content that is bundled into the IPSW files that contain

iOS.

5. As I previously stated, Apple continuously improves upon and releases new versions of iOS. ECF No. 455-2 at ¶ 6. While each released version of iOS contains new and unique features and improvements, Apple does not recreate each version of iOS from scratch. Each version of iOS is built on the last. Some content can persist in iOS for a long time, which also applies to the source code that is the basis for that content. The first version of iOS was released and registered with the U.S. Copyright Office in 2007.

6. For each new version of iOS, Apple prepares a short summary of the primary changes, upgrades, and new features added to that version of iOS. Apple provides these summaries on webpages titled "About iOS Updates," which contains summaries for released versions of iOS under each major version of iOS. For example, the "About iOS 12 Updates" page contains summaries of the major changes for each version of iOS between iOS 12.0 and iOS 12.4.6. These webpages are publicly accessible at https://support.apple.com/en_US/downloads/ios.

7. New features and functionality are consistently added to various aspects of iOS. Many of these new features and functional improvements are user-visible. Many other improvements and features are often added to parts of iOS that are not visible to the typical user. For example, Apple may implement changes and improvements to the processes managing the execution of applications and utilization of device resources, including the iOS kernel. Apple may also improve the parts of iOS that interface with the physical components of the iOS device, including various internal sensors, and the components that enable users to "restore" or "update" iOS on their devices.

8. I previously identified certain source code files containing code relating to new features, improvements, and changes for each copyrighted version of iOS at issue in this case.

2

I further identified the programs or files in the iOS root file system image that those source code files were compiled into. A summary of those files is provided in Exhibit A to this declaration.

9. Just as with new features and functionality, the Graphical User Interface ("GUI") elements contained in each version of iOS build on the last. While icons and wallpapers included by default in iOS may change slightly from version to version, most versions of iOS build on the GUI elements contained in the prior version of iOS. Typically, each major version of iOS (e.g., 10.0, 11.0, 12.0) contains at least one new default wallpaper option, although some wallpapers from previous versions of iOS typically also persist as options.

10. For example, iOS 9.0 was the first version of iOS to ship with the following 2-D artwork as a wallpaper option:



11. As another example, iOS 10.0 was the first version of iOS to ship with the following 2-D artwork as a wallpaper option:



12. As I previously stated, Apple bundles all components of each version of iOS together into "iPod/iPhone Software" files known as "IPSW files."  ECF No. 455-2 at ¶ 8.

13. Apple's "Clang" compiler is an open source compiler for certain programming languages, including C and C++.  A compiler takes source code and translates it into machine-readable instructions.  Clang is not part of iOS and not part of the content that is included in IPSW files.

14. Apple's "Swift" language is a programming language that is designed for building apps for iOS and other Apple platforms.  Apple has released open source Swift libraries, tools, and

5

other resources to aid developers in building applications in the Swift language. While certain applications in iOS are written in Swift, the open source language Swift itself is not part of iOS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2020
in _____San Jose_____, CA               Lee Peterson

# EXHIBIT A

Apple Attorneys' Eyes Only Information

