# Plaintiff Exhibit 86

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**DECLARATION OF JASON NIEH IN SUPPORT OF
PLAINTIFF APPLE INC.'S RESPONSE AND OPPOSITION TO
DEFENDANT CORELLIUM, LLC'S STATEMENT OF MATERIAL FACTS
IN SUPPORT OF CORELLIUM'S MOTION FOR SUMMARY JUDGMENT**

1. My name is Jason Nieh. I am over the age of 21. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I have previously stated my qualifications in a filing before this Court. ECF No. 233-1 at ¶¶ 2–8; *see* ECF No. 233-2 (*curriculum vitae*). Those statements remain an accurate summary of my qualifications.

3. I have prepared three reports in connection with this matter. I prepared an opening report, served March 3, 2020; a rebuttal report, served April 13, 2020 (corrected April 20, 2020); and a supplemental report, served May 1, 2020. The full bases for my opinions are contained in

1

those reports. This declaration serves as a high-level summary of some of my opinions expressed in those reports.

4. I previously filed a separate Declaration in support of Apple's Statement of Facts and Motion for Partial Summary Judgment. ECF No. 455-3. My statements in that Declaration remain true and I incorporate them by reference in this Declaration.

**The Corellium Apple Product**

5. As previously explained in my prior declaration, the Corellium Apple Product provides the ability to virtualize a variety of Apple devices that run iOS by using Apple's IPSW files. ECF No. 455-3 at ¶¶ 15, 18. An IPSW file contains a copy of a particular version of iOS tailored to a particular Apple hardware device, and it includes all files necessary to install and run iOS, including the graphical user interface elements. ECF No. 455-3 at ¶ 6.

6. Corellium sells a "cloud" version of the Corellium Apple Product, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. Corellium also sells an "on-premises" version of the Corellium Apple Product, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

**The Corellium Apple Product's Evasion of Apple's Technical Control Measures**

7. As previously explained in my prior declaration, the Corellium Apple Product evades various Technical Control Measures ("TCMs") implemented by Apple which ordinarily operate to prevent iOS from operating on non-Apple hardware. ECF No. 455-3 at ¶¶ 15–27.

8. As previously explained in my prior declaration, when iOS is ordinarily installed on an Apple device, the device sends data about the version of iOS to be installed and the device itself

to an Apple authorization server.  ECF No. 455-3 at ¶¶ 9.  If the authorization server can confirm the authenticity of the device, the server returns a cryptographically signed reply back to the device, known as the "AP ticket."  ECF No. 455-3 at ¶¶ 9.  The AP ticket authorizes installation of a specific iOS version on a specific device, and it is saved to the device and checked when the device tries to run iOS.  ECF No. 455-3 at ¶¶ 9.

9. As previously explained in my prior declaration, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.  ECF No. 455-3 at ¶ 21.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  In an authorized Apple device, the ECID is a number baked into the device's chip during manufacturing and cannot be changed, and the authorization server uses the ECID to personalize the AP ticket for that particular device.  Ordinarily, as part of the installation of iOS, the device's ECID must match the signed AP Ticket from the authorization server.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ the Corellium Apple Product ▮▮▮▮▮▮▮ bypasses this matching process as well.

**Summary of Acts of Copying, Modification, Distribution, and Display**

10. The Corellium Apple Product and Corellium itself copies, modifies, displays, and distributes iOS in a number of different ways.  Below, I summarize some of these acts.  This declaration does not contain an exhaustive list of, or explanation about, every single act of copying, modification, display, or distribution.  Additional detail about these acts, and descriptions of additional acts, are contained in my reports.

11. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████████████████████████

12. ██████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
█

13. ██████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████

14. ██████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

15. ██████████████████████████████████████████████

4

5

█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
██████████████████

16. ████████████████████████████████
█████████████████████████████████████
████████████████████████████████

17. ████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
██████████████████████████

18. ████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
████████████████████████████████████

19. ████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████

20. ███

21. ███

22. ███

**Specific Aspects of iOS Copied by the Corellium Apple Product**

23. As previously explained in my prior declaration, I have reviewed the various materials Apple deposited with the Copyright Office in connection with the copyrighted versions of iOS in this matter. ECF No. 455-3 at ¶ 4. I have also reviewed summaries of new features in each version of iOS asserted, and source code associated with certain new features. *Id.* Based on my experience and my review of those materials, each version of iOS contains original, creative features and code developed by Apple. *Id.*

24. I have identified iOS files and folders copied by Corellium that represent the new and creative features in each version of iOS. For example:

- **iOS 9.0:** █████████████████████████████
  
  █████████████████████████████
  
  █████████████████████████████
  
  █████████████████████████████
  
  █████████████████████████████
  
  █████████████████

- **iOS 9.1:** ████████████████████████
  
  █████████████████████████████
  
  ████████████

- **iOS 10.0:** ████████████████████████
  
  █████████████████████████████
  
  █████████████████████████████
  
  █████████████████████████████

7

▮▮▮▮▮▮▮

- iOS 11.0: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- iOS 11.0.1: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- iOS 11.2: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- iOS 11.2.5: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- iOS 11.3: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8

- **iOS 11.4:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

- **iOS 12.0:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

- **iOS 12.1.1:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

- **iOS 12.2:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

9



25. The Corellium Apple Product is thus a tool that requires the copying, modification, distribution, and display iOS in order to for Corellium to provide its users with access to a functional version of iOS operating on non-Apple hardware and access to aspects of iOS that are not ordinarily available to the public.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2020
in New York, NY

Jason Nieh