# Plaintiff Exhibit 88

**YELLOW = CONFIDENTIAL PER PROTECTIVE ORDER**
Red Underlined Material: CONFIDENTIAL – ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**APPLE INC.'S VERIFIED RESPONSE
PURSUANT TO THE COURT'S APRIL 27, 2020 ORDER**

Pursuant to the Court's April 27, 2020 Order, ECF No. 379, Plaintiff Apple Inc. ("Apple") hereby provides its response "in writing in a format similar to an interrogatory answer under oath" regarding ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Response:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The BuddyBuild acquisition was announced on BuddyBuild's website on January 2, 2018.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Response:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**YELLOW = CONFIDENTIAL PER PROTECTIVE ORDER**
**Red Underlined Material: CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**YELLOW = CONFIDENTIAL PER PROTECTIVE ORDER**
**Red Underlined Material: CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**YELLOW = CONFIDENTIAL PER PROTECTIVE ORDER**
**Red Underlined Material: CONFIDENTIAL – ATTORNEYS' EYES ONLY**

iOS Simulator would be competitive with the Corellium Apple Product for the same reasons that Apple has already articulated when it described Xcode and the iOS Simulator in its response to Corellium's Interrogatory No. 18.

**YELLOW = CONFIDENTIAL PER PROTECTIVE ORDER**
**Red Underlined Material: CONFIDENTIAL – ATTORNEYS' EYES ONLY**

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████. The Corellium Apple Product virtualizes Apple devices, and Corellium markets the Corellium Apple Product's ability to allow users to test applications on those virtual devices. ████████████████████████████████████████████████

████████ Corellium likewise markets the Corellium Apple Product as a product security researchers can use to find bugs in iOS.

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

4

**YELLOW = CONFIDENTIAL PER PROTECTIVE ORDER**
**Red Underlined Material: CONFIDENTIAL – ATTORNEYS' EYES ONLY**



5

Dated: May 2, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel*
*joe.wetzel@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
gabe.gross@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar No. 1010370
*epincow@lashgoldberg.com*
*gizquierdo@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL  33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

## **VERIFICATION**

I, Donald Matthew Firlik, an employee and authorized representative for Apple Inc., declare under penalty of perjury under the laws of the United States of America that the response in Apple Inc.'s Verified Response Pursuant to the Court's April 27, 2020 Order dated May  2 , 2020, is true and correct to the best of Apple Inc.'s knowledge.

Executed on May  2 , 2020 in Cupertino, CA.

_____
Donald Matthew Firlik
On behalf of Apple Inc.

## CERTIFICATE OF SERVICE

I, Elana Nightingale Dawson, do hereby certify that on May 4, 2020, I caused a copy of the foregoing Apple Inc.'s Verified Response Pursuant to the Court's April 27, 2020 Order to be served via email upon:

| | |
|---|---|
| S. Jonathan Vine<br>Justin B. Levine<br>Lizza C. Constantine<br>Michael Alexander Boehringer<br>COLE, SCOTT & KISSANE, P.A.<br>Esperante Building<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, Florida 33401<br>jonathan.vine@csklegal.com<br>justin.levine@csklegal.com<br>lizza.constantine@csklegal.com<br>michael.boehringer@csklegal.com | David L. Hecht<br>Maxim Price<br>Minyao Wang<br>Conor B. McDonough<br>HECHT PARTNERS LLP<br>20 West 23rd St. Fifth Floor<br>New York, NY 10010<br>dhecht@hechtparntersllp.com<br>mprice@hechtpartnersllp.com<br>mwang@hechtpartnersllp.com<br>cmcdonough@hechtpartners.com |

*s/ Elana Nightingale Dawson*
Elana Nightingale Dawson
