# Plaintiff Exhibit 90

# Filed Under Seal