# Plaintiff Exhibit 91

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**CORRECTED REBUTTAL EXPERT REPORT OF DR. JASON NIEH**

**APRIL 13, 2020, CORRECTED APRIL 20, 2020**

**CONTAINS CORELLIUM ATTORNEYS' EYES ONLY MATERIAL**

**CONTAINS APPLE ATTORNEYS' EYES ONLY MATERIAL**

**CONTAINS APPLE CONFIDENTIAL MATERIAL**

## IV. RELEVANT LEGAL PRINCIPLES

9. I provided certain legal standards in my Opening Report, which I incorporate by reference herein. Apple's counsel has provided me with these legal principles, and I have endeavored to apply them to my analysis to the best of my knowledge and understanding. I have not been asked to provide any opinions on the law or legal conclusions.

## V. DR. OLIVIER'S DESCRIPTION OF IOS AND THE CORELLIUM APPLE PRODUCTS

10. As I stated in my opening report, the term "iOS" encompasses Apple's entire OS, or operating system, environment for mobile devices such as iPhones, iPads, and iPod Touch devices, including the processes managing the execution of applications and utilization of device resources, the firmware acting as an intermediary between the software and underlying hardware, low-level drivers, high-level code tailored to a particular hardware device (e.g., the user interface code for facial recognition in certain devices), the underlying root file system, and standard applications that come preinstalled in the environment.

### A. Dr. Olivier's Observation that iOS Includes Some Open Source Components Has No Impact on Apple's Copyrighted Creative Works

11. Dr. Olivier contends that parts of the kernel on which iOS was built may be open source.[3] However, iOS as a whole is not open source, and Dr. Olivier does not claim otherwise. Indeed, Dr. Olivier himself acknowledges that "the main parts of the iOS operating system are closed and information on it is not publicly available."[4] And nowhere in his report has he argued that Corellium uses (i.e., copies, modified, or displays) *only* any purported open source portions

---

[3] *Id.* at ¶¶ 33–36.

[4] *See id.* at ¶ 35 (quoting Andreas Kurtz, et al., *DiOS: Dynamic Privacy Analysis of iOS Applications*, Friedrich-Alexander-Universität Erlangen-Nürnberg, Dept. of Computer Science, Technical Reports, CS-2014-03, 5 (2014)).

4

of Apple's iOS. Further, one of Corellium's co-founders testified that, even though Corellium's own product also includes certain open source components, it claims copyright over the portions of its code that it wrote.[5]

12. Thus, the entire section of Dr. Olivier's report related to certain open source components of iOS (Olivier Rpt. ¶¶ 33–36) has nothing at all to do with what I understand to be the central issues in this matter: whether Corellium unlawfully copied, modified, or displayed portions of Apple's copyrighted works, and whether it trafficked in a tool to circumvent technological protection measures that protect those works from unauthorized access and acts of infringement. In any event, to explain why Dr. Olivier's observation is of no consequence, I describe in this report the nature of the original and non-open-source components of iOS, which I understand to be the subject of Apple's registered copyrights.

13. As detailed in my opening report, Apple built iOS on top of the iOS kernel, adding features and components that are indisputably creative and protected. And when viewed as a whole, the originality and innovation in iOS includes the overall OS environment (including the user interface, wall papers, icons, etc.), the libraries on top of the kernel, and the applications and other software installed with iOS. These are the types of features that I described in my opening report.[6]

14. Dr. Olivier asserts that the bottom Core OS layer of iOS "contains the kernel which is based on Mach."[7] Dr. Olivier does not, however, explain how this might be pertinent to his

---

[5] [redacted]

[6] *See* Nieh Rpt. at § VIII.A.

[7] Olivier Rpt. at ¶ 33.

opinions or whether the Corellium Apple Products infringe. Regardless, as Dr. Olivier acknowledges, Mach only provides "such basic services and abstractions as *threads, tasks, ports, IPC, scheduling, physical and virtual address space management, VM, and timers*."[8] These low-level services and abstractions are only part of one of several layers of software used by iOS. Moreover, the Mach project ended in 1994.[9] Even assuming Dr. Olivier is correct that the iOS kernel is the same OS X kernel based on Mach, I understand that Apple has improved the Core OS layer, including with respect to threads, tasks, ports, IPC, scheduling, physical and virtual address space management, VM, and timers, and that these improvements cannot be attributed to Carnegie Mellon or the open source community.[10] And those improvements to the Core OS layer would be just one part of the overall code that Corellium copies and has made widespread use of, including by copying and modifying it for purposes of making "virtualized" iPhones and other iOS devices through the Corellium Apple Product.[11]

15. Similarly, Dr. Olivier's assertion that a "BSD" component of the OS X core was developed and distributed by University of California, Berkeley and that "Darwin is an Open

---

[8] *Id.* (quoting Apple's glossary at https://developer.apple.com/library/archive/documentation/Darwin/Conceptual/KernelProgramming/Glossary/Glossary.html#//apple_ref/doc/uid/TP30000905-CH224-TPXREF1") (emphasis added).

[9] MRThompson@lbl.gov, *The Mach Project Home Page*, https://www.cs.cmu.edu/afs/cs/project/mach/public/www/mach.html ("Project Mach was an operating systems research project of the Carnegie Mellon University School of Computer Science from 1985 to 1994.")

[10] *See, e.g.*, Apple Inc., *Mach Overview*, Kernel Programming Guide, https://developer.apple.com/library/archive/documentation/Darwin/Conceptual/KernelProgramming/Mach/Mach.html#//apple_ref/doc/uid/TP30000905-CH209-TPXREF104 ("The fundamental services and primitives of the OS X kernel are based on Mach 3.0. Apple has modified and extended Mach to better meet OS X functional and performance goals.").

[11] *See, e.g.*, Nieh Rpt. at § X.A; ███████████████████████

6

Source project that includes the Darwin kernel, the BSD commands and C libraries, and several additional features," has nothing to do with Apple's registered copyrights in this case.[12]  For example, Darwin (which includes BSD) does not include Apple's proprietary and closed-source graphics, application frameworks, and application services layers, such as Quartz, QuickTime, Cocoa, Carbon, OpenGL, AppKit, Swift, MetalKit, HomeKit, etc.[13]  These are the layers on which the creative features described in my opening report were developed, and these are examples of the proprietary elements of iOS Corellium has copied and modified.

16.   Dr. Olivier also asserts that the iOS kernel, which is used in iPhones like the ones that Corellium virtualizes, is "derived from" the OS X kernel, which is used in macOS and Mac computers.[14]  Again, it is entirely unclear how this observation—even if correct—impacts Dr. Olivier's opinions in this case regarding Corellium's unauthorized copying, modification, and display of Apple's iOS and certain icons and other graphic elements used in iPhones.  OS X is an operating system that is used on Macs and is not at issue in this case.  In any event, the iOS kernel and OS X kernel are quite distinct.

---

[12] *See* Olivier Rpt. at ¶ 34 (quoting Apple's glossary at Apple Inc., *Glossary*, Kernel Programming Guide, https://developer.apple.com/library/archive/documentation/Darwin/Conceptual/KernelProgramming/Glossary/Glossary.html#//apple_ref/doc/uid/TP30000905-CH224-TPXREF1).

[13] *See, e.g.*, Apple Inc., *Kernel Architecture Overview*, Kernel Programming Guide, https://developer.apple.com/library/archive/documentation/Darwin/Conceptual/KernelProgramming/Architecture/Architecture.html#//apple_ref/doc/uid/TP30000905-CH1g-CACDAEDC; Apple Inc., *Apple Developer Documentation,* https://developer.apple.com/documentation/; Apple Inc., *BSD Overview*, Kernel Programming Guide, https://developer.apple.com/library/archive/documentation/Darwin/Conceptual/KernelProgramming/BSD/BSD.html#//apple_ref/doc/uid/TP30000905-CH214-TPXREF103.

[14] Olivier Rpt. at ¶¶ 33–36.

17.     As I explained in my opening report, an operating system serves as "an intermediary between the applications that a user interacts with and the underlying hardware, including the processor, memory, and input/output (I/O) devices such as displays or keyboards."[15] macOS computers use different processors, memory, I/O devices, and other hardware than iOS devices like iPhones and iPads.. These different hardware components use different firmware, instruction sets, and device drivers. Thus, the iOS kernel is separate from the OS X kernel. Although the iOS kernel and the OS X kernel may have some things in common, like using the same library calls to perform the same functions (through the use of, for example, an abstraction layer), those library calls ultimately execute different instructions to perform those functions. Moreover, as shown in the figure[16] below, the open source Darwin kernel (indicated in the box labeled "BSD" below) is only a small part of OS X, just as the iOS kernel is only a small part of iOS.

Figure 3-1  OS X architecture

18.     As explained in my opening report, iOS contains original, creative content developed and protected by Apple.[17] Apple has produced a binder of source code printouts containing what I understand to be a subset of source code that implements certain new features

---

[15]  Nieh Rpt. at ¶ 35.

[16]  Apple Inc., *Kernel Architecture Overview*, Kernel Programming Guide, https://developer.apple.com/library/archive/documentation/Darwin/Conceptual/KernelProgramming/Architecture/Architecture.html#//apple_ref/doc/uid/TP30000905-CH1g-CACDAEDC.

[17]  Nieh Rpt. at § VIII.A.

57. Put differently, if the Corellium Apple Product were to "transform" iOS into something else entirely, that would not be virtualization and would not produce virtual iOS machines.[150] And removing the access and copy controls that protect iOS and prevent it from being installed on non-Apple hardware does not transform iOS but rather enables infringement by Corellium and its customers.[151]

58. Dr. Olivier contends that Corellium's use is transformative because "█████████ █████████████████████████████████████████████████████████."[152] I disagree. █████████████████████████████████████████████████████



59. ███████████████████████████████████████████████ ████████████████████████████ First, Corellium uses iOS to create virtual iOS devices that

---

[150] Skowronek Tr. at 51:8–13, 52:1–3.

[151] *See, e.g.*, Nieh Rpt. at ¶ 16.

[152] Olivier Rpt. at ¶ 81.

[153] *See* ████████████████████████████████████████

Corellium itself describes as replacements for Apple iPhones.[154] ███

███

60. ███

███

---

[154] *See, e.g.*, Corellium's Answer, Affirmative Defenses, and Counterclaims to Apple's First Amended Complaint (ECF No. 64) at 3 ("By replacing racks of physical devices with a single virtual platform, Corellium empowers software engineers to test, teach, research, and develop more efficiently and more effectively."); Corellium-008113.000002–03 ("Physical devices ███

[155] Skowronek Tr. at 132:12–17 ███

[156] *Id.* ███ *id.* at 137:8–13 ███ Wang Tr. (Rough) at 115:23–116:8 (███ 205:15–19 (███

[157] Correllium-013351.000005 (███ ███ Correllium-013295.000001 ███ Correllium-011119.000003 ███ ; Correllium-005922.000001–02 ███ Gorton Tr. at 101:25–102:16.



61. Dr. Olivier further contends that



---

[158] *See, e.g.*, The MITRE Corp., *Virtual Smart Phones in the Cloud*, https://svmp.github.io/ (describing advantages of running virtual smartphones in the cloud including: "Run mobile applications without the resource constraints of fitting on a smartphone"; "Keep sensitive data off of easily lost and stolen phones"; and "Segregate different classes of data and workloads into isolated virtual environments (either business apps on a personal phone or personal apps on a business phone)."); Meng Lai, et al., *VSP: A Virtual Smartphone Platform to Enhance the Capability of Physical Smartphone*, 2016 IEEE Trustcom-BigDataSE-ISPA 1434 (2016) ("[A] Virtual Smartphone Platform … offers a new way to enhance the capability of physical smartphone by providing virtual smartphone (VS) deployed in cloud."); Redfinger, https://www.cloudemulator.net/android/ (touting benefits of virtual Android smartphones, including: "No need to pay high price for another physical phone"; and "With one subscription, you can enjoy your own cloud-based android phone on Win PC, iOS devices.").

[159] Olivier Rpt. at ¶ 82.

39

[REDACTED][218] Moreover, as explained in my opening report, the Corellium Apple Product has limited commercially significant purpose or use other than to circumvent Apple's technological protection measures for the purposes of launching an iOS virtual device on Corellium's non-Apple hardware.[219] As also explained in my opening report, Corellium expressly markets its product for use in circumventing technological protection measures.[220]

84. Dr. Olivier suggests that "encryption" is not a technological protection measure that protects iOS from infringement because "Apple does not encrypt the alleged copyrighted iOS object code."[221] But as explained in my opening report, iOS uses encryption of data other than the iOS image itself as a technological protection measure during installation, startup, and normal operation to control access to iOS.[222] For example, the iOS installation process will not permit iOS to be installed on a device unless a valid cryptographic signature is received from Apple's authorization server.[223] Once installed, the iOS startup (boot) process uses cryptographic hashes

---

[217] *Id*. at 172:9–14.
[218] *Id*. at 172:15–18.
[219] *See, e.g.*, Nieh Rpt. at ¶ 446.
[220] *See, e.g.*, Nieh Rpt. at ¶ 447.
[221] Olivier Rpt. at ¶ 99.
[222] Nieh Rpt. at ¶¶ 69–79; *see also* [REDACTED]
[223] Nieh Rpt. at ¶¶ 70–73.

to verify that the iOS software and hardware have not been tampered with.[224] And during normal operation, iOS uses cryptographic signatures to verify the integrity of an application before it can be opened.[225] The fact that the iOS object code itself is not encrypted has no bearing on the these technological protection mechanisms or their access control functionality, which Corellium bypasses in order to create virtualized iOS devices running on non-Apple hardware.

85. Finally, Dr. Olivier asserts that "[i]t is not clear what Apple means by 'hardware checks, and server checks' but these alleged 'checks' are not copy controls, access controls or technology measures such as encryption decryption technology under the normal understanding of these words."[226] As explained in my opening report, however, iOS performs a number of hardware checks and server checks during installation and startup.[227] These checks prevent iOS from being run on unauthorized hardware and thus control access to iOS (e.g., so that it can only be accessed on authorized Apple hardware) and protect it from acts of copying, modification, and public display.[228]

86. Corellium likely possesses additional evidence of its circumvention of Apple's technological protection measures that it has not made available to me, and which I have not yet reviewed. For example, I understand Corellium likely possesses additional marketing evidence that it has not yet produced, including email messages with potential and actual customers and other documents and information that it relays to its potential and actual customers.

---

[224] *Id*. at ¶¶ 69, 74–76.

[225] *Id*. at ¶ 77.

[226] Olivier Rpt. at ¶ 99.

[227] Nieh Rpt. at ¶¶ 69–76.

[228] *See id*. at ¶ 79; *see also* ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Dated: April 20, 2020

_____
Dr. Jason Nieh