# Plaintiff Exhibit 92

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

       Plaintiff,

  v.

CORELLIUM, LLC,

       Defendant.

## SUPPLEMENTAL EXPERT REPORT OF DR. JASON NIEH

## MAY 1, 2020

CONTAINS CORELLIUM ATTORNEYS' EYES ONLY MATERIAL

CONTAINS CORELLIUM CONFIDENTIAL MATERIAL

CONTAINS CORELLIUM SOURCE CODE MATERIAL

CONTAINS APPLE ATTORNEYS' EYES ONLY MATERIAL

CONTAINS APPLE CONFIDENTIAL MATERIAL

CONTAINS AZIMUTH SECURITY ATTORNEYS' EYES ONLY MATERIAL



### 2.    Device Interaction

103.    In my Opening Report, I explained ████████████████████████

███████████████████████████████████████████████████████████████

████████████████████ [411]  Based on my review of new technical information, I confirm that

this is true.

104.    █████████████████████████████████████████

█████████████████████. [412] █████████████████████████

████████████████████████████████████████████ [413] ██

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████



---

[411] *See* Nieh Rpt. at ¶ 233.

[412] *See* Correllium-014520 (██████████████).

[413] *See* Section VI.D.6.

██████████████████████████████████████████████████

████████████████.[414] ██████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████████████████████



105.  ██████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

---

[414] *See* Section VI.E.2, *supra*.



106.

[415] *See, e.g.*, Corellium's Fourth Amended Answers to Apple's First Set of Interrogatories, at 15; Skowronek Tr. at 194:6–195:4;

).

[416] *See* Nieh Rebuttal Rpt. ¶¶ 59–61.

[417] Correllium-014386 at Correllium-014387.

[418] Correllium-014386 at Correllium-014387–88.

- ██████████

████████████████████████████████████████████

████████████████[419].

107.   ████████████████████████████████

████████████████████████████████

████████████████████████████████

███████████████████████████████

████████████████████████████████

██████████████████████████.

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████

████████████████████████████████

██████████████████████████

---

[419] Correllium-014386 at Correllium-014387.

██████████████████████████████████████ ██ [436] to ███████████

████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

████████████ :

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

115.   ██████████████████████████████████████

████████████████████████████████████████

██████████████████████

---

[436] *See* https://www.theiphonewiki.com/wiki/Tigris_15A372_(iPhone10,1)



116. ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████ [437]

---

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████ [441]

**F.**   ████████████████████████

118.   ██████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

████████████████ ."[442]

█████████████████████████████████████████████████

█████████████████████████████████████████████████

███████████████████ .[443] Evidence also suggests that ████████████
█████████████████████████████████████ .[444] As confirmed by ████████████
█████████████████████████████████████████████████

---

[441] Correllium-008031.000001.

[442] Correllium-009106 (████████████); AZI000594 (███████████████████████████████
████████) at 599 ██████████████████████████████████████████
████████████

[443] AZI001062 at 1064 █████████████████████████████████████████
█████████████████████████████████████████████████
████████████████████ Skowronek Tr. at 154:7–11.

[444] *See, e.g.*, AZI001545 (██████████████████████████████████████
███████████████████████████████

██████████████████████████████████████████,[445] and that

████████████████████████████████████████

██████████████[446] ███████████████████████████████

██████████████████████████████████.[447] ██

███████████████████████████████████████████

█████████████████████.[448]

## G.    Testing and Development

I have also learned that Corellium █████████████████████████

████████████████████████████████[449] █████████████████████████

██████████████████████████████████████████████████

████████████"[450] Specifically, ███████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████"[451]

---

[445] *See* █████████████████████

[446] *See id.* at 46:3–7.

[447] *See id.* at 175:4–176:24 (agreeing that ██████████████████████████████████████████████████████████████████████).

[448] *Id.* at 175:8–12 (agreeing that ██████████████████████████████████████████.

[449] *See* Skowronek Tr. at 340:22–349:18; ECF No. 354.2 (Attachment A).

[450] *See* Corellium-008722 (██████████████████████████████████████████████████████).

[451] *See id.* at 340:22–341:22.

### H.    Versions of iOS Supported by the Corellium Apple Product

119.    In my Opening Report, I explained that based on the evidence available to me at the time, █████████████████████████████ █ [452]  At the time of my Opening Report, I had access to very little technical information about the Corellium Apple Product.[453]  I therefore primarily relied on marketing material, including advertising indicating Corellium could "[r]un any version of iOS," and showing a screenshot of Corellium's interface running "iOS 9" on a virtual "iPhone 6," along with limited information from Corellium's internal bug tracker, to support this determination.[454]  Although, as I noted in my report, other marketing material indicated ████████████████████████ [455] Corellium's lack of technical and other production at the time prevented me from determining how, if at all, versions of iOS supported by Corellium may have changed over time.

120.    Since the time I filed my Opening Report, ████████████████████████



---

[452] *See* Nieh Rpt. at ¶¶ 242, 253, 264.

[453] *See generally* Nieh Rpt. ¶ 11.

[454] *See* Nieh Rpt. at ¶¶ 242, 253, 264; APL-CORELLIUM_00045653 at APL-CORELLIUM_00045655; Corellium-017716; Corellium-017164.

[455] *See, e.g.*, Nieh Rpt. at ¶ 275.

[456] Wade Tr. 189:15–191:5 (explaining that ████████████████████████

█████████████████████████████████████████

████████████████████████████████████. [457] ████████████████

████████████████████████████████████████████████████

████████████████████████████████████. [458]  For example,
one screenshot of the CAP user interface tweeted by Corellium's official Twitter account shows
"iOS 9" running on a virtualized "iPhone 6": [459]



---

████████████████████████████████████████████ Skowronek Tr.
220:24–221:11 ███████████████████████████████
████████████████████████████████████████████
█████████████████████████

[457] ████████████████████████████████████████
██████████████████████████████████████

[458] Nieh Rpt. ¶¶ 242, 253, 264; APL-CORELLIUM_00045653 at APL-CORELLIUM_00045655
(tweet from @CorelliumHQ showing a screenshot of Corellium's interface appearing to run "iOS
9" on a virtualized "iPhone 6" and stating "Our Corellium Hypervisor for ARM enables us to run
virtual iPhones in the cloud with game-changing features like: - Run any version of iOS");
Corellium-017716 (██████████████████████████████████████████);
Corellium-017164 (████████████████████████).

[459] APL-CORELLIUM_00045653 at APL-CORELLIUM_00045655.





121 [REDACTED] ████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████ ████████ ██████████████████

████████████████████████████████████████ ████████ ████████████

██████████████████████████████████████████████ ████

---

460 Corellium's Fifth Amended Answers to Apple's First Set of Interrogatories (April 18, 2020) at 4.

461 *Id.* at 5.

462 *Id.* at 4–10.



███████████████████████████████████████████████████████.██[463]

122.   █████████████████████████████████████████████

███████████████████████████████████ Specifically,

██████████████████████████████████████████████████

████████████████████████████.[464]  For example, █████████

███████████████████████████████████,[465]██████████████

█████████████████████████████[466]__█████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████[467]

123.   █████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████

•   █████████████████████████████████████████

███████████████████

•   █████████████████████████████████████████

████████████████████████████████████

---

[463] *See id.* at 7 ("███████████████████████████").

[464] ████████████████████████████████████████████████████
███████████████

[465] *See, e.g.,* Correllium-021794 ("████████████████████████████████████████");
Correllium-024593 ("████████████████████████")

[466] Correllium-021794.

[467] Correllium-030082.



124.

[468]

I have seen no evidence that the IPSWs files for iOS 9.0 or 9.1 were encrypted in their entirety. For example, I was able to extract the contents of the IPSW file for iOS 9.0 for iPhone 6 that Apple produced in this matter. I was also able to read certain unencrypted files within that IPSW.[469] Other components of the IPSW were encrypted.[470] I understand that keys to decrypt many of Apple's iOS firmwares are available on the internet.

125.

---

[468]

[469] For example, BuildManifest.plist was not encrypted.

[470] For example the file that I understand contains the root filesystem, 058-04235-334.dmg, was encrypted.



███████████████████████████████████████████████████████████████████[471]

███████████████████████████████████████████████████████████████████

████████████████████████████ News articles from the time period when iOS 10.3 and iOS

11 were released indicated that iOS 10.3 supported both 32-bit and 64-bit applications, and iOS

11 was the first version of iOS to eliminate 32-bit support.[472]  This is further supported by

evidence suggesting that Apple released IPSWs for 32-bit devices (e.g., iPhone 5 and iPhone 5c)

for iOS 10.3,[473] but did not release IPSW files for 32-bit device for iOS 11.0.[474]██████████

---

[471] ████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

[472] *See* APL-CORELLIUM_00056285 ("[T]he 32-bit warning dialog box has changed [in iOS
10.3], alerting users that an upcoming version of iOS will drop support for 32-bit apps
entirely."); APL-CORELLIUM_00056290  ("As noted by The Apple Post, Apple is not
providing restore images [for iOS 10.3.2 beta version] for iPhone 5, iPhone 5c or the fourth-gen
iPad, all of which were supported by yesterday's iOS 10.3 release. The iPhone 5, 5c and iPad 4
each use a variant of the A6 system-on-chip, the last of Apple's mobile processors built on a 32-
bit architecture."); APL-CORELLIUM_00056298 ("The latest version of iOS, version 10.3,
includes a menu item . . . which will show a list of all the installed apps that don't run in 64-bit
mode."); APL-CORELLIUM_00056294 ("In one fell swoop, this fall's forthcoming iOS 11
update will mark the end of support for not only 32-bit apps, but also legacy 32-bit devices.").

[473] *See, e.g.*, APL-CORELLIUM_00056024 ("iPhone" matrix showing releases for iPhone 5 and
iPhone 5c from 10.0.1 through 10.3.3); APL-CORELLIUM_00056290 ("As noted by The Apple
Post, Apple is not providing restore images [for iOS 10.3.2 beta version] for iPhone 5, iPhone 5c
or the fourth-gen iPad, all of which were supported by yesterday's iOS 10.3 release. The iPhone
5, 5c and iPad 4 each use a variant of the A6 system-on-chip, the last of Apple's mobile processors
built on a 32-bit architecture.").

[474] *See, e.g.*, APL-CORELLIUM_00056036 ("iPhone" matrix showing no iOS 11.x releases for
iPhone 5 or iPhone 5c); APL-CORELLIUM_00056294 ("In one fell swoop, this fall's forthcoming
iOS 11 update will mark the end of support for not only 32-bit apps, but also legacy 32-bit



████████████████████████████████████████████████████. [475]

████████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████ [476]

126.    ███████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████ I reserve the right to

supplement or correct my opinions expressed in this report if and when additional evidence

becomes available for my review.

## VII.   EVIDENCE SUPPORTING CORELLIUM'S REPRODUCTION, MODIFICATION, DISTRIBUTION, AND DISPLAY OF APPLE'S COPYRIGHTED WORKS

### A.    iOS

127.    The supplemental information I have obtained since my Opening Report, as

discussed above,[477] does not alter my original opinion that Corellium and CAP copies, modifies,

distributes, and displays the creative and original aspects of iOS, but further supports that

opinion.[478] Here, I provide a brief summary of the acts of copying, modification, distribution,

---

devices.").

[475] *See* ███████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████

[476] █████████████████████████

[477] *See* Section II, *supra*.

[478] *See* Section VI.B, *supra*.

142. ███████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

███████████████████    As I explained in my opening report, I understand that copyright

protections for software extend to the computer screen displays for the computer program.[532]

For example, I understand the following wallpaper was added in iOS 9.0[533] in the

"/Library/Wallpaper/iPhone/" folder:



143. ████████████████████████████████

████████████████████████████████████████

---

[532] Nieh Rpt. at ¶ 18.

[533] *See* Wikipedia, *iOS 9*, https://en.wikipedia.org/wiki/IOS_9 (showing default home screen with same wallpaper).



144. ████████████████████████████████████████████

████████████████████████████████████████████.

████████████████████████████████████████████

████████████████████████████████████[534] Because each version of iOS

builds on the last,[535] most, if not all, of the code added for this feature in iOS 9.0 likely persists in

later versions of iOS. ████████████████████████████████

████████████████████████████████████████

---

[534] *See* Appendix B.

[535] *See* Nieh Rpt. at ¶¶ 67, 87.



145.    As discussed above, the source code deposit associated with the iOS 9.0

registration contained original creative work unique to iOS 9.0.[536]  █████████████

█████████████████████████████████████████████████████████████

████████

146.    Dr. Olivier observed that the video deposit associated with this copyright

registration "deals entirely with the use of Siri by way of a microphone," and concluded that

because CAP "does not support a microphone," CAP could not therefore "be shown to contain

this functionality."[537]  However, the fact that CAP does not currently support audio recording

peripherals does not show that CAP does not copy, modify, distribute or display the

copyrightable aspects of iOS 9.0—or even just this feature—in the ways detailed above.  ████

████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████

████████████████████████████████████

---

[536] *See* Section V., *supra*.

[537] Olivier Rebuttal Rpt. at ¶ 61.

150. ███████████████████████████████

████████████████████████████████████

████████████████████████████████████████

███████████████████ As I explained in my opening report, I understand that copyright

protections for software extend to the computer screen displays for the computer program.[543]

For example, as noted in my opening report, iOS 9.1 included over 150 new emoji characters,

including Apple's creative expression of Robot and Lion emoji:[544]



151. █████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████

███████████████████████████████:

---

[543] Nieh Rpt. at ¶ 18.

[544] *See* Nieh Rpt. at ¶ 97; APL-CORELLIUM_00057538; APL-CORELLIUM_00057531; APL-CORELLIUM_00057519.





152.    As discussed above, the source code deposit associated with the iOS 9.1 registration contained original creative work unique to iOS 9.1.[545] ███████████ ████████████████████████████████████████████████████████████████ ████████.

153.    While, for illustrative purposes, I have identified the above examples of original and creative content protected by Apple's copyright for iOS 9.1 that are copied, displayed, and

---

[545] *See* Section V., *supra*.

distributed ██████████████████████████████ as I noted in my previous reports, iOS introduced numerous new features that required the authors who wrote the code to apply high levels of creativity.[546]  Because each new version of iOS is incremental,[547] many other features and creative content protected by the iOS 9.0 registration necessarily are copied, displayed, and distributed ████████████████████ ██

154.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 3.    iOS 10.0

155.



156.

---

[546] Nieh Rpt. at ¶¶ 95–99; Nieh Rebuttal Rpt. at ¶¶ 13, 18, 20, 23.

[547] *See* Nieh Rpt. at ¶¶ 67, 87.

[548] *See* Section VI.H., *supra*.

[549] *See* Section VI.H., *supra*.

[550] *See* Sections VI.H and VII.A., *supra*.

███████████████████████████████████████████

████████████████████████  As I explained in my opening report, I understand that copyright

protections for software extend to the computer screen displays for the computer program.[551]

For example, I understand the following wallpaper (an image named "050.WWDC2016-414w-

736h@3x~iphone.jpg") was added to iOS 10.0 in the /Library/Wallpaper/iPhone/ folder:[552]



157.  █████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

---

[551] Nieh Rpt. at ¶ 18.

[552] *See* Wikipedia, *iOS 10*, https://en.wikipedia.org/wiki/IOS_10 (showing default home screen with same wallpaper).



158. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████.

████████████████████████████████████████

████████████.[553]  Because each version of iOS builds on the last,[554] most, if not all, of

the code added for this feature in iOS 10.0 likely persists in later versions of iOS. ██████████

████████████████████████████████████████

████████████████████████

---

[553] *See* Appendix B.

[554] *See* Nieh Rpt. ¶¶ 67, 87.



159.    As discussed above, the source code deposit associated with the iOS 10.0

registration contained original creative work unique to iOS 10.0.[555] ███████████████

████████████████████████████████████████████████████████████

██████████

160.    While, for illustrative purposes, I have identified the above examples of original

and creative content protected by Apple's copyright for iOS 10.0 that are copied, displayed, and

distributed ███████████████████████████████ as I noted in my

previous reports, iOS introduced numerous new features that required the authors who wrote the

code to apply high levels of creativity.[556]  Because each new version of iOS is incremental,[557]

many other features and creative content protected by the iOS 10.0 registration necessarily are

copied, displayed, and distributed ██████████████████████████████

---

[555] *See* Section V., *supra*.

[556] Nieh Rpt. at ¶¶ 100–104; Nieh Rebuttal Rpt. at ¶¶ 13, 18, 21.

[557] *See* Nieh Rpt. at ¶¶ 67, 87.



██████████████████████████████████████ Notably, iOS 11.0 was released to the public on September 19, 2017.[563] ████████████████████████████████

• ██████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████

██████████████████████

165.    ████████████████████████████████████████████

████████████████████████████████████████████

████████[564]

166.    ████████████████████████████████████████

██████████████████████████████████████ For example, the following wallpaper is contained in the root file system for the IPSW for iOS 11.0 for iPhone 8:[565]

---

563 APL-CORELLIUM_00004846.

564 *See, e.g.*, Nieh Rpt. at ¶¶ 68, 84–87, 105–111, 274–284; Sections IV.A, and V, *supra*.

565 /Library/Wallpaper/iPhone/default-375w-667h@2x.jpg



167. 

168. 

169.

170.



171.



172.

---

Moreover, because each version of iOS builds on the last,[569] most, if not all, of the code added for this feature in iOS 11.0 likely persists in later-released versions of iOS █████████████

173.    Dr. Olivier observed that the video deposit associated with this copyright registration "deals entirely with the use of Siri by way of a microphone," and concluded that because CAP "does not support a microphone," CAP could not therefore "be shown to contain this functionality."[570]  However, the fact that CAP does not currently support audio recording peripherals does not show that CAP does not copy, modify, distribute or display the copyrightable aspects of iOS 11.0—or even just the feature displayed in the video deposit—in the ways detailed above. ████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

Additionally, Apple enabled "[t]ype to Siri support" in this very same version of iOS.[571] Therefore, the lack of a microphone peripheral would not prevent a user of CAP from using this feature.

174.    As discussed above, the source code deposit associated with the iOS 11.0 registration contained original creative work unique to iOS 11.0.[572] ███████████████

████████████████████████████████████████████

██████████

---

[569] *See* Nieh Rpt. at ¶¶ 67, 87.

[570] Olivier Rebuttal Rpt at ¶ 94.

[571] APL-CORELLIUM_00044084 at APL-CORELLIUM_00044097.

[572] *See* Section V., *supra*.



191. ██████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████████.

████████████████████████████████████

█████████████████████████████████████ ██.[596] ████████████

████████████████████████████████████████████████

██████

---

[596] *See* Appendix B; Nieh Rebuttal Rpt. at ¶ 24.



Moreover, because each version of iOS builds on the last,[597] most, if not all, of the code added for this feature in iOS 11.2 likely persists in later-released versions of iOS supported by CAP.

192.     As discussed above, the source code deposit associated with the iOS 11.2 registration contained original creative work unique to iOS 11.2.[598] ███████████

---

[597] *See* Nieh Rpt. at ¶ 87.

[598] *See* Section V., *supra*.



200. ████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████ [609] ████████████████████████████

████████████████████████

---

[608] iOS 11.2.5 was first released to the public on January 23, 2018.   APL-CORELLIUM_00005024.

[609] *See* Appendix B; Nieh Rebuttal Rpt. at ¶ 25.



Moreover, because each version of iOS builds on the last,[610] most, if not all, of the code added for this feature in iOS 11.2.5 likely persists in later-released versions of iOS supported by CAP.

201.    Dr. Olivier suggests that the new and creative feature identified in my opening report ("Siri can read the news") is somehow not part of iOS 11.2.5 devices on CAP because CAP "cannot make use of Siri."[611]  However, the fact that CAP does not currently support audio recording peripherals does not show that CAP does not copy, modify, distribute or display the copyrightable aspects of iOS 11.2.5—or even just the news-reading feature added in this version of iOS—in the ways detailed above.

---

[610] *See* Nieh Rpt. at ¶¶ 67, 87.

[611] Olivier Rebuttal Rpt. at ¶ 133.



210.

[623]

---



Moreover, because each version of iOS builds on the last,[624] most, if not all, of the code added for this feature in iOS 11.3 likely persists in later-released versions of iOS supported by CAP.

211.    Dr. Olivier observed that the video deposit associated with this copyright registration "shows animojis which as described above the [CAP] cannot show as it does not have a camera."[625]  However, the fact that CAP does not currently support a camera peripheral does not show that CAP does not copy, modify, distribute or display the copyrightable aspects of iOS 11.3—or even just the animojis displayed in the video deposit—in the ways detailed above.

█████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████

███████████████████████████████████████████

██████████.[626] ████████████████████████████

---

[624] *See* Nieh Rpt. at ¶¶ 67, 87.

[625] Olivier Rebuttal Rpt at ¶ 143.

[626] Correllium-009106.000002–03.



220. ███████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████[638] ███████████████████████

██████████████████████

---

[638] *See* Appendix B; Nieh Rebuttal Rpt. at ¶ 27.



Moreover, because each version of iOS builds on the last,[639] most, if not all, of the code added for this feature in iOS 11.4 likely persists in later-released versions of iOS supported by CAP.

221.    Dr. Olivier suggests that the new and creative features identified in my opening report (e.g., "Store your messages, photos, and other attachments in iCloud and free up space on your devices") are somehow not part of iOS 11.4 devices on CAP because CAP "cannot connect to iCloud."[640]  However, the fact that CAP does not currently support iCloud logins does not show that CAP does not copy, modify, distribute or display the copyrightable aspects of iOS 11.4—or even just this specific feature—in the ways detailed above. ███████████

████████████████████████████████████

████████████████████████████████████

███████████████████████████████

---

[639] *See* Nieh Rpt. at ¶¶ 67, 87.

[640] Olivier Rebuttal Rpt. at ¶ 158.



228. ███████████████████████████████████

███████████████████████████████████████

███. [649]

229. ███████████████████████████████

███████████████████████████████████████ the

following wallpaper is contained in the root file system for the IPSW for iOS 12.0 for iPhone

X.[650]

---

[649] *See, e.g.*, Nieh Rpt. at ¶¶ 68, 84–87, 138–144, 340–350; Sections IV.A. and V., *supra.*

[650] /Library/Wallpaper/iPhone/default-375w-812h@3x.jpg.



230. ███████████████████████████

███████████████████████████████

███████████████████████████████

████████████████████████



231. ████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████



232. ████████████████████████████

████████████████████████████████



233. ████████████████████████████



234. ███████████████████████████████

███████████████████████████████████

███████████████████████████████[652]

███████████████████████████████[653]

███████████████████████████████████

█████████████

_____

[652] iOS 12.0 was first released to the public on September 17, 2018.   APL-CORELLIUM_00005022.

[653] *See* Appendix B; Nieh Rebuttal Rpt. at ¶ 28.



Moreover, because each version of iOS builds on the last,[654] most, if not all, of the code added for this feature in iOS 12.0 likely persists in later-released versions of iOS supported by CAP.

235.    Dr. Olivier observed that the video deposits associated with this copyright registration "deal with Siri" and "deal with Animojis," "deal entirely with 'Animoji,'" and concluded that because CAP "does not have a microphone" and "does not have a camera," CAP "can [sic] make use of Siri" and "cannot make use of Animoji."[655]  However, the fact that CAP does not currently support a an input audio or camera peripheral does not show that CAP does not copy, modify, distribute or display the copyrightable aspects of iOS 12.0—or even just the features displayed in the video deposits—in the ways detailed above. ███████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████ Additionally, Apple enabled "[t]ype to Siri support" in iOS

---

[654] *See* Nieh Rpt. at ¶¶ 67, 87.

[655] Olivier Rebuttal Rpt. at ¶¶ 167, 170.



244. ███████████████████████████████████████████.

███████████████████████████████████████████

████████████████████████████████

██████████████████████████████████████[668]

███████████████████████████████████████

██████████████████

---

[667] iOS 12.1.1 was first released to the public on December 5, 2018.   APL-CORELLIUM_00005079.

[668] *See* Appendix B; Nieh Rebuttal Rpt. at ¶ 29.

217



Moreover, because each version of iOS builds on the last,[669] most, if not all, of the code added for this feature in iOS 12.1.1 likely persists in later-released versions of iOS supported by CAP.

245.    Dr. Olivier suggests that the new and creative feature identified in my opening report ("Live Photo capture during one-to-one FaceTime calls") is somehow not part of iOS 12.1.1 devices on CAP because CAP "does not have a camera."[670]  However, the fact that CAP does not currently support a camera peripheral does not show that CAP does not copy, modify, distribute or display the copyrightable aspects of iOS 12.1.1—or even just the image capture feature added in this version of iOS—in the ways detailed above.

---

[669] *See* Nieh Rpt. at ¶¶ 67, 87.

[670] Olivier Rebuttal Rpt. at ¶ 182.



254. ████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████[682]████████████████████████████████

████████████████████████████████████

---

[681] iOS 12.2 was first released to the public on March 25, 2019.  APL-CORELLIUM_00005149.

[682] *See* Appendix B; Nieh Rebuttal Rpt. at ¶ 30.



Moreover, because each version of iOS builds on the last,[683] most, if not all, of the code added for this feature in iOS 12.2 likely persists in later-released versions of iOS supported by CAP.

255.    Dr. Olivier suggests that the new and creative features identified in my opening report (Ask Siri to play video content on Apple TV; new Animoji) are somehow not part of iOS 12.2 devices on CAP because CAP "does not have a camera or microphone."[684]  However, the fact that CAP does not currently support a an input audio or camera peripheral does not show that CAP does not copy, modify, distribute or display the copyrightable aspects of iOS 12.0—or even just the features cited in my opening report—in the ways detailed above.  ███████

████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████ Additionally, Apple enabled "[t]ype

---

[683] *See* Nieh Rpt. at ¶¶ 67, 87.

[684] Olivier Rebuttal Rpt at ¶ 193.



275.    As I explained in my opening report, the CAP enables Corellium and its customers to display Apple's copyrighted iOS 9 icons.[730] ████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████

276.    As I explained in my opening report, the CAP enables Corellium and its customers to display Apple's copyrighted iOS 9 icons.[731] ████████████████

███████████████████████████ ████████[732] ████████████

████████████████████████████████████████████████

████████████████

---

[730] *See* Nieh Rpt. at ¶ 383.

[731] *See* Nieh Rpt. at ¶ 383.

[732] ████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████



277.    As I explained in my opening report, CAP further copies, displays, and distributes the copyrighted iOS 9 icons in other supported versions of iOS, as well.[733]



---

[733] See Nieh Rpt. at ¶¶ 377, 379, 381–83.

[734] APL-CORELLIUM_00004856 at APL-CORELLIUM_00004857.

[735] *See* Section VII.B.2., *infra*.

[736]

given version of iOS are contained on the IPSW.[745] ███████████████████

████████████████████████████████████████████████

██████████████████████.[746] ████████████████████████

██████████████████████████



283.   As I explained in my opening report, the CAP enables Corellium and its

customers to distribute Apple's copyrighted iOS 11 icons.[747] ████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████

284.   As I explained in my opening report, the CAP enables Corellium and its

customers to display Apple's copyrighted iOS 11 icons.[748] ██████████████████

██████████████████████████████████████████

---

[745] *See* Nieh Rpt. at ¶¶ 84, 86; *supra* Section IV.A.

[746] ████████████████████████████████
████████████████████████████
████████████████████████████████
████████████████████████████████████
████████████████████████████████
████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████

[747] Nieh Rpt. at ¶ 396.

[748] Nieh Rpt. at ¶ 397.



285. ████████████████████████████████████████

████████████████████████████████████████[750] ████████████

███████████████████████████████████[751] ████████

████████████████████████████████████████████

██████████████████████████

---

[749] ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████

[750] *See* Nieh Rpt. at ¶¶ 391, 393, 395–97.

[751] ████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████



286.    I reserve the right to supplement my opinion expressed in this report if and when additional evidence becomes available for my review.

### 3.    Apple Bokeh (bubble) Wallpaper

287.    As I explained in my opening report, Apple has separately registered a claim in copyright for the works of visual art embodied in the registered wallpaper titled "Apple Bokeh (bubble) Wallpaper iOS 7" (the "Bokeh Wallpaper").[752]  The registration deposit depicts the registered works:[753]

---

[752] APL-CORELLIUM_00004962.

[753] APL-CORELLIUM_00004962 at APL-CORELLIUM_00004963–69.

Dated: May 1, 2020

Dr. Jason Nieh

# Appendix B

APPLE ATTORNEYS' EYES ONLY INFORMATION



Nieh Code Path Review Summary

APPLE ATTORNEYS' EYES ONLY INFORMATION



APPLE ATTORNEYS' EYES ONLY INFORMATION



## <u>CERTIFICATE OF SERVICE</u>

I, Elana Nightingale Dawson, do hereby certify that on May 1, 2020 I caused a copy of

the foregoing Supplemental Expert Report of Dr. Jason Nieh to be served via email upon:

S. Jonathan Vine
Justin B. Levine
Lizza C. Constantine
Michael Alexander Boehringer
COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
jonathan.vine@csklegal.com
justin.levine@csklegal.com
lizza.constantine@csklegal.com
michael.boehringer@csklegal.com

David L. Hecht
Maxim Price
Minyao Wang
Conor B. McDonough
HECHT PARTNERS LLP
20 West 23rd St. Fifth Floor
New York, NY 10010
dhecht@hechtparntersllp.com
mprice@hechtpartnersllp.com
mwang@hechtpartnersllp.com
cmcdonough@hechtpartners.com

*s/ Elana Nightingale Dawson*
Elana Nightingale Dawson