# Plaintiff Exhibit 93

FOR THE CASE OF
# Apple vs. Corellium

TRANSCRIPT OF
# Matthew Firlik

April 16, 2020

## Martell Associates

PO Box 172718

Tampa, FL 33672

800-636-1136

```
                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA


     APPLE INC.,

             Plaintiff,

     vs.                                   No. 9:19-cv-81160-RS

     CORELLIUM, LLC,

             Defendants.

     _____/




                    DEPOSITION OF MATTHEW FIRLIK

                CONFIDENTIAL - ATTORNEYS' EYES ONLY




             Date:            Thursday, April 16, 2020

             Time             8:02 a.m.

             Location:        All parties via
                              videoconference


             Stenographically reported by:

                              Nina Pavone, CSR
                              License No. CSR-7802




                         *   *   *   *
```



Provided by Martell Associates 800-636-1136

Page 26



1     It's conceivable the bug that exists is not
2  in the application, but is in the operating system
3  and that would need to be communicated back to Apple
4  through our normal developer interactions or bug
5  tracking systems.
6     Q. Or it could be in the simulator?
7     A. It could be Apple software.  That could be
8  the process running natively or the simulator, yes.
9     Q. What is the Apple developer program?
10    A. The Apple developer program is not part of
11 my -- not developed as part of my team.
12       I can give you my understanding of it, which
13 is the program that developers are part of in order
14 to participate in distribution of their apps through
15 Apple's App Store.
16    Q. Does one have to pay to become a part of the
17 Apple developer program?
18    A. Developer programs I'm aware of, yes, a
19 developer does need to pay to participate.
20    Q. Do you know how much?
21    A. To my recollection, it's $99 a year.
22    Q. How does that program work?
23       MS. BINA:  Objection.  Vague.
24       THE WITNESS:  I can just -- I'm sorry, what
25 was that, Justin?

```
 1     lawyer?
 2           A. No.
 3           Q. Did you speak with Ivan about this case?
 4           A. No.
 5           Q. Do you believe that Xcode is a competitive
 6     product with the Corellium virtualization product?
 7           A. Yes.
 8           Q. How is that?
 9           A. The focus of the developer tools that
10     integrated with iOS is to provide developers the
11     opportunity to build and run and test their
12     applications in order to ship them to users.
13               In order to do that, we want developers to
14     build and test their application, for which having
15     physical devices is, in our view, ultimately a
16     requirement in order to make the best possible
17     experience.
18               Developers building and testing their
19     applications just on a simulator, for example, would
20     not yield the best possible experience because it
21     wouldn't have been tested on physical devices.
22               In that regard, virtualization of physical
23     devices being an approximation of a device, but not
24     actually, nor replicating the full experience of a
25     device would pose a challenge for developers being
```

1    able to ship -- not being able to test on physical
2    devices would pose a challenge to developers of
3    making the best possible experience.
4        Q. How would that make Xcode a competitor to the
5    Corellium virtualization product?
6        A. Well, insofar as Xcode provides access to
7    build and test on devices, in my view, that makes it
8    a competitor to anything that would offer
9    virtualization and certainly towards goals or
10   aspirations of building larger scale systems to offer
11   access to devices would then compete with services
12   that offer access to virtualization.
13       Q. Maybe I didn't hear that. If you could
14   repeat the second half of that answer. I'm sorry.
15   Maybe I was just trying to listen.
16       A. Sure. I'll just start from the beginning
17   again.
18           MR. LEVINE: Ms. Court reporter if you could
19   read it back.
20           (The record was read by the Reporter.)
21   BY MR. LEVINE:
22       Q. Do you know if there are any app developer
23   tools offered on the Corellium technology?
24       A. I do not know of any software products that
25   are built around or integrate the Corellium

1        MS. BINA:  All right.
2            (Whereupon, a break was taken.)
3    BY MR. LEVINE:
4        Q. Mr. Firlik, as I was mentioning before, I am
5    not clear as to the specific aspects or bases as to
6    why you believe that the Xcode tool chest is
7    competitive with the Corellium virtualization
8    platform.
9        A. Sure.
10       Q. And I think that you said that Xcode as a
11   whole was not, but there were certain components
12   within it that you deemed to be competitive; is that
13   a fair statement?
14       A. Yes.  I can describe that in more detail if
15   you like.
16       Q. Let me ask:  So what exactly is the component
17   within Xcode that you believe to be as competitive
18   with the Corellium virtualization platform?
19       A. Sure.  The -- perhaps one of the challenges
20   is the moniker Xcode is used as a brand for developer
21   tools and also the specific application.
22           Xcode, the brand, includes a number of tools.
23   The integrated development environment is one of
24   those.  Xcode -- and that allows developers to
25   connect natively to devices, to build them on their

```
 1      applications as well as the simulator.
 2              Xcode also includes other tools.  For
 3      example, one of those is Xcode server.  That is a
 4      product that is shipped inside of Xcode.  That allows
 5      developers to run continuous integration services
 6      that build and test their applications against local
 7      devices or simulators.
 8           Q. Do you mind if I interrupt?  I'm not trying
 9      to be --
10           A. No.
11           Q. I'm just trying to understand.  Are these --
12      are each of these things you're listing elements that
13      are each competitive?
14           A. I think I'm trying to describe the context
15      and landscape around which to articulate the
16      competitive nature.
17           Q. Okay.
18           A. If it's okay to continue the explanation.
19           Q. Okay.
20           A. The Xcode server tool provides the ability to
21      run -- build and test applications on simulators or
22      physical devices.
23      ████████████████████████████████████████████████████
24      ████████████████████████████████████████████████████
25      ████████████████████████████████████████████████████
```



15     Q. Okay.  So the competitive nature is that
16  Xcode permits -- so is the competitive nature the
17  building or the testing or both?
18     A. I would say the competitive nature is the
19  testing, the running of the application itself.  To
20  my knowledge, there's no element of Corellium that is
21  involved with the building or assembly applications.
22     Q. So there is a tool in Xcode which you
23  referred to as the Xcode server tool which permits
24  the testing on either physical or simulated devices;
25  is that correct?

```
 1        I, NINA PAVONE, a Certified Shorthand
 2   Reporter, hereby certify that the witness in the
 3   foregoing deposition was by me duly sworn to tell the
 4   truth, the whole truth, and nothing but the truth in
 5   the within-entitled cause;
 6        That said deposition was taken down in
 7   shorthand by me, a disinterested person, at the time
 8   and place therein stated, and was hereafter
 9   transcribed, by computer, into typewriting, under my
10   direction and supervision;
11        That before completion of the deposition
12   review of the transcript ( x) was requested ( ) was
13   not requested.  If requested, any changes made by the
14   deponent (and provided to the reporter) are appended
15   hereto.
16        I further certify that I am not of counsel,
17   nor attorney for any of the parties in the foregoing
18   deposition and caption named, nor in any way
19   interested in the outcome of the cause named in said
20   caption, and that I am not related to any of the
21   parties hereto.
22
23   DATE:  April 17, 2020
24                            _____
25                            NINA PAVONE, CSR #7802
```

140