# Plaintiff Exhibit 95
# Filed Under Seal