# Plaintiff Exhibit 97

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

APPLE INC.,

     *Plaintiff*,

  v.

CORELLIUM, LLC,

      *Defendant*.

### DEFENDANT'S RESPONSES AND OBJECTIONS TO
### PLAINTIFF'S FOURTH SET OF REQUESTS FOR ADMISSION (NOS. 115–150)

Defendant Corellium, LLC ("Corellium"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 26 and 36, hereby responds to Plaintiff Apple Inc.'s ("Apple") Fourth Set of Requests for Admissions.

Dated: April 20, 2020      Respectfully submitted,

        By:  s/ *Justin Levine*
           Jonathan Vine
           Florida Bar No. 10966
           jonathan.vine@csklegal.com
           Justin Levine
           justin.levine@csklegal.com
           Florida Bar No. 106463
           Lizza Constantine
           lizza.constantine@csklegal.com
           Florida Bar No. 1002945

           COLE, SCOTT & KISSANE, P.A.
           Esperante Building
           222 Lakeview Avenue, Suite 120
           West Palm Beach, Florida 33401
           Telephone: (561) 383-9222
           Facsimile: (561) 683-8977

           and

HECHT PARTNERS LLP
*Counsel for Defendant*
20 West 23rd St. Fifth Floor
New York, NY 10010
Telephone (212) 851-6821
David Hecht, *Pro hac vice*
E-mail: dhecht@hechtpartnersllp.com
Maxim Price, *Pro hac vice*
E-mail: mprice@hechtpartnersllp.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@hechtpartnersllp.com

*Attorneys for Corellium, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of April, 2020 a true and correct copy of the

foregoing document has been furnished via email to counsel of record identified below.

*s/ Justin B. Levine*
Justin B. Levine
Florida Bar No. 106463

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*

**CORELLIUM'S RESPONSES TO APPLE'S**
**FOURTH SET OF REQUESTS FOR ADMISSION (NOS. 115–150)**

**REQUEST FOR ADMISSION NO. 115:**  Admit that Chris Wade did not submit to Apple information about the "BPF race condition" referenced in the Counterclaims by emailing it to product-security@apple.com.

  **RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 116:**  Admit that Chris Wade did not submit to Apple information about the "backboardd bug" referenced in the Counterclaims by emailing it to product-security@apple.com.

  **RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 117:**  Admit that Chris Wade disclosed information about the "BPF race condition" referenced in the Counterclaims to at least one Person other than Apple on or before March 2, 2018.

  **RESPONSE:**  Admit that Chris Wade showed the "BPF race condition" bug to Tavis Ormandy of Google Project Zero on or around March 2, 2018 during a demonstration of the Corellium Apple Product subsequent to reporting this bug to Apple on January 23, 2018.

**REQUEST FOR ADMISSION NO. 118:**  Admit that Chris Wade disclosed information about the "BPF race condition" referenced in the Counterclaims to Google's Project Zero on or before March 2, 2018.

  **RESPONSE:**  Admit that Chris Wade showed the "BPF race condition" bug to Tavis Ormandy of Google Project Zero on or around March 2, 2018 during a demonstration of the Corellium Apple Product subsequent to reporting this bug to Apple on January 23, 2018.

**REQUEST FOR ADMISSION NO. 119:**  Admit that Chris Wade disclosed information about the "backboardd bug" referenced in the Counterclaims to at least one Person other than Apple on or before March 2, 2018.

- 4 -

**RESPONSE:** Admit that Chris Wade showed the "backboardd" bug to Tavis Ormandy of Google Project Zero on or around March 2, 2018 during a demonstration of the Corellium Apple Product subsequent to reporting this bug to Apple on January 23, 2018.

**REQUEST FOR ADMISSION NO. 120:** Admit that Chris Wade disclosed information about the "backboardd bug" referenced in the Counterclaims to Google's Project Zero on or before March 2, 2018.

**RESPONSE:** Admit that Chris Wade showed the "backboardd" bug to Tavis Ormandy of Google Project Zero on or around March 2, 2018 during a demonstration of the Corellium Apple Product subsequent to reporting this bug to Apple on January 23, 2018.

**REQUEST FOR ADMISSION NO. 121:** Admit that Chris Wade did not submit information about the "persona race condition" referenced in the Counterclaims to Apple from an @corellium.com address.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 122:** Admit that Chris Wade did not submit information about the "posix_spawn issue" referenced in the Counterclaims to Apple from an @corellium.com address.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 123:** Admit that Chris Wade did not submit information about the "nfssvc issue" referenced in the Counterclaims to Apple from an @corellium.com address.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 124:** Admit that Chris Wade has disclosed information about at least one Apple Bug to a Person other than Apple without knowledge as to whether Apple had taken action to fix the Apple Bug before Mr. Wade disclosed it.

**RESPONSE:** Deny. Chris Wade showed the "BPF race condition" and "backbroadd" bugs to Tavis Ormandy of Google Project Zero on or around March 2, 2018 during a demonstration of the Corellium Apple Product subsequent to reporting this bug to Apple on January 23, 2018. Chris Wade knew that both bugs had been reported to Apple and that Apple had taken steps to fix it.

**REQUEST FOR ADMISSION NO. 125:**  Admit that Corellium has disclosed information about at least one Apple Bug to a Person other than Apple without knowledge as to whether Apple had taken action to fix the Apple Bug before Mr. Wade disclosed it.

**RESPONSE:** Deny. Chris Wade showed the "BPF race condition" and "backbroadd" bugs to Tavis Ormandy of Google Project Zero on or around March 2, 2018 during a demonstration of the Corellium Apple Product subsequent to reporting this bug to Apple on January 23, 2018. Chris Wade knew that both bugs had been reported to Apple and that Apple had taken steps to fix it.

**REQUEST FOR ADMISSION NO. 126:**  Admit that Chris Wade has sold information about at least one Apple Bug to a Person other than Apple without knowledge as to whether Apple had taken action to fix the Apple Bug before Mr. Wade sold it.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 127:**  Admit that Corellium has sold information about at least one Apple Bug to a Person other than Apple without knowledge as to whether Apple had taken action to fix the Apple Bug before Mr. Wade sold it.

**RESPONSE:**  Deny.

**REQUEST FOR ADMISSION NO. 128:**  Admit that Chris Wade created an Apple Developer Account.

**RESPONSE:**  Admit.

**REQUEST FOR ADMISSION NO. 129:**  Admit that Chris Wade had to agree to the terms of the Apple Security Bounty Program Policy to participate in the Apple Security Bounty Program.

**RESPONSE:** Admit that Chris Wade had agreed to the terms of the 2017 Apple Security Bounty Program Policy.

**REQUEST FOR ADMISSION NO. 130:** Admit that Chris Wade indicated his agreement to the terms in the Apple Developer Agreement in order to create an Apple Developer Account.

    **RESPONSE:**  Admit.

**REQUEST FOR ADMISSION NO. 131:**  Admit that Chris Wade had to agree to the terms of the Apple Security Bounty Program Policy to participate in the Apple Security Bounty Program.

    **RESPONSE:**  Admit that Chris Wade had agreed to the terms of the 2017 Apple Security Bounty Program Policy.

**REQUEST FOR ADMISSION NO. 132:** Admit that Chris Wade indicated his agreement to the terms of the Apple Security Bounty Program Policy to participate in the Apple Security Bounty Program.

    **RESPONSE:**  Admit that Chris Wade had agreed to the terms of the 2017 Apple Security Bounty Program Policy.

**REQUEST FOR ADMISSION NO. 133:**  Admit that Mark Dowd has used the email address mark@corellium.com.

    **RESPONSE:**  Admit. Mark Down used the email address [mark@corellium.com](mailto:mark@corellium.com) to communicate with potential leads in his capacity as a reseller at Azimuth.

**REQUEST FOR ADMISSION NO. 134:**  Admit that Mark Dowd has used the email address mark@corellium.com to communicate about the Corellium Apple Product.

    **RESPONSE:**  Admit.

**REQUEST FOR ADMISSION NO. 135:**  Admit that Mark Dowd has used the email address mark@corellium.com to communicate about the Corellium Apple Product with at least one actual or potential Corellium customer.

    **RESPONSE:**  Deny.

**REQUEST FOR ADMISSION NO. 136:** Admit that Mark Dowd has taken actions on behalf of Corellium.

    **RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 137:** Admit that Mark Dowd has engaged in marketing activities on behalf of Corellium.

    **RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 138:** Admit that Mark Dowd has engaged in promotional activities on behalf of Corellium.

    **RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 139:** Admit that Mark Dowd has engaged in sales activities on behalf of Corellium.

    **RESPONSE:** Deny. Mark Dowd's sales activities were on behalf of Azimuth as a reseller, not on behalf of Corellium.

**REQUEST FOR ADMISSION NO. 140:** Admit that Mark Dowd has been a member of Corellium.

    **RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 141:** Admit that Mark Dowd has been an employee of Corellium.

    **RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 142:** Admit that Mark Dowd has been a contractor for Corellium.

    **RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 143:**  Admit that Chris Wade is aware that Citrix Systems, Inc. could not commercialize the technology it acquired from Virtual LLC relating to virtualization/emulation of iOS because it did not have a license from Apple.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 144:**  Admit that Chris Wade is aware that Citrix Systems, Inc. could not commercialize the technology it acquired from Virtual LLC relating to virtualization/emulation of iOS because Apple would not license iOS.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 145:**  Admit that Chris Wade repurchased from Citrix Systems, Inc. the technology Citrix Systems, Inc. acquired from Virtual LLC.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 146:** Admit that Corellium purchased from Citrix Systems, Inc. the technology Citrix Systems, Inc. acquired from Virtual LLC.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 147:** Admit that Chris Wade licensed from Citrix Systems, Inc. rights to technology Citrix Systems, Inc. acquired from Virtual LLC.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 148:**  Admit that Corellium licensed from Citrix Systems, Inc. rights to technology Citrix Systems, Inc. acquired from Virtual from Citrix.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 149:** Admit that Corellium does not know the identities of the Azimuth customers that use the Corellium Apple Product.

**RESPONSE:** Admit.

- 9 -

**REQUEST FOR ADMISSION NO. 150:** Admit that Corellium does not have the contractual right to learn from Azimuth the identities of the Azimuth customers that use the Corellium Apple Product.

**RESPONSE:** Admit.