# Plaintiff Exhibit 100

# KICKSTARTER

Explore    Start                      🔍    Log in



# iEmu: an open-source iOS device emulator (Canceled)

The goal of the iEmu project is to build an open-source iOS device emulator that would be cross-platform and simple to use.

 **Chris Wade**
First created · 3 backed

     **More**

**US$ 20,442**
pledged of US$ 20,000

**165**
backers

 Software     Colorado Springs, CO

**EXHIBIT**
Wade - 4/13/20
0003

Case 9:19-cv-81160-RS   Document 518-17   Entered on FLSD Docket 05/27/2020   Page 3 of 5

> ## Funding Canceled
>
> Funding for this project was canceled by the project creator on Sep 15 2011

📅 Last updated September 16, 2011

---

| Campaign | Rewards | FAQ [2] | Updates [1] | Comments [22] | Community |
|---|---|---|---|---|---|

---

◀   All updates

UPDATE #1

# why i canceled :)

 **Chris Wade**   Creator
September 16, 2011

---

Firstly I would like to say that I have been overwhelmed with the amount of support that I received for iEmu. I deeply appreciate all the support emails and pledges. After spending time discussing iEmu with various legal experts in the industry. I came to the conclusion that accepting funding for it would only make me more of a target for certain companies. I currently am not in a position to fight anything and have decided to take a different approach. This is by no means the end of iEmu! Stay tuned....

---

 ♥ Like    1 person likes this update

Leave a comment

---

EXPLORE

Arts

Comics & Illustration

Design & Tech

Film

Food & Craft

Games

Music

Publishing

---

ABOUT

About us

Our charter

Stats

Press

Jobs

SUPPORT

Help Center

Our Rules

Creator Handbook

Patrons

Brand Assets

HELLO

Newsletters

Mobile apps

Kickstarter Blog

Engineering Blog

Research

MORE FROM KICKSTARTER

The Creative Independent

Kickstarter Magazine

Case 9:19-cv-81160-RS Document 518-17 Entered on FLSD Docket 05/27/2020 Page 5 of 5

Kickstarter Podcast

Kickstarter, PBC © 2020



English

$ US Dollar (USD)

Trust and Safety    Terms of Use    Privacy Policy    Cookie Policy    Accessibility Statement