# Plaintiff Exhibit 101

URL: https://twitter.com/cmwdotme/status/907040266594521088





EXHIBIT
Wade - 4/13/20
0004