# Plaintiff Exhibit 102
# Filed Under Seal