# Plaintiff Exhibit 103



### H51306 - Apple - Corellium II
Case ID: 8472021508523458600

April 03, 2020

### Consilio LLC

Investigator Information

Aaron Liang

Manager, Digital Forensics & Expert Services

(703) 646-7169

aaron.liang@consilio.com

APL-CORELLIUM_00045653

Deliverable Summary

---

## TwitterCapture Items

**Examiner Account Summary**

Examiner Account: Corellium
Web Crawl

6

Total Items:                        6

APL-CORELLIUM_00045654



APL-CORELLIUM_00045655

**taco** @_ViralTaco · Jan 14, 2018
I think that's the point but you can always use xcode for that
💬 1

**nabih** @faour · Jan 10, 2018
Replying to @CorelliumHQ
This is exciting!
💬   🔁   ♡ 3

**Erik Gomez** @Contains_ENG · Jan 10, 2018
Replying to @CorelliumHQ
Also would be awesome if @9to5mac (especially @JeffBenjam ) could check this out.
💬   🔁   ♡ 3

**XtremeMusic** ⁷ @_XtremeMusic · Jan 10, 2018
Replying to @CorelliumHQ
will this be free or paid
💬   🔁   ♡ 3

**Unknownz21** @UReddditor · Jan 11, 2018
Replying to @CorelliumHQ and @cmwdotme
Could this run SwitchBoard? 🤔
💬 1   🔁 1   ♡ 3

**alex priala** @AlexPriala · Jan 11, 2018
i dont see why not
💬   🔁   ♡

**Ebrahim Osman** @ebrahimosman · Jan 10, 2018
Replying to @CorelliumHQ
This is brilliant.
💬   🔁   ♡ 1

**~«{NofalMan}»~** @nofalhebesha · Jan 11, 2018
Replying to @CorelliumHQ and @unlimapps
That means that i can downgrade iPhone 5s from 9.3.5 to ios 8.0 via iTunes?
💬 1   🔁   ♡ 2

**Brendon**🌈 @weo_weo_wop_wop · Jan 14, 2018
This has absolutely nothing to do with downgrading devices.
💬   🔁   ♡

**Kirils Solovjovs** @KirilsSolovjovs · Jan 11, 2018
Replying to @CorelliumHQ and @SwissHttp
Wow. Cool! How did you persuade Apple to change their license for you?
💬 2   🔁   ♡ 7

This Tweet is unavailable. Learn more

**superhot clips** @TerabyteCarter · Aug 18, 2019
Underrated tweet
💬   🔁   ♡ 1

**Hasnain** @itsrealhasnain · Jan 11, 2018
Replying to @CorelliumHQ
Which vpn working 100% for iphone 😮
💬 1   🔁   ♡ 1

APL-CORELLIUM_00045656

This Tweet is from an account that no longer exists. Learn more

**Jonathan** @JonathanLajoie8 · Jan 14, 2018

Lol don't use this, selling your info to the highest bidder

**Erik Gomez** @Contains_ENG · Jan 10, 2018

Replying to @CorelliumHQ

Signed up to hopefully test at my company. Hope to hear from you guys soon.

**Rhythmic Fistman** @rfistman · Jan 11, 2018

Replying to @CorelliumHQ and @cmwdotme

ANY VERSION?!? ZOMG! FINALLY

Search Twitter

APL-CORELLIUM_00045657



APL-CORELLIUM_00045658



Tweet

Search Twitter

**Corellium**
@CorelliumHQ

Drop by our booth at #Infiltrate19 to play with some of our latest tools including CoreTrace. #byoipa

7:24 PM · Apr 27, 2019 · Twitter for iPhone

**8** Retweets **72** Likes

**Matt** @mattp_12 · Apr 27, 2019
Replying to @CorelliumHQ
Was this accidentally tweeted earlier? 🤔

1

**Jake□** @ItsRedPrimeArmy · Apr 27, 2019
Replying to @CorelliumHQ
Ok :D

## More replies

**Chuck "Holmes" Norris** @Ripjawismad · Apr 27, 2019
Replying to @CorelliumHQ
is that peppa pig?

1

## Relevant people

**Corellium**
@CorelliumHQ
Follow
The only platform offering ARM-based mobile device virtualization. On-site and in the cloud. Email sales@corellium.com for more details.

## Trends for you

Entertainment · Trending
**Venom**
109K Tweets

Trending in Illinois
**Thundercat**
44.7K Tweets

Trending in United States
**And An FBI Warning**
2,270 Tweets

Trending in United States
**Babyface**
17.2K Tweets

Entertainment · Trending
**#OnePiece976**
13.8K Tweets

Show more

Terms Privacy policy Cookies Ads info
More © 2020 Twitter, Inc.

APL-CORELLIUM_00045660



Tweet

Search Twitter

**Corellium** @CorelliumHQ

Glad we could help 🙏

> **Pwn20wnd** @Pwn20wnd · Apr 1, 2019
> Shoutout to @CorelliumHQ for giving me access to their amazing platform. This means that I will now be able to test unc0ver on any device running any firmware with extended debugging capabilities!

3:11 PM · Apr 1, 2019 · Twitter for iPhone

**54** Retweets **940** Likes

**Antonio** @antodev · Apr 1, 2019
Replying to @CorelliumHQ
Thank you From all A12 users!
37

**#WeAlliPhoneFamily** @iM4CH3T3 · Apr 2, 2019
Replying to @CorelliumHQ and @Pwn20wnd
That's awesome thx for the great help 👏👍💪
5

**Cryptic** @Cryptiiiic · Apr 2, 2019
Replying to @CorelliumHQ
All the people I work with get access. I guess I'll just keep waiting and hope to here back soon. Thanks for all your hard work!
4

**Chimera a12 is a joke** @alpaslan117 · Apr 1, 2019
Replying to @CorelliumHQ
@CorelliumHQ when eta ios 13 Support
1 4

**kosercode** @kosercode · Apr 1, 2019
when ios 13 will be released🤣
1

**Gio** @Giohb777 · Apr 1, 2019
Replying to @CorelliumHQ and @Pwn20wnd
Amazing move from your side, thanks
2

**Ross Hutton** @rosshutton12 · Apr 1, 2019
Replying to @CorelliumHQ and @Pwn20wnd
Will the be available to the public
2 3

**WingsOfThyGiant** @WillDrums21 · Apr 1, 2019
Doubt it
1

**kadafs909** @Goncalo_PA · Apr 1, 2019
Replying to @CorelliumHQ and @Pwn20wnd

## Relevant people

**Corellium** @CorelliumHQ Follow
The only platform offering ARM-based mobile device virtualization. On-site and in the cloud. Email sales@corellium.com for more details.

**Pwn20wnd** @Pwn20wnd Follow
Hacker @unc0verTeam. Jailbroke iOS 11.0-13.3. #unc0ver

## Trends for you

Entertainment · Trending
**Venom**
108K Tweets

Trending in Illinois
**Thundercat**
44.6K Tweets

Trending in United States
**And An FBI Warning**
2,108 Tweets

Trending in United States
**Babyface**
16.9K Tweets

Entertainment · Trending
**#OnePiece976**
13.6K Tweets

Shoutout to @CorelliumHQ

💬            ⟲            ♡ 1            ⬆

**Cris Jorgensen** @JorgensenCris · Apr 1, 2019                                    ⌄
Replying to @CorelliumHQ and @Pwn20wnd
I love you guys ❤️

💬            ⟲            ♡            ⬆

🇦🇷🇦🇷**Francesco Manzoni**🇦🇷🇦🇷 @francescomanzon · Apr 1, 2019      ⌄
Replying to @CorelliumHQ
Grazie la palla passa a Saurik dove sei Saurik!!!!

💬            ⟲            ♡            ⬆

**hasoooon** @has000oon · Apr 1, 2019                                          ⌄
Replying to @CorelliumHQ and @Pwn20wnd
I won't release my ios 14 JB too, until i get access 🙈

💬 1          ⟲            ♡            ⬆

🇺🇸**Anis Larbi**🇵🇸🇩🇿 @Larbianis · Apr 1, 2019                              ⌄
Replying to @CorelliumHQ and @Pwn20wnd
Thank you @CorelliumHQ

💬            ⟲            ♡            ⬆

**nasvay_gg** @nikbee1 · Apr 1, 2019                                          ⌄
Replying to @CorelliumHQ and @Pwn20wnd
When does jailbreak will come on ios 12.1.4?

💬            ⟲            ♡            ⬆

**yeetus** @vladistev · Apr 1, 2019                                          ⌄
Replying to @CorelliumHQ
Thank you!

💬            ⟲            ♡            ⬆

**jzr** @jzr53198281 · Apr 1, 2019                                          ⌄
Replying to @CorelliumHQ and @Pwn20wnd
Thankyou very much

💬            ⟲            ♡            ⬆

**jose edwar patiño** @joseedwar · Apr 3, 2019                              ⌄
Replying to @CorelliumHQ and @Pwn20wnd
Ase un mes nos dijo esto y ahora a esperar más me estoy volviendo loco que
jailbreak tan demorado



What's left for full A7–A8 support:

- Substrate needs to be updated for the
new monolithic kernel format

What's left for full A12–A12X support:

- PAC bypass needs to be fully
implemented

💬            ⟲            ♡            ⬆

**Tranda Harris** @HarrisTranda · Apr 3, 2019                              ⌄
Replying to @CorelliumHQ
Yes thanks so much Patiently waiting u guys are amazing

APL-CORELLIUM_00045662

Terms   Privacy policy   Cookies   Ads info
More ⌄   © 2020 Twitter, Inc.



**xavo95** @xavo95_Official · Apr 1, 2019
Replying to @CorelliumHQ
What are the requirements to enter?

♡ 2

This Tweet is unavailable. Learn more

**kosercode** @kosercode · Apr 1, 2019
you have to pay to access their imulation service, its online program

♡ 2

APL-CORELLIUM_00045663

APL-CORELLIUM_00045664

APL-CORELLIUM_00045665

← **Tweet**

🔍 Search Twitter

**Corellium**
@CorelliumHQ

Still buying jailbroken iPhones on eBay? @CorelliumHQ is now offering on-site solutions for the enterprise. Email sales@corellium.com for more details.

3:02 PM · Jan 22, 2019 · Twitter Web Client

**9** Retweets   **62** Likes

💬          ⇄          ♡          ⬆

**tbodt** @tblodt · Jan 22, 2019
Replying to @CorelliumHQ
E N T E R P R I S E

💬 1        ⇄        ♡ 1        ⬆

**Corellium** @CorelliumHQ · Jan 22, 2019
for now 😎

GIF

💬 1        ⇄        ♡ 2        ⬆

1 more reply

**Joshua Holtzclaw** @JoshuaDevelops · Jan 23, 2019
Replying to @CorelliumHQ
Beam me up!

💬        ⇄        ♡ 1        ⬆

**Theo** @L1qu1dat1on · Jan 22, 2019
Replying to @CorelliumHQ
Amazing!

💬        ⇄        ♡        ⬆

**Raz Mashat** @RazMashat · Jan 22, 2019
Replying to @CorelliumHQ
Just wait a little more to be available to privet security researchers

💬        ⇄        ♡        ⬆

This Tweet is unavailable. Learn more

**Joshua P Stokes** @TechnoExplorer · Jan 23, 2019
They aren't offering that yet.

💬        ⇄        ♡ 1        ⬆

**Relevant people**

**Corellium**
@CorelliumHQ                Follow
The only platform offering ARM-based mobile device virtualization. On-site and in the cloud. Email sales@corellium.com for more details.

**Trends for you**                ⚙

Entertainment · Trending
**Venom**
107K Tweets

Trending in Illinois
**Thundercat**
44.5K Tweets

Trending in United States
**And An FBI Warning**
2,021 Tweets

Politics · Trending
**#JaredKushnerForPrison**
11.4K Tweets

Trending in United States
**Babyface**
16.8K Tweets

Show more

Terms  Privacy policy  Cookies  Ads info
More ⌄  © 2020 Twitter, Inc.

APL-CORELLIUM_00045666

APL-CORELLIUM_00045667

← **Tweet**

**Corellium** ⌄
@CorelliumHQ

PAC got you down? This will brighten your day. Corellium now supports iPhone XR, XS and XS Max. With the ability to enable/disable KTRR and PAC.



5:00 PM · Sep 27, 2018 · Twitter for iPhone

**68** Retweets    **302** Likes

---

@maxbridgland · Sep 27, 2018 ⌄
Replying to @CorelliumHQ
You advertise it like its coming anytime soon to the public..
💬 1          ♡ 6

**Mason Wheeler** @j626w · Sep 27, 2018 ⌄
Second this. I'm well aware they've opened up to most security researchers, but I'm sure plenty individuals would pay a pretty penny tousle this as well. Let us join in on the "fun"!
💬          ♡ 4

**Guilherme Rambo** @_inside · Sep 27, 2018 ⌄
Replying to @CorelliumHQ
Still waiting to try it out 😊
💬 1          ♡ 8

**Rewten1** @rewten1 · Sep 27, 2018 ⌄
@CorelliumHQ Send this man a copy, he has helped this community many times over :)
💬          ♡ 2

**Doc Arslan Saleem** @shanu189 · Sep 28, 2018 ⌄
Replying to @CorelliumHQ
How can it be possible that iphone Xs has 16GB????
💬 1          ♡ 3

**Mason Lee** @MasonLBack · Mar 3, 2019 ⌄
The flash storage surprisingly doesn't matter. Same way people are able to transplant 512GB flash chips into the iPhone 7.
💬          ♡ 2

**Stephen Huntable** @gpesge27 · Sep 28, 2018 ⌄

---

🔍 Search Twitter

**Relevant people**

**Corellium**
@CorelliumHQ                [ Follow ]
The only platform offering ARM-based mobile device virtualization. On-site and in the cloud. Email sales@corellium.com for more details.

**Trends for you** ⚙

Entertainment · Trending ⌄
**Venom**
107K Tweets

Trending in Illinois ⌄
**Thundercat**
44.4K Tweets

Politics · Trending ⌄
**And An FBI Warning**
1,969 Tweets

Trending in United States ⌄
**Babyface**
16.7K Tweets

Trending in United States ⌄
**America 2.0**
3,275 Tweets

Show more

Terms  Privacy policy  Cookies  Ads info
More ⌄  © 2020 Twitter, Inc.

APL-CORELLIUM_00045668



**Stephen Huxtable** @spoons27 · Sep 28, 2018

Great if I only knew what those things were

💬 1

**~~DANNY BØI~~** @dannyboi22456 · Oct 12, 2018

KTRR is a hardware security thingy and PAC (Pointer Authentication Codes) are thingys in the new A12 Bionic chipsets that make it harder to jailbreak. Someone correct me if im wrong.

**~~DANNY BØI~~** @dannyboi22456 · Sep 28, 2018
Replying to @CorelliumHQ and @Jakeashacks

What is correllium?

💬 1

**Jonny3902** @Jonny3902 · Sep 28, 2018

iOS VM

🤍 2

**Kevin** @_braenden · Sep 27, 2018
Replying to @CorelliumHQ
@umanghere

**Frederik Carlier** @FrederikCarlier · Sep 28, 2018
Replying to @CorelliumHQ

So, how do I sign up for Corellium?

**Nikolay Tenyuk** @nytenyuk63 · Sep 28, 2018
Replying to @CorelliumHQ and @Jakeashacks

iPhone X ?

**RicBent** @ricbent_ · Oct 29, 2018
Replying to @CorelliumHQ

How will this brighten my day when there is zero info about how I will ever be able to get my hands on it :/

**Alex Leung** @alleung96 · Nov 5, 2018
Replying to @CorelliumHQ

Would you consider creating a FOSS version of Corellium which obfuscates your advanced iOS inspection features so it can only be used for people developing iOS apps? This way you could serve developers and allow for new tooling without sacrificing your IP.

**Paul** @InfoSecPS · Sep 28, 2018
Replying to @CorelliumHQ and @GeekMasher

Us peasants still having to buy devices cause you know, elites only

🤍 1

**~~DANNY BØI~~** @dannyboi22456 · Oct 12, 2018
Replying to @CorelliumHQ

Please give @umanghere a copy of Corellium so that he can test his iOS 12 jailbreak on the new A12 chipsets. 🙏🙏🙏

🤍 1

This Tweet is unavailable. Learn more

APL-CORELLIUM_00045669



**L Campbell** @LCampbell0x24 · Sep 28, 2018

Lol want it? He doesn't even need it 😂

2

APL-CORELLIUM_00045671



**XtremeMusic** [7] @_XtremeMusic · Jan 10, 2018
Replying to @CorelliumHQ
will this be free or paid

💬    🔁    ♡ 3    ⬆️

**Unknownz21** @URedditor · Jan 11, 2018
Replying to @CorelliumHQ and @cmwdotme
Could this run SwitchBoard? 🤔

💬 1    🔁 1    ♡ 3    ⬆️

**alex priala** @AlexPriala · Jan 11, 2018
i dont see why not

💬    🔁    ♡    ⬆️

**Ebrahim Osman** @ebrahimosman · Jan 10, 2018
Replying to @CorelliumHQ
This is brilliant.

💬    🔁    ♡ 1    ⬆️

**~«{NofalMan}»~** @nofalhebesha · Jan 11, 2018
Replying to @CorelliumHQ and @unlimapps
That means that i can downgrade iPhone 5s from 9.3.5 to ios 8.0 via iTunes?

💬 1    🔁    ♡ 2    ⬆️

**Brendon**🌈 @weo_weo_wop_wop · Jan 14, 2018
This has absolutely nothing to do with downgrading devices.

💬    🔁    ♡    ⬆️

**Kirils Solovjovs** @KirilsSolovjovs · Jan 11, 2018
Replying to @CorelliumHQ and @SwissHttp
Wow. Cool! How did you persuade Apple to change their license for you?

💬 2    🔁    ♡ 7    ⬆️

This Tweet is unavailable. Learn more

**superhot clips** @TerabyteCarter · Aug 18, 2019
Underrated tweet

💬    🔁    ♡ 1    ⬆️

**Hasnain** @itsrealhasnain · Jan 11, 2018
Replying to @CorelliumHQ
Which vpn working 100% for iphone 😮

💬 1    🔁    ♡ 1    ⬆️



This Tweet is from an account that no longer exists. Learn more

**Jonathan** @JonathanLajoie8 · Jan 14, 2018
Lol don't use this, selling your info to the highest bidder

**Erik Gomez** @Contains_ENG · Jan 10, 2018
Replying to @CorelliumHQ
Signed up to hopefully test at my company. Hope to hear from you guys soon.

**Rhythmic Fistman** @rfistman · Jan 11, 2018
Replying to @CorelliumHQ and @cmwdotme
ANY VERSION?!? ZOMG! FINALLY

**Andreas Nilsen** @adde88 · Jan 11, 2018
Replying to @CorelliumHQ
This looks very interesting!!!

**mitp0sh ( みとぼしゅ )** @mitp0sh · Jan 11, 2018
Replying to @CorelliumHQ
Just epic! 😆

**./Praveen** @Pro542 · Jan 11, 2018
Replying to @CorelliumHQ
Something like selenoid I think @zynchro

**Weltschmerz** @mitchellmebane · Jan 12, 2018
Replying to @CorelliumHQ
I want to love this, but I feel like integrating it into any professional workflow is short-sighted, unless Apple officially condones it. :-/

**Kai** @schweinepriestr · Feb 1, 2018
Replying to @CorelliumHQ
"Run any version of iOS" including iOS 7 and 8.3? what about the music lib and app? want to take some screens of those good old versions

**Charlestai** @Charlestai1225 · Mar 14, 2018
Replying to @CorelliumHQ
Can i have it??

← **Tweet**

**Chris Crowley** @CCrowMontance · Jan 22, 2018
Replying to @CorelliumHQ
I'm ready. Where to sign up?
💬 1

**Corellium** @CorelliumHQ · Jan 22, 2018
Head on over to corellium.com to reserve a spot for early access!
❤️ 1

**More replies**

Search Twitter

**Relevant people**

**Corellium**  [Follow]
@CorelliumHQ
The only platform offering ARM-based mobile device virtualization. On-site and in the cloud. Email sales@corellium.com for more details.

**Trends for you** ⚙️

Entertainment · Trending

APL-CORELLIUM_00045673



winston lin @winstonlin5 · Jan 10, 2018
Replying to @CorelliumHQ and @pimskeks
yes plese!!!!!! i love you

winston lin @winstonlin5 · Jan 10, 2018
Replying to @CorelliumHQ
But the thing is can we run the software offline? Like rumours which seemed to be running IOS on an android device

Trending in Illinois
**Thundercat**
44.1K Tweets

Politics · Trending
**And An FBI Warning**
1,675 Tweets

Politics · Trending
**Hunter Biden**
30K Tweets

Politics · Trending
**Captain Crozier**
81.3K Tweets

Show more

Terms  Privacy policy  Cookies  Ads info
More ⌄  © 2020 Twitter, Inc.

APL-CORELLIUM_00045674

Item: 10001 (Metadata)

| Field Name | Value |
|---|---|
| URI | twcap://-1565501910/6/-423945167 |
| MD5 hash | D0902844423B1A1D5FD5CFE8254EB935 |
| MD5 hash version | v5 |
| Source | TwitterCapture |
| Ingesting Scanner Version | 5.8.1.2008 |

Item: 10002 (Metadata)

| Field Name | Value |
|---|---|
| URI | twcap://-1565501910/5/1155323582 |
| MD5 hash | B97B71277B030E2E9ACBC1C09C09EC9A |
| MD5 hash version | v5 |
| Source | TwitterCapture |
| Ingesting Scanner Version | 5.8.1.2008 |

APL-CORELLIUM_00045676

Item: 10003 (Metadata)

| Field Name | Value |
|---|---|
| URI | twcap://-1565501910/4/-1314755544 |
| MD5 hash | 4F239D9EE9A4B127E860453B5C9F303D |
| MD5 hash version | v5 |
| Source | TwitterCapture |
| Ingesting Scanner Version | 5.8.1.2008 |

APL-CORELLIUM_00045677

Item: 10004 (Metadata)

Preview

| Field Name | Value |
| --- | --- |
| URI | twcap://-1565501910/3/-1328314055 |
| MD5 hash | 3A0389D4C2872CE93E06052386508401 |
| MD5 hash version | v5 |
| Source | TwitterCapture |
| Ingesting Scanner Version | 5.8.1.2008 |

APL-CORELLIUM_00045678

Item: 10005 (Metadata)

Preview

| Field Name | Value |
|---|---|
| URI | twcap://-1565501910/2/-790365591 |
| MD5 hash | E69A6DD3C2BAE4C09A13089D5A0C092B |
| MD5 hash version | v5 |
| Source | TwitterCapture |
| Ingesting Scanner Version | 5.8.1.2008 |

APL-CORELLIUM_00045679

Item: 10006 (Metadata)

| Field Name | Value |
| --- | --- |
| URI | twcap://-1565501910/1/-423945167 |
| MD5 hash | 27D5990704F7001E270E828DA3C0DCB5 |
| MD5 hash version | v5 |
| Source | TwitterCapture |
| Ingesting Scanner Version | 5.8.1.2008 |

APL-CORELLIUM_00045680