# Plaintiff Exhibit 104
# Filed Under Seal