# Plaintiff Exhibit 105
# Filed Under Seal