# Plaintiff Exhibit 106
# Filed Under Seal