# Plaintiff Exhibit 107
# Filed Under Seal