# Plaintiff Exhibit 108
# Filed Under Seal