# Plaintiff Exhibit 109
# Filed Under Seal