# Plaintiff Exhibit 110

# Filed Under Seal