# Plaintiff Exhibit 111
# Filed Under Seal