# Plaintiff Exhibit 112

# Filed Under Seal