# Plaintiff Exhibit 113
# Filed Under Seal