# Plaintiff Exhibit 114
# Filed Under Seal