# Plaintiff Exhibit 115
# Filed Under Seal