# Plaintiff Exhibit 116
# Filed Under Seal