# Plaintiff Exhibit 117
# Filed Under Seal