# Plaintiff Exhibit 120
# Filed Under Seal