# Plaintiff Exhibit 121
# Filed Under Seal