# Plaintiff Exhibit 122
# Filed Under Seal