# Plaintiff Exhibit 123
# Filed Under Seal