# Plaintiff Exhibit 124
# Filed Under Seal