# Plaintiff Exhibit 125
# Filed Under Seal