# Plaintiff Exhibit 126
# Filed Under Seal