# Plaintiff Exhibit 127
# Filed Under Seal