# Plaintiff Exhibit 128

# Filed Under Seal