# Plaintiff Exhibit 129
# Filed Under Seal