

# Plaintiff Exhibit 130
# Filed Under Seal