# Plaintiff Exhibit 131
# Filed Under Seal