# Plaintiff Exhibit 132

# Filed Under Seal