# Plaintiff Exhibit 133

♻ You Retweeted



**Chris Wade** ✓  @cmwdotme · Jan 7

If you're doing vulnerability research and haven't tried @CorelliumHQ now is a great time 😜

>  **Zerodium** ✓  @Zerodium · Jan 7
>
> Announcement: We are increasing our bounties for almost every product.
> We're now paying $2,000,000 for remote iOS jailbreaks, $1,000,000 for WhatsApp/iMessage/SMS/MMS RCEs, and $500,000 for Chrome RCEs.
> More information at: zerodium.com/program.html#c...
>
> 

 4      11     39