# Plaintiff Exhibit 134
# Filed Under Seal