# Plaintiff Exhibit 135
# Filed Under Seal