# Plaintiff Exhibit 136
# Filed Under Seal