# Plaintiff Exhibit 137
# Filed Under Seal