# Plaintiff Exhibit 138

# Filed Under Seal