# Plaintiff Exhibit 139

ATTORNEY'S EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2
 3                   No. 9:19-cv-81160-RS
 4   APPLE, INC.,
 5            Plaintiff,
 6   vs.
 7   CORELLIUM, LLC,
 8
              Defendant.
 9   _____/
10                          Fort Lauderdale, Florida
                            April 13, 2020
11                          10:05 a.m. - 6:51 p.m.
12
13             (ATTORNEY'S EYES ONLY)
14        VIDEO DEPOSITION OF CHRIS WADE
15                  (Via Zoom)
16      Taken before SUZANNE VITALE, R.P.R., F.P.R.
17   and Notary Public for the State of Florida at Large,
18   pursuant to Notice of Taking Deposition filed in the
19   above cause.
20
21
22
23
24
25
```

Page 1

```
 1   █████████████████████████████████████████████
 2   █████████████████████████████████████████████
 3         Do you recognize the image on page 3, sir?
 4      A.  ████████████████████████████████████████
 5   ████████████████████████████████
 6      Q.  All right.  ████████████████████████████
 7   █████████████████████████████████████████
 8   ██████████ right?
 9      A.  Yes.
10      Q.  What does the option to ██████████████
11   ████████ do?
12      A.  It allows you to use a ████████████████
13   █████████████████████████████████████████████
14      Q.  And where is the ██████████████████████
15   ██████████████████████████████
16           MR. VINE:  Objection.
17           THE WITNESS:  ████████████████████ on
18   that, ████████████████████████████████████████
19   █████████
20   BY MR. GROSS:
21      Q.  One of the servers that you have
22   █████████████████████████████
23      A.  That would be accurate, yes, I think, yes.
24      Q.  What does the word ███████████████████
25   █████████████████████
```

Page 228

```
 1              MR. VINE:  Objection.
 2              THE WITNESS:  I think the ▮▮▮▮▮
 3       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 4       ▮▮▮▮▮▮
 5   BY MR. GROSS:
 6       Q.   If we disregard the ▮▮▮▮▮▮▮▮▮▮
 7   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 8   ▮▮▮▮▮▮▮▮ refer to?
 9              MR. VINE:  Objection.
10              THE WITNESS:  To the ▮▮▮▮▮▮▮
11       ▮▮▮.
12   BY MR. GROSS:
13       Q.   Now, we actually ▮▮▮▮▮▮▮▮▮▮
14   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
15            And that would require a ▮▮▮▮▮
16   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
17       A.   ▮▮▮.
18       Q.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
21       A.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
23       Q.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, right?
```

Page 229

```
 1                              does it?
 2         A.
 3
 4         Q.    In
 5             , right?
 6         A.
 7         Q.
 8
 9              MR. VINE:  Objection, overbroad.
10              THE WITNESS:
11
12
13   BY MR. GROSS:
14         Q.
15
16
17              MR. VINE:  Objection.
18              THE WITNESS:
19
20
21
22   BY MR. GROSS:
23         Q.
24
25           right?
```



Page 272

ATTORNEY'S EYES ONLY

```
 1        A.      ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
 2        Q.      ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
 3                MR. VINE:  Objection, asked and answered.
 4                THE WITNESS:  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
 5        ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
 6        ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
 7        ▆▆▆▆▆
 8   BY MR. GROSS:
 9        ▆   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
10   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
11        ▆▆▆   ▆▆▆
12        ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
13        ▆▆▆   ▆▆▆▆▆▆▆▆
14        ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
15        ▆▆▆▆▆▆▆▆▆
16        ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
17        ▆▆▆▆▆
18        ▆▆▆   ▆▆▆▆
19        ▆▆▆▆▆▆▆
20        ▆▆▆▆▆▆▆▆▆▆▆▆
21        ▆▆▆▆▆▆▆▆▆▆▆▆
22        ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
23        ▆▆▆▆▆
24   BY MR. GROSS:
25        Q.      ▆▆▆▆▆▆▆▆▆▆▆▆
```



```
 1
 2                    CERTIFICATE OF OATH
 3
 4    STATE OF FLORIDA    )
 5    COUNTY OF BROWARD   )
 6
 7              I, the undersigned authority, certify
 8       that CHRIS WADE personally appeared before me and
 9       was duly sworn.
10              WITNESS my hand and official seal this
11       16th day of April, 2020.
12
13                         [signature: Suzanne Vitale]
14
15              SUZANNE VITALE, R.P.R., F.P.R.
                Notary Public, State of Florida
16              My Commission No. DD179981
                Expires: 5/24/2020
17
18
19
20
21
22
23
24
25
```

Page 302

ATTORNEY'S EYES ONLY

```
 1
 2                    CERTIFICATE
 3
 4   STATE OF FLORIDA  )
 5   COUNTY OF BROWARD )
 6
 7          I, SUZANNE VITALE, R.P.R., F.P.R. do
 8   hereby certify that I was authorized to and did
 9   stenographically report the foregoing deposition
10   of CHRIS WADE; that a review of the transcript
11   was requested; and that the transcript is a true
12   record of my stenographic notes.
13          I FURTHER CERTIFY that I am not a
14   relative, employee, attorney, or counsel of any
15   of the parties, nor am I a relative or employee
16   of any of the parties' attorney or counsel
17   connected with the action, nor am I financially
18   interested in the action.
19          Dated this 16th day of April, 2020.
20
21          [signature: Suzanne Vitale]
22
23          SUZANNE VITALE, R.P.R., F.P.R.
24          My Commission No. DD179981
25          Expires: 5/24/2020
```