**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S *UNOPPOSED* MOTION TO CORRECT THE FILING DATE *NUNC PRO TUNC* TO MAY 26, 2020 FOR CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF PLAINTIFF APPLE INC.'S OPPOSITION TO CORELLIUM'S MOTION FOR SUMMARY JUDGMENT, DUE TO CM/ECF FAILURE, AND INCORPORATED MEMORANDUM OF LAW**

      Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 7.1(a)(1) and Section 3H(4) of the CM/ECF Administrative Procedures – S.D. Fla., respectfully submits this *unopposed* motion for an order correcting the filing date *nunc pro tunc* to May 26, 2020, for certain materials submitted in support of Apple's opposition to Corellium's Motion for Summary Judgment which were, due to an apparent CM/ECF system error, submitted shortly after midnight. These materials are (1) Apple's Response to Defendant Corellium, LLC's Statement of Material Facts In Support of Corellium's Motion for Summary Judgment ("Response"), ECF No. 517, and (2) Plaintiff Apple Inc.'s Index of Exhibits In Support of its Opposition to Defendant Corellium, LLC's Motion for Summary Judgment ("Index"), including the exhibits attached thereto, ECF Nos. 518, 518-1 through 518-57.

      In support of this request, Apple states as follows:

      1.    Pursuant to Local Rule 7.1(c), May 26, 2020, was the deadline for Apple to oppose Corellium's Motion for Summary Judgment (ECF No. 456) as well as three *Daubert* motions filed by Corellium to exclude testimony from Apple's expert witnesses (ECF Nos. 444, 452, and 454).

2. Apple timely filed its Opposition to Corellium's Motion for Summary Judgment (ECF No. 516) as well as oppositions to each of the *Daubert* motions (ECF Nos. 503, 504, and 505), and supporting materials for each of the *Daubert* oppositions. In addition, Apple filed six motions to seal materials submitted in connection with its filings, several at the request of other parties (ECF Nos. 500, 501, 502, 508, 509, and 510), as well as an unrelated (and unopposed) motion for leave to amend its complaint to narrow certain issues for trial (ECF No. 506).

3. Apple was able to file these materials without difficulty over the Court's Case Management/Electronic Case Files ("CM/ECF") system. Goldberg Decl. ¶ 3. However, beginning at approximately 11:30 p.m. on May 26, 2020, after Apple had filed everything but its summary judgment opposition papers, Apple began experiencing difficulties with the CM/ECF system while attempting to file its Opposition to Corellium's Motion for Summary Judgment, Apple's Response to Corellium's Statement of Material Facts, the Index of Exhibits in support thereof, and the 57 supporting exhibits. Goldberg Decl. ¶ 4. Apple's counsel was ejected from and/or could not log in to the system while attempting to complete its filings. Goldberg Decl. ¶ 4. During that time period, multiple counsel for Apple—all working from home in light of the COVID 19 pandemic—attempted to sign in to the CM/ECF system and file documents without success. Goldberg Decl. ¶ 5.

4. In light of the technical difficulties Apple faced with the CM/ECF system, Apple immediately served its Opposition, Response, and Index, including the exhibits attached thereto, on opposing counsel via email on May 26, 2020. Goldberg Decl. ¶ 6; Ex. A. Apple likewise sent its Opposition, Response, and Index to this Court via the Court's chambers email account, with opposing counsel copied, on May 26, 2020, advising the Court of the technical difficulty Apple was facing. Goldberg Decl. ¶ 6; Ex. B.

5. During the period Apple was unable to submit filings—between approximately 11:30 p.m. and 11:58 p.m. ET—Corellium's filings were being transmitted through the CM/ECF system. *See* ECF Nos. 511, 512, 513, 514, and 515.

6. Shortly after Corellium's filings were complete (the last was filed at 11:54 p.m.), multiple members of the Apple team were able to successfully sign back in to the CM/ECF system and transmit its remaining filings through the CM/ECF system. Apple was able to file its Opposition to Corellium's Motion for Summary Judgment via the CM/ECF system at 11:59 p.m. on May 26, 2020. However, its supporting materials were filed shortly after midnight.

Specifically, Apple's Response to Corellium's Statement of Facts was filed via the CM/ECF system 12:01 a.m. ET on May 27, 2020, and Apple's Index, including the attached exhibits, were filed via the CM/ECF system at 12:31 a.m. ET on May 27, 2020. *See* ECF Nos. 517 and 518 (including exhibits at ECF Nos. 518-1 through 518-57).

7. Section 3H(4) of the CM/ECF Administrative Procedures – Southern District of Florida states that, "[i]n the unlikely event that a technical failure occurs after regular business hours on the day a User's filing is due or a filing is otherwise untimely made as a result of a CM/ECF technical failure, users may have to seek relief from the Court." As explained above and in the supporting declaration from Apple counsel Martin B. Goldberg, Apple experienced technical difficulties that prevented Apple's Response to Corellium's Statement of Facts and Apple's Index of Exhibits, including the exhibits attached thereto, from being filed on the CM/ECF system on May 26, 2020, though they were served that day.

8. Accordingly, and as contemplated by 3H(4), Apple now seeks relief from the Court in the form of an order correcting the filing date *nunc pro tunc* for (1) Apple's Response to Corellium's Statement of Facts, ECF No. 517, and (2) Apple's Exhibit Index, including the exhibits attached thereto (ECF Nos. 518, 518-1 through 518-57) to May 26, 2020.

9. Apple acted with diligence and in good faith to timely complete its filings, and ensured that those filings were timely served notwithstanding its technical difficulties with CM/ECF.

10. Apple conferred with counsel for Corellium regarding the relief requested herein. Corellium does not oppose Apple's request to correct the filing date *nunc pro tunc* for its Response and Index, including the exhibits attached thereto, to May 26, 2020, which was the date each of those documents was served on Corellium.

**WHEREFORE** Apple respectfully requests that this Court enter an order correcting the filing date *nunc pro tunc* to May 26, 2020 for ECF No. 517 and ECF No. 518 (including ECF Nos. 518-1 through 518-57).

A proposed order is submitted herewith.

**LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant Corellium, LLC on May 27, 2020, regarding the relief sought herein. Defendant does not oppose.

| | |
|---|---|
| Dated: May 27, 2020 | Respectfully Submitted, |

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.