UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

          Plaintiff,

v.

CORELLIUM, LLC,

          Defendant.

**DECLARATION OF MARTIN B. GOLDBERG
IN SUPPORT OF PLAINTIFF APPLE INC.'S MOTION TO CORRECT THE FILING
DATE *NUNC PRO TUNC* TO MAY 26, 2020 FOR CERTAIN DOCUMENTS
SUBMITTED IN SUPPORT OF PLAINTIFF APPLE INC.'S OPPOSITION TO
CORELLIUM'S MOTION FOR SUMMARY JUDGMENT, DUE TO CM/ECF FAILURE**

1. My name is Martin B. Goldberg. I am over the age of 18. I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am an attorney at Lash & Goldberg LLP and counsel for Apple Inc. in this matter.

3. On May 26, 2020, counsel for Apple was able to file numerous filings via the Court's Case Management/Electronic Case Files ("CM/ECF") system without difficulty.

4. At approximately 11:30 p.m. ET, when counsel through its support staff was preparing to file Apple's final filings for the day, counsel was ejected from and/or unable to log in to the CM/ECF system. Those final filings were (1) Apple's Opposition to Defendant Corellium, LLC's Motion for Summary Judgment ("Opposition"), ECF No. 516, (2) Apple's Response to Defendant Corellium, LLC's Statement of Material Facts In Support of Corellium's Motion for

1

Summary Judgment ("Response"), ECF No. 517, and (3) Plaintiff Apple Inc.'s Index of Exhibits In Support of its Opposition to Defendant Corellium, LLC's Motion for Summary Judgment ("Index"), ECF No. 518, including the Exhibits Attached thereto ("Exhibits"), ECF Nos. 518-1 through 518-57 ("Exhibits").

5. Between approximately 11:30 p.m. and 11:58 p.m. ET, multiple counsel for Apple and supporting staff, all working from home because of the COVID 19 pandemic, attempted to sign in to CM/ECF system from different computers. None were able to successfully log in to the CM/ECF system between approximately 11:30 p.m. and 11:54 p.m ET.

6. During that time, Apple served its Opposition, Response, and Index, including the exhibits attached thereto, on counsel for Corellium. A true and correct copy of Apple's service email to Corellium (without the attachments thereto), and the corresponding Certificate of Service reflecting the May 26, 2020 service date, is attached hereto as Exhibit A. Apple also sent its Opposition, Response, and Index to the Court via the Court's chambers email account. A true and correct copy of Apple's email to the Court (without the attachments thereto), reflecting a May 26, 2020 sent date, is attached hereto as Exhibit B.

7. After 11:54 p.m. ET, multiple Apple counsel and supporting staff were able to log back in to the CM/ECF system successfully, without further ejection, and complete Apple's filings. Because of the technical difficulties discussed herein, counsel was not able to file the Response and Index, with its supporting exhibits, until shortly after midnight on May 27, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2020
in Fort Lauderdale, FL

Martin B. Goldberg

# EXHIBIT A

# Nightingale Dawson, Elana (DC)

| | |
|---|---|
| **From:** | Nightingale Dawson, Elana (DC) |
| **Sent:** | Tuesday, May 26, 2020 11:54 PM |
| **To:** | 'Lizza C. Constantine'; 'Justin B. Levine'; 'Jonathan Vine'; 'Michael Boehringer'; 'dhecht@hechtpartnersllp.com'; 'mprice@hechtpartnersllp.com'; 'mwang@hechtpartnersllp.com'; 'Conor McDonough' |
| **Cc:** | 'Martin Goldberg'; 'Emily Pincow'; Stebbins Bina, Jessica (CC); Damle, Sy (DC); Gross, Gabriel (Bay Area); Wetzel, Joseph  (Bay Area); Gass, Andrew (Bay Area); Homer, Carolyn (DC); Nguyen, Judy (SV) |
| **Subject:** | Apple Inc. v. Corellium, LLC - Service of Opposition to Motion for Summary Judgment |
| **Attachments:** | Apple - Opposition to Corellium MSJ [Under Seal].pdf; Apple - Response - Corellium MSJ Statement of Facts [Under Seal].pdf; Apple - Index of Exihbits [Under Seal].pdf; Apple - Certificate of Service.pdf |

Counsel,

Please find attached the unredacted copy of Apple's Opposition to Corellium's Motion for Summary Judgment and related filings.  Apple's unredacted exhibits will be sent via secure transfer.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**

555 Eleventh St., NW Suite 1000 | Washington, DC 20004
Tel: 202-637-2303 | Fax: 202-637-2201 | <u>http://www.lw.com</u>

**Nightingale Dawson, Elana (DC)**

| | |
|---|---|
| **From:** | Nguyen, Judy (SV) |
| **Sent:** | Tuesday, May 26, 2020 11:58 PM |
| **To:** | justin.levine@csklegal.com; mwang@hechtpartnersllp.com; dhecht@hechtpartnersllp.com; mprice@hechtpartnersllp.com; lizza.constantine@csklegal.com; michael.boehringer@csklegal.com; jonathan.vine@csklegal.com; dconnelly@freemanmills.com |
| **Cc:** | Gross, Gabriel (Bay Area); mgoldberg@lashgoldberg.com; Stebbins Bina, Jessica (CC); Nightingale Dawson, Elana (DC); epincow@lashgoldberg.com; Homer, Carolyn (DC); Damle, Sy (DC); Gass, Andrew (Bay Area); Wetzel, Joseph (Bay Area) |
| **Subject:** | Apple v. Corellium: Unredacted Exhibits to Opposition to Motion for Summary Judgment |

**LATHAM&WATKINS**

# You received 1 file from judy.nguyen@lw.com via Latham Secure Transfer Europe

Dear Counsel,

Please find attached.

Regards,
Judy Nguyen

File links expire: Aug 25, 2020

**Access Files**

Secured by Accellion

1

 **1 compressed file**
FUS Exhibits.zip

* A password may be required to access shared files.
* If you have an active account, log on with your email address and password.
* To contact Latham & Watkins Technology Support, call +1.866.452.8426 in the US or +1.213.891.7189 outside of the US.

## CERTIFICATE OF SERVICE

I, Elana Nightingale Dawson, do hereby certify that on May 26, 2020 I caused a copy of Plaintiff Apple Inc.'s Opposition to Defendant Corellium, LLC's Motion for Summary Judgment, Plaintiff Apple Inc.'s Response to Defendant Corellium, LLC's Statement of Material Facts in Support of Corellium's Motion for Summary Judgment, and Plaintiff Apple Inc.'s Index of Exhibits in Support of its Opposition to Defendant Corellium, LLC's Motion for Summary Judgment to be served via email, and the Exhibits attached thereto to be served via Latham Secure Transfer, upon:

S. Jonathan Vine
Justin B. Levine
Lizza C. Constantine
COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
jonathan.vine@csklegal.com
justin.levine@csklegal.com
lizza.constantine@csklegal.com

Michael Alexander Boehringer
COLE, SCOTT & KISSANE, P.A.
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401
michael.boehringer@csklegal.com

David L. Hecht
Minyao Wang
Maxim Price
Conor McDonough
HECHT PARTNERS LLP
20 West 23rd St. Fifth Floor
New York, NY 10010
dhecht@hechtpartnersllp.com
mwang@hechtpartnersllp.com
mprice@hechtpartnersllp.com
cmcdonough@hechtpartnersllp.com

*s/ Elana Nightingale Dawson*
Elana Nightingale Dawson

# EXHIBIT B

## Nightingale Dawson, Elana (DC)

| | |
|---|---|
| **From:** | Nightingale Dawson, Elana (DC) |
| **Sent:** | Tuesday, May 26, 2020 11:59 PM |
| **To:** | smith@flsd.uscourts.gov |
| **Cc:** | 'Lizza C. Constantine'; 'Justin B. Levine'; 'Jonathan Vine'; 'Michael Boehringer'; 'dhecht@hechtpartnersllp.com'; 'mprice@hechtpartnersllp.com'; 'mwang@hechtpartnersllp.com'; 'Conor McDonough'; 'Martin Goldberg'; 'Emily Pincow'; Stebbins Bina, Jessica (CC); Damle, Sy (DC); Gross, Gabriel (Bay Area); Wetzel, Joseph  (Bay Area); Gass, Andrew (Bay Area); Homer, Carolyn (DC); Nguyen, Judy (SV) |
| **Subject:** | Apple Inc. v. Corellium, LLC - 9:19-cv-811 - Opposition to MSJ |
| **Attachments:** | Index of Exhibits ISO Opp. to MSJ _ SOF - REDACTED VERSION.pdf; Apple Opposition to Corellium MSJ REDACTED_Redacted.pdf; Apple Response  Corellium MSJ Statement of Facts - Redacted Version_Redacted.pdf |

To Judge Smith's Chambers,

We have been repeatedly kicked out off of CM/ECF when trying to file our opposition to Corellium's Motion for Summary Judgment.  Those filings are attached here and Corellium's counsel is CC'd on this correspondence.  We will follow up with our exhibits thereto, and will continue trying to submit via CM/ECF.

Respectfully Submitted,

Elana Nightingale Dawson

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
555 Eleventh St., NW Suite 1000 | Washington, DC 20004
Tel: 202-637-2303 | Fax: 202-637-2201 | http://www.lw.com