UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

## PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to Correct the Filing Date *Nunc Pro* Tunc to May 26, 2020 for Certain Documents Submitted in Support of Plaintiff Apple Inc.'s Opposition to Corellium's Motion for Summary Judgment, Due to CM/ECF Failure ("Motion").  Being fully advised in the premises and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.  Apple's Response to Defendant Corellium, LLC's Statement of Facts In Support of Corellium's Motion for Summary Judgment (ECF No. 517), and Plaintiff Apple Inc.'s Index of Exhibits In Support of its Opposition to Defendant Corellium, LLC's Motion for Summary Judgment, including the exhibits thereto (ECF Nos. 518, 518-1 through 518-57), are deemed to have been filed *nunc pro tunc* on May 26, 2020.

**DONE AND ORDERED** this \_\_ of May, 2020, in Fort Lauderdale, Florida.

                                                                            **RODNEY SMITH**
                                                                            **UNITED STATES DISTRICT JUDGE**