# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

## **RULE 7.1(B)(4) NOTICE**

     Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 7.1(b)(4), hereby provides notice to the Court that Plaintiff Apple's Motion to Dismiss Defendant Corellium, LLC's Counterclaims, ECF No. 99, is fully briefed and outstanding.

| | |
|---|---|
| Dated: May 28, 2020 | Respectfully Submitted, |
| | |
| | *s/ Martin B. Goldberg* |
| Michele D. Johnson* | Martin B. Goldberg |
| *michele.johnson@lw.com* | Florida Bar No. 0827029 |
| LATHAM & WATKINS LLP | *mgoldberg@lashgoldberg.com* |
| 650 Town Center Drive, 20th Floor | *rdiaz@lashgoldberg.com* |
| Costa Mesa, CA 92626 | Emily L. Pincow |
| (714) 540-1235 / (714) 755-8290 Fax | Florida Bar No. 1010370 |
| | *epincow@lashgoldberg.com* |
| Sarang Vijay Damle* | *gizquierdo@lashgoldberg.com* |
| *sy.damle@lw.com* | LASH & GOLDBERG LLP |
| Elana Nightingale Dawson* | 100 Southeast Second Street |
| *elana.nightingaledawson@lw.com* | Miami, FL 33131 |
| LATHAM & WATKINS LLP | (305) 347-4040 / (305) 347-4050 Fax |
| 555 Eleventh Street NW, Suite 1000 | |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel*
*joe.wetzel@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.