UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

   v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF APPLE'S RESPONSE TO CORELLIUM'S MEMORANDUM TO SEAL PORTIONS OF THE COURT'S ORDER D.E. 380**

Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple's Response to Corellium's Memorandum to Seal Portions of the Court's Order D.E. 380 ("Response"). In support of this request, Apple states as follows:

1.  On May 22, 2020, the Court entered an Order permitting Corellium to file under seal Corellium's Memorandum to Seal Portions of the Court's Order D.E. 380. ECF No. 497.

2.  Apple's Response to Corellium's Memorandum references material that the Court permitted Corellium to file under seal in its Memorandum. *See id.* Apple therefore moves to file under seal the portions of its Response that address such material as well as those portions of its Response that address the currently sealed discovery order at ECF No. 380.

**WHEREFORE** Apple respectfully requests that, consistent with the Court's Order, ECF No. 497, the following be filed under seal and remain under seal until the briefing referenced in

ECF No. 483 is complete, and the Court has decided the issues being presented to the Court:

    a. Portions of Plaintiff Apple Inc.'s Response to Corellium's Memorandum to Seal Portions of the Court's Order D.E. 380.

A proposed order is submitted herewith.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant and the United States on June 1, 2020, regarding the relief sought herein.  Defendant and the United States do not oppose.

Dated: June 1, 2020

Respectfully Submitted,

Michele D. Johnson\*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle\*
*sy.damle@lw.com*
Elana Nightingale Dawson\*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass\*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina\*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross\*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

\*Admitted pro hac vice

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.