UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE CERTAIN OPINIONS AND CORRESPONDING TESTIMONY OF CORELLIUM'S EXPERT JAMES OLIVIER AND EXHIBITS ATTACHED THERETO AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple Inc.'s Reply in Support of its Motion to Exclude Certain Opinions and Corresponding Testimony of Corellium's Expert James Olivier ("Reply"), as well as portions of Exhibits A and B attached thereto. In support of this request, Apple states as follows:

1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

1

2. Exhibit A to the Reply contains excerpts of the transcript of the April 13, 2020 deposition of Chris Wade. Corellium has designated portions of Mr. Wade's deposition transcript contained in Exhibit A as "CONFIDENTIAL" and "CONFIDENTIAL – ATTORNEYS' EYES ONLY" ("AEO").

3. Exhibit B to the Reply contains excerpts of the transcript of the April 24, 2020 deposition of James Olivier, Ph.D. Corellium has designated portions of Dr. Olivier's deposition transcript contained in Exhibit B as "CONFIDENTIAL."

4. Apple's Reply refers to and quotes portions of Exhibits A and B, and refers to other material previously filed under seal in connection with Apple's Motion to Exclude Certain Opinions and Corresponding Testimony of Corellium's Expert James Olivier, ECF No. 465. The Court previously granted Apple's Motion to File Under Seal Portions of ECF No. 465 and exhibits attached thereto. ECF No. 460.

5. Corellium has requested that Apple seek to file under seal all material designated by Corellium as "CONFIDENTIAL" or AEO.

6. Consistent with the Protective Order, Corellium's standing designations, and the Court's previous order sealing materials cited in the Reply, ECF No. 460, Apple moves to file under seal the portions of its Reply, and Exhibits A and B attached thereto, that contain or discuss material designated as "CONFIDENTIAL" or AEO as well as material previously filed under seal.

**WHEREFORE** Apple respectfully requests that, unless and until Corellium's designations are changed or rejected, the following materials remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

a. Portions of Apple Inc.'s Reply in Support of its Motion to Exclude Certain Opinions and Corresponding Testimony of Corellium's Expert James Olivier;

b. Portions of Exhibits A and B attached thereto.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on June 2, 2020, regarding the relief sought herein. Defendant does not oppose.

| | |
|---|---|
| Dated: June 2, 2020 | Respectfully Submitted, |
| Michele D. Johnson* <br> *michele.johnson@lw.com* <br> LATHAM & WATKINS LLP <br> 650 Town Center Drive, 20th Floor <br> Costa Mesa, CA 92626 <br> (714) 540-1235 / (714) 755-8290 Fax | *s/ Martin B. Goldberg* <br><br> Martin B. Goldberg <br> Florida Bar No. 0827029 <br> *mgoldberg@lashgoldberg.com* <br> *rdiaz@lashgoldberg.com* <br> Emily L. Pincow |
| Sarang Vijay Damle* <br> *sy.damle@lw.com* <br> Elana Nightingale Dawson* <br> *elana.nightingaledawson@lw.com* <br> LATHAM & WATKINS LLP <br> 555 Eleventh Street NW, Suite 1000 <br> Washington, DC 20004 <br> (202) 637-2200 / (202) 637-2201 Fax | Florida Bar. No. 1010370 <br> *epincow@lashgoldberg.com* <br> LASH & GOLDBERG LLP <br> 100 Southeast Second Street <br> Miami, FL 33131 <br> (305) 347-4040 / (305) 347-4050 Fax |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.