UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

## PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Under Seal Portions of Apple Inc.'s Reply in Support of its Motion to Exclude Certain Opinions and Corresponding Testimony of Corellium's Expert James Olivier and Exhibits Attached Thereto ("Motion").  Being fully advised in the premises, and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.  Apple is given leave to file under seal portions of its Reply and Exhibits A and B attached thereto.  The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this ___ of June, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                _____
                                                **WILLIAM MATTHEWMAN**
                                                **UNITED STATES MAGISTRATE JUDGE**