# EXHIBIT A

ATTORNEY'S EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2
 3                    No. 9:19-cv-81160-RS
 4   APPLE, INC.,
 5              Plaintiff,
 6   vs.
 7   CORELLIUM, LLC,
 8
                Defendant.
 9   _____/
10                              Fort Lauderdale, Florida
                                April 13, 2020
11                              10:05 a.m. - 6:51 p.m.
12
13                   (ATTORNEY'S EYES ONLY)
14            VIDEO DEPOSITION OF CHRIS WADE
15                       (Via Zoom)
16       Taken before SUZANNE VITALE, R.P.R., F.P.R.
17   and Notary Public for the State of Florida at Large,
18   pursuant to Notice of Taking Deposition filed in the
19   above cause.
20
21
22
23
24
25
                                                    Page 1
```

```
 1   █████████████████████████████████████
 2        A.    It does not.
 3        Q.    Okay.  At the bottom of page 2 of
 4   Exhibit 14, there's a title that says, ████████
 5   ████████
 6              Do you see that, sir?
 7        A.    I do.
 8        Q.    And this, I take it, ███████████████
 9   ██████████████████████████████████████████████
10   ████████████████████; is that right?
11        A.    That is what it looks like, yes.
12        Q.    And is it correct, to your understanding,
13   that ████████████████████████████████████████
14   ██████████████████████████████████████████
15   ████████████████████████ the most current?
16        A.    Yes, I believe that is the case.  ██████
17   ██████████████████████████████████████████████
18   ██████████████████████████████████████████
19   ████████    ████████████████████████████████████
20   ██████ is my understanding.
21        Q.    Well, was it the case that earlier ██████
22   ██████████████████████████████████████████
23   ██████████████████████████████████████████
24   █████████████████████████████████████████
25        A.    No.  Originally, █████████████████████
```

Veritext Legal Solutions
866 299-5127

ATTORNEY'S EYES ONLY

```
 1   ████████████████████████████████████████
 2   ██████████████████████████████  ████████
 3   ████████████████████████████████████████
 4   ███████████████████████████████████
 5   ██████████████████████████████  ████████
 6   ████████████████████
 7       Q.  ████████████████████████████████
 8   ████████████████████████████████████████
 9   ████████████
10        ██████████████████████████████████
11   ██████████████████████
12       A.  Yes. ████████████████████████████
13   ████████████████████████████████████████
14   ████████████████████████████████████████
15   ████████████████
16       Q.  ████████████████████████████████
17   ██████████████████████
18            Is it true, then, sir, that ████████████
19   ██████████████████████████████████████
20   ██████████████████████
21       A.  That is correct. ████████████████
22   ████████████████████████████████████████
23   ████████████
24       Q.  My question was a little broader than the
25   current software.  I just want to make sure we're
```

Page 192

```
 1   clear on the record.
 2   ████████████████████████
 3   ████████████████████████████
 4   ████████████████
 5        A.   ████████ ████████████████████
 6   ██████████████████████████████████████
 7        Q.   Would you please turn to page 3 of this
 8   exhibit, sir, Exhibit 14?
 9        A.   Okay.  I'm on page 3.
10        Q.   ████████████████████████████
11             Do you see the word ████████ there, sir?
12        A.   I do see the word ████████" yes.
13        Q.   It looks like ████████████████████
14   ████████████████████████████
15   ████████  ████████████████████████
16   ████████████████████████, right?
17        A.   It does appear that's the case, yes.
18        Q.   ████████████████████████████████
19   ████████████████
20        A.   ████████████
21        Q.   ████████████████████████████████
22   ████████████████████
23        A.   Yes, I believe that's how it works.
24        Q.   ████████████████████████
25   ██████████████████████████████████████
```

```
 1
 2                  CERTIFICATE OF OATH
 3
 4    STATE OF FLORIDA   )
 5    COUNTY OF BROWARD  )
 6
 7            I, the undersigned authority, certify
 8       that CHRIS WADE personally appeared before me and
 9       was duly sworn.
10            WITNESS my hand and official seal this
11       16th day of April, 2020.
12
13            [signature: Suzanne Vitale]
14
15            SUZANNE VITALE, R.P.R., F.P.R.
              Notary Public, State of Florida
16            My Commission No. DD179981
              Expires: 5/24/2020
17
18
19
20
21
22
23
24
25
```