UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                     Plaintiff,

v.

CORELLIUM, LLC,

                     Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO
FILE UNDER SEAL PORTIONS OF APPLE INC.'S REPLY IN FURTHER
SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND
ITS REPLY STATEMENT OF MATERIAL FACTS IN SUPPORT THEREOF
AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple Inc.'s Reply in Further Support of its Motion for Partial Summary Judgment ("Reply") and its Reply Statement of Material Facts in support thereof ("Reply Statement of Facts"). In support of this request, Apple states as follows:

       1.      On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. Corellium has requested that Apple seek to file under seal all material designated by Corellium as "CONFIDENTIAL," "CONFIDENTIAL – ATTORNEYS' EYES ONLY," or "CONFIDENTIAL – SOURCE CODE" under the Protective Order. Most of this sealing motion relates to Corellium's designations. Some information has also been designated as CONFIDENTIAL – ATTORNEYS' EYES ONLY ("AEO") by Apple and third-party Azimuth Security LLC.

3. On May 11, 2020, Apple filed its Motion for Partial Summary Judgment and Statement of Material Facts in support thereof, along with a motion to seal portions of those filings and certain exhibits attached thereto because they contain information designated as "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE." ECF No. 447. The Court granted that motion to seal on May 12, 2020. ECF No. 461.

4. On May 11, 2020, Corellium filed its Motion for Partial Summary Judgment and Statement of Material Facts in support thereof, along with a motion to seal portions of those filings and certain exhibits attached thereto because they contain information designated as "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE." ECF No. 450. The Court granted that motion to seal on May 12, 2020. ECF No. 462.

5. On May 26, 2020, Apple filed its Response to Corellium's *Daubert* Motion to Preclude Certain Testimony of Dr. Jason Nieh, along with a motion to seal portions of that filing and certain exhibits attached thereto because they contain information designated as "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE." ECF No. 500. The Court granted that motion to seal on May 27, 2020. ECF No. 521.

6. On May 26, 2020, Corellium filed its Response in Opposition to Apple's Motion for Partial Summary Judgment and its response to Apple's Statement of Material Facts, along with

a motion to seal portions of those filings and certain exhibits attached thereto because they contain information designated as "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE." ECF No. 511. Specifically, the motion requested sealing of portions of Exhibits 1, 6, 13, 30, 32–36, and 42–45, and the entirety of Exhibits 2–5, 7–12, 14, 16–29, 31, and 38–41. *Id.* That motion to seal has not yet been adjudicated.

7. On May 26, 2020, Apple filed its Response in Opposition to Corellium's Motion for Summary Judgment and its response to Corellium's Statement of Material Facts, along with two motions to seal portions of those filings and certain exhibits attached thereto because they contain information designated as "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE." ECF Nos. 509, 510. Specifically, the motions requested sealing of portions of Exhibits 84–86, 88, 91–94, 139–140, and the entirety of Exhibits 90, 95, 102, 104–106, 108–132, and 134–138. *Id.* Those motions to seal have not yet been adjudicated.

8. Apple's Reply and Reply Statement of Facts refer to and quote portions of documents and material that have been ordered sealed including (1) Apple's Motion for Partial Summary Judgment, Statement of Material Facts, and the portions of Plaintiff's Exhibits 1–83, which were filed under seal; (2) Corellium's Motion for Summary Judgment, Statement of Material Facts, and the portions of Corellium's Exhibits 1–46, which were filed under seal; and (3) Apple's Response to Corellium's *Daubert* Motion to Preclude Certain Testimony of Dr. Jason Nieh, and the portions of the supporting exhibits, which were filed under seal.

9. Apple's Reply and Reply Statement of Facts refer to and quote portions of documents and material that have been designated or that discuss material that has been designated as "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE." This includes (1) Apple's Response to Corellium's Motion for Summary Judgment, Apple's Response to

3

Corellium's Statement of Material Facts, and the portions of Plaintiff's Exhibits 84–140, which are subject to a pending motion to seal; and (2) Corellium's Response to Apple's Motion for Summary Judgment and Response to Apple's Statement of Material Facts, and the portions of Corellium's Exhibits 1–34, which are subject to a pending motion to seal.  Specifically, and in addition to references to the redacted portions of the parties' briefing, Apple's Reply Statement of Facts refers to the following exhibits covered by pending motions to seal: DEX 1, 2, 3, 19, 20, 21, 24, 28; PEX 84, 85, 86, 91, 92, 95, 102, 112, 113, 139.

10. Consistent with the Protective Order, the Court's prior sealing orders, and the parties' and Azimuth's standing designations, Apple moves to file under seal the portions of its Reply and Reply Statement of Facts that contain or reference material ordered sealed by the Court and/or designated as "CONFIDENTIAL," AEO, or "CONFIDENTIAL – SOURCE CODE."

**WHEREFORE** Apple respectfully requests that, unless and until the parties' and Azimuth's designations are changed or rejected, the following documents remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

    a. Portions of Apple's Reply in Further Support of its Motion for Partial Summary Judgment; and

    b. Portions of Apple's Reply Statement of Material Facts.

A proposed order is submitted herewith.

**LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on June 2, 2020, regarding the relief sought herein. Defendant does not oppose.

| | |
|---|---|
| Dated: June 2, 2020 | Respectfully Submitted, |
| Michele D. Johnson* <br> *michele.johnson@lw.com* <br> LATHAM & WATKINS LLP <br> 650 Town Center Drive, 20th Floor <br> Costa Mesa, CA 92626 <br> (714) 540-1235 / (714) 755-8290 Fax | *s/ Martin B. Goldberg* <br><br> Martin B. Goldberg <br> Florida Bar No. 0827029 <br> *mgoldberg@lashgoldberg.com* <br> *rdiaz@lashgoldberg.com* <br> Emily L. Pincow |
| Sarang Vijay Damle* <br> *sy.damle@lw.com* <br> Elana Nightingale Dawson* <br> *elana.nightingaledawson@lw.com* <br> LATHAM & WATKINS LLP <br> 555 Eleventh Street NW, Suite 1000 <br> Washington, DC 20004 <br> (202) 637-2200 / (202) 637-2201 Fax | Florida Bar. No. 1010370 <br> *epincow@lashgoldberg.com* <br> LASH & GOLDBERG LLP <br> 100 Southeast Second Street <br> Miami, FL 33131 <br> (305) 347-4040 / (305) 347-4050 Fax |
| Andrew M. Gass* <br> *andrew.gass@lw.com* <br> Joseph R. Wetzel <br> *joe.wetzel@lw.corm* <br> LATHAM & WATKINS LLP <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br> (415) 391-0600 / (415) 395-8095 Fax | |
| Jessica Stebbins Bina* <br> *jessica.stebbinsbina@lw.com* <br> LATHAM & WATKINS LLP <br> 10250 Constellation Blvd., Suite 1100 <br> Los Angeles, CA 90067 <br> (424) 653-5500 / (424) 653-5501 Fax | |
| Gabriel S. Gross* <br> *gabe.gross@lw.com* <br> LATHAM & WATKINS LLP <br> 140 Scott Drive <br> Menlo Park, CA 94025 <br> (650) 463-2628 / (650) 463-2600 Fax | |

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.