**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

       Plaintiff,

v.

CORELLIUM, LLC,

       Defendant.

**PROPOSED ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND ITS REPLY STATEMENT OF MATERIAL FACTS IN SUPPORT THEREOF**

      **THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Under Seal portions of Apple Inc.'s Reply in Further Support of its Motion for Partial Summary Judgment and its Reply Statement of Material Facts in Support thereof ("Motion"). Being fully advised in the premises, and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

      **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Apple is given leave to file under seal portions of its Reply in Further Support of its Motion for Partial Summary Judgment and its Reply Statement of Material Facts. The sealed materials shall remain under seal until further Court order.

      **DONE AND ORDERED** this ___ of June, 2020, at Fort Lauderdale, Florida.

                                                  **RODNEY SMITH**
                                                  **UNITED STATES DISTRICT JUDGE**