UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S INDEX OF CORELLIUM'S REPEATED FACTS
IN SUPPORT OF APPLE'S REPLY STATEMENT OF MATERIAL FACTS
IN SUPPORT OF APPLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

## INDEX OF CORELLIUM'S REPEATED FACTS

To aid the Court in reviewing Apple's Reply to Corellium's Additional Facts in Response to Apple's Motion for Partial Summary Judgment, Apple has prepared the following paragraph cross-reference chart for where Corellium's Additional Facts are identical to or substantially overlap with Corellium's submission in support of its Motion for Summary Judgment and Apple's responses.

| Corellium's Additional Facts in Opposition to Apple's MSJ (ECF No. 513) | Corellium's Statement of Material Fact in Support of its MSJ ("CSOF") (ECF No. 457) | Apple's Response to Corellium's Statement of Material Facts ("SOFR") (ECF No. 518) |
|---|---|---|
| ¶ 79 | ¶ 20 | ¶ 20 |
| ¶ 80 | ¶ 20 | ¶ 20 |
| ¶ 81 | ¶ 22 | ¶ 22 |
| ¶ 82 | ¶ 23 | ¶ 23 |
| ¶ 86 | ¶¶ 9, 56 | ¶¶ 9, 56 |
| ¶ 87 | ¶ 71 | ¶ 71 |
| ¶ 91 | ¶ 3 | ¶ 3 |
| ¶ 92 | ¶ 4 | ¶ 4 |
| ¶ 93 | ¶ 6 | ¶ 6 |
| ¶ 94 | ¶ 12 | ¶ 12 |
| ¶ 95 | ¶ 13 | ¶ 13 |
| ¶ 96 | ¶ 14 | ¶ 14 |
| ¶ 97 | ¶ 16 | ¶ 16 |
| ¶ 98 | ¶ 18 | ¶ 18 |
| ¶ 99 | ¶ 19 | ¶ 19 |
| ¶ 100 | ¶ 31 | ¶ 31 |
| ¶ 101 | ¶ 32 | ¶ 32 |

| Corellium's Additional Facts in Opposition to Apple's MSJ (ECF No. 513) | Corellium's Statement of Material Fact in Support of its MSJ ("CSOF") (ECF No. 457) | Apple's Response to Corellium's Statement of Material Facts ("SOFR") (ECF No. 518) |
|---|---|---|
| ¶ 102 | ¶ 34 | ¶ 34 |
| ¶ 103 | ¶ 36 | ¶ 36 |
| ¶ 104 | ¶ 43 | ¶ 43 |
| ¶ 105 | ¶ 45 | ¶ 45 |
| ¶ 106 | ¶ 53 | ¶ 53 |
| ¶ 107 | ¶ 59 | ¶ 59 |
| ¶ 108 | ¶ 60 | ¶ 60 |
| ¶ 109 | ¶ 62 | ¶ 62 |
| ¶ 110 | ¶ 63 | ¶ 63 |
| ¶ 111 | ¶ 64 | ¶ 64 |
| ¶ 112 | ¶ 65 | ¶ 65 |
| ¶ 113 | ¶ 72 | ¶ 72 |
| ¶ 114 | ¶ 48 | ¶ 48 |
| ¶ 115 | ¶ 30 | ¶ 30 |
| ¶ 118 | ¶ 41 | ¶ 41 |
| ¶ 119 | ¶ 42 | ¶ 42 |
| ¶ 120 | ¶ 52 | ¶ 52 |

| | |
|---|---|
| Dated: June 2, 2020 | Respectfully Submitted, |
| Michele D. Johnson* | *s/ Martin B. Goldberg* |
| *michele.johnson@lw.com* | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | *mgoldberg@lashgoldberg.com* |
| (714) 540-1235 / (714) 755-8290 Fax | *rdiaz@lashgoldberg.com* |
| | LASH & GOLDBERG LLP |
| Sarang Vijay Damle* | 100 Southeast Second Street |
| *sy.damle@lw.com* | Miami, FL 33131 |
| Elana Nightingale Dawson* | (305) 347-4040 / (305) 347-4050 Fax |
| *elana.nightingaledawson@lw.com* | |
| LATHAM & WATKINS LLP | Emily L. Pincow |
| 555 Eleventh Street NW, Suite 1000 | Florida Bar No. 1010370 |
| Washington, DC 20004 | *epincow@lashgoldberg.com* |
| (202) 637-2200 / (202) 637-2201 Fax | *gizquierdo@lashgoldberg.com* |
| | LASH & GOLDBERG LLP |
| Andrew M. Gass* | Weston Corporate Center I |
| *andrew.gass@lw.com* | 2500 Weston Road, Suite 220 |
| Joseph R. Wetzel* | Weston, FL 33331 |
| *joe.wetzel@lw.com* | (954) 859-5180 / (954) 384-2510 Fax |
| LATHAM & WATKINS LLP | |
| 505 Montgomery Street, Suite 2000 | |
| San Francisco, CA 94111 | |
| (415) 391-0600 / (415) 395-8095 Fax | |
| Jessica Stebbins Bina* | |
| *jessica.stebbinsbina@lw.com* | |
| LATHAM & WATKINS LLP | |
| 10250 Constellation Blvd., Suite 1100 | |
| Los Angeles, CA 90067 | |
| (424) 653-5500 / (424) 653-5501 Fax | |
| Gabriel S. Gross* | |
| *gabe.gross@lw.com* | |
| LATHAM & WATKINS LLP | |
| 140 Scott Drive | |
| Menlo Park, CA 94025 | |
| (650) 463-2628 / (650) 463-2600 Fax | |
| *Admitted pro hac vice | |

*Attorneys for Plaintiff* APPLE INC.

4