**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S *UNOPPOSED* MOTION TO FILE PORTIONS OF CORELLIUM'S REPLY TO APPLE'S RESPONSE IN OPPOSITION TO CORELLIUM'S MOTION FOR SUMMARY JUDGMENT, REPLY TO APPLE'S RESPONSE IN OPPOSITION TO CORELLIUM'S STATEMENT OF MATERIAL FACTS, AND RESPECTIVE REPLIES TO APPLE'S RESPONSE IN OPPOSITION TO DAUBERT MOTIONS TO EXCLUDE OR LIMIT THE REPORTS AND TESTIMONY OF DAVID CONNELLY AND JASON NIEH, AS WELL AS EXHIBITS ATTACHED THERETO UNDER SEAL**

THIS CAUSE came before the Court upon the Defendant, CORELLIUM, LLC's ("Corellium"), *Unopposed* Motion to File Under Seal Portions of Corellium's Reply to Apple's Response to Corellium's Motion for Summary Judgment [D.E. 516], Corellium's Reply to Apple's Response to Corellium's Statement of Material Facts [D.E. 517], and Respective Replies to Apple's Responses to Corellium's Daubert Motions to Exclude or Limit the Reports and Testimony of Jason Nieh [D.E. 505] and David Connelly [D.E. 503] as well as exhibits and deposition transcripts attached thereto ("Motion"). Fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.

**DONE AND ORDERED** this \_\_\_ of June, 2020, at Fort Lauderdale, Broward County in the Southern District of Florida.

 

                                            **RODNEY SMITH**
                                            **UNITED STATES DISTRICT JUDGE**