UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,
    Defendant.

_____/

**DECLARATION OF DAVID L. HECHT IN SUPPORT OF DEFENDANT CORELLIUM,LLC'S REPLY IN SUPPORT OF ITS *DAUBERT* MOTION TO PRECLUDE CERTAIN TESTIMONY OF DR. JASON NIEH AND <u>INCORPORATED MEMORANDUM OF LAW</u>**

    I, David L. Hecht, am an attorney admitted pro hac vice and am counsel for Defendant Corellium, LLC. I have personal knowledge of the facts contained herein, and could competently testify to these facts if called as a witness.

    1.  Attached as Exhibit 1 is a true and correct copy of excerpted portions of the transcript of the deposition of Dr. Jason Nieh taken in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 2, 2020                                                              /s/ *David L. Hecht*
                                                                                   David L. Hecht