# EXHIBIT 48

# PLACEHOLDER