# EXHIBIT 49

# PLACEHOLDER