# EXHIBIT 50

# PLACEHOLDER