# EXHIBIT 51

# PLACEHOLDER