# EXHIBIT 52

# PLACEHOLDER