# EXHIBIT 54

# PLACEHOLDER