UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING DEFENDANT CORELLIUM'S *UNOPPOSED* MOTION TO FILE UNDER SEAL PORTIONS OF CORELLIUM'S REPLY IN SUPPORT OF ITS MEMORANDUM TO SEAL PORTIONS OF THE <u>COURT'S ORDER DE 380</u>**

THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), Motion to File Under Seal Portions of Corellium's Reply in Support of its Memorandum to Seal Portions of the Court's Order DE 380 [D.E. 563] ("Motion"). The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

**DONE AND ORDERED** this ___ day of June, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

 

                                                          **WILLIAM MATTHEWMAN**
                                                          **UNITED STATES MAGISTRATE JUDGE**