# Plaintiff Exhibit 41A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

### APPLE INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT CORELLIUM, LLC

Pursuant to Federal Rule of Civil Procedure 26 and 36, Plaintiff, Apple Inc. ("Apple") submits its First Set of Requests for Admission to Defendant Corellium, LLC ("Corellium"). Defendant Corellium shall respond to these Requests for Admission (the "Requests" or , individually, each "Request") in writing, in accordance with the Definitions and Instructions contained herein, within thirty (30) days of service, or such other time as the parties may agree, pursuant to the Federal Rules of Civil Procedure. Corellium shall timely supplement all responses to the Requests as required by the Federal Rules of Civil Procedure.

9. "Corellium Apple Product" means all products developed, produced, or sold by Corellium that can enable creation of at least one Virtual Device. Unless otherwise specified, this term includes any and all versions of such products, separately or inclusively.

10. "GUI Elements" means the visual design elements, or graphical user interface elements, displayed in iOS Devices, including background wallpaper images, icons, and other visual features, and all other visual design elements that appear substantially similar to those displayed in iOS Devices.

11. "Security Measures" means all features of iOS and iOS Devices designed to prevent access to the software or other material stored on the iOS device, including any measures used to protect, encrypt, or otherwise secure applications used by the iOS operating system.

12. "dev-fused iPhones" means one or more iOS Devices not sold to the public that have one or more Security Measures disabled.

13. "Person" means any natural person or any legal entity, including, without limitation, any business or governmental entity or association.

14. "Foreign" means any country except the United States of America.

15. The use of the singular term of any word includes the plural and vice versa.

16. The connectives "and" and "or" shall be construed either disjunctively or conjunctively, as necessary, to bring within the scope of the Request all responses that might otherwise be construed to be outside the scope.

17. The past tense includes the present tense, and vice versa, when the clear meaning is not distorted by changing the tense.

**REQUEST NO. 61:**  Admit that Corellium has sold, or sold licenses to, the Corellium Apple Product to at least one Foreign government agency or entity, or agents thereof.

**REQUEST NO. 62:**  Admit that Corellium has sold, or sold licenses to, the Corellium Apple Product to at least one Foreign Person, or agents thereof.

**REQUEST NO. 63:**  Admit that Corellium is willing to sell, or sell licenses to, the Corellium Apple Product to any Person who is able to pay.

**REQUEST NO. 64:**  Admit that Corellium has never denied a sale or license of the Corellium Apple Product to a customer or potential customer for any reason other than failure to pay.

**REQUEST NO. 65:**  Admit that Corellium used at least one dev-fused iPhone in developing the Corellium Apple Product or its underlying technology.

Dated:  October 9, 2019            Respectfully submitted,

By:   */s/ Martin B. Goldberg*
      Martin B. Goldberg
      Florida Bar No. 0827029
      *mgoldberg@lashgoldberg.com*
      *rdiaz@lashgoldberg.com*
      LASH & GOLDBERG LLP
      100 Southeast Second Street
      Miami, FL  33131
      (305) 347-4040 / (305) 347-4050 Fax

Kathryn Ruemmler (*pro hac vice*)
*kathryn.ruemmler@lw.com*
Sarang Vijay Damle (*pro hac vice*)
*sy.damle@lw.com*
Elana Nightingale Dawson (*pro hac vice*)
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass (*pro hac vice*)
*andrew.gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina (*pro hac vice*)
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

*Attorneys for Plaintiff*
APPLE INC.