UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160



FILED BY_____D.C.

JUN 10 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

## NOTICE OF FILING

Plaintiff Apple Inc. respectfully submits this Notice of Filing to inform the Court and all parties that, pursuant to this Court's Orders at ECF Nos. 463 and 487, entered on May 12 and 19, 2020, respectively, Apple has submitted to the Court courtesy copies of its filings in connection with the parties' motions for summary judgment.

Dated: June 11, 2020

Respectfully Submitted,

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

United States District Court
Southern District of Florida

Case Number: 19-CV-81160-RS

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must **not** be placed in the "temp chron file".

| Documents/Exhibits Retained in Supplemental Files **(Scanned)** |
|---|
| ___ • Poor quality scanned images (i.e. Handwritten, Photographs) |
| ___ • Surety bonds |
| ___ • Bound extradition papers |

| Documents/Exhibits Retained in Supplemental Files **(Not Scanned)** |
|---|
| ✓ • ~~CD, DVD, USB drive. (i.e. Audio/Visual)~~ 4 Binders RE: DE's 463 + 487 |

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: _____

Revised: 2/20/2019