UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

FILED BY_____D.C.
JUN 12 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

_____/

## NOTICE OF CONVENTIONAL FILING

Please take notice that courtesy copies of the Parties' Motions for Summary Judgment are being filed conventionally pursuant to this Court Orders' D.E. 463 and D.E. 487, attached hereto.

Dated: June 12, 2020                  Respectfully submitted,

                                  COLE, SCOTT & KISSANE, P.A.
                                  *Counsel for Defendant CORELLIUM, LLC*
                                  Esperante Building
                                  222 Lakeview Avenue, Suite 120
                                  West Palm Beach, Florida 33401
                                  Telephone (561) 612-3459
                                  Facsimile (561) 683-8977
                                  Primary e-mail: justin.levine@csklegal.com
                                  Secondary e-mail: lizza.constantine@csklegal.com

                           By:  *s/ Lizza C. Constantine*
                                  JONATHAN VINE
                                  Florida Bar. No.: 10966
                                  JUSTIN B. LEVINE
                                  Florida Bar No.: 106463
                                  LIZZA C. CONSTANTINE
                                  Florida Bar No.: 1002945
                                  MICHAEL A. BOEHRINGER
                                  Florida Bar No.: 1018486

                                    *and*

CASE NO.: 9:19-CV-81160-RS

HECHT PARTNERS LLP
*Counsel for Defendant*
125 Park Ave, 25th Floor
New York, NY 10010
Telephone (212) 851-6821
David Hecht, *Pro hac vice*
E-mail: dhecht@hechtpartnersllp.com
Maxim Price, *Pro hac vice*
E-mail: mprice@hechtpartnersllp.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@hechtpartnersllp.com

United States District Court
Southern District of Florida

Case Number: 9:19 – cv- 81160 RS

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division. Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must not be placed in the "temp chron file".

---

Documents/Exhibits Retained in Supplemental Files **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

Documents/Exhibits Retained in Supplemental Files **(Not Scanned)**

✓ • ~~CD, DVD, USB drive. (i.e. Audio/Visual)~~
___ 11 Binders RE: DK's 463 + 487

---

**All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: June 12, 2020

Revised: 2/20/2019

**Donna Scott**

| | |
|---|---|
| From: | cmecfautosender@flsd.uscourts.gov |
| Sent: | Tuesday, May 19, 2020 12:50 PM |
| To: | flsd_cmecf_notice@flsd.uscourts.gov |
| Subject: | Activity in Case 9:19-cv-81160-RS Apple Inc. v. Corellium, LLC Order |

[CAUTION: EXTERNAL EMAIL]

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of Florida**

**Notice of Electronic Filing**

The following transaction was entered on 5/19/2020 at 12:49 PM EDT and filed on 5/19/2020
**Case Name:**        Apple Inc. v. Corellium, LLC
**Case Number:**      9:19-cv-81160-RS
**Filer:**
**Document Number:** 487(No document attached)

**Docket Text:**
**PAPERLESS ORDER ON [D.E. 486] JOINT MOTION FOR CLARIFICATION REGARDING REQUESTED MATERIALS: For convenience and efficiency, the Court extends the time to submit the requested hard copies to June 12, 2020. With this extension, the parties shall each submit one package that includes their respective reply brief. Signed by Judge Rodney Smith on 5/19/2020. (lbn)**

**9:19-cv-81160-RS Notice has been electronically mailed to:**

Andrew M. Gass    Andrew.gass@lw.com

Benjamin Anthony Taormina    benjamin.taormina@hklaw.com, Adolfo.jimenez@hklaw.com, Carmen.ramsey@hklaw.com

Conor B. McDonough    cmcdonough@hechtpartners.com

David L. Hecht    dhecht@hechtpartnersllp.com

1

**Donna Scott**

---

| | |
|---|---|
| From: | cmecfautosender@flsd.uscourts.gov |
| Sent: | Tuesday, May 12, 2020 5:18 PM |
| To: | flsd_cmecf_notice@flsd.uscourts.gov |
| Subject: | Claim No. 19-2672 (Apple, Inc. vs. Corellium, LLC) CSK File: 7002.0017-00: Activity in Case 9:19-cv-81160-RS Apple Inc. v. Corellium, LLC Order |

[CAUTION: EXTERNAL EMAIL]

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of Florida**

**Notice of Electronic Filing**

The following transaction was entered on 5/12/2020 at 5:17 PM EDT and filed on 5/12/2020
**Case Name:**      Apple Inc. v. Corellium, LLC
**Case Number:**    9:19-cv-81160-RS
**Filer:**
**Document Number:** 463(No document attached)

**Docket Text:**
**PAPERLESS ORDER: The Parties are instructed to submit hard copies of the briefs, responses, and supporting material filed in connection with Defendant Corellium, LLC's Motion for Summary Judgment [DE 456] and Plaintiff Apple Inc.'s Motion for Partial Summary Judgment [DE 453]. Submissions should be provided in a binder, three-hole punched, and tabbed. The Parties may submit the condensed version of deposition transcripts. The Court should receive the documents in Chambers no later than June 1, 2020. Signed by Judge Rodney Smith on 5/12/2020. (lbn)**

**9:19-cv-81160-RS Notice has been electronically mailed to:**

Andrew M. Gass     Andrew.gass@lw.com

Benjamin Anthony Taormina    benjamin.taormina@hklaw.com, Adolfo.jimenez@hklaw.com, Carmen.ramsey@hklaw.com

Conor B. McDonough     cmcdonough@hechtpartners.com

1