UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 9:19-cv-81160**

| | |
|---|---|
| APPLE INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| CORELLIUM, LLC, | ) |
| Defendant. | ) |

**THE UNITED STATES' UNOPPOSED MOTION FOR EXCESS PAGES**

The United States, by and through its undersigned counsel, moves this Court for an order authorizing an enlargement of the page limits set forth in Local Rule 7.1(c)(2) by two pages for the Fourth Statement of Interest of the United States (the "Fourth Statement of Interest") and accompanying motion, to be filed under seal.  In support thereof, the United States respectfully states as follows:

1. On May 14, 2020, the Court entered an order directing the United States to file an opening brief addressing the matters in the Fourth Statement of Interest, no later than June 17, 2020. D.E. 483.

2. The Government's Fourth Statement of Interest addresses not only the legal principles generally applicable to the Government's interest in this case, but also the unique factual and procedural backdrop in which the Government's interest arises, the numerous filings and Court orders that preceded the Fourth Statement of Interest, and the issue of whether, in light of the parties' claims and defenses in this case and the specific theories that have developed to date, it is even necessary for the Court to reach the issues on which the Government is asserting an interest.

2

3. The United States has worked diligently to present its arguments to the Court as concisely as possible. However, in order to address the foregoing matters properly, and in light of the importance of the matters presented, the United States respectfully submits that a two-page extension of the page limits set forth in Local Rule 7.1(c)(2) is required.

4. Pursuant to Local Rule 7.1(a)(3)(A), the undersigned counsel conferred with counsel for the parties by email on June 16, 2020. Neither party opposes the relief requested.

Dated: June 17, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida

ANTHONY J. COPPOLINO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

 */s/ Serena M. Orloff*
SERENA ORLOFF
S.D. Fla. Special Bar I.D. No. A5502652
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, D.C. 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
Email: serena.m.orloff@usdoj.gov

 *Dexter A. Lee*
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
United States Attorney's Office

99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

*Attorneys for the United States*