# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-81160-CIV-SMITH/MATTHEWMAN

**APPLE INC.,**

    **Plaintiff,**

**v.**

**CORELLIUM, LLC,**

    **Defendant.**

_____/

### [PROPOSED] ORDER

Upon consideration of the United States' Unopposed Motion for Excess Pages, and the entire record herein, it is **HEREBY ORDERED**, that the Motion **GRANTED**. The United States is authorized to file a memorandum in support of its Fourth Statement of Interest of up to twenty-two pages.

_____  
Date

_____  
WILLIAM MATTHEWMAN  
UNITED STATES MAGISTRATE JUDGE