UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

|  |  |
|---|---|
| APPLE INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| CORELLIUM, LLC, | ) |
| Defendant. | ) |

**THE UNITED STATES' MOTION TO SEAL**

The United States, by and through its undersigned counsel, pursuant to Local Rule 5.4, moves for permission to file under seal the Fourth Statement of Interest of the United States and accompanying motion ("Fourth Statement of Interest"). In the Fourth Statement of Interest, the United States describes matters over which the Government has asserted an interest, and addresses why those matters should not be disclosed. Thus, the United States respectfully requests leave to file its Fourth Statement of Interest under seal until further order of the Court.

The undersigned has conferred with counsel for the parties as to the relief requested. Corellium does not oppose the requested relief. Apple advised that it does not oppose provisional sealing of the Fourth Statement of Interest, consistent with the Court's prior orders, and otherwise takes no position but reserves all rights, including the right to challenge the propriety of any sealing.

Dated: June 17, 2020                    Respectfully submitted,

                                        JOSEPH H. HUNT
                                        Assistant Attorney General

2

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida

ANTHONY J. COPPOLINO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

*/s/ Serena M. Orloff*
SERENA ORLOFF
S.D. Fla. Special Bar I.D. No. A5502652
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, D.C. 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
Email: serena.m.orloff@usdoj.gov

*Dexter A. Lee*
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

*Attorneys for the United States*