**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-81160-CIV-SMITH/MATTHEWMAN**

**APPLE INC.,**

    **Plaintiff,**

v.

**CORELLIUM, LLC,**

    **Defendant.**

_____/

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion to Seal, and the entire record herein, it is **HEREBY ORDERED**, that the Motion to Seal is **GRANTED**, and the Fourth Statement of Interest of the United States and accompanying motion shall be sealed until further order of the Court.

_____                             _____
Date                                          WILLIAM MATTHEWMAN
                                            UNITED STATES MAGISTRATE JUDGE