UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

|  |  |
|---|---|
| APPLE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CORELLIUM, LLC, | ) |
| | ) |
| Defendant. | ) |

**THE UNITED STATES' NOTICE OF FILING**

The United States hereby provides notice that it has made an *ex parte*, *in camera* filing in the above-captioned case in support of the matters addressed in the Government's Fourth Statement of Interest and accompanying motion, which consists of classified declarations and a classified supplemental memorandum. These materials are submitted solely for *ex parte*, *in camera* review by the Court.

Dated: June 18, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida

ANTHONY J. COPPOLINO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

  */s/ Serena M. Orloff*
SERENA ORLOFF
S.D. Fla. Special Bar I.D. No. A5502652

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, D.C. 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
Email: serena.m.orloff@usdoj.gov

*Dexter A. Lee*
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

*Attorneys for the United States*

4