UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 19-cv-81160-SMITH/MATTHEWMAN

APPLE, INC.,

    Plaintiff,

vs.

CORELLIUM, LLC,

    Defendant.

_____/

FILED BY ____KJZ____ D.C.

Jun 30, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## ORDER REQUIRING PARTIES TO CONFER AND FILE A JOINT NOTICE REGARDING PENDING DAUBERT MOTIONS

THIS CAUSE is before the Court *sua sponte*.

The following motions have been referred to the undersigned by the Honorable Rodney Smith, United States, District Judge [DE 471]: (1) Defendant, Corellium, LLC's ("Corellium") Daubert Motion to Preclude Certain Testimony by Dr. Michael Siegel [DE 444], (2) Plaintiff, Apple Inc.'s ("Apple") Motion to Exclude Legal Opinions and Corresponding Testimony of Corellium's Expert Stewart Appelrouth [DEs 448, 466-1], (3) Apple's Motion to Exclude Certain Opinions and Corresponding Testimony of Corellium's Expert James Olivier [DEs 449, 465-1], (4) Apple's Motion to Exclude Legal Opinions and Corresponding Testimony of Corellium's Experts Clark Asay and Alexander Stamos [DE 451], (5) Corellium's Daubert Motion to Preclude Certain Testimony of Dr. Jason Nieh [DEs 452, 469], and (6) Corellium's Motion to Preclude Certain Testimony by David B. Connelly [DEs 454, 468].

All six of the motions are now fully ripe, and the Court has carefully reviewed the motions,

1

responses, and replies. In light of the voluminous, complex issues presented, the Court is inclined to hold a hearing on the motions via Zoom video teleconference (VTC). However, before setting a remote hearing, the Court needs additional information from the parties.

Therefore, the Court **DIRECTS** the parties to confer and file a Joint Notice on or before **July 10, 2020**, which discusses the following issues:

1. Whether either party is seeking an evidentiary hearing as to any of the motions, and, if so, the specific nature of the documents, evidence and/or testimony the party will seek to introduce at the evidentiary hearing.

2. The parties' realistic estimated length of an evidentiary hearing and/or oral argument on all six motions.

3. Proposed dates of availability in July and August 2020, assuming the hearing begins at 10:00 a.m.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of June, 2020.

_William Matthewman_
WILLIAM MATTHEWMAN
United States Magistrate Judge