## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

## PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PLAINTIFF APPLE INC.'S RESPONSE TO THE GOVERNMENT'S JUNE 17, 2020 FILING AND INCORPORATED MEMORANDUM OF LAW

Plaintiff Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of Apple's Response to the Government's June 17, 2020 filing ("Response") as well as Exhibits A through O attached thereto. In support of this request, Apple states as follows:

1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. Apple's Response discusses material that Corellium and the United States have previously filed under seal with this Court's permission. *See, e.g.*, ECF No. 576 (granting motion

to seal Government's June 17, 2020 filing).

3. The United States has asked Apple to seek leave to file its Response and the exhibits attached thereto under seal.

4. Exhibit A to Apple's Response is a document designated Attorneys' Eyes Only by Corellium.

5. Exhibits B and D to Apple's Response are transcripts from sealed hearings before the Court.

6. Exhibit L to Apple's Response is a document designated Attorneys' Eyes Only by Azimuth Security, LLC.

7. Consistent with the Protective Order and the parties' standing designations, and in light of the foregoing, Apple moves to file under seal Plaintiff Apple Inc.'s Response to the Government's June 17, 2020 filing as well as Exhibits A through O attached thereto.

8. Apple does not believe that the entirety of its Response and the exhibits attached thereto require sealing. Apple is filing this motion at the Government's request and pursuant to the requirements of the Protective Order in this case.

**WHEREFORE** Apple respectfully requests that, unless and until Corellium's or Azimuth's designations are changed or rejected, or the position of the United States regarding sealing is changed or rejected, the following documents remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

    a. Apple Inc.'s Response to the Government's June 17, 2020 filing

    b. Exhibits A through O

A proposed order is submitted herewith.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant and counsel for the United States on July 1, 2020, regarding the relief sought herein.  Defendant and the United States do not oppose.

| | |
|---|---|
| Dated: July 1, 2020 | Respectfully Submitted, |
| Michele D. Johnson* | *s/ Martin B. Goldberg* |
| *michele.johnson@lw.com* | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | *mgoldberg@lashgoldberg.com* |
| (714) 540-1235 / (714) 755-8290 Fax | *rdiaz@lashgoldberg.com* |
| | Emily L. Pincow |
| Sarang Vijay Damle* | Florida Bar. No. 1010370 |
| *sy.damle@lw.com* | *epincow@lashgoldberg.com* |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| *elana.nightingaledawson@lw.com* | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL 33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice*

*Attorneys for Plaintiff* APPLE INC.