**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

           Plaintiff,

     v.

CORELLIUM, LLC,

           Defendant.

---

**<u>PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL</u>**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to Seal Apple's Response to the Government's June 17, 2020 filing as well as the exhibits attached thereto ("Motion"). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Apple is given leave to file Plaintiff Apple Inc.'s Response to the Government's June 17, 2020 filing as well as the exhibits attached thereto under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this __ of July, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                             _____

                             **WILLIAM MATTHEWMAN**
                             **UNITED STATES MAGISTRATE JUDGE**