UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**CORELLIUM'S *UNOPPOSED* MOTION TO FILE ITS
JOINDER AND RESPONSE TO THE UNITED STATES
FOURTH STATEMENT OF INTEREST UNDER SEAL**

    Defendant, Corellium, LLC ("Corellium"), pursuant Federal Rule of Civil Procedure 26(c), Local Rules 5.4 and 7.1 of the United States District Court for the Southern District of Florida, and Section 9 of the Southern District of Florida's CM/ECF Administrative Procedures, respectfully moves this Court for an order authorizing the filing under seal Corellium's Joinder And Response To The United States Fourth Statement Of Interest ("Response") Under Seal, and in support thereof, states as follows:

## BACKGROUND

    1.    On December 13, 2019, this Court entered a Stipulated Confidentiality and Protective Order [D.E. 50] (the "Protective Order"). The Protective Order exists to allow the parties to designate Protected Material pursuant to Protective Order ¶ 7.

    2.    On May 13, 2020, Corellium, Plaintiff, Apple Inc. ("Apple") and the United States Government ("Government"), filed a Joint Proposed Briefing Schedule to permit the Government

to file its 4th Statement of Interest and thereafter, for the Parties to Respond to same ("Briefing Schedule").

3. After the review of the Briefing Schedule, the Court entered an order, further memorialized in paperless order dated May 14, 2020, in which the Court provided the following: "the United States shall file its brief on or before June 17, 2020, the parties, Apple Inc. and Corellium, LLC, shall file their respective responses on or before July 1, 2020, and the United States shall file its reply on or before July 15, 2020." [D.E. 483] ("May 14 Order").

4. Pursuant to the May 14 Order, on June 17, 2020, the Government filed its Fourth Statement of Interest ("Brief").

5. Consistent with the May 14 Order, Corellium files its Response to the Government's Brief.

6. The positions and material contained within Corellium's Response contains highly confidential information, and therefore, justify the filing of same under seal.

7. Counsel for Apple and the Government have informed counsel for Corellium that Apple and the Government do not oppose the relief requested herein.

8. Consistent with the Protective Order and the nature of the material discussed, Corellium moves to file under seal its Response.

## MEMORANDUM OF LAW

**I.** **Legal Standard**

"Unless otherwise provided by law, Court rule, or Court order, proceedings in the United States District Court are public and Court filings are matters of public record." S.D. Fla. L.R. 5.4(a). However, this right of access is not absolute and "requires a balancing of competing

interests." *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir. 2001) (citations omitted). In determining whether to seal a document, "courts must consider, among other factors, 'whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents.'" *Huenefeld v. Nat'l Beverage Corp.*, No. 16-62881-CIV, 2017 WL 4864594, at *1 (S.D. Fla. Oct. 25, 2017) (quoting *Romero v. Drummond Co.*, 480 F.3d 1234, 1245 (11th Cir. 2007)).

II. **Good Cause Exists for the Court to Seal Corellium's Response to the U.S. Government's 4th Statement of Interest.**

In this instance, good cause exists for this Court to seal Corellium's Response to the U.S. Government's Brief. The Response includes confidential and proprietary Product development discussion, discussion of matters occurring in the private life of Corellium employees, discussion of matters contained within the Government's sealed Brief, testimony and information that has been deemed Attorney's Eyes Only as it relates to and discusses the issues stated above, as well as proprietary trade secret business and operational information. This information has been previously designated confidential by either Corellium or Apple during discovery or otherwise involves the private lives of Corellium employees and should not be shared with the public.

Accordingly, precautions are required of this Court to keep this sensitive information from the public's reach. Therefore, due to the private, confidential, proprietary, and trade secret information contained therein, this Court should permit the sealing of Corellium's Response to the U.S. Government's Brief.

**CONCLUSION**

WHEREFORE, Corellium respectfully requests the Court enter the proposed Order, attached hereto, permitting it to file Corellium's Response to the U.S. Government's Fourth Statement of Interest Brief under seal and ordering that the materials and information therein remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above referenced Protective Order, as ordered by this Court, or required by law, and any other relief this Court deems just and proper.

**LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Defendant conferred via email with counsel for Plaintiff and the Government on July 1, 2020, regarding the relief sought herein. The Government does not oppose the relief requested herein. Apple "does not oppose provisional sealing consistent with the Court's prior orders and otherwise takes no position but reserves all rights, including the right to challenge the propriety of any sealing."

Dated: July 1, 2020                                       Respectfully submitted,

                                       COLE, SCOTT & KISSANE, P.A.
                                       *Counsel for Defendant CORELLIUM, LLC*
                                       Esperante Building
                                       222 Lakeview Avenue, Suite 120
                                       West Palm Beach, Florida 33401
                                       Telephone (561) 612-3459
                                       Facsimile (561) 683-8977
                                       Primary e-mail: justin.levine@csklegal.com
                                       Secondary e-mail: lizza.constantine@csklegal.com

                              By:      *s/ Justin B. Levine*
                                       JONATHAN VINE
                                       Florida Bar. No.: 10966

CASE NO.: 9:19-CV-81160-RS

JUSTIN B. LEVINE
Florida Bar No.: 106463
LIZZA C. CONSTANTINE
Florida Bar No.: 1002945

*and*

HECHT PARTNERS LLP
*Counsel for defendant*
20 West 23rd St. Fifth Floor
New York, NY 10010
Tel: (212) 851-6821
David L. Hecht *pro hac vice*
Email: dhecht@hechtpartners.com
Maxim Price *pro hac vice*
Email: mprice@hechtpartners.com

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on July 1, 2020, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP

100 Southeast Second Street
Miami, FL 33131

Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*

Serena M. Orloff
Serena.m.orloff@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, DC 20005

Dexter A. Lee
Dexter.lee@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, FL 33132

*Attorneys for the United States*