**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM, LLC'S *UNOPPOSED* MOTION TO FILE ITS JOINDER AND RESPONSE TO THE UNITED STATES FOURTH STATEMENT OF INTEREST UNDER SEAL**

THIS CAUSE came before the Court upon the Defendant, CORELLIUM, LLC's ("Corellium"), Unopposed Motion to File Under Seal Corellium's Joinder And Response To The United States Fourth Statement Of Interest ("Motion to File Under Seal"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion to File Under Seal is hereby **GRANTED**.

**DONE AND ORDERED** this \_\_\_ of July, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**
