**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 9:19-cv-81160-RS**

APPLE, INC.,

    Plaintiff,
v.

CORELLIUM, LLC,

    Defendant.

_____/

## CORELLIUM'S NOTICE TO CLERK

Defendant, CORELLIUM, LLC by and through its undersigned counsel, hereby requests the Clerk to remove and restrict from public view D.E. 581, which was filed on July 1, 2020, and Defendant states:

1. The Defendant, CORELLIUM, LLC. erroneously filed D.E. 581 and immediately corrected the filing with D.E. 582.

2. The Defendant requests that the Clerk remove from the Court Docket D.E. 581.

Respectfully submitted, this 2nd day of July, 2020.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July, 2020, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

    COLE, SCOTT & KISSANE, P.A.
    *Counsel for Defendant CORELLIUM, LLC*
    Esperante Building
    222 Lakeview Avenue, Suite 120
    West Palm Beach, Florida 33401
    Telephone (561) 612-3476

CASE NO.: 9:19-cv-81160-RS

Facsimile (561) 683-8977
Primary e-mail: lizza.constantine@csklegal.com
Primary e-mail: justin.levine@csklegal.com

By: s/ Justin B. Levine
LIZZA C. CONSTANTINE
Florida Bar No.: 1002945
JUSTIN B. LEVINE
Florida Bar No.: 106463
JONATHAN VINE
Florida Bar No. 10966

and

HECHT PARTNERS LLP
*Counsel for Defendant*
20 West 23rd St. Fifth Floor
New York, NY 10010
Tel: (212) 851-6821
David L. Hecht *pro hac vice*
Email: dhecht@hechtpartners.com
Maxim Price *pro hac vice*
Email: mprice@hechtpartners.com

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

CASE NO.: 9:19-cv-81160-RS

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*

Serena M. Orloff
Serena.m.orloff@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, DC 20005

Dexter A. Lee
Dexter.lee@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, FL 33132

*Attorneys for the United States*
7002.0017-00/19412605