UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

| | |
|---|---|
| APPLE INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| CORELLIUM, LLC, | ) |
|  | ) |
| Defendant. | ) |

**THE UNITED STATES' MOTION FOR EXCESS PAGES**

The United States, by and through its undersigned counsel, moves this Court for an order enlarging the page limits set forth in Local Rule 7.1(c)(2) by one additional page and as further described in paragraph 3 below for the United States' reply briefing in further support of its Fourth Statement of Interest and accompanying motion. In support thereof, the United States respectfully states as follows:

1. Pursuant to the Court's sealed order of May 14, 2020, the United States filed its Fourth Statement of Interest and accompanying motion ("Fourth Statement of Interest") on June 17, 2020. *See* D.E. 575. The Government's Fourth Statement of Interest addresses the legal principles generally applicable to the Government's interest in this case, as well as the factual and procedural backdrop in which the Government's interest arises and the issue of whether, in light of the parties' claims and defenses and the specific theories that have developed to date, it is even necessary for the Court to reach issues implicating the Government's interests.

2. On July 1, 2020, Apple filed a response to the Government's Fourth Statement of Interest that is twenty pages, with 1.5 spacing, accompanied by sixteen exhibits. *See* D.E. 585.

1

Corellium filed a six-page response.  *See* D.E. 584.

3. The United States worked diligently to address the parties' responses as concisely as possible.  However, in order to adequately address the arguments and representations contained in those filings, as well as matters implicated by Apple's sixteen exhibits, and in light of the voluminous evidentiary record and advanced procedural posture of the case, the complex technical and legal issues presented, and the importance of the issues, the United States respectfully submits that an extension of the page limits set forth in Local Rule 7.1(c)(2) by one additional page for its unclassified reply brief is appropriate and necessary.  Separately, the Government also intends to lodge a short supplemental classified submission for the Court's *ex parte, in camera* consideration.

4. Pursuant to Local Rule 7.1(a)(3)(A), the undersigned counsel conferred with counsel for the parties by email on July 14 and July 15, 2020.  Corellium does not oppose the requested relief.  Apple consents, in the interests of compromise, to an additional three pages for the Government's reply filings, inclusive of any *ex parte* and unclassified submissions, but opposes an enlargement beyond that.  That amount is not sufficient as to both submissions.  A proposed order is submitted herewith.

| | |
|---|---|
| Dated: July 15, 2020 | Respectfully submitted, |
| | ETHAN P. DAVIS<br>Acting Assistant Attorney General |
| | ARIANA FAJARDO ORSHAN<br>United States Attorney<br>Southern District of Florida |
| | ANTHONY J. COPPOLINO<br>Deputy Director<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch |
| |   */s/ Serena M. Orloff*<br>SERENA ORLOFF<br>S.D. Fla. Special Bar I.D. No. A5502652<br>Trial Attorney |

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, D.C. 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
Email: serena.m.orloff@usdoj.gov

*Dexter A. Lee*
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

*Attorneys for the United States*