**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-81160-CIV-SMITH/MATTHEWMAN**

**APPLE INC.,**

    **Plaintiff,**

v.

**CORELLIUM, LLC,**

    **Defendant.**

_____/

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion for Excess Pages, and the entire record herein, it is **HEREBY ORDERED**, that the Motion **GRANTED**. The United States is authorized to file a reply brief in further support of its Fourth Statement of Interest and accompanying motion of up to eleven pages and to provide an additional classified submission to assist the Court's disposition of the matters presented.

_____                                                                       _____
Date                                                                                               WILLIAM MATTHEWMAN
                                                                                                UNITED STATES MAGISTRATE JUDGE