UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

|  |  |
|---|---|
| APPLE INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| CORELLIUM, LLC, | ) ) |
| Defendant. | ) ) |

**THE UNITED STATES' MOTION TO SEAL**

The United States, by and through its undersigned counsel, pursuant to Local Rule 5.4, moves for permission to file under seal its reply brief in further support of its Fourth Statement of Interest and accompanying motion ("Reply"). In the Reply, the United States describes matters over which the Government has asserted an interest, and addresses why those matters should not be disclosed. In addition, the Government addresses aspects of the evidentiary record that are independently subject to the parties' protective order and have been sealed or redacted on the public docket on that basis. Thus, the United States respectfully requests leave to file its Reply under seal until further order of the Court.

The undersigned has conferred with counsel for the parties as to the relief requested. Corellium does not oppose the requested relief. Apple advised that it does not oppose provisional sealing of the Reply, consistent with the Court's prior orders, and otherwise takes no position but

1

reserves all rights, including the right to challenge the propriety of any sealing.

Dated: July 15, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida

ANTHONY J. COPPOLINO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

  /s/ Serena M. Orloff
SERENA ORLOFF
S.D. Fla. Special Bar I.D. No. A5502652
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, D.C. 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
Email: serena.m.orloff@usdoj.gov

  Dexter A. Lee
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

*Attorneys for the United States*