## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-81160-CIV-SMITH/MATTHEWMAN

**APPLE INC.,**

    **Plaintiff,**

**v.**

**CORELLIUM, LLC,**

    **Defendant.**

_____/

### [PROPOSED] ORDER

Upon consideration of the United States' Motion to Seal, and the entire record herein, it is **HEREBY ORDERED**, that the Motion to Seal is **GRANTED**, and the United States' reply brief in further support of its Fourth Statement of Interest and accompanying motion shall be sealed until further order of the Court.

_____  
Date

_____  
WILLIAM MATTHEWMAN  
UNITED STATES MAGISTRATE JUDGE