UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 9:19-cv-81160**

|  |  |
|---|---|
| APPLE INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CORELLIUM, LLC, | ) ) |
| Defendant. | ) ) ) |

**THE UNITED STATES' NOTICE OF LODGING**

The United States hereby provides notice that it has lodged a classified supplemental memorandum in the above-captioned case in further support of the matters addressed in the Government's Fourth Statement of Interest and accompanying motion. This memorandum is submitted solely for *ex parte*, *in camera* review by the Court.

Dated: July 15, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida

ANTHONY J. COPPOLINO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

  */s/ Serena M. Orloff*
SERENA ORLOFF
S.D. Fla. Special Bar I.D. No. A5502652
Trial Attorney
United States Department of Justice

        Civil Division, Federal Programs Branch
        1100 L Street NW, Room 12512
        Washington, D.C. 20005
        Tel: (202) 305-0167
        Fax: (202) 616-8470
        Email: serena.m.orloff@usdoj.gov

        *Dexter A. Lee*
        DEXTER A. LEE
        Assistant U.S. Attorney
        Fla. Bar No. 0936693
        United States Attorney's Office
        99 N.E. 4th Street, Suite 300
        Miami, Florida 33132
        Tel: (305) 961-9320
        Fax: (305) 530-7139
        E-mail: dexter.lee@usdoj.gov

        *Attorneys for the United States*