**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:19-cv-81160-RS**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

**MOTION TO WITHDRAW MARC R. LEWIS AS COUNSEL FOR PLAINTIFF APPLE INC. AND REQUEST FOR WITHDRAWAL FROM THE COURT'S CM/ECF NOTICES OF FILING FOR THIS ACTION**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 11.1(d)(3), the undersigned respectfully moves to withdraw Marc R. Lewis as counsel for Plaintiff Apple Inc. Counsel of record for Plaintiff will not otherwise change in the above referenced matter. As such, Movant hereby requests that Marc R. Lewis's name and email address be removed from the case docket. All papers should continue to be served upon Martin B. Goldberg of Lash & Goldberg LLP, 100 Southeast Second Street, Miami, FL 33131.

Apple consents to this withdrawal and, pursuant to Local Rule 11.1(d)(3)(A) received notice from the undersigned counsel.

**WHEREFORE** Apple, by and through its undersigned counsel, respectfully requests that the Court enter an Order allowing Marc R. Lewis to withdraw as counsel of record in this matter.

A proposed order is submitted herewith.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on July 15, 2020, and Defendant does not object to the relief sought herein.

Dated:  July 15, 2020

**LASH & GOLDBERG LLP**

By: s/Martin B. Goldberg
Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*

LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL  33131
(305) 347-4040 / (305) 347-4050 Fax

*Counsel for Plaintiff Apple Inc.*