# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter came before the Court on the motion to withdraw Marc R. Lewis as counsel for Plaintiff Apple Inc. The Court, having reviewed the motion and being otherwise duly advised, IT IS HEREBY ORDERED AND ADJUDGED:

1. The motion to withdraw as counsel is GRANTED.

2. Counsel is relieved of all further responsibilities in this action.

3. All further pleadings and documents shall be served on Plaintiff Apple Inc. c/o Martin B. Goldberg, LASH & GOLDBERG LLP, 100 Southeast Second Street, Miami, FL 33131 (305) 347-4040 / (305) 347-4050 Fax; mgoldberg@lashgoldberg.com, rdiaz@lashgoldberg.com.

4. Marc R. Lewis will be removed from the Court's CM/ECF system for receiving Electronic Filing Notices for this civil action.

DONE AND ORDERED in Chambers at Miami Florida, this day of _____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE