## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

_____/

## ORDER GRANTING MOTION TO WITHDRAW

This matter is before the Court on attorney Marc R. Lewis' Motion to Withdraw as Counsel

for Plaintiff, Apple Inc. [DE 598].  It is

**ORDERED** that the Motion is **GRANTED**:

1.  Marc R. Lewis is relieved of all further responsibilities in this action.

2.  Marc R. Lewis shall no longer receive Notices of Electronic Filing in this case.

3.  Apple Inc. will continue to be represented by its other counsel of record.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 17th day of July 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE