# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

## PROPOSED ORDER GRANTING MOTION TO VACATE AND REINSTATE

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to Vacate and Reinstate ("Motion"). Being fully advised in the premises, and noting that Defendant Corellium, LLC does not oppose the relief sought and that the allegations in Apple's Second Amended Complaint and Corellium's response thereto are substantively identical to the prior pleadings, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. The Court hereby vacates its Order at ECF No. 600 denying Apple's Motion to Dismiss as moot. The Clerk is **DIRECTED** to mark the Motion to Dismiss (ECF No. 99) as **PENDING.** The Court will deem the pending Motion to Dismiss, and the response and reply thereto (ECF Nos. 99, 135, and 156), to be directed to the allegations in Corellium's Answer, Affirmative Defenses, and Counterclaims to Apple's Second Amended Complaint (ECF No. 599). The Court will likewise deem all other pending motions addressing the parties' claims, counterclaims, and defenses as directed to the allegations in Apple's Second Amended Complaint (ECF No. 589) and Corellium's Answer, Affirmative Defenses, and Counterclaims to Apple's Second Amended Complaint (ECF No. 599).

**DONE AND ORDERED** this __ of July, 2020, in Fort Lauderdale, Florida.

_____

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**