UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

   v.

CORELLIUM, LLC,

        Defendant.

**THE UNITED STATES' MOTION TO SEAL**

The United States, by and through its undersigned counsel, pursuant to Local Rule 5.4, moves for permission to file under seal a Notice regarding the Fourth Statement of Interest of the United States. D.E. 575. The Notice describes matters as to which the Government's Fourth Statement of Interest and accompanying briefing pertain, and those filings set forth in more detail why those matters should not be disclosed. For those same reasons, the United States respectfully requests leave to file its Notice under seal until further order of the Court.

The undersigned has conferred with counsel for the parties as to the relief requested. Corellium does not oppose the requested relief. Apple advised that it does not oppose provisional sealing of the Notice, and otherwise takes no position but reserves all rights, including the right to challenge the propriety of any sealing.

Dated: July 21, 2020                    Respectfully submitted,

                                        ETHAN P. DAVIS
                                        Acting Assistant Attorney General

                                        ARIANA FAJARDO ORSHAN
                                        United States Attorney

Southern District of Florida

ANTHONY J. COPPOLINO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

  */s/ Serena M. Orloff*
SERENA ORLOFF
S.D. Fla. Special Bar I.D. No. A5502652
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, D.C. 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
Email: serena.m.orloff@usdoj.gov

  *Dexter A. Lee*
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

*Attorneys for the United States*

2