UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH/MATTHEWMAN

**APPLE INC.,**

    **Plaintiff,**

v.

**CORELLIUM, LLC,**

    **Defendant.**

_____/

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion to Seal, and the entire record herein, it is **HEREBY ORDERED**, that the Motion to Seal is **GRANTED**, and the United States' Notice regarding its Fourth Statement of Interest shall be sealed until further order of the Court.

_____
Date

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE