UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

   v.

CORELLIUM, LLC,

                Defendant.

**UNOPPOSED MOTION FOR CLARIFICATION/CORRECTION OF REPORT AND RECOMMENDATION AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Apple Inc., by and through undersigned counsel, hereby submits this unopposed motion for clarification/correction of a portion of this Court's Report and Recommendation on Defendant Corellium, LLC's *Daubert* Motion to Preclude Certain Testimony by David B. Connelly, ECF No. 609, in order to correct a misstatement of fact. *See* Fed. R. Civ. P. 60(a). Apple does not seek to modify the Court's ultimate Recommendation as to the evidence that should be admitted or excluded. In support of this request, Apple states as follows:

1. On May 11, 2020, Corellium filed its *Daubert* Motion to Preclude Certain Testimony by David B. Connelly ("Motion"). ECF Nos. 454, 468. The Honorable Rodney Smith, United States District Judge, referred the Motion to this Court on May 12, 2020. ECF No. 471.

2. Apple filed its Response to Defendant Corellium's Motion to Exclude Legal Opinions and Corresponding Testimony of Apple's Expert David Connelly ("Response") on May 26, 2020, ECF Nos. 503, 526, and Corellium filed its Reply to Plaintiff Apple's Response to

1

Corellium's Motion to Exclude Legal Opinions and Corresponding Testimony of Apple's Expert David Connelly ("Reply") on June 2, 2020, ECF Nos. 543, 560.

3. On July 24, 2020, the Court held a hearing on this Motion (among others) by Zoom Video Teleconference, and on July 29, 2020, the Court issued its Report and Recommendation on Defendant Corellium, LLC's *Daubert* Motion to Preclude Certain Testimony by David B. Connelly ("Report and Recommendation"). ECF No. 610.

4. In its Report and Recommendation, the Court stated: "In light of this case law, and noting that Mr. Connelly is not an attorney and is not, therefore, qualified to opine on the law interpreting a statute, the Court finds that Mr. Connelly is not permitted to testify as to his legal opinions regarding the parties' burden under the applicable statute or the shifting of that burden." *Id.* at 8.

5. This statement is inaccurate with respect to Mr. Connelly. In addition to his primary occupation as a Certified Public Accountant, Mr. Connelly is also a licensed attorney. He was admitted to the State Bar of California on June 11, 1990 and maintains an active California law license. *See* ECF No. 454-3 at 36 (Curriculum Vitae) (under seal as exhibit to ECF No. 468); *see also* http://members.calbar.ca.gov/fal/Licensee/Detail/147007. Accordingly, the Court's statement "that Mr. Connelly is not an attorney and is not, therefore, qualified to opine on the law interpreting a statute" is incorrect. ECF No. 610 at 8.

6. Notwithstanding Mr. Connelly's qualifications, and as counsel stated at the *Daubert* hearing, Apple does not intend to have Mr. Connelly testify regarding the law or to offer testimony in the form of legal conclusions, and Apple is not challenging the Court's recommendation to exclude any such testimony or the Court's general statement, with which Apple agrees, that expert testimony interpreting the law invades the province of the Court and is thus unhelpful, ECF No.

610 at 8. Apple seeks only to correct the record with respect to Mr. Connelly's qualifications, and believes the same could be accomplished merely by striking a portion of the sentence outlined above. Apple therefore requests that the Court strike that portion of its Report and Recommendation only, leaving the remainder intact.

**WHEREFORE** Apple respectfully requests that the Court strike the italicized portion of the following sentence in its Report and Recommendation addressing Defendant Corellium, LLC's *Daubert* Motion to Preclude Certain Testimony by David B. Connelly, ECF No. 610:

    a. "In light of this case law, *and noting that Mr. Connelly is not an attorney and is not, therefore, qualified to opine on the law interpreting a statute*, the Court finds that Mr. Connelly is not permitted to testify as to his legal opinions regarding the parties' burden under the applicable statute or the shifting of that burden." ECF No. 610 at 8.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on July 30 and 31, and August 2, 2020 regarding the relief sought herein. Defendant does not oppose.

Dated: August 3, 2020                                      Respectfully Submitted,

Michele D. Johnson*                                        *s/ Martin B. Goldberg*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP                                       Martin B. Goldberg
650 Town Center Drive, 20th Floor                          Florida Bar No. 0827029
Costa Mesa, CA 92626                                       *mgoldberg@lashgoldberg.com*
(714) 540-1235 / (714) 755-8290 Fax                        *rdiaz@lashgoldberg.com*
                                                           Emily L. Pincow
Sarang Vijay Damle*                                        Florida Bar. No. 1010370
*sy.damle@lw.com*                                          *epincow@lashgoldberg.com*
Elana Nightingale Dawson*                                  LASH & GOLDBERG LLP
*elana.nightingaledawson@lw.com*                           100 Southeast Second Street
LATHAM & WATKINS LLP                                       Miami, FL 33131
555 Eleventh Street NW, Suite 1000                         (305) 347-4040 / (305) 347-4050 Fax
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice*

*Attorneys for Plaintiff* APPLE INC.