# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

APPLE INC.,

    Plaintiff,

  v.

CORELLIUM, LLC,

    Defendant.

## PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR CLARIFICATION/CORRECTION OF REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion for Clarification/Correction of Report and Recommendation ("Motion"). Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. The Court hereby strikes the italicized portion of the following sentence in its Report and Recommendation addressing Defendant Corellium, LLC's *Daubert* Motion to Preclude Certain Testimony by David B. Connelly, ECF No. 610:

> "In light of this case law, *and noting that Mr. Connelly is not an attorney and is not, therefore, qualified to opine on the law interpreting a statute*, the Court finds that Mr. Connelly is not permitted to testify as to his legal opinions regarding the parties' burden under the applicable statute or the shifting of that burden." ECF No. 610 at 8.

**DONE AND ORDERED** this __ of August, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                  **WILLIAM MATTHEWMAN**
                                                  **UNITED STATES MAGISTRATE JUDGE**