**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-81160-CIV-SMITH**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**ORDER AMENDING SCHEDULING ORDER**

Pursuant to Administrative Order 2020-41, which suspends jury trials in the Southern District of Florida until October 13, 2020, it is

**ORDERED**:

    1. Trial in this case is set for the Court's two-week trial calendar beginning on **October 26, 2020**. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved.

    2. The Calendar Call will be held at **9:00 a.m.** on Tuesday, **October 20, 2020.**

    3. The Parties shall file joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law **no later than 30 days before Calendar Call**.

    4. If the Parties settle this matter before trial, the Parties must notify the Court no later than **3 p.m. on the Friday before trial is set to commence** to avoid paying the costs of the jury. If the parties fail to do so, they shall jointly reimburse the Court for the cost of the jury.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 5th day of August, 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE