**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S MOTION TO FILE
PORTIONS OF ITS OBJECTION TO THE MAGISTRATE JUDGE'S
<u>REPORT AND RECOMMENDATION UNDER SEAL</u>**

THIS CAUSE came before the Court upon the Defendant, CORELLIUM, LLC's ("Corellium"), Motion to File Portions of Its Objection to the Magistrate Judge's Report and Recommendation Under Seal ("Motion to File Under Seal"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion to File Under Seal is hereby **GRANTED**.

**DONE AND ORDERED** this \_\_\_ of August, 2020, at Fort Lauderdale, Broward County in the Southern District of Florida.

 

                                                                              **RODNEY SMITH
UNITED STATES DISTRICT JUDGE**