## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160-RS

APPLE INC.,

                    Plaintiff,

     v.

CORELLIUM, LLC,

                    Defendant.

### PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S DEPOSITION DESIGNATIONS AND COUNTER-COUNTER DESIGNATIONS, AND OBJECTIONS TO CORELLIUM'S COUNTER-DESIGNATIONS AND INCORPORATED MEMORANDUM OF LAW

Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Plaintiff's Deposition Designations and Counter-Counter Designations, and Objections to Corellium's Counter-Designations ("Apple's Deposition Designations").  In support of this request, Apple states as follows:

1.      Pursuant to this Court's Scheduling Order, Apple is filing its pre-trial motions and memoranda of law, along with Apple's Deposition Designations, on August 17, 2020.  ECF No. 32 at 2.

2.      One of the objections asserted by Corellium to Apple's Deposition Designations relates to information that has previously been filed under seal, including at ECF No. 575. Corellium has asserted this objection to a number of Apple's Deposition Designations.  Because

these objections relate to information that has been filed under seal, including at ECF No. 575, Apple seeks leave to file these portions of Apple's Deposition Designations under seal.

**WHEREFORE** Apple respectfully requests that, unless and until the material related to Corellium's objections, such as ECF No. 575, is no longer under seal, the following documents remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case, as ordered by this Court, or required by law:

     a. Portions of Apple's Deposition Designations and Counter-Counter designations, and Objections to Corellium's Counter-Designations

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on August 17, 2020, regarding the relief sought herein.  Defendant does not oppose.

Dated: August 17, 2020

Respectfully Submitted,


Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*\*Admitted pro hac vice*

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.