**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S DEPOSITION DESIGNATIONS AND COUNTER-COUNTER DESIGNATIONS, AND OBJECTIONS TO CORELLIUM'S COUNTER-DESIGNATIONS**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Under Seal Portions Plaintiff's Deposition Designations and Counter-Counter Designations, and Objections to Corellium's Counter-Designations ("Motion"). Being fully advised in the premises, and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Apple is given leave to file under seal portions of its Deposition Designations and Counter-Counter Designations, and Objections to Corellium's Counter-Designations.

The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this __ of August, 2020.

                                                      **RODNEY SMITH**
                                                      **UNITED STATES DISTRICT JUDGE**