# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF APPLE. INC.'S MOTION TO CLOSE COURTROOM FOR LIMITED PERIODS DURING TRIAL TO PROTECT AGAINST PUBLIC DISCLOSURE OF APPLE PROTECTED MATERIAL AND ATTACHED EXHIBIT THERETO AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Apple Inc. ("Apple"), by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple's Motion to Close Courtroom for Limited Periods During Trial to Protect against Public Disclosure of Apple Protected Material ("Motion"), as well as Exhibit A attached thereto, in its entirety. In support of this request, Apple states as follows:

1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. Pursuant to the Court's Scheduling Order, Apple is filing all of its pre-trial motions and memoranda of law, including its motions *in limine*, on August 17, 2020. ECF No. 32 at 2.

3. In addition to its motions *in limine*, Apple is filing the Motion to Close Courtroom for Limited Periods During Trial to keep some of its highly sensitive internal information from public disclosure. Specifically, the Motion discusses unannounced Apple projects, internal code names of projects, and internal development tools. Apple has designated the names and descriptions of these subjects as "Confidential - Attorneys' Eyes Only" ("AEO") pursuant to the Protective Order because they are highly confidential, sensitive, and proprietary.

4. Exhibit A to the Motion is a declaration from Jonathan Andrews, an employee at Apple, that discusses in even more detail the technologies at issue in the Motion. As such, Mr. Andrews' declaration references highly confidential, sensitive, and proprietary Apple information, and Apple has designated it AEO.

**WHEREFORE** Apple respectfully requests that, unless and until Apple's designations are changed or rejected, the following documents remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

a. Portions of Apple's Motion to Close Courtroom for Limited Periods During Trial to Protect against Public Disclosure of Apple Protected Material; and

b. Exhibit A to Apple's Motion.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on August 17, 2020, regarding the relief sought herein. Defendant does not oppose.

| | |
|---|---|
| Dated: August 17, 2020 | Respectfully Submitted, |
| | |
| Michele D. Johnson* | *s/ Martin B. Goldberg* |
| *michele.johnson@lw.com* | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | *mgoldberg@lashgoldberg.com* |
| (714) 540-1235 / (714) 755-8290 Fax | *rdiaz@lashgoldberg.com* |
| | Emily L. Pincow |
| Sarang Vijay Damle* | Florida Bar. No. 1010370 |
| *sy.damle@lw.com* | *epincow@lashgoldberg.com* |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| *elana.nightingaledawson@lw.com* | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL 33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.