# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

## PROPOSED ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to File Under Seal Portions of Motion to Close Courtroom for Limited Periods During Trial to Protect Against Public Disclosure of Apple Protected Material and Exhibit Attached Thereto ("Motion to File Under Seal"). Being fully advised in the premises, and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion to File Under Seal is hereby **GRANTED**. Apple is given leave to file under seal portions of its Motion to Close Courtroom for Limited Periods During Trial to Protect Against Public Disclosure of Apple Protected Material, and the entirety of Exhibit A attached thereto. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this __ of August, 2020.

                                                **RODNEY SMITH**
                                                **UNITED STATES DISTRICT JUDGE**