## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160-RS

APPLE INC.,

                 Plaintiff,

    v.

CORELLIUM, LLC,

                 Defendant.

### PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OR THE ENTIRETY OF CERTAIN OF APPLE INC.'S MOTIONS *IN LIMINE* AND EXHIBITS THERETO AND INCORPORATED MEMORANDUM OF LAW

Plaintiff Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of certain of Apple Inc.'s motions *in limine* and exhibits thereto and the entirety of one of Apple Inc.'s motions *in limine* and the exhibits thereto. In support of this request, Apple states as follows:

1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. Pursuant to this Court's Scheduling Order, Apple is filing all of its pre-trial motions

and memoranda of law, including its motions *in limine*, on August 17, 2020.  ECF No. 32 at 2; *see also* ECF No. 66 at 2.

3.      Corellium has requested that Apple seek to file under seal all material designated by Corellium as "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" ("AEO") under the Protective Order.  Most of the information Apple seeks to seal is information so designated by Corellium.  Apple also seeks herein to file under seal some information Apple has designated as AEO.  Finally, Apple seeks to file entirely under seal a motion *in limine* that discusses material the United States has previously filed under seal with the Court's permission. *See, e.g.*, ECF No. 576 (granting motion to seal Government's June 17, 2020 filing).

4.      Apple is filing a Motion *in Limine* to Preclude Testimony Regarding Activities of Apple Security Bounty Program Participants.  This motion *in limine* refers to material Apple designated AEO pursuant to the Protective Order.  Exhibit A to this motion *in limine* is an excerpt of the transcript of the March 23, 2020 deposition of Jason Shirk, which contains material Apple designated AEO pursuant to the Protective Order.  Exhibit B to this motion *in limine* is an excerpt of the transcript of the March 19, 2020 deposition of Ivan Krstić, which contains material Apple designated AEO pursuant to the Protective Order.

5.      Apple is filing a Motion *in Limine* to Preclude Corellium's Witnesses from Providing Legal Opinion Testimony.  Exhibit A to this motion *in limine* is an excerpt of the transcript of the March 25, 2020 deposition of Amanda Gorton, Corellium's 30(b)(6) Designee. This document contains material Corellium designated Confidential or AEO pursuant to the Protective Order.  Exhibit B to this motion *in limine* is an excerpt of the transcript of the April 13, 2020 deposition of Chris Wade.   This document contains material Corellium designated Confidential or AEO pursuant to the Protective Order.  Exhibit C to this motion *in limine* is an

excerpt of the April 9, 2020 deposition of Yiduo (David) Wang. This document contains material Corellium designated Confidential or AEO pursuant to the Protective Order. Exhibit D to this motion *in limine* is an excerpt of the transcript of the April 10, 2020 deposition of Stanislaw Skowronek, one of Corellium's 30(b)(6) designees. This document contains material Corellium designated Confidential or AEO pursuant to the Protective Order.

6.    Apple is filing a Motion *in Limine* to Preclude Reference to Corellium's or Corellium's Employees' Purported Good Deeds. This motion *in limine* refers to and quotes a portion of a filing that the Court has previously permitted Corellium to file under seal. *See* ECF No. 359 (order granting Corellium's Unopposed Motion to File Portions of Corellium's Response in Opposition to Plaintiff Apple Inc.'s Motion to Compel Defendant Corellium, LLC to Produce Documents and to Allow a 90-Minute Continuance of the Deposition of Christopher Wade as Well as Exhibits 1–7 Attached Thereto Under Seal).

7.    Apple is filing a Motion *in Limine* to preclude reference to certain uses of the Corellium Apple Product. This motion *in limine* refers to and quotes a portion of a filing that the Court has previously permitted Corellium to file under seal. *See* ECF No. 462 (order granting Corellium's Motion to File Portions of Corellium's Motion for Summary Judgment, Accompanying Statement of Material Facts, *Daubert* Motions to Exclude or Limit the Reports and Testimony of Robert [*sic*] Connelly and Dr. James Nieh As Well As Exhibits Attached Thereto Under Seal). Exhibit F to this motion *in limine* is an excerpt of Corellium's Fifth Amended Answers to Apple's First Set of Interrogatories, served April 18, 2020. Corellium designated portions of this document as Confidential and AEO. Exhibit G to this motion *in limine* is an excerpt of the transcript of the March 25, 2020 deposition of Amanda Gorton, one of Corellium's 30(b)(6) designees. This document contains material Corellium designated Confidential or AEO pursuant

to the Protective Order.  Exhibit H to this motion *in limine* is an excerpt of the transcript of the April 13, 2020 deposition of Chris Wade.  This document contains material Corellium provisionally designated as AEO pursuant to the Protective Order.  Finally, the proposed order for this motion *in limine* references information Corellium filed under seal with the Court's permission.

8.     Apple is filing a Motion *in Limine* to Define Limitations in Light of the Motion Pending at ECF No. 575.  The motion *in limine* discusses information the United States has filed under seal with the Court's permission, and Apple thus seeks to file the motion *in limine* and all exhibits thereto under seal.  *See, e.g.*, ECF No. 576.  In addition, Exhibit A to this motion *in limine* is an excerpt of the transcript of the March 25, 2020 deposition of Amanda Gorton.  Exhibit A contains material Corellium designated Confidential or AEO pursuant to the Protective Order.

**WHEREFORE** Apple respectfully requests that, unless and until Apple's or Corellium's designations are changed or rejected, or information related to the motion at ECF No. 575 is unsealed, the following documents remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

    a.  Portions of Apple's Motion *in Limine* to Preclude Testimony Regarding Activities of Apple Security Bounty Program Participants and Exhibits A and B thereto;

    b.  Portions of Apple's Motion *in Limine* to Preclude Corellium's Witnesses from Providing Legal Opinion Testimony, and portions of Exhibits A, B, C, and D thereto;

    c.  Portions of Apple's Motion *in Limine* to Preclude Reference to Corellium's or Corellium's Employees' Purported Good Deeds;

    d.  Portions of Apple's Motion *in Limine* to preclude reference to certain uses of the Corellium Apple Product and portions of Exhibits F, G, H, and I thereto; and

    e.  The entirety of Apple's Motion *in Limine* to Define Limitations in Light of the Motion Pending at ECF No. 575 and Exhibits A and B thereto.

A proposed order is submitted herewith.

## <u>LOCAL RULE 7.1(A)(3) CERTIFICATION</u>

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on August 17, 2020, regarding the relief sought herein.  Defendant does not oppose.

Dated: August 17, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice*

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.