# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

### PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OR THE ENTIRETY OF CERTAIN OF APPLE INC.'S MOTIONS *IN LIMINE* AND EXHIBITS THERETO

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Under Seal Portions or the Entirety of Certain of Apple Inc.'s Motions *In Lmine* and Exhibits Thereto ("Motion"). Being fully advised in the premises, and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Apple is given leave to file under seal:

    a. Portions of Apple's Motion *in Limine* to Preclude Testimony Regarding Activities of Apple Security Bounty Program Participants and Exhibits A and B thereto;

    b. Portions of Apple's Motion *in Limine* to Preclude Corellium's Witnesses from Providing Legal Opinion Testimony, and portions of Exhibits A, B, C, and D thereto;

    c. Portions of Apple's Motion *in Limine* to Preclude Reference to Corellium's or Corellium's Employees' Purported Good Deeds;

    d. Portions of Apple's Motion *in Limine* to preclude reference to certain alleged uses

   of the Corellium Apple Product and portions of Exhibits F, G, H, and I thereto; and

 e. The entirety of Apple's Motion *in Limine* to Define Limitations in Light of the Motion Pending at ECF No. 575 and Exhibits A and B thereto.

The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this __ of August, 2020.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**