**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S**
**MOTION TO CLOSE COURTROOM FOR LIMITED PERIODS DURING TRIAL TO**
**PROTECT AGAINST PUBLIC DISCLOSURE OF APPLE PROTECTED MATERIAL**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to Close Courtroom For Limited Periods During Trial To Protect Against Public Disclosure Of Apple Protected Material ("Motion"). Being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. The Court shall order the courtroom closed at trial during any discussions of or references to non-public information related to the technologies described in the Motion and accompanying Declaration of Jonathan Andrews.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this __ of August, 2020.

                                        **RODNEY SMITH**
                                        **UNITED STATES DISTRICT JUDGE**