UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**MOTION *IN LIMINE* TO PRECLUDE EVIDENCE AND ARGUMENT
CHALLENGING THE VALIDITY OF APPLE INC.'S
<u>REGISTERED COPYRIGHTS AND INCORPORATED MEMORANDUM OF LAW</u>**

Plaintiff Apple Inc. moves *in limine* for an order precluding Corellium, LLC from introducing evidence or argument challenging the validity of Apple's copyrights, which are presumptively valid. 17 U.S.C. § 410(c). While Corellium purported to challenge the validity of those copyrights in its Answer, ECF No. 599, it has failed to adduce any supporting evidence. Thus, it should be precluded from introducing any new or previously undisclosed evidence or argument of invalidity at trial.

Corellium has utterly failed to provide any support for its conclusory defense that Apple's copyrights are invalid or unenforceable or "explain *how* this defense applies" to the facts of this case. *Incardone v. Royal Caribbean Cruises, Ltd.*, No. 16-20924-CIV, 2019 WL 2709810, at *8 (S.D. Fla. June 28, 2019). In response to an interrogatory requiring Corellium to "describe all factual and legal bases" for this defense, Corellium stated only "Apple's protected work, or portions of it, are functional, not expressive works." Ex. A at 42, 48. Corellium never identified any work or portions thereof that it alleges are purely functional and not expressive, nor did it explain its contention that such portions render the copyrights invalid.[1] Further, in discovery Corellium admitted it is "*without knowledge of the validity* or propriety of any purported Copyright registration allegedly owned by Apple." Ex. B at 4–6. Corellium had every opportunity to supplement its conclusions with actual evidence or further explanation, but never did so.

A party that fails to timely supplement its discovery responses is "prohibited, pursuant to Fed. R. Civ. P. 37(c)(1), from using the undisclosed evidence" at trial unless the failure is harmless. *Cooley v. Great S. Wood Preserving*, 138 F. App'x 149, 161 (11th Cir. 2005). Corellium cannot show that its failure to disclose evidence relating to its invalidity defense was harmless. *See Bowe v. Pub. Storage*, 106 F. Supp. 3d 1252, 1260 (S.D. Fla. 2015). "To argue only (in a conclusory and generic way) that Plaintiffs knew of the facts supporting [an affirmative] defense through discovery, without explaining *which* discovery supposedly provided sufficient facts or what the facts are," as Corellium is likely to do, "is inadequate." *Incardone*, 2019 WL 2709810, at *10. Apple would be obviously and unfairly prejudiced if Corellium is allowed to ambush it at trial with new evidence and argument on alleged copyright invalidity that Corellium never disclosed in discovery. The Court should exclude any such argument or undisclosed evidence.

---

[1] Corellium has only discussed the purportedly unprotected aspects of iOS in the context of determining the *scope*, not the validity, of the copyright protection. *See, e.g.*, ECF No. 464 at 11 (arguing copyrights do not cover open source code but do "cover tangential portions of" iOS).

1

**LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred telephonically with counsel for Defendant on August 13, 2020, regarding the relief sought herein.  Defendant opposes the relief sought herein.

Dated: August 17, 2020 Respectfully Submitted,

Michele D. Johnson*  *s/ Martin B. Goldberg*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP Martin B. Goldberg
650 Town Center Drive, 20th Floor Florida Bar No. 0827029
Costa Mesa, CA 92626 *mgoldberg@lashgoldberg.com*
(714) 540-1235 / (714) 755-8290 Fax *rdiaz@lashgoldberg.com*
Emily L. Pincow
Sarang Vijay Damle* Florida Bar. No. 1010370
*sy.damle@lw.com* *epincow@lashgoldberg.com*
Elana Nightingale Dawson* LASH & GOLDBERG LLP
*elana.nightingaledawson@lw.com* 100 Southeast Second Street
LATHAM & WATKINS LLP Miami, FL 33131
555 Eleventh Street NW, Suite 1000 (305) 347-4040 / (305) 347-4050 Fax
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.

3