**EXHIBIT B – PUBLIC**

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

| | |
|---|---|
| APPLE INC., <br><br> *Plaintiff*, <br><br> v. <br><br> CORELLIUM, LLC, <br><br> *Defendant*. | |

## DEFENDANT'S RESPONSES TO
## PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION

Defendant Corellium, LLC ("Corellium"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 26 and 37, hereby responds to Plaintiff Apple Inc.'s ("Apple") First Request for Admissions.

Dated: November 18, 2019

Respectfully submitted,

By: s/ *Justin Levine*
Jonathan Vine
Florida Bar No. 10966
jonathan.vine@csklegal.com
Justin Levine
justin.levine@csklegal.com
Florida Bar No. 106463
Lizza Constantine
lizza.constantine@csklegal.com
Florida Bar No. 1002945

COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone: (561) 383-9222
Facsimile: (561) 683-8977

and

- 1 -

- 2 -

        Brett Govett, *Pro hac vice*
        brett.govett@nortonrosefulbright.com
        Robert Greeson, *Pro hac vice*
        robert.greeson@ nortonrosefulbright.com
        Jackie Baker, *Pro hac vice*
        jackie.baker@nortonrosefulbright.com

NORTON ROSE FULBRIGHT
2200 Ross Ave.
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

*Attorneys for Corellium, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2019, a true and correct copy of the foregoing document has been furnished via email to counsel of record identified below.

        s/ *Justin Levine*
        Justin B. Levine

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

- 3 -

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*

## CORELLIUM'S RESPONSES TO APPLE'S
## FIRST SET OF REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** Admit that Apple has a registration for iOS 9.0, with registration number TX 8-205-229 and registration date June 20, 2016.

**RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple. Therefore, Deny.

**REQUEST FOR ADMISSION NO. 2:** Admit that Apple has a registration for iOS 9.1, with registration number TX 8-205-204 and registration date June 21, 2016.

**RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple. Therefore, Deny.

**REQUEST FOR ADMISSION NO. 3:** Admit that Apple has a registration for iOS 10.0, with registration number TX 8-344-158 and registration date November 10, 2016.

**RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple. Therefore, Deny.

**REQUEST FOR ADMISSION NO. 4:** Admit that Apple has a registration for iOS 11.0, with registration number TX 8-609-048 and registration date December 22, 2017.

**RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple. Therefore, Deny.

**REQUEST FOR ADMISSION NO. 5:** Admit that Apple has a registration for iOS 11.0.1, with registration number TX 8-584-724 and registration date August 8, 2018.

**RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple. Therefore, Deny.

**REQUEST FOR ADMISSION NO. 6:** Admit that Apple has a registration for iOS 11.2, with registration number TX 8-634-702 and registration date November 9, 2018.

**RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple. Therefore, Deny.

**REQUEST FOR ADMISSION NO. 7:** Admit that Apple has a registration for iOS 11.2.5, with registration number TX 8-647-053 and registration date November 9, 2018.

**RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple. Therefore, Deny.

CONFIDENTIAL
ATTORNEYS' EYES ONLY

- 5 -

**REQUEST FOR ADMISSION NO. 8:**   Admit that Apple has a registration for iOS 11.3, with registration number TX 8-584-722 and registration date August 8, 2018.

   **RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple.  Therefore, Deny.

**REQUEST FOR ADMISSION NO. 9:**   Admit that Apple has a registration for iOS 11.4, with registration number TX 8-611-420 and registration date July 23, 2018.

   **RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple.  Therefore, Deny.

**REQUEST FOR ADMISSION NO. 10:**   Admit that Apple has a registration for iOS 12.0, with registration number TX 8-651-122 and registration date December 4, 2018.

   **RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple.  Therefore, Deny.

**REQUEST FOR ADMISSION NO. 11:**   Admit that Apple has a registration for iOS 12.1.1, with registration number TX 8-668-993 and registration date January 25, 2019.

   **RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple.  Therefore, Deny.

**REQUEST FOR ADMISSION NO. 12:**   Admit that Apple has a registration for iOS 12.2, with registration number TX 8-759-263 and registration date June 25, 2019.

   **RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple.  Therefore, Deny.

**REQUEST FOR ADMISSION NO. 13:**   Admit that Apple has a registration for iTunes 12.3, with registration number TX 8-507-283 and registration date December 14, 2017.

   **RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple.  Therefore, Deny.

**REQUEST FOR ADMISSION NO. 14:**   Admit that Apple has a registration for iTunes 12.4, with registration number TX 8-512-431 and registration date December 21, 2017.

   **RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple.  Therefore, Deny.

**REQUEST FOR ADMISSION NO. 15:**   Admit that Apple has a registration for iTunes 12.5.1, with registration number TX 8-545-238 and registration date December 21, 2017.

   **RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple.  Therefore, Deny.

CONFIDENTIAL
ATTORNEYS' EYES ONLY

**REQUEST FOR ADMISSION NO. 16:** Admit that Apple has a registration for iTunes 12.6, with registration number TX 8-546-291 and registration date December 21, 2017.

> **RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple. Therefore, Deny.

**REQUEST FOR ADMISSION NO. 17:** Admit that Apple has a registration for Apple icons – iOS 9 compilation – iPhone 6s Built-in Apps, with registration number VA 2-061-057 and registration date October 19, 2016.

> **RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple. Therefore, Deny.

**REQUEST FOR ADMISSION NO. 18:** Admit that Apple has a registration for Apple icons – iOS 11 compilation – iPhone 8 Built-in Apps, with registration number VA 2-100-045 and registration date December 8, 2017.

> **RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple. Therefore, Deny.

**REQUEST FOR ADMISSION NO. 19:** Admit that Apple has a registration for Apple Bokeh (bubble) Wallpaper iOS 7, with registration number VA 1-922-660 and registration date March 27, 2014.

> **RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple. Therefore, Deny.

**REQUEST FOR ADMISSION NO. 20:** Admit that Apple has a registration for Apple Wallpaper – Flower magenta (iOS 8), with registration number VA 1-967-209 and registration date August 19, 2015.

> **RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple. Therefore, Deny.

**REQUEST FOR ADMISSION NO. 21:** Admit that Apple has a registration for Apple Wallpaper – Flower Chrysanthemum purple (iOS 8), with registration number VA 1-967-206 and registration date August 19, 2015.

> **RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple. Therefore, Deny.

**REQUEST FOR ADMISSION NO. 22:** Admit that Apple has a registration for Apple Wallpaper – Abstract ink spot in blue and green (iOS 8), with registration number VA 1-967-208 and registration date August 19, 2015.

> **RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple. Therefore, Deny.

CONFIDENTIAL
ATTORNEYS' EYES ONLY