**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

| | |
|---|---|
| APPLE INC., | |
|         Plaintiff, | |
|   v. | |
| CORELLIUM, LLC, | |
|         Defendant. | |

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S**
**MOTION *IN LIMINE* TO PRECLUDE EVIDENCE AND ARGUMENT**
**CHALLENGING THE VALIDITY OF APPLE INC.'S REGISTERED COPYRIGHTS**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion *in Limine* to Preclude Evidence and Argument Challenging the Validity of Apple Inc.'s Registered Copyrights ("Motion"). Being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Defendant Corellium, LLC's counsel and witnesses are hereby barred from introducing evidence or offering argument challenging the validity of Apple Inc.'s registered copyrights.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this __ day of August, 2020.

                                                                _____
                                                                **RODNEY SMITH**
                                                                **UNITED STATES DISTRICT JUDGE**