UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                    Plaintiff,

    v.

CORELLIUM, LLC,

                    Defendant.

**MOTION *IN LIMINE* TO PRECLUDE
CORELLIUM'S WITNESSES FROM PROVIDING LEGAL OPINION TESTIMONY
AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Apple Inc. moves *in limine* for an order precluding defendant Corellium, LLC's witnesses from testifying to legal conclusions. Apple anticipates that Corellium will attempt to elicit improper legal conclusions from its fact witnesses during trial, as they gave such testimony at their depositions (just as Corellium's experts did before the Court barred such testimony in its *Daubert* rulings, ECF Nos. 609, 611, 614). Specifically, Corellium's witnesses are likely to attempt to offer, as they have at deposition, conclusory opinions that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. *See, e.g.*, Ex. A at 176:2–10, 177:1–178:8. They will also likely attempt to describe Corellium's product as "transforming" and "transformative"—part of the legal test to determine whether copyright infringement qualifies as "fair use" pursuant to 17 U.S.C. § 107 and *Campbell v. Acuff-Rose Music, Inc.*, 510 U.S. 569 (1994). Indeed, even though Corellium effectively *concedes* that testimony regarding whether a use is "transformative" is an inadmissible legal conclusion, *see* ECF No. 507 at 9, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *See, e.g.*, ECF No. 599 at 3–7, 21; Ex. B at 245:6–8 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Ex. C at 144:8–11 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. D at 126:5–9 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *see also* ECF No. 557-24 at 2 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

"Statements by lay witnesses that include legal conclusions . . . are improper and inadmissible at trial." *Blanco v. Capform, Inc.*, No. 11-23508-Civ, 2013 WL 118171, at *1 (S.D. Fla. Jan. 9, 2013); *see also El-Ad Residences at Miramar Condo. Ass'n, Inc. v. Mt. Hawley Ins. Co.*, No. 09-CV-60723, 2011 WL 13174642, at *2 (S.D. Fla. Feb. 23, 2011). While Corellium witnesses may of course testify regarding facts, those witnesses cannot draw legal conclusions— *e.g.*, whether its product "transforms" Apple's copyrighted works, or whether there existed any "implied license"—which are issues the jury must resolve based on the Court's instructions on the law. *See Park W. Galleries, Inc. v. Glob. Fine Art Registry, LLC*, Nos. 2:08-CV-12247, 2:08-CV-12274, 2010 WL 891695, at *2–3 (E.D. Mich. Mar. 8, 2010) (excluding legal conclusions such as whether plaintiff "violated any copyright or custom law"); *Hendricks v. DreamWorks, LLC*, No. CV-05-8271, 2007 WL 9705916, at *5 (C.D. Cal. Nov. 20, 2007) (excluding use of "striking similarity" since it is "a legal standard"). The Court should bar all Corellium witnesses from providing legal conclusions couched as fact witness testimony.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred telephonically with counsel for Defendant on August 13, 2020, regarding the relief sought herein. Defendant opposes the relief sought herein.

Dated: August 17, 2020                    Respectfully Submitted,

Michele D. Johnson*                       *s/ Martin B. Goldberg*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP                      Martin B. Goldberg
650 Town Center Drive, 20th Floor         Florida Bar No. 0827029
Costa Mesa, CA 92626                      *mgoldberg@lashgoldberg.com*
(714) 540-1235 / (714) 755-8290 Fax       *rdiaz@lashgoldberg.com*
                                          Emily L. Pincow
Sarang Vijay Damle*                       Florida Bar. No. 1010370
*sy.damle@lw.com*                         *epincow@lashgoldberg.com*
Elana Nightingale Dawson*                 LASH & GOLDBERG LLP
*elana.nightingaledawson@lw.com*          100 Southeast Second Street
LATHAM & WATKINS LLP                      Miami, FL 33131
555 Eleventh Street NW, Suite 1000        (305) 347-4040 / (305) 347-4050 Fax
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.