# EXHIBIT A – PUBLIC PORTIONS

ATTORNEYS EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT

 2                  SOUTHERN DISTRICT OF FLORIDA

 3        APPLE INC.

 4             Plaintiff,     CASE NO. 9:19-cv-81160-RS

 5        vs.

 6        CORELLIUM, LLC,

 7             Defendant.

 8        _____/

 9

10                    Zoom, Virtual Deposition

11                   Wednesday, March 25, 2020

12                      10:08 a.m.-6:17 p.m.

13

14                      ATTORNEY'S EYES ONLY

15       VIDEOTAPED 30(b)(6) AND INDIVIDUAL DEPOSITION OF

16                          AMANDA GORTON

17

18          Taken on Behalf of the Plaintiff before

19       Lisa Gerlach, Court Reporter, Notary Public

20          in and for the State of Florida at Large,

21          pursuant to Plaintiff's Notice of Taking

22          Deposition in the above cause.

23

24       Job No. 4027360

25       Pages 1-213
```

Page 1

ATTORNEYS EYES ONLY

```
 1          Virtual Appearances through Zoom:
 2             Counsel for the Plaintiff:
 3             JESSICA STEBBINS BINA, ESQUIRE
               ELANA NIGHTINGALE DAWSON, ESQUIRE
 4             Latham & Watkins, LLP
               10250 Constellation Boulevard
 5             Suite 1100
               Century City, CA 90067
 6             424-653-5525
               jessica.stebbinsbina@lw.com
 7             elana.nightingaledawson@lw.com
 8
 9           Counsel for the Defendant and Witness:
              JONATHAN VINE, ESQUIRE
10            Cole Scott & Kissane
              222 Lakeview Avenue
11            Suite 120
              West Palm Beach, FL 33401
12            561-383-9203
              jonathan.vine@csklegal.com
13
14          Also Present: Brandon Miller, Videographer
15
16
17
18
19
20
21
22
23
24
25
```

Page 2

```
 1    BY MS. BINA:
 2         Q.   Have you ever reviewed that agreement?
 3              MR. VINE:  Objection.
 4         A.   I believe that I have, yes.
 5         Q.   Corellium does not have any licenses in place
 6    from Apple for the operation of the Corellium Apple
 7    product; does it?
 8              MR. VINE:  Objection.
 9         A.   As far as I'm aware, Corellium does not have
10    any written license agreements with Apple to license
11    the iOS software.
12    BY MS. BINA:
13         Q.   In your view, does Corellium have any
14    unwritten license agreement with Apple?
15              MR. VINE:  Objection.
16         A.   I think that that question, being of such a
17    legal nature, is one that I don't have the expertise
18    to comment upon.
19    BY MS. BINA:
20         Q.   So the answer is, you're not sure whether it
21    does or doesn't?
22              MR. VINE:  Objection, asked and answered.
23         A.   My response was that this seems -- this is a
24    question of a legal nature, which I lack the expertise
25    to remark on.
```

```
 1    BY MS. BINA:
 2         Q.  I'm not asking you for a legal opinion.  I'm
 3    asking for your knowledge as the CEO of the company
 4    and as the witness designated to testify on behalf of
 5    Corellium's knowledge of Apple's copyrights.
 6              I need to know whether Corellium understood
 7    it to have a license of any kind with Apple for the
 8    use and development of its product.  And the answer
 9    from you would be that you didn't have such an
10    understanding, but I need to know what the answer is.
11              MR. VINE:  Amanda, before you answer, let
12         me object.  Number one, she's provided
13         answers about what Corellium's knowledge was
14         about the copyrights.
15              You're now on a licensing issue of
16         software.  She's told you, the way you
17         phrased the question -- just like Ivan
18         answered and other witnesses answered for
19         Apple, even though they were designated as
20         corporate representatives, there was
21         something of a legal question that they
22         didn't feel comfortable answering.  Amanda
23         has stated the same.
24              Amanda, if you can answer it again in any
25         other way, please, feel free to do so.
```

```
 1      ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
 ▮  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
 ▮  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
 4      BY MS. BINA:
 5          Q.  Again, I understand you're not a lawyer, so
 6      I'm not asking for the legal basis, but what facts
 7      underpin that belief?
 8              MR. VINE:  Objection.  You can answer.
 9          A.  There are a couple of factors that contribute
10      to that belief.  In the first instance, the iOS
11      software files are made available freely online for
12      anyone to download and use.  These files can be opened
13      and explored upon download.  There are no restrictions
14      upon these files when they are downloaded.  No end
15      user license agreement is presented and no copyright
16      notice is presented and no other form of restriction
17      is presented.
18              And, so, in that regard, it indicates that
19      the vendor, i.e., Apple, has willingly and with
20      consent given the downloader the ability to do so and
21      to use the file upon download.
22                  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
 ▮  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
 ▮  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
 ▮  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY

1 ███████████████████████████████████████
███████████████████████████████████
███████████████████████████████████
████████████████
████████████████████████████████
████████████████████████████████
█████████████████████████████████████
████████████████████████████████

9  BY MS. BINA:
10      Q.  Is that a complete answer?
11      A.  I appreciate the pause, yes.  That's the
12  extent of my answer for now.
13      Q.  Just a couple of clarification questions,
14  starting with the last point.
15          ████████████████████████████
████████████████████████████████████
██████████████████████████
██  ██████████████████████████
██  ███████████████████████████████████
████████████████  █████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████
24          MR. VINE:  Objection.
25  BY MS. BINA:

Page 178

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF PALM BEACH


I, Lisa Gerlach, the undersigned Notary Public, in and for the State of Florida, hereby certify that Amanda Gorton personally appeared before me and was duly sworn.

WITNESS my hand and official seal this 29th day of March, 2020.

*[Signature: Lisa Gerlach]*

Lisa Gerlach, Court Reporter

Commission #GG023652

Expires 9/8/2020

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF PALM BEACH

      I, Lisa Gerlach, Court Reporter, do hereby certify that I was authorized to and did stenographically report the foregoing deposition; and that the transcript is a true and correct transcription of the testimony given by the witness.

      I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

      Dated this 29th day of March, 2020.

*[Signature: Lisa Gerlach]*

      Lisa Gerlach, Court Reporter

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or discretion of the certifying reporter.

Veritext Legal Solutions
866 299-5127