# EXHIBIT B – PUBLIC PORTIONS

ATTORNEY'S EYES ONLY

1                   UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF FLORIDA

2

3                      No. 9:19-cv-81160-RS

4     APPLE, INC.,

5                   Plaintiff,

6     vs.

7     CORELLIUM, LLC,

8

                    Defendant.

9     _____/

10                            Fort Lauderdale, Florida

                              April 13, 2020

11                            10:05 a.m. - 6:51 p.m.

12

13                 (ATTORNEY'S EYES ONLY)

14             VIDEO DEPOSITION OF CHRIS WADE

15                      (Via Zoom)

16        Taken before SUZANNE VITALE, R.P.R., F.P.R.

17    and Notary Public for the State of Florida at Large,

18    pursuant to Notice of Taking Deposition filed in the

19    above cause.

20

21

22

23

24

25

                                              Page 1

ATTORNEY'S EYES ONLY

```
 1    APPEARANCES:

 2

      On behalf of Plaintiff:

 3

      LATHAM & WATKINS, LLP

 4    10250 Constellation Boulevard
      Suite 1100

 5    Century City, California 90067
      BY:  ELANA NIGHTINGALE DAWSON, ESQ. (via Zoom)

 6            elana.nightingaledawson@lw.com

 7     and

 8    LATHAM & WATKINS, LLP
      140 Scott Drive

 9    Menlo Park, CA 94025
      BY:  GABRIEL S. GROSS, ESQ. (via Zoom)

10            gabe.gross@lw.com

11

12    On behalf of Defendant:

13    COLE, SCOTT & KISSANE, P.A.,
      222 Lakeview Avenue

14    Suite 120
      West Palm Beach, Florida 33401

15    BY:  JONATHAN VINE, ESQ. (via Zoom)
              jonathan.vine@csklegal.com

16

17    ALSO PRESENT:

18         Arielle Friedman (Videographer)
           Amanda Gorton

19         Dr. Jason Nieh

20

21

22

23

24

25

                                         Page  2
```

ATTORNEY'S EYES ONLY

1

2    BY MR. GROSS:

3        Q.    What, to your understanding, is happening

4

5

6        A.

7

8

9        Q.    Let's talk about the kernel.  You just

10   said it's being transformed.

11

12

13       A.    Again,

14

15

16

17

18

19

20

21       Q.                                        , right?

22             MR. VINE:  Objection.

23             THE WITNESS:

24

25

Page 245

ATTORNEY'S EYES ONLY

1

2                     CERTIFICATE OF OATH

3

4    STATE OF FLORIDA    )

5    COUNTY OF BROWARD    )

6

7              I, the undersigned authority, certify

8       that CHRIS WADE personally appeared before me and

9       was duly sworn.

10              WITNESS my hand and official seal this

11       16th day of April, 2020.

12

13              *Suzanne Vitale*

14

15              SUZANNE VITALE, R.P.R., F.P.R.

                Notary Public, State of Florida

16              My Commission No. DD179981

                Expires: 5/24/2020

17

18

19

20

21

22

23

24

25

                                             Page  302

ATTORNEY'S EYES ONLY

```
 1
 2                         CERTIFICATE
 3
 4    STATE OF FLORIDA   )
 5    COUNTY OF BROWARD )
 6
 7            I, SUZANNE VITALE, R.P.R., F.P.R. do
 8       hereby certify that I was authorized to and did
 9       stenographically report the foregoing deposition
10       of CHRIS WADE; that a review of the transcript
11       was requested; and that the transcript is a true
12       record of my stenographic notes.
13            I FURTHER CERTIFY that I am not a
14       relative, employee, attorney, or counsel of any
15       of the parties, nor am I a relative or employee
16       of any of the parties' attorney or counsel
17       connected with the action, nor am I financially
18       interested in the action.
19            Dated this 16th day of April, 2020.
20
21
22
23            SUZANNE VITALE, R.P.R., F.P.R.
24            My Commission No. DD179981
25             Expires: 5/24/2020
```

Page 303