# EXHIBIT C – PUBLIC PORTIONS

ATTORNEYS EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT
 2                  SOUTHERN DISTRICT OF FLORIDA
 3
 4
 5                                         )
       APPLE, INC.,                        )
 6                                         )
                 Plaintiff,                )
 7                                         )
                     vs.                   )  Case No.
 8                                         )  9:19-cv-81160-RS
       CORELLIUM, LLC,                     )
 9                                         )
                 Defendant.                )
10                                         )
11
12
13                      ATTORNEYS' EYES ONLY
14       VIDEOTAPED VIDEOCONFERENCE REMOTE DEPOSITION OF
15                       YIDUO "DAVID" WANG
16                   Taken in behalf of Plaintiff
17                          *   *   *
18                        April 9, 2020
19                       Portland, Oregon3
20
21       Job No. 4052307
22       Teresa L. Dunn,
23       Court Reporter
24       CSR, CCR, RPR
25       Pages 1-264
```

Page 1

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY

```
 1           VIRTUAL APPEARANCES THROUGH ZOOM:
 2    For the Plaintiff:
 3    MR. SARANG DAMLE
      MS. HOLLY VICTORSON
 4    MR. GABRIEL S. CROSS
      Latham & Watkins, LLP
 5    555 Eleventh Street, N.W.
      Suite 1000
 6    Washington, DC 20004
      202-637-3332
 7    sy.damle@lw.com
      holly.victorson@lw.com
 8    gabe.cross@lw.com
 9
      For the Defendant:
10
      MR. JUSTIN B. LEVINE
11    Cole, Scott & Kissane
      222 Lakeview Avenue
12    Suite 120
      West Palm Beach, FL 33401
13    561-383-9203
      justin.levine@csklegal.com
14
15    Also Present:
      Jason Nieh
16    Amanda Gorton
      Eli Hart, Videographer
17
18
19
20
21
22
23
24
25
```

Page 2

ATTORNEYS EYES ONLY

```
 1      A.  ██████████████████████████████████████  ████████



 5      Q.  ██████████████████████████████████████  ████████
 6          MR. LEVINE:  Object to the form of the  12:34:51
 7    question.                                     12:34:53
 8          THE WITNESS: ██████████████████████████  ████████



12      Q.  ██████████████████████████████████████  ████████




17      A.  ████████                                ████████
18          MR. LEVINE:  I would just tell the      12:35:30
19    witness not to guess --                       12:35:32
20          THE WITNESS:  Okay.                     12:35:34
21          MR. LEVINE:  -- but you can answer.     12:35:35
22          THE WITNESS: ██████████████████████████  ████████
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY

```
 1                    C E R T I F I C A T E
 2
 3            I, Teresa L. Dunn, a Certified Court
 4    Reporter for Washington, pursuant to RCW 5.28.010
 5    authorized to administer oaths and affirmations in
 6    and for the State of Washington, do hereby certify
 7    that, DAVID WANG appeared virtually before me at the
 8    time and place set forth in the caption hereof; that
 9    at said time and place I reported in Stenotype all
10    testimony adduced and other oral proceedings had in
11    the foregoing matter; that thereafter my notes were
12    reduced to typewriting under my direction pursuant
13    to Washington Administrative Code 308-14-135, the
14    transcript preparation format guideline; and that
15    the foregoing transcript, pages 1 to 264, both
16    inclusive, constitutes a full, true and accurate
17    record of all such testimony adduced and oral
18    proceedings had, and of the whole thereof.
19            Witness my hand and CCR stamp at Vancouver,
20    Washington, this 14th day of April, 2020.
21
22                    [signature]
23                    TERESA L. DUNN
                      Certified Court Reporter
24                    Certificate No. 2468
                      Expiration Date:  01/13/2021
25
```

Page 263