**EXHIBIT D – PUBLIC PORTIONS**

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF FLORIDA
 4   Case No. 9:19-cv-81160-RS
 5    - - - - - - - - - - - - - - - - - - -x
 6   APPLE INC.,
 7                      Plaintiff,
 8         -against-
 9   CORELLIUM, LLC.,
                        Defendant.
10    - - - - - - - - - - - - - - - - - - -x
11
                  Zoom Virtual Deposition
12
                       April 10, 2020
13                     11:00 a.m.
14
15      VIDEOTAPED DEPOSITION of STANISLAW
16   SKOWRONEK, in the above-entitled action,
17   held at the above time and place, taken
18   before Jeremy Richman, a Shorthand
19   Reporter and Notary Public of the State of
20   New York, pursuant to the Federal Rules of
21   Civil Procedure, and stipulations between
22   Counsel.
23
24            *       *       *
25
                                         Page 1
```

```
 1
 2   Virtual Appearances through Zoom:
 3
         LATHAM & WATKINS, LLP
 4            Attorneys for Plaintiff
              140 Scott Drive
 5            Menlo Park, CA 94025
         BY:  GABRIEL S. GROSS, ESQ.
 6            (gabe.gross@lw.com)
                  -and-
 7            555 Eleventh Street, NW
              Suite 1000
 8            Washington, D.C. 20004-1304
         BY:  JEREMIAH A. EGGER, ESQ.
 9            (jeremiah.egger@lw.com)
10
         COLE SCOTT & KISSANE
11            Attorneys for Defendant
              222 Lakeview Avenue, Suite 120
12            West Palm Beach, FL 33401
13       BY:  JONATHAN VINE, ESQ.
              JUSTIN LEVINE, ESQ.
14            (jonathan.vine@csklegal.com)
              (justin.levine@csklegal.com)
15
16
17   PRESENT:
     ARIELLE FRIEDMAN, Videographer
18   JASON NIEH
     AMANDA GORTON
19                    *       *       *
20
21
22
23
24
25
                                             Page 2
```



Page 126

```
 1
 2                    CERTIFICATION
 3
 4
 5       I, JEREMY RICHMAN, a Notary Public for
 6   and within the State of New York, do
 7   hereby certify:
 8       That the witness whose testimony as
 9   herein set forth, was duly sworn by me;
10   and that the within transcript is a true
11   record of the testimony given by said
12   witness.
13       I further certify that I am not
14   related to any of the parties to this
15   action by blood or marriage, and that I am
16   in no way interested in the outcome of
17   this matter.
18       IN WITNESS WHEREOF, I have hereunto
19   set my hand this 13th day of April, 2020.
20
21
22
23                  [signature]
24
25              JEREMY RICHMAN
```

Page 352