## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

    v.

CORELLIUM, LLC,

        Defendant.

### PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S MOTION *IN LIMINE* TO PRECLUDE CORELLIUM'S WITNESSES FROM PROVIDING LEGAL OPINION TESTIMONY

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion *in Limine* to Preclude Corellium's Witnesses From Providing Legal Opinion Testimony ("Motion"). Being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Defendant Corellium, LLC's witnesses are hereby barred from testifying regarding their legal opinions or conclusions.

**DONE AND ORDERED** in Fort Lauderdale, Florida this __ of August, 2020.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**