**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

                         Plaintiff,

v.

CORELLIUM, LLC,

                         Defendant.

**MOTION *IN LIMINE* TO PRECLUDE CORELLIUM FROM
OFFERING EXPERT TESTIMONY FROM FACT WITNESSES NEVER
DISCLOSED AS EXPERTS AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Apple Inc. moves *in limine* for an order precluding defendant Corellium, LLC from soliciting expert testimony from fact witnesses it never disclosed as experts.

It is axiomatic that parties must disclose all expert witnesses and their opinions during discovery: retained experts must issue reports, and unretained experts must disclose the subject matter of their testimony along with a summary of facts and opinions to be provided. Fed. R. Civ. P. 26(a)(2)(B)–(C). Corellium has retained three[1] experts, each of whom submitted reports pursuant to Rule 26: Stewart Appelrouth (on damages), James Olivier (on technical topics and Corellium's product), and Alexander Stamos (on security research industry standards). Corellium did not disclose any unretained experts. Corellium's other witnesses, including its employees Stanislaw Skowronek, David Wang, and Chris Wade, while they may be technically skilled, are lay fact witnesses, not expert witnesses in this action. *See* ECF No. 307. Lay witnesses cannot offer opinion testimony "based on scientific, technical, or other specialized knowledge within the scope of Rule 702." Fed. R. Evid. 701(c). This limitation was added "to rein in the admission of expert testimony under the guise of lay opinion." *United States v. Henderson*, 409 F.3d 1293, 1300 (11th Cir. 2005) (citation omitted). Whether testimony is lay or expert opinion depends on "the nature of the testimony, not whether the witness could be qualified as an expert." *United States v. Moran*, 778 F.3d 942, 967 (11th Cir. 2015) (citation omitted).

Corellium already has tried unsuccessfully to introduce testimony from Mr. Skowronek to rebut the opinions provided by Apple's expert on virtualization technology. *See* ECF No. 590 at 3. The Court did not allow this, explaining that because "Mr. Skowronek was never disclosed as an expert witness in this case, it would be violative of the applicable expert disclosure rules and unfair to Apple to allow him to testify as such under the guise of a fact witness." ECF No. 594 at 2. Corellium should not be allowed to try the same tactic at trial. *See Mann v. Carnival Corp.*, 385 F. Supp. 3d 1278, 1286 n.2 (S.D. Fla. 2019) (prohibiting treating physician from testifying as expert "because he was not properly disclosed as an expert witness" but allowing him to testify as a lay witness). Corellium has retained experts on each subject for which Apple has retained experts. Only those retained experts who properly disclosed their opinions during discovery—and not Corellium's lay witnesses—should be permitted to provide expert testimony at trial. The Court should therefore bar Corellium from introducing expert testimony from fact witnesses never disclosed as experts.

---

[1] A fourth expert, Clark Asay, a law professor, was excluded under *Daubert*. *See* ECF No. 614.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred telephonically with counsel for Defendant on August 13, 2020, regarding the relief sought herein. Defendant does not consent to the relief sought herein.

| | |
|---|---|
| Dated: August 17, 2020 | Respectfully Submitted, |

Michele D. Johnson*  
*michele.johnson@lw.com*  
LATHAM & WATKINS LLP  
650 Town Center Drive, 20th Floor  
Costa Mesa, CA 92626  
(714) 540-1235 / (714) 755-8290 Fax  

Sarang Vijay Damle*  
*sy.damle@lw.com*  
Elana Nightingale Dawson*  
*elana.nightingaledawson@lw.com*  
LATHAM & WATKINS LLP  
555 Eleventh Street NW, Suite 1000  
Washington, DC 20004  
(202) 637-2200 / (202) 637-2201 Fax  

Andrew M. Gass*  
*andrew.gass@lw.com*  
Joseph R. Wetzel  
*joe.wetzel@lw.corm*  
LATHAM & WATKINS LLP  
505 Montgomery Street, Suite 2000  
San Francisco, CA 94111  
(415) 391-0600 / (415) 395-8095 Fax  

Jessica Stebbins Bina*  
*jessica.stebbinsbina@lw.com*  
LATHAM & WATKINS LLP  
10250 Constellation Blvd., Suite 1100  
Los Angeles, CA 90067  
(424) 653-5500 / (424) 653-5501 Fax  

Gabriel S. Gross*  
*gabe.gross@lw.com*  
LATHAM & WATKINS LLP  
140 Scott Drive  
Menlo Park, CA 94025  
(650) 463-2628 / (650) 463-2600 Fax  

*Admitted pro hac vice

*s/ Martin B. Goldberg*

Martin B. Goldberg  
Florida Bar No. 0827029  
*mgoldberg@lashgoldberg.com*  
*rdiaz@lashgoldberg.com*  
Emily L. Pincow  
Florida Bar. No. 1010370  
*epincow@lashgoldberg.com*  
LASH & GOLDBERG LLP  
100 Southeast Second Street  
Miami, FL 33131  
(305) 347-4040 / (305) 347-4050 Fax  

*Attorneys for Plaintiff* APPLE INC.

3