**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> CORELLIUM, LLC, <br><br> Defendant. | |

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S**
**MOTION *IN LIMINE* TO PRECLUDE CORELLIUM FROM OFFERING EXPERT**
**TESTIMONY FROM FACT WITNESSES NEVER DISCLOSED AS EXPERTS**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion *in Limine* to Preclude Corellium from Offering Expert Testimony from Fact Witnesses Never Disclosed as Experts ("Motion"). Being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Defendant Corellium, LLC may not proffer expert testimony from any fact witness that it has not timely disclosed as an expert.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this __ of August, 2020.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**