UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**MOTION *IN LIMINE* TO PRECLUDE REFERENCE TO
CORELLIUM, LLC'S OR CORELLIUM, LLC'S EMPLOYEES'
<u>PURPORTED GOOD DEEDS AND INCORPORATED MEMORANDUM OF LAW</u>**

Plaintiff Apple Inc. moves *in limine* for an order precluding defendant Corellium, LLC from introducing evidence or referencing purported charitable acts performed by Corellium principal Chris Wade, Corellium, or Corellium's employees, or their purported patriotism or good deeds, as irrelevant and inadmissible under Federal Rules of Evidence 401, 402, 403, and 404.

Apple understands that Corellium may seek, as it has done in motion practice in this case, to introduce evidence that its Chief Technical Officer, Chris Wade, has engaged in charitable acts on behalf of the State of Florida, or is close to the Governor of the State of Florida. For example, in describing the supposed burden that a continued deposition would have on Mr. Wade, Corellium stated that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ECF No. 360 at 7 n.10. Similarly, Corellium's counsel has given press interviews about this case (notwithstanding Local Rule 77.2(g)) stating that "Corellium and its employees have always done the right thing. They are patriots and they are respectful of this country's intellectual property laws."[1]

Evidence referencing purported good acts or good character of a party, unrelated to the claims and offered for the purpose of showing the party acted in accordance with such good acts, is irrelevant and inadmissible under Federal Rules of Evidence 401, 402, 403, and 404. *See Habersham Plantation Corp. v. Molyneux*, No. 10-61526-CIV, 2011 WL 13216995, at *10 (S.D. Fla. Dec. 5, 2011) (precluding reference to "any claimed charitable or good acts" by non-moving party); *Miller ex rel. Miller v. Ford Motor Co.*, No. 2:01-CV-545-FTM-29DNF, 2004 WL 4054843, at *4 (M.D. Fla. July 22, 2004) (excluding "evidence of good behavior [to] show [a party] is a 'good' company"). Evidence relating to purported charitable or patriotic acts performed by Corellium's employees is irrelevant to any disputed issue in the case, and serves only to unduly prejudice the jury in Corellium's favor. In particular, evidence that Mr. Wade ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is highly prejudicial and irrelevant to the claims and defenses in this copyright action. The Court should exclude all such evidence.

---

[1] Thomas Brewster, Apple Fights U.S. Government Intervention In iPhone Copyright Case, Forbes, https://www.forbes.com/sites/thomasbrewster/2020/05/04/apple-fights-us-government-intervention-in-iphone-copyright-case/ (May 4, 2020) (quoting David Hecht).

1

**LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred telephonically with counsel for Defendant on August 13, 2020, regarding the relief sought herein.  Defendant opposes the relief sought herein.

Dated: August 17, 2020

Respectfully Submitted,

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.