## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

   v.

CORELLIUM, LLC,

        Defendant.

### PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S
### MOTION *IN LIMINE* TO PRECLUDE REFERENCE TO CORELLIUM, LLC'S
### OR CORELLIUM, LLC'S EMPLOYEES' PURPORTED GOOD DEEDS

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion *in Limine* to Preclude Reference to Corellium, LLC's or Corellium, LLC's Employees' Purported Good Deeds ("Motion"). Being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Defendant Corellium, LLC's counsel and witnesses are hereby barred from introducing evidence or otherwise referencing purported charitable, patriotic, or good acts performed by Corellium or its employees. Corellium is further barred from referring to any allegedly charitable work Corellium principal Chris Wade has performed for the State of Florida.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this __ day of August, 2020.

                                _____

                                **RODNEY SMITH**
                                **UNITED STATES DISTRICT JUDGE**