UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OF AMOUNTS OFFERED FOR OR PAID BY APPLE TO ACQUIRE COMPANIES NOT INVOLVED IN THIS ACTION AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Apple Inc. moves *in limine* for an order precluding defendant Corellium, LLC from referencing the amounts offered for or paid by Apple to acquire other companies as irrelevant and unduly prejudicial under Federal Rules of Evidence 401, 402, and 403.  Apple anticipates that Corellium or its counsel will attempt to invoke the amounts offered for or paid by Apple to acquire non-party companies, unrelated to this action, in order to highlight Apple's financial resources and thereby unfairly prejudice Apple in the eyes of the jury.  Corellium has focused on Apple's acquisition of such unrelated companies in discovery.  Such non-party information is not only confidential and proprietary, but wholly irrelevant to Apple's copyright and DMCA claims and Corellium's defenses and counterclaims, and unduly prejudicial, and should be excluded.

"The general rule is that, during trial, no reference should be made to the wealth or poverty of a party, nor should the financial status of one party be contrasted with the other's." *Brough v. Imperial Sterling Ltd.*, 297 F.3d 1172, 1178 (11th Cir. 2002) (citation omitted).  Courts have long recognized the risk that "jurors may view large corporations with great disfavor," and that "the popular prejudice against these corporations [may] taint the administration of justice." *See St. Cyr v. Flying J Inc.*, No. 3:06-CV-13-J-33TEM, 2007 WL 2696791, at *2 (M.D. Fla. Sept. 12, 2007) (citation omitted).  Accordingly, courts routinely exclude evidence of a corporation's size or financial resources where, as here, it is irrelevant and inflammatory. *See, e.g.*, *Balu v. Costa Crociere S.p.A., Co.*, No. 11-CV-60031, 2011 WL 13217270, at *1 (S.D. Fla. Nov. 3, 2011) (prohibiting "evidence regarding the size, value, or assets of" a party).  Exclusion is particularly appropriate here, as the evidence concerns confidential and proprietary information of non-party companies, which is both irrelevant and unduly prejudicial. *See Cross Country Home Servs., Inc. v. Home Serv. USA Corp.*, No. 08-61456-CIV, 2010 WL 11505841, at *1 (S.D. Fla. Feb. 5, 2010) (excluding as irrelevant references to proposed acquisition terms and acquisition negotiations between plaintiff and non-party).

Such evidence of Apple's resources has no relevance to any claim or defense in this matter and serves no purpose except to unfairly paint Apple as an unsympathetic "deep pocket" to the jury.  Accordingly, such evidence should be excluded under Rules 401, 402, and 403.

**LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred telephonically with counsel for Defendant on August 13, 2020, regarding the relief sought herein.  Defendant opposes the relief sought herein.

Dated: August 17, 2020

Respectfully Submitted,

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.