**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

      Plaintiff,

  v.

CORELLIUM, LLC,

      Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OF AMOUNTS OFFERED FOR OR PAID BY APPLE TO ACQUIRE COMPANIES NOT INVOLVED IN THIS ACTION**

    **THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion *in Limine* to Preclude Evidence of Amounts Offered For or Paid by Apple to Acquire Companies Not Involved In This Action ("Motion"). Being fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Defendant Corellium, LLC is hereby barred from referring to or discussing the amounts offered for or paid by Apple to acquire other companies not party to this Action.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this ___ of August, 2020.

                                                              _____
                                                               **RODNEY SMITH**
                                                               **UNITED STATES DISTRICT JUDGE**