# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**MOTION *IN LIMINE* TO PRECLUDE IRRELEVANT COMMENTARY ON APPLE'S, AND ITS COUNSEL'S, REPUTATION, FINANCIAL STATUS, AND LOCATION AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Apple Inc. respectfully moves *in limine* to bar defendant Corellium, LLC from referencing the size, reputation, financial condition, or geographic location of Apple or its outside counsel, as irrelevant and unduly prejudicial under Rules 401, 402, and 403.

"The general rule is that, during trial, no reference should be made to the wealth or poverty of a party, nor should the financial status of one party be contrasted with the other's." *Brough v. Imperial Sterling Ltd.*, 297 F.3d 1172, 1178 (11th Cir. 2002) (internal quotation omitted). Apple anticipates that Corellium's witnesses or its counsel will attempt to invoke the size, reputation, wealth, or residence of Apple or its outside counsel for purposes of engendering jury sympathies and creating a "David and Goliath" narrative to unfairly prejudice Apple. Corellium's counsel foreshadowed this tactic in a recent hearing: "Apple has, you know, unlimited resources, [and] they're going to have the best of the best. Indeed they have the best lawyers in the world here." Ex. A at 39:20–23. Similarly, during an earlier discovery hearing, Corellium's counsel stated, "Apple is a highly capable firm with highly capable searching software with a very capable, you know, a best-in-the-world law firm." Ex. B at 264:25–265:2.

Such comments have no relevance to this matter and would serve no purpose at trial except to unfairly portray Apple as "Goliath" and distract from the merits. Courts commonly prohibit characterizing a litigation as a "David and Goliath" scenario or suggesting that one party "possesses superior resources." *Button v. Royal Caribbean Cruises, Ltd.*, No. 12-CV-23624, 2013 WL 12064491, at *1 (S.D. Fla. July 23, 2013); *see Balu v. Costa Crociere S.p.A.*, Co., No. 11-CV-60031, 2011 WL 13217270, at *1 (S.D. Fla. Nov. 3, 2011) (prohibiting "evidence regarding the size, value, or assets of" a party). Courts also regularly exclude evidence regarding the geographic location and reputation of outside counsel as irrelevant. *See Palm Bay Yacht Club Condo. Ass'n, Inc. v. QBE Ins. Corp.*, No. 10-23685-CV, 2012 WL 13012391, at *2 (S.D. Fla. May 21, 2012) (excluding "mention that Plaintiff's counsel is from out of state"); *Post-Confirmation Comm. for Small Loans, Inc. v. Martin*, No. 1:13-CV-195 (WLS), 2016 WL 9243594, at *6 (M.D. Ga. Oct. 4, 2016) (excluding comment on the size, status, reputation, and residency of counsel). The Court likewise should bar Corellium from making such comments here.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred telephonically with counsel for Defendant on August 13, 2020, regarding the relief sought herein.  Defendant does not oppose the relief sought herein with respect to Apple's counsel. Defendant does oppose the relief sought herein with respect to commentary related to Apple itself.

Dated: August 17, 2020 						Respectfully Submitted,

| | |
|---|---|
| Michele D. Johnson* | *s/ Martin B. Goldberg* |
| *michele.johnson@lw.com* | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | *mgoldberg@lashgoldberg.com* |
| (714) 540-1235 / (714) 755-8290 Fax | *rdiaz@lashgoldberg.com* |
| | Emily L. Pincow |
| Sarang Vijay Damle* | Florida Bar. No. 1010370 |
| *sy.damle@lw.com* | *epincow@lashgoldberg.com* |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| *elana.nightingaledawson@lw.com* | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL 33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.