# EXHIBIT A

```
  1                   UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
  2                     WEST PALM BEACH DIVISION
                     CASE NO. 19-81160-CIVIL-SMITH
  3

  4    APPLE, INC.,                       West Palm Beach, Florida

  5              Plaintiff,               July 24, 2020

  6         vs.

  7    CORELLIUM, LLC,                    10:03 a.m.

  8              Defendant.               Pages 1 to 164
       _____
  9

 10             MOTION HEARING VIA VIDEOCONFERENCE
              BEFORE THE HONORABLE WILLIAM MATTHEWMAN,
 11                UNITED STATES MAGISTRATE JUDGE
               (TRANSCRIBED FROM THE AUDIO RECORDING)
 12

 13    APPEARANCES:

 14
       FOR THE PLAINTIFF:       JESSICA STEBBINS BINA, ESQ.
 15                             LATHAM & WATKINS, LLP
                                10250 Constellation Boulevard
 16                             Suite 1100
                                Los Angeles, California 90067
 17

 18                             GABRIEL S. GROSS, ESQ.
                                LATHAM & WATKINS, LLP
 19                             140 Scott Drive
                                Menlo Park, California 94025
 20

 21                             ANDREW M. GASS, ESQ.
                                LATHAM & WATKINS, LLP
 22                             505 Montgomery Street
                                Suite 2000
 23                             San Francisco, California 94111

 24

 25
```

```
 1   APPEARANCES, CONT'D:

 2   FOR THE PLAINTIFF:        ELANA NIGHTINGALE DAWSON, ESQ.
                               LATHAM & WATKINS, LLP
 3                             555 Eleventh Street, Northwest
                               Suite 100
 4                             Washington, DC 20004

 5
                               MARTIN B. GOLDBERG, ESQ.
 6                             LASH & GOLDBERG
                               100 Southeast Second Street
 7                             Suite 1200
                               Miami, Florida 33131
 8

 9                             JESSE KOEHLER, ESQ.
                               IN-HOUSE COUNSEL FOR APPLE, INC.
10

11   FOR THE DEFENDANT:        JUSTIN B. LEVINE, ESQ.
                               LIZZA CAROLA CONSTANTINE, ESQ.
12                             COLE, SCOTT & KISSANE
                               222 Lakeview Avenue
13                             Suite 120
                               West Palm Beach, Florida 33401
14

15                             DAVID L. HECHT, ESQ.
                               CONOR B. McDONOUGH, ESQ.
16                             HECHT PARTNERS, LLP
                               200 West 23rd Street
17                             Fifth Floor
                               New York, New York 10010
18

19                             MAXIM PRICE, ESQ.
                               PIERCE, BAINBRIDGE, BECK,
20                               PRICE & HECHT, LLP
                               277 Park Avenue
21                             45th Floor
                               New York, New York 10172
22

23   FOR THE UNITED STATES:    DEXTER LEE, ESQ.
                               ASSISTANT UNITED STATES ATTORNEY
24                             99 Northeast Fourth Street
                               Miami, Florida 33132
25
```

```
 1   APPEARANCES, CONT'D:

 2   FOR THE UNITED STATES        SERENA M. ORLOFF, ESQ.
     DEPARTMENT OF JUSTICE:       ANTHONY COPPOLINO, ESQ.
 3                                UNITED STATES DEPARTMENT OF JUSTICE
                                  CIVIL DIVISION
 4                                555 Fourth Street, Northwest
                                  Washington, DC 20530
 5

 6   TRANSCRIBED BY:              LISA EDWARDS, RDR, CRR
                                  Reporterlisaedwards@gmail.com
 7                                (305) 439-7168
```

```
 1                Would that be correct, Mr. Lee?
 2           MR. LEE:  That is correct, your Honor.
 3           THE COURT:  All right.  Thank you.
 4           Mr. Levine?
 5           MR. LEVINE:  Briefly, your Honor.
 6           So I disagree with Ms. Bina that this is -- that these
 7   relate to inputs and not methodology.  That is 100 percent
 8   Mr. Connelly's methodology.
 9           And I would contend, your Honor, that every conceivable
10   issue could be addressed on cross-examination.  Every single
11   issue, ever.
12           But under Daubert, as your Honor mentioned, the Court
13   is to act as the gatekeeper when there are unreliable methods.
14           Now, we could of course cross-examine him on his
15   methods.  But under Daubert, that is the whole purpose of
16   Daubert, is to remove this cross-examination from the jury.
17           And I will contend that in light of who the Plaintiff
18   is in this case, it's at least plausible that a fair amount of
19   credibility will be provided to Apple's expert just under the
20   general assumption that the broad public understands that Apple
21   has, you know, unlimited resources, that they're going to have
22   the best of the best.  Indeed, they have the best lawyers in
23   the world here.  And I mean that as a compliment.
24           THE COURT:  I'm sure Ms. Bina is glad to hear that.
25           MR. LEVINE:  They're competent indeed, your Honor.
```

```
 1   afternoon.  Stay safe and healthy.  And I'll take the matters
 2   under advisement.
 3           Thank you all.
 4           MS. STEBBINS BINA:  Thank you, your Honor.
 5           MR. LEVINE:  Thank you, your Honor.
 6           MR. GROSS:  Thank you, your Honor.
 7           MR. HECHT:  Thank you.
 8           MR. PRICE:  Thank you.
 9           (Proceedings concluded.)
10
11
12
13
14
                          C E R T I F I C A T E
15
16       I hereby certify that the foregoing is an
17   accurate transcription of the proceedings in the
18   above-entitled matter to the best of my ability.
19
20
                         /s/Lisa Edwards
21   _____        LISA EDWARDS, RDR, CRR
        DATE             Reporterlisaedwards@gmail.com
22                       (305) 439-7168
23
24
25
```