**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

       Plaintiff,

  v.

CORELLIUM, LLC,

       Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S MOTION *IN LIMINE*
TO PRECLUDE IRRELEVANT COMMENTARY ON APPLE'S,
AND ITS COUNSEL'S, REPUTATION, FINANCIAL STATUS, AND LOCATION**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion *in Limine* to Preclude Irrelevant Commentary on Apple's, and its Counsel's, Reputation, Financial Status, and Location ("Motion"). Being fully advised in the premises, and noting that Corellium does not oppose this motion as it relates to Apple's Counsel, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Defendant Corellium, LLC's counsel and witnesses are hereby barred from referencing the size, reputation, financial status, and geographic location of Plaintiff Apple Inc. as well as its outside counsel.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this __ day of August, 2020.

                                              **RODNEY SMITH**
                                              **UNITED STATES DISTRICT JUDGE**