UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                        Plaintiff,

v.

CORELLIUM, LLC,

                        Defendant.

**MOTION *IN LIMINE* TO PRECLUDE TESTIMONY REGARDING
ACTIVITIES OF APPLE SECURITY BOUNTY PROGRAM MEMBERS
<u>AND INCORPORATED MEMORANDUM OF LAW</u>**

Plaintiff Apple Inc. moves *in limine* for an order barring defendant Corellium, LLC from referring to or discussing the activities of nonparties who participate in the Apple Security Bounty ("ASB") program, a program by which members of the public can notify Apple of security "bugs" in return for potential cash rewards. Corellium has already attempted to designate—and will presumably seek to introduce— ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *See, e.g.*, Ex. A (Shirk Tr.) at 87:24–89:3, Ex. B (Krstić Tr.) at 184:22–186:10. The allegations against this non-party have nothing to do with this case. Introducing them serves only to confuse the issues and inflame the passions of the jury. Courts may exclude testimony that is irrelevant, or the probative value of which would be substantially outweighed by the significant danger of unfair prejudice, confusion of the issues, and misleading of the jury. Fed. R. Evid. 401, 402, 403; *see also St. Cyr v. Flying J Inc.*, No. 3:06-cv-13-J-33TEM, 2007 WL 2696791, at *2 (M.D. Fla. Sept. 12, 2007). This evidence, and any similar evidence related to non-party ASB participants, should be excluded.

Courts regularly and appropriately exclude irrelevant and prejudicial testimony regarding the bad acts of non-parties to a lawsuit. *See, e.g.*, *Saunders v. City of Chicago*, 320 F. Supp. 2d 735, 740 (N.D. Ill. 2004) (excluding evidence of other cases of police misconduct as "highly inflammatory and prejudicial"). Courts similarly have recognized that the American public is "particularly emotional" about ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and have excluded testimony on that basis as well. *See, e.g.*, *United States v. Odeh*, No. 13-cr-20772, 2014 WL 5473042, at *8–10 (E.D. Mich. Oct. 27, 2014) (excluding any reference to the defendant ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮); *Newmark Realty Cap., Inc. v. BGC Partners, Inc.*, No. 16-CV-01702-BLF, 2018 WL 6439133, at *1 (N.D. Cal. Dec. 7, 2018) (excluding references to the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as prejudicial and irrelevant to trademark action).

Corellium's claims relating to the ASB all stem from Apple's alleged failure to pay Corellium thereunder, ECF No. 599 at 37–57; they have nothing to do with the activities of the program's other participants. The allegations that a non-party who also happens to participate in the ASB program ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ are exactly the sort of information that is regularly excluded—irrelevant, inflammatory, prejudicial, and likely to confuse rather than clarify the issues in this case. The Court should exclude such allegations here.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred telephonically with counsel for Defendant on August 13, 2020, regarding the relief sought herein.  Defendant opposes the relief sought herein.

| | |
|---|---|
| Dated: August 17, 2020 | Respectfully Submitted, |
| Michele D. Johnson* | *s/ Martin B. Goldberg* |
| *michele.johnson@lw.com* | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | *mgoldberg@lashgoldberg.com* |
| (714) 540-1235 / (714) 755-8290 Fax | *rdiaz@lashgoldberg.com* |
| | Emily L. Pincow |
| Sarang Vijay Damle* | Florida Bar. No. 1010370 |
| *sy.damle@lw.com* | *epincow@lashgoldberg.com* |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| *elana.nightingaledawson@lw.com* | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL 33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.