# EXHIBIT A – PUBLIC PORTIONS

```
 1                 UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF FLORIDA

 3                  CASE NO: 9:19-cv-81160-RS

 4    ---------------------------------------------------------

 5    APPLE INC.,                       )
                                        )
 6                   Plaintiff,         )
                                        )
 7         vs.                          )
                                        )
 8    CORELLIUM, LLC,                   )
                                        )
 9                   Defendant.         )

10    ---------------------------------------------------------

11                       DEPOSITION OF

12                        JASON SHIRK

13                    CONFIDENTIAL PORTION

14                    ATTORNEYS' EYES ONLY

15

16                      March 23, 2020

17                        10:15 a.m.

18

19              1200 Sixth Avenue, Suite 610

20                     Seattle, Washington

21

22

23

24

25    REPORTED BY:  Allison O'Brien, CCR No. 2163
```

```
 1              MS. BINA:  Yeah.  It would probably take
 2    probably five or ten minutes, just because I'm going to
 3    have to get off of here and on to some other --
 4              MR. LEVINE:  That's fine.  We'll take --
 5    we'll take a five-minute break.
 6              MS. BINA:  All right.  Let's take five.
 7    Thank you.
 8              THE WITNESS:  Thank you.
 9              (Off the record.)
10              MR. LEVINE:  We're back, yes.
11              MS. BINA:  Thank you, Justin.  I'm going to
12    let the witness answer the question at a very high
13    level.  I'm going to instruct not to answer at any
14    greater level of detail due to an ongoing government
15    investigation.
16              MR. LEVINE:  Okay.
17              THE WITNESS:  So to --
18              MS. BINA:  Do you need the question read
19    back?
20              THE WITNESS:  Yeah.  Will you rephrase the
21    question?  Can you give me the question again, please?
22              MR. LEVINE:  Ms. Court Reporter, if you can
23    read back the question.
24              THE COURT REPORTER:  Yeah.  ████████████████
25    ████████████████████████████████████████████████
```

```
 1    [REDACTED]
 2    [REDACTED]
 3    [REDACTED]
 4    [REDACTED]
 5              MS. BINA:  Is that something you can answer,
 6    Mr. Shirk, or is that --
 7              THE WITNESS:  No, I cannot answer.
 8              MS. BINA:  Well, maybe again we need to keep
 9    this at a very high level, Justin.  So I'm going to
10    instruct him not to answer.
11    [REDACTED]
12    [REDACTED]
13    [REDACTED]
14              MS. BINA:  Objection, same instruction.  Oh,
15    he answered, though, so never mind.
16    [REDACTED]
17    [REDACTED]
18    [REDACTED]
19    [REDACTED]
20    [REDACTED]
21    [REDACTED]
22    [REDACTED]
23              MS. BINA:  Objection, vague as to
24    [REDACTED]
25    [REDACTED]
```



Jason Shirk Vol Confidential
March 23, 2020                                                                 89



```
 1   JASON SHIRK; March 23, 2020; No. 899275

 2                       CERTIFICATE

 3   STATE OF WASHINGTON )
                         )   ss.
 4   COUNTY OF KING      )

 5       I, Allison C. O'Brien, the undersigned Washington

 6   Certified Court Reporter, pursuant to RCW 5.28.010

 7   authorized to administer oaths and affirmations in and for

 8   the State of Washington, do hereby certify:

 9       That the foregoing deposition was taken before me at

10   the time and place therein set forth; that the witness was

11   by me first duly sworn to testify the truth, the whole truth

12   and nothing but the truth; that the testimony of the witness

13   and all objections made at the time of the examination were

14   recorded stenographically by me and thereafter transcribed

15   under my direction; that a review of the transcript by the

16   deponent was requested; and that the foregoing transcript is

17   a true record of the testimony given by the witness and of

18   all objections made at the time of the examination, to the

19   best of my ability.

20       I further certify that I am not a relative or employee

21   or attorney or counsel of any of the parties, nor am I

22   financially interested in the outcome of the case.

23             Signed and sealed March 31, 2020.

24   _____
             Allison C. O'Brien
25           Reporting License No. 2163
```