# EXHIBIT B

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA


    APPLE INC.,

            Plaintiff,

    vs.                                    No. 9:19-cv-81160-RS

    CORELLIUM, LLC,

            Defendants.

    _____/




                    DEPOSITION OF IVAN KRSTIC

            HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY




            Date:          Thursday, March 19, 2020

            Time:          10:05 a.m.

            Location:      All parties via
                           videoconference


            Stenographically reported by:

                           Nina Pavone, CSR
                           License No. CSR-7802




                            *  *  *  *
```





Provided by Martell Associates 800-636-1136

Page 186



1  I, NINA PAVONE, a Certified Shorthand
2  Reporter, hereby certify that the witness in the
3  foregoing deposition was by me duly sworn to tell the
4  truth, the whole truth, and nothing but the truth in
5  the within-entitled cause;
6  That said deposition was taken down in
7  shorthand by me, a disinterested person, at the time
8  and place therein stated, and was hereafter
9  transcribed, by computer, into typewriting, under my
10  direction and supervision;
11  That before completion of the deposition
12  review of the transcript ( x ) was requested ( ) was
13  not requested.  If requested, any changes made by the
14  deponent (and provided to the reporter) are appended
15  hereto.
16  I further certify that I am not of counsel,
17  nor attorney for any of the parties in the foregoing
18  deposition and caption named, nor in any way
19  interested in the outcome of the cause named in said
20  caption, and that I am not related to any of the
21  parties hereto.
22
23  DATE: March 31, 2020
24  _____
25  NINA PAVONE, CSR #7802

Digitally signed 4/1/2020 at 2:59pm EDT