**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

       Plaintiff,

  v.

CORELLIUM, LLC,

       Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S MOTION
*IN LIMINE* TO PRECLUDE TESTIMONY REGARDING ACTIVITIES OF
<u>APPLE SECURITY BOUNTY PROGRAM MEMBERS</u>**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion *in Limine* to Preclude Testimony Regarding Activities of Apple Security Bounty Program Members and Exhibit Attached Thereto ("Motion"). Being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Defendant Corellium, LLC is hereby barred from referring to or discussing the activities of nonparties who participate in the Apple Security Bounty Program.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this __ of August, 2020.

                                                      _____
                                                      **RODNEY SMITH**
                                                      **UNITED STATES DISTRICT JUDGE**