UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**MOTION *IN LIMINE* TO PRECLUDE
REFERENCE TO CERTAIN ALLEGED USES OF THE CORELLIUM APPLE
<u>PRODUCT AND INCORPORATED MEMORANDUM OF LAW</u>**

Plaintiff Apple Inc. respectfully moves *in limine* to bar Corellium, LLC from representing that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ or that the product serves a national security purpose, as Corellium failed to disclose any such evidence in discovery and instead represented the opposite. Apple anticipates that Corellium will make such arguments at trial, claiming its product is used to stave off terrorist attacks. Corellium, in fact, did just that in its motion for summary judgment, stating that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ use Corellium for highly socially-beneficial research that protects . . . the citizens of the United States." ECF No. 464 at 7. Corellium's counsel also aggressively questioned Apple witnesses about preventing terrorist attacks using good-faith security research—something Corellium claims its product could theoretically support. *See* Ex. A at 18:22–19:2; Ex. B at 62:17–63:21; Ex. C at 39:22–40:20. Corellium thus appears to be planning to argue to the jury that its product supports national security and prevents terrorism—an argument that would be extraordinarily prejudicial even if it were supported by evidence. But in fact it is wholly *unsupported* and contrary to the facts of record and Corellium's prior assertions. Indeed, Corellium ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇." ▇▇▇▇▇. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, Ex. F at 24–34, and, while Corellium speculated that its ▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇, Corellium "stated in open court that it is not aware of the identities of Azimuth's customers," ECF No. 247 at 4. Further, Corellium's corporate representatives testified, under oath, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Ex. G at 107:10–108:3, 128:16–130:16; Ex. H at 206:22–209:17.

A party that fails to disclose evidence during discovery is "prohibited, pursuant to Fed. R. Civ. P. 37(c)(1), from using the undisclosed evidence at trial . . . , unless the failure is harmless." *Cooley v. Great S. Wood Preserving*, 138 F. App'x 149, 161 (11th Cir. 2005). "[S]trict adherence to discovery rules [is] necessary to prohibit not only trial by ambush, but discovery gaming wherein a party holds back evidence." *Nelson v. Freightliner LLC*, No. 5:01-CV-266-OC-10GRJ, 2003 WL 25781423, at *4 (M.D. Fla. Apr. 23, 2003); *Waite v. AII Acquisition Corp.*, No. 15-CV-62359, 2016 WL 4433713, at *3 (S.D. Fla. Apr. 28, 2016) (excluding untimely served evidence). Corellium produced no evidence in discovery that its product is used ▇▇▇▇▇▇▇▇▇▇▇▇ or to prevent terrorist attacks, and it should not be permitted to introduce such evidence at trial.

1

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred telephonically with counsel for Defendant on August 13, 2020, regarding the relief sought herein. Defendant opposes the relief sought herein.

Dated: August 17, 2020　　　　　　　　　　　Respectfully Submitted,

Michele D. Johnson*　　　　　　　　　　　*s/ Martin B. Goldberg*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP　　　　　　　Martin B. Goldberg
650 Town Center Drive, 20th Floor　　　　　Florida Bar No. 0827029
Costa Mesa, CA 92626　　　　　　　　　　*mgoldberg@lashgoldberg.com*
(714) 540-1235 / (714) 755-8290 Fax　　　　*rdiaz@lashgoldberg.com*
　　　　　　　　　　　　　　　　　　　　Emily L. Pincow
Sarang Vijay Damle*　　　　　　　　　　　Florida Bar. No. 1010370
*sy.damle@lw.com*　　　　　　　　　　　　*epincow@lashgoldberg.com*
Elana Nightingale Dawson*　　　　　　　　LASH & GOLDBERG LLP
*elana.nightingaledawson@lw.com*　　　　　100 Southeast Second Street
LATHAM & WATKINS LLP　　　　　　　Miami, FL 33131
555 Eleventh Street NW, Suite 1000　　　　 (305) 347-4040 / (305) 347-4050 Fax
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

　　　　　　　　　　　　　　*Attorneys for Plaintiff* APPLE INC.