# EXHIBIT A – PUBLIC

```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA


APPLE INC.,

        Plaintiff,

vs.                                  No. 9:19-cv-81160-RS

CORELLIUM, LLC,

        Defendants.

_____/




             DEPOSITION OF JACQUES VIDRINE


             CONFIDENTIAL - ATTORNEYS' EYES ONLY


             Date:          April 10, 2020

             Time           10:00 a.m.

             Location:      All parties via
                            videoconference


             Stenographically reported by:

                            Nina Pavone, CSR
                            License No. CSR-7802




                         *  *  *  *
```

```
 1              MS. NIGHTINGALE DAWSON:  Objection.
 2     Mischaracterizes prior testimony.
 3     BY MR. LEVINE:
 4         Q. You can answer.
 5         A. I don't think that I said that there were
 6     particular requirements.
 7              Is there middle ground?  Yes, the world is
 8     not black and white and I have heard the phrase used,
 9     a gray hat hacker.
10              This really starts to get fuzzy if you want
11     to use the word -- definitions.  I think it's more
12     self-labeling in that respect.
13         Q. Self-labeling, as in everybody just has their
14     own definition, is that what you meant by that?
15         A. What I meant was it's -- for me, it's pretty
16     clear when somebody is generally a white hat or a
17     black hat.  But I have heard some people label
18     themselves as gray hats.
19              That might fit the circumstance that you said
20     earlier where somebody kept the vulnerability to
21     themselves in order to continue security research.
22         Q. What about if one finds a vulnerability and
23     that vulnerability is then sold to, for example, the
24     U.S. government who then uses it to break through to
25     a terrorist cell and prevents a terrorist attack on
```

1  the country.  What hat would you put that person in?
2       A. I wouldn't call them a white hat hacker.
3       Q. Okay.  But what hat would you put them in?
4       A. I don't usually use this term.  I know how to
5  interpret it.  But I think you just gave me a good
6  example of someone who might refer to themselves as a
7  gray hat hacker.
8       Q. And would you -- so under your definitions,
9  do gray hat hackers have any negative connotation or
10 are they just good people who are simply not
11 reporting?
12      A. Well, this is all -- it's all my personal
13 opinion here and you just used the word "good
14 people."  I'm not making any moral judgments about
15 these things.
16           I know that in the press and maybe some lay
17 people use these terms and so I can only give you my
18 best understanding of them from myself.
19      Q. Okay.  Well, but for the purpose of this
20 deposition, I am trying to get clear definitions.
21           So would there be negative connotations that
22 are attributed to people whom you would assign to a
23 gray hat or is it case-by-case basis?
24      A. I don't usually use the term "gray hat," as I
25 mentioned.  I think some label themselves that way.

```
 1          I, NINA PAVONE, a Certified Shorthand
 2  Reporter, hereby certify that the witness in the
 3  foregoing deposition was by me duly sworn to tell the
 4  truth, the whole truth, and nothing but the truth in
 5  the within-entitled cause;
 6          That said deposition was taken down in
 7  shorthand by me, a disinterested person, at the time
 8  and place therein stated, and was hereafter
 9  transcribed, by computer, into typewriting, under my
10  direction and supervision;
11          That before completion of the deposition
12  review of the transcript (x ) was requested ( ) was
13  not requested.  If requested, any changes made by the
14  deponent (and provided to the reporter) are appended
15  hereto.
16          I further certify that I am not of counsel,
17  nor attorney for any of the parties in the foregoing
18  deposition and caption named, nor in any way
19  interested in the outcome of the cause named in said
20  caption, and that I am not related to any of the
21  parties hereto.
22
23  DATE:  April 22, 2020
24                                    _____
25                              NINA PAVONE, CSR #7802
```