**EXHIBIT B – PUBLIC**

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA


APPLE INC.,

        Plaintiff,

vs.                                  No. 9:19-cv-81160-RS

CORELLIUM, LLC,

        Defendants.

_____/




            DEPOSITION OF SEBASTIEN MARINEAU-MES

             CONFIDENTIAL - ATTORNEYS' EYES ONLY




        Date:           Friday, April 3, 2020

        Time            11:44 a.m.

        Location:       All parties via
                        videoconference


        Stenographically reported by:

                        Nina Pavone, CSR
                        License No. CSR-7802



                        *   *   *   *
```

Page 62

```
 1    BY MR. LEVINE:
 2        Q. So there's been a common theme about giving
 3    the -- giving the security exploits back to the
 4    vendor, the company, and so far, the depositions have
 5    all seemed to go right to that point very quickly.
 6             So are there any ways that there could be
 7    good faith security research where the return of the
 8    exploit directly to the company does not occur?
 9        A. It is hard for -- it is hard for me to
10    imagine because, ultimately, when exploits are found
11    by one researcher they are there for others to find,
12    including bad actors and for others to exploit.  And
13    so if the goal is ultimately to protect our users,
14    which is certainly my goal, you want those exploits
15    to be provided back to the company so that they can
16    be fixed.
17        Q. What if those exploits were provided to an
18    entity like the U.S. government to use for national
19    security?
20        A. Again, my position would be that ultimately
21    we would want those exploits to be sent back to the
22    company who can fix them.
23        Q. What if the exploits were provided to
24    government in connection with national security to do
25    something like prevent a terrorist attack or foil a
```

```
 1    terrorist plan?  Wouldn't that be putting users
 2    first?
 3        A. The -- again, I think the balance here is
 4    that, ultimately, those exploits are available to
 5    other bad actors and other governments.  So
 6    ultimately, I think they have to be sent back to the
 7    vendor, whoever the vendor is, for the vendor to
 8    patch.
 9        Q. Okay.  So if using and exploiting a security
10    bug would actually stop a terrorist attack, but
11    patching it might continue to protect the security of
12    that particular terrorist cell, you would still be in
13    favor of patching that so that the terrorist cell was
14    protected?
15           MS. BINA:  Objection.  Improper hypothetical.
16    Argumentative.  Calls for expert testimony.
17    BY MR. LEVINE:
18        Q. You can answer.
19        A. This is a judgment call that government
20    entities have to make.  This is really their
21    prerogative.
22           I think that -- I've been clear, I think,
23    that ultimately, those exploits should be sent back
24    to the vendor to protect other users and those users
25    because we don't know, for example, what other
```

I, NINA PAVONE, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and was hereafter transcribed, by computer, into typewriting, under my direction and supervision;

That before completion of the deposition review of the transcript ( x) was requested ( ) was not requested.  If requested, any changes made by the deponent (and provided to the reporter) are appended hereto.

I further certify that I am not of counsel, nor attorney for any of the parties in the foregoing deposition and caption named, nor in any way interested in the outcome of the cause named in said caption, and that I am not related to any of the parties hereto.

DATE:  April 10, 2020

_____

NINA PAVONE, CSR #7802