# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

    *Plaintiff*,

v.

CORELLIUM, LLC,

    *Defendant*.

**DEFENDANT'S AMENDED[1] RESPONSES AND OBJECTIONS
TO PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSION**

Defendant Corellium, LLC ("Corellium"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 26 and 36, hereby serves this Amended Response to Plaintiff, Apple Inc.'s ("Apple"), Second Set of Requests for Admissions.

**CORELLIUM'S AMENDED RESPONSES TO APPLE'S
SECOND SET OF REQUESTS FOR ADMISSION**

▢ = **Confidential Information**

**REQUEST FOR ADMISSION NO. 66:** Admit that Corellium is a U.S. Government contractor.

    **RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 67:** Admit that Corellium does work directly for a United States federal agency.

    **RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 68:** Admit that Corellium does work directly for the National Security Agency.

    **RESPONSE:** Deny.

---

[1] By amending its responses contained herein, Corellium does not waive any of its objections raised in the remainder of the responses or in or related to the Motion for Protective Order and Incorporated Memorandum of Law, filed under seal at D.E. 81.

- 1 -

- 2 -

**REQUEST FOR ADMISSION NO. 69:** Admit that Corellium does work directly for the Central Intelligence Agency.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 70:** Admit that Corellium does work directly for the Federal Bureau of Investigation.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 71:** Admit that Corellium does work directly for the United States Department of Homeland Security.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 72:** Admit that Corellium does work directly for the United States Department of Justice.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 73:** Admit that the Australian Department of Defense is a customer of Corellium.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 74:** Admit that the United Kingdom Secret Intelligence Service is a customer of Corellium.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 75:** Admit that Facebook is a customer of Corellium.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 76:** Admit that LinkedIn is a customer of Corellium.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 77:** Admit that the National Aeronautics and Space Administration is a customer of Corellium.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 78:** Admit that Square is a customer of Corellium.