# EXHIBIT E

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

## Case No. 9:19-cv-81160

APPLE INC.,

        *Plaintiff*,

v.

CORELLIUM, LLC,

        *Defendant*.

## DEFENDANT'S SECOND AMENDED RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

Defendant Corellium, LLC ("Corellium"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 26 and 34, hereby responds to Plaintiff Apple Inc.'s ("Apple") Second Set of Requests for Production of Documents.

| | |
|---|---|
| Dated: February 21, 2020 | Respectfully submitted, |
| | By: *s/Lizza C. Constantine* |
| | Jonathan Vine |
| | Florida Bar No. 10966 |
| | jonathan.vine@csklegal.com |
| | Justin Levine |
| | justin.levine@csklegal.com |
| | Florida Bar No. 106463 |
| | Lizza Constantine |
| | lizza.constantine@csklegal.com |
| | Florida Bar No. 1002945 |
| | |
| | COLE, SCOTT & KISSANE, P.A. |
| | Esperante Building |
| | 222 Lakeview Avenue, Suite 120 |
| | West Palm Beach, Florida 33401 |
| | Telephone: (561) 383-9222 |
| | Facsimile: (561) 683-8977 |
| | |
| | and |

Brett Govett, *Pro hac vice*
brett.govett@nortonrosefulbright.com
Robert Greeson, *Pro hac vice*
robert.greeson@ nortonrosefulbright.com
Jackie Baker, *Pro hac vice*
jackie.baker@nortonrosefulbright.com

NORTON ROSE FULBRIGHT US LLP
2200 Ross Ave.
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

*Attorneys for Corellium, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of February, 2020 a true and correct copy of the foregoing document has been furnished via email to counsel of record identified below.

*s/ Lizza C. Constantine*
Lizza C. Constantine

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

**CORELLIUM'S SECOND AMENDED RESPONSES TO
APPLE'S SECOND SET OF REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 88:** All Documents related to any contract, arrangement, agreement, or informal understanding between Corellium and the United States Government relating to or concerning the sale, commercialization or use of the Corellium Apple Product as defined on the record.

>**RESPONSE:** Corellium does not have any documents about the sale or commercialization of the Corellium Apple Product in connection with the United States Government nor does it have any contracts, arrangements, or agreements with the United States Government. Corellium is aware that the United States Government may be using the Corellium Apple Product. Corellium will produce responsive documents relative to this awareness.