# EXHIBIT G – PUBLIC PORTIONS

ATTORNEYS EYES ONLY

```
 1                    UNITED STATES DISTRICT COURT
 2                    SOUTHERN DISTRICT OF FLORIDA
 3       APPLE INC.
 4          Plaintiff,      CASE NO. 9:19-cv-81160-RS
 5       vs.
 6       CORELLIUM, LLC,
 7          Defendant.
 8       _____/
 9
10                     Zoom, Virtual Deposition
11                    Wednesday, March 25, 2020
12                      10:08 a.m.-6:17 p.m.
13
14                      ATTORNEY'S EYES ONLY
15       VIDEOTAPED 30(b)(6) AND INDIVIDUAL DEPOSITION OF
16                          AMANDA GORTON
17
18          Taken on Behalf of the Plaintiff before
19       Lisa Gerlach, Court Reporter, Notary Public
20       in and for the State of Florida at Large,
21       pursuant to Plaintiff's Notice of Taking
22       Deposition in the above cause.
23
24       Job No. 4027360
25       Pages 1-213
```

Page 1

ATTORNEYS EYES ONLY

1
2
3
4        Q.   Sure.
5
6
7
8
9        A.   That is correct.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Veritext Legal Solutions
866 299-5127



ATTORNEYS EYES ONLY

```
1              THE VIDEOGRAPHER:  We are back on the
2         record at 3:14 p.m.  This marks the beginning
3         of media number seven in the deposition of
4         Amanda Gorton.
5              You may proceed, Counsel.
6    BY MS. BINA:
7         Q.   Thank you.  ████████████████████████████
8    ████████████████████████████████████████████████████
9    ████████████████████████████████████████████████████
10   ████████████████████████████████████████████████████
11             MR. VINE:  Objection.  Do you mean
12        through the use of the Apple Corellium
13        product or the CORSEC?
14             MS. BINA:  ██████████████████████████
15   BY MS. BINA:
16   ████████████████████████████████████████████████████
17   ████████████████████████████████████████████████████
18   ████████████████████████████████████████████████████
19   ████████████████████████████████████████████████████
20   ████████████████████████████████████████████████████
21   ████████████████████████████████████████████████████
22   ████████████████████████████████████████████████████
23   ████████████████████████████████████████████████████
24   ████████████████████████████████████████████████████
25   ████████████████████████████████████████████████████
```

Veritext Legal Solutions
866 299-5127

1           (Attorney Gabe Gross is now attending by
2      telephone.)
3   BY MS. BINA:
4      Q.  But nothing that you impose on them?
5      A.  Correct. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
6  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
7  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
8  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
9  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
10 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
11 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
14      Q.  I understand.  In any event, ▓▓▓▓▓▓▓
15   ▓▓▓▓▓▓▓▓ is your testimony?
16      A.  I think --
17          MR. VINE:  Objection.
18      A.  I think that might be a slight
19   oversimplification.
20          I believe my colleague, Gabe Gross of
21      Latham & Watkins, is now in our virtual room.
22      I just want to announce him.
23          Mr. Vine, did you say something?
24          MR. VINE:  I said, I don't see him.
25          MR. GROSS:  I'm on by audio.  I don't

ATTORNEYS EYES ONLY

```
 1          have the bandwidth or the internet
 2          connectivity to participate by video.  I'll
 3          just be on a short amount of time.  I'll make
 4          it clear on the record when I leave.
 5              MR. VINE:  Thank you, Gabe.  No worries.
 6     BY MS. BINA:
 7          Q.  Ms. Gorton, let me just try to be clear with
 8     my question.  My question was, ███████████
 9     ██████████████████████████████████████████████,
10     ██████████████████████████████████████
11              MR. VINE:  Objection.
12          A.  ███  █████████████████████████████████
13     ████████████████████████████████████████████████
14     ████████████████████████████████████████████████
15     ████████████████████████████████████████████████
16     ████████████████████████████████████████████████
17     BY MS. BINA:
18          Q.  ███████████████████████████████████
19              MR. VINE:  Objection.
20          A.  ██.
21     BY MS. BINA:
22          Q.  ███████████████████████████████████
23     ███████████████
24              MR. VINE:  Objection.  The better
25          question is, do you know?  But, by all means,
```

Page 130

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF PALM BEACH

    I, Lisa Gerlach, the undersigned Notary Public, in and for the State of Florida, hereby certify that Amanda Gorton personally appeared before me and was duly sworn.

    WITNESS my hand and official seal this 29th day of March, 2020.

*Lisa Gerlach*

Lisa Gerlach, Court Reporter

Commission #GG023652

Expires 9/8/2020

Page 212

ATTORNEYS EYES ONLY

CERTIFICATE OF REPORTER

STATE OF FLORIDA

COUNTY OF PALM BEACH

      I, Lisa Gerlach, Court Reporter, do hereby certify that I was authorized to and did stenographically report the foregoing deposition; and that the transcript is a true and correct transcription of the testimony given by the witness.

      I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

      Dated this 29th day of March, 2020.

*[signature: Lisa Gerlach]*

      Lisa Gerlach, Court Reporter

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or discretion of the certifying reporter.