# EXHIBIT H – PUBLIC PORTIONS

ATTORNEY'S EYES ONLY

```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2

 3                   No. 9:19-cv-81160-RS
 4   APPLE, INC.,
 5            Plaintiff,
 6   vs.
 7   CORELLIUM, LLC,
 8
              Defendant.
 9   _____/
10                              Fort Lauderdale, Florida
                                April 13, 2020
11                              10:05 a.m. - 6:51 p.m.
12
13                 (ATTORNEY'S EYES ONLY)
14            VIDEO DEPOSITION OF CHRIS WADE
15                      (Via Zoom)
16       Taken before SUZANNE VITALE, R.P.R., F.P.R.
17   and Notary Public for the State of Florida at Large,
18   pursuant to Notice of Taking Deposition filed in the
19   above cause.
20
21
22
23
24
25
                                                    Page 1
```

```
 1   BY MR. GROSS:
 2       Q.   Sure.  I'm actually deliberately being
 3   general because my question was not intended to get
 4   into that level of specificity.
 5   ████████████████████████████████████████████
 6   ████████████████████████████████████████████
 7   ██████████████████████████████████████  ████
 8   ████████████████████████████   has any influence over,
 9   is it?
10            MR. VINE:  Objection.
11            THE WITNESS:  They're bound to the
12   ████████████████████████████  ████
13   ████████████████████████████
14   ██████████████████████████████████████  with
15   the product, but we don't ██████████████████
16   ██████████████████████████
17            So I would say that, yes, ██████████
18   ██████████████████████████████████████████
19   ██████████████████████████████████████, they
20   would be limited to those pieces.
21   BY MR. GROSS:
22       Q.   So there's ████████████████████████
23   ████████████████████████████████████████████
24   ████████████████████████████████████████████
25   ████████████████████████████████████████████
```

Page 206

```
 1    ████████████████
 2           You don't have insight into that, right?
 3           MR. VINE:  Objection.
 4           THE WITNESS:  No, that would, to me,
 5    ██████████████████████████████
 6    BY MR. GROSS:
 7       █ ████████████████████████████████████████
 8    ██████████████████
 9       A.   No, we do not.
10       Q.   And if a ████████████████████████████
11    ██████████████████████████████
12    ████████████████████████████████████████
13    ██████████████████████████ right?
14       A.   Sorry.  Work on a new app?
15       Q.   Yes, developing an iOS app. ██████████
16    ████████████████████████████████████████
17    ████, right?
18       A.   No.  I guess they could use a very
19    expensive product that costs tens of thousands of
20    dollars to develop, as you put it, an iOS app, but
21    they wouldn't need our product to develop an iOS
22    app.
23       Q.   If a ███████████████████████████████
24    ████████████████████████████████████████████
25    ████████████████████████████████████████████
```

Page 207

```
 1         ▓▓▓▓▓▓  is it?
 2         A.   No, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 3   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 4         Q.   So if someone, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 5   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 6   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 7   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 8   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 9         A.   Are you asking me personally if I have any
10   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
11         Q.   I meant Corellium.
12         A.   Oh, correct.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
14   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
16              In fact, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
17   ▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
19   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
20   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ our
21   ▓▓▓▓▓▓  in the past with that.
22              MR. VINE:  Gabe, whenever you're at a
23       natural breaking point, that would be helpful.
24              MR. GROSS:  Okay.
25   BY MR. GROSS:
```

Page 208

```
 1        Q.    If a Corellium customer, using your
 2   ████████████████████████████████████████████████
 3   ████████████████████████████████████████████████
 4   ████████████████████████████████████████████████
 5   ████████████████████████████████████████████████
 6   ███████
 7              MR. VINE:  Objection.
 8              THE WITNESS:  Correct.  Just as ██████
 9   ██████████████████████████████████████████
10   ████████████████████████████████████
11   ████████████████████████████████████████████████
12   ██████████████████████████████████████████
13              We do, however, as I mentioned before,
14   ████████████████████████████████████████████████
15   ████████   ████████████████████████████████
16   ████████████████████████████████████████████████
17   ████████████████████████████████████████
18   BY MR. GROSS:
19        Q.    What recourse would that be, if you know?
20        A.    ██████████████████████████████████
21   ████████   ████████████████████████████████ but
22   I'm not a lawyer.  So I'll defer it to that lawyer
23   too.
24        Q.    The series of hypotheticals we just
25   ████████████████████████████████████████████
```

Page 209

CERTIFICATE OF OATH

STATE OF FLORIDA )
COUNTY OF BROWARD )

      I, the undersigned authority, certify that CHRIS WADE personally appeared before me and was duly sworn.

      WITNESS my hand and official seal this 16th day of April, 2020.

*Suzanne Vitale*

SUZANNE VITALE, R.P.R., F.P.R.
Notary Public, State of Florida
My Commission No. DD179981
Expires: 5/24/2020

```
 1
 2                        CERTIFICATE
 3
 4    STATE OF FLORIDA   )
 5    COUNTY OF BROWARD  )
 6
 7           I, SUZANNE VITALE, R.P.R., F.P.R. do
 8    hereby certify that I was authorized to and did
 9    stenographically report the foregoing deposition
10    of CHRIS WADE; that a review of the transcript
11    was requested; and that the transcript is a true
12    record of my stenographic notes.
13           I FURTHER CERTIFY that I am not a
14    relative, employee, attorney, or counsel of any
15    of the parties, nor am I a relative or employee
16    of any of the parties' attorney or counsel
17    connected with the action, nor am I financially
18    interested in the action.
19           Dated this 16th day of April, 2020.
20
21           [signature: Suzanne Vitale]
22
23           SUZANNE VITALE, R.P.R., F.P.R.
24           My Commission No. DD179981
25           Expires: 5/24/2020
```

Page 303