**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160

APPLE INC.,

       Plaintiff,

v.

CORELLIUM, LLC,

       Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S**
**MOTION *IN LIMINE* TO PRECLUDE REFERENCE TO CERTAIN**
**ALLEGED USES OF THE CORELLIUM APPLE PRODUCT**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion *in Limine* to Preclude Reference to Certain Alleged Uses of, the Corellium Apple Product ("Motion"). Being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Defendant Corellium, LLC's counsel and witnesses are hereby barred from introducing evidence regarding, or referencing, any alleged uses of the Corellium Apple Product by ▉▉▉▉▉▉▉▉▉▉ or representing that the Corellium Product serves a national security purpose.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this __ day of August, 2020.

                                                                                                      **RODNEY SMITH**
                                                                                                      **UNITED STATES DISTRICT JUDGE**