UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**CORELLIUM'S FOURTH MOTION IN *LIMINE* TO EXCLUDE ARGUMENT, TESTIMONY, OR EVIDENCE** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

    Defendant, Corellium, LLC ("Corellium"), by and through the undersigned counsel, moves this Court for entry of an Order in *limine* against Plaintiff, APPLE INC. ("Apple"), and in support states as follows:

Corellium moves in *limine* for the entry of an Order prohibiting the parties from offering any argument, testimony, or evidence related to or reflecting ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

During the discovery period, Apple subpoenaed Azimuth seeking documents and to depose Azimuth's corporate representative. L3Harris responded by filing a Motion to Quash the Subpoena stating, in part, that the identity of the customer agencies were, *inter alia*, trade secrets but agreed ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ *See*, Azimuth's Motion to Quash [DE 246]. Pursuant to the Court's Order related to L3Harris' Motion to Quash, Azimuth would only be required to identify the countries ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ but that it would not have to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. *See*, Court's Order regarding L3Harris' Motion to Quash [DE 247]. Apple was then able to depose Azimuth's Corporate Representative at length.

Based upon this Court's prior Order [DE 247] and the reasons stated therein, Corellium seeks to exclude any argument, testimony, or evidence ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Defendant conferred via email with counsel for Plaintiff on August 13, 2020, regarding the relief sought herein. Plaintiff opposes the Motion and the relief requested herein.

Dated: August 17, 2020               Respectfully submitted,

>               COLE, SCOTT & KISSANE, P.A.
>               *Counsel for Defendant CORELLIUM, LLC*
>               Esperante Building
>               222 Lakeview Avenue, Suite 120
>               West Palm Beach, Florida 33401
>               Telephone (561) 612-3459
>               Facsimile (561) 683-8977
>               Primary e-mail: justin.levine@csklegal.com
>               Secondary e-mail: lizza.constantine@csklegal.com
>
>       By:    */s/ Justin Levine*
>               JONATHAN VINE
>               Florida Bar. No.: 10966
>               JUSTIN B. LEVINE
>               Florida Bar No.:  106463
>               LIZZA C. CONSTANTINE
>               Florida Bar No.:  1002945
>
>           *and*
>
>           HECHT PARTNERS LLP
>           *Counsel for Defendant*
>           125 Park Ave, 25th Floor
>           New York, NY 10017
>           Tel: (212) 851-6821
>           David L. Hecht *pro hac vice*
>           Email: dhecht@hechtpartners.com
>           Maxim Price *pro hac vice*
>           Email: mprice@hechtpartners.com

CASE NO.: 9:19-CV-81160-RS

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on August 17, 2020, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

*/s/ Justin B. Levine*
Justin B. Levine

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*