**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM, LLC'S MOTION TO FILE**
**CERTAIN MOTIONS IN LIMINE UNDER SEAL**

THIS CAUSE came before the Court upon the Defendant, CORELLIUM, LLC's ("Corellium"), Motion to File Certain Motions in Limine [D.E.'s 639, 640, 641, and 642] Under Seal ("Motion to File Under Seal"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion to File Motions in Limine Under Seal is hereby **GRANTED**.

**DONE AND ORDERED** this ___ of August, 2020, at Fort Lauderdale, Broward County in the Southern District of Florida.

 

                                                                           **RODNEY SMITH**
                                                                           **UNITED STATES DISTRICT JUDGE**