# EXHIBIT 1

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

                 NO.: 9:10-cv-81160-RS


     APPLE, INC.,

             Plaintiff,

     vs.

     CORELLIUM, LLC.

             Defendants.

     * * * * * * * * * * * * * * * * * * * * * * * *



             CONFIDENTIAL - ATTORNEYS' EYES ONLY



     VIDEOCONFERENCE

     DEPOSITION OF:     DR. MICHAEL SIEGEL

     DATE TAKEN:        Thursday, April 16, 2020

     TIME:              10:00 a.m - 4:20 p.m.

     PLACE:             All parties via videoconference

     TAKEN BY:          Defendants


     REPORTED BY:       Janice Aguirre, FPR
                        Court Reporter and
                        Notary Public
```

**Provided by Martell Associates 800-636-1136**

```
 1      A P P E A R A N C E S

 2      SY DAMLE, ESQUIRE
        OF:   LATHAM & WATKINS, LLP
 3            10250 Constellation Boulevard, Suite 1100
              Los Angeles, CA   90067
 4            424-653-5525
              sy.damle@lw.com
 5
                   APPEARING ON BEHALF OF THE PLAINTIFF
 6


 7


 8      MAXIM PRICE, ESQUIRE
        DAVID HECHT, ESQUIRE
 9      OF:   PIERCE BAINBRIDGE
              277 Park Avenue, 45th Floor
10            New York, NY   10172
              212-484-9866
11            mprice@hechtpartners.com

12      JONATHAN VINE, ESQUIRE
        OF:   COLE, SCOTT & KISSANE, PA
13            222 Lakeview Avenue, Suite 120
              West Palm Beach, FL   33401
14            561-383-9222

15            jonathan.vine@csklegal.com

16                 APPEARING ON BEHALF OF THE DEFENDANT

17

18

19

20

21

22

23

24

25
```

```
 1                  conclusion.
 2                       THE WITNESS:  I'm going to have problems
 3                  answering that because I have to look at the
 4                  legal background and connecting documents
 5                  with regards to this document.
 6        BY MR. PRICE:
 7             Q    That's not something that you have already
 8        looked at in preparing your report?
 9             A    I've looked at quite a number of documents in
10        order to prepare my report.
11             Q    So, have you formed an expert opinion as to
12        whether responsible disclosure is or is not required
13        under the exemptions done in the statute, specifically
14        Exemption No. 11?
15                       MR. DAMLE:  Objection, calls for a legal
16                  conclusion.
17                       THE WITNESS:  I have determined that
18                  under the definition of good-faith security
19                  research, responsibility disclosure is part
20                  of that.
21        BY MR. PRICE:
22             Q    Under whose definition of good-faith security
23        research?
24             A    On the definition that I put forward in my
25        report.
```

1           to put out an expert opinion.
2      BY MR. PRICE:
3           Q    So, I don't think any of my questions are
4      meant to imply that you should have or didn't.  My job
5      is to, you know, figure out what the bounds of the
6      expert opinion that you intend to bring forth at trial
7      are, and so your answers are perfectly reasonable and I
8      understand them.
9           A    Okay.
10          Q    Yeah.  If a user of Corellium's Apple product
11     finds a vulnerability, are there reputable brokers that
12     they could sell that vulnerability to that will, in
13     turn, responsibly disclose?
14               MR. DAMLE:  Objection, vague.
15               THE WITNESS:  So, you might want to
16          break down your question a little bit, but I
17          can try.
18               The specifics of responsible disclosure
19          are -- are and continue to be a tremendous
20          challenge to the industry.  There is no
21          question about it.  There are multiple
22          decisions -- there are multiple views of
23          responsible disclosure.
24               There has been some convergence in the
25          industry, and I think your experts also write

```
 1              about the importance of responsible
 2              disclosure and write about certain methods of
 3              responsible disclosure that they believe in
 4              or support.
 5                   I believe that responsible disclosure,
 6              as to guess in the report, and I would like
 7              to refer to it, if we can, on Page --
 8    BY MR. PRICE:
 9         Q    Are you looking at Exhibit 1?
10         A    I'm looking at Exhibit 1, thank you, yes.
11         Q    Okay.
12         A    I'm going to go to -- I'm going to go to Page
13    19, which is -- Paragraph 43 contains the components of
14    good-faith Security.  And paragraph -- so, the last
15    referring to, "The information derived from research
16    properly and responsibly disclosed to the vendor of the
17    product that contains the software flaw."
18              And then with regards to responsible
19    disclosure, the following discussion, in multiple
20    paragraphs, gives some suggestions by both security
21    researchers and National -- U.S. National Agencies with
22    regard to the current thinking with regard to
23    responsible disclosure.
24              And specifically to the answer of your
25    question, I would go to the suggestions with regard to
```

```
 1    coordinated vulnerability disclosure, which actually --
 2    I agree with Mr. Stamos, your expert about, with
 3    regards to a method of responsible disclosure.  But
 4    specifically security researchers report
 5    vulnerabilities either directly to relevant technology
 6    provider/operator, or to a coordinating third-party,
 7    such as an appropriate government entity.
 8              So that third-party might be, say, some of
 9    the bug bounty programs that we've seen, Hacker One, or
10    a Bug Crowd, or maybe an appropriate government entity.
11       Q    So, if I understand correctly, there are
12    three potential avenues for responsible disclosure
13    that, in your expert opinion, comprise good-faith
14    security research and those are the record of reporting
15    to the original vendor, reporting to a trusted
16    government entity, or reporting to a trusted
17    third-party broker; is that correct?
18                   MR. DAMLE:  Objection, mischaracterizes
19              his testimony, vague.
20                   THE WITNESS:  Yeah, that isn't what I
21              just said.  So, that is incorrect.  Those are
22              possibilities, and I didn't say that they are
23              the only ones.  Specifically I'm going back
24              to the definition of the good-faith security
25              research which says, very specifically, "The
```

```
 1              information derived from the research is
 2              properly and responsibly disclosed to the
 3              vendor of the product that contains the
 4              software flaw or vulnerability."
 5                   So, that is the overriding principle
 6              that we are looking at here, and there are
 7              many suggestions for the way in which that
 8              might be implemented, and which is respected,
 9              some of which appear in my report.
10      BY MR. PRICE:
11         Q    I think I understand now.  So, let me try to
12      repeat it.
13              In your expert opinion, good-faith security
14      research, no matter what avenue you go through, must
15      result in the disclosure of the vulnerability to the
16      original software vendor?
17                   MR. DAMLE:  Objection, mischaracterizes
18              his testimony.
19                   THE WITNESS:  It should go to the vendor
20              of the product that contains the software
21              flaw or the vulnerability.
22                   Here the intent is, and just to back-up
23              for a minute, the intent is, I believe, and
24              this is just general principle, not legal,
25              I'm not going to step into that at all, but
```

```
 1              the intent is, how do we make things better
 2              for the public?  And the majority of people
 3              believe, from what I've read, that getting
 4              these flaws back to someone who can fix them
 5              is the way in which we make things safer for
 6              users and society.  And, so, that seems to be
 7              key -- a key component of what I believe is
 8              good-faith security research.
 9     BY MR. PRICE:
10          Q   And you say that the majority of people
11     believe that.  What do you base that on?
12          A   From either people I've spoken to, or
13     documents that I've read and included in the report, or
14     documents I've read over the years looking at
15     cybersecurity and their issues.
16              Let me or I should back-up for a minute.  I
17     just want to make sure that we have on the record here
18     the -- I had significant involvement in a Minerva
19     Project in the government.  I'm not sure how it's
20     listed in my resume, which must have been, I'm
21     guessing, if I had to guess right now, it would be
22     somewhere around 2000 to 2005, which was a joint
23     Harvard/MIT project looking at cybersecurity and
24     national defense issues.
25              A number of my research papers come out of
```