# EXHIBIT 1



XXX = Confidential
XXX = Confidential - Attorney's Eyes Only

FOR THE CASE OF

# Apple vs. Corellium

TRANSCRIPT OF

# Matthew Firlik

April 16, 2020

**Martell Associates**

PO Box 172718

Tampa, FL 33672

800-636-1136

1       wait and see if anybody says anything.
2           Q. Fair enough.  So the -- is it a fair
3       statement that the Apple developer program is nothing
4       more but permits the beta versions of the
5       applications to run on an actual Apple device?
6           A. The developer program provides certificates
7       to enable that function.  I can't speak to any other
8       value or functions of the developer program that may
9       exist.
10          Q. Let me ask that question.  So are you aware
11      of any other operation or function of the -- of the
12      Apple developer program other than permitting the
13      applications to be run on an Apple device?
14          A. I don't know any specifics.  I know
15      historically we have used the participation of the
16      developer program for certain things, access to
17      certain content.
18              I have it being publicly available on other
19      aspects.  That curation of developers can and has in
20      the past been used for interesting value adds.  I
21      can't speak to what we currently do with it right
22      now.
23          Q. Signing the certificate through the Apple
24      developer program simply means that the application
25      can then be run on that individual's particular

```
 1     device, correct?
 2          A. Let me say that back to you, correcting a
 3     little bit of terminology.
 4          The developer uses the certificate obtained
 5     from Apple to sign their application.  A signed
 6     application has -- an application can be signed for
 7     various reasons.
 8          One of them is to run on a device the
 9     individual developer has.
10          Another is to send the application to Apple
11     to be certified for TestFlight or the App Store or be
12     signed with the -- send the signed application to
13     Apple for distribution either through TestFlight or
14     the App Store or to be signed with developer ID.
15          Q. Can a test application that has been signed
16     under the Apple developer program run on a jailbroken
17     device?
18          A. I'm not privy to the security implications of
19     jailbroken devices, so I couldn't answer that.
20          Q. Was the Apple developer program designed for
21     security research?
22          A. I am not aware of any specific reasons the
23     Apple developer program was developed that relates to
24     security.
25          Q. Does the user of a commercial iPhone have
```