**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**CORELLIUM'S THIRTEENTH MOTION IN *LIMINE* TO EXCLUDE ALL REFERENCES, EVIDENCE AND TESTIMONY RELATING TO ANY OF APPLE'S COPYRIGHTS BEYOND THOSE IDENTIFIED IN EXHIBIT "A" TO SECOND AMENDED COMPLAINT (COMPLAINT) [DE 589]**

Defendant, Corellium, LLC ("Corellium"), by and through the undersigned counsel, moves this Court for entry of an Order in *limine* against Plaintiff, APPLE INC. ("Apple"), and in support states as follows:

A copyright registration "is a prerequisite for bringing an action for copyright infringement."[1] A plaintiff must specifically identify which intellectual property rights it intends to assert in a litigation.[2] In its Complaint, Apple described that it "holds valid certificates of copyright registration . . . for which Apple seeks relief in this action at present; the copyright registrations are identified, dated, and numbered in Exhibit A." *See*, Complaint, ¶53. Corellium prepared its defenses based upon Apple's specification of these registrations.

Pursuant to FRE 403, as well as relevance to the issues framed by the Complaint,[3] Apple should be limited to the registrations it specifically identified in Exhibit A to its Complaint. Notably, Apple's certificates of copyright registration begin at iOS 9.0 which, like all of its asserted registrations, specifically disclaim prior published material—in the case of iOS 9.0 only including "[n]ew and revised computer code and animation." An excerpt of the iOS 9.0 registration is below:

**Limitation of copyright claim**

| | |
|---|---|
| Material excluded from this claim: | Previously published Apple material (iOS 8.4 and prior versions of iOS software) |
| Previous registration and year: | Pending, 2016 |
| | Pending, 2016 |
| New material included in claim: | New and revised computer code and animation |

The exclusion of previously published material is important because, to the extent that Apple argues Corellium infringes pre-iOS 9.0 material, such alleged infringement has no bearing on this lawsuit as iOS versions prior to 9.0 were not asserted by Apple.[4] Just as important, Apple should not be permitted to generally argue that "iOS" was infringed by Corellium, without tying such allegations to a specific iOS version and copyright registration. Corellium therefore requests that the Court preclude Apple from presenting testimony or argument relating to non-asserted versions of iOS or "iOS" generally.

---

[1] *BUC Int'l Corp. v. Int'l Yacht Council Ltd.*, 489 F.3d 1129, 1142 (11th Cir.2007).
[2] *See e.g. Gatewood v. Frenchy's, Inc.*, 2016 WL 11028145, at *2 (M.D. Fla. Apr. 1, 2016).
[3] Any copyrights not placed at issue by the Complaint, or any information related to those copyrights, is not probative on the issues or otherwise in dispute in the instant litigation and must be excluded on the basis of relevance. Irrelevant evidence is inadmissible. Fed. R. Evid. 402.
[4] Such argument is prejudicial as Corellium has not prepared defenses for non-asserted claims.

CASE NO.: 9:19-CV-81160-RS

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Defendant conferred via email with counsel for Plaintiff August 13, 2020, regarding the relief sought herein. Apple objects to the requested relief sought.

Dated: August 17, 2020                    Respectfully submitted,

                                      COLE, SCOTT & KISSANE, P.A.
                                      *Counsel for Defendant CORELLIUM, LLC*
                                      Esperante Building
                                      222 Lakeview Avenue, Suite 120
                                      West Palm Beach, Florida 33401
                                      Telephone (561) 612-3459
                                      Facsimile (561) 683-8977
                                      Primary e-mail: jonathan.vine@csklegal.com
                                      Primary e-mail: justin.levine@csklegal.com
                                      Primary e-mail: lizza.constantine@csklegal.com

By:  *s/ Justin Levine*
       JONATHAN VINE
       Florida Bar. No.: 10966
       JUSTIN B. LEVINE
       Florida Bar No.:  106463
       LIZZA C. CONSTANTINE
       Florida Bar No.:  1002945

       *and*

       HECHT PARTNERS LLP
      *Counsel for Defendant*
       125 Park Ave, 25th Floor
       New York, NY 10017
       Tel: (212) 851-6821
       David L. Hecht *pro hac vice*
       Email: dhecht@hechtpartners.com
       Maxim Price *pro hac vice*
       Email: mprice@hechtpartners.com

CASE NO.: 9:19-CV-81160-RS

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on August 17, 2020, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

*/s/ Justin B. Levine*
Justin B. Levine

# SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

CASE NO.: 9:19-CV-81160-RS

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*