UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

### CORELLIUM'S CORRECTED[1] THIRD MOTION IN *LIMINE* TO EXCLUDE ARGUMENT, TESTIMONY, OR EVIDENCE ▮▮▮▮▮▮▮▮

    Defendant, Corellium, LLC ("Corellium"), by and through the undersigned counsel, moves this Court for entry of an Order in *limine* against Plaintiff, APPLE INC. ("Apple"), and in support states as follows:

---

[1] Corrected only as to Local Rule 7.1(a)(3) Certification to accurately reflect Apple's position regarding the relief sought in this motion.

Corellium moves in *limine* for the entry of an Order prohibiting the parties from offering any argument, testimony, or evidence ████████████████████████████████.

The Parties should be excluded from offering any evidence or discussion regarding ████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████ is completely separate from the issues and facts of this present action, was not the focus of any component of discovery, and bears no weight or relevancy to the issues as framed by the Second Amended Complaint [D.E. 589].[2] ██████████████ ██████████████ would be unfairly prejudicial to Corellium since jurors could naturally attribute ████████████████████████████████████████ or they could otherwise develop an unfounded bias. The prejudice substantially outweighs any probative value.[3] Therefore, ██████████████████████ should be excluded.

██████████████████████████████

██████████████████████████████████████████████████

████████████████████

---

[2] "Evidence is admissible if relevant, and evidence is relevant if it has any tendency to prove or disprove a fact of consequence." *Garcia v. J&J, Inc.*, No. 19-CV-60728, 2020 WL 209732, at *1 (S.D. Fla. Jan. 14, 2020) (citing F.R.E. 401; F.R.E. 402).

[3] Relevant evidence may be excluded if its probative value is substantially outweighed by a danger of unfair prejudice. Fed. R. Evid. 403; *see also, United States v. O'Sullivan*, 361 F. App'x 993, 998 (11th Cir. 2010). Unfair prejudice occurs when the evidence has the capacity of luring the fact finder into reaching a decision on a ground different from the proof specific to the claim asserted. *See, e.g., Walker v. NationsBank, N.A.*, 53 F.3d 1548, 1554-55 (11th Cir. 1995).

CASE NO.: 9:19-CV-81160-RS

# **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Defendant conferred via email with counsel for Plaintiff on August 17, 2020, regarding the relief sought herein. Plaintiff was unable to take a position at this time.

Dated: August 18, 2020                             Respectfully submitted,

                                        COLE, SCOTT & KISSANE, P.A.
                                        *Counsel for Defendant CORELLIUM, LLC*
                                        Esperante Building
                                        222 Lakeview Avenue, Suite 120
                                        West Palm Beach, Florida 33401
                                        Telephone (561) 612-3459
                                        Facsimile (561) 683-8977
                                        Primary e-mail: justin.levine@csklegal.com
                                        Secondary e-mail: lizza.constantine@csklegal.com

By:   */s/ Lizza C. Constantine*
              JONATHAN VINE
              Florida Bar. No.: 10966
              JUSTIN B. LEVINE
              Florida Bar No.: 106463
              LIZZA C. CONSTANTINE
              Florida Bar No.: 1002945

                  *and*

              HECHT PARTNERS LLP
              *Counsel for Defendant*
              125 Park Ave, 25th Floor
              New York, NY 10017
              Tel: (212) 851-6821
              David L. Hecht *pro hac vice*
              Email: dhecht@hechtpartners.com
              Maxim Price *pro hac vice*
              Email: mprice@hechtpartners.com

CASE NO.: 9:19-CV-81160-RS

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on August 18, 2020, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

*/s/ Lizza C. Constantine*
Lizza C. Constantine

## **SERVICE LIST**

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)

CASE NO.: 9:19-CV-81160-RS

jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*