UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 19-81160-cv-Smith/Matthewman

APPLE INC.,

    Plaintiff,

vs.

CORELLIUM, LLC,

    Defendant.
_____/

FILED BY ____KJZ____ D.C.

Aug 25, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## ORDER REGARDING THE CONTINUED SEALING OF DOCKET ENTRY 380

THIS CAUSE is before the Court *sua sponte*. In the Court's April 27, 2020 public Order [DE 383], the Court required further briefing from the parties as to whether the Court's April 27, 2020 Sealed Order [DE 380] should remain sealed or whether it should be unsealed. Plaintiff Apple Inc. filed a sealed response [DE 494], and Defendant Corellium, LLC, filed a sealed reply [DE 498], as required.

The Court's Sealed Order [DE 380] was sealed pursuant to the authority of Southern District of Florida Local Rule 5.4. Immediately after the public Order [DE 383] and the Sealed Order [DE 380] were filed, the Government filed its public Notice by United States of Potential Participation [DE 385] in this case. The Court has fully reviewed Apple's and Corellium's briefs and the entire docket and finds that the Court's Sealed Order [DE 380] should remain sealed given the facts and competing interests involved in this case, and especially in light of the Court's August 24, 2020 Sealed Order [DE 658].

1

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 25th day of August, 2020.

*William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge