**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-81160-CIV-SMITH**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**THIRD AMENDED TRIAL ORDER**

Pursuant to Administrative Order 2020-53, trial in this case is reset for the Court's two-week trial calendar beginning on **February 1, 2021**. If the case cannot be tried during the two-week period, it will be reset for each successive trial calendar until it is tried or resolved. The Calendar Call will be held at **9:00 a.m.** on Tuesday, **January 26, 2021.**

The parties shall file their joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law **no later than 30 days before Calendar Call**. When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction.

If the parties settle this matter before trial, the parties must notify the Court no later than **3 p.m. on the Friday before trial** is set to commence to avoid paying the costs of the jury. If the parties do not notify the Court of settlement by that time, the parties shall jointly reimburse the Court for the cost of the jury.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 25th day of August, 2020.

                                                  **RODNEY SMITH**
                                                  **UNITED STATES DISTRICT JUDGE**