UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                    Plaintiff,

    v.

CORELLIUM, LLC,

                    Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF APPLE. INC.'S RESPONSE TO DEFENDANT CORELLIUM, LLC'S OBJECTION TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON DEFENDANT CORELLIUM, LLC'S *DAUBERT* MOTION TO PRECLUDE CERTAIN TESTIMONY BY DAVID B. CONNELLY AND EXHIBITS ATTACHED THERETO AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple's Response to Defendant Corellium, LLC's Objection to the Magistrate Judge's Report and Recommendation on Defendant Corellium, LLC's *Daubert* Motion to Preclude Certain Testimony by David B. Connelly ("Response"), as well as portions of Exhibits A, B, and E attached thereto. In support of this request, Apple states as follows:

1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with

the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. Apple's Response discusses material that Corellium has designated as "Confidential" or "Confidential – Attorneys' Eyes Only" ("AEO") pursuant to the Protective Order.

3. Exhibit A to the Response is an excerpt of Corellium's Fifth Amended Answers to Plaintiff's First Set of Interrogatories, which contains material Corellium designated as Confidential pursuant to the Protective Order.

4. Exhibit B to the Response is an excerpt of the transcript of the March 25, 2020 deposition of Corellium CEO Amanda Gorton, which contains material Corellium has designated Confidential and AEO pursuant to the Protective Order.

5. Exhibit E to the Response is an excerpt of the transcript of the March 27, 2020 deposition of Stephen Dyer, which contains material Corellium has designated Confidential and AEO pursuant to the Protective Order.

6. Corellium has represented that it wants Apple to seek to file under seal material that it has designated Confidential or AEO.

7. Consistent with the Protective Order and the parties' standing designations, and in light of the foregoing, Apple moves to file under seal portions of its Response, as well as portions of Exhibits A, B, and E attached thereto. Apple reserves all rights to challenge Corellium's designation of this and other material as Confidential and/or Confidential – Attorneys' Eyes Only.

**WHEREFORE** Apple respectfully requests that, unless and until Corellium's designations are changed or rejected, the following documents remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by

law:

    a. Portions of Apple's Response to Defendant Corellium, LLC's Objection to the Magistrate Judge's Report and Recommendation on Defendant Corellium, LLC's *Daubert* Motion to Preclude Certain Testimony by David B. Connelly; and

    b. Portions of Exhibits A, B, and E attached thereto.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on August 26, 2020, regarding the relief sought herein. Defendant does not oppose.

Dated: August 26, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.