# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

## PROPOSED ORDER GRANTING MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to Seal Apple's Response to Defendant Corellium, LLC's Objection to the Magistrate Judge's Report and Recommendation on Defendant Corellium, LLC's *Daubert* Motion to Preclude Certain Testimony by David B. Connelly and Exhibits Attached Thereto ("Motion"). Being fully advised, and noting that the motion is unopposed, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Apple is given leave to file portions of its Response and Exhibits A, B, and E attached thereto under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this __ of August, 2020.

                                                                         **RODNEY SMITH**
                                                                         **UNITED STATES DISTRICT JUDGE**