# EXHIBIT B

ATTORNEYS EYES ONLY

1                    UNITED STATES DISTRICT COURT

2                     SOUTHERN DISTRICT OF FLORIDA

3        APPLE INC.

4            Plaintiff,      CASE NO. 9:19-cv-81160-RS

5        vs.

6        CORELLIUM, LLC,

7            Defendant.

8        _____/

9

10                    Zoom, Virtual Deposition

11                   Wednesday, March 25, 2020

12                    10:08 a.m.-6:17 p.m.

13

14                    ATTORNEY'S EYES ONLY

15       VIDEOTAPED 30(b)(6) AND INDIVIDUAL DEPOSITION OF

16                        AMANDA GORTON

17

18            Taken on Behalf of the Plaintiff before

19         Lisa Gerlach, Court Reporter, Notary Public

20         in and for the State of Florida at Large,

21         pursuant to Plaintiff's Notice of Taking

22         Deposition in the above cause.

23

24       Job No. 4027360

25       Pages 1-213

                                              Page 1

ATTORNEYS EYES ONLY

1

2

3

4

5

6      BY MS. BINA:

7          Q.  Are you finished?

8          A.  Yes.

9          Q.  Thank you.  What product does Corellium

10     currently virtualize or allow customers to virtualize?

11         A.  Corellium currently enables users to

12     virtualize a variety of iPhone and Android models.

13         Q.  At what point did Corellium begin offering

14     the Android models?

15         A.  I don't recall.

16         Q.  Do you know approximately when?

17         A.  I don't.  I believe it may have been early

18     2019, but that's purely a guess.

19         Q.  It is correct that, at least when the company

20     launched, it only offered an Apple device model;

21     correct?

22             MR. VINE:  Objection.

23         A.  That is correct; although, it was always our

24     intention to enable Android device models.  It simply

25     took us some time to develop those models.

ATTORNEYS EYES ONLY

```
1        BY MS. BINA:
2            Q.  And then for approximately a year, in your
3        best estimation, it offered only the iOS devices and
4        then others were added?
5            A.  Yes, that is correct.  Although, during that
6        time, we were actively working on adding the Android
7        device models.
8            Q.  Does Corellium currently offer a cloud-based
9        product to its users?
10           A.  Yes.
11           Q.  Is it possible at the moment for new cloud
12       users to sign up or are you only servicing existing
13       cloud accounts?
14           A.  It is possible for new users to sign up,
15       however, we generally don't enable simply anyone to
16       sign up, so all users must still go through our
17       qualification process before they're able to access or
18       sign up to the product.
19           Q.  When did you start offering the cloud-based
20       product?
21           A.  To the best of my recollection, we began
22       offering a cloud-based product in early 2019.
23           Q.  At an earlier point in 2018, did you offer
24       trial versions of a cloud-based product?
25           A.  Yes.  We initially offered beta testing
```

Page 52

ATTORNEYS EYES ONLY



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14          MR. VINE:  Objection.
15     A.
16  BY MS. BINA:
17     Q.  I'm going to go through a number of companies
18  now, and my questions are essentially what Corellium's
19  relationship is to these entities.  I believe, in many
20  instances, they will have been trial customers, but
21  I'm not sure that that's the case in all instances.
22  They might be suppliers or something else like that.
23          So, for each one, if you can just let me
24  know -- customer, trial customer, supplier, or I don't
25  know, or if it's some other classification that you're
```

Page 165

ATTORNEYS EYES ONLY

```
1        aware of?

2              MR. VINE:  Jessica, after this line, can

3          we take a break?

4              MS. BINA:  Sure.

5        BY MS. BINA:

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22        A.  Past consideration, effectively dead.

23        Q.  ████████████████

24            MR. VINE:  Objection.

25        A.  ██████████████████████████   █████████
```

Page 166

ATTORNEYS EYES ONLY



Page 167

ATTORNEYS EYES ONLY



Page 168

ATTORNEYS EYES ONLY



Page 169

ATTORNEYS EYES ONLY



Page 170

ATTORNEYS EYES ONLY



1

2

3

4

5

6

7

8

9

10          MR. VINE:  Objection.

11          MS. BINA:  I hear you.  What's the

12     question, Jonathan?  Are you there?

13          MR. VINE:  I didn't ask a question.

14          MS. BINA:  Oh, did you say "objection?"

15     I thought you said "Jessica."

16          MR. VINE:  Just "objection."

17  BY MS. BINA:

18     Q.  Are any of those folks likely or anticipated

19  customers?

20          MR. VINE:  Objection.

21     A.  ████████████████████████████

22  ████████████████████████████████████████

23  ████████████████████████████████

24          MS. BINA:  Let's off the record then.

25          THE VIDEOGRAPHER:  Going go off the

                                        Page 171

ATTORNEYS EYES ONLY

```
1                    CERTIFICATE OF OATH

2

3        STATE OF FLORIDA

4        COUNTY OF PALM BEACH

5

6

7                I, Lisa Gerlach, the undersigned Notary

8        Public, in and for the State of Florida, hereby

9        certify that Amanda Gorton personally appeared before

10       me and was duly sworn.

11

12                WITNESS my hand and official seal this

13       29th day of March, 2020.

14

15

16

17                Lisa Gerlach, Court Reporter

18                Commission #GG023652

19                Expires 9/8/2020

20

21

22

23

24

25
```

Page 212

ATTORNEYS EYES ONLY

```
 1                    CERTIFICATE OF REPORTER

 2

 3        STATE OF FLORIDA

 4        COUNTY OF PALM BEACH

 5

 6               I, Lisa Gerlach, Court Reporter, do hereby

 7        certify that I was authorized to and did

 8        stenographically report the foregoing deposition; and

 9        that the transcript is a true and correct

10        transcription of the testimony given by the witness.

11               I further certify that I am not a relative,

12        employee, attorney or counsel of any of the parties,

13        nor am I a relative or employee of any of the parties'

14        attorney or counsel connected with the action, nor am

15        I financially interested in the action.

16               Dated this 29th day of March, 2020.

17

18

19               Lisa Gerlach, Court Reporter

20

21        The foregoing certification of this transcript does

22        not apply to any reproduction of the same by any means

23        unless under the direct control and/or discretion of

24        the certifying reporter.

25

                                              Page  213
```