# EXHIBIT C



## H51306 - Apple - Corellium II

Case ID: 8472021508523458600

April 03, 2020

## Consilio LLC

Investigator Information

Aaron Liang

Manager, Digital Forensics & Expert Services

(703) 646-7169

aaron.liang@consilio.com

APL-CORELLIUM_00045653

Deliverable Summary

TwitterCapture Items

**Examiner Account Summary**

Examiner Account: Corellium
Web Crawl

|   |   |
|---|---|
|   | 6 |
| Total Items: | 6 |

APL-CORELLIUM_00045654

← **Tweet**

**Corellium**
@CorelliumHQ

Ready to be CHARMed? Our Corellium Hypervisor for ARM enables us to run virtual iPhones in the cloud with game-changing features like:
- Run any version of iOS
- On demand thread list & kernel backtrace
- Optional jailbreak for any version
- Web-based debugging
- And much more!



8:21 PM · Jan 10, 2018 · Twitter Web Client

**277** Retweets   **663** Likes

**tihmstar** @tihmstar · Jan 11, 2018
Replying to @CorelliumHQ
@cmwdotme this looks awesome :D
♡ 12

**UnlimApps** @unlimapps · Jan 11, 2018
Replying to @CorelliumHQ
Will downloading App Store apps be supported? And if so how? I was under the impression that a unique device UDID was needed but could be wrong. Either way this is super exciting!
♡ 8

**Parth Tamane** @parthv21 · Jan 11, 2018
Replying to @CorelliumHQ and @unlimapps
Can I use this to test my iOS apps?
♡ 4

**Relevant people**

**Corellium**  Follow
@CorelliumHQ
The only platform offering ARM-based mobile device virtualization. On-site and in the cloud. Email sales@corellium.com for more details.

**Trends for you**

Entertainment · Trending
**Venom**
111K Tweets

Trending in Illinois
**Thundercat**
44.8K Tweets

Politics · Trending
**And An FBI Warning**
2,457 Tweets

Trending in United States
**America 2.0**
3,829 Tweets

Politics · Trending
**#JaredKushnerForPrison**
12.6K Tweets

Show more

Terms   Privacy policy   Cookies   Ads info
More   © 2020 Twitter, Inc.

APL-CORELLIUM_00045655



Search Twitter

**taco** @_ViralTaco · Jan 14, 2018
I think that's the point but you can always use xcode for that
1

**𝔫𝔞𝔟𝔦𝔥** @faour · Jan 10, 2018
Replying to @CorelliumHQ
This is exciting!
3

**Erik Gomez** @Contains_ENG · Jan 10, 2018
Replying to @CorelliumHQ
Also would be awesome if @9to5mac (especially @JeffBenjam ) could check this out.
3

**XtremeMusic ⁷** @_XtremeMusic · Jan 10, 2018
Replying to @CorelliumHQ
will this be free or paid
3

**Unknownz21** @URedditor · Jan 11, 2018
Replying to @CorelliumHQ and @cmwdotme
Could this run SwitchBoard? 🤔
1 1 3

**alex priala** @AlexPriala · Jan 11, 2018
i dont see why not

**Ebrahim Osman** @ebrahimosman · Jan 10, 2018
Replying to @CorelliumHQ
This is brilliant.
1

**~«{NofalMan}»~** @nofalhebesha · Jan 11, 2018
Replying to @CorelliumHQ and @unlimapps
That means that i can downgrade iPhone 5s from 9.3.5 to ios 8.0 via iTunes?
1 2

**Brendon🌈** @weo_weo_wop_wop · Jan 14, 2018
This has absolutely nothing to do with downgrading devices.

**Kirils Solovjovs** @KirilsSolovjovs · Jan 11, 2018
Replying to @CorelliumHQ and @SwissHttp
Wow. Cool! How did you persuade Apple to change their license for you?
2 7

This Tweet is unavailable. Learn more

**superhot clips** @TerabyteCarter · Aug 18, 2019
Underrated tweet
1

**Hasnain** @itsrealhasnain · Jan 11, 2018
Replying to @CorelliumHQ
Which vpn working 100% for iphone 🤔
1 1

This Tweet is from an account that no longer exists. Learn more

**Jonathan** @JonathanLajoie8 · Jan 14, 2018
Lol don't use this, selling your info to the highest bidder

**Erik Gomez** @Contains_ENG · Jan 10, 2018
Replying to @CorelliumHQ
Signed up to hopefully test at my company. Hope to hear from you guys soon.

**Rhythmic Fistman** @rfistman · Jan 11, 2018
Replying to @CorelliumHQ and @cmwdotme
ANY VERSION?!? ZOMG! FINALLY

APL-CORELLIUM_00045658