# EXHIBIT D

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
                  CASE NO. 9:19-CV-81160-RS
 3

 4

 5   APPLE INC.,
 6              Plaintiff,
 7   vs.
 8   CORELLIUM, LLC,
 9              Defendant.
10   _____/
11
                                999 Ponce de Leon Blvd.
12                              Coral Gables, Florida
                                April 22, 2020
13                              10:08 a.m. - 4:51 p.m.
14

15
16       VIDEOTAPED DEPOSITION OF STEWART APPELROUTH
17                    VIA TELECONFERENCE
18

19
20       Taken on behalf of the Plaintiff before
21   Alice J. Teslicko, RMR, Notary Public in and for the
22   State of Florida at Large, pursuant to a Notice of
23   Taking Deposition in the above cause.
24

25

                                               Page 1
```

1  Q   So moving on to your statement that
2  Mr. Connelly should have done some kind of an analysis
3  allocating the revenues of the Corellium Apple product
4  to apportion between iOS and Android --
5  A   No, it's not just Android.  It's others.
6  Q   And others.  Well, are you aware of other
7  systems that the Corellium Apple product supports
8  besides iOS and Android?
9  A   I know they do -- there's several, but
10 I know they do -- is it Linux or Linux?  I know that's
11 another one that's in there and there are some others.
12 Q   Is it your position that there are
13 Linux-supported phones in the Corellium Apple product?
14 A   Yeah, there are other platforms.
15 Q   What evidence have you reviewed to identify
16 the platforms that are supported under the Corellium
17 Apple product?
18     MR. LEVINE:  Object to the form.
19 A   Again, I told you, I did not do anything
20 relative to the revenues.
21 Q   When did Corellium begin offering anything
22 other than iOS?
23     MR. LEVINE:  Object to the form, vague.
24 A   Well, as of this report -- as of this report
25 I didn't know.  I saw that in the answers -- the one I

```
 1   just got on Monday or something when I was pursuing it
 2   quickly, it says March -- I think it's March 5th of
 3   '19.
 4       Q   So there's no attributable -- no revenue
 5   attributable to anything other than iOS prior to
 6   March 2019, right?
 7            MR. LEVINE:  Object to the form, misstates
 8       testimony.
 9       A   Right.  What I have to do is -- I saw that
10   in the interrogatory.  I need to find out if there was
11   anything prior to that in any form of revenue -- I'm
12   going to ask the question at least, if any of these
13   other platforms were in the program, if they received
14   anything.  Otherwise, it would be correct.
15       Q   Let's mark Exhibit 12.  It will just be a
16   minute.  My computer is frozen here.  Bear with me one
17   second.  It's moving over now.
18            Hang on a second.  Something strange
19   happened when I went to move that exhibit.  Let me see
20   what's going on.
21            THE COURT REPORTER:  I've got it.
22            MS. STEBBINS BINA:  My exhibit seems to have
23       vanished completely.
24            (Whereupon a document/item was marked for
25       identification as Plaintiff's Exhibit 12.)
```

Page 184

```
 1        A    The answer is no, he did not.
 2        Q    So it's your opinion that under the law,
 3   which counsel has provided to you, he needs to do some
 4   kind of suballocation that attempts to determine how
 5   much of Corellium's one product -- that effectively
 6   splits a single product into multiple component parts?
 7             MR. LEVINE:  Object to the form of the
 8        question, the characterization of the way it's
 9        phrased, as well as calling for a legal
10        conclusion.
11        A    So the wording is not correct.  He's not
12   doing a suballocation.  He's doing an allocation.
13        Q    But Corellium offers one CORSEC product,
14   right?
15        A    Correct.
16        Q    And that's available in the on-premises
17   version and a Cloud version?
18        A    That's my understanding.
19        Q    And that product supports iOS --
20        A    And others.
21        Q    -- to use Corellium's words.
22             But all versions -- and I understand he used
23   the technical version, but what I'm asking is to your
24   understanding of the product, is it your understanding
25   that there's any CORSEC product that does not support
```

```
 1   iOS?
 2           MR. LEVINE:  Object to the form of the
 3       question.
 4       A   The answer is, my understanding is no, the
 5   same way as it's not a product that doesn't support
 6   Android.
 7           You know, you're going back and forth.
 8   You've used the same position if you were representing
 9   Android.  Now you say, well, iOS.  So that's the
10   reason for the allocation.
11       Q   Right.  I'd appreciate if you'd just answer
12   the question asked --
13       A   You see, you hit it right on the head, the
14   reason.
15       Q   Which is -- yeah.
16           Going back -- and again, I don't want to
17   have a prolonged argument on the law with you.
18       A   I'm not a lawyer.
19       Q   Right.  So it's your understanding that
20   Section 504 requires the plaintiff to take a single
21   product, one product, and try to break that into
22   component revenues that are and are not attributable
23   to the copyrighted work?
24       A   That's correct.  They have to --
25           MR. LEVINE:  Object to the form, calls for a
```

Page 194

```
 1                    CERTIFICATE OF OATH
 2
 3              I, Alice J. Teslicko, RMR, a Notary Public
 4         for the State of Florida at large, do hereby
 5         certify that the witness, Stewart Appelrouth,
 6         appeared before me via teleconference and was
 7         duly sworn.
 8              Signed and sealed this 24th day of April,
 9         2020.
10
11
12
13                       Alice J. Teslicko, RMR
14
15    Commission No. GG249076
      My Commission Expires:
16    December 14, 2022
17
18
19
20
21
22
23
24
25
                                               Page 213
```

```
 1                         CERTIFICATE
 2    STATE OF FLORIDA       )
                             )   ss.
 3    COUNTY OF MARTIN       )
 4
              I, ALICE TESLICKO, RMR, a Registered
 5    Merit Reporter and Notary Public for the State of
      Florida at Large, do hereby certify that I reported
 6    the deposition of Stewart Appelrouth, a witness called
      by the Plaintiff in the above-styled cause; and that
 7    the foregoing pages constitute a true and correct
      transcription of my shorthand report of the deposition
 8    of said witness.
 9            I further certify that I am not an attorney
      or counsel of any of the parties, nor a relative or
10    employee of counsel connected with the action, nor
      financially interested in the action.
11
              WITNESS my hand and official seal in the
12    City of Stuart, County of Martin, State of Florida,
      this 24th day of April, 2020.
13
14
15                        Alice J. Teslicko, RMR
16    My commission expires:
      December 14, 2022
17    Commission No. GG249076
18
19
20
21
22
23
24
25

                                                    Page 214
```