# EXHIBIT E

ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

               SOUTHERN DISTRICT OF FLORIDA

2

                    CASE NO. 9:19-cv-81160-RS

3

4    APPLE INC.

5         Plaintiff,

6    vs.

7    CORELLIUM, LLC,

8         Defendant.

     _____/

9

10

11                        Zoom, Virtual Deposition

                          Friday, 9:31 a.m.-3:26 p.m.

12                        March 27, 2020

13                   ATTORNEY'S EYES ONLY

14           VIDEOTAPED DEPOSITION OF STEPHEN DYER

15

16         Taken on Behalf of the Plaintiff before

17    Lisa Gerlach, Court Reporter, Notary Public

18    in and for the State of Florida at Large,

19    pursuant to Plaintiff's Notice of Taking

20    Deposition in the above cause.

21

22

23

24

25

                                        Page 1

ATTORNEYS' EYES ONLY



```
 1    ████████████████████████████████████████
 2    ████████████████████████████████████████
 3        A.   Okay.   I think I'm there.
 4    ████████████████████████████████████████
 5    ████████████████████████████████████████
 6    ████████████████████████████████████████
 7    ████████████████████████████████████████
 8    ████████████████████████████████████████
 9    ████████████████████████████████████████
10    ████████████████████████████████████████
11    ████████████████████████████████████████
12        A.   Okay.   Give me just one moment.
13        Q.   Yeah, sure.
14    ████████████████████████████████████████
15    ████████████████████████████████████████
16    ████████████████████████████████████████
17    ████████████████████████████████████████
18    ████████████████████████████████████████
19    ████████████████████████████████████████
20    ████████████████████████████████████████
21    ████████████████████████████████████████
22    ████████████████████████████████████████
23    ████████████████████████████████████████
24    ████████████████████████████████████████
25    ████████████████████████████████████████
```

Page 74

ATTORNEYS' EYES ONLY



1

2

3

4

5

6          MR. VINE:   Objection.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 75

ATTORNEYS' EYES ONLY



Page 76

ATTORNEYS' EYES ONLY



1

2

3

4

5

6

7

8          MR. VINE:  Objection.

9       A.  No, not to my knowledge.

10   BY MS. BINA:

11   ████████

12   ████████

13       A.  No, not to my knowledge.

14   ████████

15   ████████

16   ████████

17       A.  No, not to my knowledge.

18       Q.  No, you're not aware, or, no, there aren't

19   any to your knowledge?  Sorry.  It was a bad question.

20

21

22

23

24

25

Page 77



12    A.  I was not.

17    A.  No.  I don't have any idea who that is.

Page 78

ATTORNEYS' EYES ONLY



```
 1
 2        A.   Okay.
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15        MR. VINE:   Objection.
16
17
18   BY MS. BINA:
19
20
21
22
23
24
25
```

Page 79

ATTORNEYS' EYES ONLY



Page 80

ATTORNEYS' EYES ONLY



1

2

3

4

5

6

7

8

9

10

11          MR. VINE:   Objection.

12

13

14

15

16

17

18

19

20

21

22

23

24          MR. VINE:   Objection.

25

Page 81

ATTORNEYS' EYES ONLY



1  ████████████████████████

2  BY MS. BINA:

3  ██  ████████████████████████

4  ██  ████████████████████  ██████████

5  ████████████████████████████

6  ████████

7      Q.  It's okay.  I'm only asking for your best

8  recollection.  So, if you recall something, you recall

9  it; if you don't, you don't.

10      ████████████████████████████

11  ██████████  ██████████████████████

12  ████████████  ██████████████████████

13  ████

14      MR. VINE:  Objection.

15  ██  ██████████████████████

16  ████████████████████████

17  BY MS. BINA:

18  ████████████████████████████████████

19  ████████████████████████████████████

20  ████████████████████████████████████

21  ████████████████████████████████████

22  ████████████████████████████████████

23  ████████████████████████████████████

24  ████████████████████████████████████

25  ████████████████████████████████████

Page 82

ATTORNEYS' EYES ONLY



1

2

3

4

5

6

7

8

9

10

11

12

13

14   MS. BINA:  I think, at this time, we

15   should go off the record for lunch/breakfast.

16   MR. VINE:  Perfect.  So we'll be back at

17   12:30.

18   MS. BINA:  Does that work for you,

19   Mr. Dyer, 1230?

20   THE WITNESS:  Yes.  That sounds fine.

21   THE VIDEOGRAPHER:  Stand by, please.

22   This marks the end of media number four.

23   Going off the record at 12:00 p.m.

24   (Lunch recess.)

25   THE VIDEOGRAPHER:  We are back on the

Page 83

```
 1          record at 12:33 p.m.  This marks the
 2          beginning of media number five in the
 3          deposition of Stephen Dyer.
 4              You may proceed, Counsel.
 5     BY MS. BINA:
 6          Q.  Good afternoon, Mr. Dyer.
 7          A.  Good afternoon.
 8          Q.  Just to confirm, are you still in the room
 9     with Amanda Gorton and no one else?
10          A.  Yes.  It's myself and Amanda in the room.
11          Q.  Mr. Dyer, over the lunch break, did you speak
12     with anyone other than your attorneys regarding your
13     deposition?
14          A.  I did not speak with anybody other than my
15     attorney.
16
17
18
19
20
21
22
23
24
25          Q.  Sure.
```

Page 84

ATTORNEYS' EYES ONLY



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15        MR. VINE:  Objection.

16

17

18    BY MS. BINA:

19

20

21

22

23

24

25

Page 85

ATTORNEYS' EYES ONLY



Page 86

ATTORNEYS' EYES ONLY



1

2

3

4

5

6

7

8

9

10

11

12

13

14          MR. VINE:   Objection.

15

16

17

18   BY MS. BINA:

19

20

21

22

23

24

25

                                        Page 87

ATTORNEYS' EYES ONLY



Page 88

ATTORNEYS' EYES ONLY



Page 89



1

2

3

4          MR. VINE:   Objection.

5

6

7

8

9    BY MS. BINA:

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 90



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20              MR. VINE:  Objection.
21
22   BY MS. BINA:
23
24
25              MR. VINE:  Objection.
```

Page 91

1
2
3
4   BY MS. BINA:



ATTORNEYS' EYES ONLY



Page 93

ATTORNEYS' EYES ONLY



Page 94

ATTORNEYS' EYES ONLY



1

2

3

4

5

6

7

8

9

10

11

12

13          MR. VINE:   Objection.

14

15

16

17

18

19

20

21

22

23

24

25

Page 95

ATTORNEYS' EYES ONLY



Page 96



1

2

3          THE REPORTER:  What was that word?

Page 97

ATTORNEYS' EYES ONLY



Page 98

ATTORNEYS' EYES ONLY

```
 1   ████████████████████████████████████

 2   ████████████████████████

 3           MR. VINE:  Steve, I don't want you -- I

 4       just want to give him an instruction.  I

 5       don't want you to make any assumptions or

 6       guess.  If you recall, by all means, you have

 7       to be honest and provide that testimony.  I

 8       don't believe Jessica wants you to speculate

 9       or assume anything.  Thanks.

10   BY MS. BINA:

11       Q.  That's true.  I don't want you to speculate

12   or assume, but I'm entitled to your best recollection.

13   If you recall something with even less than perfect

14   certainty, you can testify to what you recall and

15   provide whatever qualifications are necessary to that

16   testimony.

17           Do you understand?

18           MR. VINE:  I couldn't agree with you

19       more, Jessica.  He said the words "I'll

20       assume," which led me to believe he didn't

21       remember and he was just guessing.  If he

22       didn't, by all means, if he has a vague

23       recollection, he can provide what his vague

24       recollection is.

25       ███   ████████████████████████████████
```

Page 99

ATTORNEYS' EYES ONLY



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25          MR. VINE:   Objection.

Page 100

ATTORNEYS' EYES ONLY



Page 101

ATTORNEYS' EYES ONLY



Page 102

Veritext Legal Solutions
866 299-5127

ATTORNEYS' EYES ONLY



1
2
3
4          MR. VINE:   Objection.
5
6
7
8
9
10
11
12
13          MR. VINE:   Objection.
14
15
16
17
18
19
20
21
22
23
24
25

Page 103

ATTORNEYS' EYES ONLY



Page 104

ATTORNEYS' EYES ONLY



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19          MR. VINE:   Objection.
20
21
22
23
24
25          MR. VINE:   Objection.

Page 105

ATTORNEYS' EYES ONLY



1

2

3

4

5

6

7          MR. VINE:  Objection.

8

9

10

11

12

13

14

15          MR. VINE:  Objection.  I'm not sure of

16      the relevance either.  I think this might be

17      outside of what the judge has ordered.  Over

18      objection, I'll allow him to answer if he can

19      recall.

20

21

22

23  BY MS. BINA:

24

25

Page 106

ATTORNEYS' EYES ONLY

```
 1                     CERTIFICATE OF OATH

 2

 3    STATE OF FLORIDA

 4    COUNTY OF PALM BEACH

 5

 6

 7              I, Lisa Gerlach, the undersigned Notary

 8    Public, in and for the State of Florida, hereby

 9    certify that Stephen Dyer personally appeared before

10    me and was duly sworn.

11

12              WITNESS my hand and official seal this

13    April 1, 2020.

14

15

16

17

18

19

20    Lisa Gerlach, Court Reporter

21    Commission #GG023652

22    Expires 9/8/2020

23

24

25

                                          Page 172
```

ATTORNEYS' EYES ONLY

```
 1              CERTIFICATE OF REPORTER
 2              I, Lisa Gerlach, Court Reporter, do hereby
 3    certify that I was authorized to and did
 4    stenographically report the foregoing deposition; and
 5    that the transcript is a true and correct
 6    transcription of the testimony given by the witness.
 7              I further certify that I am not a relative,
 8    employee, attorney or counsel of any of the parties,
 9    nor am I a relative or employee of any of the parties'
10    attorney or counsel connected with the action, nor am
11    I financially interested in the action.
12              Dated this April 1, 2020
13
14
15
16
17
18
19              Lisa Gerlach, Court Reporter
20
21    The foregoing certification of this transcript does
22    not apply to any reproduction of the same by any means
23    unless under the direct control and/or discretion of
24    the certifying reporter.
25
```