UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**JOINT MOTION TO EXTEND THE DEADLINE TO FILE MOTIONS
RELATING TO SEALED ORDER [D.E. 658]**

Plaintiff Apple Inc. ("Apple"), Defendant Corellium, LLC ("Corellium,") (collectively, the "Parties"), and the United States Government respectfully move this Court for an order extending the seven-day deadline to file motions pursuant to the Court's Sealed Order of August 24, 2020 [D.E. 658]. In support of this motion, the Parties state as follows:

1. Pursuant to Sealed Order [D.E. 658] (the "Order"), the Parties are to file certain motions on August 31, 2020. *See* Order at 19 ("[T]he parties (including the Government) shall have seven (7) days from the date of this Order to file any appropriate motions").

2. The Parties and the Government have initiated communications relating to those motions and believe that they may be able to resolve them through stipulation rather than motion practice.

3. However, the Parties desire additional time to engage in meaningful conferral(s) in relation to the matter.

4. Accordingly, the Parties are requesting that the 7-day deadline to file their motions be extended eight days, to September 8, 2020.[1]

5. A proposed order granting this motion is attached.

---

[1] The Parties and the Government are requesting an extension of eight-days instead of seven-days in light of Labor Day, which falls on Monday, September 7, 2020.

**WHEREFORE**, the Parties respectfully move this Court to enter the attached proposed order, allowing the Parties an extension of eight days, to September 8, 2020, to file their motions pursuant to the Order.

Dated: August 29, 2020

Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant CORELLIUM, LLC*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail: jonathan.vine@csklegal.com
Primary e-mail: justin.levine@csklegal.com
Primary e-mail: lizza.constantine@csklegal.com

By: *s/ Lizza C. Constantine*
JONATHAN VINE
Florida Bar. No.: 10966
JUSTIN B. LEVINE
Florida Bar No.: 106463
LIZZA C. CONSTANTINE
Florida Bar No.: 1002945

*and*

HECHT PARTNERS LLP
*Counsel for Defendant*
125 Park Ave, 25th Floor
New York, NY 10017
Tel: (212) 851-6821
David L. Hecht *pro hac vice*
Email: dhecht@hechtpartners.com
Maxim Price *pro hac vice*
Email: mprice@hechtpartners.com

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

CASE NO.: 9:19-CV-81160-RS

*s/ Serena M. Orloff*

Serena M. Orloff
S.D. Fla. Special Bar I.D. No. A5502652
Serena.m.orloff@usdoj.gov
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, DC 20005

Dexter A. Lee
Assistant U.S. Attorney
Florida Bar No.: 0936693
Dexter.lee@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, FL 33132

*Attorneys for the United States*

4