## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## CASE NO: 9:19-cv-81160-RS

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

_____/

## PROPOSED ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE TO FILE MOTIONS RELATING TO SEALED ORDER [D.E. 658]

THIS CAUSE came before the Court upon the Parties' Joint Motion to Extend the Deadline to File Motions Relating to Sealed Order [D.E. 658]. Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Joint Motion to Extend the Deadline to File Motions Relating to Sealed Order [D.E. 658] is hereby **GRANTED**. The deadline to file Motions relating to Sealed Order [D.E. 658] is extended from August 31, 2020, to September 8, 2020.

**DONE AND ORDERED** this ___ of August, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES DISTRICT JUDGE**