**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

                    Plaintiff,

   v.

CORELLIUM, LLC,

                    Defendant.

**PLAINTIFF APPLE INC.'S RESPONSE TO
DEFENDANT CORELLIUM, LLC'S ELEVENTH MOTION IN *LIMINE* TO EXCLUDE
ARGUMENT, TESTIMONY, OR EVIDENCE RELATED TO APPLE EXPERT
MICHAEL SIEGEL'S [ALLEGEDLY] CONCLUSORY LEGAL OPINIONS**

Corellium's Eleventh Motion *in Limine* to exclude the purportedly conclusory legal opinions of Apple expert Michael Siegel, ECF No. 650, should be denied because it is not a motion *in limine* but rather an improper attempt to re-litigate Corellium's failed *Daubert* motion to exclude Dr. Siegel's testimony on the same grounds, and the Court already has resolved this issue in Apple's favor.  *See* ECF No. 613.  Corellium did not timely object to Magistrate Judge Matthewman's *Daubert* Report and Recommendation, *see* 28 U.S.C. § 636(b)(1)(C), and should not be permitted to file an untimely challenge in the guise of a motion *in limine*.

In denying Corellium's motion, Magistrate Judge Matthewman rejected Corellium's request to exclude Dr. Siegel's opinion that within the norms of the cyber-security industry, engaging in "good faith security research" includes disclosing any vulnerabilities found through such research to the manufacturer of the affected software, so the vulnerabilities can be addressed and corrected.  *Compare* ECF Nos. 613 at 8 ("Dr. Siegel's opinion on good faith security research is the proper subject matter of testimony, and he is highly qualified in the cyber-security industry."), *with* 650 at 2.  Magistrate Judge Matthewman rejected the notion that Dr. Siegel's opinion constitutes a "legal conclusion" because it was based not on the law, but on specialized facts: his familiarity with the cyber-security industry and associated community standards. Magistrate Judge Matthewman also rejected Corellium's argument that Dr. Siegel's opinion is "irrelevant" because it was *not* specifically tied to a "legal requirement."  *Compare* ECF Nos. 613 at 6–8, *with* 650 at 2.  Magistrate Judge Matthewman first found that Dr. Siegel's opinion regarding the definition of "good faith security research" is not a legal conclusion, but an articulation of standards within the security research industry.  *See id.*[1]  Second, he found that Corellium squarely placed the question of "good faith" at issue in this case through its affirmative defenses, *id.* at 8; *see also* ECF No. 525 at 13–14, making Dr. Siegel's proffered opinion highly relevant and widely supported.  *See* ECF No. 525-1 ¶¶ 22(a), 44–47, 49–51.  Third, Corellium has already proffered the opinion of its own expert, Professor Stamos, *on the same topic* of what constitutes good faith security research, and cannot now claim that Dr. Siegel's testimony on this topic should be excluded as irrelevant.  *See* ECF No. 613 at 8 ("That is not how the adversary process operates in federal court.").  Accordingly Corellium's duplicative and improper motion should be denied.

---

[1] Corellium acknowledges this, stating the opinion is "absent from any legal requirement," but simultaneously moves to exclude it as purported legal opinion.  ECF No. 650 at 2.

2

Dated: August 31, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.