**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

       Plaintiff,

v.

CORELLIUM, LLC,

       Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OR THE ENTIRETY OF CERTAIN OF APPLE INC.'S RESPONSES TO CORELLIUM, LLC'S MOTIONS *IN LIMINE* AND EXHIBITS THERETO**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Under Seal Portions or the Entirety of Certain of Apple Inc.'s Responses to Corellium, LLC's Motions *In Limine* and Exhibits Thereto ("Motion"). Being fully advised in the premises, and noting that Defendant Corellium, LLC does not oppose, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Apple is given leave to file under seal:

    a. Portions of Apple's Response to Corellium's Fourth Motion *in Limine*, and portions of Exhibits B and C thereto, and the entirety of Exhibit A thereto;

    b. Portions of Exhibit A to Apple's Response to Corellium's Eighth Motion *in Limine* to Exclude Argument or Testimony That Attributes Chris Wade's Personal Tweets to Corellium;

    c. Portions of Apple's Response to Corellium's Ninth Motion *in Limine* to Exclude Argument, Testimony or Evidence Related to the Notion That the Corellium Apple

      Product is Used for Any Purposes Other Than for Security Research, as well as portions of Exhibits A and C thereto;

d. Portions of Apple's Response to Corellium's Tenth Motion *in Limine* to Exclude Argument, Testimony or Evidence of Expert Opinions Regarding Corellium's Advertising Materials;

e. Portions of Apple's Response to Corellium's Twelfth Motion *in Limine* to Exclude All References, Evidence and Testimony Relating to the Apple Developer Program Alleged Uses for Security Research; and

f. Portions of Apple's Response to Corellium's Fifteenth Motion *in Limine* to Exclude All References, Evidence and Testimony Relating to Evidence of Apple's Secure Boot Chain.

The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this __ of August, 2020.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**