UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

          Plaintiff,

v.

CORELLIUM, LLC,

          Defendant.

**PLAINTIFF APPLE INC.'S RESPONSE TO DEFENDANT CORELLIUM, LLC'S TENTH MOTION IN *LIMINE* TO EXCLUDE ARGUMENT, TESTIMONY, OR EVIDENCE OF EXPERT <u>OPINIONS REGARDING CORELLIUM'S ADVERTISING MATERIALS</u>**

Corellium's Tenth Motion *in Limine* to exclude opinions from Apple's experts related to Corellium marketing materials, ECF No. 649, should be denied for two reasons. First, it is meritless: an expert witness does not need to be an "advertising expert" to rely on a party's own statements and admissions, made in advertising, as support for his opinions. Second, Corellium's request is a belated *Daubert* motion raising baseless challenges to the experts' qualifications.

First, Corellium's central thesis—for which it cites no authority—is meritless. An expert need not be an "advertising" expert in order to rely on a party's own factual statements in advertising or marketing materials or otherwise, as a basis for his opinions. Courts routinely permit, for example, damages experts to offer testimony that examines the impact of advertising materials. *See, e.g.*, *Ohio State Troopers Ass'n, Inc. v. Point Blank Enters., Inc.*, No. 18-cv-63130, 2020 WL 1666763, at *4 (S.D. Fla. Apr. 3, 2020); *see also Polar Bear Prods., Inc. v. Timex Corp.*, 384 F.3d 700, 712–13 (9th Cir. 2004). Moreover, the purportedly objectionable testimony here requires no expertise in advertising whatsoever. Dr. Nieh, for example, cites Corellium's *factual* statements that its iPhone-virtualizing product is an alternative for "buying jailbroken iPhones on eBay," and allows users to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ECF No. 472-9 ¶ 456. These statements support Dr. Nieh's observation that the product is marketed as circumventing Apple's technical protection measures. *See id.* Mr. Connelly, in turn, notes that Corellium uses the term "iOS" frequently in advertising, suggesting that its ability to run Apple's iOS operating system is an important part of its product. *See* ECF No. 526-4 at 28; *see also* ECF No. 468-2 at 98:12–18. This is not objectionable, nor a basis to exclude their opinions.

Second, the Court also may deny Corellium's motion outright as untimely. *See, e.g.*, *Saperstein v. Palestinian Auth.*, No. 04-cv-20225, 2010 WL 11506078, at *2 (S.D. Fla. Aug. 13, 2010) (denying motion *in limine* as "an untimely *Daubert* motion"). The deadline for *Daubert* motions was May 11, 2020. At that time, Corellium filed multiple motions seeking to exclude the testimony of the same experts it attacks here. ECF Nos. 452, 454. Nowhere in those motions did Corellium even suggest they are unqualified to interpret Corellium's statements in advertising materials or use those statements as support for their respective opinions. *Id.* Nonetheless, Corellium now moves to exclude certain testimony of Dr. Nieh and Mr. Connelly, based on their purported lack of qualification in interpreting advertising, for the first time. ECF No. 649 at 2.

For either or both of the reasons above, the Court should deny Corellium's motion.

1

Dated: August 31, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.