UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S RESPONSE TO DEFENDANT CORELLIUM, LLC'S
TWELFTH MOTION *IN LIMINE* TO EXCLUDE ALL REFERENCES,
EVIDENCE AND TESTIMONY RELATING TO THE
<u>APPLE DEVELOPER PROGRAM ALLEGED USES FOR SECURITY RESEARCH</u>**

Corellium's Twelfth Motion *in Limine* to exclude evidence that the Apple Developer Program is used for security research, ECF No. 651, should be denied because it improperly seeks to resolve a disputed fact before trial and targets a broad category of indisputably relevant evidence without identifying any specific, inadmissible evidence.

Corellium has asserted a fair use defense, and one of the factors relevant to that defense is the effect Corellium's infringing product has on current or *potential future* markets for Apple's copyrighted works. 17 U.S.C. § 107(4). One such competing current Apple product is the Apple Developer Program (the "Program"), which includes iOS Simulator—an Apple product ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. ECF No. 470-19 at 21–22; ECF No. 470-20 at 15. There are also potential future products that Apple anticipates including within the Program that will compete with Corellium's product. *See* ECF No. 557-2 ¶ 58. Evidence regarding whether and how the Program competes, or will compete, with Corellium's infringing product is indisputably relevant to Corellium's fair use defense, and Corellium does not argue otherwise. Instead, Corellium argues that some unspecified evidence regarding "security research purposes" of, and uses for, the Program should be excluded. ECF No. 651 at 2. Corellium's vague request to exclude unspecified evidence that Apple "may" present is insufficient. A motion *in limine* "should be limited to specific pieces of evidence." *Centre Hill Cts. Condo. Ass'n, Inc. v. Rockhill Ins. Co.*, No. 19-cv-80111, 2020 WL 496065, at *2 (S.D. Fla. Jan. 30, 2020);[1] *Harbor Cmtys., LLC v. Landmark Am. Ins. Co.*, No. 07-cv-14336, 2008 WL 5532021, at *2 (S.D. Fla. Aug. 7, 2008).

Corellium also provides no explanation for why, on a motion *in limine*, the Court should accept its view that the Program is not used for "security research," or what that term includes. Instead, Corellium relies on cherry-picked quotes that are not about Corellium's apparent conception of "security research" or potential future uses of the Program. The cherry-picked quote from Mr. Andrews does not describe the entirety of the Program's current or future uses, and the other quote is from a witness with limited knowledge of the Program. *See* ECF No. 472-3 at 213:1–214:4; ECF No. 518-10 at 54:9–15. If Corellium wants to challenge this testimony, it can do so at trial, when "questions of foundation, relevancy, and potential prejudice may be resolved in proper context." *Powers v. Target Corp.*, No. 19-cv-60922, 2020 WL 1986968, at *5 (S.D. Fla. Apr. 17, 2020). Corellium has not identified any specific evidence for exclusion and has provided no reason why the Court, not the jury, should resolve this factual dispute. Its motion should be denied.

---

[1] Internal quotations and citations omitted throughout.

1

Dated: August 31, 2020

Respectfully Submitted,

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.