UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                        Plaintiff,

    v.

CORELLIUM, LLC,

                        Defendant.

**PLAINTIFF APPLE INC.'S RESPONSE TO DEFENDANT CORELLIUM, LLC'S FIFTEENTH MOTION *IN LIMINE* TO EXCLUDE ALL REFERENCES, EVIDENCE AND TESTIMONY RELATING TO EVIDENCE OF APPLE'S SECURE BOOT CHAIN**

Corellium's Fifteenth Motion *in Limine* to exclude evidence regarding Apple's Secure Boot Chain, ECF No. 654, is "nothing more than" an improper "attempt to deny [Apple] the opportunity to present evidence on a major, contested issue in the litigation" and should be denied. *Ruiz v. Safeco Ins. Co. of Ill.*, No. 18-cv-21036, 2019 WL 2568013, at *4 (S.D. Fla. Apr. 23, 2019).

Apple alleges that Corellium violates the DMCA by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ECF No. 470-1 at 10. Corellium disputes this, as it did in opposing Apple's partial motion for summary judgment when it presented the *same* argument as here. *See* ECF No. 512 at 10–16. Corellium's core argument—that Apple's secure boot chain purportedly does not qualify as a "technological measure" that controls "access" to a work[1] because customers can download iOS for free—is wrong. That customers can download iOS without charge is irrelevant. The secure boot chain technologically stops customers from *accessing* and using Apple's copyrighted iOS as intended if they are not running it on authentic, authorized Apple devices—that is, unless the secure boot chain is illegally circumvented. But this is not the time to resolve the parties' disputes over statutory interpretation or the facts. A motion *in limine* is "not a substitute for a motion for summary judgment" and is "inappropriate for resolving substantive issues." *Royal Indem. Co. v. Liberty Mut. Fire Ins. Co.*, No. 07-cv-80172, 2008 WL 2323900, at *1 (S.D. Fla. June 5, 2008). Corellium's request for a ruling on an ultimate issue at trial—disguised as a motion *in limine*— "alone is grounds for denial" of its motion. *Ruiz*, 2019 WL 2568013, at *4.

Magistrate Judge Matthewman rejected the same arguments Corellium now advances in denying Corellium's *Daubert* motion to exclude the testimony of Apple's technical expert (a ruling to which Corellium *did not* object). *See* ECF No. 452 at 3, 7–8; ECF No. 612 at 2, 5, 9–10. As the Court recognized then, the parties dispute the proper "statutory interpretation" of what qualifies as a technological protection measure, as well as "the relevant facts in this case, and the application of law to fact." ECF No. 612 at 9. The way to resolve such disputes is through "vigorous cross-examination and the presentation of opposing, properly disclosed expert opinions and evidence," *id.* at 10, not by excluding undeniably relevant evidence that goes straight to an ultimate issue in the case. Corellium's motion should be denied.

---

[1] Under the DMCA a "technological measure" effectively controls "access" to or protects rights in a copyrighted work when the work is used by an "ordinary consumer." *JCW Software, LLC v. Embroidme.com, Inc.*, No. 10-cv-80472, 2012 WL 13015051, at *10 (S.D. Fla. May 29, 2012).

Dated: August 31, 2020            Respectfully Submitted,

| | |
|---|---|
| Michele D. Johnson* | *s/ Martin B. Goldberg* |
| *michele.johnson@lw.com* | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | *mgoldberg@lashgoldberg.com* |
| (714) 540-1235 / (714) 755-8290 Fax | *rdiaz@lashgoldberg.com* |
| | Emily L. Pincow |
| Sarang Vijay Damle* | Florida Bar. No. 1010370 |
| *sy.damle@lw.com* | *epincow@lashgoldberg.com* |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| *elana.nightingaledawson@lw.com* | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL 33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.