UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                             Plaintiff,

v.

CORELLIUM, LLC,

                             Defendant.

**PLAINTIFF APPLE INC.'S RESPONSE TO CORELLIUM, LLC'S NINTH MOTION *IN LIMINE* TO EXCLUDE ARGUMENT, TESTIMONY, OR EVIDENCE RELATED TO THE NOTION THAT THE CORELLIUM APPLE PRODUCT IS USED FOR ANY PURPOSES OTHER THAN FOR SECURITY RESEARCH**

Corellium's Ninth Motion *in Limine* to exclude evidence or argument that the Corellium Apple Product is used for purposes other than security research, ECF No. 648, should be denied because it is "nothing more than" an improper "attempt to deny [Apple] the opportunity to present evidence on a major, contested issue in the litigation." *Ruiz v. Safeco Ins. Co. of Ill.*, No. 18-cv-21036, 2019 WL 2568013, at *4 (S.D. Fla. Apr. 23, 2019); *see also Montgomery v. Great Am. Assurance Co.*, No. 12-cv-20503, 2013 WL 12093809, at *1–2 (S.D. Fla. Apr. 8, 2013).

The purpose and use of the Corellium Apple Product is one of the mostly heavily disputed issues in this case. Corellium contends it makes only "fair *use*" of Apple's copyrighted operating system, iOS, and Apple disputes this. *Compare* ECF No. 464 at 10–15, *with* ECF No. 557-1 at 17–23. In addition, the purpose and use of the Corellium Apple Product bear directly on the elements of Apple's claim under the DMCA. *See* 17 U.S.C. § 1201(a)(2), (b)(1) (prohibiting trafficking in technology designed "for the *purpose*" of circumventing technological protection measures). Moreover, Corellium's contention that "there is no evidence" that its product can be used for purposes other than security research, ECF No. 648 at 2, is flatly wrong. Corellium's CEO testified that ██████████████████████████████████████████████████████████████████████████████████████; the term "exploit" in this context generally refers to taking advantage of a vulnerability in software to cause unintended behavior. Ex. A at 118:25–119:21, 139:24–140:24. Corellium itself has repeatedly argued that its product is used for "criticism," "improvement," "testing," and "development" of iOS—*i.e.*, not for mere "security research." ECF No. 599 at 6, 21; *see* Ex. B at 3–4; ██████████; ECF Nos. 451-6 at 15–16; 472 ¶ 30. The Court should not permit Corellium, through a motion *in limine*, to hide from the jury the evidence of how its product is actually used, especially evidence directly contradicting its theory that the product is used only for "security research."

Corellium's motion is also impermissibly vague. Corellium does not identify any specific evidence for exclusion, and its vague catch-all would be impossible to enforce at trial.[1] Because the motion "lacks the necessary specificity with respect to the evidence to be excluded," the Court should deny the motion. *Centre Hill Cts. Condo. Ass'n, Inc. v. Rockhill Ins. Co.*, No. 19-cv-80111, 2020 WL 496065, at *2 (S.D. Fla. Jan. 30, 2020) (internal quotation and citation omitted).

---

[1] For instance, Corellium purportedly seeks to exclude evidence that its product is used to "find and exploit flaws in iOS," ECF No. 648 at 2 n.1, rather than "security research." But Corellium alleges that finding flaws in iOS *is* security research—it pled that "Apple has credited both Corellium and Corellium users with identifying vulnerabilities in iOS." ECF No. 599 at 6–7.

1

| | |
|---|---|
| Dated: August 31, 2020 | Respectfully Submitted, |
| Michele D. Johnson* | *s/ Martin B. Goldberg* |
| *michele.johnson@lw.com* | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | *mgoldberg@lashgoldberg.com* |
| (714) 540-1235 / (714) 755-8290 Fax | *rdiaz@lashgoldberg.com* |
| | Emily L. Pincow |
| Sarang Vijay Damle* | Florida Bar. No. 1010370 |
| *sy.damle@lw.com* | *epincow@lashgoldberg.com* |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| *elana.nightingaledawson@lw.com* | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL 33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.