# EXHIBIT A

ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF FLORIDA
 3    APPLE INC.
 4        Plaintiff,     CASE NO. 9:19-cv-81160-RS
 5    vs.
 6    CORELLIUM, LLC,
 7        Defendant.
 8    _____/
 9
10              Zoom, Virtual Deposition
11              Wednesday, March 25, 2020
12                 10:08 a.m.-6:17 p.m.
13
14              ATTORNEY'S EYES ONLY
15    VIDEOTAPED 30(b)(6) AND INDIVIDUAL DEPOSITION OF
16                   AMANDA GORTON
17
18        Taken on Behalf of the Plaintiff before
19     Lisa Gerlach, Court Reporter, Notary Public
20     in and for the State of Florida at Large,
21     pursuant to Plaintiff's Notice of Taking
22     Deposition in the above cause.
23
24    Job No. 4027360
25    Pages 1-213
```

Page 1

```
 1      ████████████████████████████  ████████
 2      ███████████████████████████████████████
 3      ██████████████████████
 4           ████████████████████████████████
 5      ████████████████  █████████████████████
 6      ████████████████████████████████████ █
 7      ███████████████████████████████████████
 8      █████████████████████████████████████
 9      █████████████████████████████████████
10      █████████████████████████████████████
11      ███████████████████████
12           Q.   What about the development of applications
13      other than security-related?
14           █    ████████████████████  █████████████████
15      █████████████████████████████████████
16      █████████████████████████████████████
17      ███████████████████████  █████████████████████
18      █████████████████████████████████████
19      ███████████████████████████████
20      ███████████████████████████████
21                ██████████████████████████████████████████
22      █████████████████████████████████████
23      █████████████████████████████████████
24      █████████████████
25           Q.   Is that true for the cloud-based product as
```

Page 118

```
 1     well?  That's a significantly less expensive product;
 2     correct?
 3              MR. VINE:  Objection.  Is that compound?
 4          What's your question?
 5     BY MS. BINA:
 6          Q.  The question is, is that true for the less
 7     expensive cloud-based product as well?
 8              MR. VINE:  Objection.
```

[lines 9–21 redacted]

```
22     BY MS. BINA:
```

[lines 23–25 redacted]

ATTORNEYS EYES ONLY

```
 1      ████████████████████████████████
 2      ██████████████████████████████████████
 3      ██████████
 4           █   ████████████████████████████████
 5      ████████████████████████
 6           MR. VINE:  Objection.
 7      A.   Because this is a use case for our customers.
 8    BY MS. BINA:
 9      Q.   Is it something that appeals to them?
10      A.   It is something that they require to perform
11    the use case that they have.
12           █   ████████████████████████████
13    ███████████
14      A.   I have heard the term before, yes.
15           █   ████████████████████████████████
16    ████████████████████████████████████████
17    ███████████████████
18           █   ████████████████████████████████
19    ████████████████████████
20      Q.   That wasn't my question.
21           █   ████████████████████████████
22    ████████████████████████████████████████
23    ███████████████, my knowledge is inherently limited.
24      Q.   Do you have any knowledge one way or the
25    other as to ████████████████████████████████████
```

Page 139

ATTORNEYS EYES ONLY

```
 1     ████████████████████████████
 2            MR. VINE:  Objection.
 3        A.  I don't have direct knowledge of that.
 4     BY MS. BINA:
 5        Q.  Do you have indirect knowledge of it?
 6            MR. VINE:  Same objection.
 7     █  ██████████████████████████████████████
 8     ████████████████████████████████  ███████
 9     ██████████████████████████████████
10     ████████████████████████████████████████
11     ██████████████
12     BY MS. BINA:
13        Q.  What about any other customers?
14            MR. VINE:  Objection.
15     █  ██████████████████████████████████████
16     ████████████████████████████████████████
17     ████████████████████████████████████████
18     ███████████████████████████
19     BY MS. BINA:
20        Q.  What about the use of them?
21            MR. VINE:  Objection.
22     █  ███████████████████████████████████
23     ████████████████████████████████████████
24     ████████████████
25     BY MS. BINA:
```

Page 140

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF PALM BEACH

      I, Lisa Gerlach, the undersigned Notary Public, in and for the State of Florida, hereby certify that Amanda Gorton personally appeared before me and was duly sworn.

      WITNESS my hand and official seal this 29th day of March, 2020.

*[signature: Lisa Gerlach]*

Lisa Gerlach, Court Reporter

Commission #GG023652

Expires 9/8/2020

```
 1                    CERTIFICATE OF REPORTER
 2
 3      STATE OF FLORIDA
 4      COUNTY OF PALM BEACH
 5
 6              I, Lisa Gerlach, Court Reporter, do hereby
 7      certify that I was authorized to and did
 8      stenographically report the foregoing deposition; and
 9      that the transcript is a true and correct
10      transcription of the testimony given by the witness.
11              I further certify that I am not a relative,
12      employee, attorney or counsel of any of the parties,
13      nor am I a relative or employee of any of the parties'
14      attorney or counsel connected with the action, nor am
15      I financially interested in the action.
16              Dated this 29th day of March, 2020.
17
18                    [signature: Lisa Gerlach]
19                    Lisa Gerlach, Court Reporter
20
21      The foregoing certification of this transcript does
22      not apply to any reproduction of the same by any means
23      unless under the direct control and/or discretion of
24      the certifying reporter.
25
```

Page 213