# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
CA No. 9:19-cv-81160-RS

| | |
|---|---|
| **Apple Inc.,** | § |
| | § |
| Plaintiffs, | § |
| | § |
| vs. | § |
| | § |
| **Corellium, LLC.,** | § |
| | § |
| Defendant and Counterclaimant | § |

---

# REBUTTAL EXPERT REPORT AND DECLARATION OF ALEXANDER STAMOS

---

7. Personally, I am a big fan of the coordinated-disclosure model. As CISO of Yahoo and Facebook, my teams oversaw bug bounty programs that paid millions of dollars out to researchers who responsibly and confidentially reported software flaws. I believe this is the most functional model for cooperation between researchers and companies.

8. However, even as a CISO I had to recognize that there were competing definitions of responsible activity by security researchers, and our teams had to live with the reality that not all researchers trust large corporations to act in the best interest of users. This is not an ahistorical view, as there is a long history of software vendors ignoring known issues until public disclosure.

9. While I am an advocate for coordinated disclosure, at no time have I ever advocated for general purpose security, reverse engineering, or virtualization tools to be declared illegal. Apple's position is extreme and unique among the major American software vendors.

10. In addition, there are many uses for Corellium's Apple product other than what Dr. Siegel defines as "good faith security research" into Apple's software. These uses include:

    i) Testing ones-own applications using multiple versions of iOS to understand their true security properties;

    ii) Testing third party applications using multiple versions of iOS to understand their true security properties;

    iii) Looking for security flaws in non-Apple iOS applications;

    iv) Understanding patched vulnerabilities to help build detection and mitigation mechanisms;

    v)     Studying the behavior of applications in the App Store, such as looking for privacy violating behaviors;

    vi)     Improving one's skills at reverse engineering and security testing;

    vii)     Teaching. I currently teach an introduction to cybersecurity course using virtualized Windows systems that students can attack, a product like Corellium makes training students on mobile security much more practical;

    viii)     Investigation: Investigating previously-fixed vulnerabilities to determine what exploits may have been used and what data may have been lost; or

    ix)     To criticize Apple, publicly or otherwise, including for prior security failures that have been patched or disclosed.

## 3    DR. SIEGEL PROPOSES A STANDARD THAT NO SOFTWARE TOOL CAN REALISTICALLY MEET

11. Tools that are useful in understanding how software operates can be used for multiple purposes. As a result, the definition of "security tool" is extremely broad and encompasses thousands of free and paid software products.

12. Even if we accept Apple's definition of "good-faith security research", Dr. Siegel's report proposes a standard that is not met and could not be realistically met by almost any security research tools.

13. In Paragraph 67, Dr. Siegel references terms in Metasploit's license agreement requiring the product to be used for "for the purposes of good-faith testing, investigation, and/or correction of security flaws, exposures, or vulnerabilities in order to advance the security or safety of devices, machines, or networks of those who use such devices, machines, or networks."

litigation, in light of any additional evidence, testimony, or other information that may be provided to me after the date of this report.

45. I hereby declare under the penalty of perjury under the laws of the United States of America that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true.

46. Executed this 13th day of April 2020 in Redwood City, CA.

_____
Alexander Stamos