# EXHIBIT C

ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2
                   CASE NO. 9:19-cv-81160-RS
 3

 4   APPLE INC.
 5        Plaintiff,
 6   vs.
 7   CORELLIUM, LLC,
 8        Defendant.
     _____/
 9

10

11                           Zoom, Virtual Deposition
                             Friday, 9:31 a.m.-3:26 p.m.
12                           March 27, 2020
13                ATTORNEY'S EYES ONLY
14        VIDEOTAPED DEPOSITION OF STEPHEN DYER
15
16         Taken on Behalf of the Plaintiff before
17     Lisa Gerlach, Court Reporter, Notary Public
18     in and for the State of Florida at Large,
19     pursuant to Plaintiff's Notice of Taking
20     Deposition in the above cause.
21
22
23
24
25

                                              Page 1
```

```
 1         Virtual Appearances through Zoom:
 2             Counsel for the Plaintiff:
 3             JESSICA STEBBINS BINA, ESQUIRE
               Latham & Watkins, LLP
 4             10250 Constellation Boulevard
               Suite 1100
 5             Los Angeles, CA 90067
               424-653-5525
 6             jessica.stebbinsbina@lw.com
 7
               Counsel for the Defendant and Witness:
 8
               JONATHAN VINE, ESQUIRE
 9             Cole Scott & Kissane
               222 Lakeview Avenue
10             Suite 120
               West Palm Beach, FL 33401
11             561-383-9203
               jonathan.vine@csklegal.com
12
13             Present with the witness:
14             Amanda Gorton
15
16
17
18
19
20
21
22
23
24
25
                                              Page 2
```

ATTORNEYS' EYES ONLY



Page 48

ATTORNEYS' EYES ONLY

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF PALM BEACH

I, Lisa Gerlach, the undersigned Notary Public, in and for the State of Florida, hereby certify that Stephen Dyer personally appeared before me and was duly sworn.

WITNESS my hand and official seal this April 1, 2020.

*[signature: Lisa Gerlach]*

Lisa Gerlach, Court Reporter
Commission #GG023652
Expires 9/8/2020

Page 172

```
 1                    CERTIFICATE OF REPORTER
 2              I, Lisa Gerlach, Court Reporter, do hereby
 3    certify that I was authorized to and did
 4    stenographically report the foregoing deposition; and
 5    that the transcript is a true and correct
 6    transcription of the testimony given by the witness.
 7              I further certify that I am not a relative,
 8    employee, attorney or counsel of any of the parties,
 9    nor am I a relative or employee of any of the parties'
10    attorney or counsel connected with the action, nor am
11    I financially interested in the action.
12              Dated this April 1, 2020
13
14
15
16
17
18                    [signature: Lisa Gerlach]
19              Lisa Gerlach, Court Reporter
20
21    The foregoing certification of this transcript does
22    not apply to any reproduction of the same by any means
23    unless under the direct control and/or discretion of
24    the certifying reporter.
25
```

Page 173

ATTORNEYS' EYES ONLY

```
 1                          ERRATA SHEET
 2
 3
 4
 5      Under penalties of perjury, I declare that I have read
 6      the foregoing document and that the facts stated in it
 7      are true.
 8
                                    Stephen Dyer
        5/3/20
 9     _____
10      DATE                        STEPHEN DYER
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 174