# EXHIBIT C

ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF FLORIDA
 3      APPLE INC.
 4          Plaintiff,      CASE NO. 9:19-cv-81160-RS
 5      vs.
 6      CORELLIUM, LLC,
 7          Defendant.
 8      _____/
 9
10                 Zoom, Virtual Deposition
11                Wednesday, March 25, 2020
12                   10:08 a.m.-6:17 p.m.
13
14                  ATTORNEY'S EYES ONLY
15      VIDEOTAPED 30(b)(6) AND INDIVIDUAL DEPOSITION OF
16                       AMANDA GORTON
17
18          Taken on Behalf of the Plaintiff before
19       Lisa Gerlach, Court Reporter, Notary Public
20        in and for the State of Florida at Large,
21        pursuant to Plaintiff's Notice of Taking
22         Deposition in the above cause.
23
24      Job No. 4027360
25      Pages 1-213
```

Page 1

ATTORNEYS EYES ONLY



```
 1   
 2   
 3   
 4        Q.   Sure.
 5   
 6   
 7   
 8   
 9        A.   That is correct.
10   
11   
12   
13   
14   
15   
16   
17   
18   
19   
20   
21   
22   
23   
24   
25   
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY



Page 108

ATTORNEYS EYES ONLY

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF PALM BEACH

      I, Lisa Gerlach, the undersigned Notary Public, in and for the State of Florida, hereby certify that Amanda Gorton personally appeared before me and was duly sworn.

      WITNESS my hand and official seal this 29th day of March, 2020.

*[Signature: Lisa Gerlach]*

Lisa Gerlach, Court Reporter

Commission #GG023652

Expires 9/8/2020

Page 212

ATTORNEYS EYES ONLY

```
 1                    CERTIFICATE OF REPORTER
 2
 3      STATE OF FLORIDA
 4      COUNTY OF PALM BEACH
 5
 6             I, Lisa Gerlach, Court Reporter, do hereby
 7      certify that I was authorized to and did
 8      stenographically report the foregoing deposition; and
 9      that the transcript is a true and correct
10      transcription of the testimony given by the witness.
11             I further certify that I am not a relative,
12      employee, attorney or counsel of any of the parties,
13      nor am I a relative or employee of any of the parties'
14      attorney or counsel connected with the action, nor am
15      I financially interested in the action.
16             Dated this 29th day of March, 2020.
17
18                        [signature: Lisa Gerlach]
19                    Lisa Gerlach, Court Reporter
20
21      The foregoing certification of this transcript does
22      not apply to any reproduction of the same by any means
23      unless under the direct control and/or discretion of
24      the certifying reporter.
25
```