UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                      Plaintiff,

v.

CORELLIUM, LLC,

                      Defendant.

**PLAINTIFF APPLE INC.'S RESPONSE TO DEFENDANT CORELLIUM, LLC'S EIGHTH MOTION *IN LIMINE* TO EXCLUDE ARGUMENT OR TESTIMONY THAT ATTRIBUTES CHRISTOPHER WADE'S PERSONAL TWEETS TO CORELLIUM**

Corellium's Eighth Motion *in Limine* to prohibit any argument or evidence that tweets from Corellium co-founder, member, and Chief Technology Officer Christopher Wade are attributable to Corellium, ECF No. 647, should be denied because Corellium does not dispute that Mr. Wade's tweets are admissible, and his statements clearly qualify as statements of a party opponent, the import of which is for the jury to decide.

Corellium does not seek to exclude Mr. Wade's tweets themselves, only "evidence or argument" that the tweets are attributable to Corellium, the company he founded and for which he works as the Chief Technical Officer ("CTO"). This request is nonsensical, and inconsistent with the law regarding agency. Mr. Wade is an agent, officer, and employee of Corellium. His tweets regularly address matters falling within his roles as co-founder and CTO. As the CTO, Mr. Wade "manag[es] the technological aspects of the company, which would be the people, the engineers, the infrastructure and vendors," and participates in sales discussions "that are slightly technical." Ex. A at 199:19–200:5. It is well established that "'managerial' personnel" are "typically considered 'parties' because of their . . . involvement in the management and policy making of the defendant." *NAACP, ex rel. Fla. State Conference of Branches of NAACP v. Fla. Dep't of Corr.*, 122 F. Supp. 2d 1335, 1342 (M.D. Fla. 2000). Statements by such persons thus are not considered hearsay and are instead admissible as "an admission of a party-opponent." *Id.*; *see also Wright v. Farouk Sys., Inc.*, 701 F.3d 907, 910 (11th Cir. 2012) (ruling that "statement 'made by [a] party's agent or employee on a matter within the scope of that relationship and while it existed'" was a "non-hearsay admission[] of a party opponent") (quoting Fed. R. Evid. 801(d)(2)(D)).

Corellium does not challenge Mr. Wade's tweets on hearsay grounds, implicitly acknowledging their status as party statements. Indeed, consistent with that implicit acknowledgement, Mr. Wade regularly uses his personal Twitter account to promote Corellium, Ex. B, to advertise the Corellium Apple Product, ECF No. 518-50, to tout the product's technical capabilities, Ex. C, and to recruit employees to Corellium, Ex. D. Mr. Wade also regularly retweets Corellium's posts, adding explanatory prefaces about what he and others at Corellium are doing. *See, e.g.*, *id.* ("Lots of amazing stuff on *our* roadmap.") (emphasis added). Corellium's one-paragraph motion offers no coherent basis to prevent the jury from deciding for itself how to interpret Mr. Wade's tweets—a determination it can make in light of the Court's instructions on the attribution of party statements. The Court should deny Corellium's motion.

Dated: August 31, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.