# EXHIBIT A

ATTORNEY'S EYES ONLY

```
1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
2

3                   No. 9:19-cv-81160-RS
4   APPLE, INC.,
5              Plaintiff,
6   vs.
7   CORELLIUM, LLC,
8
               Defendant.
9   _____/
10                          Fort Lauderdale, Florida
                            April 13, 2020
11                          10:05 a.m. - 6:51 p.m.
12
13              (ATTORNEY'S EYES ONLY)
14         VIDEO DEPOSITION OF CHRIS WADE
15                    (Via Zoom)
16      Taken before SUZANNE VITALE, R.P.R., F.P.R.
17   and Notary Public for the State of Florida at Large,
18   pursuant to Notice of Taking Deposition filed in the
19   above cause.
20
21
22
23
24
25
                                                 Page 1
```

```
 1       A.   I think it's a bit of a simplification,
 2   but in general, yes, I think that the difference
 3   ███████████████████████████████████████████████
 4   ███████████████████████████████████████████████
 5   ███████████████████████████
 6       Q.   And for the cloud products, that
 7   ███████████████████████████████████████████
 8   ███████████████████████████████████████████
 9   ██████████████████████████████; is that right?
10       A.   Yes.
11       Q.   Why, if you know, is it so much more
12   ███████████████████████████████████████████████
13   ██████████████████████████████████████████
14   ██████████████████████
15       A.   I can't tell you for sure because I didn't
16   set this pricing, but ████████████████████████████
17   ██████████████████████████████████████████
18   ███████████████████████████████████████████
19       Q.   Over the course of the few years that
20   you've been running the business, ██████████████
21   ███████████████████████████████████
22       A.   ████████████████████████████████████
23   █████████ ██████████████████████████████
24            My responsibilities extend to managing the
25   technological aspects of the company, which would be
```

Page 199

```
 1   the people, the engineers, the infrastructure and
 2   vendors, and sometimes occasionally I will be
 3   included into conversations that are slightly
 4   technical of a sales nature when our sales guy is
 5   out of his depth on the technical side.
 6        Q.   ██████████████████████████████████
 7   ██████, right?
 8             MR. VINE:  Objection.
 9             THE WITNESS:  ████████████████████
10   ████████████████████████████████████████████████
11   ████████████████████████████████████████████████
12   ████████████████████████████████████████████████
13   ████████████████████████████████████████████████
14   ████████████████████████████████████████████████
15   ████████████████████████████████████████████████
16   ████████████████████████████████████████████████
17   ████████████████████████████████████████████████
18   ████████████████████████████████████████████████
19   ████████████████████████████████████████████████
20   ████████████████████████████████████████████████
21   ████████████████████████████████████████████████
22   ████████████████████████████████████████████████
23   BY MR. GROSS:
24        Q.   ██████████████████████████████, right?
25        A.   ████████████████████████████, yes.
```

Page 200

ATTORNEY'S EYES ONLY

```
 1
 2                    CERTIFICATE OF OATH
 3
 4    STATE OF FLORIDA    )
 5    COUNTY OF BROWARD   )
 6
 7            I, the undersigned authority, certify
 8      that CHRIS WADE personally appeared before me and
 9      was duly sworn.
10            WITNESS my hand and official seal this
11      16th day of April, 2020.
12
13            [signature: Suzanne Vitale]
14
15            SUZANNE VITALE, R.P.R., F.P.R.
              Notary Public, State of Florida
16            My Commission No. DD179981
              Expires: 5/24/2020
17
18
19
20
21
22
23
24
25
```

ATTORNEY'S EYES ONLY

CERTIFICATE

STATE OF FLORIDA   )
COUNTY OF BROWARD  )

       I, SUZANNE VITALE, R.P.R., F.P.R. do hereby certify that I was authorized to and did stenographically report the foregoing deposition of CHRIS WADE; that a review of the transcript was requested; and that the transcript is a true record of my stenographic notes.

       I FURTHER CERTIFY that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

       Dated this 16th day of April, 2020.

*Suzanne Vitale*

SUZANNE VITALE, R.P.R., F.P.R.
My Commission No. DD179981
Expires: 5/24/2020

Page 303