UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

          Plaintiff,

v.

CORELLIUM, LLC,

          Defendant.

**PLAINTIFF APPLE INC. AND DEFENDANT CORELLIUM, LLC'S JOINT MOTION TO FILE UNDER SEAL THE PARTIES' STIPULATION AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Apple Inc. and Defendant Corellium, LLC, by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully move this Court for an order authorizing the filing under seal of the Parties' Stipulation. In support of this request, Apple and Corellium state as follows:

1. On August 24, 2020, the Court issued a sealed order at ECF No. 658 (the "Sealed Order").

2. The Parties are filing a Stipulation that relates to and quotes the Sealed Order. The Parties therefore seek to file the Stipulation under seal.

**WHEREFORE** the Parties respectfully request that, unless and until information related to the Sealed Order, ECF No. 658, is unsealed, the following document remains under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case, as ordered by this Court, or required by law:

      a. The Parties' Stipulation.

A proposed order is submitted herewith.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff and counsel for Defendant conferred via email and the parties agree and therefore jointly seek the relief sought herein.

Dated: August 31, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

/s/ *Justin Levine*
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.: 106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

*and*

HECHT PARTNERS LLP
*Counsel for Defendant*
125 Park Ave. 25th Floor
New York, NY 10017
Telephone (212) 851-6821
David L. Hecht, *Pro hac vice*
E-mail: dhecht@hechtpartners.com
Maxim Price, *Pro hac vice*
E-mail: mprice@hechtpartners.com
Conor B. McDonough, *Pro hac vice*
E-mail: cmcdonough@hechtpartners.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@hechtpartners.com

*Attorneys for Defendant Corellium, LLC*