**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.
AND DEFENDANT CORELLIUM, LLC'S
JOINT MOTION TO FILE UNDER SEAL THE PARTIES' STIPULATION**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc. and Defendant Corellium, LLC's Joint Motion to File Under Seal the Parties' Stipulation ("Motion"). Being fully advised in the premises, and noting that the Parties jointly seek relief, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. The Parties are given leave to file under seal:

    a. The Parties' Stipulation.

The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this __ of August, 2020.

                                                       _____
                                                       **RODNEY SMITH**
                                                       **UNITED STATES DISTRICT JUDGE**