UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

### PROPOSED ORDER GRANTING CORELLIUM, LLC'S TO FILE CERTAIN RESPONSES TO APPLE'S MOTIONS IN LIMINE AND EXHIBITS THERETO UNDER SEAL

THIS CAUSE came before the Court upon the Defendant, CORELLIUM, LLC's ("Corellium"), Motion to File Certain Responses to Plaintiff Apple Inc's Motions in Limine and Exhibits Thereto Under Seal ("Motion to File Under Seal"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion to File Under Seal is hereby **GRANTED**.

**DONE AND ORDERED** this ___ of August, 2020, at Fort Lauderdale, Broward County in the Southern District of Florida.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**