**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM, LLC'S *UNOPPOSED* MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF ITS RESPONSE TO PLAINTIFF'S MOTION TO CLOSE COURTROOM FOR LIMITED PERIODS DURING TRIAL TO PROTECT AGAINST PUBLIC DISCLOSURE OF APPLE PROTECTED MATERIAL <u>AND EXHIBITS THERETO</u>**

THIS CAUSE came before the Court upon the Defendant, CORELLIUM, LLC's ("Corellium"), Unopposed Motion to File Under Seal Certain Portions of its Response to Plaintiff's Motion to Close Courtroom for Limited Periods During Trial to Protect Against Public Disclosure of Apple Protected Material and Exhibits Thereto ("Motion to File Under Seal"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion to File Under Seal is hereby **GRANTED**.

**DONE AND ORDERED** this \_\_\_ of August, 2020, at Fort Lauderdale, Broward County in the Southern District of Florida.

 

                                                                         _____
                                                                         **RODNEY SMITH**
                                                                         **UNITED STATES DISTRICT JUDGE**