UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

## ORDER ON MOTIONS TO SEAL

The parties have filed numerous motions to seal in this matter. "[T]he common-law right of access to judicial proceedings, an essential component of our system of justice, is instrumental in securing the integrity of the process." *Chi. Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir. 2001) (citation omitted). "Once a matter is brought before a court for resolution, it is no longer solely the parties' case, but also the public's case." *Brown v. Advantage Eng'g., Inc.*, 960 F.2d 1013, 1016 (11th Cir. 1992). Thus, the Court will grant the motions to seal until it has had the opportunity to review the documents and weigh the parties' interest in nondisclosure against the right of access. Accordingly, it is

**ORDERED**:

    1. The parties' motions to seal [DE 510, 621, 624, 626, 643, 662, 672, 679, 681, & 692] are **GRANTED**. The documents, or portions of documents, shall remain under seal until further order of the Court.

2. Before filing any motion to seal, the parties shall confer and carefully review the information at issue to try to limit the number of motions to seal, or the scope of such motions, being filed. The parties' certificate of conferral shall indicate that the parties have complied with this requirement.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 1st day of September 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All parties of record