**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S MOTION TO FILE UNDER SEAL PORTIONS OF ITS REPLY IN OPPOSITION TO APPLE'S RESPONSE TO CORELLIUM'S OBJECTION TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THIS CAUSE came before the Court upon the Defendant, CORELLIUM, LLC's ("Corellium"), Motion to File Under Seal Portions of Its Reply in Opposition to Apple's Response to Corellium's Objection to the Magistrate Judge's Report and Recommendation ("Motion to File Under Seal"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion to File Under Seal is hereby **GRANTED**.

**DONE AND ORDERED** this \_\_\_ of September, 2020, at Fort Lauderdale, Broward County in the Southern District of Florida.

 

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**