UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

**JOINT MOTION FOR CLARIFICATION REGARDING
REPLIES IN SUPPORT OF MOTIONS *IN LIMINE***

Plaintiff Apple Inc. and Defendant Corellium, LLC (collectively, the "Parties") respectfully and jointly move the Court for an order clarifying whether they are to file replies in support of their respective motions *in limine*. In support of this joint motion, the Parties state as follows:

1. On January 13, 2020, the Court issued an Order granting in part the Parties' Joint Motion to Modify Pretrial Dates. In that Order, the Court stated that "[a]ll pretrial motions and memoranda of law, including motions *in limine*, shall be filed by 8/17/2020" and that "[a]ll motions *in limine* and the responses shall be limited to one page." ECF No. 66.

2. Pursuant to this Court's Order at ECF No. 66, the Parties filed motions *in limine* on August 17, 2020. *See* ECF Nos. 627–636, 639–642, 644–654.[1]

3. The Parties filed responses to those motions *in limine* on August 31, 2020. ECF Nos. 666–671, 673–678, 682–691. The docket entries for the Parties' responses to the motions *in*

---

[1] Corellium filed three corrected motions *in limine* on August 18, 2020. *See* ECF Nos. 655–657.

*limine* contain what appear to be automatically generated deadlines for replies to be filed. *See, e.g.*, ECF No. 666 ("Replies due by 9/8/2020.").

4. Because the Court's Order Granting in Part Motion to Modify Pretrial Deadlines (ECF No. 66) references responses but does not address replies, however, the Parties seek to clarify whether they are to file one-page replies in support of their respective motions *in limine*.

**WHEREFORE**, the Parties respectfully move this Court for an order clarifying whether they are to file one-page replies in support of their motions *in limine*.

| | |
|---|---|
| Dated: September 3, 2020 | Respectfully Submitted, |
| Michele D. Johnson* | *s/ Martin B. Goldberg* |
| *michele.johnson@lw.com* | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | *mgoldberg@lashgoldberg.com* |
| (714) 540-1235 / (714) 755-8290 Fax | *rdiaz@lashgoldberg.com* |
| | Emily L. Pincow |
| Sarang Vijay Damle* | Florida Bar. No. 1010370 |
| *sy.damle@lw.com* | *epincow@lashgoldberg.com* |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| *elana.nightingaledawson@lw.com* | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL 33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.

/s/ Justin Levine
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.:  106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

   *and*

HECHT PARTNERS LLP
*Counsel for Defendant*
125 Park Ave. 25th Floor
New York, NY 10017
Telephone (212) 851-6821
David L. Hecht, *Pro hac vice*
E-mail: dhecht@hechtpartners.com
Maxim Price, *Pro hac vice*
E-mail: mprice@hechtpartners.com
Conor B. McDonough, *Pro hac vice*
E-mail: cmcdonough@hechtpartners.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@hechtpartners.com

*Attorneys for Defendant Corellium, LLC*