## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

    v.

CORELLIUM, LLC,

                Defendant.

---

### PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF APPLE. INC.'S REPLY IN SUPPORT OF ITS MOTION TO CLOSE COURTROOM FOR LIMITED PERIODS DURING TRIAL TO PROTECT AGAINST PUBLIC DISCLOSURE OF APPLE PROTECTED MATERIAL <u>AND INCORPORATED MEMORANDUM OF LAW</u>

Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple's Reply in Support of Its Motion to Close Courtroom for Limited Periods During Trial to Protect Against Public Disclosure of Apple Protected Material ("Reply").  In support of this request, Apple states as follows:

1.  On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order").  The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order."  Protective Order ¶ 15(b).

2.   On August 17, 2020, Apple filed a Motion to Close Courtroom for Limited Periods During Trial To Protect Against Disclosure of Apple Protected Material.  ECF No. 627.  The same day, Apple filed a motion to file under seal portions of its Motion to Close Courtroom for Limited Periods.  ECF No. 625.  That motion to seal remains pending.

3.   On August 31, 2020, Corellium filed a response to Apple's Motion to Close Courtroom for Limited Periods During Trial To Protect Against Disclosure of Apple Protected Material.  ECF No. 690.  Corellium filed a motion to file portions of that response under seal.  ECF No. 692.  On September 1, 2020, the Court granted Corellium's motion to file under seal portions of its response.  ECF No. 700.

4.   On September 8, 2020, Apple will file its Reply in Support of Its Motion to Close Courtroom for Limited Periods During Trial To Protect Against Disclosure of Apple Protected Material.  The Reply contains information Apple has designated "Confidential" and "Confidential - Attorneys' Eyes Only" pursuant to the Protective Order.

5.   Consistent with the Protective Order, and in light of the foregoing, Apple moves to file under seal portions of its Reply.

**WHEREFORE** Apple respectfully requests that, unless and until Apple's designations are changed or rejected, the following documents remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

a.   Portions of Apple's Reply in Support of Its Motion to Close Courtroom for Limited Periods During Trial to Protect Against Public Disclosure of Apple Protected Material.

A proposed order is submitted herewith.

## <u>LOCAL RULE 7.1(A)(3) CERTIFICATION</u>

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on September 7, 2020, regarding the relief sought herein.  Defendant does not oppose.

Dated: September 8, 2020

Respectfully Submitted,

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice*

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

4