# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

APPLE INC.,

       Plaintiff,

  v.

CORELLIUM, LLC,

       Defendant.

### PROPOSED ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to File Under Seal Portions of Apple's Reply in Support of Its Motion to Close Courtroom for Limited Periods During Trial to Protect Against Public Disclosure of Apple Protected Material ("Motion to File Under Seal"). Being fully advised in the premises, and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion to File Under Seal is hereby **GRANTED**. Apple is given leave to file under seal portions of its Reply in Support of Its Motion to Close Courtroom for Limited Periods During Trial to Protect Against Public Disclosure of Apple Protected Material. The sealed material shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this __ of September, 2020.

                                                      _____

                                                      **RODNEY SMITH**
                                                      **UNITED STATES DISTRICT JUDGE**