UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160-RS

APPLE INC.,

                    Plaintiff,

    v.

CORELLIUM, LLC,

                  Defendant.

### PLAINTIFF APPLE INC., DEFENDANT CORELLIUM, LLC, AND THE UNITED STATES' JOINT MOTION TO FILE UNDER SEAL THE PARTIES AND THE UNITED STATES' JOINT STIPULATION AND INCORPORATED MEMORANDUM OF LAW

Plaintiff Apple Inc., Defendant Corellium, LLC (collectively, the "Parties"), and the United States, by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully move this Court for an order authorizing the filing under seal of the Parties and the United States' Joint Stipulation. In support of this request, Apple, Corellium, and the United States state as follows:

1.      On August 24, 2020, the Court issued a sealed order at ECF No. 658 (the "Sealed Order").

2.      The Parties and the United States are filing a Joint Stipulation that relates to and discusses the content of the Sealed Order. The Parties and the United States therefore seek to file the Joint Stipulation under seal.

**WHEREFORE** the Parties and the United States respectfully request that, unless and until information related to the Sealed Order, ECF No. 658, is unsealed, the following document remains

under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case, as ordered by this Court, or required by law:

    a.   The Parties and the United States' Joint Stipulation.

A proposed order is submitted herewith.

### <u>LOCAL RULE 7.1(A)(3) CERTIFICATION</u>

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff, counsel for Defendant, and the United States conferred via telephone on September 7, 2020 and via email on September 8, 2020, and the Parties and the United States agree and therefore jointly seek the relief sought herein.

Dated: September 8, 2020

Respectfully Submitted,

_s/ Martin B. Goldberg_

Michele D. Johnson*
_michele.johnson@lw.com_
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
_sy.damle@lw.com_
Elana Nightingale Dawson*
_elana.nightingaledawson@lw.com_
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
_andrew.gass@lw.com_
Joseph R. Wetzel
_joe.wetzel@lw.corm_
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
_jessica.stebbinsbina@lw.com_
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
_gabe.gross@lw.com_
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Martin B. Goldberg
Florida Bar No. 0827029
_mgoldberg@lashgoldberg.com_
_rdiaz@lashgoldberg.com_
Emily L. Pincow
Florida Bar. No. 1010370
_epincow@lashgoldberg.com_
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

_Attorneys for Plaintiff_ APPLE INC.

/s/ *Lizza Constantine*
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.:  106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

*and*

HECHT PARTNERS LLP
*Counsel for Defendant*
125 Park Ave. 25th Floor
New York, NY 10017
Telephone (212) 851-6821
David L. Hecht, *Pro hac vice*
E-mail: dhecht@hechtpartners.com
Maxim Price, *Pro hac vice*
E-mail: mprice@hechtpartners.com
Conor B. McDonough, *Pro hac vice*
E-mail: cmcdonough@hechtpartners.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@hechtpartners.com

*Attorneys for Defendant* Corellium, LLC

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
U.S. Department of Justice
Civil Division

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida

ANTHONY J. COPPOLINO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

  /s/ Serena Orloff
SERENA ORLOFF
Special Bar No. A5502652
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, D.C. 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
Email: serena.m.orloff@usdoj.gov

  Dexter A. Lee
DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

*Attorneys for the United States*