**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

       Plaintiff,

  v.

CORELLIUM, LLC,

       Defendant.

**PROPOSED ORDER GRANTING**
**PLAINTIFF APPLE INC., DEFENDANT CORELLIUM, LLC, AND THE UNITED STATES' JOINT MOTION TO FILE UNDER SEAL THE PARTIES AND THE UNITED STATES' JOINT STIPULATION**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc., Defendant Corellium, LLC, and the United States' Joint Motion to File Under Seal the Parties and the United States' Joint Stipulation ("Motion"). Being fully advised in the premises, and noting that the Parties and the United States jointly seek relief, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. The Parties and the United States are given leave to file under seal the Parties and the United States' Joint Stipulation. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this __ of September, 2020.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**