**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

            Plaintiff,

  v.

CORELLIUM, LLC,

            Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PLAINTIFF APPLE INC.'S MOTION RELATED TO THE COURT'S SEALED ORDER AT ECF NO. 658 AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of Plaintiff Apple Inc.'s Motion Related to the Court's Sealed Order at ECF No. 658 ("Motion"). In support of this request, Apple states as follows:

1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. On August 24, 2020, the Court issued a sealed order at ECF No. 658 (the "Sealed Order").

3. Apple's Motion relates to and quotes the Sealed Order.

4. Apple's Motion quotes material Corellium has designated as "Confidential" or "Confidential – Attorneys' Eyes Only" ("AEO") pursuant to the Protective Order.

5. Apple's Motion quotes material Apple has designated as "Confidential" or AEO pursuant to the Protective Order.

6. Consistent with the Protective Order and the parties' standing designations, and in light of the foregoing, Apple moves to file under seal its Motion.

**WHEREFORE** Apple respectfully requests that, unless and until Apple's or Corellium's confidentiality designations are changed or rejected, or the Sealed Order, ECF No. 658, is unsealed, the following document remains under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case, as ordered by this Court, or required by law.

a. Plaintiff Apple Inc.'s Motion Related to the Court's Sealed Order at ECF No. 658

A proposed order is submitted herewith.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that, on September 7, 2020, counsel for Plaintiff conferred telephonically with counsel for Defendant and for the United States. Defendant and the United States do not oppose the relief sought herein.

Dated: September 8, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.