**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

       Plaintiff,

  v.

CORELLIUM, LLC,

       Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S
MOTION TO FILE UNDER SEAL PLAINTIFF APPLE INC.'S MOTION
<u>RELATED TO THE COURT'S SEALED ORDER AT ECF NO. 658</u>**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to File Under Seal Plaintiff Apple Inc.'s Motion Related to the Court's Sealed Order at EFC No. 658 ("Motion"). Being fully advised in the premises, and noting that Defendant Corellium, LLC and the United States do not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Plaintiff Apple Inc. is given leave to file under seal its Motion Related to the Court's Sealed Order at ECF No. 658. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this __ of August, 2020.

 

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**