**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S
MOTION TO CLOSE COURTROOM FOR LIMITED PERIODS DURING TRIAL TO
PROTECT AGAINST PUBLIC DISCLOSURE OF APPLE PROTECTED MATERIAL**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion to Close Courtroom For Limited Periods During Trial To Protect Against Public Disclosure Of Apple Protected Material. Being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the motion is hereby **GRANTED**. The Court finds that the material referenced in the motion and in the accompanying declaration of Jon Andrews constitutes Apple trade secrets, which Apple treats as highly confidential and proprietary and protects accordingly. The Court further finds that, after balancing Apple's interest in protecting its trade secrets with the public's right to access court proceedings, Apple has an overriding interest in maintaining the confidentiality of its trade secrets. The Court further finds that, given the limited nature of anticipated testimony related to Apple's trade secrets, and the correspondingly limited closure requested, the requested relief is narrowly tailored to protect Apple's interest in maintaining the confidentiality of its trade secrets. The Court will close the courtroom at trial during any discussions of or references to non-public information related to the technologies described in the motion and accompanying declaration of Jonathan Andrews.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this ___ of September, 2020.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**