## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

**JOINT MOTION FOR CLARIFICATION REGARDING, OR, IN THE ALTERNATIVE, AN EXTENSION OF, THE DEADLINE TO SUBMIT ELECTRONIC EXHIBITS**

Plaintiff Apple Inc. and Defendant Corellium, LLC (collectively, the "Parties") respectfully and jointly move the Court for an order clarifying, or extending, the date by which the Parties must file electronic versions of documentary exhibits and Certificates of Compliance. In support of this joint motion, the Parties state as follows:

1. On August 21, 2019, the Court issued an Order Requiring Joint Scheduling Report, Certificates of Interested Parties and Corporate Disclosure Statement. ECF No. 7. In that Order, the Court included a draft Proposed Scheduling Order Setting Civil Trial Date and Pretrial Schedule that the Parties were to adhere to in submitting a Proposed Scheduling Order. *Id.* at 1, 3–4. The form notes that "[e]lectronic versions of documentary exhibits and Certificates of Compliance" shall be filed "no later than 48 hours prior to Calendar Call." *Id.* at 4.

2. On October 3, 2019, the Court issued its initial Order Setting Civil Trial Date, Pretrial Deadlines, and Referral to Magistrate Judge, ECF No. 32 ("Scheduling Order"). In the Scheduling Order, the Court set this matter for trial beginning on October 13, 2020, with a deadline

for filing the "[e]lectronic versions of documentary exhibits and Certificates of Compliance" by September 30, 2020. *Id.* at 1–2.

3. The Court has issued three subsequent scheduling orders modifying certain deadlines in the Scheduling Order. *See* ECF Nos. 66, 618, 661. In the most recent order—the Third Amended Trial Order, ECF No. 661, issued on August 25, 2020—the Court reset the trial date to February 1, 2021, and set the Calendar Call for January 26, 2021. *Id.* at 1. Neither the Third Amended Trial Order (ECF No. 661), nor the prior two scheduling orders (ECF Nos. 66, 618) address the deadline for electronic versions of documentary exhibits and Certificates of Compliance. It is thus unclear whether the deadline for electronic versions of documentary exhibits and Certificates of Compliance remains September 30, 2020, or whether it is now "no later than 48 hours prior to the Calendar Call." ECF No. 7.

4. The Parties currently have numerous motions *in limine* pending before the Court, as well as various dispositive motions, that may narrow the scope of evidence to be submitted at trial. The Parties respectfully submit that it would be more efficient to file electronic versions of documentary exhibits closer to the trial date, and thus propose the Court set a deadline for the week of January 18, 2021.[1]

5. In light of the foregoing, the Parties seek clarification regarding the current due date for the electronic submission of their exhibits and Certificates of Compliance and, if that date is currently prior to January 2021, the Parties request that the date be moved to the week of January 18, 2021.

**WHEREFORE**, the Parties respectfully move this Court for an order clarifying the date by which they are to submit "[e]lectronic versions of documentary exhibits and Certificates of

---

[1] January 18, 2021 is the Martin Luther King, Jr. holiday.

Compliance," and jointly request that, if the current due date is prior to January 2021, the Court set such a date for the week of January 18, 2021.

Case 9:19-cv-81160-RS   Document 726   Entered on FLSD Docket 09/15/2020   Page 4 of 5

| | |
|---|---|
| Dated: September 15 2020 | Respectfully Submitted, |
| Michele D. Johnson* | *s/ Martin B. Goldberg* |
| *michele.johnson@lw.com* | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | *mgoldberg@lashgoldberg.com* |
| (714) 540-1235 / (714) 755-8290 Fax | *rdiaz@lashgoldberg.com* |
| | Emily L. Pincow |
| Sarang Vijay Damle* | Florida Bar. No. 1010370 |
| *sy.damle@lw.com* | *epincow@lashgoldberg.com* |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| *elana.nightingaledawson@lw.com* | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL 33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.

*/s/ Lizza Constantine*
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.: 106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

    *and*

HECHT PARTNERS LLP
*Counsel for Defendant*
125 Park Ave. 25th Floor
New York, NY 10017
Telephone (212) 851-6821
David L. Hecht, *Pro hac vice*
E-mail: dhecht@hechtpartners.com
Maxim Price, *Pro hac vice*
E-mail: mprice@hechtpartners.com
Conor B. McDonough, *Pro hac vice*
E-mail: cmcdonough@hechtpartners.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@hechtpartners.com

*Attorneys for Defendant Corellium, LLC*