**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

    Plaintiff,
v.

CORELLIUM, LLC,

    Defendant.

_____/

**DEFENDANT CORELLIUM, LLC'S *UNOPPOSED* MOTION FOR CLARIFICATION REGARDING DEADLINE FOR RESPONSE TO MOTION RELATED TO SEALED ORDER, ECF NO. 658**

Defendant, Corellium, LLC ("Corellium"), by and through undersigned counsel, files this *Unopposed* Motion for Clarification Regarding Deadline for Response to Motion Related to Sealed Order, ECF No. 658 ("Motion"), and in support states as follows:

1. On August 24, 2020, the Court issued a sealed order at ECF No. 658 (the "Sealed Order").

2. On September 8, 2020, Apple filed a motion relating to the Sealed Order ("Apple's Motion").

3. The Sealed Order did not provide for deadlines as to responses to motions. Corellium now seeks to clarify the deadlines for its response to Apple's Motion.

4. S.D. Local Rule 7.1(c)(1) provides for fourteen days to "file and serve an opposing memorandum of law" after a motion is filed.

5. In light of the foregoing, Corellium seeks clarification whether a response to Apple's Motion is due no later than fourteen days from the filing, on September 22, 2020.

6.      A proposed order granting this motion is attached.

**WHEREFORE**, Defendant, Corellium, LLC respectfully requests the Court enter an order clarifying the date by which Corellium is to file a response to Apple's Motion.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Defendant conferred via email with counsel for Plaintiff and counsel for the Government on September 15, 2020, regarding the relief sought herein. Plaintiff and the Government do not oppose the Motion and the relief requested herein.

Dated: September 15, 2020            Respectfully submitted,

                                      COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant CORELLIUM, LLC*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail: justin.levine@csklegal.com
Secondary e-mail: lizza.constantine@csklegal.com

By:  *s/ Lizza C. Constantine*
     JONATHAN VINE
     Florida Bar. No.: 10966
     JUSTIN B. LEVINE
     Florida Bar No.: 106463
     LIZZA C. CONSTANTINE
     Florida Bar No.: 1002945

        *and*

HECHT PARTNERS LLP
*Counsel for Defendant*
125 Park Ave., 25th Floor
New York, NY 10017

Telephone (212) 851-6821
David Hecht, *Pro hac vice*
E-mail: dhecht@hechtpartnersllp.com
Maxim Price, *Pro hac vice*
E-mail: mprice@hechtpartnersllp.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@hechtpartnersllp.com

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on September 15, 2020, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

**SERVICE LIST**

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000

CASE NO.: 9:19-CV-81160-RS

Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*


Serena M. Orloff
Serena.m.orloff@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, DC 20005

Dexter A. Lee
Dexter.lee@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, FL 33132

*Attorneys for the United States*