**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S *UNOPPOSED* MOTION FOR**
**CLARIFICATION REGARDING DEADLINE FOR RESPONSE TO MOTION**
**RELATED TO SEALED ORDER, ECF NO. 658**

      THIS CAUSE came before the Court upon the Defendant, CORELLIUM, LLC's

("Corellium"), *Unopposed* Motion for Clarification Regarding Deadline for Response to Motion

Related to Sealed Order, ECF No. 658 ("Motion"). Being fully advised, it is:

      **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Corellium must

provide a response to Apple's Motion no later than September 22, 2020.

      **DONE AND ORDERED** this ___ of September, 2020, at West Palm Beach, Palm Beach

County in the Southern District of Florida.

                           _____

                           **WILLIAM MATTHEWMAN**
                           **UNITED STATES DISTRICT JUDGE**