UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S OMNIBUS REPLY IN SUPPORT OF ITS MOTIONS *IN LIMINE* AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple's Omnibus Reply in Support of its Motions *in Limine* ("Omnibus Reply"). In support of this request, Apple states as follows:

1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. Pursuant to this Court's Paperless Order Granting Joint Motion For Clarification Regarding Replies in Support of Motions *in Limine*, ECF No. 712, Apple is filing its Omnibus

Reply on September 16, 2020.

3. Pages 5, 7, and 8[1] of Apple's Omnibus Reply contain discussions or quotes of the sealed order the Court entered on August 24, 2020, *see* ECF No. 658; information related to that sealed order that the Court has previously allowed to be filed under seal, *see* ECF Nos. 575, 576; and information related to the sealed order that is the subject of a pending joint motion to seal on behalf of Apple, Corellium, and the United States, *see* ECF Nos. 721, 722.

4. The first and last paragraphs of Page 6 of Apple's Omnibus Reply contain information Apple has designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY" ("AEO") under the Protective Order because it refers to highly confidential, sensitive information.

5. The third paragraph of page 7 of Apple's Omnibus Reply refers to and quotes information Corellium has designated "CONFIDENTIAL" or AEO under the Protective Order. Corellium has requested that Apple seek to file this material under seal.

6. The third paragraph of page 7 of Apple's Omnibus Reply refers to and quotes information third-party Azimuth Security, LLC has designated AEO under the Protective Order. Azimuth has requested that Apple seek to file this material under seal.

7. Although "court filings are matters of public record," the right of access to such filings "is not absolute." *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir. 2001). To determine whether the sealing of judicial records is appropriate, then, courts balance the public's right of access "against the other party's interest in keeping the information confidential." *Id.* at 1309, 1315.

8. In light of the foregoing, and pursuant to the standard set forth in *Chicago Tribune*,

---

[1] The page numbers herein refer to the page numbers at the bottom of the pages of Apple's Omnibus Reply.

Apple seeks to file under seal the portions of its reply that refer to or quote (a) material that has been sealed in this case or is subject to a pending motion to seal, and (b) material that Corellium, Apple, and/or Azimuth have designated "CONFIDENTIAL" or AEO under the Protective Order.

**WHEREFORE** Apple respectfully requests that, unless and until Apple's, Corellium's, or Azimuth's confidentiality designations are changed or rejected, or information related to the court's sealed order at ECF No. 658 is unsealed, portions of the following document remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

    a. Portions of Plaintiff Apple Inc.'s Omnibus Reply in Support of Its Motions *In Limine*.

A proposed order is submitted herewith.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3) and this Court's Order at ECF No. 700, the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant and counsel for Azimuth Security, LLC on September 16, 2020, regarding the relief sought herein. To limit the scope of the relief sought herein, counsel for Plaintiff carefully reviewed the information subject to this motion and conferred with counsel for Defendant and Azimuth regarding the material those parties have designated Confidential or AEO. Defendant does not oppose the relief sought herein, and requested that Apple seek to file under seal the information Corellium has designated Confidential or AEO. Azimuth has requested that Apple seek to file under seal the information Azimuth has designated AEO and any related information.

Dated: September 16, 2020

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.