# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

APPLE INC.,

      Plaintiff,

  v.

CORELLIUM, LLC,

      Defendant.

---

### PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S OMNIBUS REPLY IN SUPPORT OF ITS MOTIONS *IN LIMINE*

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Under Seal Portions of Apple Inc.'s Omnibus Reply in Support of Its Motions *in Limine* ("Motion"). Being fully advised in the premises, noting that Defendant Corellium, LLC does not oppose the relief sought, and noting that counsel for Apple has certified that it conferred with counsel for Corellium and counsel for Azimuth Security, LLC to limit the scope of its motion, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Apple is given leave to file under seal portions of Plaintiff Apple Inc.'s Omnibus Reply in Support of Its Motions *in Limine*.

The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this __ of September, 2020.

                                                      _____
                                                      **RODNEY SMITH**
                                                      **UNITED STATES DISTRICT JUDGE**