# EXHIBIT A

FOR THE CASE OF

# Apple vs. Corellium

TRANSCRIPT OF

# Akila Srinivasan

April 16, 2020

**Martell Associates**

PO Box 172718

Tampa, FL 33672

800-636-1136

```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA


APPLE INC.,

        Plaintiff,

vs.                                  No. 9:19-cv-81160-RS

CORELLIUM, LLC,

        Defendants.

_____/




             DEPOSITION OF AKILA SRINIVASAN

           CONFIDENTIAL - ATTORNEYS' EYES ONLY



           Date:          Thursday, April 16, 2020

           Time           1:37 p.m.

           Location:      All parties via
                          videoconference


           Stenographically reported by:

                          Nina Pavone, CSR
                          License No. CSR-7802




                       *   *   *   *
```

```
 1      guidance of what this code snippet is supposed to do
 2      or be or what you can even do with it.
 3              With the code base as big as Apple, if you
 4      don't have this sort of information, it's -- to not
 5      provide us metadata on what are we even looking at
 6      and why does it matter, it increases the engineering
 7      workload to understand this bug.
 8              And the point of the bounty program is to
 9      encourage researchers to give us high quality reports
10      which is one of the reasons why we pay as much as we
11      do.
12          Q. People have to be accepted into the Apple
13      security bounty program, right?
14          A. No.  The Apple security bounty program is
15      public.
16          Q. If I found a bug, I could submit it right now
17      and I would be considered for payment?
18          A. Yes.  Anyone who finds a security bug and
19      sends it to product-security@apple.com, which is our
20      official e-mail address in all our documented sites,
21      is eligible for a bounty bug -- for a bounty payout.
22          Q. So there is no pre-acceptance process?
23          A. There isn't.
24          Q. When did that start, a lack of a
25      pre-acceptance process?
```

```
 1            I, NINA PAVONE, a Certified Shorthand
 2   Reporter, hereby certify that the witness in the
 3   foregoing deposition was by me duly sworn to tell the
 4   truth, the whole truth, and nothing but the truth in
 5   the within-entitled cause;
 6            That said deposition was taken down in
 7   shorthand by me, a disinterested person, at the time
 8   and place therein stated, and was hereafter
 9   transcribed, by computer, into typewriting, under my
10   direction and supervision;
11            That before completion of the deposition
12   review of the transcript (x ) was requested ( ) was
13   not requested.  If requested, any changes made by the
14   deponent (and provided to the reporter) are appended
15   hereto.
16            I further certify that I am not of counsel,
17   nor attorney for any of the parties in the foregoing
18   deposition and caption named, nor in any way
19   interested in the outcome of the cause named in said
20   caption, and that I am not related to any of the
21   parties hereto.
22
23   DATE:  April 17, 2020
24                              _____
25                              NINA PAVONE, CSR #7802
```