# EXHIBIT B

Jason Shirk Vol Confidential
March 23, 2020

```
 1                  UNITED STATES DISTRICT COURT

 2                  SOUTHERN DISTRICT OF FLORIDA

 3                   CASE NO: 9:19-cv-81160-RS

 4   ---------------------------------------------------------

 5   APPLE INC.,                        )
                                        )
 6                   Plaintiff,         )
                                        )
 7       vs.                            )
                                        )
 8   CORELLIUM, LLC,                    )
                                        )
 9                   Defendant.         )

10   ---------------------------------------------------------

11                       DEPOSITION OF

12                        JASON SHIRK

13                    CONFIDENTIAL PORTION

14                    ATTORNEYS' EYES ONLY

15

16                      March 23, 2020

17                        10:15 a.m.

18

19               1200 Sixth Avenue, Suite 610

20                     Seattle, Washington

21

22

23

24

25   REPORTED BY:  Allison O'Brien, CCR No. 2163
```

```
 1  not happen.
 2      Q.   So based on that, has anybody ever been rejected
 3  admission into the program?
 4      A.   No.
 5      Q.   Can anybody at Apple submit a recommendation for
 6  admission into the program?
 7           MS. BINA:  Objection, vague as to the current
 8      or old version of the program.  Sorry.  Go ahead.
 9      Q.   Either, Mr. Shirk.
10      A.   So the new program doesn't require any invitation
11  at all.  It's publicly open to everyone.  In the old
12  program, anyone at Apple was certainly going to make the --
13  or able to make the recommendations to me.  And we would
14  have a discussion of the merits to bring the person into the
15  program, and then I would put the name forward.  So it could
16  be said that I was sort of the gatekeeper at this point.
17      Q.   So could anybody from Apple submit a name to be
18  put forward for admission?
19      A.   To me at that point, yes.
20      Q.   Is any due diligence done on the potential members
21  once they're submitted for admission?
22      A.   I didn't do due diligence before I put the names
23  forward.  And that was usually a conversation like I had
24  with Mr. Wade before the date of this e-mail.  Or if the
25  quality of the bug was very high, we would recommend it
```

```
 1   JASON SHIRK; March 23, 2020; No. 899275

 2                       CERTIFICATE

 3   STATE OF WASHINGTON )
                         )   ss.
 4   COUNTY OF KING      )

 5       I, Allison C. O'Brien, the undersigned Washington

 6   Certified Court Reporter, pursuant to RCW 5.28.010

 7   authorized to administer oaths and affirmations in and for

 8   the State of Washington, do hereby certify:

 9       That the foregoing deposition was taken before me at

10   the time and place therein set forth; that the witness was

11   by me first duly sworn to testify the truth, the whole truth

12   and nothing but the truth; that the testimony of the witness

13   and all objections made at the time of the examination were

14   recorded stenographically by me and thereafter transcribed

15   under my direction; that a review of the transcript by the

16   deponent was requested; and that the foregoing transcript is

17   a true record of the testimony given by the witness and of

18   all objections made at the time of the examination, to the

19   best of my ability.

20       I further certify that I am not a relative or employee

21   or attorney or counsel of any of the parties, nor am I

22   financially interested in the outcome of the case.

23            Signed and sealed March 31, 2020.

24            _____
              Allison C. O'Brien
25            Reporting License No. 2163
```