UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**CORELLIUM'S MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF ITS OMNIBUS REPLY IN SUPPORT OF ITS MOTIONS IN *LIMINE* AND EXHIBIT 1**

Defendant, Corellium, LLC ("Corellium"), pursuant Federal Rule of Civil Procedure 26(c), Local Rules 5.4 and 7.1 of the United States District Court for the Southern District of Florida, and Section 9 of the Southern District of Florida's CM/ECF Administrative Procedures, respectfully moves this Court for an order authorizing the filing under seal of portions of Corellium's Omnibus Reply in Support of its Motions in *Limine* and certain exhibits attached thereto, and in support thereof, states as follows:

**BACKGROUND**

1. On December 13, 2019, this Court entered a Stipulated Confidentiality and Protective Order [D.E. 50] (the "Protective Order"). The Protective Order exists to allow the parties to designate Protected Material pursuant to Protective Order ¶ 7.

2. On August 17, 2020, Corellium filed fifteenth motions in limine (collectively "Motions in Limine").

3. On August 31, 2020, Apple files responses to Corellium's Motions in Limine ("Responses").

4. On September 3, 2020, the Court granted the Parties' Joint Motion for Clarification Regarding Replies in Support of Motions in Limine [D.E. 712] ("Order"). In the Order, the Court allowed the Parties to file replies in the form of an omnibus reply "no later than September 16, 2020." *Id*.

5. Accordingly, Corellium's Omnibus Reply in Support of its Motions in *Limine* ("Reply") is due on September 16, 2020.

6. In connection with the same, Corellium will be filing the following exhibit that must be filed under seal:

> a. Exhibit 1 – Corellium's Security Research Datasheet. This document has been designated as Attorney's Eyes Only by Corellium.

7. Moreover, certain portions of Corellium's Reply contains information that has been designated as confidential or AEO by Corellium. The Reply contains excerpts of testimony by Amanda Gorton that have been designated confidential/AEO.

8. Counsel for Apple has informed counsel for Corellium that Apple does not take a position on Corellium's request to seal information Corellium has designated AEO or confidential.

9. Consistent with the Protective Order and the Parties' confidentiality designations, Corellium moves to file under seal portions of Corellium's Reply and Exhibit 1 attached thereto.

## MEMORANDUM OF LAW

### I. Legal Standard

"Unless otherwise provided by law, Court rule, or Court order, proceedings in the United States District Court are public and Court filings are matters of public record." S.D. Fla. L.R. 5.4(a). However, this right of access is not absolute and "requires a balancing of competing interests." *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir.

2001) (citations omitted). In determining whether to seal a document, "courts must consider, among other factors, 'whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents.'" *Huenefeld v. Nat'l Beverage Corp.*, No. 16-62881-CIV, 2017 WL 4864594, at *1 (S.D. Fla. Oct. 25, 2017) (quoting *Romero v. Drummond Co.*, 480 F.3d 1234, 1245 (11th Cir. 2007)).

## II. Good Cause Exists for the Court to Seal Portions of Corellium's Reply and Attached Exhibit 1.

In this instance, good cause exists for this Court to seal portions of Corellium's Reply and Exhibit 1 attached thereto. Corellium's Reply includes excerpts of Amanda Gorton's testimony that have been designated by Corellium as Confidential/AEO because it discusses highly confidential information relating to Corellium's communications with its customers, trade secret information relating to Corellium's pricing and targeted marketing, as well as the identities of certain Corellium customers, and other proprietary trade secret business. This information has been previously designated as confidential or Attorney's Eyes Only ("AEO") by Corellium during discovery and should not be shared with the public.

Accordingly, precautions are required of this Court to keep this sensitive information from the public's reach. Therefore, due to the confidential, proprietary, and trade secret information contained therein, this Court should seal portions of Corellium's Reply and Exhibit 1.

## **CONCLUSION**

**WHEREFORE**, Corellium respectfully requests the Court enter the proposed Order, attached hereto, permitting it to file portions of Corellium's Omnibus Reply in Support of its Motions in *Limine*, as well as Exhibit 1 attached thereto, and that are identified above under seal and ordering that the materials remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above referenced Protective Order, as ordered by this Court, or required by law, and any other relief this Court deems just and proper.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Defendant conferred via email with counsel for Plaintiff on September 16, 2020, regarding the relief sought herein. Apple does not take a position on Corellium's request to seal information Corellium has designated AEO or confidential.

Dated: September 16, 2020             Respectfully submitted,

                                            COLE, SCOTT & KISSANE, P.A.
                                            *Counsel for Defendant CORELLIUM, LLC*
                                            Esperante Building
                                            222 Lakeview Avenue, Suite 120
                                            West Palm Beach, Florida 33401
                                            Telephone (561) 612-3459
                                            Facsimile (561) 683-8977
                                            Primary e-mail: justin.levine@csklegal.com
                                            Primary e-mail: lizza.constantine@csklegal.com

                                  By:  *s/ Lizza C. Constantine*
                                            JONATHAN VINE
                                            Florida Bar. No.: 10966
                                            JUSTIN B. LEVINE
                                            Florida Bar No.:  106463

CASE NO.: 9:19-CV-81160-RS

LIZZA C. CONSTANTINE
Florida Bar No.: 1002945

*and*

HECHT PARTNERS LLP
*Counsel for Defendant*
125 Park Ave, 25th Floor
New York, NY 10010
Tel: (212) 851-6821
David L. Hecht *pro hac vice*
Email: dhecht@hechtpartners.com
Minyao Wang *pro hac vice*
Email: mwang@hechtpartners.com

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on September 16, 2020, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street

CASE NO.: 9:19-CV-81160-RS

Miami, FL 33131

Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*