**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF ITS OMNIBUS REPLY IN SUPPORT OF ITS MOTIONS IN *LIMINE* AND EXHIBIT 1**

THIS CAUSE came before the Court upon the Defendant, CORELLIUM, LLC's ("Corellium"), Motion to File Under Seal Certain Portions of Its Omnibus Reply in Support of its Motions in Limine and Exhibit 1 ("Motion to File Under Seal"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion to File Under Seal is hereby **GRANTED**. Corellium can file under seal certain portions of its Omnibus Reply and Exhibit 1 attached thereto.

**DONE AND ORDERED** this \_\_\_ of September, 2020, at Fort Lauderdale, Broward County in the Southern District of Florida.

                                                                   _____
                                                                   **RODNEY SMITH**
                                                                   **UNITED STATES DISTRICT JUDGE**