UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APPLE INC.,

    Plaintiff,

vs.    No. 9:19-cv-81160-RS

CORELLIUM, LLC,

    Defendants.

_____/

DEPOSITION OF MATTHEW FIRLIK

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Date:        Thursday, April 16, 2020

Time:        8:02 a.m.

Location:    All parties via videoconference

Stenographically reported by:

Nina Pavone, CSR
License No. CSR-7802

\* \* \*

1       access to the file system of that phone?

2             A. Not to my understanding, no.

3             Q. Who are the people or entities that -- strike

4       that.

5             Who is a typical purchaser of the Apple

6       developer program?

7             A. I couldn't -- I don't think I can describe a

8       typical participant.  I'm not aware of the total

9       number of people who sign up.  One very popular type

10      is those looking to ship applications to the App

11      Store.

12            Q. So a developer?

13            A. Yes, a software developer.

14            Q. Are you aware of the Apple Security Research

15      Device program?

16            A. I know the program exists.  I don't know any

17      particulars about the program.

18            Q. What do you know about the program?

19            A. I know it exists.  I know we have one as a

20      program to coordinate with individuals interested in

21      security research.  That is the extent of my

22      knowledge.

23            Q. That might make this line of questioning

24      very, very easy then.

25            Do you know that, as the underlying