# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

## PROPOSED ORDER GRANTING CORELLIUM'S *UNOPPOSED* MOTION TO FILE UNDER SEAL CORELLIUM'S RESPONSE IN OPPOSITION TO APPLE'S MOTION RELATED TO SEALED ORDER, ECF NO. 658 AND EXHIBITS

THIS CAUSE came before the Court upon the Defendant, CORELLIUM, LLC's ("Corellium"), *Unopposed* Motion to File Under Seal Corellium's Response in Opposition to Apple's Motion Related to the Court's Sealed Order, ECF No. 658 and Exhibits ("Motion"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Corellium is given leave to file under seal its Response in Opposition to Apple's Motion Related to the Court's Sealed Order at ECF No. 658 and Exhibits attached thereto. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this \_\_\_ of September, 2020, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                      **WILLIAM MATTHEWMAN**
                                      **UNITED STATES DISTRICT JUDGE**