UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:19-CV-81160-RS

APPLE, INC.,

    Plaintiff,

v.

CORELLUM, LLC,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF APPEARANCE AS CO-COUNSEL AND DESIGNATION OF E-MAIL ADDRESSES

THOMAS L. HUNKER, ESQ., of COLE, SCOTT & KISSANE, P.A., hereby gives notice of their additional appearance on behalf of Defendant, CORELLUM, LLC, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned. Further, pursuant to Florida Rule of Judicial Administration 2.516, the undersigned hereby designates the following primary and secondary e-mail addresses for mail service in the above referenced case.

    E-mail:    thomas.hunker@csklegal.com
    E-mail:    tamara.mihajlovic@csklegal.com

## CERTIFICATE OF SERVICE

CASE NO.: 9:19-CV-81160-RS

I HEREBY CERTIFY that on this 23rd day of September, 2020, a true and correct copy of the foregoing was filed with the Clerk of Southern-West Palm Beach County by using the Florida Courts e-Filing Portal, which will send an automatic e-mail message to the following parties registered with the e-Filing Portal system: Jessica Stebbins Bina, Esq., Latham & Watkins LLP, jessica.stebbinsbina@lw.com, 10250 Constellation Boulevard, Suite 1100, Los Angeles, CA 90067, (424) 653-5500/(424) 653-5501 (F), Attorney for Plaintiff, Apple, Inc., Sarang V. Damle, Esq., Latham & Watkins LLP, sy.damle@lw.com, 555 Eleventh Street NW, Suite 1000, Washington, DC 20004, (202) 637-2200/(202) 637-2201 (F), Attorney for Plaintiff, Apple, Inc., Elana Nightingale Dawson, Esq., Latham & Watkins LLP, elana.nightingaledawson@lw.com, 555 Eleventh Street NW, Suite 1000, Washington, DC 20004, (202) 637-2200/(202) 637-2201 (F), Attorney for Plaintiff, Apple, Inc., Andrew M. Gass, Esq., Latham & Watkins LLP, andrew.gass@lw.com, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111, (415) 391-0600/(415) 395-8095 (F), Attorney for Plaintiff, Apple, Inc., Martin B. Goldberg, Esq., Lash & Goldberg LLP, goldberg@lashgoldberg.com;rdiaz@lashgoldberg.com, 100 SE Second Street, Miami, FL 33131, (305) 347-4040/(305) 347-4050 (F), Attorney for Plaintiff, Apple, Inc. and Emily L. Pincow, Esq., Lash & Goldberg LLP,

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

CASE NO.: 9:19-CV-81160-RS

epincow@lashgoldberg.com, 2500 Weston Road, Suite 220, Weston, FL 33331, (305) 347-4040/(305) 347-4050 (F), Attorney for Plaintiff, Apple, Inc.

> COLE, SCOTT & KISSANE, P.A.
> *Counsel for Defendant*
> 110 Tower
> 110 S.E. 6th Street, Suite 1850
> Fort Lauderdale, Florida 33301
> Telephone (954) 703-3743
> Facsimile (954) 703-3701
> Primary e-mail: thomas.hunker@csklegal.com
> Alternate e-mail: tamara.mihajlovic@csklegal.com
>
>
> By:  s/ Thomas L. Hunker
>      THOMAS L. HUNKER
>      Florida Bar No.: 38325