**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

       Plaintiff,

  v.

CORELLIUM, LLC,

       Defendant.

**PROPOSED ORDER GRANTING
PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL
PLAINTIFF APPLE INC.'S REPLY IN SUPPORT OF MOTION RELATED TO THE
COURT'S SEALED ORDER AT ECF NO. 658 AND EXHIBITS THERETO**

    **THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Under Seal Plaintiff Apple Inc.'s Reply in Support of Motion Related to the Court's Sealed Order at EFC No. 658 and Exhibits Thereto ("Motion"). Being fully advised in the premises, and noting that Defendant Corellium, LLC and the United States do not oppose the relief sought, it is

    **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Plaintiff Apple Inc. is given leave to file under seal its Reply in Support of Motion Related to the Court's Sealed Order at ECF No. 658 and Exhibits A and B thereto. The sealed materials shall remain under seal until further Court order.

    **DONE AND ORDERED** in Fort Lauderdale, Florida this __ of September, 2020.

                                    _____
                                    **RODNEY SMITH
                                    UNITED STATES DISTRICT JUDGE**