UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:19-CV-81160-RS

APPLE, INC.,

    Plaintiff,

v.

CORELLUM, LLC,

    Defendant.
_____/

### DEFENDANT'S NOTICE OF APPEARANCE AS CO-COUNSEL AND DESIGNATION OF E-MAIL ADDRESSES

SELINA PATEL, under the supervision of THOMAS L. HUNKER, ESQ., of COLE, SCOTT & KISSANE, P.A., and pursuant to the Florida Bar's Temporary Supervised Practice Program, hereby gives notice of as additional appearance as counsel on behalf of Defendant, CORELLUM, LLC, pursuant to Supreme Court of Florida's Administrative Order No.: AOSC20-80, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned. Further, pursuant to Florida Rule of Judicial Administration 2.516, the undersigned hereby designates the following primary and secondary e-mail addresses for mail service in the above referenced case.

    E-mail:    thomas.hunker@csklegal.com
    E-mail:    tamara.mihajlovic@csklegal.com

CASE NO.: 9:19-CV-81160-RS

E-mail: selina.patel@csklegal.com
E-mail: cyndy.wald@csklegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October, 2020, a true and correct copy of the foregoing was filed with the Clerk of Southern-West Palm Beach County by using the Florida Courts e-Filing Portal, which will send an automatic e-mail message to the following parties registered with the e-Filing Portal system: Jessica Stebbins Bina, Esq., Latham & Watkins LLP, jessica.stebbinsbina@lw.com, 10250 Constellation Boulevard, Suite 1100, Los Angeles, CA 90067, (424) 653-5500/(424) 653-5501 (F), Attorney for Plaintiff, Apple, Inc., Sarang V. Damle, Esq., Latham & Watkins LLP, sy.damle@lw.com, 555 Eleventh Street NW, Suite 1000, Washington, DC 20004, (202) 637-2200/(202) 637-2201 (F), Attorney for Plaintiff, Apple, Inc., Elana Nightingale Dawson, Esq., Latham & Watkins LLP, elana.nightingaledawson@lw.com, 555 Eleventh Street NW, Suite 1000, Washington, DC 20004, (202) 637-2200/(202) 637-2201 (F), Attorney for Plaintiff, Apple, Inc., Andrew M. Gass, Esq., Latham & Watkins LLP, andrew.gass@lw.com, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111, (415) 391-0600/(415) 395-8095 (F), Attorney for Plaintiff, Apple, Inc., Martin B. Goldberg, Esq., Lash & Goldberg LLP, goldberg@lashgoldberg.com;rdiaz@lashgoldberg.com, 100 SE Second Street,

CASE NO.: 9:19-CV-81160-RS

Miami, FL 33131, (305) 347-4040/(305) 347-4050 (F), Attorney for Plaintiff, Apple, Inc. and Emily L. Pincow, Esq., Lash & Goldberg LLP, epincow@lashgoldberg.com, 2500 Weston Road, Suite 220, Weston, FL 33331, (305) 347-4040/(305) 347-4050 (F), Attorney for Plaintiff, Apple, Inc.

        COLE, SCOTT & KISSANE, P.A.
        *Counsel for Defendant*
        110 Tower
        110 S.E. 6th Street, Suite 1850
        Fort Lauderdale, Florida 33301
        Telephone (954) 703-3743; (954) 703-3712
        Facsimile (954) 703-3701
        Primary e-mail: thomas.hunker@csklegal.com
        Alternate e-mail: tamara.mihajlovic@csklegal.com
        Primary e-mail: selina.patel@csklegal.com
        Alternate e-mail: cyndy.wald@csklegal.com

By:  s/ Thomas L. Hunker
    THOMAS L. HUNKER
    Florida Bar No.: 38325
    SELINA PATEL, J.D.
    Supervised Participant per AOSC20-80