# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

### JOINT MOTION FOR A FOURTH AMENDED TRIAL ORDER
### AND INCORPORATED MEMORANDUM OF LAW

Plaintiff Apple Inc. and Defendant Corellium, LLC (collectively, the "Parties") respectfully and jointly move the Court for a fourth amended trial order in light of the Southern District of Florida's Seventh Order Concerning Jury Trials and Other Proceedings. *See* Administrative Order 2020-76. In support of this joint motion, the Parties state as follows:

1. On October 3, 2019, the Court issued its initial Order Setting Civil Trial Date, Pretrial Deadlines, and Referral to Magistrate Judge. ECF No. 32 ("Scheduling Order"). In the Scheduling Order, the Court set this matter for trial beginning on October 13, 2020, with a deadline for filing the "[e]lectronic versions of documentary exhibits and Certificates of Compliance" by September 30, 2020. *Id.* at 1–2.

2. The Court has issued three subsequent scheduling orders modifying certain deadlines in the Scheduling Order. *See* ECF Nos. 66, 618, 661. In the most recent order—the Third Amended Trial Order, ECF No. 661, issued on August 25, 2020—the Court reset the trial date to February 1, 2021, and set the Calendar Call for January 26, 2021. *Id.* at 1. The Court further stated "[t]he parties shall file their joint pretrial stipulation, proposed joint jury instructions,

proposed joint verdict form, and/or proposed findings of fact and conclusions of law **no later than 30 days before Calendar Call**." Pursuant to that Order, the Parties' joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law are currently due on **December 24, 2020.**

3. On September 23, 2020, the Court set the deadline for electronic versions of documentary exhibits and Certificates of Compliance as January 21, 2021. ECF No. 736.

4. On October 20, 2020, the Southern District of Florida issued its Seventh Order Concerning Jury Trials and Other Proceedings. *See* Seventh Administrative Order 2020-76. Pursuant to Administrative Order 2020-76, "[a]ll jury trials in the Southern District of Florida scheduled to begin on or after March 30, 2020, are continued until April 5, 2021." *Id.* at ¶ 6.

5. In light of Seventh Administrative Order, the Parties request that the Court issue a Fourth Amended Trial Order vacating the trial date and related deadlines in the Court's Orders at ECF No. 661 and 736, and set the following deadlines:

    a. Trial to be set on a two-week trial calendar period beginning on or after **April 5, 2021**;

    b. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed **no later than 30 days before Calendar Call**;

    c. Electronic versions of documentary exhibits and Certificates of Compliance shall be filed **no later than five days before Calendar Call**; and

    d. Calendar Call will be held at **9:00 a.m. on the Tuesday before trial is set to begin**.

**WHEREFORE**, the Parties respectfully move this Court for an order vacating the current trial date, Calendar Call, and related pre-trial deadlines, and setting new deadlines for pre-trial

submissions and the Calendar Call in light of the Seventh Administrative Order continuing trials until April 5, 2021.

| | |
|---|---|
| Dated: November 19, 2020 | Respectfully Submitted, |
| Michele D. Johnson* | */s/ Martin B. Goldberg* |
| *michele.johnson@lw.com* | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | *mgoldberg@lashgoldberg.com* |
| (714) 540-1235 / (714) 755-8290 Fax | *rdiaz@lashgoldberg.com* |
| | Emily L. Pincow |
| Sarang Vijay Damle* | Florida Bar. No. 1010370 |
| *sy.damle@lw.com* | *epincow@lashgoldberg.com* |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| *elana.nightingaledawson@lw.com* | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL 33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.

*/s/ Justin Levine*
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.: 106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

      *and*

HECHT PARTNERS LLP
*Counsel for Defendant*
125 Park Ave. 25th Floor
New York, NY 10017
Telephone (212) 851-6821
David L. Hecht, *Pro hac vice*
E-mail: dhecht@hechtpartners.com
Maxim Price, *Pro hac vice*
E-mail: mprice@hechtpartners.com
Conor B. McDonough, *Pro hac vice*
E-mail: cmcdonough@hechtpartners.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@hechtpartners.com

*Attorneys for Defendant Corellium, LLC*