## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

      Plaintiff,

  v.

CORELLIUM, LLC,

      Defendant.

## [PROPOSED] FOURTH AMENDED TRIAL ORDER

In light of Administrative Order 2020-76, the current trial date, Calendar Call, and related deadlines for this case, set in the Court's Orders at ECF Nos. 661 and 736, are hereby vacated. This case shall be reset for a two-week trial calendar beginning on or after **April 5, 2021**. The Calendar Call will be held at **9:00 a.m. on the Tuesday before trial is set to begin**.

The Parties shall file their joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law **no later than 30 days before Calendar Call**. When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction. All electronic versions of documentary exhibits and Certificates of Compliance shall be filed **no later than five days before Calendar Call**.

If the parties settle this matter before trial, the parties must notify the Court no later than **3 p.m. on the Friday before trial** is set to commence to avoid paying the costs of the jury. If the parties do not notify the Court of settlement by that time, the parties shall jointly reimburse the Court for the cost of the jury.

**DONE AND ORDERED** in Fort Lauderdale, Florida this __ of November, 2020.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**