**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-81160-CIV-SMITH**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**FOURTH AMENDED TRIAL ORDER**

    Pursuant to Administrative Order 2020-76, trial in this case is reset for the Court's two-week trial calendar beginning on **April 12, 2021**. If the case cannot be tried during the two-week period, it will be reset for each successive trial calendar until it is tried or resolved. The Calendar Call will be held at **9:00 a.m.** on Tuesday, **April 6, 2021.**

    The parties shall file their joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law **no later than 30 days before Calendar Call**. When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction.

    Electronic versions of documentary exhibits and Certificates of Compliance shall be filed no later than five days before Calendar Call

    If the parties settle this matter before trial, the parties must notify the Court no later than **3 p.m. on the Friday before trial** is set to commence to avoid paying the costs of the jury. If the parties do not notify the Court of settlement by that time, the parties shall jointly reimburse the Court for the cost of the jury.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of November, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE