UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,
v.

CORELLIUM, LLC,

    Defendant.

_____/

**DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL**

Defendant, Corellium, LLC ("Corellium"), by and through its undersigned counsel, and pursuant to S.D. Fla. Local Rule 11.1(d)(3), respectfully moves to withdraw Michael A. Boehringer as counsel for Defendant, as he has ceased association with Cole, Scott & Kissane, P.A. Counsel of record for Defendant will not otherwise change in the above-referenced matter. The undersigned hereby requests that Michael A. Boehringer's name and email address be removed from the case docket. All papers should be served upon Defendant c/o Justin B. Levine, Cole, Scott & Kissane, P.A., 222 Lakeview Ave., Suite 120, West Palm Beach, FL 33401.

Defendant consents to this withdrawal and, pursuant to Local Rule 11.1(d)(3)(A) received notice from the undersigned counsel.

**WHEREFORE** Defendant Corellium, LLC by and through its undersigned counsel, respectfully requests that the Court enter an Order allowing Michael Boehringer to withdraw as counsel of record in this matter.

A proposed order is submitted herewith.

CASE NO.: 9:19-CV-81160-RS

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Defendant conferred via email with counsel for Plaintiff on December 10, 2020, and Plaintiff does not object to the relief sought herein.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on December 10, 2020, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

Dated: December 10, 2020

Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant CORELLIUM, LLC*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail: jonathan.vine@csklegal.com
Primary e-mail: justin.levine@csklegal.com
Primary e-mail: lizza.constantine@csklegal.com

By: *s/ Justin B. Levine*
JONATHAN VINE
Florida Bar. No.: 10966
JUSTIN B. LEVINE
Florida Bar No.: 106463
LIZZA C. CONSTANTINE
Florida Bar No.: 1002945

*and*

HECHT PARTNERS LLP
*Counsel for Defendant*
125 Park Ave, 25th Floor
New York, NY 10010
Tel: (212) 851-6821
David L. Hecht *pro hac vice*
Email: dhecht@hechtpartners.com
Minyao Wang *pro hac vice*
Email: mwang@hechtpartners.com

**SERVICE LIST**

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100

CASE NO.: 9:19-CV-81160-RS

Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*