**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW**

This matter is before the Court on Michael A. Boehringer's Motion to Withdraw as Counsel for Defendant, CORELLIUM, LLC [D.E. 746] ("Motion"). Being fully advised, it is:

**ORDERED** that:

1. The Motion is **GRANTED**.
2. Michael A. Boehringer is relieved of all further responsibilities in this action and shall be removed from the case docket.
3. All papers shall be served on Defendant c/o Justin B. Levine, Cole, Scott & Kissane, P.A., 222 Lakeview Ave., Suite 120, West Palm Beach, FL 33401; justin.levine@csklegal.com.

**DONE AND ORDERED** this \_\_\_ of December, 2020, at Fort Lauderdale, Broward County in the Southern District of Florida.

 

                                                        _____
                                                        **RODNEY SMITH**
                                                        **UNITED STATES DISTRICT JUDGE**