UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:19-cv-81160-RS

APPLE, INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.
_____/

### NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS FOR PRO HAC VICE COUNSEL

The undersigned hereby files this change of Law firm name for Maxim Price, Esquire, formerly of **Pierce Bainbridge Beck Price & Hecht LLP,** as *pro vac vice* for Defendant, CORELLIUM, LLC, and requests that the clerk of court direct all future correspondence, pleadings and Orders to the attention of Maxim Price, Esquire at the law firm, **Hecht Partners LLP**., and email designation: mprice@hechtpartners.com.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December, 2020, a true and correct copy of the foregoing was filed with the Clerk of Southern-West Palm Beach County by using the Florida Courts e-Filing Portal, which will send an automatic e-mail message to the following parties registered with the e-Filing Portal system: Jessica Stebbins Bina, Esq., Latham & Watkins LLP, jessica.stebbinsbina@lw.com, 10250 Constellation Boulevard, Suite 1100, Los Angeles, CA 90067, (424) 653-5500/(424) 653-5501 (F), Attorney for Plaintiff, Apple, Inc., Sarang V. Damle, Esq., Latham & Watkins LLP, sy.damle@lw.com, 555 Eleventh Street NW, Suite 1000, Washington, DC 20004, (202) 637-2200/(202) 637-2201 (F), Attorney for Plaintiff, Apple, Inc., Elana Nightingale Dawson, Esq., Latham & Watkins LLP, elana.nightingaledawson@lw.com, 555 Eleventh Street NW, Suite 1000, Washington, DC 20004, (202) 637-2200/(202) 637-2201 (F), Attorney for Plaintiff, Apple, Inc., Andrew M. Gass, Esq., Latham & Watkins LLP, andrew.gass@lw.com, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111, (415) 391-0600/(415) 395-8095 (F), Attorney for Plaintiff, Apple, Inc., Martin B. Goldberg, Esq., Lash & Goldberg LLP, mgoldberg@lashgoldberg.com;csplichal@lashgoldberg.com;mwallace@lashgoldberg.com; rdiaz@lashgoldberg.com, 100 SE Second Street, Suite 1200, Miami, FL 33131, (305) 347-4040/(305)

CASE NO.: 9:19-cv-81160-RS

347-4050 (F), Attorney for Plaintiff, Apple, Inc., Dexter A. Lee, Esq, United States Attorney's Office, 99 N.E. 4th Street,Ste. 300, Miami, FL 33132, (305) 961-9320/(305) 530-7139 (F), Serena M. Orloff, Esq, U.S. Department of Justice Civil Division, Federal Programs Branch, 1100 L Street NW, Room 12512, Washington, DC 20005, (202) 305-0167/(202) 616-8470 (F) and Emily L. Pincow, Esq., Lash & Goldberg LLP, epincow@lashgoldberg.com, 2500 Weston Road, Suite 220, Weston, FL 33331, (305) 347-4040/(305) 347-4050 (F), Attorney for Plaintiff, Apple, Inc.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant Corellium, LLC*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9203
Facsimile (561) 683-8977
Primary e-mail: jonathan.vine@csklegal.com
Secondary e-mail: justin.levine@csklegal.com
Alternate e-mail:  patricia.martel@csklegal.com

By:  s/ Justin B. Levine
JONATHAN VINE
Florida Bar No.:  10966
JUSTIN B. LEVINE
Florida Bar No.:  106463

7002.0017-00/21954051

HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
T: 212-851-6821
mprice@hechtpartners.com
dhecht@hechtpartners.com
David L. Hecht *pro hac vice*
Email: dhecht@hechtpartners.com
Maxim Price *pro hac vic*
Email: mprice@hechtpartners.com
Conor McDonough *pro hac vice*
Email: cmcdonough@hechtpartners.com
Minyao Wang *pro hac vice*
Email: mwang@hechtpartners.com