UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**NOTICE OF FILING OF UNDER SEAL**

    Plaintiff Apple Inc. respectfully submits this notice to inform the Court that Apple Inc.'s Motion to Strike Material Pursuant to the Court's Sealed Order, ECF No. 658, was filed under seal at ECF Nos. 724 and 724-1.  The Court permitted the foregoing to be filed under seal in its Order at ECF No. 758, entered on December 12, 2020.

| | |
|---|---|
| Dated: December 15, 2020 | Respectfully Submitted, |

| | |
|---|---|
| Michele D. Johnson* <br> *michele.johnson@lw.com* <br> LATHAM & WATKINS LLP <br> 650 Town Center Drive, 20th Floor <br> Costa Mesa, CA 92626 <br> (714) 540-1235 / (714) 755-8290 Fax | *s/ Martin B. Goldberg* <br><br> Martin B. Goldberg <br> Florida Bar No. 0827029 <br> *mgoldberg@lashgoldberg.com* <br> *rdiaz@lashgoldberg.com* <br> Emily L. Pincow <br> Florida Bar. No. 1010370 <br> *epincow@lashgoldberg.com* <br> LASH & GOLDBERG LLP <br> 100 Southeast Second Street <br> Miami, FL 33131 <br> (305) 347-4040 / (305) 347-4050 Fax |
| Sarang Vijay Damle* <br> *sy.damle@lw.com* <br> Elana Nightingale Dawson* <br> *elana.nightingaledawson@lw.com* <br> LATHAM & WATKINS LLP <br> 555 Eleventh Street NW, Suite 1000 <br> Washington, DC 20004 <br> (202) 637-2200 / (202) 637-2201 Fax | |
| Andrew M. Gass* <br> *andrew.gass@lw.com* <br> Joseph R. Wetzel <br> *joe.wetzel@lw.corm* <br> LATHAM & WATKINS LLP <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br> (415) 391-0600 / (415) 395-8095 Fax | |
| Jessica Stebbins Bina* <br> *jessica.stebbinsbina@lw.com* <br> LATHAM & WATKINS LLP <br> 10250 Constellation Blvd., Suite 1100 <br> Los Angeles, CA 90067 <br> (424) 653-5500 / (424) 653-5501 Fax | |
| Gabriel S. Gross* <br> *gabe.gross@lw.com* <br> LATHAM & WATKINS LLP <br> 140 Scott Drive <br> Menlo Park, CA 94025 <br> (650) 463-2628 / (650) 463-2600 Fax | |

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.