UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**NOTICE OF FILING OF UNDER SEAL**

Plaintiff Apple Inc. respectfully submits this notice to inform the Court that Apple Inc.'s Reply in Support of Motion to Strike Material Pursuant to the Court's Sealed Order, ECF No. 658, and Exhibits A and B thereto, were filed under seal at ECF Nos. 741, 741-1, and 741-2. The Court permitted the foregoing to be filed under seal in its Order at ECF No. 754, entered on December 12, 2020.

| | |
|---|---|
| Dated: December 15, 2020 | Respectfully Submitted, |
| | |
| Michele D. Johnson* | s/ Martin B. Goldberg |
| michele.johnson@lw.com | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | mgoldberg@lashgoldberg.com |
| (714) 540-1235 / (714) 755-8290 Fax | rdiaz@lashgoldberg.com |
| | Emily L. Pincow |
| Sarang Vijay Damle* | Florida Bar. No. 1010370 |
| sy.damle@lw.com | epincow@lashgoldberg.com |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| elana.nightingaledawson@lw.com | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL 33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
andrew.gass@lw.com
Joseph R. Wetzel
joe.wetzel@lw.corm
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
gabe.gross@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.