## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 19-81160-CIV-SMITH**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

### ORDER GRANTING MOTION TO WITHDRAW

This matter is before the Court on Michael A. Boehringer's Motion to Withdraw as Counsel for Defendant, Corellium, LLC [DE 746]. Upon consideration, it is:

**ORDERED** that the Motion [DE 746] is **GRANTED**:

1. Michael A. Boehringer is relieved of all further responsibilities in this action;

2. Michael A. Boehringer shall no longer receive notices of electronic filings in this case;

3. All papers shall be served on Defendant c/o Justin B. Levine, Cole, Scott & Kissane, P.A., 222 Lakeview Ave., Suite 120, West Palm Beach, FL 33401; justin.levine@csklegal.com.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of December 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE