UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

## ORDER AFFIRMING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Matthewman's Report and Recommendation on Plaintiff, Apple Inc.'s Motion to Exclude Legal Opinions and Corresponding Testimony of Corellium's Experts Clark Asay and Alexander Stamos [DE 614].  The parties have not filed objections.  Upon careful consideration, it is

**ORDERED** that the Report and Recommendation [DE 614] is **AFFIRMED AND ADOPTED**.  Accordingly, Apple's Motion to Exclude Legal Opinions and Corresponding Testimony of Corellium's Experts Clark Asay and Alexander Stamos [DE 451] is **GRANTED IN PART AND DENIED IN PART**:

    1. The Motion is **granted** in its entirety as to Professor Clark Asay.  Professor Asay's testimony and opinions are excluded, and he is not permitted to testify at trial as his opinions are improper, unfairly prejudicial under Federal Rule of Evidence 403, and do not pass muster under *Daubert*; and

    2. The Motion is **granted in part** and **denied in part** as to Professor Stamos.  Professor Stamos shall not testify as to any legal arguments, legal conclusions, or the intent of the DMCA or other law.  He is permitted to testify as to his properly disclosed opinions regarding

security research and industry standards, and is permitted to respond to Dr. Michael Siegel's industry analysis of what constitutes "good faith security research."

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of December 2020.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE