**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-81160-CIV-SMITH**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

## ORDER AFFIRMING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Matthewman's Report and Recommendation on Defendant Corellium, LLC's *Daubert* Motion to Preclude Certain Testimony by Dr. Michael Siegel [DE 613]. The parties have not filed objections. Upon careful consideration, it is

**ORDERED** that the Report and Recommendation [DE 613] is **AFFIRMED AND ADOPTED**. Thus, Corellium's *Daubert* Motion to Preclude Certain Testimony by Dr. Michael Siegel [DE 444] is **DENIED**. That said, Dr. Siegel shall not provide any legal opinions or legal conclusions at trial.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of December 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE