UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

### ORDER AFFIRMING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Matthewman's Report and Recommendation on Apple Inc.'s Motion to Exclude Certain Opinions and Corresponding Testimony of Corellium's Expert James Olivier [DE 611]. The parties have not filed objections. Upon careful consideration, it is

**ORDERED** that the Report and Recommendation [DE 611] is **AFFIRMED AND ADOPTED**. Accordingly, Apple's Motion to Exclude Certain Opinions and Corresponding Testimony of Corellium's Expert James Olivier [DE 449 & 465] is **GRANTED IN PART AND DENIED IN PART**:

    1. The Motion is **granted** to the extent that Dr. Olivier is not permitted to testify as to any legal opinions, legal conclusions, or the actual amount or substantiality of the portions of the IPSW files that Corellium allegedly used in relation to the copyright work; and

    2. The Motion is **denied** in all other respects, and Dr. Olivier is permitted to provide his computer science expert testimony and opinions at trial.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of December 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE