**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-81160-CIV-SMITH**

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

_____/

## ORDER AFFIRMING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Matthewman's Report and Recommendation on Defendant Corellium, LLC's *Daubert* Motion to Preclude Certain Testimony of Dr. Jason Nieh [DE 612].  The parties have not filed objections.  Upon careful consideration, it is

**ORDERED** that the Report and Recommendation [DE 612] is **AFFIRMED AND ADOPTED**:

      1.  Corellium's *Daubert* Motion to Preclude Certain Testimony of Dr. Jason Nieh [DE 452 & 469] is **GRANTED IN PART AND DENIED IN PART**;

      2.  The Motion is granted to the extent that any legal opinions or legal conclusions of Dr. Nieh is excluded.  The Motion is denied in all other respects.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of December 2020.

_____

RODNEY SMITH
UNITED STATES DISTRICT JUDGE