# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

### ORDER OF REFERRAL

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 1 of the Magistrate Rules of the Southern District of Florida, Plaintiff, Apple Inc.'s Motion to Strike Material Pursuant to the Court's Sealed Order, ECF NO. 658 [DE 724] is **REFERRED** to Magistrate Judge Matthewman for a report and recommendation.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of December 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE