UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

### ORDER ON MOTION IN LIMINE

This matter is before the Court on Plaintiff's Motion *in Limine* To Preclude Reference to Certain Alleged Uses of the Corellium Apple Product [DE 635 & 702].  It is

**ORDERED** that the Motion is **GRANTED** for the reasons stated in the Court's August 24, 2020 Order [DE 658].

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of December 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE