UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**ORDER AFFIRMING REPORT AND RECOMMENDATION**

This matter is before the Court on Magistrate Judge Matthewman's Report and Recommendation on Plaintiff, Apple Inc.'s Motion to Exclude Legal Opinions and Corresponding Testimony of Corellium's Expert Stewart Appelrouth [DE 609]. The parties have not filed objections. Upon careful consideration, it is

**ORDERED** that the Report and Recommendation [DE 609] is **AFFIRMED AND ADOPTED**. Accordingly, Apple's Motion to Exclude Legal Opinions and Corresponding Testimony of Corellium's Expert Stewart Appelrouth [DE 448 & 466] is **GRANTED IN PART AND DENIED IN PART**;

    1. Mr. Applerouth shall not: (a) testify as to any legal opinions, particularly regarding the statutory burden and burden-shifting under 17 U.S.C. § 504(b); (b) discuss or disparage Apple's conduct during the discovery process; or (c) discuss Corellium's conduct during the discovery process.

2. Mr. Applerouth may testify as to his damage calculations and related opinions for consideration by the trial judge and jury.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of December 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE