UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

### PLAINTIFF APPLE INC.'S STATUS REPORT

Pursuant to this Court's December 29, 2020 Order on the Parties' Motions for Summary Judgment, ECF No. 784 (the "Order"), Plaintiff Apple Inc., by and through undersigned counsel, hereby files this status report regarding the effect of the Order on the motions currently pending before the Court. Apple states as follows:

1. On December 29, 2020, this Court issued its Order on the Parties' Motions for Summary Judgment. ECF No. 784.

2. In its Order, this Court stated that, "[n]o later than January 11, 2021, the parties shall each file a status report notifying the Court of any portions of pending motions rendered moot by this Order." *Id.* at 38.

3. At present, the motions listed below remain pending. Apple has reviewed these motions in light of the Court's Order and does not believe the Court's Order renders any of the motions moot, either in whole or in part.[1] Apple does believe, however, that further evidentiary

---

[1] Apple has conferred and intends to continue conferring with Corellium regarding the pending motions *in limine* to determine whether the parties can reach an agreement that would resolve any of the motions. No such agreement has been reached as of yet.

constraints at trial are likely necessary because of the Court's Order, and that the Court's Order may affect the scope of relief requested in the pending motions *in limine*. As a result, Apple believes each party should be permitted to submit simultaneously a 5-page brief addressing any further evidentiary modifications warranted in light of the Court's Order as well as the Order's effect on the scope of relief requested in the pending motions *in limine*.

a. Apple's Motion to Dismiss Defendant Corellium, LLC's Counterclaims, ECF No. 608;

b. Apple's Motion to Close Courtroom for Limited Periods During Trial to Protect Against Public Disclosure of Apple Protected Material, ECF No. 627;

c. Apple's Motion *in Limine* to Preclude Evidence and Argument Challenging the Validity of Apple Inc.'s Registered Copyrights, ECF No. 628;

d. Apple's Motion *in Limine* to Preclude Corellium's Witnesses From Providing Legal Opinion Testimony, ECF No. 629;[2]

e. Apple's Motion *in Limine* to Preclude Corellium From Offering Expert Testimony From Fact Witnesses Never Disclosed as Experts, ECF No. 630;

f. Apple's Motion *in Limine* to Preclude Reference to Corellium, LLC's or Corellium, LLC's Employees' Purported Good Deeds, ECF No. 631;

g. Apple's Motion *in Limine* to Preclude Evidence of Amounts Offered For or Paid by Apple to Acquire Companies Not Involved in This Action, ECF No. 632;

---

[2] Although the docket indicates that the motions *in limine* located at docket numbers 629, 631, and 634 were terminated on December 14, 2020, those motions have not been adjudicated and thus remain pending.

h. Apple's Motion *in Limine* to Preclude Irrelevant Commentary on Apple's, and Its Counsel's, Reputation, Financial Status, and Location, ECF No. 633;

i. Apple's Motion *in Limine* to Preclude Testimony Regarding Activities of Apple Security Bounty Program Members, ECF No. 634;

j. Apple's Motion *in Limine* to Define Limitations in Light of the Motion Pending at ECF No. 575, ECF No. 636;

k. Corellium's Fourth Motion *in Limine* to Exclude Argument, Testimony, or Evidence of the Identities of Azimuth Security LLC's or L3Harris Technology, Inc.'s Clients, ECF No. 642;[3]

l. Corellium's Fifth Motion *in Limine* to Exclude Argument, Testimony or Evidence Related to *Vice* Articles and Other Press Regarding This Case, ECF No. 644;

m. Corellium's Corrected Sixth Motion *in Limine* to Exclude All legal Conclusions and Statements of Law by Witnesses, ECF No. 657;

n. Corellium's Corrected Seventh Motion *in Limine* to Exclude Argument, Testimony, or Evidence Related to the Parties' Settlement Efforts, ECF No. 656;

o. Corellium's Eighth Motion *in Limine* to Exclude Argument or Testimony That Attributes Chris Wade's Personal Tweets to Corellium, ECF No. 647;

---

[3] Although Corellium redacted a portion of this title in its motion, it included the full title in its Omnibus Reply in Support of its Motions *in Limine*, ECF No. 732, and thus the full title is included here as well.

p. Corellium's Ninth Motion *in Limine* to Exclude Argument, Testimony, or Evidence Related to the Notion That the Corellium Apple Product Is Used for Any Purposes Other Than for Security Research, ECF No. 648;

q. Corellium's Tenth Motion *in Limine* to Exclude Argument, Testimony, or Evidence of Expert Opinions Regarding Corellium's Advertising Materials, ECF No. 649;

r. Corellium's Eleventh Motion *in Limine* to Exclude Argument, Testimony, or Evidence Related to Apple Expert Michael Siegal's [sic] Conclusory Legal Opinions, ECF No. 650;

s. Corellium's Twelfth Motion *in Limine* to Exclude All References, Evidence and Testimony Relating to the Apple Developer Program Alleged Uses for Security Research, ECF No. 651;

t. Corellium's Thirteenth Motion *in Limine* to Exclude All References, Evidence and Testimony Relating to Any of Apple's Copyrights Beyond Those Identified in Exhibit "A" to Second Amended Complaint (Complaint) [DE 589], ECF No. 652;

u. Corellium's Fourteenth Motion *in Limine* to Exclude All References, Evidence and Testimony Relating to Apple's iOS Service Licensing Agreements (SLAs), ECF No. 653; and

v. Corellium's Fifteenth Motion *in Limine* to Exclude All References, Evidence and Testimony Relating to Evidence of Apple's Secure Boot Chain, ECF No. 654.

Dated: January 11, 2021

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.