**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S *UNOPPOSED* MOTION TO FILE UNDER SEAL CORELLIUM'S OBJECTION TO THE SEALED MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RELATED TO THE COURT'S SEALED ORDER, ECF NO. 658**

THIS CAUSE came before the Court upon the Defendant, CORELLIUM, LLC's ("Corellium"), *Unopposed* Motion to File Under Seal Corellium's Objection to the Sealed Magistrate Judge's Report and Recommendation Related to the Court's Sealed Order, ECF No. 658 ("Motion"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Corellium is given leave to file under seal its Objection to the Sealed Magistrate Judge's Report and Recommendation Related to the Court's Sealed Order at ECF No. 658. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this ___ of January, 2021, at Fort Lauderdale, Broward County in the Southern District of Florida.

                                                                         **RODNEY SMITH**
                                                                         **UNITED STATES DISTRICT JUDGE**