**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-81160-CV-SMITH**

APPLE, INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

_____/

**ORDER OF REFERENCE**

It is ORDERED that Plaintiff's Motion in Limine to Define Limitations in Light of the Motion Pending at ECF No. 575 [DE 636] is **REFERRED** to Magistrate Judge Matthewman for an appropriate ruling.

DONE and ORDERED in Fort Lauderdale, Florida, this 19th day of January, 2021.

                                        RODNEY SMITH
                                        UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record