UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PLAINTIFF APPLE INC.'S RESPONSE TO DEFENDANT CORELLIUM, LLC'S OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON APPLE'S MOTION TO STRIKE MATERIAL PURSUANT TO THE COURT'S SEALED ORDER, ECF NO. 658 [DE 724] AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of Plaintiff Apple Inc.'s Response to Defendant Corellium, LLC's Objection to Magistrate Judge's Report and Recommendation on Apple's Motion to Strike Material Pursuant to the Court's Sealed Order, ECF No. 658 [DE 724]. In support of this request, Apple states as follows:

1. On August 24, 2020, the Court issued a sealed order at ECF No. 658 (the "Sealed Order").

2. On September 8, 2020, the parties filed a joint stipulation addressing material in the Sealed Order. ECF No. 722 (the "Joint Stipulation"). The Court permitted the joint stipulation to be filed under seal in its order at ECF No. 759.

3. On September 8, 2020, Apple filed a motion to strike pursuant to the Sealed Order.

ECF No. 724. The Court permitted the motion to strike to be filed under seal in its order at ECF No. 758.

4. On December 29, 2020, the Court issued a sealed Report and Recommendation addressing Apple's motion to strike. ECF No. 782 (the "Report and Recommendation").

5. On January 12, 2021, Corellium filed an Objection to the Court's Report and Recommendation. ECF No. 788 (the "Objection"). The Court granted Corellium's motion to file under seal the entirety of the Objection. ECF No. 789.

6. Apple's Response to Corellium's Objection references and quotes the Sealed Order, the Joint Stipulation, the Report and Recommendation, and Corellium's Objection, all of which remain sealed.

7. In light of the foregoing, Apple moves to file under seal its Response to Corellium's Objection.

**WHEREFORE** Apple respectfully requests that, unless and until the Sealed Order, the Joint Stipulation, the Report and Recommendation, and Corellium's Objection are unsealed, the following document remains under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case, as ordered by this Court, or required by law.

   a. Plaintiff Apple Inc.'s Response to Defendant Corellium, LLC's Objection to Magistrate Judge's Report and Recommendation on Apple's Motion to Strike Material Pursuant to the Court's Sealed Order, ECF No. 658 [DE 724].

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that, on January 25, 2021, counsel for Plaintiff conferred via email with counsel for Defendant and for the United States

regarding the relief sought herein.  Defendant and the United States do not oppose the relief sought herein.

Dated: January 26, 2021

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice*

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.