**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> CORELLIUM, LLC, <br><br> Defendant. | |

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PLAINTIFF APPLE INC.'S RESPONSE TO DEFENDANT CORELLIUM, LLC'S OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON APPLE'S MOTION TO STRIKE MATERIAL PURSUANT TO THE COURT'S SEALED ORDER, ECF NO. 658 [DE 724]**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Under Seal Plaintiff Apple Inc.'s Response to Defendant Corellium, LLC's Objection to Magistrate Judge's Report and Recommendation on Apple's Motion to Strike Material Pursuant to the Court's Sealed Order, ECF No. 658 [DE 724] ("Motion"). Being fully advised in the premises, and noting that Defendant Corellium, LLC and the United States do not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Plaintiff Apple Inc. is given leave to file under seal its Response to Corellium's Objection to Magistrate Judge's Report and Recommendation on Apple's Motion to Strike Material Pursuant to the Court's Sealed Order, ECF No. 658 [DE 724]. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this ___ of January, 2021.

                                                          _____
                                                          **RODNEY SMITH**
                                                          **UNITED STATES DISTRICT JUDGE**