UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**NOTICE OF FILING OF UNDER SEAL**

Plaintiff Apple Inc. respectfully submits this notice to inform the Court that Apple's Response to Defendant Corellium, LLC's Objection to Magistrate Judge's Report and Recommendation on Apple's Motion to Strike Material Pursuant to the Court's Sealed Order, ECF No. 658 [DE 724] was filed under seal at ECF No. 793. The Court permitted the foregoing to be filed under seal in its Order at ECF No. 794, entered on January 26, 2021.

Dated: January 27, 2021

Michele D. Johnson*
michele.johnson@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
sy.damle@lw.com
Elana Nightingale Dawson*
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
andrew.gass@lw.com
Joseph R. Wetzel
joe.wetzel@lw.corm
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
gabe.gross@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

s/ Martin B. Goldberg

Martin B. Goldberg
Florida Bar No. 0827029
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
Florida Bar. No. 1010370
epincow@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.