UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**JOINT MOTION FOR A FIFTH AMENDED TRIAL ORDER
AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Apple Inc. and Defendant Corellium, LLC (collectively, the "Parties") respectfully and jointly move the Court for a fifth amended trial order in light of the Southern District of Florida's Eighth Order Concerning Jury Trials and Other Proceedings. *See* Administrative Order 2021-12. In support of this joint motion, the Parties state as follows:

1. On October 3, 2019, the Court issued its initial Order Setting Civil Trial Date, Pretrial Deadlines, and Referral to Magistrate Judge. ECF No. 32 ("Scheduling Order"). In the Scheduling Order, the Court set this matter for trial beginning on October 13, 2020, with a deadline for filing the "[e]lectronic versions of documentary exhibits and Certificates of Compliance" by September 30, 2020. *Id.* at 1–2.

2. The Court has issued four subsequent scheduling orders modifying certain deadlines in the Scheduling Order. *See* ECF Nos. 66, 618, 661, 744. The Court issued the most recent Order after granting the Parties' Joint Motion for a Fourth Amended Trial Order, ECF No. 743. *See* ECF No. 744. In that Order—the Fourth Amended Trial Order, ECF No. 744, issued on November 30, 2020—the Court reset the trial date to April 12, 2021, and set the Calendar Call for

April 6, 2021. ECF No. 744 at 1. The Court further stated "[t]he parties shall file their joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law **no later than 30 days before Calendar Call**." Id. Pursuant to that Order, the Parties' joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law are currently due on **March 5, 2021.**

3. The Fourth Amended Trial Order also set the deadline for the filing of electronic versions of documentary exhibits and Certificates of Compliance as "no later than five days before Calendar Call." Pursuant to that Order, the Parties' electronic versions of documentary exhibits and Certificates of Compliance are currently due on **April 1, 2021**. Id.

4. On February 10, 2021, the Southern District of Florida issued its Eighth Administrative Order Concerning Jury Trials and Other Proceedings. See Administrative Order 2021-12. Pursuant to that Administrative Order, "[a]ll jury trials in the Southern District of Florida scheduled to begin on or after March 30, 2020, are continued until May 3, 2021." Id. ¶ 6.

5. In light of the Eighth Administrative Order, the Parties request that the Court issue a Fifth Amended Trial Order vacating the trial date and related deadlines in the Court's Order at ECF No. 744, and set the following deadlines:

    a. Trial to be set on a two-week trial calendar period beginning on or after **May 3, 2021**;

    b. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed **no later than 30 days before Calendar Call**;

    c. Electronic versions of documentary exhibits and Certificates of Compliance shall be filed **no later than five days before Calendar Call**; and

      d. Calendar Call will be held at **<u>9:00 a.m. on the Tuesday before trial is set to begin</u>**.

**WHEREFORE**, the Parties respectfully move this Court for an order vacating the current trial date, Calendar Call, and related pre-trial deadlines, and setting new deadlines for pre-trial submissions and the Calendar Call in light of the Eighth Administrative Order continuing trials until May 3, 2021.

Dated: February 11, 2021

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice*

Respectfully Submitted,

*/s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

*/s/ Justin Levine*
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.: 106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

*and*

HECHT PARTNERS LLP
*Counsel for Defendant*
125 Park Ave. 25th Floor
New York, NY 10017
Telephone (212) 851-6821
David L. Hecht, *Pro hac vice*
E-mail: dhecht@hechtpartners.com
Maxim Price, *Pro hac vice*
E-mail: mprice@hechtpartners.com
Conor B. McDonough, *Pro hac vice*
E-mail: cmcdonough@hechtpartners.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@hechtpartners.com

*Attorneys for Defendant Corellium, LLC*