UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

## FIFTH AMENDED TRIAL ORDER

Pursuant to Administrative Order 2021-12, this case is reset for the two-week trial calendar beginning on **May 10, 2021**. The Calendar Call will be held at **9:00 a.m.** on **May 4, 2021**.

The Parties shall file their joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law **no later than 30 days before Calendar Call**. When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction.

Electronic versions of documentary exhibits and Certificates of Compliance shall be filed **no later than five days before Calendar Call**.

If the parties settle this matter before trial, the parties must notify the Court no later than **3 p.m. on the Friday before trial** is set to commence to avoid paying the costs of the jury. If the parties do not notify the Court of settlement by that time, the parties shall jointly reimburse the Court for the cost of the jury.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 12th of February, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE