UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:19-cv-81160-RS

APPLE, INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.
_____/

## **DEFENDANT'S NOTICE OF APPEARANCE**

    Barry A. Postman, Esq. of COLE, SCOTT & KISSANE, P.A. hereby give notice of their appearance on behalf of Defendant, CORELLIUM, LLC, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause also be furnished to the undersigned.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of March, 2021, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

    COLE, SCOTT & KISSANE, P.A.
    Counsel for Defendant *CORELLIUM, LLC*
    Esperante Building
    222 Lakeview Avenue, Suite 120
    West Palm Beach, Florida 33401
    Telephone (561) 612-3459
    Facsimile (561) 683-8977
    Primary e-mail: justin.levine@csklegal.com
    Primary e-mail: lizza.constantine@csklegal.com
    Secondary e-mail: Barry.postman@csklegal.com

CASE NO.: 9:19-cv-81160-RS

By:   s/ Barry A. Postman
      BARRY A. POSTMAN
      Florida Bar No.: 991856
      JUSTIN B. LEVINE
      Florida Bar No.: 106463
      LIZZA C. CONSTANTINE
      Florida Bar No. 1002945

7002.0017-00/23115033