**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

           Plaintiff,

v.

CORELLIUM, LLC,

           Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL APPLE INC.'S MOTION *IN LIMINE* TO CONFIRM LIMITATIONS IN LIGHT OF SEALED ORDER AT ECF NO. 658 AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal Apple Inc.'s Motion *In Limine* to Confirm Limitations in Light of Sealed Order at ECF No. 658. In support of this request, Apple states as follows:

1. Pursuant to the Court's Sealed Order at ECF No. 658, Apple is filing this updated motion *in limine* to address the Court's ruling in that Order. ECF No. 658.

2. Apple seeks to file entirely under seal this motion *in limine*, which discusses and quotes material Corellium has previously filed under seal with the Court's permission as well as two sealed Orders and one sealed Report and Recommendation. *See* ECF Nos. 658 ("Magistrate's Sealed Order"); 689 (Corellium's sealed filing); 700 (Order granting Corellium's Motion to Seal the filing at ECF No. 689); 782 ("Sealed Report & Recommendation"); 804 ("Court's Sealed Order").

3.      In light of the foregoing, Apple moves to file under seal its Motion *In Limine* to Confirm Limitations in Light of Sealed Order at ECF No. 658.

**WHEREFORE** Apple respectfully requests that, unless and until the Magistrate's Sealed Order, the Sealed Report & Recommendation, the Court's Sealed Order, or the filing the Court permitted Corellium to file under seal at ECF No. 689 are unsealed, the following documents remain under seal through the final resolution of this matter, including during any period of appeal, except as ordered by this Court or required by law:

   a. Apple's Motion *In Limine* to Confirm Limitations in Light of Sealed Order at ECF No. 658;

   b. Proposed Order for Apple's Motion *In Limine* to Confirm Limitations in Light of Sealed Order at ECF No. 658.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on March 4, 2021 regarding the relief sought herein.  Defendant does not oppose.

Dated: March 5, 2021

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.