UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S NOTICE OF COMPLIANCE WITH THE COURT'S SEALED ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE UNDER SEAL**

THIS CAUSE came before the Court upon the Defendant, CORELLIUM, LLC's ("Corellium"), *Unopposed* Motion to File its Notice of Compliance with the Court's Sealed Order Affirming and Adopting Report of Magistrate Judge Under Seal ("Motion to File Under Seal"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion to File Under Seal is hereby **GRANTED**.

**DONE AND ORDERED** this _____, 2021, at Broward County in the Southern District of Florida.

                                                    **RODNEY SMITH**
                                                    **UNITED STATES DISTRICT JUDGE**