# EXHIBIT 6

ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF FLORIDA
 3
 4
 5                                 )
     APPLE, INC.,                  )
 6                                 )
              Plaintiff,           )
 7                                 )
                   vs.             )   Case No.
 8                                 )   9:19-cv-81160-RS
     CORELLIUM, LLC,               )
 9                                 )
              Defendant.           )
10                                 )
11
12
13              ATTORNEYS' EYES ONLY
14     VIDEOTAPED VIDEOCONFERENCE REMOTE DEPOSITION OF
15              YIDUO "DAVID" WANG
16           Taken in behalf of Plaintiff
17                   *   *   *
18               April 9, 2020
19              Portland, Oregon3
20
21     Job No. 4052307
22     Teresa L. Dunn,
23     Court Reporter
24     CSR, CCR, RPR
25     Pages 1-264
```

Page 1

ATTORNEYS EYES ONLY

```
 1              V I R T U A L   A P P E A R A N C E S   T H R O U G H   Z O O M :
 2    For the Plaintiff:
 3    MR. SARANG DAMLE
      MS. HOLLY VICTORSON
 4    MR. GABRIEL S. CROSS
      Latham & Watkins, LLP
 5    555 Eleventh Street, N.W.
      Suite 1000
 6    Washington, DC 20004
      202-637-3332
 7    sy.damle@lw.com
      holly.victorson@lw.com
 8    gabe.cross@lw.com
 9
      For the Defendant:
10
      MR. JUSTIN B. LEVINE
11    Cole, Scott & Kissane
      222 Lakeview Avenue
12    Suite 120
      West Palm Beach, FL 33401
13    561-383-9203
      justin.levine@csklegal.com
14
15    Also Present:
      Jason Nieh
16    Amanda Gorton
      Eli Hart, Videographer
17
18
19
20
21
22
23
24
25
```

ATTORNEYS EYES ONLY

```
 1                       INDEX
 2    Examination by:                        Page
      MR. DAMLE                                 5
 3    MR. LEVINE                              258
 4
 5                     EXHIBITS
 6    Exhibit       Description               Page
      Exhibit 1     ████████████ ██ ████        █
      ██           ████████████ █████████
      Exhibit 2     ███████ █ ████████ █████     █
      ██           ████████ █████ █████████
      Exhibit 3     ████████ ███ ███████ ████    █
      █            ███████████
      Exhibit 4     ████████████ ████████        █
      ██  █████████ █          ████ ████ ████  162
                   ████ ████ ████ ███████ ████
11    Exhibit 6     ███ ███ ████ █████            █
                   ████ ███████ █████ ██████
12    Exhibit 7     E-Mail dated 10-3-18        179
      Exhibit 8     E-Mail dated 7-16-18        191
13    Exhibit 9     Source Code, Bates numbers  229
                    Corellium-028769 through
14                  Corellium-028795
      Exhibit 10    E-Mail dated 10-1-18        240
15    Exhibit 11    E-Mail dated 1-7-19         245
16
17
18
19
20
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY

```
 1          PORTLAND, OREGON; THURSDAY, APRIL 9, 2020

 2                      8:05 a.m.

 3                    *    *    *

 4          THE COURT REPORTER:  The attorneys

 5     participating in this deposition acknowledge

 6     that I am not physically present in the

 7     deposition room and that I will be reporting

 8     this deposition remotely.  The parties and their

 9     counsel consent to this arrangement and waive

10     any objections to this manner of reporting.

11          Please indicate your agreement by

12     stating your name and agreement on the record.

13          MR. DAMLE:  Sy Damle -- go ahead,        08:06:29

14     Justin.                                       08:06:33

15          MR. LEVINE:  Justin Levine from the law  08:06:33

16     firm of Cole Scott Kissane, no objection.     08:06:36

17          MR. DAMLE:  Sy Damle from the law firm   08:06:41

18     of Latham and Watkins on behalf of Apple, Inc., 08:06:44

19     no objection.                                 08:06:49

20               YIDUO "DAVID" WANG

21     called as a witness in behalf of the Plaintiff,

22        having first been sworn by the Reporter,

23              testifies as follows:

24

25
```

ATTORNEYS EYES ONLY

```
 1                    EXAMINATION

 2   BY MR. DAMLE:                             08:07:10

 3       Q.   Good morning, Mr. Wang.         08:07:10

 4       A.   Good morning.                   08:07:37

 5       Q.   So I will start with some what we call  08:07:37

 6   admonitions.  So could you please state your  08:07:45

 7   full name for the record?                08:07:48

 8       A.   My full legal name is Yiduo Wang.  I go  08:07:48

 9   by David Wang.  First name is spelled Y-I-D-U-O.  08:07:54

10       Q.   And have you been -- have you been  08:08:08

11   deposed before?                          08:08:10

12       A.   No.                             08:08:11

13       Q.   And do you understand that your  08:08:12

14   testimony today has the same force and effect as  08:08:18

15   if you were in a court before a judge or a jury?  08:08:22

16       A.   Yes, I understand.              08:08:25

17       Q.   And you understand that you are  08:08:26

18   testifying here under penalty of perjury,  08:08:31

19   correct?                                 08:08:33

20       A.   Yes, I understand.              08:08:33

21       Q.   So let me lay down some ground rules for  08:08:34

22   this deposition.  It is important that you let  08:08:40

23   me finish my questions before you answer and I  08:08:42

24   will try to do the same for you.         08:08:46

25            Do you understand?              08:08:47
```

Page 5

ATTORNEYS EYES ONLY

```
1        A.    Yes.                              08:08:48

2        Q.    And I'm going to assume that you   08:08:48

3   understand the questions I ask unless you tell  08:08:53

4   me that you don't understand them.  And if you   08:08:56

5   do tell me that I'm happy to clarify.            08:08:59

6              Do you understand that?              08:09:01

7        A.    Yes, I do.                          08:09:02

8        Q.    And so after this deposition is     08:09:04

9   completed the court reporter is going to prepare 08:09:09

10  a transcript for your review and you have the    08:09:12

11  right to review it and make any corrections.     08:09:15

12             I just want to warn you that if you make 08:09:18

13  any substantive changes to your testimony I will 08:09:21

14  be able to comment on those substantive changes  08:09:24

15  at trial.                                        08:09:27

16             Do you understand that?              08:09:27

17       A.    Okay.  I understand.                 08:09:28

18       Q.    Have you taken any medication today that 08:09:29

19  would affect your ability to give complete and   08:09:35

20  truthful testimony?                              08:09:39

21       A.    No, I have not.                      08:09:41

22       Q.    And any other reasons sitting here today 08:09:42

23  that you can think of that would stop you from   08:09:49

24  giving truthful or accurate testimony?           08:09:51

25       A.    No.                                  08:09:53
```

Page  6

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   And you understand that you are | 08:09:54 |
| 2 | testifying today in connection with a lawsuit | 08:09:58 |
| 3 | between Apple, Inc., and Corellium, LLC, | 08:10:02 |
| 4 | correct? | 08:10:05 |
| 5 | A.   Yes. | 08:10:05 |
| 6 | Q.   So I want to just talk about some | 08:10:06 |
| 7 | particular ground rules given this virtual | 08:10:12 |
| 8 | setting. | 08:10:15 |
| 9 | You know, ordinarily we would be in a | 08:10:17 |
| 10 | room together.  Since we're sitting virtually | 08:10:18 |
| 11 | and you are on your computer I just want to make | 08:10:21 |
| 12 | sure you understand that during the time that | 08:10:25 |
| 13 | I'm asking you questions and we are on the | 08:10:27 |
| 14 | record my expectation is that you are not going | 08:10:28 |
| 15 | to be communicating with anyone else through | 08:10:31 |
| 16 | text messages or e-mail or chat. | 08:10:35 |
| 17 | Do you understand that? | 08:10:37 |
| 18 | A.   Yes. | 08:10:38 |
| 19 | Q.   And can I just ask whether there's | 08:10:38 |
| 20 | anyone else in the room with you physically | 08:10:41 |
| 21 | right now? | 08:10:44 |
| 22 | A.   There's no one else in the room.  My | 08:10:44 |
| 23 | girlfriend is in another room in the house. | 08:10:47 |
| 24 | Q.   Okay.  So if anyone comes in to watch | 08:10:48 |
| 25 | your testimony please let us know and we will | 08:10:52 |

Page 7

ATTORNEYS EYES ONLY

```
 1    note that for the record.                    08:10:54

 2         Is that okay?                           08:10:55

 3    A.    Yeah, that's fine.                      08:10:56

 4    Q.    Can you explain what you did to prepare 08:10:57

 5    for today's deposition?                       08:11:02

 6         MR. LEVINE:  Before you answer I would   08:11:06

 7    just state that please do not advise as to any 08:11:09

 8    communications with lawyers or consultants     08:11:11

 9    retained by attorneys.                        08:11:15

10         THE WITNESS:  Well, I just basically     08:11:18

11    looked over the source code again.  And       08:11:20

12    I -- that's, you know, I didn't do that much to 08:11:27

13    prepare for the deposition other than, you know, 08:11:30

14    talk about it -- talk it over with the        08:11:32

15    co-founders.                                  08:11:38

16    Q.    (By Mr. Damle) Did you meet with counsel 08:11:38

17    to prepare?                                   08:11:40

18    A.    Yes, I did, yes.                        08:11:41

19    Q.    About how many -- how many times?       08:11:44

20    A.    I think we only talked -- I think we    08:11:45

21    only met twice about it.                      08:11:48

22    Q.    And for -- collectively for how long did 08:11:50

23    you meet?                                     08:11:57

24    A.    A few hours.  Probably -- probably      08:11:57

25    collectively three.                           08:12:03
```

Page 8

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   And who other than your counsel was | 08:12:06 |
| 2 | present when you were preparing for the | 08:12:10 |
| 3 | deposition? | 08:12:14 |
| 4 | MR. LEVINE:  I would -- so I'm going to | 08:12:15 |
| 5 | get into -- this is getting into work product | 08:12:17 |
| 6 | privilege so I'm going to instruct the witness | 08:12:21 |
| 7 | not to answer. | 08:12:23 |
| 8 | Q.   (By Mr. Damle) Was there anybody present | 08:12:27 |
| 9 | other than you and your counsel?  You don't have | 08:12:32 |
| 10 | to say who, just whether there was anybody. | 08:12:36 |
| 11 | MR. LEVINE:  This is a yes or no | 08:12:38 |
| 12 | question. | 08:12:40 |
| 13 | THE WITNESS:  Yes. | 08:12:40 |
| 14 | Q.   (By Mr. Damle) So you mentioned that you | 08:12:41 |
| 15 | reviewed source code in preparation for your | 08:12:47 |
| 16 | deposition. | 08:12:50 |
| 17 | Did you review -- let me ask about the | 08:12:51 |
| 18 | source code.  What source code did you review in | 08:12:55 |
| 19 | preparation for your deposition? | 08:12:58 |
| 20 | A.   Just -- likely just the source code that | 08:12:59 |
| 21 | we had given to the attorneys for the production | 08:13:03 |
| 22 | and just particularly areas that I was more | 08:13:08 |
| 23 | familiar with and things that I felt might | 08:13:12 |
| 24 | be -- might -- people might ask questions about. | 08:13:16 |
| 25 | Q.   What are the areas that you are more | 08:13:19 |

Page 9

ATTORNEYS EYES ONLY

```
 1    familiar with in the source code?              08:13:25
 2       A.   My role is the middleware portion which   08:13:29
 3    basically is the process where we get          08:13:34
 4    instructions from the users to create the     08:13:38
 5    virtual device and how those instructions are 08:13:41
 6    relayed down to the individual compute node    08:13:43
 7    hardware and how that hardware is instructed to 08:13:48
 8    begin the process.                             08:13:51
 9       Q.   Okay.  We will -- I will ask a few more 08:13:52
10    questions about that a little later.           08:14:03
11            Have you -- you mentioned that you      08:14:06
12    discussed your deposition with your co-founders. 08:14:08
13            Was counsel present when you had those  08:14:13
14    discussions?                                   08:14:14
15       A.   I believe counsel was present at some   08:14:15
16    points in it, but mostly not.                  08:14:22
17       Q.   Mostly not.  And what did you -- again, 08:14:23
18    in the times that counsel was not present what 08:14:27
19    did you discuss with your co-founders about this 08:14:30
20    deposition?                                    08:14:35
21            MR. LEVINE:  And I would also advise -- 08:14:35
22    I would also advise the witness that if you are 08:14:38
23    receiving any information that was directly    08:14:41
24    received from the attorneys, then I would say  08:14:43
25    that this all falls into work product and I    08:14:45
```

Page 10

ATTORNEYS EYES ONLY

```
 1   would say don't answer as it relates to          08:14:48
 2   communications that were derived from            08:14:50
 3   information from the lawyers.                     08:14:51
 4      Q.   (By Mr. Damle) Yeah, I'm not interested  08:14:55
 5   in anything about what the -- what the lawyers   08:14:57
 6   told you or your co-founders.                     08:14:59
 7          I just want to know what you and your     08:15:01
 8   co-founders talked about other than that.        08:15:04
 9          MR. LEVINE:  So nothing as it relates to  08:15:10
10   strategy, case, anything related to the lawyers. 08:15:12
11   If there's anything, you know, if there's        08:15:15
12   anything -- yeah, all I can say is anything      08:15:18
13   that, you know, was derived from the lawyers,    08:15:23
14   those are attorney-client privileges as well.   08:15:25
15          Because you are a member of the entity   08:15:28
16   it all falls into work product and              08:15:31
17   attorney-client.  So anything that was derived  08:15:34
18   from a lawyer or discussed with a lawyer then   08:15:36
19   any of that should not be discussed.            08:15:38
20          So if you can answer this without        08:15:40
21   disclosing any kind of work product or          08:15:42
22   attorney-client privilege, then go ahead.  If   08:15:45
23   not then I'm instructing you not to answer.     08:15:47
24          THE WITNESS:  I'm not sure if I can      08:15:51
25   answer.  I don't recall enough of the questions 08:15:53
```

Page 11

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | to disambiguate those two. | 08:15:55 |
| 2 | Q.   (By Mr. Damle) Did you speak with Amanda | 08:15:59 |
| 3 | Gorton about her deposition? | 08:16:04 |
| 4 | A.   Only in that she -- only in that she had | 08:16:06 |
| 5 | a deposition, but not at any great length. | 08:16:11 |
| 6 | Q.   Did she tell you anything about what she | 08:16:14 |
| 7 | was asked or the topics that came up during the | 08:16:17 |
| 8 | deposition? | 08:16:21 |
| 9 | A.   No, she did not.  She just told me that | 08:16:22 |
| 10 | it seemed like it went well.  That was the only | 08:16:27 |
| 11 | information I have about that. | 08:16:30 |
| 12 | Q.   And what about Steve Dyer, did you speak | 08:16:31 |
| 13 | with him about his deposition? | 08:16:33 |
| 14 | A.   No, not directly.  I was told by Chris | 08:16:35 |
| 15 | that that went well, too. | 08:16:38 |
| 16 | Q.   And did Chris tell you anything about | 08:16:40 |
| 17 | the topics that came up during that deposition? | 08:16:45 |
| 18 | A.   Not that I can recall. | 08:16:47 |
| 19 | Q.   Have you -- in preparing for today's | 08:16:49 |
| 20 | deposition did you speak with anyone that was | 08:16:58 |
| 21 | not an employee of Corellium other than your | 08:17:00 |
| 22 | counsel? | 08:17:04 |
| 23 | A.   No. | 08:17:04 |
| 24 | Q.   And have you discussed this litigation | 08:17:06 |
| 25 | with anyone other than the counsel -- your | 08:17:15 |

Page 12

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | counsel in this case? | 08:17:20 |
| 2 | A.   I told my girlfriend.  I'm pretty | 08:17:21 |
| 3 | nervous about it so we discussed that. | 08:17:30 |
| 4 | Q.   But other than the fact that you are | 08:17:32 |
| 5 | nervous anything else other than that? | 08:17:34 |
| 6 | A.   No. | 08:17:36 |
| 7 | Q.   So what do you understand about the | 08:17:37 |
| 8 | nature of the lawsuit that you are here for | 08:17:46 |
| 9 | today? | 08:17:49 |
| 10 | A.   My understanding is that it is a | 08:17:49 |
| 11 | copyright infringement lawsuit largely.  And | 08:17:55 |
| 12 | that from what I understand Apple is accusing | 08:18:01 |
| 13 | Corellium of having copied iOS or trying to | 08:18:03 |
| 14 | create some sort of fake knock-off version of | 08:18:13 |
| 15 | iOS. | 08:18:18 |
| 16 | Q.   And did you understand that there is a | 08:18:19 |
| 17 | claim here under the Digital Millennium | 08:18:21 |
| 18 | Copyright Act? | 08:18:27 |
| 19 | A.   Oh, about -- yes, I understand there was | 08:18:28 |
| 20 | another claim about circumvention of copy | 08:18:32 |
| 21 | protections, but I find that claim very | 08:18:36 |
| 22 | confusing because we did not have to circumvent | 08:18:42 |
| 23 | anything in the course of anything we did. | 08:18:45 |
| 24 | Q.   And is that something you considered as | 08:18:47 |
| 25 | you were developing your product, whether you | 08:18:57 |

Page 13

ATTORNEYS EYES ONLY

```
1    were either violating the copyright law by        08:19:02

2    making unauthorized copies or modifications, or   08:19:09

3    whether you were violating the DMCA by            08:19:13

4    circumventing copy controls as you call them?     08:19:20

5         MR. LEVINE:  Object to the form, calls       08:19:22

6    for legal conclusion, expert opinion.             08:19:25
```



Page 14

ATTORNEYS EYES ONLY

```
1    ████  ███████████████████████        ███████

     █  █████████████████████████████  █     ███████

     █  ████████████████████████        ███████

     █  █████████████████████████       ███████

     █  █████████████████████████       ███████

     █  ████████████████████████        ███████

     █  ██████████████████████████      ███████

     █  ██████████████████████████      ███████

     █  █████████████████████████       ███████

    ██  ███████████████████████         ███████

    ██  ██████████                       ███████
```

| | | |
|---|---|---|
| 12 | Q.   So is it -- is it the fact that Apple | 08:21:31 |
| 13 | has made its code -- and here we are talking | 08:21:47 |
| 14 | about the IPSW files; is that correct? | 08:21:50 |
| 15 | A.   Yes. | 08:21:52 |
| 16 | Q.   And the fact that Apple has made its | 08:21:52 |
| 17 | IPSW files publicly available that is what gave | 08:21:56 |
| 18 | you comfort that what you were doing was legally | 08:21:59 |
| 19 | permissible; is that correct? | 08:22:01 |
| 20 | MR. LEVINE:  Object to the form, calls | 08:22:03 |
| 21 | for legal conclusion. | 08:22:04 |
| 22 | THE WITNESS:  Yes, partially it did | 08:22:07 |
| 23 | make -- make me comfortable.  And also I believe | 08:22:09 |
| 24 | that we initially had some discussions with | 08:22:13 |
| 25 | Apple employees like in earlier stages in the | 08:22:17 |

Page 15

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | project and it felt like there was no -- they | 08:22:20 |
| 2 | did not have any particular objection to what we | 08:22:24 |
| 3 | were doing. | 08:22:29 |
| 4 | Q.   (By Mr. Damle) Any other -- any other | 08:22:29 |
| 5 | reason that you can think of that you felt that | 08:22:36 |
| 6 | what you were doing was legally permissible? | 08:22:38 |
| 7 | MR. LEVINE:  Object to the form. | 08:22:42 |
| 8 | THE WITNESS:  I can't think of any | 08:22:44 |
| 9 | specific one right now, but I was fairly | 08:22:55 |
| 10 | confident. | 08:22:58 |
| 11 | And I was also confident that if there | 08:22:59 |
| 12 | were problems Apple would, you know, ask us to | 08:23:01 |
| 13 | stop. | 08:23:04 |
| 14 | Q.   (By Mr. Damle) Do you think Apple has | 08:23:05 |
| 15 | asked you to stop by filing this lawsuit? | 08:23:10 |
| 16 | A.   Yes, but I expected something less -- a | 08:23:12 |
| 17 | notification that was less, you know, dramatic I | 08:23:20 |
| 18 | suppose than a lawsuit. | 08:23:23 |
| 19 | MR. LEVINE:  And let me get my -- I | 08:23:25 |
| 20 | didn't have a chance to get an objection in | 08:23:28 |
| 21 | there.  Objection, speculation. | 08:23:28 |
| 22 | And also, David, if you can for some of | 08:23:30 |
| 23 | these questions I'm going to be asserting | 08:23:32 |
| 24 | objections on the record. | 08:23:34 |
| 25 | Counsel didn't go through some of these | 08:23:36 |

Page 16

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | instructions in the beginning, but I just want | 08:23:38 |
| 2 | to make sure that I have an opportunity after | 08:23:40 |
| 3 | the -- after Mr. Damle asks his question to be | 08:23:42 |
| 4 | able to assert an objection on the record. | 08:23:48 |
| 5 | So if you can give me a second to assert | 08:23:50 |
| 6 | any objection after the question before you | 08:23:52 |
| 7 | answer.  Thank you. | 08:23:54 |
| 8 | THE WITNESS:  Sorry about that. | 08:23:56 |
| 9 | MR. LEVINE:  No problem. | 08:23:58 |
| 10 | Q.  (By Mr. Damle) If Apple had sent you a | 08:23:59 |
| 11 | cease and desist letter do you think Corellium | 08:24:10 |
| 12 | would have stopped using its product -- stopped | 08:24:14 |
| 13 | selling its Apple -- Corellium Apple product? | 08:24:20 |
| 14 | Sorry. | 08:24:23 |
| 15 | MR. LEVINE:  Objection, assumes facts | 08:24:23 |
| 16 | not in evidence, speculation, improper | 08:24:24 |
| 17 | hypothetical. | 08:24:28 |
| 18 | THE WITNESS:  I believe we would have | 08:24:28 |
| 19 | had a serious conversation as a company and, you | 08:24:29 |
| 20 | know, just talked to Apple about it. | 08:24:31 |
| 21 | I don't know exactly what we would have | 08:24:33 |
| 22 | done, but my personal stance is that I -- I | 08:24:35 |
| 23 | would rather not get into a legal fight with | 08:24:42 |
| 24 | Apple. | 08:24:46 |
| 25 | Q.  (By Mr. Damle) And why would you rather | 08:24:46 |

Page 17

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | not get into a legal fight with Apple? | 08:24:52 |
| 2 | A.   Because -- I would rather not because | 08:24:55 |
| 3 | I'm a big Apple fan.  I like Apple.  I, you | 08:24:57 |
| 4 | know, I wanted to work there. | 08:25:02 |
| 5 | So I don't, you know, this kind of | 08:25:04 |
| 6 | conflict is something and any conflict is | 08:25:11 |
| 7 | something that really bothers me. | 08:25:13 |
| 8 | Q.   Do you think Apple's position in this | 08:25:15 |
| 9 | litigation is reasonable? | 08:25:21 |
| 10 | MR. LEVINE:  Object to the form of the | 08:25:26 |
| 11 | question, calls for legal opinion, speculation, | 08:25:28 |
| 12 | legal conclusion. | 08:25:32 |
| 13 | THE WITNESS:  I don't believe Apple's | 08:25:35 |
| 14 | legal position in this is reasonable in the form | 08:25:40 |
| 15 | that they gave it to us. | 08:25:45 |
| 16 | It seems to me that it focuses on -- on | 08:25:47 |
| 17 | things that don't -- that -- things that don't | 08:25:51 |
| 18 | exist such as, you know, our circumvention of | 08:25:59 |
| 19 | any sort of protection measures. | 08:26:05 |
| 20 | It seems to me that it relies like this | 08:26:06 |
| 21 | flavor of us trying to create a knock-off | 08:26:12 |
| 22 | version of iOS when we don't. | 08:26:15 |
| 23 | What we tried to do is create tools for | 08:26:19 |
| 24 | developers who will be buying iPhones anyway. | 08:26:22 |
| 25 | And I think that -- I think that, you know, I | 08:26:26 |

Page 18

ATTORNEYS EYES ONLY

```
1    think what we do does not harm Apple at all and,    08:26:32

2    in fact, helps Apple.                                08:26:35
```



Page 19

ATTORNEYS EYES ONLY



Page  20

ATTORNEYS EYES ONLY



Page 21

ATTORNEYS EYES ONLY



Page 22

ATTORNEYS EYES ONLY



Page 23

ATTORNEYS EYES ONLY



Page  24

ATTORNEYS EYES ONLY



Page 25

ATTORNEYS EYES ONLY



Page  26

ATTORNEYS EYES ONLY



Page 27

ATTORNEYS EYES ONLY



Page  28

ATTORNEYS EYES ONLY



Page 29

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.    Okay.   We will put a pin in that and we | 08:42:25 |
| 2 | may have to revisit.   Okay. | 08:42:35 |
| 3 | So after August of 2017 what was your | 08:42:40 |
| 4 | next position? | 08:42:46 |
| 5 | A.    Well, I came on board to Corellium.   I | 08:42:47 |
| 6 | was originally -- originally was going | 08:42:57 |
| 7 | to -- thinking about rejoining Quantum Metric, | 08:43:01 |
| 8 | but ended up -- ended up joining Corellium. | 08:43:05 |

Page 30

ATTORNEYS EYES ONLY

```
 1   ████████████████████████████████████   ██████
 █   ████████████████████████████           ██████
 3      Q.   And you mentioned Chris and that's Chris   08:44:30
 4   Wade?                                              08:44:36
 5      A.   That's right.                              08:44:37
 6      Q.   And you knew Chris Wade before he made     08:44:37
 7   you the offer to join Corellium?                   08:44:40
 8      A.   Yes.  I met him very long ago, back when   08:44:43
 9   I was in college in fact.                          08:44:47
10      Q.   Had you worked together with Chris Wade    08:44:52
11   before joining him at Corellium?                   08:44:54
12      A.   Yes, on a couple of occasions.  The        08:44:58
13   previous occasions -- actually, when I joined      08:45:00
14   Intelliborn he was actually recruited at the       08:45:05
15   same time or even a little bit earlier.            08:45:07
16        And, you know, it didn't end up working       08:45:11
17   out and Chris left the company pretty soon after   08:45:17
18   I joined.  I think I worked with him a total of    08:45:19
19   a month or less.                                   08:45:25
20        And the previous time Chris and I worked      08:45:26
21   on various projects together.                      08:45:28
22   ██  ██████████████████████████           ██████
██  ██  ████████████████████████████████████  ██████
██  ████████████████████████   ██████████       ██████
██  ████████████████████████████████            ██████
```

Page 31

ATTORNEYS EYES ONLY



Page 32

ATTORNEYS EYES ONLY



Page 33

ATTORNEYS EYES ONLY



Page 34

ATTORNEYS EYES ONLY



```
19    Q.    And who at Apple did you speak with      08:51:33

20    about the potential acquisition?               08:51:45

21    A.    I did not directly speak to anyone at    08:51:49

22    Apple about acquisition other than the times   08:51:55

23    that I was at the Apple campus and interacting 08:51:58

24    with a lot of their engineers.                 08:52:03

25          I don't remember all of their names, but 08:52:07
```

Page 35

ATTORNEYS EYES ONLY

```
 1    I usually -- I think it is just I let Chris and      08:52:10
 2    others, you know, take the lead on those things.     08:52:16
 3        Q.   Do you know who Craig Federighi is?         08:52:19
 4        A.   Yes, I definitely know of him from his      08:52:27
 5    reputation and I have been in a meeting with         08:52:32
 6    him.                                                 08:52:34
 7        Q.   And when were you in a meeting with him?    08:52:36
 8        A.   It was the first time that -- I think it    08:52:39
 9    was the first time we were at Apple and I think      08:52:49
10    we had an early meeting with Craig and he was in     08:52:51
11    a room, yeah, in a room with us pretty briefly       08:52:55
12    for 30 minutes.                                      08:53:01
13        We -- we -- we kind of made our pitch or         08:53:02
14    I guess Chris did and I didn't really talk at        08:53:06
15    all.                                                 08:53:09
16        Q.   And you said before that you like Apple.    08:53:09
17    Why do you like Apple?                               08:53:19
18        A.   I think Apple makes great products and I    08:53:21
19    think they make really sound engineering            08:53:25
20    decisions.                                           08:53:27
21        I think that -- I think that in terms           08:53:29
22    of -- in terms of privacy they're doing a better    08:53:34
23    job than other large companies like Google.         08:53:37
24        I don't think Apple is perfect.  I don't        08:53:41
25    like, you know, everything about them or about      08:53:43
```

Page 36

ATTORNEYS EYES ONLY

```
 1   their corporate policies, but the products      08:53:47
 2   themselves I think are really nice, really      08:53:50
 3   great.                                          08:53:53
 4      Q.   Do you think iOS is a secure platform   08:53:53
 5   compared to other platforms?                    08:54:01
 6      A.   I think, yes, because -- but because    08:54:05
 7   I -- because I work primarily in iOS I may not  08:54:17
 8   understand all of the security features of other 08:54:22
 9   platforms, but from what I know of iOS I do     08:54:25
10   think that iOS security is quite strong.        08:54:28
11         And, you know, from the people I have     08:54:33
12   met who do iOS security they seem to know --    08:54:36
13   treat it seriously and know what they're talking 08:54:40
14   about.                                          08:54:44
15      Q.   Do you think in general iOS is more     08:54:44
16   secure than Android?                            08:54:51
17      A.   Yes, I do think so, but, again, I don't 08:55:00
18   have as much experience with the Android        08:55:03
19   ecosystem.                                      08:55:06
20         It does seem like the Android ecosystem   08:55:07
21   suffers from a bit of fragmentation both from a 08:55:10
22   market perspective and there's uneven -- uneven 08:55:14
23   application of the security measures that they  08:55:15
24   do have and also some degree of technical       08:55:17
25   fragmentation.                                  08:55:21
```

Page 37

ATTORNEYS EYES ONLY

```
1            I recall looking at their Sandbox model   08:55:22

2    and it seemed instead of having the iOS-styled    08:55:25

3    Sandbox framework with mandatory access controls  08:55:29

4    they have kind of a patchwork quilt of systems    08:55:32

5    which seems significantly less elegant to me.     08:55:36

6        Q.   Can we turn back to your joining         08:55:40

7    Corellium?  What was your role when you first     08:55:49

8    joined Corellium?                                 08:55:52

9            MR. LEVINE:  Counsel, he can absolutely   08:55:54

10   answer this question, but just after this         08:55:57

11   question before we get into a new line of         08:55:59

12   questions can we just take a quick break?  We've  08:56:01

13   been going about an hour now.                     08:56:04

14           MR. DAMLE:  A little under an hour, but,   08:56:05

15   yeah, sure.  Let me just ask you about your time  08:56:07

16   at Corellium and then we can take a break.        08:56:09

17           MR. LEVINE:  It is coming up on noon and  08:56:13

18   we started at 11 so just maybe at noon.  Thanks.  08:56:17

19           THE WITNESS:  Yeah, so I'm trying         08:56:19

20   to -- I'm trying to remember exactly what my      08:56:22

21   role would be.  Like Chris -- Chris called me     08:56:24

22   and thought that I would be really good with      08:56:28

23   the -- really good with helping out.              08:56:32

24
```

ATTORNEYS EYES ONLY

1   ████████████████████████████████   ██████

█   ██████████████████████████████████   ██████

█   ████████████████████████████████   ██████

█   ██████████████████████████████   ██████

█      ██████████████████████████████   ██████

█   ██████████████████████████████████   ██████

█   ████████████████████████████████   ██████

█   ████████████████████████████   ██████

█   ██████████████████   ██████

10      Q.   (By Mr. Damle) And so you were a          08:57:23

11   co-founder of Corellium.  Is that fair to say?    08:57:28

12      A.   Yes.                                       08:57:31

13      Q.   And you are a member of the LLC?  You      08:57:31

14   know what that means?                              08:57:34

15      A.   I -- yes, I believe I'm a member of the    08:57:35

16   LLC.  I'm not completely clear on the meaning --   08:57:40

17   the legal meaning of it I suppose.                 08:57:43

18      Q.   But you own a piece of the company; is     08:57:45

19   that right?                                        08:57:51

20      A.   Yes.                                       08:57:51

21      Q.   And what is your current title?            08:57:52

22      A.   The title that I -- I don't really have    08:57:59

23   an official title.  Usually I just tell people     08:58:07

24   co-founder.                                        08:58:10

25         I think that the title that most matches     08:58:11

Page 39

ATTORNEYS EYES ONLY



```
 1    what I do currently is just the head of       08:58:15

 2    platform.  Basically all the software that's not  08:58:18

 3    the hypervisor that kind of feeds stuff into the  08:58:23

 4    hypervisor and managing how developers interact  08:58:28

 5    with our software and those things I'm          08:58:31

 6    responsible for.                               08:58:33
```

Page  40

ATTORNEYS EYES ONLY



Page 41

ATTORNEYS EYES ONLY

```
1              MR. DAMLE:  We can take a break now.        09:01:17

2          (Recess from 9:01 a.m. to 9:15 a.m.)           09:01:22
```



Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY



Page 43

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   And so in 2013 you won a Pwnie award for | 09:18:46 |
| 2 | Best Privilege Escalation Bug; is that correct? | 09:18:56 |
| 3 | A.   That's right. | 09:18:59 |
| 4 | MR. LEVINE:  Objection.  You can answer. | 09:19:00 |
| 5 | THE WITNESS:  Yes, that's correct. | 09:19:04 |
| 6 | Q.   (By Mr. Damle) And what was that award | 09:19:05 |
| 7 | for, what bug was it for, sorry? | 09:19:12 |
| 8 | A.   I don't recall the precise bug, but I | 09:19:15 |
| 9 | believe it was for a chain of vulnerabilities | 09:19:22 |
| 10 | that allowed us -- allowed us to jailbreak a | 09:19:25 |
| 11 | particular series of devices.  I believe it | 09:19:30 |
| 12 | could have been either iOS 6 or 7. | 09:19:35 |
| 13 | Q.   Was it called the Evasi0n jailbreak? | 09:19:38 |
| 14 | A.   Yes. | 09:19:43 |
| 15 | Q.   With the O replaced with a 0? | 09:19:43 |
| 16 | A.   Yes. | 09:19:57 |
| 17 | Q.   And I believe I have read that -- that | 09:19:57 |
| 18 | this required bypassing code signing on iOS.  Is | 09:20:12 |
| 19 | that accurate? | 09:20:24 |
| 20 | MR. LEVINE:  Objection, foundation. | 09:20:25 |
| 21 | THE WITNESS:  It required -- it required | 09:20:27 |
| 22 | the -- it required us to be able to execute | 09:20:32 |
| 23 | unsigned code.  It was a vulnerability that had | 09:20:38 |
| 24 | to be exploited so that code not signed by Apple | 09:20:41 |
| 25 | could run on a device. | 09:20:45 |

Page  44

ATTORNEYS EYES ONLY

```
 1      Q.    (By Mr. Damle) Is that a common feature    09:20:48
 2   of jailbreak exploits, that you need to run         09:20:50
 3   signed code on the device?                          09:20:56
 4      A.    Yes, because ultimately the point of       09:20:57
 5   jailbreaking is to take control of your own         09:21:01
 6   device.                                             09:21:06
 7         Apple has locked down the device so that      09:21:07
 8   no code unless they explicitly sign off on every    09:21:09
 9   single bit of it needs to -- runs.                  09:21:14
10         So on a traditional computer you are          09:21:19
11   free to write any code you want and run it right    09:21:23
12   away, but on an iOS device because of those         09:21:26
13   restrictions only code Apple signs can run.         09:21:29
14         And so what jailbreaking does is it           09:21:35
15   allows you to take control of your own device.      09:21:37
16   It allows you to -- to, you know, break open the    09:21:40
17   manufacturer seal so to speak and just -- and,      09:21:45
18   you know, tinker -- tinker and make enhancements    09:21:50
19   to your device and run whatever programs you        09:21:54
20   want on it.                                         09:21:57
21      Q.    Does jailbreaking an iPhone always         09:21:58
22   require the use of exploitable vulnerability?       09:22:10
23      A.    Jailbreaking a physical iPhone would       09:22:18
24   require some sort of vulnerability.  There's        09:22:28
25   various definitions of vulnerabilities.  In this    09:22:35
```

Page 45

ATTORNEYS EYES ONLY

```
 1   case I will define vulnerability very broadly --    09:22:37
 2      Q.   Sure.                                        09:22:40
 3      A.    -- like even if it's like something that    09:22:40
 4   is a design flaw or something like I will count      09:22:47
 5   as a vulnerability, but since the design             09:22:50
 6   specifically says all code that runs must            09:22:53
 7   be -- must be -- must be approved by Apple            09:22:57
 8   then -- then that would mean that you would need     09:23:01
 9   some sort of like aberration, some sort of --        09:23:06
10   something that goes against the design to run        09:23:11
11   code not signed by Apple in that case.               09:23:15
12      Q.   So jailbreaking an iPhone requires some      09:23:17
13   sort of vulnerability in the way that you have       09:23:24
14   defined it?                                          09:23:26
15           MR. LEVINE:  Mischaracterizes testimony,     09:23:29
16   objection.                                           09:23:32
17           THE WITNESS:  It does not in certain         09:23:34
18   cases.  So -- so jailbreaking a physical device      09:23:38
19   does require that, however -- however, you can       09:23:42
20   have a device that is not jailed in the first        09:23:47
21   place.                                               09:23:51
22   ██████████████████████████████          ████████
   ████████████████████████████████████████  ████████
   ████████████████████████████████████████  ████████
   ████████████████████████████████████     ████████
```

Page 46

ATTORNEYS EYES ONLY



1
2      Q.    (By Mr. Damle) And is it something that     09:24:08
3   Corellium does that means that the restrictions     09:24:13
4   are not there?                                       09:24:17
5           MR. LEVINE:  Object to the form of the       09:24:21
6   question, confusing, vague.                          09:24:25
7           THE WITNESS:  Yeah, I'm sorry, could         09:24:26
8   you -- could you clarify that?                       09:24:30
9
14          MR. LEVINE:  Objection, vague.  You          09:24:44
15  failed to clarify what restrictions.                 09:24:48
16

Page 47

ATTORNEYS EYES ONLY



Page 48

ATTORNEYS EYES ONLY



Page 49

ATTORNEYS EYES ONLY



Page  50

ATTORNEYS EYES ONLY



1

&#9632; ████████████████████████     ███████████

&#9632; ██████████████████████████████     ███████████

&#9632; ████████████████████████████     ███████████

&#9632; ████████████████████████████     ███████████

&#9632; █████     ███████████

&#9632; ████     ████     ███████████

```
 7      Q.   You testified earlier as to how you were     09:29:35

 8   referring to vulnerability.                          09:29:48

 9          Is there a difference in your view            09:29:49

10   between a software bug and a vulnerability?          09:29:51

11      A.   It might be -- like it depends on the        09:29:53

12   context of the discussion.  I think that a           09:29:59

13   lot -- like broadly speaking a lot of things         09:30:04

14   could be a vulnerability, you know.                  09:30:08
```

15

&#9632; ██████████████████████     ███████████

&#9632; ██████████████████████████     ███████████

&#9632; ███████████████████████████     ███████████

&#9632; ███████████████████████     ███████████

&#9632; ███████████████████████████     ███████████

&#9632; ████████████████     ███████████

&#9632; ██████████████████████     ███████████

&#9632; ███████████████████████████     ███████████

&#9632; ████     ███████████

&#9632; ██████████████████████     ███████████

&#9632; ██████████████████████████     ███████████

Page 51

ATTORNEYS EYES ONLY

```
1   ████████████████████████████████████      ████████
█   █████████████████████████████████          ████████
█   ████████████████████████████████████████    ████████
█   █████████████████████████████████          ████████
█   ████████████████████████████████           ████████
█   ████████████████████████████████            ████████
█   ███████████████████████████████             ████████
█   ████████████                               ████████
```

```
 9          And that could be exploited in a way to      09:31:07

10   introduce behavior that the original programmer      09:31:10

11   does not want.                                        09:31:13

12       Q.   And are there vulnerabilities in your        09:31:14

13   view that are not exploitable?  Sorry, let me         09:31:22

14   scratch that.                                          09:31:28

15          What is an exploit?                            09:31:28

16       A.   An exploit uses vulnerabilities to           09:31:30

17   achieve a purpose.                                    09:31:34

18       Q.   And what would that purpose be?              09:31:44

19       A.   It could be any purpose.  It could be        09:31:46

20   for -- for example, in jailbreaking the purpose       09:31:47

21   would be to enable unsigned code to run on the        09:31:50

22   device.                                               09:31:55

23       Q.   And any other examples of what the           09:31:55

24   purpose of an exploit would be?                       09:31:59

25       A.   Well, largely it would -- it could           09:32:02
```

Page 52

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | also -- for example, you could potentially | 09:32:06 |
| 2 | bypass a lock screen or something like that or | 09:32:13 |
| 3 | perhaps in a game you score twice instead of | 09:32:16 |
| 4 | once when you toss a basket, something like | 09:32:22 |
| 5 | that, you know, any sort of -- or not even score | 09:32:26 |
| 6 | twice, maybe you just make some interesting | 09:32:29 |
| 7 | patterns appear on the screen, basically | 09:32:31 |
| 8 | anything that kind of -- like -- a vulnerability | 09:32:34 |
| 9 | is like sort of theoretical knowledge and an | 09:32:40 |
| 10 | exploit practically applies it. | 09:32:46 |
| 11 | Q.   Any other vulnerabilities that are -- | 09:32:48 |
| 12 | that wouldn't lead to the development of | 09:32:53 |
| 13 | exploits?  Sorry. | 09:32:55 |
| 14 | Are there vulnerabilities that could | 09:32:56 |
| 15 | lead to the development of an exploit? | 09:32:58 |
| 16 | MR. LEVINE:  Object to the form of the | 09:33:00 |
| 17 | question. | 09:33:06 |
| 18 | THE WITNESS:  I think that -- I think it | 09:33:06 |
| 19 | gets tricky.  If you are saying that it is a | 09:33:09 |
| 20 | vulnerability, but it is not exploitable, then I | 09:33:14 |
| 21 | don't know if it is a vulnerability. | 09:33:18 |
| 22 | If it's a vulnerability that is | 09:33:19 |
| 23 | difficult to exploit or impractical to exploit | 09:33:23 |
| 24 | or can't be exploited yet with our current | 09:33:27 |
| 25 | understanding or knowledge, then that could | 09:33:30 |

Page 53

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | still be a vulnerability. | 09:33:32 |
| 2 | Q.   (By Mr. Damle) Okay.  Have you ever | 09:33:33 |
| 3 | heard the term white hat hacker? | 09:33:41 |
| 4 | A.   Yes. | 09:33:44 |
| 5 | Q.   What does that mean to you? | 09:33:44 |
| 6 | A.   It means someone who does -- performs | 09:33:47 |
| 7 | security research for some sort of social good. | 09:33:51 |
| 8 | Q.   And when you say social good what does | 09:33:55 |
| 9 | that mean? | 09:33:58 |
| 10 | A.   It's something that benefits society. | 09:33:59 |
| 11 | Q.   And what does a black hat hacker mean to | 09:34:06 |
| 12 | you? | 09:34:12 |
| 13 | A.   Uses security, computer security to | 09:34:12 |
| 14 | benefit themselves for some sort of selfish end | 09:34:21 |
| 15 | and usually harms other -- other people. | 09:34:25 |
| 16 | Q.   Have you heard the term grey hat hacker? | 09:34:29 |
| 17 | A.   I have. | 09:34:36 |
| 18 | Q.   And what does that mean to you? | 09:34:37 |
| 19 | A.   I am not completely sure.  These are | 09:34:40 |
| 20 | terms that I -- I don't really think about very | 09:34:46 |
| 21 | often. | 09:34:49 |
| 22 | I would suppose a grey hat hacker would | 09:34:50 |
| 23 | be someone who -- who has a mix of those | 09:34:53 |
| 24 | characteristics.  I think some people define it | 09:35:01 |
| 25 | as a white hat hacker who -- who may not follow | 09:35:04 |

Page 54

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | all the laws or something and some others say | 09:35:07 |
| 2 | that it is a -- it is a hacker who -- who -- who | 09:35:12 |
| 3 | perhaps does things for selfish ends, but not | 09:35:17 |
| 4 | necessarily harms other people. | 09:35:22 |
| 5 |      I don't really -- I'm very unclear about | 09:35:23 |
| 6 | the definition of grey hat hacker and my feeling | 09:35:26 |
| 7 | is that the community also does not know really | 09:35:28 |
| 8 | what that means. | 09:35:32 |
| 9 |    Q.   What is virtualization? | 09:35:32 |
| 10 |    A.   Virtualization -- virtualization is the | 09:35:39 |
| 11 | ability to run software on hardware that the | 09:35:44 |
| 12 | software is not ordinarily meant to run on. | 09:35:53 |
| 13 |      The software may believe that it is | 09:35:56 |
| 14 | running on the original hardware, but it is | 09:35:58 |
| 15 | actually running on different hardware. | 09:36:00 |
| 16 |      And this allows you to do useful things | 09:36:02 |
| 17 | such as running the device -- running the | 09:36:06 |
| 18 | software on faster hardware or being able | 09:36:10 |
| 19 | to -- to introspect it a little bit more to be | 09:36:14 |
| 20 | able to see -- to use debugging techniques on it | 09:36:18 |
| 21 | to see how it works. | 09:36:22 |
| 22 |    Q.   And what is emulation? | 09:36:28 |
| 23 |    A.   Emulation -- emulation has some of the | 09:36:30 |
| 24 | same goals, however, instead of having -- | 09:36:35 |
| 25 | instead of using -- leveraging -- heavily | 09:36:39 |

Page 55

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | leveraging existing hardware it would actually | 09:36:42 |
| 2 | simulate all aspects of the hardware in software | 09:36:46 |
| 3 | so it tends to be much slower, but it can be | 09:36:49 |
| 4 | more accurate. | 09:36:52 |
| 5 | Q.   And why would it be more accurate? | 09:36:52 |
| 6 | A.   Because you are not bound by the | 09:36:58 |
| 7 | limitations of the actual hardware that you | 09:37:01 |
| 8 | have. | 09:37:04 |
| 9 | Q.   So there are situations where simulation | 09:37:04 |
| 10 | has advantages over virtualization -- sorry, | 09:37:18 |
| 11 | scratch that, where emulation -- let me just | 09:37:22 |
| 12 | start that whole question over. | 09:37:24 |
| 13 | So there are situations where emulation | 09:37:26 |
| 14 | has advantages over virtualization; is that | 09:37:29 |
| 15 | correct? | 09:37:33 |
| 16 | MR. LEVINE:  Object to the form, vague, | 09:37:33 |
| 17 | hypothetical. | 09:37:35 |
| 18 | THE WITNESS:  Yes, there are situations | 09:37:41 |
| 19 | where emulation might have advantages over | 09:37:43 |
| 20 | virtualization. | 09:37:47 |
| 21 | Q.   (By Mr. Damle) And does simulation have | 09:37:48 |
| 22 | a different meaning to you than emulation? | 09:37:50 |
| 23 | MR. LEVINE:  Object to the form. | 09:38:05 |
| 24 | THE WITNESS:  Yes, I think it does, but | 09:38:06 |
| 25 | it is unclear to me the precise differentiation | 09:38:10 |

Page 56

ATTORNEYS EYES ONLY

```
 1    between simulation and emulation.           09:38:18
 2         It feels like simulation -- people who  09:38:21
 3    say simulate likely have access to the original  09:38:24
 4    hardware model and are able to -- and are more  09:38:28
 5    interested in testing the behavior of the   09:38:33
 6    hardware rather than trying to get a piece of  09:38:36
 7    software to work.                            09:38:39
 8    Q.    (By Mr. Damle) And are you familiar with  09:38:41
 9    Apple's simulator program which is part of its  09:38:48
10    Xcode platform?                              09:38:52
11    A.    You are referring to the iOS simulator?  09:38:54
12    Q.    Yes.                                   09:39:00
13    A.    Yes, I'm familiar with that.           09:39:00
14    Q.    And would you call that an emulator of  09:39:01
15    iOS?                                         09:39:07
16         MR. LEVINE:  Object to the form of the  09:39:08
17    question.                                    09:39:13
18         THE WITNESS:  I don't think it falls   09:39:13
19    into any of those three categories that I have  09:39:14
20    defined.                                     09:39:17
21         I believe it -- it really is a         09:39:19
22    compatibility layer between -- not between a  09:39:24
23    software -- software and hardware.           09:39:29
24         It's a purpose-built piece of software  09:39:33
25    that is completely different from the regular  09:39:37
```

Page 57

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | iOS and it interacts with a compatibility layer | 09:39:42 |
| 2 | that instead of having it interact with Mac | 09:39:46 |
| 3 | hardware or whatever, it allows it to be | 09:39:51 |
| 4 | compatible with a different operating system | 09:39:52 |
| 5 | which is macOS. | 09:39:55 |
| 6 | The simulator doesn't even run the iOS | 09:39:58 |
| 7 | kernel.  The simulator is suitable for a | 09:40:01 |
| 8 | high-level -- for -- basically for app | 09:40:05 |
| 9 | developers to test certain features, but it's | 09:40:09 |
| 10 | the fidelity on the binary execution level and | 09:40:14 |
| 11 | on how on the operating system level it is | 09:40:19 |
| 12 | completely not there. | 09:40:22 |
| 13 | Q.    (By Mr. Damle) What is a hypervisor? | 09:40:23 |
| 14 | A.    A hypervisor is a key piece of a | 09:40:35 |
| 15 | virtualized system.  It manages calls from -- it | 09:40:39 |
| 16 | manages requests from the software being | 09:40:43 |
| 17 | virtualized and it relays them to -- relays them | 09:40:46 |
| 18 | into hardware. | 09:40:51 |
| 19 | Q.    And so you mentioned software being | 09:40:52 |
| 20 | virtualized.  How does that -- is virtualized | 09:41:01 |
| 21 | software, is that called a virtual machine? | 09:41:09 |
| 22 | MR. LEVINE:  Object to the form of the | 09:41:12 |
| 23 | question. | 09:41:20 |
| 24 | THE WITNESS:  Not necessarily. ■ | |

Page 58

ATTORNEYS EYES ONLY



24      Q.    (By Mr. Damle) Are you familiar with          09:42:49

25   what an IPSW file is?                                   09:42:53

Page 59

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A.   Yes. | 09:42:57 |
| 2 | Q.   What is it? | 09:42:58 |
| 3 | A.   It's the form of -- it is a file that | 09:42:59 |
| 4 | Apple publishes that is eventually downloaded | 09:43:03 |
| 5 | onto devices capable of updating iPhones or | 09:43:07 |
| 6 | iPads to the latest iOS software. | 09:43:14 |
| 7 | Q.   And what is your understanding of what | 09:43:21 |
| 8 | is contained inside an IPSW file? | 09:43:24 |
| 9 | A.   Code and data that are sufficient | 09:43:29 |
| 10 | to -- to install iOS onto -- onto hardware | 09:43:39 |
| 11 | devices. | 09:43:46 |
| 12 | I don't believe it contains all the | 09:43:49 |
| 13 | components of iOS, but -- but -- but | 09:43:52 |
| 14 | sufficient -- sufficient data and code | 09:43:57 |
| 15 | that -- that allows iPhones to be upgraded to | 09:44:00 |
| 16 | the latest version of iOS. | 09:44:05 |
| 17 | Q.   What components of iOS do you think | 09:44:07 |
| 18 | it doesn't contain? | 09:44:16 |
| 19 | MR. LEVINE:  If I can interject did you | 09:44:17 |
| 20 | say what components does it or doesn't it? | 09:44:21 |
| 21 | MR. DAMLE:  Doesn't it. | 09:44:23 |
| 22 | MR. LEVINE:  Okay.  What components does | 09:44:24 |
| 23 | an IPSW not include, is that your question? | 09:44:26 |
| 24 | MR. DAMLE:  Yes. | 09:44:28 |
| 25 | MR. LEVINE:  Thank you. | 09:44:29 |

Page 60

ATTORNEYS EYES ONLY

```
 1           THE WITNESS:  It does not include the      09:44:31
 2   bootloader and I am not completely sure, but I     09:44:35
 3   believe some firmware and carrier settings and     09:44:41
 4   things like that could be dynamically downloaded   09:44:46
 5   from Apple.                                         09:44:50
 6           And there's probably some other key         09:44:51
 7   pieces of -- key pieces of configuration or code   09:44:53
 8   that -- that is -- that is downloaded onto the     09:44:59
 9   device and activated during the -- during the     09:45:06
10   upgrade process or restore process.                09:45:12
11       Q.   (By Mr. Damle) What's the difference      09:45:16
12   between an upgrade process and a restore           09:45:20
13   process?                                            09:45:23
14       A.   The upgrade process tries to retain the   09:45:23
15   user data on the device and a restore process     09:45:26
16   tries to wipe out the user data already on the     09:45:30
17   device.                                             09:45:33
18       Q.   So just to talk about what is on the      09:45:39
19   IPSW file, that is the code that Apple provides    09:45:44
20   that is the minimum -- sorry, it contains the      09:45:53
21   minimum amount of code needed to run iOS on an     09:46:00
22   iPhone or iPad or other Apple device; is that      09:46:04
23   right?                                              09:46:08
24           MR. LEVINE:  Object to the form,            09:46:08
25   speculation, vague, confusing.                      09:46:09
```

Page 61

ATTORNEYS EYES ONLY

```
 1          THE WITNESS:  I don't believe it is the    09:46:12

 2   minimum amount of code.  I believe that they       09:46:15

 3   have -- they have stuff -- they have code on the   09:46:18

 4   device that -- that runs iOS under -- under, you   09:46:22

 5   know, Apple's definition of iOS which is the       09:46:26

 6   entire code sign chain and all of the -- all of    09:46:30

 7   the experience of iOS.                             09:46:37

 8      Q.   (By Mr. Damle) Okay.  So the IPSW file     09:46:38

 9   contains all the code under Apple's definition     09:46:44

10   of iOS which is the entire code sign chain; is     09:46:54

11   that right?                                         09:46:59

12          MR. LEVINE:  Object to the form as it        09:46:59

13   relates to Apple's definition of iOS as            09:47:01

14   speculation, vague.                                09:47:04

15          THE WITNESS:  No, I don't really -- I       09:47:06

16   don't think so.  The code sign chain, of course,  09:47:14

17   starts with the BootROM.  And I know at the very  09:47:16

18   least the BootROM is not included in the IPSW.     09:47:20

19      Q.   (By Mr. Damle) So the BootROM is not        09:47:26

20   included in the IPSW, but the bootloader I         09:47:28

21   believe you said, is that a separate piece of      09:47:31

22   software from the BootROM?                         09:47:33

23          MR. LEVINE:  Object to the form.            09:47:35

24          THE WITNESS:  Yes.                          09:47:35

25      Q.   (By Mr. Damle) And is the bootloader        09:47:36
```

Page 62

ATTORNEYS EYES ONLY

```
 1    included in the IPSW file or not?                    09:47:39
 2       A.   The bootloader is included in the IPSW       09:47:41
 3    file.                                                09:47:44
 4       Q.   And the kernel, iOS kernel, is included      09:47:44
 5    in the IPSW file; is that correct?                   09:47:50
 6       A.   Yes, the iOS kernel is included in the       09:47:51
 7    IPSW file.                                           09:47:55
 8       Q.   And does it contain the images and           09:47:55
 9    graphical assets that are necessary to display       09:47:58
10    the graphical user interface on an iPhone?           09:48:03
11            MR. LEVINE:   Object to the form of the      09:48:07
12    question, vague and speculation.                     09:48:09
13            THE WITNESS:   The IPSW file                 09:48:12
14    contains -- which graphicals?  It depends.           09:48:28
15    Which graphical elements are you speaking of?        09:48:33
16       Q.   (By Mr. Damle) Sure.  Does it include        09:48:37
17    the default wallpapers that get installed on an      09:48:40
18    iPhone?                                              09:48:43
19       A.   Yes, a form of those wallpapers are --       09:48:43
20    are somewhere embedded in the IPSW file.             09:48:50
21       Q.   And the icons for the various default        09:48:53
22    apps on an iPhone are included in an IPSW file?      09:49:08
23            And the icons as well as -- the icons        09:49:08
24    for the default apps that are installed on an        09:49:08
25    iPhone are included in that IPSW file somewhere?     09:49:09
```

Page 63

ATTORNEYS EYES ONLY



Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY



```
13          MR. LEVINE:  Object to the form, asked      09:51:39

14    and answered.                                     09:51:41

15       Q.   (By Mr. Damle) I want to talk a little    09:51:41

16    bit about the restore process on an iPhone.  Are  09:51:46

17    you familiar with that process?                   09:51:51

18       A.   I have familiarity with that process.  I  09:51:55

19    would not say that I am an expert, but I feel      09:51:59

20    like I have more knowledge than most outside of   09:52:05

21    Apple I suppose.                                   09:52:09

22       Q.   And as part of that restore process       09:52:10

23    does -- I'm just talking about on a regular        09:52:17

24    iPhone -- as part of the restore process on a     09:52:22

25    regular iPhone does it communicate with an Apple  09:52:24
```

Page 65

ATTORNEYS EYES ONLY

```
 1    server?                                       09:52:26

 2        A.    Yes, I believe it does.             09:52:27

 3        Q.    And how would you refer to that server?  09:52:30

 4    I'm just trying to get our nomenclature right.    09:52:33

 5            MR. LEVINE:  Object to the form of the   09:52:38

 6    question, vague.                              09:52:40

 7            THE WITNESS:  I actually believe it    09:52:41

 8    communicates with several different servers in   09:52:42

 9    various stages of the process so I will have to  09:52:45

10    ask which one are you referring to?           09:52:49

11        Q.    (By Mr. Damle) Okay.  So why don't we   09:52:51

12    just walk through the stages at which different  09:52:54

13    Apple servers are communicated with by the    09:53:04

14    iPhone as part of the restore process.        09:53:07

15            So what are the ones that you are aware   09:53:09

16    of?                                           09:53:13

17        A.    The one I'm aware of is that first some   09:53:13

18    sort of authorization needs to be given to the   09:53:15

19    device that says you are allowed -- at        09:53:18

20    least -- so this did not used to be the case at   09:53:24

21    least in 2007, but this is a new measure added   09:53:27

22    later on, but it needs to be -- the Apple -- the   09:53:30

23    device -- the hardware device needs to get    09:53:34

24    permission to -- to install, to restore, to load   09:53:37

25    that particular IPSW file.                    09:53:41
```

Page 66

ATTORNEYS EYES ONLY

```
 1              And so there's some sort of -- it gives      09:53:44
 2     some sort of token identifying yourself and I         09:53:48
 3     think some sort of anti-replay token to an Apple      09:53:52
 4     server.                                               09:53:56
 5              And the Apple server eventually comes         09:53:56
 6     back with a signed AP ticket that is -- that has      09:54:00
 7     a list of -- a list of files that the device is       09:54:06
 8     allowed to load and the hashes -- the                 09:54:13
 9     cryptographic hashes of all the files.                09:54:19
10              And all this entire thing is digitally       09:54:24
11     signed with a certificate that is embedded in         09:54:25
12     all bootloader components including the BootROM.      09:54:28
13              And those components verify the AP           09:54:31
14     tickets hash, say this is a valid AP ticket, and     09:54:34
15     they later on check the hashes of each of the        09:54:38
16     components -- each of the firmware components to     09:54:42
17     make sure that they are authorized to be loaded      09:54:45
18     and to be run later on the device.                   09:54:47
19              Further on in restore I believe there's     09:54:52
20     also some sort of direct communication channel      09:54:54
21     established between the certain peripherals          09:54:58
22     inside the iPhone and with the Apple servers        09:55:01
23     themselves.                                          09:55:04
24              There seems to be code that establishes     09:55:04
25     a two-way communication channel such that the       09:55:08
```

Page 67

ATTORNEYS EYES ONLY

```
 1    intervening -- the intervening hops on that path    09:55:11
 2    including a user's laptop, for example, would       09:55:16
 3    not be able to know what the actual content of      09:55:20
 4    the communications are.                             09:55:22
 5         And I'm not familiar with the details or       09:55:24
 6    what the purpose of those -- that second            09:55:27
 7    communication is.  I believe it is to initialize    09:55:31
 8    certain hardware components or even the Secure      09:55:37
 9    Enclave Processor, but I'm not sure exactly what    09:55:43
10    happens there.                                      09:55:46
11         Q.   Any other communications with Apple       09:55:46
12    servers that happens during the restore process?   09:55:50
13         A.   Not that I can recall right now.  There   09:55:54
14    is -- after the restore process there is the       09:55:58
15    activation process, but I'm not sure if I would    09:56:00
16    say that's the restore process.                    09:56:03
17         Q.   Okay.  Let's talk about the activation   09:56:05
18    processor.  How does that work?                    09:56:09
19         A.   I'm very -- unfortunately, I know very   09:56:12
20    little about the activation process.  I know       09:56:15
21    that it involves the device sending back --        09:56:17
22    sending another sort of message to an Apple        09:56:21
23    server about its current statistic and Apple       09:56:24
24    sending back some sort of digitally-signed         09:56:28
25    information allowing the device -- allowing the    09:56:30
```

Page 68

ATTORNEYS EYES ONLY

```
 1   iOS software to activate or run or something and    09:56:33

 2   giving it information to register it to services    09:56:42

 3   like iCloud or push notifications, things of        09:56:45

 4   that nature.                                         09:56:53

 5       Q.   And is it your understanding that that     09:56:53

 6   last activation process is necessary to actually    09:56:59

 7   run the iOS on an iPhone?                            09:57:03

 8       A.   I'm not sure.                               09:57:05

 9       Q.   Let's talk about the first one, the        09:57:08

10   authorization.  The communication -- we will        09:57:12

11   call it the authorization server just to keep       09:57:16

12   things simple.                                       09:57:19

13            The communication with the authorization   09:57:20

14   server, is that necessary to run or install iOS     09:57:22

15   on an iPhone?                                        09:57:26

16       A.   I'm not sure.  I believe that -- I         09:57:27

17   believe that it is the normal case.  I believe      09:57:37

18   that it might be possible to -- to -- to install    09:57:40

19   an IPSW without meeting that authorization as       09:57:45

20   long as you kept a previous copy of it or           09:57:51

21   something.                                           09:57:53

22            I'm not sure what the literature is on     09:57:54

23   that currently.                                      09:57:56

24       Q.   But in the ordinary course of restoring    09:57:57

25   an iPhone you would have to have a connection to    09:58:02
```

Page 69

ATTORNEYS EYES ONLY

```
 1    the authorization server; is that correct?        09:58:04
 2        A.    In the ordinary course, yes.            09:58:06
 3        Q.    And you mentioned that in 2007 they      09:58:08
 4    didn't have this communication with the           09:58:17
 5    authorization server and that they added it at    09:58:18
 6    some later point.                                  09:58:22
 7            Do you know when they added it?            09:58:23
 8            MR. LEVINE:  Object to the form,           09:58:25
 9    speculation.                                       09:58:27
10            THE WITNESS:  No, I do not remember.       09:58:27
11        Q.    (By Mr. Damle) And do you have any idea  09:58:30
12    why they added that step in the restore process?  09:58:33
13            MR. LEVINE:  Same objection.               09:58:37
14            THE WITNESS:  No, I -- I -- I don't know   09:58:38
15    exactly why they did that.                         09:58:46
16        Q.    (By Mr. Damle) And so what happens if    09:58:47
17    the check with the authorization server fails in  09:59:08
18    the ordinary course?                               09:59:15
19            MR. LEVINE:  I object to the form, vague   09:59:19
20    as far as the ordinary course.                     09:59:22
21            THE WITNESS:  Could you repeat the         09:59:24
22    question?  Sorry, my headphones cut out.          09:59:25
23        Q.    (By Mr. Damle) Sure.  Sure.  What        09:59:28
24    happens -- we're talking about the restore        09:59:32
25    process and there's a -- you have testified that  09:59:35
```

Page 70

ATTORNEYS EYES ONLY

```
 1    there is this communication with the -- this        09:59:37
 2    what we're calling the authorization server; is     09:59:41
 3    that correct?                                        09:59:45
 4        A.    Yes.                                       09:59:45
 5        Q.    And the authorization server sends         09:59:45
 6    something back to the iPhone; is that right?         09:59:50
 7        A.    It sends something back to the device      09:59:54
 8    performing the restore which could be, you know,     10:00:00
 9    the iTunes, MacBook.                                 10:00:03
10        Q.    Got it.   Understood.   Let's just focus   10:00:07
11    on iPhones.   So what is it exactly that it          10:00:10
12    sends, that the authorization server is sending      10:00:16
13    back?                                                10:00:18
14    ████  ██████████████████████████████         ████████
      ████████████████████████████████████████         ████████
      ██████████████████████████████████████████       ████████
      ██████████████████████████████████████           ████████
      ███████████████████████████████████████          ████████
      ████████████████████████████████████████          ████████
      █████████████████████████████████████████        ████████
      █████████████████████████████████████            ████████
      ████████████████████████████████████████          ████████
      ████████████████████████████████████████          ████████
24        Q.    And what happens if the AP ticket is not   10:00:58
25    sent back from the authorization server during       10:01:04
```

Page 71

ATTORNEYS EYES ONLY

```
 1    the restore process?                          10:01:06

 2        A.    The software -- the software performing   10:01:09

 3    the restore would not proceed.                10:01:14

 4        Q.    So we have just been discussing this AP   10:01:16

 5    ticket.  Is that AP ticket stored on the device   10:01:29

 6    after a successful restore?                   10:01:31

 7        A.    I believe so.                        10:01:34

 8        Q.    And do you know if it's used by the   10:01:35

 9    iPhone at any point after that?               10:01:39

10        A.    I'm not sure.                        10:01:41

11        Q.    Do you need the AP ticket in order to   10:01:50

12    boot up an iPhone?                            10:01:57

13    ████  ████████████████████████████    ██████

      ██ ████████████████████████████████    ██████

      ██ █████████████████████████████████████  ██████

      ██ ███████████████████████████████████  ██████

      ██ ██████████████████████████████████    ██████

      ██    █████████████████████████████████  ██████

      ██ █████████████████████████████████   ██████

      ██ █████████████████████████            ██████

      ██    █████████████████████████████████  ██████

      ██ █████████████████████████████████   ██████

      ██ ███████████████████████████████      ██████

24        Q.    For an ordinary iPhone you believe that   10:02:52

25    the AP ticket might be read by the bootloader in   10:02:56
```

Page 72

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | the boot process; is that correct? | 10:02:59 |
| 2 | MR. LEVINE:  Object to the form of the | 10:03:00 |
| 3 | question, vague. | 10:03:01 |
| 4 | THE WITNESS:  I think on an ordinary | 10:03:06 |
| 5 | iPhone the AP ticket might be read by the | 10:03:09 |
| 6 | bootloader. | 10:03:13 |
| 7 | Q.   (By Mr. Damle) And so if you didn't have | 10:03:16 |
| 8 | an AP ticket on an ordinary iPhone you wouldn't | 10:03:18 |
| 9 | be able to boot up your iPhone; is that correct? | 10:03:23 |
| 10 | MR. LEVINE:  Object to the form. | 10:03:32 |
| 11 | THE WITNESS:  I -- I -- I honestly don't | 10:03:36 |
| 12 | know at this point. | 10:03:40 |
| 13 | Q.   (By Mr. Damle) You are familiar with the | 10:03:40 |
| 14 | Apple Secure Enclave Processor; is that right? | 10:03:44 |
| 15 | A.   Somewhat familiar, yes. | 10:03:48 |
| 16 | Q.   And what is the Secure Enclave | 10:03:51 |
| 17 | Processor? | 10:03:54 |
| 18 | A.   It is a separate module chip inside | 10:03:54 |
| 19 | the -- inside the system that is segregated from | 10:04:00 |
| 20 | the rest of the system and it is responsible for | 10:04:06 |
| 21 | performing high-risk state that involves user | 10:04:09 |
| 22 | data protection. | 10:04:13 |
| 23 | ███ ████████████████████ ██████ | |
| ██ | ██████████████ ██████ | |
| ██ | ███ █████████████ █████████ ██████ | |

Page 73

ATTORNEYS EYES ONLY



10:06:10

Page 74

ATTORNEYS EYES ONLY



STRICKEN BY COURT ORDER

10:07:02

Page 75

ATTORNEYS EYES ONLY



Page  76

ATTORNEYS EYES ONLY



```
13          MR. DAMLE:  Why don't we take a quick     10:10:09

14   break, like a five, 10-minute break so come back  10:10:11

15   at 20 after the hour.                              10:10:14

16          MR. LEVINE:  All right.                     10:10:19

17          MR. DAMLE:  Thanks.                         10:10:19

18          (Recess from 10:10 a.m. to 10:25 a.m.)      10:10:21
```

Page  77

ATTORNEYS EYES ONLY



Page  78

ATTORNEYS EYES ONLY



Page  79

ATTORNEYS EYES ONLY



Page 80

ATTORNEYS EYES ONLY



```
 1  ███████████████████████████████████    ████████
 █  ████████████████████████████████████████    ████████
 █  ██████████████████████████████████████    ████████
 █  ███████████████████████████████████████    ████████
 █  ██████████████████████████████████████    ████████
 █  █████████    ████████
 █      ██   ████████████████    ████████
 █      ██   ██████████████████████    ████████
 9          MR. LEVINE:   Same objection.        10:30:32
10      ██████████████   █████████████████    ████████
 █  ██████████    ████████
 █   ██  █████████████████████████    ████████
 █  ████████████████████████████████████████    ████████
 █  ██████████████████████████████████    ████████
 █  ████████████    ████████
 █   ██  ██████████████████████████    ████████
 █  ████████████████████████████████████    ████████
 █  ██████████████████████████    ████████
 █   ██  ██████████████████████    ████████
 █  █████████    ████████
 █   ██  ██████████████    ████████
 █   ██  ████████████████████████████    ████████
 █  █████████████████    ████████
24      STRICKEN BY COURT ORDER    ████████████████    ████████
 █  ██████  ████████████        10:31:28
```

Page 81

ATTORNEYS EYES ONLY



1    STRICKEN BY COURT ORDER

                                                        10:31:34

4

20           MR. LEVINE:  Asked and answered.            10:32:34

21

25           MR. LEVINE:  I would counsel the witness    10:32:50

                                              Page 82

ATTORNEYS EYES ONLY

```
 1   that you are not to disclose any communications   10:32:53

 2   with his lawyers.                                  10:32:58

 3      Q.   (By Mr. Damle) You can answer.             10:33:05

 4         MR. LEVINE:  So long as you are not          10:33:08

 5   disclosing communications.                         10:33:12

 6      Q.   (By Mr. Damle) I don't want to know the    10:33:14

 7   content of communications. ████████████████        ████

 █   ██████████████████████████████████████████        ████

 █   ████████████████████████                           ████

 █   ██  ██  ████████████████████  ████████████         ████

 █   ████████████████████████████████                   ████

 █   ██  ██  ██████████████████████████████              ████

 █   ████████████████████████████████████                ████

 █   ██  ██                                              ████

15         MR. LEVINE:  And I object to the form of    10:33:50

16   that question, but...                              10:33:53

17   ██  ████████████████████████████████               ████

 █   ██████████████████████████████████████████        ████

 █   ██████████                                          ████

 █   ██  ██  ████████████  ████████████████              ████

 █   ██████████████████████████████████████              ████

 █   ██  ██  ████████████████████████████                ████

 █   ██████████████████████████████████████████        ████

24         MR. LEVINE:  Any of this portion of the     10:34:29

25   conversation is certainly going to be marked as   10:34:32
```

Page 83

```
 1   attorneys' eyes only.                        10:34:35
 2        So any -- any people from Apple that are 10:34:36
 3   on the phone or on the line need to sign off or 10:34:40
 4   leave the room.                                10:34:45
 5        MR. DAMLE:  Understood.  We don't have   10:34:46
 6   anyone from Apple.                             10:34:47
 7        MR. LEVINE:  Okay.                        10:34:49
 8
```



Page 84

ATTORNEYS EYES ONLY

```
1      ████████████████████████████████    ████████

       ███████████████████████████████     ████████

       █████████████████                   ████████

       ███████████                         ████████

5           MR. LEVINE:  Object to the form, same        10:35:56

6      instruction as it relates to national security    10:35:59

7      concerns.  If you can answer, then answer, but     10:36:01

8      otherwise.                                         10:36:03

9           ███████████   █████████████    ████████

       ██████████████████████████████      ████████

       ████████████████████████████        ████████

       ████████████████                    ████████

       ██   ████████████████████           ████████

       ████████████████████████████████    ████████

       ██   ██                              ████████

       ██   ████████████████████████████    ████████

       █████████████████████████           ████████

       ███████████████████                 ████████

       ██   ████████████████               ████████

       ██   █████   ████████████████        ████████

       ████████    Hold on.  Mr. Wang, are you familiar  10:37:21

22     with how to look at the exhibits we are            10:38:03

23     introducing?                                       10:38:05

24          A.   I'm trying to get to the site.  I had it 10:38:06

25     open earlier, but I think I may have               10:38:10
```

                                                    Page 85

ATTORNEYS EYES ONLY

```
 1    accidentally closed it at some point.           10:38:13
 2          Yeah, so I'm looking at a folder called   10:38:18
 3    marked Exhibits, but there seems to be -- it    10:38:21
 4    says folder is empty.                           10:38:24
 5          MR. LEVINE:  I don't have anything in     10:38:26
 6    mine either.                                    10:38:27
 7          MR. DAMLE:  Yeah, I think we're still     10:38:28
 8    working on introducing them.                    10:38:30
 9          MR. LEVINE:  Okay.  Counsel, while you    10:38:33
10    are doing that can we go off the record for one 10:38:54
11    second?                                         10:38:57
12          MR. DAMLE:  Yes, let's go off the         10:38:57
13    record.                                         10:39:02
14          (Recess from 10:39 a.m. to 10:40 a.m.)    10:39:03
15          (Deposition Exhibit Number 1 marked for   10:40:36
16           identification.)                         10:40:56
17    ▮       ▬▬▬▬▬▬▬▬▬▬▬              ▬▬▬▬
   ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬          ▬▬▬▬
   ▮         ▬▬▬▬▬▬▬▬            ▬▬▬▬
   ▮   ▬▬▬▬                        ▬▬▬▬
   ▮   ▮   ▬▬                        ▬▬▬▬
   ▮   ▮   ▬▬▬▬▬▬▬              ▬▬▬▬
   ▮   ▮   ▬▬▬▬▬▬▬▬▬▬▬▬      ▬▬▬▬
   ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬        ▬▬▬▬
   ▮ ▬▬▬▬▬▬▬▬▬▬▬▬          ▬▬▬▬
```

Page 86

ATTORNEYS EYES ONLY



Page 87

ATTORNEYS EYES ONLY



Page 88

ATTORNEYS EYES ONLY



Page  89

ATTORNEYS EYES ONLY



Page  90

ATTORNEYS EYES ONLY



Page  91

ATTORNEYS EYES ONLY



Page  92

ATTORNEYS EYES ONLY



Page  93

ATTORNEYS EYES ONLY



Page  94

ATTORNEYS EYES ONLY



Page  95

ATTORNEYS EYES ONLY



1

13    MR. LEVINE:  I will instruct the witness       10:56:09

14    not to answer.  He just said he would be        10:56:11

15    implicating national security concerns if he    10:56:14

16    answers this question.                           10:56:16

17

23    MR. LEVINE:  I disagree.  It is trying          10:56:33

24    to use a trick door to get the same answer out  10:56:35

25    of him.  I disagree.  If there are national     10:56:37

Page 96

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | security concerns implicated then I'm going to | 10:56:40 |
| 2 | instruct him not to answer. | 10:56:41 |
| 3 |      MR. DAMLE:  Okay.  For the record I'm | 10:56:43 |
| 4 | going to make the same reservation of rights. | 10:56:45 |
| 5 | We may have to call the magistrate later on | 10:56:50 |
| 6 | today and I will figure out how to do that from | 10:56:53 |
| 7 | this environment, but for now I will reserve all | 10:56:56 |
| 8 | of our rights. | 10:56:59 |
| 9 |      I'm going to introduce another exhibit. | 10:57:04 |
| 10 |      (A discussion was held off the record.) | 10:57:48 |
| 11 |      (Deposition Exhibit Number 2 marked for | 10:57:48 |
| 12 |       identification.) | 10:57:49 |

Page  97

ATTORNEYS EYES ONLY

1  ██████████████████████████████  ████████

2  ██████████████████████████████  ████████

3  ████████████  ████████

4  ████  ███████████████████████  ████████

5  ██████████████████████████████  ████████

6  ████████████████  ████████

7  ████  ██████  ████████

8  ████  ████████████████████  ████████

9  ██████████████████████████████  ████████

10  ████  ████████████  ████████

11    Q.    You can close that exhibit.  I would        10:59:43

12  like to talk about your -- the Corellium product    10:59:56

13  and I'm going to focus on the Corellium -- as we     11:00:00

14  have been calling it the Corellium Apple             11:00:03

15  product.                                             11:00:05

16       Do you understand what I mean when I say        11:00:05

17  the Corellium Apple product?                         11:00:08

18    A.    I take it to mean the parts of Corellium     11:00:10

19  that deal with iOS.                                  11:00:14

20    Q.    Correct.  So Corellium sells a Cloud         11:00:16

21  version of its product; is that correct?             11:00:21

22    A.    Yes.                                          11:00:22

23    Q.    And when did it begin selling access to      11:00:24

24  the Cloud product?                                   11:00:33

25    A.    I'm not sure.                                 11:00:34

Page 98

ATTORNEYS EYES ONLY

```
 1        Q.    Do you have a sense of how many versions    11:00:37

 2   of the Cloud product have been released to date?      11:00:46

 3        A.    I don't have a good sense of the number     11:00:50

 4   of versions.  Our management of the versioning        11:00:55

 5   of the Cloud product has been fairly ad hoc.          11:00:59

 6        Q.    Would you say it is fewer than 30?          11:01:03

 7        A.    Yes, I would agree that it is fewer than    11:01:15

 8   30.                                                    11:01:18

 9        Q.    Corellium also sells an on-premises         11:01:18

10   version of its product; is that correct?              11:01:29

11        A.    That's correct.                             11:01:30

12        Q.    And do you know when it began selling       11:01:30

13   the on-premises version?                               11:01:37

14        A.    No, I do not.                               11:01:39

15   ██    ████████████████████████████           ████

     ██████████████████████████████████           ████

     ██████████████████████████████               ████

18        MR. LEVINE:  Object to the form, vague.          11:01:54

19   Go ahead, you can answer.                             11:02:00

20   ████████████     ████████████████            ████

     █████████████████████████████████            ████

     ██████████████████████████████████████       ████

     ██    ███████████████████████████████        ████

     ██████████████████████████████████████       ████

     ██    ██████████████████████████████         ████
```

                                                   Page  99

ATTORNEYS EYES ONLY



Page 100

ATTORNEYS EYES ONLY



Page 101

ATTORNEYS EYES ONLY



Page 102



Page 103

ATTORNEYS EYES ONLY



21          MR. LEVINE:  And I will go back through       11:10:31

22    and mark all of this, but any kind of              11:10:33

23    functionality questions should be deemed           11:10:36

24    attorneys' eyes only, but we will go back once     11:10:38

25    we get the transcript.                             11:10:41

Page 104

ATTORNEYS EYES ONLY

```
 1            MR. DAMLE:  Yeah, I think that what we        11:10:42

 2    have been doing is marking the entire transcript     11:10:44

 3    AEO provisionally and then going back afterwards      11:10:47

 4    to specifically identify those portions that          11:10:52

 5    are, in fact, confidential at some level.             11:10:58

 6            MR. LEVINE:  Yeah, per the terms of the       11:11:00

 7    protective order that's what's going on,              11:11:02

 8    however, the protective order calls just for          11:11:05

 9    ease of convenience that if you can do it on the      11:11:08

10    record that makes it even more clearer, but I'm       11:11:10

11    just marking this as attorneys' eyes only             11:11:12

12    provisionally.  That's fine.                          11:11:16

13            Go ahead, David, I'm sorry to interrupt.      11:11:16

14    ████████████    █████████████████      ████████████
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY



Page 106

ATTORNEYS EYES ONLY



Page 107

ATTORNEYS EYES ONLY



Page 108

ATTORNEYS EYES ONLY



Page 109

ATTORNEYS EYES ONLY



Page 110

ATTORNEYS EYES ONLY



Page 111

ATTORNEYS EYES ONLY



Page 112

ATTORNEYS EYES ONLY



Page 113

ATTORNEYS EYES ONLY



Page 114

ATTORNEYS EYES ONLY



```
 1   ▬▬▬▬▬▬▬▬▬▬▬▬                                         ▬▬▬▬▬▬

 2          MR. LEVINE:  Object to the form.             11:27:16

 3          ▬▬▬▬▬▬▬▬▬   ▬▬▬▬▬▬▬▬▬▬▬▬▬                    ▬▬▬▬▬▬

 ▪     ▪    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                        ▬▬▬▬▬▬

 ▪  ▬▬▬▬▬                                                ▬▬▬▬▬▬

 6          MR. LEVINE:  Same objection.                 11:27:24

 7          ▬▬▬▬▬▬▬▬▬   ▬▬▬▬▬▬▬▬▬▬                       ▬▬▬▬▬▬

 ▪     ▪    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                         ▬▬▬▬▬▬

 ▪     ▪    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬   ▬▬▬▬▬▬                      ▬▬▬▬▬▬

 ▪  ▬▬▬▬  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                              ▬▬▬▬▬▬

 ▪     ▪  ▬▬▬▬▬  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                         ▬▬▬▬▬▬

 ▪       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                             ▬▬▬▬▬▬

 ▪       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                         ▬▬▬▬▬▬

 ▪       ▬▬▬▬▬▬▬▬▬                                       ▬▬▬▬▬▬

15          MR. LEVINE:  Object to the form.             11:28:12

16          ▬▬▬▬▬▬▬▬▬   ▬▬▬▬▬▬▬▬▬▬                       ▬▬▬▬▬▬

 ▪       ▬▬▬▬▬▬▬▬▬▬▬▬  ▬▬▬▬▬                             ▬▬▬▬▬▬

 ▪       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                          ▬▬▬▬▬▬

 ▪       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                          ▬▬▬▬▬▬

 ▪       ▬▬▬▬▬▬▬                                         ▬▬▬▬▬▬

 ▪          ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                              ▬▬▬▬▬▬

 ▪       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                            ▬▬▬▬▬▬

 ▪       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                           ▬▬▬▬▬▬

 ▪       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                             ▬▬▬▬▬▬

 ▪       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                               ▬▬▬▬▬▬
```

Page 115

ATTORNEYS EYES ONLY



Page 116

ATTORNEYS EYES ONLY



Page 117

ATTORNEYS EYES ONLY



```
 1
```

13        MR. LEVINE:  Object to the form,        11:32:43

14   speculation.                                  11:32:45

15

Page  118

ATTORNEYS EYES ONLY



Page 119

ATTORNEYS EYES ONLY



Page 120

ATTORNEYS EYES ONLY



```
1
```

```
23        MR. LEVINE:  Do you need him to rephrase     11:38:39
24   the question?  Just ask him to do that.            11:38:40
25        THE WITNESS:  Yeah, can you rephrase the      11:38:42
```

Page 121

ATTORNEYS EYES ONLY



```
1    question?                                           11:38:44
2
12          MR. LEVINE:   Objection.                     11:39:25
13
```

Page 122

ATTORNEYS EYES ONLY



Page 123

ATTORNEYS EYES ONLY



Page  124

ATTORNEYS EYES ONLY



```
13          MR. LEVINE:  Objection, vague.              11:43:31



19          MR. LEVINE:  Objection, vague.              11:43:48



25          MR. LEVINE:  Same objection.                11:44:07
```

Page 125

ATTORNEYS EYES ONLY



MR. LEVINE:  Object to the form, vague.        11:44:59

Page 126

ATTORNEYS EYES ONLY



1

20          MR. LEVINE:   Object to the form.          11:46:47

21

Page 127

ATTORNEYS EYES ONLY



Page 128

ATTORNEYS EYES ONLY



Page 129

ATTORNEYS EYES ONLY

```
1     ███    ████████████████████████              ████████

2          MR. LEVINE:  I'm wondering if we can     11:50:16

3     just take another quick break, five or ten    11:50:18

4     minutes.  Go ahead and finish your line of     11:50:21

5     questioning.                                   11:50:23

6          MR. DAMLE:  Yeah, I don't have much more  11:50:24

7     and we can take a break.                       11:50:26

8     ███    ██████████████████████████             ████████

██    ████████████████████████████████             ████████

██    █████████████                                 ████████

██    ███    ███████████████████████████████        ████████

██    ████████████████████████████████████          ████████

██    ████████████████████████████████████          ████████

██    ████████████████████████████████               ████████

██    ██████████████████████                         ████████

██    ███    ██████████████████████████████          ████████

██    ████████████████████████████████████          ████████

██    ███    ██████████████████████████████          ████████

██    █████████████████████████████████              ████████

██    ███    ██████████████████████████████          ████████

██    ████████████████████                            ████████

██    ███    ████████████████████████                ████████

██    ████████████████████████████                   ████████

██    █████████████████████████████                  ████████

██    ███████████████████████████████                ████████
```

Page 130

ATTORNEYS EYES ONLY



Page 131



Page 132

ATTORNEYS EYES ONLY



Page  133

ATTORNEYS EYES ONLY



Page  134

ATTORNEYS EYES ONLY



Page  135

ATTORNEYS EYES ONLY



```
22          MR. LEVINE:  I object to the form of the      12:22:53
23   question as calling for a legal conclusion.          12:22:55
24
```

Page 136

ATTORNEYS EYES ONLY



```
 1              (Deposition Exhibit Number 4 marked for    12:23:03

 2               identification.)                          12:23:03

 3

 4

 5

 6

 7

 8

 9

10

11              MR. LEVINE:  Object to the form of the     12:24:07

12       question.                                         12:24:09

13

14

15

16

17

18

19

20

21

22

23              MR. LEVINE:  Object to the form of the     12:24:58

24       question.                                         12:25:03

25
```

Page 137

ATTORNEYS EYES ONLY

1



Page 138

ATTORNEYS EYES ONLY



Page  139

ATTORNEYS EYES ONLY



```
 1                                              ████ ████

 █    ████                                      ████ ████

 █            ████████████████████              ████ ████

 █    ████████████████████████████              ████ ████

 █    ████████████████████████                  ████ ████

 █    ███████████                               ████ ████

 █      ██  ████████████████████████            ████ ████

 █    ████████████████████████████              ████ ████

 █    ██████████████████████████████████        ████ ████

 █    ██████                                     ████ ████

11          MR. LEVINE:  Object to the form.        12:28:43

12            ████████████    ████████           ████ ████

 █    ██████████████████████████████████         ████ ████

 █    ██████████████████████████████████         ████ ████

 █    ██████████████                             ████ ████

 █      ██  ████████████████████████             ████ ████

 █    ██████████████████                         ████ ████

18          MR. LEVINE:  I was going to say I also   12:29:08

19    want to remind the witness not to guess.  You  12:29:10

20    can answer honestly and truthfully, but you are 12:29:13

21    not to guess.                                   12:29:15

22          THE WITNESS:  Okay.                       12:29:16

23      ██  ████████████████████████               ████ ████

 █    ██████████████████████████████              ████ ████

 █    ████████████████████                        ████ ████
```

Page 140

ATTORNEYS EYES ONLY

```
1          MR. LEVINE:  Objection to the form of        12:29:25

2     the question.                                      12:29:27
```



```
12         MR. LEVINE:  Again, I would remind the        12:30:03

13    witness not to guess.                               12:30:06
```

Page 141

ATTORNEYS EYES ONLY



ATTORNEYS EYES ONLY



1

8          MR. LEVINE:  Object to the form.          12:33:14

9

Page 143

ATTORNEYS EYES ONLY



```
 1          ███                      ███████████████                ███████

 █        ████████████████████████████                             ███████

 █        ██████████████████████████████                           ███████

 █        █████████████████████████                                ███████

 █          ███        ███████████████████                         ███████

 6          MR. LEVINE:  Object to the form of the          12:34:51

 7     question.                                            12:34:53

 8                      ██████████     ████████████████     ███████

 █        ██████████████████████████████                           ███████

 █        ████████████████████████████████                         ███████

 █        ██████████████████████████████                           ███████

 █          ███        ██████████████████████                      ███████

 █        ██████████████████████████                               ███████

 █        ███████████████                                          ███████

 █                   █████████████████████                         ███████

 █        ██████████████████████                                   ███████

 █          ███        █████                                       ███████

18          MR. LEVINE:  I would just tell the              12:35:30

19     witness not to guess --                              12:35:32

20          THE WITNESS:  Okay.                             12:35:34

21          MR. LEVINE:  -- but you can answer.             12:35:35

22                      ██████████     ████████████████     ███████

 █        █████████████████████████████                            ███████

 █        ██████████████████████████████                           ███████

 █        █████████████████████                                    ███████
```

Page 144

ATTORNEYS EYES ONLY



1

15        MR. LEVINE:  Object to the form.  You        12:36:48

16   can answer.  Go ahead.                            12:36:51

17

Page 145

ATTORNEYS EYES ONLY



Page  146

ATTORNEYS EYES ONLY



Page  147

ATTORNEYS EYES ONLY



Page 148

ATTORNEYS EYES ONLY



1

17          MR. LEVINE:  Object to the form.              12:42:28

18

Page 149

ATTORNEYS EYES ONLY



```
 1

                                        MR. LEVINE:  Object to the form, lack of    12:44:06

15    foundation.                                                                   12:44:10

16

19                                      MR. LEVINE:  Object to the form,            12:44:19

20    speculation.                                                                  12:44:20

21
```

Page 150

ATTORNEYS EYES ONLY



```
 1
 2
 3
 4
 5
 6          MR. LEVINE:  Object to the form,          12:45:17
 7   mischaracterizes the testimony.  You can answer.  12:45:20
 8
 9
10
11
12
13
14
15
16          MR. LEVINE:  Same objection.              12:45:53
17
18
19
20
21
22
23
24          MR. LEVINE:  Object to the form,          12:46:25
25   mischaracterizes testimony, vague, and assumes    12:46:26
```

Page 151

ATTORNEYS EYES ONLY



```
 1    facts not in evidence.                          12:46:32

 2          Go ahead, I'm sorry, David.               12:46:33

 3
```

Page 152

ATTORNEYS EYES ONLY



```
 1
 2            MR. LEVINE:  Object to the form.           12:48:03
 3
 4
 9            MR. LEVINE:  Object to the form, assumes    12:48:28
10   facts not in evidence, vague, hypothetical.         12:48:29
11
17            MR. LEVINE:  Object to the form, asked     12:49:06
18   and answered.                                        12:49:07
19
```

Page 153

ATTORNEYS EYES ONLY



```
 1
```

```
14       MR. LEVINE:  Object to the form,        12:50:22

15   compound question.                           12:50:24

16

24       MR. LEVINE:  Object to the form,        12:50:51

25   mischaracterizes testimony.                  12:50:52
```

Page 154

ATTORNEYS EYES ONLY

```
 1            And, David, let me get the objection in.      12:50:54
 2     ████████████████  ███████  ████████              ████████████
 █  █  ███  ████████████████████████████████████        ████████████
 █     ██████████████████████████████████████           ████████████
 █     ████████████████████████████████████████████     ████████████
 █     ████████████████████████████████████████████████ ████████████
 █     ██████████████████████████████████████████       ████████████
 █     ██████████                                        ████████████
 █       ███  ██████████████████████                     ████████████
 █       ██████████████████  ██████████████████████████  ████████████
 █     ██████████████  █████████████████████             ████████████
12            MR. LEVINE:  I was just going to say        12:52:30
13     coming up in about 10 minutes would that be a      12:52:32
14     good time for a lunch break depending on what      12:52:36
15     coast you are on?                                  12:52:38
16            MR. DAMLE:  Why don't we do that break      12:52:40
17     now and we can pick up after we have all had       12:52:44
18     something to eat.                                  12:52:51
19            MR. LEVINE:  Certainly.  I have it's        12:52:52
20     either 3:50 or 12:50.  Do you want to do 30        12:52:54
21     minutes?  45 minutes?                              12:53:00
22            MR. DAMLE:  Yeah, let's do 30 minutes.      12:53:04
23            (A lunch recess from 12:53 p.m. to          12:53:06
24             1:35 p.m.)                                 13:35:17
25            MR. DAMLE:  I'm going to introduce a new    13:35:17
```

Page 155

ATTORNEYS EYES ONLY

```
1    exhibit.                                           13:35:32

2          MS. VICTORSON:  Give me one second.  I'm     13:35:42

3    having technical difficulty.                       13:35:45

4          MR. DAMLE:  We can wait.  I can ask some      13:35:46

5    other questions in the meantime.                   13:35:49

6
```



```
12         MR. LEVINE:  Object to the form of the       13:36:15

13   question.                                          13:36:17

14
```

Page 156

ATTORNEYS EYES ONLY



```
1    ████████████████████████████████████        ████████████

2         MR. LEVINE:  Object to the question,    13:37:21

3    vague and compound.                          13:37:25

4          ████████████  ████████████████████     ████████████
```

Page 157

ATTORNEYS EYES ONLY



```
 1          MR. LEVINE:  Objection, asked and          13:39:07

 2   answered.                                          13:39:09

 3

15          MR. LEVINE:  Object to the form of the      13:40:00

16   question.                                          13:40:02

17
```

Page 158

ATTORNEYS EYES ONLY



```
 1      ████ ██████████████████████████████      ████████
 █      ███████████████████████████████           ████████
 █      ██████████████████████████████████         ████████
 █      ██████████████████████████████             ████████
 █      █████████████████████████████████          ████████
 █      █████████████████████████████████          ████████
 █      █████████                                   ████████
 8          MR. LEVINE:  Again, let me get my        13:41:08
 9      objection in.  That mischaracterizes the     13:41:11
10      testimony.  Go ahead, David.                 13:41:14
11              ████████████   ███████████████       ████████
 █      ██████████████████████████████               ████████
 █      █████████████████████████                    ████████
 █      ███████████████████████████████              ████████
 █      ███████████████████████████                  ████████
 █      ████████████                                 ████████
 █          ████████████   ██████████████████        ████████
 █      █████████████████████                        ████████
 █          ████████████   █████████████             ████████
 █      ███ █████████████████████████████████        ████████
 █      ██████████████████████████████               ████████
 █      ██████████████████████                       ████████
 █          ██████████████████████████               ████████
 █      ███ ████████████████████████                 ████████
 █      ███████████████████   █████████████          ████████
```

Page 159

ATTORNEYS EYES ONLY



Page 160

ATTORNEYS EYES ONLY



```
 1    ▬   ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                          ▬▬▬▬▬▬▬

 ▬    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                        ▬▬▬▬▬▬▬

 ▬    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                        ▬▬▬▬▬▬▬

 ▬    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                            ▬▬▬▬▬▬▬

 ▬    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                                ▬▬▬▬▬▬▬

 ▬    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                         ▬▬▬▬▬▬▬

 ▬    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                          ▬▬▬▬▬▬▬

 ▬    ▬▬▬▬▬▬▬▬▬▬                                      ▬▬▬▬▬▬▬

 ▬         ▬▬▬▬▬▬▬▬▬▬▬                                ▬▬▬▬▬▬▬

10         MR. LEVINE:  Object to the form of the    13:44:23

11    question, mischaracterizes testimony.          13:44:24

12         You can answer, David.                    13:44:41

13         ▬▬▬▬▬▬▬  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                   ▬▬▬▬▬▬▬

 ▬    ▬▬▬▬▬▬▬▬▬▬▬▬▬  ▬▬▬▬                             ▬▬▬▬▬▬▬

 ▬    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                            ▬▬▬▬▬▬▬

 ▬    ▬▬▬▬▬▬▬                                         ▬▬▬▬▬▬▬

 ▬        ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                           ▬▬▬▬▬▬▬

 ▬    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                          ▬▬▬▬▬▬▬

 ▬    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                          ▬▬▬▬▬▬▬

 ▬    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                          ▬▬▬▬▬▬▬

 ▬    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬                                  ▬▬▬▬▬▬▬

 ▬     ▬  ▬▬▬▬▬▬▬▬▬▬▬▬▬                               ▬▬▬▬▬▬▬

 ▬    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                              ▬▬▬▬▬▬▬

 ▬    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬                                ▬▬▬▬▬▬▬

 ▬    ▬▬▬▬▬                                           ▬▬▬▬▬▬▬
```

Page 161

ATTORNEYS EYES ONLY



| 1 | MR. LEVINE:  Object to the form. | 13:45:22 |

| 9 | MR. LEVINE:  Just give me one second, | 13:46:15 |
| 10 | Counsel. | |

| 17 | Q.  (By Mr. Damle) Just let me know when you | 13:47:41 |
| 18 | are ready, Mr. Wang. | 13:47:43 |

Page 162

ATTORNEYS EYES ONLY



```
1
```

```
13        MR. LEVINE:  Object to the form.        13:48:52
```

```
14
```

Page 163

ATTORNEYS EYES ONLY



Page  164

ATTORNEYS EYES ONLY



Page  165

ATTORNEYS EYES ONLY



```
1    ████████████                                   ████████
2         MR. LEVINE:  Did you just spill           13:53:01
3    something?                                      13:53:05
4         THE WITNESS:  Yep, I spilled my water.     13:53:06
5         MR. DAMLE:  Why don't we take a break      13:53:07
6    for you to clean that up for a minute.          13:53:11
7         (Recess from 1:53 p.m. to 1:55 p.m.)       13:53:14
8    █ ████████████████████████                     ████████
█    ██████████████████████████████                 ████████
█    █████████████████████████                      ████████
█    █ ███████████████                              ████████
█    █ ████████████████████████████                 ████████
█    ███████████████                                ████████
█    █ ██████████████████████████████               ████████
█    ██████████████ ████ ████████                   ████████
█    █ ██████████ ████████████                       ████████
█    ██████████████████████████████                 ████████
█    ████████████████████████████                   ████████
█    ██████████████████████                          ████████
20        MR. LEVINE:  Object to the form, asked     13:56:32
21   and answered.  He already testified to this.    13:56:35
22        ████████████ ████████████                 ████████
█    █████████████████████████████                  ████████
█    █████████████████████████████                  ████████
█    ██████████████████████████                     ████████
```

Page 166

ATTORNEYS EYES ONLY



```
 1

 6        MR. LEVINE:  Don't guess.              13:57:17
 7        MR. DAMLE:  I'm sorry, you don't need to   13:57:18
 8   coach the witness.  This is a document that he  13:57:20
 9   wrote.                                        13:57:25
10        MR. LEVINE:  I don't agree with that    13:57:25
11   statement based upon his own testimony.  I'm not  13:57:26
12   coaching, but go ahead.                       13:57:29
13
```

Page 167

ATTORNEYS EYES ONLY



1          MR. LEVINE:  Object to the form of the          13:58:19

2     question.                                             13:58:20

19         MR. LEVINE:  Object to the form of the           14:00:23

20    question.                                             14:00:25

Page 168

ATTORNEYS EYES ONLY



1

24          MR. LEVINE:  Object to the form.                    14:02:09

25

ATTORNEYS EYES ONLY



1

14        MR. LEVINE:  Objection, lack of          14:03:05

15   foundation, compound question.                 14:03:07

16

Page 170

ATTORNEYS EYES ONLY



```
20          MR. LEVINE:  Object.  Excuse me, object      14:04:52
21    to the form, asked and answered.                   14:04:55
22
```

Page 171

ATTORNEYS EYES ONLY

```
1          MR. LEVINE:  Object to the form,        14:05:15

2   mischaracterizes testimony and asked and       14:05:16

3   answered.                                       14:05:19
```



Page 172

ATTORNEYS EYES ONLY



Page 173

ATTORNEYS EYES ONLY



```
17          MR. LEVINE:  Object to the form.  Are         14:10:28
18    you talking to me or David?  Objection to the       14:10:30
19    form.  He stated he doesn't recognize the           14:10:37
20    document.                                            14:10:39
```

Page 174

ATTORNEYS EYES ONLY



```
 1
```

```
11        MR. LEVINE:  Object to the form of the      14:11:28
12   question.                                         14:11:30
13
```

Page 175

ATTORNEYS EYES ONLY



Page  176

ATTORNEYS EYES ONLY



14          MR. LEVINE:  Form.  Go ahead, you can          14:15:08

15   answer.                                               14:15:13

ATTORNEYS EYES ONLY



Page 178

ATTORNEYS EYES ONLY



1

16          MR. LEVINE:  Object to the form.          14:20:22

17

Page 179

ATTORNEYS EYES ONLY



1

10        MR. LEVINE:  Object to the form, vague.        14:21:42

11

25        MR. LEVINE:  And I wanted to -- David,        14:22:41

Page 180

ATTORNEYS EYES ONLY

```
1    you didn't let me get an objection in so I want        14:22:42

2    to object to the form based upon                        14:22:45

3    mischaracterization of prior testimony and this        14:22:48

4    change.                                                 14:22:53

5

6

7

8         MR. LEVINE:  Form, lack of foundation.           14:23:02

9
```



Page 181

ATTORNEYS EYES ONLY

1



Page 182

ATTORNEYS EYES ONLY



1

25          MR. LEVINE:  Object to the form,          14:28:39

Page 183

mischaracterizes testimony. 14:28:40

```
1          MR. LEVINE:  Object to the form of the        14:30:17

2   question.                                            14:30:20

3
```



ATTORNEYS EYES ONLY



Page 186

ATTORNEYS EYES ONLY



```
 1          ████  ████████████████████████      ████████

 █          ██████████████████████████           ████████

 █          ███████████████████████████         ████████

 █          █████████████████████                ████████

 5          MR. LEVINE:  Counsel, if we can have a      14:33:50

 6     30-second break whenever you get to a good        14:33:52

 7     stopping point.                                   14:33:54

 8          MR. DAMLE:  Yeah, give me a couple of        14:33:55

 9     minutes.                                          14:33:58

10          MR. LEVINE:  Sure.                           14:33:59

11          ████  ████████████████████          ████████

 █     ████   ████  ██████████████                ████████

 █     ████   ████  ██████████████  ████████      ████████

 █     ████   ████  ████████████████              ████████

 █     █████████████████████████  ████████        ████████

 █     ████████████████████████████████████       ████████

 █     ██████████████████████████                 ████████

 █     ████   ████  ████████████████████          ████████

 █     ███████████████                            ████████

 █     ████   ████  ████████████████████          ████████

 █     ███████████████████████████                ████████

 █     ██████████████████████████                 ████████

 █     ██████                                     ████████

 █          ███████████████████████              ████████

 █     ████████████████████                       ████████
```

Page 187

ATTORNEYS EYES ONLY



```
23          MR. DAMLE:  Okay.  We can take a quick    14:36:04
24     break.                                          14:36:06
25          (Recess from 2:36 p.m. to 2:46 p.m.)       14:36:07
```

Page 188

ATTORNEYS EYES ONLY



```
18          MR. LEVINE:  Object to the form.            14:47:15
```

Page 189

ATTORNEYS EYES ONLY



| 1 | MR. LEVINE:  Object to the form, | 14:47:42 |
| 2 | speculation. | 14:47:42 |
| 3 | | |
| 10 | MR. LEVINE:  Object to the form. | 14:48:15 |
| 11 | | |
| 25 | MR. LEVINE:  Object to the form, | 14:49:05 |

Page 190

ATTORNEYS EYES ONLY

1    speculation.                                                14:49:05

2    ██ ████████████████████████████              ████████

██████████████████████████████████████              ████████

██████████████████████████████████                  ████████

5        MR. LEVINE:  Object to the form.  He is     14:49:20

6    not here in a 30(b)(6) capacity.  Go ahead.      14:49:22

7    ████████████  █████████████████████████         ████████

██████████████  █████████████████████             ████████

███████████████████████████                        ████████

██ ███████████████████████████████                 ████████

██████████████████████                             ████████

12       MR. LEVINE:  Object to the form,            14:49:43

13   speculation.                                     14:49:45

14   ███████████  ██████████████  █████████          ████████

██████████████████                                 ████████

██████████  ██████  ███████████                    ████████

███████████████████████                            ████████

████████████████████████████████████              ████████

██████████████████                                 ████████

██████████████  ██████████████████                 ████████

████████████████████████  █████  ███████          ████████

██████████████████████                             ████████

██ █████████████████████████████████              ████████

████████████  ████████████████████████            ████████

██████                                             ████████

                                              Page 191

ATTORNEYS EYES ONLY



Page 192

ATTORNEYS EYES ONLY



Page  193

ATTORNEYS EYES ONLY



Page 194

ATTORNEYS EYES ONLY



```
 1
                                                            14:56:34
12          MR. LEVINE:  Object to the form.
13
```

Page 195

ATTORNEYS EYES ONLY



Page  196



Page  197

ATTORNEYS EYES ONLY



1

11          MR. LEVINE:   Form.                         15:01:35

12

Page 198

ATTORNEYS EYES ONLY



```
 1                                                    ████████
 █                                                    ████████
 █      ████                                          ████████
 4           MR. LEVINE:  Object to the form.         15:02:34
 5                                                    ████████
 █                                                    ████████
 █                                                    ████████
 █                                                    ████████
 9           MR. LEVINE:  Object to the form,         15:02:46
10      speculation.  You got to let me get my        15:02:49
11      objections in, David.                         15:02:53
12                                                    ████████
 █                                                    ████████
 █                                                    ████████
 █                                                    ████████
 █                                                    ████████
 █                                                    ████████
 █                                                    ████████
 █                                                    ████████
 █                                                    ████████
 █                                                    ████████
 █                                                    ████████
 █                                                    ████████
 █                                                    ████████
```

Page 199

ATTORNEYS EYES ONLY



1

2

3        MR. LEVINE:   Objection, vague.                    15:04:04

4

5

6

7        MR. LEVINE:   Objection, speculation.              15:04:13

8

Page 200

ATTORNEYS EYES ONLY



                    MR. LEVINE:  Object to the form.        15:06:56

                                                            Page 201

ATTORNEYS EYES ONLY



```
18        MR. LEVINE:  Object to the form,          15:09:07

19   speculation.                                   15:09:07

20
```

Page 202

ATTORNEYS EYES ONLY



1

14          MR. LEVINE:   Object to the form, vague.          15:10:44

15

Page 203

ATTORNEYS EYES ONLY



```
 1
15          MR. LEVINE:  Mischaracterizes testimony,     15:12:16
16    form.                                             15:12:19
17
```

Page 204

ATTORNEYS EYES ONLY



Page 205

ATTORNEYS EYES ONLY



24          MR. LEVINE:   Form.                          15:16:28

25

Page 206

ATTORNEYS EYES ONLY



```
 1          ████  █████████████████████        ██████

 █       ████████████████████████████        ██████

 █       █████████                            ██████

 █          ████  █████████████████           ██████

 █       ███████                              ██████

 █          ████  ████████████████████        ██████

 █       ███████████████                      ██████

 8          MR. LEVINE:  Objection.           15:16:54

 9             ████████      █████████████      ██████

 █       █████████████████                    ██████

11          MR. LEVINE:  Object to the form of the   15:17:00

12    question.                               15:17:02

13          ████  █████████████████           ██████

 █       ███████████████████████████          ██████

 █       ███████████████████████████          ██████

 █          ████  ████                        ██████

 █          ████  ██████████████              ██████

 █          ████  ████████     ██████         ██████

 █       ██████████████████                   ██████

 █          ████  ██████████████████          ██████

 █       ████████████████████████             ██████

 █       █████████████████████████            ██████

 █       ██████████                           ██████

 █          ████  ██████████████████          ██████

 █       █████████████████████                ██████
```

Page  207

ATTORNEYS EYES ONLY



```
21        MR. LEVINE:  Object to the form, vague      15:19:29

22   and confusing.                                   15:19:31
```

Page 208

ATTORNEYS EYES ONLY



Page 209

ATTORNEYS EYES ONLY



Page  210

ATTORNEYS EYES ONLY

1          MR. LEVINE:   Form.                          15:24:01



Page 211

ATTORNEYS EYES ONLY



Page  212

ATTORNEYS EYES ONLY



```
1
```

```
22        MR. LEVINE:  Object to the form of the      15:29:35
```

```
23    question.                                       15:29:39
```

```
24
```

Page 213

ATTORNEYS EYES ONLY



Page  214

ATTORNEYS EYES ONLY



1

7          MR. LEVINE:   Object to the form,          15:32:34

8    speculation.                                     15:32:35

9

Page  215

ATTORNEYS EYES ONLY



Page  216

ATTORNEYS EYES ONLY



1

25          MR. LEVINE:  Object to the form.                    15:37:16

Page 217

ATTORNEYS EYES ONLY



1

2

3

4

5     MR. LEVINE:  Same form or same          15:37:29

6  objection.                                 15:37:32

7

Page 218

ATTORNEYS EYES ONLY



Page 219

ATTORNEYS EYES ONLY



```
 1
                                                               15:41:30
 9              MR. LEVINE:   Form.
10

14              MR. LEVINE:   Same objection.              15:41:44
15
```

Page 220

ATTORNEYS EYES ONLY



Page 221

ATTORNEYS EYES ONLY



1

15         MR. LEVINE:   Form.                    15:44:59

16

Page  222

ATTORNEYS EYES ONLY



1

15        MR. LEVINE:  Object to the form.        15:46:34

16

Page 223

ATTORNEYS EYES ONLY



1

MR. LEVINE:  Form.                          15:48:09

Page 224

ATTORNEYS EYES ONLY



Page  225

ATTORNEYS EYES ONLY



Page  226

ATTORNEYS EYES ONLY



```
 1          ███████████████████████████████           ████████████
            ███████████████████████████               ████████████
            ██    ████████████████████████            ████████████
            ███████████████████████████████           ████████████
            █████████████████████                     ████████████
            ██    ████                                ████████████
            ██    █████████████████████████████       ████████████
            ████████████████████████████              ████████████
            ████████████████████████████              ████████████
            █████████████    ██████████████████       ████████████
            ██████████████████████████████            ████████████
            ████████████████████████████████████      ████████████
            ██    ██████████████████                  ████████████
            ██    ████████████████████████            ████████████
            █████████████████████████████████████     ████████████
            ████████████                              ████████████
            ██    ████████████████████████████████    ████████████
            ████████████████████████████              ████████████
```

19          MR. LEVINE:  Counsel, I'm sorry, it's          15:54:37

20     that time of day, if we can take another             15:54:38

21     30-second break.                                     15:54:42

22          MR. DAMLE:  Yes, that's fine.                   15:54:43

23          MR. LEVINE:  Thanks.  It will be very           15:54:44

24     quick.  Thanks.                                      15:54:46

25          (Recess from 3:54 p.m. to 4:04 p.m.)           15:54:47

                                                            Page 227

ATTORNEYS EYES ONLY



Page  228

ATTORNEYS EYES ONLY



Page  229

ATTORNEYS EYES ONLY



15          MR. LEVINE:   Form.                    16:09:52

16

Page 230

ATTORNEYS EYES ONLY



Page 231

ATTORNEYS EYES ONLY



Page  232



Page 233

ATTORNEYS EYES ONLY



22    index has some snapshot --                    16:17:43

23        Q.   Sorry, you are going to need to slow   16:17:43

24    down for the court reporter.  Could you repeat  16:17:45

25    that?                                           16:17:47

Page  234

ATTORNEYS EYES ONLY



Page  235

ATTORNEYS EYES ONLY



Page  236

ATTORNEYS EYES ONLY



Page 237

ATTORNEYS EYES ONLY



Page 238



Page 239

ATTORNEYS EYES ONLY



Page 240

ATTORNEYS EYES ONLY



Page 241

ATTORNEYS EYES ONLY



Page  242

ATTORNEYS EYES ONLY



Page 243

ATTORNEYS EYES ONLY



1          MR. LEVINE:  Objection, argumentative,        16:35:18

2      form.                                             16:35:20

Page  244

ATTORNEYS EYES ONLY



Page 245

ATTORNEYS EYES ONLY



Page 246

ATTORNEYS EYES ONLY



Page 247

ATTORNEYS EYES ONLY



```
18          MR. LEVINE:  Objection, vague, calls for    16:45:47
19     a legal conclusion.                               16:45:53
20
```

Page 248

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| ██ | ████████████████████ | ███████ |
| ██ | █████████████████████████ | ███████ |
| ██ | ████████  ████████ | ███████ |
| ██ | ████████  ████████████ | ███████ |
| ██ | ██████████ | ███████ |
| ██ | ██  ██████████████ | ███████ |
| ██ | ██████████████████████ | ███████ |
| ██ | ████████████████████ | ███████ |
| ██ | ██████████ | ███████ |
| ██ | ██  ██████████ | ███████ |

```
11        Q.    Do you consider yourself a security          16:47:06

12   researcher?                                             16:47:17

13        A.    I consider myself a former security          16:47:18

14   researcher right now.                                   16:47:24

15        Q.    And what is a security researcher to         16:47:25

16   you?                                                    16:47:28

17        A.    A security researcher is someone who is      16:47:28

18   interested in whether software has                      16:47:35

19   vulnerabilities, you know, and wants to find out        16:47:38

20   about those vulnerabilities and wants to find           16:47:45

21   out how and if those vulnerabilities can be             16:47:47

22   exploited and ways to defend against them.              16:47:51

23        Q.    And have you heard the term good faith       16:47:53

24   security research before?                               16:48:01

25        A.    I have heard the term, but I do not know     16:48:02
```

Page 249

ATTORNEYS EYES ONLY

```
 1    the definition.                               16:48:07
 2        Q.    And when you were a security researcher   16:48:08
 3    would you have described yourself as a good    16:48:18
 4    faith security researcher?                     16:48:20
 5        A.    Certainly because I certainly don't want   16:48:21
 6    to consider myself to be doing security research   16:48:26
 7    in bad faith.                                  16:48:30
 8        Q.    Are you familiar with the term         16:48:36
 9    responsible disclosure?                        16:48:38
10        A.    Yes, I am familiar with that term.     16:48:38
11        Q.    What is responsible disclosure?        16:48:42
12            MR. LEVINE:  Object to the form.  Go     16:48:44
13    ahead, you can answer.                         16:48:47
14            THE WITNESS:  Responsible disclosure is   16:48:48
15    to -- is to disclose the existence of security   16:48:55
16    vulnerabilities in a way that does the least    16:49:00
17    harm.                                          16:49:03
18        Q.    (By Mr. Damle) And does responsible     16:49:04
19    disclosure require disclosure to the vendor of   16:49:09
20    the software?                                  16:49:13
21            MR. LEVINE:  Form.                      16:49:16
22            THE WITNESS:  I don't think that's       16:49:16
23    necessarily true.                              16:49:20
24        Q.    (By Mr. Damle) So when would responsible   16:49:21
25    disclosure not require disclosure to the vendor   16:49:27
```

Page 250

ATTORNEYS EYES ONLY

```
 1    of the software?                                 16:49:29
 2       A.    One case would be for iOS security     16:49:30
 3    researchers to be able to continue to do their  16:49:50
 4    work.                                            16:49:51
 5            Currently in order to do any             16:49:54
 6    investigation at all you are required holding    16:49:55
 7    back security vulnerabilities and exploits so    16:50:00
 8    that you can -- you can investigate the devices. 16:50:03
 9            And disclosing those vulnerabilities     16:50:07
10    will, of course, get them fixed, but it also     16:50:11
11    means that you cannot continue to do any         16:50:13
12    research.                                        16:50:17
13            And I don't believe that that           16:50:17
14    supports that that does the least harm.          16:50:22
15       Q.    Can you think of any other situation    16:50:24
16    where responsible disclosure would not require   16:50:35
17    disclosure to the vendor of the software?        16:50:39
18       A.    I think it is a very case-by-case basis. 16:50:41
19    I think it also depends on the vendor itself.    16:51:16
20            If the security researcher, for example, 16:51:22
21    feels that the vendor might retaliate then       16:51:25
22    disclosing to the vendor might not be the best   16:51:29
23    idea.                                            16:51:33
24            Some other way of notifying -- of        16:51:36
25    mitigating the risk has to be found.             16:51:38
```

Page 251



```
1      Q.    Is Apple the kind of vendor that would      16:51:41

2   retaliate against the security researcher who        16:51:44

3   reported a vulnerability to it?                       16:51:48

4      A.    I do not know.                               16:51:51

5            THE VIDEOGRAPHER:   We are getting at the    16:51:58

6   15-minute mark.                                       16:52:00

7            MR. LEVINE:   Thank you, Eli.                16:52:00
```

Page 252

ATTORNEYS EYES ONLY



Page 253

ATTORNEYS EYES ONLY



2

16:55:05

5        MR. LEVINE:   Objection.        16:55:08

6

16:55:16

9

16:55:24

13

16:56:36

Page 254



```
 1            MR. LEVINE:  Object to the form.              16:56:47
```

```
19            MR. LEVINE:  Object to the form of the        16:58:08
```

```
20    question, hypothetical.                               16:58:10
```

16:58:05

16:58:30

Page 255

ATTORNEYS EYES ONLY



16:58:34

16:59:51

Page 256

ATTORNEYS EYES ONLY

```
 1          THE WITNESS:  I have heard some news        16:59:56
 2     about it.  I don't know the details.             16:59:57
 3          MR. LEVINE:  If I can interject for one     17:00:06
 4     second, Eli, how much time are we looking at?    17:00:07
 5          THE VIDEOGRAPHER:  We have another six      17:00:11
 6     minutes.                                         17:00:13
 7          MR. LEVINE:  Thank you.  It is 8:06 on      17:00:13
 8     the East Coast.                                  17:00:17
 9     ████  ██████████████████████████████          ████████
       ████████████████████████████████████          ████████
       ████████████████████████████████            ████████
       ██████████                                  ████████
13          MR. LEVINE:  Object to the form of the    17:00:48
14     question, assumes facts, hypothetical.          17:00:52
15          ███████████  ████████████████          ████████
       █████████████████████████████                ████████
       ██████████████████████████████████████      ████████
       ██████████████████████████████████          ████████
       ██████████████████████                      ████████
       █████████████████████████████               ████████
       █████████████████████                       ████████
22     Q.   (By Mr. Damle) Are you aware of any iOS   17:01:20
23     vulnerabilities, whether you found them or     17:01:30
24     someone else found them, that were not reported 17:01:32
25     to Apple but were later discovered by malicious 17:01:34
```

Page 257

ATTORNEYS EYES ONLY

```
 1    hackers?                                    17:01:40

 2       A.   I'm sorry, could you repeat the     17:01:42

 3    question?                                   17:01:44

 4       Q.   Sure, it was complicated.  Are you aware  17:01:44

 5    of any iOS vulnerabilities whether found by you  17:01:48

 6    or not that were not reported to Apple, but were  17:01:52

 7    later found by malicious hackers?           17:01:56

 8       A.   No, I'm not familiar with anything like  17:02:02

 9    that.                                       17:02:05

10          MR. DAMLE:  Okay.  That's all I have.  17:02:14

11          MR. LEVINE:  I have a few questions.  Do  17:02:18

12    you want to -- can I just move into them?  I  17:02:21

13    think I can go pretty quickly.              17:02:25

14          MR. DAMLE:  Sure.                      17:02:26

15                 EXAMINATION                     17:02:26

16    BY MR. LEVINE:                              17:02:26

17       Q.   David, at any point in time in      17:02:31

18    connection with the virtualization did you think  17:02:34

19    you were violating any rights of Apple?     17:02:36

20       A.   No.                                 17:02:38

21       Q.   You mentioned earlier that had Apple  17:02:45

22    asked you to stop you would have had a      17:02:47

23    conversation with the company possibly about  17:02:51

24    stopping.                                   17:02:55

25          Do you recall that --                 17:02:56
```

Page 258

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A.   Yeah. | 17:02:57 |
| 2 | Q.   -- that testimony? | 17:02:59 |
| 3 | A.   Yeah. | 17:03:00 |
| 4 | Q.   Would you be -- why would you be | 17:03:01 |
| 5 | stopping? | 17:03:05 |
| 6 | A.   Well, in general I don't want to enter | 17:03:05 |
| 7 | into any sort of conflict, especially not | 17:03:08 |
| 8 | conflict with Apple.  I like Apple.  I'm a fan | 17:03:12 |
| 9 | of their products.  I wouldn't -- even though I | 17:03:14 |
| 10 | think we are not doing anything wrong I would | 17:03:18 |
| 11 | seek to avoid conflict. | 17:03:21 |
| 12 | Q.   So in essence -- I'm sorry. | 17:03:24 |
| 13 | A.   It's just my personality. | 17:03:26 |
| 14 | Q.   Okay.  So it had nothing to do with the | 17:03:28 |
| 15 | fact that you might -- that you were doing | 17:03:30 |
| 16 | anything wrong? | 17:03:32 |
| 17 | A.   No, I don't believe we were doing | 17:03:33 |
| 18 | anything wrong. | 17:03:35 |
| 19 | ████  ██████████████████████ | ██████ |
| ██ | █████████ | ██████ |
| ██ | ███  ███ | ██████ |
| ██ | ███  ██████████ | ██████ |
| ██ | ███  ███████████████████████ | ██████ |
| ██ | █████ | ██████ |
| ██ | ███  ███████████████████████ | ██████ |

Page 259

ATTORNEYS EYES ONLY

1    ██████████████████████████████   ███████████

2  ██  ██████  ██████                 ███████████

3       Q.    Sy spoke a little bit about good faith    17:04:19

4    and bad faith.  Can you have good faith hackers?    17:04:37

5       A.    Yes, certainly.                            17:04:41

6       Q.    And can you be a good faith security       17:04:42

7    researcher while not disclosing vulnerabilities     17:04:52

8    back to the vendor who built the -- built the       17:04:57

9    software?                                           17:05:02

10      A.    Yeah, certainly.  I've already discussed   17:05:02

11   several ways in which I think that could be the     17:05:06

12   case.                                               17:05:09

13    ██████  ████████████████████████████   ███████████

██  ██████████████████████████████████   ███████████

██  ████████████                         ███████████

██       █████████████████████████████   ███████████

██  ████████████████████████             ███████████

██  ██████  ████████████████████████     ███████████

██  ██████  ██████  █████████████████     ███████████

██  ████████████████████████████         ███████████

██  ██████  ████████████████████████     ███████████

██  ████████████████████████████████     ███████████

██  ██████  ███████████████████████████████   ███████████

██  ████████                             ███████████

██  ██████  ████████████████████████████   ███████████

Page 260

ATTORNEYS EYES ONLY

1

12          MR. LEVINE:  Okay.  No further questions        17:06:48

13   for me.                                                17:06:49

14          MR. DAMLE:  I'm sorry, before we go off         17:06:50

15   the record I wanted to add one reservation of          17:06:56

16   rights at the end.                                     17:06:59

17          I would like to certify all of the             17:07:04

18   questions to which you have raised objections          17:07:06

19   regarding any alleged national security                17:07:08

20   privilege in anticipation of a motion to compel.       17:07:11

21          MR. LEVINE:  No problem.  And we will           17:07:14

22   read.                                                  17:07:18

23          MR. DAMLE:  Yeah, we need a rough as            17:07:23

24   soon as possible and then whatever is the              17:07:28

25   fastest available for final with a transcript          17:07:32

Page 261

ATTORNEYS EYES ONLY

```
 1    fee.                                           17:07:58

 2          MR. LEVINE:  We will do the same with a   17:07:58

 3    rough and the quickest possible.  You heard me  17:08:00

 4    when I said we will read, correct?  Terrific.  I  17:08:03

 5    think we're done.                              17:08:10

 6          MR. DAMLE:  Thank you.                   17:08:13

 7          (Deposition concluded at 5:08 p.m.)      17:08:13

 8          (Signature reserved.)                    17:08:14

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 262

ATTORNEYS EYES ONLY

```
 1              C E R T I F I C A T E

 2

 3         I, Teresa L. Dunn, a Certified Court

 4   Reporter for Washington, pursuant to RCW 5.28.010

 5   authorized to administer oaths and affirmations in

 6   and for the State of Washington, do hereby certify

 7   that, DAVID WANG appeared virtually before me at the

 8   time and place set forth in the caption hereof; that

 9   at said time and place I reported in Stenotype all

10   testimony adduced and other oral proceedings had in

11   the foregoing matter; that thereafter my notes were

12   reduced to typewriting under my direction pursuant

13   to Washington Administrative Code 308-14-135, the

14   transcript preparation format guideline; and that

15   the foregoing transcript, pages 1 to 264, both

16   inclusive, constitutes a full, true and accurate

17   record of all such testimony adduced and oral

18   proceedings had, and of the whole thereof.

19              Witness my hand and CCR stamp at Vancouver,

20   Washington, this 14th day of April, 2020.

21

22

23              TERESA L. DUNN
                Certified Court Reporter
24              Certificate No. 2468
                Expiration Date:  01/13/2021

25
```

Page 263

ATTORNEYS EYES ONLY

```
 1                    YIDUO "DAVID" WANG

 2          I have read the transcript of my deposition

     taken on April 9, 2020, at Portland, Oregon, and

 3   make the following changes:

 4

 5   Subject to the foregoing changes, the transcript is

 6   correct.

 7

 8                    _____

 9                    YIDUO "DAVID" WANG

10          Subscribed and sworn to before me this

11   _____ day of _____, 2020.

12

13                    _____

14                    Notary Public for the

15                    State of _____

                      residing at _____

16                    My Commission Expires:____

17   Re:  Apple, Inc. vs. Corellium, LLC

          US District Court

18        Southern District of Florida

19        Case No. 19:9-cv-81160-RS

          TLD

20

21

22

23

24

25

                                        Page  264
```