Case 9:19-cv-81160-RS   Document 811-9   Entered on FLSD Docket 03/08/2021   Page 1 of 1

# EXHIBIT 9 PLACEHOLDER