# EXHIBIT 17

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-634-702**

**Effective Date of Registration:**
November 09, 2018

---

## Title

| | |
|---|---|
| **Title of Work:** | iOS 11.2 |
| **Previous or Alternate Title:** | Apple iOS 11.2 |
| | Apple iOS 11.2 Software |
| | iOS 11.2 Software |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | December 01, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Apple Inc. |
| **Author Created:** | New and revised computer program |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Apple Inc.<br>One Apple Park Way, Cupertino, CA, 95014, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previously published Apple material (iOS 11.1.2 and prior versions of iOS software) |
| **Previous registration and year:** | TX 8-609-048, 2017<br>TX 8-584-724, 2018 |
| **New material included in claim:** | New and revised computer program |

## Certification

APL-CORELLIUM_00005020

|  |  |
|---:|:---|
| **Name:** | Susan D. Carroll, Senior Copyright Manager, Apple Inc. (CR012931) |
| **Date:** | November 09, 2018 |
| **Applicant's Tracking Number:** | 21259-89195 |



APL-CORELLIUM_00005021