# EXHIBIT 21

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-651-122**

**Effective Date of Registration:**
December 04, 2018

## Title

| | |
|---|---|
| **Title of Work:** | iOS 12.0 |
| **Previous or Alternate Title:** | Apple iOS 12.0 |
| | Apple iOS 12.0 Software |
| | Apple iOS 12 |
| | Apple iOS 12 Software |
| | iOS 12 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | September 17, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Apple Inc. |
| **Author Created:** | New and revised computer program; new and revised artwork; animation; audiovisual elements |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Apple Inc.<br>One Apple Park Way, Cupertino, CA, 95014, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Previously published Apple material (iOS 11.4.1 and prior versions of iOS software); third party material that appears as exemplars in video deposit |
| **Previous registration and year:** | TX 8-611-420, 2018<br>TX 8-584-722, 2018 |

Page 1 of 2

**Registration #:** TX0008651122
**Service Request #:** 1-7195619372

Apple Inc.
Susan D. Carroll
One Apple Park Way
MS: 169-3IPL
Cupertino, CA 95014 United States

APL-CORELLIUM_00005023