# EXHIBIT 44 PLACEHOLDER