DEX 1

FOR THE CASE OF

# Apple vs. Corellium

TRANSCRIPT OF

# Jon Andrews

April 7, 2020

## Martell Associates

PO Box 172718

Tampa, FL 33672

800-636-1136

This transcript is intended for your law firm's own use. If you wish to share this transcript with an outside law firm, log back in to your CasePlannerPro account and click the **Share** button.

For questions, call 800-636-1136
or send an email to info@martellassociates.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


APPLE INC.,

        Plaintiff,

vs.                        No. 9:19-cv-81160-RS

CORELLIUM, LLC,

        Defendants.

_____/



DEPOSITION OF JONATHAN J. ANDREWS

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Date:           April 7, 2020

Time            10:02 a.m.

Location:      All parties via
                  videoconference


Stenographically reported by:

                Nina Pavone, CSR
                License No. CSR-7802




*  *  *  *

```
 1                        APPEARANCES

 2        For the Plaintiff:

 3                LATHAM & WATKINS LLP
                  BY:  JESSICA STEBBINS BINA,
 4                     ATTORNEY AT LAW
                  10250 Constellation Blvd., Suite 1100
 5                Los Angeles, CA 90067
                  424.653.5525
 6                jessica.stebbinsbina@lw.com
                  (Via videoconference)

 7

 8        For the Defendants:

 9                PIERCE BAINBRIDGE
                  BY:  DAVID L. HECHT,
10                     ATTORNEY AT LAW
                  277 Park Avenue, 45th Floor
11                New York, NY 10172
                  212-484-9866
12                Dhecht@piercebainbridge.com
                  (Via videoconference)

13        and
                  COLE, SCOTT & KISSANE, P.A.
14                BY:  JONATHAN VINE,
                       ATTORNEY AT LAW
15                222 Lakeview Avenue, Suite 120
                  West Palm Beach, FL  33401
16                561.383.9222
                  jonathan.vine@csklegal.com
17                (Via videoconference)

18

          Also present:
19
                  Jesse Koehler
20                Amanda Gorton
                  (Via videoconference)

21

22

23

24

25
```



Page 3

1          I N D E X   O F   E X A M I N A T I O N S

2                                                          PAGE

3      EXAMINATION BY MR. HECHT                              8

4      EXAMINATION BY MS. BINA                             211

5      FURTHER EXAMINATION BY MR. HECHT                    216

6

7

8          I N D E X   O F   E X H I B I T S

9

10     NUMBER           DESCRIPTION                        PAGE

11

12

13

14

15

16

17

18

19

20

21

22

23     Exhibit 7        E-mail between Darlene Avery and    150
                        Jon Andrews, et al., Bates
24                      stamped APL-CORELLIUM_00000310
                        to 316

25

Page 4



```
 1              INDEX OF EXHIBITS (CONTINUED)

 2        NUMBER          DESCRIPTION                    PAGE

 3

 6

 8

10

13

15

17

18

20     Exhibit 15     E-mail between Jon Andrews and     164
                      Chris Wade, Bates stamped
21                    Correllium-001144

22

24
```



1              INDEX OF EXHIBITS (CONTINUED)

2     NUMBER           DESCRIPTION                    PAGE



```
 1                        -oOo-

 2                     PROCEEDINGS

 3

 4          THE REPORTER:  Ms. Bina, would you like to

 5     order a rough draft again of this deposition?

 6          MS. BINA:  Yes.

 7          THE REPORTER:  Before we proceed, I will ask

 8     counsel to agree on the record that under the current

 9     National Emergency, due to COVID-19, that there is no

10     objection to this deposition officer administering

11     the oath to the witness via remote video conference.

12     Please state your agreement on the record.

13          MS. BINA:  I agree on behalf of Apple.

14          MR. HECHT:  I agree on behalf of Corellium.

15                      --oOo--

16               JONATHAN J. ANDREWS,

17            having been first duly sworn by the

18            Certified Shorthand Reporter to tell

19            the truth, the whole truth, and nothing

20             but the truth, testified as follows:

21          MS. BINA:  Before we get started I notice

22     that Amanda Gorton has popped up, but I don't see a

23     video for her yet.

24          Ms. Gorton, I'm just going to ask who is in

25     the room with you, if anyone?
```

1          MS. GORTON:  Good morning.  Just me today.

2          MS. BINA:  Okay.  Thank you.

3                    EXAMINATION

4     BY MR. HECHT:

5          Q. Okay.  Ready to begin, Mr. Andrews?

6          A. Hi, yes.

7          Q. How are you?

8          A. Good.

9          Q. Can you please state your full name for the

10    record?

11         A. It's Jonathan J. Andrews.

12         Q. And is your legal name Jonathan with J-O-N at

13    the beginning?

14         A. Yes, that's correct.

15         MS. BINA:  Can we pause for one moment?

16    Glenn, is the video locked on Jon?  It looks like

17    it's bouncing back and forth between David and Jon.

18         MR. FRIIS:  Good catch.

19         (Whereupon, there was a discussion off the

20    record.)

21    BY MR. HECHT:

22         Q. Mr. Andrews, where do you live?

23         A. I live in Los Altos Hills in California.

24         Q. And when were you first contacted in

25    connection with this litigation?

1          A. When was I first contacted in connection with

2     this litigation?  Probably earlier this year.  I'm

3     not exactly sure on the timeline.

4          Q. So earlier this year, meaning 2020?

5          A. Sorry, let me get this right.  I don't know

6     if it was late last year or early this year.  It

7     could have been late last year.

8          Q. Was it after the litigation was filed that

9     you first were contacted in connection with the

10    litigation by Apple or its attorneys?

11         A. No, it was before.

12         Q. Do you know when the litigation was filed?

13         A. I don't know the specific date, no.

14         Q. Who contacted you with respect to the

15    litigation that was going to be filed?

16         A. That was Apple's legal department.  I can't

17    remember the name of the person.  Yeah, I don't know

18    which person it was specifically.

19         Q. Was the contact made over the phone or by

20    some other medium?

21         A. It would have been in the form of a meeting,

22    yeah.

23         Q. An in-person meeting?

24         A. Yes.

25         Q. And was that on Apple's premises?

1    A. Yes.

2    Q. Were you ever asked to collect documents in

3    this litigation?

4    A. Yes.

5    Q. When did that happen?  When were you asked?

6    A. Again, I can't remember the specific date.

7    There were several collections, both written

8    notebooks and my computer.

9    Q. When you say "written notebooks," do you mean

10   physical handwriting?

11   A. Yeah.  Yes.

12   Q. And did you perform searches on your computer

13   in connection with document collection?

14   A. No.  I just gave direction to where the --

15   where the majority of the documents related to

16   Corellium would be, and then I believe Apple's legal

17   team did the rest.

18   Q. And where were those documents in terms of

19   your computer system?

20   ████████████████████████████████████

█    ███████████████████████████████████████

█    ██████████

23   Q. Does Apple have any kind of a shared drive

24   where you had any other information that you would

25   have stored?

1      A. We do have an iCloud-based shared drive I was

2  using at that time.  That's where the folder was,

3  yeah.

4      Q. In terms of accessing that folder, was the

5  folder that you're referring to that was on your

6  computer, even though it might have been backed up in

7  iCloud, did others have access to that folder aside

8  from yourself?

9      A. No.

10      Q. Did you turn your phone over to Apple or your

11  attorneys?

12      A. I did, yes.

13      Q. Do you have any other device like an iPad

14  that you would have turned over?

15      A. I turned over, I think, two phones in the end

16  because I had switched phones since -- since the

17  conversations with Corellium.  And so I had an older

18  phone that had the messages from the time of

19  conversations with Corellium.

20      Q. And when you say some of those -- the older

21  phone, what was -- during what period did you have

22  the older phone?

23      A. This was during 2018.

24      Q. Would your messages or any data on your phone

25  in that time period 2018, would that have been backed

1      up onto the cloud?

2            A. It may have been, yes.  I'm not -- I'm not so

3      sure.

4            Q. So you gave the older phone in an abundance

5      of caution?

6            A. Yes.

7            Q. Did you ever receive a deposition litigation

8      hold -- a litigation hold notice, rather?

9            A. Would that be referred to as a document

10     retention notice?

11           Q. It would be, yes, that's what I'm talking

12     about.

13           A. Yeah, I've received many of those, yes, for

14     this case also.

15           Q. In connection with this case, was there only

16     one or were there more than one?

17           A. I only recall one.

18           Q. Okay.  And did you receive a deposition

19     notice in connection with this case?

20           A. I think I received a confirmation of that

21     through Apple legal department, yes.

22           Q. You also -- have you seen the 30(b)(6)

23     notice?

24           A. Yes.

25           Q. Have you seen the 30(b)(6) notice and Apple's

1          responses and objections?

2                A. I believe I've reviewed that document, yes.

3                Q. And you understand that Apple has designated

4          you as a corporate representative on certain topics?

5                A. Yes, I understand that.

6                Q. We'll get to those topics later, but I want

7          to ask, generally speaking, on the topics that you

8          were designated, are you prepared today to testify on

9          behalf of Apple as to those topics?

10               A. Yes, I am.

11               Q. I wanted to note Corellium is amenable to

12         attempting to complete this deposition today if we

13         make it somewhat of a blended deposition.

14                    So I would ask you questions that you can

15         respond to both in your personal capacity and

16         30(b)(6).

17                    And I will assume that you would answer

18         wearing both hats, as it were, unless either one,

19         it's clear that I'm asking either one or the other.

20         For example, if I ask about your job history, I'm

21         asking about you as an individual versus if I asked

22         about Apple's position on jailbreaking, for example,

23         that would be an Apple-specific question.

24                    Or if you tell me otherwise, if I ask you a

25         question and you say well, I understand this in my

1    personal view, but I don't know this on behalf of the

2    company.

3         Is that fair?

4         A. Yeah, that seems fair, yes.

5         Q. Okay.  And I'm not looking to circumvent

6    topics or anything.  I'm looking to streamline the

7    deposition.  And so if that works, then hopefully we

8    don't have to be here tomorrow.

9         MS. BINA:  David, this is before you were

10   involved in the case.  This was agreed to be a

11   one-day deposition.  There has not been any agreement

12   to continue it.

13        In fact, Corellium stated and agreed months

14   ago this would be one day and you would cover both

15   sets of topics, just for the record.

16        By the way, Glenn, it seems like it's still

17   bouncing back and forth between David and Jon.  I've

18   got a recording next to David's head right now.  I

19   don't know if that's correct or not.

20        MR. FRIIS:  I really hope not.

21        MS. BINA:  I don't know.  Before when it's

22   been -- this time it's bouncing back and forth in a

23   different way, so I don't know if that means Zoom is

24   doing something different or not.

25        MR. HECHT:  Glenn, can you please verify?

1          MS. BINA:  I'll shoot him an e-mail.  I don't

2     know if he's here.

3          MR. VINE:  He's there.  He's probably on mute

4     doing something.

5          MS. BINA:  I just sent him an e-mail, so

6     hopefully he'll get it.  It looks like it's bouncing

7     around to me and I don't have any ability to lock it.

8          MR. HECHT:  Well, I will also note for the

9     record in response to what you said I was told

10    otherwise.  I still -- my proposal still stands.  I

11    think it's a fair one.

12          You'll see the nature of the questions are

13    going to be very straightforward as to what I'm

14    asking.

15          (Simultaneous conversation.)

16          MS. BINA:  I'm not objecting to his wearing

17    two hats.  Only to the suggestion of the second day.

18          MR. HECHT:  Understood.

19    BY MR. HECHT:

20        Q. Mr. Andrews, are you currently at home?

21        A. I am, yes.

22        Q. How long have you been at home, if you don't

23    mind my asking?

24        A. I'd say -- how long have I lived here, is

25    that the question?

1          Q. No, in terms of this quarantine or the state

2     order.

3          A. Seems like months.  Three or four weeks.

4          Q. Have you experienced any symptoms of

5     COVID-19?

6          A. I had a cough and a cold within the last --

7     over the last few weeks, but I don't think it was

8     COVID-19.

9          Q. I hope -- you're better today?

10         A. I am.

11         Q. Good.  Are you on any medications currently?

12         A. I am, yes.

13         Q. Anything that would impair your ability to

14    answer truthfully today?

15         A. No.

16         Q. You're not under the influence of any alcohol

17    or other substances that would alter your ability to

18    answer?

19         A. No, I'm not.

20         Q. Okay.  Good.  And I also want to just clarify

21    I'm not accusing, I'm just asking, are you receiving

22    any messages from anyone regarding this deposition

23    currently via the computer or any other device

24    whether written or oral?

25         A. No.  I'm receiving no communication.  For the

1    record, I have -- my machine is logged into a

2    separate account for the Zoom session so that I

3    wouldn't get interrupted by work and I also have a

4    second machine here to view the documents that were

5    sent over.

6         Q. Excellent.  So you have a copy of all the

7    PDFs that were sent over?

8         A. Correct.

9         Q. Thank you.  What did you do to prepare for

10   today's deposition?

11        A. I certainly met with the attorneys and made

12   sure that some of my recollections of events were

13   accurate.

14        Q. Did you -- you said you met with counsel.  Do

15   you mean over the phone?

16        A. Via video chat.

17        Q. Okay.  And approximately how long did you

18   meet with counsel?

19        A. Most better part of a day.

20        Q. And did you review any documents?

21        A. Yes.

22        Q. Do you remember what documents you reviewed?

23        A. Mostly e-mails and communications regarding

24   Corellium and other companies in which Chris Wade was

25   involved.

1          Q. When you say "other companies," are you

2     referring to Virtual?

3          A. Yes.

4          Q. We'll get to that.

5             Did you review text messages with Mr. Wade?

6          A. Yes.

7          Q. What did you do to prepare for your 30(b)(6)

8     testimony?

9          A. I made sure I had met with other people who

10    might be more knowledgeable on the subject to ensure

11    that I could accurately represent the position of

12    Apple.

13         Q. And who did you speak with?

14         A. I met with Matthew Firlik and Ivan Krstic and

15    I also met with Craig Federighi.

16         Q. Who is Matthew Firlik?

17         A. He runs developer tools team.

18         Q. Do you normally work with him?

19         A. Yes.

20         Q. What about Ivan Krstic, do you work with him

21    typically?

22         A. Yes, he and I partner closely on a number of

23    projects.

24         Q. What about Craig Federighi?

25         A. Craig is my manager, so in that capacity,

1    yes.

2        Q. Okay.  Besides talking to those people, did

3    you do any other research or look for any specific

4    documents relating to the 30(b)(6)?

5        A. I mostly reviewed -- sorry.  There was one

6    other person I met with, sorry.  Can I go back?

7        Q. Sure.

8        A. I also met with -- I forget her name.  Sue.

9    Regarding copyright.  I'm not a copyright lawyer, so

10   I wanted to make sure I correctly understood Apple's

11   position on copyright.

12       Q. Did you look at the amended complaint that

13   was filed in this litigation?

14       A. I did, yes.

15       Q. Did you do any research regarding factual

16   positions that were taken in the amended complaint?

17       A. I don't think anything else in addition as it

18   pertains to the amended complaint.

19       Q. Is it fair to say you're familiar with the

20   facts in the amended complaint and the bases for

21   those allegations, nonlegal?

22       A. I think it would be fair to say, yes.

23       Q. So I'm going to start at the beginning as far

24   as you personally.

25       A. Okay.

Page 20

```
1            Q. I was going to ask you about your educational

2       background.

3                Where did you go to undergraduate?

4            A. I went to University of Manchester in

5       England.

6            Q. Are you a citizen of the United Kingdom?

7            A. I am now a dual citizen of the United Kingdom

8       and the U.S.

9            Q. Did you grow up in England?

10           A. I did, yes.

11           Q. And after -- what was your major at

12      Manchester?

13           A. It was in computer engineering.

14           Q. Me, too.  I did not go to Manchester, though.

15                Is that -- does that have a strong

16      engineering program?

17           A. Yes, very strong.

18           Q. And did you go on to graduate school in

19      engineering?

20           A. I did not.

21           Q. And what did you do after graduation from

22      Manchester?

23           A. I had a very brief three-month stint at a

24      company called ICL.

25           Q. What was ICL?
```

1       A. ICL is a mainframe computer company, since

2   acquired by Fujitsu.

3       Q. What did you do there?

4       A. Nothing.  They fell on financially hard times

5   right as I joined and, hence, the reason I was only

6   there three months.

7       Q. What did you do after ICL?

8       A. I went to a start-up spinout from University

9   of Manchester.

10      Q. What was that called?

11      A. It was called -- the original name was

12  Transitive Technologies Limited.  It was subsequently

13  known as Transitive.

14      Q. How long were you there?

15      A. Approximately five years.

16      Q. What were you doing at Transitive?

17      A. We built CPU emulation technology and for a

18  number of platforms.  Specifically, the project I was

19  involved in was a project working with Apple in which

20  we emulated how PC code on Intel systems to assist in

21  Apple's 2005, 2006 transition over to Intel-based

22  Macs.

23      Q. Did the work at Transitive that you did have

24  anything to do with virtualization of macOS code?

25      A. Not virtualization of macOS code emulation.

1      Q. And how would you distinguish between

2  emulation and virtualization?

3      A. Virtualization I see as an entire virtual

4  machine, whereas emulation, we were providing a

5  synthetic emulative environment without any -- we had

6  to natively execute code in a virtual machine.

7          (Reporter clarification.)

8          THE WITNESS:  I can't remember the words I

9  said.  Let me try to answer the question again.

10         We didn't run code inside -- sorry.  Sorry,

11  could you repeat the question?  Maybe I'll just

12  re-answer it.

13  BY MR. HECHT:

14     Q. I just asked what is the difference or how

15  would you distinguish between emulation and

16  virtualization?

17     A. Okay.  So virtualization is a -- what I see

18  as a full virtual machine environment, whereas

19  emulation is, in the case of Transitive, providing an

20  environment in which you emulate a behavior of a

21  different system without the need for virtualization.

22  So you're running under the same operating system.

23     Q. So in the case of macOS, it was the

24  difference between running on PowerPC versus Intel as

25  opposed to creating a totally new machine; is that

1   fair to say?

2       A. I'd clarify that with the -- there was only

3   one version of macOS running and that was the Intel

4   version of macOS.  So we were merely providing an

5   application-level emulation, not a virtualization of

6   the operating system.

7       Q. And what did you do after your work at

8   Transitive?

9       A. I joined Apple as an engineer.

10      Q. What was your role when you first started

11  work at Apple?

12      A. I took delivery of the technology from

13  Transitive.  I was on the other side of the same job.

14      Q. What was your title?

15      A. When I joined Apple?

16      Q. Yes.

17      A. Software engineer.

18      Q. And was that from April 2006 to February

19  2007?

20      A. That is correct.

21      Q. And did you get a promotion in February of

22  2007?

23      A. Yes.

24      Q. That was to senior engineering manager?

25      A. Yes, that's correct.

1          Q. And did you have new responsibilities as a

2     senior engineering manager?

3          A. Yes.  I should make it clear that during that

4     time in October 2006, I actually relocated from

5     Manchester to the Bay Area.

6               So I -- when I arrived in the Bay Area, I

7     started work on a new project that was working on USB

8     and other drivers for the iPhone prior to its launch

9     and then I was promoted to run -- essentially manage

10    the team I was working in.

11         Q. And when did you come over to the United

12    States, to the Bay Area?

13         A. September 26, 2006.

14         Q. And --

15         A. I believe.  Sorry, I believe that was the

16    correct date, but it was end of September.

17         Q. Okay.  Were you promoted from senior

18    engineering manager?

19         A. I was promoted a number of times through

20    manager levels.  I don't recall the specific dates

21    and then -- I was promoted through a number of the

22    manager levels.

23              We have four of them at Apple and then -- I

24    don't recall a specific date, but I was also promoted

25    to director, senior director and then most recently

1    to vice president.

2         Q. I was going to focus on -- I'm going by your

3    LinkedIn.

4              Is your LinkedIn accurate as far as your

5    positions?

6         A. It is.

7         Q. Okay.  So in 2012 you were promoted to

8    director of core platform software engineering; is

9    that right?

10        A. That sounds right, yes.

11        Q. What is the core platform?

12        A. Core platform is the team I was in as an

13    engineer.  ███████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████████

16        Q. When you say "new Apple devices," do you mean

17   new versions of the iPhone or other devices, like

18   iPad, Watch?

19        A. It extends to -- today it extends to all

20   devices, AirPods to Mac Pro.

21        Q. What did you say before Mac Pro?

22        A. AirPods, these things.

23        Q. Oh, AirPods.

24        A. Yeah.

25        Q. So the AirPods have iOS?



6      Q. We've got to amplify those AirPods.

7      A. Yeah.

8      Q. Okay.

9      A. Let me just -- sorry, let me just see if

10     there's a way to turn this up by volume.  Is that

11     better?

12             MS. BINA:  Sounds the same.

13             MR. HECHT:  It's fine by me.

14             THE WITNESS:  Okay.

15     BY MR. HECHT:

16     Q. So I'm going to ask you a couple more

17     questions about your role as director of the core

18     platform.

19             What were your responsibilities as director

20     of core platform?

21     A. I was responsible for ensuring iOS was

22     brought up on any new product, that the new versions

23     of iOS could support existing shipping hardware and

24     then maintaining the release of those -- the parts of

25     iOS I was responsible for.  That included things like

1    the kernel, boot loader and core drivers.



Page 28

1          A. ███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████.

4          Q. So your next role at Apple was senior

5     director of the core platform.  That was April 2015;

6     is that right?

7          A. That's correct, yes.

8          Q. Okay.  Then, after that, you were senior

9     director, according to your LinkedIn, of Core OS.

10              What is Core OS?

11         A. Core OS is the group I was in as running the

12    core platform team.  ████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████

16         Q. So how many people do you manage?

17         A. Today?

18         Q. Yeah.  Well, in that position, sorry, as

19    senior director of the Core OS.

20         A. Around that time I believe it was somewhere

21    in the region of 500 people.

22            ████████████████████████████████████

█████████████████████████

████████████████████████████████████████

██████████



1 ████████████████████████████████

2          Q. Do you attend conferences on behalf of Apple?

3          A. I don't believe I've ever attended a

4    conference on behalf of Apple.

5          Q. Have you attended WWDC, the Worldwide

6    Developer Conference?

7          A. I have, yes.

8          Q. And have you ever spoken at WWDC?

9          A. Yes.

10         Q. When was the first time you spoke at WWDC?

11         A. What year was that?  2012, maybe.

12         Q. Have you appeared as a speaker every year

13   since?

14         A. No, I didn't speak there until, I believe,

15   2018 again.

16         Q. What about 2019?

17         A. No.  I was on vacation the duration of the

18   conference.

19         Q. So you've spoken at WWDC two times?

20         A. That's correct.

21         Q. And what did you speak about in 2018?

22         A. I was one of the presenters in the State of

23   the Union, which is the afternoon session on the

24   first day and I covered technologies related to

25   machine learning.



1       Q. How did you come to know Chris Wade?

4       Q. When was that?

5       A. I believe it was around 2011.

6       Q. And do you know in what context you met

7   Mr. Wade?

8       A.

15      Q. What was your opinion of Mr. Wade when you

16  met him?

20      Q. Has your view of Mr. Wade changed over time?

21      A. I've seen many different aspects of him, so I

22  think I've learned more about him.

23      Q. What aspects have you seen of Mr. Wade?

24      A.



1

4     Q. Have you seen any negative aspects of

5  Mr. Wade?

6     A.

13     Q. So would you consider that to be a strong

14  negotiator?

15     A.

17     Q. I assume you're referring to something in

18  specific, if you can elaborate a little bit more.

19

21



13      Q. What is your understanding of the term

14   "hacker"?

15      A. Hacker?  It's used in a number of contexts.

16   There's the dramatized version, like you would see in

17   a movie where someone might gain access to a system

18   or find some way into something or use it for

19   nefarious purposes.

20           But then there's the other end where you

21   might have a hackathon and so people taking part in

22   that are hackers, they're really just doing coding,

23   and that can be all the way down in an education

24   session.

25      Q. So hacking could be educational?

1        A. I'm saying it's used in many different

2    situations.

3        Q. Okay, fair enough.  Is it fair to say the

4    dramatized version you were referring to, is that

5    not -- in your experience, is that not -- does that

6    not align with the real world?

7        A. It's not a community I'm well aware of, so

8    I'm not sure I could personally speak on that.

9        Q. Did you ever consider yourself to be a hacker

10    like in college?

11        A. No.

12        Q. Do you know -- is it fair to say -- you

13    mentioned the kind of breadth of different type of

14    usage for hacker.

15            Is it fair to say that a hacker does not have

16    to be a bad actor?

17        A. I think that term is used in cases of --

18    yeah, where it wouldn't apply to a bad actor.  I

19    think it's also used in that situation.

20        Q. Is there such thing as like the term white

21    hat hacker, have you heard of that?

22        A. I have heard of that, yes.

23        Q. What is a white hat hacker?

24        A. I couldn't actually define the difference

25    between white and black hat hackers.

1        Q. Well, is one good and one bad, is it that

2   simple?

3        A. I'm not exactly sure.

4        Q. So if I asked you to classify whether a

5   particular person was a white hat or a black hat, you

6   couldn't tell me?

7        A. I don't think I'm an expert in that area, no.

8        Q. Who would you consider to be an expert in

9   that area?

10       A. At Apple it's Ivan Krstic.

11       Q. ████   ████████████████████████████

████   ████████████████████████████████████

13       A. I couldn't describe him in those terms, no.

14   ████████████████████████████████████████████

████   ████  ██████████████████████████████████

████   ████████

17   ██████████████████████████████████████████

████   ████████████████  -- well "often" is the wrong word.

19            As we occasionally find a talented engineer

20   who had produced something that seemed technically

21   strong and, therefore, the kind of person we would

22   want as an employee of Apple because we're always

23   looking for really technical people.

24   ████████████████████████████████████████████████

████   ██████████████████████████████████████

1

12      Q. What was it that you would consider amazing?

13   You said that he has done amazing work.  Which work

14   is it that's amazing?

15



1   ████████████

2       Q. Do you know if that work was used in

3   Corellium?

4       A. Chris informed me that Corellium was an

5   entire "from scratch" piece of software, so I do not

6   believe there was any code used in any prior

7   ventures.

8   ████████████████████████████████████████

█   ██████████████████████████████████████

██  █████████████████████

11      A. I am not aware if that was the case.

12  ███████  ██████████████████████████████

██  ████████████████

██  █████████████████████████████████

██  ██████████  ██████████████████████████

██  ██████  █████████████████████████████

██  ███████████████████████

██  ██████████████████████████████

██  ███████

██  ████████████████████████████████████

██  ██████████████████

██  ███████████████████████████████

██  ███████████████████

██  ████████████████████████████████████

██  ██████████████████

Page 38

1   ██████████████████████████████

2       A. I don't recall meeting with him, no.

3   ████████████████████████████████████████

██  ███████████████████████

██  ████████████████████████████████████████

██  ██████████████████████████████████████

██  ██████████

██  █████████████████████████████

██  ████████████████████████████████  ██████

██  ████████████████████

11  ██████████████████████████████████████

██  ████████████

██  ████████████████████████████████████████

██  ████████████████████████████████████████████

██  ████████████████████████████████████████

██  ████████████████

17  ██████████████████████████████████

██  ██████████

██  ██████████████████████████████████████████

██  ███████████████████████

██  ██████████████████████

██  ████████████████████████████████████

██  ████████████████████████████████████████

██  ████████████████████████████████████

██  ████████████████████  I don't recall actually how



1    the emulation was done.

2          Q. Do you know whether it was an emulation or a

3    virtualization?





6    A. I didn't meet anyone other than Chris.

7    Q. Do you know who Apple might have met with or

8    who did -- scratch the question.

14   Q. Do you know what happened to Virtual?

15   A. They were acquired by Citrix.

16   Q. Do you know how you came to know that

17   information?

18   A. That was in the same discussion with

19   Sebastien Marineau-Mes where he told me that Apple

20   had tried to acquire Virtual, but it had been

21   acquired by Citrix.

1  ████████████████████

2      Q. Would you say he was as good as the best

3  engineers that Apple had at the time?

4      A. No.

5      Q. Would you say he's currently as good as the

6  best engineers that Apple has had?

7      A. Apple has some pretty good engineers in many

8  domains.  We're a very large company.  So it would

9  seem unlikely.

10  ██████████████████████████████████████

   ███████████████████

   ████████████████████████████████

   ██████████████

14  ████████████████████████████

   ██████████████ -- let me scratch that question as well.

16  █████████████████████████████████████████

   ██████████████████████

   █████████████████████████████████████

   ██████████████████████  ████████████████

   ███████████████████████████████  ███████

   ████████████████████████████████████████

22      Q. What's fuzzing?

23      A. Fuzzing is if you have a function, let's say

24  you might have a known set of parameters it can take,

25  fuzzing allows you to take -- you sort of exhaust the

1     state space of those inputs and see if you can find

2     any bugs in the code.

3          Q. Do you guys want to take a break?

4             I guess I'll ask you, Mr. Andrews:  How often

5     would you like to break?

6          A. Every hour or so would be good, yes.

7          Q. You want to take maybe a five-minute break?

8     Let's make the break short.

9          A. How do you want me to take the break?

10         Q. You can shut your camera.  I think we just go

11    off the record, that's probably the easiest and when

12    we reconvene, we put it back up.

13            MS. BINA:  The reporter will take us off the

14    record and we mute our phones and then we sort of

15    reappear five minutes later.

16            THE WITNESS:  Okay.

17            (Whereupon, a break was taken.)

18    BY MR. HECHT:

19         Q. Mr. Andrews, one thing you said before, I

20    wanted to clarify something.

21            You mentioned that you were impressed ███

      ███   ███████████████████████████████████████████

      ███   ████████████████████████████; is that

24    right?

25         A. That's correct, yes.

Page 44



```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
```

15          MS. BINA:  I'm going to object.  Objection.

16   Object.  Can anyone hear me?

17          THE REPORTER:  Yes.

18          MR. HECHT:  Yes.

19          MS. BINA:  It was quiet.  I wanted to object.

20   I'm going to instruct the witness not to answer about

21   any questions with legal.

22          Belatedly, he answered, but it's not

23   appropriate to ask him questions about discussions

24   with legal counsel or advice that he sought.

25          MR. HECHT:  I'll move on.

1    BY MR. HECHT:

2    ███████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████

     ██████████████████████████████████████

     ██████████████████████████████████████

     ████████████████████████████████████

     ███████████████

9        Q. Do you know what the name of that company

10   was?

11       A. ███████████████████, but I don't 100 percent

12   recall the name.

13       Q. I was actually going to ask: █████████████

     ███████████████████████████████████████

     ███████████████████████  I think it might have to

16   do with Jason Shirk.

17       MS. BINA:  Sorry.  If I could clarify,

18   Mr. Krstic was the 30(b)(6) on communications related

19   to the bug bounty program.

20       You mentioned Jason Shirk.  I want to clarify

21   that this witness is not speaking on behalf of the

22   company with respect to bug bounty communications.

23       MR. HECHT:  I'm asking more generally.  I

24   won't ask specifics.  I wanted to get a sense of the

25   timeline and what he understood when Corellium was

1   starting to get involved.

2          THE WITNESS:  Yeah, I'm aware of some

3   interactions around the bug bounty program and

4   vulnerabilities ███████████████████████████.

5          Again, I don't know the specifics of those

6   communications.

7          And then, there was, I believe, a -- I don't

8   know through which medium, a ███████████████████

    ███████████████████████████████████████████████

    ███████████████████████████████████████████████.

11  BY MR. HECHT:

12         Q. Was that in 2017?

13         A. I believe that was late 2017, yes.

14         Q. And just generally speaking, Ap███████████

    ███████████████████████████████████████ is that

16  right?

17         A. I believe we received at least one, yes.  I

18  don't know the specifics of that situation.

19         Q. ██████████████████████████████████████████

    ██████████████████████████████████████████

    ████████████████████████████████████████████████

    ██████████████████████████████████████████.

23         Q. And for that one, you're answering on behalf

24  of Apple as well?

25         MS. BINA:  No.

1         THE WITNESS:  No, that's --

2         MS. BINA:  I can answer that.  He's not

3    answering on behalf of Apple with respect to bug

4    bounty proceeds.  That was Mr. Krstic.

5    BY MR. HECHT:

6    ███████████████████████████████████████████

     ███████████████████████████████████

     ███████████████████████████████  ████████████

     █████████████████

10        Q. Was Apple aware that Mr. Wade was going to

11   give a talk and then demonstration of the then latest

12   iPhone being virtualized in late 2017?

13        A. Give a demonstration where?  Sorry.

14        Q. Mr. Wade had informed --  ███████████████

     █████████████████████████████████████████████

     ████████████████████

17        A. Sorry, I'm unclear.  Demonstration for who?

18        MS. BINA:  Objection.  Vague.

19   BY MR. HECHT:

20        Q. Regarding what was Corellium.

21        MS. BINA:  Same objection.

22        THE WITNESS:  Could you specify?  I'm trying

23   to figure out are you talking about a demonstration

24   to Apple or a demonstration --

25   BY MR. HECHT:

Page 48

1     Q. ███████████     ██████████████████

      ████████████████

      ████████████████████████████████

      ██████████████████████████████

      ████████████████████████████

      ██████████████████████

      ██████████████████████████████

      ██████████████████████████████

      ████████████████████████████████

      ██████████████████████████████

      ███████████████████████

12    ███████████████████████

      ████████████████████████████████

      ██████████████████████████████

      ████████████████████████████████

      ████████████████████████████████

      ██████████████████████████

      ████████████████████████████████

      ███████████████████████████████

      ██████████████████████

21    Q. And Ivan Krstic is on the security side?

22    A. That is correct.

23    Q. ████████████████████████

      ██████████████████████?

25    A. Yes, on a number of occasions.



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17      18?

18      A. Let me get my dates right.  Yes.  Yes.

19

20      A. In person, I believe twice and a number of

21  times on the phone.

22      Q. Did you also correspond with him over text?

23      A. Yes.

24      Q. And when I say text, I'm including iMessage.

25      A. Yes.

Page 50

1          Q. Do you use Signal?

2          A. I don't actually know what that is.

3          Q. Signal is a third-party messaging tool.

4          A. No, I do not use Signal.

5          Q. Do you use any other text message oriented

6     software that's not iMessage?

7          A. I use WhatsApp for communication.

8     ████████████████████████████████████████████████

      ██████████████████████████████████████?

10         A. Not that I'm aware of, no.

11    ██████████████████████████████████████████████████

██    █████████████████████████████████████████████

██    ███████████████████████████████████████████████

██    ████████████████████████

██    █████████████████████████████████████████████████

██    ██████████████████████████████████

██    ███████████████████████████████████████████████

██    █████████████████████████████████████████

19         Q. Did you use the account?  Did you log in?

20         A. I did log into it, yes.

21         Q. About how long did you spend o██████████████

██    ███████████████

23         A. I would say at most 20 minutes.

24         Q. And what did you do with your access during

25    those 20 minutes?

Page 51

1 ████████████████████████████████

████████████████████████████████

████████████████, start a virtual machine, stop

4 it, start another one and then start the first one

5 again.

6     Q. Can you take me through what would actually

7 █████████████████████████████████

██████████████████████████████████

████████?

10     A. My recollection here is pretty vague. █

██████████████████████████

███████████████████████████████

██████████

14 ████████████████████████████████?

15     A. I don't recall if I did.

16     Q. Okay. ████████████████████

████████████████████████

████████████████████████

███████████████████████

███████████████████

███████████████    █████████████

█████████████████████████

███████████████████████████████

███████████████████████████

████████████    ██████████







Page 55



```
20          MS. BINA:  We're getting into testimony that
21    is attorneys' eyes only in terms of Apple's
22    development and uses for Corellium.  So I'm going to
23    ask Ms. Gorton to step out if we're continuing on
24    this line.
25          MR. HECHT:  I don't think I have much here.
```

1    I'll go to it in the next section.

2              MS. BINA:  Okay.

3    BY MR. HECHT:

4         Q. In 2018 did you think that the Corellium

5    technology --

6              MS. BINA:  Sorry, it's just really loud here

7    with them tearing my wall apart, but if it's not

8    bothering you, I won't say anything.

9              MR. HECHT:  You must have really good noise

10   cancellation.  What kind of a headset is that?

11             MS. BINA:  I'm glad.  Whatever Amazon would

12   ship me during quarantine.

13             Carry on.

14   BY MR. HECHT:

15   ██████████████████████████████████████

██  ████████████████████████████████████████████

██  ██████████████████████████

██  ██████████████████████████████████████████

██  ██████████████████████████████████████

██  ███████████████  ███████████████████████████

██  ████████████████████████████████████████████

██  █████████████████████

23        Q. I think that would be AEO, but I'll stay

24   above that for now.  We'll get back to that after

25   Amanda leaves.



19          How would you define the Corellium Apple

20     product?

21          A. Sorry, when you say "the Corellium Apple

22     product" --

23

Page 58

1        A. Yes.

2        ███████████████████████████████

███        ██████████████

███        █████████████████████████████████

███        █████

6        ██████████████████████████████

██        ████████████████████        ███████████████

██        ██████████████████████████████

██        ███████████████████████████████

██        ███████████

██        █████████████████████████████

██        ████████████████████████████████████

██        ██████████████████████████████████

██        ███████████████████████████████

██        ████████████████████████████████

██        ██████████████████████████

17        Q. What does that mean the higher level -- did

18        you say higher level of the hardware?

19        A. Yes, so some components --        ███████████

██        █████████████████████████████████████

██        █████████████████████████████████████

██        ██████████████████

██        █████████████████████████████████

██        ████████████████████████████

██        ████████████████████████████████



1

2      Q. How do you define commodity hardware?

3      A. Something you can go buy off the shelf that

4   is not developed by Apple.

5      Q. Something like an ARM server?

6      A. Yes.

7      Q. And what is ARM, to your understanding?

8      A. ARM is an instruction set architecture that

9   companies can license to produce CPUs.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



13    Q. We talked about ███████████

15    ███████████████████████████?

16    A. Later on, he did give me ███████████

18    Q. Is that the only thing that admin access

19    granted, to create other users?

20    A. That's the only thing I was aware of.

21    Q. Who was your main point of contact with

22    Corellium? ███████████

23    ███████████







```
17        A. I don't recall.  Our focus is very much on

18   64-bit.  So I'm not sure it would have been an

19   important topic to have discussed.

20        Q. And when did iOS transition from 32 to

21   64-bit?

22        A. Seems like many years ago now.  Maybe four to

23   six years ago.

24        Q. Is it fair to say that iOS no longer -- is no

25   longer 32-bit?
```

1        A. We have various instances of it that still

2    support 32-bit.  I'm trying to recall the specifics.

3    There are some -- I believe there's still one

4    instance of the Watch OS, which is based on iOS, that

5    may still support 32-bit, but I may be a year out of

6    date on that fact.

7        Q. You recall that iOS 11 required apps to

8    support a 64-bit architecture which debuted on the

9    iPhone 5S and other products?

10       A. Sorry, could you repeat the question?

11       Q. I was just asking with the launch of iOS, did

12   Apple require all apps to support 64-bit architecture

13   which debuted on the iPhones at the time, 2017?

14           MS. BINA:  Objection.  Vague.

15           THE WITNESS:  Your first question had iOS 11,

16   then it didn't.  I'm unclear.

17   BY MR. HECHT:

18       Q. I think I said iOS 11 both times.  Wasn't it

19   iOS 11 that drove the required change for 64-bit?

20       A. I believe the required change to 64-bit was

21   an App Store policy where we would no longer take

22   submissions without 64-bit.

23       Q. Did that have anything to do with the

24   operating system's underlying architecture?

25       A. It's phased in with that in that we -- we

1    want to make sure that whatever version of iOS is

2    supported is -- has, you know, the largest app

3    ecosystem available to it.

4          So we will coordinate when the OS does or

5    doesn't support something with whatever the App Store

6    policy might be.

7    ███████████████████████████████████

     ████████████████████████████████████████████

     ████████████████████

10   A. I don't recall them specifying a minimum

11   version.

12   ████████████████████████████████████████████

     ████████████████████████████

14   A. I don't recall leaving him a voicemail, no.

15   ██████████████████████████████████████████████

     ████████████████████████████████████

     ████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████.  But I

20   don't remember any specifics of that communication.

21   Q. You don't remember whether you were impressed

22   ████████████████████████████████████████████

     ████████████?

24   A. I do not, no.

25   ████████████████████████████████████████████

1 ███████████████████████████████████

2 ██  ██████████████████████████████

3 ██  ████████████████████████████████

4 ██  ███████████████████████████████

5 ██  ███████████████████████████████

6 ██  ████████  ████████  ██████████

7 ██  ████████  ████████████████████████

8 ██  ██████████████████  ████████████

9 ██  █████████████████████████████████

10 ██  ██████████████████████████████████

11 ██  ███████

12 ██  █████████

13 ███████████████████████████████

14 ██  ███████████████████  ███████████████

15 ██  ██████████████

16 ██  ████████████████

17      Q. Okay.  So one of the things --  ████████

18 ██  ███████████████████████████████

19 ██  ██████████████████████  ████████

20 ██  █████████████████████

21      A. Yeah.

22      Q. Does Apple license macOS to VMware?

23      A. No.

24      Q. Is there a licensing policy with respect to

25  virtualization of Apple's operating systems at Apple?



1          A. The EULA or the user license for macOS

2     stipulates that you can run a small number, I believe

3     it's less than five, but I may be wrong on that

4     number, of virtual machines on -- under

5     virtualization on -- sorry, my son is trying to get

6     in the door -- small number of virtual machines of

7     macOS on Apple hardware, so on a Mac system.

8               Excuse me, I'm going to lock the door.

9               MR. HECHT:  We can take a break.  It's been

10    another hour.

11              MS. BINA:  It's lunchtime here.  So when

12    would be a good time to stop for 45 minutes to an

13    hour?

14              MR. HECHT:  Great question.

15              Mr. Andrews, what would you like?  Are you

16    hungry?

17              THE WITNESS:  I'm hungry.  It's lunchtime.

18              MR. HECHT:  I already had lunch.  So okay,

19    that's fine.  How much time would you like for lunch?

20    Because the quicker we get through lunch the quicker

21    we get through the day.

22              THE WITNESS:  We're at noon now.  Do you want

23    to say 40 minutes, come back at 12:40?

24              MS. BINA:  Can we go a little longer than

25    that?  I've got small kids in my house being torn

1    apart.  So getting food might be trickier than usual.

2           Can we do like 45 -- between 45 and an hour?

3    I don't want to drag it out, but I may have a little

4    extra challenge today.

5           MR. HECHT:  I'll be back 45 after.  So

6    hopefully we can reconvene then.

7           MS. BINA:  All right.  So let's aim for 12:45

8    with a little grace period.

9           MR. HECHT:  Sure.

10          (Lunch recess taken.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              AFTERNOON SESSION:

2     BY MR. HECHT:

3          Q. Mr. Andrews, we're back on the record.  I

4     think I asked you earlier about conferences that you

5     might have attended.

6               Have you ever attended a conference called

7     Black Hat?

8          A. I have not, no.

9          Q. Do you know what Black Hat is?

10         A. It's a security conference in Vegas.

11         Q. Does Apple send its employees to Black Hat

12    each year?

13         A. Also in recent years we have done, yes.

14         Q. Did Apple send its employees to Black Hat in

15    2019, last year?

16         A. I believe so.

17         Q. Did anyone from your team attend Black Hat in

18    2019?

19         A. Not that I can recall.

20         Q. Is Apple aware that five Apple employees had

21    attended Corellium's private Black Hat party in

22    August 2019?

23         A. I have heard that some Apple employees did,

24    yes.

25         Q. Do you know who those people were?

1        A. No, I do not.

2        Q. What did you hear about that party?

3        A. Merely that they had attended.  That was all.

4        Q. Do you know what group they were with?

5        A. I do not, no.

6        Q. You didn't talk to any of those employees who

7    might have attended?

8        A. No.

9        Q. You don't know whether any of those people

10   who had attended were made aware of the

11   soon-to-be-filed lawsuit against Corellium before

12   attending the party?

13       A. I don't know who those people were, so I

14   couldn't state what they do or don't know.

15       Q. Was Apple also aware that Apple -- ████████

████ ████████████████████████████████████████████

████ ████████████████████████████████████████████

18       MS. BINA:  Object.  Vague as to time.

19       Are you talking about at the party?

20       MR. HECHT:  At the party.

21       THE WITNESS:  I am not aware of those

22   discussions.

23   BY MR. HECHT:

24       Q. Have you attended -- well, you said you don't

25   normally attend conferences, but have you heard of

1    DevCon?

2         A. I have heard of it, yeah.

3         Q. Have you ever attended DevCon?

4         A. No.

5         Q. Has Apple sent employees to DevCon in the

6    past couple of years?

7         A. Not -- I don't know if Apple has ever

8    attended.

9    ████████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████

12        A. I don't believe I'm aware of that, no.

13   ████████████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████

16        A. I'm not aware of that.  Krstic would probably

17   be the person most knowledgeable about what happens

18   at those security conferences.

19        Q. Okay.  You said you had looked over the

20   complaint and were prepared to testify as to

21   statements, the factual statements that Apple makes

22   in the amended complaint.  I'm going to ask you some

23   questions about that.

24        A. Okay.

25        Q. The complaint says that Apple has never

1    pursued legal action against the security researcher.

2        Is that still accurate?

3        A. I believe that is true, yes.

4        Q. Does Apple consider sending a DMCA take-down

5    request as pursuing legal action?

6        A. That sounds like that would be legal action,

7    but against -- to who?

8        Q. Has Apple ever sent a DMCA legal request to a

9    security researcher like Siguza, S-I-G-U-Z-A?

10       A. That's not a specific I'm aware of.

11       Q. What about -- so you had not specifically

12   looked into whether Apple had pursued legal action

13   against Siguza in preparation for 30(b)(6)?

14       A. I had not, no.

15       MS. BINA:  I'll note this is pretty far

16   beyond the scope of anything in this litigation.

17       MR. HECHT:  It's a statement that's made in

18   the complaint.  It may be beyond the scope, but it's

19   there.  We're asking about it.

20       MS. BINA:  Well, this -- the statement is

21   about security action, not go try to find every DMCA

22   notice Apple has ever sent, so...

23       MR. HECHT:  This relates to security

24   research.  So your point is taken, but the question

25   has been asked.  I'm going to move on to a new

1    question.

2              MS. BINA:  I'm not objecting to it.

3              MR. HECHT:  Okay.

4    BY MR. HECHT:

5         Q. In another aspect of the complaint, 38

6    paragraph, it says "On information and belief, the

7    very next month, at the Tencent Security Conference,

8    Mr. Wade stated that, for $1 million per year,

9    entities will be able to license private

10   installations of the Corellium Apple product."

11             Does Apple know to whom Mr. Wade allegedly

12   stated that for $1 million a year entities would be

13   able to license Corellium?

14        A. My understanding is that was made to a number

15   of people including someone from Apple attending that

16   conference.

17        Q. Do you know anyone from Apple specifically

18   that that statement was made to?

19        A. I did see reference to it in some documents,

20   but off the top of my head, I can't recall the name,

21   sorry.

22        Q. Where could we go to ascertain that

23   information?  Who would know?

24        A. I would ask someone who was at those

25   conferences, would be the security team.

1        Q. Someone in Ivan's team?

2        A. Yes, that's correct.

3        Q. You also -- in the amended complaint, there's

4    a statement that "Corellium, based on Apple's

5    information and beliefs, Corellium is

6    indiscriminately marketing its product to foreign

7    governments among others."

8        ███████████████████████████████

        ████████████████████

10       █████████████████████████████████

        ██████████████████████████████████

        ██████████████████████████    ███████

        ██████████████████    ███████████████

        █████████████████████████████████

        ████████████

        ██████████████████████████████████

        ██████████████████████████████

        ███████████

19       A. I don't particularly want to make statements

20   about who is a good or bad actor, good or bad people.

21       Q. These aren't terrorist countries, right?

22       A. Depends on the viewpoint you take.

23       Q. It's your testimony today that Apple's view

24   or your view is that the ████████████████████████

        ██████████████████

1        A. No, that's not what I'm staying.

2        Q. So let's put it this way: ███████████

█        ███████████████████████████████████████

█        █████████████████████████████████████████████

█        ███████████████

6        A. I think there was a general concern that ██

█        ████████████████████████████████

8        Q. Why is it ██████████████████████████████

█        ███████████████████████████

10       A. That may not be in the best interest of all

11   our customers around the world.

12       Q. Are there some specific governments that you

13   would have a -- that Apple would have a bigger

14   problem with than others?

15       A. I am not aware of specific governments that

16   we would have an opinion on.

17       Q. What if it was Iran?  Would Apple have a

18   problem with Corellium sending -- trying to market to

19   Iran?

20       A. I don't think I could give an answer to that.

21       Q. But to your knowledge, Corellium has never

22   marketed to Iran, has it?

23       A. I have not seen anything that suggests Iran

24   was a country Corellium had marketed to.

25       Q. And in the complaint it says "marketed."

1   What does that mean?  Does that mean Corellium's

2   advertising?  What does marketing mean in the context

3   of this statement?

4        A. Making aware and either -- yeah, marketing or

5   demonstrating the capabilities of the software.

6        Q. So making aware, those are two separate

7   things.  Let me first ask you about making aware.

8           By virtue of Corellium's website, does that

9   not make everyone on the planet aware of Corellium's

10  product?

11       A. The website is fairly vague in terms of the

12  capabilities of what Corellium could do.

13       Q. So what specifically would Corellium be

14  marketing?  Is Apple referring to marketing materials

15  and demonstrations specifically?

16       A. Just ████████████████████████████████████

██  ████████████████████████████████████████████

██  ████████████████████████████████████████████████

██  ████████████████

20       Q. You said ██████████████████████ --

21           MR. VINE:  I hear something in the

22  background.

23           MS. BINA:  Jonathan, you might have someone

24  in the room?

25           MR. VINE:  No, I was on the phone.  Now, it's

1   on mute.

2          MS. BINA:  There is somebody talking about

3   David in the background.  I just want to make sure we

4   know who's on this line.

5          Jonathan, is there anyone else in the room

6   with you?

7          MR. VINE:  No.  I'm in my apartment with my

8   kids, but my kids are not in this living room.  I was

9   on the phone.

10          MS. BINA:  Maybe there was some phone

11   interference.  But no one else is on that has not

12   identified themselves for the record?

13          MR. VINE:  Correct.  We may move on.

14          MS. BINA:  Okay.

15   BY MR. HECHT:

16          Q.  ███████████████████████████████

███   ████████████████████████████████

███      ██████████████████████████████████

███   ████████████████

███      ████████████████████████████████

███   ███████████████████████   █████████████████

███   ████████████████████████████████████████

███   ████████████████████████████████

███      ████████████████████████████████████

███   ██████████████████████████████████

1    ████████████████████████████████████████

     ███████████████████████

     ██████████████████████████████████████

     ███████████████████████████████████████

     ███████████████████     █████████████████

     ██████████████████████

7          Q. Was the -- you mentioned marketing as the act

8    of showing capabilities, but the complaint alleges

9    that Corellium indiscriminately markets its products.

10         Why is it that Corellium indiscriminately

11   markets its products to foreign governments?

12         A. I am not sure why that exact word was used in

13   there.

14         Q. Do you know what indiscriminately means?  I

15   was just wondering.

16         A. Yeah, without -- without thought or -- yeah.

17         Q. Is Apple's position today the same as it was

18   in the complaint that Corellium indiscriminately

19   marketed to foreign governments?

20         ████████████████████████████████████████

     ██████████████████████████████████

     ████████████████████████████████████████

     ███████████████

24         Q. Why did you say whatever channels?  ████████

     ██████████████████████████████████████

1        A. I do not, no.

2        Q. Does Apple know --

3        ████████    ████████████████

████████████████████████████████████

████████████████████    ████████████████

████████████████████████████████████

████████

8              (Reporter clarification.)

9     BY MR. HECHT:

10        ████████████████████████████

████████████████████████████████

████████████████████████████████████

13        ████████████████████████

████████████████████

15        ████████████████████

████████████████████████████

████████████████████████

██████ ████████████████████

████████████████████████

████████████████████████████

████████████████ ████████████

████████████████ ████████████████

████████████

████████████████████████

████████████████████████████

Page 80



```
23          MS. BINA:  I didn't catch the question,

24   David, and I heard lawsuit.  It kind of cut out.  I

25   want to make sure there wasn't a privilege issue.
```

1    BY MR. HECHT:

2    ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉  ▉▉▉▉▉▉▉▉▉▉

▉  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

▉  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

7          Q. I'm going to get into some technical

8    questions.

9          A. Okay.

10         Q. Can you define iOS?

11         MS. BINA:  David, if these are technical

12   questions about Apple's technology, then Ms. Gorton

13   would need to step out and I don't know how deep

14   you're going to go here.

15         MR. HECHT:  Let's see.

16         I think a lot of this is public.  I'll

17   actually ask --

18         MS. BINA:  If it's --

19         MR. HECHT:  I'll -- you can judge, but I'll

20   let you know.

21   BY MR. HECHT:

22         Q. How would you define iOS, Mr. Andrews?

23         A. iOS is the software used for Apple's embedded

24   systems, iPhone, iPad being a primary example and

25   it's a collection of operating system, applications,

1    services; many, many components.

2         Q. Are applications and services two separate

3    things or is that -- did you say application services

4    as in --

5         A. Applications and services.

6         Q. Got it.  Does iOS include the boot ROM?

7         A. Can you clarify what you mean by boot ROM?

8         Q. The first code that runs on an iPad or an

9    iPhone, I'm talking about that code.

10         A. That code is in the hardware itself.

11         Q. What do you refer to that code as?

12         A. The secure ROM.

13         Q. Is a secure ROM essentially the same thing as

14    a boot ROM?

15         A. My definition is that they are different.

16         Q. Why are they different?

17         A. A boot ROM would merely load in the next

18    Q-code.

19         A secure ROM makes some cryptographic or any

20    other security type of algorithm confirmation of the

21    code that's loading.

22    ████████████████████████████████████

     ████████████████

     ████████████████████████

     ████████████████████████████████████

Page 83

1    ████████████████████████████████

2         A.  Sorry, can -- sorry, my son is at the door.

3    One moment.

4              (Whereupon, there was a discussion off the

5    record.)

6    BY MR. HECHT:

7    ████████████████████████████████████████

8    ████████████████████████████████

9    ██████████████████████████████████████████

10   ██████████████████

11   ███████████████████████████████████████

12   ████

13   ████████████████████████████████████

14   ███████████████████████████████████████

15   ███████████████████████████████

16   █████████████████████████████████████████

17   ██████████████████████████

18   █████████████████████████████████

19   ██████████  ████████████████

20        A.  Yes --

21             MS. BINA:  So I think we're going to ask

22   Ms. Gorton to leave before we get into these details.

23             MR. HECHT:  Okay.  We can't hear you, Amanda.

24             MS. GORTON:  What I'll do is I'll disconnect

25   from audio on my phone and I'll also step out, but

1   you'll know that I can't hear it even when I've

2   stepped out.  Is that okay?

3          MS. BINA:  Yes.  I'm trusting you to follow

4   the rules.

5          MR. VINE:  That works, Amanda.

6          Jessica --

7          MS. BINA:  I'm saying I'm trusting her.

8          MR. VINE:  Amanda, I'm let you know when

9   we're no longer doing non-video.

10          MS. BINA:  For the record, I was not meaning

11   to be obnoxious.  I was conveying my full faith.

12          MR. HECHT:  Are we ready to resume?  Is she

13   off?  Yes, I guess she's off.  Okay.

14   BY MR. HECHT:

15   ████████████████████████████████████████

██  ██████████████████████████████

██  ████████████████████████████████████

██  ██████████████████████████████████████

██  ███████████████████████████████████████

██  ███████████████████████████████████████

██  █████████████████████████████████████████

██  █████████████

██  ████████████████████████  ███████████████

██  █████████████████

██  ████████████████████████  ████████████████







Page 88

1  ████████████████████████

2  ███████████  ████████████████████████████████

   ████████████████████████████████████████

   ██████████

5      Q. Are you aware that there was a leak on GitHub

6  in February of 2018?

7      A. There was a leak of, I believe, some iBoot

8  code.

9  ████████████  ████████████████████████████

   ████████████████████████████████████████

   ████████████████████████████████

   ███████████████████████████

   ██████████████████████████████████████

   ████████████████████████████████████████

   ████████████████████████████████████████

   ████████████████

   ███████████████████████████████████████████

   ███████████████████████████████████████████

   ████████████████████

   ████████████████████████████████████████

   ████████████████████████████████████

   ███████████

23     Q. Before you said iOS also includes

24  applications.  Does iOS also include the graphical

25  user interface?

1      A. Yes.

2      Q. What about devices?  Is a device like the

3   iPhone included in the definition of iOS or is that

4   something different?

5      A. I would state the iPhone is an iPhone and an

6   independent entity -- it's a piece of hardware.

7      Q. iTunes is a separate product from iOS?

8      A. Per my previous statement around iTunes,

9   there's various versions of iTunes.  iTunes on the

10  Mac is an application and on Windows very separate.

11       There is an iTunes store and an iTunes app

12  that I believe is now reading music in iOS.  That is

13  part of iOS.

14     Q. So I guess the -- what you're saying is that

15  there's an application that ships with iOS that's

16  part of iOS?

17     A. That is correct and there are other examples.

18  ████████  ██████████████████████

    ██████████████████████████

    ██████████████████████████████

       ████████████████████████████

    ████████████████████

    ██████████████████████████

    ████████████████████████████

    ██████████████████████████████









11        Q. Does Apple think that it has -- should have

12    copyright protections in the object code that results

13    from the open source code that we're referring to?

14            MS. BINA:  Objection.  Vague.  Calls for a

15    legal conclusion.

16            THE WITNESS:  I'm not sure I can draw that

17    legal distinction now.

18            MS. BINA:  To be clear, my objection is based

19    on the word "should."

20    BY MR. HECHT:

21        Q. Well, do you -- is it fair to say that the

22    entirety of iOS is not subject to copyright by virtue

23    of those open source components at least?

24            MS. BINA:  Same objection.

25            He can answer to the extent of his

1    understanding.

2          THE WITNESS:  Our copyright claim is based on

3    a majority of the code, not necessarily the entirety.

4          So I believe that the copyright claim doesn't

5    necessarily require that, but copyright is on the

6    item as a whole.

7    BY MR. HECHT:

8          Q. When you said "the item as a whole," what are

9    you talking about?

10         A. iOS.

11         Q. Okay.  So you know what -- I had referred to

12    it earlier, but what is an IPSW file?

13         A. An IPSW file, at a very basic level, is a zip

14    file.

15    ████████████████████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████████████████████

     ███████████████████████████████████████

     ██████████████████████████████████████████████

     ████████████████████████████████████████

     ██████████████  ██████████████████████████

     ███████████████████████████

     ████████████████████████████████████████

     ██████████████████████

1

2

3

    4        Q. If one was to rename the IPSW to a zip file,

    5   could a person browse the file structure?

    6        A. Yeah.  You can let your disc unzip it, yes.

    7        Q. So what about over-the-air updates, are those

    8   IPSW?

    9        A. No.

   10        Q. Are the over-the-air updates or OPA still iOS

   11   or is that something different?

   12        A. Yes, we consider those part of iOS, yeah.

   13        Q. Does Apple provide a EULA to click through

   14   for downloading an IPSW file?

   15        A. For downloading, no.

   16        Q. Is iOS accessible on websites like IPSW.me?

   17        A. They contain links to, the best of my

   18   understanding, Apple-hosted versions of those IPSWs.

   19        Q. And when you say Apple-hosted versions, does

   20   that mean that Apple has the IPSW on a server

   21   somewhere?

   22        A. Correct.

   23        Q. And that server is publicly accessible?

   24        A. Correct.

   25        Q. Has Apple ever done anything to try to stop

1  other sites from linking back to Apple's servers,

2  like on IPSW.me?

3       MS. BINA:  I'll just note that this is, I

4  think, beyond the 30(b)(6) but not objecting to the

5  question.

6       THE WITNESS:  I'm not aware of us preventing

7  anyone from linking to something hosted by Apple.

8       Sorry, I'll drink water so I'm clearer.

9  BY MR. HECHT:

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24       Q. Is Apple aware that on the IPSW.me site there

25  is a banner that says you can jailbreak iOS 12.3 to

Page 97

1    13.4 with checkra1n and checkra1n has a 1 instead of

2    an I at the end?

3         A. I'm sure somebody at Apple is aware of that.

4    I am not aware of that.

5         Q. What is a jailbreak?

6         A. My definition of a jailbreak is some

7    mechanism to exploit security vulnerability or allow

8    execution of code that didn't come from Apple on a --

9    on -- sorry, in the context of an iPhone, cellphone,

10   didn't come from Apple and is running on an iPhone,

11   you would jailbreak your TV, I guess, or your watch

12   or something Apple doesn't make.

13        Q. Is a jailbreak bad?

14        A. The existence of one could be harmful to our

15   customers, yes.

16        Q. Does Apple jailbreak its own devices?

17        A. We have no need to jailbreak our own devices.

18        Q. Is jailbreaking legal, to your knowledge?

19        A. To the best of my knowledge, I don't think

20   there's anything illegal about it.  It's the

21   technique used by researchers, so I think there is a

22   good faith reason which is to utilize that to do

23   their work.  I wouldn't say they're performing

24   illegal activities doing that.

25        Q. Can you tell me more about good faith

Page 98

1    researchers and what they do jailbreaking?

2         A. They -- they need -- let me see if I can

3    structure my answer here.  Those researchers are

4    looking for vulnerabilities that could be used to

5    attack our customers, it's in the Apple case, and

6    then reporting those vulnerabilities to us so we can

7    address them.

8              Given the security measures on -- in -- built

9    into iOS and the signing mechanisms, you need a

10   jailbreak in order to actually get in and do detailed

11   analysis.

12        Q. Jailbreaking can be used for good?

13        A. Yeah.

14        Q. The iOS IPSW files, those are available for

15   free online?

16        A. There's no charge to download them if that's

17   what you mean.

18        Q. When a person tries to download the IPSW

19   file, is the person directed to sign the EULA?

20        A. Not at the time of download, no.

21        Q. Is the download of the IPSW infringing on any

22   of Apple's rights?

23             MS. BINA:  Objection.  Calls for a legal

24   conclusion.

25             THE WITNESS:  Yeah, I'm not sure what you

Page 99

1    mean by rights.

2    BY MR. HECHT:

3        Q. Is there anything wrong with downloading an

4    IPSW file that you don't intend to run on an iPhone?

5        A. I think the act of downloading it, there's

6    nothing wrong with it.  Depends what you do with it

7    afterwards.

8    ████████████████████████████████████

     █  ███████████████  █████████████████

     █  █████████████████

     █  ███████████████████████

     █  █████████████

     █  ██████████████████

     █  ███████

     █  ███████████  ████████████████████

     █  ███████████████████

     █  ██████████████████████████

     █  ████████████████████████████

     █  ██████████████████████████████

     █  █████████████

21   ████████████████████████████

     █  ██████████████████████████

     █  ███████████████████████████

     █  ████████████████████████████

     █  ████████████████████████████



1    ████████████████

2    BY MR. HECHT:

3    ████████████████████████████████████████

4    ████████████████████████████████████████

5    ████████████████████████████████████████████

6    ████████████████████████████████████████████

7    ███████████████████████████

8         Q. Do you have any experience with hypervisors?

9         A. Yes, I do.

10        Q. What is that experience?

11        A. Specific -- specific example probably best

12   describes it is I like the project to include a

13   hypervisor framework built into macOS such that

14   vendors -- virtualization vendors such as Parallels

15   didn't need to have their own hypervisor cache which

16   made the system unstable and they can sit on top of

17   our kernel extension.

18        Q. Do you have any experience with emulators?

19   You said you did that early on in your career.

20        A. Sorry, your audio broke up midway through the

21   question.

22        Q. Emulators, do you have experience with

23   emulators?

24        A. Yes.  Yeah, I built many CPU emulators in my

25   time at Transitive.

1          Q. What about simulators, do you have experience

2     there?

3          A. Can you -- there are a lot of simulators.

4     Can you be more specific?

5          Q. I guess in terms of simulating hardware and

6     software.

7          A. Yes, we -- well, did some of that at

8     Transitive emulating devices in software. ███████

█  ██)  ████████████████████████████████████████████)

█  ██)  ████████████████████████████████████████████)

█  ██)  ███████████████████████████████████████)

█  ██)  █████████████████████████████)

13         ███████████████████████████████████████

█  ██      ████████████████████████████████

█  ██      ███████

█  ██      █████████████████████████████████

█  ██      ████████████████████  ██████████████

█  ██      ██████████████████████████

█  ██      █████████████

█  ██      ██████████████████████████████

█  ██      ████████████

█  ██      ████████

23         ███████████████████████████████

█  ██      █████████

█  ██      ████████████████████████████

Page 103

1  ████████████████████████████████████████

   ██████████████████████████████████████

   ███████████████████████████████

   █████████████████████████████████████

   █████████      ████████████████████████████

   ██████████████████████████████████████

   ████████████████████████

8      A. Sorry, I don't recognize "rendered" in this

9  context.

10     Q. It's a term of art.  You don't have

11 familiarity with that term?

12     A. No.  Rendered would be something you do with

13 a GPU.

14 █████████████████████████████████████████

   █████████████████████████

   ███████████████████████████████████████.

17 ████████████████████████████████████████

   ███████████████████████████████████████████

   █████████████████████

   ███████████████████████████████

   ███████████████████████████████████████████

   ██████████████████████████████████

   ██████████████████████████████████████████

   ███████

   ████████████████████████████████████

Page 104



8          MR. HECHT:  Do you want to take a break for a

9    little bit?  We've been running a little over an

10   hour.

11          MS. BINA:  Yes.

12          (Whereupon, a break was taken.)

13   BY MR. HECHT:

14          Q. How many times did

1  ███████████████████████████████████████

   ████████████████████████████████████████

   ██████████████████

         █████████████████████████████████

   ████████████████████████████████████████

   ███████████████████████████████████

   ████████

8         Q. When you say "expressed," do you mean

9  verbally or other means?

10        A. My understanding is it was verbal, yeah.

11        Q. Did you talk to Ivan about that?

12        A. Yes.

13        ██████████████████████████████████

   ██████████████████████████████████████

   ████████████████████████████████████████

   ██████████████

17        A. I have not seen anything written, no.

18        ███████████████████████████████████

   ███████████████████████████████████████

   ██████████████

21        ███████████████████████████████████

   █████████████████████████████████████

   ████████████████████████████████████████

   ███████████████████████████████████████

   ████████████████████████████████████████

   ████████████████████████████████████

```
1          Q. ████████████████████████████████████
           ████████████████████████████████████
           ████████████████████████████
4          MS. BINA:  Objection.  Vague.
5          You're asking for internal communications or
6    are you asking for --
7          MR. HECHT: ████████████    ████████████
           ████████████████████████████████.
9          THE WITNESS: ████████████████████████████
           ████████████████████████████████.
11   BY MR. HECHT:
12         Q. ████████████████████████████████████████
           ████████████████████████████?
14         MS. BINA:  Objection.  Calls for a legal
15   conclusion.
16         THE WITNESS:  Yeah, I'm not sure I can
17   specifically say whether it's the product or the
18   user.
19         ████████████████████████████████████
           ████████████████████████████████████
           ████████████████████████████████████
           ████████████    ████████████████████
           ████████████████████████████████████
           ████████████████████████████
25   BY MR. HECHT:
```

Page 107

1        Q. So █████████████████████████████████

██ ████████████████████████████████████████████

██ ███████████

4           MS. BINA:  Same objection.

5    BY MR. HECHT:

6        Q. --█████████████████████████

7           MS. BINA:  Calls for a legal conclusion.

8           THE WITNESS:  I'm not an expert on the legal

9    enforcement of that EULA.

10   BY MR. HECHT:

11          ████████████████████████████████████

██ ██ ████████████████████████████

██ ██ █████████████████████████████████

14       Q. We talked before about jailbreakers or the

15   jailbreaking concept and the people who do it we call

16   jailbreakers; is that fair?

17       A. Sure, let's go with that.

18          █████████████████████████████████████

██ ██ ███████████████████████████

██ ██ █████████████████████████████████

██ ██ ████████████████████████████████████

██ ██ ███████████████████████████████

██ ██ █████████████

██ ██ █████████████████████████████████████

25 ██ █████████████████████████████████████

Page 108



25   BY MR. HECHT:

Page 109

1          Q. When you say your organization, do you mean

2     iOS core team?

3          A. The Core OS team?

4          Q. Core OS, yeah.  That was a question, that's

5     what you're referring to?

6          A. Yes.



1          Q. You also mentioned production fused.  Are

2      those also known as pre-jailbroken devices?

3          A. I don't think I've heard that term, but if

4      you mean a device you could go to an Apple Store and

5      buy and you haven't yet formed a jailbreak on it,

6      I'll go with that, yes.

7          Q. No, actually that's not what I meant.  You

8      said -- I was just asking, actually.

9          You said production fused.  What does that

10     mean, production fused?  Is that different from

11     retail?

12         A. Sorry, all retail devices are production

13     fused.

14         Q. Now, I understand.

15         Now, is there some other form of a device

16     that is not a retail device, for example, a

17     pre-jailbroken device that Apple has indicated that

18     it would supply to security researchers?

19         A. Oh, okay.  You're referring to the -- what we

20     refer to as the research device?

21         Q. Yes.

22     ████████ ████████████████████

██  ████████████████████████████

██  ████████████████████

██  ████████████

Page 111

1  ████████████████████████████████████████

2  ████████████████████████████████████████████

3  █████████████████████████████████████████████

4  ████████████████████████████████

5  ████████████████

6  ████████████████████████████████████

7  ██████████████████

8  ██████████████████  █████████████████

9  ██████████████████████████████

10 ████████████████████████████████

11 ██████████████████████████████

12 ████████████████████████████████

13 ██████████████

14      Q. Does Apple still intend to provide the

15 research devices to security researchers?

16      A. Yes.

17      ████████████████████████████████

18      █████████████████████████████

19 █████████████████████████████████

20 ██████████████████████████████████

21 ████████████

22      Q. Have any security research devices been given

23 out?

24      A. To the best of my knowledge, no.

25      Q. Okay. ████████████████████████

Page 112



```
 1  ████████████████████████████████████
 2  ████████████████████████
 3      A.  When?
 4      Q.  Why was it you?
 5      ████████████████████████████████  ████
 6      ██████████████████████████████████
 7      ██████████████████████████████████
 8      ████████████████████████
 9      ████████████████████████████████
10      ██  ████████████████████████████████
11      ██████████████████████████████
12      ████████████████████████████████████
13      ██████████████████████████████████
14      ████████████████████████████
15      ██████████████████████████████████
16      ████████████████████
17      Q.  That makes sense.  ████████████████
18      ██████████████████████████████████
19      ██████████████
20      ████████████████████████████████
21      ████████████
22      ████████████████████████████████
23      ██████████████████████████████
24      ████████████████████████
25      A.  ████████████████████████████████
```



Provided by Martell Associates 800-636-1136



Page 115



19      Q. At what point was litigation contemplated by

20   Apple?

21          MS. BINA:  I'm going to object to the extent

22   this calls for privileged communications.

23          If you know this outside of a privileged

24   communication, you can testify about it, but if you

25   only know from lawyers, I would instruct you not to

1     answer.

2              THE WITNESS:  Right.  Yeah, that was all

3     privileged conversation, yeah.

4              MS. BINA:  I would instruct you not to

5     answer.

6     BY MR. HECHT:

7         Q. Well, who brought in the lawyers?

8              MS. BINA:  Same instruction.

9              THE WITNESS:  Yeah.

10    BY MR. HECHT:

11        Q. Were lawyers involved prior to July 2018 in

12    terms of analyzing -- in any regard, aside from the

13    deal work that had to be done?  I'm not looking for

14    privileged communications.  I just want to know were

15    they at all involved?

16             MS. BINA:  That -- that's calling for a

17    privileged communication because you're asking if

18    they gave legal advice on topics other than the deal,

19    so I'm going to instruct not to answer.

20    BY MR. HECHT:

21        Q. So this kind of ties back to -- we have a

22    privilege log, right, and we've seen communications

23    that are privileged and are marked as litigation

24    contemplated or things like that.

25             I'm just asking when -- when things went

1    south in terms of -- I'll scratch the question.  I'm

2    just thinking about how to phrase it.

3         Does Craig have any -- scratch that question

4    as well.

5         Have you done other deals for acquisitions

6    involving Craig?

7         A. I have not led any other acquisitions for

8    Apple.

9         Q. You were involved with technical analysis

10   relating to acquisitions; is that fair?

11        A. That's fair, yes.

12   ████████████████████████████████████████████████

█    ████████████████████████████████████████████████

█    ██████████████  ████████████  ████████

█    ██████████████  ████████████████████

█    █████████████████████████████████████████████

█    █████████████████████████████████████████████

█    ██████████████████

█    ████████████

█    █████████████████████████████████

█    █████████████████████████████

█    ██████████

█    ██████████████████████████████████████████████

█    █████████████████████████████████████

█    ████████████████  ████████████████████████



12    BY MR. HECHT:

13         Q.

Page 119



```
17        Q. Can you define good faith security research?

18        A. I thought we answered this earlier.

19        Q. Well, we went into it.  One of the things

20    that you said, cut to the chase, was really that

21    security research or good faith security research

22    should involve reporting of bugs back to companies

23    like Apple.

24            Is that a requirement of good faith security

25    research?
```

Page 120

1      A. In my personal opinion, if you know that a

2   vulnerability occurred that affects Apple's

3   customers, I would say yes.  It's an obligation that

4   people have to report it and for the greater good of

5   Apple's customers, so a large portion of the world's

6   population.

7      Q. What about if a person was conducting

8   security research found a bug and reported it to the

9   U.S. government, would Apple consider that to be good

10  faith security research?

11     A. I think that's a topic Ivan would probably be

12  more qualified to answer on behalf of Apple.

13         So let me give you my opinion.  It would all

14  depend on what was the researcher's understanding of

15  what would be done with that information.

16     Q. It's a question of intent, right?

17     A. Intent and I would -- I would state that the

18  best intent would be to report it such that it could

19  be fixed.

20     Q. And what about if a researcher was conducting

21  research and found a bug and was delayed in reporting

22  it to Apple because it wanted to just continue to dig

23  using that bug, that bug opened the door and they

24  wanted to go deeper inside.  Is that good faith

25  security research?

Page 121



1          A. With the intent that they ultimately did

2     report it and they knew they had no other way of

3     continuing their research without it, we could

4     stretch it to that, I wouldn't say it's clear-cut, in

5     my personal life.

Page 122

1      BY MR. HECHT:

2      ███████████████████████████████████████

███   ████████

███   █████████████████████████████████████

███   ████████████

███   ████████████████

███   █████████████████████████████████████████

███   ██████████████████████

███   ████████████████████████████████████████████

███   ██████████

███   █████████████████████████████

███   ███████████████████████████████████

███   █████████████

███   ████████████████████████████████

███   ████████████████████

███   ████████████████ ████████████████████████████

███   █████████████

███   ████████████████████████████ ██████████

███   ████████████████████████████████████████████

███   ███████████████ ██████████████████████████████

███   █████████

22     ███████████████████████████████████████

███    ██████████████████████████ █████████████████

███    ████████████████████████████████

25          A. I was not aware of that.



Page 124



Page 125









Page 129

1          MS. BINA:  We'll designate this attorneys'

2     eyes only.  You can talk about it at a high level.

3          If it starts to get into the kinds of details

4     which I don't think it will, but you feel really

5     uncomfortable about, we can talk offline, but you can

6     talk at a high level ████████████

7  █  ████████████  ████████████████

8  █  ████████████████████████████

9  █  ██████████████████████████████████

10 ██  ████████████████████████

11 ██  ██████████

12 ██  ██████████████████████████████

13 ██  ██████████████████████

14 ██  ██████████

15 ██  ████████████████████████████

16 ██  ██████████████████████████████ █

17 ██  ██████████████████████████ ████

18 ██  ████████████████████████████

19 ██  ████████████████████

20 ██  ████████████████████████████

21 ██  ██████████████████████████████

22 ██  ████

23 ██  ████████████████████████

24     Q. Okay.

25          MR. HECHT:  Let's take another break.

Page 130

```
 1              MS. BINA:  Okay.  Are you sure?  We haven't

 2     been an hour.  It's only been about 40 minutes.

 3              MR. HECHT:  Never mind.

 4              MS. BINA:  It's been about 40 minutes.  You

 5     can take a break if you need one.

 6              MR. HECHT:  That's fine.

 7              MS. BINA:  Maybe in like another 15, 20

 8     minutes.

 9              MR. HECHT:  Sure.

10     BY MR. HECHT:

11         Q.  ███████████████████████████████████████████

           ████████████████████████████████████████████████

           ██████████████████████████████████████████████?

14             ███████████████████████████████████████████

           ████████████████████████████████████████████████

           ████████████████████████████████████████████████

           ████████████)

           ████████████████████████████████████████████████

           ██████████████████████████████████████████████████

           ████████████████████████████████████████████████.

21         ████████████████████████████████████████████████

           ██████████████████████████████████████████

           ████████████████

24         A.  Yes.

25             ████████████████████████████████████████████
```

Page 131

1 ██████████████████████████

2      A. I was not at that meeting.

3 ████████████████████████████████████

4 ████████████

5      A. No, I'm not aware of that.

6      Q. Was Apple aware of any bugs that were

7 submitted -- ████████████████████████████

8 ████████████████████

9      MS. BINA:  Objection.  Again, just remind

10 that this is not the witness on the 30(b)(6) for bugs

11 submissions, but he can testify, obviously, to his

12 personal knowledge.

13      THE WITNESS:  In my conversations with Ivan,

14 you know, during that particular time and in any prep

15 for this, I have not heard anything about that, no.

16 BY MR. HECHT:

17 ████████  ████████████████████████

18 ████████████████████████████████

19 ████████████████████████████████

20 ████████████████████████████████████

21 ████████████████

22 ██████████████████████████

23 ████████  ████████████████████████

24 ████████████████████████████████

25 ████████████████████████  e?

Page 132



21    Q. Okay. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; is that right?

23    A. I believe late --

24        MS. BINA:  Objection.  Vague as to "big

25    meeting."

1    BY MR. HECHT:

2        Q. When I say "big meeting," the founders all

3    traveled to Cupertino. ████████████████████████

████ ████████████████████████████████████

5        A. Yeah, there was a full day -- I refer to that

6    as the all-day meeting.

7            Sorry, what was your question again?

8        Q. I was just first asking about the dates, to

9    establish the date.

10   ████████████████████████████████████████████████

████ ████████████████████████████████

████ ██████████████████████████████████████████

████ ██████████████████████████████████████████

████ ████████████████████████████████████████

████ ██████████████████████████████████████████████

████ ██████████████████████████████████████

████ ████████████████████████████████████████

████ ██████████████████████████████████████████████

████ ██████████████████ ████████████████████████

████ ████████████████████

21   ██████████ ████████████████████████

████ ████████████████████ ████████████████████████

████ ██████████████████████

████ ██████████████████████████████████████

████ ████████████████████████████████████

Page 134



17          MR. HECHT:  All right.  I'm going to take a

18     break.  It's getting to be dinnertime here.  I might

19     take like a 20-minute break.  Let me -- would that

20     work for you guys?

21          MS. BINA:  20 minutes, back on at 3:25

22     Pacific?

23          MR. HECHT:  Yes.

24          MS. BINA:  Jon, is that okay with you?

25          THE WITNESS:  That's fine with me.

Page 135

```
 1              MS. BINA:  Okay.

 2              (Whereupon, a break was taken.)

 3      BY MR. HECHT:

 4          Q. Do you know Alex Stamos who used to work at

 5      Facebook?

 6          A. Could you repeat the name?

 7          Q. Alex Stamos.

 8          A. S-A-M-O-S?

 9          Q. S-T-A-M-O-S.

10          A. I don't believe I know that name.

11          Q. I was also wondering did you work on the

12      Rosetta products?

13          A. Yes, I did.

14          Q. Did you get permission -- first, can you tell

15      me more about the Rosetta products?  What is it?

16          A. That was the application -- the software I

17      referred to earlier that I developed the technology

18      for at Transitive and it was a full user space

19      PowerPC to Intel emulator.

20              We had many of those at Transitive, various

21      combinations, but Rosetta was the technical

22      deployment into macOS and integration with the

23      operating system.

24          Q. And did you run anything besides macOS on the

25      platform?
```

1          A. Did we -- no, macOS --

2          Q. Like such as other Mac applications?

3          A. Well, the whole point of the technology was

4     to be able to run applications, be it Apple or third

5     party, under emulation on macOS, be able to run.

6          Q. Were modifications made to the applications

7     that were being run on the platform?

8          A. No, they were faithful emulations of the

9     original binaries.

10         Q. Was any patching done to macOS in order to

11    get it to run on Intel?

12         A. There was considerable engineering work done

13    to modify macOS for Intel for production.

14             It had -- it was -- actually parts of it were

15    originally developed on Intel.

16         Q. Did the prior company receive permission from

17    Apple to modify code?

18             MS. BINA:  Objection.  Lacks foundation.

19             You can answer.

20             THE WITNESS:  The company I was at did not

21    make modifications to macOS.

22    BY MR. HECHT:

23         Q. So all your code was basically for emulation

24    purposes so that you could trick the operating system

25    and software to thinking it was running on whatever

1    hardware it may have believed it was running on?

2         A. We didn't run the operating system on

3    different hardware.  It ran natively on hardware.

4         We were just running -- we were essentially

5    an application that could run other applications,

6    think of it that way.

7         Q. Got it, got it.  Were there any issues to --

8    that you became aware of with respect to software

9    vendors when people were not buying new versions of

10   the programs to run on the Intel Macs?

11        A. I have never heard of any concern of that.

12        Q. Can a Corellium product be used in a socially

13   beneficial way?

14        MS. BINA:  Objection.  Lacks foundation.

15        THE WITNESS:  How do you define socially

16   beneficial?

17   BY MR. HECHT:

18   ████████████████████████████████████  ███

     ████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████

     ██████████████████████████

     ██████████████████████████████████████

     ██████████████████████████████

     ████████████████████████████████████████

Page 138

1  ██████████████████████████████

2  ██  ████████████████████

3  ██  ██████████████████████████

4  ██  ███████

5  ██  █████████████████

6  ██  █████████

7      Q. Got it. ███████████████████████████

8  ██  ████████████████████████████████████

9  ██  ██████████

10      MS. BINA:  Objection.  Incomplete

11  hypothetical.

12      THE WITNESS: ███████████████████████

13  ██  ████████████████████████  ████████████████  ██

14  ██  ██████████████████████████.  That's my

15  personal opinion.

16  BY MR. HECHT:

17      Q. How are bugs and exploits found?  I guess to

18  back up for a second, is there a difference between a

19  bug and a vulnerability?

20      A. In my mind, no, because the vulnerability

21  turns up to my team as a bug from my security team.

22      Q. I do really think of it the same way, except

23  I think bugs can be, for example, if there's a typo

24  in the -- in something, that could be a bug and it

25  may not be a vulnerability.

1           Would you agree with me?

2      A. Some of the vulnerabilities my team has had

3   to fix have been typos.

4      Q. I mean in -- it might be a typo in the code

5   but, for example, let's say Apple misspells note in

6   the next version of Notes so that the next time you

7   open the application, it says, I don't know, "not."

8   That would not be something that is a vulnerability.

9   That would just be a bug, an error?

10     A. Again, you can't bound it that easily.

11  Someone may rely on it being five letters and,

12  therefore, you have a vulnerability in the code.

13     Q. Okay.  Fair enough.  So I guess to establish

14  your point of view is vulnerabilities and bugs are

15  used interchangeably in terms of the language?

16     A. Certainly within my team and most of Apple,

17  yeah, yeah.

18     Q. Okay.  How are vulnerabilities found in the

19  security research arena, if not for virtualization

20  like is done with Corellium?

21          MS. BINA:  Objection to the extent this lacks

22  foundation.

23          THE WITNESS:  I think it's probably outside

24  of the realm of my expertise here.  Again, that's

25  another area of specialty for Ivan Krstic.

Page 140

1    BY MR. HECHT:

2        Q. One of the topics that you're designated on

3    has to do with posting IPSW files and Apple's

4    knowledge on various sites that post IPSWs.

5            I mentioned IPSW.me.  Are there any other

6    sites that Apple is aware of that host links or the

7    files themselves?

8        A. Did you say host or post?

9        Q. Host.

10       A. I believe there are some other support sites

11   around, you know, third-party repair of devices or

12   tech support websites that have some links as well,

13   yeah.

14       Q. What other sites -- I know you described

15   specifically what type of sites, but do you know any

16   specific sites, like an http link?

17       A. I can't recall those off the top of my head.

18   Having links to something we have publicly available

19   is something that Apple has no control over, is, you

20   know, hard to index the internet for all those.

21       Q. Okay.  So we're going to start looking at

22   some documents.

23           MR. HECHT:  First I'd like to mark as Exhibit

24   1 Bates number -- just a second, ███████████

     ██████████████████████████████████████████████

Page 141

1    Actually, let me see.  Just one second.  I think

2    that's right.

3          (Whereupon, Exhibit 1 was marked for

4    identification.)

5    BY MR. HECHT:

6    █████████████████████████████████████████ █

7  █ ██████████████████████████

8    ████████████████████████████████

9  █ ███

10 █ ████████

11 ████████████████████████████████

12 █ ████████████████████ ████████████████████████

13 █ ███

14 █ ██████████████

15 █ █████████████████████

16 █ ████████

17 █ ██████████████████

18 █ █████████████████████████████

19 █ ████████████████████████████████████

20 █ █████████████████ ████████████████████

21 █ ████████████████████

22 █ ███████████████ ██████████████████ ███████

23 █ █████████████ ██████████████████

24 █ ██████████ ██████████████.

25          Q. Fair enough.  And Jacques, what is his role

Page 142

1    at Apple?

2         A. He is a manager in the security team,

3    security software team.

4         Q. Is he -- was he Ivan's boss or --

5         A. At this point in time, I don't know if he

6    managed Ivan, but Ivan was an engineer at that point.

7         Q. So they worked together?

8         A. Yeah.

9         Q. Did he eventually manage Ivan?

10        A. I am unclear.

11        Q. Okay.

Page 143

1 ████████████████ █████████████████████

2 ██████████████

3 ████████ ████████

4          MR. HECHT:  I'm going to mark as Exhibit 2,

5 this is the document with the Bates number ending in

6 ██████

7          (Whereupon, Exhibit 2 was marked for

8 identification.)

9          MS. BINA:  Is that an Apple Corellium

10 document?

11          MR. HECHT:  ██████████████, ████████

12          THE WITNESS:  Is this the e-mail from Friday,

13 May 6, 2014 at 11:16 p.m.?

14 BY MR. HECHT:

15 ████████ ███████████████████████

16 ██████████████████████████████

17 ██████

18       █████████

19 ████████████████████ ███████████████

20 ██████████████████████████████

21 ██████████████████████

22 █████████████████

23    ████████████████████████████

24 ██████████████████████████

25 ████████

Page 144



Page 145



14          MR. HECHT:  I'd like to mark as Exhibit 3

15

16          (Whereupon, Exhibit 3 was marked for

17   identification.)

18   BY MR. HECHT:

19          Q. So

20

21

22

Page 146



1

25        Q. Okay.  There's actually ▮▮▮▮ I wanted

Page 147

```
1    you to look at kind of side-by-side.
2              MR. HECHT:  This is -- I'm going to mark them
3    as 4 and 5.
4              (Whereupon, Exhibit 4 was marked for
5    identification.)
6              (Whereupon, Exhibit 5 was marked for
7    identification.)
8              MR. HECHT:  4 is going to be ████████████)
     ████████) and then 5 is going to be A███████████████)
     ███ ██████)
11             THE WITNESS:  Can you read the timestamps on
12   ████████████████████████████████████
13   BY MR. HECHT:
14        Q. ████████████████████████████████████)
     ████) ██████████████████████████████████)
     ████ ████████████)
17        A. Okay.
18           ███████████████████████████████████)
     ████████████████████████) ████████████)
     ████ █████████████████████████████████)
     ████ ████████████)
22        A. Okay.  Just give me a moment to read it.
23        Q. Sure.  Actually, let me give you one minute.
24   I'm just going to pause for a second.  I'll be right
25   back.
```

Page 148

```
1              (Whereupon, a break was taken.)

2              MR. HECHT:  I am back.

3              THE WITNESS:  Okay.  I'm just reading the

4         second one.

5         BY MR. HECHT:

6              Q.  Okay.

7              A.  Okay.
```



Page 149



14          MR. HECHT:  Can you please -- I'm going to

15     mark, the next one is Exhibit 6 and this is ████

17          (Whereupon, Exhibit 6 was marked for

18     identification.)

19          MS. BINA:  ████    The sound cut out for me.

20          MR. HECHT:  ████

21          THE WITNESS:  ████    ████

23     BY MR. HECHT:

24          Q.  Yes.  You say -- you can take a minute to

25     review.  I'm really focused on the first page.

Page 150



21          MR. HECHT:  Next one is

22    that will be Exhibit 7.

23              (Whereupon, Exhibit 7 was marked for

24    identification.)

25              THE WITNESS:  Could you repeat the number?

Page 151

```
 1   BY MR. HECHT:

 2        Q. ███████████████████████.

 3        A. ███████.

 4        Q. Again, I'm focused really on just the first

 5   page.

 6        A. I don't know if it's me, but the right-hand

 7   side of this page seems to be cut off.

 8        Q. Where is that?

 9        MS. BINA:  Mine's okay.  It might be your

10   display.  Do you need me to take a screenshot and

11   send it to you?

12        THE WITNESS:  I think I can figure out what's

13   at the end.

14        MS. BINA:  We've had this issue with some

15   compression previously.  If you can't read something

16   just let us know.

17        THE WITNESS:  Let me try to bring it into

18   something else.

19        There we go.  It's here.  It's a good bulk.

20        Sorry, give me a moment.

21        Okay.

22   BY MR. HECHT:

23        ██████████████████████████████████████

██   ████████████████████████████████████████████

██   ████████████████████████████████████████████
```

Page 152

1 ████████████████████████████████████████

2 ██ ████████████████████████

3 ██ ████████████████████████████████

4 ██ ████████████████████████████████

5 ████████████████████████████████████

6 ██ ████████████████████████████████

7 ██ ████████████████████████████

8 ██ ████████████████████████ ████████████

9 ██ ████████████████████████████████

10 ██ ████████████████████████████████

11 ██ ████████████

12        Q. Okay.

13            MR. HECHT:  Next exhibit is going to be

14    Exhibit 8, and this is ████████████████████

15            (Whereupon, Exhibit 8 was marked for

16    identification.)

17            THE WITNESS:  ████████████████

18    BY MR. HECHT:

19            ████████████ ██████████████████

20 ██ ██████████████████████████████████████

21 ██ ████████████████████████████████████

22 ██ ████████████████████████████ ██████████

23 ██ ████████████████████

24 ██ ██████████

25 ██ ████████████████████████████████

Page 153

16        MR. HECHT:  Next exhibit is Exhibit 9.  This

17   is ███████████████

18        (Whereupon, Exhibit 9 was marked for

19   identification.)

20        MS. BINA:  Sorry, David, it cut out again, I

21   didn't hear the last couple of digits.

22        MR. HECHT:  ████████

23        MS. BINA:  Thanks.

24        THE WITNESS: █████████████████████

     ████████████████?

1      BY MR. HECHT:



Page 155

1          MR. HECHT:  The next one is Exhibit 10.  It's

2     going to be ████████████████████.

3          (Whereupon, Exhibit 10 was marked for

4     identification.)

5          THE WITNESS:  Okay.  ████████████████████

6 ████████████████████████████████████████

7  BY MR. HECHT:

8          ███████    ██████████████████  ██

9     ████████████████████████████████

10    ███████████████████████████████████████

11    ████████████████████████████  ████████████

12    ████████████████████████  ████████████

13    ████████████████████████████████████

14    ████████████████████████████████████

15    ████████████████

16    █████████████████████████

17    ███████████████████████████████

18    ██████████████████████████████

19    ██████████████████████████████████

20    ██████████████

21    ██████████  █████████████████████████

22    ████████████████████████████████ion.

23    ████████████████████████████████

24    █████████████████████████████████?

25          A. Before as in 2018?

Page 156

1        Q. To prepare.

2        A. 2018, yes.

3        Q. Got it.  Are you -- let's take a look at it.

4            MR. HECHT:  This is going to be Exhibit 11,

5    ████████████████████████████

6            (Whereupon, Exhibit 11 was marked for

7    identification.)

8            THE WITNESS:  Okay.

9    BY MR. HECHT:

10   ███████████████████████████████████

1

2

3

8        MS. BINA:  Objection.  Calls for a legal

9    conclusion.

10

11

12        THE WITNESS:  I don't feel qualified to

13    answer that question.

14    BY MR. HECHT:

15

16

17

18

19

20

21

22

23

24

25

Page 158

1          MS. BINA:  Same objection.

2          THE WITNESS:  I didn't even follow the

3     question.  Sorry.

4     BY MR. HECHT:

5          ███████████████████████████████

      ████████████████████████████████████

      ██████████████████████████

      ███████████████████████████████████

      █████████████

10         MS. BINA:  This is outside the 30(b)(6), but

11    if you have a personal knowledge or opinion, you can

12    testify on that.

13         █████████████  █████████████████

      ██████████████████████████████████

      ████████████████████████████████████

      ██████████████████████████████████

      ███████████████████████████████████

18         MR. HECHT:  Let's move on to Exhibit 12.  It

19    is going to be ███████████████████.

20         (Whereupon, Exhibit 12 was marked for

21    identification.)

22         MS. BINA:  Okay.

23         THE WITNESS:  Okay.

24    BY MR. HECHT:

25         ████████████████████████  ███████████████

Page 159



6       Q. And what was discussed on this call?

Page 160

1        ████████████

2        Q. And the acquisitions team is also known as

3    the M&A team?

4        A. That's correct.

5        Q. Okay.

6        MR. HECHT:  We're up to Exhibit 13.  This is

7    going to be ████████████████████

8        (Whereupon, Exhibit 13 was marked for

9    identification.)

10        THE WITNESS:  Okay.  I'm going to open it.

11    Okay.

12    BY MR. HECHT:

13    ██████████████████████████████████



Page 161



Page 162



         1        ████████████████████████████████

         2        ██████████

         3              ████████████████████████████████████

         4        ████████████████████████████████

         5        ████████████████  ████████████████████████

         6              ████████

         7              MR. HECHT:  We'll go to Exhibit 14 which is

         8        ██████████████████

         9              (Whereupon, Exhibit 14 was marked for

        10        identification.)

        11              ████████████  ██████████████████████

        12        ██████████████████████

        13        ████████████

        14              ████████  ████████████████████████

        15        ████████████████████████████████

        16        ████████████████████

        17              ██████████████████████

        18              ████████████████████████████████████

        19        ████████████████████████████████

        20        ██████████████████████████████████

        21              ████████████  ████████████

        22              ████████████████████████████

        23        ████████████████████████████████

        24        ████████

        25              ████████████████████████████████



Page 164



18      A. ████████████████

19          MR. HECHT:  Next exhibit, Exhibit 16 [sic],

20   this is just ████████████, not Apple Corellium,

21   just ████████████

22          THE REPORTER:  This is Exhibit 15.

23          (Whereupon, Exhibit 15 was marked for

24   identification.)

25          MS. BINA:  The witness couldn't open this one

1    so I e-mailed him a screenshot of it.  I'll represent

2    it was identical to what was captured on the PDF I

3    received.

4            THE WITNESS: ████

5    BY MR. HECHT:

6        Q. Correct. ████████████████████████████

████████████████████████████████████  ████

████████████████████████████████████████ .

9        A. Let me just go through.

10           Okay.  Yes, I remember this e-mail.

11       Q. ████████████████████████████████

████████████████████ .

13       ████████████████████████████████████████████

████████████

15       A. ████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████

19       Q. Did you realize at this time that you had

20   previously met ████████████████████

21       A. Oh, yes, absolutely.

22       Q. It just came across that -- if it was the

23   intros, it came across that you were meeting for the

24   first time here.

25       ████████████████████████████████████████

Page 166

1       ███████████████████████.

2           Q.  Okay.

3           ████████████████████████████████

███████████████████████████████████  ███████████

███████████████████████████████████████.

6           MR. HECHT:  So next we have Exhibit 16 is

7       actually the next day.  This is going to be ██████

█       ████████████

9           (Whereupon, Exhibit 16 was marked for

10      identification.)

11          THE WITNESS:  Yes.

12      BY MR. HECHT:

13          ███████████████████████████████

█       ███████████████████████████████

█       ███████████████████████████████████████

█       █████████

█       ███████████████████████  █████████████████████

█       ██████████████

█       ███████████████████████████████

█       ███████████████████████████████  ██████████

█       █████████████████████████████

█       █████████

█       ███████████████████████

█       ███████████████████████████████

█       █████████████████████████████████████



Page 168

1 ██████████████████████████████████

██ ████████ ██████████████

██ ██████████████████████

🔸4 Q. It might refresh your recollection, the next

5 exhibit.

6  MR. HECHT:  This is going to be Exhibit 17,

7 ██████████████████.

8  (Whereupon, Exhibit 17 was marked for

9 identification.)

10  THE WITNESS:  Could you repeat that again?

11 Sorry.

12 BY MR. HECHT:

13 Q. ██████

14 A. Okay.

15 ████ ████ ████████████████

██ ███████████████

17 ████████████████████████████

██ ████████████████████████ ██████

██ █████████████████████████

██ ████████████████████████

██ ████████████████████

██ █████████████████████████

██ ██████████████

██ ███████████████████████

██ █████████████

Page 169



Page 170



18          Q. Sorry, just organizing exhibits.

19              MR. HECHT:  Let's take a break.

20              (Whereupon, a break was taken.)

21              MR. HECHT:  Back on the record.

22              MS. BINA:  Okay.

23              MR. HECHT:  You know who's not on, the video

24      person.  We should try to resolve this.

25              MS. BINA:  Let's go off for a minute.

Page 171

1          (Whereupon, there was a discussion off the

2      record.)

3          MR. HECHT:  So this is going to be Exhibit 18

4      and this is ██████████████████████

5          (Whereupon, Exhibit 18 was marked for

6      identification.)

7      BY MR. HECHT:

8 











Page 177



```
16          MR. HECHT:  And then the next document I'm

17     going to ask you to look at is -- this will be

18     Exhibit 19.  This will be [REDACTED].

19          (Whereupon, Exhibit 19 was marked for

20     identification.)

21     BY MR. HECHT:

22
```

Page 178

1   ██████████████████████████████████████████

2   ████████████████████████

3        Q. Can you look at --

4            MR. HECHT:  This is going to be Exhibit 20,

5   this is ███████████████████.

6            (Whereupon, Exhibit 20 was marked for

7   identification.)

8   BY MR. HECHT:

9   ████████████████████████████████████

██  ████████████████████

██  ██████████

██  ██████████████████████████████

██  ████████████ ██████████████████████████████

██  ████████████████████████

██  ██████████████████████████████

██  ████████████████████

██  ██████████

18  ██████████████████████████████████████████

██  ██████████████████████████████████████

██  ████████████████████████████████████████████

██  ██████████████████████████████████████

██  ████████████████████████████████

██  ██████████████████████████████████████

██  ████████████████████████

25  ██████████████████████████████████████████





Page 181



20          Q. Okay.

21              MR. HECHT:  The next exhibit is going to be

22      Exhibit 21.  And that is ███████████████████.

23              (Whereupon, Exhibit 21 was marked for

24      identification.)

25              THE WITNESS:  Okay.

Page 182



```
1      BY MR. HECHT:

2

13

24         Q. Okay.

25             MR. HECHT:  Why don't we look at -- this is
```

Page 183

1    going to be Exhibit 22.  I'm going to look at one of

2    the attachments.  It's ███████████████████.

3         (Whereupon, Exhibit 22 was marked for

4    identification.)

5         THE WITNESS:  Okay.

6    BY MR. HECHT:





Page 185





Page 187

1 ███████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████

5        Q. Okay.  We'll go through a few more of these

6    meeting requests.

7           MR. HECHT:  This is going to be Exhibit 23,

8    ██████████████████.

9           (Whereupon, Exhibit 23 was marked for

10   identification.)

11   BY MR. HECHT:

12          █████████████████████████████

        █████████████   ██████████████

        █████████

        ███████████████████████████████

        ███████████████████████████████

        █████████

        █████████████████████   ███████████████████

        ██████████████████████

        █████████████████████████

        █████████████████

        ███████████████████████████

        ████████████████   ██████████████████

        █████████

25       ████████████████████████████████



Page 189





Page 191





Page 192

16    Q. Did you go on vacation the next day?

17    A. Yes, that's my standard annual vacation.

18    Yes, this was the WWDC week, was that a Wednesday,

19    Thursday, yes, I tend to go away that week.

Page 193

1    ████████████████████  ██████████████████████████

     ██████

     ████████████████  ████████████████████████████████

     ██████████████████████

     ████████████████

     ██████████████

7    ██████████████████████████████

     ████████████████████████████████████

     ██████████████████████████████████

     ████████████████████████████████████

     ██████████████████████████████

     ██████████████████████████████

     ████████████████████

     ████████████

     ████████████████████

16       Q. So next I'd like you to turn to --

17           MR. HECHT:  This is going to be Exhibit 24.

18   And this is ██████████████████████

19           (Whereupon, Exhibit 24 was marked for

20   identification.)

21           THE WITNESS:  Yes.

22   BY MR. HECHT:

23       ████████  ██████████████████████████

     ████████████  ██████████████████████████

     ██████████████████████████  ████████████████

Page 194



Page 195

1

2

3

4

5

6

7

8

9        Q. Okay.

10            MR. HECHT:  Exhibit 25 is

11            .

12            (Whereupon, Exhibit 25 was marked for

13       identification.)

14            THE WITNESS:  Okay.

15       BY MR. HECHT:

16

17

18

19

20

21

22

23

24

25            MR. HECHT:  Next exhibit is going to be 26.

Page 196

1    This is ███████████████████.

2          (Whereupon, Exhibit 26 was marked for

3    identification.)

4          THE WITNESS: ██████████ ███████████)

5    ███████

6    BY MR. HECHT:

7        Q. Yes.

8        A. Okay.  Just give me a moment.  I'll read

9    through it.

10        Okay.

11   ██████████████████████████

     ████████████████████████

     ████████████████████████

     ████████████████████

     ████████████████████████

     ████████ ████████████████

     █████████████████████████████

     ████████████████████████

     ████████ ███████████████

     ████████████

21   ████████████████████████

     ████████████████████████

     ████████████████████

     ██████████████████████

     ████████████

Page 197



Page 198

1         █████████████████████████████

2      Q. Okay.  Then can you take a look at next

3  exhibit, it's going to be Exhibit 27.

4          MR. HECHT:  This is ████████████████.

5         (Whereupon, Exhibit 27 was marked for

6  identification.)

7        ██████████████  ████████████████████

8     ██████████████████████████████████

9     ███████████

10    ██████████  ██████████████████████

11 ████████████████████████████████████████

12 ██████████████  ████████████████████████

13 ████████████████████████████████████

14 ███████████████████  ██████████████████

15 ████████████

16    ██████████████████████████████

17 ████████████████████████████████

18 ███████████

19    ██████████████████████████████

20 ██████████████████████████████████

21 ████████████████████████████

22    ████████████████████████████

23 ████████████████████████████████

24    █████████████████████████████████

25 ██  ██████████████████████████████

Page 199

1    ████████████████████

2        Q.  The next -- actually I'd like you to see,

3    this is going to be Exhibit 28, this is ██████

█    ████████████████

5        A.  17984?

6        Q.  Correct.

7            (Whereupon, Exhibit 28 was marked for

8    identification.)

9            THE WITNESS:  Okay.

10   BY MR. HECHT:

11   ████████████████████████████

█    ████████████████████

█    █████████

█    █████████████████████████

█    ██████████████████████████████

█    ████████████████  ██████████████████

█    ██████████████████████████████

█    ████████████████

█    ████████████████████████

█    ████████████████

21   ██████████████████████████████

█    ██████████████████████████████

█    ████████████████████

█    ██████████

█    █████████████████████████



Page 201

1       to ████████████████████████████████████

2    ██  ██████████████████████████████

3    ██   ██████████████████████████████████████

4    ██  ██████████████████████████████████

5    ██   ██████████████████████████████████

6    ██  ████████████████████  ██████████████████████

7    ██  ████████████████████████████████  ██

8    ██  ████████████

9        Q. Now, after that you asked to see -- just a

10   second.  Let's take a look at Exhibit 29.

11           MR. HECHT:  This is going to be ██████

12   ██  ██████████████████

13           (Whereupon, Exhibit 29 was marked for

14   identification.)

15           THE WITNESS:  Okay.

16   BY MR. HECHT:

17       ████████████████████████████████████

18   ██  ████████████████████████████████

19   ██  ██████████████████████████████

20   ██    ██████████████

21   ████████████████████████████████████

22   ██  ██████████

23       ██████████████████████████████████

24   ██  ██████████████████████████████████████

25   ██  ██████████  ████████████████████████████



Page 203



15    MS. BINA:  David, whenever you're ready, we

16  probably should have another break.  We've been going

17  over an hour.

18    MR. HECHT:  Okay.  Let's do it.

19    (Whereupon, a break was taken.)

20    MR. HECHT:  I've got another document for

21  you.  This is going to be Exhibit 30 and this is

22  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓).

23    (Whereupon, Exhibit 30 was marked for

24  identification.)

25    MR. HECHT:  And I should also mark 31 which

Page 204

1    is ▮▮▮▮)

2           (Whereupon, Exhibit 31 was marked for

3    identification.)

4    BY MR. HECHT:









Page 208



Page 209



15          MR. HECHT:  And this will get to the next

16     document.  Apple -- this is going to be Exhibit 32,

17     ████████████████████████

18          (Whereupon, Exhibit 32 was marked for

19     identification.)

20          MS. BINA:  You cut out for a second.  It

21     was --

22          MR. HECHT:  ████████

23          MS. BINA:  Okay, great, thank you.

24     ████████████ ████████████████████

Page 210

1        BY MR. HECHT:





Page 211

1

2

3

4

5          MS. BINA:  I'm just going to caution you not

6     to reveal any privileged communications.

7          If you have a non-privileged understanding,

8     you can testify to it.

9

10

11   BY MR. HECHT:

12

13

14

15

16

17

18

19

20          MR. HECHT:  That is all I have.

21          MS. BINA:  Okay.  I have very brief redirect.

22   I don't think it will take terribly long.

23          MR. HECHT:  Okay.

24                    EXAMINATION

25   BY MS. BINA:

1      Q. Mr. Andrews, you testified earlier about

2  there was a product called Xcode and I believe -- and

3  I didn't write this down exactly, but you testified

4  something to the effect of it wasn't necessarily a

5  ███████████████████████████████████████████████████

6  ████████████████████████

7      Do you recall that?

8      A. Yeah.  In regard to the simulator?

9      Q. Maybe it was the simulator, yes, the Apple

10  simulator.

11      I guess my question is: ████████████████████

12  ███████████████████████████████████████████████████

13  ████████████████████████████████████████████

14  ██████████████████████████████████████████████

15  ██████████████████████████████████████████████████

16  ██████████████████████████████

17      MR. HECHT: Objection.  Vague.

18      THE WITNESS:  I -- ████████████████████

19  █████████████████████████████████████████████████████

20  ████████████████████████████████████████████████

21  ████████████████████████████████████████████████

22      The iOS simulator is a -- how do I say --

23  best effort, good faith representation of your iOS

24  app running on a Mac.  It's not a virtual machine.

25  BY MS. BINA:

1    Q. And let me clarify.  Perhaps it was a vague

2    question.

3          I'm not asking about technology that you have

4    internally or whether this is, you know, a unique

5    project -- product.

6          My question is more if I'm an app developer

7    and I'm looking to test my app, I might go to

8    Corellium or might I turn to Apple and if I turn to

9    Apple, what kinds of products would I look at?

10          Similarly, if I'm a security researcher, are

11    there products that Apple would offer that I might

12    consider in comparison vis-a-vis Corellium?

13          So not looking at it from the internal Apple

14    perspective, but from the perspective of an app

15    developer or security researcher who is considering

16    different options about what to use.

17          MR. HECHT:  Objection.  Calls for

18    speculation.  Incomplete hypothetical.  Vague.

19          THE WITNESS:  What we offer developers is

20    obviously the iOS simulator and Xcode has a built-in

21    way of testing your application with both automation

22    and unit tests.  You can do that against a

23    locally-connected set of devices or using the

24    simulator.

25          That is an alternative to what Corellium was

Page 214

1    offering the -- as far as the researcher goes, I

2    don't think we have anything today and that's part of

3    the reason for working on the research -- the

4    security researcher device.

5    BY MS. BINA:

6        Q. ███████████████████████████████

     ████████████████████████████████████

     ██████████████████████████████████

9        A. It is a real device, so it's higher fidelity

10   and that's why something -- we've been working on for

11   quite a while.  It's a hard thing to get right.

12       Q. ████████████████    ███████████

     █████████████████████████████████████

     ██████████████████████████████████

     █████████████████████████████████████

     ████████████████████████████████

     █████████████████████████████████████

     ██████████████████████████████

19       MR. HECHT:  Objection.  Calls for

20   speculation.

21       THE WITNESS:  I'm not a hundred percent sure

22   how the security researchers do their work.  I can

23   imagine you can use -- you could use either.  You

24   might use different techniques.

25   BY MS. BINA:

Page 215



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12        Q. And I didn't mean to interrupt you.  You can
13    finish your thought.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 216

1 ████████████████████████████████████████████████

2          MS. BINA:  Thank you.  I don't think I have

3    anything else.  So I will --

4          MR. HECHT:  I just have one question.

5                   FURTHER EXAMINATION

6    BY MR. HECHT:

7          ████████████████████████████████████████

8    ████████████████████████████████████████

9    ████████████████████████████████████████████

10   ████████████████████████████████████████████

11   ██████████████████████████████████████████

12   █████████████████████████

13   █████████████████████████████████████

14   ███████████████████████████████████

15   █████████████

16   ██████████████████ ██████████████████████████ ███

17   ██████████████████████████████████████████

18   █████████████████████████████████████████████

19   ████████████████████████

20   ███████████████ ██████████ ████████████████████████

21   █████████████████████████████████████████████

22   ████████████████████████████████

23          MR. HECHT:  I don't have anything else.

24          MS. BINA:  All right.  So I guess we can go

25   off the record.

1          THE REPORTER:  Counsel, would you like to

2     order a certified copy of this deposition?

3          MS. BINA:  Yes, and I would like to go ahead

4     and put an expedite on that given the number of days

5     left in discovery.

6          THE REPORTER:  When would you like it?

7          MS. BINA:  So maybe like a couple of days

8     from now would be great if you've got the time.

9          THE REPORTER:  All right.

10         MS. BINA:  And it's not grueling.

11         THE REPORTER:  Do you also want this

12    expedited or a rough?

13         MR. HECHT:  I will get back to you.  I will

14    see what standard practice is with my colleagues.

15         Thank you.

16         (The deposition of JON ANDREWS was concluded

17    at 6:45 p.m.)

18

19

20

21

22

23

24

25

Page 218

1                    CERTIFICATE OF WITNESS

2

3          I, JONATHAN J. ANDREWS, hereby declare that I

4     have read the foregoing testimony pages 1 through

5      219, inclusive.  I hereby state there are:

6

7           (check one)

8

9           _____  no corrections

10          _____  corrections per attached

11

12

13          _____

14          JONATHAN J. ANDREWS

15

16          _____
            DATE

17

18                    ---o0o---

19

20

21

22

23

24

25

1          I, NINA PAVONE, a Certified Shorthand

2     Reporter, hereby certify that the witness in the

3     foregoing deposition was by me duly sworn to tell the

4     truth, the whole truth, and nothing but the truth in

5     the within-entitled cause;

6          That said deposition was taken down in

7     shorthand by me, a disinterested person, at the time

8     and place therein stated, and was hereafter

9     transcribed, by computer, into typewriting, under my

10    direction and supervision;

11         That before completion of the deposition

12    review of the transcript (x) was requested ( ) was

13    not requested.  If requested, any changes made by the

14    deponent (and provided to the reporter) are appended

15    hereto.

16         I further certify that I am not of counsel,

17    nor attorney for any of the parties in the foregoing

18    deposition and caption named, nor in any way

19    interested in the outcome of the cause named in said

20    caption, and that I am not related to any of the

21    parties hereto.

22

23    DATE: April 9, 2020

24                        _____

25                        NINA PAVONE, CSR #7802