DEX 7

```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF FLORIDA
 4    Case No. 9:19-cv-81160-RS
 5     - - - - - - - - - - - - - - - - - - - - - -x
 6    APPLE INC.,
 7                          Plaintiff,
 8           -against-
 9    CORELLIUM, LLC.,
                          Defendant.
10     - - - - - - - - - - - - - - - - - - - - - -x
11
                       Zoom Virtual Deposition
12
                       April 10, 2020
13                     11:00 a.m.
14
15       VIDEOTAPED DEPOSITION of STANISLAW
16    SKOWRONEK, in the above-entitled action,
17    held at the above time and place, taken
18    before Jeremy Richman, a Shorthand
19    Reporter and Notary Public of the State of
20    New York, pursuant to the Federal Rules of
21    Civil Procedure, and stipulations between
22    Counsel.
23
24               *       *       *
25
```

```
 1
 2   Virtual Appearances through Zoom:
 3
         LATHAM & WATKINS, LLP
 4            Attorneys for Plaintiff
              140 Scott Drive
 5            Menlo Park, CA 94025
         BY:   GABRIEL S. GROSS, ESQ.
 6            (gabe.gross@lw.com)
                  -and-
 7            555 Eleventh Street, NW
              Suite 1000
 8            Washington, D.C. 20004-1304
         BY:   JEREMIAH A. EGGER, ESQ.
 9            (jeremiah.egger@lw.com)
10
         COLE SCOTT & KISSANE
11            Attorneys for Defendant
              222 Lakeview Avenue, Suite 120
12            West Palm Beach, FL 33401
13       BY:   JONATHAN VINE, ESQ.
              JUSTIN LEVINE, ESQ.
14            (jonathan.vine@csklegal.com)
              (justin.levine@csklegal.com)
15
16
17   PRESENT:
     ARIELLE FRIEDMAN, Videographer
18   JASON NIEH
     AMANDA GORTON
19                    *      *      *
20
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

```
1
2                    I N D E X .
3
4
5    WITNESS        EXAMINATION BY              PAGE
6
     SKOWRONEK          MR. GROSS            8, 178
7
8
                          E X H I B I T S
9
     EXHIBIT          DESCRIPTION                  PAGE
10    Exhibit 1    web page printout            53
11    Exhibit 2    screen captures from         62
12                 the Cloud version of
13                 Corellium's
14                 virtualization product
15    Exhibit 3    Bates stamped                90
16                 Corellium-013465
17    Exhibit 4    Corellium LLC's             100
18                 responses and
19                 objections to Apple
20                 Inc.'s notice of rule
21                 30(b)(6) deposition of
22                 defendant Corellium,
23                 LLC
24    Exhibit 5    Bates stamped               105
25                 Corellium-014463
```

Page 3

```
 1
 2    Exhibit 6    CORSEC architecture           121
 3    Exhibit 10   Bates stamped ASI001062       146
 4    Exhibit 7    Bates stamped                 160
 5                 APL-Corellium 00036236
 6    Exhibit 8    Bates stamped                 170
 7                 APL-Corellium 0036205
 8    Exhibit 9    Bates stamped                 179
 9                 APL-Corellium-36204
10    Exhibit 11   Bates stamped                 325
11                 Corellium-009105.000001
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  Good | 11:02:28 |
| 2 | morning, we are going on the record | 11:02:28 |
| 3 | at 11:02 a.m. eastern standard time | 11:02:31 |
| 4 | on Friday, April 10, 2020.  This is | 11:02:35 |
| 5 | media unit one of the video | 11:02:39 |
| 6 | recorded deposition of Stanislaw | 11:02:41 |
| 7 | Skowronek in the matter of Apple, | 11:02:47 |
| 8 | Inc. versus Corellium, LLC, filed | 11:02:49 |
| 9 | in the United States District | 11:02:50 |
| 10 | Court, southern district of | 11:02:52 |
| 11 | Florida, docket number | 11:02:53 |
| 12 | 9:19-CV-81160-RS. | 11:03:00 |
| 13 | This deposition is being held | 11:03:02 |
| 14 | remotely via Zoom.  My name is | 11:03:05 |
| 15 | Ariel Friedman, your legal | 11:03:10 |
| 16 | videographer with Veritext Legal | 11:03:12 |
| 17 | Solutions.  Your court reporter is | 11:03:13 |
| 18 | Jeremy Richman, also with Veritext. | 11:03:15 |
| 19 | I will have counsel state | 11:03:19 |
| 20 | their appearances and affiliations | 11:03:20 |
| 21 | for the record, starting with | 11:03:21 |
| 22 | noticing attorney.  If there are | 11:03:22 |
| 23 | any objections to the proceeding, | 11:03:23 |
| 24 | state them at the time of your | 11:03:26 |
| 25 | appearance, and also let us know | 11:03:27 |

Page 5

```
 1        that you are willing to have the        11:03:29
 2        court reporter swear in the witness     11:03:31
 3        remotely.                                11:03:32
 4             MR. GROSS:  All right.  Thank       11:03:35
 5        you very much.  This is Gabriel          11:03:37
 6        Gross of Latham & Watkins speaking.      11:03:40
 7        I'll be taking the deposition            11:03:42
 8        today, and with me in today's            11:03:44
 9        proceeding are a couple of               11:03:45
10        colleagues; Jeremiah Egger, also         11:03:46
11        from Latham & Watkins.  Holly            11:03:51
12        Victorson will be observing some or      11:03:53
13        all of the deposition, and Apple's       11:03:55
14        expert witness in this matter,           11:03:58
15        Dr. Jason Nieh, is also observing.       11:04:00
16        And I'm sure if I left anyone off,       11:04:02
17        they'll speak up, but I believe          11:04:05
18        that's everybody present on the          11:04:08
19        Apple side.                              11:04:10
20             MR. VINE:  This is Jonathan         11:04:10
21        Vine with the law firm of Cole,          11:04:13
22        Scott & Kissane representing the         11:04:14
23        witness, as well as Corellium.  In       11:04:15
24        addition, with me is a corporate         11:04:19
25        representative from Corellium,           11:04:20
```

Page 6

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | which is Amanda Gorton. | 11:04:22 |
| 2 | THE VIDEOGRAPHER:  Great. | 11:04:24 |
| 3 | The court reporter will swear in | 11:04:25 |
| 4 | the witness remotely, and then we | 11:04:26 |
| 5 | can proceed. | 11:04:28 |
| 6 | STANISLAW SKOWRONEK, having | 11:04:41 |
| 7 | been called as a witness, having | 11:04:41 |
| 8 | first been duly sworn by a Notary | 11:04:41 |
| 9 | Public (Jeremy Richman) of the | 11:04:41 |
| 10 | State of New York, was examined and | 11:04:41 |
| 11 | testified as follows: | 11:04:43 |
| 12 | MR. GROSS:  Thank you very | 11:04:43 |
| 13 | much.  And just before we begin the | 11:04:46 |
| 14 | questioning, I would like to just | 11:04:49 |
| 15 | make clear that we have a | 11:04:50 |
| 16 | stipulation on record that neither | 11:04:51 |
| 17 | side objects to the witness having | 11:04:53 |
| 18 | been sworn in remotely in these | 11:04:54 |
| 19 | circumstances, and will proceed | 11:04:57 |
| 20 | accordingly.  Apple has no | 11:04:58 |
| 21 | objection to doing that. | 11:05:00 |
| 22 | MR. VINE:  Neither does | 11:05:02 |
| 23 | Corellium. | 11:05:04 |
| 24 | MR. GROSS:  Thank you very | 11:05:05 |
| 25 | much. | 11:04:42 |

Page  7

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | EXAMINATION BY | 11:04:42 |
| 2 | MR. GROSS: | 11:04:43 |
| 3 | Q.    Good morning, Mr. Skowronek. | 11:05:06 |
| 4 | A.    Good morning. | 11:05:08 |
| 5 | Q.    Thank you for being with us | 11:05:09 |
| 6 | today.  My name is Gabe Gross.  I'm a | 11:05:10 |
| 7 | lawyer for Apple.  Do you understand | 11:05:13 |
| 8 | that, sir? | 11:05:15 |
| 9 | A.    I do. | 11:05:16 |
| 10 | Q.    All right.  Well, I | 11:05:17 |
| 11 | appreciate you making yourself | 11:05:18 |
| 12 | available and going through this video | 11:05:21 |
| 13 | conference form of deposition with us | 11:05:23 |
| 14 | today.  I would just like to go through | 11:05:25 |
| 15 | a couple of preliminary matters before | 11:05:27 |
| 16 | we get started really talking about the | 11:05:29 |
| 17 | case today, just to make sure we have | 11:05:31 |
| 18 | the same set of expectations for how | 11:05:32 |
| 19 | the deposition by video conference will | 11:05:34 |
| 20 | work.  Is that all right with you, sir? | 11:05:36 |
| 21 | A.    Sure, thank you. | 11:05:39 |
| 22 | Q.    Okay.  One of the things I | 11:05:40 |
| 23 | would like to make sure we do is remove | 11:05:42 |
| 24 | any unnecessary distractions, since we | 11:05:45 |
| 25 | can't actually be in a room together | 11:05:49 |

Page 8

S. SKWRONEK

| | | |
|---|---|---|
| 1 | today.  So obviously we're all sitting | 11:05:50 |
| 2 | at a computer.  I take it you're in | 11:05:53 |
| 3 | front of a computer, correct, sir? | 11:05:54 |
| 4 | A.    Yes. | 11:05:57 |
| 5 | Q.    Okay.  What I would like to | 11:05:57 |
| 6 | do is make sure that the only | 11:05:58 |
| 7 | applications you have running are the | 11:05:59 |
| 8 | ones that are needed for the | 11:06:01 |
| 9 | deposition, so for example, would you | 11:06:03 |
| 10 | please confirm that you have the Zoom | 11:06:04 |
| 11 | software up and running? | 11:06:06 |
| 12 | A.    I have the Zoom software up | 11:06:08 |
| 13 | and running, and I have a browser | 11:06:11 |
| 14 | window with the Veritext Exhibit Share. | 11:06:14 |
| 15 | Q.    Perfect, and that would have | 11:06:15 |
| 16 | been my next question, was to make sure | 11:06:17 |
| 17 | you have the Exhibit Share link | 11:06:18 |
| 18 | activated in your browser window.  And | 11:06:21 |
| 19 | I take it you do? | 11:06:22 |
| 20 | A.    I do. | 11:06:24 |
| 21 | Q.    Okay.  I think that that is | 11:06:25 |
| 22 | going to be all we need today.  Do you | 11:06:27 |
| 23 | have any other software applications | 11:06:32 |
| 24 | other than the browser with the window | 11:06:34 |
| 25 | for Exhibit Share and the Zoom software | 11:06:36 |

Page 9

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | open today? | 11:06:39 |
| 2 | A.    No, I don't. | 11:06:39 |
| 3 | Q.    Okay.  And let's keep it that | 11:06:40 |
| 4 | way, please.  I want to make sure that | 11:06:42 |
| 5 | we replicate as best we can the way a | 11:06:45 |
| 6 | live, in-person deposition would occur, | 11:06:49 |
| 7 | which would mean you wouldn't be | 11:06:51 |
| 8 | communicating with anybody off the | 11:06:53 |
| 9 | record.  Do you understand that, sir? | 11:06:54 |
| 10 | A.    Understood. | 11:06:55 |
| 11 | Q.    Okay, so you do not have an | 11:06:56 |
| 12 | email program open, correct? | 11:06:58 |
| 13 | A.    I do not -- let me check that | 11:07:00 |
| 14 | it's not.  No, there is no email | 11:07:02 |
| 15 | program open. | 11:07:04 |
| 16 | Q.    Okay.  All right, thank you. | 11:07:05 |
| 17 | And you do not have an instant | 11:07:06 |
| 18 | messaging or other form of | 11:07:09 |
| 19 | communication program open? | 11:07:11 |
| 20 | A.    No. | 11:07:12 |
| 21 | Q.    Okay. | 11:07:12 |
| 22 | A.    I do not. | 11:07:13 |
| 23 | Q.    Thank you. | 11:07:14 |
| 24 | All right.  Well, I think | 11:07:15 |
| 25 | that will make things easier.  If | 11:07:17 |

Page 10

S. SKWRONEK

| | | |
|---|---|---|
| 1 | anything happens with your technology | 11:07:19 |
| 2 | setup and you receive some sort of | 11:07:21 |
| 3 | incoming message that launches a | 11:07:24 |
| 4 | program without you intending to, or | 11:07:26 |
| 5 | you happen to bump an icon and launch a | 11:07:29 |
| 6 | program, please just tell me and we'll | 11:07:31 |
| 7 | give you the time you need to close it | 11:07:33 |
| 8 | out.  I just want to make sure there's | 11:07:35 |
| 9 | no communications going on that we're | 11:07:38 |
| 10 | not aware of on the record.  Does that | 11:07:40 |
| 11 | make sense? | 11:07:41 |
| 12 | A.    Yes, that makes sense. | 11:07:42 |
| 13 | Q.    Okay, thank you.  Likewise, | 11:07:43 |
| 14 | there are a couple of things that we | 11:07:46 |
| 15 | would be very mindful of in person that | 11:07:47 |
| 16 | we need to be even more mindful of in | 11:07:50 |
| 17 | this setting, and one is to take extra | 11:07:53 |
| 18 | care not to speak over one another | 11:07:55 |
| 19 | while we have our conversation today. | 11:07:57 |
| 20 | And what I mean by that, sir, is that I | 11:07:59 |
| 21 | will do my best, when you are answering | 11:08:01 |
| 22 | a question, to wait until you've | 11:08:04 |
| 23 | finished answering before I ask the | 11:08:05 |
| 24 | next question, so I don't speak over | 11:08:08 |
| 25 | you.  Do you understand that? | 11:08:10 |

Page 11

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | A.    I understand. | 11:08:12 |
| 2 | Q.    Okay.  And what I will ask | 11:08:13 |
| 3 | you to do in turn is to try to be sure | 11:08:15 |
| 4 | you wait until I finish my questions. | 11:08:18 |
| 5 | Sometimes they might get a little long, | 11:08:21 |
| 6 | but please wait until I finish the | 11:08:23 |
| 7 | question before you start answering, so | 11:08:25 |
| 8 | that you don't speak over me. | 11:08:26 |
| 9 | A.    Okay. | 11:08:29 |
| 10 | Q.    All right, thank you very | 11:08:30 |
| 11 | much.  And as I'm sure your lawyer has | 11:08:31 |
| 12 | let you know, he will be making | 11:08:34 |
| 13 | objections from time to time in between | 11:08:36 |
| 14 | my questions and your answers, so we | 11:08:39 |
| 15 | need to give him a moment to say | 11:08:41 |
| 16 | whatever he needs to say on the record | 11:08:43 |
| 17 | before you begin to answer a question, | 11:08:45 |
| 18 | too.  Do you understand that, sir? | 11:08:46 |
| 19 | A.    I understand. | 11:08:48 |
| 20 | Q.    All right.  A few moments ago | 11:08:49 |
| 21 | our court reporter swore you in and | 11:08:53 |
| 22 | administered an oath.  Do you recall | 11:08:55 |
| 23 | that? | 11:08:57 |
| 24 | A.    I do recall that. | 11:08:58 |
| 25 | Q.    And that was an oath through | 11:08:59 |

Page 12

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | which you generally promised to tell | 11:09:04 |
| 2 | the truth today during this deposition. | 11:09:06 |
| 3 | Do you understand that, sir? | 11:09:08 |
| 4 | A.    I understand. | 11:09:09 |
| 5 | Q.    This is the same oath that | 11:09:10 |
| 6 | you would give if you were actually | 11:09:13 |
| 7 | testifying in a real court of law in | 11:09:15 |
| 8 | front of a judge or a jury.  Do you | 11:09:17 |
| 9 | understand that? | 11:09:18 |
| 10 | A.    I understand. | 11:09:18 |
| 11 | Q.    And is there any reason | 11:09:21 |
| 12 | today, such as medication you're taking | 11:09:24 |
| 13 | or a personal situation in your private | 11:09:30 |
| 14 | life, that would affect your ability to | 11:09:34 |
| 15 | give your most truthful, honest | 11:09:36 |
| 16 | testimony today? | 11:09:39 |
| 17 | A.    No, I don't believe so. | 11:09:40 |
| 18 | Q.    All right.  Well, let's | 11:09:41 |
| 19 | proceed. | 11:09:46 |
| 20 |       Would you please state your | 11:09:47 |
| 21 | full name for the record? | 11:09:49 |
| 22 | A.    My full name is Stanislaw | 11:09:50 |
| 23 | Konrad Skowronek. | 11:09:56 |
| 24 | Q.    And Mr. Skowronek, I will do | 11:09:58 |
| 25 | my best to pronounce your name | 11:09:59 |

Page 13

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | properly, and if I make a mistake, | 11:10:01 |
| 2 | please feel free to correct me.  I | 11:10:03 |
| 3 | think I owe you that respect. | 11:10:06 |
| 4 | Have you ever been deposed | 11:10:08 |
| 5 | before, Mr. Skowronek? | 11:10:10 |
| 6 | A.   No, I have never been deposed | 11:10:16 |
| 7 | before in any capacity. | 11:10:16 |
| 8 | Q.   All right.  Where are you | 11:10:16 |
| 9 | today? | 11:10:18 |
| 10 | ████ ███████████ | ████████ |
| ██ | ████████████████ | ████████ |
| ██ | ████ █████████ | ████████ |
| ██ | ████ ██████ | ████████ |
| ██ | ████ ██████████████ | ████████ |
| ██ | ████████ | ████████ |
| ██ | ████ █████████████ | 11:10:33 |
| 17 | Q.   I meant to ask you a moment | 11:10:39 |
| 18 | ago, do you happen to have a cell phone | 11:10:45 |
| 19 | or a tablet with you today, sir? | 11:10:47 |
| 20 | A.   No, I have actually removed | 11:10:49 |
| 21 | my cell phone to a different room. | 11:10:52 |
| 22 | Q.   Okay, thank you for doing | 11:10:54 |
| 23 | that. | 11:10:56 |
| 24 | Mr. Skowronek, do you expect | 11:11:09 |
| 25 | that anybody else will be entering the | 11:11:10 |

Page 14

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | room that you're sitting in today while | 11:11:12 |
| 2 | we're taking and you're giving your | 11:11:15 |
| 3 | testimony during this deposition? | 11:11:16 |
| 4 | A.    I don't think this is going | 11:11:20 |
| 5 | to happen.  Also, my wife is with me in | 11:11:21 |
| 6 | the apartment.  As you know, we are | 11:11:24 |
| 7 | under lockdown. | 11:11:28 |
| 8 | Q.    I understand, which makes me | 11:11:29 |
| 9 | grateful for this technology that we | 11:11:31 |
| 10 | can proceed with the deposition.  If, | 11:11:33 |
| 11 | by chance, because you share a home | 11:11:35 |
| 12 | with your wife, if she enters the room, | 11:11:37 |
| 13 | would you let us know, please, so we | 11:11:39 |
| 14 | know who is where during the | 11:11:42 |
| 15 | deposition? | 11:11:45 |
| 16 | A.    Naturally. | 11:11:45 |
| 17 | Q.    All right, thank you.  So far | 11:11:46 |
| 18 | we're off to a good start, but I wanted | 11:11:50 |
| 19 | to remind you that when we're engaging | 11:11:52 |
| 20 | in this process, it's very important | 11:11:55 |
| 21 | that our communication always be | 11:11:56 |
| 22 | verbal, so when I ask you a question, | 11:11:58 |
| 23 | you answer with a word and not | 11:11:59 |
| 24 | necessarily a head nod or a head shake | 11:12:02 |
| 25 | or a nonverbal phrase like uh-uh or | 11:12:02 |

Page 15

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | uh-huh.  Yeses, nos, verbal answers are | 11:12:04 |
| 2 | what we'll need to make sure we have a | 11:12:08 |
| 3 | clean record today.  Do you understand? | 11:12:11 |
| 4 | A.    I understand, and I'll do my | 11:12:12 |
| 5 | best to comply. | 11:12:14 |
| 6 | Q.    Thank you very much. | 11:12:15 |
| 7 | When I ask you a question, if | 11:12:17 |
| 8 | you answer it, I'm going to assume that | 11:12:22 |
| 9 | you understand the question I asked, | 11:12:25 |
| 10 | and if you don't understand the | 11:12:26 |
| 11 | question, you should feel free to let | 11:12:27 |
| 12 | me know that, and I'll try to give you | 11:12:32 |
| 13 | a question you do understand.  Do you | 11:12:34 |
| 14 | understand that, sir? | 11:12:36 |
| 15 | A.    I understand the question. | 11:12:37 |
| 16 | Q.    We have two people who are | 11:12:42 |
| 17 | helping us make a record of today's | 11:12:44 |
| 18 | deposition.  One is a videographer, who | 11:12:46 |
| 19 | will record the video of this | 11:12:48 |
| 20 | deposition, and the other is a court | 11:12:51 |
| 21 | reporter, who's literally taking down | 11:12:53 |
| 22 | stenographically every word we say and | 11:12:55 |
| 23 | making sure we have a good written | 11:12:59 |
| 24 | record of it.  Do you understand that, | 11:13:01 |
| 25 | sir? | 11:13:02 |

Page 16

```
1        A.    I understand.                11:13:02
2        Q.    So because we will have a     11:13:04
3   written transcript of the deposition    11:13:08
4   when we're all done, you're going to    11:13:10
5   have the opportunity to review that     11:13:12
6   written record, look at your testimony, 11:13:14
7   and if you decide there are any changes 11:13:16
8   you need to make; for example, maybe    11:13:19
9   something was mistranscribed or maybe   11:13:21
10  you misspoke; you'll have an            11:13:25
11  opportunity to review and make those    11:13:26
12  changes if you think you need to do so. 11:13:28
13           Do you understand that, sir?   11:13:31
14       A.    I understand.                11:13:32
15       Q.    Okay.  Now, if you do make    11:13:33
16  any changes to your testimony, that's   11:13:35
17  the kind of thing that I, or my         11:13:37
18  colleagues on Apple's side of this      11:13:40
19  lawsuit, will have an opportunity to    11:13:43
20  comment on in front of the jury, so I   11:13:44
21  just wanted you to keep that in mind.   11:13:46
22  Do you understand that Apple will have  11:13:48
23  the opportunity to comment on any       11:13:49
24  changes you may make?                   11:13:50
25       A.    I understand.                11:13:52
```

Page 17

S. SKWRONEK

| | | |
|---|---|---|
| 1 | Q.   Okay.  We'll probably take a | 11:13:52 |
| 2 | break during the deposition roughly | 11:14:04 |
| 3 | once an hour or so even if you don't | 11:14:06 |
| 4 | ask for it, because I'll surely need | 11:14:08 |
| 5 | some breaks.  But if there comes a | 11:14:10 |
| 6 | point where you need a break and we | 11:14:13 |
| 7 | haven't already agreed to take one, | 11:14:15 |
| 8 | just speak up or let me or our counsel, | 11:14:17 |
| 9 | Mr. Vine, know, and we'll accommodate | 11:14:19 |
| 10 | that.  Do you understand? | 11:14:22 |
| 11 | A.   Thank you, I understand. | 11:14:23 |
| 12 | Q.   Okay.  The only thing I need | 11:14:24 |
| 13 | you to please be mindful of is that if | 11:14:26 |
| 14 | I've asked a question and you have not | 11:14:32 |
| 15 | yet answered, so the question is still | 11:14:34 |
| 16 | pending, we won't take breaks at that | 11:14:36 |
| 17 | moment unless your attorney needs to | 11:14:39 |
| 18 | speak with you about some sort of | 11:14:41 |
| 19 | privileged matter. | 11:14:42 |
| 20 | Otherwise, I need you to | 11:14:43 |
| 21 | complete answering a question before we | 11:14:45 |
| 22 | take a break.  Do you understand? | 11:14:46 |
| 23 | A.   I understand. | 11:14:50 |
| 24 | Q.   Let's talk for a moment about | 11:14:57 |
| 25 | what you did to prepare to have your | 11:15:00 |

Page 18

S. SKAWRONEK

| | | |
|---|---|---|
| 1 | deposition taken today.  Did you do | 11:15:02 |
| 2 | anything to prepare for today's | 11:15:04 |
| 3 | deposition? | 11:15:05 |
| 4 | A.    Yes, I have.  Since, as you | 11:15:05 |
| 5 | know, this deposition has been | 11:15:07 |
| 6 | rescheduled, I have originally prepared | 11:15:08 |
| 7 | a bit over two weeks ago, before my | 11:15:12 |
| 8 | original deposition date, ███████ | ███████ |

███████████████ ███████

███████████████ ███████

███████████████ ███████

███████████████ ███████

███████████████ ███████

███████████████ ███████

███████████ ██████ ███████

███████████████ ███████

███████████████ ███████

██████████████ ███████

█████████ 11:15:43

| | | |
|---|---|---|
| 20 | I believe David has been | 11:15:49 |
| 21 | deposed yesterday; however, I still may | 11:15:51 |
| 22 | need to talk to some things that he | 11:15:55 |
| 23 | normally would be responsible for. | 11:15:58 |
| 24 | Q.    Okay.  Thank you, sir.  So | 11:16:02 |
| 25 | when you first began to prepare about | 11:16:04 |

Page 19

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | two weeks ago, is that the day that -- | 11:16:07 |
| 2 | or is that when you spoke to Mr. Wang | 11:16:11 |
| 3 | the first time about the deposition? | 11:16:13 |
| 4 | A.   Correct.  Yes. | 11:16:14 |
| 5 | Q.   And was that in person, or | 11:16:16 |
| 6 | through some other means? | 11:16:20 |
| 7 | A.   That meeting was in person, | 11:16:21 |
| 8 | because I actually flew down to Florida | 11:16:23 |
| 9 | for my original deposition date. | 11:16:26 |
| 10 | Q.   And where did you hold that | 11:16:28 |
| 11 | meeting in Florida? | 11:16:30 |
| 12 | A.   In the Corellium office. | 11:16:31 |
| 13 | Q.   How long did you meet with | 11:16:33 |
| 14 | Mr. Wang to prepare for your | 11:16:38 |
| 15 | deposition? | 11:16:42 |
| 16 | A.   I don't remember.  It was | 11:16:42 |
| 17 | probably about three hours. | 11:16:43 |
| 18 | Q.   Who else was with you, if | 11:16:44 |
| 19 | anyone? | 11:16:46 |
| 20 | A.   Actually, I spoke to Mr. Wang | 11:16:46 |
| 21 | about that privately.  I don't think | 11:16:51 |
| 22 | there was anybody who was present, you | 11:16:53 |
| 23 | know, to listen or to talk to me. | 11:16:55 |
| 24 | Q.   Did anybody else join you by | 11:16:57 |
| 25 | phone or video? | 11:17:01 |

Page 20

S. SKOWRONEK

```
 1        A.    No.                              11:17:02

 2        Q.    What did you and Mr. Wang        11:17:02

 3   talk about?                                 11:17:07

 4        ████    ███████████              ████████

 █   ██████████████████████████           ████████

 █   ██████████████████████████           ████████

 █   ██████████████████████████           ████████

 █   █████████████                             11:17:17

 9        Q.    And generally speaking, how      11:17:22

10   would you separate or define the parts      11:17:23

11   of the architecture in the system that      11:17:25

12   you're responsible for, compared to         11:17:27

13   what Mr. Wang is responsible for?           11:17:29

14        ████    ██████████████████       ████████

 █   ███████████████████████               ████████

 █   █████████████████████████             ████████

 █   █████████████████████   ██             ████████

 █   ████████████████████████████          ████████

 █   ████████████████████   ██              ████████

 █   ███████████████████                    ████████

 █   █████████████████                          11:18:09

22   ████████████████████████                  ████████

 █   ████████████████████████               ████████

 █   █████████████████████████             ████████

 █   ███████████████   ████                     11:18:29
```

Page 21

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | ████████████████████████████ | ████████ |
| ██ | ███████████████████████. | 11:18:37 |
| 3 | Q. Was your conversation with | 11:18:47 |
| 4 | Mr. Wang about two weeks ago limited to | 11:18:49 |
| 5 | talking about the technology, or did | 11:18:51 |
| 6 | you also discuss preparing for this | 11:18:53 |
| 7 | deposition and this lawsuit? | 11:18:56 |
| 8 | A. Well, we discussed -- well, | 11:18:58 |
| 9 | by the time I have received -- I have | 11:19:02 |
| 10 | received my corporate representative | 11:19:05 |
| 11 | topics, and so I understand that I have | 11:19:09 |
| 12 | to be able to provide reasonable | 11:19:11 |
| 13 | answers to questions about them, and so | 11:19:14 |
| 14 | the technology that underpins those | 11:19:17 |
| 15 | topics was the focus of my discussion | 11:19:20 |
| 16 | with Mr. Wang. | 11:19:22 |
| 17 | Q. Was there anybody else other | 11:19:30 |
| 18 | than Mr. Wang that you spoke with in | 11:19:31 |
| 19 | Florida when you met with him to | 11:19:34 |
| 20 | prepare for your deposition? | 11:19:36 |
| 21 | A. Not in the context of | 11:19:39 |
| 22 | preparing for the deposition. | 11:19:40 |
| 23 | Q. And what, if anything, did | 11:19:45 |
| 24 | Mr. Wang tell you about what he thinks | 11:19:47 |
| 25 | of this lawsuit? | 11:19:50 |

Page 22

S. SKWRONEK

```
 1                 MR. VINE:  Objection.              11:19:51
 2          A. ████████████████████    ████████
    ██████████████████████████████    ████████
    ██████      ████████████████████   ████████
    ███████████████████████████████    ████████
    █████████████████                  11:20:06
 7          Q.    And what, if anything, did      11:20:07
 8    you share with Mr. Wang about your          11:20:09
 9    feelings about the lawsuit?                 11:20:10
10          ████      ██████████████ █    ████████
    ███  ████████████████████████████     ████████
    ███  █████████████                    11:20:19
13          Q.    Okay.  Anything else you did    11:20:21
14    approximately two weeks ago in              11:20:25
15    connection with your meeting with           11:20:27
16    Mr. Wang to prepare for this                11:20:31
17    deposition?                                 11:20:33
18          A.    No, I haven't done anything     11:20:33
19    else.  I was honestly -- when I flew        11:20:35
20    down, I expected to be deposed very         11:20:40
21    soon, and so that would have been it.       11:20:42
22    We just kind of hung around until I         11:20:45
23    could get a return flight, which I'm        11:20:47
24    sure you could imagine was not very         11:20:50
25    easy.                                       11:20:52
```

Page 23

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | Q.    I'm sorry for the | 11:20:52 |
| 2 | inconvenience, I understand what it's | 11:20:53 |
| 3 | been like to travel in these times. | 11:20:55 |
| 4 | A.    Oh, it was entirely the | 11:20:57 |
| 5 | Coronavirus thing.  Otherwise it would | 11:20:59 |
| 6 | be fine. | 11:21:02 |
| 7 | Q.    I think you said you also had | 11:21:02 |
| 8 | a roughly three-hour meeting with your | 11:21:04 |
| 9 | attorneys.  Was that also when you went | 11:21:06 |
| 10 | down to Florida? | 11:21:08 |
| 11 | A.    Correct. | 11:21:08 |
| 12 | Q.    So about two weeks ago? | 11:21:09 |
| 13 | A.    Yes.  Also the Corellium | 11:21:11 |
| 14 | offices, also the attorneys were not | 11:21:20 |
| 15 | present.  This was a teleconference. | 11:21:22 |
| 16 | Q.    Okay.  And who was | 11:21:24 |
| 17 | participating in the teleconference you | 11:21:26 |
| 18 | had with the attorneys, to the best you | 11:21:28 |
| 19 | can remember? | 11:21:29 |
| 20 | A.    I believe it was Mr. Levine, | 11:21:30 |
| 21 | and I'm not sure if Mr. Vine was | 11:21:32 |
| 22 | present at that one.  And I believe | 11:21:36 |
| 23 | that, I think Amanda Gorton may have | 11:21:39 |
| 24 | been in the room with me, but I believe | 11:21:45 |
| 25 | she was just occupied with her own | 11:21:48 |

Page 24

S. SKOWRONEK

```
 1    tasks.                                11:21:50

 2         Q.   All right.  Other than      11:21:52

 3    yourself, Mr. Levine, possibly Mr. Vine  11:21:56

 4    and Amanda Gorton, was anyone else     11:22:00

 5    present at that meeting?               11:22:03

 6         A.   No, I don't believe so.     11:22:04

 7         Q.   And you spoke for about three  11:22:05

 8    hours?                                 11:22:07

 9         A.   Yes, approximately.  They   11:22:07

10    explained to me my role as the        11:22:08

11    corporate representative --           11:22:11

12              MR. VINE:  No, no, no.  No,  11:22:12

13         Stan.  He doesn't get to know what  11:22:14

14         we said.  He only gets to know    11:22:17

15         time, place, and people who were  11:22:19

16         present.                          11:22:21

17              Let me just give you this    11:22:22

18         brief instruction.  You're doing a  11:22:24

19         great job, Stan, so I don't want to  11:22:26

20         cut you off and interrupt you.  But  11:22:28

21         if there's any question that      11:22:29

22         somehow would reveal an           11:22:31

23         attorney/client communication,    11:22:32

24         meaning whether I was present or  11:22:35

25         Justin was present, that          11:22:36
```

Page 25

| | | |
|---|---|---|
| 1 | communication is protected by | 11:22:38 |
| 2 | something called attorney/client | 11:22:40 |
| 3 | privilege, so there's nothing to | 11:22:41 |
| 4 | talk about.  Move to strike that | 11:22:43 |
| 5 | from the record. | 11:22:47 |
| 6 | THE WITNESS:  Okay. | 11:22:49 |
| 7 | MR. VINE:  Go ahead, Gabe, | 11:22:51 |
| 8 | sorry to interrupt. | 11:22:52 |
| 9 | Q.   All right.  Did you -- during | 11:22:53 |
| 10 | your meeting with counsel, did you or | 11:22:58 |
| 11 | anybody else in that meeting contact | 11:23:01 |
| 12 | somebody else other than the folks | 11:23:03 |
| 13 | you've mentioned to me, other than | 11:23:06 |
| 14 | yourself, Justin Levine, Jonathan Vine | 11:23:08 |
| 15 | and Amanda? | 11:23:15 |
| 16 | MR. VINE:  Yes-or-no | 11:23:15 |
| 17 | question. | 11:23:17 |
| 18 | A.   No, I don't think so.  Not to | 11:23:17 |
| 19 | my recollection. | 11:23:18 |
| 20 | Q.   All right.  During that | 11:23:19 |
| 21 | meeting with counsel, did you review | 11:23:22 |
| 22 | any documents? | 11:23:23 |
| 23 | A.   I don't think so.  I don't | 11:23:24 |
| 24 | have a very fine recollection of the | 11:23:37 |
| 25 | process of the meeting. | 11:23:38 |

Page 26

S. SKOWRONEK

```
 1        Q.    All right.  Let me ask you        11:23:39
 2   the same question about your three-hour      11:23:41
 3   meeting with David Wang.  Did you            11:23:42
 4   review any documents when you were           11:23:44
 5   meeting with him?                            11:23:46
 6   ████     ████████████          ██████████
     ███████████████████████████    ██████████
     █████████████              ██████████
     ████     ██████████████████          ██████████
     ███████████████          ██████████
     ████   ████               11:24:00
12        Q.    All right.  Is there anything     11:24:09
13   else you did to prepare for today's         11:24:11
14   deposition that we haven't discussed        11:24:14
15   already?                                     11:24:16
16        A.    I believe that covers my         11:24:18
17   preparation.                                 11:24:21
18        Q.    Okay.  Have you talked about      11:24:21
19   the deposition with anyone other than       11:24:22
20   your counsel, Ms. Gorton, and Mr. Wang?     11:24:24
21        A.    Can you clarify what talked      11:24:32
22   about means in this context?                 11:24:33
23        Q.    Sure.  I just mean it in the      11:24:37
24   ordinary English use of those words.        11:24:39
25   Who, if anybody, other than those           11:24:41
```

Page 27

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | people have you talked about this | 11:24:43 |
| 2 | deposition with? | 11:24:45 |
| 3 | A.    I believe -- I believe that | 11:24:45 |
| 4 | my deposition happening is known to | 11:24:48 |
| 5 | other people inside Corellium, as the | 11:24:51 |
| 6 | notice has been generally sent around, | 11:24:54 |
| 7 | but I have not talked about anything | 11:24:56 |
| 8 | that would constitute preparation.  No | 11:24:59 |
| 9 | material information about this | 11:25:03 |
| 10 | deposition. | 11:25:04 |
| 11 | Q.    Now, I think you've probably | 11:25:05 |
| 12 | already given me the information from | 11:25:21 |
| 13 | which you can answer this question, but | 11:25:23 |
| 14 | were there any lawyers other than | 11:25:25 |
| 15 | Mr. Vine and Mr. Levine that you spoke | 11:25:27 |
| 16 | about your deposition with, like from | 11:25:29 |
| 17 | either their firm or any other law | 11:25:31 |
| 18 | firms? | 11:25:34 |
| 19 | A.    I think I also talked to | 11:25:34 |
| 20 | Mr. Hecht from Hecht Partners.  It was | 11:25:43 |
| 21 | a fairly short call.  He was -- | 11:25:49 |
| 22 | MR. VINE:  Stan, Stan, you | 11:25:54 |
| 23 | don't have to tell us -- tell him | 11:25:55 |
| 24 | what was said.  You can just say, | 11:25:57 |
| 25 | yes, I spoke with Mr. Hecht, that's | 11:25:59 |

Page 28

S. SKOWRONEK

```
 1        it.                                11:26:00

 2            Q.    All right.  Other than    11:26:12

 3    Mr. Hecht, any other lawyers that you   11:26:15

 4    spoke to about your deposition?         11:26:17

 5            A.    No, I have not.           11:26:20

 6            Q.    How long did you speak with 11:26:21

 7    Mr. Hecht?                              11:26:24

 8            A.    I think it was approximately 11:26:24

 9    20 minutes.                             11:26:27

10            Q.    And when did that occur, sir? 11:26:28

11            A.    This Tuesday.            11:26:32

12            Q.    Was anyone else a part of 11:26:36

13    your conversation with Mr. Hecht, or    11:26:40

14    was it just the two of you?             11:26:42

15            A.    Mr. Hecht's partner,      11:26:43

16    Mr. Price, was present on the line, but 11:26:48

17    did not contribute to the conversation. 11:26:50

18            Q.    All right.  Other than    11:26:52

19    Mr. Hecht and Mr. Price and yourself,   11:26:54

20    was anyone else a part of that          11:26:56

21    conversation?                           11:26:57

22            A.    No.  Mr. Wade was supposed to 11:26:58

23    join, but did not.                      11:27:08

24            Q.    And why, if you know, did 11:27:09

25    Mr. Wade not join?                      11:27:13
```

Page 29

S. SKOWRONEK

```
 1        A.    I don't know, I imagine he        11:27:14
 2   was otherwise occupied.                      11:27:16
 3        Q.    All right.  Is there anyone       11:27:17
 4   else that you spoke with or met with to      11:27:22
 5   prepare for today's deposition that you      11:27:25
 6   haven't had a chance to tell me about        11:27:26
 7   yet?                                         11:27:28
 8            MR. VINE:  Objection, asked         11:27:28
 9        and answered.  We've now gone           11:27:29
10        27 minutes on preliminary issues.       11:27:33
11            MR. GROSS:  Yes, and                11:27:34
12        Jonathan, the answer keeps              11:27:38
13        changing, and I'm entitled to ask       11:27:39
14        the question, so unless you have an     11:27:39
15        objection that's legitimate, please     11:27:40
16        don't comment on the topic of the       11:27:40
17        questioning --                          11:27:43
18            MR. VINE:  The answer hasn't        11:27:43
19        changed.  He didn't respond saying      11:27:45
20        that he spoke with Hecht about the      11:27:47
21        deposition, but in any event, Stan,     11:27:50
22        you can tell -- answer the              11:27:52
23        question.                               11:27:55
24        A.    No, I don't recall talking to     11:27:55
25   any other lawyers or to any other           11:27:57
```

Page 30

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | colleagues at Corellium about anything | 11:27:59 |
| 2 | about this deposition. | 11:28:02 |
| 3 | Q.   Okay.  Well, I think that | 11:28:03 |
| 4 | wraps up that topic. | 11:28:07 |
| 5 | Okay.  What do you | 11:28:09 |
| 6 | understand, Mr. Skowronek, to be the | 11:28:12 |
| 7 | nature of the lawsuit that brings us | 11:28:13 |
| 8 | here today? | 11:28:14 |
| 9 | A.   Honestly, I don't have enough | 11:28:15 |
| 10 | understanding of corporate law to be | 11:28:18 |
| 11 | able to comment on the nature of the | 11:28:20 |
| 12 | lawsuit. | 11:28:22 |
| 13 | Q.   Are you generally aware that | 11:28:22 |
| 14 | Apple has alleged in the lawsuit that | 11:28:27 |
| 15 | Corellium has infringed its copyrights? | 11:28:30 |
| 16 | A.   I think this is what Apple | 11:28:34 |
| 17 | has written in the lawsuit, yes. | 11:28:37 |
| 18 | Q.   Were you also aware, sir, | 11:28:51 |
| 19 | that Apple has alleged that Corellium | 11:28:51 |
| 20 | has circumvented certain security | 11:28:51 |
| 21 | measures in violation of federal law? | 11:28:54 |
| 22 | MR. VINE:  Objection. | 11:28:57 |
| 23 | ███      ████████████ | ████████ |
| ██ | ███████████████████ | ████████ |
| ██ | █████████████████ | 11:29:03 |

Page 31

S. SKOWRONEK

```
 1          Q.    Fair enough.  I take it you        11:29:05
 2     don't have legal training, sir?               11:29:09
 3          A.    I have no legal training.          11:29:11
 4          Q.    Okay.  Why don't we talk           11:29:13
 5     about your background and your                11:29:15
 6     education.  Could you start, please, by       11:29:17
 7     telling me about your education?  Let's       11:29:21
 8     start with high school.  Did you go to        11:29:24
 9     high school, sir?                             11:29:26
10          A.    My education happened in           11:29:28
11     Poland, which is my country of                11:29:30
12     citizenship, and our education system        11:29:32
13     is somewhat different.  I believe that        11:29:36
14     the closest thing to what you call high       11:29:39
15     school is called the lycee, liceum, and       11:29:41
16     I have received a four-year education         11:29:45
17     at a liceum with a mathematical               11:29:49
18     physical profile, after which I have          11:29:52
19     graduated with the so-called Abitur           11:29:56
20     exam, as the Germans call it, which           11:29:59
21     entitles me to access higher education.       11:30:03
22          Q.    So from the education you           11:30:07
23     received abroad, do you have the              11:30:10
24     equivalent of what we might call a            11:30:13
25     bachelor's degree here in the United          11:30:16
```

Page 32

```
 1    States?                                11:30:17

 2         A.    I have received an equivalent   11:30:17

 3    of what will be called a master's      11:30:20

 4    degree here.                           11:30:23

 5         Q.    A master's degree, and also a   11:30:23

 6    bachelor's, or is it one program that  11:30:27

 7    results in the equivalent of a master's 11:30:29

 8    without a bachelor's?                  11:30:32

 9         A.    My program was split into two   11:30:33

10    halves, one of which led me to receive 11:30:35

11    the title of an engineer, and the other 11:30:40

12    the title of a master's.               11:30:43

13         Q.    And what is the field of your   11:30:44

14    engineering degree?                    11:30:51

15         A.    Electronic engineering and     11:30:53

16    telecommunications.                    11:30:59

17         Q.    Let me ask you the same        11:30:59

18    question about your master's, please.  11:31:01

19    What field is that in?                 11:31:03

20         A.    Same field.  Also electronic   11:31:03

21    engineering and communications --      11:31:06

22    sorry.                                 11:31:10

23         Q.    And did you go straight from   11:31:11

24    your childhood education into that     11:31:13

25    university education without any breaks 11:31:16
```

Page 33

S. SKOWRONEK

```
 1    to go into the workforce?                    11:31:19

 2         A.    Correct.  I have not -- I         11:31:21

 3    have not interrupted my education.           11:31:23

 4         Q.    All right.  And what year was     11:31:27

 5    it that you completed your formal            11:31:29

 6    education?                                   11:31:31

 7         A.    I'm sorry, this is not            11:31:31

 8    something that really is in my memory.       11:31:39

 9    2004.                                        11:31:44

10         Q.    And I think you may have          11:31:44

11    mentioned it, but I didn't catch it.         11:31:48

12    What was the name of the university          11:31:51

13    that gave you your degrees?                  11:31:52

14         A.    The Poznan University of          11:31:53

15    Technology.  It's the name of the city.      11:31:55

16         Q.    Okay.  What did you do after      11:32:10

17    you finished your formal education, did      11:32:14

18    you enter the workforce?                     11:32:16

19         A.    I entered the workforce while     11:32:17

20    finishing my formal education.  During       11:32:21

21    the last year of my formal education, I      11:32:23

22    have been employed by my university,         11:32:26

23    and I taught a class on digital design       11:32:29

24    to students.                                 11:32:33

25              After that -- sorry, during        11:32:39
```

Page 34

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | my last year an American company called | 11:32:39 |
| 2 | ATI Research Silicon Valley has become | 11:32:42 |
| 3 | interested in one of my personal | 11:32:46 |
| 4 | projects, and decided to offer me an | 11:32:48 |
| 5 | interview.  And after receiving my | 11:32:51 |
| 6 | master's degree and after my vacation, | 11:32:54 |
| 7 | I have moved to the United States in | 11:32:57 |
| 8 | 2005 or '4 -- I'm sorry, I really can't | 11:33:00 |
| 9 | remember if it was '4 or '5, but I have | 11:33:05 |
| 10 | to look at a copy of my resumé to see | 11:33:08 |
| 11 | if the information is correct. | 11:33:09 |
| 12 | Q.   So it was around 2004, 2005 | 11:33:10 |
| 13 | -- | 11:33:14 |
| 14 | A.   Yes, one of those two. | 11:33:14 |
| 15 | Q.   Okay. | 11:33:15 |
| 16 | A.   Sorry. | 11:33:17 |
| 17 | Q.   And you moved to the United | 11:33:17 |
| 18 | States to take the job with ATI? | 11:33:19 |
| 19 | A.   Yes, I did. | 11:33:22 |
| 20 | Q.   And have you been in the | 11:33:23 |
| 21 | United States full-time since then? | 11:33:27 |
| 22 | A.   Yes, I have. | 11:33:29 |
| 23 | Q.   All right.  How long did you | 11:33:31 |
| 24 | stay at ATI? | 11:33:39 |
| 25 | A.   I stayed at ATI and the | 11:33:40 |

Page 35

S. SKUWRONEK

| | | |
|---|---|---|
| 1 | company that acquired it, AMD, for | 11:33:47 |
| 2 | three years. | 11:33:50 |
| 3 | Q.    And what did you do after | 11:33:50 |
| 4 | your time at ATI and the company that | 11:33:52 |
| 5 | acquired it? | 11:33:54 |
| 6 | A.    I have moved to New York City | 11:33:55 |
| 7 | to work at a financial services company | 11:33:58 |
| 8 | called Bloomberg LP. | 11:34:01 |
| 9 | Q.    What was the nature of your | 11:34:04 |
| 10 | work at Bloomberg? | 11:34:07 |
| 11 | A.    I developed a security | 11:34:09 |
| 12 | solutions and hardware security tokens, | 11:34:13 |
| 13 | hardware security encryption | 11:34:16 |
| 14 | facilities, and a secured keyboard to | 11:34:18 |
| 15 | support Bloomberg's customers and | 11:34:21 |
| 16 | secure their communications, as well as | 11:34:24 |
| 17 | secure Bloomberg's product availability | 11:34:26 |
| 18 | to its customers only. | 11:34:30 |
| 19 | Q.    Was this the first time that | 11:34:31 |
| 20 | you began to work in the security | 11:34:36 |
| 21 | field? | 11:34:38 |
| 22 | A.    That is correct. | 11:34:39 |
| 23 | Q.    And have you stayed in | 11:34:46 |
| 24 | security ever since your time at | 11:34:47 |
| 25 | Bloomberg? | 11:34:50 |

Page 36

S. SKOWRONEK

```
 1          A.    No, most of my work at        11:34:50

 2    Bloomberg, in fact, was related to        11:34:54

 3    hardware design, which was the field      11:34:55

 4    that I'm most proficient in, and the      11:34:56

 5    security mission office was, you know,    11:35:00

 6    kind of the end product for me.  My       11:35:03

 7    main involvement was making the actual   11:35:06

 8    hardware.                                 11:35:08

 9          Q.    How long did you stay at      11:35:13

10    Bloomberg, if you can recall?            11:35:15

11          A.    Until 2014.                   11:35:16

12          Q.    And what did you do after     11:35:17

13    that, or in 2014, when you left?         11:35:18

14    ███    ████████████████    ██████████

███ ███████████████████████████████████    ██████████

███ █████████████████████████████████    ██████████

███ ██████████████████████████████    ██████████

███ ██████    ██████████

███ ██    ████████    ███████████    ██████████

███ ████████████████████    ██████████

███ ██    ██████████████████    ██████████

███ ████████████████████████████    ██████████

███ ███████████████████████████████    ██████████

███ ███████████████████    ██████████████    ██████████

███ █████████████████████████    11:35:59
```

Page 37

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | me.  I think it might have been 2004 or | 11:36:03 |
| 2 | 2005. | 11:36:05 |
| 3 | Q.    No, it -- | 11:36:05 |
| 4 | A.    Yeah, sorry. | 11:36:07 |
| 5 | Q.    Please, go ahead.  It was | 11:36:07 |
| 6 | many years ago.  I understand that your | 11:36:09 |
| 7 | memory may not be perfect of what | 11:36:11 |
| 8 | happened in '05, but that was around | 11:36:13 |
| 9 | the time when you first encountered | 11:36:16 |
| 10 | Mr. Wade? | 11:36:18 |
| 11 | ███ ███████████████ ███████ | |
| | ███████████ ████████████ ███████ | |
| | ███████████████████████████ ███████ | |
| | ████████████████████████ ███████ | |
| | ███ ███████████████████ | 11:36:29 |
| 16 | Q.    Did you stay friends during | 11:36:32 |
| 17 | the years between when you first met | 11:36:33 |
| 18 | and when you began working | 11:36:35 |
| 19 | professionally together in 2014 for | 11:36:36 |
| 20 | Virtual? | 11:36:38 |
| 21 | A.    In the beginning it was a | 11:36:39 |
| 22 | fairly distant, I guess, | 11:36:43 |
| 23 | collaboratorship on a number of hobby | 11:36:45 |
| 24 | projects.  We really became, like, | 11:36:49 |
| 25 | closer friends only after 2013 and '14. | 11:36:52 |

Page 38

S. SKOWRONEK



1        Q.    How did you come to meet one        11:36:57

2   another back in the 2004, 2005 time            11:36:58

3   frame?                                         11:37:02

4

11:38:01

Page 39

S. SKWRONEK

```
 1         Q.    And that's how you two found        11:38:01
 2   each other?                                     11:38:03
 3         A.    Correct.                            11:38:03
 4   ███    ████████████████████        ██████████
 █   ████████████████████████████       ██████████
 █   ███████████████████   █████████████ ██████████
 █   ████████████                        ██████████
 █   ████  ████████ ████████████         ██████████
 █   ████  ██████████████████████████████ ██████████
 █   ████████████████████                 ██████████
 █   ████  ████████ ████████              11:38:16
12         Q.    Thank you.  When is the first       11:38:19
13   time you and Mr. Wade met in person?            11:38:26
14         A.    Mr. Wade visited California         11:38:29
15   for unrelated reasons where I lived,            11:38:32
16   and I don't know what the reasons were,         11:38:35
17   but he just said that he was there              11:38:38
18   investing, and we could meet up in              11:38:42
19   2009, I believe, and we met in person,          11:38:46
20   chatted for a bit, had a meal and, you          11:38:49
21   know, just spent some time together             11:38:52
22   during one day on a purely personal             11:38:55
23   basis, not even related to the hobby            11:38:57
24   project, and that was basically it.             11:39:01
25         Q.    So when you first moved to          11:39:02
```

Page 40

S. SKWRONEK

| | | |
|---|---|---|
| 1 | the United States to join ATI, did that | 11:39:05 |
| 2 | move bring you to California? | 11:39:08 |
| 3 | A.    That is right.  I have | 11:39:09 |
| 4 | mentioned that the company was ATI | 11:39:11 |
| 5 | Research Silicon Valley, and that's | 11:39:16 |
| 6 | where I ended up. | 11:39:16 |
| 7 | Q.    I see, okay.  And so you were | 11:39:18 |
| 8 | still in California when Mr. Wade | 11:39:20 |
| 9 | visited California, and that's when you | 11:39:23 |
| 10 | met for the first time in person? | 11:39:24 |
| 11 | A.    That's right.  It was, I | 11:39:26 |
| 12 | believe, early 2009.  I know the fixed | 11:39:28 |
| 13 | was my move date was 2005, so we got | 11:39:37 |
| 14 | that, at least. | 11:39:39 |
| 15 | Q.    Okay.  Thank you.  Is it fair | 11:39:40 |
| 16 | to say you've been friends with | 11:39:41 |
| 17 | Mr. Wade since you were first | 11:39:43 |
| 18 | introduced in that '04, '05 time frame? | 11:39:46 |
| 19 | A.    We have kept in intermittent | 11:39:50 |
| 20 | contact and, you know, most of our | 11:39:53 |
| 21 | interactions were over the internet. | 11:39:56 |
| 22 | That physical meeting in 2009 was quite | 11:39:59 |
| 23 | ephemeral. | 11:40:08 |
| 24 | Q.    Okay.  ██████████    ████████ | |
| █ | ██████████████████████████, | 11:40:13 |

Page 41

S. SKOWRONEK

```
 1    right?                                      11:40:18
 2              MR. VINE:  Objection.  You        11:40:20
 3       can go ahead and answer, Stan.           11:40:24
 4
```



```
19       Q.   And what was the nature of          11:41:04
20    the work you were doing in your             11:41:06
21    consulting capacity for Virtual before      11:41:09
22    that acquisition?                           11:41:13
23
```

Page 42

S. SKOWRONEK

```
 1    ████████████████████████████        ████████████
 █    ████████████████████████            ████████████
 █    ████████████████████                            11:41:31
 4       Q.    Did the meeting --          11:41:44
 5       A.    I do, unfortunately, have an   11:41:46
 6    ESL accent.                          11:41:49
 7       Q.    It's very mild.  Your English   11:41:51
 8    is fluent, and thank you, by the way,   11:41:54
 9    for taking your time speaking and     11:41:56
10    making sure we're not talking over each   11:41:59
11    other.  This is going quite smoothly?   11:42:01
12          MR. VINE:  And Stan, don't     11:42:02
13       worry about the accent.  Some     11:42:02
14       people think I have an accent that   11:42:05
15       you can't decipher, so you're doing   11:42:06
16       well.  And mine's New York.  Go    11:42:10
17       ahead.                             11:42:12
18       Q.    Did the nature of your work   11:42:12
19    change when you began working for     11:42:18
20    Citrix?                               11:42:20
21        ██    █████████████████          ████████████
 █    █████    ████████████████            ████████████
 █    ████████████████████████             ████████████
 █    █████████████████████████            ████████████
 █    ████████████████████████                         11:42:34
```

Page 43

| | | |
|---|---|---|
| 1 | ████████████████████████████ | ████████████ |
| | ████████████████████████. | 11:42:41 |
| 3 | Q. Now, you've mentioned your | 11:42:42 |
| 4 | work in virtualization and your work | 11:42:45 |
| 5 | relating to the hypervisor. Both of | 11:42:49 |
| 6 | those broad concepts, virtualization | 11:42:53 |
| 7 | and hypervisor, are very much in play | 11:43:04 |
| 8 | currently, today, right? | 11:43:04 |
| 9 | A. That's correct. | 11:43:05 |
| 10 | Q. Would you consider yourself | 11:43:06 |
| 11 | to have a fair amount of expertise in | 11:43:06 |
| 12 | hypervisors? | 11:43:09 |
| 13 | A. It has not been, really, my | 11:43:11 |
| 14 | specialty, and my understanding of how | 11:43:15 |
| 15 | they work flows mostly from my | 11:43:18 |
| 16 | expertise in hardware design. | 11:43:21 |
| 17 | In other words, I understand | 11:43:22 |
| 18 | what the computer really does at a very | 11:43:23 |
| 19 | low level, which allows me to help | 11:43:25 |
| 20 | people and develop, you know, software | 11:43:28 |
| 21 | on top of the hardware, and that | 11:43:32 |
| 22 | includes low level, like hypervisors. | 11:43:34 |
| 23 | Q. Okay. How long did you stay | 11:43:45 |
| 24 | at Citrix? | 11:43:45 |
| 25 | A. I'm not completely sure which | 11:43:45 |

Page 44

S. SZWRONEK

```
 1    year it was, but it was something like,        11:43:46

 2    less than two years.                           11:43:48

 3         Q.    And what did you do next?           11:43:49

 4
```



```
       if you know?                                  11:44:26

15         A.    I don't know if the                 11:44:27

16    corporation still exists formally, but         11:44:30

17    it is not conducting any business.             11:44:32

18
```

```
                                          .          11:44:53

25         Q.    Why did you leave?                  11:44:59
```

Page 45

S. SKOWRONEK



11:46:03

Page 46

S. SKOWRONEK



| 1 | Q. That was 2017, sir? | 11:46:04 |
| 2 | A. Correct. | 11:46:06 |
| 3 | Q. Okay. ▮▮▮▮▮ | ▮▮▮ |
| ▮ | ▮▮▮▮▮ | ▮▮▮ |
| ▮ | ▮ ▮▮▮▮ | ▮▮▮ |
| ▮ | ▮▮▮▮▮ | ▮▮▮ |
| ▮ | ▮▮▮▮ | 11:46:24 |
| 8 | Q. And had you previously worked | 11:46:30 |
| 9 | with all of those folks, not just | 11:46:37 |
| 10 | Mr. Wade? | 11:46:40 |
| 11 | ▮ ▮ ▮▮▮ | ▮▮▮ |
| ▮ | ▮▮▮▮ | ▮▮▮ |
| ▮ | ▮▮▮▮ | ▮▮▮ |
| ▮ | ▮▮▮▮ | ▮▮▮ |
| ▮ | ▮▮ | 11:46:57 |
| 16 | Q. Okay. | 11:47:13 |
| 17 | A. I think. | 11:47:13 |
| 18 | Q. All right. I would just like | 11:47:13 |
| 19 | to ask you some background questions to | 11:47:13 |
| 20 | establish some common vocabulary that I | 11:47:15 |
| 21 | think will be useful for the rest of | 11:47:19 |
| 22 | today. | 11:47:21 |
| 23 | To your understanding, sir, | 11:47:22 |
| 24 | what's an operating system? | 11:47:23 |
| 25 | MR. VINE: Objection. | 11:47:27 |

Page 47

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | A.    An operating system is a set | 11:47:29 |
| 2 | of software components that allow a | 11:47:33 |
| 3 | processer or multiple processors to | 11:47:39 |
| 4 | schedule the resources of the computer | 11:47:43 |
| 5 | among multiple applications running | 11:47:46 |
| 6 | under the operating system. | 11:47:48 |
| 7 | Q.    The term jailbreak, what does | 11:47:49 |
| 8 | that mean to you? | 11:47:57 |
| 9 | A.    The term jailbreak | 11:47:58 |
| 10 | fundamentally, in the public usage, is | 11:48:02 |
| 11 | related to physical devices where a | 11:48:04 |
| 12 | jailbreak is a criminal escalation on a | 11:48:10 |
| 13 | typical device which allows the user to | 11:48:15 |
| 14 | add or remove software from the device | 11:48:18 |
| 15 | without that additional removal being | 11:48:23 |
| 16 | approved by the manufacturer of the | 11:48:25 |
| 17 | device. | 11:48:27 |

18 ███████████████████████     ███████

██ ██████████████████████████     ███████

██ █████████████████████ █     ███████

██ █████████████████████████     ███████

██ █████████████████████████     ███████

██ █████████████████████████     ███████

██ ████████████████████████     ███████

██ ██████████████████     11:48:47

Page 48

S. SKOWRONEK



1                                                    11:49:07

11        Q.    Okay, thank you for that.            11:49:19

12   What does the term exploit mean, what's          11:49:21

13   an exploit?                                      11:49:23

14                                                    11:50:02

24        Q.    And what's a hypervisor?             11:50:05

25   Forgive me if I already asked you.              11:50:15

Page 49

S. SKOWRONEK



```
 1        A.    No, you have not.  A
 
 
 
 
 
 
 
                                      .        11:50:43
10        Q.    How, if at all, does a        11:50:57
11   hypervisor relate to hardware?          11:50:57
12        A.                                   
 
 
 
 
 
 
 
 
 
 
 
 
                                              11:51:27
```

Page 50

S. SKOWRONEK

```
 1        Q.    Okay.  You are a step ahead        11:51:29
 2   of me, as I think you probably will be        11:51:31
 3   much of the day.  I was going to ask          11:51:34
 4   you next about what virtualization            11:51:35
 5   means.                                        11:51:38
 6              What does virtualization mean       11:51:39
 7   to you?                                        11:51:40
 8   ████    ████████████████████   ██████████
     █  █████████████████████████   ██████████
     ██  █████████████████████████  ██████████
     ██  █████████████████████████  ██████████
     ██  ███████████████████        ██████████
     ██  ████████████████                       11:52:00
14        Q.    So when you say -- go ahead.       11:52:06
15        A.    So for instance, if you have       11:52:09
16   a pool of processors, and you assign          11:52:12
17   only a subset of those to an operating        11:52:17
18   system running under virtualization,          11:52:20
19   and that operating system believes that      11:52:22
20   this is the complete set of processors,      11:52:24
21   and that they are numbered in the usual      11:52:26
22   way, starting with zero and so on, you       11:52:29
23   have virtualized that resource, in this      11:52:32
24   case photo search, for the operating         11:52:35
25   system.                                       11:52:35
```

Page 51



1                          [redacted]

2          [redacted]                    [redacted]

3          [redacted]              [redacted]   [redacted]

4          [redacted]                    [redacted]

5          [redacted]                    [redacted]

6          [redacted]                    [redacted]

7          [redacted]                    [redacted]

8          [redacted]                    [redacted]

9          [redacted]                    [redacted]

10         [redacted]                    [redacted]

11         [redacted]                    [redacted]

12         [redacted]                    [redacted]

13         [redacted]                    [redacted]

14         [redacted]                    [redacted]

15         [redacted]                            11:53:19

16          Q.    So the Corellium technology    11:53:25

17     does not, for example, result in a        11:53:26

18     physical device that is similar to an     11:53:28

19     iPhone.  [redacted]                       [redacted]

20              [redacted]                        [redacted]

21          [redacted]              ?            11:53:36

22              MR. VINE:  Objection.            11:53:36

23          A. [redacted]                        [redacted]

24      [redacted]       [redacted]              [redacted]

25      [redacted]                      ,        11:53:43

                                        Page 52

S. SKOWRONEK

```
 1   ████████████████████████████        ██████████
     ████████████████████████████████        ██████████
     ██████████████████████████████████████        ██████████
     ████████████                                11:53:52
 5        Q.    Okay.  I would like to show    11:53:53
     you a document, Mr. Skowronek.            11:54:52
 6
 7   Jeremiah, would you please introduce       11:54:55
 8   tab 4.5 for us, and this should be        11:54:59
 9   available on the Exhibit Share platform   11:55:02
10   in just a moment, Mr. Skowronek, so       11:55:06
11   when you see in the folder what we'll     11:55:10
12   mark as Exhibit Skowronek 1, let me       11:55:15
13   know and then we'll all open it           11:55:21
14   together.                                 11:55:24
15        A.    Is it going to show up by      11:55:24
16   itself, or do I have to refresh?          11:55:27
17        Q.    Why don't you try refreshing,  11:55:30
18   and I think it will be there              11:55:33
19   momentarily.                              11:55:35
20        A.    Okay.  I see it.               11:55:36
21           (Exhibit 1, marked for            11:55:55
22      identification, web page printout.)    11:55:55
23        Q.    Tell me once you've opened     11:55:55
24   it.                                       11:55:57
25        A.    I have opened it.              11:55:57
```

Page 53

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | Q.    I have shown you what we've | 11:55:58 |
| 2 | marked as Exhibit 1.  Do you see the | 11:56:00 |
| 3 | yellow sticker in the bottom left | 11:56:02 |
| 4 | corner, sir, that says Exhibit 1? | 11:56:04 |
| 5 | A.    I do see it. | 11:56:07 |
| 6 | Q.    Okay.  That's a label we'll | 11:56:08 |
| 7 | be putting on documents today to keep | 11:56:11 |
| 8 | track of them during the deposition. | 11:56:13 |
| 9 | It doesn't exist in the original | 11:56:15 |
| 10 | document.  Do you understand that, sir? | 11:56:16 |
| 11 | A.    I understand that. | 11:56:18 |
| 12 | MR. VINE:  Gabe, I want to | 11:56:22 |
| 13 | make sure, for the record's | 11:56:23 |
| 14 | clarity, this document does not | 11:56:25 |
| 15 | have a Bates stamp number. | 11:56:27 |
| 16 | Q.    Mr. Skowronek, do you | 11:56:34 |
| 17 | recognize Exhibit 1? | 11:56:35 |
| 18 | A.    It looks superficially | 11:56:36 |
| 19 | familiar.  Looks like our website. | 11:56:43 |
| 20 | Q.    And just for the record, this | 11:56:46 |
| 21 | is a single-page PDF, correct, just one | 11:56:47 |
| 22 | page to this document? | 11:56:51 |
| 23 | MR. VINE:  Objection. | 11:56:53 |
| 24 | A.    I cannot scroll past one | 11:56:53 |
| 25 | page. | 11:56:56 |

Page 54

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | Q. Because there appears to be | 11:56:57 |
| 2 | only one page of this document, sir? | 11:56:58 |
| 3 | A. That's correct. | 11:57:00 |
| 4 | Q. All right. And at the very | 11:57:04 |
| 5 | top of this web page, do you see a URL, | 11:57:05 |
| 6 | sir? | 11:57:09 |
| 7 | A. I have to zoom in to be able | 11:57:09 |
| 8 | to see it, and it's somewhat damaged, | 11:57:14 |
| 9 | but it may say Corellium.com. | 11:57:17 |
| 10 | Q. Do you recognize the URL | 11:57:20 |
| 11 | Corellium.com as the website for your | 11:57:23 |
| 12 | company? | 11:57:26 |
| 13 | A. Yeah, I do. | 11:57:26 |
| 14 | Q. This is the landing page for | 11:57:27 |
| 15 | the Corellium website, correct? | 11:57:29 |
| 16 | A. I believe it is. | 11:57:30 |
| 17 | Q. You've seen it before today, | 11:57:31 |
| 18 | right? | 11:57:36 |
| 19 | A. No, I have not seen it today. | 11:57:37 |
| 20 | Q. You've never seen your | 11:57:39 |
| 21 | company's web page? | 11:57:41 |
| 22 | A. Oh, I thought you meant, I | 11:57:42 |
| 23 | have seen it before, comma, today. I'm | 11:57:45 |
| 24 | sorry. I've seen it before. Sorry. | 11:57:49 |
| 25 | Q. No, thank you for clarifying, | 11:57:54 |

Page 55

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | and I apologize for asking an unclear | 11:57:57 |
| 2 | question.  I'll rephrase it and ask it | 11:58:02 |
| 3 | again.  May I do that, sir? | 11:58:06 |
| 4 | A.   I have seen the Corellium | 11:58:08 |
| 5 | home page before. | 11:58:10 |
| 6 | Q.   Okay.  This web page depicts | 11:58:11 |
| 7 | what appears to be an Apple McIntosh | 11:58:21 |
| 8 | computer; is that right? | 11:58:27 |
| 9 | A.   It would appear so, although | 11:58:28 |
| 10 | I do not have a lot of familiarity with | 11:58:30 |
| 11 | Apple products. | 11:58:32 |
| 12 | Q.   Fair enough.  What's depicted | 11:58:32 |
| 13 | on the display of the computer shown on | 11:58:34 |
| 14 | Corellium's web page, sir? | 11:58:37 |
| 15 | ████    ███████████████████ | ██████ |
| | ████████████████████████ | ██████ |
| | ████████████████████ | ██████ |
| | ████   ███████████████████ | ██████ |
| | ███████████████████████ | ██████ |
| | ████   ████████████ | 11:59:02 |
| 21 | Q.   So what we see here on the | 11:59:03 |
| 22 | display of the machine on the | 11:59:08 |
| 23 | Corellium.com web page is the user | 11:59:10 |
| 24 | interface for Corellium's | 11:59:12 |
| 25 | virtualization product; is that right? | 11:59:15 |

Page 56

S. SKOWRONEK



```
 1                          ████       ████████████████        ████████████
    ██    ██████████████████████      ████████████
    ██    ██████████████████████████      ████████████
    ██    ████████████████████████      ████████████
    ██    ██████████   ████████████████████      ████████████
    ██    ██████████████████████      ████████████
    ██    ████████████████████████      ████████████
    ██    █████████████████████████████  ████      ████████████
    ██    ████████████████████████      ████████████
    ██    █████████████████████████████      ████████████
    ██    ██████████████████████      ████████████
    ██    ██████████████████████████         11:59:51
13        Q.    In your experience with      11:59:55
14   Corellium's virtualization product,     11:59:58
15   you've seen a user interface that's     12:00:04
16   substantially similar to the one        12:00:04
17   depicted on this web page, right?       12:00:04
18           ████       ████████████████████      ████████████
    ██    ██████████████████████         12:00:09
20        Q.    And when you were describing  12:00:10
21   it a moment ago, I believe you called    12:00:12
22   the portion on the right half of the     12:00:13
23   screen here a console.  Did I hear you   12:00:18
24   correctly?                               12:00:20
25        A.    That is correct.              12:00:20
```

Page 57

1        Q.    And what is the console for          12:00:21

2   in Corellium's user interface?                  12:00:23

3   ██ ████████████████████████████    ████████

    ████████████████████████████████   ████████

    ██████████████████████████████     ████████

    ████████████████████████████       ████████

    ██████████████████████████████████  ████████

    ██████████████████████████████      12:00:41

9        Q.    And how about on the left           12:00:43

10  side of the page that shows the user            12:00:45

11  interface, do you see an image of what          12:00:46

12  appears to be an iPhone, sir?                   12:00:50

13       A.    I see an image of what              12:00:51

14  appears to be an iPhone.                         12:00:59

15       Q.    And what is the purpose of          12:01:00

16  that portion of the user interface in           12:01:02

17  Corellium's virtualization product?             12:01:04

18  ██ ████████████████████████████    ████████

    ████████████████████████████████   ████████

    ██████████████████████████████     ████████

    ████████████████████████████████   ████████

    ████████████████  ██████████████   ████████

    ████████████████████████████████   ████████

    ████████████████████████            ████████

    ████████████████████████████████,   12:01:28

                                       Page 58

S. SZCZWRONEK



```
 1        ████████████████████████     ████████
 █        ██████████████████████████   ████████
 █        ████████   ████████████████   ████████
 █        ██████████████████████        ████████
 █        ████████████████████████      ████████
 █        ████████████████████████      ████████
 █        ██████████████████████        ████████
 █        ██████████████                           12:01:48
 9        Q.    So for a Corellium customer        12:01:49
10   who wants to interact with a virtual          12:01:55
11   machine, just like one might interact         12:01:59
12   with a physical iPhone, how would they,       12:02:02
13   for example, launch the Photos app?           12:02:04
14        ██   ██████████████████████   ████████
 █        ████████████████████████      ████████
 █        ████████████████████████      ████████
 █        ██████████   ████████████     ████████
 █        ████████████████████          ████████
 █        ██████████████   ████████     ████████
 █        ████████████████              ████████
 █        ████████████████              ████████
 █        ██████████████████████████    ████████
 █        ██████████████████████.                  12:02:34
24        Q.    A-P-P?  App, as in A-P-P?          12:02:48
25        A.    That's correct.                    12:02:58
```

Page 59

```
1          MR. GROSS:  Why don't we take      12:03:37
2     our first break for a moment.  I'm      12:03:41
3     not sure if you all can hear my dog     12:03:43
4     barking in the background, but I'm      12:03:57
5     going to take five minutes, and you     12:04:00
6     all should, too.                        12:04:01
7          THE VIDEOGRAPHER:  This is         12:03:50
8     the videographer.  It is 12:03          12:03:51
9     Eastern Standard Time, and we are       12:03:53
10    going off the record.                   12:03:54
11         (Recess.)                          12:03:56
12         THE VIDEOGRAPHER:  The time        12:13:41
13    is 12:13 Eastern Standard Time.         12:13:46
14    We're back on the record.               12:13:49
15    Q.    Mr. Skowronek, you have used      12:13:52
16 the Corellium virtualization product      12:13:55
17 before, right?                            12:13:59
```

S. SKOWRONEK



1

23                                                                    12:15:13

24          Q.    Let's take a look at the                            12:15:14

25   interface of the Corellium Cloud-based                           12:15:20

Page 61

| | | |
|---|---|---|
| 1 | product.  Jeremiah, could you please | 12:15:23 |
| 2 | put tab 12 in the exhibit folder. | 12:15:27 |
| 3 | MR. EGGER:  It's a larger | 12:15:42 |
| 4 | file, so it might take a couple | 12:15:43 |
| 5 | seconds. | 12:15:46 |
| 6 | MR. VINE:  My computer just | 12:16:10 |
| 7 | froze. | 12:16:12 |
| 8 | MR. GROSS:  Jonathan, do you | 12:16:12 |
| 9 | need a restart? | 12:16:14 |
| 10 | MR. VINE:  No, not the video | 12:16:15 |
| 11 | part, the Exhibit Share.  It just | 12:16:16 |
| 12 | unfroze.  The exhibit, it's fine. | 12:16:19 |
| 13 | You guys are doing great.  I | 12:16:21 |
| 14 | actually like this Exhibit Share. | 12:16:23 |
| 15 | It just froze. | 12:16:25 |
| 16 | Q.    Mr. Skowronek, if you refresh | 12:16:26 |
| 17 | -- Mr. Skowronek, if you would please | 12:16:32 |
| 18 | refresh the Exhibit Share window, do | 12:16:34 |
| 19 | you see Exhibit 0002 in the directory? | 12:16:35 |
| 20 | A.    I do. | 12:16:38 |
| 21 | Q.    Please open that. | 12:16:39 |
| 22 | A.    Done. | 12:16:45 |
| 23 | (Exhibit 2, marked for | 12:16:45 |
| 24 | identification, ███████████  ████████ | |
| █ | ███████████████████ | 12:17:09 |

Page 62

S. SKOWRONEK

```
 1   ████████████████████████████████        ██████████████
 ▇                    ████████████             12:17:14
 3          Q.    Okay.  Do you have what      12:16:46
 4   appears to be a nine-page PDF file in     12:16:48
 5   front of you, sir?  And take whatever     12:16:54
 6   time you need to scroll through it.       12:16:56
 7          A.    That is correct, just a      12:16:57
 8   nine-page PDF file.                       12:16:58
 9          Q.    Okay.  So I've shown you     12:17:00
10   what's been marked as Exhibit 2, and      12:17:05
11   ██████████████████████████████           ███████████████
 ▇   ██████████████████████████████           ███████████████
 ▇   █████████████████████████████████████    ███████████████
 ▇   █████████████████████████████████████    ███████████████
 ▇   ███████████████████████████████          ███████████████
 ▇   ████████████████████████████████████     ███████████████
 ▇   ██████████████████████████               12:17:26
18            So with that as a background,    12:17:28
19   let me just ask you, if you would,        12:17:29
20   please, to turn your attention to the     12:17:30
21   first page, and ask you if you            12:17:32
22   recognize what's shown on the first       12:17:35
23   page.                                     12:17:37
24          A.    I do.                         12:17:37
25         ███      ████████████████████████   12:17:38
```

Page 63

S. SKOWRONEK



1

18

12:18:57

Page 64

S. SKOWRONEK



1   ███████████████████████████        ████████

█   ██████?                                        12:19:01

3              MR. GROSS:  Objection.              12:19:01

4        Q.    You can still answer.               12:19:13

5        A. ███████████████████  █████      ████████

█   ███████████████████████████        ████████

█   ███████████████████                            12:19:18

8        Q.    Okay.  So if we turn to the         12:19:19

9   second page of Exhibit 2, ██████████      ████████

█   ████████████████████████████        ████████

█   ███████████████████████        ████████

█   ████████████████████████        ████████

█   ████████████████████████        ████████

█   ███                                            12:19:34

15              MR. GROSS:  Objection.              12:19:38

16        A.    I do.                               12:19:39

17        ██  ██████████████████        ████████

█   ████████████████████████████        ████████

█   ██  ██████████████████        ████████

█   █████████████████████        ████████

█   ████████████████        ████████

█   ████████████████████████        ████████

█   ████████████████████████        ████████

█   ████████████████████████        ████████

█   ██████████████                                 12:20:07

                                        Page 65

S. SKOWRONEK



```
 1

                                                          12:20:56
18        Q.    So it's up to the Corellium          12:20:57

19   user to decide which option to proceed          12:21:09

20   with; either a jailbroken virtual               12:21:11

21   iPhone or a non-jailbroken virtual              12:21:14

22   iPhone?                                          12:21:19

23

                                                      12:21:25
```

Page 66

S. SKOWRONEK

```
 1          Q.    Okay.  I would like to direct      12:21:26
 2   your attention to the next page, page 3         12:21:28
 3   of Exhibit 2.  This is another screen           12:21:30
 4   cap from the Cloud-based version; is            12:21:34
 5   that right, sir?                                12:21:37
 6          A.    It appears to be.                  12:21:41
 7          Q.    So if we look at the words         12:21:48
 8   that are written towards the top left           12:21:50
 9   of the page, toward the Corellium logo,         12:21:53
10   we see some information about a                 12:21:56
11   particular device.  Do you see that,            12:21:58
12   sir?                                            12:22:01
13          A.    I do.                              12:22:02
14   ████  ██████████████████   ████████
████  ████████████████████   ████████
████  ██████████████   ████████
████  ██  ███████████████   ████████
████  ██████████████████   ████████
████  █████████████   ████████
████  ████████████████████   ████████
████  ███  █████████████████   ████████
████  ████████████████████   ████████
████  █████████████████   ████████
████  █████  █████████████   ████████
████  ██████████                          12:22:33
```

Page 67

S. SKOWRONEK

```
 1    ████████████████████████        ████████████

 █    ████████████████                        12:22:38

 3         Q.    So in that line of the        12:22:38

 4    interface, Corellium is displaying for   12:22:41

 5    the user that the user has selected to   12:22:45

 6    virtualize an iPhone X running iOS 12.0  12:22:48

 7    in a non-jailbroken state; is that       12:22:55

 8    right?                                    12:22:57

 9         MR. VINE:  Objection.              12:22:58

10    ██  ███████████████████        ████████

 █    ████████████████████████        ████████

 █    ██████████████████████████        ████████

 █    █████████████████████        ████████

 █    ██████████████████████████        ████████

 █    ████████████████████        ████████

 █    █████████████████████████        ████████

 █    ████████████████████████        ████████

 █    ███████████████████████████        ████████

 █    █████████████████                    12:23:20

20         Q.    Okay.  So the line we've been  12:23:22

21    focusing on displays for a user that     12:23:32

22    the user has selected to virtualize an   12:23:35

23    iPhone X running iOS 12.0 in a           12:23:39

24    non-jailbroken state, right?             12:23:44

25         MR. VINE:  Objection,             12:23:47
```

Page 68

S. SKOWRONEK



| 1 | mischaracterizes his testimony and | 12:23:47 |
| 2 | asked and answered.  You can repeat | 12:23:50 |
| 3 | your answer again, Stan. | 12:23:50 |

```
16        Q.    Sir, are you taking issue        12:24:24
17  with my use of the word virtualized          12:24:26
18  when you answered my question?               12:24:31
19        A.    No.                              12:24:32
20        Q.    Okay.  Let me -- if there's      12:24:32
21  no quibble about the word virtualized,       12:24:34
22  I'll try to ask the question again.          12:24:38
23             MR. VINE:  You can answer it      12:24:42
24      the same way.                            12:24:43
25             MR. GROSS:  Jonathan, you may     12:24:44
```

Page 69

S. SKOWRONEK

```
 1        get your objection on the record,      12:24:46
 2        but please don't interrupt my          12:24:47
 3        questions.                              12:24:49
 4            Q.    Mr. Skowronek, may I ask you  12:24:49
 5    a question?                                 12:24:51
 6            A.    Sure.                          12:24:51
 7            Q.    In the line at the top of the 12:24:51
 8    screen shown here, the Corellium user      12:24:55
 9    interface is conveying to the user that    12:24:59
10    the user has selected to virtualize an     12:25:02
11    iPhone X running iOS 12.0, right?          12:25:05
12            MR. VINE:  Objection,              12:25:10
13        mischaracterizes his testimony.        12:25:11
14        Asked and answered now three times.    12:25:13
15        This is borderline on harassment.      12:25:14
16        Stan, I will allow you to answer       12:25:17
17        the question one more time.            12:25:19
18    ████      ████████████                      ████████
████  ████████████████████████████              ████████
████  ████████████████████████████              ████████
████  ██████████████████████████                ████████
████      ████  ██████████████████████          ████████
████  ██████████████████████████████            ████████
████  ████████████████████                      ████████
████      ████  ████████████████  ████████████   12:25:39
```

Page 70



```
 1   ███████████████████████████        ███████████

     ███████████████████████████        ███████████

     ██████████████████.                 12:25:45

 4       Q.    Well, the Corellium models  12:25:48

 5   are not physical, are they?           12:25:52

 6       A.    They are not.               12:25:53

 7       Q.    They are virtual, correct?  12:25:54

 8       ██    ████████████  ████████      ███████████

     ███████████████████████████          ███████████

     █████████████████  ████████████      ███████████

     █████████████████████                ███████████

     ████████████████                     ███████████

     ██    ███████████████████████        ███████████

     █████████████████████████            ███████████

     █████████████████████                ███████████

     ██    ██                              12:26:26

17           MR. GROSS:  Objection.        12:26:26

18       ██    ███████████████████████     ███████████

     ███████████████████████████          ███████████

     ███████████████████████████          ███████████

     ███████████████████████████          ███████████

     ██  █████████████████████████        ███████████

     ███████████████████████████          ███████████

     ██    ████████████████████           ███████████

     █████████████████████████            12:26:45
```

Page 71

S. SKOWRONEK



1

                                                        12:26:53

3              MR. GROSS:   Objection.              12:26:53

4

                                                        12:27:30

20

                                                        12:27:43

Page 72

S. SKOWRONEK



1

12:28:20

15

12:28:29

19        MR. VINE:   Objection.        12:28:32

20

12:28:44

24

12:28:46

Page 73



1                                                                      12:28:48

2               MR. VINE:   Objection.                                 12:28:50

3                                                                      12:29:04

7                                                                      12:29:10

9               MR. VINE:   Objection, asked                           12:29:10

10         and answered now three times.                               12:29:11

11

17                                                                     12:29:57

18               MR. VINE:   Objection.                                 12:29:59

19

22                                                                     12:30:05

23               MR. VINE:   Objection.                                 12:30:13

24                                                                     12:30:17

                                                          Page  74

S. SKOWRONEK



1

?                                                 12:30:36

6           MR. VINE:   Objection.                 12:30:38

7

                                                   12:31:11

15      A.      In particular --                    12:31:13

16           MR. VINE:   Objection.   Go            12:31:15

17   ahead.                                          12:31:16

18

                                                   12:31:39

Page 75

S. SKOWRONEK



1

12:32:15

13

12:32:25

15          MR. VINE:   Objection.          12:32:28

16

12:32:38

20      Q.

12:32:52

Page  76

S. SKOWRONEK



```
 1  ████████████████████████████████            ████████
 █  ████████████████████.  May I, please?       12:32:55
 3       A.    Sure.                             12:32:58
 4       ██    ████████████████████████          ████████
 █  █████████████████████████████████            ████████
 █  ███████████████████████                      12:33:10
 7            MR. VINE:  Objection.              12:33:11
 8       ██    ████████████████████████          ████████
 █  ████████████████████████████                 12:33:15
10       Q.    Sir, let me ask you, please,      12:33:17
11  to turn to the last page of the Exhibit     12:33:26
12  in front of you, Exhibit 2.  Let me         12:33:32
13  know when you're there, please.             12:33:35
14       A.    I'm there.                        12:33:36
15       ██    ████████████████████              ████████
 █  ████████████████████████████████            ████████
 █  ████████████████████████████                ████████
 █       ██    ████████████                      ████████
 █       ██    ████████████████████████          ████████
 █  ████████████████████████████████             ████████
 █  ████████████████████████████████             ████████
 █  ███████████  ██████████████                  12:33:51
23            MR. VINE:  Objection.              12:33:53
24       ██    ████████████████████████          ████████
 █  ████████████████████████████████            12:33:56
```

Page 77

S. SKOWRONEK



S. SKOWRONEK



24          MR. VINE:   Objection.                    12:36:18

25                                                     12:36:18

Page 79

S. SKOWRONEK



12:37:30

Page 80

S. SKOWRONEK



1

13          MR. VINE:   Objection.          12:37:56

14

23

12:37:55

12:38:25

12:38:29

Page 81

S. SKOWRONEK



1

18          MR. VINE:   Objection.          12:39:27

19                                          12:39:25

                                            12:39:52

Page 82

S. SKOWRONEK



| 1 | Q.    Corellium makes that model, | 12:39:57 |
| 2 | | 12:39:58 |
| 3 | MR. VINE:   Objection. | 12:39:59 |
| 4 | | |

20    Q.    We see a number of icons                 12:41:24

21  shown on the image of an iPad display,           12:41:32

22  correct, sir?                                     12:41:34

23        A.    I'm sorry, are you sure?              12:41:39

24  This does not look like an iPad to me.            12:41:41

25        Q.    Oh, thank you, I misspoke.            12:41:43

Page 83

S. SKWRONEK

```
 1    May I ask you a new question?              12:41:45

 2         A.    Yes.                            12:41:46

 3                                   ████        ████████

      ████████████████████████                  ████████

      ████████████████████                       ████████

      ██████████████████████                      ████████

      ███?                                        12:41:55

 8              MR. VINE:  Objection.            12:41:56

 9                                   ████        ████████

      ████████████████████                       ████████

      █████████████████████                       ████████

      █████████████                               ████████

             ███      ████████                    12:42:09

14              MR. VINE:  Objection, asked      12:42:11

15    and answered.  Stan, you can repeat        12:42:13

16    your answer.                               12:42:14

17              MR. GROSS:  Stop coaching the    12:42:15

18    witness, please.                           12:42:16

19              MR. VINE:  Not coaching the      12:42:17

20    witness.  Just because you don't           12:42:18

21    like the answer doesn't mean he has        12:42:20

22    to change it, and that's what              12:42:22

23    you're trying to do.                       12:42:23

24              MR. GROSS:  Jonathan, I may      12:42:24

25    ask the questions I see fit to get         12:42:26
```

Page 84

| | | |
|---|---|---|
| 1 | the answers that I think the | 12:42:27 |
| 2 | witness should be giving me.  You | 12:42:28 |
| 3 | may make your objections, but | 12:42:30 |
| 4 | please stop telling the witness how | 12:42:31 |
| 5 | to answer the questions. | 12:42:33 |
| 6 | MR. VINE:  Let's make sure | 12:42:34 |
| 7 | we're clear.  I'm entitled to make | 12:42:36 |
| 8 | objections.  I'm also entitled to | 12:42:38 |
| 9 | ensure that the witness is not | 12:42:41 |
| 10 | somehow misled or berated into | 12:42:43 |
| 11 | answering the way you want, number | 12:42:46 |
| 12 | one.  Number two, you're not | 12:42:48 |
| 13 | entitled to the answers you want, | 12:42:50 |
| 14 | you're entitled to the truth and | 12:42:52 |
| 15 | what the witness gives. | 12:42:53 |
| 16 | ███   ███████████████ | ████████ |
| ██ | ██████████████████████████ | ████████ |
| ██ | ██████████████████████████ | ████████ |
| ██ | ██████████████████████████ | ████████ |
| ██ | ████████████ | 12:43:09 |
| 21 | MR. VINE:  Objection. | 12:43:11 |
| 22 | ███   ███████████████ | ████████ |
| ██ | ██████████████████████████ | ████████ |
| ██ | ████████████████████  ███ | ████████ |
| ██ | ██████████████████████ | 12:43:23 |

Page 85

S. SKOWRONEK



| | |
|---|---|
| 1 | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | 12:44:07 |
| 11 | MR. VINE:   Objection. 12:44:13 |
| 12 | |
| | |
| | 12:44:21 |
| 15 | MR. VINE:   Objection. 12:44:22 |
| 16 | |
| | 12:44:27 |
| 18 | Q.    That's Apple's artwork, isn't 12:44:32 |
| 19 | it? 12:44:35 |
| 20 | MR. VINE:   Objection. 12:44:35 |
| 21 | A.    I am not actually aware of 12:44:35 |
| 22 | that. 12:44:37 |
| 23 | |
| | |
| | 12:44:43 |

Page 86

S. SKOWRONEK



1

13          MR. VINE:  Objection.          12:45:17

14

25          MR. VINE:  That's three          12:45:47

Page 87

S. SKOWRONEK



```
 1      times.                                      12:45:48

 2

 9              MR. VINE:  Objection, outside        12:46:15

10      the scope and mischaracterizes his          12:46:16

11      testimony.  You can answer, Stan.           12:46:18

12

20              MR. VINE:  Objection.               12:46:42

21
```

Page 88

1   ████████████████████████████████   ██████████

█   ████████████████████████████████   12:47:13

3            MR. GROSS:  Jeremiah, would   12:47:29

4       you please put tab 17 into the    12:47:32

5       folder for Mr. Skowronek.  And     12:47:35

6       while we're waiting for that to be 12:47:38

7       loaded, Mr. Skowronek, let me ask  12:47:40

8       you a couple of questions.         12:47:42

9       Q.   Are you familiar with a       12:47:44

10  conference called Black Hat?           12:47:45

11      A.   I am.                          12:47:47

12      Q.   Have you ever attended the    12:47:47

13  Black Hat conference?                  12:47:52

14      A.   I don't think I was actually  12:47:52

15  an attendee.  I have been in the same  12:48:01

16  place as the Black Hat conference, but 12:48:02

17  I have not attended it.                 12:48:05

18      Q.   Last year, in 2019, did       12:48:09

19  anyone from Corellium attend the Black 12:48:11

20  Hat conference, if you know?           12:48:14

21      A.   I don't know if any of our    12:48:14

22  other employees were attendees of Black 12:48:16

23  Hat.                                   12:48:19

24      Q.   You didn't speak with any of  12:48:19

25  your colleagues at Corellium about     12:48:20

Page 89

```
1    attending Black Hat last year?              12:48:22
2        ████      ███████████████         █████████
     █   ██████████████████████████        █████████
     █   ███████████████████████.              12:48:31
5        Q.    If you would please turn back    12:48:35
6    to the folder of exhibits on the share     12:48:45
7    tab and refresh your screen, see if        12:48:47
8    Exhibit 3 is available.  Do you have       12:48:50
9    that, sir?                                 12:48:51
10       A.    Correct, I have that.            12:48:52
11            (Exhibit 3, marked for            12:48:56
12       identification, Bates stamped          12:49:12
13       Corellium-013465.)                     12:49:12
14       Q.    Okay.  Have you opened it,       12:48:56
15   sir?                                       12:48:58
16       A.    I have opened it.                12:48:58
17       Q.    Now, this appears to be a        12:49:05
18   23-page PDF file, do you agree, sir?       12:49:08
19       A.    I agree.                         12:49:11
20       Q.    Have you seen Exhibit 3          12:49:18
21   before?                                    12:49:19
22       A.    I have seen Exhibit 3 before.    12:49:20
23       Q.    What is it?                      12:49:21
24       A.    I have seen Exhibit 3 before.    12:49:22
25       Q.    I understand.  And what is       12:49:24
```

Page 90

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | Exhibit 3, to your knowledge? | 12:49:27 |
| 2 | ▪ ▬▬▬▬▬▬▬▬▬ | ▬▬▬▬ |
| ▪ | ▬▬▬▬▬▬▬▬▬▬▬ | ▬▬▬▬ |
| ▪ | ▬▬▬▬▬▬▬▬▬▬▬ | ▬▬▬▬ |
| ▪ | ▬▬▬▬▬▬ | 12:49:34 |
| 6 | (Pause due to technical | 12:49:34 |
| 7 | difficulties.) | 12:50:04 |
| 8 | Q.   Why don't I repeat the | 12:50:04 |
| 9 | question and give him a chance to | 12:50:06 |
| 10 | answer it again.  Thank you for your | 12:50:11 |
| 11 | patience.  Mr. Skowronek, can you hear | 12:50:13 |
| 12 | me? | 12:50:14 |
| 13 | A.   I can hear you. | 12:50:14 |
| 14 | Q.   Okay.  I had asked you, what | 12:50:15 |
| 15 | is Exhibit 3, to your knowledge, and I | 12:50:18 |
| 16 | think before the reporter lost the | 12:50:20 |
| 17 | audio feed, ▬▬▬▬▬▬▬▬ | ▬▬▬▬ |
| ▪ | ▬▬▬▬▬▬▬▬▬▬▬ | ▬▬▬▬ |
| ▪ | ▬▬▬▬▬▬▬, but | 12:50:27 |
| 20 | at the same time, and then I asked, | 12:50:30 |
| 21 | where was it given, if you know, and I | 12:50:32 |
| 22 | think he did not hear your answer, so | 12:50:34 |
| 23 | would you please continue by repeating | 12:50:35 |
| 24 | your answer again? | 12:50:37 |
| 25 | ▪ ▬▬▬▬▬▬▬▬ | 12:50:38 |

Page 91

S. SKOWRONEK



```
1    ████████████████████████    ████████
█    ████████████████████.         12:50:43
3         Q.    To whom was it given, if you   12:50:50
4    know?                                      12:50:52
5       ██  ██████████████  ████████
█    ██████████████████████  ████████
█    ██  ████████████████  ████████
█    ████████████████████  ████████
█    ████████████████████  ████████
█    ████████████████              12:51:04
11        Q.    And who, if you know, gave      12:51:06
12   this presentation?                         12:51:07
13      ██  ████████                    12:51:09
14        Q.    About how many people were in   12:51:11
15   the audience for your presentation?        12:51:14
16      ██  ████████████████████  ████████
█    ████████████████████████  ████████
█    ██████████████████              12:51:22
19        Q.    And why did you give this       12:51:24
20   presentation?                              12:51:25
21      ██  ██████████████████  ████████
█    ██████████████████  ████████
█    ████████████████████████  ████████
█    ██████████████████████  ████████
█    ████████████████              12:51:39
```

Page 92

S. SKOWRONEK

```
 1        Q.    How was your presentation      12:51:41

 2   received, if you recall?                  12:51:51

 3
```



```
16        Q.    And did you succeed in         12:52:31

17   getting people interested in the          12:52:39

18   Corellium product through your            12:52:41

19   presentation?                             12:52:42

20
```

Page 93

1    ████████████████████████████   ███████

█    █████████████████             12:53:04

3         Q.    It's part of your regular     12:53:05

4    business duties from time to time at     12:53:16

5    Corellium to generate business           12:53:19

6    presentations like this; is that right?  12:53:20

7    ██   ███████████████████████   ███████

█    █████████████████████████     ███████

█    ████████████████████████      ███████

█    ████████                      12:53:27

11        Q.    You did it in connection with  12:53:28

12   your job at Corellium, right?            12:53:30

13              MR. VINE:   Objection.         12:53:33

14   ██   ████████████████████████   ███████

█    ██████████████████████████     ███████

█    ████████████████████            ███████

█    ████████████████████            ███████

█    ████████████                    12:53:48

19        Q.    And you prepared the           12:53:49

20   presentation that is Exhibit 3 around    12:53:52

21   the time of the Black Hat conference in  12:53:53

22   2019?                                     12:53:55

23   ██   ██████████████████████     ███████

█    ██████████████████████          ███████

█    ████████████████████████        12:54:01

Page  94

S. SKOWRONEK

1    ████████████████████████████████    ██████████

██   ████████████████████████████████    ██████████

3    ███████████████████████    ██████████

██   ████████████████████████████████    ██████████

██   ████████████████████████████    ██████████

██   ██████████████████████    12:54:21

7        Q.    And Corellium's kept this    12:54:22

8    file in the regular course of its    12:54:24

9    business, right?    12:54:26

10       A.    I don't know that.    12:54:29

11       Q.    Well, Corellium hasn't    12:54:29

12   destroyed this file, right?    12:54:38

13       ██    ████████████    ████████    ██████████

██   ████████████████████████    ██████████

██   ████████████████████████    ██████████

██   ██████████████████████████    ██████████

██   ████████████    12:54:47

18       Q.    Okay.  So let's turn to the    12:54:48

19   second page of your presentation at    12:54:50

20   Caesar's Palace that is Exhibit 3.  Do    12:54:58

21   you have the second page that says,    12:55:01

22   about Corellium, in the large font,    12:55:03

23   sir, in front of you?    12:55:05

24       A.    I do.    12:55:05

25       Q.    Okay.  What's shown on the    12:55:06

Page 95

S. SKOWRONEK



1    right half of this slide, sir?                    12:55:07

2

S. SKOWRONEK



```
 1    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇  ▇▇▇▇▇
      ▇▇▇▇▇▇▇▇▇▇                12:56:07
 3        Q.    The product that virtualizes    12:56:09
 4    iPhones?                   12:56:11
 5    ▇  ▇▇▇▇▇▇▇▇▇▇▇            ▇▇▇▇
      ▇▇▇▇▇▇▇▇▇▇▇▇▇▇            ▇▇▇▇
      ▇▇▇▇▇▇▇▇▇▇▇              ▇▇▇▇
      ▇  ▇▇▇▇▇▇▇▇▇▇           ▇▇▇▇
      ▇▇▇▇▇▇▇▇▇▇▇▇ ▇          ▇▇▇▇
      ▇▇▇▇▇▇▇▇                ▇▇▇▇
      ▇  ▇  ▇▇                ▇▇▇▇
      ▇  ▇▇▇▇▇▇▇▇▇▇           ▇▇▇▇
      ▇▇▇▇▇▇▇                 ▇▇▇▇
      ▇  ▇▇▇▇▇▇▇▇              ▇▇▇▇
      ▇▇▇▇▇▇▇▇▇▇▇▇            ▇▇▇▇
      ▇▇▇▇▇▇▇▇▇▇▇▇▇▇          ▇▇▇▇
      ▇▇▇▇▇▇▇▇▇▇▇▇▇           ▇▇▇▇
      ▇▇▇▇▇                   ▇▇▇▇
      ▇  ▇▇▇▇▇▇▇▇▇▇▇▇          ▇▇▇▇
      ▇▇▇▇▇▇  ▇▇▇▇             ▇▇▇▇
      ▇▇▇▇▇▇▇▇▇▇             12:56:48
22        MR. VINE:  Objection, asked    12:56:49
23    and answered.  Stan, you can repeat    12:56:52
24    your answer.               12:56:53
25    ▇  ▇▇▇▇▇▇▇▇▇▇            12:56:55
```

Page 97

S. SKOWRONEK



12:58:03

Page 98

S. SKOWRONEK



| 1 | Q. ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓ | |
|---|---|---|
| ▓ | ▓▓▓▓▓▓▓? | 12:58:09 |
| 3 | MR. VINE:  Objection. | 12:58:10 |
| 4 | ▓ ▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |

```
 1        Q.  ▓▓▓▓▓▓▓▓▓▓           ▓▓▓▓
 ▓     ▓▓▓▓▓▓▓?                    12:58:09
 3        MR. VINE:  Objection.    12:58:10
 4     ▓  ▓▓▓▓▓▓▓▓▓                ▓▓▓▓
 ▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓                  ▓▓▓▓
 ▓  ▓▓▓▓▓▓▓▓▓▓                     ▓▓▓▓
 ▓  ▓▓▓▓▓▓▓▓▓                      ▓▓▓▓
 ▓  ▓▓▓▓                           ▓▓▓▓
 ▓  ▓▓  ▓▓▓▓▓▓▓                    ▓▓▓▓
 ▓  ▓▓▓▓▓▓▓▓▓                      ▓▓▓▓
 ▓  ▓▓  ▓▓▓▓▓▓▓▓▓                  ▓▓▓▓
 ▓  ▓▓▓▓▓▓▓▓▓                      ▓▓▓▓
 ▓  ▓▓▓▓▓▓                         12:58:40
14        Q.   Okay.  Mr. Skowronek, as I   12:58:42
15     think you're aware, your company      12:58:59
16     designated you to testify on some     12:59:01
17     specific topics, correct?             12:59:04
18        A.   I am aware of that, yes.      12:59:06
19        Q.   Okay.  We're going to need to 12:59:08
20     go through these, and I just want to  12:59:10
21     give you a chance to see the topics   12:59:12
22     yourself before I ask you questions on 12:59:14
23     them.                                 12:59:16
24             So, Jeremiah, if you could    12:59:17
25     bring tab 2 into the folder, please,  12:59:19
```

Page 99

| | | |
|---|---|---|
| 1 | we'll show that to Mr. Skowronek next. | 12:59:22 |
| 2 | So in a moment we'll have Exhibit 4 in | 12:59:32 |
| 3 | the shared folder.  Please let me know | 12:59:35 |
| 4 | when you see that, Mr. Skowronek. | 12:59:37 |
| 5 |     A.    I'm still waiting. | 13:00:13 |
| 6 |     Q.    So am I. | 13:00:17 |
| 7 |         MR. EGGER:  It's taking a | 13:00:20 |
| 8 |     moment to load. | 13:00:22 |
| 9 |     A.    I see it now. | 13:00:45 |
| 10 |     Q.    Please open that document. | 13:00:46 |
| 11 |     A.    I have opened the document. | 13:00:49 |
| 12 |         (Exhibit 4, marked for | 13:00:51 |
| 13 |     identification, Corellium LLC's | 13:00:53 |
| 14 |     responses and objections to Apple | 13:00:54 |
| 15 |     Inc.'s notice of rule 30(b)(6) | 13:00:56 |
| 16 |     deposition of defendant Corellium, | 13:00:59 |
| 17 |     LLC.) | 13:01:01 |
| 18 |     Q.    Give me a moment to catch up | 13:01:03 |
| 19 | with you, please.  All right.  Do you | 13:01:05 |
| 20 | have in front of you, sir, a document | 13:01:19 |
| 21 | that has a title in the middle of the | 13:01:21 |
| 22 | first page called Corellium, LLC's | 13:01:23 |
| 23 | Responses and Objection to Apple, | 13:01:27 |
| 24 | Inc.'s Notice of Rule 30(b)(6) | 13:01:30 |
| 25 | Deposition of Defendant, Corellium, | 13:01:32 |

Page 100



```
 1    LLC?                                        13:01:33

 2         A.    I do.                            13:01:44

 3         Q.    Have you seen this document      13:01:44

 4    before, sir?  And you can scroll            13:01:46

 5    through it, if that's helpful to you.       13:01:48

 6    ▇        ▇▇▇▇▇▇▇▇                           ▇▇▇▇
 ▇    ▇▇▇▇▇▇▇▇▇                                  ▇▇▇▇
 ▇    ▇▇▇▇▇▇▇▇▇▇                                  ▇▇▇▇
 ▇    ▇▇▇▇▇▇▇▇▇▇▇                                 ▇▇▇▇
 ▇    ▇▇▇▇▇                                       13:01:59

11         Q.    Okay.  Let's turn, please, to    13:02:00

12    page 4.  I'll direct your attention to      13:02:05

13    topic number 11.  Let me know when          13:02:07

14    you're there, please.                       13:02:09

15    ▇        ▇▇▇▇▇▇▇▇                           ▇▇▇▇
 ▇    ▇▇▇▇▇▇▇▇                                   ▇▇▇▇
 ▇    ▇▇▇▇▇▇▇▇                                   ▇▇▇▇
 ▇    ▇▇▇                                        ▇▇▇▇
 ▇    ▇        ▇▇▇▇▇▇                             ▇▇▇▇
 ▇    ▇▇▇▇▇▇▇▇▇▇                                  ▇▇▇▇
 ▇    ▇▇▇▇▇▇▇▇                                   ▇▇▇▇
 ▇    ▇▇▇▇▇                                       ▇▇▇▇
 ▇    ▇        ▇▇▇▇▇▇▇▇▇                          ▇▇▇▇
 ▇    ▇▇▇▇▇▇▇                                    ▇▇▇▇
 ▇    ▇▇▇▇▇                                       13:02:32
```

Page 101

S. SKOWRONEK

```
 1    i ████████████████████████████    ████████
 ■    ████████████                       ████████
 ■         ████    ██████████████████    ████████
 ■      ██████████████████████              13:02:40
 5              MR. VINE:  Obviously, just   13:02:45
 6       for the record, Corellium already   13:02:46
 7       has objected to some portion of the  13:02:48
 8       testimony, but you can go ahead and   13:02:54
 9       answer, Stan.                         13:02:56
10         ████    ████████████████     ████████
 ■    █████████████████████████████    ████████
 ■      ██████████████                    13:03:01
13         ████    ████████████████     ████████
 ■    ████████████████████████?           13:03:05
15              MR. VINE:  Same objection.   13:03:08
16         ████    ██████████████  ██████  ████████
 ■    █████████████████████████        ████████
 ■    ████████████████████████████    ████████
 ■      ████████                          13:03:22
20         Q.    That's fair enough.  And   13:03:22
21       Jonathan, if we need to talk about it   13:03:24
22       on a break, I'm happy to do that with   13:03:26
23       you.  I know the objection was made   13:03:29
24       before the court had issued its ruling  13:03:31
25       about the hypervisor, which is why I   13:03:33
```

Page 102

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | was trying to get clarity on -- | 13:03:36 |
| 2 | MR. VINE:  So I think what | 13:03:36 |
| 3 | Stan is saying is outside the | 13:03:37 |
| 4 | objection, he's familiar and has | 13:03:38 |
| 5 | knowledge about it.  He can answer | 13:03:40 |
| 6 | the question.  He's not suggesting | 13:03:41 |
| 7 | that -- | 13:03:44 |
| 8 | MR. GROSS:  You're not -- | 13:03:44 |
| 9 | okay, I think I understand what | 13:03:46 |
| 10 | Mr. Skowronek's intending to do. | 13:03:48 |
| 11 | You're not standing on the | 13:03:51 |
| 12 | objection now that we have the | 13:03:52 |
| 13 | court's ruling on the hypervisor, | 13:03:53 |
| 14 | right? | 13:03:55 |
| 15 | MR. VINE:  Well, the reality | 13:03:55 |
| 16 | is we also have an appeal on that | 13:03:56 |
| 17 | issue.  But -- on similar issues, | 13:03:59 |
| 18 | but for now, I think I'm going to | 13:04:02 |
| 19 | take it question by question, but | 13:04:06 |
| 20 | he's here to testify, and he has | 13:04:08 |
| 21 | the knowledge about it.  Depending | 13:04:09 |
| 22 | on the question, he'll answer the | 13:04:11 |
| 23 | question. | 13:04:13 |
| 24 | ██  ███  ████████  ███ | |
| ██ | ██████████  ████████ | 13:04:21 |

Page 103

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | ████████████████████████████ | ███████████ |
| ■ | ████████████████████████ | 13:04:25 |
| 3 | Mr. Skowronek, will be to look at | 13:04:29 |
| 4 | another exhibit, which should be in the | 13:04:30 |
| 5 | folder now.  And it's been marked as -- | 13:04:33 |
| 6 | not quite yet.  We'll see when | 13:04:39 |
| 7 | Exhibit 5 gets there. | 13:04:41 |
| 8 | A.    I see Exhibit 5. | 13:04:42 |
| 9 | Q.    Do you?  Please open it.  I | 13:04:47 |
| 10 | don't have it on my version yet.  I'll | 13:04:49 |
| 11 | catch up with you in a moment. | 13:04:51 |
| 12 | THE VIDEOGRAPHER:  This is | 13:04:53 |
| 13 | the videographer.  I do need to go | 13:04:54 |
| 14 | off the record in about five | 13:04:56 |
| 15 | minutes or less.  I don't want it | 13:04:57 |
| 16 | to be when you're in the middle of | 13:04:59 |
| 17 | something.  I need to reset after | 13:05:01 |
| 18 | two hours. | 13:05:03 |
| 19 | MR. GROSS:  I'll ask about | 13:05:05 |
| 20 | three or four more minutes of | 13:05:07 |
| 21 | questions, and we can go off the | 13:05:09 |
| 22 | record for a short break. | 13:05:11 |
| 23 | Q.    I have Exhibit 5 in front of | 13:05:12 |
| 24 | me now, sir.  Do you? | 13:05:17 |
| 25 | A.    I do. | 13:05:17 |

Page 104

S. SKOWRONEK

```
1              (Exhibit 5, marked for        13:05:19

2       identification, Bates stamped        13:05:42

3       O▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ )                    13:05:42

4         Q.    What is Exhibit 5, if you    13:05:20

5   know?                                     13:05:21
```



```
                                             13:06:08
```

Page 105

S. SKOWRONEK

```
1    ████████████████████████████      ██████████
█    ████  ███  █████████████████      ██████████
█    ████████████████████████████      ██████████
█    ████  ███  █████████████████      ██████████
█    ██████████████████████████        ██████████
█    ██████████████████████████        ██████████
█    ████  ███  █████████████████      ██████████
█    ██████████████████████           13:06:36
```

9         MR. VINE:  I don't want you      13:06:37

10     to guess.                           13:06:38

11         A.    I was going to say I'm going  13:06:38

12     to guess, but this is not really very  13:06:40

13     well substantiated.                 13:06:43

14         Q.    To your best knowledge, who  13:06:46

15     contributed to this document?  And I  13:06:49

16     understand you don't have a firm --  13:06:51

17         MR. VINE:  Objection.           13:06:52

18         MR. GROSS:  Excuse me,          13:06:53

19     please.                             13:06:54

20         Q.    I understand you don't have a  13:06:54

21     firm knowledge of it, but to the best  13:06:56

22     of your understanding, who would have  13:06:57

23     contributed to this document?       13:06:59

24         MR. VINE:  Objection.  He       13:07:00

25     already testified that he lacks the  13:07:03

Page 106

S. SKOWRONEK



```
 1      personal knowledge, so how could he        13:07:06

 2      guess?                                      13:07:09

 3       Q.    You may answer.                      13:07:09

 4       A.
```

Page 107

S. SKOWRONEK



13:09:42

Page 108

S. SKOWRONEK



```
 1        Q.    Can the Corellium product be        13:09:46
 2
```

```
24              MR. VINE:  Objection.               13:10:44
25                                                  13:10:45
```

Page 109

S. SKOWRONEK



1       ████████████████████████████    ███████

█       █████████████████████████████   ███████

█       ██████████████████████████████  ███████

█       █████████████████████████████   ███████

█           ██    █████████████████████ ███████

█       ███████████████████████         ███████

█       ████████████████████████        ███████

█       ████████████?                              13:11:09

9               MR. VINE:  Objection.             13:11:10

10          ██    █████████████████████            ███████

█       ████████████.                              13:11:16

12          Q.    I'm not asking for the list,     13:11:18

13      I just wanted to know an example, if        13:11:20

14      you have any in mind, of what would fit     13:11:22

15      the description that you gave me.           13:11:25

16              MR. VINE:  Objection.              13:11:26

17          ██    ███████████████████              ███████

█       ███████████████████████         ███████

█       ██████████████████████████████  ███████

█       ████████████████████████        ███████

█       █████████████████████████       ███████

█       ██████████████████████████      ███████

█       ██████████████████████████      ███████

█       ████████  ██████████████████    ███████

█       ██████████████                              13:11:48

Page 110

S. SKOWRONEK

```
 1        Q.    Do you know an example of a        13:11:49

 2   Corellium customer who --                     13:11:52

 3        A.    I do not -- I do not know an       13:11:54

 4   example --                                    13:12:01

 5        Q.    The question -- you can            13:12:04

 6   continue.                                     13:12:05

 7        A.    Sorry.                             13:12:06

 8             MR. VINE:  You can continue,        13:12:09

 9        Stan, go ahead.                          13:12:11

10   ████  ████████████████████   ███████

     █  ██████████████████████  ███████

     █  ███████████████  █████████████  ███████

     █  █████████████  ███████

     █  ████  ████████████████████████  ███████

     █  ███████████████████████  ███████

     █  █████████████████████████  ███████

     █  ████████████████████  ███████

     █  ████████████                      13:12:35

19             MR. VINE:  Objection, asked        13:12:36

20        and answered.                            13:12:37

21   ████  ████  ██████████  ███████████  ███████

     █  ██████████████████████  ███████

     █  █████████████████████  ███████

     █  █████████████████████████.          13:12:45

25        Q.    You never heard anyone at the     13:12:49
```

                                        Page 111

S. SZCZWRONEK

```
 1    company talk about one of the customers        13:12:52

 2    who received an onsite version of the          13:12:54

 3    product?                                       13:12:56

 4         A.    I don't know if I have ever         13:12:56

 5    heard, but I don't remember it.                13:13:00

 6         Q.
```



```
15         Q.    Would you please turn your          13:13:27

16    attention to page 2 of Exhibit 5.              13:13:28
```

```
                                                     13:13:54
```

Page 112

S. SKOWRONEK



S. SKOWRONEK



13:15:49

Page 114

S. SKOWRONEK



13:17:00

Page 115

S. SKOWRONEK



```
 1
                                                        13:17:38
15              MR. VINE:   Objection.                  13:17:40
16
                                                        13:18:05

                                             Page 116
```

S. SKOWRONEK



13:18:24

11       Q.    Okay.  I'm sorry for speaking        13:18:24

12  over you, I'm going --                          13:18:28

13       A.    I'm sorry.                            13:18:29

14       Q.    No problem.  You're very             13:18:30

15  polite, and I appreciate that.  I'll            13:18:33

16  try to ask the question again and give          13:18:34

17  you the chance to answer it without             13:18:37

18  speaking over you.                              13:18:38

19       A.    Okay.                                13:18:39

20       Q.    So the Cloud version of the          13:18:40

21  Corellium virtual -- all right, I'm             13:18:41

22  going to try again, okay?                       13:18:44

23       A.    Yes.                                 13:18:45

24                                                   13:18:49

,                                                    13:18:49

Page 117

S. SKOWRONEK

```
1   ████████████████████████████  ████████

2   ████████████████████████████  ████████

3   ██████████████?                           13:19:01

4               MR. VINE:  Objection.         13:19:01

5         ██  ████████████████████████  ████████

6   ██████████████████████████  ████████

7   ████████████████████████████  ████████

8   ████████████                              13:19:09

9               THE VIDEOGRAPHER:  Mr. Gross, 13:19:16

10   I do need to reset.  This is the         13:19:17

11   videographer.                            13:19:19

12               MR. GROSS:  Thank you for the 13:19:20

13   reminder.  Let's take a five-minute      13:19:21

14   break, please.                           13:19:24

15               THE VIDEOGRAPHER:  The time  13:19:24

16   is 1:19, off the record.  This will      13:19:25

17   end media unit one.                      13:19:28

18               (Recess.)                    13:19:30

19               THE VIDEOGRAPHER:  The time  13:39:34

20   is 1:39 Eastern Standard Time.           13:39:45

21   Back on the record.  This will           13:39:48

22   begin media two.                         13:39:49

23       Q.    Okay, welcome back,            13:39:50

24   Mr. Skowronek, I just wanted to revisit  13:39:58

25   the last couple of topics we talked      13:39:59
```

Page 118

| | | |
|---|---|---|
| 1 | about, because I think you and I | 13:40:02 |
| 2 | actually made a mistake of speaking | 13:40:03 |
| 3 | over each other, which we carefully | 13:40:05 |
| 4 | avoided earlier, so I'm just going to | 13:40:08 |
| 5 | ask you a couple questions again, okay? | 13:40:10 |
| 6 | Is that all right with you, sir? | 13:40:16 |
| 7 | A.    Yes, it is. | 13:40:17 |



|  | | |
|---|---|---|
| 12 | MR. VINE:  Objection. | 13:40:28 |

S. SKOWRONEK



1

14          MR. VINE:   Objection.                    13:41:45

15

                                                       13:41:45




                                                       13:41:45




                                                       13:42:13


Page 120

S. SKOWRONEK

```
 1    ███    ██████                    13:42:20

 2         Q.    Okay.  If you would please    13:42:20

 3    look at the Exhibit Share folder again,   13:42:24

 4    I would like to direct your attention    13:42:27

 5    to another exhibit.                13:42:29

 6         A.    Which one?              13:42:35

 7         Q.    That's Exhibit 6.  Exhibit 6,   13:42:36

 8    please.                     13:42:37

 9              (Exhibit 6, m██████      ████

██         ████████████          ████

██         ████████          13:42:48

12         A.    I have Exhibit 6.          13:42:48

13    ██    ████████  ██████████      ████

██    ██████████████          ████

██    ████████████████          ████

██    ██  ████████            ████

██    ██  ██████████          ████

██    ██  ██████████          ████

██    ████  ██████████          ████

██    ████████████          ████

██    ██████████████          ████

██    ████████████          ████

██    ████████████          ████

██    ██  ██████████████      ████

██    ██  ████████████      13:43:18
```

Page 121

S. SKOWRONEK



13:44:36

Page 122

S. SKOWRONEK



13:45:31

Page 123

S. SKOWRONEK



1

13:45:42

4        MR. VINE:   Objection.        13:45:48

5

20

13:46:44

Page 124

S. SKOWRONEK



13:48:02

Page 125

S. SKOWRONEK



13:49:24

Page 126

S. SKOWRONEK



9          MR. VINE:   Objection.                    13:49:54

19         MR. VINE:   Objection.                    13:50:17

Page 127

S. SKOWRONEK



S. SKOWRONEK



13:52:49

Page 129

S. SKOWRONEK



```
 1                   ███    ████████████████       █████████

 █      ████████████████████████              █████████

 █      █████████████████████████                13:52:57

 4              MR. VINE:  Objection.             13:53:00

 5                   ███    █████████████████       █████████

 █      ██████████████████████                 █████████

 █      ███████████████                           13:53:15

 8       Q.    I didn't ask -- go ahead.          13:53:16

 9       A.    Sorry.                             13:53:18

10                   ███    ████████████████       █████████

11      ███████████████████████████              █████████

 █      ███████████████████████████              █████████

 █      ████████████████████████████             █████████

 █      ██████████████████████                    13:53:32

15              MR. VINE:  Objection.             13:53:33

16                   ███    ██████████████████    █████████

17      ████████████████████████████             █████████

 █      ██████████████████████████████           █████████

 █      ██████████████████████████               █████████

 █      ██████████████████████████               █████████

 █      ██    █████████████████████████          █████████

 █      ██████████████████████████               █████████

 █      ██████████████                            █████████

 █           ███    ██████████████████           █████████

 █      ████████████████████                      13:54:29
```

Page 130

S. SKOWRONEK



1 ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮▮▮▮ 13:54:39

5            MR. VINE:   Objection.   Go      13:54:43

6      ahead.                                 13:54:44

7       ▮ ▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮ ▮▮▮

▮ ▮ ▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮

▮ ▮▮▮▮▮▮▮ ▮▮▮

▮ ▮ ▮▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮ ▮▮▮

▮ ▮ ▮▮▮▮▮ ▮▮▮

▮ ▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮ ▮▮▮

▮ ▮ ▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮▮ ▮▮▮

▮ ▮▮▮▮▮▮▮▮ 13:55:59

Page 131

S. SKOWRONEK



13:57:10

Page 132

S. SKOWRONEK



13:58:22

Page 133

S. SKOWRONEK



13:59:31

Page 134

S. SKOWRONEK



14:00:45

Page 135

S. SKOWRONEK



1

23          MR. VINE:   Objection.                14:01:45

24                                                 14:01:49

Page 136

S. SKOWRONEK



1

25            MR. VINE:   Objection.            14:03:04

                                        14:03:04

                                        Page 137

S. SKOWRONEK



14:04:07

Page 138

S. SKOWRONEK



14:04:55

Page 139

S. SKOWRONEK



S. SKOWRONEK



```
 1
                                          14:07:07
23        MR. VINE:  Objection -- let      14:07:07
24   me just put something on the          14:07:10
25   record.  My understanding is you're   14:07:11
```

Page 141

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | asking these questions in his | 14:07:13 |
| 2 | individual capacity, because he was | 14:07:14 |
| 3 | certainly not designated in his | 14:07:16 |
| 4 | corporate capacity on this issue; | 14:07:18 |
| 5 | is that correct? | 14:07:20 |
| 6 | Q.    You can answer. | 14:07:24 |
| 7 | MR. VINE:  Is that -- wait, | 14:07:26 |
| 8 | do not answer.  Is that correct, | 14:07:26 |
| 9 | Gabe? | 14:07:28 |
| 10 | MR. GROSS:  Counsel, we can | 14:07:28 |
| 11 | have a dialogue off the record.  I | 14:07:30 |
| 12 | am not going to do this with you on | 14:07:30 |
| 13 | the record.  You know what he's | 14:07:31 |
| 14 | been designated for, you know what | 14:07:33 |
| 15 | he's the representative on.  I have | 14:07:35 |
| 16 | the right to ask him the questions | 14:07:36 |
| 17 | I want to ask him. | 14:07:37 |
| 18 | MR. VINE:  I am asking for | 14:07:38 |
| 19 | clarification.  Just let the record | 14:07:39 |
| 20 | reflect that Apple's counsel is | 14:07:41 |
| 21 | refusing to clarify.  Go ahead, | 14:07:44 |
| 22 | Stan. | 14:07:45 |
| 23 | ██   ████████   ████████ | ████████ |
| ██ | ██████████████████████ █ | ████████ |
| ██ | ████████████████ | 14:07:52 |

Page 142

S. SKOWRONEK



                    MR. VINE:   Same objection.        14:08:28

                                                        Page 143

S. S. WRONEK

| | |
|---|---|
| 1 | ▮ |
| | ▮ |
| | ▮ |
| | ▮ |
| | ▮ |
| | ▮ |
| | ▮ |
| | ▮ |
| | ▮ |
| | ▮ |
| | ▮ |
| | ▮ |
| | ▮ |
| | ▮ 14:09:43 |
| 15 | MR. VINE:  Again, Stan,    14:09:45 |
| 16 | before you answer that question,   14:09:47 |
| 17 | objection.  I've asked for    14:09:49 |
| 18 | clarification, but you haven't    14:09:52 |
| 19 | given it to me.  This question is    14:09:54 |
| 20 | obviously being asked in his    14:09:55 |
| 21 | personal capacity.  You're entitled    14:09:57 |
| 22 | to ask that question, but from a    14:09:59 |
| 23 | corporate perspective, Amanda    14:10:00 |
| 24 | Gorton has already addressed this    14:10:03 |
| 25 | issue at her deposition.    14:10:05 |

Page 144

S. SKOWRONEK

```
 1              Stan, you can go ahead.          14:10:06

 2      Q.    You can answer.                    14:10:07

 3      ███        ████████████████████████       ████████████

 ■      ████████████████████████████             ████████████

 ■      ██████████████████                       ████████████

 ■      ███        ████████████████████████       ████████████

 ■      █████████████████████████████            ████████████

 ■      █████████████████████████████            ████████████

 ■      ████████████████████████████.             14:10:22

10              MR. VINE:  Same objection.        14:10:24

11      ███        ████████████████████            ████████████

 ■      ████████████████████  ████████████        ████████████

 ■      █████████████████████████████            ████████████

 ■      █████████████████████████                ████████████

 ■      ███    ████████   ████████████████████    ████████████

 ■      █████████████████████████████            ████████████

 ■      ██████████████████████                    14:11:07

18              Jeremiah, while I'm asking        14:11:08

19      these next couple questions, would you   14:11:12

20      please load up tab 11 as the next        14:11:15

21      exhibit?                                 14:11:17

22      A.    Sorry, it's not there yet.         14:11:21

23      That wasn't to me.                       14:11:23

24      Q.    That's fine, it may take a         14:11:24

25      moment.                                  14:11:26
```

Page 145

S. SKOWRONEK

```
 1              MR. VINE:  I don't see 10.       14:11:45

 2              MR. GROSS:  I didn't say         14:11:46

 3       Exhibit 10, I said tab 11.  We'll       14:11:48

 4       know in a moment what exhibit           14:11:51

 5       number it gets.  Probably 10.           14:11:53

 6       We'll come back to some of the          14:12:06

 7       exhibits in there that I haven't        14:12:07

 8       shown the witness yet, but I think      14:12:10

 9       the next one will be Exhibit 10.        14:12:13

10              (Exhibit 10, marked for          14:12:16

11       identification, Bates stamped           14:13:47

12       ASI001062.)                             14:13:49

13              MR. EGGER:  Still loading.        14:12:34

14       Sorry for the delay.                    14:12:38

15              THE WITNESS:  I'm going to        14:12:41

16       mute myself, because I'm going to       14:12:43

17       cough.                                   14:12:45

18       Q.    I hope you're feeling well.       14:12:50

19   Let us know if you need a break.            14:12:53

20       A.    You know, it's stuff going        14:12:54

21   around.  It's New York City.                14:12:56

22       Q.    It sure is.                        14:13:00

23       A.    It loaded.                         14:13:13

24       Q.    For you before me.  Okay, I       14:13:14

25   have it.  If you do, too, please bring      14:13:18
```

Page 146



```
 1     up on your screen Exhibit 10.              14:13:20

 2          A.    I have it.                       14:13:29

 3
```

(transcript text partially redacted)

```
22          MR. VINE:  Objection.                  14:14:13

23                                                 14:14:16
```

Page 147

S. SKOWRONEK



```
 1                                          
                                       14:14:22
 3           MR. VINE:  Objection, he     14:14:23
 4      previously testified at the       14:14:24
 5      beginning of this deposition that 14:14:24
 6      he knew none of the customers of  14:14:25
 7      Corellium.                        14:14:27
 8                                          
                                            
                                            
                                            
                                            
                                            
                                            
                                            
                                            
                                       14:14:52
18           MR. VINE:  Objection.        14:14:54
19                                          
                                            
                                            
                                            
                                            
                                            
                                       14:15:06
```

Page 148

S. SKOWRONEK



14:16:09

Page 149

S. SKOWRONEK



1

19          MR. VINE:   Objection.                    14:17:03

20

14:17:00

14:17:12

Page 150

S. SKOWRONEK



```
 1

14              MR. VINE:   Objection.          14:17:44

15
```

14:17:44

14:18:07

Page 151

S. SKOWRONEK



1                                                    14:18:08

2          MR. VINE:  Objection,                    14:18:12

3     mischaracterizes testimony.  You               14:18:13

4     can answer.                                     14:18:14

5

12         MR. VINE:  Objection.                     14:18:37

13

21          MR. VINE:  Objection, asked             14:19:04

22     and answered, it's now three times.           14:19:05

23     This is the last time, Stan, you               14:19:06

24     have to answer the question.  Go               14:19:09

25     ahead and answer what you can.                 14:19:10

Page 152

S. SKOWRONEK



14:20:36

Page 153

S. SKOWRONEK



1     14:20:41

2     MR. VINE: Objection, asked     14:20:42

3     and answered four times. Go ahead,     14:20:45

4     Stan. I'll just keep on counting.     14:20:46

5

    14:21:29

25     MR. VINE: It doesn't say     14:21:31

Page 154

S. SKOWRONEK

```
 1        all -- wait, stop, he              14:21:32

 2        mischaracterized the document. █
```



```
24              MR. VINE:  Stan, I don't want   14:22:23

25        you to guess, so if you don't have   14:22:25
```

Page 155

S. SKOWRONEK



```
 1      personal knowledge, then please        14:22:26

 2      don't answer the question by            14:22:29

 3      guessing.                               14:22:32

 4        Q.
```

14:23:38

Page 156

S. SKOWRONEK



1

10          MR. VINE:   Objection.          14:24:13

11

14:24:10

14:25:11

Page 157

S. SKOWRONEK



19          MR. VINE:   Same objection.          14:25:59

20

14:26:18

Page 158

S. SKOWRONEK



23      Q.    All right.  Would you turn,        14:27:42

24   please, to Exhibit 7.  This is one we         14:27:44

25   haven't discussed yet.                        14:27:46

Page 159

S. SKOWRONEK



1        (Exhibit 7, marked for                 14:27:48
2     identification, Bates stamped              14:28:09
3     APL-Corellium 00036236.)                   14:28:12
4     A.    I see Exhibit 7.                      14:27:54
5     Q.

Page 160

S. SZOWRONEK



1

23        Q.     Okay.   What's depicted in        14:29:32

24    Exhibit 7?                                    14:29:34

25                                                  14:29:35

                                                    Page 161

S. SKOWRONEK



14:30:49

Page 162

S. SKOWRONEK



```
 1
                                    14:30:55
 4      Q.    How does the service VM   14:31:00
 5   differ from what's labeled here on  14:31:03
 6   Exhibit 7 as the user VM?           14:31:05
 7
```

```
22      Q.    And what is the user VM?   14:31:50
23
                                    14:32:03
```

Page 163

S. SKOWRONEK



14:33:17

Page 164

S. SKOWRONEK



14:34:25

Page 165

S. SKOWRONEK



1

14:34:33

5        MR. VINE:   Objection.        14:34:36

6

14:34:50

12        MR. VINE:   Objection.       14:34:50

13

14:35:44

Page 166

S. SKOWRONEK



14:36:50

Page 167

S. SKOWRONEK



14:38:38

Page 168

S. SKOWRONEK



14:39:29

21

14:39:42

Page 169

S. SKOWRONEK



1        ███      █████████████            14:39:44

2        Q.    Okay.   Let me please direct    14:39:45

3   your attention to Exhibit 8.              14:39:51

4           (Exhibit 8, marked for            14:40:02

5       identification, Bates stamped         14:40:06

6       APL-Corellium 0036205.)               14:40:07

7

14:40:43

Page 170

S. SKOWRONEK



S. SKOWRONEK



14:42:48

Page 172

S. SKOWRONEK



14:43:52

Page 173

S. SKOWRONEK



14:45:00

Page 174

S. SKOWRONEK



14:46:09

Page 175

S. SKOWRONEK



```
 1                        ████      ████    ████████████                ████████
                 █████████████████████████                             ████████
                 ████████████████████████████████                      ████████
                 ████████████████████████████████                      ████████
                 █████████████████████████████████                     ████████
                 █████████████████████████████████                    14:46:22
 7                        MR. VINE:  Objection.                        14:46:25
 8                        ████      ██████████████████                 ████████
                 ████████████████████████████    ████████              ████████
                 ██████████████████████████████                        ████████
                 ██████████████████████████████                        ████████
                 ███████████████████████████████                       ████████
                 █████████                                             ████████
                          ████      ██████    ██████████████████       ████████
                 ████████████████████████████████                      ████████
                 ██████████                                            14:46:48
17                        MR. VINE:  Objection.                        14:46:48
18                        ████      ██████████████████                 ████████
                 █████████████████████████████████                     ████████
                 █████████████        ████████████████████             ████████
                 ███████████████████████████████████                   ████████
                          ████      ████████████████████                ████████
                 ████████████████████████████████                      ████████
                 ██████████████████████████████████                    ████████
                 ██████████████████████████████                        14:47:22
```

Page 176

S. SKOWRONEK



```
 1   ████████████████████████     ███████████
 2   ████████████████████████     ███████████
 3   ████████████████████████     ███████████
 4   ████████████████████████     ███████████
 5   ███  ████████████████████    ███████████
 6   ████████████████████████     ███████████
 7   ████████████████████████     ███████████
 8   ████████████████████████     ███████████
 9   ████████████  ████████████   ███████████
10   ██████ e transport without storing the    14:47:46
11   ██████                                     14:47:48
12            (Pause due to technical           14:47:48
13        difficulties.)                        14:48:00
14            MR. GROSS:  Go off the record     14:48:00
15        until he returns.                     14:48:02
16            THE VIDEOGRAPHER:  The time       14:48:03
17        is 2:48, off the record.              14:48:03
18            (Luncheon recess.)                15:10:52
19
20
21
22
23
24
25
```

Page 177

| | | |
|---|---|---|
| 1 | A F T E R N O O N   S E S S I O N | 15:10:53 |
| 2 | (Time noted:  3:10 p.m.) | 15:10:56 |
| 3 | THE VIDEOGRAPHER:  The time | 15:10:56 |
| 4 | is 3:10, we're back on the record. | 15:11:01 |
| 5 | STANISLAW SKOROWNEK, RESUMED, | 15:11:04 |
| 6 | having been previously and duly | 15:11:04 |
| 7 | sworn, was examined and testified | 15:11:04 |
| 8 | further, as follows: | 15:11:04 |
| 9 | CONTINUED EXAMINATION | 15:11:04 |
| 10 | BY MR. GROSS: | 15:11:07 |
| 11 | Q.    Okay.  Welcome back, | 15:11:07 |
| 12 | everyone.  Mr. Skowronek, before the | 15:11:10 |
| 13 | break we were talking about, with | 15:11:11 |
| 14 | reference to Exhibit 8, ███████████ | ██████████ |

15:11:41

Page 178

S. SKOWRONEK



15:12:37

Page 179

S. SKOWRONEK



15:13:33

Page 180

S. SKOWRONEK



4              MR. VINE:  Objection.              15:13:43

Page 181

S. SKOWRONEK



15:16:13

Page 182

S. SKOWRONEK



15:17:23

Page 183

S. SKOWRONEK



15:18:33

Page 184

S. SKOWRONEK



15:19:38

Page 185

S. SKOWRONEK



15:20:44

Page 186

S. SKOWRONEK



15:21:47

Page 187

S. SKOWRONEK



15:22:58

Page 188

S. SKOWRONEK



15:24:34

Page 189

S. SKOWRONEK



15:25:39

Page 190

S. SKOWRONEK



15:26:39

Page 191

S. SKOWRONEK



15:27:52

Page 192

S. SKOWRONEK

[redacted] 15:28:55

Page 193

Veritext Legal Solutions
866 299-5127

S. SKOWRONEK

[redacted] 15:30:11

Page 194

Veritext Legal Solutions
866 299-5127

S. SKOWRONEK



1

15:30:22

5      Q.    Okay.  Let's please look at      15:30:24

6   Exhibit 2 again, and when you have it      15:30:26

7   in front of you, sir, I would like you      15:30:28

8   just to scroll to the last page of it.      15:30:30

9   This is the exhibit with screenshots in      15:30:32

10  it.                                         15:30:34

11      A.    I am there.                       15:30:34

12      Q.    Bear with me, mine is slower      15:30:35

13  than yours.  Okay, I now have the last      15:30:48

14  page of Exhibit 2 in front of me.  Do      15:30:57

15  you also, sir?                              15:31:00

16      A.    I do.                             15:31:01

17

15:31:21

Page 195

S. SKOWRONEK

```
1        A.     So what you see inside -- so          15:31:24

2   the best way to actually see it for               15:31:29

3   yourself is to start, is to look at the           15:31:30

4   previous -- at the previous page of               15:31:34

5   this, of this document, of this                   15:31:40

6   exhibit, and you can --                           15:31:42

7        Q.     Page 8 of Exhibit 2, I'm              15:31:45

8   sorry, Mr. Skowronek, I just want to be           15:31:47

9   clear for the record, so you've now               15:31:49

10  directed us to the eighth page of                 15:31:51

11  Exhibit 2, right?                                  15:31:54

12       A.     That is correct.                       15:31:54

13       Q.     Okay.  Please continue.                15:31:55

14  ███   ██████████████████        ████████

██  ████████████████████████        ████████

██  ██████████████████████████████   ████████

██  ██████████████████████           ████████

██  ████████████████████████████     ████████

██  ██████████████                   ████████

██     ███   ████   ████████████     ████████

██  ████████████████████████         ████████

██  ████████████████████████████     ████████

██  ██████████████████                ████████

██     ███   ████████████████████     ████████

██  ██████████████████████            15:32:26
```

                                        Page 196

S. SKOWRONEK

```
1
                                                    15:32:55
9        Q.    And that's what we see in the        15:33:00
10   -- go ahead.                                    15:33:02
11        A.    I just wanted to request a           15:33:02
12   really short break.                             15:33:04
13        Q.    Okay.  How much time do you          15:33:07
14   need?                                           15:33:09
15        A.    Approximately a minute.              15:33:09
16        Q.    Okay, help yourself.                 15:33:11
17            MR. GROSS:  Go off the                 15:33:15
18   record.                                         15:33:15
19            THE VIDEOGRAPHER:  Time is             15:33:16
20   3:33, off the record, ending media              15:33:16
21   unit two.                                       15:33:20
22        (Recess.)                                  15:33:21
23            THE VIDEOGRAPHER:  Time is             15:39:20
24   3:39, this will begin media unit                15:39:35
25   three.                                          15:39:38
```

Page 197

S. SKOWRONEK



```
 1

24          MR. VINE:  Objection.          15:40:51

25                                         15:40:52

                                 Page 198
```

S. SKOWRONEK



15:42:13

Page 199

S. SKOWRONEK



15:43:28

Page 200

S. SKOWRONEK



```
 1
                                                          15:43:59
12            MR. VINE:   Objection.             15:44:01
13
                                                          15:44:33
```

Page 201

S. SKOWRONEK



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21                                              15:45:37
22       Q.    Let me please turn your          15:45:51
23   attention back in the exhibits folder      15:45:54
24   to the topics in the deposition notice.    15:45:56
25   This is in Exhibit 4.                       15:46:01
```

Page 202

S. SKOWRONEK

```
 1          A.    Thank you, I keep losing it.      15:46:02
 2          Q.    Little complicated to keep        15:46:06
 3     track when we can't stack the papers in      15:46:11
 4     front of us, but thank you for your          15:46:14
 5     patience.  In particular, would you          15:46:17
 6     direct your attention to page 3 of           15:46:19
 7     Exhibit 4.                                    15:46:20
 8          A.    Got it.                            15:46:26
 9          Q.    Okay.  Your name's all over       15:46:27
10     this page.  I'll direct your attention       15:46:29
11     to topic number four.  Do you see that,      15:46:30
12     sir?                                          15:46:32
13          A.    I see that topic.                  15:46:32
14     ████     ██████   ███████████████       █████████
██     █████████████████████████████████      █████████
██     ████████████████████████████████       █████████
██     ████████████████████████████████       █████████
██     ███████                                 █████████
██           ████     ██████                   █████████
██           ████     ██████   ███████████████ █████████
██     ███████████████████████████████         █████████
██     ███████████████████████████████         █████████
██     ████████████   ██████████   ██████████  █████████
██     ████████████████████████████████        █████████
██     ████████████████████████████████        15:47:09
```

Page 203

S. SKOWRONEK



1

15:47:17

5            So with that as background           15:47:18

6    I'll ask you my next question, okay?          15:47:20

7        A.    Okay.                                15:47:23

8

15:48:08

Page 204

1        ████        ████████████████        ████████

 ██   ████████████████████████   ████████

 ██   ███████████████████████   ████████

 ██   ████████████████        15:48:23

5        A.    I'm sorry, is it on my side        15:48:24

6    or your side?  You're really breaking        15:48:26

7    up.        15:48:28

8        Q.    I'll be happy to ask it        15:48:29

9    again.  Can you hear me better?        15:48:31

10        A.    No, you're still breaking up,        15:48:32

11    I just don't know on which side it is.        15:48:34

12        Q.    I don't know either.        15:48:38

13        A.    I don't know, I can -- can        15:48:41

14    you hear Mr. Gross clearly?        15:48:43

15            MR. VINE:  I can hear you        15:48:43

16        both clearly.  Can you hear me,        15:48:44

17        Stan?        15:48:50

18            THE WITNESS:  More or less,        15:48:51

19        yes.  Let's try again, I'm sorry.        15:48:53

20        Q.    No problem, we all have to be        15:48:55

21    a little patient.  This is just what        15:48:56

22    inevitably happens at times.        15:48:58

23            Mr. Skowronek, can you hear        15:49:02

24    me now?        15:49:03

25        A.    Still breaking up, but I'll        15:49:03

Page 205

S. SKOWRONEK



```
 1    do my best.                              15:49:05

 2        Q.    Okay.  I want to be sure, I    15:49:06

 3    mean, it's only fair to you that you     15:49:08

 4    have a chance to hear my questions, so   15:49:10

 5    I'll try one or two, but if you are      15:49:12

 6    having trouble, please tell me.          15:49:15

 7        A.    It fixed itself.               15:49:16

 8
```

15:50:06

Page 206

S. SKOWRONEK



15:51:15

Page 207

S. SKOWRONEK



1

24    --                                      15:52:22

25        Q.    So in the case --            15:52:22

Page 208

S. SKOWRONEK



1

17          MR. VINE:   Objection.          15:53:04

18

                                            15:53:32

Page 209

S. SKOWRONEK



1

                                                            15:53:37

3          MR. VINE:   Objection, lacks              15:53:40

4     foundation, form.                              15:53:41

5

                                                            15:54:54

                                           Page 210

S. SKOWRONEK



15:56:44

Page 211

S. SKOWRONEK



```
 1

                                                            15:57:47

21        Q.    Let me back up for a second.         15:57:54

22   I'm sorry, please finish.                       15:57:57

23        A.    No, I'm good.  It was just            15:57:59

24   going to clarify.                                15:58:02

25        Q.    Okay.  I'll ask my next               15:58:03
```

Page 212

S. SKOWRONEK



1   question.

15              MR. VINE:   Objection.          15:58:55

16

15:58:53

15:59:26

Page 213

S. SKOWRONEK



1                                                    15:59:29

2              MR. VINE:   Objection.               15:59:34

3

16             MR. VINE:   Objection.               16:00:23

17

16:00:22

16:00:39

Page 214

S. SKOWRONEK



S. SKOWRONEK



16:03:20

Page 216

S. SKOWRONEK



16:04:28

Page 217

S. SKOWRONEK



S. SKOWRONEK



16:06:38

Page 219

S. SKOWRONEK



16:07:51

Page 220

S. SKOWRONEK



1

                                                      16:09:00
19              MR. VINE:  Objection.                 16:09:02
20

                                                      16:09:12
24              MR. VINE:  Objection.                 16:09:14
25                                                    16:09:15

                                           Page 221

S. SKOWRONEK



1

16:09:50

11          MR. VINE:   Objection.          16:09:52

12

16:10:24

Page 222

S. SKOWRONEK



16:11:24

Page 223

S. SZCZWRONEK



1

11          MR. VINE:   Objection.            16:11:48

12

16:11:48

16:12:35

Page 224

S. SKOWRONEK

```
 1        A.    I have the topic in writing      16:12:36
 2   in front of me.                             16:12:38
 3        Q.    Okay.  You understand that        16:12:38
 4   you've been designated to testify on        16:12:39
 5   Corellium's behalf about the process or      16:12:41
 6   processes by which the Corellium Apple       16:12:43
 7   product installs iOS on a virtual            16:12:46
 8   device?                                      16:12:51
 9            MR. VINE:  Objection, you can       16:12:51
10      answer.                                   16:12:52
11        A.    I understand that this is         16:12:53
12   what my topic assignment says.               16:12:54
13   ████        ████████████████            ████████
     ██   ███████████████████████████        ████████
     ██   ████████████████████               ████████
     ██   ████████████████████████████████   ████████
     ██   ██████████████████                  16:13:17
18            MR. VINE:  Objection.             16:13:19
19   ████        ██████████████              ████████
     ██   █████████████████████████████      ████████
     ██   ████████████████████████           ████████
     ██   ████        ████████████████       ████████
     ██   ████████████                       ████████
     ██   ████        ████████████████████   ████████
     ██   ████████████████████████            16:13:44
```

Page 225

S. SKOWRONEK

```
 1    --                                    16:13:53

 2           MR. GROSS:  Pardon me, I'm      16:13:53

 3    sorry, I'm having an audio problem.    16:13:54

 4    Bear with me for one second.  I'm      16:13:56

 5    going to switch headsets.              16:13:59

 6           THE WITNESS:  My headset is     16:13:59

 7    running low on battery, so this is     16:14:00

 8    coming from me.                        16:14:03

 9           MR. GROSS:  Mine, too.  Why     16:14:03

10    don't we go off the record, and I'm    16:14:04

11    going to switch mine, and maybe        16:14:05

12    you'll have the opportunity to do      16:14:05

13    the same.                              16:14:05

14           THE WITNESS:  I don't have      16:14:08

15    another one, so I can charge it.       16:14:08

16           THE VIDEOGRAPHER:  Going off    16:14:10

17    the record --                          16:14:11

18           MR. GROSS:  Off the record,     16:14:13

19    please, I'll be right back.            16:14:14

20           THE VIDEOGRAPHER:  Off the      16:14:16

21    record at 4:14 p.m.                    16:14:22

22           (Recess.)                       16:14:28

23           THE VIDEOGRAPHER:  The time     16:16:48

24    is 4:16, back on the record.           16:16:57

25      Q.   Okay, Mr. Skowronek, before     16:17:03
```

Page 226

S. SKOWRONEK



```
 1    my dying battery in my headset          16:17:07

 2    interrupted us, we were just starting    16:17:11

 3    to talk about ███████████████            ████████

 ▌    ██████    Do you recall that?            16:17:15

 5        A.    Yes.                            16:17:17

 6    ██████ ███████████████████████           ████████

 ▌    ████████████████████████████             ████████

 ▌    ████████████████████████████             ████████

 ▌    █████████████████████████                ████████

 ▌    ██████ ███████████████████████           ████████

 ▌    ██████ ████████████████████████████      ████████

 ▌    ███████████████████████████              ████████

 ▌    ██████ ███████████████████████           ████████

 ▌    █████████████████████████████            ████████

 ▌    ██████████████████████████████           ████████

 ▌    ██████████████                           ████████

 ▌    ██████ ███████████████████████           ████████

 ▌    ████████████████████████████████         ████████

 ▌    ██████████                               16:17:53

20             MR. VINE:   Objection.          16:17:55

21        A.    That is correct.               16:17:55

22    ██████ █████████████████████████         ████████

 ▌    ███████████████████████████████          ████████

 ▌    ███████                                  ████████

 ▌    ██████ ████████████████████████████      16:18:02
```

Page 227

S. SKOWRONEK



16:19:53

Page 228

S. SKOWRONEK



16:21:25

Page 229

S. SKOWRONEK



16:22:39

Page 230

S. SKOWRONEK



16:23:59

Page 231

S. SKOWRONEK



```
                                                            16:25:05
25        A.     I'm sorry, I thought I needed    16:25:06
```

Page 232

S. SKOWRONEK



1    to repeat myself.                              16:25:08

16:26:26

Page 233

S. SKOWRONEK



16:27:52

Page 234

S. SKOWRONEK



16:29:15

Page 235

S. SKOWRONEK



1

 

 

 

 

 

 

 

 

 

                                                      16:29:54

12           MR. VINE:  I was on mute, I   16:29:59

13    apologize.  I was objecting to that  16:30:01

14    question.                             16:30:03

15

 

 

 

                                                 16:30:23

20           MR. VINE:  Objection, asked  16:30:23

21    and answered.                      16:30:24

22    Q.   I didn't catch your answer.  16:30:24

23  Would you please repeat it?       16:30:26

24

                                                 16:30:29

Page 236

S. SKOWRONEK



16:32:30

Page 237

S. SKOWRONEK



16:33:55

Page 238

S. SKOWRONEK



16:35:05

Page 239

S. SKOWRONEK



16:36:13

Page 240

S. SKOWRONEK



```
 1         Q.    I'm sorry, what doesn't              16:36:23

 2    Corellium support?                              16:36:25
```

Page 241

S. SKOWRONEK



16:38:41

Page 242

S. SKOWRONEK



16:39:38

Page 243

S. SKOWRONEK



1

 

 

 

 

 

 

 

                                                                       16:39:59

10              MR. VINE:   Objection.                    16:40:00

11

 

 

 

 

 

 

 

 

 

 

 

                                                                       16:40:49

Page 244

S. SKOWRONEK



S. SKOWRONEK



```
1                                         ████ ████
█       ████████████████              16:42:45
3          MR. VINE:  Objection.  Go   16:42:48
4       ahead and answer, Stan.        16:42:50
5        ██  ██████████████████        ████ ████
```

Page 246

S. SKOWRONEK



```
 1
                                              16:44:44
21            MR. VINE:  Let me get this.      16:44:45
22       So objection, he specifically did     16:44:47
23       identify it, he said when they were    16:44:50
24       building the product.                  16:44:54
25            Q.    You can answer.             16:44:55
```

Page 247

S. SKWRONEK

| | | |
|---|---|---|
| 1 | MR. VINE:  Again, Stan, you | 16:44:57 |
| 2 | can repeat what you said. | 16:44:58 |
| 3 | MR. GROSS:  Stop telling the | 16:45:00 |
| 4 | witness how to answer the question, | 16:45:01 |
| 5 | please. | 16:45:03 |
| 6 | MR. VINE:  I'm not telling | 16:45:03 |
| 7 | him how to answer. | 16:45:04 |
| 8 | Q.    The question was, when did | 16:45:05 |
| 9 | you start using the word transform to | 16:45:07 |
| 10 | talk about the changes you made to iOS | 16:45:10 |
| 11 | software. | 16:45:11 |
| 12 | MR. VINE:  He specifically | 16:45:11 |
| 13 | answered that question.  But go | 16:45:12 |
| 14 | ahead, Stan. | 16:45:14 |
| 15 | ███      █████████████      █████ | |
| ██ | █████████████████████      █████ | |
| ██ | █████████████████████      █████ | |
| ██ | ██████████████████      █████ | |
| ██ | ██████████████████████      █████ | |
| ██ | ████████████████████      █████ | |
| ██ | ██████████████████      █████ | |
| ██ | ████████████████████      █████ | |
| ██ | ███████      █████ | |
| ██ | ███      █████████████      █████ | |
| ██ | ██████████████████ | 16:45:41 |

Page 248

S. SKOWRONEK



S. SKOWRONEK



16:48:20

Page 250

S. SKOWRONEK



S. SKOWRONEK



1

16:50:33

Page 252

S. SKOWRONEK



```
 1

20              MR. VINE:   Objection.        16:51:32

21

25         Q.   Let me start by asking you --  16:51:47
```

16:51:29

16:51:43

Page 253

S. SKOWRONEK



```
 1        MR. VINE:  He wasn't done          16:51:49

 2    with his answer.  Go ahead.            16:51:50
```

16:52:56

Page 254

S. SKOWRONEK



16:54:02

Page 255

S. SKOWRONEK



16:55:12

Page 256

S. SKOWRONEK

```
 1                 MR. VINE:  Objection.                      16:55:13
```



```
                                                             16:56:18

                                                     Page 257
```

S. SKOWRONEK



16:57:37

Page 258

S. SKOWRONEK



16:58:39

Page 259

S. SKOWRONEK



16:59:44

Page 260

S. SKOWRONEK



17:00:58

Page 261

S. SKOWRONEK



```
1      ██████████████    ████████████████
       ███████████████████████████████████    ██████████
       █████████████████████████████████    ██████████
       ████████████████████████████████████    ██████████
       █████████████████                          17:01:09
6              Sorry, my voice is going.          17:01:16
7      Can we get a break?                         17:01:17
8          Q.    Let's do that.  Mine was          17:01:19
9      starting to go on me a few minutes ago.     17:01:21
10     Shall we take five?                         17:01:24
11         A.    Yeah, what do you think?          17:01:25
12         Q.    Whatever you need.                17:01:26
13         A.    Let's do 10.                      17:01:28
14         Q.    Ten minutes, no problem.          17:01:30
15             THE VIDEOGRAPHER:  It is            17:01:32
16     5:01, we're off the record.                 17:01:35
17             (Recess.)                           17:01:36
18             THE VIDEOGRAPHER:  Time is          17:13:45
19     5:14, we're back on the record.             17:14:02
20        ██      ██████████████████    ██████████
       ████████████████████████████████    ██████████
       ██████████████████████████████    ██████████
       ████████████████████████████████    ██████████
       ████████████████████████████████    ██████████
       ████████████████████████████           17:14:20
```

Page 262

S. SKOWRONEK



S. SKOWRONEK



17:17:16

Page 264

S. SKOWRONEK



17:18:19

Page 265

S. SKOWRONEK



17:19:24

Page 266

S. SKOWRONEK



17:20:36

Page 267

S. SKOWRONEK



17:21:54

Page 268

S. SKOWRONEK



1

17:22:57

Page 269

S. SKOWRONEK



17:24:06

Page 270

S. SKOWRONEK



17:25:10

Page 271

S. SKOWRONEK



1

11          MR. VINE:   Objection.                    17:25:43

12

17:25:41

17:26:26

Page 272

S. SKOWRONEK



17:27:40

Page 273

S. SZEWRONEK



17:28:54

Page 274

S. SKOWRONEK



17:30:13

Page 275

S. SKOWRONEK



17:31:19

Page 276

S. SKOWRONEK



17:32:29

Page 277

S. SKOWRONEK



17:33:49

Page 278

S. SKOWRONEK



1

17:33:56

5              MR. VINE:   Objection.              17:34:03

6

22

17:34:49

Page 279

S. SKOWRONEK



1

17:35:55

Page 280

S. SKOWRONEK



```
 1
                                                   17:36:38
16              MR. VINE:   Objection.             17:36:40
17
```

S. SKOWRONEK



17:38:31

Page 282

S. SKOWRONEK



17:39:30

Page 283

S. SKOWRONEK



```
 1                                          17:39:57

11        Q.    Okay.  Would you please      17:39:57

12   scroll to page 5 of 9 in Exhibit 2.    17:40:10

13        A.    Give me a moment -- sorry,   17:40:20

14   which is page 5, boot without snapshot  17:40:22

15   -- sorry, I think I got it.            17:40:30

16                                          17:40:46

23              MR. VINE:  Mine, too.        17:40:48

24        Q.    Strange.  Let me just hold   17:40:52

25   on, give me one second to make a clean  17:40:54
```

Page 284

S. SKOWRONEK

```
1    record, because I want the transcript        17:40:56
2    to be accurate.  Bear with me.  I'm not       17:40:58
3    sure why I'm having a page problem.           17:41:02
4         A.   I think the viewer will show        17:41:06
5    the different page number if even a           17:41:09
6    sliver of the previous page is visible        17:41:11
7    on your screen.                               17:41:13
```



Page 285

S. SKOWRONEK



17:43:15

Page 286

S. SKOWRONEK



17:44:37

Page 287

S. SKOWRONEK



1

17:45:01

8      Q.   And this setting that we see         17:45:04

9   in page 6 of Exhibit 2,

25            MR. VINE:   Objection.              17:46:15

17:46:14

Page 288

S. SKOWRONEK



```
1                    ████  ███████████████      ████████

    █          ██████████████████████          ████████

    █          █████████████████                ████████

    █              ████  ██████████   ████████████       ████████

    █          █████████████████████          ████████

    █          ███████████████████████████    ████████

    █          ███████████████████████          ████████

    █          ███████████                   17:46:37

9                    MR. VINE:  Objection,        17:46:38

10        mischaracterizes his testimony.  He    17:46:40

11        didn't say he was aware that they      17:46:42

12        copyrighted it.  So the whole          17:46:44

13        premise of the question doesn't        17:46:46

14        make sense.                            17:46:47

15         Q.    You may answer.                 17:46:47

16                    MR. VINE:  If you can       17:46:50

17        understand the question, you can       17:46:51

18        answer.                                17:46:52

19                    ████  █████████████████    ████████

    █          ████████████████████████████     ████████

    █          ██████████████████████           ████████

    █              ████  █████████████████       ████████

    █          █████████████████████████        ████████

    █          ██████████████████████████       ████████

    █          ███████████                      17:47:09
```

Page 289

S. SKOWRONEK



```
1              MR. VINE:   Objection.           17:47:13
2
3
4                                               17:47:29
6              MR. VINE:   Objection.           17:47:31
7
15             MR. VINE:   Objection.           17:47:57
16                                              17:47:56
```

17:47:56

17:48:21

Page 290

S. SKOWRONEK



15      MR. VINE:  Objection, asked      17:49:10
16   and answered.                       17:49:13

Page 291

S. SKOWRONEK



13          MR. VINE:  Objection, asked          17:50:01

14      and answered.                            17:50:02

Page 292

S. SKOWRONEK



```
 1
                                                    17:51:11
16          Q.    I'm going to switch gears on     17:51:12
17    you for a moment.  Would you please           17:51:19
18    bring Exhibit 4 back up to your screen?       17:51:21
19    This is the one with the deposition           17:51:23
20    topics on it.  Let me know when you           17:51:24
21    have done so.                                 17:51:26
22          A.    I have Exhibit 4 on my            17:51:27
23    screen.                                        17:51:29
24          Q.    Thank you.  Let's turn to         17:51:29
25    page 3, and I would like to direct your       17:51:36
```

Page 293

```
1   attention to topic 8.                      17:51:37
2        A.    I have topic 8 in front of      17:51:40
3   me.                                        17:51:42
4        Q.    All right.  And thank you.      17:51:43
5   And you are prepared to testify today,     17:51:45
6   sir, ██████████████████████████     ████████████
    ██ █████████████████████████         ████████████
    ██ ████████████████████████              17:51:55
9             MR. VINE:  Objection, as the     17:51:58
10       document indicates, for the record,   17:52:01
11       it says Corellium objects to the      17:52:01
12       use of the word display, as           17:52:01
13       Corellium does not display iOS.        17:52:03
14       Nonetheless, we will be designating    17:52:04
15       Stan on this topic.  You can           17:52:07
16       answer, Stan.                          17:52:20
17       ██   ████████████████           ████████████
██  ████████████████████               ████████████
██  ███████████████████████████         ████████████
██  ██████████████████████████          ████████████
██  ██████████████████████████          ████████████
██  ████████████████████████             ████████████
██  ████████████████                     ████████████
██  ██   ███████████████████████         ████████████
██  ████████████████████████                 17:52:38
```

Page 294

S. SKOWRONEK



1 �— ▬▬▬▬▬▬▬▬▬

■ ▬▬▬▬▬▬▬▬▬▬

■ ▬▬▬▬▬▬▬▬▬▬

■ ▬▬▬▬▬▬▬▬▬▬

■ ▬▬▬▬▬▬▬                                    17:52:52

6              MR. VINE:   Objection.          17:52:53

7        Q.    That was a terrible question.   17:53:01

8   Can I ask you a new one?                    17:53:03

9        A.    Yes, please.                     17:53:05

10        Q.    Fair enough.  We discussed,     17:53:06

11   including by walking through the           17:53:12

12   diagrams you created in Exhibits 7, 8      17:53:13

13   and 9 the ▬▬▬▬▬▬▬▬                         ▬▬▬

■ ▬▬▬▬▬▬▬▬▬▬                                  ▬▬▬

■ ▬▬▬  ▬▬▬▬                                   ▬▬▬

■ ▬▬▬▬                                        ▬▬▬

■ ▪  ▬▬▬▬▬                                    ▬▬▬

■ ▬▬▬▬▬▬▬▬▬▬                                  ▬▬▬

■ ▬▬▬▬▬▬▬▬▬                                   ▬▬▬

■ ▬▬▬▬                                        ▬▬▬

■ ▪  ▬▬▬▬▬▬                                   ▬▬▬

■ ▬▬▬▬▬▬▬                                     ▬▬▬

■ ▬▬▬▬▬▬▬▬▬                                   ▬▬▬

■ ▬▬▬▬▬▬▬▬                                    ▬▬▬

■ ▬▬▬▬▬▬▬                                     17:53:50

Page 295

S. SKOWRONEK



Veritext Legal Solutions
866 299-5127

S. SKOWRONEK



17:56:49

Page 297

S. SKOWRONEK



| 1 | | | | 17:58:32 |
|---|---|---|---|---|

5  A.  I don't know.    17:58:34

6  Q.  It's Corellium, isn't it?  17:58:34

7    MR. VINE: Objection.  17:58:38

8

17:59:29

Page 299

S. SKOWRONEK



```
 1                                        17:59:50
 9            MR. VINE:  Objection.       17:59:52
10      A.   Depends on the definition of  17:59:52
11  the word create.                      17:59:59
12      Q.   I mean it in the plain        18:00:00
13  English sense of the word, sir.        18:00:01
14            MR. VINE:  Objection.       18:00:03
15      A.   I'm sorry, I don't know.      18:00:03
16                                        18:00:32
```

Page 300

S. SKOWRONEK



```
 1                    ███                ████████████████████      ██████████

                 ████████████████████████████                     ██████████

                 ████████      ████████████████████████████        ██████████

                 ██████████████████████████████                    ██████████

                 ██████████████                                    ██████████

                     ███                ████████████████            ██████████

                     ███                ████████████████████        ██████████

                 ████████████████████████████                      ██████████

                 ██████████████████████████████                    ██████████

                 ████████████                                      ██████████

                     ███                ████████████████████        ██████████

                 ████████████████████████████████                  ██████████

                 ██████████████████████████████                    ██████████

                 ████████████████████                             18:01:13

15                    MR. VINE:  Objection.                        18:01:14

16                ███                ████████████████████████      ██████████

                 ████████                                          ██████████

                     ███                ████████████████████        ██████████

                 ████████████████                                 18:01:19

20                    MR. VINE:  Objection.  What                  18:01:27

21       operating system?                                         18:01:28

22        Q.    You may answer.                                    18:01:29

23                    MR. VINE:  Objection, I don't                18:01:32

24       understand the question.  But if                          18:01:32

25       you understand, Stan, by all means.                       18:01:34
```

Page 301

S. SKOWRONEK



1          A.    So regardless of who supplies          18:01:35

2    the

18:02:44

Page 302

S. SKOWRONEK



| | |
|---|---|
| 1 | |
| | |
| | |
| | |
| | |
| | ? 18:03:24 |
| 7 | MR. VINE:  Objection. 18:03:28 |
| 8 | |
| | |
| | |
| | |
| | |
| | 18:03:36 |
| 14 | MR. VINE:  Objection.  He 18:03:36 |
| 15 | answered your question. 18:03:39 |
| 16 | |
| | |
| | |
| | |
| | |
| | |
| | 18:03:55 |
| 23 | MR. VINE:  Objection, asked 18:03:57 |
| 24 | and answered.  One more time, Stan. 18:04:00 |
| 25 | 18:04:01 |

Page 303

S. SKOWRONEK



1

                                            18:04:38

10         MR. VINE:  Objection.         18:04:39

11

                                            18:04:56

18         MR. VINE:  Objection, totally  18:04:56

19    mischaracterizes what he said.  Go    18:04:58

20    ahead.                                 18:04:59

21

                                            18:05:12



1

18:05:25

6              MR. VINE:   Objection.              18:05:28

7       A.

18:05:40

12             MR. VINE:   Objection.              18:05:41

13

18:05:56

17             MR. VINE:   Objection.              18:06:01

18

18:06:19

23             MR. VINE:   Objection.              18:06:20

24

18:06:22

Page 305

S. SZYWRONEK



1

18:06:27

5          MR. VINE:   Objection.          18:06:30

6

18:06:43

10          MR. VINE:   Objection.          18:06:45

11

18:06:49

13          MR. GROSS:   Let's break for     18:07:02

14     five, please.                         18:07:03

15          THE VIDEOGRAPHER:   Time is       18:07:05

16     6:07, off the record.                 18:07:11

17          (Recess.)                         18:07:14

18          THE VIDEOGRAPHER:   Time is       18:23:06

19     6:23, back on the record.             18:23:08

20

18:23:29

Page 306

S. SKOWRONEK



1

18:23:36

3          MR. VINE:   Objection.          18:23:39

4

18:24:08

16          MR. VINE:   Objection, asked          18:24:09

17      and answered.                          18:24:10

18

18:24:30

Page 307

S. SKOWRONEK



1

16                MR. VINE:   Objection.                    18:25:03

17

Page 308

S. SKOWRONEK



1     ████    ████████████    ██████

████████████████████████ ██████

████████████████████████ ██████

████████████████████ ██ ██████

████████████████████ ██████

██████████████████ ██████

████ ████████████ ██████

████████████████████ ██████

████                 18:25:48

10       MR. VINE:  Again, Stan, Stan,    18:25:49

11    I don't want you to guess.  If you    18:25:51

12    don't have firsthand knowledge,    18:25:52

13    please don't guess, okay?    18:25:54

14       THE WITNESS:  Okay.    18:25:56

15       MR. VINE:  Thank you, I    18:25:57

16    appreciate it.    18:25:58

17     ████    ████████████    ██████

████████████████████ ██████

████ ████████████ ██████

██████████ ██████

████ ████████████████ ██████

████████████████████ ██████

██████████████ ██████

████ ████████████ ██████

████████████████       18:26:21

Veritext Legal Solutions
866 299-5127

S. SKOWRONEK



18:27:16

Page 310

S. SKOWRONEK



18:28:21

Page 311

S. SKOWRONEK



1    in

12                    MR. VINE:   Objection.                 18:28:54

13

22

Page 312

S. SKOWRONEK



```
 1
                                                   18:30:14

19              MR. VINE:   Objection.             18:30:19

20

                                                   18:30:35
```

Page 313

S. SKOWRONEK



```
 1              ████    ███████████████      ████████
                ████████████████████████     ████████
                ████████████████████████     ████████
                ████   ████████████████      ████████
                ████████████████████████     ████████
                ██████████████████████       ████████
                ██████████████████████       ████████
                ██████████████████████       ████████
                ████████████████████         ████████
                        ████    █████████████    ████████
                ██████████████████████    ████████
                ████████████████                    18:31:25
13              MR. VINE:  Objection, just to        18:31:27
14         clear up -- objection, and it's           18:31:29
15         David Wayne, not Wang.  Go ahead.          18:31:33
16              ████    ████████████  █               ████████
                ████████████████████████     ████████
                ████████████████████████     ████████
                ██████████████████           ████████
                ████████████                 ████████
                        ████    █████████████    ████████
                ██████████████████████       ████████
                ██████████████████████       ████████
                ████████████████████████     ████████
                ████████████████████  ██████         18:32:04

                                        Page 314
```

S. SKOWRONEK



18:33:20

Page 315

S. SKOWRONEK



18:34:30

Page 316

S. SKOWRONEK



18:35:35

Page 317

S. SKOWRONEK



Page 318

S. SKOWRONEK



18:38:26

Page 319

S. SKOWRONEK



1

23    fused device.                                    18:39:57

                                                       18:39:57

                                                       Page 320

S. SKOWRONEK



S. SKWRONEK



1

16             MR. VINE:   Objection.              18:41:45

17

                                                   18:42:07

                                                   Page 322

S. SKOWRONEK



```
20          MR. VINE:  Objection.        18:43:11
```

```
                                         18:43:17
```

Page 323

S. SKOWRONEK



1

18          MR. VINE:   Objection, asked          18:44:02

19     and answered.                              18:44:04

20

18:44:01

18:44:19

Page 324

S. SKOWRONEK

```
 1    ████████████████████████████████     ████████████

 █    ████████████████████████             18:44:23

 3        Q.    Let me have you take a look   18:44:24

 4    at the Exhibit Share folder, please,    18:44:48

 5    Mr. Skowronek, and let me know when     18:44:51

 6    you've brought up Exhibit 11.           18:44:52

 7             (Exhibit 11, marked for        18:45:03

 8        identification, Bates stamped       18:45:18

 9        Corellium-009105.000001.)           18:45:18

10        A.    I got Exhibit 11.             18:45:03

11        Q.    And for the record, this      18:45:04

12    appears to be an eight-page PDF,        18:45:05

13    correct?                                18:45:09

14        A.    Yes.                          18:45:10

15       ██      ██████████████████████       ████████

 █    ████████████████████████████           ████████

 █    ███████████                            ████████

 █       ██      ██████████████████████       ████████

 █    ██████████████████████                  ████████

 █       ██      ████████████████████         ████████

 █    ███████████████                        ████████

 █       ██      ███████████████████  ██      ████████

 █    ████████████████████████████████       ████████

 █    ████████████████████████████           ████████

 █    ██████████████                         18:45:42
```

Page 325

S. SKOWRONEK



18:46:53

Page 326

S. SKOWRONEK



1    ████████████████████████████  ████████

████████████████████████████████  ████████

█████████████████████████████████      18:47:02

4        A.    I'm on page 5.                    18:47:12

5             MR. VINE:  Can I just put an        18:47:13

6    objection, the witness has already           18:47:14

7    indicated he's not familiar with             18:47:16

8    the document.  He's not been                 18:47:18

9    designated to talk about sales or            18:47:21

10   anything related to what is in this          18:47:24

11   document, but I'm going to permit            18:47:26

12   the questioning to continue.  Go             18:47:30

13   ahead.                                       18:47:31

14       Q.    Are you on page 5, sir?            18:47:37

15       A.    I'm on page 5.                     18:47:40

16   ███████████████████████████████  ████████

█████████████████████████████████████  ████████

████████                              ████████

███      ████████                     ████████

███      ████████  ████████████       ████████

████████████████████████████         ████████

████████████████████████████         ████████

███████████████████████████████      ████████

██████████████      ████████████      ████████

███████                              18:48:05

Page 327

Veritext Legal Solutions
866 299-5127

S. SKOWRONEK



15          MR. VINE:  Objection.          18:48:30

16      A.

                                           18:48:54

Page 328

S. SKOWRONEK



```
 1    ████████████████████████████████████    ███████████

 ▮    ████████████████████████               ███████████

 ▮       ███   ████████████████████   █████  ███████████

 ▮    ██████████████████████████████        ███████████

 ▮    ██████████████████        ███████████  ███████████

 ▮    ████████████████████████████████████   ███████████

 ▮    ████████████████████████             ███████████

 ▮       ███    ████████                   ███████████

 ▮       ███    ██████████████████████     ███████████

 ▮    ████████████████████████                      18:49:17

11             MR. VINE:   Objection.             18:49:18

12       ███    ████████████████████████    ███████████

 ▮    ████████   ████████████████████████   ███████████

 ▮    ██████████████████████████████        ███████████

 ▮    ████████████████████████████████████   ███████████

 ▮    ████████████████████   ████████████    ███████████

 ▮    ██████████████████████████             ███████████

 ▮    ████████████████████████████████       ███████████

 ▮    ████                                   ███████████

 ▮       ███    ████████████████████████     ███████████

 ▮    ██████████████████████████             ███████████

 ▮    ██████████   ██████████████████        ███████████

 ▮    ██████████████████                     ███████████

 ▮       ███    ██████████████████████       ███████████

 ▮       ███    ██████████████████████               18:50:22
```

Page 329

S. SKOWRONEK



18:51:17

18:51:58

Page 330



18:53:53

Page 331

| | | |
|---|---|---|
| 1 | ███████████████████ | 18:53:54 |
| 2 | Q.   Well, the good news is, I | 18:54:03 |
| 3 | don't think I have anymore questions | 18:54:06 |
| 4 | for you, Mr. Skowronek.  The bad news | 18:54:07 |
| 5 | is I need to go off the record for a | 18:54:09 |
| 6 | few minutes to double check and make | 18:54:11 |
| 7 | sure that we're nearing the end here. | 18:54:11 |
| 8 | So can I propose a 15-minute break? | 18:54:14 |
| 9 | MR. VINE:  Fifteen minutes? | 18:54:18 |
| 10 | MR. GROSS:  Counsel?  Right. | 18:54:20 |
| 11 | MR. VINE:  Okay. | 18:54:24 |
| 12 | THE WITNESS:  I'm good. | 18:54:26 |
| 13 | MR. GROSS:  Go off the | 18:54:28 |
| 14 | record, please. | 18:54:29 |
| 15 | THE VIDEOGRAPHER:  Off the | 18:54:30 |
| 16 | record, the time is 6:54 p.m. | 18:54:31 |
| 17 | (Recess.) | 18:59:55 |
| 18 | THE VIDEOGRAPHER:  Time is | 19:08:45 |
| 19 | 7:08, we're back on the record. | 19:08:46 |
| 20 | ██ ███████████████ ███████ | |
| ██ | ██████████████████ ███████ | |
| ██ | ██████████████████ ███████ | |
| ██ | ██████████████████ ███████ | |
| ██ | ██████ ███████ | |
| ██ | ██ ████ ████████████ | 19:09:03 |

Page 332

S. SKOWRONEK



19:10:24

Page 333

S. SKOWRONEK



20          MR. VINE:   Objection.          19:11:25

21

19:11:41

Page 334

S. SKOWRONEK



```
 1
                                           19:12:06
11          MR. VINE:   Asked and         19:12:07
12     answered.                          19:12:08
13
```

19:12:44

Page 335

S. SKOWRONEK



S. SKOWRONEK



```
 1                                                    19:14:06

 4          MR. VINE:   Objection.                    19:14:07

 5

23                                                    19:14:54

23                                                    19:14:54

24          MR. VINE:   Objection.                    19:14:57

25      Q.                                            19:15:02
```

Page 337

S. SKOWRONEK



1

19:15:18

7            MR. VINE:  Objection, he             19:15:19

8    lacks the foundation.  He told you          19:15:19

9    a couple times, he's never seen it.         19:15:21

10

19:16:01

Page 338

S. SKOWRONEK

1 ████████████████████████████   ████████

2 ████████████████████   ████████   ████████

3 ███████████████████████████   ████████

4 ████████████████████████████   ████████

5 ██████████████████████████   ████████

6 ████████████████   ████████

7 ████   ████████                          19:16:13

8              MR. VINE:  You know what, I'm      19:16:16

9    actually going to -- I'll let you      19:16:17

10   answer these questions, but I'm        19:16:19

11   going to put this on the record,       19:16:20

12   and we're going to have to address     19:16:22

13   this in depositions going forward.     19:16:24

14   Using the realtime for purposes,       19:16:25

15   and taking a 15-minute break to go     19:16:27

16   back and read the transcript is not    19:16:29

17   appropriate, and frankly              19:16:31

18   borderlines on a lack of               19:16:33

19   professionalism.  That's like a        19:16:35

20   kind of got-you moments.  I'll         19:16:37

21   allow you to answer.  Totally          19:16:40

22   inappropriate, Gabe, to use that       19:16:42

23   15 minutes to go back and read the     19:16:42

24   transcript.  Really, really not        19:16:43

25   cool.  Go ahead, Stan.                 19:16:45

Page 339

S. SKOWRONEK

| | | |
|---|---|---|
| 1 | MR. GROSS:  I couldn't | 19:16:46 |
| 2 | disagree -- I could not disagree | 19:16:47 |
| 3 | more.  The speaking objection is | 19:16:49 |
| 4 | improper.  I'm going to continue | 19:16:50 |
| 5 | with my questioning. | 19:16:52 |
| 6 | MR. VINE:  What's improper is | 19:16:53 |
| 7 | you wasted 15 minutes of | 19:16:54 |
| 8 | everybody's time and said you | 19:16:56 |
| 9 | needed to look at your notes and | 19:16:58 |
| 10 | take care of things, not to go back | 19:17:00 |
| 11 | and read the transcript. | 19:17:01 |
| 12 | MR. GROSS:  Are you finished, | 19:17:03 |
| 13 | Jonathan? | 19:17:05 |
| 14 | MR. VINE:  I am. | 19:17:06 |
| 15 | MR. GROSS:  I want to make | 19:17:07 |
| 16 | sure you're done before I ask my | 19:17:08 |
| 17 | next question. | 19:17:10 |
| 18 | MR. VINE:  Go ahead, Gabe. | 19:17:11 |
| 19 | Q.    Mr. Skowronek, may I ask you | 19:17:12 |
| 20 | another question? | 19:17:13 |
| 21 | A.    Sure, yes, please. | 19:17:14 |
| 22 | ████    ██████████████ | ████████ |
| █ | ██████████████████████ | ████████ |
| █ | ████    ████████████████ | ████████ |
| █ | ████████████████████ | 19:17:26 |

Page 340

S. SKOWRONEK



```
 1     ████████████████████████████    ███████████

       ████████████████████████         ███████████

       ██████████████████████████       ███████████

       █████████████████████            ███████████

       ██████████████████████████       ███████████

       ████████████████████████         ███████████

       ████████████████████████         ███████████

       █████████████████████████        ███████████

       █████████                        ███████████

       ██    ████████████████           ███████████

       █████████████████████████        ███████████

       █████████████                    19:18:07

13           MR. VINE:   Objection.     19:18:10

14     ██    ██████████████████████     ███████████

       █████████████████████            ███████████

       ██████████████████████████       ███████████

       █████████████████████████        ███████████

       █████████████████████            ███████████

       █████████                        ███████████

       ██    ███████████████            ███████████

       ██    ████████████    ████████   ███████████

       ███████████████████              ███████████

       ██    ████████    ███████████    ███████████

       ██████████████████████████       ███████████

       ██████████    █████████████      19:18:37
```

Page 341

S. SKOWRONEK



S. SKOWRONEK



19:20:55

Page 343

S. SKOWRONEK



1

11          MR. VINE:   Objection.          19:21:24

12

19:21:24

19:22:03

Page 344

S. SKOWRONEK



19:23:01

Page 345

S. SKOWRONEK



22          MR. VINE:   Objection.          19:23:42

23                                          19:23:48

Page 346

S. SKOWRONEK



23            MR. VINE:   Objection.        19:24:58

24                                          19:25:02

Page 347

S. SKOWRONEK



19:25:54

Page 348

S. SKOWRONEK



19:26:45

```
19          MR. GROSS:  Okay, I have        19:26:57
20     nothing further now.  I'll pass the   19:26:58
21     witness, thank you.                   19:27:00
22          MR. VINE:  This is Jonathan      19:27:01
23     Vine from Cole, Scott & Kissane.  I   19:27:03
24     don't have any questions.  The        19:27:05
25     witness will read, and I appreciate   19:27:06
```

Page 349

| | | |
|---|---|---|
| 1 | it.  Can we just get a time stamp | 19:27:10 |
| 2 | on how much time has been done, | 19:27:12 |
| 3 | madam videographer? | 19:27:15 |
| 4 | MR. GROSS:  Let's do it off | 19:27:18 |
| 5 | the record. | 19:27:20 |
| 6 | MR. VINE:  I would like it on | 19:27:20 |
| 7 | the record. | 19:27:21 |
| 8 | THE VIDEOGRAPHER:  Okay, | 19:27:22 |
| 9 | that's going to take a minute.  Can | 19:27:23 |
| 10 | we go off and come back on? | 19:27:26 |
| 11 | Because it's not the way I can | 19:27:28 |
| 12 | normally reference, and I | 19:27:29 |
| 13 | apologize.  Real quick, 7:27, off | 19:27:31 |
| 14 | the record. | 19:27:35 |
| 15 | (An off-the-record discussion | 19:27:36 |
| 16 | was held.) | 19:28:16 |
| 17 | THE VIDEOGRAPHER:  7:28, back | 19:28:16 |
| 18 | on the record.  This is the | 19:28:59 |
| 19 | videographer, and we've recorded | 19:29:00 |
| 20 | six hours and 40 minutes. | 19:29:02 |
| 21 | MR. GROSS:  All right, I have | 19:29:07 |
| 22 | no further questions for the | 19:29:07 |
| 23 | witness, Mr. Skowronek. | 19:29:08 |
| 24 | THE WITNESS:  Thank you. | 19:29:10 |
| 25 | MR. VINE:  Thank you, | 19:29:11 |

Page 350

```
 1        everybody.                              19:29:13
 2             THE VIDEOGRAPHER:  The time        19:29:13
 3        is 7:29 p.m., this concludes            19:29:13
 4        today's remote deposition of Stan       19:29:16
 5        Skowronek.  The total number of         19:29:19
 6        media units used was four, and will     19:29:21
 7        be retained by Veritext.                19:29:23
 8             (Time noted:  7:29 p.m.)           19:29:25
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 351

1

2                         CERTIFICATION

3

4

5        I, JEREMY RICHMAN, a Notary Public for

6    and within the State of New York, do

7    hereby certify:

8        That the witness whose testimony as

9    herein set forth, was duly sworn by me;

10   and that the within transcript is a true

11   record of the testimony given by said

12   witness.

13       I further certify that I am not

14   related to any of the parties to this

15   action by blood or marriage, and that I am

16   in no way interested in the outcome of

17   this matter.

18       IN WITNESS WHEREOF, I have hereunto

19   set my hand this 13th day of April, 2020.

20

21

22

23

24

25                   JEREMY RICHMAN

                                            Page 352

```
 1                        DECLARATION

 2

 3         I hereby declare I am the deponent in the within

 4    matter; that I have read the foregoing transcript and

 5    know the contents thereof; and I declare that the same

 6    is true of my knowledge except as to the matters which

 7    are therein stated upon my information or belief, and as

 8    to those matters, I believe them to be true.

 9         I declare under the penalties of perjury

10    under the laws of the United States that the

11    foregoing is true and correct.

12

13         This declaration is executed this _____ day

14    of _____, 20___, at

15    _____, _____.

16

17

18

19              _____

20                     STANISLAW SKOWRONEK

21

22

23

24

25

                                            Page 353
```