# DEX 8

ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3

 4

 5                                    )

    APPLE, INC.,                      )

 6                                    )

            Plaintiff,                )

 7                                    )

                 vs.                  )   Case No.

 8                                    )   9:19-cv-81160-RS

    CORELLIUM, LLC,                   )

 9                                    )

            Defendant.                )

10                                    )

11

12

13              ATTORNEYS' EYES ONLY

14     VIDEOTAPED VIDEOCONFERENCE REMOTE DEPOSITION OF

15                 YIDUO "DAVID" WANG

16           Taken in behalf of Plaintiff

17                 *   *   *

18              April 9, 2020

19              Portland, Oregon3

20

21     Job No. 4052307

22     Teresa L. Dunn,

23     Court Reporter

24     CSR, CCR, RPR

25     Pages 1-264
```

Page 1

ATTORNEYS EYES ONLY

```
 1          VIRTUAL APPEARANCES THROUGH ZOOM:
 2    For the Plaintiff:
 3    MR. SARANG DAMLE
      MS. HOLLY VICTORSON
 4    MR. GABRIEL S. CROSS
      Latham & Watkins, LLP
 5    555 Eleventh Street, N.W.
      Suite 1000
 6    Washington, DC 20004
      202-637-3332
 7    sy.damle@lw.com
      holly.victorson@lw.com
 8    gabe.cross@lw.com
 9
      For the Defendant:
10
      MR. JUSTIN B. LEVINE
11    Cole, Scott & Kissane
      222 Lakeview Avenue
12    Suite 120
      West Palm Beach, FL 33401
13    561-383-9203
      justin.levine@csklegal.com
14
15    Also Present:
      Jason Nieh
16    Amanda Gorton
      Eli Hart, Videographer
17
18
19
20
21
22
23
24
25
```

ATTORNEYS EYES ONLY

```
 1                      INDEX
 2   Examination by:                        Page
     MR. DAMLE                                 5
 3   MR. LEVINE                              258
 4
 5                    EXHIBITS
 6   Exhibit        Description              Page
     Exhibit 1      ███████████ ██ ████      ██
     ████████████ ████ ████████
     Exhibit 2      ████ █ ████████ ████      ██
     ████████ ████ ████████
     Exhibit 3      ████ █ ████████           ███
     ████████
     Exhibit 4      ██████████               ███
     ██████ █ ████ ███ ████ ████             162
                    ███ █████ ████ █████
11   Exhibit 6                               ███
                    ███ ████ ██ ███
12   Exhibit 7      E-Mail dated 10-3-18     179
     Exhibit 8      E-Mail dated 7-16-18     191
13   Exhibit 9      Source Code, Bates numbers 229
                    Corellium-028769 through
14                  Corellium-028795
     Exhibit 10     E-Mail dated 10-1-18     240
15   Exhibit 11     E-Mail dated 1-7-19      245
16
17
18
19
20
21
22
23
24
25
```

Page  3

ATTORNEYS EYES ONLY

```
1          PORTLAND, OREGON; THURSDAY, APRIL 9, 2020

2                        8:05 a.m.

3                        *    *    *

4          THE COURT REPORTER:  The attorneys

5     participating in this deposition acknowledge

6     that I am not physically present in the

7     deposition room and that I will be reporting

8     this deposition remotely.  The parties and their

9     counsel consent to this arrangement and waive

10    any objections to this manner of reporting.

11         Please indicate your agreement by

12    stating your name and agreement on the record.

13         MR. DAMLE:  Sy Damle -- go ahead,        08:06:29

14    Justin.                                        08:06:33

15         MR. LEVINE:  Justin Levine from the law   08:06:33

16    firm of Cole Scott Kissane, no objection.      08:06:36

17         MR. DAMLE:  Sy Damle from the law firm    08:06:41

18    of Latham and Watkins on behalf of Apple, Inc., 08:06:44

19    no objection.                                  08:06:49

20              YIDUO "DAVID" WANG

21    called as a witness in behalf of the Plaintiff,

22      having first been sworn by the Reporter,

23           testifies as follows:

24

25
```

Page 4

ATTORNEYS EYES ONLY

```
1                   EXAMINATION
2   BY MR. DAMLE:                                08:07:10
3      Q.   Good morning, Mr. Wang.              08:07:10
4      A.   Good morning.                        08:07:37
5      Q.   So I will start with some what we call   08:07:37
6   admonitions.  So could you please state your     08:07:45
7   full name for the record?                    08:07:48
8      A.   My full legal name is Yiduo Wang.  I go   08:07:48
9   by David Wang.  First name is spelled Y-I-D-U-O.   08:07:54
10     Q.   And have you been -- have you been   08:08:08
11  deposed before?                              08:08:10
12     A.   No.                                  08:08:11
13     Q.   And do you understand that your      08:08:12
14  testimony today has the same force and effect as   08:08:18
15  if you were in a court before a judge or a jury?   08:08:22
16     A.   Yes, I understand.                   08:08:25
17     Q.   And you understand that you are      08:08:26
18  testifying here under penalty of perjury,    08:08:31
19  correct?                                     08:08:33
20     A.   Yes, I understand.                   08:08:33
21     Q.   So let me lay down some ground rules for   08:08:34
22  this deposition.  It is important that you let   08:08:40
23  me finish my questions before you answer and I   08:08:42
24  will try to do the same for you.             08:08:46
25          Do you understand?                   08:08:47
```

Page 5

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A.    Yes. | 08:08:48 |
| 2 | Q.    And I'm going to assume that you | 08:08:48 |
| 3 | understand the questions I ask unless you tell | 08:08:53 |
| 4 | me that you don't understand them.  And if you | 08:08:56 |
| 5 | do tell me that I'm happy to clarify. | 08:08:59 |
| 6 |      Do you understand that? | 08:09:01 |
| 7 | A.    Yes, I do. | 08:09:02 |
| 8 | Q.    And so after this deposition is | 08:09:04 |
| 9 | completed the court reporter is going to prepare | 08:09:09 |
| 10 | a transcript for your review and you have the | 08:09:12 |
| 11 | right to review it and make any corrections. | 08:09:15 |
| 12 |      I just want to warn you that if you make | 08:09:18 |
| 13 | any substantive changes to your testimony I will | 08:09:21 |
| 14 | be able to comment on those substantive changes | 08:09:24 |
| 15 | at trial. | 08:09:27 |
| 16 |      Do you understand that? | 08:09:27 |
| 17 | A.    Okay.  I understand. | 08:09:28 |
| 18 | Q.    Have you taken any medication today that | 08:09:29 |
| 19 | would affect your ability to give complete and | 08:09:35 |
| 20 | truthful testimony? | 08:09:39 |
| 21 | A.    No, I have not. | 08:09:41 |
| 22 | Q.    And any other reasons sitting here today | 08:09:42 |
| 23 | that you can think of that would stop you from | 08:09:49 |
| 24 | giving truthful or accurate testimony? | 08:09:51 |
| 25 | A.    No. | 08:09:53 |

Page 6

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   And you understand that you are | 08:09:54 |
| 2 | testifying today in connection with a lawsuit | 08:09:58 |
| 3 | between Apple, Inc., and Corellium, LLC, | 08:10:02 |
| 4 | correct? | 08:10:05 |
| 5 | A.   Yes. | 08:10:05 |
| 6 | Q.   So I want to just talk about some | 08:10:06 |
| 7 | particular ground rules given this virtual | 08:10:12 |
| 8 | setting. | 08:10:15 |
| 9 | You know, ordinarily we would be in a | 08:10:17 |
| 10 | room together.  Since we're sitting virtually | 08:10:18 |
| 11 | and you are on your computer I just want to make | 08:10:21 |
| 12 | sure you understand that during the time that | 08:10:25 |
| 13 | I'm asking you questions and we are on the | 08:10:27 |
| 14 | record my expectation is that you are not going | 08:10:28 |
| 15 | to be communicating with anyone else through | 08:10:31 |
| 16 | text messages or e-mail or chat. | 08:10:35 |
| 17 | Do you understand that? | 08:10:37 |
| 18 | A.   Yes. | 08:10:38 |
| 19 | Q.   And can I just ask whether there's | 08:10:38 |
| 20 | anyone else in the room with you physically | 08:10:41 |
| 21 | right now? | 08:10:44 |
| 22 | A.   There's no one else in the room.  My | 08:10:44 |
| 23 | girlfriend is in another room in the house. | 08:10:47 |
| 24 | Q.   Okay.  So if anyone comes in to watch | 08:10:48 |
| 25 | your testimony please let us know and we will | 08:10:52 |

Page 7

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | note that for the record. | 08:10:54 |
| 2 | Is that okay? | 08:10:55 |
| 3 | A.   Yeah, that's fine. | 08:10:56 |
| 4 | Q.   Can you explain what you did to prepare | 08:10:57 |
| 5 | for today's deposition? | 08:11:02 |
| 6 | MR. LEVINE:  Before you answer I would | 08:11:06 |
| 7 | just state that please do not advise as to any | 08:11:09 |
| 8 | communications with lawyers or consultants | 08:11:11 |
| 9 | retained by attorneys. | 08:11:15 |
| 10 | THE WITNESS:  Well, I just basically | 08:11:18 |
| 11 | looked over the source code again.  And | 08:11:20 |
| 12 | I -- that's, you know, I didn't do that much to | 08:11:27 |
| 13 | prepare for the deposition other than, you know, | 08:11:30 |
| 14 | talk about it -- talk it over with the | 08:11:32 |
| 15 | co-founders. | 08:11:38 |
| 16 | Q.   (By Mr. Damle) Did you meet with counsel | 08:11:38 |
| 17 | to prepare? | 08:11:40 |
| 18 | A.   Yes, I did, yes. | 08:11:41 |
| 19 | Q.   About how many -- how many times? | 08:11:44 |
| 20 | A.   I think we only talked -- I think we | 08:11:45 |
| 21 | only met twice about it. | 08:11:48 |
| 22 | Q.   And for -- collectively for how long did | 08:11:50 |
| 23 | you meet? | 08:11:57 |
| 24 | A.   A few hours.  Probably -- probably | 08:11:57 |
| 25 | collectively three. | 08:12:03 |

Page 8

ATTORNEYS EYES ONLY

```
 1       Q.   And who other than your counsel was        08:12:06
 2   present when you were preparing for the             08:12:10
 3   deposition?                                         08:12:14
 4            MR. LEVINE:  I would -- so I'm going to    08:12:15
 5   get into -- this is getting into work product      08:12:17
 6   privilege so I'm going to instruct the witness     08:12:21
 7   not to answer.                                      08:12:23
 8       Q.   (By Mr. Damle) Was there anybody present  08:12:27
 9   other than you and your counsel?  You don't have   08:12:32
10   to say who, just whether there was anybody.        08:12:36
11            MR. LEVINE:  This is a yes or no          08:12:38
12   question.                                           08:12:40
13            THE WITNESS:  Yes.                        08:12:40
14       Q.   (By Mr. Damle) So you mentioned that you  08:12:41
15   reviewed source code in preparation for your       08:12:47
16   deposition.                                         08:12:50
17            Did you review -- let me ask about the    08:12:51
18   source code.  What source code did you review in   08:12:55
19   preparation for your deposition?                   08:12:58
20       A.   Just -- likely just the source code that  08:12:59
21   we had given to the attorneys for the production   08:13:03
22   and just particularly areas that I was more        08:13:08
23   familiar with and things that I felt might         08:13:12
24   be -- might -- people might ask questions about.   08:13:16
25       Q.   What are the areas that you are more      08:13:19
```

Page 9

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | familiar with in the source code? | 08:13:25 |
| 2 | A.   My role is the middleware portion which | 08:13:29 |
| 3 | basically is the process where we get | 08:13:34 |
| 4 | instructions from the users to create the | 08:13:38 |
| 5 | virtual device and how those instructions are | 08:13:41 |
| 6 | relayed down to the individual compute node | 08:13:43 |
| 7 | hardware and how that hardware is instructed to | 08:13:48 |
| 8 | begin the process. | 08:13:51 |
| 9 | Q.   Okay.  We will -- I will ask a few more | 08:13:52 |
| 10 | questions about that a little later. | 08:14:03 |
| 11 | Have you -- you mentioned that you | 08:14:06 |
| 12 | discussed your deposition with your co-founders. | 08:14:08 |
| 13 | Was counsel present when you had those | 08:14:13 |
| 14 | discussions? | 08:14:14 |
| 15 | A.   I believe counsel was present at some | 08:14:15 |
| 16 | points in it, but mostly not. | 08:14:22 |
| 17 | Q.   Mostly not.  And what did you -- again, | 08:14:23 |
| 18 | in the times that counsel was not present what | 08:14:27 |
| 19 | did you discuss with your co-founders about this | 08:14:30 |
| 20 | deposition? | 08:14:35 |
| 21 | MR. LEVINE:  And I would also advise -- | 08:14:35 |
| 22 | I would also advise the witness that if you are | 08:14:38 |
| 23 | receiving any information that was directly | 08:14:41 |
| 24 | received from the attorneys, then I would say | 08:14:43 |
| 25 | that this all falls into work product and I | 08:14:45 |

Page 10

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | would say don't answer as it relates to | 08:14:48 |
| 2 | communications that were derived from | 08:14:50 |
| 3 | information from the lawyers. | 08:14:51 |
| 4 | Q.   (By Mr. Damle) Yeah, I'm not interested | 08:14:55 |
| 5 | in anything about what the -- what the lawyers | 08:14:57 |
| 6 | told you or your co-founders. | 08:14:59 |
| 7 | I just want to know what you and your | 08:15:01 |
| 8 | co-founders talked about other than that. | 08:15:04 |
| 9 | MR. LEVINE:  So nothing as it relates to | 08:15:10 |
| 10 | strategy, case, anything related to the lawyers. | 08:15:12 |
| 11 | If there's anything, you know, if there's | 08:15:15 |
| 12 | anything -- yeah, all I can say is anything | 08:15:18 |
| 13 | that, you know, was derived from the lawyers, | 08:15:23 |
| 14 | those are attorney-client privileges as well. | 08:15:25 |
| 15 | Because you are a member of the entity | 08:15:28 |
| 16 | it all falls into work product and | 08:15:31 |
| 17 | attorney-client.  So anything that was derived | 08:15:34 |
| 18 | from a lawyer or discussed with a lawyer then | 08:15:36 |
| 19 | any of that should not be discussed. | 08:15:38 |
| 20 | So if you can answer this without | 08:15:40 |
| 21 | disclosing any kind of work product or | 08:15:42 |
| 22 | attorney-client privilege, then go ahead.  If | 08:15:45 |
| 23 | not then I'm instructing you not to answer. | 08:15:47 |
| 24 | THE WITNESS:  I'm not sure if I can | 08:15:51 |
| 25 | answer.  I don't recall enough of the questions | 08:15:53 |

Page 11

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | to disambiguate those two. | 08:15:55 |
| 2 | Q.   (By Mr. Damle) Did you speak with Amanda | 08:15:59 |
| 3 | Gorton about her deposition? | 08:16:04 |
| 4 | A.   Only in that she -- only in that she had | 08:16:06 |
| 5 | a deposition, but not at any great length. | 08:16:11 |
| 6 | Q.   Did she tell you anything about what she | 08:16:14 |
| 7 | was asked or the topics that came up during the | 08:16:17 |
| 8 | deposition? | 08:16:21 |
| 9 | A.   No, she did not.  She just told me that | 08:16:22 |
| 10 | it seemed like it went well.  That was the only | 08:16:27 |
| 11 | information I have about that. | 08:16:30 |
| 12 | Q.   And what about Steve Dyer, did you speak | 08:16:31 |
| 13 | with him about his deposition? | 08:16:33 |
| 14 | A.   No, not directly.  I was told by Chris | 08:16:35 |
| 15 | that that went well, too. | 08:16:38 |
| 16 | Q.   And did Chris tell you anything about | 08:16:40 |
| 17 | the topics that came up during that deposition? | 08:16:45 |
| 18 | A.   Not that I can recall. | 08:16:47 |
| 19 | Q.   Have you -- in preparing for today's | 08:16:49 |
| 20 | deposition did you speak with anyone that was | 08:16:58 |
| 21 | not an employee of Corellium other than your | 08:17:00 |
| 22 | counsel? | 08:17:04 |
| 23 | A.   No. | 08:17:04 |
| 24 | Q.   And have you discussed this litigation | 08:17:06 |
| 25 | with anyone other than the counsel -- your | 08:17:15 |

Page 12

ATTORNEYS EYES ONLY

```
 1   counsel in this case?                          08:17:20

 2       A.   I told my girlfriend.  I'm pretty     08:17:21

 3   nervous about it so we discussed that.         08:17:30

 4       Q.   But other than the fact that you are  08:17:32

 5   nervous anything else other than that?         08:17:34

 6       A.   No.                                   08:17:36

 7       Q.   So what do you understand about the   08:17:37

 8   nature of the lawsuit that you are here for    08:17:46

 9   today?                                         08:17:49

10       A.   My understanding is that it is a      08:17:49

11   copyright infringement lawsuit largely.  And   08:17:55

12   that from what I understand Apple is accusing  08:18:01

13   Corellium of having copied iOS or trying to    08:18:03

14   create some sort of fake knock-off version of  08:18:13

15   iOS.                                           08:18:18

16       Q.   And did you understand that there is a 08:18:19

17   claim here under the Digital Millennium        08:18:21

18   Copyright Act?                                 08:18:27

19       A.   Oh, about -- yes, I understand there was 08:18:28

20   another claim about circumvention of copy      08:18:32

21   protections, but I find that claim very        08:18:36

22   confusing because we did not have to circumvent 08:18:42

23   anything in the course of anything we did.     08:18:45

24       Q.   And is that something you considered as 08:18:47

25   you were developing your product, whether you  08:18:57
```

Page 13

ATTORNEYS EYES ONLY

```
1    were either violating the copyright law by          08:19:02

2    making unauthorized copies or modifications, or      08:19:09

3    whether you were violating the DMCA by               08:19:13

4    circumventing copy controls as you call them?        08:19:20

5            MR. LEVINE:  Object to the form, calls       08:19:22

6    for legal conclusion, expert opinion.                08:19:25
```



Page 14

ATTORNEYS EYES ONLY



```
 1
```

```
12    Q.   So is it -- is it the fact that Apple    08:21:31

13  has made its code -- and here we are talking    08:21:47

14  about the IPSW files; is that correct?          08:21:50

15    A.   Yes.                                      08:21:52

16    Q.   And the fact that Apple has made its     08:21:52

17  IPSW files publicly available that is what gave  08:21:56

18  you comfort that what you were doing was legally 08:21:59

19  permissible; is that correct?                    08:22:01

20       MR. LEVINE:  Object to the form, calls      08:22:03

21  for legal conclusion.                            08:22:04

22       THE WITNESS:  Yes, partially it did         08:22:07

23  make -- make me comfortable.  And also I believe 08:22:09

24  that we initially had some discussions with      08:22:13

25  Apple employees like in earlier stages in the    08:22:17
```

Page 15

ATTORNEYS EYES ONLY

```
 1    project and it felt like there was no -- they      08:22:20
 2    did not have any particular objection to what we   08:22:24
 3    were doing.                                         08:22:29
 4        Q.    (By Mr. Damle) Any other -- any other    08:22:29
 5    reason that you can think of that you felt that    08:22:36
 6    what you were doing was legally permissible?       08:22:38
 7             MR. LEVINE:  Object to the form.          08:22:42
 8             THE WITNESS:  I can't think of any        08:22:44
 9    specific one right now, but I was fairly           08:22:55
10    confident.                                          08:22:58
11             And I was also confident that if there    08:22:59
12    were problems Apple would, you know, ask us to     08:23:01
13    stop.                                               08:23:04
14        Q.    (By Mr. Damle) Do you think Apple has    08:23:05
15    asked you to stop by filing this lawsuit?          08:23:10
16        A.    Yes, but I expected something less -- a  08:23:12
17    notification that was less, you know, dramatic I   08:23:20
18    suppose than a lawsuit.                             08:23:23
19             MR. LEVINE:  And let me get my -- I       08:23:25
20    didn't have a chance to get an objection in        08:23:28
21    there.  Objection, speculation.                     08:23:28
22             And also, David, if you can for some of   08:23:30
23    these questions I'm going to be asserting          08:23:32
24    objections on the record.                           08:23:34
25             Counsel didn't go through some of these   08:23:36
```

Page 16

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | instructions in the beginning, but I just want | 08:23:38 |
| 2 | to make sure that I have an opportunity after | 08:23:40 |
| 3 | the -- after Mr. Damle asks his question to be | 08:23:42 |
| 4 | able to assert an objection on the record. | 08:23:48 |
| 5 | So if you can give me a second to assert | 08:23:50 |
| 6 | any objection after the question before you | 08:23:52 |
| 7 | answer.  Thank you. | 08:23:54 |
| 8 | THE WITNESS:  Sorry about that. | 08:23:56 |
| 9 | MR. LEVINE:  No problem. | 08:23:58 |
| 10 | Q.   (By Mr. Damle) If Apple had sent you a | 08:23:59 |
| 11 | cease and desist letter do you think Corellium | 08:24:10 |
| 12 | would have stopped using its product -- stopped | 08:24:14 |
| 13 | selling its Apple -- Corellium Apple product? | 08:24:20 |
| 14 | Sorry. | 08:24:23 |
| 15 | MR. LEVINE:  Objection, assumes facts | 08:24:23 |
| 16 | not in evidence, speculation, improper | 08:24:24 |
| 17 | hypothetical. | 08:24:28 |
| 18 | THE WITNESS:  I believe we would have | 08:24:28 |
| 19 | had a serious conversation as a company and, you | 08:24:29 |
| 20 | know, just talked to Apple about it. | 08:24:31 |
| 21 | I don't know exactly what we would have | 08:24:33 |
| 22 | done, but my personal stance is that I -- I | 08:24:35 |
| 23 | would rather not get into a legal fight with | 08:24:42 |
| 24 | Apple. | 08:24:46 |
| 25 | Q.   (By Mr. Damle) And why would you rather | 08:24:46 |

Page 17

ATTORNEYS EYES ONLY

```
 1   not get into a legal fight with Apple?          08:24:52

 2     A.   Because -- I would rather not because    08:24:55

 3   I'm a big Apple fan.  I like Apple.  I, you     08:24:57

 4   know, I wanted to work there.                   08:25:02

 5        So I don't, you know, this kind of         08:25:04

 6   conflict is something and any conflict is       08:25:11

 7   something that really bothers me.               08:25:13

 8     Q.   Do you think Apple's position in this    08:25:15

 9   litigation is reasonable?                       08:25:21

10        MR. LEVINE:  Object to the form of the     08:25:26

11   question, calls for legal opinion, speculation, 08:25:28

12   legal conclusion.                               08:25:32

13        THE WITNESS:  I don't believe Apple's      08:25:35

14   legal position in this is reasonable in the form 08:25:40

15   that they gave it to us.                        08:25:45

16        It seems to me that it focuses on -- on    08:25:47

17   things that don't -- that -- things that don't  08:25:51

18   exist such as, you know, our circumvention of   08:25:59

19   any sort of protection measures.                08:26:05

20        It seems to me that it relies like this    08:26:06

21   flavor of us trying to create a knock-off       08:26:12

22   version of iOS when we don't.                   08:26:15

23        What we tried to do is create tools for    08:26:19

24   developers who will be buying iPhones anyway.   08:26:22

25   And I think that -- I think that, you know, I   08:26:26
```

Page 18

ATTORNEYS EYES ONLY



1   think what we do does not harm Apple at all and,   08:26:32

2   in fact, helps Apple.                              08:26:35

Page 19

ATTORNEYS EYES ONLY



Page  20

ATTORNEYS EYES ONLY



Page 21

ATTORNEYS EYES ONLY



Page 22

ATTORNEYS EYES ONLY



Page 23

ATTORNEYS EYES ONLY



Page 24

ATTORNEYS EYES ONLY



Page 25

ATTORNEYS EYES ONLY



Page 26

ATTORNEYS EYES ONLY



Page 27

ATTORNEYS EYES ONLY



Page 28

ATTORNEYS EYES ONLY



Page 29

ATTORNEYS EYES ONLY

```
1      Q.    Okay.  We will put a pin in that and we      08:42:25

2   may have to revisit.  Okay.                           08:42:35

3          So after August of 2017 what was your          08:42:40

4   next position?                                        08:42:46

5      A.    Well, I came on board to Corellium.  I       08:42:47

6   was originally -- originally was going                08:42:57

7   to -- thinking about rejoining Quantum Metric,        08:43:01

8   but ended up -- ended up joining Corellium.           08:43:05
```



Page 30

ATTORNEYS EYES ONLY

```
1    ████████████████████████████████████████   ████████
█    ████████████████████████████████████      ████████
3        Q.    And you mentioned Chris and that's Chris   08:44:30
4    Wade?                                                08:44:36
5        A.    That's right.                              08:44:37
6        Q.    And you knew Chris Wade before he made     08:44:37
7    you the offer to join Corellium?                     08:44:40
8        A.    Yes.  I met him very long ago, back when   08:44:43
9    I was in college in fact.                            08:44:47
10       Q.    Had you worked together with Chris Wade    08:44:52
11   before joining him at Corellium?                     08:44:54
12       A.    Yes, on a couple of occasions.  The        08:44:58
13   previous occasions -- actually, when I joined        08:45:00
14   Intelliborn he was actually recruited at the         08:45:05
15   same time or even a little bit earlier.              08:45:07
16          And, you know, it didn't end up working       08:45:11
17   out and Chris left the company pretty soon after     08:45:17
18   I joined.  I think I worked with him a total of      08:45:19
19   a month or less.                                     08:45:25
20          And the previous time Chris and I worked      08:45:26
21   on various projects together.                        08:45:28
22   ██   ████████████████████████            ████████
██   ██   ████████████████████████████████████   ████████
██   ████████████████████████████   ████████      ████████
██   ████████████████████████████████            ████████
```

Page 31

ATTORNEYS EYES ONLY



Page 32

ATTORNEYS EYES ONLY



Page  33

ATTORNEYS EYES ONLY



Page 34

ATTORNEYS EYES ONLY



```
 1
```

19    Q.    And who at Apple did you speak with          08:51:33

20    about the potential acquisition?                   08:51:45

21    A.    I did not directly speak to anyone at        08:51:49

22    Apple about acquisition other than the times       08:51:55

23    that I was at the Apple campus and interacting     08:51:58

24    with a lot of their engineers.                     08:52:03

25          I don't remember all of their names, but     08:52:07

                                                    Page 35

ATTORNEYS EYES ONLY

```
 1    I usually -- I think it is just I let Chris and    08:52:10
 2    others, you know, take the lead on those things.   08:52:16
 3        Q.   Do you know who Craig Federighi is?       08:52:19
 4        A.   Yes, I definitely know of him from his    08:52:27
 5    reputation and I have been in a meeting with       08:52:32
 6    him.                                               08:52:34
 7        Q.   And when were you in a meeting with him?  08:52:36
 8        A.   It was the first time that -- I think it  08:52:39
 9    was the first time we were at Apple and I think    08:52:49
10    we had an early meeting with Craig and he was in   08:52:51
11    a room, yeah, in a room with us pretty briefly     08:52:55
12    for 30 minutes.                                    08:53:01
13          We -- we -- we kind of made our pitch or     08:53:02
14    I guess Chris did and I didn't really talk at      08:53:06
15    all.                                               08:53:09
16        Q.   And you said before that you like Apple.  08:53:09
17    Why do you like Apple?                             08:53:19
18        A.   I think Apple makes great products and I  08:53:21
19    think they make really sound engineering           08:53:25
20    decisions.                                         08:53:27
21          I think that -- I think that in terms        08:53:29
22    of -- in terms of privacy they're doing a better   08:53:34
23    job than other large companies like Google.        08:53:37
24          I don't think Apple is perfect.  I don't     08:53:41
25    like, you know, everything about them or about     08:53:43
```

Page 36

ATTORNEYS EYES ONLY

```
1    their corporate policies, but the products      08:53:47

2    themselves I think are really nice, really       08:53:50

3    great.                                            08:53:53

4       Q.   Do you think iOS is a secure platform    08:53:53

5    compared to other platforms?                     08:54:01

6       A.   I think, yes, because -- but because     08:54:05

7    I -- because I work primarily in iOS I may not   08:54:17

8    understand all of the security features of other 08:54:22

9    platforms, but from what I know of iOS I do      08:54:25

10   think that iOS security is quite strong.         08:54:28

11           And, you know, from the people I have    08:54:33

12   met who do iOS security they seem to know --     08:54:36

13   treat it seriously and know what they're talking 08:54:40

14   about.                                           08:54:44

15      Q.   Do you think in general iOS is more      08:54:44

16   secure than Android?                             08:54:51

17      A.   Yes, I do think so, but, again, I don't  08:55:00

18   have as much experience with the Android         08:55:03

19   ecosystem.                                       08:55:06

20           It does seem like the Android ecosystem  08:55:07

21   suffers from a bit of fragmentation both from a  08:55:10

22   market perspective and there's uneven -- uneven  08:55:14

23   application of the security measures that they   08:55:15

24   do have and also some degree of technical        08:55:17

25   fragmentation.                                   08:55:21
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY

```
 1          I recall looking at their Sandbox model   08:55:22

 2     and it seemed instead of having the iOS-styled   08:55:25

 3     Sandbox framework with mandatory access controls   08:55:29

 4     they have kind of a patchwork quilt of systems   08:55:32

 5     which seems significantly less elegant to me.   08:55:36

 6          Q.   Can we turn back to your joining   08:55:40

 7     Corellium?  What was your role when you first   08:55:49

 8     joined Corellium?   08:55:52

 9          MR. LEVINE:  Counsel, he can absolutely   08:55:54

10     answer this question, but just after this   08:55:57

11     question before we get into a new line of   08:55:59

12     questions can we just take a quick break?  We've   08:56:01

13     been going about an hour now.   08:56:04

14          MR. DAMLE:  A little under an hour, but,   08:56:05

15     yeah, sure.  Let me just ask you about your time   08:56:07

16     at Corellium and then we can take a break.   08:56:09

17          MR. LEVINE:  It is coming up on noon and   08:56:13

18     we started at 11 so just maybe at noon.  Thanks.   08:56:17

19          THE WITNESS:  Yeah, so I'm trying   08:56:19

20     to -- I'm trying to remember exactly what my   08:56:22

21     role would be.  Like Chris -- Chris called me   08:56:24

22     and thought that I would be really good with   08:56:28

23     the -- really good with helping out.   08:56:32

24     ████████████████████████████   ████████

██   ████████████████████████████   ████████

                                     ████████
```

████████████████

      ████████

ATTORNEYS EYES ONLY

1 ██████████████████████████ ██████████

██ █████████████████████████████████ ██████████

██ ████████████████████████████████ ██████████

██ █████████████████████████ ██████████

██ █████████████████████████████ ██████████

██ █████████████████████████████████ ██████████

██ █████████████████████████████ ██████████

██ ██████████████████████████ ██████████

██ ███████████████████ ██████████

10     Q.   (By Mr. Damle) And so you were a          08:57:23

11   co-founder of Corellium.  Is that fair to say?   08:57:28

12     A.   Yes.                                        08:57:31

13     Q.   And you are a member of the LLC?  You      08:57:31

14   know what that means?                             08:57:34

15     A.   I -- yes, I believe I'm a member of the    08:57:35

16   LLC.  I'm not completely clear on the meaning --  08:57:40

17   the legal meaning of it I suppose.                08:57:43

18     Q.   But you own a piece of the company; is     08:57:45

19   that right?                                       08:57:51

20     A.   Yes.                                        08:57:51

21     Q.   And what is your current title?            08:57:52

22     A.   The title that I -- I don't really have    08:57:59

23   an official title.  Usually I just tell people    08:58:07

24   co-founder.                                        08:58:10

25          I think that the title that most matches   08:58:11

Page 39

ATTORNEYS EYES ONLY



| 1 | what I do currently is just the head of | 08:58:15 |
| 2 | platform. Basically all the software that's not | 08:58:18 |
| 3 | the hypervisor that kind of feeds stuff into the | 08:58:23 |
| 4 | hypervisor and managing how developers interact | 08:58:28 |
| 5 | with our software and those things I'm | 08:58:31 |
| 6 | responsible for. | 08:58:33 |

Page 40

ATTORNEYS EYES ONLY



Page 41

ATTORNEYS EYES ONLY



1        MR. DAMLE:  We can take a break now.        09:01:17

2        (Recess from 9:01 a.m. to 9:15 a.m.)        09:01:22

Page 42

ATTORNEYS EYES ONLY



Page 43

```
 1        Q.    And so in 2013 you won a Pwnie award for   09:18:46

 2   Best Privilege Escalation Bug; is that correct?      09:18:56

 3        A.    That's right.                             09:18:59

 4              MR. LEVINE:  Objection.  You can answer.  09:19:00

 5              THE WITNESS:  Yes, that's correct.        09:19:04

 6        Q.    (By Mr. Damle) And what was that award    09:19:05

 7   for, what bug was it for, sorry?                     09:19:12

 8        A.    I don't recall the precise bug, but I     09:19:15

 9   believe it was for a chain of vulnerabilities        09:19:22

10   that allowed us -- allowed us to jailbreak a         09:19:25

11   particular series of devices.  I believe it          09:19:30

12   could have been either iOS 6 or 7.                   09:19:35

13        Q.    Was it called the Evasi0n jailbreak?      09:19:38

14        A.    Yes.                                      09:19:43

15        Q.    With the O replaced with a 0?             09:19:43

16        A.    Yes.                                      09:19:57

17        Q.    And I believe I have read that -- that    09:19:57

18   this required bypassing code signing on iOS.  Is     09:20:12

19   that accurate?                                       09:20:24

20              MR. LEVINE:  Objection, foundation.       09:20:25

21              THE WITNESS:  It required -- it required  09:20:27

22   the -- it required us to be able to execute          09:20:32

23   unsigned code.  It was a vulnerability that had      09:20:38

24   to be exploited so that code not signed by Apple     09:20:41

25   could run on a device.                               09:20:45
```

Page 44

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   (By Mr. Damle) Is that a common feature | 09:20:48 |
| 2 | of jailbreak exploits, that you need to run | 09:20:50 |
| 3 | signed code on the device? | 09:20:56 |
| 4 | A.   Yes, because ultimately the point of | 09:20:57 |
| 5 | jailbreaking is to take control of your own | 09:21:01 |
| 6 | device. | 09:21:06 |
| 7 | Apple has locked down the device so that | 09:21:07 |
| 8 | no code unless they explicitly sign off on every | 09:21:09 |
| 9 | single bit of it needs to -- runs. | 09:21:14 |
| 10 | So on a traditional computer you are | 09:21:19 |
| 11 | free to write any code you want and run it right | 09:21:23 |
| 12 | away, but on an iOS device because of those | 09:21:26 |
| 13 | restrictions only code Apple signs can run. | 09:21:29 |
| 14 | And so what jailbreaking does is it | 09:21:35 |
| 15 | allows you to take control of your own device. | 09:21:37 |
| 16 | It allows you to -- to, you know, break open the | 09:21:40 |
| 17 | manufacturer seal so to speak and just -- and, | 09:21:45 |
| 18 | you know, tinker -- tinker and make enhancements | 09:21:50 |
| 19 | to your device and run whatever programs you | 09:21:54 |
| 20 | want on it. | 09:21:57 |
| 21 | Q.   Does jailbreaking an iPhone always | 09:21:58 |
| 22 | require the use of exploitable vulnerability? | 09:22:10 |
| 23 | A.   Jailbreaking a physical iPhone would | 09:22:18 |
| 24 | require some sort of vulnerability.  There's | 09:22:28 |
| 25 | various definitions of vulnerabilities.  In this | 09:22:35 |

Page 45

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | case I will define vulnerability very broadly -- | 09:22:37 |
| 2 | Q.   Sure. | 09:22:40 |
| 3 | A.   -- like even if it's like something that | 09:22:40 |
| 4 | is a design flaw or something like I will count | 09:22:47 |
| 5 | as a vulnerability, but since the design | 09:22:50 |
| 6 | specifically says all code that runs must | 09:22:53 |
| 7 | be -- must be -- must be approved by Apple | 09:22:57 |
| 8 | then -- then that would mean that you would need | 09:23:01 |
| 9 | some sort of like aberration, some sort of -- | 09:23:06 |
| 10 | something that goes against the design to run | 09:23:11 |
| 11 | code not signed by Apple in that case. | 09:23:15 |
| 12 | Q.   So jailbreaking an iPhone requires some | 09:23:17 |
| 13 | sort of vulnerability in the way that you have | 09:23:24 |
| 14 | defined it? | 09:23:26 |
| 15 | MR. LEVINE:  Mischaracterizes testimony, | 09:23:29 |
| 16 | objection. | 09:23:32 |
| 17 | THE WITNESS:  It does not in certain | 09:23:34 |
| 18 | cases.  So -- so jailbreaking a physical device | 09:23:38 |
| 19 | does require that, however -- however, you can | 09:23:42 |
| 20 | have a device that is not jailed in the first | 09:23:47 |
| 21 | place. | 09:23:51 |
| 22 | | |

Page  46

ATTORNEYS EYES ONLY



1   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉   ▉▉▉▉

2     Q.   (By Mr. Damle) And is it something that   09:24:08

3   Corellium does that means that the restrictions   09:24:13

4   are not there?   09:24:17

5       MR. LEVINE:  Object to the form of the   09:24:21

6   question, confusing, vague.   09:24:25

7       THE WITNESS:  Yeah, I'm sorry, could   09:24:26

8   you -- could you clarify that?   09:24:30

9   ▉▉   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉   ▉▉▉▉

▉▉   ▉▉▉▉▉   ▉▉▉▉

▉▉   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉   ▉▉▉▉

▉▉   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉   ▉▉▉▉

▉▉   ▉▉▉▉▉▉▉▉▉   ▉▉▉▉

14       MR. LEVINE:  Objection, vague.  You   09:24:44

15   failed to clarify what restrictions.   09:24:48

16   ▉▉▉▉▉▉▉   ▉▉▉▉▉▉▉▉▉▉▉▉   ▉▉▉▉

▉▉   ▉▉▉▉▉▉▉▉▉▉▉▉   ▉▉▉▉

▉▉   ▉▉   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉   ▉▉▉▉

▉▉   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉   ▉▉▉▉

▉▉   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉   ▉▉▉▉

▉▉   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉   ▉▉▉▉

▉▉   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉   ▉▉▉▉

▉▉   ▉▉▉▉▉▉▉▉▉▉   ▉▉▉▉

▉▉   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉   ▉▉▉▉

▉▉   ▉▉▉▉▉▉▉▉   ▉▉▉▉

Page 47



ATTORNEYS EYES ONLY

Page 48

ATTORNEYS EYES ONLY



Page 49

ATTORNEYS EYES ONLY



Page 50

ATTORNEYS EYES ONLY



```
 1      ▮        ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬        ▬▬▬▬▬
        ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬        ▬▬▬▬▬
        ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬         ▬▬▬▬▬
        ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬         ▬▬▬▬▬
        ▬▬▬▬         ▬▬▬▬▬
        ▮        ▮         ▬▬▬▬▬

 7      Q.    You testified earlier as to how you were    09:29:35

 8      referring to vulnerability.                       09:29:48

 9             Is there a difference in your view         09:29:49

10      between a software bug and a vulnerability?       09:29:51

11      A.    It might be -- like it depends on the       09:29:53

12      context of the discussion.  I think that a        09:29:59

13      lot -- like broadly speaking a lot of things      09:30:04

14      could be a vulnerability, you know.               09:30:08

15                ▬▬▬▬▬▬▬▬▬▬▬▬▬        ▬▬▬▬▬
        ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬        ▬▬▬▬▬
        ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬        ▬▬▬▬▬
        ▬▬▬▬▬▬▬▬▬▬▬▬▬▬        ▬▬▬▬▬
        ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬        ▬▬▬▬▬
        ▬▬▬▬▬▬▬▬        ▬▬▬▬▬
        ▬▬▬▬▬▬▬▬▬▬▬▬▬        ▬▬▬▬▬
        ▬▬▬▬▬▬▬▬▬▬▬▬▬▬        ▬▬▬▬▬
        ▬         ▬▬▬▬▬
        ▬▬▬▬▬▬▬▬▬        ▬▬▬▬▬
        ▬▬▬▬▬▬▬▬▬▬▬▬        ▬▬▬▬▬
```

Page 51

ATTORNEYS EYES ONLY

1 ███████████████████████   ████████

  ██ ███████████████████████   ████████

  ██ ████████████████████████████   ████████

  ██ ███████████████████████   ████████

  ██ ███████████████████████   ████████

  ██ ██████████████████████   ████████

  ██ ██████████████████████   ████████

  ██ ██████████   ████████

9            And that could be exploited in a way to        09:31:07

10   introduce behavior that the original programmer         09:31:10

11   does not want.                                          09:31:13

12       Q.    And are there vulnerabilities in your         09:31:14

13   view that are not exploitable?  Sorry, let me           09:31:22

14   scratch that.                                           09:31:28

15            What is an exploit?                            09:31:28

16       A.    An exploit uses vulnerabilities to            09:31:30

17   achieve a purpose.                                      09:31:34

18       Q.    And what would that purpose be?               09:31:44

19       A.    It could be any purpose.  It could be         09:31:46

20   for -- for example, in jailbreaking the purpose         09:31:47

21   would be to enable unsigned code to run on the          09:31:50

22   device.                                                 09:31:55

23       Q.    And any other examples of what the            09:31:55

24   purpose of an exploit would be?                         09:31:59

25       A.    Well, largely it would -- it could            09:32:02

                                              Page 52

ATTORNEYS EYES ONLY

```
 1    also -- for example, you could potentially      09:32:06
 2    bypass a lock screen or something like that or  09:32:13
 3    perhaps in a game you score twice instead of    09:32:16
 4    once when you toss a basket, something like     09:32:22
 5    that, you know, any sort of -- or not even score 09:32:26
 6    twice, maybe you just make some interesting     09:32:29
 7    patterns appear on the screen, basically        09:32:31
 8    anything that kind of -- like -- a vulnerability 09:32:34
 9    is like sort of theoretical knowledge and an    09:32:40
10    exploit practically applies it.                 09:32:46
11       Q.   Any other vulnerabilities that are --   09:32:48
12    that wouldn't lead to the development of        09:32:53
13    exploits?  Sorry.                               09:32:55
14            Are there vulnerabilities that could    09:32:56
15    lead to the development of an exploit?          09:32:58
16            MR. LEVINE:  Object to the form of the  09:33:00
17    question.                                       09:33:06
18            THE WITNESS:  I think that -- I think it 09:33:06
19    gets tricky.  If you are saying that it is a    09:33:09
20    vulnerability, but it is not exploitable, then I 09:33:14
21    don't know if it is a vulnerability.            09:33:18
22            If it's a vulnerability that is         09:33:19
23    difficult to exploit or impractical to exploit  09:33:23
24    or can't be exploited yet with our current      09:33:27
25    understanding or knowledge, then that could     09:33:30
```

Page 53

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | still be a vulnerability. | 09:33:32 |
| 2 | Q.   (By Mr. Damle) Okay.  Have you ever | 09:33:33 |
| 3 | heard the term white hat hacker? | 09:33:41 |
| 4 | A.   Yes. | 09:33:44 |
| 5 | Q.   What does that mean to you? | 09:33:44 |
| 6 | A.   It means someone who does -- performs | 09:33:47 |
| 7 | security research for some sort of social good. | 09:33:51 |
| 8 | Q.   And when you say social good what does | 09:33:55 |
| 9 | that mean? | 09:33:58 |
| 10 | A.   It's something that benefits society. | 09:33:59 |
| 11 | Q.   And what does a black hat hacker mean to | 09:34:06 |
| 12 | you? | 09:34:12 |
| 13 | A.   Uses security, computer security to | 09:34:12 |
| 14 | benefit themselves for some sort of selfish end | 09:34:21 |
| 15 | and usually harms other -- other people. | 09:34:25 |
| 16 | Q.   Have you heard the term grey hat hacker? | 09:34:29 |
| 17 | A.   I have. | 09:34:36 |
| 18 | Q.   And what does that mean to you? | 09:34:37 |
| 19 | A.   I am not completely sure.  These are | 09:34:40 |
| 20 | terms that I -- I don't really think about very | 09:34:46 |
| 21 | often. | 09:34:49 |
| 22 | I would suppose a grey hat hacker would | 09:34:50 |
| 23 | be someone who -- who has a mix of those | 09:34:53 |
| 24 | characteristics.  I think some people define it | 09:35:01 |
| 25 | as a white hat hacker who -- who may not follow | 09:35:04 |

Page 54

ATTORNEYS EYES ONLY

```
 1   all the laws or something and some others say    09:35:07
 2   that it is a -- it is a hacker who -- who -- who  09:35:12
 3   perhaps does things for selfish ends, but not    09:35:17
 4   necessarily harms other people.                  09:35:22
 5          I don't really -- I'm very unclear about  09:35:23
 6   the definition of grey hat hacker and my feeling 09:35:26
 7   is that the community also does not know really  09:35:28
 8   what that means.                                 09:35:32
 9      Q.   What is virtualization?                  09:35:32
10      A.   Virtualization -- virtualization is the  09:35:39
11   ability to run software on hardware that the     09:35:44
12   software is not ordinarily meant to run on.      09:35:53
13          The software may believe that it is       09:35:56
14   running on the original hardware, but it is      09:35:58
15   actually running on different hardware.          09:36:00
16          And this allows you to do useful things   09:36:02
17   such as running the device -- running the        09:36:06
18   software on faster hardware or being able        09:36:10
19   to -- to introspect it a little bit more to be   09:36:14
20   able to see -- to use debugging techniques on it 09:36:18
21   to see how it works.                             09:36:22
22      Q.   And what is emulation?                   09:36:28
23      A.   Emulation -- emulation has some of the   09:36:30
24   same goals, however, instead of having --        09:36:35
25   instead of using -- leveraging -- heavily        09:36:39
```

Page 55

ATTORNEYS EYES ONLY

```
 1   leveraging existing hardware it would actually     09:36:42
 2   simulate all aspects of the hardware in software   09:36:46
 3   so it tends to be much slower, but it can be       09:36:49
 4   more accurate.                                     09:36:52
 5       Q.   And why would it be more accurate?        09:36:52
 6       A.   Because you are not bound by the          09:36:58
 7   limitations of the actual hardware that you        09:37:01
 8   have.                                              09:37:04
 9       Q.   So there are situations where simulation  09:37:04
10   has advantages over virtualization -- sorry,       09:37:18
11   scratch that, where emulation -- let me just       09:37:22
12   start that whole question over.                    09:37:24
13            So there are situations where emulation   09:37:26
14   has advantages over virtualization; is that        09:37:29
15   correct?                                           09:37:33
16            MR. LEVINE:  Object to the form, vague,    09:37:33
17   hypothetical.                                      09:37:35
18            THE WITNESS:  Yes, there are situations    09:37:41
19   where emulation might have advantages over         09:37:43
20   virtualization.                                    09:37:47
21       Q.   (By Mr. Damle) And does simulation have   09:37:48
22   a different meaning to you than emulation?         09:37:50
23            MR. LEVINE:  Object to the form.           09:38:05
24            THE WITNESS:  Yes, I think it does, but    09:38:06
25   it is unclear to me the precise differentiation    09:38:10
```

Page 56

ATTORNEYS EYES ONLY

```
 1    between simulation and emulation.              09:38:18

 2         It feels like simulation -- people who    09:38:21

 3    say simulate likely have access to the original 09:38:24

 4    hardware model and are able to -- and are more  09:38:28

 5    interested in testing the behavior of the       09:38:33

 6    hardware rather than trying to get a piece of   09:38:36

 7    software to work.                               09:38:39

 8       Q.   (By Mr. Damle) And are you familiar with 09:38:41

 9    Apple's simulator program which is part of its  09:38:48

10    Xcode platform?                                 09:38:52

11       A.   You are referring to the iOS simulator? 09:38:54

12       Q.   Yes.                                     09:39:00

13       A.   Yes, I'm familiar with that.            09:39:00

14       Q.   And would you call that an emulator of  09:39:01

15    iOS?                                            09:39:07

16          MR. LEVINE:  Object to the form of the    09:39:08

17    question.                                       09:39:13

18          THE WITNESS:  I don't think it falls      09:39:13

19    into any of those three categories that I have  09:39:14

20    defined.                                        09:39:17

21         I believe it -- it really is a             09:39:19

22    compatibility layer between -- not between a    09:39:24

23    software -- software and hardware.              09:39:29

24         It's a purpose-built piece of software     09:39:33

25    that is completely different from the regular   09:39:37
```

Page 57

ATTORNEYS EYES ONLY

```
 1    iOS and it interacts with a compatibility layer    09:39:42

 2    that instead of having it interact with Mac         09:39:46

 3    hardware or whatever, it allows it to be            09:39:51

 4    compatible with a different operating system        09:39:52

 5    which is macOS.                                     09:39:55

 6         The simulator doesn't even run the iOS         09:39:58

 7    kernel.  The simulator is suitable for a            09:40:01

 8    high-level -- for -- basically for app              09:40:05

 9    developers to test certain features, but it's       09:40:09

10    the fidelity on the binary execution level and      09:40:14

11    on how on the operating system level it is          09:40:19

12    completely not there.                               09:40:22

13         Q.   (By Mr. Damle) What is a hypervisor?      09:40:23

14         A.   A hypervisor is a key piece of a          09:40:35

15    virtualized system.  It manages calls from -- it    09:40:39

16    manages requests from the software being            09:40:43

17    virtualized and it relays them to -- relays them    09:40:46

18    into hardware.                                      09:40:51

19         Q.   And so you mentioned software being       09:40:52

20    virtualized.  How does that -- is virtualized       09:41:01

21    software, is that called a virtual machine?         09:41:09

22         MR. LEVINE:  Object to the form of the         09:41:12

23    question.                                           09:41:20

24         THE WITNESS:  Not necessarily. ■
```

Page 58

ATTORNEYS EYES ONLY



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24    Q.    (By Mr. Damle)  Are you familiar with        09:42:49
25    what an IPSW file is?                              09:42:53
```

Page 59

ATTORNEYS EYES ONLY

```
 1        A.   Yes.                                    09:42:57
 2        Q.   What is it?                             09:42:58
 3        A.   It's the form of -- it is a file that   09:42:59
 4   Apple publishes that is eventually downloaded     09:43:03
 5   onto devices capable of updating iPhones or       09:43:07
 6   iPads to the latest iOS software.                 09:43:14
 7        Q.   And what is your understanding of what  09:43:21
 8   is contained inside an IPSW file?                 09:43:24
 9        A.   Code and data that are sufficient       09:43:29
10   to -- to install iOS onto -- onto hardware        09:43:39
11   devices.                                          09:43:46
12        I don't believe it contains all the          09:43:49
13   components of iOS, but -- but -- but              09:43:52
14   sufficient -- sufficient data and code            09:43:57
15   that -- that allows iPhones to be upgraded to     09:44:00
16   the latest version of iOS.                        09:44:05
17        Q.   What components of iOS do you think     09:44:07
18   it doesn't contain?                               09:44:16
19        MR. LEVINE:  If I can interject did you      09:44:17
20   say what components does it or doesn't it?        09:44:21
21        MR. DAMLE:  Doesn't it.                      09:44:23
22        MR. LEVINE:  Okay.  What components does     09:44:24
23   an IPSW not include, is that your question?       09:44:26
24        MR. DAMLE:  Yes.                             09:44:28
25        MR. LEVINE:  Thank you.                      09:44:29
```

Page 60

ATTORNEYS EYES ONLY

```
1          THE WITNESS:  ████████████████████   ██████████
█     █████████████████████████████████████████   ██████████
█     █████████████████████████████████████████   ██████████
█     █████████████████████████████████████████   ██████████
█     ██████████████                              ██████████
█            ████████████████████████████████████   ██████████
█     █████████████████████████████████████████   ██████████
█     █████████████████████████████████████████   ██████████
█     █████████████████████████████████████       ██████████
█     ████████████████████████████                      09:45:12
```

11        Q.    (By Mr. Damle) What's the difference      09:45:16

12   between an upgrade process and a restore            09:45:20

13   process?                                            09:45:23

14        A.    The upgrade process tries to retain the   09:45:23

15   user data on the device and a restore process      09:45:26

16   tries to wipe out the user data already on the     09:45:30

17   device.                                             09:45:33

18        Q.    So just to talk about what is on the      09:45:39

19   IPSW file, that is the code that Apple provides    09:45:44

20   that is the minimum -- sorry, it contains the      09:45:53

21   minimum amount of code needed to run iOS on an     09:46:00

22   iPhone or iPad or other Apple device; is that      09:46:04

23   right?                                              09:46:08

24        MR. LEVINE:  Object to the form,               09:46:08

25   speculation, vague, confusing.                     09:46:09

                                            Page 61

ATTORNEYS EYES ONLY

```
 1            THE WITNESS:  I don't believe it is the    09:46:12
 2    minimum amount of code.  I believe that they       09:46:15
 3    have -- they have stuff -- they have code on the   09:46:18
 4    device that -- that runs iOS under -- under, you   09:46:22
 5    know, Apple's definition of iOS which is the       09:46:26
 6    entire code sign chain and all of the -- all of    09:46:30
 7    the experience of iOS.                             09:46:37
 8       Q.   (By Mr. Damle) Okay.  So the IPSW file     09:46:38
 9    contains all the code under Apple's definition     09:46:44
10    of iOS which is the entire code sign chain; is     09:46:54
11    that right?                                        09:46:59
12            MR. LEVINE:  Object to the form as it      09:46:59
13    relates to Apple's definition of iOS as            09:47:01
14    speculation, vague.                                09:47:04
15            THE WITNESS:  No, I don't really -- I      09:47:06
16    don't think so.  The code sign chain, of course,  09:47:14
17    starts with the BootROM.  And I know at the very   09:47:16
18    least the BootROM is not included in the IPSW.     09:47:20
19       Q.   (By Mr. Damle) So the BootROM is not       09:47:26
20    included in the IPSW, but the bootloader I         09:47:28
21    believe you said, is that a separate piece of      09:47:31
22    software from the BootROM?                         09:47:33
23            MR. LEVINE:  Object to the form.           09:47:35
24            THE WITNESS:  Yes.                          09:47:35
25       Q.   (By Mr. Damle) And is the bootloader       09:47:36
```

Page 62

ATTORNEYS EYES ONLY

```
 1    included in the IPSW file or not?              09:47:39

 2       A.   The bootloader is included in the IPSW  09:47:41

 3    file.                                          09:47:44

 4       Q.   And the kernel, iOS kernel, is included 09:47:44

 5    in the IPSW file; is that correct?             09:47:50

 6       A.   Yes, the iOS kernel is included in the  09:47:51

 7    IPSW file.                                     09:47:55

 8       Q.   And does it contain the images and      09:47:55

 9    graphical assets that are necessary to display 09:47:58

10    the graphical user interface on an iPhone?     09:48:03

11            MR. LEVINE:   Object to the form of the 09:48:07

12    question, vague and speculation.               09:48:09

13            THE WITNESS:   The IPSW file            09:48:12

14    contains -- which graphicals?   It depends.    09:48:28

15    Which graphical elements are you speaking of?  09:48:33

16       Q.   (By Mr. Damle) Sure.   Does it include  09:48:37

17    the default wallpapers that get installed on an 09:48:40

18    iPhone?                                        09:48:43

19       A.   Yes, a form of those wallpapers are --  09:48:43

20    are somewhere embedded in the IPSW file.       09:48:50

21       Q.   And the icons for the various default   09:48:53

22    apps on an iPhone are included in an IPSW file? 09:49:08

23            And the icons as well as -- the icons   09:49:08

24    for the default apps that are installed on an   09:49:08

25    iPhone are included in that IPSW file somewhere? 09:49:09
```

Page 63

ATTORNEYS EYES ONLY

A. Yes. 09:49:13

[redacted]

Page 64

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY



```
13        MR.  LEVINE:  Object to the form, asked    09:51:39
14    and answered.                                   09:51:41
15        Q.   (By Mr. Damle) I want to talk a little 09:51:41
16    bit about the restore process on an iPhone.  Are 09:51:46
17    you familiar with that process?                 09:51:51
18        A.   I have familiarity with that process.  I 09:51:55
19    would not say that I am an expert, but I feel   09:51:59
20    like I have more knowledge than most outside of 09:52:05
21    Apple I suppose.                                09:52:09
22        Q.   And as part of that restore process    09:52:10
23    does -- I'm just talking about on a regular     09:52:17
24    iPhone -- as part of the restore process on a   09:52:22
25    regular iPhone does it communicate with an Apple 09:52:24
```

Page 65

ATTORNEYS EYES ONLY

```
1   server?                                     09:52:26

2      A.   Yes, I believe it does.             09:52:27

3      Q.   And how would you refer to that server?  09:52:30

4   I'm just trying to get our nomenclature right.   09:52:33

5           MR. LEVINE:  Object to the form of the   09:52:38

6   question, vague.                            09:52:40

7           THE WITNESS:  I actually believe it   09:52:41

8   communicates with several different servers in   09:52:42

9   various stages of the process so I will have to   09:52:45

10  ask which one are you referring to?          09:52:49

11     Q.   (By Mr. Damle) Okay.  So why don't we   09:52:51

12  just walk through the stages at which different   09:52:54

13  Apple servers are communicated with by the   09:53:04

14  iPhone as part of the restore process.       09:53:07

15          So what are the ones that you are aware   09:53:09

16  of?                                         09:53:13

17     A.   The one I'm aware of is that first some   09:53:13

18  sort of authorization needs to be given to the   09:53:15

19  device that says you are allowed -- at       09:53:18

20  least -- so this did not used to be the case at   09:53:24

21  least in 2007, but this is a new measure added   09:53:27

22  later on, but it needs to be -- the Apple -- the   09:53:30

23  device -- the hardware device needs to get   09:53:34

24  permission to -- to install, to restore, to load   09:53:37

25  that particular IPSW file.                   09:53:41
```

Page 66

ATTORNEYS EYES ONLY

```
1        And so there's some sort of -- it gives      09:53:44
2   some sort of token identifying yourself and I     09:53:48
3   think some sort of anti-replay token to an Apple  09:53:52
4   server.                                           09:53:56
5        And the Apple server eventually comes        09:53:56
6   back with a signed AP ticket that is -- that has  09:54:00
7   a list of -- a list of files that the device is   09:54:06
8   allowed to load and the hashes -- the             09:54:13
9   cryptographic hashes of all the files.            09:54:19
10       And all this entire thing is digitally       09:54:24
11  signed with a certificate that is embedded in     09:54:25
12  all bootloader components including the BootROM.   09:54:28
13       And those components verify the AP           09:54:31
14  tickets hash, say this is a valid AP ticket, and  09:54:34
15  they later on check the hashes of each of the     09:54:38
16  components -- each of the firmware components to   09:54:42
17  make sure that they are authorized to be loaded   09:54:45
18  and to be run later on the device.                09:54:47
19  ███████████████████████████        ████████████
    ███████████████████████████████    ████████████
    █████████████████████████          ████████████
    ███████████████████████████        ████████████
    ██████████                         ████████████
    █████████████████████████████      ████████████
    ███████████████████████████                     09:55:08
```

Page 67

ATTORNEYS EYES ONLY



1

09:55:46

11     Q.    Any other communications with Apple      09:55:46

12  servers that happens during the restore process?  09:55:50

13     A.    Not that I can recall right now.  There  09:55:54

14  is -- after the restore process there is the      09:55:58

15  activation process, but I'm not sure if I would   09:56:00

16  say that's the restore process.                   09:56:03

17     Q.    Okay.  Let's talk about the activation   09:56:05

18  processor.  How does that work?                   09:56:09

19

09:56:30

Page 68

ATTORNEYS EYES ONLY

1   █████████████████████████████████   ████████

    █████████████████████████████████   ████████

    ███████████████████████████████   ████████

    ███████████████   09:56:53

5   Q.   And is it your understanding that that   09:56:53

6   last activation process is necessary to actually   09:56:59

7   run the iOS on an iPhone?   09:57:03

8   A.   I'm not sure.   09:57:05

9   Q.   Let's talk about the first one, the   09:57:08

10  authorization.  The communication -- we will   09:57:12

11  call it the authorization server just to keep   09:57:16

12  things simple.   09:57:19

13       The communication with the authorization   09:57:20

14  server, is that necessary to run or install iOS   09:57:22

15  on an iPhone?   09:57:26

16  A.   I'm not sure.  I believe that -- I   09:57:27

17  believe that it is the normal case.  I believe   09:57:37

18  that it might be possible to -- to -- to install   09:57:40

19  an IPSW without meeting that authorization as   09:57:45

20  long as you kept a previous copy of it or   09:57:51

21  something.   09:57:53

22       I'm not sure what the literature is on   09:57:54

23  that currently.   09:57:56

24  Q.   But in the ordinary course of restoring   09:57:57

25  an iPhone you would have to have a connection to   09:58:02

Page 69

ATTORNEYS EYES ONLY

```
1    the authorization server; is that correct?     09:58:04
2         A.   In the ordinary course, yes.          09:58:06
3         Q.   And you mentioned that in 2007 they   09:58:08
4    didn't have this communication with the        09:58:17
5    authorization server and that they added it at 09:58:18
6    some later point.                               09:58:22
7              Do you know when they added it?       09:58:23
8              MR. LEVINE:  Object to the form,       09:58:25
9    speculation.                                    09:58:27
10             THE WITNESS:  No, I do not remember.  09:58:27
11        Q.   (By Mr. Damle) And do you have any idea 09:58:30
12   why they added that step in the restore process? 09:58:33
13             MR. LEVINE:  Same objection.          09:58:37
14             THE WITNESS:  No, I -- I -- I don't know 09:58:38
15   exactly why they did that.                      09:58:46
16        Q.   (By Mr. Damle) And so what happens if  09:58:47
17   the check with the authorization server fails in 09:59:08
18   the ordinary course?                            09:59:15
19             MR. LEVINE:  I object to the form, vague 09:59:19
20   as far as the ordinary course.                  09:59:22
21             THE WITNESS:  Could you repeat the    09:59:24
22   question?  Sorry, my headphones cut out.        09:59:25
23        Q.   (By Mr. Damle) Sure.  Sure.  What     09:59:28
24   happens -- we're talking about the restore      09:59:32
25   process and there's a -- you have testified that 09:59:35
```

Page 70

ATTORNEYS EYES ONLY

```
 1    there is this communication with the -- this        09:59:37
 2    what we're calling the authorization server; is     09:59:41
 3    that correct?                                        09:59:45
 4        A.   Yes.                                        09:59:45
 5        Q.   And the authorization server sends          09:59:45
 6    something back to the iPhone; is that right?         09:59:50
 7        A.   It sends something back to the device       09:59:54
 8    performing the restore which could be, you know,     10:00:00
 9    the iTunes, MacBook.                                 10:00:03
10        Q.   Got it.  Understood.  Let's just focus      10:00:07
11    on iPhones.  So what is it exactly that it           10:00:10
12    sends, that the authorization server is sending      10:00:16
13    back?                                                10:00:18
14    ███  ██████████████████████████        ██████
      █   ████████████████████████████        ██████
      █   ████████████████████████████████    ██████
      █   ████████████████████████████        ██████
      █   ████████████████████████████        ██████
      █   ████████████████████████████████    ██████
      █   ████████████████████████████████    ██████
      █   ███████████████████████           ██████
      █   █████████████████████████████      ██████
      █   █████████████████████████████      ██████
24        Q.   And what happens if the AP ticket is not    10:00:58
25    sent back from the authorization server during       10:01:04
```

Page 71

ATTORNEYS EYES ONLY

```
1    the restore process?                              10:01:06
2        A.   The software -- the software performing  10:01:09
3    the restore would not proceed.                    10:01:14
4        Q.   So we have just been discussing this AP  10:01:16
5    ticket.  Is that AP ticket stored on the device   10:01:29
6    after a successful restore?                        10:01:31
7        A.   I believe so.                             10:01:34
8        Q.   And do you know if it's used by the      10:01:35
9    iPhone at any point after that?                    10:01:39
10       A.   I'm not sure.                             10:01:41
11       Q.   Do you need the AP ticket in order to    10:01:50
12   boot up an iPhone?                                 10:01:57
13       ██      ███████████████████████████           ███████
     ██ ████████████████████████████████████           ███████
     ██ ██████████████████████████████████████████     ███████
     ██ ████████████████████████████████████████       ███████
     ██ █████████████████████████████████████          ███████
     ██      ███████████████████████████████████       ███████
     ██ ███████████████████████████████████████        ███████
     ██ ████████████████████████████                   ███████
     ██      ████████████████████████████████          ███████
     ██ █████████████████████████████████████████      ███████
     ██ ████████████████████████████████████           ███████
24       Q.   For an ordinary iPhone you believe that  10:02:52
25   the AP ticket might be read by the bootloader in   10:02:56
```

Page 72

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | the boot process; is that correct? | 10:02:59 |
| 2 | MR. LEVINE:  Object to the form of the | 10:03:00 |
| 3 | question, vague. | 10:03:01 |
| 4 | THE WITNESS:  I think on an ordinary | 10:03:06 |
| 5 | iPhone the AP ticket might be read by the | 10:03:09 |
| 6 | bootloader. | 10:03:13 |
| 7 | Q.   (By Mr. Damle) And so if you didn't have | 10:03:16 |
| 8 | an AP ticket on an ordinary iPhone you wouldn't | 10:03:18 |
| 9 | be able to boot up your iPhone; is that correct? | 10:03:23 |
| 10 | MR. LEVINE:  Object to the form. | 10:03:32 |
| 11 | THE WITNESS:  I -- I -- I honestly don't | 10:03:36 |
| 12 | know at this point. | 10:03:40 |
| 13 | Q.   (By Mr. Damle) You are familiar with the | 10:03:40 |
| 14 | Apple Secure Enclave Processor; is that right? | 10:03:44 |
| 15 | A.   Somewhat familiar, yes. | 10:03:48 |
| 16 | Q.   And what is the Secure Enclave | 10:03:51 |
| 17 | Processor? | 10:03:54 |
| 18 | A.   It is a separate module chip inside | 10:03:54 |
| 19 | the -- inside the system that is segregated from | 10:04:00 |
| 20 | the rest of the system and it is responsible for | 10:04:06 |
| 21 | performing high-risk state that involves user | 10:04:09 |
| 22 | data protection. | 10:04:13 |
| 23 | ██ ████████████████ ██████ | |

Page 73

ATTORNEYS EYES ONLY



```
20      Q.   Do you know what a dev-fused iPhone is?    10:05:42

21      A.   I'm not completely sure.  I believe I    10:05:50

22   heard of the dev-fused iPhone during Ivan's talk    10:05:58

23   when he was talking about giving them to people,    10:06:05

24   to vulnerability developers.                        10:06:07

25      Q.   Right, but have you -- other than that    10:06:10
```

Page 74

ATTORNEYS EYES ONLY

```
 1    have you heard the term dev-fused iPhone?        10:06:14

 2        A.   Probably occasionally in -- in some     10:06:18

 3    places.                                          10:06:22

 4        Q.   What's your understanding of what a     10:06:23

 5    dev-fused iPhone is?                             10:06:25

 6        A.   I believe a dev-fused iPhone probably -- 10:06:26

 7    probably intrinsically is capable of running     10:06:32

 8    unsigned code.                                   10:06:36

 9        Q.   And are you aware that there is a black  10:06:36

10    market for dev-fused iPhones?                    10:06:41

11        A.   I think I have heard -- I have about the 10:06:44

12    black market, yeah.                              10:06:50

13    ██   ████████████████████████████████████    ███████

██    ██████████████████████████████             ███████

15        MR. LEVINE:   Object to the form of the      10:07:01

16    question, vague.                                 10:07:02

17        ████████████   █████████████             ███████

██    ██   █████████████████████████████          ███████

██    ████████████████████████████████████████   ███████

██    ██   ██████████████████████                 ███████

██    ██████████   ██████████████                 ███████

██    ██████████████████   ████████   ██          ███████

██    ██████████████                              ███████

██    ██████████   ████████████████               ███████

██    ██████████████████   ████████████████       ███████
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY



Page 76

ATTORNEYS EYES ONLY



1

13        MR. DAMLE:  Why don't we take a quick     10:10:09

14   break, like a five, 10-minute break so come back   10:10:11

15   at 20 after the hour.                                10:10:14

16        MR. LEVINE:  All right.                         10:10:19

17        MR. DAMLE:  Thanks.                             10:10:19

18        (Recess from 10:10 a.m. to 10:25 a.m.)         10:10:21

19

Page 77

ATTORNEYS EYES ONLY



Page 78

ATTORNEYS EYES ONLY



Page 79

ATTORNEYS EYES ONLY



Page  80

ATTORNEYS EYES ONLY



1

2

3

4

5

6

7

8

9          MR. LEVINE:  Same objection.                    10:30:32

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24          MR. LEVINE:  Yeah, I -- well, okay, go         10:31:23

25    ahead.  I'm sorry.                                   10:31:28

Page 81



1          MR. DAMLE:  It's a yes or no question.      10:31:29

2          MR. LEVINE:  That's all right.  I'm          10:31:31

3    withdrawing that.                                  10:31:34

20         MR. LEVINE:  Asked and answered.             10:32:34

25         MR. LEVINE:  I would counsel the witness     10:32:50

                                                Page 82

ATTORNEYS EYES ONLY

```
1    that you are not to disclose any communications    10:32:53

2    with his lawyers.                                   10:32:58

3        Q.    (By Mr. Damle) You can answer.            10:33:05

4        MR. LEVINE:  So long as you are not             10:33:08

5    disclosing communications.                          10:33:12

6        Q.    (By Mr. Damle) I don't want to know the   10:33:14

7    content of communications.  ████████████████  ████

█    █████████████████████████████████████████████  ████

█    ███████████████████████████                     ████

█      ████  ██████████████████████  ████████████    ████

█    ████████████████████████████████              ████

█      ████  ██████████████████████████            ████

█    █████████████████████████████████            ████

█      ████  ████                                   ████

15       MR. LEVINE:  And I object to the form of      10:33:50

16   that question, but...                              10:33:53

17     ████  ███████████████████████████████         ████

█    █████████████████████████████████████████    ████

█    ███████████                                    ████

█      ████  ████████████  ██████████████           ████

█    ███████████████████████████████████          ████

█      ████  ██████████████████████████            ████

█    █████████████████████████████████████        ████

24       MR. LEVINE:  Any of this portion of the      10:34:29

25   conversation is certainly going to be marked as   10:34:32
```

Page 83

ATTORNEYS EYES ONLY

```
 1    attorneys' eyes only.                        10:34:35

 2          So any -- any people from Apple that are  10:34:36

 3    on the phone or on the line need to sign off or  10:34:40

 4    leave the room.                                10:34:45

 5          MR. DAMLE:  Understood.  We don't have   10:34:46

 6    anyone from Apple.                             10:34:47

 7          MR. LEVINE:  Okay.                       10:34:49
```



Page 84

ATTORNEYS EYES ONLY

```
 1    ████████████████████████████████     ████████

      ██████████████████████████           ████████

      ████████████                         ████████

      ██████                               ████████

 5          MR. LEVINE:  Object to the form, same    10:35:56

 6    instruction as it relates to national security  10:35:59

 7    concerns.  If you can answer, then answer, but   10:36:01

 8    otherwise.                                       10:36:03

 9          ██████████   ██████████        ████████

      ███████████████████████████████      ████████

      ████████████████████████████         ████████

      ███████████                          ████████

      ██   ████████████████████            ████████

      ██████████████████████████████████   ████████

      ██   ███                             ████████

      ██   ███████████████████████████     ████████

      ████████████████████████             ████████

      ████████████                         ████████

      ██   ███████████████                 ████████

      ██   █████   ██████████████████████  ████████

            ████████   Hold on.  Mr. Wang, are you familiar  10:37:21

22    with how to look at the exhibits we are          10:38:03

23    introducing?                                     10:38:05

24        A.   I'm trying to get to the site.  I had it  10:38:06

25    open earlier, but I think I may have             10:38:10
```

Page 85

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | accidentally closed it at some point. | 10:38:13 |
| 2 | Yeah, so I'm looking at a folder called | 10:38:18 |
| 3 | marked Exhibits, but there seems to be -- it | 10:38:21 |
| 4 | says folder is empty. | 10:38:24 |
| 5 | MR. LEVINE:  I don't have anything in | 10:38:26 |
| 6 | mine either. | 10:38:27 |
| 7 | MR. DAMLE:  Yeah, I think we're still | 10:38:28 |
| 8 | working on introducing them. | 10:38:30 |
| 9 | MR. LEVINE:  Okay.  Counsel, while you | 10:38:33 |
| 10 | are doing that can we go off the record for one | 10:38:54 |
| 11 | second? | 10:38:57 |
| 12 | MR. DAMLE:  Yes, let's go off the | 10:38:57 |
| 13 | record. | 10:39:02 |
| 14 | (Recess from 10:39 a.m. to 10:40 a.m.) | 10:39:03 |
| 15 | (Deposition Exhibit Number 1 marked for | 10:40:36 |
| 16 | identification.) | 10:40:56 |

Page 86

ATTORNEYS EYES ONLY



Page  87

ATTORNEYS EYES ONLY



Page 88

ATTORNEYS EYES ONLY



Page 89

ATTORNEYS EYES ONLY



Page 90

ATTORNEYS EYES ONLY



Page 91

ATTORNEYS EYES ONLY



Page 92

ATTORNEYS EYES ONLY



Page 93

ATTORNEYS EYES ONLY



Page 94

ATTORNEYS EYES ONLY



Page 95

ATTORNEYS EYES ONLY



```
13          MR. LEVINE:  I will instruct the witness    10:56:09
14   not to answer.  He just said he would be            10:56:11
15   implicating national security concerns if he        10:56:14
16   answers this question.                               10:56:16
```



```
23          MR. LEVINE:  I disagree.  It is trying       10:56:33
24   to use a trick door to get the same answer out      10:56:35
25   of him.  I disagree.  If there are national         10:56:37
```

Page 96

ATTORNEYS EYES ONLY

```
 1   security concerns implicated then I'm going to        10:56:40
 2   instruct him not to answer.                           10:56:41
 3           MR. DAMLE:  Okay.  For the record I'm         10:56:43
 4   going to make the same reservation of rights.         10:56:45
 5   We may have to call the magistrate later on           10:56:50
 6   today and I will figure out how to do that from       10:56:53
 7   this environment, but for now I will reserve all      10:56:56
 8   of our rights.                                        10:56:59
 9           I'm going to introduce another exhibit.       10:57:04
10           (A discussion was held off the record.)       10:57:48
11           (Deposition Exhibit Number 2 marked for       10:57:48
12            identification.)                             10:57:49
13   ██  ██████████████████  ████████  ███████
██  ████████████████  ██████████████  ████████
██  ██████                            ████████
██      ██████████████████████████    ████████
██  ██  ████                          ████████
██  ██  ██████████████████            ████████
██  ██  ██████████████████            ████████
██  ████████████████████              ████████
██  ██  ████████████████████          ████████
██  ██  ██████████████  ████████      ████████
██  ██████████████████████████████    ████████
██      ████████████████████████████  ████████
██  ██████████████████████  ██████    ████████
```

Page  97

ATTORNEYS EYES ONLY

```
1    ████████████████████████████      ████████

     ███████████████████████████       ████████

     ████████                          ████████

     ███     ████████████████          ████████

     ████████████████████████████      ████████

     ████████████                      ████████

     ███    █████                       ████████

     ███    █████████████████          ████████

     ████████████████████████████      ████████

     ███    ███████████
```

11    Q.    You can close that exhibit.  I would        10:59:43

12    like to talk about your -- the Corellium product  10:59:56

13    and I'm going to focus on the Corellium -- as we   11:00:00

14    have been calling it the Corellium Apple           11:00:03

15    product.                                           11:00:05

16          Do you understand what I mean when I say     11:00:05

17    the Corellium Apple product?                       11:00:08

18    A.    I take it to mean the parts of Corellium     11:00:10

19    that deal with iOS.                                11:00:14

20    Q.    Correct.  So Corellium sells a Cloud         11:00:16

21    version of its product; is that correct?           11:00:21

22    A.    Yes.                                          11:00:22

23    Q.    And when did it begin selling access to      11:00:24

24    the Cloud product?                                 11:00:33

25    A.    I'm not sure.                                 11:00:34

                                                    Page 98

ATTORNEYS EYES ONLY

```
 1        Q.    Do you have a sense of how many versions    11:00:37
 2   of the Cloud product have been released to date?      11:00:46
 3        A.    I don't have a good sense of the number     11:00:50
 4   of versions.  Our management of the versioning        11:00:55
 5   of the Cloud product has been fairly ad hoc.          11:00:59
 6        Q.    Would you say it is fewer than 30?          11:01:03
 7        A.    Yes, I would agree that it is fewer than    11:01:15
 8   30.                                                    11:01:18
 9        Q.    Corellium also sells an on-premises         11:01:18
10   version of its product; is that correct?              11:01:29
11        A.    That's correct.                             11:01:30
12        Q.    And do you know when it began selling       11:01:30
13   the on-premises version?                               11:01:37
14        A.    No, I do not.                               11:01:39
15        ██    ███████████████████████████     ████████
     ██  ███████████████████████████████████    ████████
     ██  █████████████████████████████           ████████
18        MR. LEVINE:  Object to the form, vague.          11:01:54
19   Go ahead, you can answer.                              11:02:00
20        ████████████████    █████████████████   ████████
     ██  ████████████████████████████████████    ████████
     ██  ████████████████████████████████████████   ████████
     ██  ███████████████████████████████████████   ████████
     ██  ████████████████████████████████████████   ████████
     ██  ███████████████████████████████████       ████████
```

                                            Page 99

ATTORNEYS EYES ONLY



Page 100

ATTORNEYS EYES ONLY



Page 101

ATTORNEYS EYES ONLY



Page 102

ATTORNEYS EYES ONLY



Page 103

ATTORNEYS EYES ONLY



1

21          MR. LEVINE:  And I will go back through          11:10:31

22   and mark all of this, but any kind of                  11:10:33

23   functionality questions should be deemed               11:10:36

24   attorneys' eyes only, but we will go back once         11:10:38

25   we get the transcript.                                 11:10:41

Page 104

ATTORNEYS EYES ONLY

```
 1              MR. DAMLE:  Yeah, I think that what we      11:10:42
 2    have been doing is marking the entire transcript     11:10:44
 3    AEO provisionally and then going back afterwards      11:10:47
 4    to specifically identify those portions that         11:10:52
 5    are, in fact, confidential at some level.            11:10:58
 6              MR. LEVINE:  Yeah, per the terms of the     11:11:00
 7    protective order that's what's going on,             11:11:02
 8    however, the protective order calls just for         11:11:05
 9    ease of convenience that if you can do it on the     11:11:08
10    record that makes it even more clearer, but I'm      11:11:10
11    just marking this as attorneys' eyes only            11:11:12
12    provisionally.  That's fine.                         11:11:16
13              Go ahead, David, I'm sorry to interrupt.   11:11:16
14
```

Page 105

ATTORNEYS EYES ONLY



Page 106

ATTORNEYS EYES ONLY



Page 107

ATTORNEYS EYES ONLY



Page 108

ATTORNEYS EYES ONLY



Page 109

ATTORNEYS EYES ONLY



Page 110

ATTORNEYS EYES ONLY



Page 111

ATTORNEYS EYES ONLY



Page 112



Page 113

ATTORNEYS EYES ONLY



Page 114

ATTORNEYS EYES ONLY



1

2          MR. LEVINE:   Object to the form.          11:27:16

3

6          MR. LEVINE:   Same objection.          11:27:24

7

15          MR. LEVINE:   Object to the form.          11:28:12

16

Page 115

ATTORNEYS EYES ONLY



Page 116

ATTORNEYS EYES ONLY



Page 117

ATTORNEYS EYES ONLY



1

13          MR. LEVINE:  Object to the form,          11:32:43

14     speculation.          11:32:45

15

Page 118

ATTORNEYS EYES ONLY



Page 119

ATTORNEYS EYES ONLY



Page 120

ATTORNEYS EYES ONLY



```
23          MR. LEVINE:  Do you need him to rephrase    11:38:39

24   the question?  Just ask him to do that.            11:38:40

25          THE WITNESS:  Yeah, can you rephrase the    11:38:42
```

Page 121

ATTORNEYS EYES ONLY

```
 1    question?                                      11:38:44

 2    ████  ██████████████  ████████████    ████████

 █    ████████████████████████████████████  ████████

 █    ████████████████                      ████████

 █    ████  ██████████████████████          ████████

 █    ████████████████████████████████      ████████

 █    ████████████████████████████          ████████

 █    ████████████████████████████████      ████████

 █    ████  ██████████████████████          ████████

 █    ████████████████████████████████      ████████

 █    ██████                                ████████

12          MR. LEVINE:  Objection.            11:39:25

13    ██████████████  ████████████████████    ████████

 █    ████████████████████████████████        ████████

 █    ████  ██████████████████████            ████████

 █    ████████████████                        ████████

 █    ████  ██████████████████████            ████████

 █    ██████████████████████████              ████████

 █    ████████████████                        ████████

 █    ████████████████████████████            ████████

 █    ████████████████████████████████        ████████

 █    ████████████████████████████            ████████

 █    ██████████████████                      ████████

 █    ████  ██████████████████████            ████████

 █    ████████████████████████████████        ████████
```

Page 122

ATTORNEYS EYES ONLY



Page 123

ATTORNEYS EYES ONLY



Page 124

ATTORNEYS EYES ONLY



```
 1

                                                   11:43:31
13            MR. LEVINE:   Objection, vague.

14

                                                   11:43:48
19            MR. LEVINE:   Objection, vague.

20

                                                   11:44:07
25            MR. LEVINE:   Same objection.
```

Page 125

ATTORNEYS EYES ONLY



15          MR. LEVINE:  Object to the form, vague.        11:44:59

Page 126

ATTORNEYS EYES ONLY



```
 1
 ■
 ■
 ■
 ■
 ■
 ■
 ■
 ■
 ■
 ■
 ■
 ■
 ■
 ■
 ■
 ■
 ■
 ■
20          MR. LEVINE:  Object to the form.          11:46:47
21
 ■
 ■
 ■
 ■
```

Page 127

ATTORNEYS EYES ONLY



Page 128

ATTORNEYS EYES ONLY



Page 129

ATTORNEYS EYES ONLY



```
1
2        MR. LEVINE:  I'm wondering if we can        11:50:16
3   just take another quick break, five or ten      11:50:18
4   minutes.  Go ahead and finish your line of      11:50:21
5   questioning.                                     11:50:23
6        MR. DAMLE:  Yeah, I don't have much more    11:50:24
7   and we can take a break.                         11:50:26
8
```

Page 130

ATTORNEYS EYES ONLY



Page 131



Page 132

ATTORNEYS EYES ONLY



Page 133

ATTORNEYS EYES ONLY



Page 134

ATTORNEYS EYES ONLY



Page 135

ATTORNEYS EYES ONLY



```
22          MR. LEVINE:  I object to the form of the    12:22:53

23  question as calling for a legal conclusion.        12:22:55
```

Page 136

ATTORNEYS EYES ONLY



```
 1              (Deposition Exhibit Number 4 marked for        12:23:03

 2               identification.)                              12:23:03

 3

 4

 5

 6

 7

 8

 9

10

11              MR. LEVINE:  Object to the form of the         12:24:07

12    question.                                                12:24:09

13

14

15

16

17

18

19

20

21

22

23              MR. LEVINE:  Object to the form of the         12:24:58

24    question.                                                12:25:03

25
```

Page 137

ATTORNEYS EYES ONLY



Page 138



Page 139

ATTORNEYS EYES ONLY



1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                  ▮▮▮▮▮

▮ ▮▮▮▮▮                                           ▮▮▮▮▮

▮         ▮▮▮▮▮▮▮▮▮▮▮▮▮                           ▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                  ▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮                                    ▮▮▮▮▮

▮ ▮▮▮▮▮▮                                          ▮▮▮▮▮

▮   ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                            ▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮                                   ▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                  ▮▮▮▮▮

▮ ▮▮▮▮▮                                           ▮▮▮▮▮

11           MR. LEVINE:  Object to the form.        12:28:43

12          ▮▮▮▮▮▮▮   ▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                  ▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                  ▮▮▮▮▮

▮ ▮▮▮▮▮▮                                          ▮▮▮▮▮

▮   ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮                             ▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮                                        ▮▮▮▮▮

18          MR. LEVINE:  I was going to say I also    12:29:08

19   want to remind the witness not to guess.  You    12:29:10

20   can answer honestly and truthfully, but you are  12:29:13

21   not to guess.                                    12:29:15

22          THE WITNESS:  Okay.                       12:29:16

23      ▮   ▮▮▮▮▮▮▮▮▮▮▮▮                             ▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮                                   ▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮                                        ▮▮▮▮▮

Page 140

ATTORNEYS EYES ONLY



```
 1            MR. LEVINE:  Objection to the form of        12:29:25

 2    the question.                                        12:29:27

 3

12            MR. LEVINE:  Again, I would remind the        12:30:03

13    witness not to guess.                                12:30:06

14
```

Page 141

ATTORNEYS EYES ONLY



5127

ATTORNEYS EYES ONLY



```
 1  ████████████████████████          ███████

 ■  ██████████████████████████        ███████

 ■  ███████████████████████████████   ███████

 ■  ████████████████████            ███████

 ■      ■   ███████████████████      ███████

 ■  ██████████████████████████████  ███████

 ■  ████████████████████████       ███████

 8        MR. LEVINE:  Object to the form.    12:33:14

 9      ██████████    ████████████████   ███████

 ■  ████████████████████████████    ███████

 ■      ■   ███████████████████     ███████

 ■  ████████████             ███████

 ■      ■   ██████████████████      ███████

 ■  █████████████████████████       ███████

 ■  ██████████████████████████████  ███████

 ■  ██████████████████████████████  ███████

 ■  █████████████████████████████   ███████

 ■  █████████████████████████████   ███████

 ■  ██████████████████████████████  ███████

 ■  ████████████████████████████    ███████

 ■  ██████████             ███████

 ■      ■   ███████████████████     ███████

 ■  ██████████████████████████      ███████

 ■  ██████████             ███████

 ■      ██████████████████          ███████
```

Page 143

ATTORNEYS EYES ONLY



1 ▊

▊

▊

▊

▊

6        MR. LEVINE:  Object to the form of the        12:34:51

7    question.                                           12:34:53

8

▊

▊

▊

▊

▊

▊

▊

▊

▊

18       MR. LEVINE:  I would just tell the          12:35:30

19   witness not to guess --                             12:35:32

20       THE WITNESS:  Okay.                             12:35:34

21       MR. LEVINE:  -- but you can answer.         12:35:35

22

▊

▊

▊

Page 144

ATTORNEYS EYES ONLY



```
1
█
█
█
█
█
█
█
█
█
█
█
█
█
15          MR. LEVINE:  Object to the form.  You        12:36:48
16     can answer.  Go ahead.                            12:36:51
17
█
█
█
█
█
█
█
█
```

Page 145

ATTORNEYS EYES ONLY



Page 146

ATTORNEYS EYES ONLY



Page 147

ATTORNEYS EYES ONLY



Page 148

ATTORNEYS EYES ONLY



```
 1                ███  ███████████████████  █████████
    ███  ██████████████████████████         █████████
    ███  ██████████████████████████         █████████
    ███  ███████████████████████            █████████
    ███       ████████████████████████      █████████
    ███  █████████████████████████████████  ██  █████████
    ███  ██████████████████████████████████     █████████
    ███  █████████████████████████████         █████████
    ███  ████████████████████████████          █████████
    ███  █████████████                          █████████
    ███       ███  ████████████████████████     █████████
    ███  ████████████████████████              █████████
    ███       ███  ████████████████████        █████████
    ███       ███  ████████████████████        █████████
    ███  ████████████████████████████          █████████
    ███  █████████████████                      █████████
17              MR. LEVINE:  Object to the form.        12:42:28
18           ████████████  ████  ████████         █████████
    ███       ███  ███████████████████         █████████
    ███  ████████████████████████████          █████████
    ███  ████████████████████████              █████████
    ███  ███████████████                        █████████
    ███       ███  ████████████████████         █████████
    ███  ████████████████████                   █████████
    ███       ███  █████████████████████████    █████████
```

Page 149

ATTORNEYS EYES ONLY



```
 1     ████████████████████████████████████   ██████

       ████████████████████████████████████   ██████

       ████████████████████           ██████

       ██  █████████████████████████   ██████

       ██████   ██████████████████████████   ██████

       ██████████████████████████████████████   ██████

       ████████████████████████████████   ██████

       ██████████████████████████████████   ██████

       ██████████████████████████████████████   ██████

       ██████████████   ██████

       ██  ███████████████████████   ██████

       ████████████████████████████████████   ██████

       ██████████████████   ██████

14          MR. LEVINE:  Object to the form, lack of   12:44:06

15     foundation.                                     12:44:10

16          ██████████   ██████████   ██████

       ██  █████████████████████████   ██████

       ████████████████   ██████

19          MR. LEVINE:  Object to the form,           12:44:19

20     speculation.                                    12:44:20

21          ██████████   ██████   ██████

       ██  ██████████████████   ██████

       ██████████████████████████████   ██████

       ██████████████████████████████████   ██████

       ████████████████████████████████   ██████
```

Page 150

ATTORNEYS EYES ONLY



```
 1    ████████████████████████████████         ███████

 ▮        ██████████████████████████████████   ███████

 ▮    ███████████████████████████████████████  ███████

 ▮    ████████████████████████████████████████████ ███████

 ▮    ██████████████████████████████████         ███████

 6         MR. LEVINE:  Object to the form,      12:45:17

 7    mischaracterizes the testimony.  You can answer.  12:45:20

 8        ███████████████   ██████████████████   ███████

 ▮    ████████████████████████████████████       ███████

 ▮    █████████████████████████████████████      ███████

 ▮    ███████████████████████████████████████████  ███████

 ▮      ████   ██████████████████████            ███████

 ▮    ████████████████████████████████████       ███████

 ▮    ███████████████████████████████████████████  ███████

 ▮     ████████                                  ███████

16         MR. LEVINE:  Same objection.          12:45:53

17        █████████████████  ███████████████████  ███████

 ▮    ███████████████████████████████████████    ███████

 ▮    ███████████████████████████             ███████

 ▮      ████   ██████████████████████         ███████

 ▮    ███████████████████████████████████████  ███████

 ▮    ████████████████████████████████         ███████

 ▮    ███████████████████████████████          ███████

24         MR. LEVINE:  Object to the form,      12:46:25

25    mischaracterizes testimony, vague, and assumes  12:46:26
```

Page 151

ATTORNEYS EYES ONLY

```
1    facts not in evidence.                          12:46:32

2         Go ahead, I'm sorry, David.                12:46:33
```



Page 152

ATTORNEYS EYES ONLY



```
 1

 2        MR. LEVINE:  Object to the form.          12:48:03

 3

 4

 5

 6

 7

 8

 9        MR. LEVINE:  Object to the form, assumes   12:48:28

10   facts not in evidence, vague, hypothetical.     12:48:29

11

12

13

14

15

16

17        MR. LEVINE:  Object to the form, asked     12:49:06

18   and answered.                                   12:49:07

19
```

Page 153

ATTORNEYS EYES ONLY



```
 1
```

```
14         MR. LEVINE:  Object to the form,        12:50:22

15   compound question.                            12:50:24

16

24         MR. LEVINE:  Object to the form,        12:50:51

25   mischaracterizes testimony.                   12:50:52
```

Page 154

ATTORNEYS EYES ONLY

```
 1              And, David, let me get the objection in.    12:50:54
 2      ████████████████  ████████  ████████          ████████
        ████  ████████████████████████████████████    ████████
        ██████████████████████████████████████        ████████
        ████████████████████████████████████████████  ████████
        ██████████████████████████████████████████████████  ████████
        ████████████████████████████████████████████  ████████
        ████████████                                  ████████
        ████  ████████████████████████                ████████
        ████████████████  ████████████████████████████  ████████
        ████████████████  ████████████████            ████████
12              MR. LEVINE:  I was just going to say    12:52:30
13      coming up in about 10 minutes would that be a    12:52:32
14      good time for a lunch break depending on what    12:52:36
15      coast you are on?                                12:52:38
16              MR. DAMLE:  Why don't we do that break   12:52:40
17      now and we can pick up after we have all had    12:52:44
18      something to eat.                                12:52:51
19              MR. LEVINE:  Certainly.  I have it's     12:52:52
20      either 3:50 or 12:50.  Do you want to do 30     12:52:54
21      minutes?  45 minutes?                            12:53:00
22              MR. DAMLE:  Yeah, let's do 30 minutes.   12:53:04
23              (A lunch recess from 12:53 p.m. to       12:53:06
24               1:35 p.m.)                              13:35:17
25              MR. DAMLE:  I'm going to introduce a new 13:35:17
```

                                              Page 155

ATTORNEYS EYES ONLY



```
 1   exhibit.                                            13:35:32

 2        MS. VICTORSON:  Give me one second.  I'm       13:35:42

 3   having technical difficulty.                         13:35:45

 4        MR. DAMLE:  We can wait.  I can ask some         13:35:46

 5   other questions in the meantime.                     13:35:49

 6   

 7

 8

 9

10

11

12        MR. LEVINE:  Object to the form of the          13:36:15

13   question.                                            13:36:17

14
```

Page 156

ATTORNEYS EYES ONLY



1

2          MR. LEVINE:  Object to the question,        13:37:21

3   vague and compound.                                13:37:25

4

Page 157

ATTORNEYS EYES ONLY



```
 1          MR. LEVINE:  Objection, asked and        13:39:07

 2  answered.                                         13:39:09
```

```
15          MR. LEVINE:  Object to the form of the    13:40:00

16  question.                                         13:40:02
```

Page 158

ATTORNEYS EYES ONLY



```
 1        ████  ██████████████████████████████    ██████████

 ■        ████████████████████████████████        ██████████

 ■        ██████████████████████████████████████  ██████████

 ■        ███████████████████████████████████     ██████████

 ■        ██████████████████████████████████████  ██████████

 ■        ██████████████████████████████████████  ██████████

 ■        ████████████                            ██████████

 8            MR. LEVINE:  Again, let me get my          13:41:08

 9        objection in.  That mischaracterizes the       13:41:11

10        testimony.  Go ahead, David.                   13:41:14

11            ████████████    ██████████████████  ██████████

 ■        ████████████████████████████████        ██████████

 ■        ████████████████████████████            ██████████

 ■        ██████████████████████████████████████  ██████████

 ■        ██████████████████████████████          ██████████

 ■        ██████████                              ██████████

 ■            ██████████████    ██████████████████  ██████████

 ■        ██████████████████████                  ██████████

 ■            ████████████    ████████████████    ██████████

 ■        ██  ██████████████████████████████████  ██████████

 ■        ████████████████████████████████        ██████████

 ■        ██████████████████████                  ██████████

 ■            ████████████████████████████        ██████████

 ■        ██  ████████████████████████████        ██████████

 ■        ██████████████████████    ██████████████  ██████████
```

Page 159

ATTORNEYS EYES ONLY



Page 160

ATTORNEYS EYES ONLY



```
 1                                                                 13:44:23

         MR. LEVINE:  Object to the form of the
10                                                                 13:44:23

11   question, mischaracterizes testimony.                        13:44:24

12         You can answer, David.                                 13:44:41

13
```

Page 161

ATTORNEYS EYES ONLY

1          MR. LEVINE:  Object to the form.          13:45:22

2

9          MR. LEVINE:  Just give me one second,     13:46:15

10   Counsel.

17      Q.   (By Mr. Damle) Just let me know when you  13:47:41

18   are ready, Mr. Wang.                             13:47:43

19

Page 162

ATTORNEYS EYES ONLY



```
 1

13          MR. LEVINE:  Object to the form.          13:48:52

14
```

Page 163

ATTORNEYS EYES ONLY



Page 164

ATTORNEYS EYES ONLY



Page 165

ATTORNEYS EYES ONLY



```
1    ████████████                                    ████████

2          MR. LEVINE:  Did you just spill           13:53:01

3    something?                                       13:53:05

4          THE WITNESS:  Yep, I spilled my water.    13:53:06

5          MR. DAMLE:  Why don't we take a break     13:53:07

6    for you to clean that up for a minute.          13:53:11

7          (Recess from 1:53 p.m. to 1:55 p.m.)      13:53:14

8    ██  ██████████████████████                       ████████

     █  ████████████████████████                       ████████

     █  ████████████████████                            ████████

     █  ██  ██████████████                               ████████

     █  ██  ████████████████████                         ████████

     █  ██████████████                                   ████████

     █  ██  ████████████████████████                     ████████

     █  ██████████████  ████████                         ████████

     █  ██  ████████  ████████                            ████████

     █  ██████████████████████                            ████████

     █  ██████████████████████                            ████████

     █  ██████████████████                                ████████

20         MR. LEVINE:  Object to the form, asked   13:56:32

21   and answered.  He already testified to this.    13:56:35

22      ████████  ████████████                        ████████

     █  ████████████████████                           ████████

     █  ████████████████████                           ████████

     █  ████████████████████                           ████████
```

Page 166

ATTORNEYS EYES ONLY



```
 1

 6        MR. LEVINE:  Don't guess.              13:57:17

 7        MR. DAMLE:  I'm sorry, you don't need to  13:57:18

 8   coach the witness.  This is a document that he  13:57:20

 9   wrote.                                        13:57:25

10        MR. LEVINE:  I don't agree with that    13:57:25

11   statement based upon his own testimony.  I'm not  13:57:26

12   coaching, but go ahead.                       13:57:29

13
```

Page 167



```
 1            MR. LEVINE:  Object to the form of the      13:58:19
 2    question.                                           13:58:20
```

```
19            MR. LEVINE:  Object to the form of the      14:00:23
20    question.                                           14:00:25
```

Page 168

ATTORNEYS EYES ONLY



24          MR. LEVINE:  Object to the form.                    14:02:09

25

Page 169

ATTORNEYS EYES ONLY



1

14          MR. LEVINE:  Objection, lack of          14:03:05

15     foundation, compound question.                14:03:07

16

Page 170

ATTORNEYS EYES ONLY



```
 1
       MR. LEVINE:  Object.  Excuse me, object    14:04:52
21   to the form, asked and answered.              14:04:55
22
```

Page 171

ATTORNEYS EYES ONLY



1        MR. LEVINE:  Object to the form,                14:05:15

2   mischaracterizes testimony and asked and             14:05:16

3   answered.                                             14:05:19

4

Page 172



Page 173

ATTORNEYS EYES ONLY



```
17        MR. LEVINE:  Object to the form.  Are      14:10:28
18   you talking to me or David?  Objection to the    14:10:30
19   form.  He stated he doesn't recognize the        14:10:37
20   document.                                         14:10:39
```

Page 174

ATTORNEYS EYES ONLY



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11          MR. LEVINE:  Object to the form of the     14:11:28
12   question.                                          14:11:30
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 175

ATTORNEYS EYES ONLY



Page 176

ATTORNEYS EYES ONLY



```
14        MR. LEVINE:  Form.  Go ahead, you can    14:15:08
15   answer.                                        14:15:13
```

Page 177

ATTORNEYS EYES ONLY



Page 178

ATTORNEYS EYES ONLY



```
 1
```

16          MR. LEVINE:   Object to the form.                    14:20:22

17

ATTORNEYS EYES ONLY



1

10          MR. LEVINE:   Object to the form, vague.        14:21:42

11

25          MR. LEVINE:   And I wanted to -- David,        14:22:41

Page 180

ATTORNEYS EYES ONLY

```
1    you didn't let me get an objection in so I want      14:22:42

2    to object to the form based upon                      14:22:45

3    mischaracterization of prior testimony and this       14:22:48

4    change.                                               14:22:53
```



```
8           MR. LEVINE:  Form, lack of foundation.        14:23:02
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY



Page 182

ATTORNEYS EYES ONLY



25          MR. LEVINE:  Object to the form,          14:28:39

Page 183

ATTORNEYS EYES ONLY

1    mischaracterizes testimony.                          14:28:40



Page 184

ATTORNEYS EYES ONLY

```
 1          MR. LEVINE:  Object to the form of the     14:30:17

 2   question.                                         14:30:20
```



Page 185

ATTORNEYS EYES ONLY



Page 186

ATTORNEYS EYES ONLY



```
 1              ████ ████████████████████████        ███████

 █     ██████████████████████████████        ███████

 █     ████████████████████████████████        ███████

 █     ██████████████████████████        ███████

 5              MR. LEVINE:  Counsel, if we can have a      14:33:50

 6     30-second break whenever you get to a good        14:33:52

 7     stopping point.                                   14:33:54

 8              MR. DAMLE:  Yeah, give me a couple of     14:33:55

 9     minutes.                                          14:33:58

10              MR. LEVINE:  Sure.                        14:33:59

11              ████ ██████████████████        ███████

 █     ████ ██████████████        ███████

 █     ████ ██████████████  ████████        ███████

 █     ████ ████████████████████        ███████

 █     ████████████████████████  ████████        ███████

 █     ██████████████████████████████████        ███████

 █     ████████████████████████████        ███████

 █     ████ ██████████████████████████        ███████

 █     █████████████        ███████

 █     ████ ██████████████████████████        ███████

 █     ████████████████████████████████        ███████

 █     ████████████████████████████        ███████

 █     ████████        ███████

 █         ██████████████████████        ███████

 █     ██████████████████████        ███████
```

Page 187

ATTORNEYS EYES ONLY



```
23          MR. DAMLE:  Okay.  We can take a quick    14:36:04
24   break.                                           14:36:06
25          (Recess from 2:36 p.m. to 2:46 p.m.)      14:36:07
```

Page 188

ATTORNEYS EYES ONLY



```
 1                   ████                                                    ████

      █             ███████████████████████████                             ████

      █             ████████████                                            ████

      █                       ██████████████████████████                    ████

      █             █████████                                               ████

      █             ███        ████████████████                             ████

      █             ███        █████████████████████████████                ████

      █             ████████████████                                        ████

      █             ███       ████                                          ████

      █             ███       █████████████████████████████                 ████

      █             ██████████████████████                                  ████

      █             ███       ████████████████████                          ████

      █             ███████████████                                         ████

      █             ███       ██████████████████████                        ████

      █             ██████████████████████                                  ████

      █             ██████████████████████                                  ████

      █             ████████                                                ████

18                  MR. LEVINE:  Object to the form.              14:47:15

19                  ██████████    ██████████████████              ████

      █             ██████████████████████████    ██             ████

      █             ████████████████████████████                 ████

      █             █████████████████                            ████

      █             ███        ████████████████████              ████

      █             ████████████████████████                     ████

      █             █████████████████                            ████
```

Page 189

ATTORNEYS EYES ONLY

```
 1          MR. LEVINE:  Object to the form,          14:47:42

 2    speculation.                                    14:47:42
```



```
10          MR. LEVINE:  Object to the form.          14:48:15
```

```
25          MR. LEVINE:  Object to the form,          14:49:05
```

Page 190

ATTORNEYS EYES ONLY



1    speculation.                                                      14:49:05

5          MR. LEVINE:   Object to the form.  He is          14:49:20

6    not here in a 30(b)(6) capacity.  Go ahead.           14:49:22

12          MR. LEVINE:   Object to the form,              14:49:43

13    speculation.                                                    14:49:45

Page 191

ATTORNEYS EYES ONLY



Page 192

ATTORNEYS EYES ONLY



Page 193

ATTORNEYS EYES ONLY



Page 194

ATTORNEYS EYES ONLY



```
 1                                                    
                    MR. LEVINE:  Object to the form.            14:56:34
13                                                    
                                                      
                                                      
                                                      
                                                      
                                                      
                                                      
                                                      
                                                      
                                                      
                                                      
                                          Page 195
```



Page 196

ATTORNEYS EYES ONLY



Page 197

ATTORNEYS EYES ONLY



11          MR. LEVINE:  Form.                    15:01:35

12

Page 198

ATTORNEYS EYES ONLY



1

2

3

4          MR. LEVINE:  Object to the form.                    15:02:34

5

6

7

8

9          MR. LEVINE:  Object to the form,                    15:02:46

10    speculation.  You got to let me get my                   15:02:49

11    objections in, David.                                    15:02:53

12

Page 199

ATTORNEYS EYES ONLY



```
 1
    ▮
 3              MR. LEVINE:   Objection, vague.        15:04:04
 4
    ▮
    ▮
 7              MR. LEVINE:   Objection, speculation.  15:04:13
 8
    ▮
    ▮
    ▮
    ▮
    ▮
    ▮
    ▮
    ▮
    ▮
    ▮
    ▮
    ▮
    ▮
    ▮
    ▮
    ▮
    ▮
    ▮
```

Page 200

ATTORNEYS EYES ONLY



16        MR. LEVINE:   Object to the form.        15:06:56

Page 201

ATTORNEYS EYES ONLY



```
 1        ████ ██
 █    ██  ████ ██
 █    ██  ████ ██
 █        ████ ██
 █        ████ ██
 █        ████ ██
 █        ████ ██
 █        ████ ███ ███ ██
 █        ████ ██
 █        ████ ██
 █        ████ ██
 █    ██  ████ ██
 █        ████ ██
 █        ████ ██
 █    ██  ████ ███ ███ ██
 █        ████ ██
 █    ██  ████ ██
18            MR. LEVINE:  Object to the form,        15:09:07
19        speculation.                                15:09:07
20            ████ ████ ██
 █    ██  ████ ██
 █        ████ ██
 █    ██  ████ ██
 █        ████ ███ ██
 █        ████ ██
```

Page 202

ATTORNEYS EYES ONLY



1

14          MR. LEVINE:   Object to the form, vague.        15:10:44

15

Page 203

ATTORNEYS EYES ONLY



1

15          MR. LEVINE:  Mischaracterizes testimony,        15:12:16

16     form.                                                15:12:19

17

Page 204

ATTORNEYS EYES ONLY



Page 205

ATTORNEYS EYES ONLY



```
 1  ██████████

 █    █   ███████████████

 █    █   ███████████████████████████████

 █   ███████████████████████████████████

 █    █   ██████████████████

 █    █   ████████████████████████████

 █   ████████████████████

 █    █   ███████████████████████████

 █   ████████████████████████████

 █    █   ████████████████████████████

 █   ████████████

 █          ██████████████████████

 █   ████████████████████████████████████

 █   ████████

 █    █   ███████████████████████████

 █    █   ████████████████████████████████

 █   █████████████████████████████████

 █    █   █████████████

 █    █   ████████████████████████████

 █   ██████████████████████████

 █    █   ████████████████████████

 █    █   ████████████████████████████████

 █   ██████████████████████

24       MR. LEVINE:  Form.                        15:16:28

25          █████████████   ██████████████
```

Page 206

ATTORNEYS EYES ONLY



```
 1                                                              
 
                                                                
 
                                                                
 
                                                                
 
                                                                
 
                                                                
 
                                                                
 
 8            MR. LEVINE:   Objection.                15:16:54
 
 9                                                              
 
                                                                
 
11            MR. LEVINE:   Object to the form of the  15:17:00
 
12   question.                                          15:17:02
 
13                                                              
```

ATTORNEYS EYES ONLY



21          MR. LEVINE:  Object to the form, vague          15:19:29

22     and confusing.                                       15:19:31

23

Page 208

ATTORNEYS EYES ONLY



Page 209

ATTORNEYS EYES ONLY



Page 210

ATTORNEYS EYES ONLY

1          MR. LEVINE:  Form.                    15:24:01



Page 211

ATTORNEYS EYES ONLY



Page 212

ATTORNEYS EYES ONLY



```
22          MR. LEVINE:  Object to the form of the      15:29:35
23   question.                                          15:29:39
24
```

Page 213

ATTORNEYS EYES ONLY



Page 214

ATTORNEYS EYES ONLY



```
1
8          MR. LEVINE:  Object to the form,        15:32:34
8     speculation.                                 15:32:35
9
```

Page 215

ATTORNEYS EYES ONLY



Page 216

ATTORNEYS EYES ONLY



25          MR. LEVINE:  Object to the form.          15:37:16

Page 217

ATTORNEYS EYES ONLY



1

▮

▮

▮

5          MR. LEVINE:  Same form or same          15:37:29

6     objection.                                   15:37:32

7

Page 218

ATTORNEYS EYES ONLY



Page 219

ATTORNEYS EYES ONLY



```
 1   ████████████████████████████   ██████████
 █   ████████████████████████████   ██████████
 █   ██████████████             ██████████
 █     ███   █████████████████████   ██████████
 █   ████████████████████████████   ██████████
 █     ███   ████              ██████████
 █     ███   ████████████████████████   ██████████
 █   █████████████████              ██████████
 9           MR. LEVINE:  Form.                 15:41:30
10           █████████   ████████████   ██████████
 █     ███   ███████████████████████████   ██████████
 █   █████████████████████████              ██████████
 █   ████████████████                  ██████████
14           MR. LEVINE:  Same objection.       15:41:44
15           █████████   ███████████████   ██████████
 █   ████████████████████████████   ██████████
 █     ███   ████████████████████████   ██████████
 █   ████████████████████████████   ██████████
 █   ████████████████████████████   ██████████
 █   ██████                              ██████████
 █     ███   ████████████████████████   ██████████
 █   ████████████████    ████████████████   ██████████
 █   █████████████████████████   ██   ██████████
 █   ███████████████████████████   ██████████
 █   ███████████████████████████   ██████████
```

                                            Page  220

ATTORNEYS EYES ONLY



Page 221

ATTORNEYS EYES ONLY



15          MR. LEVINE:  Form.                    15:44:59

16

Page 222

ATTORNEYS EYES ONLY



```
1
15          MR. LEVINE:  Object to the form.        15:46:34
16
```

Page 223

ATTORNEYS EYES ONLY



1

6          MR. LEVINE:  Form.                          15:48:09

7

Page 224

ATTORNEYS EYES ONLY

1



Page 225

ATTORNEYS EYES ONLY



Page  226

ATTORNEYS EYES ONLY



```
 1
 ▪
 ▪
 ▪
 ▪
 ▪
 ▪
 ▪
 ▪
 ▪
 ▪
 ▪
 ▪
 ▪
 ▪
 ▪
 ▪
 ▪
```

19          MR. LEVINE:  Counsel, I'm sorry, it's          15:54:37

20    that time of day, if we can take another          15:54:38

21    30-second break.          15:54:42

22          MR. DAMLE:  Yes, that's fine.          15:54:43

23          MR. LEVINE:  Thanks.  It will be very          15:54:44

24    quick.  Thanks.          15:54:46

25          (Recess from 3:54 p.m. to 4:04 p.m.)          15:54:47

Page 227



Page 228



Page 229

ATTORNEYS EYES ONLY



15          MR. LEVINE:   Form.                          16:09:52

16

Page 230

ATTORNEYS EYES ONLY



Page 231

ATTORNEYS EYES ONLY



Page 232

ATTORNEYS EYES ONLY



Page 233

ATTORNEYS EYES ONLY



22    index has some snapshot --                    16:17:43

23       Q.   Sorry, you are going to need to slow   16:17:43

24    down for the court reporter.  Could you repeat 16:17:45

25    that?                                          16:17:47

Page 234

ATTORNEYS EYES ONLY



Page  235

ATTORNEYS EYES ONLY



Page 236

ATTORNEYS EYES ONLY



Page  237

ATTORNEYS EYES ONLY



Page  238



Page  239



ATTORNEYS EYES ONLY

Page 240

ATTORNEYS EYES ONLY



Page 241



Page 242



Page  243

ATTORNEYS EYES ONLY

```
 1           MR. LEVINE:  Objection, argumentative,     16:35:18

 2    form.                                             16:35:20

 3
```



Page 244

ATTORNEYS EYES ONLY



Page 245

ATTORNEYS EYES ONLY



Page 246

ATTORNEYS EYES ONLY



Page 247

ATTORNEYS EYES ONLY



```
18          MR. LEVINE:  Objection, vague, calls for    16:45:47
19   a legal conclusion.                                 16:45:53
20
```

Page 248

ATTORNEYS EYES ONLY

11      Q.   Do you consider yourself a security          16:47:06

12   researcher?                                          16:47:17

13      A.   I consider myself a former security          16:47:18

14   researcher right now.                                16:47:24

15      Q.   And what is a security researcher to         16:47:25

16   you?                                                 16:47:28

17      A.   A security researcher is someone who is      16:47:28

18   interested in whether software has                   16:47:35

19   vulnerabilities, you know, and wants to find out     16:47:38

20   about those vulnerabilities and wants to find        16:47:45

21   out how and if those vulnerabilities can be          16:47:47

22   exploited and ways to defend against them.           16:47:51

23      Q.   And have you heard the term good faith       16:47:53

24   security research before?                            16:48:01

25      A.   I have heard the term, but I do not know     16:48:02

Page 249

```
 1    the definition.                                16:48:07

 2       Q.   And when you were a security researcher  16:48:08

 3    would you have described yourself as a good     16:48:18

 4    faith security researcher?                      16:48:20

 5       A.   Certainly because I certainly don't want 16:48:21

 6    to consider myself to be doing security research 16:48:26

 7    in bad faith.                                   16:48:30

 8       Q.   Are you familiar with the term          16:48:36

 9    responsible disclosure?                         16:48:38

10       A.   Yes, I am familiar with that term.      16:48:38

11       Q.   What is responsible disclosure?         16:48:42

12            MR. LEVINE:  Object to the form.  Go     16:48:44

13    ahead, you can answer.                          16:48:47

14            THE WITNESS:  Responsible disclosure is  16:48:48

15    to -- is to disclose the existence of security  16:48:55

16    vulnerabilities in a way that does the least    16:49:00

17    harm.                                           16:49:03

18       Q.   (By Mr. Damle) And does responsible     16:49:04

19    disclosure require disclosure to the vendor of  16:49:09

20    the software?                                   16:49:13

21            MR. LEVINE:  Form.                       16:49:16

22            THE WITNESS:  I don't think that's       16:49:16

23    necessarily true.                               16:49:20

24       Q.   (By Mr. Damle) So when would responsible 16:49:21

25    disclosure not require disclosure to the vendor 16:49:27
```

Page 250

ATTORNEYS EYES ONLY

```
1    of the software?                              16:49:29
2      A.   One case would be for iOS security     16:49:30
3    researchers to be able to continue to do their   16:49:50
4    work.                                          16:49:51
5          Currently in order to do any            16:49:54
6    investigation at all you are required holding   16:49:55
7    back security vulnerabilities and exploits so   16:50:00
8    that you can -- you can investigate the devices.   16:50:03
9          And disclosing those vulnerabilities    16:50:07
10   will, of course, get them fixed, but it also   16:50:11
11   means that you cannot continue to do any       16:50:13
12   research.                                      16:50:17
13         And I don't believe that that           16:50:17
14   supports that that does the least harm.        16:50:22
15     Q.   Can you think of any other situation    16:50:24
16   where responsible disclosure would not require   16:50:35
17   disclosure to the vendor of the software?      16:50:39
18     A.   I think it is a very case-by-case basis.   16:50:41
19   I think it also depends on the vendor itself.   16:51:16
20         If the security researcher, for example,   16:51:22
21   feels that the vendor might retaliate then     16:51:25
22   disclosing to the vendor might not be the best   16:51:29
23   idea.                                          16:51:33
24         Some other way of notifying -- of       16:51:36
25   mitigating the risk has to be found.           16:51:38
```

Page 251

ATTORNEYS EYES ONLY



| | | |
|---|---|---|
| 1 | Q.    Is Apple the kind of vendor that would | 16:51:41 |
| 2 | retaliate against the security researcher who | 16:51:44 |
| 3 | reported a vulnerability to it? | 16:51:48 |
| 4 | A.    I do not know. | 16:51:51 |
| 5 | THE VIDEOGRAPHER:  We are getting at the | 16:51:58 |
| 6 | 15-minute mark. | 16:52:00 |
| 7 | MR. LEVINE:  Thank you, Eli. | 16:52:00 |

Page 252

ATTORNEYS EYES ONLY



Page 253

ATTORNEYS EYES ONLY



16:55:05

5        MR. LEVINE:   Objection.                16:55:08

6

16:55:16

9

16:55:24

13

16:56:36

Page 254

ATTORNEYS EYES ONLY



1          MR. LEVINE:  Object to the form.                    16:56:47

19          MR. LEVINE:  Object to the form of the            16:58:08

20    question, hypothetical.                                 16:58:10

16:58:05

16:58:30

Page 255

ATTORNEYS EYES ONLY



Page 256

ATTORNEYS EYES ONLY

```
 1          THE WITNESS:  I have heard some news        16:59:56

 2     about it.  I don't know the details.             16:59:57

 3          MR. LEVINE:  If I can interject for one     17:00:06

 4     second, Eli, how much time are we looking at?    17:00:07

 5          THE VIDEOGRAPHER:  We have another six      17:00:11

 6     minutes.                                         17:00:13

 7          MR. LEVINE:  Thank you.  It is 8:06 on      17:00:13

 8     the East Coast.                                  17:00:17

 9     ███  ████████████████████████████████           ████████

       ███████████████████████████████████████████     ████████

       ████████████████████████████████████            ████████

       ██  ████████                                     ████████

13          MR. LEVINE:  Object to the form of the      17:00:48

14     question, assumes facts, hypothetical.           17:00:52

15     ████████████████  █████████████████████████     ████████

       █████████████████████████████████████           ████████

       ███████████████████████████████████████████     ████████

       █████████████████████████████████████████       ████████

       ██████████████████████████                       ████████

       ████████████████████████████████████████████     ████████

       ████████████████████████████                     ████████

22     Q.   (By Mr. Damle) Are you aware of any iOS     17:01:20

23     vulnerabilities, whether you found them or       17:01:30

24     someone else found them, that were not reported  17:01:32

25     to Apple but were later discovered by malicious  17:01:34
```

Page 257

ATTORNEYS EYES ONLY

```
 1    hackers?                                        17:01:40

 2        A.    I'm sorry, could you repeat the       17:01:42

 3    question?                                       17:01:44

 4        Q.    Sure, it was complicated.  Are you aware   17:01:44

 5    of any iOS vulnerabilities whether found by you      17:01:48

 6    or not that were not reported to Apple, but were     17:01:52

 7    later found by malicious hackers?               17:01:56

 8        A.    No, I'm not familiar with anything like   17:02:02

 9    that.                                           17:02:05

10            MR. DAMLE:  Okay.  That's all I have.   17:02:14

11            MR. LEVINE:  I have a few questions.  Do   17:02:18

12    you want to -- can I just move into them?  I    17:02:21

13    think I can go pretty quickly.                  17:02:25

14            MR. DAMLE:  Sure.                        17:02:26

15                    EXAMINATION                     17:02:26

16    BY MR. LEVINE:                                  17:02:26

17        Q.    David, at any point in time in         17:02:31

18    connection with the virtualization did you think   17:02:34

19    you were violating any rights of Apple?         17:02:36

20        A.    No.                                   17:02:38

21        Q.    You mentioned earlier that had Apple   17:02:45

22    asked you to stop you would have had a          17:02:47

23    conversation with the company possibly about    17:02:51

24    stopping.                                       17:02:55

25            Do you recall that --                    17:02:56
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | A.   Yeah. | 17:02:57 |
| 2 | Q.   -- that testimony? | 17:02:59 |
| 3 | A.   Yeah. | 17:03:00 |
| 4 | Q.   Would you be -- why would you be | 17:03:01 |
| 5 | stopping? | 17:03:05 |
| 6 | A.   Well, in general I don't want to enter | 17:03:05 |
| 7 | into any sort of conflict, especially not | 17:03:08 |
| 8 | conflict with Apple.  I like Apple.  I'm a fan | 17:03:12 |
| 9 | of their products.  I wouldn't -- even though I | 17:03:14 |
| 10 | think we are not doing anything wrong I would | 17:03:18 |
| 11 | seek to avoid conflict. | 17:03:21 |
| 12 | Q.   So in essence -- I'm sorry. | 17:03:24 |
| 13 | A.   It's just my personality. | 17:03:26 |
| 14 | Q.   Okay.  So it had nothing to do with the | 17:03:28 |
| 15 | fact that you might -- that you were doing | 17:03:30 |
| 16 | anything wrong? | 17:03:32 |
| 17 | A.   No, I don't believe we were doing | 17:03:33 |
| 18 | anything wrong. | 17:03:35 |
| 19 | | |

Page 259

ATTORNEYS EYES ONLY



```
 1   ██████████████████████████            ████████████

 ■       ████     ████                      ████████████

 3      Q.    Sy spoke a little bit about good faith    17:04:19

 4   and bad faith.  Can you have good faith hackers?    17:04:37

 5      A.    Yes, certainly.                            17:04:41

 6      Q.    And can you be a good faith security       17:04:42

 7   researcher while not disclosing vulnerabilities     17:04:52

 8   back to the vendor who built the -- built the       17:04:57

 9   software?                                           17:05:02

10      A.    Yeah, certainly.  I've already discussed   17:05:02

11   several ways in which I think that could be the     17:05:06

12   case.                                               17:05:09

13      ███   █████████████████████████     ████████████
```

ATTORNEYS EYES ONLY

1 ████████████████████████████ █████

█ ████████████████████████ █████

█ ██████████████████████████ █████

█ ███████████ █████

█ ██ ████████████████████ █████

█ ███████████ █████

█ ██ ██████████████████ ██ █████

█ ████████████████████████████ █████

█ ███████████████████████████ █████

█ █████████████████████████ █████

█ █████████ █████

12        MR. LEVINE:  Okay.  No further questions    17:06:48

13    for me.                                          17:06:49

14        MR. DAMLE:  I'm sorry, before we go off      17:06:50

15    the record I wanted to add one reservation of    17:06:56

16    rights at the end.                               17:06:59

17        I would like to certify all of the           17:07:04

18    questions to which you have raised objections    17:07:06

19    regarding any alleged national security          17:07:08

20    privilege in anticipation of a motion to compel. 17:07:11

21        MR. LEVINE:  No problem.  And we will         17:07:14

22    read.                                            17:07:18

23        MR. DAMLE:  Yeah, we need a rough as          17:07:23

24    soon as possible and then whatever is the        17:07:28

25    fastest available for final with a transcript    17:07:32

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY

```
 1    fee.                                           17:07:58

 2           MR. LEVINE:  We will do the same with a   17:07:58

 3    rough and the quickest possible.  You heard me   17:08:00

 4    when I said we will read, correct?  Terrific.  I  17:08:03

 5    think we're done.                              17:08:10

 6           MR. DAMLE:  Thank you.                  17:08:13

 7           (Deposition concluded at 5:08 p.m.)     17:08:13

 8           (Signature reserved.)                   17:08:14

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 262

ATTORNEYS EYES ONLY

```
 1              C E R T I F I C A T E

 2

 3          I, Teresa L. Dunn, a Certified Court

 4   Reporter for Washington, pursuant to RCW 5.28.010

 5   authorized to administer oaths and affirmations in

 6   and for the State of Washington, do hereby certify

 7   that, DAVID WANG appeared virtually before me at the

 8   time and place set forth in the caption hereof; that

 9   at said time and place I reported in Stenotype all

10   testimony adduced and other oral proceedings had in

11   the foregoing matter; that thereafter my notes were

12   reduced to typewriting under my direction pursuant

13   to Washington Administrative Code 308-14-135, the

14   transcript preparation format guideline; and that

15   the foregoing transcript, pages 1 to 264, both

16   inclusive, constitutes a full, true and accurate

17   record of all such testimony adduced and oral

18   proceedings had, and of the whole thereof.

19          Witness my hand and CCR stamp at Vancouver,

20   Washington, this 14th day of April, 2020.

21

22          _Teresa Dunn_

23          TERESA L. DUNN
            Certified Court Reporter
24          Certificate No. 2468
            Expiration Date:  01/13/2021

25
```

Page 263

ATTORNEYS EYES ONLY

```
 1                     YIDUO "DAVID" WANG

 2          I have read the transcript of my deposition

    taken on April 9, 2020, at Portland, Oregon, and

 3  make the following changes:

 4

 5  Subject to the foregoing changes, the transcript is

 6  correct.

 7

 8                   _____

 9                   YIDUO "DAVID" WANG

10          Subscribed and sworn to before me this

11  _____ day of _____, 2020.

12

13                   _____

14                   Notary Public for the

15                   State of _____

                     residing at _____

16                   My Commission Expires:____

17  Re:  Apple, Inc. vs. Corellium, LLC

         US District Court

18       Southern District of Florida

19       Case No. 19:9-cv-81160-RS

         TLD

20

21

22

23

24

25

                                        Page  264
```