UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,
v.

CORELLIUM, LLC,

    Defendant.

_____/

## NOTICE OF FILING UNDER SEAL

Defendant, Corellium, LLC, respectfully submits the following amendment summary judgment papers pursuant to the Court's Sealed Order [D.E. 804]:

| Summary Judgment Filing | Filed Under Docket Entry | Filed Under Seal Pursuant |
|---|---|---|
| Corellium's Amended Motion for Summary Judgment | D.E. 813 | Court's Order entered on May 12, 2020 [D.E. 462] |
| Corellium's Amended Statement of Material Fact in support of its Amended Motion for Summary Judgment | D.E. 817 | Court's Order entered on May 12, 2020 [D.E. 462] |
| Corellium's Amended Response to Apple's Statement of Material Facts | D.E. 819 | Court's Order entered on June 3, 2020 [D.E. 549] |
| Corellium's Amended Reply in Support of its Motion for Summary Judgment | D.E. 822 | Court's Order entered on June 3, 2020 [D.E. 551] |
| Corellium's Amendment Reply Statement of Material Facts in Support of its Motion for Summary Judgment | D.E. 823 | Court's Order entered on June 3, 2020 [D.E. 551] |

CASE NO.: 9:19-CV-81160-RS

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on March 8, 2021, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

      By:   s/ *Lizza C. Constantine*
          JONATHAN VINE
          Florida Bar No.: 10966
          JUSTIN LEVINE
          Florida Bar No.: 106463
          LIZZA CONSTANTINE
          Florida Bar No.: 1002945

          COLE, SCOTT & KISSANE, P.A.
          *Counsel for Defendant*
          Esperante Building
          222 Lakeview Avenue, Suite 120
          West Palm Beach, Florida 33401
          Telephone (561) 383-9222
          Facsimile (561) 683-8977
          E-mail: jonathan.vine@csklegal.com
          E-mail: justin.levine@csklegal.com
          E-mail: lizza.constantine@csklegal.com

          *and*

          HECHT PARTNERS LLP
          *Counsel for Defendant*
          20 West 23rd St. Fifth Floor
          New York, NY 10010
          Telephone (212) 851-6821
          David Hecht, *Pro hac vice*
          E-mail: dhecht@hechtpartnersllp.com

CASE NO.: 9:19-CV-81160-RS

Maxim Price, *Pro hac vice*
E-mail: mprice@hechtpartnersllp.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@hechtpartnersllp.com

## **SERVICE LIST**

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*