### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

                Plaintiff,

   v.

CORELLIUM, LLC,

               Defendant.

### PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL APPLE INC.'S MOTION TO ENFORCE THE COURT'S ORDER AT ECF NO. 804 AND INCORPORATED MEMORANDUM OF LAW

Plaintiff Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal Apple Inc.'s Motion to Enforce the Court's Order at ECF No. 804 ("Motion"). In support of this request, Apple states as follows:

1. On March 5, 2021, Corellium filed a Motion to File Under Seal its Notice addressing the Court's Sealed Order at ECF No. 804. *See* ECF No. 807. Corellium simultaneously filed its Notice under seal, which refers to information in prior sealed filings and Court Orders including the Sealed Order at ECF No. 804.

2. In response to Corellium's Notice, Apple is now filing a motion to enforce the Court's Sealed Order at 804.

3. Apple seeks to file entirely under seal this Motion, which discusses and quotes material Corellium has previously filed under seal with the Court's permission as well as the

Court's Sealed Order at ECF No. 804 and the Sealed Report and Recommendation at ECF No. 782.

4.      In light of the foregoing, Apple moves to file under seal its Motion to Enforce the Court's Order at ECF No. 804.

**WHEREFORE** Apple respectfully requests that, unless and until the Sealed Report & Recommendation or the Court's Sealed Order are unsealed, the following documents remain under seal through the final resolution of this matter, including during any period of appeal, except as ordered by this Court or required by law:

    a.  Apple's Motion to Enforce the Court's Order at ECF No. 804;

    b.  Proposed Order for Apple's Motion to Enforce the Court's Order at ECF No. 804.

A proposed order is submitted herewith.

## <u>LOCAL RULE 7.1(A)(3) CERTIFICATION</u>

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via telephone with counsel for Defendant on March 8, 2021 regarding the relief sought herein.  Defendant does not oppose.

Dated: March 8, 2021

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*\*Admitted pro hac vice*

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.