UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL APPLE INC.'S MOTION TO ENFORCE THE COURT'S ORDER AT ECF NO. 804**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Under Seal Apple Inc.'s Motion to Enforce the Court's Order at ECF No. 804 ("Motion"). Being fully advised in the premises, and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Plaintiff Apple Inc. is given leave to file under seal its Motion to Enforce the Court's Order at ECF No. 804 and the corresponding proposed order. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this \_\_ of March, 2021.

                                        **RODNEY SMITH**
                                        **UNITED STATES DISTRICT JUDGE**