UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

## NOTICE OF FILING OF AMENDED SUMMARY JUDGMENT PAPERS

As required by the Court's Sealed Order at ECF No. 804, and subject to Plaintiff Apple Inc. Motion to Enforce the Court's Order at ECF No. 804, *see* ECF No. 826, Apple hereby files the following summary judgment papers, with stricken material removed.[1]

1. Plaintiff Apple Inc.'s Opposition to Defendant Corellium LLC's Motion for Summary Judgment

2. Plaintiff Apple Inc.'s Response to Defendant Corellium LLC's Statement of Material Facts in Support of Corellium's Motion for Summary Judgment

3. Plaintiff Apple Inc.'s Reply Statement of Material Facts in Support of Apple's Motion for Partial Summary Judgment

4. Plaintiff's Exhibit Number 41A

5. Plaintiff's Exhibit Number 84

6. Plaintiff's Exhibit 139

---

[1] Apple has refiled only those summary judgment papers that contain material that must be struck pursuant to the Court's Sealed Order at ECF No. 804.

| | |
|---|---|
| Dated: March 8, 2021 | Respectfully Submitted, |

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*\*Admitted pro hac vice*

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.