**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

                Plaintiff,

   v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'s RESPONSE
TO DEFENDANT CORELLIUM, LLC'S STATEMENT OF MATERIAL FACTS IN
<u>SUPPORT OF CORELLIUM'S MOTION FOR SUMMARY JUDGMENT</u>**

1. Undisputed. ECF No. 455, Apple's Stmt. of Material Facts ("Apple SOF") ¶¶ 2, 5.[1]

2. Undisputed. Apple SOF ¶ 4.

3. Undisputed. The listed features are not the only important features of iOS. Plaintiff's Exhibit ("PEX") 87, Apple Resp. No. 15.

4. Undisputed. Although iOS itself does not include hardware, including the read–only memory manufactured into iOS Devices, iOS is designed to only install, boot, and execute after running validation checks against iOS Device hardware. Apple SOF ¶¶ 4, 10, 13–22.

5. Undisputed as written and as to Krstić's testimony. Apple SOF ¶¶ 7, 8. The "runtime elements required to run" iOS include elements such as the authorization ticket. Defendant's Exhibit ("DEX") 1, Krstić Tr. at 126:13–127:6; *see also* Apple SOF ¶¶ 14–16. Apple objects to DEX 6, Wang Tr. at 60:9–16 as speculative and lacking foundation. FRE 602.

6. Disputed in part. Undisputed that IPSW files are publicly available for free download. Apple SOF ¶ 8. Disputed that these downloads come from "third–party websites, including IPSW.me." IPSW.me provides links to internet locations where users can download IPSW files, but does not host the files itself. *See* DEX 3, Andrews Tr. at 95:16–22.

7. Undisputed. Apple SOF ¶ 4.

8. Undisputed.

9. Disputed in part. Undisputed that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. *See* Apple SOF ¶¶ 43–44, 49. Disputed that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ PEX 3, Nieh Decl. ¶ 23; PEX 44, Resp. No. 3 at 16–17; *see also* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

10. Disputed in part. Undisputed that iOS includes open source code, including in the kernel. Disputed that this open source code encompasses "significant portions" of iOS. PEX 91, Nieh Cor. Rebuttal Rpt. ¶¶ 11, 13–17. Further, this fact is not material because ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Apple SOF ¶¶ 50, 53–55.

11. Disputed in part. Undisputed that "the compiler," "Swift" and "WebKit" are examples of open source code used by Apple; however, "the compiler" and "Swift" are not "in iOS." PEX 85, Peterson Supp. Decl. ¶¶ 13–14. This fact is not material, *see* Apple's Response to

---

[1] Apple incorporates by reference its Stmt. of Fact, ECF No. 455, and exhibits thereto, in response and addition to Corellium's Statement of Material Undisputed Facts.

Corellium's Statement of Fact ("SOFR") ¶ 10, above, and the Krstić citation does not support it.

12. Disputed in part. Undisputed that a user can download an IPSW file without being affirmatively presented with the iOS EULA, a/k/a Software License Agreement ("SLA"). However, this fact is not material because iOS Device users are presented with and required to agree to the SLA during the iOS installation process. Apple SOF ¶¶ 8–9, 19–20. Further, disputed that the SLA does not apply to the act of downloading an IPSW file. Each SLA states: "BY USING YOUR iOS DEVICE OR DOWNLOADING A SOFTWARE UPDATE, AS APPLICABLE, YOU ARE AGREEING TO BE BOUND BY THE TERMS OF THIS LICENSE." PEX 28–33 at 1. Disputed that third-party websites provide IPSW file downloads directly. *See* SOFR ¶ 6.

13. Disputed in part. Undisputed that "A user is . . . presented with or required to agree to the iOS EULA after iOS is initiated during installation on an Apple device, which is after the Low Level Boot ('LLB'), iBoot, and 'the kernel cache phase.'" Apple SOF ¶ 19. Disputed that this presentation "only" occurs during installation and that a user is *not* "required to agree to the iOS EULA" at any other time. *See* PEX 28–33 at 1; SOFR ¶ 12.

14. Undisputed that Apple did not bring a claim for breach of contract. However, Corellium's violations of Apple's EULA (SLA) bear on Apple's copyright and DMCA claims.

15. Undisputed. ███████████████████████████████████████████ Apple SOF ¶ 45.

16. Disputed in part. Undisputed that Apple has identified pointer authentication code, Exclusive Chip Identification, Boot ROM, and the Secure Enclave Co-Processor as technological protection (control) measures ("TCMs"). Apple SOF ¶¶ 13–22; PEX 87, Apple Resp. No. 16.[2] Disputed that these are the "only" TCMs Apple identified, and disputed that Apple TCMs are based in "hardware (not Software)." *Id.* Apple also disputes the characterizations about Apple's lack of TCMs in Corellium's brief. ECF No. 456, Corellium MSJ at 2, 17–18.

17. Undisputed. PEX 87, Apple Resp. No. 16 at 7.

18. Disputed in part. Undisputed that the secure boot chain prevents non-Apple Software from running on Apple hardware. Apple SOF ¶¶ 10, 13, 17–18. However, disputed that the secure boot chain is "not designed to prevent the iOS kernel from being run on non-Apple hardware." The secure boot chain does prevent iOS from running on non-Apple hardware. Apple SOF ¶ 17; PEX 1, Andrews Decl. ¶ 16; PEX 3, Nieh Decl. ¶¶ 10–11.

---

[2] DEX 9 is a copy of Dr. Nieh's Expert Report. Apple has attached the correct exhibit as PEX 87.

19. Disputed in part. Undisputed that one can download IPSW files and *look* at the unencrypted files' contents without executing the secure boot chain. But users cannot run, execute, or dynamically interact with those files as iOS unless and until the files are installed on approved Apple devices using the secure boot chain. Apple SOF ¶¶ 8, 9, 17. Apple disputes the assertion (Corellium MSJ at 2, 3, 17) that no TCMs exist on the IPSW files Apple provides freely online.

20. Disputed in part. Undisputed that new versions of iOS exclude previously published and registered portions of iOS. Apple SOF ¶¶ 5–6. Disputed that iOS registrations only protect "constituent parts or portions of apps." Rather, each iOS registration protects everything new in that version. PEX 10–11, 13, 19–27. The first version of iOS was released in 2007, and each version of iOS builds on the next. PEX 85, Peterson Supp. Decl. ¶¶ 5–7. Apple disputes any implication that the pages Apple submits as deposit copies to the U.S. Copyright Office reflect the entirety of what Apple's iOS registrations cover, rather than illustrative excerpts of new material. 37 C.F.R. § 202.20(c)(2)(vii) (permitting submission of "identifying portions of the program"); PEX 2, Peterson Decl. ¶¶ 7, 9.

21. Undisputed. Apple SOF ¶ 5–6.

22. Undisputed as written. However, the content of the deposits is immaterial to the scope of Apple's copyrights. SOFR ¶ 20.

23. Disputed in part. Apple agrees its asserted iOS copyrights do not cover the Boot ROM or third-party open source code. Apple disputes that its iOS copyrights do not cover the Low Level Bootloader or kernel cache. PEX 91, Nieh Cor. Rebuttal Rpt. ¶¶ 10–17. Apple disputes the characterization of Peterson's testimony as relating to the scope of iOS copyrights rather than the content of deposit copies. SOFR ¶ 20.

24. Undisputed.

25. Undisputed as written. *See also* Apple Additional Facts ("AAF") ¶¶ 76, 80.

26. Disputed in part. AAF ¶ 77, 80. Undisputed that Apple became aware in 2014 that Chris Wade had developed a product called Virtual. Apple SOF ¶ 73. Disputed that Apple knew the contents of the quoted document or all details of Virtual's technology. Further, Apple disputes the characterization (Corellium MSJ at 3) that the Virtual technology was the same as "this technology" by Corellium. PEX 44, Resp. No. 4 at 20; PEX 45, Resp. 20 at 5. Apple objects to DEX 24 as it is an uncitable rough transcript, rather than a final verified transcript, of Chris Wade.[3]

---

[3] This applies to Ex. 24 and all citations thereto, incl. ¶¶ 26, 28, 30, ▮ 46-47, 56, 68-70, & 72.

3

27. Undisputed.

28. Undisputed. Apple SOF ¶ 73.

29. Undisputed. Apple SOF ¶ 24.

30. Disputed in part.  , Apple SOF ¶ 50, and ▇▇▇. PEX 86, Nieh Supp. Decl. ¶¶ 11–22. ▇▇▇. Apple SOF ¶¶ 40; SOFR ¶ 43. ▇▇▇. Apple SOF ¶ 33. ▇▇▇. Apple SOF ¶¶ 51–54. ▇▇▇. Apple SOF ¶ 37. ▇▇▇ AAF ¶ 91. ▇▇▇. AAF ¶ 93.

31. Undisputed as written. Apple SOF ¶ 24. Apple did not know specifically how Corellium's boot process to virtualize iOS worked. Apple SOF ¶ 28; AAF ¶ 80.

32. Disputed in part. Apple does not dispute that an Apple employee wrote this in September 2017. However, Apple disputes knowing when or how Corellium's "intentions" would materialize; Apple knew Chris Wade often exaggerated. DEX 4, Marineau-Mes Tr. at 155:13–157:2. At the time, Corellium had existed for one month ▇▇▇. SOFR ¶ 29; PEX 44, Resp. No. 9 at 25, 29 ▇▇▇ Apple also did not know the technical details about how Corellium's hypervisor virtualizes iOS. Apple SOF ¶ 28; AAF ¶ 80.

33. Undisputed as written. Apple did not, however, learn the key technical details as to how Corellium's technology worked. Apple SOF ¶ 28; AAF ¶ 80.

34. Undisputed as written. Apple SOF ¶¶ 28–29. Apple disputes the characterization of the acquisition discussions contained within the cited Gorton testimony, AAF ¶ 80, and objects to that testimony as lacking foundation and asserting legal conclusions. FRE 602, 701.

35. Disputed in part. Undisputed that employees provided some positive feedback on the

Corellium technology and team during acquisition talks. Apple SOF ¶¶ 28–29, 31. Disputed that the feedback was "universally" positive. Corellium's own evidence shows ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ *See, e.g.*, DEX 3, Andrews Tr. at 192:23–193:15; DEX 33, 37, 38, 39.

36. Disputed. Apple SOF ¶¶ 26–30, 74–78. The cited Apple documents do not support this claim. DEX No. 7, No. 2 and DEX 28 discuss the value Corellium's team and technology might have if acquired and brought *within* Apple. Apple never affirmatively authorized Corellium's use of iOS. Apple SOF ¶ 78. Apple informed Corellium it needed a license to use iOS. AAF ¶¶ 79. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Apple SOF ¶¶ 76–77. Apple disputes the characterization (Corellium MSJ at 16) that "Corellium had a right to believe—based on . . . Apple's continuous encouragement . . . that Apple intended Corellium to continue to develop its products."

37. Undisputed. Discussions were based on limited intel and never progressed beyond brainstorming about how to modify the technology to be useful within Apple. DEX 33, 37.

38. Undisputed. The proposed offer was unofficial and informal. Apple SOF ¶ 31.

39. Undisputed.

40. Undisputed.

STRUCK PER COURT ORDER

STRUCK PER COURT ORDER

42. Disputed. *See* SOFR ¶¶ 30; AAF ¶ 81; *see also* Apple SOF ¶¶ 4, 36–39, 50–56. Corellium's cited evidence does not support it. STRUCK PER COURT ORDER

43. Undisputed. Apple SOF ¶¶ 40–49.

44. Undisputed. Apple SOF ¶ 34.

45. Disputed. ▮▮▮ SOFR ¶ 43; Apple SOF ¶ 40. ▮▮▮. Apple SOF ¶¶ 40–48. ▮▮▮. Corellium MSJ at 10–13. ▮▮▮. AAF ¶ 92. ▮▮▮

46. Disputed in part. Undisputed that the ▮▮▮. PEX 92, Nieh Supp. Rpt. ¶ 106; PEX 63, Sales FAQs at 2–3; PEX 106, ▮▮▮ Email at 3. ▮▮▮ SOF ¶¶ 50, 53–55; AAF ¶ 87–91, ▮▮▮. PEX 92, Nieh Supp. Rpt. ¶¶ 103–05, 276, 284, 285. ▮▮▮. PEX 107, CAP Demonstrative at 15. Apple further disputes and objects to how Corellium characterizes this point in its brief, which is entirely lacking in evidentiary support and constitutes inadmissible hearsay in any event. FRE 801. Corellium's statements about



the features its customers supposedly desire are inadmissible hearsay. Corellium MSJ at 1, 9, 14.

47. Disputed in part. Undisputed that the Corellium Apple Product "provides its users with a version of iOS" which can be used for security research. Apple disputes any contention that security research is the only use for the Corellium Apple Product. SOFR ¶ 63. Apple also disputes Corellium's cited testimony because it does not support its claim or is unreliable. In DEX 1, Krstić relates Chris Wade's opinion that the product's purpose included security research, "though not security research that would at all necessarily result in any of the findings being shared with Apple or used to protect users. In fact, quite the opposite is true." *Id.* at 100:22–101:3. In DEX 43, Betz Tr. at 23:18–24:3, Betz said he could not "speculate" on the purpose of the product.

48. Disputed in part. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ Apple SOF ¶¶ 40–49, 56; PEX 86, Nieh Supp. Decl. ¶¶ 15–18. Apple disputes the brief's unsupported assertions that these features "only exist" for security research. SOFR ¶ 63.

49. Disputed in part. Undisputed that some security researchers use iOS exploits and vulnerabilities. However, the cited Shirk testimony does not support the claim. Apple disputes the implication that iOS security researchers utilizing retail iPhones *must* "rely on exploiting vulnerabilities to conduct their research." SOFR ¶ 58.

50. Disputed. The cited evidence does not support it; Apple objects to it as speculative, lacking foundation, and inadmissible hearsay. FRE 602, 701, 801. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. Apple SOF ¶ 67; AAF ¶ 111–114.

51. Disputed in part. Undisputed that the Corellium Apple Product "contains virtual features" which replicate iOS "with as much fidelity as possible" including the "processor architecture," "the ability to execute with certain hardware drivers," and "security mitigations." Apple SOF ¶¶ 62–63. Disputed that these are "relevant to security research." SOFR ¶¶ 48, 63.

52. Disputed in part. Undisputed ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ kernel patches to iOS. Apple SOF ¶¶ 40–49, 65; PEX 3, Nieh Decl. at ¶¶ 22–23, 27. Disputed that those patches are "improvements to research." SOFR ¶ 48, 51, 63.

53. Disputed in part. Undisputed that ▬▬▬▬▬▬▬▬▬▬▬▬▬

7

▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Apple SOF ¶¶ 50, 55. Disputed ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. SOFR ¶¶ 30▇; AAFs ¶¶ 87–91; Apple SOF ¶¶ 4, 50–56.

54. Disputed in part. Undisputed that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Disputed that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. SOFR ¶ 30; Apple SOF ¶¶ 50–56.

55. Undisputed as written. Apple SOF ¶¶ 52–53. Disputed that these are the only ways the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Apple SOF ¶¶ 51, 54; SOFR ¶ 54.

56. Disputed in part. Undisputed that the Corellium Apple Product supports iOS versions 10.3 and later. Apple SOF ¶ 36. Disputed that the Corellium Apple Product does not support earlier versions; Corellium documents market the ability to "Run any version of iOS" and indicate support for iOS 9.0 and iOS 10. PEX 103, iOS 9.0 Tweet at 3; PEX 102 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; PEX 104 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

57. Disputed in part. The asserted copyright certificates are undisputed. PEX 6–9, 12, 14. Apple disputes that the "wallpaper" and "icons" covered by those registrations "are implicated only in versions of iOS . . . that are unsupported by" the Corellium Apple Product. SOFR ¶ 56. The listed wallpaper and icons for iOS 7, 8 and 9 continued to be used in subsequent versions of iOS. PEX 85, Peterson Supp. Decl. ¶¶ 5, 9–11. PEX 86 Nieh Supp. Decl. ¶¶ 23–24.

58. Disputed in part. Undisputed that the Corellium Apple Product does not compete with the ▇▇▇▇▇▇▇▇. Disputed that it does not compete with other "Apple offerings or contemplated offerings" including physical iPhones, XCode's iOS Simulator (part of the $99/year Apple Developer Program), and ▇▇▇▇▇▇▇▇▇▇▇▇▇. Answer, ECF No. 64 at 12; Apple SOF ¶ 72; PEX 93, Firlik Tr. at 25:13–26:25, 54:16-21, 94:5–95:12, 100:10–102:14; PEX 87, Apple's Resp. No. 18 at 10–12; PEX 88, ▇▇▇▇▇▇ Resp.

59. Disputed. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Apple SOF ¶ 72. The Corellium Apple Product replaces some

uses of physical iPhones for security research and/or application testing. DEX 3, Andrews Tr. at 55:13–18; DEX 6, Wang Tr. at 117:18–118:9 ▮▮▮

60. Disputed. ▮▮▮ witnesses have testified that traditional physical iPhones are required for security research. SOFR ¶ 59.

61. Undisputed.

62. ▮▮▮ AAF ¶ 100–04. ▮▮▮ STRUCK PER COURT ORDER ▮ use Corellium for highly socially–beneficial research that protects not only end users of mobile operating systems and applications STRUCK PER COURT ORDER ." AAF ¶ 96. Corellium ▮▮▮. Apple SOF ¶¶ 66–68.

63. Disputed. ▮▮▮ Moreover, the cited testimony lacks foundation and testimony about customer inquiries is inadmissible hearsay. FRE 602, 801. And the last ▮▮▮ is so vague that it could cover almost any use case. Apple disputes the repeated characterization (Corellium MSJ at 1, 5, 9, 10, 12, 14) that the Corellium Apple Product is "designed solely" or "only" as a "specialty" tool for security research. Corellium's security expert acknowledges "security research" is "not the exclusive use" of the Corellium Apple Product and that "you can use it for other things." DEX 11, Stamos Tr. at 204:20–205:25; PEX 99, Stamos Rebuttal Rpt. ¶ 10. He also admits its features can be used malevolently. DEX 11, Stamos Tr. at 117:5–118:5, 163:2–21, 175:24–176:23, 224:4–24, 240:12–241:2, 245:18–246:16, 252:24–253:9.

64. Disputed in part. Undisputed that the Corellium Apple Product ▮▮▮ Apple SOF ¶¶ 43–44, 49. Disputed that "the secure boot chain does not factor into" the Corellium Apple Product at all ▮▮▮ *Id.*; *see also* SOFR ¶ 9.

65. Disputed in part. ▮▮▮ For real iOS Devices, the unique ECID is used by the

9

Apple authorization server to ensure that the installation "takes place exactly as Apple provided." PEX 89, Apple Platform Security at 26.

66. Disputed in part. Undisputed that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Apple SOF ¶¶ 40–49. Disputed that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. SOFR ¶¶ 45, 63.

67. Undisputed. However, this fact is not material.

68. Disputed in part. Undisputed that Chris Wade and Corellium have submitted bugs to Apple on which Apple took action. Disputed that that any of those bugs were discovered through the use of the Corellium Apple Product, and the cited evidence does not support that assertion.

69. Disputed. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. AAF ¶ 114. Further, there is no admissible evidence any Corellium customer submitted a bug to Apple. The cited testimony does not support the claim, and Apple objects to it as speculative, lacking in foundation, and hearsay. FRE 602, 801.

70. Disputed. The cited testimony from Apple does not support the claim. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Apple SOF ¶¶ 74, 76–77.

71. Disputed. SOFR ¶ 70. Apple objects to the cited testimony as lacking foundation and constituting a legal conclusion. FRE 602, 701.

72. Disputed. The cited testimony does not support it. To the contrary, multiple Apple employees expressed concerns to Corellium about its need to license iOS. AAF ¶ 79. Apple disputes the characterization (Corellium MSJ at 16) that "Apple fastidiously avoided expressing to anyone at Corellium its alleged belief" that its Product infringes or violates the DMCA.

73. Undisputed. However, this fact is not material.

74. Undisputed.

75. Disputed. The Security Research Device Program is a competitive offering. PEX 87, Apple Resp. No. 18; Answer, ECF No. 64 at 12. Further, the cited testimony does not support the claim. DEX 43 is testimony from a former employee who was not knowledgeable about the specifics of the program because he "left before the program was implemented." *Id.* at 99:3–10.

10

## APPLE'S ADDITIONAL FACTS

### A. Chris Wade's Use of iOS

76. In 2011, Chris Wade created iOS emulation technology as part of a project called iEmu. SOFR ¶ 25. Wade cancelled the iEmu Kickstarter "due to Apple lawsuit concerns" because "[a]fter spending time discussing iEmu with various legal experts in the industry[,] I came to the conclusion that accepting funding for it would only make me more of a target for certain companies." PEX 101, iEmu Tweet at 1; PEX 100, iEmu Kickstarter at 2.

77. In 2014, Wade created technology to emulate or virtualize iOS as part of a project called Virtual. SOFR ¶ 26. Wade spent months attempting to persuade Apple to acquire Virtual, during which time Apple Vice President of Software Sebastien Marineau-Mes specifically discussed with Wade the need for a license from Apple to commercialize the Virtual technology. DEX 4, Marineau-Mes Tr. 139:8–141:20; PEX 37, Citrix Email.

78. In 2017, Wade told Apple employee Jason Shirk that his venture with Citrix "essentially disintegrated over a lack of licensing with iOS." DEX 44, Shirk Tr. at 63:21–64:4.

79. In 2018, during talks to acquire Corellium (Apple SOF ¶ 28), ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ DEX 1, Krstić Tr. at 67:22–68:20, 165:8–14, 218:17–219:20. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ DEX 4, Marineau-Mes Tr. 144:15–23, 150:9–24, 151:15–2; *see also* DEX 3, Andrews Tr. at 39:12–40:1 ("▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓."); DEX 10, Federighi Tr. at 132:15–133:4.

80. Apple never authorized, approved, or acquiesced in Corellium's iOS virtualization technology. Apple SOF ¶¶ 26–30, 74–78.

STRUCK PER COURT ORDER

11

STRUCK PER COURT ORDER

C. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

84. On November 13, 2018, Corellium's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ PEX 108.

85. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ PEX 109–110. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ PEX 111 at 2.

86. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. PEX 44, Resp. No. 1 at 6–7.

D. **Corellium Apple Product Operations**

87. The Corellium Apple Product virtualizes iOS ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. PEX 107; Apple SOF ¶¶ 40, 50–56. The Corellium Apple Product ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. *See* PEX 86, Nieh Supp. Decl. ¶¶ 11–22.

88. "Full access to iOS" is needed for Corellium's virtualization because "if you're going to run a virtualization environment," "realistically you cannot do so without the entire operating system available." DEX 11, Stamos Tr. at 196:14–197:5.

89. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. PEX 86, Nieh Supp. Decl. ¶ 13. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id.* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id.* ¶¶ 12, 14–19.

90. Corellium copies, displays, and distributes specific ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ through the Corellium Apple Product. *Id.* ¶¶ 22–24; SOFR ¶¶ 30, 56; Apple SOF ¶¶ 40, 50–56.

91. Corellium ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ PEX 46, Disk

Image Stip.; PEX 105, Spin Email; PEX 92, Nieh Supp. Rpt. ¶ 115; *see also* DEX 32, Skowronek Dep. at 88:5–16, 208:2–209:4, 218:17–25; 340:22–343:19; PEX 139, Wade Tr. at 228:6–229:11.

92. After the lawsuit was filed, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ PEX 113, PR Talking Points at 2. As a public relations strategy ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. PEX 114–119, PR Emails.

### E. Corellium's Business and Customers

93. From its founding in August 2017 ▇▇▇▇▇▇▇, Corellium only sold an on-premises iOS virtualization product. Corellium added an Android virtualization product ▇▇▇▇▇▇▇. PEX 44, Resp. No. 1 at 6; DEX 25, Gorton Tr. at 51:9–52:7. Corellium first offered a cloud product ▇▇▇▇▇▇▇. PEX 44, Resp. No. 9 at 32.

94. Corellium's first customer, ▇▇▇▇▇▇▇, was Azimuth Security. ▇▇▇▇▇▇▇ *See* PEX 120; PEX 95, Azimuth Tr. at 39:15–40:5, 85:7–20. ▇▇▇▇▇▇▇, Corellium only offered for sale an on-premises product ▇▇▇▇▇▇▇. PEX 44, Resp. No. 9 at 25; PEX 95, Azimuth Tr. at 119:11–16; 123:20–124:10, 175:13–177:14.

95. ▇▇▇▇▇▇▇ PEX 121, Reseller Disclosure; DEX 25, Gorton Tr. at 107:21–108:3, 153:13–22.

96. Corellium's CEO testified that Corellium ▇▇▇▇▇▇▇ DEX 25, Gorton Tr. 153:9–12, 153:23–154:4. Corellium states that ▇▇▇▇▇▇▇. PEX 97, RFA Resp. No. 149.

97. Corellium does ▇▇▇▇▇▇▇. DEX 25, Gorton Tr. at 98:9–18, 107:10–20.

98. Azimuth ▇▇▇▇▇▇▇ PEX 44, Resp. No. 9 at 25–26.

99. In early 2019, Corellium ▇▇▇▇▇▇▇ *Id.* at 102:21–

13

103:3.

100. Corellium has a ▇▇▇▇▇▇▇▇▇▇. PEX 112; DEX 45, Dyer Tr. at 38:22–39:12. ▇▇▇▇▇▇▇▇▇▇ . *Id.* at 35:24–37:7, 39:20–41:13. ▇▇▇▇▇▇▇▇▇▇ . *Id.* at 43:21–44:23; *see also* DEX 25, Gorton Tr. at 116:7–117:6, 119:23–123:21; PEX 95, Azimuth Tr. at 87:21–23.

101. ▇▇▇▇▇▇▇▇▇▇ . PEX 123–124, NSO Trials. Corellium's security expert Alex Stamos has described ▇▇▇▇ as an "unethical company" and "bad actor" that is a "mercenary" for "autocratic regimes." DEX 11, Stamos Tr. at 78:2–18, 114:22–115:1; PEX 98, Stamos Rpt. ¶ 34.

102. Corellium has sold the Corellium Apple Product to ▇▇▇▇▇▇▇▇▇▇ (PEX 129; PEX 130 at 3; DEX 45, Dyer Tr. 137:14–138:5; DEX 25, Gorton Tr. at 160:24–161:3). *See also* PEX 44, Resp. No. 9 at 26, 30, 32. Corellium's security expert testified "if I was an executive at Corellium, I would be very careful selling it to the borderline ▇▇▇▇▇▇" DEX 11, Stamos Tr. at 252:24–253:9.

103. Corellium ▇▇▇▇▇▇▇▇▇▇ DEX 25, Gorton Tr. at 122:25–123:21. "▇▇ has been showing to use malware and exploits to spy on journalists and suppress local dissent." DEX 11, Stamos Tr. at 252:2–8.

104. Corellium ▇▇▇▇▇▇▇▇▇▇ . PEX 127–128; DEX 45, Dyer Tr. at 150:15–151:18. ▇▇▇▇▇▇▇▇▇▇ DEX 45, Gorton Tr. at 163:8–164:13. ▇▇▇▇▇ use of exploits has been unethical. DEX 11, Stamos Tr. at 251:16–253:24.

### F. Corellium Encourages ▇▇▇▇ Exploit Sales

105. An "exploit" is ▇▇▇▇▇▇▇▇▇▇



DEX 32, Skowronek Tr. at 49:11–23; DEX 6, Wang Tr. at 52:15–53:10. Zero–day exploits refer

14

to "flaw[s] that you can't fix if you're the defender." DEX 11, Stamos Tr. at 99:23–100:5. Exploits are more valuable ███████ ███ PEX 136, ███████ at 11.

106. Exploits have been used offensively by authoritarian governments to spy on citizens and engage in other civil rights violations. PEX 98, Stamos Rpt. ¶¶ 27–29.

107. ███████████████████████ DEX 6, Wang Tr. at 255:13–15.

108. ███████████████████████. PEX 94, Olivier Tr. 245:13–21; *see also* DEX 11, Stamos Tr. at 83:14–84:2; 87:4–15.

109. Azimuth is an Australian–based government contractor ███████████████████████ PEX 95, Azimuth Tr. at 77:1–78:11, 78:18–79:2, 79:12–22, 81:9–21, 236:18–237:15; DEX 25, Gorton Dep. at 139:23–140:11. Azimuth ███████████████████████. PEX 95, Azimuth Tr. at 81:9–21.

110. Corellium ███████████████████████ DEX 25, Gorton Tr. at 139:24–140:24.

111. Corellium encourages customers and end users to discover, develop, and sell vulnerabilities with the Corellium Apple Product. PEX 133. ███████████████████████ PEX 59, Sales Strategy at 6.

112. ███████████████████████. PEX 44, Resp. No. 7 at 22.

113. ███████████████████████ PEX 134–138, ███████; DEX 25, Gorton Tr. at 143:10–144:6; PEX 95, Azimuth Tr. at 217:9–219:13. ███████████████████████. DEX 25, Gorton Tr. at 193:11–16; 218:17–219:13, 225:25–226:12, 229:13–230:24.

114. In ███████████████████████. PEX 95, Azimuth Tr. at 225:25–226:12, 229:13–230:24 (discussing PEX 96).

| | |
|---|---|
| Dated: May 26, 2020 | Respectfully Submitted, |
| | *s/ Martin B. Goldberg* |
| Michele D. Johnson* | |
| *michele.johnson@lw.com* | Martin B. Goldberg |
| LATHAM & WATKINS LLP | Florida Bar No. 0827029 |
| 650 Town Center Drive, 20th Floor | *mgoldberg@lashgoldberg.com* |
| Costa Mesa, CA 92626 | *rdiaz@lashgoldberg.com* |
| (714) 540–1235 / (714) 755–8290 Fax | LASH & GOLDBERG LLP |
| | 100 Southeast Second Street |
| Sarang Vijay Damle* | Miami, FL 33131 |
| *sy.damle@lw.com* | (305) 347–4040 / (305) 347–4050 Fax |
| Elana Nightingale Dawson* | |
| *elana.nightingaledawson@lw.com* | Emily L. Pincow |
| LATHAM & WATKINS LLP | Florida Bar No. 1010370 |
| 555 Eleventh Street NW, Suite 1000 | *epincow@lashgoldberg.com* |
| Washington, DC 20004 | *gizquierdo@lashgoldberg.com* |
| (202) 637–2200 / (202) 637–2201 Fax | LASH & GOLDBERG LLP |
| | Weston Corporate Center I |
| Andrew M. Gass* | 2500 Weston Road, Suite 220 |
| *andrew.gass@lw.com* | Weston, FL 33331 |
| Joseph R. Wetzel* | (954) 859–5180 / (954) 384–2510 Fax |
| *joe.wetzel@lw.com* | |
| LATHAM & WATKINS LLP | |
| 505 Montgomery Street, Suite 2000 | |
| San Francisco, CA 94111 | |
| (415) 391–0600 / (415) 395–8095 Fax | |
| | |
| Jessica Stebbins Bina* | |
| *jessica.stebbinsbina@lw.com* | |
| LATHAM & WATKINS LLP | |
| 10250 Constellation Blvd., Suite 1100 | |
| Los Angeles, CA 90067 | |
| (424) 653–5500 / (424) 653–5501 Fax | |
| | |
| Gabriel S. Gross* | |
| *gabe.gross@lw.com* | |
| LATHAM & WATKINS LLP | |
| 140 Scott Drive | |
| Menlo Park, CA 94025 | |
| (650) 463–2628 / (650) 463–2600 Fax | |

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.