# Plaintiff Exhibit 84
# Filed Under Seal

# Struck Per Court Order