# Plaintiff Exhibit 139

ATTORNEY'S EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2
 3                    No. 9:19-cv-81160-RS
 4   APPLE, INC.,
 5             Plaintiff,
 6   vs.
 7   CORELLIUM, LLC,
 8
               Defendant.
 9   _____/
10                           Fort Lauderdale, Florida
                             April 13, 2020
11                           10:05 a.m. - 6:51 p.m.
12
13              (ATTORNEY'S EYES ONLY)
14         VIDEO DEPOSITION OF CHRIS WADE
15                   (Via Zoom)
16      Taken before SUZANNE VITALE, R.P.R., F.P.R.
17   and Notary Public for the State of Florida at Large,
18   pursuant to Notice of Taking Deposition filed in the
19   above cause.
20
21
22
23
24
25
```

Page 1

```
 1   █████████████████████████████████████████████
 2   █████████████████████████████████████████████
 3           Do you recognize the image on page 3, sir?
 4       A.  █████████████████████████████████████
 5   ████████████████████████████████
 6       Q.  All right.  █████████████████████████
     ████████████████████████████████████████ right?
 9       A.  Yes.
10       Q.  What does the option to ███████████████
11   ███████ do?
12       A.  It allows you to use a ███████████████
13   █████████████████████████████████████████████
14       Q.  And where is the ███████████████████████
15   ███████████████████████████
16           MR. VINE:  Objection.
17           THE WITNESS:  █████████████████████ on
18   that, ████████████████████████████████████████
19   ██████████
20   BY MR. GROSS:
21       Q.  One of the servers that you have
22   █████████████████████████████
23       A.  That would be accurate, yes, I think, yes.
24       Q.  What does the word ████████████████████
25   █████████████████████████
```

```
 1              MR. VINE:  Objection.
 2              THE WITNESS:  I think the ▇▇▇▇▇
 3    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 4    ▇▇▇▇▇▇
 5    BY MR. GROSS:
 6         Q.   If we disregard the ▇▇▇▇▇▇▇▇
 7    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
 8    ▇▇▇▇▇▇▇▇▇▇ refer to?
 9              MR. VINE:  Objection.
10              THE WITNESS:  To the ▇▇▇▇▇▇
11    ▇▇▇▇
12    BY MR. GROSS:
13         Q.   Now, we actually ▇▇▇▇▇▇▇▇▇▇
14    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.
15              And that would require a ▇▇▇▇▇▇
16    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
17         A.   ▇▇▇
18         Q.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
      ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
      ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
21         A.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
      ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
23         Q.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
      ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
      ▇▇▇▇▇▇▇▇▇▇▇▇▇▇, right?
```

Page 229

ATTORNEY'S EYES ONLY

STRUCK PER COURT ORDER

ATTORNEY'S EYES ONLY

STRUCK PER COURT ORDER



ATTORNEY'S EYES ONLY

CERTIFICATE OF OATH

STATE OF FLORIDA )
COUNTY OF BROWARD )

      I, the undersigned authority, certify that CHRIS WADE personally appeared before me and was duly sworn.

      WITNESS my hand and official seal this 16th day of April, 2020.

*Suzanne Vitale*

SUZANNE VITALE, R.P.R., F.P.R.
Notary Public, State of Florida
My Commission No. DD179981
Expires: 5/24/2020

ATTORNEY'S EYES ONLY

CERTIFICATE

STATE OF FLORIDA  )
COUNTY OF BROWARD )

       I, SUZANNE VITALE, R.P.R., F.P.R. do hereby certify that I was authorized to and did stenographically report the foregoing deposition of CHRIS WADE; that a review of the transcript was requested; and that the transcript is a true record of my stenographic notes.

       I FURTHER CERTIFY that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

       Dated this 16th day of April, 2020.

*Suzanne Vitale*

SUZANNE VITALE, R.P.R., F.P.R.
My Commission No. DD179981
Expires: 5/24/2020