UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**ORDER GRANTING PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL APPLE INC.'S MOTION *IN LIMINE* TO CONFIRM LIMITATIONS IN LIGHT OF SEALED ORDER AT ECF NO. 658**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Under Seal Apple Inc.'s Motion *In Limine* to Confirm Limitations in Light of Sealed Order at ECF No. 658 ("Motion") [DE 805]. Upon consideration, it is

**ORDERED t**hat the Motion [DE 805] is hereby **GRANTED**. Plaintiff, Apple Inc. is given leave to file under seal its Motion *In Limine* to Confirm Limitations in Light of Sealed Order at ECF No. 658 and the corresponding proposed order. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 8th of March, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE