UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S *UNOPPOSED* MOTION TO FILE PORTIONS OF ITS MOTION TO ENLARGE PAGE LIMIT TO ITS RESPONSE TO APPLE'S MOTION IN LIMINE TO CONFIRM LIMITATIONS IN LIGHT OF SEALED ORDER AT ECF NO. 658**

THIS CAUSE came before the Court upon the Defendant, CORELLIUM, LLC's ("Corellium"), *Unopposed* Motion to File Under Seal Portions of Corellium's Motion to Enlarge Page Limit to its Response to Apple's Motion in Limine to Confirm Limitations in Light of Sealed Order at ECF No. 658 ("Motion"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Corellium is given leave to file under seal portions of its Motion to Enlarge Page Limit to its Response to Apple's Motion in Limine to Confirm Limitations in Light of Sealed Order at ECF No. 658. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this ___ of March, 2021, at Fort Lauderdale, Broward County in the Southern District of Florida.

 

                                                **RODNEY SMITH**
                                                **UNITED STATES DISTRICT JUDGE**