UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-CV-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.
_____/

## DEFENDANT CORELLIUM'S MOTION FOR ENLARGEMENT OF PAGE LIMIT FOR DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF APPLE INC.'S MOTION IN LIMINE

Defendant, CORELLIUM, LLC ("Corellium"), by and through the undersigned counsel, and pursuant to Local Rules 7.1 and 26.1 respectfully moves the Court for leave to enlarge the page limit imposed by the Court's Order Setting Civil Trial Date, Pretrial Deadlines, and Referral to Magistrate Judge [D.E. 32] by six pages for a total of seven pages, and in support thereof, states as follows:

    1.    On October 3, 2019, this Court issued an Order Setting Civil Trial Date wherein it promulgated a one-page limit for all discovery motions filed in the above-captioned case. [D.E. 32].

    2.    On March 5, 2021, Plaintiff, Apple Inc. ("Apple"), filed its Motion in Limine to Confirm Limitations in Light of Sealed Order at ECF No. 658 and Incorporated Memorandum of Law ("Motion") under seal, at D.E. 806.

    3.    Corellium seeks to submit to the Court its Response in Opposition to Plaintiff Apple's Motion ("Response"). Corellium's Response is due Friday, March 19, 2021.

4. Corellium has begun drafting its Response but requires additional pages than the one page currently permitted so as to provide the Court with the multiple arguments and factual information the Court needs to make a proper determination on the issues. Without the ability to make those arguments, due to the current page restriction, Corellium may be highly prejudiced at trial. Accordingly, Corellium respectfully requests an enlargement of the Court's one-page limit on motions in limine for this single Motion as it is necessary to fully set out the multiple bases upon which the Court should consider.

5. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

6. ████████████████████████████████████████████████████████████████████████████████████████████████████████████, however, one page will be too restrictive.

7. Corellium is fully cognizant of the latitude it is seeking in light of the page-limit instructed by the Court's Order Setting Civil Trial Date. However, an enlargement of the Court's

one page-limit for this Motion is necessary and warranted so that Corellium may comprehensively provide its argument and bases for this Court's consideration on this critical issue.

8.  Corellium further notes that it has no objection to Apple being provided the same enlarged length to reply to Corellium's Response.

9.  Accordingly, Corellium requests that this Court grant this instant motion to enlarge the page limit by six pages (for a total of seven) for Corellium's Response to Apple's Motion so that the Court may receive and take into consideration all pertinent information, argument, and support, necessary to make a sound judgment on Apple's Motion.

**WHEREFORE**, Defendant Corellium, LLC respectfully requests the Court enter the proposed Order, attached hereto as **Exhibit 1**, permitting the enlargement of six pages, to a total of seven, for Corellium's Response in Opposition to Plaintiff Apple's Motion as requested herein, and grant any further relief this Court deems proper.

### CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY, pursuant to Local Rule 7.1(a)(3)(A), that counsel for the movant conferred via email with counsel for the Plaintiff on March 12, 2021, however, counsel for the Plaintiff advised that Plaintiff opposes the relief sought.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of March, 2021, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

Dated: March 12, 2021               Respectfully submitted,

                                    COLE, SCOTT & KISSANE, P.A.
                                    *Counsel for Defendant CORELLIUM, LLC*

        Esperante Building
        222 Lakeview Avenue, Suite 120
        West Palm Beach, Florida 33401
        Telephone (561) 612-3459
        Facsimile (561) 683-8977
        Primary e-mail: justin.levine@csklegal.com
        Secondary e-mail: lizza.constantine@csklegal.com

By:  *s/ Justin B. Levine*
     JONATHAN VINE
     Florida Bar. No.: 10966
     JUSTIN B. LEVINE
     Florida Bar No.: 106463
     LIZZA C. CONSTANTINE
     Florida Bar No.: 1002945

       *and*

     HECHT PARTNERS LLP
     *Counsel for defendant*
     20 West 23rd St. Fifth Floor
     New York, NY 10010
     Tel: (212) 851-6821
     David L. Hecht *pro hac vice*
     Email: dhecht@hechtpartners.com
     Maxim Price *pro hac vice*
     Email: mprice@hechtpartners.com