UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S MOTION FOR ENLARGEMENT OF PAGE LIMIT FOR DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF APPLE INC.'S MOTION IN LIMINE**

THIS CAUSE came before the Court upon the Defendant's, CORELLIUM, LLC ("Corellium" or "Defendant"), Motion for Enlargement of Page Limit For Defendant's Response In Opposition to Plaintiff Apple Inc.'s Motion in Limine to Confirm Limitations in Light of Sealed Order at ECF No. 658 and Incorporated Memorandum of Law filed under seal, at D.E. 806 ("Motion for Enlargement of Page Limit"). The Court, having considered the Motion for Enlargement of Page Limit, and the circumstances, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.
2. This Court enlarges Corellium's page limit for its Response to Apple's Motion in Limine to Confirm Limitations in Light of Sealed Order at ECF No. 658 and Incorporated Memorandum of Law from one page to seven.

**DONE AND ORDERED** this ___ of March, 2021, at Fort Lauderdale, Broward County in the Southern District of Florida.

                                                  _____
                                                **RODNEY SMITH**
                                                **UNITED STATES DISTRICT JUDGE**