UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:19-cv-81160-RS

APPLE, INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF APPEARANCE

Jeremy F. Goldstein, Esq. of COLE, SCOTT & KISSANE, P.A. hereby give notice of their appearance on behalf of Defendant, CORELLIUM, LLC, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2021, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

    COLE, SCOTT & KISSANE, P.A.
    Counsel for Defendant *CORELLIUM, LLC*
    Esperante Building
    222 Lakeview Avenue, Suite 120
    West Palm Beach, Florida 33401
    Telephone (561) 612-3459

CASE NO.: 9:19-cv-81160-RS

Facsimile (561) 683-8977
Primary e-mail: jeremy.goldstein@csklegal.com
Secondary e-mail: jeanmarie.voytyshyn@csklegal.com

By: s/ Jeremy F. Goldstein
JEREMY F. GOLDSTEIN
Florida Bar No.: 1022687

7002.0017-00/23453639