UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

|  |  |
|---|---|
| APPLE INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CORELLIUM, LLC, | ) ) |
| Defendant. | ) ) ) |

## THE UNITED STATES' MOTION TO SEAL

The United States, by and through its undersigned counsel, pursuant to Local Rule 5.4, moves for permission to file under seal a Notice of Intent to File a Fifth Statement of Interest Regarding Apple's Motion in Limine to Confirm Limitations in Light of Sealed Order at ECF No. 658 (D.E. 806). The Notice describes matters as to which the Government's Fourth Statement of Interest and accompanying briefing pertain, and those filings and the Sealed Order at D.E. 658 set forth in more detail why those matters should not be disclosed. For those same reasons, the United States respectfully requests leave to file its Notice under seal until further order of the Court, consistent with the established practice of the parties and the Court in addressing matters relating to the Government's Fourth Statement of Interest.

### LOCAL RULE 7.1(A)(3) CERTIFICATION

The undersigned has conferred with counsel for the parties about this motion. Neither party opposes the requested relief.

Dated: March 19, 2021                                  Respectfully submitted,

                                                       BRIAN M. BOYNTON

1

Acting Assistant Attorney General

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida

ANTHONY J. COPPOLINO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

  */s/ Serena M. Orloff*
SERENA ORLOFF
S.D. Fla. Special Bar I.D. No. A5502652
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, D.C. 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
Email: serena.m.orloff@usdoj.gov


DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

*Attorneys for the United States*