UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH/MATTHEWMAN

**APPLE INC.,**

    **Plaintiff,**

v.

**CORELLIUM, LLC,**

    **Defendant.**

_____/

### [PROPOSED] ORDER

Upon consideration of the United States' unopposed Motion to Seal, and the entire record herein, it is **HEREBY ORDERED**, that the Motion to Seal is **GRANTED**, and the United States' Notice of Intent to File a Fifth Statement of Interest Regarding Apple's Motion in Limine to Confirm Limitations in Light of Sealed Order at ECF No. 658 shall be sealed until further order of the Court.

_____                                                               _____
Date                                                                                  RODNEY SMITH
                                                                                       UNITED STATES DISTRICT JUDGE