UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S *UNOPPOSED* MOTION TO FILE UNDER SEAL ITS *UNOPPOSED* MOTION FOR CLARIFICATION REGARDING CERTAIN INFORMATION IN RELATION TO SEALED ORDER AT ECF NO. 658**

THIS CAUSE came before the Court upon the Defendant, CORELLIUM, LLC's ("Corellium"), *Unopposed* Motion to File Under Seal its *Unopposed* Motion for Clarification Regarding Certain Information in Relation to Sealed Order at ECF No. 658 ("Motion"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Corellium is given leave to file under seal its *Unopposed* Motion for Clarification Regarding Certain Information in Relation to Sealed Order at ECF No. 658. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this ___ of March, 2021, at Fort Lauderdale, Broward County in the Southern District of Florida.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**