UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:19-cv-81160-RS

APPLE, INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF APPEARANCE

Justin S. Maya, Esq. of COLE, SCOTT & KISSANE, P.A. hereby give notice of his appearance on behalf of Defendant, CORELLIUM, LLC, and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause also be furnished to the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of March 2021, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

    COLE, SCOTT & KISSANE, P.A.
    Counsel for Defendant *CORELLIUM, LLC*
    222 Lakeview Avenue, Suite 120
    West Palm Beach, Florida 33401
    Telephone (561) 612-3459
    Facsimile (561) 683-8977
    Primary e-mail: justin.levine@csklegal.com
    Primary e-mail: lizza.constantine@csklegal.com
    Secondary e-mail: Barry.postman@csklegal.com
    Alternate e-mail: Justin.maya@csklegal.com

CASE NO.: 9:19-cv-81160-RS

By: <u>s/ Justin S. Maya</u>
BARRY A. POSTMAN
Florida Bar No.: 991856
JUSTIN B. LEVINE
Florida Bar No.: 106463
LIZZA C. CONSTANTINE
Florida Bar No. 1002945
JUSTIN S. MAYA
Florida Bar No. 126087

7002.0017-00/23115033