UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S *UNOPPOSED* MOTION TO FILE UNDER SEAL CORELLIUM'S RESPONSE TO APPLE'S MOTION TO ENFORCE THE COURT'S ORDER AT ECF NO. 804**

THIS CAUSE came before the Court upon the Defendant, CORELLIUM, LLC's ("Corellium"), *Unopposed* Motion to File Under Seal Corellium's Response in Opposition to Apple's Motion to Enforce the Court's Order at ECF NO. 804 ("Motion"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Corellium is given leave to file under seal its Response in Opposition to Apple's Motion to Enforce the Court's Order at ECF NO. 804. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this ___ of March, 2021, at Fort Lauderdale, Broward County in the Southern District of Florida.

                                                    _____
                                                    **RODNEY SMITH**
                                                    **UNITED STATES DISTRICT JUDGE**