UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION TO ENFORCE THE COURT'S ORDER AT ECF NO. 804 AND INCORPORATED MEMORANDUM OF LAW**

    Plaintiff Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of Apple Inc.'s Reply in Support of Its Motion to Enforce the Court's Order at ECF No. 804 ("Reply"). In support of this request, Apple states as follows:

    1.    On March 8, 2021, Apple filed a Motion to Enforce the Court's Sealed Order at ECF No. 804. ECF No. 826. Apple also filed a Motion to File Under Seal its Motion to Enforce, ECF No. 825, which the Court granted, ECF No. 829.

    2.    On March 22, 2021, Corellium filed its Response to Apple's Motion to Enforce the Court's Order at ECF No. 804. ECF No. 855. Corellium also filed a Motion to Seal its Response, ECF No. 854, which the Court granted, ECF No. 858.

    3.    Apple now seeks to file entirely under seal its Reply in Support of its Motion to Enforce, which discusses and quotes material Apple, Corellium, and the United States have

previously filed under seal with the Court's permission, *see* ECF Nos. 575, 576, 826, 829, 855, 859, as well as the Court's Sealed Order at ECF No. 380, the Court's Sealed Order at ECF No. 804, and the Sealed Report and Recommendation at ECF No. 782.

4.       In light of the foregoing, Apple moves to file under seal its Reply in Support of Its Motion to Enforce the Court's Order at ECF No. 804.

**WHEREFORE** Apple respectfully requests that, unless and until the Sealed Report & Recommendation, the Court's Sealed Orders, or the filings the Court permitted Apple, Corellium, and the United States to file under seal are unsealed, the following document remains under seal through the final resolution of this matter, including during any period of appeal, except as ordered by this Court or required by law:

a.   Apple's Reply in Support of Its Motion to Enforce the Court's Order at ECF No. 804.

A proposed order is submitted herewith.

### **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via e-mail with counsel for Defendant on March 28, 2021 regarding the relief sought herein.  Defendant does not oppose.

| | |
|---|---|
| Dated: March 29, 2021 | Respectfully Submitted, |

| | |
|---|---|
| Michele D. Johnson* | *s/ Martin B. Goldberg* |
| *michele.johnson@lw.com* | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | *mgoldberg@lashgoldberg.com* |
| (714) 540-1235 / (714) 755-8290 Fax | *rdiaz@lashgoldberg.com* |
| | Emily L. Pincow |
| Sarang Vijay Damle* | Florida Bar. No. 1010370 |
| *sy.damle@lw.com* | *epincow@lashgoldberg.com* |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| *elana.nightingaledawson@lw.com* | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL 33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*\*Admitted pro hac vice*

*Attorneys for Plaintiff* APPLE INC.