UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH/MATTHEWMAN

**APPLE INC.,**

    Plaintiff,

v.

**CORELLIUM, LLC,**

    Defendant.
_____/

### [PROPOSED] ORDER

Upon consideration of the United States' unopposed Motion to Seal, and the entire record herein, it is **HEREBY ORDERED**, that the Motion to Seal is **GRANTED**, and the United States' Fifth Statement of Interest Regarding Apple's Motion in Limine to Confirm Limitations in Light of Sealed Order at ECF No. 658 shall be sealed until further order of the Court.

_____
Date

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE