**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

        Plaintiff,

   v.

CORELLIUM, LLC,

        Defendant.

## APPLE INC.'S [PROPOSED] VERDICT FORM

Plaintiff Apple Inc., by and through undersigned counsel, pursuant to the Court's Orders at ECF Nos. 32, 618, 661, 744, 801 setting the pretrial requirements and deadlines, respectfully submits its proposed verdict form.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160**

APPLE INC.,

              Plaintiff,

    v.

CORELLIUM, LLC,

              Defendant.

**APPLE INC.'S [PROPOSED] VERDICT FORM**

**I.**    **Apple's Anti-Trafficking Claim – Access Controls**

1. Did Corellium make, sell, or otherwise offer to the public a technology, product, service, device, component, or part thereof that:

    a. was primarily designed or produced for the purpose of circumventing technology that ordinarily controls access to iOS; or

        YES _____     NO _____

    b. has only limited commercially significant purpose or use other than to circumvent technology that ordinarily controls access to iOS; or

        YES _____     NO _____

    c. was marketed by Corellium, or someone acting on Corellium's behalf with its knowledge, for use in circumventing technology that ordinarily controls access to iOS?

        YES _____     NO _____

*Continue to the next page.*

**II.**   <u>**Apple's Anti-Trafficking Claim – Rights Controls**</u>

2.  Did Corellium make, sell, or otherwise offer to the public a technology, product, service, device, component, or part thereof that:

      a.  was primarily designed or produced for the purpose of circumventing protection afforded by technology that ordinarily protects a copyright right of Apple in iOS; or

          YES _____     NO _____

      b.  was of only limited commercially significant purpose or use other than to circumvent protection afforded by technology that ordinarily protects a copyright right of Apple in iOS; or

          YES _____     NO _____

      c.  was marketed by Corellium, or someone acting on Corellium's behalf with its knowledge, for use in circumventing protection afforded by technology that ordinarily protects a copyright right of Apple in iOS?

          YES _____     NO _____

*If you answered YES to any part of question **1**, continue to the next question.*

*If you answered NO to all parts of question **1**, but YES to any part of question **2**, skip to Section **IV**.*

*If you answered NO to all parts of both questions, skip to Section **X**.*

### III.    Corellium's Statutory Security Testing Defense – Access Controls

*If you answered YES to any part of question **1**, answer the following with respect to Corellium's technology, product, service, device, component, or part:*

3. Did Corellium develop, produce, and distribute its technology, product, service, device, component, or part solely for the purpose of accessing a computer, computer system, or computer network, to engage solely in good faith testing, investigating, or correcting a security flaw or vulnerability?

   YES _____         NO _____

   *If you answered YES, continue to the next question.*

   *If you answered NO, skip to Section **IV**.*

4. Did Corellium have the authorization of the owner or operator of the computer, computer system, or computer network referenced in question **3** to engage in the acts of security testing?

   YES _____         NO _____

   *If you answered YES, continue to the next question.*

   *If you answered NO, skip to Section **IV**.*

5. Were all of Corellium's violations of the federal anti-trafficking laws done for the purpose you identified in question **3**?

   YES _____         NO _____

   *Continue to the next page.*

## IV.  Corellium's Statutory Reverse Engineering Defense – Access & Rights Controls

*If you answered YES to any part of questions 1 or 2, answer the following with respect to Corellium's technology, product, service, device, component, or part:*

6.  Did Corellium develop the technology, product, service, device, component, or part for the purpose of enabling an independently created computer program to operate with other computer programs?

YES _____          NO _____

*If you answered YES, continue to the next question.*

*If you answered NO, skip to Section V.*

7.  Is Corellium's technology, product, service, device, component, or part necessary to enable interoperability of an independently created computer program with other programs?

YES _____          NO _____

*If you answered YES, continue to the next question.*

*If you answered NO, skip to Section V.*

8.  Did Corellium make the product available to others solely for the purpose of enabling an independently created computer program to operate with other computer programs?

YES _____          NO _____

*Continue to the next page.*

## V. <u>Presumption of Validity</u>

9. Did Apple register the following works with the United States Copyright Office?

| | | |
|---|---|---|
| iOS 9.0 | YES _____ | NO _____ |
| iOS 9.1 | YES _____ | NO _____ |
| iOS 10.0 | YES _____ | NO _____ |
| iOS 11.0 | YES _____ | NO _____ |
| iOS 11.0.01 | YES _____ | NO _____ |
| iOS 11.2 | YES _____ | NO _____ |
| iOS 11.2.5 | YES _____ | NO _____ |
| iOS 11.3 | YES _____ | NO _____ |
| iOS 11.4 | YES _____ | NO _____ |
| iOS 12.0 | YES _____ | NO _____ |
| iOS 12.1.1 | YES _____ | NO _____ |
| iOS 12.2 | YES _____ | NO _____ |
| iOS 12.3 | YES _____ | NO _____ |
| iOS 12.4 | YES _____ | NO _____ |
| iOS 13.0 | YES _____ | NO _____ |
| iOS 13.2 | YES _____ | NO _____ |
| iOS 13.4 | YES _____ | NO _____ |
| iOS 13.6 | YES _____ | NO _____ |
| iOS 14.0 | YES _____ | NO _____ |

*Continue to the next page.*

10. Did Apple register the following works within five years of their first publication?

| | | |
|---|---|---|
| iOS 9.0 | YES _____ | NO _____ |
| iOS 9.1 | YES _____ | NO _____ |
| iOS 10.0 | YES _____ | NO _____ |
| iOS 11.0 | YES _____ | NO _____ |
| iOS 11.0.01 | YES _____ | NO _____ |
| iOS 11.2 | YES _____ | NO _____ |
| iOS 11.2.5 | YES _____ | NO _____ |
| iOS 11.3 | YES _____ | NO _____ |
| iOS 11.4 | YES _____ | NO _____ |
| iOS 12.0 | YES _____ | NO _____ |
| iOS 12.1.1 | YES _____ | NO _____ |
| iOS 12.2 | YES _____ | NO _____ |
| iOS 12.3 | YES _____ | NO _____ |
| iOS 12.4 | YES _____ | NO _____ |
| iOS 13.0 | YES _____ | NO _____ |
| iOS 13.2 | YES _____ | NO _____ |
| iOS 13.4 | YES _____ | NO _____ |
| iOS 13.6 | YES _____ | NO _____ |
| iOS 14.0 | YES _____ | NO _____ |

*Continue to the next page.*

## VI.   <u>Corellium's Invalidity Defense</u>

11. Did Corellium prove that any of the following versions of iOS are <u>not</u> original to Apple?

| | | | |
|---|---|---|---|
| iOS 9.0 | YES _____ | NO _____ |
| iOS 9.1 | YES _____ | NO _____ |
| iOS 10.0 | YES _____ | NO _____ |
| iOS 11.0 | YES _____ | NO _____ |
| iOS 11.0.01 | YES _____ | NO _____ |
| iOS 11.2 | YES _____ | NO _____ |
| iOS 11.2.5 | YES _____ | NO _____ |
| iOS 11.3 | YES _____ | NO _____ |
| iOS 11.4 | YES _____ | NO _____ |
| iOS 12.0 | YES _____ | NO _____ |
| iOS 12.1.1 | YES _____ | NO _____ |
| iOS 12.2 | YES _____ | NO _____ |
| iOS 12.3 | YES _____ | NO _____ |
| iOS 12.4 | YES _____ | NO _____ |
| iOS 13.0 | YES _____ | NO _____ |
| iOS 13.2 | YES _____ | NO _____ |
| iOS 13.4 | YES _____ | NO _____ |
| iOS 13.6 | YES _____ | NO _____ |
| iOS 14.0 | YES _____ | NO _____ |

*Continue to the next page.*

8

12. Did Corellium prove that any of the following versions of iOS do <u>not</u> possess at least a minimum degree of creativity?

| iOS 9.0 | YES _____ | NO _____ |
|---|---|---|
| iOS 9.1 | YES _____ | NO _____ |
| iOS 10.0 | YES _____ | NO _____ |
| iOS 11.0 | YES _____ | NO _____ |
| iOS 11.0.01 | YES _____ | NO _____ |
| iOS 11.2 | YES _____ | NO _____ |
| iOS 11.2.5 | YES _____ | NO _____ |
| iOS 11.3 | YES _____ | NO _____ |
| iOS 11.4 | YES _____ | NO _____ |
| iOS 12.0 | YES _____ | NO _____ |
| iOS 12.1.1 | YES _____ | NO _____ |
| iOS 12.2 | YES _____ | NO _____ |
| iOS 12.3 | YES _____ | NO _____ |
| iOS 12.4 | YES _____ | NO _____ |
| iOS 13.0 | YES _____ | NO _____ |
| iOS 13.2 | YES _____ | NO _____ |
| iOS 13.4 | YES _____ | NO _____ |
| iOS 13.6 | YES _____ | NO _____ |
| iOS 14.0 | YES _____ | NO _____ |

*If you answered YES to either question **11** or question **12** for **every** version of iOS, skip to Section **X**.*

*If, for one or more versions of iOS, you answered NO to both question **11** and question **12**, continue to next page.*

**VII.    Corellium's Implied License Defense[1]**

13. Did Apple deliver the copyrighted works at issue, or cause them to be delivered, to Corellium or someone acting on Corellium's behalf?

YES _____     NO _____

*If you answered YES, continue to the next question.*

*If you answered NO, skip to Section **VIII**.*

14. Did Apple intend that Corellium create and give to others a tool that circumvents iOS's access controls and rights controls?

YES _____     NO _____

*If you answered YES, continue to the next question.*

*If you answered NO, skip to Section **VIII**.*

15. Were each of Corellium's acts of trafficking within the scope of what Apple intended to permit Corellium to do?

YES _____     NO _____

*If you answered YES, skip to Section **X**.*

*If you answered NO, continue to Section **VIII**.*

---

[1] Plaintiff proposes this section of the verdict form not be included on the jury's verdict form as Plaintiff contends this defense is not applicable to DMCA claims; however, if it is permitted, Plaintiff proposes the included questions for the verdict form.

**VIII.   Corellium's Estoppel Defense (Advisory Verdict)**

16. Did Apple know, prior to Corellium publicly launching its product, that Corellium was violating the anti-trafficking laws you addressed in questions **1** and **2**?

YES _____          NO _____

*If you answered YES, continue to the next question.*

*If you answered NO, skip to Section **IX**.*

17. Did Apple intentionally mislead Corellium by making a statement or acting in a way that caused Corellium to believe that Apple would not take legal action against Corellium for Corellium's violations?

YES _____          NO _____

*If you answered YES, continue to the next question.*

*If you answered NO, skip to Section **IX**.*

18. Did Apple intend for Corellium to act on its statement or conduct, or did Corellium have a right to believe that Apple intended Corellium to rely on Apple's statement or conduct?

YES _____          NO _____

*If you answered YES, continue to the next question.*

*If you answered NO, skip to Section **IX**.*

19. Did Corellium reasonably believe that Apple would not take legal action against it?

YES _____          NO _____

*If you answered YES, continue to the next question.*

*If you answered NO, skip to Section **IX**.*

20. Did Corellium rely on Apple's statement or conduct?

YES _____          NO _____

*If you answered YES, continue to the next question.*

*If you answered NO, skip to Section **IX**.*

21. Was Corellium injured as a result of its reliance on Apple's statement or conduct?

YES _____          NO _____

*If you answered YES, continue to the next question.*

*If you answered NO, skip to Section **IX**.*

22. If the answer to the above question is "Yes," do you find that the doctrine of estoppel bars Apple from asserting its claim based on the anti-trafficking law against Corellium?

YES _____          NO _____

*Continue to the next page.*

## IX.     Damages – Apple's DMCA Anti-Trafficking Claims

### 1.     *Actual Damages*

23. What amount of Corellium's profits are attributable to its development, sale, and provision to others of its product?

$ _____

### 2.     *Statutory Damages*

24. How many devices, products, components, offers, performances of service, or acts of circumvention did Corellium authorize, offer, sell, or perform?

_____
(number)

25. What amount of statutory damages should Corellium pay for each act you identified in number **24**?

$ _____

*Continue to the next page.*

**X.**  **Corellium's Breach of Contract Counterclaim (California Law)**

26. Did Apple and Corellium enter into a contract governing Corellium's submission of bugs to Apple?

    YES _____       NO _____

    *If you answered YES, continue to the next question.*

    *If you answered NO, skip to Section **XIV**.*

27. Did Corellium do all, or substantially all, of the significant things that the contract required it to do?

    YES _____       NO _____

    *If you answered YES, continue to the next question.*

    *If you answered NO, do not answer any further questions; instead, please sign and date the final page of this verdict form.*

28.  Did all the conditions that were required for Apple's performance occur?

    YES _____       NO _____

    *If you answered YES, continue to the next question.*

    *If you answered NO, do not answer any further questions; instead, please sign and date the final page of this verdict form.*

29. Did Apple fail to do something that the contract required it to do?

    YES _____       NO _____

    *If you answered YES, continue to next question.*

    *If you answered NO, do not answer any further questions; instead, please sign and date the final page of this verdict form.*

30. Was Corellium harmed by Apple's breach of contract?

    YES _____       NO _____

    *If you answered YES, continue to the next page.*

    *If you answered NO, do not answer any further questions; instead, please sign and date the final page of this verdict form.*

**XI.**   **Apple's Estoppel Defense to Breach of Contract Claim (Advisory Verdict)**

31. Did Corellium know that payment for bugs submitted through the Apple Security Bounty Program is subject to and within Apple's discretion?

YES _____        NO _____

*If you answered YES, continue to the next question.*

*If you answered NO, skip to Section XIII.*

32. Did Corellium submit the seven bugs at issue intending for Apple to accept its bug submissions and correct any problems identified in the submissions, or did Apple have a right to believe Corellium so intended?

YES _____        NO _____

*If you answered YES, continue to the next question.*

*If you answered NO, skip to Section XIII.*

33. Did Apple know that, despite the parties' agreement that Apple could decide whether and how much to pay for Corellium's bug submissions, Corellium submitted the seven bugs reasonably expecting and believing it was entitled to a specific payment for each submission?

YES _____        NO _____

*If you answered YES, skip to Section XIII.*

*If you answered NO, continue to the next question.*

34. Was Apple injured as a result of accepting Corellium's submissions without knowing Corellium's intention to demand payment, regardless of whether Apple determined the submissions were eligible for payment?

YES _____        NO _____

*Continue to the next page.*

15

**XII.**   **Apple's Waiver Defense to Breach of Contract Claim**

35. Did Corellium know that Apple was required to pay for bugs that were both submitted in accordance with the terms and conditions of the Apple Security Bounty Program and met the criteria for payment under that Program?

YES _____     NO _____

*If you answered YES, continue to the next question.*

*If you answered NO, skip to Section **XIII**.*

36. Did Corellium freely and knowingly give up its right to be eligible for such payment, by agreeing that Apple could exercise its discretion to not pay Corellium?

YES _____     NO _____

*If you answered YES, please sign and date the final page of this verdict form.*

*If you answered NO, continue to the next page.*

### XIII.   <u>Corellium's Damages – Contract Claim</u>

37. What are Corellium's damages, meaning the amount Apple should have paid, but did not pay, Corellium for each of the following bugs?

persona race condition         $ _____

posix_spawn issue              $ _____

nfssvc issue                   $ _____

BPF race condition             $ _____

backboardd bug                 $ _____

kernel execution bug           $ _____

memory leak bug                $ _____

*Do not answer any further questions; instead, please sign and date the final page of this verdict form.*

### XIV.   **Corellium's Quantum Meruit Counterclaim (California Law)**

38. Did Apple request that Corellium submit the seven bugs at issue through the Apple Security Bounty Program for Apple's benefit?

YES _____      NO _____

*If you answered YES, continue to the next question.*

*If you answered NO, do not answer any further questions; instead, please sign and date the final page of this verdict form.*

39. In light of Apple's request, did both Apple and Corellium reasonably understand that Apple would pay Corellium for the seven bugs at issue so long as the bugs met the terms and conditions required by the Apple Security Bounty Program?

YES _____      NO _____

*If you answered YES, continue to the next question.*

*If you answered NO, do not answer any further questions; instead, please sign and date the final page of this verdict form.*

40. Did Corellium submit the seven bugs at issue in accordance with the terms and conditions required by the Apple Security Bounty Program Policy, as requested by Apple?

persona race condition      YES _____      NO _____

posix_spawn issue            YES _____      NO _____

nfssvc issue                      YES _____      NO _____

BPF race condition           YES _____      NO _____

backboardd bug               YES _____      NO _____

kernel execution bug        YES _____      NO _____

memory leak bug             YES _____      NO _____

*If you answered YES for any of the bugs, continue to the next question.*

*If you answered NO for all of the bugs, do not answer any further questions; instead, please sign and date the final page of this verdict form.*

41. For the bugs you answered "YES" to in the prior question (**40**), did Apple fail to appropriately pay Corellium or its designee for each of those bugs?

18

| | | |
|---|---|---|
| persona race condition | YES _____ | NO _____ |
| posix_spawn issue | YES _____ | NO _____ |
| nfssvc issue | YES _____ | NO _____ |
| BPF race condition | YES _____ | NO _____ |
| backboardd bug | YES _____ | NO _____ |
| kernel execution bug | YES _____ | NO _____ |
| memory leak bug | YES _____ | NO _____ |

*If you answered YES for any of the bugs, continue to the next question.*

*If you answered NO for all of the bugs, do not answer any further questions; instead, please sign and date the final page of this verdict form.*

**XV.**   **Apple's Estoppel Defense to Quantum Meruit Claim (Advisory Verdict)**

42. Did Corellium know that payment for bugs submitted through the Apple Security Bounty Program is subject to and within Apple's discretion?

YES _____     NO _____

*If you answered YES, continue to the next question.*

*If you answered NO, skip to Section XVII.*

43. Did Corellium submit the seven bugs at issue intending for Apple to accept its bug submissions and correct any problems identified in the submissions, or did Apple have a right to believe Corellium so intended?

YES _____     NO _____

*If you answered YES, continue to the next question.*

*If you answered NO, skip to Section XVII.*

44. Did Apple know that Corellium submitted the seven bugs with an expectation of, and believing it was entitled to, payment regardless of whether Apple, exercising its discretion, chose to pay Corellium?

YES _____     NO _____

*If you answered NO, continue to the next question.*

*If you answered YES, skip to Section XVII.*

45. Was Apple injured as a result of accepting Corellium's submissions without knowing Corellium's intention to demand payment – regardless of whether Apple considered the submissions eligible for payment?

YES _____     NO _____

*Continue to the next page.*

## XVI.   Apple's Waiver Defense to Quantum Meruit Claim

46. Did Corellium know that Apple was required to pay for bugs submitted in accordance with the terms and conditions of the Apple Security Bounty Program and meeting the criteria for payment thereunder?

YES _____          NO _____

*If you answered YES, continue to the next question.*

*If you answered NO, do not answer any further questions; instead, please sign and date the final page of this verdict form.*

47. Did Corellium freely and knowingly give up its right to be eligible for payment by agreeing that Apple, in its sole discretion, could decide not to pay Corellium for an otherwise eligible bug submission?

YES _____          NO _____

*If you answered YES, do not answer any further questions; instead, please sign and date the final page of this verdict form.*

*If you answered NO, continue to the next page.*

21

## XVII.  <u>Corellium's Damages – Quantum Meruit Claim</u>

48. For the bugs you answered "YES" to for question **40**, what are Corellium's damages?

persona race condition       $ _____

posix_spawn issue       $ _____

nfssvc issue       $ _____

BPF race condition       $ _____

backboardd bug       $ _____

kernel execution bug       $ _____

memory leak bug       $ _____

*Continue to the final page.*

**XVIII.** <u>**Please have the presiding juror sign and date this form.**</u>


Signed: _____
                **Presiding Juror**


Dated: _____


*After the verdict form has been signed, notify the courtroom deputy that you are ready to present your verdict to the courtroom.*

Dated: April 2, 2021

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel*
*joe.wetzel@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice*

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff APPLE INC.*