# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

### CASE NO.: 9:19-cv-81160-RS

APPLE, INC.,

    Plaintiff,

vs.

CORELLIUM, LLC,

    Defendant.

_____/

## PROPOSED ORDER GRANTING CORELLIUM'S MOTION TO FILE UNDER SEAL PORTIONS OF APPLE'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AS WELL AS THE PARTIES' RESPECTIVE EXHIBIT LISTS AS THEY CONTAIN CERTAIN PRIVILEGED, CONFIDENTIAL AND ATTORNEY'S EYES-ONLY INFORMATION

THIS CAUSE came before the Court upon Defendant, CORELLIUM, LLC's ("Corellium"), Motion to File Under Seal Portions of Apple's Proposed Findings of Fact and Conclusions of Law, Corellium's Exhibit List, and Apple's Exhibit List. Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. The Parties are respectfully given leave to file under seal portions of Apple's Proposed Findings of Fact and Conclusions of Law, Corellium's Exhibit List, and Apple's Exhibit List. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this ___ of April, 2021, at Fort Lauderdale, Broward County in the Southern District of Florida.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**