UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 9:19-cv-81160**

| | |
|---|---|
| APPLE INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CORELLIUM, LLC, | ) ) |
| Defendant. | ) ) ) |

**THE UNITED STATES' NOTICE OF LODGING**

The United States hereby provides notice that it has lodged a classified supplemental memorandum in the above-captioned case regarding the matters addressed in the Government's Fifth Statement of Interest Regarding Apple's "Motion in Limine to Confirm Limitations in Light of Sealed Order at ECF No. 658." This memorandum is submitted solely for *ex parte*, *in camera* review by the Court.

Dated: April 6, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ARIANA FAJARDO ORSHAN
United States Attorney
Southern District of Florida

ANTHONY J. COPPOLINO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

  */s/ Serena M. Orloff*
SERENA ORLOFF
S.D. Fla. Special Bar I.D. No. A5502652

1

Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12512
Washington, D.C. 20005
Tel: (202) 305-0167
Fax: (202) 616-8470
Email: serena.m.orloff@usdoj.gov

DEXTER A. LEE
Assistant U.S. Attorney
Fla. Bar No. 0936693
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9320
Fax: (305) 530-7139
E-mail: dexter.lee@usdoj.gov

*Attorneys for the United States*