# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 19-81160-CV-SMITH**

APPLE, INC.,

       Plaintiff,

v.

CORELLIUM, LLC,

       Defendant.

_____/

## **ORDER OF REFERENCE**

It is ORDERED that Plaintiff's Sealed Motion in Limine [DE 806] and Defendant's Sealed Unopposed Motion for Clarification [DE 851] are **REFERRED** to Magistrate Judge Matthewman for an appropriate ruling.

DONE and ORDERED in Fort Lauderdale, Florida, this 7th day of April, 2021.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record