**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-81160-CIV-SMITH**

APPLE INC.,

     Plaintiff,

v.

CORELLIUM, LLC,

     Defendant.

_____/

## ORDER CONTINUING TRIAL

Pursuant to Administrative Order 2021-33 of the Southern District of Florida, which continued all jury trials scheduled to begin after March 30, 2020 until July 6, 2021, it is

ORDERED that this case is continued until the two-week trial period set to begin **July 6, 2021.** Calendar Call shall take place on **June 29, 2021 at 9:00 a.m.** All other deadlines remain the same.

DONE AND ORDERED in Fort Lauderdale, Florida this 13th day of April, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record