UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S MOTION TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR LEAVE TO AMEND ITS <u>AFFIRMATIVE DEFENSES</u>**

THIS CAUSE came before the Court upon the Defendant, CORELLIUM, LLC's ("Corellium"), Motion to File Under Seal its Motion for Leave to Amend its Affirmative Defenses and Incorporated Memorandum of Law ("Motion"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Corellium is given leave to file under seal portions of its Motion for Leave to Amend its Affirmative Defenses and Incorporated Memorandum of Law. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this ___ of April, 2021, at Fort Lauderdale, Broward County in the Southern District of Florida.

                                                      _____
                                                      **RODNEY SMITH**
                                                      **UNITED STATES DISTRICT JUDGE**