UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED AGREED ORDER GRANTING CORELLIUM'S MOTION
FOR LEAVE TO AMEND ITS AFFIRMATIVE DEFENSES**

THIS CAUSE came before the Court upon the Defendant, CORELLIUM, LLC's ("Corellium"), Motion for Leave to Amend its Affirmative Defenses and Incorporated Memorandum of Law ("Motion"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Corellium is granted leave to amend its Affirmative Defenses, as reflected in Exhibit 2 of the Motion, specifically adding the Law Enforcement exemption pursuant to 17 U.S.C. § 1201(e) as well as amending Affirmative Defense No. 8 to clarify that it applies to Apple's DMCA claims.

**DONE AND ORDERED** this _____, 2021, at Broward County in the Southern District of Florida.

 

                                                            _____
                                                            **RODNEY SMITH**
                                                            **UNITED STATES DISTRICT JUDGE**