UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:19-cv-81160-RS

APPLE, INC.,

 Plaintiff,

vs.

CORELLIUM, LLC,

 Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION,
AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF
<u>ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Seth D. Greenstein, Esq. of the law firm of Constantine Cannon LLP, 1001 Pennsylvania Avenue, NW, Suite 1300N, Washington, DC 20004, (202) 204-3514 for purposes of appearance as co-counsel on behalf of Corellium, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Seth D. Greenstein, Esq. to receive electronic filings in this case, and in support thereof states as follows:

 1. Seth D. Greenstein, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the District of Columbia.

 2. Movant, Justin B. Levine, Esq., of the law firm of Cole, Scott & Kissane, P.A., 222 Lakeview Ave., Suite 120, West Palm Beach, FL 33401, (561) 612-3459, is a member in good

standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Mr. Levine consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Seth Greenstein's required payment of this Court's $75.00 admission fee will be made electronically with the filing of this Motion. A certification in accordance with Rule 4(b) is attached hereto as **Exhibit 1**.

4. Seth Greenstein, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Seth Greenstein at email address: sgreenstein@constantinecannon.com.

**WHEREFORE**, Justin B. Levine, Esq., moves this Court to enter an Order permitting Seth Greenstein, Esq. to appear before this Court on behalf of Corellium, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Seth Greenstein, Esq.

Dated: April 20, 2021            Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant CORELLIUM, LLC*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977

Primary e-mail: justin.levine@csklegal.com
Secondary e-mail: lizza.constantine@csklegal.com

By: *s/ Justin B. Levine*
JONATHAN VINE
Florida Bar. No.: 10966
JUSTIN B. LEVINE
Florida Bar No.: 106463
LIZZA C. CONSTANTINE
Florida Bar No.: 1002945

*and*

HECHT PARTNERS LLP
*Counsel for defendant*
20 West 23rd St. Fifth Floor
New York, NY 10010
Tel: (212) 851-6821
David L. Hecht *pro hac vice*
Email: dhecht@hechtpartners.com
Maxim Price *pro hac vice*
Email: mprice@hechtpartners.com

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on April 20, 2021, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

**SERVICE LIST**

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com

Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*