UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**CASE NO.: 9:19-cv-81160-RS**

APPLE, INC.,

   Plaintiff,

vs.

CORELLIUM, LLC,

   Defendant.

_____/

**CERTIFICATION OF SETH D. GREENSTEIN**

Seth D. Greenstein, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bar of the District of Columbia; and (3) my payment of the required admission fee will be made with the filing of the foregoing motion.

                                                        */s/ Seth D. Greenstein*
                                                        Seth D. Greenstein