UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:19-cv-81160-RS

APPLE, INC.,

   Plaintiff,

vs.

CORELLIUM, LLC,

   Defendant.

_____/

**CERTIFICATION OF KATHRYN LEE BOYD**

Kathryn Lee Boyd, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York Bar; and (3) my payment of the required admission fee will be made with the filing of the foregoing motion.

/s/ _____
Kathryn Lee Boyd