UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Kathryn Lee Boyd, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Kathryn Lee Boyd, Esq., may appear and participate in this action on behalf of Corellium, LLC. The Clerk shall provide electronic notification of all electronic filings to Kathryn Lee Boyd, Esq., at lboyd@hechtpartners.com.

**DONE AND ORDERED** this _____, 2021, at Fort Lauderdale, Florida in the Southern District of Florida.

                                                    _____
                                                    **RODNEY SMITH**
                                                    **UNITED STATES DISTRICT JUDGE**