UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:19-cv-81160-RS

APPLE, INC.,

   Plaintiff,

vs.

CORELLIUM, LLC,

   Defendant.

_____/

**DECLARATION OF CHRIS WADE ON BEHALF OF CORELLIUM
CONCERNING CORELLIUM'S MOTION FOR PROTECTIVE ORDER**

1. My name is Chris Wade and I am over the age of 18, and otherwise sui juris in all respects. I make this declaration based upon my personal knowledge.

2. I am the Chief Technology Officer for the Defendant, Corellium, LLC ("Corellium") in the above-captioned matter.

3. I have knowledge regarding the Protective Order [D.E. 50], the Parties Discovery Stipulation in light of the COVID-19 pandemic [D.E. 290] ("Discovery Stipulation"), Corellium's compliance with the Discovery Stipulation, and Apple's request for continuing access to the On-Premises Version of Corellium's Product and to the entirety of Corellium's source code.

4. On April 3, 2020, the Parties entered into the Discovery Stipulation, which allowed Apple to have online access to the On-Premises Version of Corellium's Product and to Corellium's source code, instead of reviewing these discovery items in person in Florida as was originally contemplated by the Protective Order, due to COVID-19 travel restrictions.

**On-Premises Version**

5.  To facilitate Apple's online access to Corellium's On-Premises Version, Corellium hosts and maintains a dedicated server installed with the On-Premises Version of the Corellium product for Apple's review.

6.  Three Corellium employees spent approximately two business days setting up this server for Apple.

7.  The Corellium Product runs on specialty servers. Corellium has a limited inventory of these servers. By reserving this server for Apple, Corellium is unable to sell this server.

8.  Corellium hosts this server for Apple at its office in Florida. Corellium pays the running costs to power this server and keep this server online. I am unable to estimate what that cost is. This server takes up space in Corellium's office datacenter that would otherwise be used for Corellium's internal business purposes.

9.  Because this server is hosted at Corellium's office, it sits behind Corellium's firewall. Corellium must authorize the IP addresses provided by Apple for the individuals who will be accessing the server. Whenever Apple wants to add a new IP address, I must personally spend 30 minutes adjusting our network configuration to authorize those IP addresses.

10. Apple has regularly encountered problems accessing the server. Often, these problems result from power outages at our Florida office. Whenever Apple encounters problems, I must take time away from my duties as CTO and spend time troubleshooting their issues. Moreover, although I am working remotely due to COVID-19 restrictions, I must travel to our office whenever I am required to troubleshoot this server. I estimate that I have spent approximately forty hours troubleshooting issues with this server thus far.

11. Corellium made its On-Premises Version available to Apple from April 3, 2020 to June 2, 2020 for purposes of the Discovery Stipulation.

12. In addition, the Discovery Stipulation allowed Apple to request additional access to Corellium's On-Premises Version after June 2, 2020. As such, on February 5, 2021, Apple informed Corellium that it required additional access to Corellium's On-Premises version. Once again, three Corellium employees, including myself, spent two days setting up the dedicated server for Apple's review.

13. Apple has had continuous access to Corellium's On-Premises version since February 8, 2021 to the date of this declaration.

14. In addition to the On-Premises version of Corellium's Product, Corellium has also provided, at its own expense and at Apple's demand, access to both an Enterprise Cloud account and an Individual Cloud account for the Corellium Product since February 8, 2021. There are no features or functionalities in the Individual Cloud account that are not also in the Enterprise Cloud account, and there are no material functional differences between the Cloud version and the On-Premises version of the Corellium Product.

**Source Code**

15. Pursuant to the Discovery Stipulation, Corellium shipped three laptops to Apple, which allow Apple to access the entirety of Corellium's source code. The source code is hosted on a dedicated server at Corellium's Florida office. The laptops are specially set up to access the source code machine, and they are locked down to restrict certain functionality, such as exporting files.

16.    The Discovery Stipulation allows Apple to review Corellium's source code using the laptops shipped to them by Corellium and provides for Corellium to have visual monitoring of Apple's review of the source code.

17.    Apple was provided the laptops to inspect Corellium's source code for discovery purposes before the discovery deadline on April 20, 2020.

18.    The Discovery Stipulation also provided for Apple to receive access to Corellium's source code after April 21, 2020. As such, on February 5, 2021, Apple informed Corellium that it required additional access to review Corellium's source code. Apple required Corellium to enable it to review Corellium's source code from 9:00 a.m. to 6:00 p.m on any weekday with 24 hours' notice.

19.    I spent approximately five business days setting up the source code machine and the laptops for Apple's review.

20.    Because our source code is vital to our business, we must take extreme caution in protecting it when it is exposed to access over the Internet. As such, every day that Apple requires access to Corellium's source code, I must personally enable their access starting at 9:00 a.m. and disable their access at 6:00 p.m.

21.    Apple has regularly experienced issues in accessing the source code server. Whenever Apple encounters issues, I must take time away from my duties as CTO in order to assist them in troubleshooting their issues accessing the source code. Moreover, although I am working remotely due to COVID-19 restrictions, I must travel to our office whenever I am required to troubleshoot this machine. I estimate that I have spent at least fifty hours troubleshooting Apple's issues accessing the source code machine.

22.     On one occasion, Apple attempted to modify one of the laptops to disable certain restrictions, and the laptop had to be sent back to our team for repair. I spent approximately five hours fixing the laptop, at the expense of my other duties as CTO, and we shipped the laptop back to Apple the next day per Apple's demand.

23.     Starting on February 8, 2021, on every day that Apple requires access to the source code machine, one of Corellium's employees has logged into the Zoom link from 9:00 am to 6:00 p.m. to visually monitor Apple's review of Corellium's source code.

24.     While performing this visual monitoring, the employee is unable to complete their normal tasks, so this monitoring takes away a full employee resource from Corellium. We only have nine employees. Particularly, because Apple did not provide the exact time it would review Corellium's source code and did not provide the length of its review, the employee was required to monitor all day from 9:00 am to 6:00 p.m.

25.     Apple has also required Corellium to update the source code machine after the close of discovery. Apple has demanded that Corellium provide updates for *any* changes we make to our source code, because Apple views all changes as material changes. Updating the source code machine takes one Corellium employee two business days to complete.

26.     Apple has had continuous access to Corellium's source code since February 8, 2021 to the date of this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of April, 2021.

_____
Chris Wade, CTO
Corellium, LLC
1301 N Congress Ave, Suite 410
Boynton Beach, FL 33426