| From: | Elana.NightingaleDawson@lw.com |
|---|---|
| To: | Justin B. Levine; Lizza C. Constantine |
| Cc: | Jonathan Vine; Thomas L. Hunker; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mwang@hechtpartnersllp.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Jessica.StebbinsBina@lw.com; Gabe.Gross@lw.com; Andrew.Gass@lw.com; Sy.Damle@lw.com; Joe.Wetzel@lw.com; michele.johnson@lw.com |
| Subject: | Apple Inc. v. Corellium, LLC - Joint Stipulation, Product & Source Code Access |
| Date: | Friday, February 5, 2021 10:37:36 AM |

**[CAUTION: EXTERNAL EMAIL]**

Justin and Lizza,

I am writing regarding our upcoming March 5 deadline for jury instructions, a joint stipulation, and a verdict form, as well as about several related pretrial matters.

First, we need a schedule for exchanges of and conferrals regarding various items due to the Court on March 5.  Please confirm that the following will work.

- **Tues. Feb. 16**
  - o Exchange Draft Jury Instructions, Verdict Forms, Undisputed Facts, Statements of the Case

- **Week of Feb. 15**
  - o Exchange Exhibit Lists

- **Fri. Feb. 19** – Meet and Confer regarding Draft Jury Instructions, Verdict Forms, Undisputed Facts.  Discuss witness lists.

- **7 Days After Exchange of Exhibit List** – Exchange Exhibit Objections

- **Wed. Feb. 24**  – Exchange Revised Draft Jury Instructions, Verdict Form, Undisputed Facts, Statement of the Case; Exchange Draft Disputed Facts, Undisputed Legal Issues, Disputed Legal Issues

- **3 Days after Exchange of Exhibit Objections** – Meet and Confer re Exhibit Objections, all other joint stipulation components as necessary

- **Mon. Mar. 1 –** Exchange any revisions to jury instructions and joint stipulation components

- **Fri. Mar. 5** – DUE: Jury Instructions, Joint Stipulation, Verdict Form

Second, the credentials you provided for access to Corellium's online product no longer work.  Please reactivate them immediately and ensure that they provide access to Corellium's product as it existed during discovery and as it exists now (including the recently announced individual account offering).  Please provide confirmation as soon as this issue is rectified.

Finally, pursuant to the stipulated order entered at Docket Number 490, Apple hereby requests resumed remote access to the on-premises version of the Corellium Apple Product for purposes of pretrial preparations.  Corellium must provide such remote access within 48 hours.  Apple also hereby provides notice that it intends to review Corellium's source code starting at 9am ET on Monday, February 8.  As you re receiving this notice more than 24 hours in advance of when that source code review will begin, the source code must be available at the specified time and date.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
555 Eleventh St., NW Suite 1000 | Washington, DC 20004
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201 | <u>http://www.lw.com</u>

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at <u>www.lw.com</u>.