| | |
|---|---|
| **From:** | Justin B. Levine |
| **To:** | Lizza C. Constantine |
| **Subject:** | FW: Apple Inc. v. Corellium, LLC - Source Code Review Notice |
| **Date:** | Tuesday, April 27, 2021 1:41:33 PM |
| **Attachments:** | image014.png |
| | image015.png |



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**www.csklegal.com**

 

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

☐ ☐ ☐ ☐

---

**From:** Frances.Zhang@lw.com <Frances.Zhang@lw.com>
**Sent:** Sunday, April 18, 2021 8:26 AM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>
**Cc:** Holly.Victorson@lw.com; Elana.NightingaleDawson@lw.com; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

---

[CAUTION: EXTERNAL EMAIL]

Justin,

With this email, we are providing notice that we plan to review Corellium's source code on Monday, April 19, 2021 through Wednesday, April 21, 2021 between 9am and 6pm ET.

Thank you,
Frances

---

**From:** Zhang, Frances (DC)
**Sent:** Wednesday, April 14, 2021 10:57 PM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; 'Patty Martel' <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Hi Justin,

As a courtesy, we are providing notice that we plan to review Corellium's source code starting at around 9:30am ET

tomorrow morning.

Best,
Frances

**From:** Zhang, Frances (DC)
**Sent:** Wednesday, April 14, 2021 10:19 AM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>;
'Patty Martel' <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Hi Justin,

As a courtesy, we are providing notice that we plan to review Corellium's source code today starting at around 11:30am ET.

Best,
Frances

**From:** Zhang, Frances (DC)
**Sent:** Tuesday, April 13, 2021 9:20 PM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>;
'Patty Martel' <Patricia.Martel@csklegal.com>
**Subject:** FW: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

With this email, we are providing notice that we plan to review Corellium's source code on Thursday, April 15, 2021 and
Friday, April 16, 2021 between 9am and 6pm ET.

Thank you,
Frances

**From:** Zhang, Frances (DC)
**Sent:** Monday, April 12, 2021 11:40 PM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>;
'Patty Martel' <Patricia.Martel@csklegal.com>
**Subject:** FW: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Hi Justin,

As a courtesy, I am writing to let you know that we plan to review Corellium's source code tomorrow starting at 9am ET.

Best,
Frances

**From:** Zhang, Frances (DC)
**Sent:** Monday, April 12, 2021 9:24 AM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>;
'Patty Martel' <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Hi Justin,

As a courtesy, I am writing to let you know that we plan to review Corellium's source code today starting at 10:30am ET.

Best,
Frances

**From:** Zhang, Frances (DC)
**Sent:** Sunday, April 11, 2021 12:18 AM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>;
'Patty Martel' <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

With this email, we are providing notice that we plan to review Corellium's source code on Monday, April 12, 2021 through Wednesday, April 14, 2021 between 9am and 6pm ET.

Thank you,
Frances

**From:** Zhang, Frances (DC)
**Sent:** Tuesday, April 6, 2021 10:19 AM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>;
Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Hi Justin,

As a courtesy, I am writing to let you know that we plan to review Corellium's source code today starting at 11:30am ET.

Additionally, with this email, we are providing notice that we plan to review Corellium's source code on April 7, 2021 between 11:30am and 6pm ET, as well as on April 8-9, 2021 between 9am and 6pm ET.

Thank you,
Frances

**From:** Zhang, Frances (DC) <Frances.Zhang@lw.com>
**Sent:** Sunday, April 4, 2021 10:16 AM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>;
Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

With this email, we are providing notice that we plan to review Corellium's source code on April 5, 2021 between 10:30am and 6pm ET, as well as on April 6 and April 7, 2021 between 9am and 6pm ET.

Thank you,
Frances

**Fan (Frances) Zhang\***

**LATHAM & WATKINS** LLP
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.2190

*Admitted to practice in California only. All work supervised by a member of the DC Bar.

---

**From:** Zhang, Frances (DC) <Frances.Zhang@lw.com>
**Date:** Thursday, Apr 01, 2021, 11:10 AM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>, Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>, Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Hi Justin,

As a courtesy, I am writing to let you know that we plan to review Corellium's source code today starting at 12:30pm ET.

Thank you,
Frances

---

**From:** Zhang, Frances (DC)
**Sent:** Wednesday, March 31, 2021 11:20 AM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

As a courtesy, I am writing to let you know that we plan to review Corellium's source code today starting at 12:30 pm ET.

Additionally, with this email, we are providing notice that Apple plans to review Corellium's source code tomorrow between 12:30pm and 6pm ET, and this Friday between 10am ET and 6pm ET.

Thank you,
Frances

---

**From:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Sent:** Monday, March 29, 2021 10:03 AM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>; Zhang, Frances (DC) <Frances.Zhang@lw.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

I believe Frances may not have seen anyone in the Zoom yet, so we wanted to make you aware.

Best,
Elana

**Elana Nightingale Dawson | LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

---

**From:** Justin B. Levine <Justin.Levine@csklegal.com>

**Sent:** Monday, March 29, 2021 10:01 AM
**To:** Zhang, Frances (DC) <Frances.Zhang@lw.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>;
Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** Re: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Thank you.



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

*Our firm has been and remains fully operational during the COVID-19 pandemic. We have assembled a team of lawyers to assist our clients with their COVID-19 defense needs. For more information on the services we offer, please click here. We hope you and yours remain healthy and safe during this pandemic.*

---

**From:** Frances.Zhang@lw.com <Frances.Zhang@lw.com>
**Sent:** Monday, March 29, 2021 7:30:37 AM
**To:** Justin.Levine@csklegal.com <Justin.Levine@csklegal.com>
**Cc:** Holly.Victorson@lw.com <Holly.Victorson@lw.com>; Elana.NightingaleDawson@lw.com
<Elana.NightingaleDawson@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

**[CAUTION: EXTERNAL EMAIL]**

Justin,

As a courtesy, I am writing to let you know that we plan to review Corellium's source code today starting at 9:00 am ET.

Thank you,
Frances

---

**From:** Zhang, Frances (DC)
**Sent:** Saturday, March 27, 2021 10:30 PM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Subject:** Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

With this email, we are providing notice that we plan to review Corellium's source code on Monday, March 29, 2021 through Wednesday, March 31, 2021 between the hours of 9am and 6pm ET.

Thank you,
Frances

---

**From:** Zhang, Frances (DC)
**Sent:** Wednesday, March 24, 2021 11:53 AM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

With this email, we are providing notice that we plan to review Corellium's source code on March 25, 2021 and March 26, 2021 between the hours of 12pm and 6pm ET.

Thank you,
Frances

---

**From:** Zhang, Frances (DC)
**Sent:** Monday, March 22, 2021 10:48 AM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

With this email, we are providing notice that we plan to review Corellium's source code on March 23, 2021 and March 24, 2021 from 11am - 6pm ET.

Thank you,
Frances

---

**From:** Zhang, Frances (DC)
**Sent:** Friday, March 19, 2021 11:10 AM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Hi Justin,

As a courtesy, I am writing to let you know that we plan to review Corellium's source code today starting at 12:15 pm ET.

Thank you,
Frances

---

**From:** Zhang, Frances (DC)
**Sent:** Thursday, March 18, 2021 1:50 PM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Hi Justin,

As a courtesy, I am writing to let you know that we plan to review Corellium's source code today starting at 3pm ET.

Thank you,
Frances

---

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Thursday, March 18, 2021 11:04 AM
**To:** Zhang, Frances (DC) <Frances.Zhang@lw.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Thank you.





**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

☐  ☐  ☐  ☐

*Our firm has been and remains fully operational during the COVID-19 pandemic. We have assembled a team of lawyers to assist our clients with their COVID-19 defense needs. For more information on the services we offer, please click here. We hope you and yours remain healthy and safe during this pandemic.*

---

**From:** Frances.Zhang@lw.com <Frances.Zhang@lw.com>
**Sent:** Thursday, March 18, 2021 11:00 AM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Jessica.StebbinsBina@lw.com; Gabe.Gross@lw.com; Holly.Victorson@lw.com; Patty Martel <Patricia.Martel@csklegal.com>; Elana.NightingaleDawson@lw.com
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

**[CAUTION: EXTERNAL EMAIL]**

Justin,

With this email, we are providing notice that we plan to review Corellium's source code on Friday, March 19, 2021 from 11am - 6pm ET.

Thank you,
Frances

**From:** Zhang, Frances (DC)
**Sent:** Wednesday, March 17, 2021 12:16 PM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** 'Lizza C. Constantine' <Lizza.Constantine@csklegal.com>; 'Jonathan Vine' <Jonathan.Vine@csklegal.com>; 'Thomas L. Hunker' <Thomas.Hunker@csklegal.com>; 'dhecht@hechtpartners.com' <dhecht@hechtpartners.com>; 'mprice@hechtpartnersllp.com' <mprice@hechtpartnersllp.com>; 'cmcdonough@hechtpartners.com' <cmcdonough@hechtpartners.com>; 'mgoldberg@lashgoldberg.com' <mgoldberg@lashgoldberg.com>; 'epincow@lashgoldberg.com' <epincow@lashgoldberg.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; 'Patty Martel' <Patricia.Martel@csklegal.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

As a courtesy, I am writing to let you know that we plan to review Corellium's source code today starting at 1:30pm ET.

Thank you,
Frances

**From:** Zhang, Frances (DC)
**Sent:** Tuesday, March 16, 2021 11:27 AM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

As a courtesy, I am writing to let you know that we plan to review Corellium's source code today starting at 12:30pm ET.

Also, with this email, we are providing notice that we plan to review Corellium's source code Wednesday, March 17, 2021 from 12:30pm – 6pm ET and Thursday, March 18, 2021 from 10:00am ET – 6pm ET.

Thank you,
Frances

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Monday, March 15, 2021 11:39 AM
**To:** Zhang, Frances (DC) <Frances.Zhang@lw.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

Thank you Francis. Much appreciated.



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

☐ ☐ ☐ ☐

*Our firm has been and remains fully operational during the COVID-19 pandemic. We have assembled a team of lawyers to assist our clients with their COVID-19 defense needs. For more information on the services we offer, please click here. We hope you and yours remain healthy and safe during this pandemic.*

---

**From:** Frances.Zhang@lw.com <Frances.Zhang@lw.com>
**Sent:** Monday, March 15, 2021 10:55 AM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Jessica.StebbinsBina@lw.com; Gabe.Gross@lw.com; Holly.Victorson@lw.com; Patty Martel <Patricia.Martel@csklegal.com>; Elana.NightingaleDawson@lw.com
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

---

[CAUTION: EXTERNAL EMAIL]

Justin,

In light of your request, and as a courtesy, I am writing to let you know that we plan to review Corellium's source code today starting at 12:30pm ET.

Thank you,
Frances

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Sunday, March 14, 2021 11:52 AM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Zhang, Frances (DC) <Frances.Zhang@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

Thank you Elana. Please provide 1 hr. advance notice during those times that you will be reviewing so we can have someone log into the Zoom.



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

*Our firm has been and remains fully operational during the COVID-19 pandemic. We have assembled a team of lawyers to assist our clients with their COVID-19 defense needs. For more information on the services we offer, please click here. We hope you and yours remain healthy and safe during this pandemic.*

---

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Sunday, March 14, 2021 10:58 AM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Jessica.StebbinsBina@lw.com; Gabe.Gross@lw.com; Holly.Victorson@lw.com; Frances.Zhang@lw.com; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

---

**[CAUTION: EXTERNAL EMAIL]**

---

HI Justin,

Thank you again for the call last week to discuss source code access.  We have now received the source code laptop back from Corellium.  With this email, we are providing notice that we plan to review Corellium's source code from 12pm – 6pm ET on Monday, March 15, 2021 and Tuesday, March 16, 2021.

Thank you.
Elana

**Elana Nightingale Dawson | LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

---

**From:** Nightingale Dawson, Elana (DC)
**Sent:** Thursday, March 11, 2021 2:02 PM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Zhang, Frances (DC) <Frances.Zhang@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

Justin,

As discussed during our call today, we are shipping the source code machine that is not working to Corellium's offices for the necessary profile to be replaced. This is the FedEx shipping number: 7846 3358 8940.

A return label is included with the computer for return shipment tomorrow once the fix has been completed.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

---

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Thursday, March 11, 2021 8:52 AM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Zhang, Frances (DC) <Frances.Zhang@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

I will be on the line.



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

www.csklegal.com

*Our firm has been and remains fully operational during the COVID-19 pandemic. We have assembled a team of lawyers to assist our clients with their COVID-19 defense needs. For more information on the services we offer, please click here. We hope you and yours remain healthy and safe during this pandemic.*

---

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Wednesday, March 10, 2021 7:20 PM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Jessica.StebbinsBina@lw.com; Gabe.Gross@lw.com; Holly.Victorson@lw.com; Frances.Zhang@lw.com; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

**[CAUTION: EXTERNAL EMAIL]**

Hi Justin,

Thank you for the confirmation.  We can use this dial-in:

1-877-205-3155
Access Code: 109567

Please confirm that you or another Corellium attorney will be on the line as well.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Wednesday, March 10, 2021 7:18 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Zhang, Frances (DC) <Frances.Zhang@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** Re: Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

Elana, 10am tomorrow is available for a call. Please provide a call in. Thanks.



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
▢  ▢  ▢  ▢

*Our firm has been and remains fully operational during the COVID-19 pandemic. We have assembled a team of lawyers to assist our clients with their COVID-19 defense needs. For more information on the services we offer, please click here. We hope you and yours remain healthy and safe during this pandemic.*

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Wednesday, March 10, 2021 5:05:51 PM
**To:** Justin.Levine@csklegal.com <Justin.Levine@csklegal.com>
**Cc:** Lizza.Constantine@csklegal.com <Lizza.Constantine@csklegal.com>; Jonathan.Vine@csklegal.com

<Jonathan.Vine@csklegal.com>; Thomas.Hunker@csklegal.com <Thomas.Hunker@csklegal.com>;
dhecht@hechtpartners.com <dhecht@hechtpartners.com>; mprice@hechtpartnersllp.com
<mprice@hechtpartnersllp.com>; cmcdonough@hechtpartners.com <cmcdonough@hechtpartners.com>;
mwang@hechtpartnersllp.com <mwang@hechtpartnersllp.com>; mgoldberg@lashgoldberg.com
<mgoldberg@lashgoldberg.com>; epincow@lashgoldberg.com <epincow@lashgoldberg.com>;
Jessica.StebbinsBina@lw.com <Jessica.StebbinsBina@lw.com>; Gabe.Gross@lw.com <Gabe.Gross@lw.com>;
Holly.Victorson@lw.com <Holly.Victorson@lw.com>; Frances.Zhang@lw.com <Frances.Zhang@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

[CAUTION: EXTERNAL EMAIL]

Hi Justin

Thanks for your response.  We would like to start with a brief call with our reviewer (Frances Zhang, CC'd here, who is also
a Latham attorney) and someone from Corellium, but you or another attorney representing Corellium will also have to be
present for that call and I plan to attend as well.  Last year, we also experienced a problem remoting into Corellium's
source code machine related to the VPN profile, and we were able to import a new profile remotely from a URL provided
by Corellium.  We thus would like to explore possible options to fix the problem remotely.  Please confirm that we can do
this call at 10am ET tomorrow (the time we noticed for source code review).

Separately, we have lost access to the On-Prem product and are receiving a connection error.  Please ensure that the On-
Prem server is connected to the network, and confirm once this has been done.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Wednesday, March 10, 2021 1:39 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L.
Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com;
cmcdonough@hechtpartners.com; mwang@hechtpartnersllp.com; mgoldberg@lashgoldberg.com;
epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area)
<Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Zhang, Frances (DC) <Frances.Zhang@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

Elana, it appears that the profile under which you are trying to operate was either deleted or otherwise changed. Changes
to the profile cannot be made from our side.

Corellium believes it will have to reload the profile onto the computer, which will entail having to ship the computer back.
If you would like to do that, Corellium will reload the profile and overnight it back (at Apple's cost).

Otherwise, we are happy to get on a brief call to discuss with Corellium and your tech person present.

Thanks.

**Justin B. Levine**
*Partner*



Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

☐ ☐ ☐ ☐

*Our firm has been and remains fully operational during the COVID-19 pandemic. We have assembled a team of lawyers to assist our clients with their COVID-19 defense needs. For more information on the services we offer, please click here. We hope you and yours remain healthy and safe during this pandemic.*

---

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Tuesday, March 9, 2021 6:44 PM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mwang@hechtpartnersllp.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Jessica.StebbinsBina@lw.com; Gabe.Gross@lw.com; Holly.Victorson@lw.com; Frances.Zhang@lw.com
**Subject:** Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

---

[CAUTION: EXTERNAL EMAIL]

Justin,

As you and I discussed today, we are still unable to review Corellium's source code with one of the source code computers Corellium provided.  I have included details of the current situation below.  Also as we discussed, Apple is giving notice that we plan to review Corellium's source code on Thursday, March 11, 2021 from 10am – 12pm ET and on Friday, March 12, 2021 from 10am – 2pm ET.  Please either contact us in advance of Thursday's review window to resolve the access problem or have someone available on Thursday starting at 10am ET who can help us address the issue.  If the person who will help address the issue is someone from Corellium, please have a lawyer representing Corellium available to join as well.  Please respond to this email to confirm whether you plan to address this issue tomorrow or whether you will have someone available to troubleshoot the issue with us on Thursday morning.

With respect to the access issue, we added back the host IP address and while we are now able to connect to the VPN, we are getting the following authentication error message from NoMachine: "Error: Authentication method NX-password is not allowed on this server" (shown below).



For your reference, here is the settings screen showing the network settings, including the host IP you suggested.



Thank you,
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
555 Eleventh St., NW Suite 1000 | Washington, DC 20004
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201 | http://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is

strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**Confidentiality Notice: This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.**

**From:** Justin B. Levine
**To:** Lizza C. Constantine
**Subject:** FW: Apple Inc. v. Corellium, LLC - Source Code Review Notice
**Date:** Tuesday, April 27, 2021 1:41:19 PM
**Attachments:** image014.png
image015.png



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

www.csklegal.com

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

  

---

**From:** Frances.Zhang@lw.com <Frances.Zhang@lw.com>
**Sent:** Wednesday, April 21, 2021 12:06 AM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>
**Cc:** Holly.Victorson@lw.com; Elana.NightingaleDawson@lw.com; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

---

[CAUTION: EXTERNAL EMAIL]

---

Justin,

With this email, we are providing notice that we plan to review Corellium's source code on Thursday, April 22, 2021 and Friday, April 23, 2021 between 9am and 6pm ET.

As a courtesy, we are also providing notice that we anticipate beginning our source code review at around 10am ET on Wednesday, April 21, 2021.

Thank you,
Frances

---

**From:** Zhang, Frances (DC)
**Sent:** Monday, April 19, 2021 11:43 PM
**To:** 'Justin.Levine@csklegal.com' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; 'Patty Martel' <Patricia.Martel@csklegal.com>
**Subject:** FW: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

As a courtesy, we are providing notice that we anticipate our expert Dr. Nieh will be reviewing Corellium's source code tomorrow starting around 9am ET.

Thank you,
Frances

**From:** Zhang, Frances (DC)
**Sent:** Sunday, April 18, 2021 9:55 PM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; 'Patty Martel' <Patricia.Martel@csklegal.com>
**Subject:** FW: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

As a courtesy, we are providing notice that we anticipate our expert Dr. Nieh will be reviewing Corellium's source code tomorrow starting around 9am ET.

Thank you,
Frances

**From:** Zhang, Frances (DC)
**Sent:** Sunday, April 18, 2021 8:26 AM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; 'Patty Martel' <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

With this email, we are providing notice that we plan to review Corellium's source code on Monday, April 19, 2021 through Wednesday, April 21, 2021 between 9am and 6pm ET.

Thank you,
Frances

**From:** Zhang, Frances (DC)
**Sent:** Wednesday, April 14, 2021 10:57 PM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; 'Patty Martel' <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Hi Justin,

As a courtesy, we are providing notice that we plan to review Corellium's source code starting at around 9:30am ET tomorrow morning.

Best,
Frances

**From:** Zhang, Frances (DC)

**Sent:** Wednesday, April 14, 2021 10:19 AM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>;
'Patty Martel' <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Hi Justin,

As a courtesy, we are providing notice that we plan to review Corellium's source code today starting at around 11:30am ET.

Best,
Frances

---

**From:** Zhang, Frances (DC)
**Sent:** Tuesday, April 13, 2021 9:20 PM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>;
'Patty Martel' <Patricia.Martel@csklegal.com>
**Subject:** FW: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

With this email, we are providing notice that we plan to review Corellium's source code on Thursday, April 15, 2021 and
Friday, April 16, 2021 between 9am and 6pm ET.

Thank you,
Frances

---

**From:** Zhang, Frances (DC)
**Sent:** Monday, April 12, 2021 11:40 PM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>;
'Patty Martel' <Patricia.Martel@csklegal.com>
**Subject:** FW: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Hi Justin,

As a courtesy, I am writing to let you know that we plan to review Corellium's source code tomorrow starting at 9am ET.

Best,
Frances

---

**From:** Zhang, Frances (DC)
**Sent:** Monday, April 12, 2021 9:24 AM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>;
'Patty Martel' <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Hi Justin,

As a courtesy, I am writing to let you know that we plan to review Corellium's source code today starting at 10:30am ET.

Best,
Frances

**From:** Zhang, Frances (DC)
**Sent:** Sunday, April 11, 2021 12:18 AM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; 'Patty Martel' <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

With this email, we are providing notice that we plan to review Corellium's source code on Monday, April 12, 2021 through Wednesday, April 14, 2021 between 9am and 6pm ET.

Thank you,
Frances

---

**From:** Zhang, Frances (DC)
**Sent:** Tuesday, April 6, 2021 10:19 AM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Hi Justin,

As a courtesy, I am writing to let you know that we plan to review Corellium's source code today starting at 11:30am ET.

Additionally, with this email, we are providing notice that we plan to review Corellium's source code on April 7, 2021 between 11:30am and 6pm ET, as well as on April 8-9, 2021 between 9am and 6pm ET.

Thank you,
Frances

---

**From:** Zhang, Frances (DC) <Frances.Zhang@lw.com>
**Sent:** Sunday, April 4, 2021 10:16 AM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

With this email, we are providing notice that we plan to review Corellium's source code on April 5, 2021 between 10:30am and 6pm ET, as well as on April 6 and April 7, 2021 between 9am and 6pm ET.

Thank you,
Frances

Fan (Frances) Zhang*

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW | Suite 1000 | Washington, D.C. 20004-1304
D: +1.202.637.2190

*Admitted to practice in California only. All work supervised by a member of the DC Bar.

**From:** Zhang, Frances (DC) <Frances.Zhang@lw.com>
**Date:** Thursday, Apr 01, 2021, 11:10 AM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>, Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>, Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Hi Justin,

As a courtesy, I am writing to let you know that we plan to review Corellium's source code today starting at 12:30pm ET.

Thank you,
Frances

---

**From:** Zhang, Frances (DC)
**Sent:** Wednesday, March 31, 2021 11:20 AM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

As a courtesy, I am writing to let you know that we plan to review Corellium's source code today starting at 12:30 pm ET.

Additionally, with this email, we are providing notice that Apple plans to review Corellium's source code tomorrow between 12:30pm and 6pm ET, and this Friday between 10am ET and 6pm ET.

Thank you,
Frances

---

**From:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Sent:** Monday, March 29, 2021 10:03 AM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>; Zhang, Frances (DC) <Frances.Zhang@lw.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

I believe Frances may not have seen anyone in the Zoom yet, so we wanted to make you aware.

Best,
Elana

**Elana Nightingale Dawson | LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

---

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Monday, March 29, 2021 10:01 AM
**To:** Zhang, Frances (DC) <Frances.Zhang@lw.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** Re: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Thank you.





**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

☐ ☐ ☐ ☐

*Our firm has been and remains fully operational during the COVID-19 pandemic. We have assembled a team of lawyers to assist our clients with their COVID-19 defense needs. For more information on the services we offer, please* **click here***. We hope you and yours remain healthy and safe during this pandemic.*

---

**From:** Frances.Zhang@lw.com <Frances.Zhang@lw.com>
**Sent:** Monday, March 29, 2021 7:30:37 AM
**To:** Justin.Levine@csklegal.com <Justin.Levine@csklegal.com>
**Cc:** Holly.Victorson@lw.com <Holly.Victorson@lw.com>; Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

[CAUTION: EXTERNAL EMAIL]

Justin,

As a courtesy, I am writing to let you know that we plan to review Corellium's source code today starting at 9:00 am ET.

Thank you,
Frances

---

**From:** Zhang, Frances (DC)
**Sent:** Saturday, March 27, 2021 10:30 PM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Subject:** Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

With this email, we are providing notice that we plan to review Corellium's source code on Monday, March 29, 2021 through Wednesday, March 31, 2021 between the hours of 9am and 6pm ET.

Thank you,
Frances

---

**From:** Zhang, Frances (DC)
**Sent:** Wednesday, March 24, 2021 11:53 AM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>

**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

With this email, we are providing notice that we plan to review Corellium's source code on March 25, 2021 and March 26, 2021 between the hours of 12pm and 6pm ET.

Thank you,
Frances

---

**From:** Zhang, Frances (DC)
**Sent:** Monday, March 22, 2021 10:48 AM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

With this email, we are providing notice that we plan to review Corellium's source code on March 23, 2021 and March 24, 2021 from 11am - 6pm ET.

Thank you,
Frances

---

**From:** Zhang, Frances (DC)
**Sent:** Friday, March 19, 2021 11:10 AM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Hi Justin,

As a courtesy, I am writing to let you know that we plan to review Corellium's source code today starting at 12:15 pm ET.

Thank you,
Frances

---

**From:** Zhang, Frances (DC)
**Sent:** Thursday, March 18, 2021 1:50 PM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Victorson, Holly (DC) <Holly.Victorson@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Hi Justin,

As a courtesy, I am writing to let you know that we plan to review Corellium's source code today starting at 3pm ET.

Thank you,
Frances

---

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Thursday, March 18, 2021 11:04 AM
**To:** Zhang, Frances (DC) <Frances.Zhang@lw.com>

**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Thank you.



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

www.csklegal.com



*Our firm has been and remains fully operational during the COVID-19 pandemic. We have assembled a team of lawyers to assist our clients with their COVID-19 defense needs. For more information on the services we offer, please click here. We hope you and yours remain healthy and safe during this pandemic.*

**From:** Frances.Zhang@lw.com <Frances.Zhang@lw.com>
**Sent:** Thursday, March 18, 2021 11:00 AM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Jessica.StebbinsBina@lw.com; Gabe.Gross@lw.com; Holly.Victorson@lw.com; Patty Martel <Patricia.Martel@csklegal.com>; Elana.NightingaleDawson@lw.com
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

**[CAUTION: EXTERNAL EMAIL]**

Justin,

With this email, we are providing notice that we plan to review Corellium's source code on Friday, March 19, 2021 from 11am - 6pm ET.

Thank you,
Frances

**From:** Zhang, Frances (DC)
**Sent:** Wednesday, March 17, 2021 12:16 PM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** 'Lizza C. Constantine' <Lizza.Constantine@csklegal.com>; 'Jonathan Vine' <Jonathan.Vine@csklegal.com>; 'Thomas L. Hunker' <Thomas.Hunker@csklegal.com>; 'dhecht@hechtpartners.com' <dhecht@hechtpartners.com>;

'mprice@hechtpartnersllp.com' <mprice@hechtpartnersllp.com>; 'cmcdonough@hechtpartners.com' <cmcdonough@hechtpartners.com>; 'mgoldberg@lashgoldberg.com' <mgoldberg@lashgoldberg.com>; 'epincow@lashgoldberg.com' <epincow@lashgoldberg.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; 'Patty Martel' <Patricia.Martel@csklegal.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

As a courtesy, I am writing to let you know that we plan to review Corellium's source code today starting at 1:30pm ET.

Thank you,
Frances

---

**From:** Zhang, Frances (DC)
**Sent:** Tuesday, March 16, 2021 11:27 AM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice

Justin,

As a courtesy, I am writing to let you know that we plan to review Corellium's source code today starting at 12:30pm ET.

Also, with this email, we are providing notice that we plan to review Corellium's source code Wednesday, March 17, 2021 from 12:30pm – 6pm ET and Thursday, March 18, 2021 from 10:00am ET – 6pm ET.

Thank you,
Frances

---

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Monday, March 15, 2021 11:39 AM
**To:** Zhang, Frances (DC) <Frances.Zhang@lw.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

Thank you Francis. Much appreciated.

**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**



**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

The Florida Law Firm
**www.csklegal.com**

*Our firm has been and remains fully operational during the COVID-19 pandemic. We have assembled a team of lawyers to assist our clients with their COVID-19 defense needs. For more information on the services we offer, please click here. We hope you and yours remain healthy and safe during this pandemic.*

**From:** Frances.Zhang@lw.com <Frances.Zhang@lw.com>
**Sent:** Monday, March 15, 2021 10:55 AM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Jessica.StebbinsBina@lw.com; Gabe.Gross@lw.com; Holly.Victorson@lw.com; Patty Martel <Patricia.Martel@csklegal.com>; Elana.NightingaleDawson@lw.com
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

[CAUTION: EXTERNAL EMAIL]

Justin,

In light of your request, and as a courtesy, I am writing to let you know that we plan to review Corellium's source code today starting at 12:30pm ET.

Thank you,
Frances

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Sunday, March 14, 2021 11:52 AM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Zhang, Frances (DC) <Frances.Zhang@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

Thank you Elana. Please provide 1 hr. advance notice during those times that you will be reviewing so we can have someone log into the Zoom.

**Justin B. Levine**



**CSK**
**Cole, Scott & Kissane**
*The Florida Law Firm*
**www.csklegal.com**

*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

***Our firm has been and remains fully operational during the COVID-19 pandemic. We have assembled a team of lawyers to assist our clients with their COVID-19 defense needs. For more information on the services we offer, please*** *click here. **We hope you and yours remain healthy and safe during this pandemic.***

---

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Sunday, March 14, 2021 10:58 AM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Jessica.StebbinsBina@lw.com; Gabe.Gross@lw.com; Holly.Victorson@lw.com; Frances.Zhang@lw.com; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

---

[CAUTION: EXTERNAL EMAIL]

HI Justin,

Thank you again for the call last week to discuss source code access.  We have now received the source code laptop back from Corellium.  With this email, we are providing notice that we plan to review Corellium's source code from 12pm – 6pm ET on Monday, March 15, 2021 and Tuesday, March 16, 2021.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

---

**From:** Nightingale Dawson, Elana (DC)
**Sent:** Thursday, March 11, 2021 2:02 PM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Zhang, Frances (DC) <Frances.Zhang@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

Justin,

As discussed during our call today, we are shipping the source code machine that is not working to Corellium's offices for the necessary profile to be replaced.  This is the FedEx shipping number: 7846 3358 8940.

A return label is included with the computer for return shipment tomorrow once the fix has been completed.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

---

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Thursday, March 11, 2021 8:52 AM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Zhang, Frances (DC) <Frances.Zhang@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

I will be on the line.





The Florida Law Firm

**www.csklegal.com**

**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
☐ ☐ ☐ ☐

*Our firm has been and remains fully operational during the COVID-19 pandemic. We have assembled a team of lawyers to assist our clients with their COVID-19 defense needs. For more information on the services we offer, please click here. We hope you and yours remain healthy and safe during this pandemic.*

---

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Wednesday, March 10, 2021 7:20 PM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Jessica.StebbinsBina@lw.com; Gabe.Gross@lw.com; Holly.Victorson@lw.com; Frances.Zhang@lw.com; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

**[CAUTION: EXTERNAL EMAIL]**

Hi Justin,

Thank you for the confirmation.  We can use this dial-in:

1-877-205-3155
Access Code: 109567

Please confirm that you or another Corellium attorney will be on the line as well.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Wednesday, March 10, 2021 7:18 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Zhang, Frances (DC) <Frances.Zhang@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** Re: Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

Elana, 10am tomorrow is available for a call. Please provide a call in. Thanks.



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

*Our firm has been and remains fully operational during the COVID-19 pandemic. We have assembled a team of lawyers to assist our clients with their COVID-19 defense needs. For more information on the services we offer, please click here. We hope you and yours remain healthy and safe during this pandemic.*

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Wednesday, March 10, 2021 5:05:51 PM
**To:** Justin.Levine@csklegal.com <Justin.Levine@csklegal.com>
**Cc:** Lizza.Constantine@csklegal.com <Lizza.Constantine@csklegal.com>; Jonathan.Vine@csklegal.com

<Jonathan.Vine@csklegal.com>; Thomas.Hunker@csklegal.com <Thomas.Hunker@csklegal.com>;
dhecht@hechtpartners.com <dhecht@hechtpartners.com>; mprice@hechtpartnersllp.com
<mprice@hechtpartnersllp.com>; cmcdonough@hechtpartners.com <cmcdonough@hechtpartners.com>;
mwang@hechtpartnersllp.com <mwang@hechtpartnersllp.com>; mgoldberg@lashgoldberg.com
<mgoldberg@lashgoldberg.com>; epincow@lashgoldberg.com <epincow@lashgoldberg.com>;
Jessica.StebbinsBina@lw.com <Jessica.StebbinsBina@lw.com>; Gabe.Gross@lw.com <Gabe.Gross@lw.com>;
Holly.Victorson@lw.com <Holly.Victorson@lw.com>; Frances.Zhang@lw.com <Frances.Zhang@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

[CAUTION: EXTERNAL EMAIL]

Hi Justin

Thanks for your response.  We would like to start with a brief call with our reviewer (Frances Zhang, CC'd here, who is also
a Latham attorney) and someone from Corellium, but you or another attorney representing Corellium will also have to be
present for that call and I plan to attend as well.  Last year, we also experienced a problem remoting into Corellium's
source code machine related to the VPN profile, and we were able to import a new profile remotely from a URL provided
by Corellium.  We thus would like to explore possible options to fix the problem remotely.  Please confirm that we can do
this call at 10am ET tomorrow (the time we noticed for source code review).

Separately, we have lost access to the On-Prem product and are receiving a connection error.  Please ensure that the On-
Prem server is connected to the network, and confirm once this has been done.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Wednesday, March 10, 2021 1:39 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L.
Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com;
cmcdonough@hechtpartners.com; mwang@hechtpartnersllp.com; mgoldberg@lashgoldberg.com;
epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area)
<Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Zhang, Frances (DC) <Frances.Zhang@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

Elana, it appears that the profile under which you are trying to operate was either deleted or otherwise changed. Changes
to the profile cannot be made from our side.

Corellium believes it will have to reload the profile onto the computer, which will entail having to ship the computer back.
If you would like to do that, Corellium will reload the profile and overnight it back (at Apple's cost).

Otherwise, we are happy to get on a brief call to discuss with Corellium and your tech person present.

Thanks.


**Justin B. Levine**
*Partner*



Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

*Our firm has been and remains fully operational during the COVID-19 pandemic. We have assembled a team of lawyers to assist our clients with their COVID-19 defense needs. For more information on the services we offer, please click here. We hope you and yours remain healthy and safe during this pandemic.*

---

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Tuesday, March 9, 2021 6:44 PM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>
**Cc:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Thomas L. Hunker <Thomas.Hunker@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mwang@hechtpartnersllp.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Jessica.StebbinsBina@lw.com; Gabe.Gross@lw.com; Holly.Victorson@lw.com; Frances.Zhang@lw.com
**Subject:** Apple Inc. v. Corellium, LLC - Source Code Review Notice & Access Problem

---

[CAUTION: EXTERNAL EMAIL]

Justin,

As you and I discussed today, we are still unable to review Corellium's source code with one of the source code computers Corellium provided.  I have included details of the current situation below.  Also as we discussed, Apple is giving notice that we plan to review Corellium's source code on Thursday, March 11, 2021 from 10am – 12pm ET and on Friday, March 12, 2021 from 10am – 2pm ET.  Please either contact us in advance of Thursday's review window to resolve the access problem or have someone available on Thursday starting at 10am ET who can help us address the issue.  If the person who will help address the issue is someone from Corellium, please have a lawyer representing Corellium available to join as well.  Please respond to this email to confirm whether you plan to address this issue tomorrow or whether you will have someone available to troubleshoot the issue with us on Thursday morning.

With respect to the access issue, we added back the host IP address and while we are now able to connect to the VPN, we are getting the following authentication error message from NoMachine: "Error: Authentication method NX-password is not allowed on this server" (shown below).



For your reference, here is the settings screen showing the network settings, including the host IP you suggested.



Thank you,
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
555 Eleventh St., NW Suite 1000 | Washington, DC 20004
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201 | http://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is

strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**Confidentiality Notice: This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.**