*Apple Inc. v. Corellium, LLC*

**Apple Source Code Log - 4/19/2021 through 4/25/2021**

| Date | User | Time In | Time Out |
| --- | --- | --- | --- |
| 4/19/2021 | Jason Nieh | 11:15am | 12:15pm |
| 4/19/2021 | Jason Nieh | 5:00pm | 6:00pm |
| 4/21/2021 | Jason Nieh | 10:10am | 11:10am |