| | |
|---|---|
| **From:** | Elana.NightingaleDawson@lw.com |
| **To:** | Justin B. Levine; Lizza C. Constantine; Jonathan Vine; Thomas L. Hunker; dhecht@hechtpartners.com; mprice@hechtpartnersllp.com; cmcdonough@hechtpartners.com; mwang@hechtpartnersllp.com |
| **Cc:** | mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Jessica.StebbinsBina@lw.com; Gabe.Gross@lw.com; Holly.Victorson@lw.com |
| **Subject:** | Apple Inc. v. Corellium, LLC - Product & Source Code Access |
| **Date:** | Saturday, February 27, 2021 4:03:27 PM |

**[CAUTION: EXTERNAL EMAIL]**

Counsel,

Pursuant to Section I(G) of the stipulated order entered at Docket Number 490, and Apple's email notice on February 5, 2021, please ensure that ongoing access to the on-premises version of the Corellium Apple Product is available.  Apple will need such access through at least the completion of the currently scheduled trial in May 2021.

In addition, pursuant to Section II(E) of the stipulated order, Apple hereby gives notice that one or more previously identified reviewer will inspect Corellium's source code between 9am ET and 6pm ET on Monday March 1, 2021.  Please ensure the source code machine is enabled by 9am ET on Monday, March 1.  All reviewers will login to the following Zoom meeting room during any source code inspection:

> Meeting ID: 523 947 3794
> Passcode: 785687
> https://lw.zoom.us/j/5239473794?pwd=S2xsbU1salBhdVYvOGtGdkJPN0RVdz09

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
555 Eleventh St., NW Suite 1000 | Washington, DC 20004
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201 | http://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.