UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

          Plaintiff,

v.

CORELLIUM, LLC,

          Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S OPPOSITION TO DEFENDANT CORELLIUM, LLC'S MOTION FOR LEAVE TO AMEND ITS AFFIRMATIVE DEFENSES AND PORTIONS OR THE ENTIRETY OF EXHIBITS A–J ATTACHED THERETO AND INCORPORATED MEMORANDUM OF LAW**

    Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple Inc.'s Opposition to Corellium, LLC's Motion for Leave to Amend Its Affirmative Defenses (the "Opposition"), portions of Exhibits H and J attached thereto, and the entirety of Exhibits A, B, C, D, E, F, G, and I attached thereto.  In support of this request, Apple states as follows:

    1.    On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order").  The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order."  Protective Order ¶ 15(b).

2. Portions of Apple's Opposition refers to information that Corellium has designated "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" ("AEO") under the Protective Order.

3. Portions of Apple's Opposition refer to information the Court has previously permitted the parties to file under seal, as well as information the Court has addressed in two sealed Orders and one sealed Report and Recommendation. *See* ECF Nos. 658 (Magistrate's Sealed Order); 689 (Corellium sealed filing); 700 (Order granting Corellium's Motion to Seal the filing at ECF No. 689); 782 (Sealed Report & Recommendation); 804 (Court's Sealed Order); ECF No. 806 (Apple sealed filing); ECF No. 832 (Order granting Motion to Seal the filing at ECF No. 806).

4. Exhibits A, B, C, D, E, and F to Apple's Opposition are documents Corellium produced and designated AEO pursuant to the Protective Order.

5. Exhibit G is a document both Apple and Corellium produced. Apple designated this document as CONFIDENTIAL pursuant to the Protective Order, and Corellium designated it AEO.

6. Exhibit H to Apple's Opposition contains excerpts from the April 13, 2020 deposition of Christopher Wade, portions of which Corellium has designated CONFIDENTIAL and AEO pursuant to the Protective Order.

7. Exhibit I to Apple's Opposition contains excerpts from the April 21, 2020 deposition of Azimuth Security, LLC. Azimuth designated the entire transcript AEO pursuant to the Protective Order.

8. Exhibit J to Apple's Opposition contains excerpts from the March 25, 2020 deposition of Amanda Gorton, portions of which Corellium has designated AEO pursuant to the Protective Order.

9. In light of the foregoing, Apple moves to file under seal portions of its Opposition to Corellium's Motion for Leave to Amend Its Affirmative Defenses.

**WHEREFORE** Apple respectfully requests that, unless and until the parties' designations are changed or rejected, or the filings that the Court permitted Corellium to file under seal are unsealed, the following portions of Apple's Opposition to Corellium's Motion for Leave to Amend Its Affirmative Defenses should remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

  a. Portions of Apple's Opposition to Corellium's Motion for Leave to Amend Its Affirmative Defenses;
  b. Portions of Exhibits H and J;
  c. The entirety of Exhibits A, B, C, D, E, F, G, and I.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on May 3, 2021, regarding this Motion to Seal. Defendant does not oppose.

Dated: May 3, 2021

Michele D. Johnson*
michele.johnson@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
sy.damle@lw.com
Elana Nightingale Dawson*
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
andrew.gass@lw.com
Joseph R. Wetzel*
joe.wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
gabe.gross@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
Florida Bar. No. 1010370
epincow@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.