**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL APPLE INC.'S OPPOSITION TO DEFENDANT CORELLIUM, LLC'S MOTION FOR LEAVE TO AMEND ITS AFFIRMATIVE DEFENSES AND PORTIONS OR THE ENTIRETY OF EXHIBITS A–J ATTACHED THERETO**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Apple Inc.'s Opposition to Defendant Corellium, LLC's Motion for Leave to Amend Its Affirmative Defenses and Portions or the Entirety of Exhibits A–J Attached Thereto ("Motion"). Being fully advised in the premises, and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Plaintiff Apple Inc. is given leave to file under seal portions of its Opposition to Corellium's Motion for Leave to Amend Its Affirmative Defenses and Exhibits H and J attached thereto and the entirety of Exhibits A, B, C, D, E, F, G, and I attached thereto. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this __ of May, 2021.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**