# EXHIBIT H

ATTORNEY'S EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2

 3                     No. 9:19-cv-81160-RS
 4    APPLE, INC.,
 5                Plaintiff,
 6    vs.
 7    CORELLIUM, LLC,
 8
                  Defendant.
 9    _____/
10                                    Fort Lauderdale, Florida
                                      April 13, 2020
11                                    10:05 a.m. - 6:51 p.m.
12
13                    (ATTORNEY'S EYES ONLY)
14            VIDEO DEPOSITION OF CHRIS WADE
15                        (Via Zoom)
16       Taken before SUZANNE VITALE, R.P.R., F.P.R.
17    and Notary Public for the State of Florida at Large,
18    pursuant to Notice of Taking Deposition filed in the
19    above cause.
20
21
22
23
24
25
```

Page 1

ATTORNEY'S EYES ONLY

```
 1   APPEARANCES:
 2
     On behalf of Plaintiff:
 3
     LATHAM & WATKINS, LLP
 4   10250 Constellation Boulevard
     Suite 1100
 5   Century City, California 90067
     BY:   ELANA NIGHTINGALE DAWSON, ESQ. (via Zoom)
 6           elana.nightingaledawson@lw.com
 7    and
 8   LATHAM & WATKINS, LLP
     140 Scott Drive
 9   Menlo Park, CA 94025
     BY:   GABRIEL S. GROSS, ESQ. (via Zoom)
10           gabe.gross@lw.com
11
12   On behalf of Defendant:
13   COLE, SCOTT & KISSANE, P.A.,
     222 Lakeview Avenue
14   Suite 120
     West Palm Beach, Florida 33401
15   BY:   JONATHAN VINE, ESQ. (via Zoom)
             jonathan.vine@csklegal.com
16
17   ALSO PRESENT:
18        Arielle Friedman (Videographer)
          Amanda Gorton
19        Dr. Jason Nieh
20
21
22
23
24
25
```

Page 2

```
1   BY MR. GROSS:
2       Q.   Sure.  I'm actually deliberately being
3   general because my question was not intended to get
4   into that level of specificity.
5   ███████████████████████████████████████████████
    ████████████████████████████████████████
    ████████████████████████████████████████ ████
                                   has any influence over,
9   is it?
10          MR. VINE:  Objection.
11          THE WITNESS:  They're bound to the
12  ███████████████████████████████ ████
    ████████████████████████████████
                                           with
15      the product, but we don't ████████████
    ████████████████████████
17          So I would say that, yes, ████████
    ██████████████████████████████████
                                              they
20      would be limited to those pieces.
21  BY MR. GROSS:
22      █  ████████████████████████████████
    ████████████████████████████████
    ████████████████████████████████
    ██████████████████████████████████████
```

```
 1   exploring files?
 2            You don't have insight into that, right?
 3            MR. VINE:  Objection.
 4            THE WITNESS:  No, that would, to me,
 5   ███████████████████████████████
 6   BY MR. GROSS:
 7       Q.   ████████████████████████████████████
     ████████████████████
 9       A.   No, we do not.
10       Q.   And if a ████████████████████████████
     ████████████████████████████████
     ████████████████████████████████████████████
     ████████████████████████████ right?
14       A.   Sorry.  Work on a new app?
15       Q.   Yes, developing an iOS app.  ████████
     ████████████████████████████████████████████
     ██████, right?
18       A.   No.  I guess they could use a very
19   expensive product that costs tens of thousands of
20   dollars to develop, as you put it, an iOS app, but
21   they wouldn't need our product to develop an iOS
22   app.
23       Q.   If a ███████████████████████████████
     ████████████████████████████████████████████
     ████████████████████████████████████████████
```

```
 1         ▓▓▓▓▓▓▓  is it?
 2         A.   No, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 4         Q.   So if someone, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 9         A.   Are you asking me personally if I have any
10   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
11         Q.   I meant Corellium.
12         A.   Oh, correct.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
16              In fact, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   ▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
22              MR. VINE:  Gabe, whenever you're at a
23         natural breaking point, that would be helpful.
24              MR. GROSS:  Okay.
25   BY MR. GROSS:
```

Page 208

ATTORNEY'S EYES ONLY

```
 1
 2                    CERTIFICATE OF OATH
 3
 4    STATE OF FLORIDA   )
 5    COUNTY OF BROWARD  )
 6
 7              I, the undersigned authority, certify
 8    that CHRIS WADE personally appeared before me and
 9    was duly sworn.
10              WITNESS my hand and official seal this
11    16th day of April, 2020.
12
13                    [signature: Suzanne Vitale]
14
15              SUZANNE VITALE, R.P.R., F.P.R.
                Notary Public, State of Florida
16              My Commission No. DD179981
                Expires: 5/24/2020
17
18
19
20
21
22
23
24
25
```

# CERTIFICATE

STATE OF FLORIDA   )
COUNTY OF BROWARD  )

      I, SUZANNE VITALE, R.P.R., F.P.R. do hereby certify that I was authorized to and did stenographically report the foregoing deposition of CHRIS WADE; that a review of the transcript was requested; and that the transcript is a true record of my stenographic notes.

      I FURTHER CERTIFY that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

      Dated this 16th day of April, 2020.

*Suzanne Vitale*

SUZANNE VITALE, R.P.R., F.P.R.
My Commission No. DD179981
Expires: 5/24/2020