# EXHIBIT J

ATTORNEYS EYES ONLY

```
                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF FLORIDA

        APPLE INC.

             Plaintiff,      CASE NO. 9:19-cv-81160-RS

        vs.

        CORELLIUM, LLC,

             Defendant.
        _____/


                     Zoom, Virtual Deposition

                    Wednesday, March 25, 2020

                       10:08 a.m.-6:17 p.m.


                     ATTORNEY'S EYES ONLY

         VIDEOTAPED 30(b)(6) AND INDIVIDUAL DEPOSITION OF

                         AMANDA GORTON


            Taken on Behalf of the Plaintiff before

         Lisa Gerlach, Court Reporter, Notary Public

            in and for the State of Florida at Large,

            pursuant to Plaintiff's Notice of Taking

            Deposition in the above cause.


        Job No. 4027360

        Pages 1-213
```

Page 1

ATTORNEYS EYES ONLY

```
 1          Virtual Appearances through Zoom:
 2             Counsel for the Plaintiff:
 3             JESSICA STEBBINS BINA, ESQUIRE
                ELANA NIGHTINGALE DAWSON, ESQUIRE
 4             Latham & Watkins, LLP
                10250 Constellation Boulevard
 5             Suite 1100
                Century City, CA 90067
 6             424-653-5525
                jessica.stebbinsbina@lw.com
 7             elana.nightingaledawson@lw.com
 8
 9          Counsel for the Defendant and Witness:
             JONATHAN VINE, ESQUIRE
10           Cole Scott & Kissane
             222 Lakeview Avenue
11           Suite 120
             West Palm Beach, FL 33401
12           561-383-9203
             jonathan.vine@csklegal.com
13
14          Also Present: Brandon Miller, Videographer
15
16
17
18
19
20
21
22
23
24
25
```

Page 2



```
 1   ████████████████████████████████████████
     ████████████████████████████████████████
     ███████████████████████████
 4           █    Sure.
 5           █   █████████████████████████████
     ████████████████████████████████████████
             █   ████████████████████████
     ████████████████████████████████████████
 9       A.  That is correct.
10           █   █████████████████████████████
```
(remainder of page redacted)

ATTORNEYS EYES ONLY



Page 108

ATTORNEYS EYES ONLY

```
 1                    CERTIFICATE OF OATH
 2
 3    STATE OF FLORIDA
 4    COUNTY OF PALM BEACH
 5
 6
 7              I, Lisa Gerlach, the undersigned Notary
 8    Public, in and for the State of Florida, hereby
 9    certify that Amanda Gorton personally appeared before
10    me and was duly sworn.
11
12              WITNESS my hand and official seal this
13    29th day of March, 2020.
14
15
16                    [signature: Lisa Gerlach]
17                    Lisa Gerlach, Court Reporter
18                    Commission #GG023652
19                    Expires 9/8/2020
20
21
22
23
24
25
                                              Page 212
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY

```
 1                    CERTIFICATE OF REPORTER
 2
 3      STATE OF FLORIDA
 4      COUNTY OF PALM BEACH
 5
 6                I, Lisa Gerlach, Court Reporter, do hereby
 7      certify that I was authorized to and did
 8      stenographically report the foregoing deposition; and
 9      that the transcript is a true and correct
10      transcription of the testimony given by the witness.
11                I further certify that I am not a relative,
12      employee, attorney or counsel of any of the parties,
13      nor am I a relative or employee of any of the parties'
14      attorney or counsel connected with the action, nor am
15      I financially interested in the action.
16                Dated this 29th day of March, 2020.
17
18                        [signature: Lisa Gerlach]
19                Lisa Gerlach, Court Reporter
20
21      The foregoing certification of this transcript does
22      not apply to any reproduction of the same by any means
23      unless under the direct control and/or discretion of
24      the certifying reporter.
25
```