**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

       Plaintiff,

  v.

CORELLIUM, LLC,

       Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S OPPOSITION TO DEFENDANT CORELLIUM, LLC'S MOTION FOR PROTECTIVE ORDER AND PORTIONS OF EXHIBITS A, B, AND D ATTACHED THERETO**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Portions of Apple Inc.'s Opposition to Defendant Corellium, LLC's Motion for Protective Order and Portions of Exhibits A, B, and D Attached Thereto ("Motion"). Being fully advised in the premises, and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Plaintiff Apple Inc. is given leave to file under seal portions of its Opposition to Corellium's Motion for Protective Order and Exhibits A, B, and D attached thereto. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this __ of May, 2021, at West Palm Beach, Palm Beach County in the Southern District of Florida.

 

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**