# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

**DECLARATION OF ELANA NIGHTINGALE DAWSON
IN SUPPORT OF PLAINTIFF APPLE INC.'S OPPOSITION TO
DEFENDANT CORELLIUM, LLC'S MOTION FOR PROTECTIVE ORDER**

1. My name is Elana Nightingale Dawson.  I am over the age of 18.  I have personal knowledge of the following facts, either directly or through those working at my direction and under my supervision, which are true and correct.  If called as a witness, I could competently testify to these statements.

2. I am an attorney at Latham & Watkins LLP and counsel for Apple Inc. in this matter.

3. Between February 7, 2021 and present, counsel for Apple has been able to remotely access Corellium's on-premises product on multiple occasions without Corellium's involvement.  Apple has only sought Corellium's assistance when the product was inaccessible due to problems with the remote-access setup.

4. Starting in October 2020, Apple sent Corellium multiple letters and emails expressing its expectation that Corellium would comply with its obligation under Federal Rule of Civil Procedure 26 to supplement its discovery responses.  After initially refusing to supplement its source code production to reflect changes to its product, Corellium agreed to produce all new source code for its product by March 12, 2021.

5. Corellium supplemented its source code production on March 12, 2021 with source code that reflected ▇▇▇▇▇▇ changes from the source code Corellium previously produced.  This

1

supplemental source code was provided in a repository called "███████," which was made available for Apple's remote review on Corellium's source code machine. ███████ ███████ new features added by Corellium to its product and new versions of iOS and new iPhone products for which Corellium has added support over the past year.

6.  On March 26, 2021, Corellium provided to Apple yet another full repository of source code called "███████." One of Apple's source code inspectors performed a "diff" command[1] between the contents in "███████" and "███████," which showed that ███████████████████████████████████████████████. Apple's inspection is ongoing, but an initial review reflects changes to ███████████████████████ ███████████████████████████████. Notably, these changes include the addition of ███████████████████████████████████████. These apparent changes are not reflected in any discovery responses Corellium has provided to Apple regarding its product, nor are they reflected in any documents produced by Corellium, such as in Corellium's release notes. They are also not reflected in any of Corellium's expert reports or in the only live product to which Apple has access.

7.  Apple has been reviewing the source code Corellium produced on March 12 and March 26, 2021 to prepare for trial and for anticipated motion practice. In response to a request from Corellium, Apple has been providing not just the required 24-hours' notice for source code review but also a follow-up 1-hour notice before commencing any source code review. Since discovery closed, Apple's attorneys and experts have reviewed Corellium's source code on 20 days, the first day being March 1, 2021. No Apple reviewer requested access to review Corellium's source code at any point between April 27, 2020 and February 28, 2021. Apple's 2021 reviews were conducted in connection with Corellium's supplemental production obligation, including its production of new source code in March 2021.

8.  Consistent with the parties' Stipulation, Apple reviewers accessed the on-premises product without any involvement from Corellium personnel between April 5, 2020 and the end of dispositive and *Daubert* motion briefing. See ECF No. 290 at 4–5. After that time, Apple's reviewers did not access the on-premises product until February 2021. In February 2021, Apple's reviewers checked whether the on-premises product was still available and determined that Corellium had taken it offline. Consistent with the procedures of the parties' Stipulation, *id.* at 5–

---

[1] A "diff" command is used to display the differences between files by comparing the files line-by-line.

6, Apple notified Corellium on February 5, 2021 that it intended to review the on-premises product again in preparation for trial and requested that access be re-enabled.

9. Apple needs access to Corellium's on-premises product in addition to Corellium's cloud product because only the on-premises product allows Apple to see and analyze the technical operations that make the circumvention aspects of Corellium's product work. That is because the acts that Apple alleges circumvent its technology measures ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Certain evidence concerning the operation of Corellium's product ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. *See* ECF No. 239 ¶ 52; ECF No. 524-4 (Nieh Supp. Rpt.) at 62–72 (detailing evidence available using the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮).

10. Both Corellium's source code and the on-premises product contain information critical to Apple's DMCA claim, and Apple requires access to this produced material in order to prepare its case for trial and for anticipated motion practice stemming from Corellium's production of the "▮▮▮▮▮▮▮▮" repository.

11. I conferred via telephone with Corellium counsel Lizza Constantine on Friday, April 21, 2021, regarding Corellium's anticipated Motion for Protective Order. I indicated that I expected Apple would oppose the motion with respect to the on-premises product but that I thought we should be able to find a resolution to Corellium's concerns regarding source code review, though Apple would need to understand Corellium's position with respect to the propriety and intended use of the March 26, 2021 source code. We agreed to discuss further with our teams and follow up. On Monday, April 24, 2021 at 9:08am ET, Ms. Constantine emailed and said Corellium did not "believe that any further access" to Corellium's source code was required and that Corellium would be filing its motion. I responded at 9:10am ET the same day to indicate that Apple needed to understand Corellium's position with respect to the March 26, 2021 source code before we could confirm our position. Ms. Constantine never responded. Corellium filed its Motion for a Protective Order the next day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2021  
in Silver Spring, MD

*/s/ Elana Nightingale Dawson*  
Elana Nightingale Dawson

3