# EXHIBIT C

| | |
|---|---|
| **From:** | David Hecht <dhecht@hechtpartners.com> |
| **Sent:** | Wednesday, March 10, 2021 2:39 PM |
| **To:** | Nightingale Dawson, Elana (DC) |
| **Cc:** | Justin B. Levine; Lizza C. Constantine; Jonathan Vine; Minyao Wang; Conor McDonough; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC); Homer, Carolyn (DC); Maxim Price |
| **Subject:** | RE: Apple Inc. v. Corellium, LLC - Source Code Machines |

Elana,

Dr. Olivier wishes to see the source code machine again.  Will you please ship the source code machines to Dr. Olivier, Max Price, and myself at the addresses we previously sent you?

Thank you.

Best,
David


**David L. Hecht**
Hecht Partners LLP

125 Park Avenue, 25th Floor
New York, NY 10017
dhecht@hechtpartners.com
P: (212) 851-6821


This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

---

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Tuesday, June 9, 2020 5:20 PM
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Machines

David,

I am writing to follow up on our call earlier today.  When we spoke, you initially indicated that sending FedEx labels for the return of the source code machines should work, but then stated that you wanted to check with your team first.  You further asked what would happen should you need them for trial.  I explained that Apple needs the machines back at present, and that, if there is a need for them in the future and travel restrictions remain in place, we can discuss that need when it presents itself.  Please confirm that we may send the shipping labels to you, Max, and Dr. Olivier so the machines can be returned.

1

I also stated that the Source Code Log was due last Friday and we have yet to receive it; you said it was being worked on.  You further represented that you had not signed into the source code machine at all and that Max only did so once.  Please provide the log today.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

**From:** Nightingale Dawson, Elana (DC)
**Sent:** Monday, June 8, 2020 7:00 PM
**To:** 'mprice@hechtpartnersllp.com' <mprice@hechtpartnersllp.com>; 'David Hecht' <dhecht@hechtpartners.com>
**Cc:** 'Justin B. Levine' <Justin.Levine@csklegal.com>; 'Lizza C. Constantine' <Lizza.Constantine@csklegal.com>; 'Jonathan Vine' <Jonathan.Vine@csklegal.com>; 'Michael Boehringer' <Michael.Boehringer@csklegal.com>; 'mwang@hechtpartnersllp.com' <mwang@hechtpartnersllp.com>; 'cmcdonough@hechtpartners.com' <cmcdonough@hechtpartners.com>; 'Martin Goldberg' <mgoldberg@lashgoldberg.com>; Emily Pincow <epincow@lashgoldberg.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Homer, Carolyn (DC) <Carolyn.Homer@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Source Code Machines

Max and David,

I am writing to follow up regarding my email below.  First, I wanted to confirm that you and Dr. Olivier will be able to drop the source code machines off at a FedEx location this week.  Please confirm that this is the case and also let us know whether you'd like us to mail you FedEx labels or whether you'd prefer for us to give you the required details so you can fill out labels yourselves.

Second, under the addendum to the Protective Order, you were required to provide us with a Source Code Log within one business day of Apple's request, so by Friday, June 5.  We still have not received such a log.  Please provide it immediately.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

**From:** Nightingale Dawson, Elana (DC)
**Sent:** Thursday, June 4, 2020 6:20 PM
**To:** 'mprice@hechtpartnersllp.com' <mprice@hechtpartnersllp.com>; David Hecht <dhecht@hechtpartners.com>
**Cc:** Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Homer, Carolyn (DC) <Carolyn.Homer@lw.com>
**Subject:** Apple Inc. v. Corellium, LLC - Source Code Machines

Max and David,

I am writing to follow up regarding the Apple source code machines that were shipped to you and Dr. Olivier.  Now that dispositive motions have been filed, and given the timeline contemplated in the protective order addendum, we wanted to coordinate the return of those machines to Apple.  We can arrange shipping labels and such; we'll just need to know when you can drop them off at a local FedEx location.

Separately, please provide us with the Source Code log required by paragraph 3(b) of the addendum to the Protective Order (ECF No. 388).

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
555 Eleventh St., NW Suite 1000 | Washington, DC 20004
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201 | http://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.