# EXHIBIT D

| | |
|---|---|
| **From:** | Justin B. Levine <Justin.Levine@csklegal.com> |
| **Sent:** | Monday, April 26, 2021 6:07 PM |
| **To:** | Nightingale Dawson, Elana (DC); Lizza C. Constantine |
| **Cc:** | Jonathan Vine; dhecht@hechtpartners.com; cmcdonough@hechtpartners.com; mprice@hechtpartners.com; corelliumhp@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC); Gross, Gabriel (Bay Area); Victorson, Holly (DC); Zhang, Frances (DC); Patty Martel |
| **Subject:** | Re: Apple Inc. v. Corellium, LLC - On Premises Access |
| **Attachments:** | image001.png; image002.jpg; image003.png; image004.jpg; image005.jpg; image006.jpg; image007.jpg; image008.jpg; image009.jpg; image010.jpg; image011.jpg; image012.jpg |

Elana,

As it relates to the Source Code Computer, it simply appears that the password was changed for that particular reviewer.  There is not much Corellium can do in that regard.  I can resend the password if you need it. If it's something beyond that, you will have to ship the computer back so Corellium can look at it.

As it relates to the On Premises Version, Corellium has configured the Mac to reboot every night. Corellium tested it remotely and they were able to connect.

Thanks.



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 │ Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Monday, April 26, 2021 6:59 PM
**To:** Justin.Levine@csklegal.com; Lizza.Constantine@csklegal.com

**Cc:** Jonathan.Vine@csklegal.com; dhecht@hechtpartners.com; cmcdonough@hechtpartners.com; mprice@hechtpartners.com; corelliumhp@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Jessica.StebbinsBina@lw.com; Gabe.Gross@lw.com; Holly.Victorson@lw.com; Frances.Zhang@lw.com
**Subject:** RE: Apple Inc. v. Corellium, LLC - On Premises Access

**[CAUTION: EXTERNAL EMAIL]**

Justin,

I wanted to confirm that, per our conversation earlier this afternoon, you will be speaking to Corellium this evening and will give us an update by tomorrow morning regarding the access issues raised below.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

**From:** Nightingale Dawson, Elana (DC)
**Sent:** Monday, April 26, 2021 9:58 AM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>; 'Lizza C. Constantine' <Lizza.Constantine@csklegal.com>
**Cc:** 'Jonathan Vine' <Jonathan.Vine@csklegal.com>; 'dhecht@hechtpartners.com' <dhecht@hechtpartners.com>; 'cmcdonough@hechtpartners.com' <cmcdonough@hechtpartners.com>; 'mprice@hechtpartners.com' <mprice@hechtpartners.com>; 'corelliumhp@hechtpartners.com' <corelliumhp@hechtpartners.com>; 'mgoldberg@lashgoldberg.com' <mgoldberg@lashgoldberg.com>; 'epincow@lashgoldberg.com' <epincow@lashgoldberg.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Zhang, Frances (DC) <Frances.Zhang@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - On Premises Access

Justin,

The issues I've identified below remain.  We have not been able to gain access to the on-premises product since Wednesday, April 21.  The Court ordered Corellium to produce this product to us.  Apple accommodated Corellium by agreeing to remote access to the on-premises product in lieu of it being shipped to Apple.  For remote access to be sufficient, however, we need to have reliable access to the on-premises product, which includes the timely remedying of access issues.

In addition, one of our reviewers also cannot access the source code machine as outlined in my emails below.  We have yet to receive any response regarding how to fix this problem.

The lack of access to the on-premises product and, for one of our reviewers, to the source code machine just over two months before trial is directly prejudicing Apple's ability to prepare for trial.  We are available to discuss with you should that be necessary, and expect these issues to be resolved expeditiously.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers

Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

---

**From:** Nightingale Dawson, Elana (DC)
**Sent:** Friday, April 23, 2021 5:25 PM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>
**Cc:** Jonathan Vine <Jonathan.Vine@csklegal.com>; dhecht@hechtpartners.com; cmcdonough@hechtpartners.com; mprice@hechtpartners.com; corelliumhp@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Zhang, Frances (DC) <Frances.Zhang@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - On Premises Access

Justin,

We are still experiencing the same problems connecting to both Corellium's on-premises and source code machines.

Our reviewers just attempted to connect to the on-premises machine after restarting their computers, and they are still getting the same error as before from ▮▮▮▮▮▮, as shown in the screenshot below:



With respect to Corellium's source code machine, one of our reviewers is still unable to log into the ▮▮▮▮▮▮ account. Despite entering the correct password, our reviewer is presented with the first screenshot below indicating that the password is ▮▮▮▮▮▮. After the ▮▮▮ button is clicked, we are presented with the second screenshot indicating that the password needs to be ▮▮▮▮.

Please advise on how the login password can be reset, and whether this can be accomplished remotely.





Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

4

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Friday, April 23, 2021 2:38 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>
**Cc:** Jonathan Vine <Jonathan.Vine@csklegal.com>; dhecht@hechtpartners.com; cmcdonough@hechtpartners.com; mprice@hechtpartners.com; corelliumhp@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Zhang, Frances (DC) <Frances.Zhang@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - On Premises Access

My understanding is that it is up and running.



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

---

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Friday, April 23, 2021 1:00 PM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>
**Cc:** Jonathan Vine <Jonathan.Vine@csklegal.com>; dhecht@hechtpartners.com; cmcdonough@hechtpartners.com; mprice@hechtpartners.com; corelliumhp@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Jessica.StebbinsBina@lw.com; Gabe.Gross@lw.com; Holly.Victorson@lw.com; Frances.Zhang@lw.com
**Subject:** RE: Apple Inc. v. Corellium, LLC - On Premises Access

**[CAUTION: EXTERNAL EMAIL]**

Justin,

The two problems identified below still are not resolved and I have not heard from you regarding these issues since your initial response on Wednesday. Please restore access to the on-premises product immediately and let us know what we can do with respect to the source-code review issue.

Thank you

5

Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

**From:** Nightingale Dawson, Elana (DC)
**Sent:** Thursday, April 22, 2021 1:15 PM
**To:** 'Justin B. Levine' <Justin.Levine@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>
**Cc:** Jonathan Vine <Jonathan.Vine@csklegal.com>; dhecht@hechtpartners.com; cmcdonough@hechtpartners.com; mprice@hechtpartners.com; corelliumhp@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Zhang, Frances (DC) <Frances.Zhang@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - On Premises Access

Justin,

Please advise regarding the issue below as it still has not resolved.

In addition, the email I sent regarding the reviewer access problem, has occurred again. Please advise regarding what steps we can take to eliminate this problem. As a reminder, the issue we are facing is as follows:

> One of our reviewers is having trouble logging into the [REDACTED] account on the source code laptop. Even though our reviewer is using the same password that worked before, the reviewer is repeatedly getting this error message: [REDACTED] Restarting the laptop did not resolve the problem.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Wednesday, April 21, 2021 6:56 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>
**Cc:** Jonathan Vine <Jonathan.Vine@csklegal.com>; dhecht@hechtpartners.com; cmcdonough@hechtpartners.com; mprice@hechtpartners.com; corelliumhp@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Victorson, Holly (DC) <Holly.Victorson@lw.com>; Zhang, Frances (DC) <Frances.Zhang@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - On Premises Access

We'll look into it.



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

☐  ☐  ☐  ☐

---

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Wednesday, April 21, 2021 6:37 PM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>
**Cc:** Jonathan Vine <Jonathan.Vine@csklegal.com>; dhecht@hechtpartners.com; cmcdonough@hechtpartners.com; mprice@hechtpartners.com; corelliumhp@hechtpartners.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Jessica.StebbinsBina@lw.com; Gabe.Gross@lw.com; Holly.Victorson@lw.com; Frances.Zhang@lw.com
**Subject:** Apple Inc. v. Corellium, LLC - On Premises Access

**[CAUTION: EXTERNAL EMAIL]**

Justin and Lizza,

Our reviewers are unable to access Corellium's on-premises product through ▇▇▇▇▇. Specifically, ▇▇▇▇▇ is returning the following error message:



Please advise on how this connection error can be fixed.

Thanks so much.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
555 Eleventh St., NW Suite 1000 | Washington, DC 20004
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201 | http://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission

is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**Confidentiality Notice: This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.**