**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

**ORDER GRANTING PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL APPLE INC.'S OPPOSITION TO DEFENDANT CORELLIUM, LLC'S MOTION FOR LEAVE TO AMEND ITS AFFIRMATIVE DEFENSES AND PORTIONS OR THE ENTIRETY OF EXHIBITS A–J ATTACHED THERETO**

This cause comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Apple Inc.'s Opposition to Defendant Corellium, LLC's Motion for Leave to Amend Its Affirmative Defenses and Portions or the Entirety of Exhibits A–J Attached Thereto [DE 910] ("Motion"). Upon consideration, it is

**ORDERED** that the Motion [DE 910] is **GRANTED**. Plaintiff Apple Inc. is given leave to file under seal portions of its Opposition to Corellium's Motion for Leave to Amend Its Affirmative Defenses and Exhibits H and J attached thereto and the entirety of Exhibits A, B, C, D, E, F, G, and I attached thereto. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 5th of May, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE