UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:19-cv-81160-RS

APPLE, INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**PROPOSED ORDER GRANTING CORELLIUM'S *EXPEDITED* MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW**

THIS CAUSE came before the Court upon Defendant, CORELLIUM, LLC's ("Corellium"), *Expedited* Motion to File Partial Motion for Summary Judgment and Incorporated Memorandum of Law ("Partial Summary Judgment Motion"). Being fully advised, it is:

**ORDERED AND ADJUDGED** that Corellium's *Expedited* Motion is hereby **GRANTED**. Corellium is given leave to file its Partial Summary Judgment Motion. The Partial Summary Judgment Motion attached to the Expedited Motion for Leave is hereby deemed filed as of the date of this Order.

**DONE AND ORDERED** this ___ of May, 2021, at Fort Lauderdale, Broward County in the Southern District of Florida.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**