UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No.: 19-cv-81160-SMITH/MATTHEWMAN

APPLE, INC.,

    Plaintiff,

vs.

CORELLIUM, LLC,

    Defendant.
_____/

FILED BY____KJZ____D.C.

May 13, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## ORDER SETTING HEARING VIA ZOOM VIDEO TELECONFERENCE (VTC) ON CORELLIUM, LLC'S MOTION FOR PROTECTIVE ORDER [DE 909]

**THIS CAUSE** is before the Court upon Defendant, Corellium, LLC's ("Corellium") Motion for Protective Order ("Motion") [DE 909]. The Motion was referred to the undersigned by the Honorable Rodney Smith, United States District Judge. *See* DE 32.

After careful review of the Motion, Plaintiff Apple Inc.'s ("Apple") Response [DEs 913, 916], and Corellium's Reply [DE 924], because the parties' positions—and even their recitation of the facts—are in conflict, and because the parties are unable to resolve these matters without Court intervention, it is hereby **ORDERED** that a hearing on Corellium's Motion [DE 909] shall be conducted via Zoom video teleconference (VTC) on **May 28, 2021, at 1:15 p.m**. The undersigned's Courtroom Deputy, Ken Zuniga, will, at a later date, email instructions for accessing the Zoom VTC hearing to counsel.

1

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 13th day of May, 2021.

WILLIAM MATTHEWMAN
United States Magistrate Judge