## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160-RS

APPLE INC.,

                 Plaintiff,

    v.

CORELLIUM, LLC,

                 Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL
PORTIONS OF PLAINTIFF APPLE INC.'S MOTION FOR LEAVE
TO FILE A MOTION *IN LIMINE* TO PRECLUDE CORELLIUM'S
"DEMONSTRATIVE" THAT DOES NOT REPRESENT ITS ACTUAL PRODUCT AND
PORTIONS OF EXHIBITS A, B, C, E, AND F ATTACHED THERETO
<u>AND INCORPORATED MEMORANDUM OF LAW</u>**

       Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule

5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple

Inc.'s Motion for Leave to File a Motion *in Limine* to Preclude Corellium's "Demonstrative" That

Does Not Represent Its Actual Product ("Motion for Leave") and Exhibits A, B, C, E, and F

attached thereto.  In support of this request, Apple states as follows:

       1.      On December 13, 2019, the Court entered a Stipulated Confidentiality and

Protective Order, ECF No. 50 (the "Protective Order").  The Protective Order permits the parties

to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny

Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal

with the Court any brief, document or materials that are designated as Protected Material under

this Order."  Protective Order ¶ 15(b).

2.      Portions of Apple's Motion for Leave refer to information Corellium has designated "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" ("AEO") under the Protective Order.  Corellium has requested that Apple seek to file under seal such information.

3.      Portions of Exhibits A, B, C, E, and F to Apple's Motion for Leave contain information that Corellium has designated CONFIDENTIAL or AEO pursuant to the Protective Order.  Corellium has requested that Apple seek to file under seal such information.

4.      In light of the foregoing, Apple moves to file under seal portions of its Motion for Leave and Exhibits A, B, C, E, and F attached thereto.

**WHEREFORE** Apple respectfully requests that, unless and until Corellium's designations are changed or rejected, portions of Apple's Motion for Leave to File a Motion *in Limine* to Preclude Corellium's "Demonstrative" That Does Not Represent Its Actual Product, and Exhibits A, B, C, E, and F attached thereto, remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

a.  Portions of Apple's Motion for Leave to File a Motion *in Limine* to Preclude Corellium's "Demonstrative" That Does Not Represent Its Actual Product;

b.  Portions of Exhibits A, B, C, E, and F.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via telephone with counsel for Defendant on May 18, 2021, regarding this Motion to Seal.  Defendant does not oppose.

Dated: May 19, 2021

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel*
*joe.wetzel@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice*

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

3