UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF APPLE INC.'S MOTION FOR LEAVE TO FILE A MOTION *IN LIMINE* TO PRECLUDE CORELLIUM'S "DEMONSTRATIVE" THAT DOES NOT REPRESENT ITS ACTUAL PRODUCT AND PORTIONS OF EXHIBITS A, B, C, E, AND F ATTACHED THERETO**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Portions of Apple Inc.'s Motion for Leave to File a Motion *in Limine* to Preclude Corellium's "Demonstrative" That Does Not Represent Its Actual Product and Portions of Exhibits A, B, C, E, and F Attached Thereto ("Motion"). Being fully advised in the premises, and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Plaintiff Apple Inc. is given leave to file under seal portions of its Motion for Leave to File a Motion *in Limine* to Preclude Corellium's "Demonstrative" That Does Not Represent Its Actual Product and Exhibits A, B, C, E, and F attached thereto. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this ___ of May, 2021.

                                                                     **RODNEY SMITH**
                                                                     **UNITED STATES DISTRICT JUDGE**