# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

       Plaintiff,

v.

CORELLIUM, LLC,

       Defendant.

**PLAINTIFF APPLE INC.'S MOTION *IN LIMINE* TO PRECLUDE CORELLIUM'S "DEMONSTRATIVE" THAT DOES NOT REPRESENT ITS ACTUAL PRODUCT <u>AND INCORPORATED MEMORANDUM OF LAW</u>**

More than a year after discovery closed, and after Corellium purported to produce to Apple information regarding all updates to its actual CORSEC iOS product—the software product Apple contends violates the DMCA—Corellium suddenly provided to Apple, in late March 2021, source code for a product it claimed was a trial "demonstrative aid." The source code, however, is for a materially different product from the product Corellium actually sells to its customers.

There is no relevance to, and substantial prejudice to Apple from, permitting Corellium to show the jury a false version of its product, rather than the product it actually sells. The "demonstrative aid" will only confuse and mislead the jury, which will be unable to distinguish Corellium's made-for-trial software from the real thing, and should be excluded. *See Burchfield v. CSX Transp., Inc.*, 636 F.3d 1330, 1336–37 (11th Cir. 2011).

Corellium admits that the product it seeks to demonstrate is not the same as the one it sells to customers, and that it was made for the purposes of trial. *See* Ex. B (Nightingale Dawson Decl.) ¶ 7; ECF No. 924 at 2. But Corellium's demonstration of an alternative product, that it does not actually sell and about which it produced no information in discovery, would confuse and mislead the jury. *Cf. Burchfield*, 636 F.3d at 1336–37 (excluding demonstrative testing evidence that was not created under "substantially similar" conditions as the actual accident). The altered product Corellium intends to show at trial is materially different from the actual product sold to customers. The new source code contains changes to more than 10,000 lines of code, ▆▆▆▆▆▆▆ that has never before been disclosed to Apple. Ex. C (Nieh Decl.) ¶¶ 4–5; Ex. B ¶ 5. Based on a preliminary inspection by Apple's expert—who could only review, but not actually run, the new demonstrative code as that function is only available to Corellium—▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ thus relates directly to Apple's DMCA claim. Ex. C ¶ 7. This ▆▆▆▆ does not appear in the current version of the Cloud product that Apple has access to. *Id.* ¶ 5. Nor does ▆▆ appear in any of Corellium's release notes, expert reports, supplemental productions, or discovery responses. Ex. B ¶ 5. Demonstration of a new product ▆▆ that Apple has never been able to use and is not actually part of Corellium's product risks materially misleading the jury as to how Corellium's actual product works. *See Hughes v. GEICO Gen. Ins. Co.*, No. 6:15-cv-280ORL40, 2017 WL 7000273, at *5–6 (M.D. Fla. Aug. 31, 2017) (undisclosed crash-demonstration calculations were "not demonstrative aids" and constituted "trial by ambush").

The Court should preclude Corellium from showing its altered product to the jury.

1

**LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred telephonically with counsel for Defendant on April 30 and May 18, 2021, regarding the relief sought herein. Defendant opposes the relief sought herein.

Dated: May 19, 2021

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

3