# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

**DECLARATION OF ELANA NIGHTINGALE DAWSON
IN SUPPORT OF PLAINTIFF APPLE INC.'S MOTION FOR LEAVE
TO FILE A MOTION *IN LIMINE* TO PRECLUDE CORELLIUM'S
"DEMONSTRATIVE" THAT DOES NOT REPRESENT ITS ACTUAL PRODUCT**

1. My name is Elana Nightingale Dawson. I am over the age of 18. I have personal knowledge of the following facts, either directly or through those working at my direction and under my supervision, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am an attorney at Latham & Watkins LLP and counsel for Apple Inc. in this matter.

3. Corellium has produced three different versions of source code in this case. The first version was made available for Apple's remote review on April 6, 2020 in a folder called ▮▮▮▮▮▮ on Corellium's source code machine. Corellium produced the code in the ▮▮▮▮▮▮ folder in response to the Court's order requiring Corellium to produce source code for CORSEC iOS (also referred to as the "Corellium Apple Product" (CAP) in this litigation) in its native software repository. *See* ECF No. 290 at 7.

4. Starting in October 2020, Apple sent Corellium multiple letters and emails expressing its expectation that Corellium would comply with its obligation under Federal Rule of Civil Procedure 26 to supplement its discovery responses. After initially refusing to supplement

1

its source code production to reflect changes to its product, Corellium agreed to produce all new source code for its product by March 12, 2021. Corellium made this second version of Corellium's source code repository available for Apple's remote review in a folder called ▓▓▓▓▓▓ on Corellium's source code machine. According to Corellium, the ▓▓▓▓▓▓ reflected all of the changes Corellium had made to its CORSEC iOS product since its first production of ▓▓▓▓▓▓ back in April 2020 and "consisted of simple and routine updates to the product." ECF No. 924-1 ¶ 3. Among other things, the ▓▓▓▓▓▓ ▓▓▓▓▓▓.

5. On March 26, 2021, Corellium informed Apple that Corellium had made a "new, small update to its code that it intends to use as a demonstrative aid at trial." Ex. E. Corellium stated that this updated code was available for Apple's remote review in a folder called ▓▓▓▓▓▓ on Corellium's source code machine. *Id.* The code in ▓▓▓▓▓▓ includes the addition of a ▓▓▓▓▓▓. This ▓▓▓▓▓▓ has never been disclosed to Apple. This ▓▓▓▓▓▓ is not mentioned in any of Corellium's release notes, which details the features and functions of each publically released version of CORSEC iOS, in any documents produced by Corellium in this litigation, or in any of Corellium's interrogatory responses regarding versions of Corellium's product and their functionality, including Corellium's most recent amended responses served on March 5, 2021. *See, e.g.*, Ex. F at 4–12. This ▓▓▓▓▓▓ is also not mentioned in any of Corellium's expert reports.

6. After March 26, 2021, counsel for Apple repeatedly reached out to Corellium seeking clarification about Corellium's "demonstrative aid" in connection with ▓▓▓▓▓▓ On March 31, 2021 and April 1, 2021, Apple emailed Corellium requesting to confer regarding ▓▓▓▓▓▓ Ex. G at 1. Corellium did not respond. On April 6, 2021, Apple followed up again with Corellium, and this time, the parties finally scheduled a call to discuss ▓▓▓▓▓▓ for the first time on April 9, 2021. Ex. H at 1, 3–4. But during the parties' teleconference on April 9, 2021, Corellium remained unwilling to provide any further detail about how it planned to use this purported "demonstrative aid." Corellium stated that it planned to use the source code as a demonstrative at trial but was not obligated to provide further information.

7. On April 22, 2021, Apple reached out to Corellium again about the need for further conferral. Ex. I at 1. Corellium did not respond, so Apple followed up on April 26, 2021, and again on April 28, 2021. Ex. J at 1. Corellium finally agreed to confer on April 29, 2021, but

during that teleconference, Corellium stated it was not prepared to address the new code in ▮▮▮▮▮▮▮▮▮▮ On April 30, 2021, the parties conferred regarding Corellium's purported "demonstrative aid." During this call, Corellium stated for the first time that it planned to show the jury a version of CORSEC iOS running ▮▮▮▮▮▮▮▮▮▮ Corellium refused to provide further information about what this product demonstration would entail. I noted that the ▮▮▮▮▮▮▮▮▮▮ changes to over 10,000 lines of code. In response, Corellium's counsel, Justin Levine, admitted that the source code was not identical to the source code running on its actual CORSEC iOS products sold to customers, but insisted that any differences were not material. Corellium provided no support or explanation for why the jury should see a version of this altered product that was not actually sold to Corellium's customers and not at issue in this case.

      8.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2021  
in Silver Spring, MD

*Elana Nightingale Dawson* (signature)

Elana Nightingale Dawson