# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**DECLARATION OF JASON NIEH IN SUPPORT OF PLAINTIFF APPLE INC.'S MOTION *IN LIMINE* TO PRECLUDE CORELLIUM'S "DEMONSTRATIVE" THAT DOES NOT REPRESENT ITS ACTUAL PRODUCT**

1. My name is Jason Nieh. I am over the age of 18. I have personal knowledge of the following facts, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I have previously stated my qualifications in a filing before this Court.[1] Those statements remain an accurate summary of my qualifications.

3. I have reviewed three different repositories of source code provided by Corellium at various stages in this case. All three repositories were made available for my remote review in separate folders on Corellium's remote source code machine. The earliest repository of source code was made available for my remote review in a folder called " ▮▮▮▮▮▮▮▮ ." The second repository of source code was made available for my remote review in a folder called " ▮▮▮▮▮▮▮▮ ." The third repository of source code was made available for my remote review in a folder called " ▮▮▮▮▮▮▮▮ ." I understand from Apple's counsel that Corellium's counsel represented that the " ▮▮▮▮▮▮▮▮ " folder contained a new "small update" to its code that Corellium intended to use as a "demonstrative aid" at trial.

---

[1] ECF No. 233-1 ¶¶ 2–8; *see* ECF No. 233-2 (curriculum vitae).

1

4. I was asked by Apple to perform a preliminary review of the changes made in "███████" to assess what changes had been made to the source code. First, I performed a "diff" between the contents of "███████" and "███████" to identify changes that were made to "███████." A "diff" command is used to display the differences between the contents in two folders. The changes identified by the "diff" were substantial, both in quantity and in substance. The "diff" indicated that more than 10,000 lines had changed ███████ ███████. The "diff" also revealed that the code contained in the "███████" repository added a ███████.

5. Based on my preliminary review of the source code and the accompanying "commit" statements that are used to document changes in the code,[2] this "███████ ███████ ███████" of the CORSEC iOS product,[3] ███████ "jailbroken" and "non-jailbroken" options[4] for creating a new virtual iOS device. However, I have inspected both the cloud-based and on-premises versions of CORSEC iOS that I have been given access to,[5] and ███████ in either of them. For example, I inspected what I understand to be the most current version of the cloud-based CORSEC iOS using the credentials I understand Corellium has provided—███████ ███████ ███████." I also previously reviewed the on-premises version of CORSEC iOS in developing my supplemental report, which also ███████

---

[2] A "commit" statement is a programmer comment that describes an update made to source code hosted in a source code repository.

[3] For most of this case, I have referred to this product as the "Corellium Apple Product" (or "CAP"). However, ███████ ███████, I now refer to this product interchangeably as "CORSEC iOS." *See, e.g.*, ECF No. 524-4 (Nieh Supp. Rpt.) ¶ 56 n. 187.

[4] *See, e.g.*, ECF No. 524-1 (Nieh Rpt.) ¶ 210; ECF No. 524-4 (Nieh Supp. Rpt.) pp. 50–51.

[5] I understand from Apple's counsel that the cloud-based version reflects the most current version of CORSEC iOS released to customers. I previously had access to an older version of the cloud version of CORSEC iOS, from late February 2020 until May 1, 2020, when my supplemental report was served, although those credentials no longer work today. I have also had intermittent access since April 2020 to an older version of the on-premises version of CORSEC iOS.

███████████████████████████████.[6]  I further understand that Corellium's Chief Technology Officer stated that "[t]here are no features or functionalities in the Individual Cloud account that are not also in the Enterprise Cloud account, and there are no material functional differences between the Cloud version and the On-Premises version of the Corellium Product."[7] It appears to me that ██████████████████████████████████ does not accurately reflect the actual operations and functionality of the CORSEC iOS released to customers.

6. Corellium's source code machine allows me to read source code, but it does not allow me to run the source code, much less interact with a product that runs the source code in "█████████."  As a result, I cannot fully evaluate how a product running the code in "█████████" works, or what it would look like at trial.  By way of analogy, source code merely provides the "recipe" for how a final product works.  But just like reading lines in a recipe does not allow a person to fully understand how the resulting meal will taste or look, reading discrete lines of code does not allow me to fully understand how these lines interact with the larger CORSEC iOS program or precisely how a user would interact with it.

7. Even though I cannot evaluate the full extent of how the code in "█████████" ██████████████████████████████████, my preliminary review of this new source code indicates that the new █████████ affects operations related to CORSEC iOS's ██████████████████████████████.  For example, ██████████████████ ████████████████████████████████████████████████████████████████████ ████████████ As discussed in my Supplemental Report served on May 1, 2020, █ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ██████████████████████████████."[8]  These changes therefore appear, in my opinion, to substantially affect the operation of the CORSEC iOS product ████████████████ ██████████████████████████████.

---

[6] ECF No. 524-4 (Nieh Supp. Rpt.) pp. 50–51.

[7] ECF No. 909-1 ¶ 14.

[8] *See, e.g.*, ECF No. 524-4 (Nieh Supp. Rpt.) at ¶ 95 n. 354.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 18, 2021
in New York, NY

_____
Jason Nieh
Professor of Computer Science
Columbia University

4