# EXHIBIT E

| | |
|---|---|
| **From:** | David Hecht <dhecht@hechtpartners.com> |
| **Sent:** | Friday, March 26, 2021 8:09 PM |
| **To:** | Nguyen, Judy (SV); justin.levine@csklegal.com; patricia.martel@csklegal.com; jonathan.vine@csklegal.com; lizza.constantine@csklegal.com; barry.postman@csklegal.com; Conor McDonough; Maxim Price; jeremy.goldstein@csklegal.com; katherine.herald@csklegal.com |
| **Cc:** | Gross, Gabriel (Bay Area); Nightingale Dawson, Elana (DC); Stebbins Bina, Jessica (CC); mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Homer, Carolyn (DC) |
| **Subject:** | Apple, Inc. v. Corellium, LLC - 9:19-cv-81160 - Corellium Production 3/26/2021 |

Counsel,

Corellium has uploaded to its source code review system for Apple's review, a new, small update to its code that it intends to use as a demonstrative aid at trial. The code is available, along with all Corellium's other source code (i.e., the two previous source dumps), in a folder [redacted] on the desktop.

Regards,
David


**David L. Hecht**
Hecht Partners LLP

125 Park Avenue, 25th Floor
New York, NY 10017
dhecht@hechtpartners.com
P: (212) 851-6821


This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.