# EXHIBIT G

| | |
|---|---|
| **From:** | Nightingale Dawson, Elana (DC) |
| **Sent:** | Thursday, April 1, 2021 1:55 PM |
| **To:** | Justin.Levine@csklegal.com; Jonathan Vine; Lizza C. Constantine; Barry A. Postman; corelliumhp@hechtpartners.com; David Hecht; Maxim Price; Conor McDonough |
| **Cc:** | mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Stebbins Bina, Jessica (CC); Gross, Gabriel (Bay Area) |
| **Subject:** | RE: Apple Inc. v. Corellium, LLC - Correspondence |
| **Attachments:** | 2021.3.28 - E. Nightingale Dawson Ltr. to J. Levine.pdf |

Counsel,

We still have not heard back from you regarding the attached correspondence or the objection below regarding Corellium's March 26 source code production.  Please let me know when later today or tomorrow you are available to confer, as the local rules require.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

**From:** Nightingale Dawson, Elana (DC)
**Sent:** Wednesday, March 31, 2021 7:00 PM
**To:** 'Justin.Levine@csklegal.com' <Justin.Levine@csklegal.com>; 'Jonathan Vine' <Jonathan.Vine@csklegal.com>; 'Lizza C. Constantine' <Lizza.Constantine@csklegal.com>; 'Barry A. Postman' <Barry.Postman@csklegal.com>; 'corelliumhp@hechtpartners.com' <corelliumhp@hechtpartners.com>; 'David Hecht' <dhecht@hechtpartners.com>; 'Maxim Price' <mprice@hechtpartners.com>; 'Conor McDonough' <cmcdonough@hechtpartners.com>
**Cc:** 'mgoldberg@lashgoldberg.com' <mgoldberg@lashgoldberg.com>; 'epincow@lashgoldberg.com' <epincow@lashgoldberg.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Correspondence

Counsel,

We have not heard back from you regarding the attached correspondence.  Please let us know when this week you are available to confer regarding the issues identified therein as, given your lack of response, we currently have no choice but to bring this issue to the Court's attention.

In addition, we object to Corellium's belated and improper production of new source code for its product on March 26.  Corellium made this production after representing that no further productions would be made, and the changes reflected therein are significant and appear to be designed specifically for litigation only.  Please either confirm that you will not use this newly produced code at trial or, absent such confirmation, when you are available to confer this week as we will need to bring this to the Court's attention as well.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

---

**From:** Nightingale Dawson, Elana (DC)
**Sent:** Sunday, March 28, 2021 1:44 PM
**To:** 'Justin.Levine@csklegal.com' <Justin.Levine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; 'Lizza C. Constantine' <Lizza.Constantine@csklegal.com>; Barry A. Postman <Barry.Postman@csklegal.com>; 'corelliumhp@hechtpartners.com' <corelliumhp@hechtpartners.com>; 'David Hecht' <dhecht@hechtpartners.com>; 'Maxim Price' <mprice@hechtpartners.com>; 'Conor McDonough' <cmcdonough@hechtpartners.com>
**Cc:** 'mgoldberg@lashgoldberg.com' <mgoldberg@lashgoldberg.com>; 'epincow@lashgoldberg.com' <epincow@lashgoldberg.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>
**Subject:** Apple Inc. v. Corellium, LLC - Correspondence

Counsel,

Please see the attached correspondence.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
555 Eleventh St., NW Suite 1000 | Washington, DC 20004
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201 | http://www.lw.com