# EXHIBIT H

| | |
|---|---|
| **From:** | Nightingale Dawson, Elana (DC) |
| **Sent:** | Friday, April 9, 2021 6:56 AM |
| **To:** | Justin B. Levine |
| **Cc:** | Stebbins Bina, Jessica (CC); Jonathan Vine; dhecht@hechtpartners.com; Lizza C. Constantine; corelliumhp@hechtpartners.com; Patty Martel; Jeremy F. Goldstein; Katherine E. Herald; Gross, Gabriel (Bay Area) |
| **Subject:** | RE: Ongoing Conferral Issues |

Justin,

It appears my response last night did not go through. I can give you a call at 10am to confer regarding the RFA amendments and the March 26 production, if that time still works for you. I am also available later today if another time would be better.

Best,
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Thursday, April 8, 2021 5:13 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Cc:** Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; dhecht@hechtpartners.com; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; corelliumhp@hechtpartners.com; Patty Martel <Patricia.Martel@csklegal.com>; Jeremy F. Goldstein <Jeremy.Goldstein@csklegal.com>; Katherine E. Herald <Katherine.Herald@csklegal.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>
**Subject:** RE: Ongoing Conferral Issues

Elana, I responded and asked for your availability on Wednesday morning. I am available to confer on all of these issues, including our outstanding items, tomorrow at 10:00. Are you available?

As to the Motion to Strike, we will provide that list tomorrow and we can then coordinate a conferral.



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

---

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Thursday, April 8, 2021 4:27 PM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>
**Cc:** Jessica.StebbinsBina@lw.com; Jonathan Vine <Jonathan.Vine@csklegal.com>; dhecht@hechtpartners.com; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; corelliumhp@hechtpartners.com; Patty Martel <Patricia.Martel@csklegal.com>; Jeremy F. Goldstein <Jeremy.Goldstein@csklegal.com>; Katherine E. Herald <Katherine.Herald@csklegal.com>; Gabe.Gross@lw.com
**Subject:** RE: Ongoing Conferral Issues

**[CAUTION: EXTERNAL EMAIL]**

Justin,

We have never discussed Corellium's RFAs or its March 26 source code production, and thus we do not know Corellium's position on those issues.  We trust you will confer with us on those issues when we confer regarding your potential motion to strike.

With respect to a motion to strike, we did not receive another email from you yesterday with the specific exhibits at issue.  Until we receive that list, we cannot determine how much time we need to review and thus when an appropriate conferral date and time would be.  We will wait for that list and then follow up regarding scheduling.

Best,
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

---

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Wednesday, April 7, 2021 6:29 AM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Cc:** Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; dhecht@hechtpartners.com; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; corelliumhp@hechtpartners.com; Patty Martel <Patricia.Martel@csklegal.com>; Jeremy F. Goldstein <Jeremy.Goldstein@csklegal.com>; Katherine E.

Herald <Katherine.Herald@csklegal.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>
**Subject:** Re: Ongoing Conferral Issues

Elana, thank you for the response.

On Apple's outstanding issues, Corellium's RFAs and source code production, Corellium maintains its position, thus opposes Apple's position.

We will follow today with the specific exhibits we will be moving to strike.  Please advise some times for availability to confer.

Thank you.



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

☐ ☐ ☐ ☐

---

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Tuesday, April 6, 2021 11:45:40 PM
**To:** Justin.Levine@csklegal.com <Justin.Levine@csklegal.com>
**Cc:** Jessica.StebbinsBina@lw.com <Jessica.StebbinsBina@lw.com>; Jonathan.Vine@csklegal.com <Jonathan.Vine@csklegal.com>; dhecht@hechtpartners.com <dhecht@hechtpartners.com>; Lizza.Constantine@csklegal.com <Lizza.Constantine@csklegal.com>; corelliumhp@hechtpartners.com <corelliumhp@hechtpartners.com>; Patricia.Martel@csklegal.com <Patricia.Martel@csklegal.com>; Jeremy.Goldstein@csklegal.com <Jeremy.Goldstein@csklegal.com>; Katherine.Herald@csklegal.com <Katherine.Herald@csklegal.com>; Gabe.Gross@lw.com <Gabe.Gross@lw.com>
**Subject:** RE: Ongoing Conferral Issues

**[CAUTION: EXTERNAL EMAIL]**

Justin,

Apple opposes Corellium's Motion for Leave Affirmative Defense Number 8 both because the request is untimely and because, given the DMCA's statutory language, the defenses included in Affirmative Defense number 8 such as acquiescence and implied consent are not defenses to Apple's DMCA claims.

3

I am surprised you are requesting a conferral regarding a motion to strike when you have not responded to my March 28 correspondence regarding Corellium's amended RFA responses, or my March 31 and April 1 follow-up emails requesting a conferral regarding both Corellium's amended RFA responses and its March 26 source code production.  In any event, we would be happy to confer regarding all of these issues at the same time.  In order to facilitate a meaningful conferral regarding a motion to strike, please identify the specific material you are seeking to strike so we can evaluate it in advance of our conferral.  Once we have that information, we can discuss a time to confer that works for both of our schedules.

Thank you.
Elana


**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Tuesday, April 6, 2021 2:15 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Cc:** Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; dhecht@hechtpartners.com; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Corellium HP <corelliumhp@hechtpartners.com>; Patty Martel <Patricia.Martel@csklegal.com>; Jeremy F. Goldstein <Jeremy.Goldstein@csklegal.com>; Katherine E. Herald <Katherine.Herald@csklegal.com>
**Subject:** Ongoing Conferral Issues

Elana,

Please provide Apple's position on Corellium's Motion for Leave to Amend Affirmative Defense No. 8. We have conferred previously on this issue and you stated you would provide Apple's position.

Also, please advise when you are available to confer relative to a Motion to Strike any discovery recently provided by Apple that could have been provided prior to the close of discovery.

Thank you.



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

4

**Confidentiality Notice: This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.**

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.