# EXHIBIT I

# Nightingale Dawson, Elana (DC)

| | |
|---|---|
| **From:** | Nightingale Dawson, Elana (DC) |
| **Sent:** | Thursday, April 22, 2021 5:55 PM |
| **To:** | Lizza C. Constantine |
| **Cc:** | Stebbins Bina, Jessica (CC); Justin B. Levine; Jonathan Vine; Gross, Gabriel (Bay Area); mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Donna Scott; Patty Martel; dhecht@hechtpartners.com; mprice@hechtpartners.com; cmcdonough@hechtpartners.com |
| **Subject:** | RE: Apple v. Corellium - Motion for Protective Order |

Hi Lizza,

Thanks so much. Would it be possible to start at 3:30pm ET instead?

Also, we would like to confer further regarding Corellium's March 26 source code production.  Please confirm you will be able to discuss that with us tomorrow as well.

Thanks so much.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

---

**From:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>
**Sent:** Thursday, April 22, 2021 5:53 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Cc:** Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Justin B. Levine <Justin.Levine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Donna Scott <Donna.Scott@csklegal.com>; Patty Martel <Patricia.Martel@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartners.com; cmcdonough@hechtpartners.com
**Subject:** RE: Apple v. Corellium - Motion for Protective Order

Hi Elana,

You can call me directly.

Thank you,

1



**Lizza C. Constantine**
*Associate*
Tel: 561-612-3476 | Fax: 561-683-8977
Lizza.Constantine@csklegal.com

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401



---

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Wednesday, April 21, 2021 7:28 PM
**To:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>
**Cc:** Jessica.StebbinsBina@lw.com; Justin B. Levine <Justin.Levine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Gabe.Gross@lw.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Donna Scott <Donna.Scott@csklegal.com>; Patty Martel <Patricia.Martel@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartners.com; cmcdonough@hechtpartners.com
**Subject:** RE: Apple v. Corellium - Motion for Protective Order

**[CAUTION: EXTERNAL EMAIL]**

Thanks, Lizza. Should I call you directly or would you like to circulate a dial-in?

Best,
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

---

**From:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>
**Sent:** Wednesday, April 21, 2021 7:08 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Cc:** Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Justin B. Levine <Justin.Levine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Donna Scott <Donna.Scott@csklegal.com>; Patty Martel <Patricia.Martel@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartners.com; cmcdonough@hechtpartners.com
**Subject:** Re: Apple v. Corellium - Motion for Protective Order

Hi Elana,

Yes, Friday at 3 pm works.

2

Best Regards,

Lizza Constantine

Sent from my iPhone

On Apr 21, 2021, at 6:33 PM, Elana.NightingaleDawson@lw.com wrote:

**[CAUTION: EXTERNAL EMAIL]**

Lizza,

Thank you for your email.  I have been tied up today but would be happy to connect on Friday.  Would 3pm ET on Friday work for you?

Best,
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201



www.csklegal.com

 

**Lizza C. Constantine**
*Associate*
Tel: 561-612-3476 | Fax: 561-683-8977
**Lizza.Constantine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

---

**From:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>
**Sent:** Wednesday, April 21, 2021 10:17 AM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>
**Cc:** Justin B. Levine <Justin.Levine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Donna Scott <Donna.Scott@csklegal.com>; Patty Martel <Patricia.Martel@csklegal.com>; David Hecht <dhecht@hechtpartners.com>; Maxim Price <mprice@hechtpartners.com>;

cmcdonough@hechtpartners.com; Donna Scott <Donna.Scott@csklegal.com>
**Subject:** Apple v. Corellium - Motion for Protective Order

Elana and Jessica,

We intend to file a Motion for Protective Order in connection with Apple's review of Corellium's source code and On-Premises version. We would like to confer on these issues.

I am available today for a conferral. Please advise when you have a few free minutes.

Best Regards,

<image001.jpg>    <image005.jpg> **Lizza C. Constantine**
*Associate*
Tel: 561-612-3476 | Fax: 561-683-8977
*The Florida Law Firm*    **Lizza.Constantine@csklegal.com**

**www.csklegal.com**    **Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
<image002.jpg>    West Palm Beach, Florida 33401

<image003.jpg>

**Confidentiality Notice:** This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.