# EXHIBIT J

| | |
|---|---|
| **From:** | Nightingale Dawson, Elana (DC) |
| **Sent:** | Wednesday, April 28, 2021 2:34 PM |
| **To:** | Lizza C. Constantine |
| **Cc:** | Stebbins Bina, Jessica (CC); Justin B. Levine; Jonathan Vine; Gross, Gabriel (Bay Area); mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Donna Scott; Patty Martel; dhecht@hechtpartners.com; mprice@hechtpartners.com; cmcdonough@hechtpartners.com |
| **Subject:** | RE: Apple v. Corellium - Motion for Protective Order |

Lizza,

Although I realize you decided to proceed with your motion rather than confer with us as requested, we still need to confer regarding Corellium's March 26 source code production and supplemental expert reports. Please let us know when this week you are available to confer regarding both of those issues.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

**From:** Nightingale Dawson, Elana (DC)
**Sent:** Monday, April 26, 2021 9:10 AM
**To:** 'Lizza C. Constantine' <Lizza.Constantine@csklegal.com>
**Cc:** Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Justin B. Levine <Justin.Levine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Donna Scott <Donna.Scott@csklegal.com>; Patty Martel <Patricia.Martel@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartners.com; cmcdonough@hechtpartners.com
**Subject:** RE: Apple v. Corellium - Motion for Protective Order

Lizza,

As I indicated on our call, we need to understand Corellium's position regarding the March 26 source code production before we can advise you of Apple's position. Please let me know when someone from Corellium is available to confer with us regarding the March 26 source code production. We would also like to confer at the same time regarding supplemental expert reports.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

**From:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>
**Sent:** Monday, April 26, 2021 9:08 AM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>

1

**Cc:** Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Justin B. Levine <Justin.Levine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Donna Scott <Donna.Scott@csklegal.com>; Patty Martel <Patricia.Martel@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartners.com; cmcdonough@hechtpartners.com
**Subject:** RE: Apple v. Corellium - Motion for Protective Order

Elana,

Thank you for speaking with me on Friday. I spoke with the team regarding Apple's request to have access to Corellium's source code prior to trial. Corellium does not believe that any further access is required.

We will be filing our motion. Please provide Apple's position in relation to Corellium's source code.

Best Regards,



**Lizza C. Constantine**
*Associate*
Tel: 561-612-3476 | Fax: 561-683-8977
**Lizza.Constantine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

---

**From:** Lizza C. Constantine
**Sent:** Thursday, April 22, 2021 5:53 PM
**To:** 'Elana.NightingaleDawson@lw.com' <Elana.NightingaleDawson@lw.com>
**Cc:** Jessica.StebbinsBina@lw.com; Justin B. Levine <Justin.Levine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Gabe.Gross@lw.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Donna Scott <Donna.Scott@csklegal.com>; Patty Martel <Patricia.Martel@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartners.com; cmcdonough@hechtpartners.com
**Subject:** RE: Apple v. Corellium - Motion for Protective Order

Hi Elana,

You can call me directly.

Thank you,

---

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Wednesday, April 21, 2021 7:28 PM

2

**To:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>
**Cc:** Jessica.StebbinsBina@lw.com; Justin B. Levine <Justin.Levine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Gabe.Gross@lw.com; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Donna Scott <Donna.Scott@csklegal.com>; Patty Martel <Patricia.Martel@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartners.com; cmcdonough@hechtpartners.com
**Subject:** RE: Apple v. Corellium - Motion for Protective Order

**[CAUTION: EXTERNAL EMAIL]**

Thanks, Lizza.  Should I call you directly or would you like to circulate a dial-in?

Best,
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

**From:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>
**Sent:** Wednesday, April 21, 2021 7:08 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>
**Cc:** Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Justin B. Levine <Justin.Levine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Donna Scott <Donna.Scott@csklegal.com>; Patty Martel <Patricia.Martel@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartners.com; cmcdonough@hechtpartners.com
**Subject:** Re: Apple v. Corellium - Motion for Protective Order

Hi Elana,

Yes, Friday at 3 pm works.

Best Regards,

Lizza Constantine

Sent from my iPhone

> On Apr 21, 2021, at 6:33 PM, Elana.NightingaleDawson@lw.com wrote:
>
> **[CAUTION: EXTERNAL EMAIL]**
>
> Lizza,
>
> Thank you for your email.  I have been tied up today but would be happy to connect on Friday.  Would 3pm ET on Friday work for you?
>
> Best,
> Elana

3

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201



**Lizza C. Constantine**
*Associate*
Tel: 561-612-3476 | Fax: 561-683-8977
Lizza.Constantine@csklegal.com

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

---

**From:** Lizza C. Constantine <Lizza.Constantine@csklegal.com>
**Sent:** Wednesday, April 21, 2021 10:17 AM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>
**Cc:** Justin B. Levine <Justin.Levine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Donna Scott <Donna.Scott@csklegal.com>; Patty Martel <Patricia.Martel@csklegal.com>; David Hecht <dhecht@hechtpartners.com>; Maxim Price <mprice@hechtpartners.com>; cmcdonough@hechtpartners.com; Donna Scott <Donna.Scott@csklegal.com>
**Subject:** Apple v. Corellium - Motion for Protective Order

Elana and Jessica,

We intend to file a Motion for Protective Order in connection with Apple's review of Corellium's source code and On-Premises version. We would like to confer on these issues.

I am available today for a conferral. Please advise when you have a few free minutes.

Best Regards,


<image001.jpg>       <image005.jpg>   **Lizza C. Constantine**
                                      *Associate*
                                      Tel: 561-612-3476 | Fax: 561-683-8977
   *The Florida Law Firm*             Lizza.Constantine@csklegal.com

4

**www.csklegal.com**

&lt;image002.jpg&gt;

&lt;image003.jpg&gt;

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
☐  ☐  ☐  ☐

**Confidentiality Notice: This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.**

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.