**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S MOTION FOR LEAVE TO FILE A MOTION *IN LIMINE* TO PRECLUDE CORELLIUM'S "DEMONSTRATIVE" THAT DOES NOT REPRESENT ITS ACTUAL PRODUCT**

      **THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion for Leave to File a Motion *in Limine* to Preclude Corellium's "Demonstrative" That Does Not Represent Its Actual Product ("Motion").  Being fully advised in the premises, and finding that Apple has established good cause for its request, it is

      **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**.  Plaintiff Apple Inc. is given leave to file its Motion *in Limine* to Preclude Corellium's "Demonstrative" That Does Not Represent Its Actual Product.  Corellium may not show the jury a product running the source code Corellium provided to Apple on March 26, 2021.

      **DONE AND ORDERED** in Fort Lauderdale, Florida this ___ of May, 2021.

                                                               _____
                                                              **RODNEY SMITH**
                                                              **UNITED STATES DISTRICT JUDGE**