**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**ORDER GRANTING PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF APPLE INC.'S MOTION FOR LEAVE TO FILE A MOTION *IN LIMINE* TO PRECLUDE CORELLIUM'S "DEMONSTRATIVE" THAT DOES NOT REPRESENT ITS ACTUAL PRODUCT AND PORTIONS OF EXHIBITS A, B, C, E, AND F ATTACHED THERETO**

This cause comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Portions of Apple Inc.'s Motion for Leave to File a Motion *in Limine* to Preclude Corellium's "Demonstrative" That Does Not Represent Its Actual Product and Portions of Exhibits A, B, C, E, and F Attached Thereto ("Motion") [DE 930]. Upon consideration, it is

**ORDERED** that the Motion [DE 930] is **GRANTED**. Plaintiff Apple Inc. is given leave to file under seal portions of its Motion for Leave to File a Motion *in Limine* to Preclude Corellium's "Demonstrative" That Does Not Represent Its Actual Product and Exhibits A, B, C, E, and F attached thereto. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 20th of May, 2021.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**