**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

|  |  |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> CORELLIUM, LLC, <br><br> Defendant. |  |

**DECLARATION OF ELANA NIGHTINGALE DAWSON IN SUPPORT OF
PLAINTIFF APPLE INC.'S OPPOSITION TO DEFENDANT CORELLIUM, LLC'S
<u>MOTION FOR PROTECTIVE ORDER OBJECTING TO GABE ZELDIN</u>**

1. My name is Elana Nightingale Dawson. I am over the age of 18. I have personal knowledge of the following facts, either directly or through those working at my direction and under my supervision, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am an attorney at Latham & Watkins LLP and counsel for Apple Inc. in this matter.

3. I am familiar with the document productions Corellium has made in connection with this case. Corellium has designated almost all the documents it produced in this case as either "confidential" or "confidential – attorneys' eyes only" under the Protective Order that governs this case.

4. I am familiar with Apple's and Corellium's exhibit lists for the upcoming trial in this matter. Ninety-nine percent of the Corellium-produced trial exhibits on the parties' exhibit lists have been designated by Corellium as "confidential" or "confidential – attorneys' eyes only."

5. In January 2020, as contemplated by the Protective Order at docket number 50, Apple gave notice to Corellium that it intended to disclose discovery material Corellium designated confidential to Apple in-house attorney Jesse Koehler. Corellium did not object to such

1

disclosure to Mr. Koehler. Until April 2021, Mr. Koehler was the only Apple representative disclosed to Corellium for purposes of the review of Corellium confidential information.

6. In February 2020, Corellium gave notice to Apple that it intended to disclose discovery material Apple designated confidential to Corellium CEO Amanda Gorton and Corellium Chief Architect Stanislaw Skowronek. Apple did not object to disclosure to Ms. Gorton or Mr. Skowronek.

7. On April 6, 2021, Apple gave notice to Corellium that it intended to disclose discovery material Corellium designated confidential to Apple in-house counsel Gabe Zeldin. On April 22, 2021, Apple provided Corellium with the executed agreement in which Mr. Zeldin agreed to be bound by the terms of the Protective Order. Corellium did not respond to Apple's notice regarding Mr. Zeldin until May 3, 2021.

8. On May 3, 2021, Corellium objected to the continued disclosure of confidential materials to Mr. Zeldin. On May 6, 2020, I conferred via telephone with Corellium counsel Justin Levine regarding Corellium's objection. Mr. Levine did not identify any specific concerns about Mr. Zeldin accessing Corellium confidential information. Instead, he said the basis for his objection was that, given Apple's outside counsel, Apple already had enough lawyers with access to Corellium's confidential discovery materials in this matter.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2021
in Silver Spring, MD

_Elana Nightingale Dawson_
Elana Nightingale Dawson