# EXHIBIT B

| | |
|---|---|
| **From:** | Nightingale Dawson, Elana (DC) |
| **Sent:** | Thursday, April 22, 2021 4:03 PM |
| **To:** | Justin B. Levine; Lizza C. Constantine; Jonathan Vine; barry.postman@csklegal.com; dhecht@hechtpartners.com; mprice@hechtpartners.com; cmcdonough@hechtpartners.com; Minyao Wang; Corellium HP |
| **Cc:** | mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Gross, Gabriel (Bay Area); Homer, Carolyn (DC); Stebbins Bina, Jessica (CC) |
| **Subject:** | RE: Apple Inc. v. Corellium, LLC - Notice Pursuant to PO Para. 12 |
| **Attachments:** | Zeldin - Exhibit A to Protective Order copy.pdf |

Counsel,

Please find attached Gabe Zeldin's executed copy of Exhibit A to the Protective Order.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

---

**From:** Nightingale Dawson, Elana (DC)
**Sent:** Tuesday, April 6, 2021 10:33 AM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>; 'Lizza C. Constantine' <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; 'barry.postman@csklegal.com' <barry.postman@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartners.com; cmcdonough@hechtpartners.com; 'Minyao Wang' <mwang@hechtpartners.com>; Corellium HP <corelliumhp@hechtpartners.com>
**Cc:** mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Homer, Carolyn (DC) <Carolyn.Homer@lw.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>
**Subject:** Apple Inc. v. Corellium, LLC - Notice Pursuant to PO Para. 12

Counsel,

I am writing pursuant to paragraph 12 of the Protective Order, ECF No. 50, to give notice that Apple seeks to disclose confidential material to in-house counsel Gabe Zeldin pursuant to paragraph 8(b)(ii) of the Protective Order.

Mr. Zeldin's CV is attached.  He has not had any consulting relationships, has no patent applications, and has not testified at any depositions or trials.

Please confirm that Corellium does not object.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
555 Eleventh St., NW Suite 1000 | Washington, DC 20004