# EXHIBIT C

# EXHIBIT A

I, <u>Gabe Zeldin</u>, acknowledge and declare that I have received a copy of the Protective Order ("Order") in *Apple Inc. v. Corellium, LLC*, United States District Court, Southern District of Florida, Civil Action No. 9:19-cv-81160-RS. Having read and understood the terms of the Order, I agree to be bound by the terms of the Order and consent to the jurisdiction of said Court for the purpose of any proceeding to enforce the terms of the Order.

Name of individual: <u>Gabe Zeldin</u>

Present occupation/job description: <u>Senior Litigation Counsel</u>

Name of Company or Firm: <u>Apple Inc.</u>

Address: <u>One Apple Park Way, MS 169-2NYJ Cupertino, CA 95014</u>

Dated: _____

_____
[Signature]