# EXHIBIT D

**Nightingale Dawson, Elana (DC)**

| | |
|---|---|
| **From:** | Justin B. Levine <Justin.Levine@csklegal.com> |
| **Sent:** | Monday, May 3, 2021 3:36 PM |
| **To:** | Nightingale Dawson, Elana (DC); Stebbins Bina, Jessica (CC); Lizza C. Constantine; Jonathan Vine; dhecht@hechtpartners.com; mprice@hechtpartners.com; cmcdonough@hechtpartners.com; mwang@hechtpartners.com; corelliumhp@hechtpartners.com |
| **Cc:** | mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Gross, Gabriel (Bay Area); Homer, Carolyn (DC); Patty Martel |
| **Subject:** | RE: Apple Inc. v. Corellium, LLC - Disclosure per PO para. 12 |

Elana,

Good cause to object to the disclosure to Mr. Myers exists because Apple has numerous outside counsel, several with specialized and technical backgrounds as well as at least 2 in-house counsel with access to protected information. Also, Mr. Myers is Apple's Chief IP counsel and is directly involved with Apple's patents. Providing him with confidential information will mean that he forever know and be able to use this information in connection with future and existing patents held by Apple. This is of concern given that Apple desired this technology to the extent they were willing to purchase it. Thus, there is no need for additional access to the protected information.

For similar reasons, relative to the number of attorneys that Apple has available to it who are specialized in either their respective areas of technology or litigation itself, Corellium is asserting an objection to any further disclosure of confidential information to Mr. Gabe Zeldin under paragraph 12(e) of the Protective Order.

We would like to schedule a meet and confer regarding our objections. Please let us know when you are available to discuss either Thursday or Friday.

Best Regards,



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Monday, May 3, 2021 9:34 AM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>; Jessica.StebbinsBina@lw.com; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Barry A. Postman <Barry.Postman@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartners.com; cmcdonough@hechtpartners.com; mwang@hechtpartners.com; corelliumhp@hechtpartners.com
**Cc:** mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Gabe.Gross@lw.com; Carolyn.Homer@lw.com; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Disclosure per PO para. 12

**[CAUTION: EXTERNAL EMAIL]**

Justin,

The Protective Order only allows objections to disclosure for "good cause," meaning "an objectively reasonable concern that the Person will, advertently or inadvertently, use or disclose Discovery Materials in a way or ways that are inconsistent with the provisions in this [Protective] Order." ECF No. 50 ¶ 12(b), (c). You have not identified any cause let alone good cause for your objection to Mr. Myers, as required. If Corellium intends to maintain its objection, please identify in writing today what you believe is the good cause for your objection.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Monday, May 3, 2021 6:56 AM
**To:** Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>; Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Barry A. Postman <Barry.Postman@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartners.com; cmcdonough@hechtpartners.com; mwang@hechtpartners.com; corelliumhp@hechtpartners.com
**Cc:** mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Homer, Carolyn (DC) <Carolyn.Homer@lw.com>; Patty Martel <Patricia.Martel@csklegal.com>
**Subject:** Re: Apple Inc. v. Corellium, LLC - Disclosure per PO para. 12

Jessica, we object to the requested disclosure.

2



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

☐  ☐  ☐  ☐

---

**From:** Jessica.StebbinsBina@lw.com <Jessica.StebbinsBina@lw.com>
**Sent:** Thursday, April 29, 2021 3:26:38 PM
**To:** Justin.Levine@csklegal.com <Justin.Levine@csklegal.com>; Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>; Lizza.Constantine@csklegal.com <Lizza.Constantine@csklegal.com>; Jonathan.Vine@csklegal.com <Jonathan.Vine@csklegal.com>; Barry.Postman@csklegal.com <Barry.Postman@csklegal.com>; dhecht@hechtpartners.com <dhecht@hechtpartners.com>; mprice@hechtpartners.com <mprice@hechtpartners.com>; cmcdonough@hechtpartners.com <cmcdonough@hechtpartners.com>; mwang@hechtpartners.com <mwang@hechtpartners.com>; corelliumhp@hechtpartners.com <corelliumhp@hechtpartners.com>
**Cc:** mgoldberg@lashgoldberg.com <mgoldberg@lashgoldberg.com>; epincow@lashgoldberg.com <epincow@lashgoldberg.com>; Gabe.Gross@lw.com <Gabe.Gross@lw.com>; Carolyn.Homer@lw.com <Carolyn.Homer@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Disclosure per PO para. 12

**[CAUTION: EXTERNAL EMAIL]**

Justin,

What you're asking for is an invasion of the attorney client privilege. As counsel, he's permitted to review confidential materials and provide advice, and that's what he'll be doing, the same as other Apple attorneys involved in the case. The protective order doesn't require that we tell you which confidential material counsel is reviewing.

Best,

**Jessica Stebbins Bina**
Pronouns: she/her/hers

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100 | Los Angeles, CA 90067
D: +1.424.653.5525 | M: +1.310.359.5372

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Thursday, April 29, 2021 12:25 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Barry A. Postman

<Barry.Postman@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartners.com; cmcdonough@hechtpartners.com; mwang@hechtpartners.com; corelliumhp@hechtpartners.com
**Cc:** mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Homer, Carolyn (DC) <Carolyn.Homer@lw.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Disclosure per PO para. 12

Elana,

That is extremely vague. Can you identify what materials he needs to review and for what bases?

Thank you.



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Thursday, April 29, 2021 3:15 PM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Barry A. Postman <Barry.Postman@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartners.com; cmcdonough@hechtpartners.com; mwang@hechtpartners.com; corelliumhp@hechtpartners.com
**Cc:** mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Gabe.Gross@lw.com; Carolyn.Homer@lw.com; Jessica.StebbinsBina@lw.com
**Subject:** RE: Apple Inc. v. Corellium, LLC - Disclosure per PO para. 12

**[CAUTION: EXTERNAL EMAIL]**

Justin,

Mr. Myers is in-house counsel for Apple on this case and will be providing legal advice regarding this case. He will be viewing materials in connection with providing that advice and as we prepare for trial.

Thank you.
Elana

**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201

---

**From:** Justin B. Levine <Justin.Levine@csklegal.com>
**Sent:** Thursday, April 29, 2021 3:00 PM
**To:** Nightingale Dawson, Elana (DC) <Elana.NightingaleDawson@lw.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Barry A. Postman <Barry.Postman@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartners.com; cmcdonough@hechtpartners.com; mwang@hechtpartners.com; corelliumhp@hechtpartners.com
**Cc:** mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; Homer, Carolyn (DC) <Carolyn.Homer@lw.com>; Stebbins Bina, Jessica (CC) <Jessica.StebbinsBina@lw.com>
**Subject:** RE: Apple Inc. v. Corellium, LLC - Disclosure per PO para. 12

Elana, we are looking into this. Can you please provide the basis or bases that Mr. Myers needs to see confidential material and what specific material he will be viewing?

Thank you.



**Justin B. Levine**
*Partner*
Tel: 561-612-3459 | Fax: 561-683-8977
**Justin.Levine@csklegal.com**

**Cole, Scott & Kissane P.A.**
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
☐ ☐ ☐ ☐

---

**From:** Elana.NightingaleDawson@lw.com <Elana.NightingaleDawson@lw.com>
**Sent:** Monday, April 26, 2021 10:27 PM
**To:** Justin B. Levine <Justin.Levine@csklegal.com>; Lizza C. Constantine <Lizza.Constantine@csklegal.com>; Jonathan Vine <Jonathan.Vine@csklegal.com>; Barry A. Postman <Barry.Postman@csklegal.com>; dhecht@hechtpartners.com; mprice@hechtpartners.com; cmcdonough@hechtpartners.com; mwang@hechtpartners.com; corelliumhp@hechtpartners.com
**Cc:** mgoldberg@lashgoldberg.com; epincow@lashgoldberg.com; Gabe.Gross@lw.com; Carolyn.Homer@lw.com; Jessica.StebbinsBina@lw.com
**Subject:** Apple Inc. v. Corellium, LLC - Disclosure per PO para. 12

[CAUTION: EXTERNAL EMAIL]

---

Counsel,

I am writing pursuant to paragraph 12 of the Protective Order, ECF No. 50, to give notice that Apple seeks to disclose confidential material to in-house counsel Jeff Myers pursuant to paragraph 8(b)(ii) of the Protective Order.

Mr. Myers's CV is attached as is his signed copy of Exhibit A to the Protective Order.  He has not had any consulting relationships, has no patent applications, and has not testified at any depositions or trials.

Please confirm that Corellium does not object.

Thank you.
Elana


**Elana Nightingale Dawson** | **LATHAM & WATKINS LLP**
Pronouns: she/her/hers
555 Eleventh St., NW Suite 1000 | Washington, DC 20004
Tel: 202-637-2303 | Cell: 213-703-8628 | Fax: 202-637-2201 | http://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**Confidentiality Notice: This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is legally privileged (including attachments) and is intended only for the use of the individual(s) or entity(ies) to which it is addressed. It may contain information that is confidential, proprietary, privileged, and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us so that we may take the appropriate action and avoid troubling you further. If you are not the intended recipient(s), please destroy this message, and any attachments, and notify the sender by return e-mail. Thank you for your cooperation.**