UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**DECLARATION OF CHRIS WADE ON BEHALF OF CORELLIUM CONCERNING CORELLIUM'S RESPONSE IN OPPOSITION TO PLAINTIFF APPLE INC.'S MOTION FOR LEAVE TO FILE A MOTION *IN LIMINE* TO PRECLUDE CORELLIUM'S "DEMONSTRATIVE" THAT DOES <u>NOT REPRESENT ITS ACTUAL PRODUCT</u>**

1. My name is Chris Wade and I am over the age of 18, and otherwise *sui juris* in all respects. I make this declaration based upon my personal knowledge.

2. I am the Chief Technology Officer for the Defendant, Corellium, LLC ("Corellium") in the above-captioned matter.

3. On March 26, 2021, Corellium provided Apple with a third folder of updated source code, "source_code_3." In this update, Corellium provided not only the code related to its "patchless" demonstrative aid, but also all other changes that were made to the code since the previous update. These other changes have no relation to loading, running, or accessing iOS code, and these other changes in no way materially impact the functionality or substance of Corellium's product. Specifically, this third source code update included the code for the demonstrative aid, as well as code for a new virtual device model for a router, updates to third-party libraries, and minor general updates to the product.

4. The source code is organized into various directories and sub-directories, much like folders in a file system. These directories have descriptive titles, which indicate the components of the product they pertain to. Thus, when a specific directory is updated, it's easy to see which components of the code have been updated.

5. Moreover, whenever developers submit a change, they include a description of the change, and these descriptions are available as part of the source code provided to Apple.

6. Updates related to the "patchless" demonstrative aid contain the word "patchless" in the description. Thus, it is easy to search for "patchless" in the source code. All changes related to the "patchless" demonstrative aid constitute 138 lines of new or updated code. By contrast, the directory for the new router model, *charm/mach/ipq8074*, contains approximately 7,000 lines of code.

7. The code for this "patchless" demonstrative aid provides an unambiguous technical demonstration that no patches are required to run Apple's copyrighted work, iOS, on non-Apple hardware. In its claim, Apple asserts that it has implemented technological protection measures (TPMs) to prevent iOS from being run on non-Apple hardware. It further asserts that Corellium's patches bypass these TPMs to enable iOS to run on non-Apple hardware. With this demonstrative aid, Corellium is able to show that it can run iOS on non-Apple hardware without a single patch, and without changing a single byte of iOS code. In other words, Corellium can clearly demonstrate that its patches are not made in order to bypass TPMs, because iOS can be run without making any changes or bypassing anything at all.

8. Without the patches, however, the product lacks the advanced features and convenience that make the Corellium product useful to customers. This is precisely why Corellium does not provide the "patchless" option to its customers: because the purpose of the Corellium

product is not simply to run iOS, but rather to provide an advanced security research environment for iOS and iOS-based applications. In this way, the demonstrative aid illustrates not only that no TPMs can reasonably be said to exist to prevent iOS from running on non-Apple hardware, but moreover, that the Corellium product is not merely designed to run iOS, but is rather designed to provide advanced security research capabilities, as Corellium asserts in its defense.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 26th day of May, 2021.

/s/ 
Chris Wade, CTO
Corellium, LLC
1301 N Congress Ave, Suite 410
Boynton Beach, FL 33426