UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil No. 19-81160-cv-Smith/Matthewman

APPLE INC.,

    Plaintiff,

vs.

CORELLIUM, LLC,

    Defendant.
_____/

FILED BY KJZ D.C.
Jun 1, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INTERIM ORDER AFTER MAY 28, 2021 HEARING

THIS CAUSE is before the Court upon Defendant Corellium, LLC's ("Corellium") Motion for Protective Order [DE 909] and Plaintiff Apple Inc.'s ("Apple") Motion for Leave to File Motion in Limine to Preclude Corellium's "Demonstrative" That Does Not Represent Its Actual Product [DE 931, 933]. The motions were referred to the undersigned by the Honorable Rodney Smith, United States District Judge. *See* DE 30. The Court held a hearing on both motions via Zoom video teleconference (VTC) on May 28, 2021. This Interim Order is intended to memorialize the Court's oral rulings.

It is hereby **ORDERED** as follows:

1. The Court takes Corellium's Motion for Protective Order [DE 909] and Apple's Motion for Leave to File Motion in Limine to Preclude Corellium's "Demonstrative" That Does Not Represent Its Actual Product [DE 931, 933] under advisement.

2. During the week of June 1, 2021, the parties shall agree upon and execute a procedure whereby Corellium shows the demonstrative aid at issue to Apple and Apple's expert

1

    in such a manner that helps Apple understand how the demonstrative aid would work in real time in front of the jury at trial.

3. Additionally, during the week of June 1, 2021, the parties shall confer regarding how to best limit (but not wholly restrict) Apple's access to Corellium's source code computer and on-premises product.

4. On June 7, 2021, the parties shall file a joint notice describing all agreements reached by the parties and, if there are still issues in dispute, concisely stating their post-conferral positions on Corellium's Motion for Protective Order [DE 909] and Apple's Motion for Leave to File Motion in Limine to Preclude Corellium's "Demonstrative" That Does Not Represent Its Actual Product [DE 931, 933].

5. Upon review of the Joint Notice, the Court will set another hearing or a briefing schedule if it is unable to rule on the papers.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 1st day of June, 2021.

WILLIAM MATTHEWMAN
United States Magistrate Judge