# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160

APPLE INC.,

    *Plaintiff*,

v.

CORELLIUM, LLC,

    *Defendant*.

## DEFENDANT'S RESPONSES TO
## PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION

Defendant Corellium, LLC ("Corellium"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 26 and 37, hereby responds to Plaintiff Apple Inc.'s ("Apple") First Request for Admissions.

Dated: November 18, 2019

Respectfully submitted,

By: s/ *Justin Levine*
Jonathan Vine
Florida Bar No. 10966
jonathan.vine@csklegal.com
Justin Levine
justin.levine@csklegal.com
Florida Bar No. 106463
Lizza Constantine
lizza.constantine@csklegal.com
Florida Bar No. 1002945

COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone: (561) 383-9222
Facsimile: (561) 683-8977

and

- 2 -

Brett Govett, *Pro hac vice*
brett.govett@nortonrosefulbright.com
Robert Greeson, *Pro hac vice*
robert.greeson@ nortonrosefulbright.com
Jackie Baker, *Pro hac vice*
jackie.baker@nortonrosefulbright.com

NORTON ROSE FULBRIGHT
2200 Ross Ave.
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

*Attorneys for Corellium, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2019, a true and correct copy of the foregoing document has been furnished via email to counsel of record identified below.

s/ *Justin Levine*
Justin B. Levine

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*

## CORELLIUM'S RESPONSES TO APPLE'S
## FIRST SET OF REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**   Admit that Apple has a registration for iOS 9.0, with registration number TX 8-205-229 and registration date June 20, 2016.

**RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple.  Therefore, Deny.

**REQUEST FOR ADMISSION NO. 2:**   Admit that Apple has a registration for iOS 9.1, with registration number TX 8-205-204 and registration date June 21, 2016.

**RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple.  Therefore, Deny.

**REQUEST FOR ADMISSION NO. 3:**   Admit that Apple has a registration for iOS 10.0, with registration number TX 8-344-158 and registration date November 10, 2016.

**RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple.  Therefore, Deny.

**REQUEST FOR ADMISSION NO. 4:**   Admit that Apple has a registration for iOS 11.0, with registration number TX 8-609-048 and registration date December 22, 2017.

**RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple.  Therefore, Deny.

**REQUEST FOR ADMISSION NO. 5:**   Admit that Apple has a registration for iOS 11.0.1, with registration number TX 8-584-724 and registration date August 8, 2018.

**RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple.  Therefore, Deny.

**REQUEST FOR ADMISSION NO. 6:**   Admit that Apple has a registration for iOS 11.2, with registration number TX 8-634-702 and registration date November 9, 2018.

**RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple.  Therefore, Deny.

**REQUEST FOR ADMISSION NO. 7:**   Admit that Apple has a registration for iOS 11.2.5, with registration number TX 8-647-053 and registration date November 9, 2018.

**RESPONSE:** Corellium is without knowledge of the validity or propriety of any purported Copyright registration allegedly owned by Apple.  Therefore, Deny.

CONFIDENTIAL
ATTORNEYS' EYES ONLY

**REQUEST FOR ADMISSION NO. 50:** Admit that a privately installed version of the Corellium Apple Product saves a copy of a user's Virtual Device on user-owned hardware.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 51:** Admit that the Corellium Apple Product displays the selected version of iOS to the user when installed on a Virtual Device.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 52:** Admit that when a user creates a new Virtual Device from a downloaded copy of iOS, the Corellium Apple Product installs the user-selected version of iOS without any modifications to iOS.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 53:** Admit that when a user creates a new Virtual Device from an existing Virtual Device, the Corellium Apple Product makes a copy of iOS, iTunes, and the GUI Elements.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 54:** Admit that the Corellium Apple Product bypasses one or more Security Measures when installing, or after installing, such software on one or more Virtual Devices.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 55:** Admit that the Corellium Apple Product makes modifications to iOS that allow it to be installed on, and run from, Corellium-developed or Corellium-operated hardware.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 56:** Admit that the Corellium Product allows users to "jailbreak" or otherwise bypass one or more Security Measures.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 57:** Admit that Corellium gave one or more Persons access to the Corellium Apple Product for the purpose of allowing such Person or Persons to develop software that can be used to "jailbreak" or otherwise bypass one or more Security Measures.

**RESPONSE:** Admit.

CONFIDENTIAL
ATTORNEYS' EYES ONLY