**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

                    Plaintiff,

v.

CORELLIUM, LLC,

                    Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF APPLE INC.'S MOTION *IN LIMINE* TO PRECLUDE CORELLIUM'S "DEMONSTRATIVE AID" THAT DOES NOT REPRESENT ITS ACTUAL PRODUCT AND PORTIONS OF EXHIBIT A ATTACHED THERETO AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple Inc.'s Motion *in Limine* to Preclude Corellium's "Demonstrative Aid" That Does Not Represent Its Actual Product ("Motion *in Limine*") and portions of Exhibit A attached thereto. In support of this request, Apple states as follows:

1. On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. Portions of Apple's Motion *in Limine* refer to information Corellium has designated "CONFIDENTIAL," "CONFIDENTIAL – ATTORNEYS' EYES ONLY" ("AEO"), or "CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" ("Source Code") pursuant to the Protective Order. Corellium has requested that Apple seek to file such information under seal.

3. Portions of Exhibit A to Apple's Motion *in Limine* contain information that Corellium has designated CONFIDENTIAL, AEO, or Source Code pursuant to the Protective Order. Corellium has requested that Apple seek to file such information under seal.

4. In light of the foregoing, Apple moves to file under seal portions of its Motion *in Limine* and Exhibit A attached thereto.

**WHEREFORE** Apple respectfully requests that, unless and until Corellium's designations are changed or rejected, portions of Apple's Motion *in Limine* to Preclude Corellium's "Demonstrative Aid" That Does Not Represent Its Actual Product, and Exhibit A attached thereto, remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

   a. Portions of Apple's Motion *in Limine* to Preclude Corellium's "Demonstrative Aid" That Does Not Represent Its Actual Product;
   b. Portions of Exhibit A attached thereto.

A proposed order is submitted herewith.

**LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on June 9, 2021, regarding this Motion to Seal. Defendant does not oppose.

| | |
|---|---|
| Dated: June 9, 2021 | Respectfully Submitted, |
| Michele D. Johnson* | s/ Martin B. Goldberg |
| michele.johnson@lw.com | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | mgoldberg@lashgoldberg.com |
| (714) 540-1235 / (714) 755-8290 Fax | rdiaz@lashgoldberg.com |
| | Emily L. Pincow |
| Sarang Vijay Damle* | Florida Bar. No. 1010370 |
| sy.damle@lw.com | epincow@lashgoldberg.com |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| elana.nightingaledawson@lw.com | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL 33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
andrew.gass@lw.com
Joseph R. Wetzel*
joe.wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
gabe.gross@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.