UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

**PROPOSED ORDER GRANTING
PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE
UNDER SEAL PORTIONS OF APPLE INC.'S MOTION *IN LIMINE* TO PRECLUDE
CORELLIUM'S "DEMONSTRATIVE AID" THAT DOES NOT REPRESENT ITS
ACTUAL PRODUCT AND PORTIONS OF EXHIBIT A ATTACHED THERETO**

    **THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Under Seal Portions of Apple Inc.'s Motion *in Limine* to Preclude Corellium's "Demonstrative Aid" That Does Not Represent Its Actual Product and Portions of Exhibit A Attached Thereto ("Motion to Seal").  Being fully advised in the premises, and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

    **ORDERED AND ADJUDGED** that the Motion to Seal is hereby **GRANTED**.  Plaintiff Apple Inc. is given leave to file under seal portions of its Motion *in Limine* to Preclude Corellium's "Demonstrative Aid" That Does Not Represent Its Actual Product and portions of Exhibit A attached thereto.  The sealed materials shall remain under seal until further Court order.

    **DONE AND ORDERED** this __ of June, 2021, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                               _____
                                                                **WILLIAM MATTHEWMAN
                                                                UNITED STATES MAGISTRATE JUDGE**