UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

   v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S MOTION *IN LIMINE* TO PRECLUDE CORELLIUM'S "DEMONSTRATIVE AID" THAT DOES NOT REPRESENT ITS ACTUAL PRODUCT AND INCORPORATED MEMORANDUM OF LAW**

Corellium wants to show the jury a "demonstrative aid" that purports to show that its "patches," i.e., modifications it makes to Apple's iOS computer code, are "not made to bypass any TPMs [technological protection measures], because iOS can be run without any changes or bypasses." ECF No. 936 at 5.  This is grossly misleading.  Despite its "patchless" moniker, the demonstrative aid still performs nearly every act of circumvention that Apple alleges violates the DMCA, ***including applying patches***.  Corellium fails to show that its demonstrative aid "is the same in substantial particulars as to afford a fair comparison in respect to the particular issue to which the test is directed"—*i.e.*, the demonstrative aid fails to show that "iOS can be run without any changes or bypasses." *United States v. Calderon-Fuentes*, 788 F. App'x 630, 636 (11th Cir. 2019).  The limited probative value of this demonstrative aid (if any) is substantially outweighed by the danger of unfair prejudice, confusion of the issues, and misleading the jury.

***First***, the demonstrative aid is not "patchless."  While it disables *some* patches, it continues to apply patches that Apple alleges bypass Apple's TPMs, including patches that ▮▮▮▮▮▮▮▮▮▮.  Ex. A ¶¶ 32, 33.  ▮▮▮▮▮▮▮▮▮▮.  *Id.* ¶¶ 23–25.  ***Second***, aside from any patches, the demonstrative aid still performs *other* acts of circumvention alleged by Apple.  For example, it ▮▮▮▮▮▮▮▮▮▮.  Ex. A ¶ 30.  And it still ▮▮▮▮▮▮▮▮▮▮.  *Id.* ¶ 31.  ***Third***, the demonstrative aid will unfairly mislead the jury because Corellium cherry-picked a single version of iOS made for a single iPhone device from 2014 for its demonstration, despite the fact that Corellium "virtualizes" dozens of other versions of iOS for paying customers.  *Id.* ¶¶ 13, 38.  ▮▮▮▮▮▮▮▮▮▮.  *Id.* ¶ 38.  The demonstrative aid cannot show "that no TPMs can reasonably be said to exist to prevent iOS from running on non-Apple hardware" because ▮▮▮▮▮▮▮▮▮▮.  ECF No. 936-1 ¶ 8; Ex. A ¶¶ 35–40.

***Finally***, Corellium's proposal to introduce the demonstrative aid—a *hypothetical product*—through a fact witness, Chris Wade, improperly usurps the role of expert testimony.  "The ability to answer hypothetical questions is the essential difference between expert and lay witnesses." *United States v. Henderson*, 409 F.3d 1293, 1300 (11th Cir. 2005).  No expert witness for Corellium has timely disclosed any opinions about this hypothetical product.  Ex. B ¶ 10.

1

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred telephonically with counsel for Defendant on April 30, May 18, and June 4, 2021, regarding Corellium's demonstrative and the relief sought herein. Defendant opposes the relief sought herein.

| | |
|---|---|
| Dated: June 9, 2021 | Respectfully Submitted, |
| Michele D. Johnson* <br> michele.johnson@lw.com <br> LATHAM & WATKINS LLP <br> 650 Town Center Drive, 20th Floor <br> Costa Mesa, CA 92626 <br> (714) 540-1235 / (714) 755-8290 Fax | s/ Martin B. Goldberg <br><br> Martin B. Goldberg <br> Florida Bar No. 0827029 <br> mgoldberg@lashgoldberg.com <br> rdiaz@lashgoldberg.com <br> Emily L. Pincow |
| Sarang Vijay Damle* <br> sy.damle@lw.com <br> Elana Nightingale Dawson* <br> elana.nightingaledawson@lw.com <br> LATHAM & WATKINS LLP <br> 555 Eleventh Street NW, Suite 1000 <br> Washington, DC 20004 <br> (202) 637-2200 / (202) 637-2201 Fax | Florida Bar. No. 1010370 <br> epincow@lashgoldberg.com <br> LASH & GOLDBERG LLP <br> 100 Southeast Second Street <br> Miami, FL 33131 <br> (305) 347-4040 / (305) 347-4050 Fax |

Andrew M. Gass*
andrew.gass@lw.com
Joseph R. Wetzel
joe.wetzel@lw.corm
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
gabe.gross@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

*Attorneys for Plaintiff* APPLE INC.