# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**DECLARATION OF ELANA NIGHTINGALE DAWSON
IN SUPPORT OF PLAINTIFF APPLE INC.'S MOTION *IN LIMINE*
TO PRECLUDE CORELLIUM'S "DEMONSTRATIVE AID"
THAT DOES NOT REPRESENT ITS ACTUAL PRODUCT**

1. My name is Elana Nightingale Dawson. I am over the age of 18. I have personal knowledge of the following facts, either directly or through those working at my direction and under my supervision, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am an attorney at Latham & Watkins LLP and counsel for Apple Inc. in this matter.

3. In a previous declaration, I recited the history of Corellium's production of source code relating to Corellium's proposed "demonstrative aid." That declaration is docketed at ECF No. 931-2.

4. On June 3, 2021, Corellium disclosed to Apple that it intended to have Mr. Wade testify about Corellium's proposed "demonstrative aid." Pursuant to the Court's order at ECF No. 939, Corellium showed its proposed "demonstrative aid" to Apple's outside counsel and Apple's technical expert, Dr. Jason Nieh, on June 4, 2021. Apple requested that Corellium show every aspect of the "demonstrative aid" that it intended to show the jury at trial. Corellium agreed to let Apple's representatives take screenshots during the demonstration, but refused to let Apple record

1

the demonstration. The demonstration, including discussion amongst counsel, lasted approximately 30 minutes.

5. During and after the demonstration, Apple asked Corellium if it would provide Apple with the operating version of the "demonstrative aid" that Corellium proposes to show the jury. Corellium refused to provide this access to Apple.

6. During the demonstration, counsel for Corellium represented for the first time that Corellium may show the code for the proposed "demonstrative aid" to the jury, in addition to the "demonstrative aid" program itself.

7. As part of the conferral process contemplated by the Court's order at ECF No. 939, and prior to the June 4, 2021 demonstration, Apple attempted to identify the 138 lines of code that Corellium claims constitute the new or updated code relating to the demonstrative aid by performing a search for "patchless" in the code. Mr. Wade said in a declaration that such a search would identify the code at issue. *See* ECF No. 936-1 ¶ 6. This search identified only 37 lines of code across 9 different files. As a result, Apple could not identify the 138 lines of code Corellium said were part of its demonstrative aid.

8. On June 7, 2021, counsel for Corellium notified Apple that it had identified the 138 lines that it claimed represented the new or updated code relating to the demonstrative aid. Corellium represented that it uploaded the files to its source code computer. Because Apple is only permitted to review the source code computer after providing 24 hours' notice, Apple's representatives were unable to review the newly uploaded code until June 8, 2021.

9. Apple has alleged that Corellium's product, CORSEC iOS, bypasses numerous technical control measures in violation of the DMCA. Apple alleges five primary technical control measures: 1) Authorization Server; 2) Secure Boot Chain; 3) Buddy Program; 4) Trust Cache; and 5) Pointer Authentication Codes ("PAC"). *See* ECF No. 470-5 (Nieh Decl. in support of Apple's Mot. for Summary Judgment) ¶¶ 7–14; ECF No. 470-1 at 3–4. Apple alleges CORSEC iOS performs various acts to bypass each of these technical control measures. *See generally* ECF No. 470-1 at 4–5; ECF No. 470-5 ¶¶ 21–26.

10. Corellium's experts have served expert reports during this case. Corellium's primary technical expert Dr. James Olivier served an opening report on March 3, 2020, and a rebuttal report on April 13, 2020. Corellium's expert Alexander Stamos served an expert report on March 3, 2020, and a rebuttal report on April 13, 2020. Corellium's damages expert Stewart

Appelrouth served reports on March 3, 2020, April 13, 2020, April 20, 2020, and April 27, 2020. Corellium also submitted the expert reports of Clark Asay on March 3, 2020 and April 13, 2020, although the Court has since excluded Mr. Asay's testimony. ECF Nos. 614 and 775. None of these expert reports contain any references to, or descriptions or explanations of, the "demonstrative aid" that Corellium now seeks to present to the jury.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2021
in Silver Spring, MD

Elana Nightingale Dawson