**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

          Plaintiff,

   v.

CORELLIUM, LLC,

          Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S**
**MOTION *IN LIMINE* TO PRECLUDE CORELLIUM'S**
**"DEMONSTRATIVE AID" THAT DOES NOT REPRESENT ITS ACTUAL PRODUCT**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Motion *in Limine* to Preclude Corellium's "Demonstrative" That Does Not Represent Its Actual Product ("Motion"). Being fully advised in the premises, and finding that Apple has established good cause for its request, it is

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. For the reasons stated in Apple's Motion *in Limine*, and the supporting declarations, Corellium shall not be permitted to show at trial either the demonstrative aid that runs the source code it provided to Apple on March 26, 2021 or the March 26, 2021 source code itself.

**DONE AND ORDERED** this __ of June, 2021, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**