UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**DECLARATION OF CHRIS WADE ON BEHALF OF CORELLIUM CONCERNING CORELLIUM'S RESPONSE IN OPPOSITION TO PLAINTIFF APPLE INC.'S MOTION FOR LEAVE TO FILE A MOTION *IN LIMINE* TO PRECLUDE CORELLIUM'S "DEMONSTRATIVE" THAT DOES NOT REPRESENT ITS ACTUAL PRODUCT**

1. My name is Chris Wade, and I am over the age of 18 and otherwise *sui juris* in all respects. I make this declaration based upon my personal knowledge.

2. I am the Chief Technology Officer for the Defendant, Corellium, LLC ("Corellium") in the above-captioned matter.

**The Purpose of the Demonstrative Aid**

3. In its claim, Apple asserts that it has implemented technological protection measures ("TPMs") to prevent iOS from being run on non-Apple hardware, and it asserts that Corellium's CORSEC product applies "patches" to the iOS code in order to bypass these TPMs and enable iOS to run on the Corellium product. At trial, I will testify that Corellium's product

1

does not circumvent any of Apple's alleged TPMs, and as part of this testimony, I will explain that iOS can be run on the Corellium product without any patches being applied to the iOS code. I will use the demonstrative aid in question to show this.

4. The demonstrative aid is the ordinary Corellium product, CORSEC, with an added option not to apply any patches when creating a virtual device. This option is labeled "Unpatched" in the Corellium user interface.



*Figure 1. Device Creation Options in the Demonstrative Aid*



*Figure 2. Device Creation Options in the Ordinary Product*

5. In computer science, patches are "a minor correction or modification in a computer program," as defined by Merriam-Webster. *See* Patch (8th Definition), Merriam-Webster, available at https://www.merriam-webster.com/dictionary/patch. In other words, a patch is a modification made to a software program's binary code. Ordinarily, in the creation of iOS virtual devices, the Corellium system applies a variety of patches to the iOS binary code in order to fix errors, enable new features, and improve the usability of the product.

6. The purpose of the demonstrative aid in question is to show that the patches that the Corellium product applies to iOS are not required for iOS to be accessed, loaded, or run. Since

3

iOS can be operated and accessed without any patches, none of these patches can reasonably be said to circumvent any alleged TPMs. Further, the demonstrative aid shows that the purpose of these patches is not to bypass any alleged TPMs, but rather to fix errors, add new features, enable interoperability with those new features, and enhance the usability of the product.

7. I directed the creation of the demonstrative aid in question based on my knowledge that iOS would run without applying any patches. Further, as co-founder and CTO, and as an engineer who contributed to the CORSEC code, I am uniquely qualified to testify as to details about the both the Corellium product and the demonstrative.

8. The production version of CORSEC did not include an option to turn off all patches because those patches are critical for the interoperability of iOS with the advanced security research features of the Corellium product, which provide the intended user experience. The purpose of the Corellium product is not simply to run iOS, but rather to provide an advanced security research environment for iOS and iOS-based applications. Without the patches, certain features will not be enabled, such as our CoreTrace function, and various error messages will appear, such as a "dead radio" message indicating that the virtual device does not have a functioning cellular radio (because it does not have such a radio). Nonetheless, even with these error messages and the difference in the user experience, iOS can still be accessed, run, and operated on non-Apple hardware (*i.e.*, on the Corellium product) *without patching*. In this way, the demonstrative aid illustrates not only that the patches cannot possibly bypass any alleged TPMs, but moreover, that the Corellium product is not merely designed to run iOS, but is rather designed to provide advanced security research capabilities, as Corellium asserts in its defense.

4

9.      Corellium's demonstrative aid works with the latest version of iOS at issue in this case – *i.e.*, iOS 12. To my knowledge, Apple does not allege different TPMs for different versions of iOS at issue in this litigation.

**Provision of the Demonstrative Aid and Source Code to Apple**

10.     Corellium's purpose in making the source code for the demonstrative available to Apple was to provide it with the full opportunity to inspect how the demonstrative works well ahead of trial. Apple has had access to the code detailing how the "unpatched" option functions since March 2021.

11.     On June 4, 2021, I also personally conducted a demo of Corellium's demonstrative via Zoom videoconference and answered all questions that were posed by Apple and its expert. The demo lasted approximately 30 minutes. Visually, as stated above, the demonstrative aid adds an "unpatched" option during the virtual device creation process.

12.     By way of analogy, the visual demo of the demonstrative aid is akin to showing a running car engine, whereas the code provided in March of 2021 is analogous to the schematics of the "engine," allowing Apple and its expert to understand how it works and to examine the fact that the "unpatched" code path prevents any patches from being applied.

13.     Throughout the discovery process, Corellium has provided various updates to its source code, which it has made available to Apple on a remotely-accessible source code machine. On March 26, 2021, Corellium provided Apple with a third folder of updated source code, "source_code_3." In this folder, Corellium provided not only the code related to its "unpatched" demonstrative aid, but also to the most recent version of the Corellium product. Except for the

code related to the demonstrative aid, all other changes in the "source_code_3" folder have no relation to loading, running, or accessing iOS code or to any alleged TPMs, and they in no way materially change the functionality or substance of Corellium's product.

14. The source code is organized into various directories and sub-directories, much like folders in a file system. These directories have descriptive titles, which indicate the components of the product they pertain to. Thus, when a specific directory is updated, it's easy to see which components of the code have been updated. Moreover, whenever developers submit a change, they include a description of the change, and these descriptions are available as part of the source code provided to Apple.

15. Updates related to the demonstrative aid contain the word "patchless" in the description. Thus, it is easy to search for "patchless" in the source code. All changes related to the "patchless" demonstrative aid amount to a total of 138 lines of new or updated code. By contrast, the code for a new virtual router model was also included in "source_code_3", in the directory *charm/mach/ipq8074*. This directory, which is not related to iOS whatsoever nor to any alleged TPMs, contains approximately 7,000 lines of code. We included this directory in our source code update because Apple has insisted that *any* change we make to our code is materially relevant and must be produced to them, even if it has no relation to iOS.

16. For the avoidance of confusion, after providing the "source_code_3" update, Corellium has since provided a separate directory containing only the 138 lines related to the demonstrative in question.

**Dr. Nieh's Declaration Misleadingly Characterizes the Demo**

17. I reviewed the declaration of Dr. Jason Nieh dated June 9, 2021 ("Nieh Decl.") in support of Apple's motion *in limine*. The declaration is highly misleading, as detailed below.

18. Dr. Nieh described the demo of demonstrative as "hastily operated." Nieh Decl., ¶12. This is inaccurate. The demo consisted of 1) walking through the steps to configure the device for creation, which takes about 30 seconds; 2) watching the device get created by the system, which takes about 7 minutes, and 3) opening the virtual device and clicking on each app to show that it launches and works as it would on an ordinary virtual device, and clicking on the various tabs of the Corellium product, to show that certain features like CoreTrace are not enabled, which takes about 5 minutes. As stated previously, the entire demo call lasted for approximately 30 minutes. I asked Apple's lawyers and its expert if they wanted me to go back and repeat any step, but they declined. Apple and Dr. Nieh were also able to capture screenshots of the demo, which are included in Dr. Nieh's declaration. See Nieh Decl. at 4-8.

19. As shown in one of the screenshots of the demo included in Dr. Nieh's declaration, reproduced below, the first "page" of iOS contains various app icons.



For the avoidance of doubt, I clicked every one of these icons during the demo (*i.e.*, starting with the first row of app icons), allowing for each app to load (to the extent each app functions, given the lack of GPS support, GPU support, etc.). I asked if Apple or Dr. Nieh wanted me to click on any particular app or interact with the virtual icon in any particular way. They only requested that I open the "Settings" page of the Corellium product, which I did pursuant to that request. Aside from asking me to open "Settings," no other requests were made with respect to seeing how the virtual iOS device was running without patches in the demonstrative. My counsel and I asked several times if there were any such requests.

20.     For Dr. Nieh to describe that I "quickly" clicked on each and every one of the app icons is disingenuous. The purpose of the demonstrative is not to demo these apps, but rather to demonstrate that iOS itself (and the apps contained therein) are running on Corellium's virtual devices without being patched. If it the function of each app was relevant to this matter, Dr. Nieh never asked me to demonstrate "how each displayed app operated on the virtual iPhone," despite

8

his criticism that I did not do so and despite being asked multiple times if he had any such requests. Moreover, I launched each and every one of the apps, as Dr. Nieh admits.

21.  Dr. Nieh did not ask any substantive questions during the demo. At the conclusion of the demo, I offered to draw Dr. Nieh a diagram or further explain if he had any questions. He declined and did not ask any questions.

**Dr. Nieh's Declaration Misleadingly Alleges Patches "Remain Operational"**

22.  In his declaration, Dr. Nieh further alleges that certain patches "remain operational" in the demonstrative code, insinuating that they are still applied in the unpatched option. This assertion is demonstrably false, as detailed below.

23.  First, Dr. Nieh asserts that "Corellium's 'demonstrative aid' continues to circumvent use of Apple's Pointer Authentication Codes (PACs) by patching both the iOS kernel and the iOS restore ramdisk" and that "these patches remain operational in Corellium's 'demonstrative aid.'" As stated above, the demonstrative aid is simply a new option added to the Corellium product. Thus, the patches do remain theoretically operational if a user were to choose to select the patched option instead of the "unpatched" option being shown in the demonstrative. The patches are *not* applied to any virtual devices created with the unpatched option. The code for the patches still exists in the demonstrative aid, as it is still the original product, but the patches are simply not applied when the "unpatched" option is selected.

24.  Moreover, Dr. Nieh himself states that "one of Apple's technical control measures, PACs, is present for certain flavors of iOS but not for others. […] PACs are not implemented on any versions of iOS tailored for older Apple devices, such as iPhone 6." Thus, by Dr. Nieh's own

9

admission, PAC is *not* implemented for iOS 12 on an iPhone 6, and the demonstrative aid shows iOS 12 running on a virtualized iPhone 6. In other words, PAC is not even present on the version and model shown in the demonstrative aid. Accordingly, Dr. Nieh contradicts himself in arguing that the demonstrative aid code is still applying patches that bypass PAC, when PAC is not even present or possible in this version. Even for virtual devices using the "patched" options, no patches related to PAC are applied to the virtual iPhone 6 model, because PAC is not implemented for real iPhone 6 hardware, as Dr. Nieh himself admits.

25. Dr. Nieh also alleges that patches for the Buddy program "remain operational" in the code. Again, the code for the patches still exists in the demonstrative aid, as it is still the original product, but the patches are simply not applied when the "unpatched" option is selected. Indeed, the Buddy program does not actually require any sort of patching to disable.

26. Furthermore, Dr. Nieh asserts in paragraph 25 of his declaration that "[Corellium's] "Patch List" document lists 20 non-kernel patches that are "Always" applied to the "dyld_shared_cache", [and b]ased on my review of source_code_3, none of the non-kernel patches appear to be disabled by the "demonstrative aid" code." At the same time, Dr. Nieh observes the error messages displayed on the screen of the demo device, as in paragraph 15. As the Patch List documents, the Corellium product ordinarily applies patches to the "dyld_shared_cache" to prevent these error messages from appearing. In other words, these error messages appear precisely because the "non-kernel patches" are not applied. If the non-kernel patches were being applied, as in our ordinary patched virtual devices, those error messages would not appear. Dr. Nieh thus again directly contradicts his own assertion that "none of the non-kernel patches appear to be disabled"

10

by providing photographic proof of the result of those patches being disabled in the unpatched demo device.

27.  Finally, the existence of Corellium logo "splash screen" is not a product of any code running inside the virtual machine. When the display of the virtual device is turned off, for instance by turning off the (virtual) backlight, a default image of the Corellium logo, which we call the "splash screen," is displayed by the Corellium infrastructure that transports the video stream produced by the VM to the user. It is not a function performed by the virtual machine. This image is equally and automatically applied to iPhone and Android virtual machines when their screens are "off" in the virtual environment. Dr Nieh could have easily discovered that fact by reviewing the code for the Corellium video infrastructure at any time during discovery in this matter. The relevant lines of code are part of the *charmd* video transport components, external to the virtual machine:

```
(show_splash || disppwr != 1)
cm_vstrm_server_push(video_strm, now_us, yuv_splash, len_splash, yuv_fec);
else
cm_vstrm_server_push(video_strm, now_us, yuv, len, yuv_fec);
```

In other words, the splash screen displaying the Corellium logo is applied outside the virtual machine, and as such it does not require any modification of the code inside the virtual machine.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of June, 2021.

                        */s/ Chris Wade*
                        Chris Wade, CTO
                        Corellium, LLC
                        1301 N Congress Ave, Suite 410
                        Boynton Beach, FL 33426