UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED
MOTION TO FILE UNDER SEAL PORTIONS OF
EXHIBIT A TO PLAINTIFF APPLE INC.'S REPLY IN SUPPORT
OF ITS MOTION *IN LIMINE* TO PRECLUDE CORELLIUM'S
"DEMONSTRATIVE AID" THAT DOES NOT REPRESENT ITS
ACTUAL PRODUCT AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Exhibit A to Plaintiff Apple Inc.'s Reply In Support Of Apple Inc.'s Motion *in Limine* to Preclude Corellium's "Demonstrative Aid" That Does Not Represent Its Actual Product ("Reply"). In support of this request, Apple states as follows:

1.    On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. Portions of Exhibit A to Apple's Reply refer to information Corellium has designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY" ("AEO") or "CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY – SOURCE CODE" ("Source Code") pursuant to the Protective Order. Corellium has requested that Apple seek to file such information under seal.

3. In light of the foregoing, Apple moves to file under seal portions of Exhibit A to its Reply.

**WHEREFORE** Apple respectfully requests that, unless and until Corellium's designations are changed or rejected, portions of Exhibit A to Plaintiff Apple Inc.'s Reply In Support Of Apple Inc.'s Motion *in Limine* to Preclude Corellium's "Demonstrative Aid" That Does Not Represent Its Actual Product remain under seal through the final resolution of this matter, including during any period of appeal taken by any party to this case except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law.

A proposed order is submitted herewith.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on June 14, 2021, regarding this Motion to Seal. Defendant does not oppose.

Dated: June 14, 2021

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel*
*joe.wetzel@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.