UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBIT A TO APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION *IN LIMINE* TO PRECLUDE CORELLIUM'S "DEMONSTRATIVE AID" THAT DOES NOT REPRESENT ITS ACTUAL PRODUCT**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Under Seal Portions of Exhibit A to Apple Inc.'s Reply In Support of Its Motion *in Limine* to Preclude Corellium's "Demonstrative Aid" That Does Not Represent Its Actual Product ("Motion to Seal"). Being fully advised in the premises, and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion to Seal is hereby **GRANTED**. Plaintiff Apple Inc. is given leave to file under seal portions of Exhibit A to its Reply In Support of Its Motion *in Limine* to Preclude Corellium's "Demonstrative Aid" That Does Not Represent Its Actual Product. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this ___ of June, 2021, at West Palm Beach, Palm Beach County in the Southern District of Florida.

                                                          _____
                                                          **WILLIAM MATTHEWMAN**
                                                          **UNITED STATES MAGISTRATE JUDGE**