# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

**DECLARATION OF JASON NIEH IN SUPPORT OF PLAINTIFF APPLE INC.'S REPLY IN SUPPORT OF ITS MOTION *IN LIMINE* TO PRECLUDE CORELLIUM'S "DEMONSTRATIVE AID" THAT DOES NOT REPRESENT ITS ACTUAL PRODUCT**

  1. My name is Jason Nieh. I am over the age of 18. I have personal knowledge of the following facts, which are true and correct. If called as a witness, I could competently testify to these statements.

  2. I have previously stated my qualifications in a filing before this Court.[1] Those statements remain a generally accurate summary of my qualifications.

  3. I previously submitted an opening declaration ("Opening Declaration"), ECF No. 950-1, describing my evaluation of what I understand to be a "demonstrative aid" that Corellium intends to show at trial in this matter.[2] I have since reviewed Corellium's opposition brief, ECF No. 951, and the supporting declaration of Chris Wade ("Wade Declaration"), ECF No. 951-1. I provide this supplemental declaration solely in response to Mr. Wade's declaration, which was not available to me at the time I submitted my Opening Declaration. I do not provide any new opinions in this declaration. Rather, and as detailed below, I confirm in this declaration that nothing in Mr. Wade's declaration changes my opinion that "it is extremely

---

[1] ECF No. 233-1 ¶¶ 2–8; *see* ECF No. 948-1 Ex. 1 (curriculum vitae).

[2] The redacted version of my declaration is docketed at ECF No. 948-1.

1

misleading to suggest that Corellium's 'demonstrative aid' shows 'that no TPMs can reasonably be said to exist to prevent iOS from running on non-Apple hardware,'" as reflected in my Opening Declaration.[3]

4. My review and analysis of the source code for Corellium's "demonstrative aid" is still ongoing. As I stated in my Opening Declaration, I compared the code in "source_code_2" to the code in "source_code_3" and reviewed lines of code that Corellium contends are related to the "demonstrative aid" in the "corellium_demo_patchless" folder.[4] Since I executed my Opening Declaration on June 9, 2021, I continued my review of the code for the "demonstrative aid" through inspections of the code on June 10, 11, and 14, 2021.

**The "Demonstrative Aid" Performs Non-Patching Bypassing of Technical Control Measures**

5. In my Opening Declaration, I explained that Corellium's "demonstrative aid" continues to circumvent various technical control measures at issue in this case that do not involve "patching."[5] Specifically, as I explained in my Opening Declaration, Corellium's "demonstrative aid" continues to circumvent Apple's "Authorization Server" by creating a fake AP Ticket that tricks iOS into allowing installation of iOS on an unauthorized device without the Authorization Server's approval.[6] Additionally, as I explained in my Opening Declaration, Corellium's "demonstrative aid" continues to bypass Apple's "Secure Boot Chain" at least by skipping the earlier stages of the boot chain and running iOS directly from the iOS kernel.[7]

6. Mr. Wade does not discuss or dispute either of these features in his declaration. Therefore, it continues to be my opinion that, because there are other types of circumvention

---

[3] Opening Declaration ¶ 40.

[4] Opening Declaration ¶¶ 5–10. To be clear, while Mr. Wade stated in his declaration that Corellium "provided a separate directory containing only the 138 lines related to the demonstrative in question," Wade Declaration ¶ 16, that is not what was actually provided for my review on Corellium's source code machine. Instead, what I found was a directory (named "corellium_demo_patchless") that appeared to contain ███████████████████████████████████████

[5] *See* Opening Declaration ¶¶ 29–31.

[6] Opening Declaration ¶ 30.

[7] *Id.* ¶ 31.

performed by "demonstrative aid," it would be misleading for Corellium to present its "demonstrative aid" as a version of CORSEC iOS that does not circumvent any technical protection measures.[8]

**The "Demonstrative Aid" Uses an Unrepresentative Flavor of iOS**

7. Mr. Wade does not dispute that the single flavor of iOS he has chosen to run for purposes of the "demonstrative aid" is *not* representative of how other flavors of iOS would work if run with the "Unpatched" option. He acknowledges that pointer authentication codes (PACs) are "present for certain flavors of iOS but not for others," and admits that "PAC is *not* implemented for iOS 12 on an iPhone 6," the specific flavor he has chosen for the "demonstrative aid."[9] Thus, he admits that he has selected an iOS device that does not have a technical control measure (PAC) that is supported in many other flavors and versions of iOS at issue in this case.

8. Mr. Wade likewise does not disagree with my conclusion that other flavors of iOS would not work on Corellium's "demonstrative aid."[10] It continues to be my opinion that Corellium's "Unpatched" option, unlike Corellium's real CORSEC iOS product, would be unable to run flavors of iOS tailored for these newer iOS devices. In other words, the product reflected in Corellium's proposed "demonstrative aid" is not like flicking a switch and simply "turning off" patches. CORSEC iOS reflects a complex ecosystem of functions and processes that work together to make the many different versions of and flavors of iOS function on its platform. For its actual product, Corellium has to take a tailored approach to each version and flavor of iOS because Apple creates different versions of the software, each specifically tailored for each supported Apple hardware device. There is no vanilla "iOS 12" that is available for a generic ARM processor.

█████████████████████████████████████████████████████████████
█████████████████████████████████

9. Accordingly, it continues to be my opinion that it would be misleading to use the "demonstrative aid" to argue that iOS, *in general*, can be run without circumventing PAC, as that

---

[8] *See* Wade Declaration ¶ 3.

[9] Wade Declaration ¶ 24 (emphasis added).

[10] As discussed in my Opening Declaration, because newer iOS devices include additional security protections that are not present in the older iPhone 6 (released in 2014), they would need to be circumvented to run iOS. Opening Declaration ¶ 39.

is true only for certain versions and flavors of iOS.[11]  This is, again, a way in which Corellium's "demonstrative aid" is significantly different from its actual product.

**The "Unpatched" Option Continues to Apply Many Patches to iOS.**

10. In my Opening Declaration, I explained that referring to Corellium's "demonstrative aid" as "Unpatched" is also misleading because the "demonstrative aid" does not disable its patches to various iOS components, including various ▮▮▮▮▮▮▮▮ the "dyld_shared_cache," ▮▮▮▮▮▮.[12]  I explained that these patches are used by Corellium to circumvent at least two technical control measures asserted in this matter—Apple's PACs and the "Buddy" program.[13]

11. Mr. Wade states in response that "certain patches" I identified in my Opening Declaration are not actually "applied" in the "demonstrative aid."[14]  Based on my review of the code and Mr. Wade's declaration, I do not see any support for this assertion.  Mr. Wade does not dispute that the code I identified: 1) actually constitutes "patch[es]" (as described in Corellium's own source code and documentation[15]), and 2) remains operational in the "demonstrative aid."[16]  My review of "source_code_3" has not revealed any code that turns off any of these non-kernel patches or otherwise prevents them from running.[17]  If these patches were not applied, Mr. Wade or someone at Corellium should be able to identify the code that prevents them from being executed.  He does not.  Hence, nothing in Mr. Wade's declaration changes my original opinion that the "demonstrative aid" continues to apply many patches to iOS despite being run in Corellium's inaccurately named "Unpatched" or "patchless" mode.  Below, I address each of the

---

[11] Opening Declaration ¶¶ 36–37.

[12] Opening Declaration ¶¶ 24–25.

[13] Wade Declaration ¶¶ 22–26; Opening Declaration ¶¶ 32–33.

[14] Opening Declaration ¶ 22.

[15] *See, e.g.*, Wade Declaration ¶¶ 23–25.

[16] *See, e.g.*, Wade Declaration ¶¶ 23, 25 (admitting that the code for patching PAC and Buddy "still exists in the demonstrative aid").

[17] Because Mr. Wade asserted that no patches were actually applied in the "demonstrative aid," I reviewed "source_code_3" again to see if I could find any evidence that the "demonstrative aid" did not apply these patches.  I did not find any.  To the contrary, I again confirmed that the patches appear to be called in the same way as I identified in my Opening Declaration.

iOS patches that continue to be applied in more detail.

12. **Patches to iOS** ▮▮▮▮▮ In my Opening Declaration, I explained that Corellium's "demonstrative aid" continues to apply patches to the ▮▮▮▮▮ that are part of iOS.[18] Based on my review of the relevant "demonstrative aid" code, the code for these patches is contained in the ▮▮▮▮▮ file in the ▮▮▮▮▮ folder of "source_code_3."[19] Corellium's own ▮▮▮▮▮

▮▮▮▮▮[20] For example, Corellium's ▮▮▮▮▮

- ▮▮▮▮▮[21]
- ▮▮▮▮▮[22]

13. Mr. Wade's declaration is silent on these patches, which, based on my review of the code, continue to be operational in the "demonstrative aid." For this reason too, and as I said in my Opening Declaration, it is inaccurate and misleading for Corellium to call its demonstrative aid "Unpatched."

14. **Patches to the "dyld_shared_cache" and** ▮▮▮▮▮. In my Opening Declaration, I also explained that Corellium's "demonstrative aid" continues to apply patches to other iOS components, as reflected in the code implemented in "▮▮▮▮▮" and "▮▮▮▮▮"[23] I identified the code path in "source_code_3" that applies these patches to iOS.[24] I also mentioned that many of these patches were described in Corellium's own ▮▮▮▮▮

---

[18] ▮▮▮▮▮

[19] Specifically, ▮▮▮▮▮ See Opening Declaration ¶ 24 (identifying ▮▮▮▮▮ and citing to ECF No. 524-4 ¶¶ 83–92).

[20] Opening Declaration ¶ 25.

[21] Opening Declaration at Ex. 2 (Corellium-034767) at 34776–77.

[22] *Id.*

[23] Opening Declaration ¶ 24.

[24] Opening Declaration ¶ 24 n.21 (▮▮▮▮▮

███████████████████████████████████.[25]  For example, Corellium's ████████████
████████████████████████████████████████████████████████████████████████
██████████████████████████████████████

- ████████████████████████████████████████████████████████████████████
  - ████████████████████████████████████████████████████████████████████
    █████
  - ████████████████████████████████████████████████████████████████████
  - ████████████████████████████████████████████████████████████████████

15. Mr. Wade asserts that none of the patching code is applied in the "demonstrative aid."[30]  However, he does not identify any code that Corellium added that turns these patches off, nor was I able to identify any such code in "corellium_demo_patchless" or "source_code_3." Accordingly, it continues to be my understanding that the code path I identified continues to execute this patching code and that these patches remain operational in Corellium's "demonstrative aid."

16. **Patches Circumventing PAC**.  As I explained in my Opening Declaration, Corellium's "demonstrative aid" also continues to apply patches to iOS to circumvent Apple's use of PACs.[31]  Specifically, I pointed to iOS kernel patches and the ████████████████████

████████████████████████████████████████████████████████████████████████
████████████████████

---

[25] Opening Declaration at Ex. 2 (Corellium-034767) at 34767–34776.

[26] *Id.* at 34772.

[27] *Id.* at 34774–34775.

[28] *Id.* at 34776.

[29] *Id.*

[30] Mr. Wade does not appear to actually dispute that the patches to the "dyld_shared_cache" are applied.  Though he suggests that error messages would not appear in the "demonstrative aid" if the dyld_shared_cache patches were actually applied, he does not dispute that these patches are applied based on the code path I identified.  Wade Declaration ¶ 26.

[31] Opening Declaration ¶ 32.

████████████████████████████████████████.[32]  According to Corellium's own code comments, these patches involve patching ████████████ ████████████████████████ ████████████████████████████ ████████████████████████████.[34]  As I explained (and as Mr. Wade does not dispute), PAC is used in iOS versions of 12.0 or later and newer iPhone devices, such as iPhone XR, XS, XS Max, and variations of the iPhone 11 and iPhone 12 devices.[35]

17.  Mr. Wade does not dispute that the ████████████ patch remains operational for versions of iOS that support PAC; instead, he states merely that PAC code will not run on older hardware such as iPhone 6 (the iPhone model that was used in the demo I observed).[36]  Thus, Mr. Wade's declaration does not undermine the fact that these PAC patches would continue to be applied in the "Unpatched" or "patchless" mode if the "demonstrative aid" were run with a flavor of iOS that supported PAC.

18.  **Patches Circumventing Buddy**.  As I explained in my Opening Declaration, Corellium's "demonstrative aid" continues to apply patches to iOS to circumvent Apple's Buddy program.[37]  As I previously discussed, the ████████████ patch in the ████████████ file in the ████████████████████ folder prevents Apple's software license agreement from being displayed to the user after iOS is installed on the user's device.[38]  Specifically, iOS has a list of properties ████████████████ and the code for the "demonstrative aid" sets the property ████████████████ to be true, ████████████████████:[39]

- ████████████████████████████████████████████████████

---

[32] *Id.*

[33] *Id.* ¶ 32 n.33.

[34] *Id.* ¶ 32 n.34–35 (citing ████████████████████████████████████ ████████████████████).

[35] Opening Declaration ¶ 37.

[36] *See* Wade Declaration ¶ 24.

[37] Opening Declaration ¶ 33.

[38] *Id.*

[39] Opening Declaration ¶ 33 n.37–38 (citing ████████████████████████ ████████████).

7

19. In his declaration, Mr. Wade claims "the Buddy program does not actually require any sort of patching to disable."[40] However, he does not provide any support for this assertion. Further, as discussed above, Mr. Wade does not dispute that the "demonstrative aid" executes the code that applies patches to iOS (in the ▆▆▆▆ folder), which would normally include the ▆▆▆▆ patch. Nor does Mr. Wade identify any "demonstrative aid" code from the "source_code_3" or "corellium_demo_patchless" folders that turns off this patch. Based on my observation of the "demonstrative aid" on June 4, 2021, "Buddy" does not run in the "demonstrative aid,"[41] further supporting my conclusion that the patch is still applied.

20. One possible explanation for the differences in my conclusions and Mr. Wade's statements is that Mr. Wade is now using a very narrow definition of "patch." In particular, Mr. Wade appears to only count something as a "patch" if it modifies an iOS "binary" file.[42] If this is the case, then in my opinion, Mr. Wade's application of the term "patch" is overly narrow and not consistent with the definition of "patch" in the computer science industry. iOS is comprised of many files in many different forms, and as Corellium's own documentation and source code has highlighted, modifications to iOS files that may not be in "binary" form are referred to as ▆▆▆▆[43] Mr. Wade's unduly narrow definition may account for some of his positions, such as his assertion that "the Buddy program does not actually require any sort of patching to disable."[44] However, it is entirely inaccurate to call the demonstrative aid "patchless."

**Conclusion**

21. As discussed above and in my Opening Declaration, Corellium's proposed "patchless" or "unpatched" mode of the "demonstrative aid" still reflects a product that applies some (but not all) of the patches that are applied by CORSEC iOS. The "demonstrative aid" also continues to bypass Apple's technical control measures in nearly all the ways that are at issue in

---

[40] *See* Wade Declaration ¶ 25.

[41] Opening Declaration ¶ 15.

[42] *See* Wade Declaration ¶ 5 ("In other words, a patch is a modification made to a software program's binary code.").

[43] *See* Opening Declaration ¶¶ 24, 33 (applying the ▆▆▆▆ patch in a file named "▆▆▆▆").

[44] Wade Declaration ¶ 25.

this case.

22.  For these reasons, and for the reasons expressed in my Opening Declaration, it remains my opinion that it would be very misleading to present Corellium's "demonstrative aid" to demonstrate the proposition that "Corellium's product does not circumvent any of Apple's alleged TPMs" or that "iOS can be run on the Corellium product without any patches being applied."[45]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 14, 2021
in New York, NY

_____
Jason Nieh
Professor of Computer Science
Columbia University

---

[45] *See* Wade Declaration ¶ 3.