UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

### [PROPOSED] ORDER CONTINUING AND SETTING TRIAL

The current trial date, Calendar Call, and deadline for filing electronic versions of documentary exhibits and Certificates of Compliance for this case, set as part of the Court's Order Continuing Trial at ECF No. 898, are hereby vacated. This case shall be reset for a two-week trial calendar beginning on September 20, 2021. The Calendar Call will be held at **9:00 a.m.** on **the Tuesday before trial is set to begin**.

Electronic versions of documentary exhibits and Certificates of Compliance shall be filed **no later than five days before Calendar Call**.

If the parties settle this matter before trial, the parties must notify the Court no later than **3 p.m. on the Friday before trial** is set to commence to avoid paying the costs of the jury. If the parties do not notify the Court of settlement by that time, the parties shall jointly reimburse the Court for the cost of the jury.

**DONE AND ORDERED** in Fort Lauderdale, Florida this __ of June, 2021.

                                            _____
                                            **RODNEY SMITH**
                                            **UNITED STATES DISTRICT JUDGE**