UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **19-CV-81160**

**Apple Inc**

       Plaintiff

vs.

**Corellium LLC**

       Defendant.
_____/

### NOTICE OF CHANGE OF ADDRESS

Attorney **Thomas Hunker** files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Law Firm: **Hunker Appeals**

Address: **300 SE 2nd Street, Suite 600, Fort Lauderdale, FL 33301**

### Certificate of Service

**I hereby certify** that a true and correct copy of the Notice of Change of Address was furnished via electronic filing, U.S. Mail and/or facsimile to:

Emily Louise Pincow, epincow@lashgoldberg.com; Andrew M. Gass, Andrew.gass@lw.com; Elana Nightingale Dawson, Elana.NightingaleDawson@lw.com; Gabriel S. Gross, gabe.gross@lw.com; Jessica Stebbins Bina; Jessica.stebbinsbina@lw.com; Joseph R. Wetzel , Jr., joe.wetzel@lw.com; Kathryn H. Ruemmler, kathryn.ruemmler@lw.com; Michele D. Johnson, michele.johnson@lw.com; Sarang Vijay Damle, sy.damle@lw.com; Martin B. Goldberg, mgoldberg@lashgoldberg.com; Justin Steven Maya, justin.maya@csklegal.com; Barry Adam Postman, barry.postman@csklegal.com Conor B. McDonough, cmcdonough@hechtpartners.com; David L. Hecht, dhecht@hechtpartnersllp.com; Jacqueline G. Baker, jackie.baker@nortonrosefulbright.com; Jeremy Franklin Goldstein, jeremy.goldstein@csklegal.com; Justin B. Levine, justin.levine@csklegal.com; Kathryn Lee Boyd, lboyd@hechtpartners.com; Lizza Carola Constantine, lizza.constantine@csklegal.com; Maxim Price, mprice@hechtpartners.com; Melody L. McGowin, mmcgowin@piercebainbridge.com; Minyao Wang, mwang@hechtpartnersllp.com; S. Jonathan Vine, Jonathan.Vine@csklegal.com; Seth D. Greenstein, sgreenstein@constantinecannon.com; Yi Wen Wu, wwu@piercebainbridge.com; Robert Greeson, robert.greeson@nortonrosefulbright.com.

Dated: **June 16, 2021**

Respectfully submitted,

**Thomas L. Hunker** . **38325**
Attorney Name            Bar Number

**thomas@hunkerappeals.com**
Attorney E-mail Address

**Hunker Appeals**
Firm Name

**300 SE 2nd Street, Suite 600**
Street Address

**Fort Lauderdale, FL 33301**
City, State, Zip Code

**877-841-8808**            **954-477-7313**
Telephone: (xxx)xxx–xxxx       Facsimile: (xxx)xxx–xxxx

**Defendant, Corellium LLC**
Attorneys for Plaintiff/Defendant [Party Name(s)]