UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**JOINT NOTICE OF TRIAL CONFLICTS AND MOTION FOR SPECIAL SETTING AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Apple Inc. and Defendant Corellium, LLC (collectively, the "Parties") respectfully and jointly move the Court for an order specially setting trial in this matter to begin September 20, 2021. In support of this joint notice and motion, the Parties state as follows:

1. On October 3, 2019, the Court issued its initial Order Setting Civil Trial Date, Pretrial Deadlines, and Referral to Magistrate Judge. ECF No. 32 ("Scheduling Order"). In the Scheduling Order, the Court set this matter for trial beginning on October 13, 2020. *Id.* at 1.

2. The Court has issued five subsequent scheduling orders modifying the trial date in this case. *See* ECF Nos. 618, 661, 744, 801, 898. All of these were necessitated by the Southern District of Florida's district-wide Administrative Orders, by which jury trials have been unable to take place between March 30, 2020 through July 19, 2021, inclusive.

3. The Court issued the most recent Order after the Southern District of Florida's Ninth Order Concerning Jury Trials and Other Proceedings, Administrative Order 2021-33, was released. *See* ECF No. 898. The Southern District of Florida's Ninth Order Concerning Jury Trials and Other Proceedings continued all jury trials scheduled to begin on or after March 30,

2020 to July 6, 2021, excluding preselected pilot jury trials and provided that "other Orders concerning future continuances" may be issued "as necessary and appropriate." *See* Administrative Order 2021-33 at 2. In light of that Administrative Order, on April 13, 2021, this Court issued an Order Continuing Trial, setting trial to begin on July 6, 2021, and setting the Calendar Call for June 29, 2021. ECF No. 898 at 1.

4.  On June 1, 2021, the Southern District of Florida issued its Tenth Order Concerning Jury Trials and Other Proceedings, Administrative Order 2021-50. That Order continued all jury trials scheduled to begin on or after March 30, 2020 to July 19, 2021. *See* Administrative Order 2021-50 at 2.

5.  In light of the Tenth Order Concerning Jury Trials and Other Proceedings, the Parties have been conferring about their respective schedules in anticipation of a new trial date being set in this matter. The Parties jointly request that trial begin on September 20, 2021, as that is the first date mutually available for all counsel and the Parties' principal witnesses between July 19, 2021 and September 20, 2021.

6.  The Parties understand that the Court has a substantial backlog of jury trials that have been unable to take place during the past 15 months. The Parties also have conflicts and logistics difficulties stemming from the pandemic and the repeated adjustments to the trial schedule. The Parties' request for a specific trial date of September 20, 2021, is based upon the following facts:

7.  All but three of the twenty-two witnesses listed in the Parties' Pretrial Stipulation, ECF No. 890, including five of the six retained expert witnesses, reside outside Florida.[1] As a

---

[1] Amanda Gorton, Christopher Wade, and Corellium expert Stewart Appelrouth reside in Florida. The remaining nineteen witnesses, including the other five expert witnesses, reside outside the

result, both Apple and Corellium need to arrange travel for numerous out-of-state witnesses, as well as out-of-state counsel.  Apple anticipates that it will need to arrange travel for Apple executives who reside in California, as well as expert witnesses who reside in Massachusetts, New York, and California.  Corellium similarly will be arranging travel for individuals from California, Texas, and New York.  Such travel arrangements have proven difficult over the past year, as states and cities have adopted various travel quarantine and other requirements.  A certain trial date will greatly facilitate travel arrangements by both Parties, ensuring that witnesses will be able to attend.

8. The specific date requested, September 20, 2021, was determined through conferral and is based on trial conflicts by counsel for both Parties:

- Lead trial counsel for Apple, Michele Johnson, is scheduled to begin trial on July 6, 2021, in the matter of *Hussein v. Razin*, Case No. 30-2013-00679600-CU-NP-CJC, in the California Superior Court for the County of Orange.  That trial is expected to last 4 weeks, through July 30, 2021.

- Trial counsel for Corellium, Justin Levine, is scheduled to begin trial on August 16, 2021, in the matter of *ATP Science Proprietary, LTD, et al. v. Alpha Prime Apparel, Inc., et al.*, Case 0:20-cv-60827-AHS, in the Southern District of Florida.

- Trial counsel for Apple, Andrew Gass, is scheduled to begin an arbitration on August 20, 2021, in the matter of *ASCAP v. Radio Music License Committee*, JAMS Ref. No. 1425033288.  The arbitration is scheduled to run through August 26, 2021.

- Trial counsel for Corellium, Lee Boyd, has a personal medical commitment that requires her attention from August 18, 2021 through about September 8, 2021.

---

state.  While some of these witnesses will appear by deposition, the Parties anticipate that the majority will be called to testify live at trial.

9. In addition to counsel's conflicts, the Parties' witnesses also have conflicts. Corellium's principal witnesses, who are senior executives of the company, are not available August 2 to 5, 2021, due to prior business commitments out of state, and Apple's principal witnesses, who are senior executives of the company, are not available September 1 to 17, 2021, due to existing scheduling conflicts.

10. This request is not sought for the purposes of delay. The Parties have been diligently preparing for trial in this matter, and have timely filed their respective motions *in limine*, *see* ECF Nos. 628–35, 639–40, 642, 644, 647–657, proposed verdict forms, ECF Nos. 887–88, proposed jury instructions, ECF No. 889, and pretrial stipulation including proposed exhibit list, ECF No. 890. However, in light of the Parties' scheduling conflicts as well as the need for numerous witnesses to travel to Florida from out of state for trial, the Parties agreed that it would be mutually beneficial, and serve the interests of the fair presentation of evidence by both sides, for the Court to specially set the trial date in this matter for September 20, 2021.

11. **WHEREFORE**, the Parties respectfully this Court adjourn the trial date, currently scheduled to commence July 6, 2021, and set trial to begin on September 20, 2021.

Dated: June 17, 2021

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel*
*joe.wetzel@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

/s/ *Justin Levine*
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.: 106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

*and*

HECHT PARTNERS LLP
*Counsel for Defendant*
125 Park Ave. 25th Floor
New York, NY 10017
Telephone (212) 851-6821
David L. Hecht, *Pro hac vice*
E-mail: dhecht@hechtpartners.com
Maxim Price, *Pro hac vice*
E-mail: mprice@hechtpartners.com
Conor B. McDonough, *Pro hac vice*
E-mail: cmcdonough@hechtpartners.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@hechtpartners.com

*Attorneys for Defendant Corellium, LLC*