UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**ORDER DENYING MOTION TO SPECIALLY SET TRIAL**

This matter is before the Court on the parties' Joint Notice of Trial Conflicts and Motion for Special Setting [DE 959]. Upon consideration, it is

ORDERED that the parties' Joint Notice of Trial Conflicts and Motion for Special Setting [DE 959] is **DENIED.** If the parties desire a specially set trial, they may consent to Magistrate Judge jurisdiction.

DONE AND ORDERED in Fort Lauderdale, Florida this 22nd day of June, 2021.

                                                                  _____
                                                                  RODNEY SMITH
                                                                  UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record