UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.
_____/

## ORDER CONTINUING TRIAL

Pursuant to Administrative Order 2021-50 of the Southern District of Florida, which continued all jury trials scheduled to begin after March 30, 2020 until July 19, 2021, it is

ORDERED that this case is continued until the two-week trial period set to begin **July 19, 2021.** Calendar Call shall take place on **July 13, 2021 at 9:00 a.m.** All other deadlines remain the same.

DONE AND ORDERED in Fort Lauderdale, Florida this 24th day of June, 2021.

                                                                RODNEY SMITH
                                                          UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record