**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF APPLE INC.'S OPPOSITION TO CORELLIUM, LLC'S MOTION TO STRIKE JUNE 4, 2021 SUPPLEMENTAL EXPERT REPORTS AND PORTIONS OF EXHIBITS A (AND INCORPORATED EXHIBITS), B, C, AND D ATTACHED THERETO AND INCORPORATED MEMORANDUM OF LAW**

      Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of portions of Apple Inc.'s Opposition to Corellium, LLC's Motion to Strike June 4, 2021 Supplemental Expert Reports ("Opposition") and Exhibits A, B, C, and D attached thereto. In support of this request, Apple states as follows:

      1.     On December 13, 2019, the Court entered a Stipulated Confidentiality and Protective Order, ECF No. 50 (the "Protective Order"). The Protective Order permits the parties to designate Protected Material pursuant to Protective Order ¶ 7, and further provides that "[a]ny Party is authorized under Rule 5.4 of the Southern District of Florida Local Rules to file under seal with the Court any brief, document or materials that are designated as Protected Material under this Order." Protective Order ¶ 15(b).

2. Portions of Apple's Opposition refer to and quote information Corellium has designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY" ("AEO") pursuant to the Protective Order. Corellium has requested that Apple seek to file such information under seal.

3. Portions of Exhibits A (and incorporated exhibits), B, C, and D to Apple's Opposition contain information that Corellium has designated "CONFIDENTIAL" or AEO pursuant to the Protective Order. Corellium has requested that Apple seek to file under seal such information.

4. Portions of Exhibit D to Apple's Opposition contain information that Apple has designated Confidential or AEO pursuant to the Protective Order.

5. In light of the foregoing, Apple moves to file under seal portions of its Opposition and portions of Exhibits A (and incorporated exhibits), B, C, and D attached thereto.

**WHEREFORE** Apple respectfully requests that, unless and until Apple's or Corellium's designations are changed or rejected, portions of Apple's Opposition, and Exhibits A (and incorporated exhibits), B, C, and D attached thereto, remain under seal through the final resolution of this matter, including during any period of appeal taken by any party except as otherwise stated in the above-referenced Protective Order, as ordered by this Court, or required by law:

    a. Portions of Apple's Opposition to Corellium's Motion to Strike June 4, 2021 Supplemental Expert Reports;

    b. Portions of Exhibits A (and incorporated exhibits), B, C, and D.

A proposed order is submitted herewith.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on July 7, 2021, regarding this Motion to Seal. Defendant does not oppose.

| | |
|---|---|
| Dated: July 7, 2021 | Respectfully Submitted, |
| Michele D. Johnson* | *s/ Martin B. Goldberg* |
| michele.johnson@lw.com | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | mgoldberg@lashgoldberg.com |
| (714) 540-1235 / (714) 755-8290 Fax | rdiaz@lashgoldberg.com |
| | Emily L. Pincow |
| Sarang Vijay Damle* | Florida Bar. No. 1010370 |
| sy.damle@lw.com | epincow@lashgoldberg.com |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| elana.nightingaledawson@lw.com | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL 33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |

Andrew M. Gass*
andrew.gass@lw.com
Joseph R. Wetzel*
joe.wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
gabe.gross@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice*

*Attorneys for Plaintiff* APPLE INC.