UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S OPPOSITION TO CORELLIUM, LLC'S MOTION TO STRIKE JUNE 4, 2021 SUPPLEMENTAL EXPERT REPORTS AND PORTIONS OF EXHIBITS A (AND INCORPORATED EXHIBITS), B, C, AND D ATTACHED THERETO**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Under Seal portions of Apple Inc.'s Opposition to Corellium, LLC's Motion to Strike June 4, 2021 Supplemental Expert Reports and Exhibits A (and incorporated exhibits), B, C, and D Attached Thereto ("Motion to Seal"). Being fully advised in the premises, and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion to Seal is hereby **GRANTED**. Plaintiff Apple Inc. is given leave to file under seal portions Apple Inc.'s Opposition to Corellium, LLC's Motion to Strike June 4, 2021 Supplemental Expert Reports and Exhibits A (and incorporated exhibits), B, C, and D attached thereto. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** this \_\_ of July, 2021, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN**
**UNITED STATES MAGISTRATE JUDGE**