**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 9:19-cv-81160-RS**

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

_____/

## CORELLIUM'S AMENDED TRIAL WITNESS LIST

Defendant, CORELLIUM, LLC ("Corellium"), by and through its undersigned counsel,

hereby submits its amended trial witness list.

| Name | Address | Will Call / May Call |
|---|---|---|
| Christopher Wade | c/o Justin Levine<br>Cole, Scott & Kissane, P.A.<br>Esperante Building<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, FL, 33401 | Will Call |
| Amanda Gorton | c/o Justin Levine<br>Cole, Scott & Kissane, P.A.<br>Esperante Building<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, FL, 33401 | Will Call |
| Stanislaw Skowronek | c/o Justin Levine<br>Cole, Scott & Kissane, P.A.<br>Esperante Building<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, FL, 33401 | Will Call |
| David Wang | c/o Justin Levine<br>Cole, Scott & Kissane, P.A.<br>Esperante Building<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, FL, 33401 | Will Call |
| Stephen Dyer | c/o Justin Levine<br>Cole, Scott & Kissane, P.A.<br>Esperante Building<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, FL, 33401 | Will Call |
| Mark Templeton | c/o Justin Levine<br>Cole, Scott & Kissane, P.A.<br>Esperante Building<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, FL, 33401 | May Call |
| Azimuth | Azimuth Security, LLC<br>c/o L3 Technologies, Inc.<br>600 3rd Ave, Floor 34 | May Call<br>(by deposition) |

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

| | | |
|---|---|---|
| Alex Stamos | c/o Justin Levine<br>Cole, Scott & Kissane, P.A.<br>Esperante Building<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, FL, 33401 | Will Call |
| James Oliver | c/o Justin Levine<br>Cole, Scott & Kissane, P.A.<br>Esperante Building<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, FL, 33401 | Will Call |
| Stewart Applerouth | c/o Justin Levine<br>Cole, Scott & Kissane, P.A.<br>Esperante Building<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, FL, 33401 | Will Call |
| Jon Andrews | Apple Inc.<br>One Apple Park Way<br>Cupertino, CA 95014 | Will Call |
| Ivan Krstic | Apple Inc.<br>One Apple Park Way<br>Cupertino, CA 95014 | Will Call |
| Sebastien Marineau-Mes | Apple Inc.<br>One Apple Park Way<br>Cupertino, CA 95014 | Will Call |
| Chris Betz | Apple Inc.<br>One Apple Park Way<br>Cupertino, CA 95014 | May Call |
| Craig Federighi | Apple Inc.<br>One Apple Park Way<br>Cupertino, CA 95014 | Will Call |
| Matthew Firlik | Apple Inc.<br>One Apple Park Way<br>Cupertino, CA 95014 | May Call |
| Steve Smith | Apple Inc.<br>One Apple Park Way<br>Cupertino, CA 95014 | Will Call |
| Lee Peterson | Apple Inc.<br>One Apple Park Way<br>Cupertino, CA 95014 | May Call |
| Jacques Virdine | Apple Inc.<br>One Apple Park Way<br>Cupertino, CA 95014 | May Call |

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

| Jason Shirk | Apple Inc.<br>One Apple Park Way<br>Cupertino, CA 95014 | May Call |
|---|---|---|
| Akila Srinivasan | Apple Inc.<br>One Apple Park Way<br>Cupertino, CA 95014 | May Call |

Corellium also reserves the right to call any witness listed on the witness list filed by Apple Inc.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on July 8, 2021, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

Dated: July 8, 2021                  Respectfully submitted,


COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant CORELLIUM, LLC*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail:
Primary e-mail: justin.levine@csklegal.com
Primary e-mail: lizza.constantine@csklegal.com

By:   *s/ Lizza C. Constantine*
JONATHAN VINE
Florida Bar. No.: 10966
JUSTIN B. LEVINE
Florida Bar No.:  106463

LIZZA C. CONSTANTINE
Florida Bar No.:  1002945


*and*

HECHT PARTNERS LLP
*Counsel for Defendant*
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone (212) 851-6821
David Hecht, *Pro hac vice*
E-mail: dhecht@hechtpartners.com
Maxim Price, *Pro hac vice*
E-mail: mprice@hechtpartners.com
Kathryn Lee Boyd
E-mail: lboyd@hechtpartners.com


## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000 San
Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

Marc R. Lewis (*pro hac vice pending*)
mlewis@lewisllewellyn.com
LEWIS AND LLEWELLYN LLP
601 Montgomery St., Ste. 2000
San Francisco, CA 94111

*Attorneys for Plaintiff, Apple Inc.*

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX