**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:19-cv-81160-RS**

APPLE INC.,

      Plaintiff,

  v.

CORELLIUM, LLC,

      Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S UNOPPOSED MOTION TO FILE UNDER SEAL PORTIONS OF APPLE INC.'S AMENDED TRIAL EXHIBIT LIST**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Under Seal Portions of Plaintiff Apple Inc.'s Amended Trial Exhibit List. Being fully advised in the premises, and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion to Seal is hereby **GRANTED**. Plaintiff Apple Inc. is given leave to file portions of its Amended Trial Exhibit List under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this __ of July, 2021.

                                                **RODNEY SMITH**
                                                **UNITED STATES DISTRICT JUDGE**