**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-81160-CIV-SMITH**

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.
_____/

**ORDER RESETTING CALENDAR CALL AS TO TIME ONLY**

It is ORDERED that Calendar Call shall take place on **July 13, 2021 at 9:45 a.m.** via telephone. Counsel shall call the toll-free number 1-877-873-8018 from a landline phone five (5) minutes prior to the start of the hearing. Then, enter Access Code Number 9406706 followed by the pound (#) sign; to bypass the security code, press the star key (*); enter the conference and state your name and the name of the party you represent*

DONE AND ORDERED in Fort Lauderdale, Florida this 8th day of July, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record