UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-81160

Apple, Inc.,

    Plaintiff,

vs.

Corellium, LLC,

    Defendant.
_____/

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Thomas L. Hunker, Esq. files this unopposed motion to withdraw as counsel for Defendant, Corellium, LLC, pursuant to Local Rule 11.1(d)(3) and, in support thereof, states as follows:

1. Attorney Thomas L. Hunker previously represented Defendant in this matter while associated with the law firm Cole, Scott & Kissane, P.A.

2. Attorney Hunker has since left the law firm Cole, Scott & Kissane, P.A. and has formed the law firm Hunker Appeals, P.A. *See* [DE 172].

3. Undersigned has notified counsel for Defendant and counsel for Plaintiff of his departure and undersigned is authorized to represent to this Court that both Defendant and Plaintiff consent to this withdrawal.

4. Defendant will continue to be represented in this action by its remaining counsel of record listed in the Certificate of Service below.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order allowing Attorney Thomas Hunker to withdraw as counsel of record in this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **July 10, 2021**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Counsel for Plaintiff:**

Emily Louise Pincow, epincow@lashgoldberg.com;
Andrew M. Gass, Andrew.gass@lw.com;
Elana Nightingale Dawson, Elana.NightingaleDawson@lw.com;
Gabriel S. Gross, gabe.gross@lw.com;
Jessica Stebbins Bina, Jessica.stebbinsbina@lw.com;
Joseph R. Wetzel, Jr., joe.wetzel@lw.com;
Kathryn H. Ruemmler, kathryn.ruemmler@lw.com;
Michele D. Johnson, michele.johnson@lw.com;
Sarang Vijay Damle, sy.damle@lw.com;
Martin B. Goldberg, mgoldberg@lashgoldberg.com;

**Counsel for Defendant:**

Justin Steven Maya, justin.maya@csklegal.com;
Barry Adam Postman, barry.postman@csklegal.com;
Conor B. McDonough, cmcdonough@hechtpartners.com;
David L. Hecht, dhecht@hechtpartnersllp.com;
Jacqueline G. Baker, jackie.baker@nortonrosefulbright.com;
Jeremy Franklin Goldstein, jeremy.goldstein@csklegal.com;
Justin B. Levine, justin.levine@csklegal.com;
Kathryn Lee Boyd, lboyd@hechtpartners.com;
Lizza Carola Constantine, lizza.constantine@csklegal.com;
Maxim Price, mprice@hechtpartners.com;
Melody L. McGowin, mmcgowin@piercebainbridge.com;
Minyao Wang, mwang@hechtpartnersllp.com;
S. Jonathan Vine, Jonathan.Vine@csklegal.com;
Seth D. Greenstein, sgreenstein@constantinecannon.com;
Yi Wen Wu, wwu@piercebainbridge.com;
Robert Greeson, robert.greeson@nortonrosefulbright.com.

Respectfully Submitted,

*/s/ Thomas L. Hunker*
Thomas L. Hunker, Esq.
Fla. Bar. No. 38325
HUNKER APPEALS, P.A.
300 SE 2nd Street, Suite 600

Fort Lauderdale, FL 33301
Phone: (877) 841-8808
Fax: (954) 477-7313
thomas@hunkerappeals.com
service@hunkerappeals.com