UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-81160

Apple, Inc.,

      Plaintiff,

vs.

Corellium, LLC,

      Defendant.

_____/

**ORDER GRANTING MOTION TO WITHDRAW BY THOMAS L. HUNKER, ESQ. AS COUNSEL FOR DEFENDANT CORELLIUM, LLC**

THIS MATTER came before the Court upon the Motion to Withdraw by Thomas L. Hunker, Esq. as counsel for Defendant Corellium, LLC, and after considering the Motion to Withdraw, and otherwise being duly advised in the premises and for good cause shown, IT IS HEREBY ORDERED that

1. The Motion to Withdraw is GRANTED.

2. Thomas L. Hunker, Esq. is hereby withdrawn as counsel of record for Defendant Corellium, LLC.

3. Thomas L. Hunker, Esq. is hereby relieved of any and all further obligations on behalf of Defendant Corellium, LLC in this action.

4. All future pleadings, motions, discovery, and any and all other communications concerning this matter shall be sent to Corellium, LLC's remaining counsel of record:

    Justin Steven Maya, justin.maya@csklegal.com;
    Barry Adam Postman, barry.postman@csklegal.com;
    Conor B. McDonough, cmcdonough@hechtpartners.com;
    David L. Hecht, dhecht@hechtpartnersllp.com;
    Jacqueline G. Baker, jackie.baker@nortonrosefulbright.com;
    Jeremy Franklin Goldstein, jeremy.goldstein@csklegal.com;
    Justin B. Levine, justin.levine@csklegal.com;
    Kathryn Lee Boyd, lboyd@hechtpartners.com;
    Lizza Carola Constantine, lizza.constantine@csklegal.com;
    Maxim Price, mprice@hechtpartners.com;
    Melody L. McGowin, mmcgowin@piercebainbridge.com;
    Minyao Wang, mwang@hechtpartnersllp.com;

S. Jonathan Vine, Jonathan.Vine@csklegal.com;
Seth D. Greenstein, sgreenstein@constantinecannon.com;
Yi Wen Wu, wwu@piercebainbridge.com;
Robert Greeson, robert.greeson@nortonrosefulbright.com.

DONE and ORDERED in Chambers at Fort Lauderdale, Florida this ____ day of _____, 2021.

Rodney Smith
United States District Judge

Copies furnished to:

**Counsel for Plaintiff:**

Emily Louise Pincow, epincow@lashgoldberg.com;
Andrew M. Gass, Andrew.gass@lw.com;
Elana Nightingale Dawson, Elana.NightingaleDawson@lw.com;
Gabriel S. Gross, gabe.gross@lw.com;
Jessica Stebbins Bina, Jessica.stebbinsbina@lw.com;
Joseph R. Wetzel, Jr., joe.wetzel@lw.com;
Kathryn H. Ruemmler, kathryn.ruemmler@lw.com;
Michele D. Johnson, michele.johnson@lw.com;
Sarang Vijay Damle, sy.damle@lw.com;
Martin B. Goldberg, mgoldberg@lashgoldberg.com;

**Counsel for Defendant:**

Justin Steven Maya, justin.maya@csklegal.com;
Barry Adam Postman, barry.postman@csklegal.com;
Conor B. McDonough, cmcdonough@hechtpartners.com;
David L. Hecht, dhecht@hechtpartnersllp.com;
Jacqueline G. Baker, jackie.baker@nortonrosefulbright.com;
Jeremy Franklin Goldstein, jeremy.goldstein@csklegal.com;
Justin B. Levine, justin.levine@csklegal.com;
Kathryn Lee Boyd, lboyd@hechtpartners.com;
Lizza Carola Constantine, lizza.constantine@csklegal.com;
Maxim Price, mprice@hechtpartners.com;
Melody L. McGowin, mmcgowin@piercebainbridge.com;
Minyao Wang, mwang@hechtpartnersllp.com;
S. Jonathan Vine, Jonathan.Vine@csklegal.com;
Seth D. Greenstein, sgreenstein@constantinecannon.com;
Yi Wen Wu, wwu@piercebainbridge.com;
Robert Greeson, robert.greeson@nortonrosefulbright.com.