UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.
_____/

### ORDER GRANTING MOTION FOR REFERRAL TO SETTLEMENT

This matter is before the Court on Plaintiff Apple Inc.'s Motion for Referral to Settlement Conference [DE 982]. Upon consideration, it is

ORDERED that:

1. Plaintiff Apple Inc.'s Motion for Referral to Settlement Conference [DE 982] is **GRANTED**. This matter is **REFERRED** to Judge Matthewman for a settlement conference. Judge Matthewman will issue an order setting the settlement conference.

2. The trial of this matter is continued until the two-week trial period beginning **August 16, 2021.** Calendar Call will be held **August 10, 2021 at 9:00 a.m.**

DONE AND ORDERED in Fort Lauderdale, Florida this 13th day of July, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record