UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-81160-RS

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,
    Defendant.

_____/

**DEFENDANT CORELLIUM, LLC'S NOTICE REGARDING WITNESS AVAILABILITY FOR TRIAL**

Defendant Corellium, LLC respectfully submits this notice regarding the availability of one of its proposed witnesses for trial, Mr. David Wang. Trial is currently scheduled to begin on August 16, 2021. (ECF No. 982). Pursuant to paragraph 4 of the Court's ORDER PROVIDING INSTRUCTIONS FOR TRIAL (ECF No. 988), Corellium notes that proposed witness David Wang is co-founder of Corellium, and continues to hold an ownership stake in the company. He intends to testify about his unique knowledge of his work on the development of components at issue in Corellium's product, his experience in reverse engineering software platforms, and the purpose of Corellium's product. Corellium anticipates that Mr. Wang's proposed testimony would require approximately 2 hours.

However, because of a prior and unalterable commitment, Mr. Wang will be out of the country during the dates of August 21 to September 5, 2021 and thus will be unavailable to testify during approximately the second half of trial, as currently schedule.

Dated: July 20, 2021

COLE, SCOTT & KISSANE, P.A.

*Counsel for Defendant CORELLIUM, LLC*

Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail: justin.levine@csklegal.com
Secondary e-mail: lizza.constantine@csklegal.com

By: s/ Justin B. Levine
JONATHAN VINE
Florida Bar. No.: 10966
JUSTIN B. LEVINE
Florida Bar No.: 106463
LIZZA C. CONSTANTINE
Florida Bar No.: 1002945

and

HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
Tel: (212) 851-6821
David L. Hecht *pro hac vice*
Email: dhecht@hechtpartners.com
Maxim Price *pro hac vice*
Email: mprice@hechtpartners.com
Conor McDonough *pro hac vice*
Email: cmcdonough@hechtpartners.com
Minyao Wang *pro hac vice*
Email: mwang@hechtpartners.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2021, a true and correct copy of the foregoing has been transmitted by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

| | |
|---|---|
| Dated: July 20, 2021 | /s/ Justin B. Levine<br>Justin B. Levine |