UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

**JOINT MOTION FOR IN-PERSON SETTLEMENT CONFERENCE**

Plaintiff Apple Inc. ("Apple") and Defendant Corellium, LLC ("Corellium"), by and through undersigned counsel, jointly move for an order allowing the parties' August 9, 2021, settlement conference to occur in-person before Magistrate Judge Matthewman. In support of this request, the parties state:

1. Magistrate Judge Matthewman has ordered a settlement conference to occur on August 9, 2021, at 9:00 a.m. via Zoom VTC, this case having been referred by District Judge Smith for a settlement conference. *See* ECF Nos. 982, 987.

2. The parties, along with Corellium's insurer—Florida Community Insurance Company ("FCIC")—have conferred regarding the upcoming settlement conference and agree that an in-person conference is likely to support and facilitate their and the Court's efforts during the settlement conference.

3. If the Court sets the settlement conference to occur in person, the parties and FCIC further agree and represent that only fully vaccinated participants will attend.

4. The Parties also request that the start time be moved from 9 a.m. to 10 a.m.

5. An in-person settlement conference will not burden any counsel, party, or insurance representative who plans to attend because all anticipated attendees will already be in Florida, either because they are based here or because of the upcoming trial date. One of FCIC's representatives may be unable to attend in person, and would appreciate the ability to attend via Zoom VTC while others participate in person. All of the parties' counsel and representatives will attend in person if the Court so orders.

6. In light of the foregoing, the parties respectfully request, if holding the settlement conference in person is consistent with the policies, procedures, and preferences of the Court, and if the Court is comfortable doing so, that the Court order the settlement conference to occur in person with the option for an FCIC representative to participate via Zoom VTC.

**WHEREFORE** the Parties respectfully request that the Court modify the Order Scheduling Settlement Conference Via Zoom VTC, ECF No. 987, and order the parties to appear in-person for the August 9, 2021, settlement conference. A proposed order is submitted herewith.

Dated: August 5, 2021

Michele D. Johnson*
michele.johnson@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
sy.damle@lw.com
Elana Nightingale Dawson*
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
andrew.gass@lw.com
Joseph R. Wetzel
joe.wetzel@lw.corm
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
gabe.gross@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*/s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
Florida Bar. No. 1010370
epincow@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

/s/ *Justin Levine*
JONATHAN VINE
Florida Bar No.: 10966
JUSTIN LEVINE
Florida Bar No.: 106463
LIZZA CONSTANTINE
Florida Bar No.: 1002945

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9222
Facsimile (561) 683-8977
E-mail: jonathan.vine@csklegal.com
E-mail: justin.levine@csklegal.com
E-mail: lizza.constantine@csklegal.com

*and*

HECHT PARTNERS LLP
*Counsel for Defendant*
125 Park Ave. 25th Floor
New York, NY 10017
Telephone (212) 851-6821
David L. Hecht, *Pro hac vice*
E-mail: dhecht@hechtpartners.com
Maxim Price, *Pro hac vice*
E-mail: mprice@hechtpartners.com
Conor B. McDonough, *Pro hac vice*
E-mail: cmcdonough@hechtpartners.com
Minyao Wang, *Pro hac vice*
E-mail: mwang@hechtpartners.com

*Attorneys for Defendant Corellium, LLC*