UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**PROPOSED ORDER GRANTING JOINT MOTION
FOR IN-PERSON SETTLEMENT CONFERENCE**

**THIS CAUSE** comes before the Court on the Parties' Joint Motion for In-Person Settlement Conference ("Motion"). Being fully advised, and noting that the Parties have jointly requested the relief sought, it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. The settlement conference set in the Court's Order at docket number 987 for **August 9, 2021, at 9:00** shall now be held in person at the Paul G. Rogers Federal Building and Federal Courthouse, 701 Clematis Street, West Palm Beach, Florida 33401, in Room 331 on August 9, 2021 at 10 a.m. Arrangements shall be made to allow one of Corellium's two insurance representatives to participate via Zoom VTC. All other requirements in the Court's Order at docket number 987 remain.

**DONE AND ORDERED** this __ of August, 2021, at West Palm Beach, Palm Beach County in the Southern District of Florida.

_____
**WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE**