UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**PLAINTIFF APPLE INC.'S PROPOSED VOIR DIRE QUESTIONS**

Plaintiff Apple Inc., by and through undersigned counsel, and pursuant to the Court's Order, ECF No. 988, hereby submits its Proposed Voir Dire Questions as follows:

**A.**     **Background**

    1.     Please state your full name, age, and city of residence.

    2.     Where were you born?

    3.     How long have you lived in South Florida?

    4.     What is the highest level of education you have completed?

        a)     If trade/technical or college, what was your area of study?

    5.     What is your employment status?

    6.     If you are employed:

        a)     Who is your employer?

        b)     What is your job title?

        c)     How long have you had this job?

    7.     If you are not currently employed:

        a)     Who was your most recent employer?

      b)      What was your job title?

      c)      How long did you work at that job?

8. If you are married or have a partner, is your spouse/partner employed?

      a)      If so, who is his/her employer?

      b)      What is his/her job title?

9. If you have adult children, are your children employed?

      a)      If so, for each employed adult child:

          (1)      Who is your child's employer?

          (2)      What is his/her job title?

10. Do you have any other adult members of your household?

      a)      If so, is he/she employed?

      b)      Who is his/her employer?

      c)      What is his/her job title?

11. Have you ever served in the military?

12. Have you ever worked in law enforcement?

13. From what source(s) do you most often get your news?

14. Are you active on social media—Facebook, Twitter, Instagram, etc.?

      a)      If so, which platforms?

**B. Connection to Case or Parties**

15. Are you familiar with a company called Corellium?

      a)      If so, what do you know about the company and what it does?

16. Do you, or does anyone you are close to, work for Corellium?

      a)      If so, in what capacity?

17. Are you familiar with a company called Apple?

      a)      If so, what do you know about the company and what it does?

18. Do you, or does anyone you are close to, work for Apple?

    a) If so, in what capacity?

19. Have you ever had a negative experience with, or do you have any negative impressions of, Corellium?

20. Have you ever had a negative experience with, or do you have any negative impressions of, Apple?

21. Have you had any personal experiences with either Corellium or Apple, or with their products, that might impair your ability to be a fair and impartial juror in this case?

22. Do you have any personal knowledge of this case?

23. Have you read about this case or heard it discussed?

24. Do you have any preexisting opinions about this case?

25. Have you or a family member, or anyone close to you, had any dealings with any of the attorneys in this case or any other members of their law firms?

    a) <u>Counsel for Apple</u>
       (1) LASH & GOLDBERG LLP
           (a) Martin B. Goldberg
           (b) Emily L. Pincow
       (2) LATHAM & WATKINS LLP
           (a) Michele D. Johnson
           (b) Andrew M. Gass
           (c) Gabriel S. Gross
           (d) Jessica Stebbins Bina
           (e) Sarang Vijay Damle
           (f) Joseph R. Wetzel
           (g) Elana Nightingale Dawson
           (h) Carolyn M. Homer
           (i) Holly K. Victorson
           (j) Abigail Parr
    b) <u>Counsel for Corellium</u>
       (1) COLE SCOTT & KISSANE, P.A.
           (a) Barry Postman
           (b) Jonathan Vine
           (c) Justin B. Levine
           (d) Jeremy F. Goldstein
           (e) Lizza C. Constantine
       (2) HECHT PARTNERS LLP
           (a) David Hecht
           (b) Maxim Price

              (c)     Kathryn Lee Boyd
              (d)     Conor McDonough
              (e)     Minyao Wang
      (3)     CONSTANTINE CANNON LLP
              (a)     Seth D. Greenstein

## C. Experience with the Court System

26. Do you have strong opinions about lawsuits or the people/companies who bring them?

    a) If yes, what are your opinions about lawsuits?

27. Have you ever served on a jury before?

    a) If yes, how many times (including service as an alternate)?

    b) What type of case (criminal/civil)?

    c) Did you reach a verdict?

    d) Did you serve as foreperson?

    e) Was your jury experience positive or negative?

28. Have you ever been a plaintiff, defendant, or witness in a court case, lawsuit, or grievance proceeding?

    a) If yes, tell us about it?

    b) Were you satisfied with the outcome?

    c) Would anything about that experience affect your opinions of this case?

## D. Experience with and Knowledge about Technology

29. Have you, anyone in your family, or anyone close to you ever worked in the technology industry?

    a) Which companies have you/they worked for?

    b) What technologies have you/they worked with?

30. Do you have any background or training in any of the following areas:

    a) Computer engineering?

    b) Information technology?

4

        c)        Software development?

        d)        Computer or cyber security?

        e)        Security engineering?

31. Do you consider yourself tech savvy?

32. Do you have a smartphone (such as an iPhone or Android)?

        a)        If yes, which one(s)?

33. Do you have strong feelings or concerns about the security and privacy of your digital data?

34. Are you familiar with the concept of software "bugs"?

        a)        What do you know about software bugs?

        b)        Have you ever encountered a software bug?

        c)        Have you ever examined the code that relates to a software bug?

        d)        Have you ever reported a software bug to a software developer?

        e)        Have you ever sold a bug for money?

35. Are you familiar with the concept of "jailbreaking" as it pertains to iPhones?

        a)        Have you ever jailbroken an iPhone?

36. Are you familiar with the concepts of "open source" and "closed source" software?

        a)        Do you have any experience working with open source software?

        b)        Do you believe that all software should be open source software?

37. Are you familiar with the concept of software licenses?

        a)        Do you believe that if you are using software under a license, you are obligated to follow the terms of the license?

**E.    Views on Corporations**

38. Do you have strong feelings about big corporations, or have you had any negative experiences with large corporations? If so, please explain.

39. How strongly do you feel about this statement: In a case where a big

5

company sues a smaller company, I would start off rooting for the smaller company.

40. Do you believe that big corporations often take advantage of the little guy?

41. Have you ever felt cheated in a business situation?

    a) If so, please describe.

**F. Experience with Contracts**

42. Have you ever been involved in a dispute over a contract, or suffered negative consequences because of a contract?

    a) What happened?

    b) How were you affected?

    c) What advice would you give to someone about to enter a similar circumstance or situation?

43. Some people say contracts are important commitments. Others say what is important is how people work things out. What do you think?

**G. Business or Intellectual Property Ownership**

44. Have you or anyone you know ever owned or run a business?

    a) How big was the business?

    b) Was/is it successful?

    c) Have you ever been involved in litigation involving your business?

45. Do you own or have you ever registered a copyright?

    a) If so, how many copyrights have you registered or do you own?

    b) If so, what does/do the copyright(s) cover?

46. Do you have any strong opinions about copyrights or copyright infringement lawsuits?

    a) If yes, please tell us about that.

47. Do you own or have you ever been listed as an inventor on a patent?

        a)        If so, how many patents have you registered/do you own?

        b)        If so, what technology does/do the patent(s) cover?

48.      Do you own any other intellectual property?

49.      Do you have any familiarity with the Digital Millennium Copyright Act?

        a)        If so, what do you know about it?

## H. Miscellaneous

50.      If you had to classify yourself as a "rule breaker" or a "rule follower," which would you choose and why?

51.      Is there any reason you might find yourself leaning toward one side or the other in this case?

## I. Burden of Proof

52.      Do you understand that as juror, you are required to follow the law, even if you don't agree with it? Will you have any problem doing that?

53.      Will you accept the judge's instructions on what each party has to prove, even if it doesn't match your own instincts?

| | |
|---|---|
| Dated: August 9, 2021 | Respectfully Submitted, |
| | |
| Michele D. Johnson* | *s/ Martin B. Goldberg* |
| michele.johnson@lw.com | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | mgoldberg@lashgoldberg.com |
| (714) 540-1235 / (714) 755-8290 Fax | rdiaz@lashgoldberg.com |
| | Emily L. Pincow |
| Sarang Vijay Damle* | Florida Bar. No. 1010370 |
| sy.damle@lw.com | epincow@lashgoldberg.com |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| elana.nightingaledawson@lw.com | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL 33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |
| | |
| Andrew M. Gass* | |
| andrew.gass@lw.com | |
| Joseph R. Wetzel* | |
| joe.wetzel@lw.com | |
| LATHAM & WATKINS LLP | |
| 505 Montgomery Street, Suite 2000 | |
| San Francisco, CA 94111 | |
| (415) 391-0600 / (415) 395-8095 Fax | |
| | |
| Jessica Stebbins Bina* | |
| jessica.stebbinsbina@lw.com | |
| LATHAM & WATKINS LLP | |
| 10250 Constellation Blvd., Suite 1100 | |
| Los Angeles, CA 90067 | |
| (424) 653-5500 / (424) 653-5501 Fax | |
| | |
| Gabriel S. Gross* | |
| gabe.gross@lw.com | |
| LATHAM & WATKINS LLP | |
| 140 Scott Drive | |
| Menlo Park, CA 94025 | |
| (650) 463-2628 / (650) 463-2600 Fax | |
| | |
| *Admitted pro hac vice | |

*Attorneys for Plaintiff* APPLE INC.