UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case No: 9:19-cv-81160-RS

APPLE, INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

### CORELLIUM, LLC'S PROPOSED VOIR DIRE QUESTIONS

Defendant, Corellium, LLC ("Corellium"), by and through undersigned counsel, and pursuant to the Court's Order, ECF No. 988, hereby submits its Proposed Voir Dire Questions as follows:

### CORELLIUM'S PROPOSED VOIR DIRE QUESTIONS

- Who owns an iPhone or other Apple device?

- Who knows about Steve Jobs?

- Who has watched or read a biography about Steve Jobs?

- Who believes security and privacy for mobile devices is important?

- Who believes that there are individuals or companies, other than the manufacturers of software, that dedicate their career to making devices safer and more secure?

- Who believes that some large companies, in closed-door scenarios, may act very differently than the public image that they have built through their marketing departments?

- Who here is interested in computers, computer programing, gadgets, or cutting edge technology?

- Who here, when they hear the term hacker, immediately assumes that mean a bad person?
- Who here believes that the large tech giants, like Facebook, Google, Twitter, and Microsoft should control every facet of the security of their consumers?
- Who believes that those tech giants' customers could benefit and from others outside of their respective organizations?
- Who here believes that using a lawsuit to get what you want may be wrong in some scenarios?
- How do you trust the government with your privacy?
- Have you built something and then tried to sell it?
    - What was the experience that you took away from it?
- Who here follow the story about President Trump about being dropped from social media
    - Anyone willing to discuss their thoughts
    - Who agrees?
    - Who disagrees?
    - Who agrees with the power the big tech companies have?
- Who has started their own business?
- Who has jailbroken a phone?
- Do you know what the term jailbroken means?
- Republican/Democrat/Independent?

Dated: August 10, 2021

Respectfully Submitted,

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant Corellium, LLC*
Esperante Building

222 Lakeview Avenue, Suite 120<br>
West Palm Beach, Florida 33401<br>
Telephone (561) 612-3459<br>
Facsimile (561) 683-8977<br>
E-mail: justin.levine@csklegal.com<br>
E-mail: lizza.constantine@csklegal.com

By: *s/ Lizza Constantine*
JUSTIN B. LEVINE
Florida Bar No.: 106463
LIZZA C. CONSTANTINE
Florida Bar No.: 1002945

*and*

HECHT PARTNERS LLP
*Counsel for Defendant*
20 West 23rd St. Fifth Floor
New York, NY 10010
Tel: (212) 851-6821
David L. Hecht *pro hac vice*
Email: dhecht@hechtpartners.com
Maxim Prince *pro hac vice*
Email: mprice@hechtpartners.com

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on August 10, 2021, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

## SERVICE LIST

Martin B. Goldberg

mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow
epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,*
*Apple Inc.*