UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

Pursuant to the Court's Order at ECF No. 988, Apple sets forth below an assessment of the estimated time required for the trial of this action and the list of individuals Apple intends to call as witnesses.

**I.   ESTIMATED TIME REQUIRED FOR TRIAL**

Apple continues to believe that this action can be tried in two weeks. The estimated examination lengths Corellium provided, however, would result in a trial lasting closer to two-and-half to three weeks.

**II.   APPLE'S WITNESS LIST**

Below is a list of witnesses Apple intends to call, along with Apple's estimate of the length of each witness's direct examination testimony and Corellium's estimate of the length of each witness's cross-examination testimony. Apple reserves the right to call additional witnesses by deposition should they not appear at trial.

| Name | Description of Anticipated Testimony | Estimated Length |
|---|---|---|
| **Apple Fact Witnesses** | | |
| Jon Andrews | Mr. Andrews will testify regarding (1) the security measures that control access to or protect Apple's copyrights in | Direct Examination: 2 hours |

1

| | | |
|---|---|---|
| | iOS; (2) his interactions with Corellium and/or its cofounders; and (3) the acquisition discussions between Apple and Corellium. | Cross Examination: 3 hours |
| Craig Federighi | Mr. Federighi will testify regarding (1) his interactions with Corellium and/or its cofounders; and (2) the acquisition discussions between Apple and Corellium. | Direct Examination: 1 hour<br><br>Cross Examination: 1.5 hours |
| Ivan Krstić | Mr. Krstić will testify regarding (1) the security measures that control access to or protect Apple's copyrights in iOS; (2) the Apple Security Bounty Program, including the reports Chris Wade submitted; (3) his interactions with Corellium and/or its cofounders; and (4) the acquisition discussions between Apple and Corellium. | Direct Examination: 2.5 hours<br><br>Cross Examination: 3 hours |
| Sebastien Marineau-Mes | Mr. Marineau-Mes will testify regarding (1) Apple's iOS Software Licensing Agreement; (2) the Apple Security Bounty Program, including the reports Chris Wade submitted; (3) his interactions with Corellium and/or its cofounders; and (4) the acquisition discussions between Apple and Corellium. | Direct Examination: 1 hour<br><br>Cross Examination: 2 hours |
| Lee Peterson | Mr. Peterson will testify regarding each copyrighted version of iOS at issue in this case. | Direct Examination: 1.5 hours<br><br>Cross Examination: 1.5 hours |
| Jason Shirk (*by deposition*) | Mr. Shirk will testify regarding the Apple Security Bounty Program, including the reports Chris Wade submitted. | Apple's Designation: .7 hour<br><br>Corellium's Designation: .5 hour |

| Witness | Testimony | Time |
|---|---|---|
| Akila Srinivasan (*by deposition*) | Ms. Srinivasan will testify regarding the Apple Security Bounty Program, including the reports Chris Wade submitted. | Apple's Designation: .5 hour<br><br>Corellium's Designation: .5 hour |
| Azimuth Corporate Representative (*by deposition*) | Azimuth will testify regarding its business relationship with Corellium and its use of CORSEC iOS as both a customer and reseller. | Apple's Designation: 1 hour<br><br>Corellium's Designation: *In Corellium's Case* |
| **Apple Expert Witnesses** | | |
| Dr. Jason Nieh | Dr. Nieh will testify regarding the topics covered in his expert report, including the security measures that control access to or protect Apple's copyrights in iOS and how CORSEC iOS circumvents them. | Direct Examination: 3.5 hours<br><br>Cross Examination: 7 hours |
| Dr. Michael Siegel | Dr. Siegel will testify regarding the topics covered in his expert report, including background on the security research industry and how neither Corellium nor its customers engage solely in good-faith security research. | Direct Examination: 2 hours<br><br>Cross Examination: 2 hours |
| David Connelly | Mr. Connelly will testify regarding the topics covered in his expert report, including the potential range of actual and statutory damages if the jury concludes Corellium violated the DMCA. | Direct Examination: 2.5 hours<br><br>Cross Examination: 3 hours |

| | |
|---|---|
| Dated: August 10, 2021 | Respectfully Submitted, |
| Michele D. Johnson* | *s/ Martin B. Goldberg* |
| michele.johnson@lw.com | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | mgoldberg@lashgoldberg.com |
| (714) 540-1235 / (714) 755-8290 Fax | rdiaz@lashgoldberg.com |
| | Emily L. Pincow |
| Sarang Vijay Damle* | Florida Bar. No. 1010370 |
| sy.damle@lw.com | epincow@lashgoldberg.com |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| elana.nightingaledawson@lw.com | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL 33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |
| Andrew M. Gass* | |
| andrew.gass@lw.com | |
| Joseph R. Wetzel* | |
| joe.wetzel@lw.com | |
| LATHAM & WATKINS LLP | |
| 505 Montgomery Street, Suite 2000 | |
| San Francisco, CA 94111 | |
| (415) 391-0600 / (415) 395-8095 Fax | |
| Jessica Stebbins Bina* | |
| jessica.stebbinsbina@lw.com | |
| LATHAM & WATKINS LLP | |
| 10250 Constellation Blvd., Suite 1100 | |
| Los Angeles, CA 90067 | |
| (424) 653-5500 / (424) 653-5501 Fax | |
| Gabriel S. Gross* | |
| gabe.gross@lw.com | |
| LATHAM & WATKINS LLP | |
| 140 Scott Drive | |
| Menlo Park, CA 94025 | |
| (650) 463-2628 / (650) 463-2600 Fax | |

*\*Admitted pro hac vice*

*Attorneys for Plaintiff* APPLE INC.