UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case No: 9:19-cv-81160-RS

APPLE, INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

Pursuant to the Court's Order at ECF No. 988, Corellium sets forth below an assessment of the estimated time required for trial of this action and the list of individuals Corellium intends to call as witnesses.

## I. ESTIMATED TIME REQUIRED FOR TRIAL

Two weeks.

## II. CORELLIUM'S WITNESS LIST

Below is a list of witness Corellium intends to call, along with Corellium's estimate of the length of each witness's direct examination testimony and Apple's estimate of the length of each witness cross examination testimony. Corellium reserves the right to call additional witnesses by deposition should they not appear live at trial.

| Proposed Witness | Description of Anticipated Testimony | Live/Depo/Video | Direct | Cross |
|---|---|---|---|---|
| Christopher Wade | Mr. Wade will testify regarding the founding of Corellium and | L | 6 hrs. | 2 hrs. |

| | | | | |
|---|---|---|---|---|
| | other related companies he founded, his interactions with Apple, and acquisition discussions he had with Apple. | | | |
| Amanda Gorton | Ms. Gorton will testify regarding the founding of Corellium and other related companies, her interactions with Apple, Corellium's marketing and sales practices, and her role as CEO of Corellium. | L | 5 hrs. | 2 hrs. |
| Stanislaw Skowronek | Mr. Skownorek will testify regarding the founding and development of Corellium, and his interactions with Apple. | L | 1.5 hrs. | 1.5 hrs. |
| David Wang | Mr. Wang will testify regarding the founding and development of Corellium, and his interactions with Apple. | L | 1 hr. | 1.5 hrs. |
| Stephen Dyer | Mr. Dyer will testify regarding Corellium's customers and marketing and sales practices. | L | 2 hrs. | 1 hrs. |

| | | | | |
|---|---|---|---|---|
| Azimuth | Azimuth will testify regarding its business relationship with Corellium. | D/V | 1 hr. | |
| Mark Templeton | Mr. Templeton will testify regarding his role as Corellium's advisor and his knowledge of Mr. Wade's previous technology. | L | 1.5 hrs. | 0.5 hrs. |
| Alex Stamos | Mr. Stamos will testify regarding the topics covered in his expert report. | L | 1.5 hrs. | 1.5 hrs. |
| James Olivier | Mr. Olivier will testify regarding the topics covered in his expert report as Corellium's Technological Expert | L | 2 hrs. | 1.5 hrs. |
| Stewart Applerouth | Mr. Appelrouth will testify regarding the topics covered in his expert report as Corellium's Financial Expert | L | 1.5 hrs. | 1.5 hrs. |

Dated: August 10, 2021                Respectfully Submitted,

                                                COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant Corellium, LLC*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459

        Facsimile (561) 683-8977
        E-mail: justin.levine@csklegal.com
        E-mail: lizza.constantine@csklegal.com

By: *s/ Lizza Constantine*
    JUSTIN B. LEVINE
    Florida Bar No.: 106463
    LIZZA C. CONSTANTINE
    Florida Bar No.: 1002945

*and*

HECHT PARTNERS LLP
*Counsel for Defendant*
20 West 23rd St. Fifth Floor
New York, NY 10010
Tel: (212) 851-6821
David L. Hecht *pro hac vice*
Email: dhecht@hechtpartners.com
Maxim Prince *pro hac vice*
Email: mprice@hechtpartners.com

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on August 10, 2021, the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. It is also certified the foregoing document is being served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by some other authorized manner, or a combination thereof, so as to comply with the requirements of Local Rule 5.4 and other applicable rules and procedures.

## SERVICE LIST

Martin B. Goldberg
mgoldberg@lashgoldberg.com
rdiaz@lashgoldberg.com
Emily L. Pincow

epincow@lashgoldberg.com
gizquierdo@lashgoldberg.com
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131

Kathryn Ruemmler (*pro hac vice*)
kathryn.ruemmler@lw.com
Sarang Vijay Damle (*pro hac vice*)
sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
elana.nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004

Andrew M. Gass (*pro hac vice*)
andrew.gass@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Jessica Stebbins Bina (*pro hac vice*)
jessica.stebbinsbina@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

*Attorneys for Plaintiff,
Apple Inc.*