UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

Pursuant to the Court's Order at ECF No. 988, Plaintiff Apple Inc. conferred with Defendant Corellium, LLC both via telephone and via email on multiple occasions regarding the concise, non-argumentative statement of the case to be read to the jury in connection with voir dire. Despite the parties' efforts, the parties have not reached agreement on a proposed statement. As such, the parties now submit their separate statements for the Court's consideration.

### Apple's Statement

Apple proposes the statement regarding Apple's DMCA claims the parties already agreed to in the proposed joint jury instructions. *See* ECF No. 889 at 25–26. That statement is as follows:

> This is a civil case. The Plaintiff, Apple, claims the Defendant, Corellium, developed and sells technology that violates two provisions in a federal law called the Digital Millennium Copyright Act, which I'll refer to as the "DMCA." Corellium denies that it violates any portion of the DMCA. Corellium also raises several defenses to Apple's claims.

Apple objects to Corellium's proposed statement because it discusses Corellium's defenses in an argumentative fashion, in contravention of the Court's requirement for this statement.

### Corellium's Statement

Corellium proposes the following statement:

> This is a civil case. The Plaintiff, Apple, claims the Defendant, Corellium, developed and sells technology that violates two

provisions in a federal law called the Digital Millennium Copyright Act, which I'll refer to as the "DMCA." Corellium denies that it violates any portion of the DMCA. Apple must prove that Corellium violates the DMCA. Corellium also raises several defenses to Apple's claims that Corellium must prove if Apple succeeds in proving its case. Corellium's defenses include defenses that are available in the DMCA law itself, for instance that Corellium's product enables interoperability, as well as other defenses that are available to Corellium.

Dated: August 10, 2021

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel*
*joe.wetzel@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*\*Admitted pro hac vice*

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

3

Dated: August 10, 2021                    Respectfully submitted,

                                                COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant CORELLIUM, LLC*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail: jonathan.vine@csklegal.com
Primary e-mail: justin.levine@csklegal.com
Primary e-mail: lizza.constantine@csklegal.com

By:  s/ *Justin B. Levine*
JONATHAN VINE
Florida Bar. No.: 10966
JUSTIN B. LEVINE
Florida Bar No.:  106463
LIZZA C. CONSTANTINE
Florida Bar No.:  1002945

   and

HECHT PARTNERS LLP
*Counsel for Defendant*
125 Park Ave, 25th Floor
New York, NY 10017
Tel: (212) 851-6821
David L. Hecht *pro hac vice*
Email: dhecht@hechtpartners.com
Maxim Price *pro hac vice*
Email: mprice@hechtpartners.com
Lee Boyd *pro hac vice*
Email:lboyd@hechtpartners.com

   and

CONSTANTINE CANNON LLP
*Counsel for Defendant*
1001 Pennsylvania Ave, NW, Suite 130
Washington, DC 20004
Tel: (202) 204-3514
Seth D. Greenstein *pro hac vice*
Email: sgreenstein@constantinecannon.com