AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 19-cv-81160-RS    DATE FILED 8/15/2019 | United States District Court<br>Southern District of Florida |
| PLAINTIFF<br>Apple Inc. | DEFENDANT<br>Corellium, LLC |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 TX 8-205-229 | | |
| 2 TX 8-205-204 | | |
| 3 TX 8-344-158 | | |
| 4 TX 8-609-048 | | |
| 5 TX 8-584-724 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Angela E. Noble | (BY) DEPUTY CLERK<br>s/ Carlos Davis | DATE<br>8/13/2021 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE, INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.
_____/

## NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on a *sua sponte* review of the record. The Minute Entry for Proceedings Held Before Magistrate Judge William Matthewman [DE 1003] indicates that this matter has been settled in full. Upon consideration, it is hereby

**ORDERED** that

1. The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **August 16, 2021**. Failure to comply with this Order shall result in the final dismissal with prejudice of this case.

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of August, 2021.

*/s/ Rodney Smith*

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record