# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:19-cv-81160-RS

APPLE INC.,

                          Plaintiff,

    v.

CORELLIUM, LLC,

                          Defendant.

## PLAINTIFF APPLE INC.'S MOTION TO FILE UNDER SEAL APPLE'S NOTICE REGARDING PARTIAL SETTLEMENT AND FORTHCOMING STIPULATION FOR PARTIAL DISMISSAL AND REQUEST FOR ENTRY OF JUDGMENT AND INCORPORATED MEMORANDUM OF LAW

Plaintiff, Apple Inc., by and through undersigned counsel, pursuant to S.D. Fla. Local Rule 5.4, respectfully moves this Court for an order authorizing the filing under seal of Apple's Notice Regarding Partial Settlement and Forthcoming Stipulation for Partial Dismissal and Request for Entry of Judgment ("Notice").  In support of this request, Apple states as follows:

1.      On August 10, 2021, the Parties entered into a confidential settlement agreement. *See* ECF No. 1003.

2.      The Notice contains confidential information regarding the parties' settlement agreement.

**WHEREFORE** Apple respectfully requests that the Notice remain under seal through the final resolution of this matter, including during any period of appeal taken by any party, except as ordered by this Court or required by law.

A proposed order is submitted herewith.

## <u>LOCAL RULE 7.1(A)(3) CERTIFICATION</u>

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via telephone with counsel for Defendant on August 15, 2021, regarding the relief sought herein.  Defendant does not oppose.

Dated: August 15, 2021

Respectfully Submitted,

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice*

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

3