**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:19-cv-81160-RS

APPLE INC.,

       Plaintiff,

v.

CORELLIUM, LLC,

       Defendant.

**PROPOSED ORDER GRANTING PLAINTIFF APPLE INC.'S
UNOPPOSED MOTION TO FILE UNDER SEAL APPLE'S NOTICE
REGARDING PARTIAL SETTLEMENT AND FORTHCOMING STIPULATION
FOR PARTIAL DISMISSAL AND REQUEST FOR ENTRY OF JUDGMENT**

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion to File Under Seal Apple's Notice Regarding Partial Settlement and Forthcoming Stipulation for Partial Dismissal and Request for Entry of Judgment. Being fully advised in the premises, and noting that Defendant Corellium, LLC does not oppose the relief sought, it is

**ORDERED AND ADJUDGED** that the Motion to Seal is hereby **GRANTED**. Plaintiff Apple Inc. is given leave to file the Notice Regarding Partial Settlement and Forthcoming Stipulation for Partial Dismissal and Request for Entry of Judgment under seal. The sealed materials shall remain under seal until further Court order.

**DONE AND ORDERED** in Fort Lauderdale, Florida this __ of August, 2021.

                                          **RODNEY SMITH**
                                          **UNITED STATES DISTRICT JUDGE**