UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

  v.

CORELLIUM, LLC,

        Defendant.

**JOINT MOTION FOR ENTRY OF (1) ORDER RETAINING JURISDICTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT, AND (2) FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58, AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff Apple Inc. and Defendant Corellium, LLC, by and through undersigned counsel, respectfully move this Court for the entry of an order retaining jurisdiction to enforce the parties' settlement agreement and, once that order is entered, the entry of final judgment in this Action pursuant to Federal Rule of Civil Procedure 58. In support of this request, the parties state as follows:

1. In this Action, Apple brought four claims against Corellium—three for copyright infringement under 17 U.S.C. §§ 501 and 503–505, and one for a violation of the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. §§ 1201 and 1203. *See* ECF No. 589 ¶¶ 51–77. Corellium brought twelve counterclaims against Apple. *See* ECF No. 599 at 37–57.

2. On December 29, 2020, the Court entered summary judgment in favor of Corellium on Apple's copyright infringement claims. *See* ECF No. 784.

3. On August 10, 2021, the parties entered into a settlement agreement. *See* ECF No. 1003.

4. On August 16, 2021, the parties conditionally stipulated that: (1) Apple will dismiss with prejudice its claim under the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201(a)(2), (b), and 1203 (Second Amended Complaint, Count 4); (2) Corellium will dismiss with prejudice its counterclaims against Apple; (3) both sides release all claims for monetary damages, attorneys' fees, and costs, past, present, and future relating to this case or any appeal in this case; and (4) Apple preserves and retains its right to appeal the Court's order granting summary judgment to Corellium on Apple's copyright claims as to the injunctive relief only. *See* ECF No. 1010. The parties conditioned the effectiveness of the stipulation on the entry of an order by this Court retaining jurisdiction to enforce the parties' settlement agreement.

5. In light of the foregoing, the parties respectfully request that the Court enter an order retaining jurisdiction to enforce the parties' settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994); *see also Anago Franchising, Inc. v. Shaz, LLC* 677 F.3d 1272, 1280 (11th Cir. 2012); *see also Am. Disability Ass'n, Inc. v. Chmielarz*, 289 F.3d 1315, 1320–21 (11th Cir. 2002). A proposed order is submitted herewith.

6. Once the Court has entered an order retaining jurisdiction to enforce the parties' settlement agreement, the parties' joint stipulation shall become effective and the only claims that will remain in this Action are Apple's claims for direct and contributory copyright infringement as to the injunctive relief only under 17 U.S.C. § 501 (Apple's First, Second, and Third Claims for

1

Relief), ECF No. 589 ¶¶ 51–70, as to which the parties agree Apple has the right to appeal the Court's order granting summary judgment to Corellium as to injunctive relief only. Although those remaining claims were resolved by the Court's December 29, 2020 summary judgment order, ECF No. 784, no final judgment pursuant to Rule 58 has been entered yet.

7. Federal Rule of Civil Procedure 58(d) allows parties to "request that judgment be set out in a separate document as required by Rule 58(a)." Federal Rule of Civil Procedure 58(a), in turn, states that, with exceptions inapplicable here, "[e]very judgment and amended judgment must be set out in a separate document."

8. In light of the foregoing, the parties respectfully request that, once the Court has entered an order retaining jurisdiction to enforce the parties' settlement agreement, the Court enter final judgment in this case pursuant to Federal Rule of Civil Procedure 58. A proposed final judgment is submitted herewith.

| | |
|---|---|
| Dated: August 16, 2021 | Respectfully Submitted, |
| Michele D. Johnson* | *s/ Martin B. Goldberg* |
| michele.johnson@lw.com | |
| LATHAM & WATKINS LLP | Martin B. Goldberg |
| 650 Town Center Drive, 20th Floor | Florida Bar No. 0827029 |
| Costa Mesa, CA 92626 | mgoldberg@lashgoldberg.com |
| (714) 540-1235 / (714) 755-8290 Fax | rdiaz@lashgoldberg.com |
| | Emily L. Pincow |
| Sarang Vijay Damle* | Florida Bar. No. 1010370 |
| sy.damle@lw.com | epincow@lashgoldberg.com |
| Elana Nightingale Dawson* | LASH & GOLDBERG LLP |
| elana.nightingaledawson@lw.com | 100 Southeast Second Street |
| LATHAM & WATKINS LLP | Miami, FL 33131 |
| 555 Eleventh Street NW, Suite 1000 | (305) 347-4040 / (305) 347-4050 Fax |
| Washington, DC 20004 | |
| (202) 637-2200 / (202) 637-2201 Fax | |
| | |
| Andrew M. Gass* | |
| andrew.gass@lw.com | |
| Joseph R. Wetzel* | |
| joe.wetzel@lw.com | |
| LATHAM & WATKINS LLP | |
| 505 Montgomery Street, Suite 2000 | |
| San Francisco, CA 94111 | |
| (415) 391-0600 / (415) 395-8095 Fax | |
| | |
| Jessica Stebbins Bina* | |
| jessica.stebbinsbina@lw.com | |
| LATHAM & WATKINS LLP | |
| 10250 Constellation Blvd., Suite 1100 | |
| Los Angeles, CA 90067 | |
| (424) 653-5500 / (424) 653-5501 Fax | |
| | |
| Gabriel S. Gross* | |
| gabe.gross@lw.com | |
| LATHAM & WATKINS LLP | |
| 140 Scott Drive | |
| Menlo Park, CA 94025 | |
| (650) 463-2628 / (650) 463-2600 Fax | |

*Admitted pro hac vice*

*Attorneys for Plaintiff* APPLE INC.

3

Dated: August 16, 2021

Respectfully submitted,

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant CORELLIUM, LLC*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail: jonathan.vine@csklegal.com
Primary e-mail: justin.levine@csklegal.com
Primary e-mail: lizza.constantine@csklegal.com

By: *s/ Justin B. Levine*
JONATHAN VINE
Florida Bar. No.: 10966
JUSTIN B. LEVINE
Florida Bar No.: 106463
LIZZA C. CONSTANTINE
Florida Bar No.: 1002945

and

HECHT PARTNERS LLP
*Counsel for Defendant*
125 Park Ave, 25th Floor
New York, NY 10017
Tel: (212) 851-6821
David L. Hecht *pro hac vice*
Email: dhecht@hechtpartners.com
Maxim Price *pro hac vice*
Email: mprice@hechtpartners.com
Lee Boyd *pro hac vice*
Email:lboyd@hechtpartners.com

and

CONSTANTINE CANNON LLP
*Counsel for Defendant*
1001 Pennsylvania Ave, NW, Suite 1300
Washington, DC 20004
Tel: (202) 204-3514
Seth D. Greenstein *pro hac vice*
Email: sgreenstein@constantinecannon.com