## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

### [PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION AND RETAINING JURISDICTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT

**THIS CAUSE** comes before the Court on the Parties' Joint Motion for Entry of (1) Order Retaining Jurisdiction to Enforce the Parties' Settlement Agreement, and (2) Final Judgment Pursuant to Federal Rule of Civil Procedure 58. Being fully advised, and noting that the Parties have jointly requested the relief sought, it is:

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Without in any way affecting the finality of the forthcoming Final Judgment in this Action, this Court hereby retains exclusive jurisdiction as to all matters relating to the interpretation, administration, implementation, effectuation and/or enforcement of the parties' settlement agreement in this case. The Court shall separately enter Final Judgment in this Action.

**DONE AND ORDERED** in Fort Lauderdale, Florida this ___ of August, 2021.

                                                    _____
                                                    **RODNEY SMITH**
                                                    **UNITED STATES DISTRICT JUDGE**