## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

### [PROPOSED] FINAL JUDGMENT

On December 29, 2020, this Court entered summary judgment in favor of Defendant Corellium, LLC on Plaintiff Apple Inc.'s claims for Direct Federal Copyright Infringement (Computer Programs), Direct Federal Copyright Infringement (Graphical User Interface Elements), and Contributory Federal Copyright Infringement under 17 U.S.C. § 501 (Second Amended Complaint, Counts 1–3, respectively).  ECF No. 784.  The parties have now stipulated that: (1) Apple will dismiss with prejudice its claim under the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201(a)(2), (b), and 1203 (Second Amended Complaint, Count 4); (2) Corellium will dismiss with prejudice its counterclaims against Apple; (3) both sides release all claims for monetary damages, attorneys' fees, and costs, past, present, and future relating to this case or any appeal in this case; and (4) Apple preserves and retains its right to appeal the Court's order granting summary judgment to Corellium on Apple's copyright claims as to the injunctive relief only.  The parties have now asked the Court to enter a separate Final Judgment in this Action.

Accordingly, the Court hereby directs the Clerk of Court to enter a Final Judgment stating:

(1) Both parties' requests for monetary damages, attorneys' fees, and costs have been stricken and/or released with prejudice pursuant to the parties' stipulation;

(2) Judgment is entered for Corellium and against Apple as to Apple's claims for direct and contributory copyright infringement against Corellium in accordance with the Court's December 29, 2020 Order granting summary judgment. Apple preserves and retains its right to appeal the Court's Order as to the injunctive relief only;

(3) Apple's claim against Corellium under the Digital Millennium Copyright Act has been dismissed with prejudice pursuant to the parties' stipulation;

(4) Corellium's counterclaims against Apple have been dismissed with prejudice pursuant to the parties' stipulation; and

(5) Each party shall bear its own fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida this ___ of August, 2021.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**