UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

       Plaintiff,

v.

CORELLIUM, LLC,

       Defendant.

### ORDER GRANTING THE PARTIES' JOINT MOTION AND RETAINING JURISDICTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT

This cause comes before the Court on the Parties' Joint Motion for Entry of (1) Order Retaining Jurisdiction to Enforce the Parties' Settlement Agreement, and (2) Final Judgment Pursuant to Federal Rule of Civil Procedure 58 [DE 1011]. Upon consideration, it is:

**ORDERED** that the Motion [DE 1011] is hereby **GRANTED**. Without in any way affecting the finality of the forthcoming Final Judgment in this Action, this Court hereby retains exclusive jurisdiction until **August 17, 2022** as to all matters relating to the interpretation, administration, implementation, effectuation and/or enforcement of the parties' settlement agreement in this case. The Court shall separately enter Final Judgment in this Action.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 17th of August, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE