# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

**FILED BY** AP **D.C.**

**Aug 19, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

August 19, 2021

Jessica Stebbins Bina
Latham & Watkins LLP
10250 CONSTELLATION BLVD STE 1100
LOS ANGELES, CA 90067

Sarang Vijay Damle
Latham & Watkins, LLP
555 11TH ST NW STE 1000
WASHINGTON, DC 20004

Andrew Gass
Latham & Watkins, LLP
505 MONTGOMERY ST STE 2000
SAN FRANCISCO, CA 94111-6538

Martin Barry Goldberg
Lash & Goldberg, LLP
100 SE 2ND ST STE 1200
33131
MIAMI, FL 33131

Gabriel S. Gross
Latham & Watkins, LLP
140 SCOTT DR
MENLO PARK, CA 94025-1008

Michele D. Johnson
Latham & Watkins, LLP
650 TOWN CENTER DR STE 2400
COSTA MESA, CA 92626

Elana Nightingale Dawson
Latham & Watkins, LLP
555 11TH ST NW STE 1000
WASHINGTON, DC 20004

Emily Louise Pincow
Lash & Goldberg, LLP
100 SE 2ND ST STE 1200
33131
MIAMI, FL 33131

Kathryn Helen Ruemmler
Latham & Watkins, LLP
555 11TH ST NW STE 1000
WASHINGTON, DC 20004

Joseph Richard Wetzel
Latham & Watkins, LLP
505 MONTGOMERY ST STE 2000
SAN FRANCISCO, CA 94111-6538

Appeal Number: 21-12835-D
Case Style: Apple, Inc. v. Corellium, LLC
District Court Docket No: 9:19-cv-81160-RS

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing, are available at www.ca11.uscourts.gov.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be admitted to the bar of this Court, admitted for this particular proceeding pursuant to 11th Cir. R. 46-3, or admitted pro hac vice pursuant to 11th Cir. R. 46-4. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must file an Appearance of Counsel form within 14 days. The [Application for Admission to the Bar](#) and [Appearance of Counsel Form](#) are available at www.ca11.uscourts.gov. The clerk generally may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6(b).

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

MEDIATION. If a Civil Appeal Statement is required to be filed, your appeal and all related matters will be considered for mediation by the Kinnard Mediation Center. The mediation services are free and the mediation process is confidential. You may confidentially request

mediation by calling the Kinnard Mediation Center at 404-335-6260 (Atlanta) or 305-714-1900 (Miami). See 11th Cir. R. 33-1.

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See FRAP 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default(s) noted below have been corrected:

File a Transcript Information Form, as required by Fed.R.App.P. 10(b)(1); a Transcript Information Form is available from the district court clerk. Appellant is required to file and serve copies of the form in accordance with the instructions included on the form. UNLESS A TRANSCRIPT IS ORDERED, APPELLANT'S BRIEF MUST BE SERVED AND FILED WITHIN 40 DAYS FROM **08/17/2021**. See 11th Cir. R. 12-1 and 31-1.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Scott O'Neal, D/tjs
Phone #: (404) 335-6189

DKT-2 Appeal WITH Deficiency

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

                Plaintiff,

v.

CORELLIUM, LLC,

                Defendant.

## PLAINTIFF APPLE INC.'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Apple Inc. hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered in this action on August 17, 2021 (ECF No. 1013) as to Apple's claims for copyright infringement (First, Second, and Third Claim for Relief in the Second Amended Complaint, ECF No. 589) and all other orders and decisions antecedent and ancillary thereto, including all rulings, reports, recommendations, and opinions that merged into and became part of the Final Judgment and upon which the Final Judgment is based—including but not limited to the District Court's Order on the Parties' Motion for Summary Judgment entered on December 29, 2020 (ECF Nos. 783, 784).