UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-RS

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**PLAINTIFF APPLE INC.'S UNOPPOSED MOTION FOR TRANSCRIPT**

Plaintiff Apple Inc., by and through undersigned counsel, respectfully moves this Court for an order authorizing the transcription of the sealed portion of the February 27, 2020 hearing held before Magistrate Judge William Matthewman and permitting the parties to obtain copies of the same. Apple does not seek the unsealing of the requested transcript. In support of this motion, Apple states as follows:

1. On February 27, 2020, a hearing was held before the Honorable Judge William Matthewman on three motions filed by the parties related to discovery: (1) Corellium, LLC's Motion for Reconsideration of Court's Order to Answer Interrogatory and Produce Documents (ECF No. 172); (2) Apple's Motion for Protective Order Barring Deposition of Plaintiff's Apex Employee (ECF No. 158); and (3) Apple's Motion to Sustain Objection to Disclosure of Designated Material Pursuant to Protective Order (ECF No. 177). *See* ECF No. 204.

2. On August 17, 2021, the Court entered final judgment in this matter. ECF No. 1013. The same day, Apple filed a notice of appeal, thereby initiating its appeal of the final

judgment to the Eleventh Circuit.  *See* ECF No. 1014.

3.     On August 30, 2021, Apple filed the requisite Eleventh Circuit Transcript Information Form in this Court and before the Eleventh Circuit.  *See* ECF No. 1016.  In the Transcript Information Form, Apple indicated that it is ordering the transcript for the sealed portion of the February 27, 2020 discovery hearing.  *See id.*

4.     Counsel for Apple contacted the Court Reporter who transcribed the hearing as well as this Court's Court Reporter Scheduling Coordinator regarding Apple's transcript order.  Both the Court Reporter and the Scheduling Coordinator advised counsel that, before a sealed hearing may be transcribed, the Court must issue an order permitting the transcription of the sealed hearing.

Accordingly, Apple respectfully requests that this Court enter an order authorizing the transcription of the sealed portion of the February 27, 2020 hearing and permitting the parties to obtain copies of the transcript upon payment of any required costs.

## **LOCAL RULE 7.1(A)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel verifies that counsel for Plaintiff conferred via email with counsel for Defendant on August 31, 2021 and September 1, 2021, regarding the relief sought herein.  Defendant does not oppose.

Dated: September 1, 2021

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel
*joe.wetzel@lw.corm*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

3