UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-81160-Smith/Matthewman

APPLE INC.,

      Plaintiff,

v.

CORELLIUM, LLC,

      Defendant.

### ORDER GRANTING PLAINTIFF APPLE INC.'S UNOPPOSED MOTION FOR TRANSCRIPT [DE 1017]

**THIS CAUSE** comes before the Court on Plaintiff Apple Inc.'s Unopposed Motion for Transcript ("Motion"). Being fully advised in the premises, and noting that Defendant Corellium, LLC does not oppose relief sought, it is

**ORDERED AND ADJUDGED** that the Motion [DE 1017] is hereby **GRANTED**. The Court Reporter is hereby instructed to (1) transcribe the sealed portion of the hearing held on February 27, 2020, and (2) make the transcript of the sealed portion of the February 27, 2020 hearing available to counsel for Plaintiff Apple Inc. and counsel for Defendant Corellium, LLC upon the receipt of payment of any required costs. The Clerk of the Court is hereby instructed to keep the sealed portion of the transcript sealed.

**DONE AND ORDERED** this 1st day of September, 2021, at West Palm Beach, Palm Beach County in the Southern District of Florida.

*/s/ William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge
