UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.
_____/

### ORDER SETTING TRIAL AND PRETRIAL DEADLINES

It is **ORDERED** that:

1. This case is set for the two-week trial period beginning **December 4, 2023 at 9:00 a.m.** before the undersigned at the U.S. Federal Building and Courthouse, 299 E. Broward Blvd., Courtroom 202, Fort Lauderdale, FL 33301. Calendar Call is set for **November 28, 2023 at 9:00 a.m.**

2. The parties shall file their joint Pretrial Stipulation, including witness and exhibit lists, joint jury instructions, and joint verdict form by **October 23, 2023**.

3. All motions *in limine* shall be filed by **October 23, 2023**. All motions *in limine* and the responses shall be limited to one page per issue.

4. All deposition designations and counter-designations shall be filed by **October 16, 2023**. The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with the deadline and the meet and confer may result in objections being stricken or other appropriate sanctions.

DONE AND ORDERED in Fort Lauderdale, Florida this 2nd day of October, 2023.

                                                      RODNEY SMITH
                                                      UNITED STATES DISTRICT JUDGE

cc: Counsel of Record