UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE INC.,

    Plaintiff,

v.

CORELLIUM, LLC,

    Defendant.

_____/

**ORDER ON NOTICE OF WITHDRAWAL OF JURY DEMAND
AND MOTION FOR SUPPLEMENTAL BRIEFING**

This matter is before the Court on Corellium's Notice of Withdrawal of Demand for Jury Trial and Motion for Supplemental Briefing [DE 1025], Plaintiff's Response [DE 1026], and Corellium's Reply [DE 1027]. Upon consideration, it is

ORDERED that:

1.    The Motion for Supplemental Briefing [DE 1025] is **GRANTED IN PART.** By **November 20, 2023**, the parties may submit trial briefs, of no more than five pages, double spaced, in 12-point font, addressing the effect of the Eleventh Circuit's opinion on Counts Two and Three.

2.    Pursuant to the withdrawal of demand for jury, the parties shall file their Findings of Fact and Conclusions of Law by **November 17, 2023.**

DONE AND ORDERED in Fort Lauderdale, Florida this 6th day of November, 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record