UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81160-CIV-SMITH

APPLE, INC.,

    Plaintiff,
vs.

CORELLIUM, INC.,

    Defendant.
_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

This matter is before the Court on the Magistrate Judge's paperless minute entry for the In-Person Settlement Conference held on December 11, 13, and 14, 2023 [DE 1187], which indicates that the parties have reached a settlement. Accordingly, it is

**ORDERED** that:

1.    The parties shall file their joint agreed motion for entry of final order dismissing all remaining counts with prejudice, with each party to bear its own costs and attorneys' fees and authorizing the parties to comply with their confidential settlement agreement on or before **December 28, 2023.** Failure to do so may result in final dismissal of this matter without further notice.

2.    All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3.    This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of December, 2023.

                                                        RODNEY SMITH
                                                        UNITED STATES DISTRICT JUDGE

cc:    counsel of record