```
                     UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA

                       CASE NO. 19-CV-81160-RS

APPLE, INC.,
                                         West Palm Beach, Florida
                Plaintiff(s),
                                         December 11, 2023
           vs.

CORELLIUM, LLC,

                Defendant(s).      Pages 1 - 8
------------------------------------------------------------

                        SETTLEMENT CONFERENCE
           TRANSCRIBED FROM DIGITAL AUDIO RECORDING
           BEFORE THE HONORABLE WILLIAM MATTHEWMAN
                  UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE PLAINTIFF(S):   MICHELE D. JOHNSON, ESQ.
                        LATHAM & WATKINS, LLP
                        650 Town Center Drive
                        Costa Mesa, CA 92626
                        (714) 540-1235
                        michele.johnson@lw.com


                        ELANA NIGHTINGALE DAWSON, ESQ.
                        LATHAM & WATKINS, LLP
                        555 Eleventh Street NW
                        Washington, DC 20004
                        (202) 637-2303
                        elana.nightingaledawson@lw.com


                        ANDREW M. GASS, ESQ.
                        LATHAM & WATKINS, LLP
                        505 Montgomery Street
                        San Francisco, CA 94111
                        (415) 391-0600
                        andrew.gass@lw.com
```

```
 1    APPEARANCES (CONT'D)

 2

 3    FOR THE PLAINTIFF(S):    MARTIN B. GOLDBERG, ESQ.
                               LASH & GOLDBERG, LLP
 4                             100 SE 2nd Street
                               Miami, FL 33131
 5                             305-347-4040
                               mgoldberg@lashgoldberg.com
 6

 7
      FOR THE DEFENDANT(S):    SETH D. GREENSTEIN, ESQ.
 8                             CONSTANTINE CANNON, LLP
                               1001 Pennsylvania Avenue, NW
 9                             Washington, DC 20004
                               (202) 204-3514
10                             sgreenstein@constantinecannon.com

11

12                             JUSTIN B. LEVINE, ESQ.
                               COLE SCOTT & KISSANE, P.A.
13                             222 Lakeview Avenue
                               West Palm Beach, FL 33401
14                             (561) 383-9200
                               justin.levine@csklegal.com
15

16
                               DAVID L. HECHT, ESQ.
17                             HECHT PARTNERS, LLP
                               125 Park Avenue
18                             New York, NY 10017
                               (212) 851-6821
19                             dhecht@hechtpartners.com

20

21    TRANSCRIBED BY:          Joanne Mancari, RPR, CRR, CSR
                               Court Reporter
22                             jemancari@gmail.com

23

24

25
```

1  Thereupon,
2  the following proceedings were held:
3          THE DEPUTY CLERK: Calling case No. 19 81160, CV
4  Smith/Matthewman. Apple, Inc. v. Corellium, LLC.
5          THE COURT: All right. So let's do this first. We
6  are on the record. Let's get appearances from counsel and the
7  parties.
8          Who is here on behalf of the plaintiff Apple, Inc.?
9          MS. JOHNSON: Good morning, your Honor. Michele
10 Johnson, Latham & Watkins, on behalf of Apple.
11         MR. GASS: Andy Gass, Latham & Watkins, on behalf of
12 Apple.
13         MS. DAWSON: Elana Nightingale Dawson, Latham &
14 Watkins, on behalf of Apple.
15         MR. GOLDBERG: And, Judge, Martin Goldberg, Lash
16 Goldberg, on behalf of Apple. Good morning.
17         THE COURT: All right. Who is the corporate
18 representative here for Apple?
19         MR. KOEHLER: Jesse Koehler, your Honor, senior
20 counsel in-house at Apple.
21         THE COURT: All right. Could you state your first
22 name?
23         MR. KOEHLER: Jesse, J-E-S-S-E.
24         THE COURT: How do you spell your last name?
25         MR. KOEHLER: Koehler, K-O-E-H-L-E-R.

```
 1              THE COURT:  K-O-E-H-L-E-R, and you are, tell me again,
 2   please.
 3              MR. KOEHLER:  Sure.  Senior counsel, IP litigation,
 4   in-house at Apple.
 5              THE COURT:  All right.  Is there any other
 6   representative for Apple or are you it?
 7              MR. KOEHLER:  Just me today.
 8              THE COURT:  All right.  Do you have full authority to
 9   settle the case without asking the permission of others?
10              MR. KOEHLER:  I do, your Honor.
11              THE COURT:  All right.  Thank you, sir.  Have a seat.
12              OK.  Is that everybody from the Apple side?
13              MS. JOHNSON:  Yes.
14              THE COURT:  All right.  Let's go over to the Corellium
15   side.
16              Who do we have here representing Corellium?
17              MR. GREENSTEIN:  Good morning, your Honor.  Seth
18   Greenstein, from Constantine Cannon, representing Corellium.
19              MR. HECHT:  Good morning, your Honor.  David Hecht,
20   from Hecht Partners, representing Corellium.
21              MR. LEVINE:  Good morning, your Honor.  Justin Levine,
22   from Cole Scott & Kissane, representing Corellium.
23              THE COURT:  All right.  Good morning to all of you.
24              Who is the corporate representative on behalf of
25   Corellium today?
```

```
 1                MR. TEMPLETON:  I am, your Honor.  Good morning.  Mark
 2    Templeton.
 3                THE COURT:  All right.  How do you spell your first
 4    name?
 5                MR. TEMPLETON:  M-A-R-K.
 6                THE COURT:  And your last name, please?
 7                MR. TEMPLETON:  T-E-M-P-L-E-T-O-N.
 8                THE COURT:  All right, sir.  What is your position
 9    with Corellium?
10                MR. TEMPLETON:  I'm a member of the board of
11    directors.
12                THE COURT:  All right.  Do you have full authority to
13    settle this case today without asking the permission of others?
14                MR. TEMPLETON:  Yes, sir, I do.
15                THE COURT:  Thank you very much.
16                All right.  Anybody else from the Corellium side?
17                MR. GAUKROGER:  Good morning, your Honor.  Gavin
18    Gaukroger, from Berger Singerman.  I'm counsel --
19                THE COURT:  I couldn't hear you.
20                MR. GAUKROGER:  Good morning, your Honor.  My name is
21    Gavin Gaukroger, from Berger Singerman.  I am counsel to
22    Corellium but not in this case.
23                THE COURT:  All right.  Good morning to you as well.
24    Good to see you.
25                OK.  I think I have everybody.  Good.
```

1          So we are going to be on the record for just a couple
2  of minutes and then we will go off the record.
3          I am the judge here today, but I am not the judge to
4  rule here today.  I am here to try and help you reach a
5  settlement, if that is possible.  I think I did that a few
6  years ago, at least in part.
7          Let me just lay out the ground rules while we are on
8  the record.
9          Before I do that, who is going to primarily speak for
10 Apple?
11         MS. JOHNSON:  Your Honor, Michele Johnson on behalf of
12 Apple.
13         THE COURT:  All right.  Ms. Johnson, let me just
14 clarify, Mr. Jesse Koehler has full authority to settle this
15 case without asking the permission of others, correct?
16         MS. JOHNSON:  That's correct.
17         THE COURT:  And on the other side, who is going to
18 primarily address the court in this matter?
19         MR. GREENSTEIN:  Your Honor, I will.  Seth Greenstein,
20 and Mr. Hecht will also contribute.
21         THE COURT:  All right.  Just to clarify, counsel,
22 Mr. Templeton has full authority to settle this case without
23 asking the permission of others, correct?
24         MR. GREENSTEIN:  He does, your Honor.
25         THE COURT:  Thank you.

```
 1                   All right.  So let me just lay out the ground rules.
 2                   First of all, the settlement conference today is
 3      confidential and the statements that anybody makes here today
 4      cannot be used for or against you in discovery or at trial.
 5      They also cannot be repeated outside the courtroom.  There are
 6      state and federal confidentiality requirements that are in
 7      place.  So it is a little bit like Vegas.  What happens in
 8      Vegas stays in Vegas.  You cannot say, well, you know, at that
 9      settlement conference Mr. or Ms. So-and-so said this and put it
10      in a motion or put it on a blog or anything of that nature.
11      This is a confidential settlement conference.
12                   Number two, nobody is permitted to record any portion
13      of this settlement conference by any means -- video, audio, or
14      otherwise.  Any person who improperly records this settlement
15      conference or any part thereof by any means -- video, audio or
16      otherwise -- the court would treat that as a contempt of court
17      and a potential criminal law violation.
18                   My courtroom deputy, Ms. Walker, is recording these
19      opening remarks just to make sure that everybody is here,
20      everybody is on time, and the corporate reps are here with full
21      authority to settle the case and for me to lay out the ground
22      rules.
23                   In just a moment when I finish, we will go off the
24      record and everything will be off the record for the balance of
25      the day.  The only time we would come back on the record is if
```

1  we reach a settlement, and then we would have an official court
2  hearing and we would announce the settlement on the record at
3  that point.
4       So those are the rules.
5       When we go off the record, what I will do is I will
6  give you some of my remarks about settlement conferences.  Some
7  of you may have heard them before.  Some of you may not.  Then
8  I will ask each side if you wish to make any type of brief
9  opening statement.  Either side is certainly willing and able
10 to make any opening statement.  It doesn't have to be extremely
11 lengthy.  I will leave it up to you as how much to get into in
12 your opening statement.
13      All right.  So I think those are my ground rules.  So
14 let's go ahead and go off the record at this point.
15      MS. JOHNSON:  Yes, Judge.
16      (Adjourned)
17
18
19
20
21
22
23
24
25

C E R T I F I C A T E

    I hereby certify that the foregoing is an accurate transcription to the best of my ability of the digital audio recording in the above-entitled matter.

December 14, 2023        s/ Joanne Mancari
                              Joanne Mancari, RPR, CRR, CSR
                              Court Reporter
                              jemancari@gmail.com

MR. GASS: [1]  3/11
MR. GAUKROGER: [2]  5/17 5/20
MR. GOLDBERG: [1]  3/15
MR. GREENSTEIN: [3]  4/17 6/19 6/24
MR. HECHT: [1]  4/19
MR. KOEHLER: [6]  3/19 3/23 3/25 4/3 4/7 4/10
MR. LEVINE: [1]  4/21
MR. TEMPLETON: [5]  5/1 5/5 5/7 5/10 5/14
MS. DAWSON: [1]  3/13
MS. JOHNSON: [5]  3/9 4/13 6/11 6/16 8/15
THE COURT: [21]
THE DEPUTY CLERK: [1]  3/3

**0**
0600 [1]  1/22

**1**
100 [1]  2/4
1001 [1]  2/8
10017 [1]  2/18
11 [1]  1/5
1235 [1]  1/14
125 [1]  2/17
14 [1]  9/8
19 [1]  3/3
19-CV-81160-RS [1]  1/2

**2**
20004 [2]  1/18 2/9
202 [2]  1/18 2/9
2023 [2]  1/5 9/8
204-3514 [1]  2/9
212 [1]  2/18
222 [1]  2/13
2303 [1]  1/18
2nd [1]  2/4

**3**
305-347-4040 [1]  2/5
33131 [1]  2/4
33401 [1]  2/13
3514 [1]  2/9
383-9200 [1]  2/14
391-0600 [1]  1/22

**4**
4040 [1]  2/5
415 [1]  1/22

**5**
505 [1]  1/21
540-1235 [1]  1/14
555 [1]  1/17
561 [1]  2/14

**6**
637-2303 [1]  1/18
650 [1]  1/13
6821 [1]  2/18

**7**
714 [1]  1/14

**8**
81160 [1]  3/3
851-6821 [1]  2/18

**9**
9200 [1]  2/14
92626 [1]  1/14
94111 [1]  1/22

**A**
ability [1]  9/5
able [1]  8/9
about [1]  8/6
above [1]  9/6
above-entitled [1]  9/6
accurate [1]  9/4
address [1]  6/18
Adjourned [1]  8/16
again [1]  4/1
against [1]  7/4
ago [1]  6/6
ahead [1]  8/14
all [19]
also [2]  6/20 7/5
am [5]  5/1 5/21 6/3 6/3 6/4
ANDREW [1]  1/20
andrew.gass [1]  1/23
Andy [1]  3/11
announce [1]  8/2
any [8]  4/5 7/12 7/13 7/14 7/15 7/15 8/8 8/10
anybody [2]  5/16 7/3
anything [1]  7/10
appearances [3]  1/11 1/23 3/6
APPLE [14]
are [10]
as [3]  5/23 7/16 8/11
ask [1]  8/8
asking [4]  4/9 5/13 6/15 6/23
at [7]  3/20 4/4 6/6 7/4 7/8 8/2 8/14
audio [4]  1/9 7/13 7/15 9/5
authority [5]  4/8 5/12 6/14 6/22 7/21
Avenue [3]  2/8 2/13 2/17

**B**
back [1]  7/25
balance [1]  7/24
be [5]  6/1 7/4 7/5 7/24 8/10
Beach [2]  1/4 2/13
before [3]  1/10 6/9 8/7
behalf [7]  3/8 3/10 3/11 3/14 3/16 4/24 6/11
Berger [2]  5/18 5/21
best [1]  9/5
bit [1]  7/7
blog [1]  7/10
board [1]  5/10
brief [1]  8/8
but [2]  5/22 6/3

**C**
CA [2]  1/14 1/22
Calling [1]  3/3
CANNON [2]  2/8 4/18
cannot [3]  7/4 7/5 7/8
case [8]  1/2 3/3 4/9 5/13 5/22 6/15 6/22 7/21
Center [1]  1/13
certainly [1]  8/9
certify [1]  9/4
clarify [2]  6/14 6/21
COLE [2]  2/12 4/22
come [1]  7/25
conference [6]  1/9 7/2 7/9 7/11 7/13 7/15
conferences [1]  8/6
confidential [2]  7/3 7/11
confidentiality [1]  7/6
CONSTANTINE [2]  2/8 4/18
constantinecannon.com [1]  2/10
CONT'D [1]  2/1
contempt [1]  7/16
contribute [1]  6/20
CORELLIUM [11]
corporate [3]  3/17 4/24 7/20
correct [3]  6/15 6/16 6/23
Costa [1]  1/14
Could [1]  3/21
couldn't [1]  5/19
counsel [6]  3/6 3/20 4/3 5/18 5/21 6/21
couple [1]  6/1
court [7]  1/1 2/21 6/18 7/16 7/16 8/1 9/9
courtroom [2]  7/5 7/18
criminal [1]  7/17
CRR [2]  2/21 9/8
csklegal.com [1]  2/14
CSR [2]  2/21 9/8
CV [2]  1/2 3/3

**D**
DAVID [2]  2/16 4/19
DAWSON [2]  1/16 3/13
day [1]  7/25
DC [2]  1/18 2/9
December [2]  1/5 9/8
Defendant [2]  1/7 2/7
deputy [1]  7/18
dhecht [1]  2/19
did [1]  6/5
digital [2]  1/9 9/5
directors [1]  5/11
discovery [1]  7/4
DISTRICT [2]  1/1 1/1
do [10]
does [1]  6/24
doesn't [1]  8/10
Drive [1]  1/13

**E**
each [1]  8/8
Either [1]  8/9
ELANA [2]  1/16 3/13
elana.nightingaledawson [1]  1/19
Eleventh [1]  1/17
else [1]  5/16
entitled [1]  9/6
ESQ [7]  1/12 1/16 1/20 2/3 2/7 2/12 2/16
everybody [4]  4/12 5/25 7/19 7/20
everything [1]  7/24
extremely [1]  8/10

**F**
federal [1]  7/6
few [1]  6/5
finish [1]  7/23
first [4]  3/5 3/21 5/3 7/2
FL [2]  2/4 2/13
FLORIDA [2]  1/1 1/4
following [1]  3/2
foregoing [1]  9/4
Francisco [1]  1/22
full [5]  4/8 5/12 6/14 6/22 7/20

**G**
GASS [2]  1/20 3/11

## G

Gaukroger [2]  5/18 5/21
Gavin [2]  5/17 5/21
get [2]  3/6 8/11
give [1]  8/6
gmail.com [2]  2/22 9/9
go [6]  4/14 6/2 7/23 8/5 8/14 8/14
going [3]  6/1 6/9 6/17
GOLDBERG [4]  2/3 2/3 3/15 3/16
Good [12]
GREENSTEIN [3]  2/7 4/18 6/19
ground [4]  6/7 7/1 7/21 8/13

## H

happens [1]  7/7
has [2]  6/14 6/22
have [8]  4/8 4/11 4/16 5/12 5/25 8/1 8/7 8/10
He [1]  6/24
hear [1]  5/19
heard [1]  8/7
hearing [1]  8/2
HECHT [5]  2/16 2/17 4/19 4/20 6/20
hechtpartners.com [1]  2/19
held [1]  3/2
help [1]  6/4
here [9]  3/8 3/18 4/16 6/3 6/4 6/4 7/3 7/19 7/20
hereby [1]  9/4
Honor [12]
HONORABLE [1]  1/10
house [2]  3/20 4/4
how [3]  3/24 5/3 8/11

## I

I'm [2]  5/10 5/18
if [3]  6/5 7/25 8/8
improperly [1]  7/14
in [13]
in-house [2]  3/20 4/4
INC [3]  1/3 3/4 3/8
into [1]  8/11
IP [1]  4/3
is [21]
it [6]  4/6 7/7 7/9 7/10 8/10 8/11

## J

J-E-S-S-E [1]  3/23
jemancari [2]  2/22 9/9
Jesse [3]  3/19 3/23 6/14
Joanne [3]  2/21 9/8 9/8
JOHNSON [4]  1/12 3/10 6/11 6/13
judge [5]  1/10 3/15 6/3 6/3 8/15
just [8]  4/7 6/1 6/7 6/13 6/21 7/1 7/19 7/23
JUSTIN [2]  2/12 4/21
justin.levine [1]  2/14

## K

K-O-E-H-L-E-R [2]  3/25 4/1
KISSANE [2]  2/12 4/22
know [1]  7/8
Koehler [3]  3/19 3/25 6/14

## L

Lakeview [1]  2/13
LASH [2]  2/3 3/15
lashgoldberg.com [1]  2/5
last [2]  3/24 5/6
LATHAM [6]  1/13 1/17 1/21 3/10 3/11

law [1]  7/17
lay [3]  6/7 7/1 7/21
least [1]  6/6
leave [1]  8/11
lengthy [1]  8/11
let [3]  6/7 6/13 7/1
let's [4]  3/5 3/6 4/14 8/14
LEVINE [2]  2/12 4/21
like [1]  7/7
litigation [1]  4/3
little [1]  7/7
LLC [2]  1/6 3/4
LLP [6]  1/13 1/17 1/21 2/3 2/8 2/17
lw.com [3]  1/15 1/19 1/23

## M

M-A-R-K [1]  5/5
MAGISTRATE [1]  1/10
make [3]  7/19 8/8 8/10
makes [1]  7/3
Mancari [3]  2/21 9/8 9/8
Mark [1]  5/1
MARTIN [2]  2/3 3/15
matter [2]  6/18 9/6
MATTHEWMAN [2]  1/10 3/4
may [2]  8/7 8/7
me [6]  4/1 4/7 6/7 6/13 7/1 7/21
means [2]  7/13 7/15
member [1]  5/10
Mesa [1]  1/14
mgoldberg [1]  2/5
Miami [1]  2/4
MICHELE [3]  1/12 3/9 6/11
michele.johnson [1]  1/15
minutes [1]  6/2
moment [1]  7/23
Montgomery [1]  1/21
morning [10]
motion [1]  7/10
Mr [1]  7/9
Mr. [3]  6/14 6/20 6/22
Mr. Hecht [1]  6/20
Mr. Jesse [1]  6/14
Mr. Templeton [1]  6/22
Ms. [3]  6/13 7/9 7/18
Ms. Johnson [1]  6/13
Ms. Walker [1]  7/18
much [2]  5/15 8/11
my [5]  5/20 7/18 8/6 8/13 9/5

## N

name [5]  3/22 3/24 5/4 5/6 5/20
nature [1]  7/10
New [1]  2/18
NIGHTINGALE [2]  1/16 3/13
NO [2]  1/2 3/3
nobody [1]  7/12
not [3]  5/22 6/3 8/7
Number [1]  7/12
NW [2]  1/17 2/8
NY [1]  2/18

## O

off [5]  6/2 7/23 7/24 8/5 8/14
official [1]  8/1
OK [2]  4/12 5/25
on [15]
only [1]  7/25
opening [4]  7/19 8/9 8/10 8/12

or [9]  4/6 7/4 7/4 7/9 7/10 7/10 7/13 7/15 7/15
other [2]  4/5 6/17
others [4]  4/9 5/13 6/15 6/23
otherwise [2]  7/14 7/16
out [3]  6/7 7/1 7/21
outside [1]  7/5
over [1]  4/14

## P

P.A [1]  2/12
Pages [1]  1/7
Palm [2]  1/4 2/13
Park [1]  2/17
part [2]  6/6 7/15
parties [1]  3/7
PARTNERS [2]  2/17 4/20
Pennsylvania [1]  2/8
permission [4]  4/9 5/13 6/15 6/23
permitted [1]  7/12
person [1]  7/14
place [1]  7/7
plaintiff [4]  1/4 1/12 2/3 3/8
please [2]  4/2 5/6
point [2]  8/3 8/14
portion [1]  7/12
position [1]  5/8
possible [1]  6/5
potential [1]  7/17
primarily [2]  6/9 6/18
proceedings [1]  3/2
put [2]  7/9 7/10

## R

reach [2]  6/4 8/1
record [11]
recording [3]  1/9 7/18 9/6
records [1]  7/14
remarks [2]  7/19 8/6
repeated [1]  7/5
Reporter [2]  2/21 9/9
representative [3]  3/18 4/6 4/24
representing [4]  4/16 4/18 4/20 4/22
reps [1]  7/20
requirements [1]  7/6
right [17]
RPR [2]  2/21 9/8
RS [1]  1/2
rule [1]  6/4
rules [5]  6/7 7/1 7/22 8/4 8/13

## S

said [1]  7/9
San [1]  1/22
say [1]  7/8
SCOTT [2]  2/12 4/22
SE [1]  2/4
seat [1]  4/11
see [1]  5/24
senior [2]  3/19 4/3
SETH [3]  2/7 4/17 6/19
settle [5]  4/9 5/13 6/14 6/22 7/21
settlement [10]
sgreenstein [1]  2/10
side [6]  4/12 4/15 5/16 6/17 8/8 8/9
Singerman [2]  5/18 5/21
sir [3]  4/11 5/8 5/14
Smith [1]  3/4
Smith/Matthewman [1]  3/4
so [9]  3/5 6/1 7/1 7/7 7/9 7/9 8/4 8/13

**S**

so... [1] 8/13
some [3] 8/6 8/6 8/7
SOUTHERN [1] 1/1
speak [1] 6/9
spell [2] 3/24 5/3
state [2] 3/21 7/6
statement [3] 8/9 8/10 8/12
statements [1] 7/3
STATES [2] 1/1 1/10
stays [1] 7/8
Street [3] 1/17 1/21 2/4
sure [2] 4/3 7/19

**T**

T-E-M-P-L-E-T-O-N [1] 5/7
tell [1] 4/1
Templeton [2] 5/2 6/22
Thank [3] 4/11 5/15 6/25
that [12]
That's [1] 6/16
them [1] 8/7
then [3] 6/2 8/1 8/7
there [2] 4/5 7/5
thereof [1] 7/15
Thereupon [1] 2/23
these [1] 7/18
They [1] 7/5
think [3] 5/25 6/5 8/13
this [11]
those [2] 8/4 8/13
time [2] 7/20 7/25
today [7] 4/7 4/25 5/13 6/3 6/4 7/2 7/3
Town [1] 1/13
TRANSCRIBED [2] 1/9 2/21
transcription [1] 9/5
treat [1] 7/16
trial [1] 7/4
try [1] 6/4
two [1] 7/12
type [1] 8/8

**U**

UNITED [2] 1/1 1/10
up [1] 8/11
used [1] 7/4

**V**

Vegas [3] 7/7 7/8 7/8
very [1] 5/15
video [2] 7/13 7/15
violation [1] 7/17

**W**

Walker [1] 7/18
Washington [2] 1/18 2/9
WATKINS [6] 1/13 1/17 1/21 3/10 3/11 3/14
we [11]
well [2] 5/23 7/8
were [1] 3/2
West [2] 1/4 2/13
what [3] 5/8 7/7 8/5
when [2] 7/23 8/5
while [1] 6/7
who [7] 3/8 3/17 4/16 4/24 6/9 6/17 7/14
will [9] 6/2 6/19 6/20 7/23 7/24 8/5 8/5 8/8 8/11
WILLIAM [1] 1/10
willing [1] 8/9
wish [1] 8/8
without [4] 4/9 5/13 6/15 6/22
would [4] 7/16 7/25 8/1 8/2

**Y**

years [1] 6/6
Yes [3] 4/13 5/14 8/15
York [1] 2/18
you [23]
your [18]