UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-81160-RS

APPLE, INC.,

Plaintiff(s),

vs.

CORELLIUM, LLC,

Defendant(s).

West Palm Beach, Florida

December 14, 2023

Pages 1 - 10

---

SETTLEMENT CONFERENCE
TRANSCRIBED FROM DIGITAL AUDIO RECORDING
BEFORE THE HONORABLE WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE PLAINTIFF(S):

ELANA NIGHTINGALE DAWSON, ESQ.
LATHAM & WATKINS, LLP
555 Eleventh Street NW
Washington, DC 20004
(202) 637-2303
elana.nightingaledawson@lw.com

ANDREW M. GASS, ESQ.
LATHAM & WATKINS, LLP
505 Montgomery Street
San Francisco, CA 94111
(415) 391-0600
andrew.gass@lw.com

APPEARANCES (CONT'D)

FOR THE PLAINTIFF(S): MARTIN B. GOLDBERG, ESQ.
LASH & GOLDBERG, LLP
100 SE 2nd Street
Miami, FL 33131
305-347-4040
mgoldberg@lashgoldberg.com

FOR THE DEFENDANT(S): SETH D. GREENSTEIN, ESQ.
CONSTANTINE CANNON, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 204-3514
sgreenstein@constantinecannon.com

JUSTIN B. LEVINE, ESQ.
COLE SCOTT & KISSANE, P.A.
222 Lakeview Avenue
West Palm Beach, FL 33401
(561) 383-9200
justin.levine@csklegal.com

TRANSCRIBED BY: Joanne Mancari, RPR, CRR, CSR
Court Reporter
jemancari@gmail.com

Thereupon,

the following proceedings were held:

THE COURT: We are on the record now in the case of Apple, Inc. v. Corellium, LLC. It is case No. 19-81160, CV, Judge Smith and Matthewman.

We have been engaged in a settlement conference for three days now. Monday the 11th of December, and then I believe it was yesterday, Wednesday, the 13th of December, and now today, Thursday, the 14th of December. The parties have reached a full and complete settlement agreement in this case. We will address that in just a moment, but let's get appearances.

First of all, on behalf of Apple here today, Ms. Johnson is not here today, but we have Mr. Gass. Is that correct?

MR. GASS: That's correct, your Honor.

THE COURT: We also have Mr. Goldberg.

MR. GOLDBERG: Yes, sir.

THE COURT: And is it Ms. Nightingale?

MS. DAWSON: Yes, your Honor. Nightingale Dawson.

THE COURT: Nightingale Dawson. All right.

And the corporate representative is Mr. Jesse Koehler, K-O-E-H-L-E-R. Is that correct?

MR. KOEHLER: Yes, your Honor.

THE COURT: Mr. Koehler, I know you are in-house

counsel for Apple, but just go ahead and state your position with Apple, Inc.

MR. KOEHLER: Sure. My title is senior counsel, IP litigation.

THE COURT: All right. You have full authority to settle this case on behalf of Apple, Inc.?

MR. KOEHLER: I do.

THE COURT: And do all of Apple's counsel who are here agree with that?

MR. GASS: Yes, your Honor.

MS. DAWSON: Yes, your Honor.

MR. GOLDBERG: Yes.

THE COURT: All right. Let me go over to the defense side. Let's see.

Counsel for Corellium, LLC. Mr. Greenstein.

MR. GREENSTEIN: Yes, your Honor.

THE COURT: All right. Mr. Hecht is not here today.

MR. GREENSTEIN: He is not, your Honor.

THE COURT: We have Mr. Levine.

MR. LEVINE: Yes, your Honor.

THE COURT: And Mr. Mark Templeton.

MR. TEMPLETON: Yes, your Honor.

THE COURT: All right. Mr. Templeton, what is your position with Corellium, LLC?

MR. TEMPLETON: I'm a member of the board of

directors.

THE COURT: All right. Do you have full authority to settle this case on behalf of Corellium, LLC?

MR. TEMPLETON: Yes, I do, your Honor.

THE COURT: Do defense counsel agree with that?

MR. GREENSTEIN: Yes, your Honor.

MR. LEVINE: We do.

THE COURT: OK. So in this case the parties have reached a full and complete settlement agreement, and there is a confidential, binding term sheet.

Let me just ask, first of all, on behalf of Apple, Mr. Koehler, is that your signature there on that confidential, binding term sheet?

MR. KOEHLER: Yes, it is, your Honor.

THE COURT: And on behalf of Apple, does Apple and you, do you understand all the terms and provisions?

MR. KOEHLER: Yes, I do and we do.

THE COURT: All right. Are you satisfied with the representation, advice and counsel of -- let me rephrase that.

Are you satisfied with the representation, advice and counsel of your attorneys in this case?

MR. KOEHLER: Yes, your Honor.

THE COURT: Do you have any questions for them or the court about the terms of this confidential, binding settlement term sheet?

MR. KOEHLER: I do not.

THE COURT: All right. Does Apple understand and do you understand that this is a full and complete settlement in this case and there will be no trial and no further proceedings other than entry of a final order in the case?

MR. KOEHLER: Yes, your Honor.

THE COURT: All right. Let me go over to the other side.

Mr. Templeton, is that your signature on the confidential, binding term sheet?

MR. TEMPLETON: Yes, it is, your Honor.

THE COURT: Do you and Corellium, LLC understand all the terms and provisions of this confidential, binding term sheet?

MR. TEMPLETON: Yes, we do.

THE COURT: Do you have any questions for your counsel at all?

MR. TEMPLETON: No, your Honor.

THE COURT: Or for the court.

MR. TEMPLETON: No, sir.

THE COURT: Are you satisfied with the counsel, representation and advice of your attorneys?

MR. TEMPLETON: Very satisfied, your Honor.

THE COURT: All right. Do you understand this ends all the litigation in this case, that there will be no trial?

MR. TEMPLETON: Yes.

THE COURT: Let me just ask Mr. Levine and Mr. Greenstein, have you both answered all of your client's questions?

MR. GREENSTEIN: We have, your Honor.

THE COURT: Do you feel that your client is knowingly and voluntarily entering into this confidential, binding term sheet?

MR. GREENSTEIN: We do, your Honor.

THE COURT: All right. Same questions over to the Apple side. Mr. Gass, same questions to you.

Do you feel that your clients are knowingly and voluntarily entering into this agreement?

MR. GASS: I do.

THE COURT: Have you answered all their questions on everything about this?

MR. GASS: I have.

THE COURT: All right. Both sides, I just want to make sure you all understand, this ends the case completely; there will be no trial whatsoever.

Do you understand, Mr. Koehler?

MR. KOEHLER: Yes, your Honor.

THE COURT: Do you understand, Mr. Templeton?

MR. TEMPLETON: Yes, your Honor.

THE COURT: Just so I'm clear, the parties will be

filing a joint agreed motion for entry of order dismissing remaining counts with prejudice, with each party to bear its own costs and attorneys' fees, and authorizing the parties to comply with their confidential, binding term sheet.

Is that correct from Apple's side, Mr. Gass?

MR. GASS: Yes, your Honor.

THE COURT: Is that correct from defendant's side, Mr. Greenstein?

MR. GREENSTEIN: It is, your Honor.

THE COURT: All right. Now I note in this confidential term sheet, paragraph 17, and it anticipates a long-form settlement agreement. However, it states in paragraph 17: If the parties do not reach a long-form settlement agreement by January 12, 2024, the terms of this agreement remain binding.

So I want both sides to understand that that means this is a full and complete settlement now today. If the anticipated long-form settlement agreement is not reached for whatever reason, there is still a full and complete settlement of the matter today.

Do you understand that and agree to that, Mr. Koehler?

MR. KOEHLER: Yes, your Honor.

THE COURT: And do you understand and agree to that, Mr. Templeton?

MR. TEMPLETON: Yes, your Honor.

THE COURT: So I am going to find that there is a full and complete settlement agreement entered in this case based on the parties' confidential, binding term sheet.

The parties will retain the confidential, binding term sheet. The court will not.

The court, Judge Smith, will agree to retain jurisdiction for a period of one year.

So when you file your motion, your joint agreed motion for entry of order, you should include that request in there as well, that your motion is made contingent on the retention of jurisdiction by Judge Smith.

In reviewing this, I do ratify the settlement agreement. Judge Smith will also, in the final order, I expect will ratify the settlement agreement as well, and that will authorize Corellium to perform its obligations under this Section 8 of the settlement agreement.

All right. I think that takes care of everything today.

Anything else from Apple's side, from any of your counsel?

MR. GASS: No, your Honor. Just to express our gratitude for the attention you have given this matter. We appreciate it.

THE COURT: Thank you.

Anything else on Corellium's side from their counsel?

MR. GREENSTEIN: Echoing Mr. Gass' thanks for your intercessions, your Honor, we have nothing further.

THE COURT: All right. Thank you all very much.

It was a pleasure seeing you all again. I want to congratulate all the parties on reaching this full and complete settlement agreement. There will be no trial in the case so you will have a nice holiday period, as opposed to getting ready for a lengthy, complex, technologically challenging trial.

The hearing is now concluded. I hope everybody has a great holiday.

(Adjourned)

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription to the best of my ability of the digital audio recording in the above-entitled matter.

December 16, 2023 s/ Joanne Mancari
Joanne Mancari, RPR, CRR, CSR
Court Reporter
jemancari@gmail.com

MR. GASS: [6] 3/16 4/10 7/14 7/17 8/6 9/21
MR. GOLDBERG: [2] 3/18 4/12
MR. GREENSTEIN: [7] 4/16 4/18 5/6 7/5 7/9 8/9 10/1
MR. KOEHLER: [10] 3/24 4/3 4/7 5/14 5/17 5/22 6/1 6/6 7/22 8/22
MR. LEVINE: [2] 4/20 5/7
MR. TEMPLETON: [11]
MS. DAWSON: [2] 3/20 4/11
THE COURT: [38]

0

0600 [1] 1/18

1

10 [1] 1/7
100 [1] 2/4
1001 [1] 2/8
11th [1] 3/7
12 [1] 8/14
13th [1] 3/8
14 [1] 1/5
14th [1] 3/9
16 [1] 10/20
17 [2] 8/11 8/13
19-81160 [1] 3/4
19-CV-81160-RS [1] 1/2

2

20004 [2] 1/14 2/9
202 [2] 1/14 2/9
2023 [2] 1/5 10/20
2024 [1] 8/14
204-3514 [1] 2/9
222 [1] 2/13
2303 [1] 1/14
2nd [1] 2/4

3

305-347-4040 [1] 2/5
33131 [1] 2/4
33401 [1] 2/13
3514 [1] 2/9
383-9200 [1] 2/14
391-0600 [1] 1/18

4

4040 [1] 2/5
415 [1] 1/18

5

505 [1] 1/17
555 [1] 1/13
561 [1] 2/14

6

637-2303 [1] 1/14

8

81160 [1] 3/4

9

9200 [1] 2/14
94111 [1] 1/18

A

ability [1] 10/17
about [2] 5/24 7/16
above [1] 10/18
above-entitled [1] 10/18
accurate [1] 10/16
address [1] 3/11
Adjourned [1] 10/12
advice [3] 5/19 5/20 6/22
again [1] 10/4
agree [5] 4/9 5/5 8/21 8/23 9/6
agreed [2] 8/1 9/8
agreement [12]
ahead [1] 4/1
all [28]
also [2] 3/17 9/13
am [1] 9/1
ANDREW [1] 1/16
andrew.gass [1] 1/19
answered [2] 7/3 7/15
anticipated [1] 8/18
anticipates [1] 8/11
any [3] 5/23 6/16 9/19
Anything [2] 9/19 9/25
appearances [3] 1/11 1/19 3/12
APPLE [11]
Apple's [3] 4/8 8/5 9/19
appreciate [1] 9/23
are [7] 3/3 3/25 4/8 5/18 5/20 6/21 7/12
as [3] 9/9 9/14 10/7
ask [2] 5/11 7/2
at [1] 6/17
attention [1] 9/22
attorneys [2] 5/21 6/22
attorneys' [1] 8/3
audio [2] 1/9 10/17
authority [2] 4/5 5/2
authorize [1] 9/15
authorizing [1] 8/3
Avenue [2] 2/8 2/13

B

based [1] 9/2
be [5] 6/4 6/25 7/20 7/25 10/6
Beach [2] 1/4 2/13
bear [1] 8/2
been [1] 3/6
BEFORE [1] 1/10
behalf [5] 3/13 4/6 5/3 5/11 5/15
believe [1] 3/8
best [1] 10/17
binding [10] 5/10 5/13 5/24 6/10 6/13 7/7 8/4 8/15 9/3 9/4
board [1] 4/25
both [3] 7/3 7/18 8/16
but [3] 3/11 3/14 4/1

C

CA [1] 1/18
CANNON [1] 2/8
care [1] 9/17
case [14]
certify [1] 10/16
challenging [1] 10/8
clear [1] 7/25
client [1] 7/6
client's [1] 7/3
clients [1] 7/12
COLE [1] 2/12
complete [7] 3/10 5/9 6/3 8/17 8/19 9/2 10/5
completely [1] 7/19
complex [1] 10/8
comply [1] 8/4
concluded [1] 10/10
conference [2] 1/9 3/6
confidential [10] 5/10 5/12 5/24 6/10 6/13 7/7 8/4 8/11 9/3 9/4
congratulate [1] 10/5
CONSTANTINE [1] 2/8
constantinecannon.com [1] 2/10
CONT'D [1] 2/1
contingent [1] 9/10
CORELLIUM [7] 1/6 3/4 4/15 4/24 5/3 6/12 9/15
Corellium's [1] 9/25
corporate [1] 3/22
correct [5] 3/15 3/16 3/23 8/5 8/7
costs [1] 8/3
counsel [11]
counts [1] 8/2
court [7] 1/1 2/18 5/24 6/19 9/5 9/6 10/21
CRR [2] 2/17 10/20
csklegal.com [1] 2/14
CSR [2] 2/17 10/20
CV [2] 1/2 3/4

D

DAWSON [3] 1/12 3/20 3/21
days [1] 3/7
DC [2] 1/14 2/9
December [5] 1/5 3/7 3/8 3/9 10/20
Defendant [2] 1/7 2/7
defendant's [1] 8/7
defense [2] 4/13 5/5
digital [2] 1/9 10/17
directors [1] 5/1
dismissing [1] 8/1
DISTRICT [2] 1/1 1/1
do [26]
does [2] 5/15 6/2

E

each [1] 8/2
Echoing [1] 10/1
ELANA [1] 1/12
elana.nightingaledawson [1] 1/15
Eleventh [1] 1/13
else [2] 9/19 9/25
ends [2] 6/24 7/19
engaged [1] 3/6
entered [1] 9/2
entering [2] 7/7 7/13
entitled [1] 10/18
entry [3] 6/5 8/1 9/9
ESQ [5] 1/12 1/16 2/3 2/7 2/12
everybody [1] 10/10
everything [2] 7/16 9/17
expect [1] 9/13
express [1] 9/21

F

feel [2] 7/6 7/12
fees [1] 8/3
file [1] 9/8
filing [1] 8/1
final [2] 6/5 9/13
find [1] 9/1
first [2] 3/13 5/11
FL [2] 2/4 2/13
FLORIDA [2] 1/1 1/4
following [1] 3/2

F

foregoing [1] 10/16
form [3] 8/12 8/13 8/18
Francisco [1] 1/18
full [9] 3/10 4/5 5/2 5/9 6/3 8/17 8/19 9/1 10/5
further [2] 6/4 10/2

G

GASS [4] 1/16 3/14 7/11 8/5
Gass' [1] 10/1
get [1] 3/11
getting [1] 10/7
given [1] 9/22
gmail.com [2] 2/18 10/21
go [3] 4/1 4/13 6/7
going [1] 9/1
GOLDBERG [3] 2/3 2/3 3/17
gratitude [1] 9/22
great [1] 10/11
GREENSTEIN [4] 2/7 4/15 7/3 8/8

H

has [1] 10/10
have [17]
He [1] 4/18
hearing [1] 10/10
Hecht [1] 4/17
held [1] 3/2
here [4] 3/13 3/14 4/8 4/17
hereby [1] 10/16
holiday [2] 10/7 10/11
Honor [27]
HONORABLE [1] 1/10
hope [1] 10/10
house [1] 3/25
However [1] 8/12

I

I'm [2] 4/25 7/25
If [2] 8/13 8/17
in [18]
in-house [1] 3/25
INC [4] 1/3 3/4 4/2 4/6
include [1] 9/9
intercessions [1] 10/2
into [2] 7/7 7/13
IP [1] 4/3
is [27]
it [10] 3/4 3/8 3/19 5/14 6/11 8/9 8/11 8/12 9/23 10/4
its [2] 8/2 9/15

J

January [1] 8/14
jemancari [2] 2/18 10/21
Jesse [1] 3/22
Joanne [3] 2/17 10/20 10/20
Johnson [1] 3/14
joint [2] 8/1 9/8
JUDGE [5] 1/10 3/5 9/6 9/11 9/13
jurisdiction [2] 9/7 9/11
just [7] 3/11 4/1 5/11 7/2 7/18 7/25 9/21
JUSTIN [1] 2/12
justin.levine [1] 2/14

K

K-O-E-H-L-E-R [1] 3/23
KISSANE [1] 2/12
know [1] 3/25
knowingly [2] 7/6 7/12
Koehler [5] 3/22 3/25 5/12 7/21 8/21

L

Lakeview [1] 2/13
LASH [1] 2/3
lashgoldberg.com [1] 2/5
LATHAM [2] 1/13 1/17
lengthy [1] 10/8
let [5] 4/13 5/11 5/19 6/7 7/2
let's [2] 3/11 4/14
LEVINE [3] 2/12 4/19 7/2
litigation [2] 4/4 6/25
LLC [6] 1/6 3/4 4/15 4/24 5/3 6/12
LLP [4] 1/13 1/17 2/3 2/8
long [3] 8/12 8/13 8/18
long-form [3] 8/12 8/13 8/18
lw.com [2] 1/15 1/19

M

made [1] 9/10
MAGISTRATE [1] 1/10
make [1] 7/19
Mancari [3] 2/17 10/20 10/20
Mark [1] 4/21
MARTIN [1] 2/3
matter [3] 8/20 9/22 10/18
MATTHEWMAN [2] 1/10 3/5
me [5] 4/13 5/11 5/19 6/7 7/2
means [1] 8/16
member [1] 4/25
mgoldberg [1] 2/5
Miami [1] 2/4
moment [1] 3/11
Monday [1] 3/7
Montgomery [1] 1/17
motion [4] 8/1 9/8 9/8 9/10
Mr. [21]
Mr. Gass [3] 3/14 7/11 8/5
Mr. Gass' [1] 10/1
Mr. Goldberg [1] 3/17
Mr. Greenstein [3] 4/15 7/3 8/8
Mr. Hecht [1] 4/17
Mr. Jesse [1] 3/22
Mr. Koehler [4] 3/25 5/12 7/21 8/21
Mr. Levine [2] 4/19 7/2
Mr. Mark [1] 4/21
Mr. Templeton [4] 4/23 6/9 7/23 8/24
Ms. [2] 3/14 3/19
Ms. Johnson [1] 3/14
Ms. Nightingale [1] 3/19
much [1] 10/3
my [2] 4/3 10/17

N

nice [1] 10/7
NIGHTINGALE [4] 1/12 3/19 3/20 3/21
no [10] 1/2 3/4 6/4 6/4 6/18 6/20 6/25 7/20 9/21 10/6
not [7] 3/14 4/17 4/18 6/1 8/13 8/18 9/5
note [1] 8/10
nothing [1] 10/2
now [6] 3/3 3/7 3/9 8/10 8/17 10/10
NW [2] 1/13 2/8

O

obligations [1] 9/15
OK [1] 5/8
on [13]
one [1] 9/7
opposed [1] 10/7
or [2] 5/23 6/19
order [4] 6/5 8/1 9/9 9/13
other [2] 6/5 6/7
our [1] 9/21
over [3] 4/13 6/7 7/10
own [1] 8/3

P

P.A [1] 2/12
Pages [1] 1/7
Palm [2] 1/4 2/13
paragraph [2] 8/11 8/13
parties [7] 3/9 5/8 7/25 8/3 8/13 9/4 10/5
parties' [1] 9/3
party [1] 8/2
Pennsylvania [1] 2/8
perform [1] 9/15
period [2] 9/7 10/7
Plaintiff [3] 1/4 1/12 2/3
pleasure [1] 10/4
position [2] 4/1 4/24
prejudice [1] 8/2
proceedings [2] 3/2 6/4
provisions [2] 5/16 6/13

Q

questions [6] 5/23 6/16 7/4 7/10 7/11 7/15

R

ratify [2] 9/12 9/14
reach [1] 8/13
reached [3] 3/10 5/9 8/18
reaching [1] 10/5
ready [1] 10/8
reason [1] 8/19
record [1] 3/3
recording [2] 1/9 10/18
remain [1] 8/15
remaining [1] 8/2
rephrase [1] 5/19
Reporter [2] 2/18 10/21
representation [3] 5/19 5/20 6/22
representative [1] 3/22
request [1] 9/9
retain [2] 9/4 9/6
retention [1] 9/10
reviewing [1] 9/12
right [15]
RPR [2] 2/17 10/20
RS [1] 1/2

S

same [2] 7/10 7/11
San [1] 1/18
satisfied [4] 5/18 5/20 6/21 6/23
SCOTT [1] 2/12
SE [1] 2/4
Section [1] 9/16
see [1] 4/14
seeing [1] 10/4
senior [1] 4/3
SETH [1] 2/7
settle [2] 4/6 5/3
settlement [16]
sgreenstein [1] 2/10
sheet [10] 5/10 5/13 5/25 6/10 6/14 7/8 8/4 8/11 9/3 9/5
should [1] 9/9

S

side [7] 4/14 6/8 7/11 8/5 8/7 9/19 9/25
sides [2] 7/18 8/16
signature [2] 5/12 6/9
sir [2] 3/18 6/20
Smith [4] 3/5 9/6 9/11 9/13
so [6] 5/8 7/25 8/16 9/1 9/8 10/6
SOUTHERN [1] 1/1
state [1] 4/1
states [3] 1/1 1/10 8/12
still [1] 8/19
Street [3] 1/13 1/17 2/4
sure [2] 4/3 7/19

T

takes [1] 9/17
technologically [1] 10/8
Templeton [5] 4/21 4/23 6/9 7/23 8/24
term [10] 5/10 5/13 5/25 6/10 6/13 7/7 8/4 8/11 9/3 9/4
terms [4] 5/16 5/24 6/13 8/14
than [1] 6/5
Thank [2] 9/24 10/3
thanks [1] 10/1
that [26]
That's [1] 3/16
their [3] 7/15 8/4 9/25
them [1] 5/23
then [1] 3/7
there [9] 5/9 5/12 6/4 6/25 7/20 8/19 9/1 9/9 10/6
Thereupon [1] 2/20
think [1] 9/17
this [23]
three [1] 3/7
Thursday [1] 3/9
title [1] 4/3
today [7] 3/9 3/13 3/14 4/17 8/17 8/20 9/18
TRANSCRIBED [2] 1/9 2/17
transcription [1] 10/17
trial [5] 6/4 6/25 7/20 10/6 10/9

U

under [1] 9/15
understand [11]
UNITED [2] 1/1 1/10

V

very [2] 6/23 10/3
voluntarily [2] 7/7 7/13

W

want [3] 7/18 8/16 10/4
was [2] 3/8 10/4
Washington [2] 1/14 2/9
WATKINS [2] 1/13 1/17
we [13]
Wednesday [1] 3/8
well [2] 9/10 9/14
were [1] 3/2
West [2] 1/4 2/13
what [1] 4/23
whatever [1] 8/19
whatsoever [1] 7/20
when [1] 9/8
who [1] 4/8
will [13]
WILLIAM [1] 1/10

Y

year [1] 9/7
Yes [23]
yesterday [1] 3/8
you [30]
your [42]