# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 9:19-cv-81160-SMITH

APPLE INC.,

        Plaintiff,

v.

CORELLIUM, LLC,

        Defendant.

**CONDITIONAL JOINT STIPULATION TO DISMISS WITH PREJUDICE COUNTS TWO AND THREE IN APPLE INC.'S SECOND AMENDED COMPLAINT**

Plaintiff Apple Inc. and Defendant Corellium, Inc.[1] (collectively, the "Parties"), hereby jointly stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that, if and when the Court grants the Parties' Joint Motion for Entry of Order Authorizing Compliance with Settlement Agreement and Retaining Jurisdiction, Apple dismisses with prejudice all remaining claims in this Action (counts two and three in Apple's Second Amended Complaint), with each party bearing its own fees and costs.  If and when the Court enters an order

    (a) authorizing the Parties to comply with each term contained within their confidential settlement agreement, and

    (b) retaining jurisdiction to enforce the terms of the Parties' December 14, 2023 confidential settlement agreement for a period of one year, as requested in the Parties' Joint Motion for Entry of Order Authorizing Compliance with Settlement Agreement and Retaining Jurisdiction,

this conditional stipulation will become effective immediately.  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

---

[1] Defendant states that it has changed from Corellium, LLC to Corellium Inc.  Apple states that Defendant was sued as Corellium, LLC and remains on the docket as Corellium, LLC.

1

2

Dated: December 27, 2023

Michele D. Johnson*
*michele.johnson@lw.com*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540-1235 / (714) 755-8290 Fax

Sarang Vijay Damle*
*sy.damle@lw.com*
Rachel L. Weiner Cohen*
*rachel.cohen@lw.com*
Elana Nightingale Dawson*
*elana.nightingaledawson@lw.com*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200 / (202) 637-2201 Fax

Andrew M. Gass*
*andrew.gass@lw.com*
Joseph R. Wetzel*
*joe.wetzel@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600 / (415) 395-8095 Fax

Jessica Stebbins Bina*
*jessica.stebbinsbina@lw.com*
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
(424) 653-5500 / (424) 653-5501 Fax

Gabriel S. Gross*
*gabe.gross@lw.com*
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2628 / (650) 463-2600 Fax

*Admitted pro hac vice

Respectfully Submitted,

*s/ Martin B. Goldberg*

Martin B. Goldberg
Florida Bar No. 0827029
*mgoldberg@lashgoldberg.com*
*rdiaz@lashgoldberg.com*
Emily L. Pincow
Florida Bar. No. 1010370
*epincow@lashgoldberg.com*
LASH & GOLDBERG LLP
100 Southeast Second Street
Miami, FL 33131
(305) 347-4040 / (305) 347-4050 Fax

*Attorneys for Plaintiff* APPLE INC.

Dated: December 27, 2023        Respectfully submitted,

                                            COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant CORELLIUM, LLC*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail: jonathan.vine@csklegal.com
Primary e-mail: justin.levine@csklegal.com
Primary e-mail: lizza.constantine@csklegal.com

By:  *s/ Justin B. Levine*
JONATHAN VINE
Florida Bar. No.: 10966
JUSTIN B. LEVINE
Florida Bar No.:  106463
LIZZA C. CONSTANTINE
Florida Bar No.:  1002945

    *and*

HECHT PARTNERS LLP
*Counsel for Defendant*
125 Park Ave, 25th Floor
New York, NY 10017
Tel: (212) 851-6821
David L. Hecht *pro hac vice*
Email: dhecht@hechtpartners.com
Maxim Price *pro hac vice*
Email: mprice@hechtpartners.com
Lee Boyd *pro hac vice*
Email:lboyd@hechtpartners.com

    *and*

CONSTANTINE CANNON LLP
*Counsel for Defendant*
1001 Pennsylvania Ave, NW, Suite 1300
Washington, DC 20004
Tel: (202) 204-3514
Seth D. Greenstein *pro hac vice*
Email: sgreenstein@constantinecannon.com